# **Exhibit A**

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**TXu 1-795-146**

Effective date of registration:

April 3, 2012

---

### Title
**Title of Work:** AirOS 5.2.1

### Completion/Publication
**Year of Completion:** 2010

### Author
- **Author:** Ubiquiti Networks, Inc.
- **Author Created:** computer program
- **Work made for hire:** Yes
- **Citizen of:** United States      **Domiciled in:** United States

### Copyright claimant
**Copyright Claimant:** Ubiquiti Networks, Inc.
91 E. Tasman Drive, San Jose, CA, 95035, United States

### Limitation of copyright claim
**Material excluded from this claim:** computer program, Previous versions and licensed-in materials
**New material included in claim:** new and revised computer code

### Certification
- **Name:** Jessica Zhou, Ubiquiti Networks, Inc.
- **Date:** April 3, 2012
- **Applicant's Tracking Number:** 70730-50001.00

Page 1 of 1

**Registration #:** TXU001795146
**Service Request #:** 1-747770041

Morrison & Foerster LLP
Jennifer Lee Taylor
425 Market Street
San Francisco, CA 94105-2482  United States

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Teyler*

Acting United States Register of Copyrights and Director

**Registration Number**

**TXu 1-795-147**

Effective date of registration:

April 3, 2012

---

## Title
**Title of Work:** AirOS 5.3

## Completion/Publication
**Year of Completion:** 2011

## Author
- **Author:** Ubiquiti Networks, Inc.
- **Author Created:** computer program
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Ubiquiti Networks, Inc.
91 E. Tasman Drive, San Jose, CA, 95035, United States

## Limitation of copyright claim
**Material excluded from this claim:** computer program, Previous versions and licensed-in materials
**New material included in claim:** computer program, New and revised computer code

## Certification
- **Name:** Jessica Zhou, Ubiquiti Networks, Inc.
- **Date:** April 3, 2012
- **Applicant's Tracking Number:** 70730-50001.00

Page 1 of 1

**Registration #:** TXU001795147
**Service Request #:** 1-747770159

Morrison & Foerster LLP
Jennifer Lee Taylor
425 Market Street
San Francisco, CA 94105-2482 United States