# Exhibit F

**Partial Transcription of November 30, 2016 ePMP Elevate Webinar**

*\* Webinar may be accessed either at (1)  https://www.youtube.com/watch?v=UCxpPmXtp-8 or (2) http://community.cambiumnetworks.com/t5/ePMP-Elevate/ePMP-Elevate-webinar-replay/m-p/62777.*

[Note:  Times refer to webinar presentation time]

1:20 – 1:35 – "This is Sakid Ahmed speaking, along with me we have we have Alex Marchum who is the Product Manager of the ePMP program.  Dmitry Moiseev, he is a system architecture engineer and a system architect engineer, principal engineer with the ePMP team."

2:26 – Displays slide showing use with Ubiquiti.

3:04 – 3:28 – "Offer a backwards compatibility or interoperability mode for existing subscriber modules that are potentially not Cambium are based on 802.11 n-base subscribers and build a virtual ePMP system where some subscribers are of a different flavor sitting alongside Cambium native ePMP subscribers."

3:35 – Webinar Slide:

- Allows **ePMP Elevate** software to run on **non-Cambium Networks 802.11n-based** subscriber models
- **ePMP Elevate** subscribers function **as ePMP** subscribers – with all the ePMP benefits
- Comparable performance to all-**ePMP** networks, despite different subscriber hardware; industry-first **hardware-agnostic networks**

   (Emphasis in original.)

3:39 – 3:52 – "So, with the combination of ePMP and other third party hardware in the same network, this is what we're referring to as the first hardware-agnostic, network solution in the WISP [wireless Internet service provider] industry today."

4:30 – 4:46 – "Many WISPs have existing deployed infrastructure, significant number of subscriber modules from other vendors that are very expensive to replace.  So the network, hardware migration still remains very challenging for WISPs today."

4:33 – Webinar Slide (Portion):

- But many WISPs have older deployed gear
    - Network hardware migration remains challenging

4:48 – Webinar Slide:

- Why is network hardware migration **hard?**
    - Cost of **new hardware**
    - **Installation cost** – truck rolls
    - **Customer satisfaction** impact
        - Service credits
        - Arranging installations where indoor access required
        - Downtime and teething troubles

   (Emphasis in original.)

8:17 – Webinar Slide (Portion):

- **ePMP Elevate** is the only solution offering a pain-free network migration path to the next level:
  - Frequency re-use enabled by **GPS Synchronization**
  - **Smart Beamforming** and **Intelligent Filtering**
  - All **without** changing subscriber hardware

(Emphasis in original.)

8:58 – 9:11 – "Take your existing hardware that has been stagnant . . . and [have] new life breathed into it with ePMP elevate."

11:35 – Webinar Slide:

- **ePMP Elevate** is first available in **Release 3.2**
- **Release 3.2** consists of:
  - **5 GHz** support only
  - XW-based Ubiquiti hardware (2013 – current)
  - XM-based Ubiquiti hardware (2013 and prior)
  - 17 supported models

11:48 – 12:00 – "We will support XW firmware-based Ubiquiti hardware from 2013-current XM-based Ubiquiti hardware from 2013 and prior, which totals 17 support models today."

12:20 – Webinar Slide:

- **ePMP Elevate** will continue to be developed
- Some future identified items are:
  - **Mikrotik** support
  - Support for more Ubiquiti subscriber modules
  - **2.4 GHz** support

(Emphasis in original.)

12:25 – 12:27 – Goal for future is "support for greater number of Ubiquiti subscriber models."

13:01 – Webinar Slide:

- Lists pricing: ePMP Elevate: 1 Subscriber License $35 (MSRP) (USD)

15:15 – "Live upgrade of a [third party subscriber] unit" (demonstrated by Dmitry Moiseev)

15:53 – 16:14 – "In web browser, you can see the well-known model from Ubiquiti . . . running XW Firmware. What I'm going to do, I'm going just to update it through the regular web update procedure."

18:11– 18:20 – (Video of Ubiquiti Units) "What you see are ePMP 1000 generation subscribers as well as some Ubiquiti subscriber units connected and passing traffic."

21:44 – 21:53 – "Warranty is specific to hardware. ePMP Elevate is a software solution so therefore any hardware specific defects should be reported to the corresponding manufacturer."

25:24 – 25:47 – "Will we be able to use a former Ubiquiti SM and DMS channels? . . . Yes, we will be able to. . . Ubiquiti hardware is DMS approved and it will be available."

27:07 – 27:15 – "ePMP Elevate solution does not, and I repeat does not replace the plans you have to install new hardware."

29:42 – 29:54 – "If issue with hardware unit, is it Cambium support issue or Ubiquiti support issue? . . . If it is hardware problem, that is responsibility of hardware manufacturer."

36:52 – 37:17 – "If you upgrade a subscriber module to ePMP Elevate, you are always able to revert back to the original manufacturer's software . . . support same hardware reset functionality on all those units and you can always return back to the original manufacture's software if you so desire.  And that answers the question whether the upgrade step is reversible so we won't go through that again."

38:25 – 38:30 – "Is there any possibility of Ubiquiti blocking the ability to allow third-party firmware? Absolutely, there is."

41:29 – Screenshot of Cambium Networks User Interface displaying NanoBeam-M5 with Cambium Networks copyright notice.

47:53 – 47:58 – "Is upgrade reversible and can you move back to Ubiquiti?. . . .  Yes, you can."

48:28 – 48:35 – "Once again warranties are hardware specific so therefore any hardware failures should be referred to the manufacturer."

49:56 – 50:03 – "Once you've uploaded ePMP Elevate . . . old manufacturers' firmware is not operating in any form."