# Exhibit G





# ePMP Elevate

Increase performance without replacing installed hardware.

ePMP Elevate is an innovative software solution that empowers 3rd party subscriber hardware with all the performance and scalability benefits of the ePMP platform, when co-installed with an ePMP access point.

Where to Buy

PMP Distribution



# Don't replace your hardware. Elevate it.

## Transform your network

ePMP Elevate software solution allows fixed wireless broadband networks to gain the powerful signature capabilities of Cambium Networks' ePMP platform, including frequency reuse enabled by GPS Synchronization and Smart Beamforming, even on non-Cambium 802.11n-based hardware.

## The next level of network migration

Saving the cost and time of a total network replacement, an operator simply installs an ePMP Access Point and loads ePMP Elevate software onto their deployed subscriber modules.

## Protected investment

With the upgraded features of ePMP Elevate, the life of existing infrastructure is dramatically extended to support revenue-generating applications for years to come.

Contact

Get Quote

# Streamlined operations

ePMP Elevate networks can be managed by cnMaestro™, the cloud-based or on-premise platform that provides end-to-end management, device onboarding, and maintenance support for wireless broadband networks from a single, easy-to-use interface.

## Managing all your Wireless Devices Effortlessly

See a view from the clouds

With ease of use and vast scalability, cnMaestro has a full set of features targeted to cloud manage Cambium devices in a simple way.

Try cnMaestro Now



Contact

Get Quote

## ADDITIONAL RESOURCES

Accessories, including power supplies and antennas

Software downloads and documentation

ePMP Consultants

Community discussion

Technical Training

Recorded Webinars

## STAY CONNECTED

Keep up on our always evolving product features and technology.

Enter your email and subscribe to our communications.

| Email Address | Subscribe |

## ABOUT US

Mission

Executive Team

Quality

Social Responsibility

## CONTACT US



Contact

Get Quote

Careers

Industry Associations

Partners

Office Locations

**FOLLOW US**

Facebook

YouTube

Twitter

Instagram

Google+

Linkedin



Copyright © 2018 Cambium Networks, Ltd. All rights reserved.

Company Terms and Conditions   |   Privacy Policy   |   Cookie Policy   |   Legal Terms   |   Email Preferences



Contact

Get Quote