# Exhibit H



**ROLLING MEADOWS, IL,** November 30, 2016 — Cambium Networks, a leading global provider of wireless networking solutions, today announced ePMP™ Elevate, a software solution allowing outdoor wireless broadband networks to gain the powerful signature capabilities of Cambium Networks' ePMP platform, including frequency reuse enabled by GPS Synchronization and Smart Beamforming, even on non-Cambium Networks 802.11n-based hardware. With ePMP Elevate, operators can bring industry-leading performance and scalability to existing infrastructure without the time and cost of replacing network equipment.

As it becomes increasingly important for wireless network operators to keep up with customer demands, the cost and time of traditional network migration methods can be major pain points. The launch of ePMP Elevate takes network migration to the next level, solving the challenges of traditional network migration methods at a fraction of the cost and time. Network operators simply need a single ePMP access point and to load their deployed subscriber modules with ePMP Elevate software. Their hardware investment is protected, and their existing infrastructure is given a new lease on life to support revenue-generating applications for years to come. Additionally, network operators are able to confidently extend high-speed connectivity and increase density to meet customer demand without the time and expense of dispatching technicians to each subscriber location.

"For years we have operated by limiting ourselves to no more than 25 subscribers per AP without seeing a rapid decline in overall AP performance," said Ian Ellison, CTO, WISPER Internet and Co-Owner of BLIP Networks. "Through prior testing and deployment with ePMP, we knew that GPS synchronization would improve our network stability and spectral efficiency, but we had an equipment and labor investment in the installed base. ePMP Elevate allowed us to achieve synchronization and frequency re-use across our entire network by just replacing the APs. It's affordable, improves network performance, boosts customer satisfaction, and most importantly allowed us to upgrade our infrastructure without costly truck rolls to replace customer equipment."

"ePMP Elevate is a software solution that is hardware agnostic," said Atul Bhatnagar, President and CEO of Cambium Networks. "Network operators with radio hardware from one or multiple vendors can now operate one network with a common management system without replacing installed CPE hardware."

"Wireless broadband network operators around the world have been asking for this," said Sakid Ahmed, Vice President, ePMP Business, at Cambium Networks. "Many started out years ago with small networks, but as demand for connectivity has grown, their existing networks cannot effectively scale. ePMP Elevate adds critical features to their 802.11n-based installed equipment and positions them for growth and increased customer satisfaction."

ePMP Elevate networks can be managed by cnMaestro. This cloud-based or on-premise platform provides end-to-end management, device onboarding, and maintenance support for wireless broadband networks from a single, easy-to-use interface.

Cambium Networks is hosting a free webinar on ePMP Elevate to present the features, benefits, share actual field performance, and discuss deployment strategies. The webinar will be held on Wednesday, November 30, at 9:00 a.m. US CST.

**About Cambium Networks:**

Cambium Networks is a leading global provider of trusted wireless solutions that connect the unconnected – People, Places and Things. Through its extensive portfolio of reliable, scalable and secure wireless narrowband and broadband platforms, Cambium Networks makes it possible for all service providers and industrial, enterprise and government network operators to build affordable, reliable, high-performance connectivity. The company currently has over six million radios deployed in thousands of demanding networks in more than 150 countries. Headquartered outside Chicago and with R&D centers in the U.S., U.K. and India, Cambium Networks sells through a range of trusted global distributors.

For more information, visit www.cambiumnetworks.com and www.connectingtheunconnected.org.

## Share this Post

Facebook          Google+          LinkedIn          Twitter

### STAY CONNECTED

Keep up on our always evolving product features and technology.

Enter your email and subscribe to our communications.

Email Address                                    Subscribe

**ABOUT US**

Mission

Executive Team

Quality

Social Responsibility
**CONTACT US**

Careers

Industry Associations

Partners

Office Locations
**FOLLOW US**

Facebook

YouTube

Twitter

Instagram

Google+

Linkedin



Copyright © 2018 Cambium Networks, Ltd. All rights reserved.

Company Terms and Conditions | Privacy Policy