# Exhibit I



# Wireless Fabric Connectivity Solutions



2018 Copyright Cambium Networks, Ltd. All Rights Reserved

# Cambium Networks' Wireless Fabric



2018 Copyright Cambium Networks, Ltd. All Rights Reserved

# Breakthrough Technologies


www.cambiumnetworks.com

## Cloud and Network Management

**LINKPlanner**
- Free, network design tool for RF environments
- Tens of thousands of links deployed



**cnMaestro**
- Cloud management
- Secure, end-to-end network control



**cnArcher**
- Free android app
- Allows field techs to configure PMP networks



---

### Point-to-Point

**PTP 650/670**
- Launched in November 2013/2017
- Replacement for legacy PTP 600 which was the "gold standard" for almost a decade



**PTP 550**
- Launched January 2018
- Exceptional headline data rate (1.4 Gbps)



### Point-to-Multipoint

**cnMedusa (PMP 450m)**
- Launched in September 2016
- Breakthrough 14x14 Massive MU-MIMO
- Will drive continued PMP growth for next several years



**PMP 450i**
- Launched in September 2012/2016
- Long awaited replacement to flagship PMP product line
- Top performing Cambium product



### ePMP

**ePMP 1000/2000**
- Launched in October 2013
- High quality, affordable platform



**ePMP 3000**
- Launching December Q2 2018
- 4x4 MU-MIMO & 80 MHz Channel Support
- Higher Capacity and Spectral Efficiency



### Wi-Fi

**cnPilot e4/5/6xx**
- Launched in July 2015, cloud-savvy
- Affordable yet uncompromising quality



**cnPilot e430W**
- Launching Q1 2018
- Wall Plate AP for Hospitality
- Managed Service Provider enaber



2018 Copyright Cambium Networks, Ltd. All Rights Reserved

# cnPilot Wi-Fi Portfolio Overview

Provide seamless indoor and outdoor Wi-Fi with field proven solutions that meet capacity needs.

     

|  | r190W | r190V | e410 | e600 | e500 | e430W |
|---|---|---|---|---|---|---|
| Key Statement | Indoor residential and small to medium business wi-fi access | | Enterprise indoor access points | | Enterprise outdoor access point with options for antenna coverage:<br>• E500 - omnidirectional<br>• e501S - 90° - 120°<br>• e502S - 30° | Enterprise wall plate |
| Typical Application | Indoor Wi-Fi coverage<br>• Residential<br>• Small and medium business | | Enterprise Wi-Fi coverage for indoor locations:<br>• Enterprise<br>• Hospitality<br>• Industry<br>• Public Wi-Fi<br>• Retail | | Wi-Fi coverage for outdoor areas<br>• Enterprise<br>• Hospitality<br>• Industry<br>• Public Wi-Fi | Hospitality |
| Wi-Fi Standard | 802.11n | 802.11n | 802.11ac Wave 2 | 802.11ac Wave 2 | 802.11ac | 802.11ac Wave 2 |
| Frequency |  |  | 2.4 and 5 GHz | 2.4 and 5 GHz | 2.4 and 5 GHz | 2.4 AND 5 GHz |
| Max Throughput | 300 Mbps | 300 Mbps | 867 Mbps | 1.3 Gbps | 1.01 Gbps | 1.01 Gbps |
| Tx Power | 24 dBm | 24 dBm | 24 dBm at 2.4 GHz<br>25 dBm at 5 GHz | 24 dBm at 2.4 GHz<br>28 dBm at 5 GHz | 29 dBm at 2.4 GHz<br>28 dBm at 5 GHz | 22 dBm at 2.4 GHz<br>21 dBm at 5 GHz |
| Concurrent Users | 64 | 64 | 256 | 512 | 256 | 256 |
| SSID | 4 | 4 | 16 | 16 | 16 | 16 |
| Mesh Capability | No | No | Yes | Yes | Yes | Yes |
| Ethernet ports | 4 LAN<br>1 WAN | 4 LAN<br>1 WAN | 1 LAN | 2 LAN | 2 LAN | 3 LAN<br>1 LAN + PoE |
| Roaming | No | No | Yes | Yes | Yes | Yes |

2018 Copyright Cambium Networks, Ltd. All Rights Reserved



# PMP 450 Platform Overview

www.cambiumnetworks.com

## Access Points



450m    5 GHz 450i    3 GHz 450i    450i Connectorized    PMP 450 AP

## PMP 450i 900 MHz



900 AP with Sector    900 SM with Yagi

## Subscriber Modules

    

450b Mid-gain    450b High Gain    450i Integrated    450i Connectorized    450 SM Integrated    450 SM with Reflector Dish

|  | Access Points ||| Subscriber Modules |||
|---|---|---|---|---|---|---|
|  | 450m cnMedusa | 450i | 450 | 450b | 450i | 450 |
| Frequency Bands | 3 GHz*, 5 GHz | 900 MHz, 3 GHz, 5 GHz | 2.4 GHz | 3 GHz*, 5 GHz | 3 GHz, 5 GHz | 900 MHz, 2.4 GHz |
| Channel Size | 5\|7\|10\|15\|20\|30\|40 MHz | 5\|7\|10\|15\|20\|30\|40 MHz | 5\|10\|15\|20\|30\|40 MHz | 5\|7\|10\|15\|20\|30\|40 MHz | 5\|7\|10\|15\|20\|30\|40 MHz | 5\|7\|10\|15\|20\|30\|40 MHz |
| Physical Layer | 14 x 14 MU-MIMO / OFDM | 2 x 2 MIMO / OFDM | 2 x 2 MIMO / OFDM | 2 x 2 MIMO / OFDM | 2 x 2 MIMO / OFDM | 2 x 2 MIMO / OFDM |
| Interface | Gigabit, SFP; 2nd Ethernet port PoE out | Gigabit; 2nd Ethernet port PoE out | 100 Mbit | Gigabit | Gigabit; 2nd Ethernet port PoE out | 100 Mbit |
| Environmental | IP 67, IP 66 | IP 67, IP 66 | IP 67, IP 66 | IP 55 (Mid-gain), IP 67 (High Gain) | IP 67, IP 66 | IP 55 |
| Latency | 7-10 ms | 3-5 ms | 3-5 ms | 3-5 ms | 3-5 ms | 3-5 ms |
| Performance | 1.2 Gbps+ | 300+ Mbps | 200+ Mbps | 300+ Mbps | 300+ Mbps | 100+ Mbps |
| Powering Methods | 56V PoE; Cambium Proprietary | 30V PoE; 802.3af | 30V PoE; Cambium Proprietary Standard PoE Pinouts | 30V PoE; Cambium Proprietary Standard PoE Pinouts | 30V PoE; Cambium Proprietary Standard PoE Pinouts | 30V PoE; Cambium Proprietary Standard PoE Pinouts |
| Power Consumption | 85 W Max, 70 W Typical | 19 W Max, 16 W Typical | 15 W max, 12 W typical | 12 W max, 9 W typical | 19 W max, 16 W typical | 12 W max, 9 W typical |
| Max Power | +42 dBm EIRP | +44 dBm EIRP; +27 dBm Tx Power | +22 dBm Tx Power | +44 dBm EIRP (mid-gain); +51 dBm EIRP (High gain) | +50 dBm EIRP; +27 dBm Tx Power | +22 dBm Tx Power |
| Antenna | 90°/120° Sector | 90°/120° Sector: 17 dBi; Connectorized or external 60° Sector Antenna (900 MHz) | Connectorized or external 60° Sector Antenna | 17 dBi: Mid-Gain; 24 dBi: High Gain (5 GHz); 19 dBi: High Gain (3 GHz)* | 23 dBi (5 GHz); 19 dBi (3 GHz); Integrated Flat Panel | 9 dBi: Integrated (2.4 GHz); Connectorized or external 12 dBi Yagi (900 MHz) |
| SMs Supported Per Sector | 238 | 238 | 238 |  |  |  |

2018 Copyright Cambium Networks, Ltd. All Rights Reserved



# ePMP™ Portfolio Overview

| | ePMP 1000 2.4 GHz | | | | ePMP 1000 5 GHz | | | | | | ePMP 2000 5 GHz | ePMP 3000 5 GHz | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GPS Sync Radio | Connectorized | Integrated | Force 200 | GPS Sync Radio | Connectorized | Bridge-in-a-Box | Force 180 | Force 190 | Force 200 | Access Point with Intelligent Filtering and Sync | CSM 300 / Force 300-16 / Force 300-25 | Access Point with MU-MIMO |
| | | | | | | | | | | | | Q2/18 / Q2/18 / Q4/17 | Q2/18 |
| | **Connectorized \| Integrated** | **GPS Sync Radio** | **Bridge-in-a-Box** | **Force 180** | **Force 190** | **Force 200** | **Access Point with Intelligent Filtering** | **Force 300-16 Force 300-25 CSM 300** | **Access Point with MU-MIMO** | | | | |
| Frequency Band(s) | 2.4 GHz, 5 GHz 2.4/2.5 GHz (Brazil, NZ) 6.4 GHz (Russia) | 2.4 GHz, 5 GHz | 5 GHz | 5 GHz | 5 GHz | 2.4 GHz, 5 GHz | solution with beam steering, intelligent 5 GHz | 5 GHz | 5 GHz | | | | |
| Channel Size | 5\|10\|20\|40 MHz | 5\|10\|20\|40 MHz | 5\|10\|20\|40 MHz | 5\|10\|20\|40 MHz | 5\|10\|20\|40 MHz | 5\|10\|20\|40 MHz | 5\|10\|20\|40 MHz | 20 \| 40 \| 80 MHz | 20 \| 40 \| 80 MHz | | | | |
| Physical Layer | 2 x 2 MIMO / OFDM 802.11n – 64QAM | 2 x 2 MIMO / OFDM 802.11n – 64QAM | 2 x 2 MIMO / OFDM 802.11n – 64QAM | 2 x 2 MIMO / OFDM 802.11n – 64QAM | 2 x 2 MIMO / OFDM 802.11n – 64QAM | 2 x 2 MIMO / OFDM 802.11n – 64QAM | 2 x 2 MIMO / OFDM 802.11n – 64QAM | 2 x 2 MIMO / OFDM 802.11ac Wave 2 256QAM | 4 x 4 MIMO / OFDM 802.11ac Wave 2 256QAM | | | | |
| Interface | 100 Mbit 2nd Ethernet port PoE out | Gigabit | Gigabit | Gigabit | 100 Mbit | Gigabit | Gigabit | Gigabit | Gigabit/SFP | | | | |
| Environmental | IP55 | IP55 | IP55 | IP55 | IP55 | IP55 | IP55 | IP55 | IP55 | | | | |
| Latency | 15~17ms | 5~7ms | 15~17ms | 5~7ms | 2~3ms | 2~3ms | 5~7ms | 5~7ms | 5~7ms | | | | |
| Performance | 200+ Mbps | 200+ Mbps | 200+ Mbps | 200+ Mbps | 200+ Mbps | 200+ Mbps | 200+ Mbps | 600+ Mbps | 1+ Gbps | | | | |
| Powering Methods | 30V PoE Cambium Proprietary | 30V PoE 802.3af | 30V PoE Cambium Proprietary Standard PoE Pinouts | 30V PoE Cambium Proprietary Standard PoE Pinouts | 30V PoE Cambium Proprietary Standard PoE Pinouts | 30V PoE Cambium Proprietary Standard PoE Pinouts | 56V PoE 802.3at | 30V PoE | 56V PoE 802.3at | | | | |
| Power Consumption | 7 W max, 5 W typical | 10 W max, 7.5 W typical | 10 W max, 5 W typical | 10 W max, 5 W typical | 8 W max, 5 W typical | 10 W max, 5 W typical | 20 W max | 12 W | 21 W max | | | | |
| Max Tx Power | +30 dBm | +30 dBm | +30 dBm | +30 dBm | +27 dBm | +30 dBm | +30 dBm | +27 dBm | MCS0, VHT80: +25 dBm MCS9, VHT80: +21 dBm | | | | |
| Antenna | Integrated: 2.4 GHz – 11 dBi 5 GHz – 14 dBi Connectorized: 3rd party | 90°/120° Sector: 18 dBi or 3rd party antenna | Integrated: 16 dBi | Integrated: 16 dBi | Dish: 22 dBi | Dish: 2.4 GHz - 17 dBi 5 GHz – 25 dBi | 90/120° Sector: 17dBi Optional Beamforming | 300-16: Integrated 16 dBi 300-25: Dish 25 dBi CSM 300: RP-SMA | 90/120° Sector: 17 dBi 4 x 4 MU-MIMO Optional Beamforming | | | | |
| Modes | **AP**: 120 Subscribers **SM** **PTP** | **AP**: 120 Subscribers **PTP** | Bridge-in-a-Box: **PTP** | **SM** **PTP** | **SM** **PTP** | **SM** **PTP** | **AP**: 120 Subscribers **PTP** | **SM** **PTP** | **AP**: 120 Subscribers **PTP** | | | | |

2018 Copyright Cambium Networks, Ltd. All Rights Reserved

# ePMP elevate

Leverage an existing 802.11-based installed network and add synchronization without the cost of replacing the entire network



ePMP 2000
2.4 & 5 GHz

Access Point with Intelligent Filtering and Sync

## ePMP elevate

| | |
|---|---|
| Typical Application | Saving the cost and time of a total network replacement, an operator simply installs an ePMP Access Point and loads ePMP Elevate software onto their deployed subscriber modules. |
| Products Supported | • For Ubiquiti® XW/XM and Mikrotik SXT5-Lite Devices |

*Industry's most affordable filtering and all the benefits of GPS sync*

| | Access Point with Intelligent Filtering |
|---|---|
| Frequency Band(s) | 2.4 & 5 GHz |
| Channel Size | 5\|10\|20\|40 MHz |
| Physical Layer | 2 x 2 MIMO / OFDM 802.11n – 64QAM |
| Interface | Gigabit |
| Performance | 200+ Mbps |
| Powering Methods | 56V PoE 802.3at |
| Power Consumption | 20 W max |
| Max Tx Power | +30 dBm |
| Antenna | 90/120° Sector: 17dBi Optional Beamforming 3rd party horn |
| Modes | **AP**: 120 Max Subscribers GPS synchronized **PTP** Scheduling: ePTP \| TDD \| Flexible |

2018 Copyright Cambium Networks, Ltd. All Rights Reserved



# cnReach / IIoT Overview

Simplify the migration to an all-IP network and maximize the use of spectrum while reducing operating costs

| |  **N500 900 MHz** |  **N500 700 MHz** |  **N500 450 MHz** |  **N500 220 MHz** |  **N500 I/O Expander** |
|---|---|---|---|---|---|
| Key Statement | For outdoor critical infrastructure operations, cnReach transports process monitoring and control data from the remote sensor or PLC/RTU back to the operations center supporting real-time automated decision making and on-going analytics. Covering large geographic areas, hard to reach terrain and challenging spectrum environments, cnReach delivers reliable, secure connectivity to the petrochemical, electric utility, water/wastewater/stormwater, rail and transportation industries. cnReach eases the migration to modern networks by combining legacy serial and analog/digital I/O with TCP/IP and Ethernet connectivity. | | | | |
| Region | NA/CALA/Australia/NZ | US | Global | US | Global |
| Frequency Bands | ISM mode: 902 - 928 MHz; (915-928 MHz in Australia) MAS mode: 928 - 960 MHz | 757-758 MHz and 787-788 MHz | 406 – 430 MHz and 450 – 470 MHz | 217 – 222 MHz | |
| Channel Size | ISM: 76 / 154 / 207 / 310 / 600 / 1200 kHz MAS: 12.5 / 25 / 50 kHz | 12.5, 25, 50, 100, 200, 250 kHz | 12.5 / 25 kHz ( 50 / 100 kHz available regulations permitting) | 12.5 / 15 / 25 / 50 / 100 / 200 kHz | |
| Modulations | MSK / 2FSK / BPSK / QPSK / 8PSK / 16PSK / 16QAM / 32QAM | MSK / QPSK / 8PSK / 16QAM / 32QAM | MSK / QPSK / 8PSK / 16QAM / 32QAM | MSK / QPSK / 8PSK / 16QAM / 32QAM | |
| Max Tx Power | Up to 1 W (30 dBm) (ISM) Up to 4 W (36 dBm) (MAS) | Up to 10W (40 dBm) | FCC: 406.1 - 430 MHz (up to 2 W / 33 dBm); 450-470 MHz (up to 8 W / 39 dBm); ETSI: Up to 8W (39 dBm) | 217-220: Up to 2W 220-222 Up to 5W | |
| Adaptive modulation | Yes | Yes | Yes | Yes | |
| Security | 128/256-bit AES encryption and secure management interfaces (HTTPS, SNMPv3) | | | | |
| Interfaces | Two Ethernet Two Serial (RS-232/422/485) Optional Analog/Digital GPIO | Two Ethernet Two Serial (RS-232/422/485) Optional Analog/Digital GPIO | Two Ethernet Two Serial (RS-232/422/485) Optional Analog/Digital GPIO | Two Ethernet Two Serial (RS-232/422/485) Optional Analog/Digital GPIO | Two Ethernet Two Serial (RS-232/422/485) Analog/Digital GPIO |
| LINKPlanner | Y | Y | Y | Y | |
| cnMaestro | Y | Y | Y | Y | |

Cambium Networks offers a complete set of accessories for cnReach including power supplies, antennas and adaptors.

2018 Copyright Cambium Networks, Ltd. All Rights Reserved

# Licensed Microwave Overview



| | FULL OUTDOOR | | SPLIT MOUNT | |
|---|---|---|---|---|
| | **PTP820S** | **PTP820C** | **PTP820G + RFU-C** | **PTP820G + RFU-A** |
| Frequency Band | 6 – 38 GHz | 6 – 38 GHz | 6 – 38 GHz | 6, 11 GHz |
| Channel Size | 3.5 - 80 MHz | 3.5 - 80 MHz | 3.5 - 60 MHz | 3.5 - 60 MHz |
| Number of Carriers | Single | Dual | Single and Dual | Single and Dual |
| XPIC | Not Supported | Supported | Supported | Supported |
| MIMO | Not Supported | 2x2 / 4x4 MIMO | Not Supported | Not Supported |
| Traffic Interface | 1 x 10/100/1000 Base T (RJ 45) | 1 x 10/100/1000 Base T (RJ 45) | 4 x 10/100/1000 Base T (RJ 45) | 4 x 10/100/1000 Base T (RJ 45) |
| | 2 x 1000 BaseX - SFP | 1 x 1000 BaseX - SFP | 2 x 1000 BaseX - SFP | 2 x 1000 BaseX - SFP |
| MTU | 9600 Bytes | 9600 Bytes | 9600 Bytes | 9600 Bytes |
| QoS | VLAN ID, p-bits, IPv4, DSCP, IPv6 TC, MPLS EXP | VLAN ID, p-bits, IPv4, DSCP, IPv6 TC, MPLS EXP | VLAN ID, p-bits, IPv4, DSCP, IPv6 TC, MPLS EXP | VLAN ID, p-bits, IPv4, DSCP, IPv6 TC, MPLS EXP |
| | 8 priority queues | 8 priority queues | 8 priority queues | 8 priority queues |
| | configurable up to 64 Mbit per queue | configurable up to 64 Mbit per queue | configurable up to 64 Mbit per queue | configurable up to 64 Mbit per queue |
| Configuration | 1+0 | 1+0 to 4+0 | 1+0 to 2+0 | 1+0 to 2+0 |
| | 1+1 HSB | 1+1 / 2+2 HSB | 1+1 / 2+2 HSB | 1+1 / 2+2 HSB |
| | 2+0, Non-XPIC | 2+0 XPIC | 2+0 XPIC | 2+0 XPIC |
| | | 2+2 SD | 1+1 HSB with SD | 1+1 HSB with SD |
| Performance (Layer 2) | 596 Mbps - No Compression | 1.2 Gbps - No Compression | 1 Gbps - No Compression | 1 Gbps - No Compression |
| | 833 - Multi-Layer Compression | 2 Gbps - Multi-Layer Compression | 2 Gbps - Multi-Layer Compression | 2 Gbps - Multi-Layer Compression |
| Modulation | QPSK to 2048 OAM w/ACM | QPSK to 2048 OAM w/ACM | QPSK to 2048 OAM w/ACM | QPSK to 2048 OAM w/ACM |
| Multi Carrier Link Aggregation | N/A | MC-ABC | MC-ABC | MC-ABC |
| Power Consumption | 6-11 GHz: 40W | 6 & 11 GHz: 65W | IDU: 23.5W(single modem) | IDU: 23.5W(single modem) |
| | | 7 GHz: 75W | IDU: 26.4W(Dual modem) | IDU: 26.4W(Dual modem) |
| | 13-38 GHz: 35W | 13-15 GHz & 26-38 GHz: 55W | RFU-C 6-26 GHz: 22W (1+0), 39W (1+1) | RFU-Ae: 77W (1+0), 101W(1+1) |
| | | 18-24 GHz: 48W | RFU-C 28-38 GHz: 26W (1+0), 43W (1+1) | RFU-Aep: 90W (1+0), 114W(1+1) |
| Maximum Tx Power | 29 dBm | 28 dBm | 26 dBm | 35 dBm |

2018 Copyright Cambium Networks, Ltd. All Rights Reserved

# Point to Point Sub 6 GHz: Product at a Glance

        

|  | Bridge-in-a-Box | F300-25 | PTP 450 | PTP 450i | PTP 550 (Dual Carrier) | PTP 670 |
|---|---|---|---|---|---|---|
| Frequency Range (GHz) | 4.9 to 5.97 | 5.15 to 5.97 | 3.5 /3.65/ 5.4 to 5.8 GHz | 4.90 to 5.925 | 5.15 – 5.97 | 4.9 to 6.05 |
| Channel BW (MHz) | 5/10/20/40 | 20/40/80 | 5/10/20/30 | 5/10/15/20/30/40 | 2x 20/40/80 | 5/10/15/20/30/40/45 |
| Technology | 802.11n | 802.11ac Wave 2 | Proprietary | Proprietary | 802.11ac Wave 2 | Proprietary |
| Line of Sight | LoS | LoS | LoS | LoS | LoS | LoS, nLoS, NLoS |
| Environmental | IP55 | IP55 | IP55 | IP66/67 | IP66/67 | IP66/67 |
| Latency | 3-6 ms | 3-6 ms | 3-5 ms | 3-5 ms | 3-5 ms | 1-3 ms |
| Performance | 200 Mbps | 600 Mbps | 300 Mbps | 300 Mbps | 1.4 Gbps | 450 Mbps |
| Top Modulation | 64 QAM | 256 QAM | 256 QAM | 256 QAM | 256 QAM | 256 QAM |
| Max Frame Size | 1700 Bytes | 1700 Bytes | 1700 Bytes | 1700 Bytes | 1700 Bytes | 9600 Bytes |
| Spectrum Management | Standby Spectrum Analyzer | Live Spectrum Analyzer | Standby Spectrum Analyzer | Standby Spectrum Analyzer | Dynamic Channel Selection | Dynamic Spectrum Optimization (DSO) |
| Dynamic Filter | No | No | No | Yes | No | No |
| IEEE 1588v2 & SyncE | No | No | No | No | No | Yes |
| TDD Sync | No | No | Yes | Yes | Yes | Yes |
| Encryption | AES 128 | AES 128 | AES 128 | AES 128 | AES 128 | AES 128/AES 256 |
| QOS | 3 Level | 3 Level | 2 Level | 4 Level | 3 Level | 8 Levels |
| Power Consumption | 7W | 12 W | 12 W | < 25 W | < 25 W | <30 W |
| Max Tx Power | 30 dBm | 27 dBm | 22 dBm | 27 dBm | 27 dBm | 27 dBm |
| Integrated Antenna | 16 dBi | 25 dBi or 16 dBi | 14 dBi | 23 dBi | 23 dBi | 23 dBi |

2018 Copyright Cambium Networks, Ltd. All Rights Reserved

# Planning and Management Overview



### LINKPlanner

Quickly design networks for optimal deployment and cost effectiveness with ease.



### cnArcher

Raise the bar on installation accuracy with cnArcher™, the free Android app that gives field techs the information they need to configure and properly align Cambium Networks PMP wireless broadband subscriber modules.



### cnMaestro

cnMaestro™ is a cloud-based or on-premises software platform for secure, end-to-end network control.

| | | | |
|---|---|---|---|
| **Typical Application** | LINKPlanner allows you to model scenarios – based on geography, distance, antenna height, transmit power, and other factors – to optimize system performance before purchase. Quickly design networks for optimal deployment and cost effectiveness with ease. Available for Microsoft® Windows® and Mac® systems, LINKPlanner is a free, user-friendly link-design tool. | Designed with input from field technicians and years of experience on our millions of wireless broadband modules deployed, cnArcher validates configuration and alignment in seconds.  Increase the number of installs done right the first time, and increase customer satisfaction. Eliminate problems, and focus your manpower on connecting new subscribers as your network grows. | cnMaestro wireless network manager simplifies device management by offering full network visibility. View and perform a full suite of wireless network management functions in real time. Optimize system availability, maximize throughput, and meet emerging needs of business and residential customers. |
| **Products Supported** | • cnPilot<br>• ePMP<br>• PMP<br>• PTP<br>• cnReach | • PMP | • cnPilot<br>• ePMP<br>• cnReach |

2018 Copyright Cambium Networks, Ltd. All Rights Reserved

# Cambium Networks Wireless Network Fabric



- People Places Things
- Purpose Built
- 2m to 246km
- Kb to Mb to Gb
- Indoor and Outdoor
- PTP PMP Wi-Fi LTE
- Licensed and Unlicensed
- Scalable
- Concept to Commissioning
- Single Pane of Glass



2018 Copyright Cambium Networks, Ltd. All Rights Reserved



# Resilient, Efficient, Affordable Wireless Connectivity Solutions



2018 Copyright Cambium Networks, Ltd. All Rights Reserved