# Exhibit J





