# Exhibit K

## Cam...

Help    Sign In

Cambium Networks Community  >  Forums  >  ePMP  >  ePMP Elevate  >  Issues elevating Ubiquiti devices with firmware higher than 5.6.15

Options

| This board ▼ | Search all content | |
|---|---|---|
| | | cancel |

# Issues elevating Ubiquiti devices with firmware higher than 5.6.15

☑ SOLVED

↓ Go to solution



georgehbb Occasional Contributor

10-06-2017 09

✔ **Issues elevating Ubiquiti devices with firmware higher than 5.6.15**



Hi Everyone,

We are trying to elevate some devices here in the office before we test them in the field.
We could easily elevate Nanostations 2.4, but we are having issues with the PowerBeams.
I made sure we were using the XW firmware, I did read a bunch of forum discussions about it. I also tried to use the **elevator tool** available at this link:
https://www.dropbox.com/sh/2ja5jwsids1p9k8/AAAFMn_Us8qlnMBaMbM5FFW

La?dl=0

Tried with different Elevate firmwares:
From XW 3.5 to XW 3.2

Unfortunately the Ubiquiti interface says:

> This firmware is not trusted by airOS. To maintain security, it will not be loaded. Please load trusted firmware.

I tried to upgrade the Powerbeam to 6.1.0 and downgrade it to 5.6.15 (the lowest firmware Ubiquiti would allow you to use) to no success.

Any suggestion? Thank you.

Solved! Go to Solution.

0 Kudos                                                                                     Reply

2 REPLIES                    All forum topics    ‹ Previous Topic    Next Topic ›

 **CAMBIUM** Luis Cambium Employee                                   10-06-2017 02

Re: Issues elevating PowerBeam 2.4 with firmware 5.6.15 %

Hello,

Please check this thread to see if it helps your situation.

Regards

2 Kudos

Reply



georgehbb Occasional Contributor

10-10-2017 09

☑ Re: Issues elevating PowerBeam 2.4 with firmware 5.6.15

I found the solution myself. I hope this will help others in my same situation.

The bottom line here is that AS OF NOW (please check the date of this post) you CANNOT downgrade a ubiquiti device to a firmware lower than 5.6.15.

In order to elevate a Ubiquiti device you need to have it (ideally) on 5.6.6

Some guy from Nepal shared some BETA firmware that allowes you to downgrade any device to 5.6.6
I put the file on this link https://www.justbeamit.com/mz6rr

Procedure: (works on both XM and XW)

1) Downgrade device to 6.0.6 beta

2) Downgrade to 6.0.4 (beta)

3) Downgrade to regular 5.6.6

4) Install elevate firmware (3.5 it's the most updated as of now)

Works like charm

You will be able to elevate any Nanostation or PowerBeam by following this procedure.

2 Kudos

Reply

↑ Top

powered by Lithium



Cam...                                                                                                  Help        Sign In

Cambium Networks Community    >    Forums    >    ePMP    >    ePMP Elevate
>    Ubiquiti new firmware 6.0.6 is trying to put stop on Elevate plans?

Options

| This board ∨ | Search all content |

cancel

# Ubiquiti new firmware 6.0.6 is trying to put stop on Elevate plans?



jperez Occasional Contributor                                                                07-10-2017 07

Ubiquiti new firmware 6.0.6 is trying to put stop on Elevate plans?

the release notes of the new firmware looks like Ubiquiti trying to stop Elevate plans.

```
6.0.6 (XM/XW/TI) Changelog / July 5, 2017
====


New:
- Signed firmware support (Users are not able to downgrade below v6.0.6 unless
using TFTP)
- Upgrade libpcap to 1.8.1
- Additional statistics for AC2 agent
```

0 Kudos

Reply

**5 REPLIES**  All forum topics   ‹ Previous Topic   Next Topic ›

 Chris_Bay Valued Contributor

07-10-2017 08

### Re: Ubiquiti new firmware 6.0.6 is trying to put stop on Elevate plans?

Figured they would at soms point.... im sure elivate took a lot of business from them.

0 Kudos

Reply

 Eric Ozrelic Trusted Contributor

07-10-2017 11

### Re: Ubiquiti new firmware 6.0.6 is trying to put stop on Elevate plans?

There is a work-around at the moment... if you've already loaded 6.0.6 final onto a radio, you can load 6.0.6 beta, and then you can load 6.0.4 which will allow you to upload Elevate. You can find the beta HERE. You can find 6.0.4 HERE.

Please note that with 6.0.6 beta, UI firmware downgrades are restricted to 5.6.15, 6.0.3 and 6.0.4

1 Kudo          Reply



**mohannadda1996** New Member                              07-21-2017 12

### Re: Ubiquiti new firmware 6.0.6 is trying to put stop on Elevate plans?



I cant download beta version.......

 22312.jpg 161 KB

0 Kudos          Reply

 Mike99 Contributor

07-25-2017 10

## Re: Ubiquiti new firmware 6.0.6 is trying to put stop on Elevate plans?

> Chris_Bay wrote:
> im sure elivate took a lot of business from them.

The radio is already sold so it's hard to took buisness in this case but it could slow the old technology replacement. Anyway, N vs AC difference is not enough to worth changing gears but MU-MIMO could worth it.

0 Kudos

Reply

 fgoldstein Contributor

07-25-2017 10

## Re: Ubiquiti new firmware 6.0.6 is trying to put stop on Elevate plans?

To download the 6.0.6-beta, you first have to sign up for the beta program. Instructions on on UBNT's forums. They're giving that out as general advice, not just ot people who normally woudl try a beta.



↑ Top