# **Exhibit L**

5/23/2018    Promotion - ePMP Elevate licenses for free !!! | | Winncom Technologies



| NEWS | EQUIPMENT | SOLUTIONS | RESOURCES | ABOUT COMPANY | CONTACTS |



December 4, 2017    Promotion - ePMP Elevate licenses for free !!!

**References**

Home page
About company
Contacts

news
Equipment
Solutions
Resources

Cambium Networks is launching a campaign to help owners of wireless networks built on Ubiquiti equipment to upgrade their network by replacing old equipment with the base station of the ePMP1000 or ePMP 2000 series. When purchasing new ePMP equipment, you get Elevate licenses as a gift !!!

EPMP Elevate is an inexpensive, easy and fast way to significantly increase the performance of an existing wireless broadband access network deployed on 802.11n equipment.

There is no need to replace the subscriber devices! You change only your old access point to the high-performance Cambium base station series ePMP1000 or ePMP2000!

When buying a base of 2.4 GHz or 5 GHz ePMP 1000 - 10 free licenses Elevate!
When buying a base 5 GHz ePMP 2000 Access Point (AP) - 20 free licenses Elevate!
When buying a base 5 GHz ePMP 2000 Access Point + sector antenna + bimforming antenna - 30 free Elevate licenses!

The promotion is valid until December 31, 2017!

More detailed information about the action is available on request, which can be sent by mail to sales@winncom.ru , or by leaving a message in the form of a feedback below:

Your name*

Your surname *

Company*

Your email *

Phone*



Question*

Winncom Technologies Corp. 1998-2018 © All rights reserved



**4 Декабря 2017**

**Ссылки**

Главная страница

О компании

Контакты

Новости

Оборудование

Решения

Ресурсы



# Акция – лицензии ePMP Elevate бесплатно!!!



Компания Cambium Networks проводит акцию, призванную помочь владельцам беспроводных сетей, построенных на оборудовании Ubiquiti, модернизировать свою сеть, заменив старое оборудование на базовую станцию серий ePMP1000 или ePMP 2000. При покупке нового оборудования ePMP вы получаете лицензии Elevate в подарок!!!

Программа ePMP Elevate – недорогой, простой и быстрый способ значительного увеличения производительности существующей сети беспроводного широкополосного доступа, развернутой на оборудовании стандарта 802.11n.

**При этом нет необходимости в замене абонентских устройств! Вы меняете только вашу старую точку доступа на высокопроизводительную базовую станцию Cambium серии ePMP1000 или ePMP2000!**

- **При покупке базы 2.4 GHz or 5 GHz ePMP 1000 – 10 бесплатных лицензий Elevate!**
- **При покупке базы 5 GHz ePMP 2000 Access Point (AP) – 20 бесплатных лицензий Elevate!**
- **При покупке базы 5 GHz ePMP 2000 Access Point + секторная антенна + бимформинг антенна – 30 бесплатных лицензий Elevate!**

Акция действует до 31 декабря 2017 года!

Более подробная информация об акции предоставляется по запросу, который можно направить по почте на адрес sales@winncom.ru, или оставив сообщение в форме обратной связи ниже:

Ваше имя*

Ваша фамилия*

Компания*

Ваш email*

Телефон*

Вопрос*

☐ Я прочитал(а) и согласен(а) с Политикой конфиденциальности

Отправить

Winncom Technologies Corp. 1998—2018 © Все права защищены