IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UBIQUITI NETWORKS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>CAMBIUM NETWORKS, INC.;<br>CAMBIUM NETWORKS, LTD.;<br>BLIP NETWORKS, LLC;<br>WINNCOM TECHNOLOGIES, INC.;<br>SAKID AHMED; and DMITRY<br>MOISEEV.<br><br>*Defendants*. | Civil Action No.: 1:18-cv-05369<br><br>**JURY TRIAL DEMANDED** |

**CORPORATE DISCLOSURE AND NOTIFICATION AS TO AFFILIATES**

Pursuant to Local Rule 3.2 and Federal Rule of Civil Procedure 7.1, Ubiquiti Networks, Inc. ("Ubiquiti") states as follows:

1. Ubiquiti is a publicly held corporation.

2. Ubiquiti has no parent corporation and no publicly held corporation directly owns 10% or more of Ubiquiti's stock.

3. Ubiquiti has no publicly held affiliates.

Dated: August 7, 2018

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/s/ *Elizabeth B. Herrington*
Elizabeth B. Herrington (IL# 6244547)
77 West Wacker Drive
Chicago, IL 60601-5094
312.324.1000 (Telephone)
312.324.1001 (Facsimile)
beth.herrington@morganlewis.com

Robert C. Bertin
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
202.739.3000 (Telephone)
202.739.3001 (Facsimile)
robert.bertin@morganlewis.com

Mark L. Krotoski
1400 Page Mill Road
Palo Alto, CA 94304-1124
650.843.4000 (Telephone)
650.843.4001 (Facsimile)
mark.krotoski@morganlewis.com

Amy M. Dudash
1701 Market Street
Philadelphia, PA  19103
215.963.5000 (Telephone)
215.963.5001 (Facsimile)
amy.dudash@morganlewis.com

*Attorneys for Plaintiff Ubiquiti Networks, Inc.*