# Exhibit A

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
TXu 1-795-146

**Effective date of registration:**
April 3, 2012

## Title

**Title of Work:** AirOS 5.2.1

## Completion/Publication

**Year of Completion:** 2010

## Author

- **Author:** Ubiquiti Networks, Inc.

  **Author Created:** computer program

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Ubiquiti Networks, Inc.

91 E. Tasman Drive, San Jose, CA, 95035, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program, Previous versions and licensed-in materials

**New material included in claim:** new and revised computer code

## Certification

**Name:** Jessica Zhou, Ubiquiti Networks, Inc.

**Date:** April 3, 2012

**Applicant's Tracking Number:** 70730-50001.00

**Registration #:** TXU001795146
**Service Request #:** 1-747770041

Morrison & Foerster LLP
Jennifer Lee Taylor
425 Market Street
San Francisco, CA 94105-2482  United States

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
TXu 1-795-147

**Effective date of registration:**
April 3, 2012

## Title

**Title of Work:** AirOS 5.3

## Completion/Publication

**Year of Completion:** 2011

## Author

- **Author:** Ubiquiti Networks, Inc.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Ubiquiti Networks, Inc.
91 E. Tasman Drive, San Jose, CA, 95035, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program, Previous versions and licensed-in materials

**New material included in claim:** computer program, New and revised computer code

## Certification

**Name:** Jessica Zhou, Ubiquiti Networks, Inc.

**Date:** April 3, 2012

**Applicant's Tracking Number:** 70730-50001.00

**Registration #:** TXU001795147
**Service Request #:** 1-747770159

Morrison & Foerster LLP
Jennifer Lee Taylor
425 Market Street
San Francisco, CA 94105-2482  United States

# Exhibit B

**This License Agreement strictly prohibits You from using the Ubiquiti Firmware on any device other than a Ubiquiti Device. You are also prohibited from removing or modifying any Ubiquiti copyright notice, trademark or user interface of the Ubiquiti Firmware or any Ubiquiti Device.**

**The Ubiquiti Firmware is copyright-protected material under United States and international copyright and other applicable laws. Unauthorized copying, use or modification of ANY PART of this firmware, or violation of the terms of this Agreement, will be prosecuted under the law.**

**NOTICE**

This is an agreement between You and Ubiquiti Networks, Inc. ("Ubiquiti"). YOU MUST READ AND AGREE TO THE TERMS OF THIS FIRMWARE LICENSE AGREEMENT ("AGREEMENT") BEFORE ANY UBIQUITI FIRMWARE CAN BE DOWNLOADED OR INSTALLED OR USED. BY CLICKING ON THE "ACCEPT" BUTTON OF THIS AGREEMENT, OR DOWNLOADING UBIQUITI FIRMWARE, OR INSTALLING UBIQUITI FIRMWARE, OR USING UBIQUITI FIRMWARE, YOU ARE AGREEING TO BE BOUND BY THE TERMS AND CONDITIONS OF THIS AGREEMENT. IF YOU DO NOT AGREE WITH THE TERMS AND CONDITIONS OF THIS AGREEMENT, THEN YOU SHOULD EXIT THIS PAGE AND NOT DOWNLOAD OR INSTALL OR USE ANY UBIQUITI FIRMWARE. BY DOING SO YOU FOREGO ANY IMPLIED OR STATED RIGHTS TO DOWNLOAD OR INSTALL OR USE UBIQUITI FIRMWARE.

**DEFINITIONS**

For the purpose of this Agreement, the following terms shall have the following meanings:

- - "Open Source Software" means any software or software component, module or package that contains, or is derived in any manner (in whole or in part) from, any software that is distributed as free software, open source software or similar licensing or distribution models, including, without limitation, software licensed or distributed under any of the following licenses or distribution models, or licenses or distribution models similar to any of the following: (a) GNU's General Public License (GPL) or Lesser/Library GPL (LGPL); (b) the Artistic License (e.g., PERL); (c) the Mozilla Public License; (d) the BSD License; and (e) the Apache License;
- - "Ubiquiti Device" means a Ubiquiti networking device that You purchase or otherwise rightfully acquire;
- - "Ubiquiti Firmware" means the firmware in object code form made available by Ubiquiti for Ubiquiti Devices; and
- - "You(r)" means the company, entity or individual who owns or otherwise rightfully acquires the Ubiquiti Device into which the Ubiquiti Firmware will be incorporated.

**LICENSE GRANT**

Ubiquiti grants You a non-exclusive, non-transferable license to use the copy of the Ubiquiti Firmware and accompanying documentation and any updates or upgrades thereto provided by Ubiquiti according to the terms set forth below.

**USES AND RESTRICTIONS**

**You may:**

a. download and use the Ubiquiti Firmware solely in Ubiquiti Devices, and make copies of the Ubiquiti Firmware as reasonably necessary for such use, provided that You reproduce, unaltered, all proprietary notices on or in the copies.

**You may not, and shall not permit others to:**

a. use the Ubiquiti Firmware on any devices or products that are not owned by You or Your business organization;
b. use the Ubiquiti Firmware on any non-Ubiquiti Devices;
c. copy the Ubiquiti Firmware (except as expressly permitted above), or copy the accompanying documentation;
d. modify, translate, reverse engineer, decompile, disassemble or otherwise attempt (i) to defeat, avoid, bypass, remove, deactivate, or otherwise circumvent any software protection mechanisms in the Ubiquiti Firmware, including without limitation any such mechanism used to restrict or control the functionality of the Ubiquiti Firmware, or (ii) to derive the source code or the underlying ideas, algorithms, structure or organization from the Ubiquiti Firmware (except that the foregoing limitation does not apply to the extent that such activities may not be prohibited under applicable law); or
e. distribute, rent, transfer or grant any rights in the Ubiquiti Firmware or modifications thereof or accompanying documentation in any form to any person without the prior written consent of Ubiquiti.
f. remove any Ubiquiti copyright notice or Ubiquiti branding from the Ubiquiti Firmware or modify any user interface of the Ubiquiti Firmware or Ubiquiti Device.

The Ubiquiti devices must be properly installed. It is your responsibility to follow local country regulation including operation within legal frequency channels, output power, and Dynamic Frequency Selection (DFS) requirements. You are responsible for keeping the devices working according to these rules.

This license is not a sale. Title and copyrights to the Ubiquiti Firmware, and any copy made by You remain with Ubiquiti and its suppliers. Unauthorized copying of the Ubiquiti Firmware or the accompanying documentation, or failure to comply with the above restrictions, will result in automatic termination of this license and will make available to Ubiquiti other legal remedies.

**OPEN SOURCE SOFTWARE**

You hereby acknowledge that the Ubiquiti Firmware may contain Open Source Software. You agree to review any documentation that accompanies the Ubiquiti Firmware or is identified

in the documentation for the Ubiquiti Firmware in order to determine which portions of the Ubiquiti Firmware are Open Source Software and are licensed under an Open Source Software license. To the extent any such license requires that Ubiquiti provide You the rights to copy, modify, distribute or otherwise use any Open Source Software that are inconsistent with the limited rights granted to You in this Agreement, then such rights in the applicable Open Source Software license shall take precedence over the rights and restrictions granted in this Agreement, but solely with respect to such Open Source Software. You acknowledge that the Open Source Software license is solely between You and the applicable licensor of the Open Source Software. You shall comply with the terms of all applicable Open Source Software licenses, if any. Copyrights to the Open Source Software are held by the copyright holders indicated in the copyright notices in the corresponding source files or as disclosed at http://www.ubnt.com.

**TERMINATION**

This license will continue until terminated. Unauthorized copying of the Ubiquiti Firmware or failure to comply with the above restrictions will result in automatic termination of this Agreement and will make available to Ubiquiti other legal remedies. This license will also automatically terminate if You go into liquidation, suffer or make any winding up petition, make an arrangement with Your creditors, or suffer or file any similar action in any jurisdiction in consequence of debt. Upon termination of this license for any reason You will destroy all copies of the Ubiquiti Firmware. Any use of the Ubiquiti Firmware after termination is unlawful.

**CONSENT TO USE OF DATA**

You agree that Ubiquiti may from time to time collect and use device information (such as hardware model, firmware version, device identifiers, device performance information and device operation parameters), collected in a form that does not personally identify you, to facilitate the provision of Ubiquiti Firmware updates, authenticate Ubiquiti products, verify compliance with the terms of this Agreement, and improve Ubiquiti's products and services.

**WARRANTY DISCLAIMER**

THE UBIQUITI FIRMWARE, INCLUDING WITHOUT LIMITATION ANY OPEN SOURCE SOFTWARE, AND ANY ACCOMPANYING DOCUMENTATION ARE PROVIDED "AS IS" AND UBIQUITI AND ITS SUPPLIERS MAKE, AND YOU RECEIVE, NO WARRANTIES OR CONDITIONS, EXPRESS, IMPLIED, STATUTORY OR OTHERWISE OR IN ANY COMMUNICATION WITH YOU, AND UBIQUITI AND ITS SUPPLIERS SPECIFICALLY DISCLAIM ANY IMPLIED WARRANTY OF MERCHANTABILITY, SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE OR NONINFRINGEMENT AND THEIR EQUIVALENTS. Ubiquiti does not warrant that the operation of the Ubiquiti Firmware will be uninterrupted or error free or that the Ubiquiti Firmware will meet Your specific requirements. You acknowledge that Ubiquiti has no support or maintenance obligations for the Ubiquiti Firmware.

**LIMITATION OF LIABILITY**

EXCEPT TO THE EXTENT THAT LIABILITY MAY NOT BY LAW BE LIMITED OR EXCLUDED, IN NO EVENT WILL UBIQUITI OR ITS SUPPLIERS BE LIABLE FOR LOSS OF OR CORRUPTION TO DATA, LOST PROFITS OR LOSS OF CONTRACTS, COST OF PROCUREMENT OF SUBSTITUTE PRODUCTS OR OTHER SPECIAL, INCIDENTAL, PUNITIVE, CONSEQUENTIAL OR INDIRECT DAMAGES ARISING FROM THE SUPPLY OR USE OF THE UBIQUITI FIRMWARE, HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY (INCLUDING WITHOUT LIMITATION NEGLIGENCE). THIS LIMITATION WILL APPLY EVEN IF UBIQUITI OR AN AUTHORIZED DISTRIBUTOR HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, AND NOTWITHSTANDING THE FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY. IN NO EVENT SHALL UBIQUITI'S OR ITS SUPPLIERS' LIABILITY EXCEED FIVE HUNDRED DOLLARS (US $500). YOU ACKNOWLEDGE THAT THIS PROVSION REFLECTS A REASONABLE ALLOCATION OF RISK.

**GENERAL**

This Agreement shall not be governed by the 1980 U.N. Convention on Contracts for the International Sale of Goods; rather, this Agreement shall be governed by the laws of the State of California, including its Uniform Commercial Code, without reference to conflicts of laws principles. This Agreement is the entire agreement between us and supersedes any other communications or advertising with respect to the Ubiquiti Firmware and accompanying documentation. If any provision of this Agreement is held invalid or unenforceable, such provision shall be revised to the extent necessary to cure the invalidity or unenforceability, and the remainder of the Agreement shall continue in full force and effect. If You are acquiring the Ubiquiti Firmware on behalf of any part of the U.S. Government, the following provisions apply. The Ubiquiti Firmware and accompanying documentation are deemed to be "commercial computer software" and "commercial computer software documentation", respectively, pursuant to DFAR Section 227.7202 and FAR 12.212(b), as applicable. Any use, modification, reproduction, release, performance, display or disclosure of the Ubiquiti Firmware and/or the accompanying documentation by the U.S. Government or any of its agencies shall be governed solely by the terms of this Agreement and shall be prohibited except to the extent expressly permitted by the terms of this Agreement. Any technical data provided that is not covered by the above provisions is deemed to be "technical data-commercial items" pursuant to DFAR Section 227.7015(a). Any use, modification, reproduction, release, performance, display or disclosure of such technical data shall be governed by the terms of DFAR Section 227.7015(b).

Ubiquiti Networks is a trademark of Ubiquiti Networks, Inc. in the United States and worldwide.

# Exhibit C





 # End User License Agreement

## Legal Documentation

Terms of Service
EULA
Privacy Policy
Limited Warranty
UniFi Elite Terms and Conditions
UBNT Store Terms and Conditions
UniFi IOS App License
Compliance Information

## OUR EULA WAS UPDATED ON JULY 17, 2017

This End User License Agreement (this "**EULA**") governs Your access and use of the software ("**Software**") that is embedded on any Ubiquiti Networks, Inc. product ("**Product**").

The term "**You**," "**Your**," "**you**" or "**your**" as used in this EULA, means any person or entity who accesses or uses the Software and accepts the terms of this EULA, including any individuals that You authorize to use or access the Software, including Your independent contractors or employees ("**Authorized Users**"). For the avoidance of doubt, where the term "You," "Your," "you" or "your" is used in this EULA, it shall include any Authorized User, regardless of whether "Authorized User" is specifically stated.

**FOR IMPORTANT DISCLAIMERS OF WARRANTY AND WARNINGS CONCERNING USAGE, SEE SECTION V.**

YOU MUST READ AND AGREE TO THE TERMS OF THIS EULA BEFORE USING, DOWNLOADING OR INSTALLING ANY SOFTWARE. BY USING, DOWNLOADING OR INSTALLING THE SOFTWARE, YOU ARE AGREEING TO BE BOUND BY THE TERMS AND CONDITIONS OF THIS EULA. IF YOU DO NOT AGREE WITH THE TERMS AND CONDITIONS OF THIS EULA, YOU MAY NOT USE, DOWNLOAD OR INSTALL THE SOFTWARE.

THE SOFTWARE MAY BE SUBJECT TO AUTOMATIC SOFTWARE UPDATES, AS DESCRIBED FURTHER IN SECTION III, AND YOU ALSO HEREBY CONSENT TO SUCH UPDATES. If You do not

agree to such updates, You are not permitted to, and You must not, download, install, access or use the Software.

Ubiquiti may, in its sole and absolute discretion, change the terms of this EULA from time to time, as indicated by the date at the end of this EULA. If You object to any such change, Your sole recourse will be to cease using the Software. Continued use of the Software following any such change will indicate Your acknowledgement of such change and agreement to be bound by the new terms and conditions.

**I. Overview, Eligibility**

a. This EULA is a binding agreement between You and Ubiquiti Networks, Inc. ("**Ubiquiti**").

b. Your use of (1) websites located at www.ubnt.com and ubnt.com sub-domains and any other websites hosted by Ubiquiti or its affiliates, (2) services accessible or downloadable through the Sites, (3) software that may be downloaded to Your smartphone or tablet to access services and (4) subscription services, including services that can be accessed using the Web Apps and Mobile Apps is governed by the Terms of Service. Your purchase of the Product (excluding the Software) is governed by the Limited Warranty. All additional guidelines, terms, or rules on the Sites, including the Privacy Policy, are incorporated by reference into this EULA and You are agreeing to accept and abide by them by using the Software.

c. Subject to Section (I)(d), You may access and use the Software only if You can form a binding contract with Ubiquiti and only if You are in compliance with the terms of this EULA and all applicable laws and regulations. If You are accepting the terms of this EULA on behalf of an entity or individual, You represent and warrant that You have full legal authority to bind such entity or individual to this EULA. You are fully responsible for any Authorized User's compliance with this EULA.

d. If You are an Authorized User, You represent and warrant that You are over the age of 13 (or equivalent minimum age in the jurisdiction where You reside or access or use the Software), and in the event You are between the age of 13 (or equivalent minimum age in the jurisdiction where you reside or access or use the Software) and the age of majority in the jurisdiction where You reside or access or use the Software, that You will only use the Software under the supervision of a parent or legal guardian who agrees to be bound by this EULA. Any use or access to the Software by individuals under the age of 13 (or equivalent minimum age in the jurisdiction where you reside or access or use the Services) is strictly prohibited and a violation of this EULA.

**II. License.**

a. **License Grant**. Subject to Your compliance at all times with the terms and restrictions set forth in this EULA, Ubiquiti grants You, under its rights in and to the Software, a worldwide, non-sublicensable, non-transferable, non-exclusive, revocable, limited license to download and use the Software in object code form only, solely in connection with the Product that You own or control.

b. **Limitations on Use**.

    i. The Software, its contents, features and functionality (including, without limitation, all user interfaces, information, software, code, text, graphics, images, video and audio, and the design, selection and arrangement thereof) (collectively, the "**Content**") are protected by United States and international copyright, trademark, patent, trade secret and other intellectual property or proprietary rights laws.

    ii. You shall not directly or indirectly do any of the following:

       1. use the Software on any device other than a Product that is owned or controlled by You or Your business organization;

       2. sell, offer for sale, lease, license, sublicense or distribute the Software or any Content in any form without the prior written consent of Ubiquiti;

       3. copy, reproduce, broadcast, transmit, republish, distribute, modify, prepare derivative works of, perform, publicly perform or display the Software or any Content in any way without the prior written consent of Ubiquiti and its applicable licensors;

       4. remove or alter any copyright, trademark or other proprietary rights notices from the Software or Content, or use them in contravention of any such applicable notices;

       5. reverse engineer, decompile, translate, disassemble or otherwise attempt to (i) derive the source code or the underlying ideas, algorithms, structure or organization of any Software (except that the foregoing limitation does not apply to the extent that such activities may not be prohibited under applicable law); or (ii) defeat, avoid, bypass, remove, deactivate, or otherwise circumvent any software protection mechanisms in the Software, including, without limitation, any such mechanism used to restrict or control the functionality of the Software;

       6. use the Software in violation of any third-party rights or any local, state, national or international law or regulation, including, without limitation, any local country regulations related to operation within legal frequency channels, output power and Dynamic Frequency Selection (DFS) requirements;

       7. violate any accompanying user or technical manuals, training materials, specifications or other documentation pertaining to any Software, where in digital or printed format;

       8. engage in any High Risk Activities (as defined in Section (V)(b)(ii));

       9. release the results of any performance or functional evaluation of any of the Software to any third party without prior written approval of Ubiquiti for each such release; or

      10. create a substantially similar software to the Software, or any component thereof.

    iii. You are responsible for obtaining, properly installing and maintaining the Software and any other services or products needed for access to and use of the Software, and for paying all charges related thereto.

  c. **Third Party Software**.

    i. Certain software included in, distributed with or downloaded in connection with the Software may comprise third party proprietary software products that are subject to separate license terms ("**Third Party Software**"). All such Third Party Software may include

software or software components that are derived, in whole or in part, from software that is distributed as free software, open source software or under similar licensing or distribution models ("**Open Source Software**," together with Third Party Software, "**External Software**").

ii. Your use of External Software is subject in all cases to the applicable licenses from the External Software provider, which shall take precedence over the rights and restrictions granted in this EULA solely with respect to such External Software. You shall comply with the terms of all applicable Third Party Software and Open Source Software licenses, if any. Copyrights to Open Source Software are held by their respective copyright holders indicated in the copyright notices in the corresponding source files. The Software may include software developed by the OpenSSL Project for use in the OpenSSL Toolkit (http://www.openssl.org/).

iii. FOR THE AVOIDANCE OF DOUBT, UBIQUITI PROVIDES NO REPRESENTATION OR WARRANTY OF ANY KIND, EXPRESS, IMPLIED OR STATUTORY, WITH RESPECT TO SUCH EXTERNAL SOFTWARE, INCLUDING WITH RESPECT TO FUNCTIONALITY OF SUCH EXTERNAL SOFTWARE. Ubiquiti does not provide any warranty, maintenance, technical or other support for any External Software. Accordingly, Ubiquiti is not responsible for Your use of any External Software or any personal injury, death, property damage (including, without limitation, to Your home), or other harm or losses arising from or relating to Your use of any External Software.

d. **Intellectual Property Ownership; Trade Secrets.** All copyrights, trade secrets, patents, trademarks, trade secrets and other intellectual property and proprietary rights in any jurisdiction worldwide (collectively, "**Intellectual Property Rights**") in and to the Software and the Content are the sole property of Ubiquiti or its licensors. You do not have or receive any title or interest in or to the Software, the Content, or the Intellectual Property Rights contained therein through Your use of the Software or otherwise. Except as expressly granted to You under the limited license set forth in Section II(a) of this EULA, Ubiquiti does not grant any express or implied right to You under any of its Intellectual Property Rights. You further acknowledge and agree that the Software contains the valuable trade secrets and proprietary information of Ubiquiti and its affiliates. You agree to hold such trade secrets and proprietary information in confidence and You acknowledge that any actual or threatened breach of this obligation will constitute immediate, irreparable harm for which monetary damages would be an inadequate remedy, and that injunctive relief is an appropriate remedy for such breach.

e. **Trademarks.** All trademarks, service marks, trade names and logos and the goodwill associated therewith ("**Marks**") included or displayed in the Software or Content are the exclusive property of Ubiquiti or their respective holders. You are not permitted to use any of the Marks without the applicable prior written consent of Ubiquiti or such respective holders.

**III. Automatic Updates.**

a. Ubiquiti may, from time to time and at its sole option, provide patches, bug fixes, corrections, updates, upgrades, support and maintenance releases or other modifications to the Software,

including certain External Software, which items shall be deemed part of the Software and External Software hereunder. YOU HEREBY CONSENT TO ANY SUCH AUTOMATIC UPDATES. These may be automatically installed without providing any additional notice to You or receiving Your additional consent. If You do not consent, Your remedy is to stop using the Software. Notwithstanding the foregoing, Ubiquiti withholds the right to require You to install any patches, bug fixes, corrections, updates, upgrades, support and maintenance releases or other modifications in order to access and use the Software.

IV. **Term and Termination.** This EULA will remain in full force and effect so long as You continue to access or use the Software, or until terminated in accordance with this EULA. You may discontinue Your use of and access to the Software at any time. Ubiquiti will automatically terminate this EULA at any time without notice to you if you fail to comply with any term of this EULA. You may terminate it at any time upon written notice to Ubiquiti at legal@ubnt.com. Upon any such termination, the licenses granted by this EULA will immediately terminate and you agree to stop all access and use of the Product, Software and documentation and destroy the Software and documentation, together with all copies and merged portions in any form. The provisions that by their nature continue and survive will survive any termination of this EULA, including those set forth in this Sections II(d), II(e) and Articles IV -IX.

V. **WARRANTY DISCLAIMER**

a. **Disclaimer of Warranties** TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE SOFTWARE IS LICENSED “AS-IS” AND “AS AVAILABLE”, WITH ALL FAULTS. UBIQUITI DOES NOT MAKE ANY WARRANTIES OR REPRESENTATIONS OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, WITH RESPECT TO ANY SOFTWARE, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY, ACCURACY, QUALITY OF SERVICE OR RESULTS, AVAILABILITY, SATISFACTORY QUALITY, LACK OF VIRUSES, TITLE, FITNESS FOR A PARTICULAR USE OR NON-INFRINGEMENT, TO THE EXTENT AUTHORIZED BY LAW. ANY STATEMENTS OR REPRESENTATIONS ABOUT THE SOFTWARE AND ITS FEATURES OR FUNCTIONALITY AND ANY COMMUNICATION WITH YOU IS FOR INFORMATION PURPOSES ONLY, AND DOES NOT CONSTITUTE A WARRANTY OR REPRESENTATION. WITHOUT LIMITING THE FOREGOING, UBIQUITI EXPRESSLY DOES NOT WARRANT THAT THE CONTENT, OPERATION, OUTPUT OR IMPLEMENTATION OF THE SOFTWARE WILL: (I) MEET YOUR REQUIREMENTS; (II) BE UNINTERRUPTED, ERROR-FREE, ACCURATE, RELIABLE OR COMPLETE; (III) BE COMPATIBLE WITH YOUR HOME NETWORK, COMPUTER OR MOBILE DEVICE; (IV) OR THAT UBIQUITI OR ANY THIRD PARTY WILL RESOLVE ANY PARTICULAR SUPPORT REQUEST OR FIX ANY ERRORS OR THAT SUCH RESOLUTION WILL MEET YOUR REQUIREMENTS OR EXPECTATIONS. YOU SHALL BEAR THE ENTIRE RISK AS TO THE QUALITY AND THE PERFORMANCE OF THE SOFTWARE.

b. **Emergency Response; High Risk Activities.**

    i. YOU ACKNOWLEDGE AND AGREE THAT THE SOFTWARE, WHETHER STANDING ALONE OR WHEN INTERFACED WITH PRODUCTS OR THIRD-PARTY PRODUCTS OR SERVICES, ARE NOT CERTIFIED FOR EMERGENCY RESPONSE, AND ARE NOT A THIRD-PARTY MONITORED EMERGENCY NOTIFICATION SYSTEM. MOBILE OR OTHER NOTIFICATIONS REGARDING THE STATUS OF THE SOFTWARE ARE NOT A SUBSTITUTE FOR A THIRD-PARTY MONITORED EMERGENCY NOTIFICATION SYSTEM. YOU AGREE THAT YOU WILL NOT RELY ON THE SOFTWARE FOR EMERGENCY RESPONSE OR ANY OTHER LIFE SAFETY OR CRITICAL PURPOSES.

ii. NEITHER THE SOFTWARE NOR ANY PRODUCT IS DESIGNED, MANUFACTURED OR INTENDED FOR THE OPERATION OF NUCLEAR FACILITIES, AIR TRAFFIC CONTROL, EMERGENCY RESPONSE, EMERGENCY AND SAFETY SERVICES, HEALTHCARE FACILITIES, HOSPITALS, LIFE SUPPORT SYSTEMS OR ANY MISSION CRITICAL ENVIRONMENT, WHERE THE USE OR FAILURE OF THE SOFTWARE COULD LEAD TO DEATH, PERSONAL INJURY OR ENVIRONMENTAL DAMAGE (COLLECTIVELY, “**HIGH RISK ACTIVITIES**”). YOU AGREE THAT YOU WILL NOT USE THE SOFTWARE FOR ANY HIGH RISK ACTIVITIES.

c. **Data Storage.** Ubiquiti is not responsible or liable for the deletion of or failure to store or process any information or other content provided by You or transmitted in the course of using the Software. You are solely responsible for securing and backing up such submissions.

d. **Versions.** You acknowledge and agree that the Software provided to You under this EULA may be in “beta” or test form, or otherwise not intended or completed for commercial use and may therefore contain errors, bugs or similar unstable characteristics not typical of commercially released items. Such characteristics may negatively affect the operation of previously installed software or equipment. You are advised to safeguard important data, to use caution and not to rely in any way on the correct functioning or performance of the software and accompanying materials. You acknowledge that the Software may be provided to You from time to time as a program participant solely for the purpose of providing Ubiquiti with feedback on the Software and the identification of defects.

## VI. LIMITATION OF LIABILITY

a. UNDER NO CIRCUMSTANCES WILL UBIQUITI OR ITS SUPPLIERS OR THEIR RESPECTIVE AFFILIATES, OFFICERS, EMPLOYEES, DIRECTORS, SHAREHOLDERS, AGENTS OR LICENSORS BE LIABLE UNDER ANY THEORY OF LIABILITY (WHETHER IN CONTRACT, TORT, STATUTORY OR OTHERWISE) FOR ANY DAMAGES WHATSOEVER, INCLUDING, WITHOUT LIMITATION, DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES, INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF MONEY, REVENUES, PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES (EVEN IF SUCH PARTIES WERE ADVISED OF, KNEW OF OR SHOULD HAVE KNOWN OF THE POSSIBILITY OF SUCH DAMAGES), RESULTING FROM THIS EULA OR THE INSTALLATION, MAINTENANCE, PERFORMANCE, FAILURE OR INTERRUPTION OR USE OF

SOFTWARE, HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY (INCLUDING, WITHOUT LIMITATION, NEGLIGENCE), EVEN IF UBIQUITI HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IF, NOTWITHSTANDING THESE TERMS, UBIQUITI OR ANY OF ITS SUPPLIERS ARE FOUND TO BE LIABLE, THE LIABILITY OF UBIQUITI OR ITS SUPPLIERS OR THEIR RESPECTIVE AFFILIATES, OFFICERS, EMPLOYEES, DIRECTORS, SHAREHOLDERS, AGENTS OR LICENSORS TO YOU OR TO ANY THIRD PARTY IS LIMITED TO ONE HUNDRED DOLLARS ($100). THIS LIMITATION IS CUMULATIVE AND WILL NOT BE INCREASED BY THE EXISTENCE OF MORE THAN ONE INCIDENT OR CLAIM.

b. **Exclusions and Limitations.** Some jurisdictions do not allow the exclusion of certain warranties or the limitation or exclusion of liability for certain damages. Accordingly, some of the above limitations and disclaimers may not apply to You. To the extent that Ubiquiti may not, as a matter of applicable law, disclaim any implied warranty or limit its liabilities, the scope and duration of such warranty and the extent of Ubiquiti's liability will be the minimum permitted under such applicable law.

VII. **INDEMNIFICATION.** YOU AGREE TO INDEMNIFY, DEFEND, AND HOLD HARMLESS UBIQUITI AND ITS LICENSORS AND SUPPLIERS, AND THEIR RESPECTIVE AFFILIATES, OFFICERS, EMPLOYEES, DIRECTORS, SHAREHOLDERS, AGENTS OR LICENSORS FROM AND AGAINST ANY AND ALL CLAIMS, LIABILITIES, DAMAGES, LOSSES, COSTS, EXPENSES AND FEES (INCLUDING REASONABLE ATTORNEYS' FEES) THAT SUCH PARTIES MAY INCUR AS A RESULT OF OR ARISING FROM A VIOLATION OF THIS EULA.

VIII. **Export Restrictions.**

a. You acknowledge that the Software is of U.S. origin. You represent and warrant that (i) You shall be solely responsible for complying with all export laws and restrictions and regulations, including United States export regulations, such as restrictions of the Department of Commerce, the United States Department of Treasury Office of Foreign Assets Control ("**OFAC**") or other foreign agency or authority's regulations ("**Export Laws**"), and You shall not (ii) export, or allow the export or re-export of, the Software in violation of any such restrictions, laws or regulations, or available in any country in contravention of any Export Laws, or any other law, nor (iii) make the Software available in a country for which an export license or other governmental approval is required without first obtaining all necessary licenses or other approvals. You shall obtain and bear all expenses relating to any necessary licenses and exemptions with respect to the export from the U.S. of the Software to any location.

b. You acknowledge that the U.S. government maintains embargoes and sanctions against certain countries, currently including the Crimea region of Ukraine, Cuba, Iran, North Korea, Sudan and Syria, which may be amended from time to time, including with respect to listed countries; and that other countries may have trade laws pertaining to import, use, export or distribution of the Software. You acknowledge that, in each case, compliance with the same is Your responsibility. You represent and warrant that You are not a person or entity listed on any United States Government list of prohibited or restricted parties.

**IX. Miscellaneous.**

a. **Governing Law; Jurisdiction.** This EULA shall not be governed by the 1980 U.N. Convention on Contracts for the International Sale of Goods; rather, this EULA shall be governed by the laws of the State of New York, including its Uniform Commercial Code, without reference to conflicts of laws principles. Any action or proceeding relating to this EULA must be brought in a federal or state court located in New York and each party irrevocably submits to the jurisdiction and venue of any such court in any such claim or dispute, except that Ubiquiti may seek injunctive relief in any court having jurisdiction to protect its confidential information or intellectual property.

b. **Government Purposes.** The Software was developed solely at private expense and is a "commercial item" consisting of "commercial computer software" and "commercial computer software documentation" within the meaning of the applicable civilian and military Federal acquisition regulations and any supplements thereto, as amended from time to time. If the user of the Software is an agency, department, employee or other entity of the United States Government, consistent with 48 C.F.R. 227.7202-1 through 227.702-4 (JUNE 1995), the use, duplication, reproduction, release, modification, disclosure and transfer of the Software, including technical data or manuals, is governed by the terms and conditions contained in this EULA.

c. **Severability.** If any of the provisions, either in part or in full, of this EULA is held by a court or other tribunal of competent jurisdiction to be unenforceable or invalid, such provision shall be enforced to the maximum extent possible or permissible and this EULA will be interpreted so as to give maximum effect to the original intent of the parties with respect to the unenforceable provision, and the remaining portions of this EULA shall remain in full force and effect.

d. **Assignment.** You may not assign any of Your rights or obligations under this EULA without Ubiquiti's express written consent. Ubiquiti may assign this EULA without Your consent provided that such assignment is to an affiliated company forming part of the Ubiquiti group of companies.

e. **Waiver.** The waiver by either party of any default by the other party shall not waive subsequent defaults by such other party of the same or different kind. The failure of either party to enforce the provisions hereof, at any time or for any period of time, or the failure of either party to exercise any option herein, shall not be construed as a waiver of such provision or option and shall in no way affect that party's right to enforce such provisions or exercise such option.

f. **Third Party Beneficiary.** Licensors and suppliers of Ubiquiti and its affiliates are third party beneficiaries of this EULA, and thus this EULA is directly enforceable by such licensors and suppliers and their affiliates.

g. **Statute of Limitations.** You agree that regardless of any statute or law to the contrary, any claim or cause of action You may have arising out of or related to use of the Software or this EULA must be filed within one (1) year after such claim or cause of action arose or be forever barred.

h. **Interpretation.** As used herein, unless the context requires otherwise, the word "or" is not exclusive and the words "will," "will not," "shall," and "shall not" are expressions of command and

not merely expressions of future intent or expectation. Whenever the words "include," "includes" or "including" are used in this EULA, they shall be deemed to be followed by the words "without limitation." The section headings in this EULA are for convenience only and have no legal or contractual effect.

Copyright © July 2017 Ubiquiti Networks, Inc. All rights reserved.

STAY IN TOUCH

Email Address

SUBSCRIBE

© 2018 Ubiquiti Networks, Inc. All rights reserved.

Terms of Service | Privacy Policy | Legal

# Exhibit D



# Quick Start Guide

Introduction and Concept

Migration Steps

Warranty and Support

Capabilities and Specifications



## Introduction and Concept

ePMP™ Elevate allows the network operator, by remotely or locally software upgrading each ePMP Elevate-compatible subscriber device and installing an ePMP 1000 or *e*PMP 2000 access point, to receive substantial network performance and scalability benefits without requiring new subscriber hardware or physical installations. This Quick Start Guide provides guidance through the preparation and migration process using ePMP Elevate.

## Migration Step 1: Review the ePMP Elevate Prerequisite Checklist

Please reference the information in this section to ensure a smooth ePMP Elevate migration experience.

Caution! *The ePMP Elevate migration process does require a brief system outage during access point transition. Please plan migration windows appropriately to minimize customer impact. Careful preparation and device pre-configuration will reduce resultant system downtime.*

### 3RD-PARTY SUBSCRIBER MODULE REQUIREMENTS/ACTIONS

- ☐ **Verify that your subscriber device is ePMP Elevate-compatible.**
  Visit the ePMP Elevate website for an up-to-date listing of ePMP Elevate-compatible 802.11n devices. All subscriber devices must be capable of 3rd-party software (ePMP Elevate) installation. *e*PMP Elevate devices may operate only as subscriber modules. ePMP Elevate does not support device operation in point-to-point, access point, or standard Wi-Fi modes.
- ☐ **Verify that your subscriber native software version is supported**
  XM/XW software version 5.6.6 is recommended. Other software versions not officially tested.
- ☐ **Verify/configure your current network's Network Mode.**
  If your current network is operating in **Router** mode, the network must be configured to operate in **Bridge** mode prior to ePMP Elevate transition.
- ☐ **Verify/configure your current network's Channel Size**.
  All subscribers must be configured with a channel width of **10 MHz**, **20 MHz**, or **40 MHz** prior to ePMP Elevate transition.
- ☐ **Record all subscriber RSSI (Received Signal Strength Indicator) and SNR (Signal-to-Noise Ratio) metrics prior to transition.**

### FREQUENCY SUPPORT AND REGULATORY CERTIFICATIONS

Upgraded ePMP Elevate subscriber modules support operation in the frequency range 5150 – 5980 MHz. Upon upgrading to ePMP Elevate subscribers will be configured to scan all available frequencies to facilitate network entry.

Caution!

The user must ensure that deployed ePMP products operate in accordance to local regulatory limits. ePMP and ePMP Elevate-compatible devices may not share regulatory certifications in all regions.

Some 3rd-party radio devices were originally FCC-certified and labeled to operate in the 5.8 GHz frequency range only. An ePMP Elevate upgrade enables 3rd-party radios to operate within the U-NII-1 through U-NII-4 frequency band range 5150 – 5980 MHz. To ensure FCC regulatory compliance for ePMP Elevate-upgraded radio devices:

1. A new label must be applied to the device with the updated FCC ID clearly visible. 3rd-party radio manufacturers support FCC label requests online (labels are shipped directly).
2. FCC-allowed transmit power in the 5.8 GHz band has been reduced with the latest regulatory guidelines. ePMP Elevate adheres to these FCC power limits, and an upgrade to ePMP Elevate software may introduce a reduction of the device's operating transmit power to adhere to regulatory limits (as a result of the ePMP access point's transmit power control mechanism).



Although the access point does dynamically control subscriber output power, the subscriber's configured transmit power parameter is not altered upon upgrade.

This potential reduction of transmit power may have an impact on your network's radio link budgets. Cambium Networks' LINKPlanner tool allows operators to model link scenarios based on transmit power, geography, distance, antenna height, and other factors.

## Migration Step 2: Pre-configure the ePMP access point for deployment

To ensure a quick subscriber transition of ePMP Elevate devices to the ePMP access point, follow the procedure below to pre-configure the ePMP access point.

### ACCESS POINT PRE-CONFIGURATION EQUIPMENT AND TOOLS

- [ ] ePMP 1000 or ePMP 2000 connectorized access point connected to PoE power supply port "Gigabit Data+Power" by Ethernet cable
- [ ] PC connected to PoE power supply port "Gigabit Data" by Ethernet cable
- [ ] Power Supply powered on
- [ ] Supported browser – Chrome v29, Firefox v24, Internet Explorer 10, Safari v5 or later

### ACCESS POINT PRE-CONFIGURATION PROCEDURES

To ensure a quick subscriber transition of ePMP Elevate devices to the ePMP access point, follow the procedure below to pre-configure the ePMP access point.

#### *Access Point software upgrade*

To support registration from ePMP Elevate subscribers, the ePMP must be running ePMP Software Release 3.2 or later.

1. Download ePMP Software Release 3.2 (or later) from the Cambium Support website. For example, the Software Release 3.2 software package is named **ePMP-GPS_Synced-v3.2.tar.gz**.
2. Using a web browser, navigate to the access point's default IP address **192.168.0.1**.
3. Login to the access point web management interface with username: `admin` and password: `admin`.
4. Navigate to **Tools** > **Software Upgrade** and click the **Browse…** button to select the software release file downloaded in step 1.
5. Click **Upgrade**, then click the **Reboot Device** button.

Tools › Software Upgrade

#### *Access Point license generation and installation*

To support registration from ePMP Elevate subscribers, the ePMP 1000/2000 access point must be configured with the appropriate licensing. ePMP Elevate entitlement IDs are emailed to operators by Cambium Networks distributors. The entitlement ID is used to generate a license key which is copied from the Cambium Networks License Key website and pasted to the ePMP access point to unlock ePMP Elevate functionality.

Cambium Networks | Support Center
Submit a request
Martin Gray
Knowledge Base
Downloads
Warranty
License Keys
Beta
FAQ
My Requests
License Keys
Entitlements
Activate Entitlements
Recent Activations
My Entitlements
License Keys
ePMP 1000/2000
PTP 300/400/500/600/800
PTP 650
PTP 700
PTP 810
PTP 820
ePMP License Keys
Upgrades*
If you have an Entitlement or Access Key, please enter it on the Entitlement Activation page.
LAN MAC Address*
Country
Please select a country (for ETSI device)
Your reference
Terms and Conditions*
I have read and agree to the following terms and conditions
Chat

Generate license via the Cambium Networks License Keys website

1. Navigate to the Cambium Networks Entitlement Activation website.
2. Enter your entitlement IDs and click

Check. Applicable entitlements are displayed below.

3 Click **Activate** to enact your entitlement.
4 Navigate to the Cambium Networks ePMP License Keys website.
5 Enter the **LAN MAC Address** of the ePMP access point.
6 Read the terms and conditions then acknowledge agreement by ticking the corresponding checkbox.
7 Click **Request Key**. An alphanumeric key is displayed below.
8 Copy the license key to the clipboard (Ctrl-C).

Enter the ePMP Elevate license key on the ePMP access point

1 Using a web browser, navigate to the access point's default IP address **192.168.0.1**.
2 Login to the access point web management interface with username: `admin` and password: `admin`.
3 In the access point web management interface, navigate to **Tools** > **License Management**.
4 Paste the provided license key in field **License Key**.

***Configure additional ePMP access point parameters per your network deployment***

1 Using the ePMP access point web management interface, configure all applicable radio, QoS (Quality of Service), system, networking, and security parameters.

Note

After upgrade, ePMP Elevate subscribers retain only their configured **IP Address** and **Device Name**. All other parameters, including configured access point SSIDs, frequency configuration, VLAN, etc. must be configured after upgrade to ePMP Elevate.

2 Verify access point basic security parameters:

- **Wireless Security** is set to **Open** or **WPA2**, and
- **WPA2 Security Key** (if applicable) is configured to the system default of `Cam39-Tai!wdmv`

After upgrade, ePMP Elevate subscribers are configured with **Wireless Security** options **RADIUS** and **WPA2** enabled, meaning that both security options will be attempted upon network entry.

After upgrade ePMP Elevate subscribers are configured with the default ePMP **WPA2 Pre-shared Key** of `Cam39-Tai!wdmv`. If the ePMP access point has been configured with a new, non-default **WPA2 Pre-shared Key**, this key





must be configured on all network subscribers to allow network entry.

3 After configuring access point parameters, click **Save** then click the **Reboot** button.

## Migration Step 3: Install and power on the ePMP access point on-site

For additional ePMP access point installation requirements, see the *ePMP User Guide*, available here: Cambium Support website.

**Option 1 (Preferred):** When possible, install the ePMP access point onsite after pre-configuration. This technique offers the best opportunity to minimize the network outage time required upon subscriber transition to the ePMP access point.

**Option 2:** Alternatively, the ePMP access point may be installed as a direct replacement to the currently operating access point using the same mounting equipment (when possible). This technique will require more subscriber downtime than option 1.

## Migration Step 4: Upgrade ePMP Elevate-compatible subscribers

Installing the ePMP Elevate software on supported subscriber modules allows registration of the subscriber to the ePMP access point. This procedure may be completed remotely (over-the-air, does not require a site visit) or locally (via direct wired Ethernet connection to each subscriber module, requires a site visit).

**Caution!** *The ePMP Elevate migration process does require a brief system outage during access point transition. Once the ePMP Elevate software has been installed on a subscriber, it will no longer register to its original access point, and network entry will only be available via the ePMP access point. Please plan migration windows appropriately to minimize customer impact. Careful preparation and device pre-configuration will reduce resultant system downtime.*

### SUBSCRIBER SOFTWARE UPGRADE TO EPMP ELEVATE

1 Download ePMP Elevate software (based on device type) from the Cambium Support website.
2 Using a web browser, navigate to the subscriber module's configured management IP address.
3 Login to the subscriber module using your configured username and password.
4 Upgrade the device software using the ePMP Elevate software package from Step 1.



5 Reboot the device.
The subscriber will now begin to scan all available frequencies and channel bandwidths for network entry via the installed ePMP access point.

Note
After upgrade, ePMP Elevate subscribers retain only their configured IP Address and Device Name. All other parameters, including configured access point SSIDs, frequency configuration, VLAN, etc. may be configured over-the-air after upgrade to ePMP Elevate.

### SUBSCRIBER MODULE POST-UPGRADE NOTES

- After upgrade, the ePMP Elevate subscriber module may be accessed via its previously-configured management IP address.
- ePMP Elevate subscriber modules may be access via default username: `admin` and password `admin`.
- To reduce scan time at startup, it is recommended to configure only your primary and alternate frequencies / channel sizes. These may be configured on the ePMP Elevate subscriber's **Configuration** > **Radio** page
- After upgrade, the ePMP Elevate subscribers are configured by default to attempt network entry to the first ePMP access point scanned. To specify a specific access point SSID, configure the **Preferred APs** table (located on the ePMP Elevate subscriber's **Configuration** > **Radio** page) to match the SSID configuration on the deployed ePMP access point.

## Migration Step 5: Power down original access point, power on ePMP access point

**Caution!** *This step will introduce a brief system outage as the ePMP Elevate subscribers are migrated to the ePMP access point*

### ACCESS POINT TRANSITION

1 Power down the existing access point. When possible, it is recommended to physically remove original access point equipment after verifying subscriber registration and link quality (Migration Step 6).

2 Power on the ePMP access point. After this step, the ePMP Elevate-upgraded subscribers will register to the ePMP access point.

## Migration Step 6: Verify subscriber registration and link quality

### EPMP ELEVATE SUBSCRIBER REGISTRATION VERIFICATION

1 Log into the ePMP access point web management interface.

2 On the access point **Home** page, verify that the **Registered Subscriber Modules** statistic displays the expected subscriber count.

3 Navigate to the access point **Monitor** > **Wireless** page and validate subscriber **RSSI** and **SNR** values. Updated FCC transmit power regulations may affect link budget, see Frequency Support and Regulatory Certifications.

4 To test wireless link data capacity, navigate to the access point page **Tools** > **Wireless Link Test**.





## Migration Step 7: Remove original access point equipment

Once the ePMP link has been validated, the original access point equipment may be removed.

## ePMP Elevate Warranty and Support

Cambium Networks supports software maintenance of ePMP Elevate, and ePMP Elevate subscribers are operated at the user's own risk. For ePMP Elevate software support after migration, visit the Cambium Networks Support Website.

Cambium Networks does not accept any liability for reliability or interface responsiveness of ePMP Elevate-compatible hardware upgraded with ePMP Elevate.

Cambium Networks does not accept any liability for hardware damage or replacement.

## ePMP Elevate Capabilities and Specifications

The following table provides detail of ePMP Elevate operation after installation/upgrade:

| | | |
|---|---|---|
| Registration and Licensing | Total Registration Capacity | 120 subscribers |
| | ePMP Elevate Subscriber Licensing | ePMP 1000/2000 access points support a maximum number of ePMP Elevate subscriber modules based on the purchased ePMP Elevate licensing. |
| | ePMP Subscriber Licensing | Cambium ePMP subscriber modules are not limited by licensing, and may be deployed up to the platform limit (120 subscribers, inclusive of upgraded ePMP Elevate subscriber modules). |
| | Additional ePMP Elevate Licensing | Additional licenses may be purchased and installed on the ePMP 1000/2000 access point to increase the capacity of supported ePMP Elevate subscribers. |
| Modes of Operation | Scheduler Modes | TDD (Time Division Duplex) and Flexible |
| | ePMP Elevate Subscriber Mode Support | ePMP Elevate devices may operate only as subscriber modules. ePMP Elevate does not support device operation in point-to-point, access point, or standard Wi-Fi modes. |
| Radio Operation | Frequencies Supported | 5150 – 5980 MHz<br>Note<br>The available spectrum for operation depends on the region. When configured with the appropriate country code, the unit will only allow operation on those channels which are permitted by the regulations. |
| | Channel Sizes Supported | 5, 10, 20, 40 MHz |
| Device Management | cnMaestro | Inventory management, device onboarding, daily operations, and maintenance of ePMP Elevate subscriber modules and ePMP products is supported by cnMaestro cloud-based management software.<br><br>ePMP Elevate subscriber modules may also be managed by other third-party Network Management/Element Management systems via the ePMP software SNMP protocol support. |

# **Exhibit E**



# ePMP™

## Release Notes

System Release 3.5.1

Sections included:

Introduction
Product Releases
Scope
Defect Fixes
Known Limitations
Technical Support
Community Forum



# Introduction

This document provides information for the Cambium Networks ePMP Series System Release 3.5.1.

The information in this document is subject to change without notice. The recommendations, technical data, configurations and statements in this document are believed to be reliable and accurate, but are presented without implied or express warranty. Users must take full responsibility for their applications of any product specified in this document. The information in this document is proprietary to Cambium Networks Ltd.

# Product Releases

## Hardware

### EPMP 2000

| Part Number | Description |
|---|---|
| C050900A033A | ePMP 2000: 5 GHz AP with Intelligent Filtering and Sync (EU) |
| C058900A132A | ePMP 2000: 5 GHz AP with Intelligent Filtering and Sync (FCC) |
| C050900A031A | ePMP 2000: 5 GHz AP with Intelligent Filtering and Sync (ROW) (no cord) |
| C050900A231A | ePMP 2000: 5 GHz AP with Intelligent Filtering and Sync (ROW) (EU cord) |
| C050900A131A | ePMP 2000: 5 GHz AP with Intelligent Filtering and Sync (ROW) (US cord) |
| C050900A333A | ePMP 2000: 5 GHz AP with Intelligent Filtering and Sync (EU) (UK cord) |
| C050900A331A | ePMP 2000: 5 GHz AP with Intelligent Filtering and Sync (ROW) (UK cord) |
| C050900A431A | ePMP 2000: 5 GHz AP with Intelligent Filtering and Sync (ROW) (India cord) |
| C050900A531A | ePMP 2000: 5 GHz AP with Intelligent Filtering and Sync (ROW) (China cord) |
| C050900A631A | ePMP 2000: 5 GHz AP with Intelligent Filtering and Sync (ROW) (Brazil cord) |
| C050900A731A | ePMP 2000: 5 GHz AP with Intelligent Filtering and Sync (ROW)(Argentina cord) |
| C050900A831A | ePMP 2000: 5 GHz AP with Intelligent Filtering and Sync (ROW)(ANZ cord) |
| C050900L033A | ePMP 2000: 5 GHz AP Lite with Intelligent Filtering and Sync (EU) |
| C058900L132A | ePMP 2000: 5 GHz AP Lite with Intelligent Filtering and Sync (FCC) |
| C050900L031A | ePMP 2000: 5 GHz AP Lite with Intelligent Filtering and Sync (ROW) (no cord) |
| C050900L231A | ePMP 2000: 5 GHz AP Lite with Intelligent Filtering and Sync (ROW) (EU cord) |
| C050900L131A | ePMP 2000: 5 GHz AP Lite with Intelligent Filtering and Sync (ROW) (US cord) |
| C050900L333A | ePMP 2000: 5 GHz AP Lite with Intelligent Filtering and Sync (EU) (UK cord) |



| | |
|---|---|
| C050900L331A | ePMP 2000: 5 GHz AP Lite with Intelligent Filtering and Sync (ROW) (UK cord) |
| C050900L431A | ePMP 2000: 5 GHz AP Lite with Intelligent Filtering and Sync (ROW) (India cord) |
| C050900L531A | ePMP 2000: 5 GHz AP Lite with Intelligent Filtering and Sync (ROW) (China cord) |
| C050900L631A | ePMP 2000: 5 GHz AP Lite with Intelligent Filtering and Sync (ROW) (Brazil cord) |
| C050900L731A | ePMP 2000: 5 GHz AP Lite with Intelligent Filtering and Sync (ROW) (Argentina cord) |

### EPMP 1000

The following tables provides the key components available for purchase:

| Part Number | Description |
|---|---|
| C050900A011A | ePMP 1000: 5 GHz Connectorized Radio with Sync (ROW) |
| C050900A013A | ePMP 1000: 5 GHz Connectorized Radio with Sync (EU) |
| C058900A112A | ePMP 1000: 5 GHz Connectorized Radio with Sync (FCC) |
| C050900A021A | ePMP 1000: 5 GHz Connectorized Radio (ROW) |
| C050900A023A | ePMP 1000: 5 GHz Connectorized Radio (EU) |
| C058900A122A | ePMP 1000: 5 GHz Connectorized Radio (FCC) |
| C050900C031A | ePMP 1000: 5 GHz Integrated Radio (ROW) |
| C050900C033A | ePMP 1000: 5 GHz Integrated Radio (EU) |
| C058900C132A | ePMP 1000: 5 GHz Integrated Radio (FCC) |
| C024900A011A | ePMP 1000: 2.4 GHz Connectorized Radio with Sync |
| C024900A021A | ePMP 1000: 2.4 GHz Connectorized Radio |
| C024900C031A | ePMP 1000: 2.4 GHz Integrated Radio |

### FORCE 110

| Part Number | Description |
|---|---|
| C058900C042B | ePMP Force 110AR5-25 High Gain (25 dBi) SM/PTP Radio (FCC) |
| C050900C043B | ePMP Force 110AR5-25 High Gain (25 dBi) SM/PTP Radio (EU) |
| C050900C041B | ePMP Force 110AR5-25 High Gain (25 dBi) SM/PTP Radio (ROW) |
| C058900B052A | ePMP Force 110 PTP - High Performance PTP Radio (FCC) |
| C050900B053A | ePMP Force 110 PTP - High Performance PTP Radio (EU) |
| C050900B051A | ePMP Force 110 PTP - High Performance PTP Radio (ROW) |



## FORCE 180

| Part Number | Description |
|---|---|
| C058900C072A | ePMP 5 GHz Force 180 Integrated Radio (FCC) (US cord) |
| C050900C071A | ePMP 5 GHz Force 180 Integrated Radio (ROW) (no cord) |
| C050900C073A | ePMP 5 GHz Force 180 Integrated Radio (EU) (EU cord) |
| C050900C171A | ePMP 5 GHz Force 180 Integrated Radio (ROW) (US cord) |
| C050900C271A | ePMP 5 GHz Force 180 Integrated Radio (ROW) (EU cord) |
| C050900C371A | ePMP 5 GHz Force 180 Integrated Radio (ROW) (UK cord) |
| C050900C373A | ePMP 5 GHz Force 180 Integrated Radio (EU) (UK cord) |
| C050900C471A | ePMP 5 GHz Force 180 Integrated Radio (ROW) (India cord) |
| C050900C571A | ePMP 5 GHz Force 180 Integrated Radio (ROW) (China cord) |
| C050900C671A | ePMP 5 GHz Force 180 Integrated Radio (ROW) (Brazil cord) |
| C050900C771A | ePMP 5 GHz Force 180 Integrated Radio (ROW) (Argentina cord) |
| C050900C871A | ePMP 5 GHz Force 180 Integrated Radio (ROW) (ANZ cord) |

## FORCE 190

| Part Number | Description |
|---|---|
| C058900C082A | ePMP Force 190 5 GHz Subscriber Module (FCC) (US Cord) |
| C050900C083A | ePMP Force 190 5 GHz Subscriber Module (EU) (EU Cord) |
| C050900C873A | ePMP Force 190 5 GHz Subscriber Module (EU) (UK Cord) |
| C050900C081A | ePMP Force 190 5 GHz Subscriber Module (RoW) (No Cord) |
| C050900C181A | ePMP Force 190 5 GHz Subscriber Module (RoW) (US Cord) |
| C050900C281A | ePMP Force 190 5 GHz Subscriber Module (RoW) (EU Cord) |
| C050900C481A | ePMP Force 190 5 GHz Subscriber Module (RoW) (India Cord) |
| C050900C581A | ePMP Force 190 5 GHz Subscriber Module (RoW) (China Cord) |
| C050900C681A | ePMP Force 190 5 GHz Subscriber Module (RoW) (Brazil Cord) |
| C050900C781A | ePMP Force 190 5 GHz Subscriber Module (RoW) (Type-N Plug Cord) |
| C050900C881A | ePMP Force 190 5 GHz Subscriber Module (RoW) (ANZ Cord) |
| C050900C981A | ePMP Force 190 5 GHz Subscriber Module (RoW) (No PSU) |



### FORCE 200

| Part Number | Description |
|---|---|
| C058900C062A | ePMP 5 GHz Force 200AR5-25 High Gain Radio (FCC) (US cord) |
| C050900C061A | ePMP 5 GHz Force 200AR5-25 High Gain Radio (ROW) (no cord) |
| C050900C063A | ePMP 5 GHz Force 200AR5-25 High Gain Radio (EU) (EU cord) |
| C050900C161A | ePMP 5 GHz Force 200AR5-25 High Gain Radio (ROW) (US cord) |
| C050900C261A | ePMP 5 GHz Force 200AR5-25 High Gain Radio (ROW) (EU cord) |
| C050900C361A | ePMP 5 GHz Force 200AR5-25 High Gain Radio (ROW) (UK cord) |
| C050900C363A | ePMP 5 GHz Force 200AR5-25 High Gain Radio (EU) (UK cord) |
| C050900C461A | ePMP 5 GHz Force 200AR5-25 High Gain Radio (ROW) (India cord) |
| C050900C561A | ePMP 5 GHz Force 200AR5-25 High Gain Radio (ROW) (China/ANZ cord) |
| C050900C661A | ePMP 5 GHz Force 200AR5-25 High Gain Radio (ROW) (Brazil cord) |
| C050900C761A | ePMP 5 GHz Force 200AR5-25 High Gain Radio (ROW) (Argentina cord) |
| C024900C161A | ePMP 2.4 GHz Force 200AR2-25 High Gain Radio (US cord) |
| C024900C261A | ePMP 2.4 GHz Force 200AR2-25 High Gain Radio (EU cord) |
| N000900L021A | ePMP Force 200 Radome |

### ACCESSORIES

| Part Number | Description |
|---|---|
| C050900D021A | ePMP 2000/1000: 5 GHz Sector Antenna - 90° / 120° |
| C050900D020A | ePMP 2000: 5 GHz Smart Antenna |
| C050900D002A | ePMP 1000: 5 GHz Sector Antenna - 120° |
| C050900D003A | ePMP 1000: 5 GHz Sector Antenna - 90° |
| C024900D004A | ePMP 1000: 2.4 GHz Sector Antenna - 90° / 120° |
| N000900L001B | ePMP 1000: Spare Power Supply for Radio with Gigabit Ethernet (no cord) |
| N000900L002A | ePMP 1000: Spare Power Supply for Radio with 100Mbit Ethernet (no cord) |
| N000900L005A | ePMP 1000: Spare GPS Antenna |
| C050900H007B | 4 pack of C050900D007B: ePMP 110A5-25 Dish Antenna (25 dBi) for ePMP Connectorized Radio |

## Embedded Software

### RELEASE SOFTWARE

New ePMP software releases may be downloaded from the ePMP Downloads website.

 The following software update is provided with ePMP System Release 3.5.1:

| Device Description | Applicable Software Package |
| --- | --- |
| Connectorized Radio with Sync | ePMP-GPS_Synced-v3.5.1.tar.gz |
| Integrated Radio / Connectorized Radio | ePMP-NonGPS_Synced-v3.5.1.tar.gz |
| CNUT package (for all radios) | ePMP-3.5.1.pkg3 |

### EPMP ELEVATE SOFTWARE

The following software is provided with ePMP Elevate in ePMP System Release 3.5.1:

| Application Description | Applicable Software Package |
| --- | --- |
| ePMP Elevate (XM firmware devices)<br>*Use this file if upgrading an XM device to ePMP Elevate for the first time* | UBNTXM-ubntxm-squashfs-factory.bin |
| ePMP Elevate (XW firmware devices)<br>*Use this file if upgrading an XM device to ePMP Elevate for the first time* | UBNTXW-ubntxw-squashfs-factory.bin |
| ePMP Elevate (XM firmware devices) | UBNTXM-v3.5.1.tar.gz |
| ePMP Elevate (XW firmware devices) | UBNTXW-v3.5.1.tar.gz |

### SPECIAL SOFTWARE UPGRADE NOTICE

All users of ePMP product are encouraged to upgrade the Connectorized Radio with Sync, Integrated Radio, Connectorized Radio, Force 180, Force 190 and Force 200 units to the latest System Release 3.5.1. ePMP software updates can be downloaded from the ePMP Downloads website. For instructions on upgrading an ePMP device, see the *ePMP User Guide*.

 Note

While upgrading a **Connectorized Radio with Sync** from the factory, ensure both the device software banks are updated. Upgrade to the latest software **TWICE** so that both Active & Backup are updated. This is NOT required for Integrated or Connectorized Radios since these radios do not have two software banks.

While upgrading devices with System Release 1.0.3 or earlier, ensure that the browser cache is cleared prior to the upgrade.

Caution

ePMP radios running System Release 2.1 or earlier cannot be directly upgraded to System Release 3.5.1. Please upgrade to System Release 2.6 first, then upgrade to System Release 3.5.1. Stepping through System Release 2.6 is not required if the ePMP radio is running System Release 2.2 or later.

 ## UPGRADING THE ON-BOARD GPS CHIP FIRMWARE

Beginning with System Release 2.0, users can upgrade the firmware of the on-board GPS chip present on the **Connectorized Radio with Sync**. All users are strongly encouraged to upgrade the on-board GPS chip firmware in order to avoid sporadic lock up of the chip during normal operation. ePMP software updates can be downloaded from the ePMP Downloads website.

*GPS Chip and Software Reference*

| | **ePMP 1000 (1st Generation)** | **ePMP 1000 (2nd Generation)** | **ePMP 2000** |
|---|---|---|---|
| **GPS Chip Type** | GPS only | GPS + GLONASS | GPS + GLONASS |
| **Default GPS Firmware** | AXN_1.51_2801 | AXN_3.20_8174 | AXN_3.20_8174 |
| **Potential Issues (With Default Firmware Installed)** | GPS chip locked, resulting in loss of sync and no display of firmware version or visible/tracked satellites | Occasional sync loss following low number of tracked satellites for customers in APAC and Russia regions | Occasional sync loss following low number of tracked satellites for customers in APAC and Russia regions |
| **Current GPS Firmware** | AXN_1.51_2838 | AXN_5.1._8174 | AXN_5.1._8174 |
| **Corresponding ePMP Software Release** | 2.1 | 3.5.1 | 3.5.1 |
| **Known issues (With Current GPS Firmware)** | None | None | None |

For instructions on upgrading the GPS chip firmware, see below or refer the *ePMP User Guide*.

To upgrade the on-board GPS chip on a Connectorized Radio with Sync (1st Generation - purchased 2015 and prior):

1. Navigate to **Monitor > GPS** to check the **GPS Firmware Version** that is currently present on the radio.
2. If the GPS Firmware Version displays **AXN_1.51_2838** and/or "**GPS Firmware is up-to-date**", do nothing. The on-board GPS chip already has the latest firmware.
3. If the GPS Firmware Version displays **AXN_1.51_2801**, navigate to **Tools > Software** Upgrade page.
4. Under the **GPS Firmware** upgrade section, select the same package used to upgrade the device's firmware ex: **ePMP-GPS_Synced-v3.5.1.tar.gz.**
5. Click the **Upgrade** button.
6. The upgrade can take up to 3 minutes. Once the upgrade is done, the radio's UI prompts for a reboot and the reboot button will be highlighted.
7. Click the Reboot button on the top right corner of the UI.
8. Once the radio has completed its reboot process, check under the **Monitor > GPS** page to ensure that the **GPS Firmware Version** displays **AXN_1.51_2838.**

                                                    To upgrade the on-board GPS chip on a Connectorized Radio with Sync (2nd Generation - purchased 2016 and after):

1. Navigate to **Monitor > GPS** to check the **GPS Firmware Version** that is currently present on the radio.
2. If the GPS Firmware Version displays **AXN_5.1_8174** and/or "**GPS Firmware is up-to-date**", do nothing. The on-board GPS chip already has the latest firmware.
3. If the GPS Firmware Version displays **AXN_3.20_8174**, navigate to **Tools > Software** Upgrade page.
4. Under the **GPS Firmware** upgrade section, select the same package used to upgrade the device's firmware ex: **ePMP-GPS_Synced-v3.5.1.tar.gz.**
5. Click the **Upgrade** button.
6. The upgrade can take up to 3 minutes. Once the upgrade is done, the radio's UI prompts for a reboot and the reboot button will be highlighted.
7. Click the Reboot button on the top right corner of the UI.
8. Once the radio has completed its reboot process, check under the **Monitor > GPS** page to ensure that the **GPS Firmware Version** displays **AXN_5.1_8174.**

 Note

On occasion the **GPS Firmware Version** under **Monitor > Tools** may display **NA**. This means that the GPS chip has already locked up and is no longer communicating with the main processor. Perform a hard reboot (power cycle the entire unit) to restore communication. Then perform steps 3 through 8 above.

This is NOT required for Integrated or Connectorized Radios since these radios do not have an on-board GPS chip.

## NEW LOCAL IP

Prior to System Release 2.1, in both Bridge and NAT mode, the ePMP Device was previously accessible through a local IP of 10.1.1.254 through the LAN port. Beginning with System Release 2.1, the local IP has been updated to **169.254.1.1(/16).**

## EPMP POST-UPGRADE IP ADDRESSING

If **Device IP address Mode** is set to **DHCP** and the device is unable to retrieve IP address information via DHCP, the device management IP is set to fallback IP of *192.168.0.1* (AP mode), *192.168.0.2* (SM mode), *192.168.0.3* (Spectrum Analyzer mode) or a previously configured static Device IP Address. Units can always be accessed via the Ethernet port with a local IP of *169.254.1.1*.

## SPECTRUM ANALYZER ON SM WHEN USING PORT FORWARDING OR DMZ

If port forwarding or DMZ is enabled on the SM, it is necessary to add a port forwarding entry for the Spectrum Analyzer to work. The Spectrum Analyzer uses port 8001 and this must be explicitly added in the port forwarding table under **Configure>Network>NAT>Advanced**, on the radio's GUI. In addition, once the Spectrum Analyzer is launched on the client PC, select the Port Forwarding IP as the device IP address under **Tools>Preferences**, on the Spectrum Analyzer Java tool. Depending on the network configuration, the generation configuration scheme must be **Client PC > Port_Forwarding_IP:8001 > Device_IP:8001.**



### SPECTRUM ANALYZER WHEN MANAGEMENT VLAN IS ENABLED

When Management VLAN is enabled on the ePMP radio, the Spectrum Analyzer client must be launched from the same network as the Management VLAN.

### CHROME / FIREFOX WEB MANAGEMENT INTERFACE ACCESS – SPECIAL NOTICE FOR SOFTWARE RELEASE 3.4 / 3.4.1

If access to the web management interface is lost after upgrading to Software Release 3.4 or 3.4.1, it is recommended to clear the browser cookies and cache to regain access. This workaround is only applicable to devices which have been loaded with Software Release 3.4 or 3.4.1.

Instructions for clearing cookies / cache in Google Chrome:
https://support.google.com/accounts/answer/32050?co=GENIE.Platform%3DDesktop&hl=en

Instructions for clearing cookies / cache in Mozilla Firefox:
https://support.mozilla.org/en-US/kb/delete-cookies-remove-info-websites-stored

## cnMaestro™

*cn*Maestro is a cloud-based or on-site platform designed to monitor, configure, operate, upgrade, manage and monitor ePMP systems. For more information, see the cnMaestro website.


# New Features

## ePMP Elevate Floating License Server Official Release

Configuration ▸ Network

Software Release 3.5.1 introduces official support for the ePMP Elevate Floating License Server functionality. There are two types of ePMP Elevate license management mechanisms available on the ePMP device – Flexible and Fixed, as described below:

Flexible Licensing
With Flexible Licensing, your licenses are stored in a license server and can be shared among all your Access Points. Each Access Point will only use as many licenses as it has connected subscribers. When a subscriber disconnects, a license is returned to the pool and can be used by any other Access Point.
In order to use Flexible Licensing, your Access Points must:
be able to make HTTPS requests out to the Internet,
be running firmware version 3.5 or greater,
have an accurate NTP time source.
Use Flexible Licensing

Fixed Licensing
With Fixed Licensing, you will generate a license key for a specific MAC address, and load that license key into the Access Point. The license key represents the number of Elevate Subscribers that can be supported by that Access Point. The license key may not be transferred to any other Access Point.
You should use Fixed Licensing if your Access Points:
are unable to make HTTPS requests to the Internet, or
are running firmware version 3.4.1 or earlier, or
don't have an accurate NTP time source.
Use Fixed Licensing

The AP's **License Management** page is used to:

- Install licensing for ePMP Elevate subscriber access allotments
- Convert the AP from Lite (10 subscriber) to Full (120 subscriber)
- Configure the Country Code ETSI-locked devices

 Note

ePMP 3.4.1 and earlier Releases support only Fixed Licensing.

Elevate Flexible Licensing is available only for ePMP AP devices with GPS sync.


Country Code configuration for ETSI locked device and Full Capacity Keys for AP Lite devices are available only via Fixed License Management. Elevate is available via Fixed or Flexible License Management.

 Note

To use flexible licensing, the AP must:

1. be able to make HTTPS requests out to the Internet
2. be running firmware version 3.5.1 or greater
3. have an accurate NTP time source

AP web management interface flexible licensing parameters:

| Attribute | Meaning |
|---|---|
| **Flexible License Management** | |
| License Server Agent | Disabled: No communication with the License Server is established<br>Enabled: Enables License Server functionality to obtain the number of allowed ePMP Elevate SMs to be connected to the AP |
| Cloud Licensing ID | This field represents a Cambium Networks customer identification used for AP identification on the License Server. This identifier is generated upon License Entitlement activation at the Cambium Networks web-based Support Center. |
| Connection Status | The **Connection Status** displays the License Server process state when **License Server Agent** is **Enabled**. This status may also be referenced on the device **Home** page. |
| Refresh Requests Failed | The number of failed refresh (polling) requests to the License Server. The **ePMP Elevate Subscriber Module Limit** resets to 1 after the 3rd failed refresh request. |
| Update Requests Failed | The number of failed update (licensing information transfer) requests to the License Server. The **ePMP Elevate Subscriber Module Limit** resets to 1 after the 5th failed updated request. |
| NTP Status | Represents whether or not the current time and date have been retrieved from the configured NTP server |
| ePMP Elevate Subscriber Module Limit | The number of ePMP Elevate devices allowed to register to the AP |



## FLEXIBLE LICENSE GENERATION PROCEDURE

**Procedure:**

Follow this procedure to set up the Cambium Networks licensing portal to host ePMP Elevate licenses:

1. Purchase the desired license product Entitlements from your Cambium Networks distributor (C050900S510A – 10 ePMP Elevate licenses)

2. Cambium Networks will email your Entitlements to the provided email address. An example of the email is displayed below:

Cambium Networks is pleased to deliver an Entitlement Certificate that you may use to redeem your recent purchase of software license key(s). To redeem this entitlement, please go to the Cambium Support Center and follow the instructions. If you need any assistance with this process, please contact Cambium Networks Support by phone or support@cambiumnetworks.com.

Entitlement Details

| | | | |
|---|---|---|---|
| **Entitlement ID:** | | **Start Date:** | 08/04/2017 |
| **Company:** | | **End Date:** | Never expires |
| **Contact:** | | | |
| **Cambium Order Reference:** | | | |
| **Your Order Reference:** | | | |

Associated Products

| Product Number | Description | Quantity Ordered | Remaining Quantity |
|---|---|---|---|
| C050900S501A 1 | ePMP Elevate: 1 Subscriber License | 200 | 200 |
| C050900S510A 1 | ePMP Elevate: 10 Subscriber License | 5 | 5 |

Cambium Networks Support

3. Log into support.cambiumnetworks.com/licensekeys and navigate to **Activate Entitlements**. Enter your provided **Entitlement ID** in the **Check Entitlements** section and click the **Check** button. Entitlement details are listed in the dialogue below. Click **Activate** to activate the Entitlement's corresponding licenses.

4. Select **Use Flexible Licensing**.

 5 Click **Activate** on the resulting page to activate your company account.

6 On the resulting dialogue, enter the number of licenses to activate then click **Activate.**





7 The recently-activated license keys are displayed, click **Details** to display the corresponding license key information.

8 To use licenses from the pool, enter the corresponding **Cloud Licensing ID** on the AP's **License Managmenet** page.

 Caution

Keep your **Cloud Licensing ID** secret to avoid unintended license pool usage!

 ## ENABLING AP FLEXIBLE LICENSE MANAGEMENT

**Procedure:**

Follow this procedure to configure the ePMP Access Point to retrieve Elevate licensing information from the Flexible license server.

Note

To use flexible licensing, the AP must:

1. be able to make HTTPS requests out to the Internet
2. be running firmware version 3.5.1 or greater
3. have an accurate NTP time source

1 Follow the steps in section Flexible License Generation Procedure on page 12 to activate the applicable licenses on the Cambium Networks Support Center

2 Copy the Cloud Licensing ID generated on the Support Center website



3 Log into the ePMP AP and navigate to **Tools > License Management**

4 Set **License Server Agent** to **Enabled**

5 Paste the **Cloud Licensing ID** from Step 2 into the **Cloud Licensing ID** field

6 Verify the license server connection in with field **Connection Status**

7 Verify the enacted licensing in field **ePMP Elevate Subscriber Module Limit**

## Additional Elevate Subscriber Support

For operators of 2.4 GHz networks with ePMP Elevate subscribers, Software Release 3.5.1 introduces support for the following additional hardware types:

- NanoStation Loco M2 (board.sysid = 0xe866)
- NanoStation Loco M2 (board.sysid = 0xe867)



## WPA2 Security Vulnerability Fix (KRACK)

Software Release 3.5.1 includes security improvements to prevent Key Reinstallation attacks targeted at ePMP radio networks.

This security improvement includes:

- Prevention of reinstallation of temporal keys (IGTK, GTK) during WPA key handshake

## Support for Myanmar Country Code

The Myanmar Country Code is now supported for ePMP with the following operation:

| Band | Frequency Range | Valid Center Frequencies 5/10 MHz Channel Size | Valid Center Frequencies 20 MHz Channel Size | Valid Center Frequencies 40 MHz Channel Size | EIRP Limit |
|---|---|---|---|---|---|
| 2.4 GHz | 2400 – 2500 MHz | 2407 – 2492 MHz (every 5 MHz) | 2412 – 2487 MHz (every 5 MHz) | 2422 – 2477 MHz (every 5 MHz) | 36 dBm |
| 5.8 GHz | 5725 – 5875 MHz | 5730 – 5870 MHz (every 5 MHz) | 5735 – 5865 MHz (every 5 MHz) | 5745 – 5855 MHz (every 5 MHz) | 30 dBm |

## Force 190 ETSI Region DFS Support

Beginning with Software Release 3.5.1, Force 190 devices are supported in ETSI regulatory environments. The Force 190 units use region-specific Dynamic Frequency Selection (DFS) mechanisms based on the device **Country** parameter setting.

Note

When operating in a region which requires DFS, ensure that the AP (BHM) is configured with alternate frequencies and that the SM (BHS) is configured to scan for these frequencies to avoid long outages.

# Defect Fixes (System Release 3.5.1)

Defects in green are resolved
Defects in black are open

| Tracking | Description / Workaround |
|---|---|
| 15033 | All Elevate SMs except 1 are dropped after upgrade request when Licensed capacity is exceeded |
| 14989<br>14994 | GPS chip information is not displayed with tddstats CLI command |
| 15012 | Not possible to upgrade GPS firmware on 2.5 GHz and 6 GHz radios |
| 14970 | Unexpected reboot of Force 180 / Force 200 in cold conditions |
| 14928 | Spectrum Analyzer terminates after two minutes of operation |
| 14912 | [Elevate] NanoStation Loco M2 (board.sysid=0xe867) not supported |
| 14963 | [Elevate] NanoStation Loco M2 (board.sysid=0xe866) not supported |
| 14599 | IPv6 Gateway not functioning |
| 14921 | Latitude and Longitude fields do not accept non-integer values |
| 14558<br>14935 | GUI error when saving RADIUS User Certificate |
| 14894<br>14770 | GUI error when changing device IP Address |
| 14888 | [ePMP 2000] LLDP neighbors not detected by ePMP 2000 AP |
| 13790 | DHCP Reply from SM may be dropped by AP |
| 12753 | DFS Support for Force 190 |
| 14945 | [Elevate] XM devices in network may have the same Separate Wireless Management Interface MAC address assignments |
| 14910 | Radio becomes inaccessible when switching from Bridge to NAT mode with Separate Management IP and Management VLAN enabled |
| 14493 | Unable to log into device for 2 minutes after factory default procedure |
| 14922 | Myanmar country code support |
| 14839 | SNMP MIB parameter sysLocation is not supported |
| 14872 | [Elevate] Nanobridge M5 XM always displays Ethernet Port Status as "Down" |
| 14904 | IP address of Wireless Gateway obtained from PPPoE server is not displayed on GUI (when Separate Management IP enabled and VLAN retrieved via RADIUS VSA |
| 14918 | SNMP sysObjectID does not return Hardware SKU |
| 14887 | [Elevate] Software upgrade/downgrade not functional for Elevate XM radios |
| 14968 | ePMP key reinstallation attack security improvements |

# Known Problems or Limitations (System Release 3.5.1)

| Tracking | Description / Workaround |
|---|---|
| 15004 | [Elevate] AP drops Elevate radio connections when switching from Fixed to Flexible licensing |



| Tracking | Description / Workaround |
|---|---|
| 14997 | Wrong DFS status displayed on ePMP SM Home page when device operates on ETSI non-DFS channel |
| 14962 | General error displayed on login page after redirecting to re-configured device IP address<br>Workaround: Reload web page |
| 15016 | AP/SM does not obtain IP address via DHCPv6 server |
| 15017 | Separate Management IP retrieved from DHCP server after configuring IP Assignment to Static |
| 15007 | [Elevate] DNS and Gateway settings may not be carried over when upgrading to ePMP Elevate |
| 15009 | SM in NAT mode (Separate Management IP and PPPoE enabled, RADIUS authentication with VLAN VSA retrieval) cannot be upgraded/downgraded, radio connection drops every 10 minutes<br>Workaround: Disable RADIUS authentication |
| 14996 | "Applying" is displayed on GUI for an extended period when saving changes on the Security page |
| 15010 | [Elevate] Spectrum Analyzer may disconnect after 20 seconds if Static IP Assignment has been modified from original setting<br>Workaround: Click Connect and restart spectrum scan |
| 15006 | Satellites table is empty on GPS Gync AP configured in SM mode |

## Defect Fixes (System Release 3.5)

| Tracking | Description / Workaround |
|---|---|
| 14490 | [ePMP 2000] Clock calibration between ePMP and ePMP Elevate devices |
| 14455 | 2nd Management interface obtains Fallback IP with VLAN enabled |
| 14771 | Reliable Multicast parameters removed from ePTP mode |
| 14567 | [Elevate] Automatic workaround to reset device when Elevate XW Nanostation Loco M5 subscriber Ethernet LAN port goes down |
| 10124 | Ethernet watchdog error on SM |
| 14889 | "\" symbol for DeviceName crashes web management interface |
| 14721 | [Elevate] Unsupported Elevate models removed from MIB file |
| 13308 | [Elevate 2.4] RADIUS GUI Authentication not functional |
| 14497 | Erroneous validation failure between Lan IP address and Lan Gateway IP addresses |
| 14734 | Fixed tcpdump vulnerability to gain root CLI access |

## Known Problems or Limitations (System Release 3.5)

| Tracking | Description / Workaround |
|---|---|
| 14862 | Link test error message when run with more than 28 SMs connected to ePMP2000 AP.<br>Workaround: Restart the link test |



| Tracking | Description / Workaround |
|---|---|
| 14868 | Primary Frequency Carrier is not saved to .config file if ACS is started after selecting Country.<br>Workaround: Device reboot or re-run ACS |
| 14866 | Save and Undo buttons are highlighted after importing JSON/BINARY configuration with ACS Enabled.<br>Workaround: Web management interface refresh |
| 14872 | [Elevate 2.4] ePMP Elevate NanoBridge M2 XM always displays Ethernet Status Down. Display-only issue, Ethernet port is functional. (fixed in 3.5.1) |
| 14846 | [Elevate 2.4] Error message 'Please perform device reboot before Upgrading software.' is shown on GUI during SW upgrade.<br>Workaround: Web management interface refresh |
| 14888 | LLDP neighbors are not seen by ePMP 2000 AP (fixed in 3.5.1) |
| 14772 | "Applying" button is present for a long time in NAT mode if the Community String has changed before.<br>Workaround: Web management interface refresh |
| 14891 | "Applying" button is present for a long time if IP address received from DHCP via VLAN interface with enabled LLDP.<br>Workaround: Disable LLDP functionality |
| 14816 | Switching IP assignment to Dynamic creates second user GUI session.<br>Workaround: Device reboot |
| 14776 | After reset to factory defaults SM in Standard WiFi mode cannot connect to AP configured in Standard WiFi mode on 20 MHz channel bandwidth. |
| 14894 | Web management interface shows error message when trying to change IP address.<br>Workaround: Device reboot (fixed in 3.5.1) |
| 14873 | Cannot import binary configuration with non-valid License Key. |
| 14904 | Wireless Gateway is shown as empty on ePMP SM web management interface if obtained from PPPoE server with Separate Management IP and VSA configured. (fixed in 3.5.1) |
| 14770 | New IP Address cannot be assigned if the Community String has been previously changed.<br>Workaround: Device reboot (fixed in 3.5.1) |
| 14906 | Unable to force Sector Antenna on ePMP2000 AP via SNMP.<br>Workaround: Use web management interface to force Sector Antenna |
| 14783 | Admin password erroneously applied to Full AP radio after exporting configuration from Lite AP radio |
| 14873 | Web management interface will not show error after importing binary configuration with non-value license key |

# Known problems or limitations (System Release 3.4.1)

| Tracking | Description / Workaround |
|---|---|
| 14910 | Device becomes available after switching from Bridge to NAT mode then enabling Separate Management IP and VLAN.<br>Workaround:  Power reset the device (fixed in 3.5.1) |
| 14611 | [Elevate 2.4] "SM disassociated from AP. Reason 32/33/48" during Stability test {XW} |
| 14613 | Incorrect processing status on GUI when Link Test is failed |
| 14609 | Home User erroneously able to configure network configuration (fixed in 3.5) |
| 14614 | The Ping utility does not show latency if use less than 8 of 'Buffer Size' |



| Tracking | Description / Workaround |
|---|---|
| 14612 | [Elevate 2.4] Link Test is not completed properly (fixed in 3.5) |

## Known problems or limitations (System Release 3.4)

| Tracking | Description / Workaround |
|---|---|
| 14591 | Not able to login to the GUI after changing the IP. Works with Chrome but not with Firefox. However, once you clear the cache and cookies, it works with Firefox. (fixed in 3.4.1)<br><br>See section **Chrome / Firefox Web Management Interface Access – Special Notice for Software Release 3.4** for additional information. |
| 14589 | Upgrade of 2.4 and 5 GHz ePMP Elevate devices to 3.4 will shows as failed when upgraded via cnMaestro. However, the devices do upgrade and a refresh on the cnMaestro screen will show that the devices are running 3.4 after a successful upgrade. (fixed in 3.4.1) |
| 14470 | [ePMP Elevate 2.4] Unexpected behaviour of Port Speed Settings |
| 13308 | [ePMP Elevate 2.4] RADIUS GUI Authentication: Authentication not functional if used RADIUS authentication method (fixed in 3.5) |
| 14477 | DHCP Server on SM sends host name as lease time if only digits are used for DHCP client name |
| 14510 | Unable to Export eDetect scan results in Chromium browser with AdBlock extension |
| 14558 | GUI shows error message after saving User Certificate for RADIUS Server (fixed in 3.5.1) |
| 14458 | [ePMP Elevate 2.4, XM] Cambium Elevate operating Tx Power exceeds original non-Cambium software-configured Tx Power by 1.5 – 3 dBm |

## Known problems or limitations (System Release 3.3)

| Tracking | Description / Workaround |
|---|---|
| 13238 | [ePMP Elevate] ePMP Elevate devices are not supported by CNUT |
| 13346 | [ePMP Elevate] Device name and network settings are not copied from original device configuration (resolved by ePMP Elevator tool) |
| 13299 | [ePMP Elevate] Not possible to configure Uplink Max Rate to any MCS except 7th on single stream devices |
| 14016 | After configuring the SM device into NAT mode and reconfiguring the WAN IP address, the Spectrum Analyzer tool is only available via previously-configured Bridge mode IP address |
| 14030 | Unable to add new AP to Preferred APs table when in "Show Details" view. As a workaround, add new APs to the table when in "Show List" view. (fixed in 3.4) |
| 14131 | [IPv6] AP and SM Separate Management Interface don't display obtained DHCP address on without manual refresh (fixed in 3.4) |

## Known problems or limitations (System Release 3.2.2)

| Tracking | Description / Workaround |
|---|---|
| 13846 | It is not possible to change the SM's Network configuration from Bridge to Router mode via SNMP. (fixed in 3.3) |
| 13825 | GUI indicates In-Service-Monitoring DFS status for 5-10 seconds after switching to non-DFS channel. |

 # Known problems or limitations (System Release 3.2.1)

| Tracking | Description / Workaround |
|---|---|
| 13783 | User cannot login to GUI by DNS address if URL contains dash (-). (fixed in 3.3) |
| 13516 | [ePMP Elevate] XM hardware – Spectrum Analyzer not supported (fixed in 3.3) |
| 13343 | [ePMP Elevate] XW hardware – If an ePMP Elevate module is interrupted during an ePMP software upgrade, TFTP flash recovery of ePMP Elevate software may fail. As a workaround, load the native device software, then upgrade again to ePMP Elevate |
| 13552 | [ePMP Elevate] After changing the device management IP address, the browser may not automatically redirect to the new IP address. Workaround: Enter the new management IP address in the browser address bar. (fixed in 3.3) |
| 13630 | [ePMP Elevate] Upon downgrading from Release 3.2.1 to Release 3.2, the Remote Management parameter may be set to Disabled. Workaround: Re-enable the Remote Management parameter after downgrading from Release 3.2.1 to Release 3.2. |

# Known problems or limitations (System Release 3.2)

| Tracking | Description / Workaround |
|---|---|
| 13472 | [ePMP Elevate] Updates to XM hardware Ethernet port interface MAC address assignment (fixed in 3.2.1) |
| 13289 | Invalid warning appears on web management interface when Subscriber Module Target Receive Level is configured above -60 dBm (fixed in 3.2.1) |
| 13165 | SM in NAT mode with Separate Management IP and Management VLAN is not accessible by Separate Management IP address (fixed in 3.2.1) |
| 13228 | Web management interface is not accessible after an upgrade attempt with invalid software archive. Workaround: reboot the device to regain management access. |
| 13317 | eDetect may not display interfering devices at lower received/detected power levels (fixed in 3.3) |
| 13187 | Upon configuration restore, a browser refresh is required to display updated parameter values (fixed in 3.2.1) |
| 13274 | [ePMP Elevate] ePMP Elevate subscriber may disconnect under load due to hardware limitations. This disconnect is followed by an immediate re-registration. (fixed in 3.2.2) |
| 12791 | [ePMP Elevate] XM devices: When downlink RSSI is stronger than -30 dBm, the web management interface incorrectly reports RSSI of 256 dBm and SNR as 0 dB (fixed in 3.2.1) |
| 12919 | [ePMP Elevate] Rocket™ M5 (XM and XW): The web management provides options for configuring the device in AP or ePTP mode. These modes are not supported by ePMP Elevate software and should not be utilized. (fixed in 3.2.1) |
| 13332 | On occasion, after upgrading an ePMP SM to Release 3.2, the SM's web management interface may display "Board still in reboot state" or the interface may not be accessible. Workaround: reboot or power cycle the SM. (fixed in 3.3) |

# Known problems or limitations (System Release 3.1)

| Tracking | Description / Workaround |
|---|---|
| 13220 | Support for use of shift key to select multiple frequencies in the Scan List (fixed in 3.2.1) |
| 13165 | SM does not create static route for separate management interface (fixed in 3.2.1) |



| Tracking | Description / Workaround |
|---|---|
| 13117 | ePMP 2000 device configured in SM mode reports incorrect AP frequency and does not register (fixed in 3.2.1) |
| 12409 | With rare occurrence, SM scans without registration |
| 12709 | ePMP 2000: Cannot factory default via power cycle sequence (fixed in 3.2.1) |
| 12792 | Throughput Chart: Upon changing Throughput Measurement Period, control points (hover targets) not shown (fixed in 3.2.1) |
| 12837 | With certain configurations, GPS-synched software can be loaded onto Force 200 module |
| 12878 | ePMP device reboots twice after factory default |

## Known problems or limitations (System Release 3.0.1)

| Tracking | Description / Workaround |
|---|---|
| 12385 | ePMP web management interface test tool Ping (Tools > Ping) does not execute with maximum buffer size (65507) |
| 12439 | ePMP devices with saved cnMaestro credentials which are not on-boarded by cnMaestro for more than 12 hours will stay in state "Device Approval Pending" |
| 12513 | Transmitter Output Power reference tables duplicated in web management interface notification |

## Known problems or limitations (System Release 3.0)

| Tracking | Description / Workaround |
|---|---|
| 12794 | False radar detection on DFS channel FCC1322 Type1 22 (fixed in 3.2.1) |
| 12793 | False radar detection on DFS channel FCC1322 Type1 24 (fixed in 3.2.1) |
| 12125 | When in ETSI region and 5.4 GHz band using LBT, if the SM is subjected to very high interference, it may cause a reboot with a crash signature "arqtx_rwb_from_wbuf". |
| 11973 | The "Internet" Globe icon on the top right of the GUI page may take up to 40 seconds to turn green once a DNS server has responded. |
| 11491 | When ePMP 2000 is in Standard WiFi, a Ubiquiti Nanobeam may not register. There is currently no workaround. |
| 11406 | When using 5 MHz channels on ePMP 2000 in TDD mode, TCP downlink throughput may degrade by up to 20%. |

## Known problems or limitations (System Release 2.6.2)

| Tracking | Description / Workaround |
|---|---|
| 11978 | When there are more than 128 entries into the Bridge Table, the table may display as an empty table. |

## Known problems or limitations (System Release 2.6)

| Tracking | Description / Workaround |
|---|---|
| 10907 | When in AP WiFi mode and the SM connected is an 802.11a SM, the downlink throughput can be lower by 20%. (fixed in 3.3) |
| 10704 | When editing the MAC Addresses entries in the Wireless MAC Filtering table using the configuration file upload, care must be taken to ensure MAC address format integrity. The ePMP device will not validate the format. |

 # Known problems or limitations (System Release 2.4.3)

| Tracking | Description / Workaround |
|---|---|
| 9951 | On occasion, pings are lost when continuously pinging the SM from the AP. The ping loss can occur for a period of 30-60 seconds before it operates normally. User traffic may also be lost during this time and a reboot of the SM may be required to recover the SM. |

# Known problems or limitations (System Release 2.4)

| Tracking | Description / Workaround |
|---|---|
| 8198 | On occasion, stale ARP entries are not cleared from the ARP table (under Monitor>network) on the SM. The entries should be cleared in 5 minutes but it may take up to 10 minutes for them to be cleared. |

# Technical Support

For technical support, see

http://www.cambiumnetworks.com/support/

# Cambium Networks Community Forum

Join the conversation

http://community.cambiumnetworks.com/

# <u>Exhibit F</u>

<u>**Partial Transcription of November 30, 2016 ePMP Elevate Webinar**</u>

**** Webinar may be accessed either at (1) https://www.youtube.com/watch?v=UCxpPmXtp-8 or (2) http://community.cambiumnetworks.com/t5/ePMP-Elevate/ePMP-Elevate-webinar-replay/m-p/62777.***

[Note: Times refer to webinar presentation time]

1:20 – 1:35 – "This is Sakid Ahmed speaking, along with me we have we have Alex Marchum who is the Product Manager of the ePMP program. Dmitry Moiseev, he is a system architecture engineer and a system architect engineer, principal engineer with the ePMP team."

2:26 – Displays slide showing use with Ubiquiti.

3:04 – 3:28 – "Offer a backwards compatibility or interoperability mode for existing subscriber modules that are potentially not Cambium are based on 802.11 n-base subscribers and build a virtual ePMP system where some subscribers are of a different flavor sitting alongside Cambium native ePMP subscribers."

3:35 – Webinar Slide:

- Allows **ePMP Elevate** software to run on **non-Cambium Networks 802.11n-based** subscriber models
- **ePMP Elevate** subscribers function **as ePMP** subscribers – with all the ePMP benefits
- Comparable performance to all-**ePMP** networks, despite different subscriber hardware; industry-first **hardware-agnostic networks**

(Emphasis in original.)

3:39 – 3:52 – "So, with the combination of ePMP and other third party hardware in the same network, this is what we're referring to as the first hardware-agnostic, network solution in the WISP [wireless Internet service provider] industry today."

4:30 – 4:46 – "Many WISPs have existing deployed infrastructure, significant number of subscriber modules from other vendors that are very expensive to replace. So the network, hardware migration still remains very challenging for WISPs today."

4:33 – Webinar Slide (Portion):

- But many WISPs have older deployed gear
  - Network hardware migration remains challenging

4:48 – Webinar Slide:

- Why is network hardware migration **hard?**
  - Cost of **new hardware**
  - **Installation cost** – truck rolls
  - **Customer satisfaction** impact
    - Service credits
    - Arranging installations where indoor access required
    - Downtime and teething troubles

(Emphasis in original.)

8:17 – Webinar Slide (Portion):

- **ePMP Elevate** is the only solution offering a pain-free network migration path to the next level:
    - Frequency re-use enabled by **GPS Synchronization**
    - **Smart Beamforming** and **Intelligent Filtering**
    - All **without** changing subscriber hardware

    (Emphasis in original.)

8:58 – 9:11 – "Take your existing hardware that has been stagnant . . . and [have] new life breathed into it with ePMP elevate."

11:35 – Webinar Slide:

- **ePMP Elevate** is first available in **Release 3.2**
- **Release 3.2** consists of:
    - **5 GHz** support only
    - XW-based Ubiquiti hardware (2013 – current)
    - XM-based Ubiquiti hardware (2013 and prior)
    - 17 supported models

11:48 – 12:00 – "We will support XW firmware-based Ubiquiti hardware from 2013-current XM-based Ubiquiti hardware from 2013 and prior, which totals 17 support models today."

12:20 – Webinar Slide:

- **ePMP Elevate** will continue to be developed
- Some future identified items are:
    - **Mikrotik** support
    - Support for more Ubiquiti subscriber modules
    - **2.4 GHz** support

    (Emphasis in original.)

12:25 – 12:27 – Goal for future is "support for greater number of Ubiquiti subscriber models."

13:01 – Webinar Slide:

- Lists pricing:  ePMP Elevate:  1 Subscriber License $35 (MSRP) (USD)

15:15 – "Live upgrade of a [third party subscriber] unit" (demonstrated by Dmitry Moiseev)

15:53 – 16:14 – "In web browser, you can see the well-known model from Ubiquiti . . . running XW Firmware.  What I'm going to do, I'm going just to update it through the regular web update procedure."

18:11– 18:20 – (Video of Ubiquiti Units) "What you see are ePMP 1000 generation subscribers as well as some Ubiquiti subscriber units connected and passing traffic."

21:44 – 21:53 – "Warranty is specific to hardware.  ePMP Elevate is a software solution so therefore any hardware specific defects should be reported to the corresponding manufacturer."

25:24 – 25:47 – "Will we be able to use a former Ubiquiti SM and DMS channels? . . . Yes, we will be able to. . . Ubiquiti hardware is DMS approved and it will be available."

27:07 – 27:15 – "ePMP Elevate solution does not, and I repeat does not replace the plans you have to install new hardware."

29:42 – 29:54 – "If issue with hardware unit, is it Cambium support issue or Ubiquiti support issue? . . . If it is hardware problem, that is responsibility of hardware manufacturer."

36:52 – 37:17 – "If you upgrade a subscriber module to ePMP Elevate, you are always able to revert back to the original manufacturer's software . . . support same hardware reset functionality on all those units and you can always return back to the original manufacture's software if you so desire. And that answers the question whether the upgrade step is reversible so we won't go through that again."

38:25 – 38:30 – "Is there any possibility of Ubiquiti blocking the ability to allow third-party firmware? Absolutely, there is."

41:29 – Screenshot of Cambium Networks User Interface displaying NanoBeam-M5 with Cambium Networks copyright notice.

47:53 – 47:58 – "Is upgrade reversible and can you move back to Ubiquiti?. . . . Yes, you can."

48:28 – 48:35 – "Once again warranties are hardware specific so therefore any hardware failures should be referred to the manufacturer."

49:56 – 50:03 – "Once you've uploaded ePMP Elevate . . . old manufacturers' firmware is not operating in any form."

# Exhibit G


Cambium Networks

# ePMP Elevate

## Increase performance without replacing installed hardware.

ePMP Elevate is an innovative software solution that empowers 3rd party subscriber hardware with all the performance and scalability benefits of the ePMP platform, when co-installed with an ePMP access point.

Where to Buy

Contact
Get Quote

PMP Distribution

# Don't replace your hardware. Elevate it.

## Transform your network

ePMP Elevate software solution allows fixed wireless broadband networks to gain the powerful signature capabilities of Cambium Networks' ePMP platform, including frequency reuse enabled by GPS Synchronization and Smart Beamforming, even on non-Cambium 802.11n-based hardware.

## The next level of network migration

Saving the cost and time of a total network replacement, an operator simply installs an ePMP Access Point and loads ePMP Elevate software onto their deployed subscriber modules.

## Protected investment

With the upgraded features of ePMP Elevate, the life of existing infrastructure is dramatically extended to support revenue-generating applications for years to come.

Contact

Get Quote

# Streamlined operations

ePMP Elevate networks can be managed by cnMaestro™, the cloud-based or on-premise platform that provides end-to-end management, device onboarding, and maintenance support for wireless broadband networks from a single, easy-to-use interface.

# Managing all your Wireless Devices Effortlessly

## See a view from the clouds

With ease of use and vast scalability, cnMaestro has a full set of features targeted to cloud manage Cambium devices in a simple way.

Try cnMaestro Now

Contact
Get Quote

## ADDITIONAL RESOURCES

Accessories, including power supplies and antennas

Software downloads and documentation

ePMP Consultants

Community discussion

Technical Training

Recorded Webinars

## STAY CONNECTED

Keep up on our always evolving product features and technology.

Enter your email and subscribe to our communications.

Email Address

Subscribe

## ABOUT US

Mission

Executive Team

Quality

Social Responsibility

Contact
Get Quote

## CONTACT US

Careers

Industry Associations

Partners

Office Locations

FOLLOW US

Facebook

YouTube

Twitter

Instagram

Google+

Linkedin

Copyright © 2018 Cambium Networks, Ltd. All rights reserved.

Company Terms and Conditions | Privacy Policy | Cookie Policy | Legal Terms | Email Preferences

Contact
Get Quote

# Exhibit H



**ROLLING MEADOWS, IL,** November 30, 2016 — Cambium Networks, a leading global provider of wireless networking solutions, today announced ePMP™ Elevate, a software solution allowing outdoor wireless broadband networks to gain the powerful signature capabilities of Cambium Networks' ePMP platform, including frequency reuse enabled by GPS Synchronization and Smart Beamforming, even on non-Cambium Networks 802.11n-based hardware. With ePMP Elevate, operators can bring industry-leading performance and scalability to existing infrastructure without the time and cost of replacing network equipment.

As it becomes increasingly important for wireless network operators to keep up with customer demands, the cost and time of traditional network migration methods can be major pain points. The launch of ePMP Elevate takes network migration to the next level, solving the challenges of traditional network migration methods at a fraction of the cost and time. Network operators simply need a single ePMP access point and to load their deployed subscriber modules with ePMP Elevate software. Their hardware investment is protected, and their existing infrastructure is given a new lease on life to support revenue-generating applications for years to come. Additionally, network operators are able to confidently extend high-speed connectivity and increase density to meet customer demand without the time and expense of dispatching technicians to each subscriber location.

“For years we have operated by limiting ourselves to no more than 25 subscribers per AP without seeing a rapid decline in overall AP performance,” said Ian Ellison, CTO, WISPER Internet and Co-Owner of BLIP Networks. “Through prior testing and deployment with ePMP, we knew that GPS synchronization would improve our network stability and spectral efficiency, but we had an equipment and labor investment in the installed base. ePMP Elevate allowed us to achieve synchronization and frequency re-use across our entire network by just replacing the APs. It’s affordable, improves network performance, boosts customer satisfaction, and most importantly allowed us to upgrade our infrastructure without costly truck rolls to replace customer equipment.”

“ePMP Elevate is a software solution that is hardware agnostic,” said Atul Bhatnagar, President and CEO of Cambium Networks. “Network operators with radio hardware from one or multiple vendors can now operate one network with a common management system without replacing installed CPE hardware.”

“Wireless broadband network operators around the world have been asking for this,” said Sakid Ahmed, Vice President, ePMP Business, at Cambium Networks. “Many started out years ago with small networks, but as demand for connectivity has grown, their existing networks cannot effectively scale. ePMP Elevate adds critical features to their 802.11n-based installed equipment and positions them for growth and increased customer satisfaction.”

ePMP Elevate networks can be managed by cnMaestro. This cloud-based or on-premise platform provides end-to-end management, device onboarding, and maintenance support for wireless broadband networks from a single, easy-to-use interface.

Cambium Networks is hosting a free webinar on ePMP Elevate to present the features, benefits, share actual field performance, and discuss deployment strategies. The webinar will be held on Wednesday, November 30, at 9:00 a.m. US CST.

**About Cambium Networks:**

Cambium Networks is a leading global provider of trusted wireless solutions that connect the unconnected – People, Places and Things. Through its extensive portfolio of reliable, scalable and secure wireless narrowband and broadband platforms, Cambium Networks makes it possible for all service providers and industrial, enterprise and government network operators to build affordable, reliable, high-performance connectivity. The company currently has over six million radios deployed in thousands of demanding networks in more than 150 countries. Headquartered outside Chicago and with R&D centers in the U.S., U.K. and India, Cambium Networks sells through a range of trusted global distributors.

For more information, visit www.cambiumnetworks.com and www.connectingtheunconnected.org.

## Share this Post

Facebook Google+ LinkedIn Twitter

### STAY CONNECTED

Keep up on our always evolving product features and technology.

Enter your email and subscribe to our communications.

Email Address Subscribe

## ABOUT US

Mission

Executive Team

Quality

Social Responsibility

## CONTACT US

Careers

Industry Associations

Partners

Office Locations

## FOLLOW US

Facebook

YouTube

Twitter

Instagram

Google+

Linkedin

Copyright © 2018 Cambium Networks, Ltd. All rights reserved.

Company Terms and Conditions   |   Privacy Policy

# Exhibit I

Cambium Networks™

www.cambiumnetworks.com

# Wireless Fabric Connectivity Solutions

2018 Copyright Cambium Networks, Ltd. All Rights Reserved

# Cambium Networks' Wireless Fabric

Cambium Networks™
www.cambiumnetworks.com

cnMAESTRO
INDUSTRIAL IOT
LONG DISTANCE
EDGE ACCESS
BROADBAND ACCESS
GLOBAL SUPPORT

2018 Copyright Cambium Networks, Ltd. All Rights Reserved

# Breakthrough Technologies

Cambium Networks™
www.cambiumnetworks.com

## Cloud and Network Management

**LINKPlanner**
- Free, network design tool for RF environments
- Tens of thousands of links deployed

**cnMaestro**
- Cloud management
- Secure, end-to-end network control

**cnArcher**
- Free android app
- Allows field techs to configure PMP networks

## Point-to-Point

**PTP 650/670**
- Launched in November 2013/2017
- Replacement for legacy PTP 600 which was the "gold standard" for almost a decade

**PTP 550**
- Launched January 2018
- Exceptional headline data rate (1.4 Gbps)

## Point-to-Multipoint

**cnMedusa (PMP 450m)**
- Launched in September 2016
- Breakthrough 14x14 Massive MU-MIMO
- Will drive continued PMP growth for next several years

**PMP 450i**
- Launched in September 2012/2016
- Long awaited replacement to flagship PMP product line
- Top performing Cambium product

## ePMP

**ePMP 1000/2000**
- Launched in October 2013
- High quality, affordable platform

**ePMP 3000**
- Launching December Q2 2018
- 4x4 MU-MIMO & 80 MHz Channel Support
- Higher Capacity and Spectral Efficiency

## Wi-Fi

**cnPilot e4/5/6xx**
- Launched in July 2015, cloud-savvy
- Affordable yet uncompromising quality

**cnPilot e430W**
- Launching Q1 2018
- Wall Plate AP for Hospitality
- Managed Service Provider enaber

2018 Copyright Cambium Networks, Ltd. All Rights Reserved

Cambium Networks™
www.cambiumnetworks.com

# cnPilot Wi-Fi Portfolio Overview

Provide seamless indoor and outdoor Wi-Fi with field proven solutions that meet capacity needs.

| | r190W | r190V | e410 | e600 | e500 | e430W |
|---|---|---|---|---|---|---|
| Key Statement | Indoor residential and small to medium business Wi-Fi access | | Enterprise indoor access points | | Enterprise outdoor access point with options for antenna coverage:<br>• E500 - omnidirectional<br>• e501S - 90° - 120°<br>• e502S - 30° | Enterprise wall plate |
| Typical Application | Indoor Wi-Fi coverage<br>• Residential<br>• Small and medium business | | Enterprise Wi-Fi coverage for indoor locations:<br>• Enterprise<br>• Hospitality<br>• Industry<br>• Public Wi-Fi<br>• Retail | | Wi-Fi coverage for outdoor areas<br>• Enterprise<br>• Hospitality<br>• Industry<br>• Public Wi-Fi | Hospitality |
| Wi-Fi Standard | 802.11n | 802.11n | 802.11ac Wave 2 | 802.11ac Wave 2 | 802.11ac | 802.11ac Wave 2 |
| Frequency | | | 2.4 and 5 GHz | 2.4 and 5 GHz | 2.4 and 5 GHz | 2.4 AND 5 GHz |
| Max Throughput | 300 Mbps | 300 Mbps | 867 Mbps | 1.3 Gbps | 1.01 Gbps | 1.01 Gbps |
| Tx Power | 24 dBm | 24 dBm | 24 dBm at 2.4 GHz<br>25 dBm at 5 GHz | 24 dBm at 2.4 GHz<br>28 dBm at 5 GHz | 29 dBm at 2.4 GHz<br>28 dBm at 5 GHz | 22 dBm at 2.4 GHz<br>21 dBm at 5 GHz |
| Concurrent Users | 64 | 64 | 256 | 512 | 256 | 256 |
| SSID | 4 | 4 | 16 | 16 | 16 | 16 |
| Mesh Capability | No | No | Yes | Yes | Yes | Yes |
| Ethernet ports | 4 LAN<br>1 WAN | 4 LAN<br>1 WAN | 1 LAN | 2 LAN | 2 LAN | 3 LAN<br>1 LAN + PoE |
| Roaming | No | No | Yes | Yes | Yes | Yes |

2018 Copyright Cambium Networks, Ltd. All Rights Reserved



www.cambiumnetworks.com

# PMP 450 Platform Overview

**Access Points** | **PMP 450i 900 MHz** | **Subscriber Modules**

450m | 5 GHz 450i | 3 GHz 450i | 450i Connectorized | PMP 450 AP | 900 AP with Sector | 900 SM with Yagi | 450b Mid-gain | 450b High Gain | 450i Integrated | 450i Connectorized | 450 SM Integrated | 450 SM with Reflector Dish

| | Access Points | | | Subscriber Modules | | |
|---|---|---|---|---|---|---|
| | **450m cnMedusa** | **450i** | **450** | **450b** | **450i** | **450** |
| Frequency Bands | 3 GHz*, 5 GHz | 900 MHz, 3 GHz, 5 GHz | 2.4 GHz | 3 GHz*, 5 GHz | 3 GHz, 5 GHz | 900 MHz, 2.4 GHz |
| Channel Size | 5\|7\|10\|15\|20\|30\|40 MHz | 5\|7\|10\|15\|20\|30\|40 MHz | 5\|10\|15\|20\|30\|40 MHz | 5\|7\|10\|15\|20\|30\|40 MHz | 5\|7\|10\|15\|20\|30\|40 MHz | 5\|7\|10\|15\|20\|30\|40 MHz |
| Physical Layer | 14 x 14 MU-MIMO / OFDM | 2 x 2 MIMO / OFDM | 2 x 2 MIMO / OFDM | 2 x 2 MIMO / OFDM | 2 x 2 MIMO / OFDM | 2 x 2 MIMO / OFDM |
| Interface | Gigabit, SFP<br>2nd Ethernet port PoE out | Gigabit<br>2nd Ethernet port PoE out | 100 Mbit | Gigabit | Gigabit<br>2nd Ethernet port PoE out | 100 Mbit |
| Environmental | IP 67, IP 66 | IP 67, IP 66 | IP 67, IP 66 | IP 55 (Mid-gain),<br>IP 67 (High Gain) | IP 67, IP 66 | IP 55 |
| Latency | 7-10 ms | 3-5 ms | 3-5 ms | 3-5 ms | 3-5 ms | 3-5 ms |
| Performance | 1.2 Gbps+ | 300+ Mbps | 200+ Mbps | 300+ Mbps | 300+ Mbps | 100+ Mbps |
| Powering Methods | 56V PoE<br>Cambium Proprietary | 30V PoE<br>802.3af | 30V PoE<br>Cambium Proprietary Standard PoE Pinouts | 30V PoE<br>Cambium Proprietary Standard PoE Pinouts | 30V PoE<br>Cambium Proprietary Standard PoE Pinouts | 30V PoE<br>Cambium Proprietary Standard PoE Pinouts |
| Power Consumption | 85 W Max, 70 W Typical | 19 W Max, 16 W Typical | 15 W max, 12 W typical | 12 W max, 9 W typical | 19 W max, 16 W typical | 12 W max, 9 W typical |
| Max Power | +42 dBm EIRP | +44 dBm EIRP<br>+27 dBm Tx Power | +22 dBm Tx Power | +44 dBm EIRP (mid-gain)<br>+51 dBm EIRP (High gain) | +50 dBm EIRP<br>+27 dBm Tx Power | +22 dBm Tx Power |
| Antenna | 90°/120° Sector | 90°/120° Sector: 17 dBi<br>Connectorized or external 60° Sector Antenna (900 MHz) | Connectorized or external 60° Sector Antenna | 17 dBi: Mid-Gain<br>24 dBi: High Gain (5 GHz)<br>19 dBi: High Gain (3 GHz)* | 23 dBi (5 GHz)<br>19 dBi (3 GHz)<br>Integrated Flat Panel | 9 dBi: Integrated (2.4 GHz)<br>Connectorized or external 12 dBi Yagi (900 MHz) |
| SMs Supported Per Sector | 238 | 238 | 238 | | | |

2018 Copyright Cambium Networks, Ltd. All Rights Reserved



# ePMP™ Portfolio Overview

Cambium Networks™
www.cambiumnetworks.com

| ePMP 1000 | | 2.4 GHz | | ePMP 1000 | | | | | 5 GHz | ePMP 2000 5 GHz | ePMP 3000 | | | 5 GHz |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GPS Sync Radio | Connectorized | Integrated | Force 200 | GPS Sync Radio | Connectorized | Bridge-in-a-Box | Force 180 | Force 190 | Force 200 | Access Point with Intelligent Filtering and Sync | CSM 300 | Force 300-16 | Force 300-25 | Access Point with MU-MIMO |
| | | | | | | | | | | | Q2/18 | Q2/18 | Q4/17 | Q2/18 |

| | Connectorized \| Integrated | GPS Sync Radio | Bridge-in-a-Box | Force 180 | Force 190 | Force 200 | Access Point with Intelligent Filtering | Force 300-16 Force 300-25 CSM 300 | Access Point with MU-MIMO |
|---|---|---|---|---|---|---|---|---|---|
| Frequency Band(s) | 2.4 GHz, 5 GHz 2.4/2.5 GHz (Brazil, NZ) 6.4 GHz (Russia) | 2.4 GHz, 5 GHz | 5 GHz | 5 GHz | 5 GHz | 2.4 GHz, 5 GHz | *solution with beam steering, intelligent* 5 GHz | 5 GHz | 5 GHz |
| Channel Size | 5\|10\|20\|40 MHz | 5\|10\|20\|40 MHz | 5\|10\|20\|40 MHz | 5\|10\|20\|40 MHz | 5\|10\|20\|40 MHz | 5\|10\|20\|40 MHz | 5\|10\|20\|40 MHz | 20 \| 40 \| 80 MHz | 20 \| 40 \| 80 MHz |
| Physical Layer | 2 x 2 MIMO / OFDM 802.11n – 64QAM | 2 x 2 MIMO / OFDM 802.11n – 64QAM | 2 x 2 MIMO / OFDM 802.11n – 64QAM | 2 x 2 MIMO / OFDM 802.11n – 64QAM | 2 x 2 MIMO / OFDM 802.11n – 64QAM | 2 x 2 MIMO / OFDM 802.11n – 64QAM | 2 x 2 MIMO / OFDM 802.11n – 64QAM | 2 x 2 MIMO / OFDM 802.11ac Wave 2 256QAM | 4 x 4 MIMO / OFDM 802.11ac Wave 2 256QAM |
| Interface | 100 Mbit 2nd Ethernet port PoE out | Gigabit | Gigabit | Gigabit | 100 Mbit | Gigabit | Gigabit | Gigabit | Gigabit/SFP |
| Environmental | IP55 | IP55 | IP55 | IP55 | IP55 | IP55 | IP55 | IP55 | IP55 |
| Latency | 15~17ms | 5~7ms | 15~17ms | 5~7ms | 2~3ms | 2~3ms | 5~7ms | 5~7ms | 5~7ms |
| Performance | 200+ Mbps | 200+ Mbps | 200+ Mbps | 200+ Mbps | 200+ Mbps | 200+ Mbps | 200+ Mbps | 600+ Mbps | 1+ Gbps |
| Powering Methods | 30V PoE Cambium Proprietary | 30V PoE 802.3af | 30V PoE Cambium Proprietary Standard PoE Pinouts | 30V PoE Cambium Proprietary Standard PoE Pinouts | 30V PoE Cambium Proprietary Standard PoE Pinouts | 30V PoE Cambium Proprietary Standard PoE Pinouts | 56V PoE 802.3at | 30V PoE | 56V PoE 802.3at |
| Power Consumption | 7 W max, 5 W typical | 10 W max, 7.5 W typical | 10 W max, 5 W typical | 10 W max, 5 W typical | 8 W max, 5 W typical | 10 W max, 5 W typical | 20 W max | 12 W | 21 W max |
| Max Tx Power | +30 dBm | +30 dBm | +30 dBm | +30 dBm | +27 dBm | +30 dBm | +30 dBm | +27 dBm | MCS0, VHT80: +25 dBm MCS9, VHT80: +21 dBm |
| Antenna | Integrated: 2.4 GHz – 11 dBi 5 GHz – 14 dBi Connectorized: 3rd party | 90°/120° Sector: 18 dBi or 3rd party antenna | Integrated: 16 dBi | Integrated: 16 dBi | Dish: 22 dBi | Dish: 2.4 GHz - 17 dBi 5 GHz – 25 dBi | 90/120° Sector: 17dBi Optional Beamforming | 300-16: Integrated 16 dBi 300-25: Dish 25 dBi CSM 300: RP-SMA | 90/120° Sector: 17 dBi 4 x 4 MU-MIMO Optional Beamforming |
| Modes | **AP**: 120 Subscribers **SM** **PTP** | **AP**: 120 Subscribers **PTP** | Bridge-in-a-Box: **PTP** | **SM** **PTP** | **SM** **PTP** | **SM** **PTP** | **AP**: 120 Subscribers **PTP** | **SM** **PTP** | **AP**: 120 Subscribers **PTP** |

2018 Copyright Cambium Networks, Ltd. All Rights Reserved


www.cambiumnetworks.com

# ePMP elevate

Leverage an existing 802.11-based installed network and add synchronization without the cost of replacing the entire network

## ePMP elevate

| | |
|---|---|
| Typical Application | Saving the cost and time of a total network replacement, an operator simply installs an ePMP Access Point and loads ePMP Elevate software onto their deployed subscriber modules. |
| Products Supported | • For Ubiquiti® XW/XM and Mikrotik SXT5-Lite Devices |

ePMP 2000
2.4 & 5 GHz

Access Point with Intelligent Filtering and Sync

| | *Industry's most affordable filtering and all the benefits of GPS sync*<br>**Access Point with Intelligent Filtering** |
|---|---|
| Frequency Band(s) | *2.4 &* 5 GHz |
| Channel Size | 5\|10\|20\|40 MHz |
| Physical Layer | 2 x 2 MIMO / OFDM<br>802.11n – 64QAM |
| Interface | Gigabit |
| Performance | 200+ Mbps |
| Powering Methods | 56V PoE<br>802.3at |
| Power Consumption | 20 W max |
| Max Tx Power | +30 dBm |
| Antenna | 90/120° Sector: 17dBi<br>Optional Beamforming<br>3rd party horn |
| Modes | **AP**: 120 Max Subscribers<br>GPS synchronized<br>**PTP**<br>Scheduling: ePTP \| TDD \| Flexible |

2018 Copyright Cambium Networks, Ltd. All Rights Reserved

Cambium Networks™
www.cambiumnetworks.com

# cnReach / IIoT Overview

Simplify the migration to an all-IP network and maximize the use of spectrum while reducing operating costs

| | N500 900 MHz | N500 700 MHz | N500 450 MHz | N500 220 MHz | N500 I/O Expander |
|---|---|---|---|---|---|
| Key Statement | For outdoor critical infrastructure operations, cnReach transports process monitoring and control data from the remote sensor or PLC/RTU back to the operations center supporting real-time automated decision making and on-going analytics. Covering large geographic areas, hard to reach terrain and challenging spectrum environments, cnReach delivers reliable, secure connectivity to the petrochemical, electric utility, water/wastewater/stormwater, rail and transportation industries. cnReach eases the migration to modern networks by combining legacy serial and analog/digital I/O with TCP/IP and Ethernet connectivity. | | | | |
| Region | NA/CALA/Australia/NZ | US | Global | US | Global |
| Frequency Bands | ISM mode: 902 - 928 MHz; (915-928 MHz in Australia)<br>MAS mode: 928 - 960 MHz | 757-758 MHz and 787-788 MHz | 406 – 430 MHz and 450 – 470 MHz | 217 – 222 MHz | |
| Channel Size | ISM: 76 / 154 / 207 / 310 / 600 / 1200 kHz<br>MAS: 12.5 / 25 / 50 kHz | 12.5, 25, 50, 100, 200, 250 kHz | 12.5 / 25 kHz ( 50 / 100 kHz available regulations permitting) | 12.5 / 15 / 25 / 50 / 100 / 200 kHz | |
| Modulations | MSK / 2FSK / BPSK / QPSK / 8PSK / 16PSK / 16QAM / 32QAM | MSK / QPSK / 8PSK / 16QAM / 32QAM | MSK / QPSK / 8PSK / 16QAM / 32QAM | MSK / QPSK / 8PSK / 16QAM / 32QAM | |
| Max Tx Power | Up to 1 W (30 dBm) (ISM)<br>Up to 4 W (36 dBm) (MAS) | Up to 10W (40 dBm) | FCC: 406.1 - 430 MHz (up to 2 W / 33 dBm); 450-470 MHz (up to 8 W / 39 dBm);<br>ETSI: Up to 8W (39 dBm) | 217-220: Up to 2W<br>220-222 Up to 5W | |
| Adaptive modulation | Yes | Yes | Yes | Yes | |
| Security | 128/256-bit AES encryption and secure management interfaces (HTTPS, SNMPv3) | | | | |
| Interfaces | Two Ethernet<br>Two Serial (RS-232/422/485)<br>Optional Analog/Digital GPIO | Two Ethernet<br>Two Serial (RS-232/422/485)<br>Optional Analog/Digital GPIO | Two Ethernet<br>Two Serial (RS-232/422/485)<br>Optional Analog/Digital GPIO | Two Ethernet<br>Two Serial (RS-232/422/485)<br>Optional Analog/Digital GPIO | Two Ethernet<br>Two Serial (RS-232/422/485)<br>Analog/Digital GPIO |
| LINKPlanner | Y | Y | Y | Y | |
| cnMaestro | Y | Y | Y | Y | |

Cambium Networks offers a complete set of accessories for cnReach including power supplies, antennas and adaptors.

2018 Copyright Cambium Networks, Ltd. All Rights Reserved



Cambium Networks™
www.cambiumnetworks.com

# Licensed Microwave Overview

| | FULL OUTDOOR | | SPLIT MOUNT | |
|---|---|---|---|---|
| | **PTP820S** | **PTP820C** | **PTP820G + RFU-C** | **PTP820G + RFU-A** |
| Frequency Band | 6 – 38 GHz | 6 – 38 GHz | 6 – 38 GHz | 6, 11 GHz |
| Channel Size | 3.5 - 80 MHz | 3.5 - 80 MHz | 3.5 - 60 MHz | 3.5 - 60 MHz |
| Number of Carriers | Single | Dual | Single and Dual | Single and Dual |
| XPIC | Not Supported | Supported | Supported | Supported |
| MIMO | Not Supported | 2x2 / 4x4 MIMO | Not Supported | Not Supported |
| Traffic Interface | 1 x 10/100/1000 Base T (RJ 45) | 1 x 10/100/1000 Base T (RJ 45) | 4 x 10/100/1000 Base T (RJ 45) | 4 x 10/100/1000 Base T (RJ 45) |
| | 2 x 1000 BaseX - SFP | 1 x 1000 BaseX - SFP | 2 x 1000 BaseX - SFP | 2 x 1000 BaseX - SFP |
| MTU | 9600 Bytes | 9600 Bytes | 9600 Bytes | 9600 Bytes |
| QoS | VLAN ID, p-bits, IPv4, DSCP, IPv6 TC, MPLS EXP | VLAN ID, p-bits, IPv4, DSCP, IPv6 TC, MPLS EXP | VLAN ID, p-bits, IPv4, DSCP, IPv6 TC, MPLS EXP | VLAN ID, p-bits, IPv4, DSCP, IPv6 TC, MPLS EXP |
| | 8 priority queues | 8 priority queues | 8 priority queues | 8 priority queues |
| | configurable up to 64 Mbit per queue | configurable up to 64 Mbit per queue | configurable up to 64 Mbit per queue | configurable up to 64 Mbit per queue |
| Configuration | 1+0 | 1+0 to 4+0 | 1+0 to 2+0 | 1+0 to 2+0 |
| | 1+1 HSB | 1+1 / 2+2 HSB | 1+1 / 2+2 HSB | 1+1 / 2+2 HSB |
| | 2+0, Non-XPIC | 2+0 XPIC | 2+0 XPIC | 2+0 XPIC |
| | | 2+2 SD | 1+1 HSB with SD | 1+1 HSB with SD |
| Performance (Layer 2) | 596 Mbps - No Compression | 1.2 Gbps - No Compression | 1 Gbps - No Compression | 1 Gbps - No Compression |
| | 833 - Multi-Layer Compression | 2 Gbps - Multi-Layer Compression | 2 Gbps - Multi-Layer Compression | 2 Gbps - Multi-Layer Compression |
| Modulation | QPSK to 2048 OAM w/ACM | QPSK to 2048 OAM w/ACM | QPSK to 2048 OAM w/ACM | QPSK to 2048 OAM w/ACM |
| Multi Carrier Link Aggregation | N/A | MC-ABC | MC-ABC | MC-ABC |
| Power Consumption | 6-11 GHz: 40W | 6 & 11 GHz: 65W | IDU: 23.5W(single modem) | IDU: 23.5W(single modem) |
| | | 7 GHz: 75W | IDU: 26.4W(Dual modem) | IDU: 26.4W(Dual modem) |
| | 13-38 GHz: 35W | 13-15 GHz & 26-38 GHz: 55W | RFU-C 6-26 GHz: 22W (1+0), 39W (1+1) | RFU-Ae: 77W (1+0), 101W(1+1) |
| | | 18-24 GHz: 48W | RFU-C 28-38 GHz: 26W (1+0), 43W (1+1) | RFU-Aep: 90W (1+0), 114W(1+1) |
| Maximum Tx Power | 29 dBm | 28 dBm | 26 dBm | 35 dBm |

2018 Copyright Cambium Networks, Ltd. All Rights Reserved



# Point to Point Sub 6 GHz: Product at a Glance

Cambium Networks™
www.cambiumnetworks.com

| | Bridge-in-a-Box | F300-25 | PTP 450 | PTP 450i | PTP 550 (Dual Carrier) | PTP 670 |
|---|---|---|---|---|---|---|
| Frequency Range (GHz) | 4.9 to 5.97 | 5.15 to 5.97 | 3.5 /3.65/ 5.4 to 5.8 GHz | 4.90 to 5.925 | 5.15 – 5.97 | 4.9 to 6.05 |
| Channel BW (MHz) | 5/10/20/40 | 20/40/80 | 5/10/20/30 | 5/10/15/20/30/40 | 2x 20/40/80 | 5/10/15/20/30/40/45 |
| Technology | 802.11n | 802.11ac Wave 2 | Proprietary | Proprietary | 802.11ac Wave 2 | Proprietary |
| Line of Sight | LoS | LoS | LoS | LoS | LoS | LoS, nLoS, NLoS |
| Environmental | IP55 | IP55 | IP55 | IP66/67 | IP66/67 | IP66/67 |
| Latency | 3-6 ms | 3-6 ms | 3-5 ms | 3-5 ms | 3-5 ms | 1-3 ms |
| Performance | 200 Mbps | 600 Mbps | 300 Mbps | 300 Mbps | 1.4 Gbps | 450 Mbps |
| Top Modulation | 64 QAM | 256 QAM | 256 QAM | 256 QAM | 256 QAM | 256 QAM |
| Max Frame Size | 1700 Bytes | 1700 Bytes | 1700 Bytes | 1700 Bytes | 1700 Bytes | 9600 Bytes |
| Spectrum Management | Standby Spectrum Analyzer | Live Spectrum Analyzer | Standby Spectrum Analyzer | Standby Spectrum Analyzer | Dynamic Channel Selection | Dynamic Spectrum Optimization (DSO) |
| Dynamic Filter | No | No | No | Yes | No | No |
| IEEE 1588v2 & SyncE | No | No | No | No | No | Yes |
| TDD Sync | No | No | Yes | Yes | Yes | Yes |
| Encryption | AES 128 | AES 128 | AES 128 | AES 128 | AES 128 | AES 128/AES 256 |
| QOS | 3 Level | 3 Level | 2 Level | 4 Level | 3 Level | 8 Levels |
| Power Consumption | 7W | 12 W | 12 W | < 25 W | < 25 W | <30 W |
| Max Tx Power | 30 dBm | 27 dBm | 22 dBm | 27 dBm | 27 dBm | 27 dBm |
| Integrated Antenna | 16 dBi | 25 dBi or 16 dBi | 14 dBi | 23 dBi | 23 dBi | 23 dBi |

2018 Copyright Cambium Networks, Ltd. All Rights Reserved



www.cambiumnetworks.com

# Planning and Management Overview

## LINKPlanner

Quickly design networks for optimal deployment and cost effectiveness with ease.

## cnArcher

Raise the bar on installation accuracy with cnArcher™, the free Android app that gives field techs the information they need to configure and properly align Cambium Networks PMP wireless broadband subscriber modules.

## cnMaestro

cnMaestro™ is a cloud-based or on-premises software platform for secure, end-to-end network control.

| | LINKPlanner | cnArcher | cnMaestro |
|---|---|---|---|
| Typical Application | LINKPlanner allows you to model scenarios – based on geography, distance, antenna height, transmit power, and other factors – to optimize system performance before purchase. Quickly design networks for optimal deployment and cost effectiveness with ease. Available for Microsoft® Windows® and Mac® systems, LINKPlanner is a free, user-friendly link-design tool. | Designed with input from field technicians and years of experience on our millions of wireless broadband modules deployed, cnArcher validates configuration and alignment in seconds.<br><br>Increase the number of installs done right the first time, and increase customer satisfaction. Eliminate problems, and focus your manpower on connecting new subscribers as your network grows. | cnMaestro wireless network manager simplifies device management by offering full network visibility. View and perform a full suite of wireless network management functions in real time. Optimize system availability, maximize throughput, and meet emerging needs of business and residential customers. |
| Products Supported | • cnPilot<br>• ePMP<br>• PMP<br>• PTP<br>• cnReach | • PMP | • cnPilot<br>• ePMP<br>• cnReach |

2018 Copyright Cambium Networks, Ltd. All Rights Reserved

Cambium Networks
www.cambiumnetworks.com

# Cambium Networks Wireless Network Fabric

- People Places Things
- Purpose Built
- 2m to 246km
- Kb to Mb to Gb
- Indoor and Outdoor
- PTP PMP Wi-Fi LTE
- Licensed and Unlicensed
- Scalable
- Concept to Commissioning
- Single Pane of Glass

GLOBAL SUPPORT

2018 Copyright Cambium Networks, Ltd. All Rights Reserved

Cambium Networks™
www.cambiumnetworks.com

# Resilient, Efficient, Affordable Wireless Connectivity Solutions

2018 Copyright Cambium Networks, Ltd. All Rights Reserved

# Exhibit J

PowerBeam M5
airOS™
Tools:
Logout
MAIN
WIRELESS
NETWORK
ADVANCED
SERVICES
SYSTEM
airMAX Settings:
airMAX: [?] Enable
Long Range PtP Link Mode: [?]
airView
airView Port: [?] 18888
Launch airView [?]
airSelect
airSelect: [?] Enable
Change
GENUINE PRODUCT
© Copyright 2006-2016 Ubiquiti Networks, Inc.

Firefox File Edit View History Bookmarks Tools Window Help
66%
Wed 9:43 AM
NanoBeam-M5-16 • Subsc...
New Tab
192.168.1.34/#tools:software_upgrade
Search
Cambium Networks
ePMP 1000 Elevate
NanoBeam-M5-16
Subscriber Module
Administrator
Home
Quick Start
Configuration
Monitor
Tools
Software Upgrade
Backup / Restore
eDetect
Spectrum Analyzer
eAlign
Wireless Link Test
Ping
Traceroute
Tools › Software Upgrade
Main Software
Hardware Version
ePMP Elevate NBE-M5-16-XW
Software Version
3.2-RC12
Firmware Version
U-Boot 1.1.4-s958 (Jun 10 2015 - 10:56:20)
Upgrade Options
URL
Local File
Select File
Browse...
Upgrade
41:31 / 56:51
© 2016 Cambium Networks, All Rights Reserved | Version 3.2-RC12 | Support | Community Forum

PowerBeam M5
airOS
MAIN
WIRELESS
NETWORK
ADVANCED
SERVICES
SYSTEM
Tools:
Logout
airMAX Settings:
airMAX: [?] Enable
Long Range PtP Link Mode: [?]
airView
airView Port: [?] 18888
Launch airView [?]
airSelect
airSelect: [?] Enable
Change
GENUINE PRODUCT
© Copyright 2006-2016 Ubiquiti Networks, Inc.
Firefox File Edit View History Bookmarks Tools Window Help
66% Wed 9:43 AM
NanoBeam-M5-16 • Subsc...
New Tab
192.168.1.34/#tools:software_upgrade
Search
Cambium Networks
ePMP 1000 Elevate
NanoBeam-M5-16
Subscriber Module
Administrator
Home
Quick Start
Configuration
Monitor
Tools
Software Upgrade
Backup / Restore
eDetect
Spectrum Analyzer
eAlign
Wireless Link Test
Ping
Traceroute
Tools › Software Upgrade
Main Software
Hardware Version ePMP Elevate NBE-M5-16-XW
Software Version 3.2-RC12
Firmware Version U-Boot 1.1.4-s958 (Jun 10 2015 - 10:56:20)
Upgrade Options URL Local File
Select File Browse...
Upgrade
41:31 / 56:51
© 2016 Cambium Networks, All Rights Reserved | Version 3.2-RC12 | Support | Community Forum

# **Exhibit K**



Cam...
Help
Sign In
Cambium Networks Community > Forums > ePMP > ePMP Elevate
> Issues elevating Ubiquiti devices with firmware higher than 5.6.15
Options
This board
Search all content
cancel

# Issues elevating Ubiquiti devices with firmware higher than 5.6.15

SOLVED

Go to solution

georgehbb Occasional Contributor 10-06-2017 09

## Issues elevating Ubiquiti devices with firmware higher than 5.6.15

Hi Everyone,

We are trying to elevate some devices here in the office before we test them in the field.
We could easily elevate Nanostations 2.4, but we are having issues with the PowerBeams.
I made sure we were using the XW firmware, I did read a bunch of forum discussions about it. I also tried to use the **elevator tool** available at this link: https://www.dropbox.com/sh/2ja5jwsids1p9k8/AAAFMn_Us8qlnMBaMbM5FFW

La?dl=0

Tried with different Elevate firmwares:
From XW 3.5 to XW 3.2

Unfortunately the Ubiquiti interface says:

> This firmware is not trusted by airOS. To maintain security, it will not be loaded. Please load trusted firmware.

I tried to upgrade the Powerbeam to 6.1.0 and downgrade it to 5.6.15 (the lowest firmware Ubiquiti would allow you to use) to no success.

Any suggestion? Thank you.

Solved! Go to Solution.

0 Kudos

Reply

## 2 REPLIES

All forum topics < Previous Topic Next Topic >

CAMBIUM Luis Cambium Employee

10-06-2017 02

### Re: Issues elevating PowerBeam 2.4 with firmware 5.6.15

Hello,

Please check this thread to see if it helps your situation.

Regards

2 Kudos

Reply

georgehbb Occasional Contributor

10-10-2017 09

## Re: Issues elevating PowerBeam 2.4 with firmware 5.6.15

I found the solution myself. I hope this will help others in my same situation.

The bottom line here is that AS OF NOW (please check the date of this post) you CANNOT downgrade a ubiquiti device to a firmware lower than 5.6.15.

In order to elevate a Ubiquiti device you need to have it (ideally) on 5.6.6

Some guy from Nepal shared some BETA firmware that allowes you to downgrade any device to 5.6.6
I put the file on this link https://www.justbeamit.com/mz6rr

Procedure: (works on both XM and XW)

1) Downgrade device to 6.0.6 beta

2) Downgrade to 6.0.4 (beta)
3) Downgrade to regular 5.6.6
4) Install elevate firmware (3.5 it's the most updated as of now)

Works like charm

You will be able to elevate any Nanostation or PowerBeam by following this procedure.

2 Kudos

Reply

Top

powered by Lithium

Ubiquiti new firmware 6.0.6 is trying to put stop on Elevate plans? - Cambium Networks ... Page 1 of 5

Cam... Help Sign In

Cambium Networks Community > Forums > ePMP > ePMP Elevate > Ubiquiti new firmware 6.0.6 is trying to put stop on Elevate plans?

Options

This board Search all content cancel

# Ubiquiti new firmware 6.0.6 is trying to put stop on Elevate plans?

jperez Occasional Contributor

07-10-2017 07

Ubiquiti new firmware 6.0.6 is trying to put stop on Elevate plans?

the release notes of the new firmware looks like Ubiquiti trying to stop Elevate plans.

```
6.0.6 (XM/XW/TI) Changelog / July 5, 2017
====

New:
- Signed firmware support (Users are not able to downgrade below v6.0.6 unless
using TFTP)
- Upgrade libpcap to 1.8.1
- Additional statistics for AC2 agent
```

http://community.cambiumnetworks.com/t5/ePMP-Elevate/Ubiquiti-new-firmware-6-0-6-is... 8/3/2018

0 Kudos

Reply

## 5 REPLIES

All forum topics < Previous Topic Next Topic >

Chris_Bay Valued Contributor

07-10-2017 08

Re: Ubiquiti new firmware 6.0.6 is trying to put stop on Elevate plans?

Figured they would at soms point.... im sure elivate took a lot of business from them.

0 Kudos

Reply

Eric Ozrelic Trusted Contributor

07-10-2017 11

Re: Ubiquiti new firmware 6.0.6 is trying to put stop on Elevate plans?



There is a work-around at the moment... if you've already loaded 6.0.6 final onto a radio, you can load 6.0.6 beta, and then you can load 6.0.4 which will allow you to upload Elevate. You can find the beta HERE. You can find 6.0.4 HERE.

Please note that with 6.0.6 beta, UI firmware downgrades are restricted to 5.6.15, 6.0.3 and 6.0.4

1 Kudo

Reply

mohannadda1996 New Member

07-21-2017 12

Re: Ubiquiti new firmware 6.0.6 is trying to put stop on Elevate plans?

I cant download beta version.......

22312.jpg 161 KB

0 Kudos

Reply



Mike99 Contributor

07-25-2017 10

## Re: Ubiquiti new firmware 6.0.6 is trying to put stop on Elevate plans?

> Chris_Bay wrote:
> im sure elivate took a lot of business from them.

The radio is already sold so it's hard to took buisness in this case but it could slow the old technology replacement. Anyway, N vs AC difference is not enough to worth changing gears but MU-MIMO could worth it.

0 Kudos

Reply

fgoldstein Contributor

07-25-2017 10

## Re: Ubiquiti new firmware 6.0.6 is trying to put stop on Elevate plans?

To download the 6.0.6-beta, you first have to sign up for the beta program. Instructions on on UBNT's forums. They're giving that out as general advice, not just ot people who normally woudl try a beta.

0 Kudos

Reply

Top

powered by Lithium

# **Exhibit L**

NEWS EQUIPMENT SOLUTIONS RESOURCES ABOUT COMPANY CONTACTS

December 4, 2017 **Promotion - ePMP Elevate licenses for free !!!**

References

Home page
About company
Contacts

news
Equipment
Solutions
Resources

Cambium Networks is launching a campaign to help owners of wireless networks built on Ubiquiti equipment to upgrade their network by replacing old equipment with the base station of the ePMP1000 or ePMP 2000 series. When purchasing new ePMP equipment, you get Elevate licenses as a gift !!!

EPMP Elevate is an inexpensive, easy and fast way to significantly increase the performance of an existing wireless broadband access network deployed on 802.11n equipment.

There is no need to replace the subscriber devices! You change only your old access point to the high-performance Cambium base station series ePMP1000 or ePMP2000!

When buying a base of 2.4 GHz or 5 GHz ePMP 1000 - 10 free licenses Elevate!
When buying a base 5 GHz ePMP 2000 Access Point (AP) - 20 free licenses Elevate!
When buying a base 5 GHz ePMP 2000 Access Point + sector antenna + bimforming antenna - 30 free Elevate licenses!

The promotion is valid until December 31, 2017!

More detailed information about the action is available on request, which can be sent by mail to sales@winncom.ru , or by leaving a message in the form of a feedback below:

Your name*

Your surname *

Company*

Your email *

Phone*

Question*

Winncom Technologies Corp. 1998-2018 © All rights reserved

Case: 1:18-cv-05369 Document #: 5-1 Filed: 08/08/18 Page 103 of 104 PageID #:287

НОВОСТИ | ОБОРУДОВАНИЕ | РЕШЕНИЯ | РЕСУРСЫ | О КОМПАНИИ | КОНТАКТЫ

4 Декабря 2017

# Акция – лицензии ePMP Elevate бесплатно!!!

Ссылки

- Главная страница
- О компании
- Контакты
- Новости
- Оборудование
- Решения
- Ресурсы

Компания Cambium Networks проводит акцию, призванную помочь владельцам беспроводных сетей, построенных на оборудовании Ubiquiti, модернизировать свою сеть, заменив старое оборудование на базовую станцию серий ePMP1000 или ePMP 2000. При покупке нового оборудования ePMP вы получаете лицензии Elevate в подарок!!!

Программа ePMP Elevate – недорогой, простой и быстрый способ значительного увеличения производительности существующей сети беспроводного широкополосного доступа, развернутой на оборудовании стандарта 802.11n.

**При этом нет необходимости в замене абонентских устройств! Вы меняете только вашу старую точку доступа на высокопроизводительную базовую станцию Cambium серии ePMP1000 или ePMP2000!**

- **При покупке базы 2.4 GHz or 5 GHz ePMP 1000 – 10 бесплатных лицензий Elevate!**
- **При покупке базы 5 GHz ePMP 2000 Access Point (AP) – 20 бесплатных лицензий Elevate!**
- **При покупке базы 5 GHz ePMP 2000 Access Point + секторная антенна + бимформинг антенна – 30 бесплатных лицензий Elevate!**

Акция действует до 31 декабря 2017 года!

Более подробная информация об акции предоставляется по запросу, который можно направить по почте на адрес sales@winncom.ru, или оставив сообщение в форме обратной связи ниже:

Ваше имя*

Ваша фамилия*

Компания*

Ваш email*

Телефон*

Вопрос*

Я прочитал(а) и согласен(а) с Политикой конфиденциальности

Отправить

Winncom Technologies Corp. 1998—2018 © Все права защищены