AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

UBIQUITI NETWORKS, INC.

V.

CAMBIUM NETWORKS, INC.; CAMBIUM NETWORKS, LTD.; BLIP NETWORKS, LLC; WINNCOM TECHNOLOGIES, INC.; SAKID AHMED; AND DIMITRY MOISEEV

CASE NUMBER: 1:18-CV-05369

ASSIGNED JUDGE: Honorable Gary Feinerman

DESIGNATED MAGISTRATE JUDGE: Honorable Michael T. Mason

TO: (Name and address of Defendant)

Cambium Networks, Ltd
Registered office address
Unit B2 Linhay Business Park
Eastern Road,
Ashburton, Newton Abbot
Devon, TQ13 7UP
ENGLAND

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elizabeth B. Herrington
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive
Chicago, IL 60601
(312) 324-1000

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



August 10, 2018

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>15 August 2018 |
| NAME OF SERVER *(PRINT)*<br>JESSICA GORDON | TITLE<br>ASSOCIATE, MORGAN LEWIS & BOCKIUS UK LLP |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): I am an English-qualified solicitor (SRA no. 594773). On Tuesday 14 August 2018, pursuant to Article 10 of the Hague Service Convention 1965, I sent via registered mail the Summons and accompanying documents in Case No.1:18-CV-05369 (annexed hereto) to the Defendant, Cambium Networks Ltd at Unit B2 Linhay Business Park, Eastern Rd, Ashburton, Newton Abbot, Devon, TQ13 7UP, England. At 9:45am on Wednesday 15 August 2018 the documents were delivered and signed for by N.Reed. The Proof of Delivery is annexed hereto. The documents delivered comprised a cover letter from Morgan Lewis & Bockius UK LLP dated 14 August 2018 to the Defendant enclosing (1) Complaint filed 7 August 2018 with Exhibits A to F; (2) Notice of MIDP filed 8 August 2018; (3) MIDP Standing Order; (4) MIDPP Model Checklist; (5) Summons dated 10 August 2018; and (6) Model Form Summary and Warning - Annex 1 of the Hague Service Convention.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___17 August 2018___
Date

*Signature of Server*

Morgan Lewis & Bockius UK LLP
Condor House, 5-10 St Paul's Churchyard
London EC4M 8AL, ENGLAND
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.