# Morgan Lewis

**Jessica Gordon**
Associate
+44.20.3201.5512
jessica.gordon@morganlewis.com

14 August 2018

**BY REGISTERED MAIL**

Cambium Networks, Ltd
Unit B2 Linhay Business Park
Eastern Road
Ashburton, Newton Abbot
Devon TQ13 7UP

Dear Sirs

Re:   Ubiquiti Networks, Inc -v- Cambium Networks, Inc; Cambium Networks, Ltd; Blip Networks, LLC; Winncom Technologies, Inc; Sakid Ahmed; and Dmitry Moiseev
Case: 1:18-CV-05369

By way of service, pursuant to Article 10 of the Hague Service Convention, please see the enclosed documents in relation to the abovementioned proceedings filed in the United States District Court for the Northern District of Illinois, Eastern Division:

1. Complaint filed 7 August 2018, with Exhibits A to F;

2. Notice of Mandatory Initial Discovery filed 8 August 2018;

3. Standing Order Regarding Mandatory Initial Discovery Pilot Project;

4. Mandatory Initial Discovery Pilot Project Checklist; and

5. Summons dated 10 August 2018.

Also enclosed is the Model Form Summary and Warning annexed to the Hague Service Convention.

Yours faithfully,

*Morgan Lewis & Bockius*

**Morgan, Lewis & Bockius UK LLP**

Encls.

Morgan, Lewis & Bockius UK LLP

Condor House
5-10 St. Paul's Churchyard
London, EC4M 8AL          T +44.20.3201.5000
United Kingdom            F +44.20.3201.5001

Morgan, Lewis & Bockius UK LLP is a limited liability partnership registered in England and Wales under number OC378797 with its registered office at Condor House, 5-10 St. Paul's Churchyard, London EC4M 8AL and is a law firm authorised and regulated by the Solicitors Regulation Authority, whose rules can be accessed at rules.sra.org.uk. Our SRA authorisation number is 615176. We use the word "partner" to refer to a member of the LLP. A list of the members of Morgan, Lewis & Bockius UK LLP is available for inspection at the above address. Further information about Morgan Lewis can be found on www.morganlewis.com.

DB1/ 99092565.1