Case: 1:18-cv-05369 Document #: 9-8 Filed: 08/28/18 Page 1 of 3 PageID #:489



Track your item    Find a postcode    Get a price    Redelivery    Pay a fee

Sending mail    Receiving mail    Shop    Help & support    Business services

Home   Track and Trace – Track your Item

# Track and Trace – Track your Item
Check the progress of your deliveries

**Delivered**

Tracking no. BH505807407GB
Your item was delivered on **15-08-2018**.

Service used:
Royal Mail Special Delivery Guaranteed 1pm™



Signed for by: N REED

Delivered: 9:45am

Print

Updated on: Wednesday 15 August

### 09:45am

**Delivered and Signed**

Newton Abbot DO

**Hide earlier journey**

Wednesday 15 August

### 08:26am

**Due to be delivered today by**

Newton Abbot DO

### 08:26am

**Due to be delivered today by**

Newton Abbot DO

Wednesday 15 August

### 07:30am

**Arrived at**

Newton Abbot DO

Wednesday 15 August

### 05:35am

**Item Despatched**

Exeter Mail Centre

Wednesday 15 August

### 04:27am

**Arrived at**

Exeter Mail Centre

Tuesday 14 August

**08:50pm**

**Item Despatched**

London Central Mail Centre

Tuesday 14 August

**07:57pm**

**Item received at**

London Central Mail Centre

Corporate responsibility

Contact us

Terms & Conditions

Privacy Notice

GDPR

  

© Royal Mail Group Ltd 2018. All rights reserved.