AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

UBIQUITI NETWORKS, INC.

V.

CAMBIUM NETWORKS, INC.; CAMBIUM NETWORKS, LTD.; BLIP NETWORKS, LLC; WINNCOM TECHNOLOGIES, INC.; SAKID AHMED; AND DIMITRY MOISEEV

CASE NUMBER: 1:18-CV-05369

ASSIGNED JUDGE: Honorable Gary Feinerman

DESIGNATED MAGISTRATE JUDGE: Honorable Michael T. Mason

TO: (Name and address of Defendant)

Blip Networks, LLC
Illinois Registered Agent
National Registered Agents Inc.
208 South LaSalle St, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elizabeth B. Herrington
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive
Chicago, IL 60601
(312) 324-1000

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



August 10, 2018

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                                *Signature of Server*

                                                   _____
                                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.


*202432*

Law firm ref#:

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

**Ubiquiti Networks, Inc.,**
    Plaintiff(s),
vs.

**Cambium Networks, Inc., Cambium Networks, LTD., Blip Networks, LLC, Winncom Technologies, Inc., Sakid Ahmed and Dmitry Moiseev,**
    Defendant(s).

Case No.: 1:18 CV 5369



## AFFIDAVIT OF SPECIAL PROCESS SERVER

<u>Michael Mitchell</u>, Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.

INDIVIDUAL/ENTITY TO BE SERVED: **Blip Networks, LLC c/o c/o Illinois Registered Agent, National Registered Agents, Inc.**

I, Served the within named INDIVIDUAL/ENTITY on August 10, 2018 @ 3:12 PM

CORPORATE SERVICE: by leaving a copy of this process with **Danielle James**. (Title): **Intake Specialist**, a person authorized to accept service. I informed that person of the contents thereof.

TYPE OF PROCESS: **Summons In a Civil Case; Notice of Mandatory Initial Discovery; Standing Order Regarding Mandatory Initial Discovery Pilot Project; Mandatory Initial Discovery Pilot Project Checklist; Complaint with Exhibits**

ADDRESS WHERE SERVED: **208 South LaSalle Street, Suite 814, Chicago, IL60604**

The sex, race and approximate age of the individual with whom the copy of this process was left is as follows:

Sex: **Female** - Race: **African American** - Hair: **Dyed Other Color** - Approx. Age: **25-30** - Height: **5ft 08in** - Weight: **130-140**

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of __Illinois__

County of __Cook__

This instrument was subscribed and sworn to before me on __8-15-2018__ (date)
By __Michael Mitchell__ (name/s of person/s)

_____
Signature of Notary Public

_____
Michael Mitchell, Process Server
Dated __8/15/18__

OFFICIAL SEAL
RENE SILVA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/21/20

ATG LegalServe Inc
105 W. Adams Street, Suite 1350
Chicago, IL60603
312.855.0303