AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

UBIQUITI NETWORKS, INC.

CASE NUMBER: 1:18-CV-05369

V.

ASSIGNED JUDGE: Honorable Gary Feinerman

CAMBIUM NETWORKS, INC.; CAMBIUM NETWORKS, LTD.; BLIP NETWORKS, LLC; WINNCOM TECHNOLOGIES, INC.; SAKID AHMED; AND DIMITRY MOISEEV

DESIGNATED MAGISTRATE JUDGE: Honorable Michael T. Mason

TO: (Name and address of Defendant)

Winncom Technologies, Inc.
Ohio Registered Agent
Acme Agent, Inc.
41 South High Street
Suite 2800
Columbus, OH 43215

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elizabeth B. Herrington
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive
Chicago, IL 60601
(312) 324-1000

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



August 10, 2018

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
       Date              *Signature of Server*

                         _____
                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

**Ubiquiti Networks, Inc.,**

    Plaintiff(s),
vs.

**Cambium Networks, Inc., Cambium Networks, LTD., Blip Networks, LLC, Winncom Technologies, Inc., Sakid Ahmed and Dmitry Moiseev,**

    Defendant(s).

Case No.: 1:18 CV 5369

**AFFIDAVIT OF SERVICE**

Erika Cremeans, being first duly sworn on oath, deposes and states the following:
I am over the age of 18 and not a party to this action. I am an agent of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494. I attempted service of the within **Summons In a Civil Case; Notice of Mandatory Initial Discovery; Standing Order Regarding Mandatory Initial Discovery Pilot Project; Mandatory Initial Discovery Pilot Project Checklist; Complaint with Exhibits** to **Winncom Technologies, Inc., c/o Ohio Registered Agent, Acme Agent, Inc.**, located at **41 South High Street, Suite 2800, Columbus, OH 43215** resulting in the following:

☒ **AUTHORIZED SERVICE:** By leaving a copy of the Summons In a Civil Case; Notice of Mandatory Initial Discovery; Standing Order Regarding Mandatory Initial Discovery Pilot Project; Mandatory Initial Discovery Pilot Project Checklist; Complaint with Exhibits with:

NAME Linda Hampton
TITLE Admin. Assistant .an individual of the company willing and able to accept on behalf of the entity/respondent/witness on:

the 13 day of August, 2018 at 1:55 P M

☐ **NON-SERVICE** for the following reasons with the **DATE** and **TIME** of each attempt listed along with a description of the attempt (**attach a separate sheet if needed**):

_/_/___ @ _____
_/_/___ @ _____
_/_/___ @ _____

A description of person with whom the documents were left is as follows:

Sex: F Race: White Approx. Age: 60 Height: 5'8 Weight: 240 Hair: Blonde
Noticeable Features/Notes: Glasses

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn to before me on this 21st day of August, 2018.

x Erika Cremeans
Erika M. Cremeans
(Print Name)

_____
Notary Public

Jeffrey A. Cremeans
Notary Public, State of Ohio
My Commission Expires 6-14-19

*202378*

Law Firm Ref #: