AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

UBIQUITI NETWORKS, INC.

V.

CAMBIUM NETWORKS, INC.; CAMBIUM NETWORKS, LTD.; BLIP NETWORKS, LLC; WINNCOM TECHNOLOGIES, INC.; SAKID AHMED; AND DIMITRY MOISEEV

CASE NUMBER: 1:18-CV-05369

ASSIGNED JUDGE: Honorable Gary Feinerman

DESIGNATED MAGISTRATE JUDGE: Honorable Michael T. Mason

TO: (Name and address of Defendant)

Sakid Ahmed
2209 W. Ohio St.
Chicago, IL 60612-1519

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elizabeth B. Herrington
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive
Chicago, IL 60601
(312) 324-1000

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK



August 10, 2018

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date              *Signature of Server*

_____
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.


*202431*

Law firm ref#:

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Ubiquiti Networks, Inc.,

    Plaintiff(s),

vs.

Cambium Networks, Inc., Cambium Networks, LTD., Blip Networks, LLC, Winncom Technologies, Inc., Sakid Ahmed and Dmitry Moiseev,

    Defendant(s).

Case No.: 1:18 CV 5369



## AFFIDAVIT OF SPECIAL PROCESS SERVER

Jason Holinka, Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.

**INDIVIDUAL TO BE SERVED:** **Sakid Ahmed**

I, Served the within named INDIVIDUAL on August 15, 2018 @ 8:33 PM

**INDIVIDUAL SERVICE:** By delivering to the within named INDIVIDUAL a copy of this process personally.

**TYPE OF PROCESS:** **Summons In a Civil Case; Notice of Mandatory Initial Discovery; Standing Order Regarding Mandatory Initial Discovery Pilot Project; Mandatory Initial Discovery Pilot Project Checklist; Complaint with Exhibits**

**ADDRESS WHERE SERVED:** **2209 West Ohio Street, Chicago, IL 60612**

The sex, race and approximate age of the INDIVIDUAL with whom the copy of this process was left is as follows:

Sex: **Male** - Race: **Middle Eastern** - Hair: **Black** - Approx. Age: **45-55** - Height: **6ft 02in** - Weight: **210 lbs**

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of __IL__

County of __Cook__

This instrument was subscribed and sworn to before me on __8-20-18__ (date)
By __Jason Holinka__ (name/s of person/s)

_____
Signature of Notary Public

Jason Holinka, Process Server
Dated __8-20-18__

ATG LegalServe Inc
105 W. Adams Street, Suite 1350
Chicago, IL 60603
312.855.0303

**OFFICIAL SEAL**
**JOHN KIENZLE**
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/21/21