AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

UBIQUITI NETWORKS, INC.

V.

CAMBIUM NETWORKS, INC.; CAMBIUM NETWORKS, LTD.; BLIP NETWORKS, LLC; WINNCOM TECHNOLOGIES, INC.; SAKID AHMED; AND DIMITRY MOISEEV

CASE NUMBER: 1:18-CV-05369

ASSIGNED JUDGE: Honorable Gary Feinerman

DESIGNATED MAGISTRATE JUDGE: Honorable Michael T. Mason

TO: (Name and address of Defendant)

Dmitry Moiseev
4442 Westbridge Ct.
Hoffman Estates, IL 60192-1144)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elizabeth B. Herrington
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive
Chicago, IL 60601
(312) 324-1000

an answer to the complaint which is herewith served upon you, ___21___ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



August 10, 2018

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                         *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

*202430*

Law firm ref#:

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

**Ubiquiti Networks, Inc.,**
    Plaintiff(s),
vs.

**Case No.: 1:18 CV 5369**

**Cambium Networks, Inc., Cambium Networks, LTD., Blip Networks, LLC, Winncom Technologies, Inc., Sakid Ahmed and Dmitry Moiseev,**

    Defendant(s).



## AFFIDAVIT OF SPECIAL PROCESS SERVER

<u>Jakob Mejaski</u>, Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.

**INDIVIDUAL TO BE SERVED: Dmitry Moiseev**

I, Served the within named INDIVIDUAL on August 22, 2018 @ 11:19 AM

**SUBSTITUTE SERVICE:** by leaving a copy of this process at his/her usual place of abode with **Elena Moiseev**, (Title): **Spouse**, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the INDIVIDUAL at his/her usual place of abode on **08/24/2018**.

**TYPE OF PROCESS: Summons In a Civil Case; Notice of Mandatory Initial Discovery; Standing Order Regarding Mandatory Initial Discovery Pilot Project; Mandatory Initial Discovery Pilot Project Checklist; Complaint with Exhibits**

ADDRESS WHERE SERVED: **4442 Westbridge Court, Hoffman Estates, IL60192**

The sex, race and approximate age of the individual with whom the copy of this process was left is as follows:

Sex: **Female** - Race: **White** - Hair: **Reddish Blonde** - Approx. Age: **30** - Height: **5ft 05in** - Weight: **130 lbs**

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of __IL__

County of __COOK__

OFFICIAL SEAL
CAROLINE RZEMPOWSKA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/30/19

X_____
Jakob Mejaski, Process Server
Dated 8/24/18  ATG LegalServe Inc

This instrument was subscribed and sworn to before me on __8-24-18__ (date)
By __JAKOB MEJASKI__ (name/s of person/s)

Signature of Notary Public

ATG LegalServe Inc 105 W. Adams Street, Suite 1350 Chicago, IL 60603 312.855.0303