UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Ubiquiti Networks, Inc.
                                              Plaintiff,

v.                                                               Case No.: 1:18−cv−05369
                                                               Honorable Gary Feinerman

Cambium Networks, Inc., et al.
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 31, 2018:

      MINUTE entry before the Honorable Gary Feinerman:Motion for extension of time to answer [17] is granted. The time for Defendants to respond to the complaint is extended to 10/15/2018. Motion hearing set for 9/5/2018 [18] is stricken. The time to serve MIDP disclosures is extended to 11/15/2018. Status hearing set for 10/30/2018 [14] is stricken and re−set for 10/18/2018 at 9:00 a.m.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.