AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| UBIQUITI NETWORKS, INC.<br>*Plaintiff*<br>v.<br>CAMBIUM NETWORKS, INC. ET AL.<br>*Defendant* | Case No. 18-05369 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF, UBIQUITI NETWORKS, INC.

Date: 09/18/2018

*Attorney's signature*

Mark L. Krotoski, SBN 138549
*Printed name and bar number*

1400 Page Mill Road, Palo Alto, CA 94304
*Address*

mark.krotoski@morganlewis.com
*E-mail address*

(650) 843-4000
*Telephone number*

(650) 843-4001
*FAX number*