UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UBIQUITI NETWORKS, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 18-CV-5369 |
| ) | |
| CAMBIUM NETWORKS, INC. ) | Judge Feinerman |
| CAMBIUM NETWORKS, LTD. ) | |
| BLIP NETWORKS, INC. ) | |
| WINNCOM TECHNOLOGIES, INC., ) | |
| SAKID AHMED, and ) | |
| DMITRY MOISEEV, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, October 2, 2018, at 9:00 a.m., or as soon thereafter as counsel shall be heard, Defendants shall appear before the Honorable Judge Gary Feinerman or any judge sitting in his stead in Courtroom 2125 of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **Joint Motion for Leave to Exceed Local Rule 7.1 Page Limit**.

Respectfully Submitted,

AMERICAN ENTERPRISE BANK

By:   /s/ *James P. Fieweger*
      One of Its Attorneys

James P. Fieweger
Michael Best & Friedrich, LLP
444 West Lake Street, Suite 3200
Chicago, Illinois 60606
(312) 596-5849
jpfieweger@michaelbest.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on September 26, 2018, I electronically filed the foregoing *Notice of Motion* with the Clerk of the Court using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users

               /s/ James P. Fieweger

213303-9001\24260804.1