UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Ubiquiti Networks, Inc.
          Plaintiff,

v.                 Case No.: 1:18−cv−05369
                Honorable Gary Feinerman

Cambium Networks, Inc., et al.
          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 27, 2018:

  MINUTE entry before the Honorable Gary Feinerman:Motion for leave to file excess pages [27] is granted. he parties may file oversized principal briefs in connection with the forthcoming motion to dismiss of no greater than 30 pages. Motion hearing set for 10/2/2018 [28] is stricken.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.