**EXHIBIT A**

**Parties' Proposed Agreed Upon Schedule for Motion to Dismiss**[1]

| Event | Date |
|---|---|
| Motion and supporting documents | 10/15/18 |
| Opposition | 11/16/18 |
| Reply | 12/5/18 |

**Plaintiff's Proposed Case Schedule**

| Event | Plaintiff's Proposal |
|---|---|
| MIDP/Rule 26(a)(1) disclosures (Dkt. No. 19) | 11/15/18 |
| Deadline for filing proposed Protective Order and ESI Order | 11/26/18 |
| Production of ESI identified in MIDP disclosures (triggered by MIDP disclosures deadline) | 12/26/18 |
| Deadline to amend the pleadings and bring in other parties | 7/12/19 |
| Deadline for completing fact discovery | 1/10/20 |
| Expert reports of parties with burden of proof | 2/7/20 |

| Event | Plaintiff's Proposal |
|---|---|
| Rebuttal expert reports | 2/28/20 |
| Deadline for completing expert discovery | 3/25/20 |
| Deadline for filing dispositive motions | 4/24/20 |

**Defendants' Proposed Case Schedule**

| Event | Defendants' Proposal |
|---|---|
| Deadline for filing proposed Protective Order and ESI Order | 11/26/18 |
| Initial MIDP/Rule 26(a)(1) disclosures pursuant to Defendants' proposal | 1/18/19 |

---

[1] Defendants request oral argument regarding their forthcoming Motion to Dismiss. Plaintiff does not oppose oral argument should the Court deem it necessary.

| | |
|---|---|
| Complete full MIDP disclosures due pursuant to Defendants' proposal | 2/22/19 |
| Production of ESI identified in MIDP disclosures (triggered by MIDP disclosures deadline) | 3/25/19 |
| Deadline to amend the pleadings and bring in other parties | 7/12/19 |
| Deadline for completing fact discovery | 1/10/20 |
| Expert reports of parties with burden of proof | 2/7/20 |
| Rebuttal expert reports | 2/28/20 |
| Deadline for completing expert discovery | 3/25/20 |
| Deadline for filing dispositive motions | 4/24/20 |