# EXHIBIT 2

# What is GPL archive?

It contains all GPL related sources and modifications made by Ubiquiti Networks on original OpenWRT-r18801 sources.

# Notes

* No direct assistance or support will be offered or given when installing, configuring, or using the GPL Archive.
* Everything included (source code and data) is released under the terms of the GNU General Public License. For more information on the GNU General Public License, please visit: http://www.gnu.org/licenses/gpl-2.0.txt
* This is not a SDK; this is an archive of GPL source code and any modifications made by Ubiquiti Networks as per the GNU GPL requirements.