# EXHIBIT 3

```
 1  GPL.UBNT.v6.1.7\readme.txt
 2  GPL.UBNT.v6.1.7\readme.txt
 3  GPL.UBNT.v6.1.7\uboot
 4  GPL.UBNT.v6.1.7\openwrt\.config
 5  GPL.UBNT.v6.1.7\openwrt\.gitignore
 6  GPL.UBNT.v6.1.7\openwrt\.svninfo
 7  GPL.UBNT.v6.1.7\openwrt\BSDmakefile
 8  GPL.UBNT.v6.1.7\openwrt\Config.in
 9  GPL.UBNT.v6.1.7\openwrt\docs
10  GPL.UBNT.v6.1.7\openwrt\feeds.conf.default
11  GPL.UBNT.v6.1.7\openwrt\include
12  GPL.UBNT.v6.1.7\openwrt\LICENSE
13  GPL.UBNT.v6.1.7\openwrt\Makefile
14  GPL.UBNT.v6.1.7\openwrt\package
15  GPL.UBNT.v6.1.7\openwrt\README
16  GPL.UBNT.v6.1.7\openwrt\rules.mk
17  GPL.UBNT.v6.1.7\openwrt\scripts
18  GPL.UBNT.v6.1.7\openwrt\target
19  GPL.UBNT.v6.1.7\openwrt\toolchain
20  GPL.UBNT.v6.1.7\openwrt\tools
21  GPL.UBNT.v6.1.7\openwrt\docs\.gitignore
22  GPL.UBNT.v6.1.7\openwrt\docs\adding.tex
23  GPL.UBNT.v6.1.7\openwrt\docs\bugs.tex
24  GPL.UBNT.v6.1.7\openwrt\docs\build.tex
25  GPL.UBNT.v6.1.7\openwrt\docs\config.tex
26  GPL.UBNT.v6.1.7\openwrt\docs\init-scripts.tex
27  GPL.UBNT.v6.1.7\openwrt\docs\Makefile
28  GPL.UBNT.v6.1.7\openwrt\docs\network-scripts.tex
29  GPL.UBNT.v6.1.7\openwrt\docs\network.tex
30  GPL.UBNT.v6.1.7\openwrt\docs\openwrt.sty
31  GPL.UBNT.v6.1.7\openwrt\docs\openwrt.tex
32  GPL.UBNT.v6.1.7\openwrt\docs\submitting-patches.tex
33  GPL.UBNT.v6.1.7\openwrt\docs\wireless.tex
34  GPL.UBNT.v6.1.7\openwrt\include\autotools.mk
35  GPL.UBNT.v6.1.7\openwrt\include\cmake.mk
36  GPL.UBNT.v6.1.7\openwrt\include\debug.mk
37  GPL.UBNT.v6.1.7\openwrt\include\depends.mk
38  GPL.UBNT.v6.1.7\openwrt\include\download.mk
39  GPL.UBNT.v6.1.7\openwrt\include\host-build.mk
40  GPL.UBNT.v6.1.7\openwrt\include\host.mk
41  GPL.UBNT.v6.1.7\openwrt\include\image.mk
42  GPL.UBNT.v6.1.7\openwrt\include\kernel-build.mk
43  GPL.UBNT.v6.1.7\openwrt\include\kernel-defaults.mk
44  GPL.UBNT.v6.1.7\openwrt\include\kernel-version.mk
45  GPL.UBNT.v6.1.7\openwrt\include\kernel.mk
46  GPL.UBNT.v6.1.7\openwrt\include\netfilter.mk
47  GPL.UBNT.v6.1.7\openwrt\include\netfilter.mk.orig
48  GPL.UBNT.v6.1.7\openwrt\include\package-bin.mk
49  GPL.UBNT.v6.1.7\openwrt\include\package-defaults.mk
50  GPL.UBNT.v6.1.7\openwrt\include\package-dumpinfo.mk
51  GPL.UBNT.v6.1.7\openwrt\include\package-ipkg.mk
52  GPL.UBNT.v6.1.7\openwrt\include\package-version-override.mk
53  GPL.UBNT.v6.1.7\openwrt\include\package.mk
54  GPL.UBNT.v6.1.7\openwrt\include\prereq-build.mk
55  GPL.UBNT.v6.1.7\openwrt\include\prereq.mk
56  GPL.UBNT.v6.1.7\openwrt\include\quilt.mk
57  GPL.UBNT.v6.1.7\openwrt\include\scan.mk
58  GPL.UBNT.v6.1.7\openwrt\include\shell.sh
59  GPL.UBNT.v6.1.7\openwrt\include\site
60  GPL.UBNT.v6.1.7\openwrt\include\subdir.mk
61  GPL.UBNT.v6.1.7\openwrt\include\target.mk
62  GPL.UBNT.v6.1.7\openwrt\include\toplevel.mk
63  GPL.UBNT.v6.1.7\openwrt\include\unpack.mk
64  GPL.UBNT.v6.1.7\openwrt\include\verbose.mk
65  GPL.UBNT.v6.1.7\openwrt\include\site\arm-linux
66  GPL.UBNT.v6.1.7\openwrt\include\site\arm-linux-uclibc
67  GPL.UBNT.v6.1.7\openwrt\include\site\armeb-linux
68  GPL.UBNT.v6.1.7\openwrt\include\site\armeb-linux-uclibc
69  GPL.UBNT.v6.1.7\openwrt\include\site\avr32-linux
```

```
70   GPL.UBNT.v6.1.7\openwrt\include\site\cris-linux
71   GPL.UBNT.v6.1.7\openwrt\include\site\cris-linux
72   GPL.UBNT.v6.1.7\openwrt\include\site\cris-linux-uclibc
73   GPL.UBNT.v6.1.7\openwrt\include\site\i386-linux
74   GPL.UBNT.v6.1.7\openwrt\include\site\i386-linux-uclibc
75   GPL.UBNT.v6.1.7\openwrt\include\site\i686-linux
76   GPL.UBNT.v6.1.7\openwrt\include\site\i686-linux-uclibc
77   GPL.UBNT.v6.1.7\openwrt\include\site\linux-uclibc
78   GPL.UBNT.v6.1.7\openwrt\include\site\mips-linux
79   GPL.UBNT.v6.1.7\openwrt\include\site\mips-linux-uclibc
80   GPL.UBNT.v6.1.7\openwrt\include\site\mipsel-linux
81   GPL.UBNT.v6.1.7\openwrt\include\site\mipsel-linux-uclibc
82   GPL.UBNT.v6.1.7\openwrt\include\site\mipsel-linux2.4-uclibc
83   GPL.UBNT.v6.1.7\openwrt\include\site\powerpc-linux
84   GPL.UBNT.v6.1.7\openwrt\include\site\powerpc-linux-uclibc
85   GPL.UBNT.v6.1.7\openwrt\include\site\x86_64-linux
86   GPL.UBNT.v6.1.7\openwrt\include\site\x86_64-linux-uclibc
87   GPL.UBNT.v6.1.7\openwrt\package\6relayd
88   GPL.UBNT.v6.1.7\openwrt\package\acx
89   GPL.UBNT.v6.1.7\openwrt\package\acx-mac80211
90   GPL.UBNT.v6.1.7\openwrt\package\admswconfig
91   GPL.UBNT.v6.1.7\openwrt\package\ar7-atm
92   GPL.UBNT.v6.1.7\openwrt\package\arptables
93   GPL.UBNT.v6.1.7\openwrt\package\b43
94   GPL.UBNT.v6.1.7\openwrt\package\base-files
95   GPL.UBNT.v6.1.7\openwrt\package\br2684ctl
96   GPL.UBNT.v6.1.7\openwrt\package\bridge-utils
97   GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx
98   GPL.UBNT.v6.1.7\openwrt\package\broadcom-diag
99   GPL.UBNT.v6.1.7\openwrt\package\broadcom-mmc
100  GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl
101  GPL.UBNT.v6.1.7\openwrt\package\busybox
102  GPL.UBNT.v6.1.7\openwrt\package\button-hotplug
103  GPL.UBNT.v6.1.7\openwrt\package\comgt
104  GPL.UBNT.v6.1.7\openwrt\package\dhcp-forwarder
105  GPL.UBNT.v6.1.7\openwrt\package\dnsmasq
106  GPL.UBNT.v6.1.7\openwrt\package\dropbear
107  GPL.UBNT.v6.1.7\openwrt\package\e2fsprogs
108  GPL.UBNT.v6.1.7\openwrt\package\ebtables
109  GPL.UBNT.v6.1.7\openwrt\package\fconfig
110  GPL.UBNT.v6.1.7\openwrt\package\firewall
111  GPL.UBNT.v6.1.7\openwrt\package\fuse
112  GPL.UBNT.v6.1.7\openwrt\package\gdb
113  GPL.UBNT.v6.1.7\openwrt\package\gdbserver
114  GPL.UBNT.v6.1.7\openwrt\package\gpioctl
115  GPL.UBNT.v6.1.7\openwrt\package\gpl-mkfwimage
116  GPL.UBNT.v6.1.7\openwrt\package\grub
117  GPL.UBNT.v6.1.7\openwrt\package\hostap-driver
118  GPL.UBNT.v6.1.7\openwrt\package\hostap-utils
119  GPL.UBNT.v6.1.7\openwrt\package\hostapd
120  GPL.UBNT.v6.1.7\openwrt\package\hotplug2
121  GPL.UBNT.v6.1.7\openwrt\package\i2c-gpio-ath
122  GPL.UBNT.v6.1.7\openwrt\package\i2c-gpio-custom
123  GPL.UBNT.v6.1.7\openwrt\package\i2c-tools
124  GPL.UBNT.v6.1.7\openwrt\package\ifenslave
125  GPL.UBNT.v6.1.7\openwrt\package\igmpproxy
126  GPL.UBNT.v6.1.7\openwrt\package\iproute2
127  GPL.UBNT.v6.1.7\openwrt\package\ipset
128  GPL.UBNT.v6.1.7\openwrt\package\iptables
129  GPL.UBNT.v6.1.7\openwrt\package\iw
130  GPL.UBNT.v6.1.7\openwrt\package\ixp4xx-microcode
131  GPL.UBNT.v6.1.7\openwrt\package\kernel
132  GPL.UBNT.v6.1.7\openwrt\package\kexec-tools
133  GPL.UBNT.v6.1.7\openwrt\package\libipfix
134  GPL.UBNT.v6.1.7\openwrt\package\libnl
135  GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny
136  GPL.UBNT.v6.1.7\openwrt\package\libpcap
137  GPL.UBNT.v6.1.7\openwrt\package\libreadline
138  GPL.UBNT.v6.1.7\openwrt\package\libssh2
```

```
139    GPL.UBNT.v6.1.7\openwrt\package\linux-atm
140    GPL.UBNT.v6.1.7\openwrt\package\linux-atm
141    GPL.UBNT.v6.1.7\openwrt\package\lua
142    GPL.UBNT.v6.1.7\openwrt\package\mac-telnet
143    GPL.UBNT.v6.1.7\openwrt\package\mac80211
144    GPL.UBNT.v6.1.7\openwrt\package\madwifi
145    GPL.UBNT.v6.1.7\openwrt\package\Makefile
146    GPL.UBNT.v6.1.7\openwrt\package\mmc_over_gpio
147    GPL.UBNT.v6.1.7\openwrt\package\mtd
148    GPL.UBNT.v6.1.7\openwrt\package\ncurses
149    GPL.UBNT.v6.1.7\openwrt\package\nozomi
150    GPL.UBNT.v6.1.7\openwrt\package\nvram
151    GPL.UBNT.v6.1.7\openwrt\package\nvram-brcm47xx
152    GPL.UBNT.v6.1.7\openwrt\package\ocf-crypto-headers
153    GPL.UBNT.v6.1.7\openwrt\package\openssl
154    GPL.UBNT.v6.1.7\openwrt\package\opkg
155    GPL.UBNT.v6.1.7\openwrt\package\pcmcia-cs
156    GPL.UBNT.v6.1.7\openwrt\package\php2
157    GPL.UBNT.v6.1.7\openwrt\package\ppp
158    GPL.UBNT.v6.1.7\openwrt\package\pptp
159    GPL.UBNT.v6.1.7\openwrt\package\qos-scripts
160    GPL.UBNT.v6.1.7\openwrt\package\radvd
161    GPL.UBNT.v6.1.7\openwrt\package\robocfg
162    GPL.UBNT.v6.1.7\openwrt\package\rt2570
163    GPL.UBNT.v6.1.7\openwrt\package\siit
164    GPL.UBNT.v6.1.7\openwrt\package\spi-ks8995
165    GPL.UBNT.v6.1.7\openwrt\package\swconfig
166    GPL.UBNT.v6.1.7\openwrt\package\switch
167    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips
168    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb
169    GPL.UBNT.v6.1.7\openwrt\package\uci
170    GPL.UBNT.v6.1.7\openwrt\package\udev
171    GPL.UBNT.v6.1.7\openwrt\package\usb-modeswitch
172    GPL.UBNT.v6.1.7\openwrt\package\usb-modeswitch-data
173    GPL.UBNT.v6.1.7\openwrt\package\util-linux-ng
174    GPL.UBNT.v6.1.7\openwrt\package\wl-gpio-custom
175    GPL.UBNT.v6.1.7\openwrt\package\wireless-tools
176    GPL.UBNT.v6.1.7\openwrt\package\wpa_supplicant
177    GPL.UBNT.v6.1.7\openwrt\package\wprobe
178    GPL.UBNT.v6.1.7\openwrt\package\wrt55agv2-spidevs
179    GPL.UBNT.v6.1.7\openwrt\package\yamonenv
180    GPL.UBNT.v6.1.7\openwrt\package\zlib
181    GPL.UBNT.v6.1.7\openwrt\package\6relayd\files
182    GPL.UBNT.v6.1.7\openwrt\package\6relayd\Makefile
183    GPL.UBNT.v6.1.7\openwrt\package\6relayd\patches
184    GPL.UBNT.v6.1.7\openwrt\package\6relayd\files\6relayd-update
185    GPL.UBNT.v6.1.7\openwrt\package\6relayd\files\6relayd.config
186    GPL.UBNT.v6.1.7\openwrt\package\6relayd\files\6relayd.hotplug
187    GPL.UBNT.v6.1.7\openwrt\package\6relayd\files\6relayd.init
188    GPL.UBNT.v6.1.7\openwrt\package\6relayd\patches\001-rm-Wno-extended-offsetof.patch
189    GPL.UBNT.v6.1.7\openwrt\package\acx\files
190    GPL.UBNT.v6.1.7\openwrt\package\acx\Makefile
191    GPL.UBNT.v6.1.7\openwrt\package\acx\patches
192    GPL.UBNT.v6.1.7\openwrt\package\acx\files\lib
193    GPL.UBNT.v6.1.7\openwrt\package\acx\files\lib\wifi
194    GPL.UBNT.v6.1.7\openwrt\package\acx\files\lib\wifi\acx.sh
195    GPL.UBNT.v6.1.7\openwrt\package\acx\patches\002-disable-usb.diff
196    GPL.UBNT.v6.1.7\openwrt\package\acx\patches\003-encrypt-broadcast-traffic.diff
197    GPL.UBNT.v6.1.7\openwrt\package\acx-mac80211\patches
198    GPL.UBNT.v6.1.7\openwrt\package\admswconfig\files
199    GPL.UBNT.v6.1.7\openwrt\package\admswconfig\Makefile
200    GPL.UBNT.v6.1.7\openwrt\package\admswconfig\patches
201    GPL.UBNT.v6.1.7\openwrt\package\admswconfig\files\admswconfig
202    GPL.UBNT.v6.1.7\openwrt\package\admswconfig\files\admswswitch.sh
203    GPL.UBNT.v6.1.7\openwrt\package\admswconfig\patches\001-matrix.patch
204    GPL.UBNT.v6.1.7\openwrt\package\ar7-atm\Makefile
205    GPL.UBNT.v6.1.7\openwrt\package\ar7-atm\patches
206    GPL.UBNT.v6.1.7\openwrt\package\ar7-atm\patches\100-compile_fix.patch
207    GPL.UBNT.v6.1.7\openwrt\package\ar7-atm\patches\110-interrupt_fix.patch
```

```
208  GPL.UBNT.v6.1.7\openwrt\package\ar7-atm\patches\120-power_led.patch
209  GPL.UBNT.v6.1.7\openwrt\package\ar7-atm\patches\130-powercutback.patch
210  GPL.UBNT.v6.1.7\openwrt\package\ar7-atm\patches\140-debug_mode.patch
211  GPL.UBNT.v6.1.7\openwrt\package\ar7-atm\patches\150-tasklet_mode.patch
212  GPL.UBNT.v6.1.7\openwrt\package\ar7-atm\patches\160-module-params.patch
213  GPL.UBNT.v6.1.7\openwrt\package\arptables\Makefile
214  GPL.UBNT.v6.1.7\openwrt\package\arptables\patches
215  GPL.UBNT.v6.1.7\openwrt\package\b43\patches
216  GPL.UBNT.v6.1.7\openwrt\package\b43\src
217  GPL.UBNT.v6.1.7\openwrt\package\base-files\files
218  GPL.UBNT.v6.1.7\openwrt\package\base-files\Makefile
219  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\bin
220  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc
221  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\lib
222  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\rom
223  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\sbin
224  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\usr
225  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\bin\firstboot
226  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\bin\ipcalc.sh
227  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\bin\login
228  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\banner
229  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\config
230  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\diag.sh
231  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\functions.sh
232  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\group
233  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\hosts
234  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\hotplug.d
235  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\hotplug2-common.rules
236  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\hotplug2-init.rules
237  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\init.d
238  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\inittab
239  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\openwrt_version
240  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\passwd
241  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\preinit
242  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\profile
243  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\protocols
244  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\rc.common
245  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\rc.d
246  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\rc.local
247  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\shells
248  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\sysctl.conf
249  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\config\fstab
250  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\config\network
251  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\config\system
252  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\hotplug.d\iface
253  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\hotplug.d\net
254  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\hotplug.d\usb
255  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\hotplug.d\iface\00-netstate
256  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\hotplug.d\iface\10-routes
257  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\hotplug.d\net\10-net
258  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\hotplug.d\usb\10-usb-storage
259  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\init.d\boot
260  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\init.d\done
261  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\init.d\fstab
262  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\init.d\led
263  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\init.d\network
264  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\init.d\rcS
265  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\init.d\sysctl
266  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\init.d\umount
267  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\init.d\usb
268  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\init.d\watchdog
269  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\lib\config
270  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\lib\network
271  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\lib\upgrade
272  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\lib\config\parse_spec.awk
273  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\lib\config\specs
274  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\lib\config\template.awk
275  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\lib\config\validate.sh
276  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\lib\config\validate_config.awk
```

```
277  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\lib\config\specs\network.spec
278  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\lib\config\specs\network.spec
279  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\lib\network\config.sh
280  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\lib\upgrade\common.sh
281  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\rom\note
282  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\sbin\hotplug-call
283  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\sbin\ifdown
284  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\sbin\ifup
285  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\sbin\led.sh
286  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\sbin\mount_root
287  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\sbin\sysupgrade
288  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\sbin\usb-storage
289  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\sbin\wifi
290  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\usr\lib
291  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\usr\share
292  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\usr\lib\common.awk
293  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\usr\share\udhcpc
294  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\usr\share\udhcpc\default.script
295  GPL.UBNT.v6.1.7\openwrt\package\br2684ctl\files
296  GPL.UBNT.v6.1.7\openwrt\package\br2684ctl\Makefile
297  GPL.UBNT.v6.1.7\openwrt\package\br2684ctl\patches
298  GPL.UBNT.v6.1.7\openwrt\package\br2684ctl\files\br2684ctl
299  GPL.UBNT.v6.1.7\openwrt\package\br2684ctl\patches\100-debian.patch
300  GPL.UBNT.v6.1.7\openwrt\package\br2684ctl\patches\101-routed_support.patch
301  GPL.UBNT.v6.1.7\openwrt\package\bridge-utils\Makefile
302  GPL.UBNT.v6.1.7\openwrt\package\bridge-utils\patches
303  GPL.UBNT.v6.1.7\openwrt\package\bridge-utils\patches\001-libbridge_cflags.patch
304  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\Makefile
305  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src
306  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\5701rls.c
307  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\5701rls.h
308  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\autoneg.c
309  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\autoneg.h
310  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\b57um.c
311  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\bcmendian.h
312  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\bcmparams.h
313  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\bcmrobo.c
314  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\bcmrobo.h
315  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\bits.h
316  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\fw_lso05.h
317  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\fw_stkoffld.h
318  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\hndgige.c
319  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\hndgige.h
320  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\lm.h
321  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\Makefile
322  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\mm.h
323  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\proto
324  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\queue.h
325  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\robo_register.c
326  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\sbgige.h
327  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\tcp_seg.c
328  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\tigon3.c
329  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\tigon3.h
330  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\proto\bcmip.h
331  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\proto\bcmtcp.h
332  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\proto\ethernet.h
333  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\proto\vlan.h
334  GPL.UBNT.v6.1.7\openwrt\package\broadcom-diag\Makefile
335  GPL.UBNT.v6.1.7\openwrt\package\broadcom-diag\src
336  GPL.UBNT.v6.1.7\openwrt\package\broadcom-diag\src\diag.c
337  GPL.UBNT.v6.1.7\openwrt\package\broadcom-diag\src\diag.h
338  GPL.UBNT.v6.1.7\openwrt\package\broadcom-diag\src\gpio.h
339  GPL.UBNT.v6.1.7\openwrt\package\broadcom-diag\src\Makefile
340  GPL.UBNT.v6.1.7\openwrt\package\broadcom-mmc\Makefile
341  GPL.UBNT.v6.1.7\openwrt\package\broadcom-mmc\src
342  GPL.UBNT.v6.1.7\openwrt\package\broadcom-mmc\src\Makefile
343  GPL.UBNT.v6.1.7\openwrt\package\broadcom-mmc\src\mmc.c
344  GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\files
345  GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\Makefile
```

```
346    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl
347    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src
348    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\files\etc
349    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\files\lib
350    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\files\etc\hotplug.d
351    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\files\etc\hotplug.d\net
352    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\files\etc\hotplug.d\net\20-broadcom_wds
353    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\files\lib\wifi
354    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\files\lib\wifi\broadcom.sh
355    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\patches\100-timer_fix.patch
356    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver
357    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\include
358    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\wlc
359    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\wlcompat
360    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\bcmip.h
361    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\bcmutils.c
362    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\bcmutils.h
363    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\hnddma.c
364    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\hnddma.h
365    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\linux_osl.c
366    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\linux_osl.h
367    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\Makefile
368    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto
369    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\sbhnddma.h
370    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\802.11.h
371    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\802.11e.h
372    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\802.1d.h
373    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\802.3.h
374    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\bcmarp.h
375    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\bcmdhcp.h
376    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\bcmeth.h
377    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\bcmevent.h
378    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\bcmip.h
379    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\bcmtcp.h
380    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\bcmudp.h
381    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\eap.h
382    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\eapol.h
383    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\ethernet.h
384    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\vlan.h
385    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\wpa.h
386    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\include\bcmdefs.h
387    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\include\bcmutils.h
388    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\include\proto
389    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\include\typedefs.h
390    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\include\wlioctl.h
391    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\include\wlutils.h
392    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\include\proto\802.11.h
393    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\include\proto\bcmeth.h
394    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\include\proto\bcmevent.h
395    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\include\proto\ethernet.h
396    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\include\proto\wpa.h
397    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\wlc\ioctl.c
398    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\wlc\Makefile
399    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\wlc\wlc.c
400    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\wlcompat\Makefile
401    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\wlcompat\wlcompat.c
402    GPL.UBNT.v6.1.7\openwrt\package\busybox\config
403    GPL.UBNT.v6.1.7\openwrt\package\busybox\convert_menuconfig.pl
404    GPL.UBNT.v6.1.7\openwrt\package\busybox\files
405    GPL.UBNT.v6.1.7\openwrt\package\busybox\Makefile
406    GPL.UBNT.v6.1.7\openwrt\package\busybox\patches
407    GPL.UBNT.v6.1.7\openwrt\package\busybox\target-config.in
408    GPL.UBNT.v6.1.7\openwrt\package\busybox\config\archival
409    GPL.UBNT.v6.1.7\openwrt\package\busybox\config\Config.in
410    GPL.UBNT.v6.1.7\openwrt\package\busybox\config\console-tools
411    GPL.UBNT.v6.1.7\openwrt\package\busybox\config\coreutils
412    GPL.UBNT.v6.1.7\openwrt\package\busybox\config\debianutils
413    GPL.UBNT.v6.1.7\openwrt\package\busybox\config\e2fsprogs
414    GPL.UBNT.v6.1.7\openwrt\package\busybox\config\editors
```

```
415   GPL.UBNT.v6.1.7\openwrt\package\busybox\config
416   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\init
417   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\ipsvd
418   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\libbb
419   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\loginutils
420   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\miscutils
421   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\modutils
422   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\networking
423   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\printutils
424   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\procps
425   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\runit
426   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\selinux
427   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\shell
428   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\syslogd
429   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\util-linux
430   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\archival\Config.in
431   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\console-tools\Config.in
432   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\coreutils\Config.in
433   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\debianutils\Config.in
434   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\e2fsprogs\Config.in
435   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\e2fsprogs\old_e2fsprogs
436   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\e2fsprogs\old_e2fsprogs\Config.in
437   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\editors\Config.in
438   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\findutils\Config.in
439   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\init\Config.in
440   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\ipsvd\Config.in
441   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\libbb\Config.in
442   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\loginutils\Config.in
443   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\miscutils\Config.in
444   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\modutils\Config.in
445   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\networking\Config.in
446   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\networking\udhcp
447   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\networking\udhcp\Config.in
448   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\printutils\Config.in
449   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\procps\Config.in
450   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\runit\Config.in
451   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\selinux\Config.in
452   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\shell\Config.in
453   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\syslogd\Config.in
454   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\util-linux\Config.in
455   GPL.UBNT.v6.1.7\openwrt\package\busybox\files\cron
456   GPL.UBNT.v6.1.7\openwrt\package\busybox\files\httpd
457   GPL.UBNT.v6.1.7\openwrt\package\busybox\files\telnet
458   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\000-autoconf.patch
459   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\001-init_avoid_loop_opening_tty.patch
460   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\001-resource_h_include.patch
461   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\002-darwin_compile_fix.patch
462   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\002-passwd_use_md5_hash_by_default_like_i
      t_used_to_be.patch
463   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\003-brctl_show_fix.patch
464   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\004-upstream-percent_decode_in_place.patc
      h
465   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\005-resource_h_include.patch
466   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\006-upstream_CVE-2011-2716_fixes.patch
467   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\007-upstream_mkfs_ext2_fixes.patch
468   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\008-backport-dd-conv-swab.patch
469   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\010-networking-fix-uninitialized-memory-w
      hen-displaying-.patch
470   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\020-networking-libiproute-fix-displaying-
      route-table-for.patch
471   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\100-trylink_bash.patch
472   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\101-gen_build_files_bash.patch
473   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\102-trylink_mktemp_fix.patch
474   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\110-no_static_libgcc.patch
475   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\110-wget_getopt_fix.patch
476   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\120-remove_uclibc_rpc_check.patch
477   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\130-mconf_missing_sigwinch.patch
478   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\140-trylink_bash.patch
479   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\141-gen_build_files_bash.patch
```

```
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\200-etc_crontabs.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\200-udhcpc_reduce_msgs.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\201-udhcpc_changed_ifindex.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\203-udhcpc_renew_no_deconfig.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\204-udhcpc_src_ip_rebind.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\210-add_netmsg_util.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\220-add_lock_util.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\230-ntpd_delayed_resolve.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\240-telnetd_intr.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\240-udhcpc_retries.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\241-udhcpc-oversized_packets.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\242-udhcpc_msgs.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\243-udhcpc_changed_ifindex.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\244-udhcpc_add_6rd_option.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\250-ash_export-n.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\250-date-k_flag.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\251-ash_fix-redir-substitution.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\260-arping_missing_includes.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\260-vconfig_proc.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\270-libbb_make_unicode_printable.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\300-netmsg.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\301-ip-link-fix-netlink-msg-size.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\310-passwd_access.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\340-lock_util.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\350-httpd_redir.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\410-httpd_cgi_headers.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\430-uniq_memleak.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\440-httpd_chdir.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\450-httpd_accept_header.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\460-truncated_ping_results.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\470-insmod_search.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\480-vi_search.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\490-mount_disable_check.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\500-ping6_crash.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\510-awk_include.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\524-udhcpc_renew.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\530-unsigned_bitwise_ops.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\555-silent-zcip.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\610-ntpd_delayed_resolve.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\611-upstream_ntpd_version_fix.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\700-hexdump_segfault_fix.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\780-garp.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\785-pwdog.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\790-brctl-showmacs.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\801-id-fake-getgrouplist.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\805-default-applet-settings.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\810-lsmod-infinite-loop.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\850-brctl-fdb_entry.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\851-umount-mnt_detach.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\901-kbdmode.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\902-crontab_vi.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\902-telnetd_intr.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\903-lineedit.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\904-ssd.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\910-insmod-q-flag.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\911-date-k_flag.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\920-portability.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\930-syslog-remote-log.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\950-partial-checksum.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\986-applet_links_fix.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\987-inittab-debug-messages.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\988-init_remember_all_spawned_processes.p
atch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\989-zcip_delay.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\995-watchgod-memcheck.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\998-arping_missing_includes.patch
GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\999-musl-fixes.patch
GPL.UBNT.v6.1.7\openwrt\package\button-hotplug\Makefile
```

```
548    GPL.UBNT.v6.1.7\openwrt\package\button-hotplug\Makefile
549    GPL.UBNT.v6.1.7\openwrt\package\button-hotplug\src\button-hotplug.c
550    GPL.UBNT.v6.1.7\openwrt\package\button-hotplug\src\Kconfig
551    GPL.UBNT.v6.1.7\openwrt\package\button-hotplug\src\Makefile
552    GPL.UBNT.v6.1.7\openwrt\package\comgt\files
553    GPL.UBNT.v6.1.7\openwrt\package\comgt\Makefile
554    GPL.UBNT.v6.1.7\openwrt\package\comgt\patches
555    GPL.UBNT.v6.1.7\openwrt\package\comgt\files\3g.button
556    GPL.UBNT.v6.1.7\openwrt\package\comgt\files\3g.chat
557    GPL.UBNT.v6.1.7\openwrt\package\comgt\files\3g.connect
558    GPL.UBNT.v6.1.7\openwrt\package\comgt\files\3g.iface
559    GPL.UBNT.v6.1.7\openwrt\package\comgt\files\3g.sh
560    GPL.UBNT.v6.1.7\openwrt\package\comgt\files\checksim.gcom
561    GPL.UBNT.v6.1.7\openwrt\package\comgt\files\evdo.chat
562    GPL.UBNT.v6.1.7\openwrt\package\comgt\files\getcardinfo.gcom
563    GPL.UBNT.v6.1.7\openwrt\package\comgt\files\getstrength.gcom
564    GPL.UBNT.v6.1.7\openwrt\package\comgt\files\setmode.gcom
565    GPL.UBNT.v6.1.7\openwrt\package\comgt\files\setpin.gcom
566    GPL.UBNT.v6.1.7\openwrt\package\comgt\patches\001-Makefile.patch
567    GPL.UBNT.v6.1.7\openwrt\package\dhcp-forwarder\Makefile
568    GPL.UBNT.v6.1.7\openwrt\package\dnsmasq\files
569    GPL.UBNT.v6.1.7\openwrt\package\dnsmasq\Makefile
570    GPL.UBNT.v6.1.7\openwrt\package\dnsmasq\patches
571    GPL.UBNT.v6.1.7\openwrt\package\dnsmasq\files\dhcp.conf
572    GPL.UBNT.v6.1.7\openwrt\package\dnsmasq\files\dnsmasq.init
573    GPL.UBNT.v6.1.7\openwrt\package\dnsmasq\patches\500-ignore-user.patch
574    GPL.UBNT.v6.1.7\openwrt\package\dnsmasq\patches\610-dhcp-hostname-squash.patch
575    GPL.UBNT.v6.1.7\openwrt\package\dnsmasq\patches\615-dhcp-lease-time-2.64vs2.67-regression
       .patch
576    GPL.UBNT.v6.1.7\openwrt\package\dnsmasq\patches\616-dnsmasq-become-unresponsive.patch
577    GPL.UBNT.v6.1.7\openwrt\package\dnsmasq\patches\617-handle-async-notification-address-cha
       nges.patch
578    GPL.UBNT.v6.1.7\openwrt\package\dnsmasq\patches\620-CVE-2017-14491.patch
579    GPL.UBNT.v6.1.7\openwrt\package\dnsmasq\patches\630-CVE-2017-14491.patch
580    GPL.UBNT.v6.1.7\openwrt\package\dnsmasq\patches\640-CVE-2017-13704.patch
581    GPL.UBNT.v6.1.7\openwrt\package\dnsmasq\patches\650-CVE-2017-14491.patch
582    GPL.UBNT.v6.1.7\openwrt\package\dropbear\files
583    GPL.UBNT.v6.1.7\openwrt\package\dropbear\Makefile
584    GPL.UBNT.v6.1.7\openwrt\package\dropbear\patches
585    GPL.UBNT.v6.1.7\openwrt\package\dropbear\files\dropbear.config
586    GPL.UBNT.v6.1.7\openwrt\package\dropbear\files\dropbear.init
587    GPL.UBNT.v6.1.7\openwrt\package\dropbear\patches\100-pubkey_path.patch
588    GPL.UBNT.v6.1.7\openwrt\package\dropbear\patches\110-change_user.patch
589    GPL.UBNT.v6.1.7\openwrt\package\dropbear\patches\130-ssh_ignore_o_and_x_args.patch
590    GPL.UBNT.v6.1.7\openwrt\package\dropbear\patches\150-dbconvert_standalone.patch
591    GPL.UBNT.v6.1.7\openwrt\package\e2fsprogs\Makefile
592    GPL.UBNT.v6.1.7\openwrt\package\e2fsprogs\patches
593    GPL.UBNT.v6.1.7\openwrt\package\e2fsprogs\patches\001-fix_abs_shlibs_symlinks.patch
594    GPL.UBNT.v6.1.7\openwrt\package\ebtables\Makefile
595    GPL.UBNT.v6.1.7\openwrt\package\ebtables\patches
596    GPL.UBNT.v6.1.7\openwrt\package\ebtables\patches\020-zero-mask-fix.patch
597    GPL.UBNT.v6.1.7\openwrt\package\ebtables\patches\200-arpnat.patch
598    GPL.UBNT.v6.1.7\openwrt\package\fconfig\Makefile
599    GPL.UBNT.v6.1.7\openwrt\package\firewall\files
600    GPL.UBNT.v6.1.7\openwrt\package\firewall\Makefile
601    GPL.UBNT.v6.1.7\openwrt\package\firewall\files\20-firewall
602    GPL.UBNT.v6.1.7\openwrt\package\firewall\files\firewall.config
603    GPL.UBNT.v6.1.7\openwrt\package\firewall\files\firewall.init
604    GPL.UBNT.v6.1.7\openwrt\package\firewall\files\firewall.user
605    GPL.UBNT.v6.1.7\openwrt\package\firewall\files\uci_firewall.sh
606    GPL.UBNT.v6.1.7\openwrt\package\fuse\Makefile
607    GPL.UBNT.v6.1.7\openwrt\package\fuse\patches
608    GPL.UBNT.v6.1.7\openwrt\package\fuse\patches\100-cross_compile.patch
609    GPL.UBNT.v6.1.7\openwrt\package\fuse\patches\102-no_depmod.patch
610    GPL.UBNT.v6.1.7\openwrt\package\fuse\patches\112-no_break_on_mknod.patch
611    GPL.UBNT.v6.1.7\openwrt\package\fuse\patches\200-disable_compat.patch
612    GPL.UBNT.v6.1.7\openwrt\package\fuse\patches\300-workaround-uclibc-pthread-breakage.patch
613    GPL.UBNT.v6.1.7\openwrt\package\gdb\Makefile
614    GPL.UBNT.v6.1.7\openwrt\package\gpioctl\Makefile
```

```
615    GPL.UBNT.v6.1.7\openwrt\package\gpioctl
616    GPL.UBNT.v6.1.7\openwrt\package\gpioctl\src\main.c
617    GPL.UBNT.v6.1.7\openwrt\package\gpioctl\src\Makefile
618    GPL.UBNT.v6.1.7\openwrt\package\gpl-mkfwimage\Makefile
619    GPL.UBNT.v6.1.7\openwrt\package\gpl-mkfwimage\src
620    GPL.UBNT.v6.1.7\openwrt\package\gpl-mkfwimage\src\fw.h
621    GPL.UBNT.v6.1.7\openwrt\package\gpl-mkfwimage\src\fwsplit.c
622    GPL.UBNT.v6.1.7\openwrt\package\gpl-mkfwimage\src\mkfwimage.c
623    GPL.UBNT.v6.1.7\openwrt\package\grub\Makefile
624    GPL.UBNT.v6.1.7\openwrt\package\grub\patches
625    GPL.UBNT.v6.1.7\openwrt\package\grub\patches\002-strip_note_gnu_build_id.patch
626    GPL.UBNT.v6.1.7\openwrt\package\grub\patches\010-fixes-1.patch
627    GPL.UBNT.v6.1.7\openwrt\package\hostap-driver\files
628    GPL.UBNT.v6.1.7\openwrt\package\hostap-driver\Makefile
629    GPL.UBNT.v6.1.7\openwrt\package\hostap-driver\patches
630    GPL.UBNT.v6.1.7\openwrt\package\hostap-driver\files\lib
631    GPL.UBNT.v6.1.7\openwrt\package\hostap-driver\files\lib\wifi
632    GPL.UBNT.v6.1.7\openwrt\package\hostap-driver\files\lib\wifi\hostap.sh
633    GPL.UBNT.v6.1.7\openwrt\package\hostap-driver\patches\001-fix-txpower.patch
634    GPL.UBNT.v6.1.7\openwrt\package\hostap-utils\Makefile
635    GPL.UBNT.v6.1.7\openwrt\package\hostapd\Config.in
636    GPL.UBNT.v6.1.7\openwrt\package\hostapd\files
637    GPL.UBNT.v6.1.7\openwrt\package\hostapd\Makefile
638    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches
639    GPL.UBNT.v6.1.7\openwrt\package\hostapd\files\hostapd-full.config
640    GPL.UBNT.v6.1.7\openwrt\package\hostapd\files\hostapd-mini.config
641    GPL.UBNT.v6.1.7\openwrt\package\hostapd\files\hostapd.sh
642    GPL.UBNT.v6.1.7\openwrt\package\hostapd\files\multicall.c
643    GPL.UBNT.v6.1.7\openwrt\package\hostapd\files\wpa_supplicant-full.config
644    GPL.UBNT.v6.1.7\openwrt\package\hostapd\files\wpa_supplicant-mini.config
645    GPL.UBNT.v6.1.7\openwrt\package\hostapd\files\wpa_supplicant-p2p.config
646    GPL.UBNT.v6.1.7\openwrt\package\hostapd\files\wpa_supplicant.sh
647    GPL.UBNT.v6.1.7\openwrt\package\hostapd\files\wps-hotplug.sh
648    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\030-speed_up_udhcpc_address_retrieval.pat
       ch
649    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\050-wext-no-reset-ssid.patch
650    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\100-madwifi_key_fixes.patch
651    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\110-bool_fix.patch
652    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\120-daemonize_fix.patch
653    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\200-multicall.patch
654    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\220-ignore-ca-check-if-not-exist.patch
655    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\300-noscan.patch
656    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\310-rescan_immediately.patch
657    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\320-optional_rfkill.patch
658    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\330-nl80211_fix_set_freq.patch
659    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\340-reload_freq_change.patch
660    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\350-nl80211_del_beacon_bss.patch
661    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\360-ctrl_iface_reload.patch
662    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\361-deauth-reason-codes.patch
663    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\370-ap_sta_support.patch
664    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\380-disable_ctrl_iface_mib.patch
665    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\390-mac-addr-format.patch
666    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\390-wpa_ie_cap_workaround.patch
667    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\410-bring_down_interface.patch
668    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\410-mac-auth-empty-passwd.patch
669    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\420-fix_wps_pin_crash.patch
670    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\420-timestamp_check.patch
671    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\430-wps_single_auth_enc_type.patch
672    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\440-dynamic_20_40_mhz.patch
673    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\450-limit_debug_messages.patch
674    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\460-indicate-features.patch
675    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\470-hostapd_cli_ifdef.patch
676    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\471-wpa_cli_ifdef.patch
677    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\480-max_num_sta_probe.patch
678    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\490-scan_wait.patch
679    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\500-wpa_supplicant-add-new-config-params-
       to-be-used-with.patch
680    GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\501-driver_nl80211-use-new-parameters-dur
       ing-ibss-join.patch
```

681 GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\502-ssid_list.patch
682 GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\503-increase-supplicant-timeout.patch
683 GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\705-channel-validation.patch
684 GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\800-add-wextap-drv.patch
685 GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\820-no_interface_down_control.patch
686 GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\840-scan-timeout.patch
687 GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\850-reduce-hwresets-onassoc-roaming.patch
688 GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\860-radius-acct-print.patch
689 GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\870-radius-mac-auth.patch
690 GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\880-remove-ssid-network-disabling.patch
691 GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\890-drop_unencrypted.patch
692 GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\900-blacklist.patch
693 GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\910-x509v3_update.patch
694 GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\915-EAPOL-key-3_4-retry.patch
695 GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\917-prevent-reinstallation-of-an-already-in-use-group-ke.patch
696 GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\920-clear-optie-on-wext-deinit.patch
697 GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\930-Fix-PTK-rekeying-to-generate-a-new-ANonce.patch
698 GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\930-radius-dont-add-second-acct-session-id.patch
699 GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\931-radius-always-increment-session-id.patch
700 GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\940-hostapd-Avoid-key-reinstallation-in-FT-handshake.patch
701 GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\945-Extend-protection-of-GTK-IGTK-reinstallation-of-WNM-.patch
702 GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\946-TDLS-Reject-TPK-TK-reconfiguration.patch
703 GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\947-WNM-Ignore-Key-Data-in-WNM-Sleep-Mode-Response-frame.patch
704 GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\948-WNM-Ignore-WNM-Sleep-Mode-Response-if-WNM-Sleep-Mode.patch
705 GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\949-WNM-Ignore-WNM-Sleep-Mode-Response-without-pending-r.patch
706 GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\950-FT-Do-not-allow-multiple-Reassociation-Response-fram.patch
707 GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\951-TDLS-Ignore-incoming-TDLS-Setup-Response-retries.patch
708 GPL.UBNT.v6.1.7\openwrt\package\hotplug2\files
709 GPL.UBNT.v6.1.7\openwrt\package\hotplug2\Makefile
710 GPL.UBNT.v6.1.7\openwrt\package\hotplug2\patches
711 GPL.UBNT.v6.1.7\openwrt\package\hotplug2\files\hotplug2.rules
712 GPL.UBNT.v6.1.7\openwrt\package\hotplug2\patches\100-svn_update.patch
713 GPL.UBNT.v6.1.7\openwrt\package\hotplug2\patches\110-parser_fixes.patch
714 GPL.UBNT.v6.1.7\openwrt\package\hotplug2\patches\120-throttling.patch
715 GPL.UBNT.v6.1.7\openwrt\package\i2c-gpio-ath\Makefile
716 GPL.UBNT.v6.1.7\openwrt\package\i2c-gpio-ath\src
717 GPL.UBNT.v6.1.7\openwrt\package\i2c-gpio-ath\src\i2c-gpio-ath.c
718 GPL.UBNT.v6.1.7\openwrt\package\i2c-gpio-ath\src\Makefile
719 GPL.UBNT.v6.1.7\openwrt\package\i2c-gpio-custom\Makefile
720 GPL.UBNT.v6.1.7\openwrt\package\i2c-gpio-custom\src
721 GPL.UBNT.v6.1.7\openwrt\package\i2c-gpio-custom\src\i2c-gpio-custom.c
722 GPL.UBNT.v6.1.7\openwrt\package\i2c-gpio-custom\src\Kconfig
723 GPL.UBNT.v6.1.7\openwrt\package\i2c-gpio-custom\src\Makefile
724 GPL.UBNT.v6.1.7\openwrt\package\i2c-tools\Makefile
725 GPL.UBNT.v6.1.7\openwrt\package\i2c-tools\patches
726 GPL.UBNT.v6.1.7\openwrt\package\i2c-tools\patches\100-linux_include.patch
727 GPL.UBNT.v6.1.7\openwrt\package\ifenslave\Makefile
728 GPL.UBNT.v6.1.7\openwrt\package\igmpproxy\files
729 GPL.UBNT.v6.1.7\openwrt\package\igmpproxy\Makefile
730 GPL.UBNT.v6.1.7\openwrt\package\igmpproxy\patches
731 GPL.UBNT.v6.1.7\openwrt\package\igmpproxy\files\igmpproxy.conf
732 GPL.UBNT.v6.1.7\openwrt\package\igmpproxy\patches\020-allow_all_altnet.patch
733 GPL.UBNT.v6.1.7\openwrt\package\igmpproxy\patches\030-default_cfg.patch
734 GPL.UBNT.v6.1.7\openwrt\package\igmpproxy\patches\050-ip_addr_multisubnet.patch
735 GPL.UBNT.v6.1.7\openwrt\package\igmpproxy\patches\060-loglevel_LOG_ERR.patch
736 GPL.UBNT.v6.1.7\openwrt\package\igmpproxy\patches\070-timer-leak-multidownlink-complex-fix.patch

```
737  GPL.UBNT.v6.1.7\openwrt\package\iproute2\files
738  GPL.UBNT.v6.1.7\openwrt\package\iproute2\Makefile
739  GPL.UBNT.v6.1.7\openwrt\package\iproute2\patches
740  GPL.UBNT.v6.1.7\openwrt\package\iproute2\patches\000-debian_patches_3.patch
741  GPL.UBNT.v6.1.7\openwrt\package\iproute2\patches\001-iproute2-2.6.11_Config.patch
742  GPL.UBNT.v6.1.7\openwrt\package\iproute2\patches\002-iproute2-ipxfrm_no_sctp.patch
743  GPL.UBNT.v6.1.7\openwrt\package\iproute2\patches\003-iproute2-htb_overhead.patch
744  GPL.UBNT.v6.1.7\openwrt\package\iproute2\patches\004-darwin_fixes.patch
745  GPL.UBNT.v6.1.7\openwrt\package\iproute2\patches\005-flex-generated.patch
746  GPL.UBNT.v6.1.7\openwrt\package\iproute2\patches\006-iproute2-tc_esfq.patch
747  GPL.UBNT.v6.1.7\openwrt\package\iproute2\patches\007-version_includes.patch
748  GPL.UBNT.v6.1.7\openwrt\package\ipset\Makefile
749  GPL.UBNT.v6.1.7\openwrt\package\iptables\files
750  GPL.UBNT.v6.1.7\openwrt\package\iptables\Makefile
751  GPL.UBNT.v6.1.7\openwrt\package\iptables\patches
752  GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7
753  GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\aim.pat
754  GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\bittorrent.pat
755  GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\edonkey.pat
756  GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\fasttrack.pat
757  GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\ftp.pat
758  GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\gnutella.pat
759  GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\http.pat
760  GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\ident.pat
761  GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\irc.pat
762  GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\jabber.pat
763  GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\msnmessenger.pat
764  GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\ntp.pat
765  GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\pop3.pat
766  GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\smtp.pat
767  GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\ssl.pat
768  GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\vnc.pat
769  GPL.UBNT.v6.1.7\openwrt\package\iptables\patches\001-ipp2p-0.8.1rc1.patch
770  GPL.UBNT.v6.1.7\openwrt\package\iptables\patches\002-layer7_2.17.patch
771  GPL.UBNT.v6.1.7\openwrt\package\iptables\patches\005-imq.patch
772  GPL.UBNT.v6.1.7\openwrt\package\iptables\patches\008-netfilter_include_linux_type_h.patch
773  GPL.UBNT.v6.1.7\openwrt\package\iptables\patches\009-table-alignment.patch
774  GPL.UBNT.v6.1.7\openwrt\package\iptables\patches\010-multiport-linux-2.4-compat.patch
775  GPL.UBNT.v6.1.7\openwrt\package\iptables\patches\011-iprange-linux-2.4-compat.patch
776  GPL.UBNT.v6.1.7\openwrt\package\iptables\patches\020-iptables-disable-modprobe.patch
777  GPL.UBNT.v6.1.7\openwrt\package\ixp4xx-microcode\Makefile
778  GPL.UBNT.v6.1.7\openwrt\package\ixp4xx-microcode\src
779  GPL.UBNT.v6.1.7\openwrt\package\ixp4xx-microcode\src\IxNpeMicrocode.h
780  GPL.UBNT.v6.1.7\openwrt\package\ixp4xx-microcode\src\LICENSE.IPL
781  GPL.UBNT.v6.1.7\openwrt\package\kernel\Makefile
782  GPL.UBNT.v6.1.7\openwrt\package\kernel\modules
783  GPL.UBNT.v6.1.7\openwrt\package\kernel\modules\block.mk
784  GPL.UBNT.v6.1.7\openwrt\package\kernel\modules\crypto.mk
785  GPL.UBNT.v6.1.7\openwrt\package\kernel\modules\fs.mk
786  GPL.UBNT.v6.1.7\openwrt\package\kernel\modules\hwmon.mk
787  GPL.UBNT.v6.1.7\openwrt\package\kernel\modules\i2c.mk
788  GPL.UBNT.v6.1.7\openwrt\package\kernel\modules\netfilter.mk
789  GPL.UBNT.v6.1.7\openwrt\package\kernel\modules\network.mk
790  GPL.UBNT.v6.1.7\openwrt\package\kernel\modules\other.mk
791  GPL.UBNT.v6.1.7\openwrt\package\kernel\modules\sound.mk
792  GPL.UBNT.v6.1.7\openwrt\package\kernel\modules\usb.mk
793  GPL.UBNT.v6.1.7\openwrt\package\kernel\modules\video.mk
794  GPL.UBNT.v6.1.7\openwrt\package\kernel\modules\w1.mk
795  GPL.UBNT.v6.1.7\openwrt\package\kernel\modules\wireless.mk
796  GPL.UBNT.v6.1.7\openwrt\package\kexec-tools\files
797  GPL.UBNT.v6.1.7\openwrt\package\kexec-tools\kexec-config.in
798  GPL.UBNT.v6.1.7\openwrt\package\kexec-tools\Makefile
799  GPL.UBNT.v6.1.7\openwrt\package\kexec-tools\patches
800  GPL.UBNT.v6.1.7\openwrt\package\kexec-tools\files\kexec.sh
801  GPL.UBNT.v6.1.7\openwrt\package\kexec-tools\patches\0001-Use-separate-CPPFLAGS-and-LDFLAG
     S-for-purgatory.patch
802  GPL.UBNT.v6.1.7\openwrt\package\kexec-tools\patches\0002-Use-separate-LDFLAGS-for-bin-to-
     hex.patch
803  GPL.UBNT.v6.1.7\openwrt\package\kexec-tools\patches\0003-Give-installed-files-user-writab
```

804   GPL.UBNT.v6.1.7\openwrt\package\kexec-tools\patches\0004-mips_regdefs.patch
805   GPL.UBNT.v6.1.7\openwrt\package\libipfix\extra
806   GPL.UBNT.v6.1.7\openwrt\package\libipfix\Makefile
807   GPL.UBNT.v6.1.7\openwrt\package\libipfix\patches
808   GPL.UBNT.v6.1.7\openwrt\package\libipfix\extra\append-wprobe-ie.pl
809   GPL.UBNT.v6.1.7\openwrt\package\libipfix\extra\wprobe-ie.txt
810   GPL.UBNT.v6.1.7\openwrt\package\libipfix\patches\100-openimp_sync.patch
811   GPL.UBNT.v6.1.7\openwrt\package\libipfix\patches\l10-wprobe_ie.patch
812   GPL.UBNT.v6.1.7\openwrt\package\libnl\patches
813   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\files
814   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\Makefile
815   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src
816   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\files\libnl-tiny.pc
817   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\attr.c
818   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\cache.c
819   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\cache_mngt.c
820   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\error.c
821   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\genl.c
822   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\genl_ctrl.c
823   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\genl_family.c
824   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\genl_mngt.c
825   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\handlers.c
826   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include
827   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\Makefile
828   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\msg.c
829   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\nl.c
830   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\object.c
831   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\socket.c
832   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\linux
833   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink
834   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink-generic.h
835   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink-local.h
836   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink-types.h
837   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\linux\genetlink.h
838   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\linux\gen_stats.h
839   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\linux\if.h
840   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\linux\if_addr.h
841   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\linux\netlink.h
842   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\addr.h
843   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\attr.h
844   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\cache-api.h
845   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\cache.h
846   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\data.h
847   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\errno.h
848   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\genl
849   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\handlers.h
850   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\list.h
851   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\msg.h
852   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\netlink-compat.h
853   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\netlink-kernel.h
854   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\netlink.h
855   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\object-api.h
856   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\object.h
857   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\socket.h
858   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\types.h
859   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\utils.h
860   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\version.h
861   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\genl\ctrl.h
862   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\genl\family.h
863   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\genl\genl.h
864   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\genl\mngt.h
865   GPL.UBNT.v6.1.7\openwrt\package\libpcap\Makefile
866   GPL.UBNT.v6.1.7\openwrt\package\libpcap\patches
867   GPL.UBNT.v6.1.7\openwrt\package\libpcap\patches\100-shared-lib.patch
868   GPL.UBNT.v6.1.7\openwrt\package\libpcap\patches\101-cross-compile-fix.patch
869   GPL.UBNT.v6.1.7\openwrt\package\libpcap\patches\102-alt-ether.patch
870   GPL.UBNT.v6.1.7\openwrt\package\libpcap\patches\103-flex_workaround.patch
871   GPL.UBNT.v6.1.7\openwrt\package\libpcap\patches\104-no_rej_files.patch

```
872   GPL.UBNT.v6.1.7\openwrt\package\libreadline\Makefile
873   GPL.UBNT.v6.1.7\openwrt\package\libreadline\patches
874   GPL.UBNT.v6.1.7\openwrt\package\libreadline\patches\100-fix_avr32_compile
875   GPL.UBNT.v6.1.7\openwrt\package\libssh2\Makefile
876   GPL.UBNT.v6.1.7\openwrt\package\libssh2\patches
877   GPL.UBNT.v6.1.7\openwrt\package\libssh2\patches\100-do-not-compile-tests.patch
878   GPL.UBNT.v6.1.7\openwrt\package\libtool\Makefile
879   GPL.UBNT.v6.1.7\openwrt\package\libtool\patches
880   GPL.UBNT.v6.1.7\openwrt\package\libtool\patches\001-force_dlopen_deplibs.patch
881   GPL.UBNT.v6.1.7\openwrt\package\libtool\patches\100-libdir_path.patch
882   GPL.UBNT.v6.1.7\openwrt\package\libtool\patches\110-no_rpath.patch
883   GPL.UBNT.v6.1.7\openwrt\package\libtool\patches\120-libdir_search.patch
884   GPL.UBNT.v6.1.7\openwrt\package\linux-atm\files
885   GPL.UBNT.v6.1.7\openwrt\package\linux-atm\Makefile
886   GPL.UBNT.v6.1.7\openwrt\package\linux-atm\patches
887   GPL.UBNT.v6.1.7\openwrt\package\linux-atm\files\ipoa.sh
888   GPL.UBNT.v6.1.7\openwrt\package\linux-atm\patches\000-debian_16.patch
889   GPL.UBNT.v6.1.7\openwrt\package\linux-atm\patches\100-subdirs.patch
890   GPL.UBNT.v6.1.7\openwrt\package\linux-atm\patches\200-no_libfl.patch
891   GPL.UBNT.v6.1.7\openwrt\package\linux-atm\patches\300-no_autotools.patch
892   GPL.UBNT.v6.1.7\openwrt\package\linux-atm\patches\400-stdint_local_instead_of_host.patch
893   GPL.UBNT.v6.1.7\openwrt\package\linux-atm\patches\500-reenable_arpd.patch
894   GPL.UBNT.v6.1.7\openwrt\package\linux-atm\patches\600-arpd_includes.patch
895   GPL.UBNT.v6.1.7\openwrt\package\linux-atm\patches\700-libtoolize.patch
896   GPL.UBNT.v6.1.7\openwrt\package\lua\Makefile
897   GPL.UBNT.v6.1.7\openwrt\package\lua\patches
898   GPL.UBNT.v6.1.7\openwrt\package\lua\patches\010-lua-5.1.3-lnum-full-260308.patch
899   GPL.UBNT.v6.1.7\openwrt\package\lua\patches\015-lnum-ppc-compat.patch
900   GPL.UBNT.v6.1.7\openwrt\package\lua\patches\020-shared_liblua.patch
901   GPL.UBNT.v6.1.7\openwrt\package\lua\patches\030-archindependent-bytecode.patch
902   GPL.UBNT.v6.1.7\openwrt\package\lua\patches\100-no_readline.patch
903   GPL.UBNT.v6.1.7\openwrt\package\lua\patches\200-lua-path.patch
904   GPL.UBNT.v6.1.7\openwrt\package\lua\patches\300-opcode_performance.patch
905   GPL.UBNT.v6.1.7\openwrt\package\lua\patches\400-luaposix_5.1.4-embedded.patch
906   GPL.UBNT.v6.1.7\openwrt\package\lua\patches\410-bitlib_25-embedded.patch
907   GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\Makefile
908   GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src
909   GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\config.h
910   GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\console.c
911   GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\console.h
912   GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\devices.c
913   GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\devices.h
914   GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\LICENSE
915   GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\macping.c
916   GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\mactelnet.c
917   GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\mactelnet.h
918   GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\mactelnetd.c
919   GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\mactelnetd.users
920   GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\Makefile
921   GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\md5.c
922   GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\md5.h
923   GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\mndp.c
924   GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\protocol.c
925   GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\protocol.h
926   GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\README.markdown
927   GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\udp.c
928   GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\udp.h
929   GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\users.c
930   GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\users.h
931   GPL.UBNT.v6.1.7\openwrt\package\mac80211\files
932   GPL.UBNT.v6.1.7\openwrt\package\mac80211\Makefile
933   GPL.UBNT.v6.1.7\openwrt\package\mac80211\patches
934   GPL.UBNT.v6.1.7\openwrt\package\mac80211\files\lib
935   GPL.UBNT.v6.1.7\openwrt\package\mac80211\files\lib\wifi
936   GPL.UBNT.v6.1.7\openwrt\package\mac80211\files\lib\wifi\mac80211.sh
937   GPL.UBNT.v6.1.7\openwrt\package\mac80211\patches\001-disable_drivers.patch
938   GPL.UBNT.v6.1.7\openwrt\package\mac80211\patches\004-allow-ap-vlan-modes.patch
939   GPL.UBNT.v6.1.7\openwrt\package\madwifi\Config.in
940   GPL.UBNT.v6.1.7\openwrt\package\madwifi\files
```

```
941  GPL.UBNT.v6.1.7\openwrt\package\madwifi
942  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches
943  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches-upstream
944  GPL.UBNT.v6.1.7\openwrt\package\madwifi\files\etc
945  GPL.UBNT.v6.1.7\openwrt\package\madwifi\files\lib
946  GPL.UBNT.v6.1.7\openwrt\package\madwifi\files\etc\hotplug.d
947  GPL.UBNT.v6.1.7\openwrt\package\madwifi\files\etc\hotplug.d\net
948  GPL.UBNT.v6.1.7\openwrt\package\madwifi\files\etc\hotplug.d\net\10-madwifi
949  GPL.UBNT.v6.1.7\openwrt\package\madwifi\files\lib\wifi
950  GPL.UBNT.v6.1.7\openwrt\package\madwifi\files\lib\wifi\madwifi.sh
951  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\102-multicall_binary.patch
952  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\104-autocreate_none.patch
953  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\105-ratectl_attach.patch
954  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\106-get_arch.patch
955  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\111-minstrel_crash.patch
956  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\113-no_ibss_pwrsave.patch
957  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\122-replayfail_workaround.patch
958  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\123-ccmp_checks.patch
959  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\124-linux24_compat.patch
960  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\126-rxerr_frames.patch
961  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\200-no_debug.patch
962  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\201-debug_fix.patch
963  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\202-debug_variables.patch
964  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\300-napi_polling.patch
965  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\305-pureg_fix.patch
966  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\309-micfail_detect.patch
967  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\310-noise_get.patch
968  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\311-bssid_alloc.patch
969  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\312-erpupdate.patch
970  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\317-bmask.patch
971  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\323-dfs_optional.patch
972  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\324-alignment.patch
973  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\325-channel_spam.patch
974  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\327-queue.patch
975  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\330-beaconcal.patch
976  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\331-memory_alloc.patch
977  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\332-reset_beacons.patch
978  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\333-apscan_mode.patch
979  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\334-input.patch
980  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\340-maxrate.patch
981  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\341-minrate.patch
982  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\342-performance.patch
983  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\343-txqueue_races.patch
984  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\344-minstrel_failcnt.patch
985  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\345-minstrel_sampling.patch
986  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\346-protmode_trig.patch
987  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\347-tuning.patch
988  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\348-ackcts.patch
989  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\349-reset.patch
990  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\350-wisoc_softled.patch
991  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\351-scanlist.patch
992  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\352-ani_fix.patch
993  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\353-devid.patch
994  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\354-ifxmips_eeprom.patch
995  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\355-eap_auth_disassoc.patch
996  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\356-hidden_ssid.patch
997  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\357-bgscan_thresh.patch
998  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\358-ignore_broken_bssid.patch
999  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\359-disable_reassoc.patch
1000 GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\360-sta_nodes.patch
1001 GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\361-bmiss_handling.patch
1002 GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\362-rssithr.patch
1003 GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\363-fix_turbo.patch
1004 GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\364-memory_alloc.patch
1005 GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\365-turbo_channelsearch.patch
1006 GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\366-bstuck_thresh.patch
1007 GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\367-roaming.patch
1008 GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\368-sta_ie_preserve.patch
1009 GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\369-mlme_assoc.patch
```

```
1010   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\371-queue_vif.patch
1011   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\372-queue_vif.patch
1012   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\373-sanity_check.patch
1013   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\374-nbtt_fix.patch
1014   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\375-atim_tsf_update.patch
1015   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\377-disable_vlan_code.patch
1016   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\378-adhoc_crash_fix.patch
1017   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\379-invalid_rate_fix.patch
1018   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\380-noderef_hack.patch
1019   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\381-ibss_modes.patch
1020   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\382-relax_bintval.patch
1021   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\383-ibss_hostap.patch
1022   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\384-hwdetect.patch
1023   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\385-antenna_fix.patch
1024   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\386-acl_crashfix.patch
1025   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\387-maxassoc.patch
1026   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\388-apsta_fix.patch
1027   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\389-autochannel.patch
1028   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\390-frame_type.patch
1029   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\391-vap_auth.patch
1030   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\392-remove_wds_nodetracking.patch
1031   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\393-mbss_vap_auth.patch
1032   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\394-probereq.patch
1033   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\395-ath_ff_unmap.patch
1034   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\396-napi_ff_fix.patch
1035   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\400-new_hal.patch
1036   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\401-changeset_r3602.patch
1037   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\402-changeset_r3603.patch
1038   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\403-changeset_r3605.patch
1039   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\404-linux24_fix.patch
1040   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\405-retransmit_check.patch
1041   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\406-monitor_r3711.patch
1042   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\407-new_athinfo.patch
1043   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\408-changeset_r3337.patch
1044   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\409-wext_compat.patch
1045   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\410-ar231x_2.6.28.patch
1046   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\411-autochannel_multi.patch
1047   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\412-fragmentation_fix.patch
1048   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\413-rxorn.patch
1049   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\414-txpower.patch
1050   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\415-chan_switch.patch
1051   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\416-wprobe.patch
1052   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\417-beacon_txpower.patch
1053   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\419-skb_unmap_crash.patch
1054   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\420-diversity_fix.patch
1055   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\421-channel_handling.patch
1056   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\422-confchange_reset.patch
1057   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\423-phyerr_handling.patch
1058   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\424-timing.patch
1059   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\425-rc_rexmit.patch
1060   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\426-header_len.patch
1061   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\427-ignore_eeprom_ff.patch
1062   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\430-use_netdev_priv.patch
1063   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\431-compile_fixes.patch
1064   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\432-netdev_ops.patch
1065   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\433-backport_remove_irq_none.patch
1066   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\434-name-alloc-fix.patch
1067   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\435-ibss_neighbor_fix.patch
1068   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\436-injection_checks.patch
1069   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\437-sysctl_cleanup.patch
1070   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\438-poweroffset_sysctl.patch
1071   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\439-wlanconfig_stack_usage.patch
1072   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\440-wme_cleanup.patch
1073   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\441-fix_ibss_node_handling.patch
1074   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\442-ibss_rx_filter.patch
1075   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\443-tx_drop_counter.patch
1076   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\444-beacon_update_war.patch
1077   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\445-fix_ps_sta_count.patch
1078   GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\446-single_module.patch
```

```
1079    GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\447-regdomain.patch
1080    GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\448-beacon_handling_fixes.patch
1081    GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\449-fix_txbuf_leak.patch
1082    GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\450-calibration.patch
1083    GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\451-ibss_race_fix.patch
1084    GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\452-minstrel_no_timer.patch
1085    GPL.UBNT.v6.1.7\openwrt\package\mmc_over_gpio\files
1086    GPL.UBNT.v6.1.7\openwrt\package\mmc_over_gpio\Makefile
1087    GPL.UBNT.v6.1.7\openwrt\package\mmc_over_gpio\files\mmc_over_gpio.init
1088    GPL.UBNT.v6.1.7\openwrt\package\mtd\Makefile
1089    GPL.UBNT.v6.1.7\openwrt\package\mtd\src
1090    GPL.UBNT.v6.1.7\openwrt\package\mtd\src\crc32.c
1091    GPL.UBNT.v6.1.7\openwrt\package\mtd\src\crc32.h
1092    GPL.UBNT.v6.1.7\openwrt\package\mtd\src\fis.c
1093    GPL.UBNT.v6.1.7\openwrt\package\mtd\src\fis.h
1094    GPL.UBNT.v6.1.7\openwrt\package\mtd\src\jffs2.c
1095    GPL.UBNT.v6.1.7\openwrt\package\mtd\src\jffs2.h
1096    GPL.UBNT.v6.1.7\openwrt\package\mtd\src\Makefile
1097    GPL.UBNT.v6.1.7\openwrt\package\mtd\src\mtd-api.h
1098    GPL.UBNT.v6.1.7\openwrt\package\mtd\src\mtd.c
1099    GPL.UBNT.v6.1.7\openwrt\package\mtd\src\mtd.h
1100    GPL.UBNT.v6.1.7\openwrt\package\mtd\src\trx.c
1101    GPL.UBNT.v6.1.7\openwrt\package\ncurses\Makefile
1102    GPL.UBNT.v6.1.7\openwrt\package\ncurses\patches
1103    GPL.UBNT.v6.1.7\openwrt\package\ncurses\patches\500-cross.patch
1104    GPL.UBNT.v6.1.7\openwrt\package\nozomi\files
1105    GPL.UBNT.v6.1.7\openwrt\package\nozomi\Makefile
1106    GPL.UBNT.v6.1.7\openwrt\package\nozomi\patches
1107    GPL.UBNT.v6.1.7\openwrt\package\nozomi\files\Makefile
1108    GPL.UBNT.v6.1.7\openwrt\package\nozomi\patches\001-devfs.patch
1109    GPL.UBNT.v6.1.7\openwrt\package\nozomi\patches\002-nozomi_vf_01.patch
1110    GPL.UBNT.v6.1.7\openwrt\package\nvram\files
1111    GPL.UBNT.v6.1.7\openwrt\package\nvram\Makefile
1112    GPL.UBNT.v6.1.7\openwrt\package\nvram\src
1113    GPL.UBNT.v6.1.7\openwrt\package\nvram\files\nvram.init
1114    GPL.UBNT.v6.1.7\openwrt\package\nvram\src\include
1115    GPL.UBNT.v6.1.7\openwrt\package\nvram\src\main.c
1116    GPL.UBNT.v6.1.7\openwrt\package\nvram\src\Makefile
1117    GPL.UBNT.v6.1.7\openwrt\package\nvram\src\nvram.c
1118    GPL.UBNT.v6.1.7\openwrt\package\nvram\src\include\bcmnvram.h
1119    GPL.UBNT.v6.1.7\openwrt\package\nvram\src\include\bcmutils.h
1120    GPL.UBNT.v6.1.7\openwrt\package\nvram\src\include\shutils.h
1121    GPL.UBNT.v6.1.7\openwrt\package\nvram\src\include\typedefs.h
1122    GPL.UBNT.v6.1.7\openwrt\package\nvram\src\include\wlutils.h
1123    GPL.UBNT.v6.1.7\openwrt\package\nvram-brcm47xx\files
1124    GPL.UBNT.v6.1.7\openwrt\package\nvram-brcm47xx\Makefile
1125    GPL.UBNT.v6.1.7\openwrt\package\nvram-brcm47xx\src
1126    GPL.UBNT.v6.1.7\openwrt\package\nvram-brcm47xx\files\nvram.init
1127    GPL.UBNT.v6.1.7\openwrt\package\nvram-brcm47xx\src\cli.c
1128    GPL.UBNT.v6.1.7\openwrt\package\nvram-brcm47xx\src\crc.c
1129    GPL.UBNT.v6.1.7\openwrt\package\nvram-brcm47xx\src\Makefile
1130    GPL.UBNT.v6.1.7\openwrt\package\nvram-brcm47xx\src\nvram.c
1131    GPL.UBNT.v6.1.7\openwrt\package\nvram-brcm47xx\src\nvram.h
1132    GPL.UBNT.v6.1.7\openwrt\package\nvram-brcm47xx\src\sdinitvals.h
1133    GPL.UBNT.v6.1.7\openwrt\package\ocf-crypto-headers\Makefile
1134    GPL.UBNT.v6.1.7\openwrt\package\ocf-crypto-headers\src
1135    GPL.UBNT.v6.1.7\openwrt\package\ocf-crypto-headers\src\cryptodev.h
1136    GPL.UBNT.v6.1.7\openwrt\package\openssl\Makefile
1137    GPL.UBNT.v6.1.7\openwrt\package\openssl\patches
1138    GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\110-optimize-for-size.patch
1139    GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\120-makedepend.patch
1140    GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\130-perl-path.patch
1141    GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\140-makefile-dirs.patch
1142    GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\150-no_engines.patch
1143    GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\160-disable_doc_tests.patch
1144    GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\170-bash_path.patch
1145    GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\200-ocf.patch
1146    GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\205-use_local_cryptodev_h.patch
1147    GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\300-etrax_support.patch
```

```
1148    GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\400-cve-2009-0789.patch
1149    GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\401-cve-2009-0590.patch
1150    GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\402-cve-2009-1377.patch
1151    GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\403-cve-2009-1378.patch
1152    GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\404-cve-2009-1379.patch
1153    GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\405-cve-2009-1387.patch
1154    GPL.UBNT.v6.1.7\openwrt\package\opkg\files
1155    GPL.UBNT.v6.1.7\openwrt\package\opkg\Makefile
1156    GPL.UBNT.v6.1.7\openwrt\package\opkg\patches
1157    GPL.UBNT.v6.1.7\openwrt\package\opkg\files\opkg.conf
1158    GPL.UBNT.v6.1.7\openwrt\package\opkg\patches\001-use-wget
1159    GPL.UBNT.v6.1.7\openwrt\package\opkg\patches\002-remove-gpg-warning
1160    GPL.UBNT.v6.1.7\openwrt\package\opkg\patches\003-fs_overlay_support.patch
1161    GPL.UBNT.v6.1.7\openwrt\package\opkg\patches\004-host_cpu.patch
1162    GPL.UBNT.v6.1.7\openwrt\package\opkg\patches\005-fix_force_space.patch
1163    GPL.UBNT.v6.1.7\openwrt\package\pcmcia-cs\Makefile
1164    GPL.UBNT.v6.1.7\openwrt\package\pcmcia-cs\patches
1165    GPL.UBNT.v6.1.7\openwrt\package\pcmcia-cs\patches\001-config-novatel_merlin_u630.patch
1166    GPL.UBNT.v6.1.7\openwrt\package\pcmcia-cs\patches\002-serial-cardctl_path.patch
1167    GPL.UBNT.v6.1.7\openwrt\package\pcmcia-cs\patches\003-cardmgr_c.patch
1168    GPL.UBNT.v6.1.7\openwrt\package\pcmcia-cs\patches\004-pcmcia_resources.patch
1169    GPL.UBNT.v6.1.7\openwrt\package\php2\Makefile
1170    GPL.UBNT.v6.1.7\openwrt\package\ppp\files
1171    GPL.UBNT.v6.1.7\openwrt\package\ppp\Makefile
1172    GPL.UBNT.v6.1.7\openwrt\package\ppp\src
1173    GPL.UBNT.v6.1.7\openwrt\package\ppp\files\etc
1174    GPL.UBNT.v6.1.7\openwrt\package\ppp\files\ip-down
1175    GPL.UBNT.v6.1.7\openwrt\package\ppp\files\ip-up
1176    GPL.UBNT.v6.1.7\openwrt\package\ppp\files\ipv6-down
1177    GPL.UBNT.v6.1.7\openwrt\package\ppp\files\ipv6-down.d
1178    GPL.UBNT.v6.1.7\openwrt\package\ppp\files\ipv6-up
1179    GPL.UBNT.v6.1.7\openwrt\package\ppp\files\ipv6-up.d
1180    GPL.UBNT.v6.1.7\openwrt\package\ppp\files\ppp.sh
1181    GPL.UBNT.v6.1.7\openwrt\package\ppp\files\pppoa.sh
1182    GPL.UBNT.v6.1.7\openwrt\package\ppp\files\pppoe.sh
1183    GPL.UBNT.v6.1.7\openwrt\package\ppp\files\ipv6-down.d\01-defaultroute
1184    GPL.UBNT.v6.1.7\openwrt\package\ppp\files\ipv6-up.d\01-defaultroute
1185    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\Changes-2.3
1186    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\chat
1187    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\common
1188    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\configure
1189    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\contrib
1190    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\etc.ppp
1191    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\FAQ
1192    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include
1193    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\linux
1194    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\modules
1195    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\PLUGINS
1196    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd
1197    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppdump
1198    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppstats
1199    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\README
1200    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\README.cbcp
1201    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\README.eap-srp
1202    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\README.linux
1203    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\README.MPPE
1204    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\README.MSCHAP80
1205    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\README.MSCHAP81
1206    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\README.pppoe
1207    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\README.pwfd
1208    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\README.sol2
1209    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts
1210    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\SETUP
1211    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris
1212    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\chat\chat.8
1213    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\chat\chat.c
1214    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\chat\Makefile.linux
1215    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\chat\Makefile.sol2
1216    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\common\zlib.c
```

```
1217  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\contrib
1218  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\contrib\pppgetpass
1219  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\contrib\pppgetpass\Makefile.linux
1220  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\contrib\pppgetpass\pppgetpass.8
1221  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\contrib\pppgetpass\pppgetpass.gtk.c
1222  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\contrib\pppgetpass\pppgetpass.sh
1223  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\contrib\pppgetpass\pppgetpass.vt.c
1224  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\etc.ppp\chap-secrets
1225  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\etc.ppp\options
1226  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\etc.ppp\pap-secrets
1227  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\linux
1228  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\net
1229  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\pcap-int.h
1230  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\linux\if_ether.h
1231  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\linux\if_ppp.h
1232  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\linux\if_pppox.h
1233  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\linux\if_pppvar.h
1234  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\linux\ppp-comp.h
1235  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\linux\ppp_defs.h
1236  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\net\if_ppp.h
1237  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\net\ppp-comp.h
1238  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\net\pppio.h
1239  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\net\ppp_defs.h
1240  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\net\slcompress.h
1241  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\net\vjcompress.h
1242  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\linux\Makefile.top
1243  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\modules\bsd-comp.c
1244  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\modules\deflate.c
1245  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\modules\if_ppp.c
1246  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\modules\ppp.c
1247  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\modules\ppp_ahdlc.c
1248  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\modules\ppp_comp.c
1249  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\modules\ppp_mod.h
1250  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\modules\vjcompress.c
1251  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\auth.c
1252  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\cbcp.c
1253  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\cbcp.h
1254  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\ccp.c
1255  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\ccp.h
1256  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\chap-md5.c
1257  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\chap-md5.h
1258  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\chap-new.c
1259  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\chap-new.h
1260  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\chap_ms.c
1261  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\chap_ms.h
1262  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\demand.c
1263  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\eap.c
1264  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\eap.h
1265  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\ecp.c
1266  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\ecp.h
1267  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\eui64.c
1268  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\eui64.h
1269  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\fsm.c
1270  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\fsm.h
1271  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\ipcp.c
1272  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\ipcp.h
1273  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\ipv6cp.c
1274  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\ipv6cp.h
1275  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\ipxcp.c
1276  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\ipxcp.h
1277  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\lcp.c
1278  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\lcp.h
1279  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\magic.c
1280  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\magic.h
1281  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\main.c
1282  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\Makefile.linux
1283  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\Makefile.sol2
1284  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\md4.c
1285  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\md4.h
```

```
1286    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\md5.h
1287    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\md5.h
1288    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\multilink.c
1289    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\options.c
1290    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\patchlevel.h
1291    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\pathnames.h
1292    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins
1293    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\ppp.pam
1294    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\pppcrypt.c
1295    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\pppcrypt.h
1296    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\pppd.8
1297    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\pppd.h
1298    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\sha1.c
1299    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\sha1.h
1300    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\spinlock.c
1301    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\spinlock.h
1302    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\srp-entry.8
1303    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\srp-entry.c
1304    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\sys-linux.c
1305    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\sys-solaris.c
1306    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\tdb.c
1307    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\tdb.h
1308    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\tty.c
1309    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\upap.c
1310    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\upap.h
1311    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\utils.c
1312    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\Makefile.linux
1313    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\Makefile.sol2
1314    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\minconn.c
1315    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\passprompt.c
1316    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\passwordfd.c
1317    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\pppoatm
1318    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius
1319    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\rp-pppoe
1320    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\winbind.c
1321    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\pppoatm\ans.c
1322    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\pppoatm\atm.h
1323    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\pppoatm\atmres.h
1324    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\pppoatm\atmsap.h
1325    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\pppoatm\COPYING
1326    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\pppoatm\Makefile.linux
1327    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\pppoatm\misc.c
1328    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\pppoatm\pppoatm.c
1329    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\pppoatm\text2atm.c
1330    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\pppoatm\text2qos.c
1331    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\avpair.c
1332    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\buildreq.c
1333    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\clientid.c
1334    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\config.c
1335    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\COPYRIGHT
1336    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\dict.c
1337    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\etc
1338    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\includes.h
1339    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\ip_util.c
1340    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\lock.c
1341    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\Makefile.linux
1342    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\md5.c
1343    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\options.h
1344    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\pathnames.h
1345    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\pppd-radattr.8
1346    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\pppd-radius.8
1347    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\radattr.c
1348    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\radius.c
1349    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\radiusclient.h
1350    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\radrealms.c
1351    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\sendserver.c
1352    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\util.c
1353    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\etc\dictionary
1354    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\etc\dictionary.ascend
```

```
1355    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\etc\dictionary.compat
1356    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\etc\dictionary.merit
1357    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\etc\dictionary.microsoft
1358    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\etc\issue
1359    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\etc\port-id-map
1360    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\etc\radiusclient.conf
1361    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\etc\radiusclient.conf.in
1362    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\etc\realms
1363    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\etc\servers
1364    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\rp-pppoe\common.c
1365    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\rp-pppoe\config.h
1366    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\rp-pppoe\debug.c
1367    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\rp-pppoe\discovery.c
1368    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\rp-pppoe\if.c
1369    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\rp-pppoe\Makefile.linux
1370    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\rp-pppoe\plugin.c
1371    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\rp-pppoe\pppoe-discovery.c
1372    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\rp-pppoe\pppoe.h
1373    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppdump\bsd-comp.c
1374    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppdump\deflate.c
1375    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppdump\Makefile.linux
1376    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppdump\Makefile.sol2
1377    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppdump\ppp-comp.h
1378    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppdump\pppdump.8
1379    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppdump\pppdump.c
1380    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppdump\zlib.c
1381    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppdump\zlib.h
1382    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppstats\Makefile.linux
1383    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppstats\Makefile.sol2
1384    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppstats\pppstats.8
1385    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppstats\pppstats.c
1386    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\autopppd
1387    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\callback
1388    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\chat-callback
1389    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\chatchat
1390    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\ip-down
1391    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\ip-down.local.add
1392    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\ip-up
1393    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\ip-up.local.add
1394    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\ipv6-down.sample
1395    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\ipv6-up.sample
1396    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\options-rsh-loc
1397    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\options-rsh-rem
1398    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\options-ssh-loc
1399    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\options-ssh-rem
1400    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\plog
1401    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\poff
1402    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\pon
1403    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\pon.1
1404    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\ppp-off
1405    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\ppp-on
1406    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\ppp-on-dialer
1407    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\ppp-on-rsh
1408    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\ppp-on-ssh
1409    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\README
1410    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\redialer
1411    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\secure-card
1412    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\chatchat\chatchat.c
1413    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\chatchat\README
1414    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\Makedefs
1415    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\Makedefs.gcc
1416    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\Makedefs.sol2
1417    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\Makefile.sol2
1418    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\Makefile.sol2-64
1419    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\Makefile.sol2-64x
1420    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\Makefile.sol2gcc
1421    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\Makefile.sol2gcc-64
1422    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\Makefile.sol2gcc-64x
1423    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\Makefile.top
```

```
1424  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\Makefile
1425  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\ppp.conf
1426  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\ppp_ahdlc.c
1427  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\ppp_ahdlc_mod.c
1428  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\ppp_comp.c
1429  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\ppp_comp_mod.c
1430  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\ppp_mod.c
1431  GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\ppp_mod.h
1432  GPL.UBNT.v6.1.7\openwrt\package\pptp\files
1433  GPL.UBNT.v6.1.7\openwrt\package\pptp\Makefile
1434  GPL.UBNT.v6.1.7\openwrt\package\pptp\files\options.pptp
1435  GPL.UBNT.v6.1.7\openwrt\package\pptp\files\pptp.sh
1436  GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files
1437  GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\Makefile
1438  GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\etc
1439  GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\usr
1440  GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\etc\config
1441  GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\etc\hotplug.d
1442  GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\etc\init.d
1443  GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\etc\config\qos
1444  GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\etc\hotplug.d\iface
1445  GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\etc\hotplug.d\iface\10-qos
1446  GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\etc\init.d\qos
1447  GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\usr\bin
1448  GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\usr\lib
1449  GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\usr\bin\qos-start
1450  GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\usr\bin\qos-stat
1451  GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\usr\bin\qos-stop
1452  GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\usr\lib\qos
1453  GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\usr\lib\qos\generate.sh
1454  GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\usr\lib\qos\tcrules.awk
1455  GPL.UBNT.v6.1.7\openwrt\package\radvd\files
1456  GPL.UBNT.v6.1.7\openwrt\package\radvd\Makefile
1457  GPL.UBNT.v6.1.7\openwrt\package\radvd\patches
1458  GPL.UBNT.v6.1.7\openwrt\package\radvd\files\radvd.config
1459  GPL.UBNT.v6.1.7\openwrt\package\radvd\files\radvd.init
1460  GPL.UBNT.v6.1.7\openwrt\package\radvd\patches\001-fix_avr32_compile
1461  GPL.UBNT.v6.1.7\openwrt\package\radvd\patches\002-no_libfl.patch
1462  GPL.UBNT.v6.1.7\openwrt\package\radvd\patches\003-linux_old_compat.patch
1463  GPL.UBNT.v6.1.7\openwrt\package\radvd\patches\005-no-daemon.patch
1464  GPL.UBNT.v6.1.7\openwrt\package\radvd\patches\010-nofail-conf-permitions.patch
1465  GPL.UBNT.v6.1.7\openwrt\package\radvd\patches\012-nofail-ipv6-forwarding.patch
1466  GPL.UBNT.v6.1.7\openwrt\package\robocfg\Makefile
1467  GPL.UBNT.v6.1.7\openwrt\package\robocfg\src
1468  GPL.UBNT.v6.1.7\openwrt\package\robocfg\src\etc53xx.h
1469  GPL.UBNT.v6.1.7\openwrt\package\robocfg\src\Makefile
1470  GPL.UBNT.v6.1.7\openwrt\package\robocfg\src\robocfg.c
1471  GPL.UBNT.v6.1.7\openwrt\package\rt2570\Makefile
1472  GPL.UBNT.v6.1.7\openwrt\package\siit\Makefile
1473  GPL.UBNT.v6.1.7\openwrt\package\siit\src
1474  GPL.UBNT.v6.1.7\openwrt\package\siit\src\Makefile
1475  GPL.UBNT.v6.1.7\openwrt\package\siit\src\siit.c
1476  GPL.UBNT.v6.1.7\openwrt\package\siit\src\siit.h
1477  GPL.UBNT.v6.1.7\openwrt\package\spi-ks8995\Makefile
1478  GPL.UBNT.v6.1.7\openwrt\package\spi-ks8995\src
1479  GPL.UBNT.v6.1.7\openwrt\package\spi-ks8995\src\Kconfig
1480  GPL.UBNT.v6.1.7\openwrt\package\spi-ks8995\src\Makefile
1481  GPL.UBNT.v6.1.7\openwrt\package\spi-ks8995\src\spi_ks8995.c
1482  GPL.UBNT.v6.1.7\openwrt\package\swconfig\files
1483  GPL.UBNT.v6.1.7\openwrt\package\swconfig\Makefile
1484  GPL.UBNT.v6.1.7\openwrt\package\swconfig\src
1485  GPL.UBNT.v6.1.7\openwrt\package\swconfig\files\switch.sh
1486  GPL.UBNT.v6.1.7\openwrt\package\swconfig\src\cli.c
1487  GPL.UBNT.v6.1.7\openwrt\package\swconfig\src\Makefile
1488  GPL.UBNT.v6.1.7\openwrt\package\swconfig\src\swlib.c
1489  GPL.UBNT.v6.1.7\openwrt\package\swconfig\src\swlib.h
1490  GPL.UBNT.v6.1.7\openwrt\package\swconfig\src\uci.c
1491  GPL.UBNT.v6.1.7\openwrt\package\switch\files
1492  GPL.UBNT.v6.1.7\openwrt\package\switch\Makefile
```

```
1493   GPL.UBNT.v6.1.7\openwrt\package\switch\files
1494   GPL.UBNT.v6.1.7\openwrt\package\switch\files\switch.sh
1495   GPL.UBNT.v6.1.7\openwrt\package\switch\src\etc53xx.h
1496   GPL.UBNT.v6.1.7\openwrt\package\switch\src\gpio-bcm947xx.h
1497   GPL.UBNT.v6.1.7\openwrt\package\switch\src\gpio.h
1498   GPL.UBNT.v6.1.7\openwrt\package\switch\src\Makefile
1499   GPL.UBNT.v6.1.7\openwrt\package\switch\src\switch-adm.c
1500   GPL.UBNT.v6.1.7\openwrt\package\switch\src\switch-core.c
1501   GPL.UBNT.v6.1.7\openwrt\package\switch\src\switch-core.h
1502   GPL.UBNT.v6.1.7\openwrt\package\switch\src\switch-robo.c
1503   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files
1504   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\Makefile
1505   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\patches
1506   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board
1507   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\common
1508   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu
1509   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\drivers
1510   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include
1511   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap
1512   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_generic
1513   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\net
1514   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\tools
1515   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube
1516   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\config.mk
1517   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\danube.c
1518   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings.h
1519   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings_111.h
1520   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings_166.h
1521   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings_e111.h
1522   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings_e166.h
1523   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings_PROMOSDDR400.h
1524   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings_psc_166.h
1525   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings_r111.h
1526   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings_r166.h
1527   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings_Samsung_166.h
1528   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\flash.c
1529   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\lowlevel_init.S
1530   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\Makefile
1531   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\pmuenable.S
1532   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\README
1533   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\u-boot-bootstrap.lds
1534   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\u-boot.lds
1535   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\common\flash_danube.c
1536   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips
1537   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube
1538   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\asc_serial.c
1539   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\asc_serial.h
1540   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\au1x00_eth.c
1541   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\au1x00_serial.c
1542   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\au1x00_usb_ohci.c
1543   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\au1x00_usb_ohci.h
1544   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\cache.S
1545   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\config.mk
1546   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\cpu.c
1547   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\ifx_asc.c
1548   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\ifx_cache.S
1549   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\ifx_cgu.c
1550   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\ifx_cgu.h
1551   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\ifx_clock.c
1552   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\ifx_cpu.c
1553   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\ifx_start.S
1554   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\incaip_clock.c
1555   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\incaip_wdt.S
1556   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\interrupts.c
1557   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\Makefile
1558   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\start.S
1559   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\start_bootstrap.S
```

```
1560    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include\asm-mips
1561    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include\asm-mips
1562    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include\boot.h
1563    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include\configs
1564    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include\LzmaWrapper.h
1565    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include\asm-mips\danube.h
1566    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include\asm-mips\errno.h
1567    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include\asm-mips\ifx_asc.h
1568    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include\asm-mips\inca-ip2.h
1569    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include\asm-mips\pinstrap.h
1570    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include\asm-mips\romconfig.h
1571    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include\configs\danube.h
1572    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include\configs\ifx_cfg.h
1573    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include\configs\ifx_extra_env.h
1574    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\bootstrap_board_danube.
        c
1575    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\console.c
1576    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\crc32.c
1577    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\ctype.c
1578    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\devices.c
1579    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\display_options.c
1580    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\lists.c
1581    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\LzmaDecode.c
1582    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\LzmaDecode.h
1583    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\LzmaTypes.h
1584    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\LzmaWrapper.c
1585    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\Makefile
1586    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\string.c
1587    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\time.c
1588    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\vsprintf.c
1589    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_generic\LzmaDecode.c
1590    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_generic\LzmaDecode.h
1591    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_generic\LzmaTypes.h
1592    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_generic\LzmaWrapper.c
1593    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\net\ifx_eth.c
1594    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\net\net_danube.c
1595    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\net\nfs_danube.c
1596    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\net\tftp_danube.c
1597    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\tools\crc32_danube.c
1598    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\tools\environment_danube.c
1599    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\patches\100-ifx.patch
1600    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\Makefile
1601    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src
1602    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\bsdqueue.h
1603    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\cryptodev.h
1604    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\hmachack.h
1605    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\Makefile
1606    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\md5.c
1607    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\md5.h
1608    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\ocf-compat.h
1609    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\openbsd
1610    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\sha1.c
1611    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\sha1.h
1612    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\ubsecreg.h
1613    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\ubsecvar.h
1614    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\ubsec_ssb.c
1615    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\uio.h
1616    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\openbsd\ubsec.c
1617    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\openbsd\ubsecreg.h
1618    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\openbsd\ubsecvar.h
1619    GPL.UBNT.v6.1.7\openwrt\package\uci\files
1620    GPL.UBNT.v6.1.7\openwrt\package\uci\Makefile
1621    GPL.UBNT.v6.1.7\openwrt\package\uci\files\lib
1622    GPL.UBNT.v6.1.7\openwrt\package\uci\files\lib\config
1623    GPL.UBNT.v6.1.7\openwrt\package\uci\files\lib\config\uci.sh
1624    GPL.UBNT.v6.1.7\openwrt\package\udev\files
1625    GPL.UBNT.v6.1.7\openwrt\package\udev\Makefile
1626    GPL.UBNT.v6.1.7\openwrt\package\udev\patches
1627    GPL.UBNT.v6.1.7\openwrt\package\udev\udevextras-config.in
```

```
1628   GPL.UBNT.v6.1.7\openwrt\package\udev\patches
1629   GPL.UBNT.v6.1.7\openwrt\package\udev\patches\001-no_debug.patch
1630   GPL.UBNT.v6.1.7\openwrt\package\udev\patches\002-udevtrigger_no_config.patch
1631   GPL.UBNT.v6.1.7\openwrt\package\udev\patches\003-portability.patch
1632   GPL.UBNT.v6.1.7\openwrt\package\udev\patches\901-cve-2009-1185.patch
1633   GPL.UBNT.v6.1.7\openwrt\package\usb-modeswitch\files
1634   GPL.UBNT.v6.1.7\openwrt\package\usb-modeswitch\Makefile
1635   GPL.UBNT.v6.1.7\openwrt\package\usb-modeswitch\files\modeswitch.hotplug
1636   GPL.UBNT.v6.1.7\openwrt\package\usb-modeswitch-data\Makefile
1637   GPL.UBNT.v6.1.7\openwrt\package\util-linux-ng\Makefile
1638   GPL.UBNT.v6.1.7\openwrt\package\util-linux-ng\patches
1639   GPL.UBNT.v6.1.7\openwrt\package\util-linux-ng\patches\001-cris_avr32_label.patch
1640   GPL.UBNT.v6.1.7\openwrt\package\w1-gpio-custom\Makefile
1641   GPL.UBNT.v6.1.7\openwrt\package\w1-gpio-custom\src
1642   GPL.UBNT.v6.1.7\openwrt\package\w1-gpio-custom\src\Kconfig
1643   GPL.UBNT.v6.1.7\openwrt\package\w1-gpio-custom\src\Makefile
1644   GPL.UBNT.v6.1.7\openwrt\package\w1-gpio-custom\src\w1-gpio-custom.c
1645   GPL.UBNT.v6.1.7\openwrt\package\wireless-tools\Makefile
1646   GPL.UBNT.v6.1.7\openwrt\package\wireless-tools\patches
1647   GPL.UBNT.v6.1.7\openwrt\package\wireless-tools\patches\001-debian.patch
1648   GPL.UBNT.v6.1.7\openwrt\package\wireless-tools\patches\010-wireless-max-frequencies.patch
1649   GPL.UBNT.v6.1.7\openwrt\package\wireless-tools\patches\020-always-respect-e2big.patch
1650   GPL.UBNT.v6.1.7\openwrt\package\wireless-tools\patches\030-iwevent-in-iwmulticall.patch
1651   GPL.UBNT.v6.1.7\openwrt\package\wireless-tools\patches\050-oui-check-logic.patch
1652   GPL.UBNT.v6.1.7\openwrt\package\wireless-tools\patches\060-scan-progress.patch
1653   GPL.UBNT.v6.1.7\openwrt\package\wireless-tools\patches\070-unaligned-pointer-fix.patch
1654   GPL.UBNT.v6.1.7\openwrt\package\wireless-tools\patches\40-iwevent-syslog.patch
1655   GPL.UBNT.v6.1.7\openwrt\package\wireless-tools\patches\41-hide-scan-complete.patch
1656   GPL.UBNT.v6.1.7\openwrt\package\wireless-tools\patches\50-giwscan-timeout.patch
1657   GPL.UBNT.v6.1.7\openwrt\package\wpa_supplicant\config
1658   GPL.UBNT.v6.1.7\openwrt\package\wpa_supplicant\Config.in
1659   GPL.UBNT.v6.1.7\openwrt\package\wpa_supplicant\files
1660   GPL.UBNT.v6.1.7\openwrt\package\wpa_supplicant\Makefile
1661   GPL.UBNT.v6.1.7\openwrt\package\wpa_supplicant\patches
1662   GPL.UBNT.v6.1.7\openwrt\package\wpa_supplicant\files\wpa_supplicant.sh
1663   GPL.UBNT.v6.1.7\openwrt\package\wpa_supplicant\patches\100-timestamp_check.patch
1664   GPL.UBNT.v6.1.7\openwrt\package\wpa_supplicant\patches\110-roaming.patch
1665   GPL.UBNT.v6.1.7\openwrt\package\wpa_supplicant\patches\120-ssid_scan.patch
1666   GPL.UBNT.v6.1.7\openwrt\package\wpa_supplicant\patches\130-scanning.patch
1667   GPL.UBNT.v6.1.7\openwrt\package\wpa_supplicant\patches\140-quality.patch
1668   GPL.UBNT.v6.1.7\openwrt\package\wprobe\files
1669   GPL.UBNT.v6.1.7\openwrt\package\wprobe\Makefile
1670   GPL.UBNT.v6.1.7\openwrt\package\wprobe\src
1671   GPL.UBNT.v6.1.7\openwrt\package\wprobe\files\wprobe.config
1672   GPL.UBNT.v6.1.7\openwrt\package\wprobe\files\wprobe.init
1673   GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\exporter
1674   GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\filter
1675   GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\kernel
1676   GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\Makefile.inc
1677   GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\user
1678   GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\exporter\Makefile
1679   GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\exporter\wprobe-export.c
1680   GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\exporter\wprobe-export.h
1681   GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\filter\gen_filter.pl
1682   GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\filter\pfc.c
1683   GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\filter\README.txt
1684   GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\kernel\linux
1685   GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\kernel\Makefile
1686   GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\kernel\wprobe-core.c
1687   GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\kernel\wprobe-dummy.c
1688   GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\kernel\linux\math64.h
1689   GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\kernel\linux\wprobe.h
1690   GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\user\list.h
1691   GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\user\Makefile
1692   GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\user\wprobe-lib.c
1693   GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\user\wprobe-util.c
1694   GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\user\wprobe.h
1695   GPL.UBNT.v6.1.7\openwrt\package\wrt55agv2-spidevs\Makefile
1696   GPL.UBNT.v6.1.7\openwrt\package\wrt55agv2-spidevs\src
```

```
1697  GPL.UBNT.v6.1.7\openwrt\package\wrt55agv2-spidevs\src\config.c
1698  GPL.UBNT.v6.1.7\openwrt\package\wrt55agv2-spidevs\src\Makefile
1699  GPL.UBNT.v6.1.7\openwrt\package\wrt55agv2-spidevs\src\wrt55agv2_spidevs.c
1700  GPL.UBNT.v6.1.7\openwrt\package\yamonenv\Makefile
1701  GPL.UBNT.v6.1.7\openwrt\package\yamonenv\patches
1702  GPL.UBNT.v6.1.7\openwrt\package\yamonenv\patches\001-yamonenv_mtd_partition.patch
1703  GPL.UBNT.v6.1.7\openwrt\package\zlib\Makefile
1704  GPL.UBNT.v6.1.7\openwrt\package\zlib\patches
1705  GPL.UBNT.v6.1.7\openwrt\package\zlib\patches\l00-cross-compile.patch
1706  GPL.UBNT.v6.1.7\openwrt\scripts\abs2rel.pl
1707  GPL.UBNT.v6.1.7\openwrt\scripts\adam2flash-502T.pl
1708  GPL.UBNT.v6.1.7\openwrt\scripts\adam2flash-fritzbox.pl
1709  GPL.UBNT.v6.1.7\openwrt\scripts\adam2flash.pl
1710  GPL.UBNT.v6.1.7\openwrt\scripts\arm-magic.sh
1711  GPL.UBNT.v6.1.7\openwrt\scripts\combined-image.sh
1712  GPL.UBNT.v6.1.7\openwrt\scripts\config
1713  GPL.UBNT.v6.1.7\openwrt\scripts\config.guess
1714  GPL.UBNT.v6.1.7\openwrt\scripts\config.sub
1715  GPL.UBNT.v6.1.7\openwrt\scripts\download.pl
1716  GPL.UBNT.v6.1.7\openwrt\scripts\env
1717  GPL.UBNT.v6.1.7\openwrt\scripts\feeds
1718  GPL.UBNT.v6.1.7\openwrt\scripts\flash.sh
1719  GPL.UBNT.v6.1.7\openwrt\scripts\getver.sh
1720  GPL.UBNT.v6.1.7\openwrt\scripts\ipkg
1721  GPL.UBNT.v6.1.7\openwrt\scripts\ipkg-make-index.sh
1722  GPL.UBNT.v6.1.7\openwrt\scripts\kconfig.pl
1723  GPL.UBNT.v6.1.7\openwrt\scripts\localmirrors
1724  GPL.UBNT.v6.1.7\openwrt\scripts\make-ipkg-dir.sh
1725  GPL.UBNT.v6.1.7\openwrt\scripts\md5sum
1726  GPL.UBNT.v6.1.7\openwrt\scripts\metadata.pl
1727  GPL.UBNT.v6.1.7\openwrt\scripts\metadata.pm
1728  GPL.UBNT.v6.1.7\openwrt\scripts\patch-kernel.sh
1729  GPL.UBNT.v6.1.7\openwrt\scripts\quiltrc
1730  GPL.UBNT.v6.1.7\openwrt\scripts\rstrip.sh
1731  GPL.UBNT.v6.1.7\openwrt\scripts\slugimage.pl
1732  GPL.UBNT.v6.1.7\openwrt\scripts\timestamp.pl
1733  GPL.UBNT.v6.1.7\openwrt\scripts\config\.gitignore
1734  GPL.UBNT.v6.1.7\openwrt\scripts\config\conf.c
1735  GPL.UBNT.v6.1.7\openwrt\scripts\config\confdata.c
1736  GPL.UBNT.v6.1.7\openwrt\scripts\config\expr.c
1737  GPL.UBNT.v6.1.7\openwrt\scripts\config\expr.h
1738  GPL.UBNT.v6.1.7\openwrt\scripts\config\kconfig_load.c
1739  GPL.UBNT.v6.1.7\openwrt\scripts\config\lex.backup
1740  GPL.UBNT.v6.1.7\openwrt\scripts\config\lex.zconf.c_shipped
1741  GPL.UBNT.v6.1.7\openwrt\scripts\config\lkc.h
1742  GPL.UBNT.v6.1.7\openwrt\scripts\config\lkc_proto.h
1743  GPL.UBNT.v6.1.7\openwrt\scripts\config\lxdialog
1744  GPL.UBNT.v6.1.7\openwrt\scripts\config\Makefile
1745  GPL.UBNT.v6.1.7\openwrt\scripts\config\mconf.c
1746  GPL.UBNT.v6.1.7\openwrt\scripts\config\menu.c
1747  GPL.UBNT.v6.1.7\openwrt\scripts\config\README
1748  GPL.UBNT.v6.1.7\openwrt\scripts\config\symbol.c
1749  GPL.UBNT.v6.1.7\openwrt\scripts\config\util.c
1750  GPL.UBNT.v6.1.7\openwrt\scripts\config\zconf.gperf
1751  GPL.UBNT.v6.1.7\openwrt\scripts\config\zconf.hash.c_shipped
1752  GPL.UBNT.v6.1.7\openwrt\scripts\config\zconf.l
1753  GPL.UBNT.v6.1.7\openwrt\scripts\config\zconf.tab.c_shipped
1754  GPL.UBNT.v6.1.7\openwrt\scripts\config\zconf.y
1755  GPL.UBNT.v6.1.7\openwrt\scripts\config\lxdialog\check-lxdialog.sh
1756  GPL.UBNT.v6.1.7\openwrt\scripts\config\lxdialog\checklist.c
1757  GPL.UBNT.v6.1.7\openwrt\scripts\config\lxdialog\colors.h
1758  GPL.UBNT.v6.1.7\openwrt\scripts\config\lxdialog\dialog.h
1759  GPL.UBNT.v6.1.7\openwrt\scripts\config\lxdialog\inputbox.c
1760  GPL.UBNT.v6.1.7\openwrt\scripts\config\lxdialog\lxdialog.c
1761  GPL.UBNT.v6.1.7\openwrt\scripts\config\lxdialog\Makefile
1762  GPL.UBNT.v6.1.7\openwrt\scripts\config\lxdialog\menubox.c
1763  GPL.UBNT.v6.1.7\openwrt\scripts\config\lxdialog\msgbox.c
1764  GPL.UBNT.v6.1.7\openwrt\scripts\config\lxdialog\textbox.c
1765  GPL.UBNT.v6.1.7\openwrt\scripts\config\lxdialog\util.c
```

```
1766   GPL.UBNT.v6.1.7\openwrt\target\Config.in
1767   GPL.UBNT.v6.1.7\openwrt\target\Config.in
1768   GPL.UBNT.v6.1.7\openwrt\target\imagebuilder
1769   GPL.UBNT.v6.1.7\openwrt\target\linux
1770   GPL.UBNT.v6.1.7\openwrt\target\Makefile
1771   GPL.UBNT.v6.1.7\openwrt\target\sdk
1772   GPL.UBNT.v6.1.7\openwrt\target\imagebuilder\Config.in
1773   GPL.UBNT.v6.1.7\openwrt\target\imagebuilder\files
1774   GPL.UBNT.v6.1.7\openwrt\target\imagebuilder\Makefile
1775   GPL.UBNT.v6.1.7\openwrt\target\imagebuilder\files\Makefile
1776   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120
1777   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7
1778   GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx
1779   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x
1780   GPL.UBNT.v6.1.7\openwrt\target\linux\atheros
1781   GPL.UBNT.v6.1.7\openwrt\target\linux\au1000
1782   GPL.UBNT.v6.1.7\openwrt\target\linux\avr32
1783   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4
1784   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx
1785   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4
1786   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6
1787   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips
1788   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx
1789   GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox
1790   GPL.UBNT.v6.1.7\openwrt\target\linux\Makefile
1791   GPL.UBNT.v6.1.7\openwrt\target\linux\ppc40x
1792   GPL.UBNT.v6.1.7\openwrt\target\linux\ppc44x
1793   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532
1794   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc
1795   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt
1796   GPL.UBNT.v6.1.7\openwrt\target\linux\uml
1797   GPL.UBNT.v6.1.7\openwrt\target\linux\x86
1798   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\base-files
1799   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files
1800   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image
1801   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\Makefile
1802   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches
1803   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_be
1804   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_le
1805   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\base-files\etc
1806   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\base-files\lib
1807   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\base-files\etc\diag.sh
1808   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\base-files\etc\preinit.arch
1809   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\base-files\lib\adm5120.sh
1810   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\base-files\lib\upgrade
1811   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\base-files\lib\upgrade\platform.sh
1812   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch
1813   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers
1814   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include
1815   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips
1816   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120
1817   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\pci
1818   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\cellvision
1819   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common
1820   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\compex
1821   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\edimax
1822   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\infineon
1823   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\Kconfig
1824   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik
1825   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\motorola
1826   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\prom
1827   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\zyxel
1828   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\cellvision\cas-771.c
1829   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\cellvision\cellvision.c
1830   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\cellvision\cellvision.h
1831   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\cellvision\Makefile
1832   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\cellvision\nfs-101.c
```

```
1833    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120.c
1834    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common\board.c
1835    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common\clock.c
1836    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common\gpio.c
1837    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common\irq.c
1838    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common\Makefile
1839    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common\memory.c
1840    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common\platform.c
1841    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common\prom.c
1842    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common\setup.c
1843    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\compex\compex.c
1844    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\compex\compex.h
1845    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\compex\Makefile
1846    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\compex\np27g.c
1847    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\compex\np28g.c
1848    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\compex\wp54.c
1849    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\edimax\br-6104k.c
1850    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\edimax\br-6104kp.c
1851    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\edimax\br-61x4wg.c
1852    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\edimax\br-61xx.c
1853    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\edimax\br-61xx.h
1854    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\edimax\Makefile
1855    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\infineon\easy5120-rt
        .c
1856    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\infineon\easy5120-wv
        oip.c
1857    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\infineon\easy5120p-a
        ta.c
1858    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\infineon\easy83000.c
1859    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\infineon\infineon.c
1860    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\infineon\infineon.h
1861    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\infineon\Makefile
1862    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik\Makefile
1863    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik\rb-11x.c
1864    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik\rb-133.c
1865    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik\rb-133c.c
1866    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik\rb-150.c
1867    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik\rb-153.c
1868    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik\rb-192.c
1869    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik\rb-1xx.c
1870    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik\rb-1xx.h
1871    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\motorola\Makefile
1872    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\motorola\pmugw.c
1873    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\prom\admboot.c
1874    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\prom\bootbase.c
1875    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\prom\cfe.c
1876    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\prom\generic.c
1877    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\prom\Makefile
1878    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\prom\myloader.c
1879    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\prom\prom_read.h
1880    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\prom\routerboot.c
1881    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\zyxel\Makefile
1882    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\zyxel\p-334wt.c
1883    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\zyxel\p-335.c
1884    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\zyxel\p-33x.c
1885    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\zyxel\p-33x.h
1886    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\pci\pci-adm5120.c
1887    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\ata
1888    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\leds
1889    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\mtd
1890    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\net
1891    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\usb
1892    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\watchdog
1893    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\ata\pata_rb153_cf.c
1894    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\leds\ledtrig-adm5120-switch.c
1895    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\mtd\maps
1896    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\mtd\myloader.c
1897    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\mtd\trxsplit.c
1898    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\mtd\maps\adm5120-flash.c
```

```
1899    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\net\adm5120sw.h
1900    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\usb\host
1901    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\usb\host
1902    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\usb\host\adm5120-dbg.c
1903    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\usb\host\adm5120-drv.c
1904    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\usb\host\adm5120-hcd.c
1905    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\usb\host\adm5120-hub.c
1906    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\usb\host\adm5120-mem.c
1907    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\usb\host\adm5120-pm.c
1908    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\usb\host\adm5120-q.c
1909    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\usb\host\adm5120.h
1910    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\watchdog\adm5120_wdt.c
1911    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips
1912    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120
1913    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\adm5120_
        board.h
1914    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\adm5120_
        defs.h
1915    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\adm5120_
        info.h
1916    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\adm5120_
        intc.h
1917    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\adm5120_
        mpmc.h
1918    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\adm5120_
        nand.h
1919    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\adm5120_
        platform.h
1920    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\adm5120_
        switch.h
1921    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\adm5120_
        uart.h
1922    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\asm
1923    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\cpu-feat
        ure-overrides.h
1924    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\gpio.h
1925    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\irq.h
1926    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\prom
1927    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\war.h
1928    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\asm\size
        s.h
1929    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\prom\adm
        boot.h
1930    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\prom\cfe
        .h
1931    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\prom\gen
        eric.h
1932    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\prom\myl
        oader.h
1933    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\prom\rou
        terboot.h
1934    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\prom\zyn
        os.h
1935    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader
1936    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\Makefile
1937    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\router_be.mk
1938    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\router_le.mk
1939    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\Makefile
1940    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\src
1941    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\src\board.c
1942    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\src\config.h
1943    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\src\decompress.c
1944    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\src\head.S
1945    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\src\loader.lds
1946    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\src\lzma-data.lds
1947    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\src\LzmaDecode.c
1948    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\src\LzmaDecode.h
1949    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\src\LzmaTypes.h
1950    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\src\Makefile
```

```
1951   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\src\printf.h
1952   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\src\printf.h
1953   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\src\README
1954   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\001-adm5120.patch
1955   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\002-adm5120_flash.patch
1956   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\003-adm5120_switch.patch
1957   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\005-adm5120_usb.patch
1958   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\007-adm5120_pci.patch
1959   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\009-adm5120_leds_switch_trigger.patc
       h
1960   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\100-mtd_myloder_partition_parser.pat
       ch
1961   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\101-cfi_fixup_macronix_bootloc.patch
1962   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\102-jedec_pmc_39lvxxx_chips.patch
1963   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\103-mtd_trxsplit.patch
1964   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\120-rb153_cf_driver.patch
1965   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\140-cmdline_hack.patch
1966   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\200-amba_pl010_hacks.patch
1967   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\201-amba_bus_hacks.patch
1968   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\202-pci_disable_common_quirks.patch
1969   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\203-gpio_leds_brightness.patch
1970   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\310-adm5120_wdt.patch
1971   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_be\config-default
1972   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_be\profiles
1973   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_be\target.mk
1974   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_be\profiles\010-Generic.mk
1975   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_be\profiles\200-ZyXEL.mk
1976   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_le\base-files
1977   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_le\config-default
1978   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_le\profiles
1979   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_le\target.mk
1980   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_le\base-files\sbin
1981   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_le\base-files\sbin\wget2nand
1982   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_le\profiles\010-Generic.mk
1983   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_le\profiles\Cellvision.mk
1984   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_le\profiles\Compex.mk
1985   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_le\profiles\Edimax.mk
1986   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_le\profiles\Infineon.mk
1987   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_le\profiles\Motorola.mk
1988   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_le\profiles\RB1xx.mk
1989   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\base-files
1990   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\base-files.mk
1991   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\config-default
1992   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files
1993   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\image
1994   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\Makefile
1995   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\patches
1996   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\profiles
1997   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\src
1998   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\base-files\etc
1999   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\base-files\etc\config
2000   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\base-files\etc\diag.sh
2001   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\base-files\etc\init.d
2002   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\base-files\etc\config\network
2003   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\base-files\etc\init.d\adam2
2004   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\arch
2005   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\drivers
2006   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\include
2007   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\arch\mips
2008   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\arch\mips\ar7
2009   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\arch\mips\ar7\clock.c
2010   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\arch\mips\ar7\gpio.c
2011   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\arch\mips\ar7\irq.c
2012   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\arch\mips\ar7\Makefile
2013   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\arch\mips\ar7\memory.c
2014   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\arch\mips\ar7\platform.c
2015   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\arch\mips\ar7\prom.c
2016   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\arch\mips\ar7\setup.c
2017   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\arch\mips\ar7\time.c
```

```
2018  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\drivers\mtd
2019  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\drivers\vlynq
2020  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\drivers\vlynq
2021  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\drivers\char\ar7_gpio.c
2022  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\drivers\char\watchdog
2023  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\drivers\char\watchdog\ar7_wdt.c
2024  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\drivers\mtd\ar7part.c
2025  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\drivers\vlynq\Kconfig
2026  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\drivers\vlynq\Makefile
2027  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\drivers\vlynq\vlynq.c
2028  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\include\asm-mips
2029  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\include\linux
2030  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\include\asm-mips\ar7
2031  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\include\asm-mips\ar7\ar7.h
2032  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\include\asm-mips\ar7\gpio.h
2033  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\include\asm-mips\ar7\irq.h
2034  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\include\asm-mips\ar7\prom.h
2035  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\include\asm-mips\ar7\spaces.h
2036  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\include\asm-mips\ar7\war.h
2037  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\include\linux\vlynq.h
2038  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\image\Makefile
2039  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\patches\100-board_support.patch
2040  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\patches\110-flash.patch
2041  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\patches\120-gpio_chrdev.patch
2042  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\patches\130-vlynq.patch
2043  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\patches\150-cpmac_not_broken.patch
2044  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\patches\200-mtd_fixes.patch
2045  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\patches\500-serial_kludge.patch
2046  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\patches\900-cpmac_multiqueue.patch
2047  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\patches\900-temporary_cpmac_hack.diff
2048  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\profiles\100-Annex-A.mk
2049  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\profiles\110-Annex-B.mk
2050  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\profiles\200-Texas.mk
2051  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\profiles\210-None.mk
2052  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\src\adam2patcher.c
2053  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\base-files
2054  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\config-default
2055  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files
2056  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\image
2057  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\Makefile
2058  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches
2059  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\base-files\sbin
2060  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\base-files\sbin\wget2nand
2061  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch
2062  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers
2063  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include
2064  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips
2065  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx
2066  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\fw
2067  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\pci
2068  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\ar71xx.c
2069  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\gpio.c
2070  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\irq.c
2071  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\Kconfig
2072  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\mach-generic.c
2073  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\mach-rb-4xx.c
2074  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\mach-wp543.c
2075  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\Makefile
2076  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\platform.c
2077  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\prom.c
2078  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\setup.c
2079  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\fw\myloader
2080  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\fw\myloader\Makefile
2081  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\fw\myloader\myloader.c
2082  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\pci\pci-ar71xx.c
2083  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\mtd
2084  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\net
2085  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\spi
2086  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\usb
```

```
2087  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\mtd
2088  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\mtd\nand
2089  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\mtd\nand\rb4xx_nand.c
2090  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\net\ag71xx
2091  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\net\phy
2092  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\net\ag71xx\ag71xx.h
2093  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\net\ag71xx\ag71xx_ethtool.c
2094  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\net\ag71xx\ag71xx_main.c
2095  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\net\ag71xx\ag71xx_mdio.c
2096  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\net\ag71xx\ag71xx_phy.c
2097  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\net\ag71xx\Kconfig
2098  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\net\ag71xx\Makefile
2099  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\net\phy\micrel.c
2100  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\spi\ar71xx_spi.c
2101  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\usb\host
2102  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\usb\host\ehci-ar71xx.c
2103  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\usb\host\ohci-ar71xx.c
2104  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\watchdog\ar71xx_wdt.c
2105  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\asm-mips
2106  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\linux
2107  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\asm-mips\fw
2108  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\asm-mips\mach-ar71xx
2109  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\asm-mips\fw\myloader
2110  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\asm-mips\fw\myloader\myloader.h
2111  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\asm-mips\mach-ar71xx\ar71xx.h
2112  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\asm-mips\mach-ar71xx\cpu-featur
      e-overrides.h
2113  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\asm-mips\mach-ar71xx\gpio.h
2114  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\asm-mips\mach-ar71xx\irq.h
2115  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\asm-mips\mach-ar71xx\mangle-por
      t.h
2116  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\asm-mips\mach-ar71xx\pci.h
2117  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\asm-mips\mach-ar71xx\platform.h
2118  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\asm-mips\mach-ar71xx\war.h
2119  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\linux\myloader.h
2120  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\image\Makefile
2121  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches\001-ar71xx_core.patch
2122  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches\002-ar71xx_pci.patch
2123  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches\003-ar71xx_usb_host.patch
2124  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches\004-ar71xx_spi_controller.patch
2125  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches\005-ar71xx_mac_driver.patch
2126  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches\006-ar71xx_wdt_driver.patch
2127  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches\100-mtd_pm25lv_flash_support.patch
2128  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches\101-ksz8041_phy_driver.patch
2129  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches\140-redboot_partition_scan.patch
2130  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches\200-rb4xx_nand_driver.patch
2131  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches\300-mips_fw_myloader.patch
2132  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches\900-mips_multi_machine_support.patch
2133  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches\901-get_c0_compare_irq_function.patch
2134  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches\902-mips_clocksource_init_war.patch
2135  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\config-2.6.32
2136  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files
2137  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\image
2138  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\Makefile
2139  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches
2140  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\profiles
2141  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch
2142  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\drivers
2143  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\include
2144  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\net
2145  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips
2146  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\atheros
2147  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\include
2148  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\pci
2149  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\atheros\934x.c
2150  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\atheros\clksw.c
2151  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\atheros\gpio.c
2152  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\atheros\irq.c
2153  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\atheros\Kconfig
```

| | |
|---|---|
| 2154 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\atheros |
| 2155 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\atheros\misc.c |
| 2156 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\atheros\otp.c |
| 2157 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\atheros\platform.c |
| 2158 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\atheros\prom.c |
| 2159 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\atheros\setup.c |
| 2160 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\atheros\wdt.c |
| 2161 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\include\asm |
| 2162 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\include\asm\mach-atheros |
| 2163 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\include\asm\mach-atheros\934x.h |
| 2164 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\include\asm\mach-atheros\atheros.h |
| 2165 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\include\asm\mach-atheros\cpu-feature-overrides.h |
| 2166 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\include\asm\mach-atheros\i2sio.h |
| 2167 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\include\asm\mach-atheros\kmalloc.h |
| 2168 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\include\asm\mach-atheros\mangle-port.h |
| 2169 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\include\asm\mach-atheros\war.h |
| 2170 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\pci\fixup-ath.c |
| 2171 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\pci\ops-ath.c |
| 2172 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\pci\pci-ath.c |
| 2173 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\drivers\mtd |
| 2174 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\drivers\pci |
| 2175 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\drivers\serial |
| 2176 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\drivers\mtd\devices |
| 2177 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\drivers\mtd\devices\ath_flash.c |
| 2178 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\drivers\mtd\devices\ath_flash.h |
| 2179 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\drivers\pci\ath_pci_tgt.c |
| 2180 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\drivers\serial\ath_hs-uart.c |
| 2181 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\include\linux |
| 2182 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\include\linux\config.h |
| 2183 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\include\linux\mapping_config.h |
| 2184 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\net\ipv4 |
| 2185 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\net\ipv6 |
| 2186 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\net\sched |
| 2187 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\net\ipv4\mapping.c |
| 2188 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\net\ipv4\proto_trans.c |
| 2189 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\net\ipv4\proto_trans.h |
| 2190 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\net\ipv6\mapping.c |
| 2191 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\net\ipv6\proto_trans.c |
| 2192 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\net\ipv6\proto_trans.h |
| 2193 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\net\sched\wrr.c |
| 2194 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\image\files |
| 2195 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\image\initramfs-base-files.txt |
| 2196 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\image\Makefile |
| 2197 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\000-atheros-prom.patch |
| 2198 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\001-ubnt-core.patch |
| 2199 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\002-ubnt-kconfig-defaults.patch |
| 2200 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\009-ath-watchdog-atheros.patch |
| 2201 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\010-ath-mtd-flash-spi-atheros.patch |
| 2202 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\011-ath-nand-atheros.patch |
| 2203 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\015-ath-pci-endpoint-atheros.patch |
| 2204 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\020-ath-usb-host-atheros.patch |
| 2205 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\021-ar934x-pcie-reinit.patch |
| 2206 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\057-priv-skb-mem-atheros.patch |
| 2207 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\058-wlan-4kb-skb-opt-atheros.patch |
| 2208 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\103-have_mlock-atheros.patch |
| 2209 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\120-oprofile-wasp-atheros.patch |
| 2210 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\150-siwessid-compat-fix.patch |
| 2211 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\203-htb-atheros.patch |
| 2212 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\204-pci-irq-pins-atheros.patch |
| 2213 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\206-mips-irq-base-0-atheros.patch |
| 2214 | GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\207-br-bypass-netfilter-forward-hook-atheros.patch |

```
2215  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\210-no-sysfs-link-for-usb-netdev.patch
2216  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\211-no-sysfs-link-for-usb-netdev-athe
      ros.patch
2217  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\221-ipmr-cache-resolve-queue-len-10.p
      atch
2218  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\255-net-sched-wrr-atheros.patch
2219  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\257-nf-xt-match-webstr-atheros.patch
2220  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\260-imq-support-atheros.patch
2221  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\262-ip-nf-target-nattype-atheros.patc
      h
2222  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\267-gpio-driver.patch
2223  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\272-compile-atheros-wdt.patch
2224  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\300-ebtables-arpnat.patch
2225  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\303-bridge-hard-header-len.patch
2226  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\310-ppp-mppe-packets-out-of-order-fix
      .patch
2227  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\311-ppp-info.patch
2228  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\510-remove-dbgprint-on-requeue-pkt.pa
      tch
2229  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\511-mips-c0r9-cycle-counter.patch
2230  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\517-sip-direct-media-only-off.patch
2231  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\605-build_skb.patch
2232  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\base-files
2233  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\config-default
2234  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files
2235  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\image
2236  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\Makefile
2237  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\patches
2238  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\base-files\etc
2239  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\base-files\lib
2240  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\base-files\etc\config
2241  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\base-files\etc\hotplug.d
2242  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\base-files\etc\preinit.arch
2243  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\base-files\etc\uci-defaults
2244  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\base-files\etc\config\system
2245  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\base-files\etc\hotplug.d\button
2246  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\base-files\etc\hotplug.d\button\00-button
2247  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\base-files\etc\uci-defaults\network
2248  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\base-files\lib\upgrade
2249  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\base-files\lib\upgrade\platform.sh
2250  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch
2251  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\drivers
2252  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\include
2253  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips
2254  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros
2255  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros\ar5312
2256  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros\ar5315
2257  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros\board.c
2258  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros\Kconfig
2259  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros\Makefile
2260  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros\prom.c
2261  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros\reset.c
2262  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros\ar5312\board.c
2263  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros\ar5312\irq.c
2264  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros\ar5312\Makefile
2265  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros\ar5315\board.c
2266  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros\ar5315\irq.c
2267  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros\ar5315\Makefile
2268  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros\ar5315\pci.c
2269  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\drivers\mtd
2270  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\drivers\net
2271  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\drivers\watchdog
2272  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\drivers\mtd\devices
2273  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\drivers\mtd\devices\spiflash.c
2274  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\drivers\mtd\devices\spiflash.h
2275  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\drivers\net\ar2313
2276  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\drivers\net\ar2313\ar2313.c
2277  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\drivers\net\ar2313\ar2313.h
2278  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\drivers\net\ar2313\dma.h
```

2279  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\drivers\watchdog\ar2315-wtd.c
2280  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\drivers\watchdog\ar2315-wtd.c
2281  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\include\asm-mips
2282  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros
2283  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\ar5312
2284  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\ar5315
2285  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\ar531x.h
2286  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\ar531x_platform.h
2287  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\cpu-feature-overrides.h
2288  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\dma-coherence.h
2289  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\gpio.h
2290  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\reset.h
2291  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\war.h
2292  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\ar5312\ar5312.h
2293  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\ar5315\ar5315.h
2294  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\image\Makefile
2295  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\patches\100-board.patch
2296  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\patches\110-spiflash.patch
2297  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\patches\120-watchdog.patch
2298  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\patches\130-ar2313_ethernet.patch
2299  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\patches\135-ar2313_2.6.26.patch
2300  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\patches\140-redboot_partition_scan.patch
2301  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\patches\150-bridge-printk.patch
2302  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\patches\200-ar2313_enable_mvswitch.patch
2303  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\patches\900-cevt_r4k_irq_disable_hazard.patch
2304  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\patches\901-get_c0_compare_irq_function.patch
2305  GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\base-files
2306  GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\config-default
2307  GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\files
2308  GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\image
2309  GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\Makefile
2310  GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\patches
2311  GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\profiles
2312  GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\base-files\etc
2313  GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\base-files\etc\diag.sh
2314  GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\files\arch
2315  GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\files\arch\mips
2316  GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\files\arch\mips\au1000
2317  GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\files\arch\mips\au1000\mtx-1
2318  GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\files\arch\mips\au1000\mtx-1\platform.c
2319  GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\image\Makefile
2320  GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\patches\001-au1000_gpio_kconfig.patch
2321  GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\patches\002-sys_btn_gpio.patch
2322  GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\patches\005-au1000_eth_link_beat.patch
2323  GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\patches\012-mtx1_cmdline.patch
2324  GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\patches\013-openwrt_rootfs.patch
2325  GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\patches\014-au1000_eth_ioctl.patch
2326  GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\patches\015-pci-resource.patch
2327  GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\patches\016-net-irq.patch
2328  GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\patches\017-gpio-dir.patch
2329  GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\profiles\Atheros.mk
2330  GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\profiles\Broadcom.mk
2331  GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\profiles\Intel.mk
2332  GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\profiles\InternetBox.mk
2333  GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\profiles\MeshCube.mk
2334  GPL.UBNT.v6.1.7\openwrt\target\linux\avr32\config-default
2335  GPL.UBNT.v6.1.7\openwrt\target\linux\avr32\image
2336  GPL.UBNT.v6.1.7\openwrt\target\linux\avr32\Makefile
2337  GPL.UBNT.v6.1.7\openwrt\target\linux\avr32\patches
2338  GPL.UBNT.v6.1.7\openwrt\target\linux\avr32\image\Config.in
2339  GPL.UBNT.v6.1.7\openwrt\target\linux\avr32\image\Makefile
2340  GPL.UBNT.v6.1.7\openwrt\target\linux\avr32\image\u-boot

```
2341  GPL.UBNT.v6.1.7\openwrt\target\linux\avr32\image\u-boot
2342  GPL.UBNT.v6.1.7\openwrt\target\linux\avr32\image\u-boot\patches
2343  GPL.UBNT.v6.1.7\openwrt\target\linux\avr32\image\u-boot\patches\001-add_lzma_decompressio
      n_support.patch
2344  GPL.UBNT.v6.1.7\openwrt\target\linux\avr32\image\u-boot\patches\100-ngw100_enable_lzma_su
      pport.patch
2345  GPL.UBNT.v6.1.7\openwrt\target\linux\avr32\patches\100-git_sync.patch
2346  GPL.UBNT.v6.1.7\openwrt\target\linux\avr32\patches\110-openwrt_flashmap.patch
2347  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\base-files
2348  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\base-files.mk
2349  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\config-default
2350  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files
2351  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\image
2352  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\Makefile
2353  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\modules.mk
2354  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches
2355  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\profiles
2356  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\base-files\etc
2357  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\base-files\lib
2358  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\base-files\sbin
2359  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\base-files\etc\diag.sh
2360  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\base-files\etc\init.d
2361  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\base-files\etc\preinit.arch
2362  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\base-files\etc\init.d\netconfig
2363  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\base-files\lib\upgrade
2364  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\base-files\lib\upgrade\platform.sh
2365  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\base-files\sbin\hotplug.failsafe
2366  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch
2367  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\drivers
2368  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips
2369  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx
2370  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\bcmsrom.c
2371  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\cfe_env.c
2372  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\export.c
2373  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\generic
2374  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\gpio.c
2375  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\hndchipc.c
2376  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\hndpmu.c
2377  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include
2378  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\Makefile
2379  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\nvram.c
2380  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\nvram_linux.c
2381  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\pcibios.c
2382  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\prom.c
2383  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\sbmips.c
2384  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\sbpci.c
2385  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\sbutils.c
2386  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\setup.c
2387  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\time.c
2388  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\utils.c
2389  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\utils.h
2390  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\generic\int-handle
      r.S
2391  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\generic\irq.c
2392  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\generic\Makefile
2393  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\bcm4710.h
2394  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\bcmdefs.h
2395  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\bcmdevs.h
2396  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\bcmdevs1.h
2397  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\bcmendian.
      h
2398  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\bcmnvram.h
2399  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\bcmsrom.h
2400  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\hndchipc.h
2401  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\hndcpu.h
2402  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\hndmips.h
2403  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\hndpci.h
2404  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\hndpmu.h
2405  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\linuxver.h
```

2406  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\linux_gpio.h
2407  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\mipsinc.h
2408  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\osl.h
2409  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\pcicfg.h
2410  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbchipc.h
2411  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbconfig.h
2412  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbextif.h
2413  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbhndmips.h
2414  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbmemc.h
2415  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbpci.h
2416  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbpcie.h
2417  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbpcmcia.h
2418  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbsdram.h
2419  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbsocram.h
2420  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbsprom.h
2421  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbutils.h
2422  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sflash.h
2423  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\trxhdr.h
2424  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\typedefs.h
2425  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\drivers\mtd
2426  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\drivers\parport
2427  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\drivers\mtd\devices
2428  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\drivers\mtd\maps
2429  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\drivers\mtd\devices\sflash.c
2430  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\drivers\mtd\maps\bcm947xx-flash.c
2431  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\drivers\parport\parport_splink.c
2432  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\image\lzma-loader
2433  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\image\Makefile
2434  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\image\lzma-loader\Makefile
2435  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\image\lzma-loader\src
2436  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\image\lzma-loader\src\decompress.c
2437  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\image\lzma-loader\src\decompress.lds.in
2438  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\image\lzma-loader\src\head.S
2439  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\image\lzma-loader\src\loader.lds.in
2440  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\image\lzma-loader\src\LzmaDecode.c
2441  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\image\lzma-loader\src\LzmaDecode.h
2442  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\image\lzma-loader\src\Makefile
2443  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\image\lzma-loader\src\README
2444  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\001-bcm47xx.patch
2445  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\003-bcm47xx_cache_fixes.patch
2446  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\004-flash.patch
2447  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\005-bluetooth_sco_buffer_align.patch
2448  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\006-ide_workaround.patch
2449  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\008-b44_bcm47xx_support.patch
2450  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\009-wrt54g3g_pcmcia.patch
2451  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\010-bcm47xx-cam_absent.patch
2452  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\011-wl_qdisc_war.patch
2453  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\012-aec62xx.patch
2454  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\013-wl_hdd_pdc202xx.patch
2455  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\014-sierra_support.patch
2456  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\015-sierra_kconfig.patch
2457  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\100-wl_config.patch
2458  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\110-b44_alignment.patch
2459  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\profiles\100-Broadcom.mk
2460  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\profiles\110-BroadcomMimo.mk
2461  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\profiles\130-None.mk
2462  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\profiles\USBGeneric.mk
2463  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\profiles\WL500G.mk
2464  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\profiles\WL500GD.mk
2465  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\profiles\WL500GP.mk
2466  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\profiles\WL700GE.mk
2467  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\profiles\WLHDD.mk
2468  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\profiles\WRT54G3G.mk
2469  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\base-files.mk
2470  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\config-default
2471  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files

```
2472  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx
2473  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches
2474  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\profiles
2475  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\arch
2476  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\drivers
2477  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\include
2478  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\arch\mips
2479  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\arch\mips\bcm47xx
2480  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\arch\mips\bcm947xx
2481  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\arch\mips\bcm47xx\cfe_env.c
2482  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\arch\mips\bcm47xx\include
2483  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\arch\mips\bcm47xx\nvram.c
2484  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\arch\mips\bcm47xx\include\nvram.h
2485  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\arch\mips\bcm947xx\include
2486  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\drivers\mtd
2487  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\drivers\mtd\maps
2488  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\drivers\mtd\maps\bcm47xx-flash.c
2489  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\include\asm-mips
2490  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\include\asm-mips\mach-bcm47xx
2491  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\include\asm-mips\mach-bcm947xx
2492  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\include\asm-mips\mach-bcm47xx\kernel-
      entry-init.h
2493  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\100-board_support.patch
2494  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\110-flash_map.patch
2495  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\130-remove_scache.patch
2496  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\150-cpu_fixes.patch
2497  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\160-kmap_coherent.patch
2498  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\210-b44_phy_fix.patch
2499  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\211-b44_bcm4713_phy.patch
2500  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\212-b44_alignment_fix.patch
2501  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\220-bcm5354.patch
2502  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\250-ohci-ssb-usb2.patch
2503  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\260-ohci-set-dma-mask.patch
2504  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\300-fork_cacheflush.patch
2505  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\310-no_highpage.patch
2506  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\400-arch-bcm47xx.patch
2507  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\500-lzma_initramfs.patch
2508  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\601-mips-remove-pci-collision-check
      .patch
2509  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\620-ssb-modinit-fix.patch
2510  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\630-ssb-fix-irq-init.patch
2511  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\680-ssb-support-8bit-writes.patch
2512  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\690-mips-allow-pciregister-after-bo
      ot.patch
2513  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\700-ssb-gigabit-ethernet-driver.pat
      ch
2514  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\710-add-gpio-is-valid.patch
2515  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\800-fix_cfe_detection.patch
2516  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\900-disable_early_printk.patch
2517  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\profiles\100-Broadcom-b43.mk
2518  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\profiles\105-Atheros.mk
2519  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\profiles\106-Atheros-ath5k.mk
2520  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\profiles\110-None.mk
2521  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\profiles\WGT634U.mk
2522  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\profiles\WL500GPv1-ATH.mk
2523  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\profiles\WRTSL54GS.mk
2524  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\config-default
2525  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches
2526  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\000-linux_mips.patch
2527  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\001-squashfs.patch
2528  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\002-squashfs_lzma.patch
2529  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\003-jffs2_compression.patch
2530  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\004-exec_pagesize.patch
2531  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\005-mtd_flashtypes.patch
2532  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\008-intel_flashchip_fix.patch
2533  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\009-mtd_uaccess.patch
2534  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\010-disable_old_squashfs_compati
      bility.patch
2535  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\050-build_flags.patch
```

```
2536    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\050-build_bin_o_with_cplusplus.patch
2537    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\051-remove_pcmcia_modinst_compat
        .patch
2538    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\100-wireless-extension.patch
2539    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\106-mppe_mppc.patch
2540    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\107-cifs.patch
2541    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\108-optional_aout_support.patch
2542    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\109-ipsec_nat_traversal.patch
2543    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\110-netdev_random_core.patch
2544    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\112-bridging_performance.patch
2545    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\113-even_more_gcc4_stuff.patch
2546    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\114-sched_use_tsc.patch
2547    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\115-branch_emul_fix.patch
2548    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\116-bridge_ioctls.patch
2549    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\200-i4l.patch
2550    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\201-hfc_usb_backport.patch
2551    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\202-pl2303_backport.patch
2552    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\203-hfsplus_fix.patch
2553    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\206-gcc_3.4_fixes.patch
2554    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\208-usb2_fix.patch
2555    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\209-build_fixes.patch
2556    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\210-fix-irq-serial.patch
2557    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\212-htb_time_fix.patch
2558    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\213-htb_disable_hysteresis.patch
2559    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\222-sound.patch
2560    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\224-atm_hotplug.patch
2561    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\225-string_lib_useful_exports.pa
        tch
2562    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\226-atm_br2684.patch
2563    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\227-jffs2_eofdetect.patch
2564    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\228-more_usb_fixes.patch
2565    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\229-usb_storage_16_byte_cdb.patc
        h
2566    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\230-tun_get_user_backport.patch
2567    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\231-mini_fo.patch
2568    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\601-netfilter_ipp2p_0.8.1rc1.pat
        ch
2569    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\602-netfilter_layer7_2.17_with_p
        ktmatch.patch
2570    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\604-netfilter_maxconn.patch
2571    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\605-netfilter_TTL.patch
2572    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\606-netfilter_NETMAP.patch
2573    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\607-netfilter_connmark.patch
2574    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\608-netfilter_ipset.patch
2575    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\609-netfilter_string.patch
2576    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\610-netfilter_connbytes.patch
2577    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\611-netfilter_condition.patch
2578    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\612-netfilter_quota.patch
2579    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\613-netfilter_nat_h323.patch
2580    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\614-netfilter_nat_rtsp.patch
2581    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\615-netfilter_nat_mms.patch
2582    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\616-netfilter_imq.patch
2583    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\618-netfilter_multiport_backport
        .patch
2584    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\619-netfilter_classify.patch
2585    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\620-netfilter_iprange.patch
2586    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\621-netfilter_random.patch
2587    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\621-tc_esfq.patch
2588    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\622-netfilter_ipset_porthash.pat
        ch
2589    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\623-netfilter_ip6t_reject.patch
2590    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\626-netfilter_conntrack_fix.patc
        h
2591    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\700-multiple_default_gateways.pa
        tch
2592    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\801-usb_serial_endpoint_size.pat
        ch
2593    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\802-usb_serial_3g_cards.patch
2594    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\900-cve-2008-2136.patch
```

```
2595    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6
2596    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\base-files
2597    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\config-2.6.23
2598    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\config-2.6.24
2599    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\config-2.6.25
2600    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\config-2.6.26
2601    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\config-2.6.32
2602    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23
2603    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24
2604    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25
2605    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26
2606    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32
2607    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image
2608    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15
2609    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23
2610    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24
2611    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25
2612    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26
2613    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32
2614    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\base-files\init
2615    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers
2616    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs
2617    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\include
2618    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\char
2619    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\input
2620    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\leds
2621    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\net
2622    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\spi
2623    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb
2624    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\char\gpio_dev.c
2625    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\input\misc
2626    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\input\misc\gpio_but
        tons.c
2627    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\leds\leds-alix.c
2628    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\leds\ledtrig-defaul
        t-on.c
2629    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\leds\ledtrig-morse.
        c
2630    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\leds\ledtrig-netdev
        .c
2631    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\net\phy
2632    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\net\phy\adm6996.c
2633    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\net\phy\adm6996.h
2634    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\net\phy\mvswitch.c
2635    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\net\phy\mvswitch.h
2636    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\spi\spi_gpio.c
2637    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\b43_pci_bridge.
        c
2638    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\driver_chipcomm
        on.c
2639    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\driver_extif.c
2640    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\driver_mipscore
        .c
2641    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\driver_pcicore.
        c
2642    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\Kconfig
2643    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\main.c
2644    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\Makefile
2645    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\pci.c
2646    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\pcihost_wrapper
        .c
2647    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\pcmcia.c
2648    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\scan.c
2649    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\ssb_private.h
2650    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2
2651    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\devextras.h
2652    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\Kconfig
2653    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\Makefile
2654    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\moduleconfig.h
```

2655 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_checkptrw.c

2655 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs2_interface.h
2656 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_checkptrw.c
2657 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_checkptrw.h
2658 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_ecc.c
2659 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_ecc.h
2660 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_fs.c
2661 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_guts.c
2662 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_guts.h
2663 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_mtdif.c
2664 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_mtdif.h
2665 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_mtdif1-compat.c
2666 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_mtdif1.c
2667 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_mtdif1.h
2668 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_mtdif2.c
2669 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_mtdif2.h
2670 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_nand.c
2671 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_nand.h
2672 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_nandemul2k.h
2673 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_packedtags1.c
2674 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_packedtags1.h
2675 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_packedtags2.c
2676 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_packedtags2.h
2677 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_qsort.c
2678 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_qsort.h
2679 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_tagscompat.c
2680 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_tagscompat.h
2681 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_tagsvalidity.c
2682 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_tagsvalidity.h
2683 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yportenv.h
2684 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux
2685 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\gpio_buttons.h
2686 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\gpio_dev.h
2687 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\spi
2688 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\ssb
2689 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\spi\spi_gpio.h
2690 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\ssb\ssb.h
2691 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\ssb\ssb_driver_chipcommon.h
2692 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\ssb\ssb_driver_extif.h
2693 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\ssb\ssb_driver_mips.h
2694 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\ssb\ssb_driver_pci.h
2695 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\ssb\ssb_regs.h
2696 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers
2697 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs
2698 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\include
2699 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\char
2700 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\input
2701 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\leds
2702 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\net
2703 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\spi
2704 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb
2705 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\char\gpio_dev.c
2706 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\input\misc

| | |
|---|---|
| 2707 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\leds\gpio_buttons.c |
| 2708 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\leds\leds-alix.c |
| 2709 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\leds\ledtrig-default-on.c |
| 2710 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\leds\ledtrig-morse.c |
| 2711 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\leds\ledtrig-netdev.c |
| 2712 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\net\phy |
| 2713 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\net\phy\adm6996.c |
| 2714 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\net\phy\adm6996.h |
| 2715 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\net\phy\mvswitch.c |
| 2716 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\net\phy\mvswitch.h |
| 2717 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\spi\spi_gpio.c |
| 2718 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\b43_pci_bridge.c |
| 2719 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\driver_chipcommon.c |
| 2720 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\driver_extif.c |
| 2721 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\driver_mipscore.c |
| 2722 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\driver_pcicore.c |
| 2723 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\Kconfig |
| 2724 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\main.c |
| 2725 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\Makefile |
| 2726 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\pci.c |
| 2727 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\pcihost_wrapper.c |
| 2728 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\pcmcia.c |
| 2729 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\scan.c |
| 2730 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\ssb_private.h |
| 2731 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2 |
| 2732 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\devextras.h |
| 2733 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\Kconfig |
| 2734 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\Makefile |
| 2735 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\moduleconfig.h |
| 2736 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffsinterface.h |
| 2737 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_checkptrw.c |
| 2738 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_checkptrw.h |
| 2739 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_ecc.c |
| 2740 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_ecc.h |
| 2741 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_fs.c |
| 2742 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_guts.c |
| 2743 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_guts.h |
| 2744 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_mtdif.c |
| 2745 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_mtdif.h |
| 2746 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_mtdif1-compat.c |
| 2747 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_mtdif1.c |
| 2748 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_mtdif1.h |
| 2749 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_mtdif2.c |
| 2750 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_mtdif2.h |
| 2751 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_nand.c |
| 2752 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_nand.h |
| 2753 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_nandemul2k.h |
| 2754 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_packedtags1.c |
| 2755 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_packedtags1.h |
| 2756 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_packedtags2.c |
| 2757 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_packedtags2.h |
| 2758 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_qsort.c |
| 2759 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_qsort.h |
| 2760 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_tagscompat. |

| | |
|---|---|
| 2761 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_tagscompat.h |
| 2762 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_tagsvalidity.c |
| 2763 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_tagsvalidity.h |
| 2764 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yportenv.h |
| 2765 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux |
| 2766 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\gpio_buttons.h |
| 2767 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\gpio_dev.h |
| 2768 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\spi |
| 2769 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\ssb |
| 2770 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\spi\spi_gpio.h |
| 2771 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\ssb\ssb.h |
| 2772 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\ssb\ssb_driver_chipcommon.h |
| 2773 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\ssb\ssb_driver_extif.h |
| 2774 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\ssb\ssb_driver_mips.h |
| 2775 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\ssb\ssb_driver_pci.h |
| 2776 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\ssb\ssb_regs.h |
| 2777 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers |
| 2778 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs |
| 2779 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\include |
| 2780 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\char |
| 2781 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\input |
| 2782 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\leds |
| 2783 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\net |
| 2784 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\char\gpio_dev.c |
| 2785 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\input\misc |
| 2786 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\input\misc\gpio_buttons.c |
| 2787 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\leds\leds-alix.c |
| 2788 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\leds\ledtrig-default-on.c |
| 2789 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\leds\ledtrig-morse.c |
| 2790 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\leds\ledtrig-netdev.c |
| 2791 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\net\phy |
| 2792 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\net\phy\adm6996.c |
| 2793 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\net\phy\adm6996.h |
| 2794 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\net\phy\mvswitch.c |
| 2795 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\net\phy\mvswitch.h |
| 2796 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2 |
| 2797 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\devextras.h |
| 2798 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\Kconfig |
| 2799 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\Makefile |
| 2800 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\moduleconfig.h |
| 2801 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffsinterface.h |
| 2802 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_checkptrw.c |
| 2803 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_checkptrw.h |
| 2804 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_ecc.c |
| 2805 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_ecc.h |
| 2806 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_fs.c |
| 2807 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_guts.c |
| 2808 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_guts.h |
| 2809 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_mtdif.c |
| 2810 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_mtdif.h |
| 2811 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_mtdif1-compat.c |
| 2812 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_mtdif1.c |
| 2813 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_mtdif1.h |

| 2814 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_mtdif2.c |
| 2815 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_mtdif2.h |
| 2816 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_nand.c |
| 2817 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_nand.h |
| 2818 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_nandemul2k.h |
| 2819 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_packedtags1.c |
| 2820 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_packedtags1.h |
| 2821 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_packedtags2.c |
| 2822 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_packedtags2.h |
| 2823 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_qsort.c |
| 2824 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_qsort.h |
| 2825 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_tagscompat.c |
| 2826 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_tagscompat.h |
| 2827 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_tagsvalidity.c |
| 2828 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_tagsvalidity.h |
| 2829 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yportenv.h |
| 2830 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\include\linux |
| 2831 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\include\linux\gpio_buttons.h |
| 2832 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\include\linux\gpio_dev.h |
| 2833 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers |
| 2834 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs |
| 2835 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\include |
| 2836 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\char |
| 2837 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\input |
| 2838 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\leds |
| 2839 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\net |
| 2840 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\char\gpio_dev.c |
| 2841 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\input\misc |
| 2842 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\input\misc\gpio_buttons.c |
| 2843 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\leds\leds-alix.c |
| 2844 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\leds\ledtrig-morse.c |
| 2845 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\leds\ledtrig-netdev.c |
| 2846 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\net\phy |
| 2847 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\net\phy\adm6996.c |
| 2848 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\net\phy\adm6996.h |
| 2849 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\net\phy\ip175c.c |
| 2850 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\net\phy\mvswitch.c |
| 2851 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\net\phy\mvswitch.h |
| 2852 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\net\phy\swconfig.c |
| 2853 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2 |
| 2854 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\devextras.h |
| 2855 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\Kconfig |
| 2856 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\Makefile |
| 2857 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\moduleconfig.h |
| 2858 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffsinterface.h |
| 2859 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_checkptrw.c |
| 2860 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_checkptrw.h |
| 2861 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_ecc.c |
| 2862 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_ecc.h |
| 2863 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_fs.c |
| 2864 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_guts.c |
| 2865 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_guts.h |
| 2866 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_mtdif.c |
| 2867 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_mtdif.h |
| 2868 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_mtdif1-compat.c |

| | |
|---|---|
| 2869 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_mtdif1.c |
| 2870 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_mtdif1.h |
| 2871 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_mtdif2.c |
| 2872 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_mtdif2.h |
| 2873 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_nand.c |
| 2874 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_nand.h |
| 2875 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_nandemul2k.h |
| 2876 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_packedtags1.c |
| 2877 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_packedtags1.h |
| 2878 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_packedtags2.c |
| 2879 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_packedtags2.h |
| 2880 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_qsort.c |
| 2881 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_qsort.h |
| 2882 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_tagscompat.c |
| 2883 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_tagscompat.h |
| 2884 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_tagsvalidity.c |
| 2885 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_tagsvalidity.h |
| 2886 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yportenv.h |
| 2887 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\include\linux |
| 2888 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\include\linux\gpio_buttons.h |
| 2889 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\include\linux\gpio_dev.h |
| 2890 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\include\linux\switch.h |
| 2891 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\arch |
| 2892 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\Documentation |
| 2893 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers |
| 2894 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs |
| 2895 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\include |
| 2896 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\arch\mips |
| 2897 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\arch\mips\fw |
| 2898 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\arch\mips\fw\myloader |
| 2899 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\arch\mips\fw\myloader\Makefile |
| 2900 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\arch\mips\fw\myloader\myloader.c |
| 2901 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\Documentation\pwm.txt |
| 2902 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\char |
| 2903 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\input |
| 2904 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\leds |
| 2905 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\mtd |
| 2906 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net |
| 2907 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\pwm |
| 2908 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\char\gpio_dev.c |
| 2909 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\input\misc |
| 2910 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\input\misc\gpio_buttons.c |
| 2911 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\leds\ledtrig-morse.c |
| 2912 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\leds\ledtrig-netdev.c |
| 2913 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\leds\ledtrig-usbdev.c |
| 2914 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\mtd\myloader.c |
| 2915 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy |
| 2916 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy\adm6996.c |
| 2917 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy\adm6996.h |
| 2918 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy\ar8216.c |
| 2919 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy\ar8216.h |
| 2920 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy\ip17xx.c |
| 2921 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy\mvswitch.c |

| | |
|---|---|
| 2922 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy\mvswitch.h |
| 2923 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy\psb6970.c |
| 2924 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy\rtl8306.c |
| 2925 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy\rtl8366rb.c |
| 2926 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy\rtl8366s.c |
| 2927 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy\rtl8366_smi.c |
| 2928 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy\rtl8366_smi.h |
| 2929 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy\swconfig.c |
| 2930 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\pwm\atmel-pwm.c |
| 2931 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\pwm\gpio-pwm.c |
| 2932 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\pwm\Kconfig |
| 2933 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\pwm\Makefile |
| 2934 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\pwm\pwm.c |
| 2935 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2 |
| 2936 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\devextras.h |
| 2937 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\Kconfig |
| 2938 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\Makefile |
| 2939 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\moduleconfig.h |
| 2940 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffsinterface.h |
| 2941 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_checkptrw.c |
| 2942 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_checkptrw.h |
| 2943 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_ecc.c |
| 2944 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_ecc.h |
| 2945 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_fs.c |
| 2946 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_guts.c |
| 2947 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_guts.h |
| 2948 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_mtdif.c |
| 2949 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_mtdif.h |
| 2950 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_mtdif1-compat.c |
| 2951 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_mtdif1.c |
| 2952 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_mtdif1.h |
| 2953 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_mtdif2.c |
| 2954 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_mtdif2.h |
| 2955 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_nand.c |
| 2956 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_nand.h |
| 2957 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_nandemul2k.h |
| 2958 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_packedtags1.c |
| 2959 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_packedtags1.h |
| 2960 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_packedtags2.c |
| 2961 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_packedtags2.h |
| 2962 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_qsort.c |
| 2963 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_qsort.h |
| 2964 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_tagscompat.c |
| 2965 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_tagscompat.h |
| 2966 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_tagsvalidity.c |
| 2967 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_tagsvalidity.h |
| 2968 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yportenv.h |
| 2969 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\include\linux |
| 2970 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\include\linux\ath5k_platform.h |
| 2971 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\include\linux\compiler-gcc5.h |
| 2972 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\include\linux\glamo-engine.h |
| 2973 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\include\linux\glamofb.h |
| 2974 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\include\linux\gpio_buttons.h |

```
2975  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\include\linux\gpio_dev.h
2976  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\include\linux\myloader.h
2977  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\include\linux\pwm
2978  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\include\linux\rtl8366rb.h
2979  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\include\linux\rtl8366s.h
2980  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\include\linux\switch.h
2981  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\include\linux\pwm\pwm.h
2982  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\initramfs-base-files.txt
2983  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader
2984  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\Makefile
2985  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\Makefile
2986  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\src
2987  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\src\decompress.c
2988  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\src\lzma-copy.lds.in
2989  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\src\lzma.lds.in
2990  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\src\LzmaDecode.c
2991  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\src\LzmaDecode.h
2992  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\src\Makefile
2993  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\src\print.c
2994  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\src\print.h
2995  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\src\printf.c
2996  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\src\printf.h
2997  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\src\start.S
2998  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\src\uart16550.c
2999  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\src\uart16550.h
3000  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\000-remove_old_lzma.patch
3001  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\001-squashfs.patch
3002  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\002-lzma_decompress.patch
3003  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\003-squashfs_lzma.patch
3004  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\004-extra_optimization.pa
      tch
3005  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\006-gcc4_inline_fix.patch
3006  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\010-disable_old_squashfs_
      compatibility.patch
3007  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\011-mips_boot.patch
3008  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\012-mips_cpu_tlb.patch
3009  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\013-mips_gdb_stub.patch
3010  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\020-make-3.82.patch
3011  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\100-jiffies-overflow.patc
      h
3012  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\110-ipv6_fix.patch
3013  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\111-netlink_fix.patch
3014  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\112-ipv4_fix.patch
3015  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\113-bridge_no_macs_limit.
      patch
3016  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\114-bridge_fix.patch
3017  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\115-net_core_fix.patch
3018  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\116-mtd_fix.patch
3019  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\117-usb_fix.patch
3020  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\118-fs_fix.patch
3021  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\119-include_asm_mips_fix.
      patch
3022  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\120-mm_fix.patch
3023  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\190-ebtables-arpnat.patch
3024  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\200-export-phy.patch
3025  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\300-wireless-max-frequenc
      ies.patch
3026  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\600-phy_extension.patch
3027  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\650-bridge-no-fd-for-EAPO
      L.patch
3028  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\660-bridge-hard-header-le
      n.patch
3029  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\665-bridge-set-hw-addr.pa
      tch
3030  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\670-ppp-mppe-packets-out-
      of-order-fix.patch
3031  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\671-ppp-info.patch
3032  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\700-netfilters-sip.patch
3033  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\705-netfilters-rtsp.patch
```

3034 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\700-powerpc_warnings-backp
ort.patch
3035 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\715-netfilters-gre.patch
3036 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\750-remove-dbgprint-on-re
queue-pkt.patch
3037 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\760-skb-cb-size-48.patch
3038 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\761-skb-reserved-signed-a
rgv.patch
3039 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\762-fix-mqueue-double-dec
rease.patch
3040 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\800-usb-3g-devices.patch
3041 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\991-cve-2009-0028.patch
3042 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\999-no-auto-sit0.patch
3043 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\001-squashfs.patch
3044 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\002-lzma_decompress.patch
3045 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\003-squashfs_lzma.patch
3046 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\004-extra_optimization.pa
tch
3047 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\006-gcc4_inline_fix.patch
3048 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\007-samsung_flash.patch
3049 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\009-revert_intel_flash_br
eakage.patch
3050 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\010-disable_old_squashfs_
compatibility.patch
3051 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\011-mips_boot.patch
3052 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\012-mips_cpu_tlb.patch
3053 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\013-mips_gdb_stub.patch
3054 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\060-block2mtd_init.patch
3055 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\065-rootfs_split.patch
3056 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\070-redboot_space.patch
3057 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\080-mtd_plat_nand_chip_fi
xup.patch
3058 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\100-netfilter_layer7_2.17
.patch
3059 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\101-netfilter_layer7_pktm
atch.patch
3060 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\110-ipp2p_0.8.1rc1.patch
3061 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\120-openswan-2.4.0.kernel
-2.6-natt.patch
3062 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\130-netfilter_ipset.patch
3063 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\140-netfilter_time.patch
3064 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\150-netfilter_imq.patch
3065 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\160-netfilter_route.patch
3066 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\170-netfilter_chaostables
_0.8.patch
3067 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\171-netfilter_tarpit.patc
h
3068 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\180-netfilter_depends.pat
ch
3069 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\190-netfilter_rtsp.patch
3070 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\200-sched_esfq.patch
3071 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\201-multiple_default_gate
ways.patch
3072 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\202-mips-freestanding.pat
ch
3073 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\204-jffs2_eofdetect.patch
3074 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\207-powerpc_asm_segment_h
.patch
3075 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\208-rtl8110sb_fix.patch
3076 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\209-mini_fo.patch
3077 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\210-mac80211_include_wire
less_dev.patch
3078 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\213-kobject_uevent.patch
3079 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\220-sound_kconfig.patch
3080 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\230-pps_support.patch
3081 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\300-add-mmc-spi-driver.pa
tch
3082 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\301-mmc_sdhci_fixes.patch
3083 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\400-ledtrig_morse.patch

```
3084   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\401-led_ledtrig_netdev.patch
3085   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\402-ledtrig_default_on.pa
       tch
3086   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\403-ledtrig_netdev.patch
3087   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\410-gpio_buttons.patch
3088   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\510-yaffs_support.patch
3089   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\600-phy_extension.patch
3090   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\610-phy_detect.patch
3091   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\620-phy_adm6996.patch
3092   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\630-phy_packets.patch
3093   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\640-mvswitch.patch
3094   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\700-unable_to_open_consol
       e.patch
3095   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\801-usb_serial_endpoint_s
       ize.patch
3096   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\900-headers_type_and_time
       .patch
3097   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\902-darwin_scripts_includ
       e.patch
3098   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\903-stddef_include.patch
3099   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\904-ls_time_locale.patch
3100   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\905-i386_build.patch
3101   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\910-arm_binutils_build_id
       _fix.patch
3102   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\920-ppc_big_endian_io_mem
       ory_accessors.patch
3103   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\922-w1_gpio_driver_backpo
       rt.patch
3104   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\991-cve-2009-0028.patch
3105   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\992-cve-2009-0065.patch
3106   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\993-cve-2009-0676.patch
3107   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\994-cve-2009-1439.patch
3108   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\995-cve-2009-1389.patch
3109   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\996-cve-2009-2692.patch
3110   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\001-squashfs.patch
3111   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\002-lzma_decompress.patch
3112   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\003-squashfs_lzma.patch
3113   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\004-extra_optimization.pa
       tch
3114   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\005-squashfs_fix.patch
3115   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\006-gcc4_inline_fix.patch
3116   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\007-samsung_flash.patch
3117   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\009-revert_intel_flash_br
       eakage.patch
3118   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\010-disable_old_squashfs_
       compatibility.patch
3119   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\011-mips_boot.patch
3120   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\012-mips_cpu_tlb.patch
3121   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\013-mips_gdb_stub.patch
3122   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\060-block2mtd_init.patch
3123   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\065-rootfs_split.patch
3124   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\070-redboot_space.patch
3125   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\080-mtd_plat_nand_chip_fi
       xup.patch
3126   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\100-netfilter_layer7_2.17
       .patch
3127   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\101-netfilter_layer7_pktm
       atch.patch
3128   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\110-ipp2p_0.8.1rc1.patch
3129   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\130-netfilter_ipset.patch
3130   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\150-netfilter_imq.patch
3131   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\170-netfilter_chaostables
       _0.8.patch
3132   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\171-netfilter_tarpit.patc
       h
3133   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\180-netfilter_depends.pat
       ch
3134   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\190-netfilter_rtsp.patch
3135   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\200-sched_esfq.patch
```

```
3136   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\203-gpio_line_standing.pat
       ch
3137   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\204-jffs2_eofdetect.patch
3138   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\207-powerpc_asm_segment_h
       .patch
3139   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\208-rtl8110sb_fix.patch
3140   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\209-mini_fo.patch
3141   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\213-kobject_uevent.patch
3142   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\220-sound_kconfig.patch
3143   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\400-ledtrig_morse.patch
3144   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\401-led_alix.patch
3145   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\402-ledtrig_default_on.pa
       tch
3146   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\403-ds1672_detect.patch
3147   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\410-gpio_buttons.patch
3148   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\420-gpiodev.patch
3149   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\510-yaffs_support.patch
3150   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\600-phy_extension.patch
3151   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\601-br2684-routed-support
       .patch
3152   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\700-powerpc_git.patch
3153   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\801-usb_serial_endpoint_s
       ize.patch
3154   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\840-unable_to_open_consol
       e.patch
3155   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\850-jffs2_erase_progress_
       indicator.patch
3156   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\900-headers_type_and_time
       .patch
3157   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\902-darwin_scripts_includ
       e.patch
3158   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\903-hostap_txpower.patch
3159   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\903-stddef_include.patch
3160   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\904-ls_time_locale.patch
3161   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\905-i386_build.patch
3162   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\921-gpio_spi_driver.patch
3163   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\922-w1_gpio_driver_backpo
       rt.patch
3164   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\930-ppc_big_endian_io_mem
       ory_accessors.patch
3165   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\940-arm_mach_types.patch
3166   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\950-mtd_cfi_intel_p33_com
       patbility.patch
3167   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\991-cve-2009-0028.patch
3168   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\992-cve-2009-0065.patch
3169   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\993-cve-2009-0676.patch
3170   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\994-cve-2009-1439.patch
3171   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\995-cve-2009-1389.patch
3172   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\996-cve-2009-2692.patch
3173   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\001-squashfs.patch
3174   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\002-lzma_decompress.patch
3175   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\003-squashfs_lzma.patch
3176   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\004-extra_optimization.pa
       tch
3177   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\005-squashfs_fix.patch
3178   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\006-gcc4_inline_fix.patch
3179   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\007-samsung_flash.patch
3180   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\009-revert_intel_flash_br
       eakage.patch
3181   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\010-disable_old_squashfs_
       compatibility.patch
3182   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\011-mips_boot.patch
3183   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\060-block2mtd_init.patch
3184   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\065-rootfs_split.patch
3185   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\070-redboot_space.patch
3186   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\080-mtd_plat_nand_chip_fi
       xup.patch
3187   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\100-netfilter_layer7_2.17
       .patch
```

```
3188    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\100-netfilter_layer7_pktm
        atch.patch
3189    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\110-ipp2p_0.8.1rc1.patch
3190    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\120-netfilter-headers-typ
        es.patch
3191    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\130-netfilter_ipset.patch
3192    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\150-netfilter_imq.patch
3193    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\170-netfilter_chaostables
        _0.8.patch
3194    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\171-netfilter_tarpit.patc
        h
3195    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\180-netfilter_depends.pat
        ch
3196    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\190-netfilter_rtsp.patch
3197    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\200-sched_esfq.patch
3198    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\202-mips-freestanding.pat
        ch
3199    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\204-jffs2_eofdetect.patch
3200    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\207-powerpc_asm_segment_h
        .patch
3201    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\208-rtl8110sb_fix.patch
3202    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\209-mini_fo.patch
3203    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\210-mini_fo_2.6.25_fixes.
        patch
3204    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\211-mini_fo_2.6.25_dentry
        _open_war.patch
3205    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\213-kobject_uevent.patch
3206    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\220-sound_kconfig.patch
3207    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\400-ledtrig_morse.patch
3208    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\401-led_alix.patch
3209    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\402-ledtrig_default_on.pa
        tch
3210    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\403-ds1672_detect.patch
3211    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\410-gpio_buttons.patch
3212    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\420-gpiodev.patch
3213    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\510-yaffs_support.patch
3214    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\512-yaffs_2.6.25_fix.patc
        h
3215    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\600-phy_extension.patch
3216    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\610-phy_detect.patch
3217    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\620-phy_adm6996.patch
3218    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\630-phy_packets.patch
3219    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\640-mvswitch.patch
3220    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\700-powerpc_git.patch
3221    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\801-usb_serial_endpoint_s
        ize.patch
3222    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\840-unable_to_open_consol
        e.patch
3223    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\850-jffs2_erase_progress_
        indicator.patch
3224    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\900-headers_type_and_time
        .patch
3225    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\902-darwin_scripts_includ
        e.patch
3226    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\903-hostap_txpower.patch
3227    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\903-stddef_include.patch
3228    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\904-ls_time_locale.patch
3229    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\905-i386_build.patch
3230    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\906-msdosfs_header.patch
3231    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\910-m25p80_redboot_partit
        ions.patch
3232    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\921-gpio_spi_driver.patch
3233    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\922-gpiommc.patch
3234    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\923-gpiommc-configfs-lock
        ing.patch
3235    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\930-ppc_big_endian_io_mem
        ory_accessors.patch
3236    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\940-arm_mach_types.patch
3237    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\950-ocf-linux-26-20080704
```

| | |
|---|---|
| 3238 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\951-ocf-scatterlist-inc.patch |
| 3239 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\960-backport_gpiolib_better_rmmod_infrastructure.patch |
| 3240 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\961-backport_gpio_define_gpio_valid.patch |
| 3241 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\962-backport_gpiolib_dynamic_gpio_number_allocation.patch |
| 3242 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\963-backport_gpio_chip_reserve.patch |
| 3243 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\964-backport_gpiolib_fix_off_by_one_errors.patch |
| 3244 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\981-backport_usb_serial_sierrawireless_ids.patch |
| 3245 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\991-cve-2009-0028.patch |
| 3246 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\992-cve-2009-0065.patch |
| 3247 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\993-cve-2009-0676.patch |
| 3248 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\994-cve-2009-1439.patch |
| 3249 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\995-cve-2009-1389.patch |
| 3250 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\996-cve-2009-2692.patch |
| 3251 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\001-squashfs.patch |
| 3252 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\002-lzma_decompress.patch |
| 3253 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\003-squashfs_lzma.patch |
| 3254 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\004-extra_optimization.patch |
| 3255 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\005-squashfs_fix.patch |
| 3256 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\006-gcc4_inline_fix.patch |
| 3257 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\007-samsung_flash.patch |
| 3258 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\009-revert_intel_flash_breakage.patch |
| 3259 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\010-disable_old_squashfs_compatibility.patch |
| 3260 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\011-mips_boot.patch |
| 3261 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\060-block2mtd_init.patch |
| 3262 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\065-rootfs_split.patch |
| 3263 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\070-redboot_space.patch |
| 3264 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\071-redboot_boardconfig.patch |
| 3265 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\080-mtd_plat_nand_chip_fixup.patch |
| 3266 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\100-netfilter_layer7_2.17.patch |
| 3267 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\101-netfilter_layer7_pktmatch.patch |
| 3268 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\110-ipp2p_0.8.1rc1.patch |
| 3269 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\130-netfilter_ipset.patch |
| 3270 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\150-netfilter_imq.patch |
| 3271 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\170-netfilter_chaostables_0.8.patch |
| 3272 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\171-netfilter_tarpit.patch |
| 3273 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\180-netfilter_depends.patch |
| 3274 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\190-netfilter_rtsp.patch |
| 3275 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\200-sched_esfq.patch |
| 3276 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\202-mips-freestanding.patch |
| 3277 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\204-jffs2_eofdetect.patch |
| 3278 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\207-powerpc_asm_segment_h.patch |
| 3279 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\208-rtl8110sb_fix.patch |
| 3280 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\209-mini_fo.patch |
| 3281 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\210-mini_fo_2.6.25_fixes.patch |
| 3282 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\211-mini_fo_2.6.25_dentry_open_war.patch |
| 3283 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\212-mini_fo_2.6.26_fixes.patch |

```
3284  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\219-w1_ds2760_correct_current.patch
3285  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\220-sound_kconfig.patch
3286  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\222-partial_eraseblock_write.patch
3287  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\400-ledtrig_morse.patch
3288  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\401-led_alix.patch
3289  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\402-ledtrig_netdev.patch
3290  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\403-ds1672_detect.patch
3291  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\410-gpio_buttons.patch
3292  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\420-gpiodev.patch
3293  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\510-yaffs_support.patch
3294  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\512-yaffs_2.6.25_fix.patch
3295  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\513-yaffs_2.6.26_fix.patch
3296  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\600-phy_extension.patch
3297  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\610-phy_detect.patch
3298  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\620-phy_adm6996.patch
3299  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\630-phy_packets.patch
3300  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\640-mvswitch.patch
3301  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\650-swconfig.patch
3302  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\660-ip175c_support.patch
3303  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\801-usb_serial_endpoint_size.patch
3304  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\840-unable_to_open_console.patch
3305  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\900-headers_type_and_time.patch
3306  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\902-darwin_scripts_include.patch
3307  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\903-hostap_txpower.patch
3308  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\903-stddef_include.patch
3309  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\905-i386_build.patch
3310  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\910-cryptodev_backport.patch
3311  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\915-hso-backport.patch
3312  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\921-gpio_spi_driver.patch
3313  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\922-gpiommc.patch
3314  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\923-gpiommc-configfs-locking.patch
3315  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\924-gpiommc_2.6.26_fix.patch
3316  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\930-ppc_big_endian_io_memory_accessors.patch
3317  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\940-arm_mach_types.patch
3318  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\950-revert_xt_sctp_simplify.patch
3319  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\951-revert_gcc4_4_fixes.patch
3320  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\970-ocf_20080704.patch
3321  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\971-ocf_compile_fix.patch
3322  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\980-backport_gpio_sysfs_support.patch
3323  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\981-backport_usb_serial_sierrawireless_ids.patch
3324  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\991-cve-2009-0028.patch
3325  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\992-cve-2009-0065.patch
3326  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\993-cve-2009-0676.patch
3327  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\994-cve-2009-1439.patch
3328  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\995-cve-2009-1389.patch
3329  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\996-cve-2009-2692.patch
3330  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\001-squashfs_move_zlib_decomp.patch
3331  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\002-squashfs_factor_out_remaining_zlib.patch
3332  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\003-squashfs_add_decompressor_framework.patch
3333  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\004-squashfs_add_decompressor_lzma_lzo.patch
```

3334  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\005-add-pci-extra_parame
ter.patch

3335  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\006-squashfs_add_lzma.pat
ch

3336  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\007-squashfs_make_lzma_av
ailable.patch

3337  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\008-jffs2_make_lzma_avail
able.patch

3338  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\009-jffs-fix-min-max-conf
usion.patch

3339  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\010-perl-warning-fix.patc
h

3340  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\011-mips_boot.patch

3341  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\012-extra_optimization.pa
tch

3342  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\013-gcc4_inline_fix.patch

3343  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\014-cfi_fix_amd_extended_
table_check.patch

3344  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\016-debug-print-signal-on
-init-kill.patch

3345  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\017-backtrace-syslog-frie
ndly-symbols.patch

3346  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\018-dump-stack-on-panic.p
atch

3347  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\019-no-stack-dump-on-netd
ev-watchdog.patch

3348  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\020-mips_multi_machine_su
pport.patch

3349  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\021-mips_image_cmdline_ha
ck.patch

3350  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\022-mips_use_generic_thre
ad_info_allocator.patch

3351  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\023-mips-fix-kexec.patch

3352  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\025-mips_disable_fpu.patc
h

3353  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\027-mips_module_reloc.pat
ch

3354  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\028-module_exports.patch

3355  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\029-arm_module_unresolved
_weak_sym.patch

3356  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\030-pci_disable_common_qu
irks.patch

3357  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\031-ppc_gcc_build_fix.pat
ch

3358  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\034-mips-stack-size-16k.p
atch

3359  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\035-fix_CVE-2017-14106.pa
tch

3360  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\035-mips-irq-stack.patch

3361  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\040-arm-update-mach-types
.patch

3362  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\040-use_ext4_for_ext23.pa
tch

3363  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\041-ext4_do_not_override_
ext23.patch

3364  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\042-ext4_add_ext23_module
_aliases.patch

3365  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\050-lzo_compressed_kernel
s.patch

3366  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\051-lzo_compressed_kernel
_for_arm.patch

3367  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\052-lzo_compressed_kernel
_for_x86.patch

3368  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\053-lzo_compression_for_i
nitramfs.patch

3369  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\055-lzma_arm_kernel.patch

3370  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\057-arm_fix_uncompress_co
de.patch

3371  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\060-block2mtd_init.patch

3372 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\065-block2mtd_init.patch

3373 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\066-block2mtd_probe.patch

3374 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\070-redboot_space.patch

3375 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\071-redboot_boardconfig.patch

3376 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\080-mtd_plat_nand_chip_fixup.patch

3377 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\081-mtd_myloader_partition_parser.patch

3378 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\082-mtd_info_move_forward_decl.patch

3379 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\083-mtd_fix_nand_correct_data_return_code.patch

3380 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\084-mtd_m25p80_add_pm25lv_flash_support.patch

3381 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\085-mtd_m25p80_add_en25px_support.patch

3382 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\086-mtd_m25p80_add_xxxs33b_support.patch

3383 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\087-mtd-m25p80-add-w25q32-chip-support.patch

3384 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\088-winbond_cmdset.patch

3385 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\089-mtd-samsung-flash.patch

3386 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\090-mtd-m25p80-add-en25f32-chip-support.patch

3387 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\100-netfilter_layer7_2.21.patch

3388 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\101-netfilter_layer7_pktmatch.patch

3389 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\110-netfilter_match_speedup.patch

3390 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\120-netfilter_recent_reap.patch

3391 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\130c-netfilter_expect-show_helper.patch

3392 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\131c-netfilter_sip-fix_ct_parse_req.patch

3393 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\132c-netfilter_sip-off_by_one.patch

3394 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\133c-netfilter_sip-pass_data_offset.patch

3395 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\134c-netfilter_sip-add_T38.patch

3396 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\135c-netfilter_sip-add_TCP_support.patch

3397 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\136c-netfilter_sip-add_TCP_support.patch

3398 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\138c-netfilter_support_mangling_TCP.patch

3399 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\180-netfilter_depends.patch

3400 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\190-netfilter_rtsp.patch

3401 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\195-netfilter_ipp2p.patch

3402 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\200-sched_esfq.patch

3403 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\201-jhash3.patch

3404 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\202-mips_mem_functions_performance.patch

3405 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\203-slab_maxsize.patch

3406 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\204-jffs2_eofdetect.patch

3407 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\205-skb_padding.patch

3408 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\207-powerpc_asm_segment_h.patch

3409 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\208-mips_oprofile_fix.patch

3410 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\209-mini_fo.patch

3411 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\210-mini_fo_2.6.25_fixes.patch

3412 GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\211-mini_fo_2.6.25_dentry

```
3413   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\212-mini_fo_2.6.26_fixes.
       patch
3414   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\213-mini_fo_2.6.27_fixes.
       patch
3415   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\214-mini_fo_2.6.29.patch
3416   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\215-mini_fo_2.6.30.patch
3417   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\216-mini_fo_locking.patch
3418   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\217-mini_fo_dentry_check.
       patch
3419   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\219-kobject_uevent.patch
3420   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\220-sound_kconfig.patch
3421   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\222-partial_eraseblock_wr
       ite.patch
3422   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\223-kobject-add-broadcast
       _uevent.patch
3423   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\240-packet_socket_type.pa
       tch
3424   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\250-pppoe_header_pad.patc
       h
3425   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\251-atm_header_changes.pa
       tch
3426   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\260-crypto_optional_tests
       .patch
3427   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\270-bridge_no_eap_forward
       .patch
3428   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\271-bridge_always_accept_
       eap.patch
3429   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\275-bridge-allow-forwardi
       ng-some-link-local-frames.patch
3430   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\280-sched_act_connmark.pa
       tch
3431   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\300-ipv6_accept_ra_when_f
       orwarding.patch
3432   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\301-ipv6_send_rs_when_for
       warding.patch
3433   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\302-wireless-max-frequenc
       ies.patch
3434   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\310-usb-add-usb_find_devi
       ce_by_name.patch
3435   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\400-ledtrig_morse.patch
3436   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\402-ledtrig_netdev.patch
3437   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\403-ledtrig-usbdev.patch
3438   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\410-gpio_buttons.patch
3439   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\411-add-KEY_WPS_BUTTON-de
       finition.patch
3440   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\420-gpiodev.patch
3441   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\510-yaffs_support.patch
3442   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\511-yaffs-cvs-2009-04-24.
       patch
3443   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\600-phy_extension.patch
3444   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\600-unlzma-corrupt-checks
       .patch
3445   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\601-phy-add-aneg-done-fun
       ction.patch
3446   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\620-phy_adm6996.patch
3447   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\630-phy_packets.patch
3448   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\650-swconfig.patch
3449   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\660-phy_mvswitch.patch
3450   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\670-phy_ip175c.patch
3451   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\680-phy_ar8216.patch
3452   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\690-phy_rtl8306.patch
3453   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\691-phy_rtl8366.patch
3454   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\700-rtc7301.patch
3455   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\750-glamo-headers.patch
3456   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\800-seq_file-single_open_
       size.patch
3457   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\822-usb_serial_option_add
       _more_devices.patch
```

```
3458    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\900-set_open_consol
        e.patch
3459    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\901-mips-usermode-pagefau
        lt-adefault-print.path
3460    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\901-trace-priv-signal.pat
        h
3461    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\902-darwin_scripts_includ
        e.patch
3462    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\903-hostap_txpower.patch
3463    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\903-stddef_include.patch
3464    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\910-backport-spi-bus-lock
        ing-api.patch
3465    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\911-backport-mmc_spi-use-
        spi-bus-locking-api.patch
3466    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\920-01-hotpluggable-spi-g
        pio.patch
3467    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\920-04-spi-gpio-implement
        -spi-delay.patch
3468    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\921-gpio_spi_driver.patch
3469    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\922-gpiommc.patch
3470    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\923-gpiommc-configfs-lock
        ing.patch
3471    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\925-modify-i2c-gpio-initc
        all-level.patch
3472    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\930-kmsg_dump_backport.pa
        tch
3473    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\931-crashlog.patch
3474    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\940-wireless_mesh_header.
        patch
3475    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\951-revert_gcc4_4_fixes.p
        atch
3476    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\975-hifn795x-byteswap.pat
        ch
3477    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\975-ssb_update.patch
3478    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\977-textsearch_kconfig_ha
        cks.patch
3479    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\978-lib80211_kconfig_hack
        s.patch
3480    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\979-crypto_add_kconfig_pr
        ompts.patch
3481    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\980-vm_exports.patch
3482    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\991-ppc4xx_optimization.p
        atch
3483    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\998-openwrt_lzma_options.
        patch
3484    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\999-use_preinit_as_init.p
        atch
3485    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\base-files
3486    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\config-default
3487    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files
3488    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\image
3489    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\Makefile
3490    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\patches
3491    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\profiles
3492    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\base-files\etc
3493    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\base-files\etc\config
3494    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\base-files\etc\hotplug.d
3495    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\base-files\etc\inittab
3496    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\base-files\etc\hotplug.d\button
3497    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\base-files\etc\hotplug.d\button\00-reset
3498    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch
3499    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers
3500    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include
3501    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips
3502    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips
3503    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\pci
3504    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\board.c
3505    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\clock.c
3506    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\dma-core.c
```

```
3507   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips
3508   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\interrupt.c
3509   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\Kconfig
3510   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\Makefile
3511   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\pmu.c
3512   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\prom.c
3513   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\reset.c
3514   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\setup.c
3515   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\timer.c
3516   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\pci\ops-ifxmips.c
3517   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\pci\pci-ifxmips.c
3518   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\char
3519   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\leds
3520   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\mtd
3521   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\net
3522   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\serial
3523   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\watchdog
3524   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\char\ifxmips_eeprom.c
3525   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\char\ifxmips_mei_core.c
3526   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\char\ifxmips_ssc.c
3527   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\leds\leds-ifxmips.c
3528   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\mtd\maps
3529   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\mtd\maps\ifxmips.c
3530   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\net\ifxmips_mii0.c
3531   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\serial\ifxmips_asc.c
3532   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\watchdog\ifxmips_wdt.c
3533   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips
3534   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips
3535   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\mach-ifxmips
3536   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips.h
3537   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_cgu.h
3538   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_dma.h
3539   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_ebu.h
3540   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_gpio.
       h
3541   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_gptu.
       h
3542   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_irq.h
3543   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_led.h
3544   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_mei.h
3545   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_mei_a
       pp.h
3546   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_mei_a
       pp_ioctl.h
3547   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_mei_b
       sp.h
3548   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_mei_i
       octl.h
3549   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_mei_l
       inux.h
3550   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_pmu.h
3551   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_prom.
       h
3552   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifx_periphera
       l_definitions.h
3553   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifx_ssc.h
3554   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifx_ssc_defin
       es.h
3555   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\mach-ifxmips\gpio.h
3556   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\mach-ifxmips\irq.h
3557   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\mach-ifxmips\war.h
3558   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\image\Makefile
3559   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\patches\100-board.patch
3560   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\patches\110-drivers.patch
3561   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\patches\160-cfi-swap.patch
3562   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\patches\170-dma-hack.patch
3563   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\profiles\100-Atheros.mk
3564   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\profiles\200-Ralink.mk
3565   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\base-files
```

```
3566   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\default
3567   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\generic
3568   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\harddisk
3569   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\image
3570   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\Makefile
3571   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches
3572   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\base-files\etc
3573   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\base-files\etc\preinit.arch
3574   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\generic\profiles
3575   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\generic\target.mk
3576   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\generic\profiles\100-Default.mk
3577   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\generic\profiles\105-Atheros-ath5k.mk
3578   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\generic\profiles\200-NSLU2.mk
3579   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\generic\profiles\300-NAS100d.mk
3580   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\generic\profiles\400-DSMG600RevA.mk
3581   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\harddisk\config-default
3582   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\harddisk\profiles
3583   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\harddisk\target.mk
3584   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\harddisk\profiles\100-FSG3.mk
3585   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\image\apex
3586   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\image\Makefile
3587   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\image\apex\Makefile
3588   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\image\apex\patches
3589   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\image\apex\patches\100-openwrt_nslu2_armeb_co
       nfig.patch
3590   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\image\apex\patches\120-openwrt_nslu2_16mb_arm
       eb_config.patch
3591   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\image\apex\patches\140-openwrt_fsg3_armeb_con
       fig.patch
3592   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\030-ixp4xx_fsg_board_support.patch
3593   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\090-increase_entropy_pools.patch
3594   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\100-wg302v2_gateway7001_mac_plat_info
       .patch
3595   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\105-wg302v1_support.patch
3596   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\110-pronghorn_series_support.patch
3597   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\111-pronghorn_swap_uarts.patch
3598   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\115-sidewinder_support.patch
3599   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\116-sidewinder_fis_location.patch
3600   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\120-compex_support.patch
3601   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\130-wrt300nv2_support.patch
3602   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\131-wrt300nv2_mac_plat_info.patch
3603   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\150-lanready_ap1000_support.patch
3604   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\151-lanready_ap1000_mac_plat_info.pat
       ch
3605   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\162-wg302v1_mem_fixup.patch
3606   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\170-ixdpg425_mac_plat_info.patch
3607   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\180-tw5334_support.patch
3608   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\190-cambria_support.patch
3609   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\191-cambria_optional_uart.patch
3610   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\192-cambria_gpio_device.patch
3611   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\201-npe_driver_print_license_location
       .patch
3612   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\202-npe_driver_switch_support.patch
3613   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\203-npe_driver_phy_reset_autoneg.patc
       h
3614   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\204-npe_driver_ixp43x_support.patch
3615   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\210-npe_hss.patch
3616   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\294-eeprom_new_notifier.patch
3617   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\295-latch_led_driver.patch
3618   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\296-avila_mac_plat_info.patch
3619   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\300-avila_fetch_mac.patch
3620   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\301-avila_led.patch
3621   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\302-avila_gpio_device.patch
3622   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\303-avila_gw23x7_phy_quirk.patch
3623   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\310-gtwx5717_spi_bus.patch
3624   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\311-gtwx5717_mac_plat_info.patch
3625   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\312-ixp4xx_pata_optimization.patch
3626   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\400-dmabounce.patch
3627   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\401-avila_pci_dev.patch
```

```
3628  GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox
3629  GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\files
3630  GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\image
3631  GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\Makefile
3632  GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\patches
3633  GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\files\arch
3634  GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\files\drivers
3635  GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\files\arch\ppc
3636  GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\files\arch\ppc\platforms
3637  GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\files\arch\ppc\platforms\4xx
3638  GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\files\arch\ppc\platforms\4xx\magicbox.c
3639  GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\files\arch\ppc\platforms\4xx\magicbox.h
3640  GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\files\drivers\ide
3641  GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\files\drivers\ide\ppc
3642  GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\files\drivers\ide\ppc\magicbox_ide.c
3643  GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\image\Makefile
3644  GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\patches\001-magicbox_support.patch
3645  GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\patches\l00-cf_slot.patch
3646  GPL.UBNT.v6.1.7\openwrt\target\linux\ppc40x\config-default
3647  GPL.UBNT.v6.1.7\openwrt\target\linux\ppc40x\image
3648  GPL.UBNT.v6.1.7\openwrt\target\linux\ppc40x\Makefile
3649  GPL.UBNT.v6.1.7\openwrt\target\linux\ppc40x\patches
3650  GPL.UBNT.v6.1.7\openwrt\target\linux\ppc40x\image\Makefile
3651  GPL.UBNT.v6.1.7\openwrt\target\linux\ppc40x\patches\001-kilauea_openwrt_flashmap.patch
3652  GPL.UBNT.v6.1.7\openwrt\target\linux\ppc40x\patches\002-disable_emac_loopback_mode.patch
3653  GPL.UBNT.v6.1.7\openwrt\target\linux\ppc44x\base-files
3654  GPL.UBNT.v6.1.7\openwrt\target\linux\ppc44x\config-default
3655  GPL.UBNT.v6.1.7\openwrt\target\linux\ppc44x\image
3656  GPL.UBNT.v6.1.7\openwrt\target\linux\ppc44x\Makefile
3657  GPL.UBNT.v6.1.7\openwrt\target\linux\ppc44x\patches
3658  GPL.UBNT.v6.1.7\openwrt\target\linux\ppc44x\base-files\etc
3659  GPL.UBNT.v6.1.7\openwrt\target\linux\ppc44x\base-files\etc\inittab
3660  GPL.UBNT.v6.1.7\openwrt\target\linux\ppc44x\image\Makefile
3661  GPL.UBNT.v6.1.7\openwrt\target\linux\ppc44x\patches\001-taishan_openwrt_flashmap.patch
3662  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\base-files
3663  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\base-files.mk
3664  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\config-2.6.23
3665  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files
3666  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23
3667  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\image
3668  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\Makefile
3669  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\patches
3670  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\patches-2.6.23
3671  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\src
3672  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\base-files\etc
3673  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\base-files\sbin
3674  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\base-files\etc\config
3675  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\base-files\etc\diag.sh
3676  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\base-files\sbin\cf2nand
3677  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\base-files\sbin\wget2nand
3678  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files\arch
3679  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files\drivers
3680  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files\include
3681  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files\arch\mips
3682  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files\arch\mips\pci
3683  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files\arch\mips\rb500
3684  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files\drivers\block
3685  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files\drivers\leds
3686  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files\drivers\net
3687  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files\drivers\watchdog
3688  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files\drivers\block\rb500
3689  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files\include\asm-mips
3690  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files\include\asm-mips\rc32434
3691  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch
3692  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers
3693  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include
3694  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch\mips
3695  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch\mips\pci
3696  GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch\mips\rb500
```

```
3697   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch\mips\pci\pci-rc32500.c
3698   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch\mips\pci\ops-rc32434.c
3699   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch\mips\pci\pci-rc32434.c
3700   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch\mips\rb500\devices.c
3701   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch\mips\rb500\gpio.c
3702   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch\mips\rb500\irq.c
3703   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch\mips\rb500\Makefile
3704   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch\mips\rb500\prom.c
3705   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch\mips\rb500\serial.c
3706   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch\mips\rb500\setup.c
3707   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch\mips\rb500\time.c
3708   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers\block
3709   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers\char
3710   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers\leds
3711   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers\net
3712   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers\block\rb500
3713   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers\block\rb500\ata.c
3714   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers\block\rb500\ata.h
3715   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers\block\rb500\bdev.c
3716   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers\block\rb500\Makefile
3717   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers\char\watchdog
3718   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers\char\watchdog\rc32434_wdt
       .c
3719   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers\leds\leds-rb500.c
3720   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers\net\korina.c
3721   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers\net\rc32434_eth.h
3722   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips
3723   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434
3724   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\ddr.h
3725   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\dma.h
3726   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\dma_v.h
3727   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\eth.h
3728   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\eth_v.h
3729   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\gpio.h
3730   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\integ.h
3731   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\irq.h
3732   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\pci.h
3733   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\rb.h
3734   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\rc32434.
       h
3735   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\war.h
3736   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\image\gen_image.sh
3737   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\image\Makefile
3738   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\patches-2.6.23\100-rb5xx_support.patch
3739   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\patches-2.6.23\110-korina_ethernet.patch
3740   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\patches-2.6.23\120-cf.patch
3741   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\patches-2.6.23\140-cmdline_hack.patch
3742   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\patches-2.6.23\200-bridge_resource_hack.patch
3743   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\patches-2.6.23\220-serial_fix.patch
3744   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\patches-2.6.23\240-via_rhine_performance.patch
3745   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\patches-2.6.23\510-rb500_led.patch
3746   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\patches-2.6.23\520-rc32434_wdt.patch
3747   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\src\patch-cmdline.c
3748   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\base-files
3749   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\config
3750   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\config-default
3751   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files
3752   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\image
3753   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\Makefile
3754   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\patches
3755   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\profiles
3756   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\base-files\etc
3757   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\base-files\etc\config
3758   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\base-files\etc\diag.sh
3759   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\base-files\etc\inittab
3760   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\base-files\etc\config\network
3761   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\config\profile-dir450
3762   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch
3763   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\drivers
```

```
3764  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch
3765  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\i386
3766  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86
3767  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\i386\kernel
3768  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\i386\mach-rdc
3769  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\i386\kernel\cpu
3770  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\i386\kernel\cpu\rdc.c
3771  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\i386\mach-rdc\gpio.c
3772  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\i386\mach-rdc\Makefile
3773  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\i386\mach-rdc\platform.c
3774  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\i386\mach-rdc\setup.c
3775  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\i386\mach-rdc\wdt.c
3776  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86\boot
3777  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86\kernel
3778  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86\mach-rdc
3779  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86\boot\compressed
3780  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86\boot\compressed\LzmaDecode.c
3781  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86\boot\compressed\LzmaDecode.h
3782  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86\boot\compressed\lzma_misc.c
3783  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86\kernel\cpu
3784  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86\kernel\cpu\rdc.c
3785  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86\mach-rdc\gpio.c
3786  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86\mach-rdc\Makefile
3787  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86\mach-rdc\platform.c
3788  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86\mach-rdc\setup.c
3789  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86\mach-rdc\wdt.c
3790  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\drivers\mtd
3791  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\drivers\net
3792  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\drivers\mtd\maps
3793  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\drivers\mtd\maps\imghdr.h
3794  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\drivers\mtd\maps\rdc3210.c
3795  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\drivers\net\r6040.c
3796  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\include\asm-i386
3797  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\include\asm-x86
3798  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\include\asm-i386\gpio.h
3799  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\include\asm-i386\mach-generic
3800  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\include\asm-i386\mach-rdc
3801  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\include\asm-i386\mach-generic\gpio.h
3802  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\include\asm-i386\mach-rdc\gpio.h
3803  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\include\asm-i386\mach-rdc\rdc321x_defs.h
3804  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\include\asm-x86\gpio.h
3805  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\include\asm-x86\mach-generic
3806  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\include\asm-x86\mach-rdc
3807  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\include\asm-x86\mach-generic\gpio.h
3808  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\include\asm-x86\mach-rdc\gpio.h
3809  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\include\asm-x86\mach-rdc\rdc321x_defs.h
3810  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\image\Makefile
3811  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\patches\001-rdc3210_flash_map.patch
3812  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\patches\001-x86_generic_gpio.patch
3813  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\patches\002-r6040_ethernet.patch
3814  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\patches\003-rootfstype.patch
3815  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\patches\004-rdc_fixes.patch
3816  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\patches\005-cmdline_setup.patch
3817  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\patches\006-pci_ids.patch
3818  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\patches\600-x86_lzma.patch
3819  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\profiles\AR525W.mk
3820  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\profiles\DIR-450.mk
3821  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\profiles\WL-153.mk
3822  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\config-2.6.32
3823  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files
3824  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\image
3825  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\Makefile
3826  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches
3827  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\profiles
3828  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch
3829  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers
3830  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\include
3831  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\net
3832  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips
```

```
3833   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\include
3834   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\include
3835   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\pci
3836   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\ar7240\ar7240.c
3837   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\ar7240\gpio.c
3838   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\ar7240\irq.c
3839   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\ar7240\Makefile
3840   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\ar7240\platform.c
3841   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\ar7240\prom.c
3842   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\ar7240\setup.c
3843   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\ar7240\wdt.c
3844   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\include\asm
3845   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\include\asm\mach-ar7240
3846   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\include\asm\mach-ar7240\ar7240.
       h
3847   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\include\asm\mach-ar7240\cpu-fea
       ture-overrides.h
3848   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\include\asm\mach-ar7240\i2sio.h
3849   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\include\asm\mach-ar7240\kmalloc
       .h
3850   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\include\asm\mach-ar7240\mangle-
       port.h
3851   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\include\asm\mach-ar7240\war.h
3852   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\pci\fixup-ar7240.c
3853   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\pci\ops-ar7240.c
3854   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\pci\pci-ar7240.c
3855   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\mtd
3856   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\usb
3857   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\mtd\devices
3858   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\mtd\nand
3859   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\mtd\devices\ar7240_flash.c
3860   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\mtd\devices\ar7240_flash.h
3861   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\mtd\nand\ar7240_nand_ecc.c
3862   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\usb\gadget
3863   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\usb\host
3864   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\usb\gadget\ar9130_defs.h
3865   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\usb\gadget\ar9130_otg.c
3866   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\usb\gadget\ar9130_otg.h
3867   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\usb\gadget\ar9130_udc.c
3868   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\usb\gadget\ar9130_udc.h
3869   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\usb\host\ehci-ar9130.c
3870   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\usb\host\ohci-ar7240.c
3871   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\include\linux
3872   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\include\linux\config.h
3873   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\include\linux\mapping_config.h
3874   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\net\ipv4
3875   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\net\ipv6
3876   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\net\sched
3877   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\net\ipv4\mapping.c
3878   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\net\ipv4\proto_trans.c
3879   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\net\ipv4\proto_trans.h
3880   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\net\ipv6\mapping.c
3881   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\net\ipv6\proto_trans.c
3882   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\net\ipv6\proto_trans.h
3883   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\net\sched\wrr.c
3884   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\image\files
3885   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\image\initramfs-base-files.txt
3886   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\image\Makefile
3887   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\001-ubnt-core.patch
3888   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\002-ubnt-kconfig-defaults.patch
3889   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\009-ath-watchdog-atheros.patch
3890   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\010-ath-mtd-flash-spi-atheros.patch
3891   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\011-ath-nand-atheros.patch
3892   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\015-ath-pci-endpoint-atheros.patch
3893   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\020-ath-usb-host-atheros.patch
3894   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\021-ar724x-pcie-reinit.patch
3895   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\021-ath-usb-gadget-atheros.patch
3896   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\055-2x8-and-priv-skb-mem-common-atheros
       .patch
```

```
3897    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\056-set-preferred-console-atheros.patch
3898    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\058-wlan-4kb-skb-opt-atheros.patch
3899    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\091-ath-usb-audio-atheros.patch
3900    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\103-have_mlock-atheros.patch
3901    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\150-siwessid-compat-fix.patch
3902    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\203-htb-atheros.patch
3903    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\204-pci-irq-pins-atheros.patch
3904    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\206-mips-irq-base-0-atheros.patch
3905    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\207-br-bypass-netfilter-forward-hook-at
        heros.patch
3906    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\209-uart-bug-nomsr-atheros.patch
3907    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\211-no-sysfs-link-for-usb-netdev-athero
        s.patch
3908    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\221-ipmr-cache-resolve-queue-len-10.pat
        ch
3909    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\255-net-sched-wrr-atheros.patch
3910    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\257-nf-xt-match-webstr-atheros.patch
3911    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\260-imq-support-atheros.patch
3912    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\262-ip-nf-target-nattype-atheros.patch
3913    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\266-gpio-function.patch
3914    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\267-gpio-driver.patch
3915    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\269-disable-gpio-toggle-on-flash-erase.
        patch
3916    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\270-ar7240-flash-no-size.patch
3917    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\300-ebtables-arpnat.patch
3918    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\303-bridge-hard-header-len.patch
3919    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\310-ppp-mppe-packets-out-of-order-fix.p
        atch
3920    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\311-ppp-info.patch
3921    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\500-bootup-printk.patch
3922    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\510-remove-dbgprint-on-requeue-pkt.patc
        h
3923    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\511-mips-c0r9-cycle-counter.patch
3924    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\512-ar724x-spi-reset-first-and-no-preem
        ption.patch
3925    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\517-sip-direct-media-only-off.patch
3926    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\605-build_skb.patch
3927    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\700-hw_watch_point.patch
3928    GPL.UBNT.v6.1.7\openwrt\target\linux\uml\config
3929    GPL.UBNT.v6.1.7\openwrt\target\linux\uml\image
3930    GPL.UBNT.v6.1.7\openwrt\target\linux\uml\Makefile
3931    GPL.UBNT.v6.1.7\openwrt\target\linux\uml\patches
3932    GPL.UBNT.v6.1.7\openwrt\target\linux\uml\README
3933    GPL.UBNT.v6.1.7\openwrt\target\linux\uml\config\i386
3934    GPL.UBNT.v6.1.7\openwrt\target\linux\uml\config\x86_64
3935    GPL.UBNT.v6.1.7\openwrt\target\linux\uml\image\Makefile
3936    GPL.UBNT.v6.1.7\openwrt\target\linux\uml\patches\001-gcc4_unit_at_a_time_i386_fix.patch
3937    GPL.UBNT.v6.1.7\openwrt\target\linux\uml\patches\002-gcc4_unfortify_source.patch
3938    GPL.UBNT.v6.1.7\openwrt\target\linux\x86\base-files
3939    GPL.UBNT.v6.1.7\openwrt\target\linux\x86\config-default
3940    GPL.UBNT.v6.1.7\openwrt\target\linux\x86\generic
3941    GPL.UBNT.v6.1.7\openwrt\target\linux\x86\image
3942    GPL.UBNT.v6.1.7\openwrt\target\linux\x86\Makefile
3943    GPL.UBNT.v6.1.7\openwrt\target\linux\x86\patches
3944    GPL.UBNT.v6.1.7\openwrt\target\linux\x86\base-files\etc
3945    GPL.UBNT.v6.1.7\openwrt\target\linux\x86\base-files\lib
3946    GPL.UBNT.v6.1.7\openwrt\target\linux\x86\base-files\etc\preinit.arch
3947    GPL.UBNT.v6.1.7\openwrt\target\linux\x86\base-files\lib\upgrade
3948    GPL.UBNT.v6.1.7\openwrt\target\linux\x86\base-files\lib\upgrade\platform.sh
3949    GPL.UBNT.v6.1.7\openwrt\target\linux\x86\generic\profiles
3950    GPL.UBNT.v6.1.7\openwrt\target\linux\x86\generic\target.mk
3951    GPL.UBNT.v6.1.7\openwrt\target\linux\x86\generic\profiles\000-Generic.mk
3952    GPL.UBNT.v6.1.7\openwrt\target\linux\x86\generic\profiles\Alix.mk
3953    GPL.UBNT.v6.1.7\openwrt\target\linux\x86\generic\profiles\Pcengines.mk
3954    GPL.UBNT.v6.1.7\openwrt\target\linux\x86\generic\profiles\Soekris.mk
3955    GPL.UBNT.v6.1.7\openwrt\target\linux\x86\image\Config.in
3956    GPL.UBNT.v6.1.7\openwrt\target\linux\x86\image\gen_image.sh
3957    GPL.UBNT.v6.1.7\openwrt\target\linux\x86\image\Makefile
3958    GPL.UBNT.v6.1.7\openwrt\target\linux\x86\image\menu.lst
```

```
3959   GPL.UBNT.v6.1.7\openwrt\target\sdk\files
3960   GPL.UBNT.v6.1.7\openwrt\target\sdk\files
3961   GPL.UBNT.v6.1.7\openwrt\target\sdk\Makefile
3962   GPL.UBNT.v6.1.7\openwrt\target\sdk\files\Makefile
3963   GPL.UBNT.v6.1.7\openwrt\target\sdk\files\package
3964   GPL.UBNT.v6.1.7\openwrt\target\sdk\files\README.SDK
3965   GPL.UBNT.v6.1.7\openwrt\target\sdk\files\package\depend.mk
3966   GPL.UBNT.v6.1.7\openwrt\target\sdk\files\package\rules.mk
3967   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils
3968   GPL.UBNT.v6.1.7\openwrt\toolchain\Config.in
3969   GPL.UBNT.v6.1.7\openwrt\toolchain\gcc
3970   GPL.UBNT.v6.1.7\openwrt\toolchain\gdb
3971   GPL.UBNT.v6.1.7\openwrt\toolchain\info.mk
3972   GPL.UBNT.v6.1.7\openwrt\toolchain\kernel-headers
3973   GPL.UBNT.v6.1.7\openwrt\toolchain\Makefile
3974   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc
3975   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\Config.in
3976   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\Makefile
3977   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches
3978   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.16.1
3979   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17
3980   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.18
3981   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.16.1\0002_binutils-texinfo-5.0-gas-d
       oc.patch
3982   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.16.1\0003-binutils-texinfo-5.0.patch
3983   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17\0002_binutils-texinfo-5.0-gas-doc
       .patch
3984   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17\0003-binutils-texinfo-5.0.patch
3985   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17\001-fix_avr32_compile
3986   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17\100-uclibc-conf.patch
3987   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17\110-arm-eabi-conf.patch
3988   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17\300-001_ld_makefile_patch.patch
3989   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17\300-006_better_file_error.patch
3990   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17\300-012_check_ldrunpath_length.pa
       tch
3991   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17\400-mips-ELF_MAXPAGESIZE-4k.patch
3992   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17\500-avr32.patch
3993   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17\501-avr32-fix-pool-alignment.patc
       h
3994   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17\601-cris-errormsg.patch
3995   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17\610-cris_target.patch
3996   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17\702-binutils-skip-comments.patch
3997   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.18\0002_binutils-texinfo-5.0-gas-doc
       .patch
3998   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.18\0003-binutils-texinfo-5.0.patch
3999   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.18\100-uclibc-conf.patch
4000   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.18\110-arm-eabi-conf.patch
4001   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.18\300-001_ld_makefile_patch.patch
4002   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.18\300-006_better_file_error.patch
4003   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.18\300-012_check_ldrunpath_length.pa
       tch
4004   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.18\500-avr32.patch
4005   GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.18\601-cris-errormsg.patch
4006   GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\Config.in
4007   GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\Config.version
4008   GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\files
4009   GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\Makefile
4010   GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches
4011   GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\files\alternate-arch-cc.in
4012   GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\3.4.6
4013   GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2
4014   GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4
4015   GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\3.4.6\100-uclibc-conf.patch
4016   GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\3.4.6\200-uclibc-locale.patch
4017   GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\3.4.6\300-libstdc++-pic.patch
4018   GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\3.4.6\601-gcc34-arm-ldm.patch
4019   GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\3.4.6\602-sdk-libstdc++-includes.patch
4020   GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\3.4.6\700-pr15068-fix.patch
4021   GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\3.4.6\800-arm-bigendian.patch
```

```
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\3.4.6\850-libstdc++-namespace.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\3.4.6\910-mbsd_multi.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\3.4.6\arm-softfloat.patch.conditional
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\100-uclibc-conf.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\110-arm-eabi.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\200-uclibc-locale.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\300-libstdc++-pic.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\301-missing-execinfo_h.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\302-c99-snprintf.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\303-c99-complex-ugly-hack.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\304-index_macro.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\500-avr32.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\740-sh-pr24836.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\800-arm-bigendian.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\850-unbreak-armv4t.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\900-c++_fixes.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\910-mbsd_multi.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\910-soft-float.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\100-uclibc-conf.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\103-uclibc-conf-noupstream.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\200-uclibc-locale.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\203-uclibc-locale-no__x.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\204-uclibc-locale-wchar_fix.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\205-uclibc-locale-update.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\300-libstdc++-pic.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\301-missing-execinfo_h.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\302-c99-snprintf.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\303-c99-complex-ugly-hack.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\304-index_macro.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\305-libmudflap-susv3-legacy.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\306-libstdc++-namespace.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\307-locale_facets.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\402-libbackend_dep_gcov-iov.h.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\800-arm-bigendian.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\900-avr32_support.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\901-fix_avr32_breakage.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\904-flatten-switch-stmt-00.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\910-mbsd_multi.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\910-soft-float.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\920-soft-float.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\930-eabi_fixes.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\951-bug_37014.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\952-bug_34762.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\Makefile
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\100-uclibc-conf.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\200-uclibc-readline-conf.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\400-mips-coredump.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\500-thread-timeout.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\600-debian_10.selected-frame.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\620-debian_static-thread-db.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\630-debian_24.tracepoint-segv.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\640-debian_dwarf2-frame-signal-unwinder.pat
ch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\650-debian_vsyscall-gdb-support.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\660-debian_dwarf-cfa-restore.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\680-debian_sim-destdir.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\690-debian_member-field-symtab.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\700-debian_cp-pass-by-reference.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\710-debian_thread-db-multiple-libraries.pat
ch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\720-debian_static-threads-test.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\730-debian_gdb-fix-tracefork-check.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\740-debian_make-cv-type-crash.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\750-debian_sparc-singlestep.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\760-debian_vsyscall-bfd-close-result.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\770-debian_vfork-done-spelling.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\780-debian_gdbserver-rdynamic.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\790-debian_dwarf2-cfi-warning.patch
```

```
4089    GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\800-fix_resolve_at_exit.patch
4090    GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\810-debian_bfd-no-kylix-crash.patch
4091    GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\820-debian_disable-linux-fork-messages.patc
        h
4092    GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\900-fix-arm-build.patch
4093    GPL.UBNT.v6.1.7\openwrt\toolchain\kernel-headers\Makefile
4094    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config
4095    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32
4096    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\Config.in
4097    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\Config.version
4098    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\Makefile
4099    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches
4100    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32
4101    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\0.9.28.2
4102    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\arm
4103    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\arm.storm
4104    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\armeb
4105    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\avr32
4106    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\cris
4107    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\i386
4108    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\i686
4109    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\mips
4110    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\mipsel
4111    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\powerpc
4112    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\x86_64
4113    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\0.9.28.2\arm
4114    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\0.9.28.2\armeb
4115    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\0.9.28.2\avr32
4116    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\0.9.28.2\cris
4117    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\0.9.28.2\i386
4118    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\0.9.28.2\mips
4119    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\0.9.28.2\mipsel
4120    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\0.9.28.2\powerpc
4121    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\0.9.28.2\x86_64
4122    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\arm
4123    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\armeb
4124    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\avr32
4125    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\common
4126    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\cris
4127    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\debug
4128    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\i386
4129    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\i686
4130    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\m68k
4131    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\mips
4132    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\mips64
4133    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\mips64el
4134    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\mipsel
4135    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\mipsel.brcm-2.4
4136    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\mipsel.cobalt
4137    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\powerpc
4138    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\powerpc.mpc85xx
4139    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\sparc
4140    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\sparc.leon
4141    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\ubicom32
4142    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\x86_64
4143    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2
4144    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\001-fix_mmap.patch
4145    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\002-conditional_sched_affinity.patch
4146    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\004-fix_gethostent_r_failure_retval.patc
        h
4147    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\005-fix_internal_function_definition.pat
        ch
4148    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\006-rm_whitespace.patch
4149    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\007-avr32.patch
4150    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\008-avr32_fix_sa_onstack.patch
4151    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\009-fix_getaddrinfo_infinite_loop.patch
4152    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\010-config-gcc-5x-compile.patch
4153    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\100-termios.patch
4154    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\110-compat_macros.patch
```

```
4155   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\130-compile_fixes.patch
4156   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\130-sockets_throw.patch
4157   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\140-fix-endless-recursion-in-pthread.pat
       ch
4158   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\141-fix-daemon-to-support-pthread.patch
4159   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\150-fix-ldso-text-realloc-segfault.patch
4160   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\170-enable-getifaddrs.patch
4161   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\180-epoll_create1.patch
4162   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\181-sock_cloexec.patch
4163   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\182-timerfd.patch
4164   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\183-dn_comp.patch
4165   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\991-CVE-2016-2224-2225.patch
4166   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\100-revert_broken_stuff.patch
4167   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\120-more_standard_math.patch
4168   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\150-portability.patch
4169   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\160-move_stack_end.patch
4170   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\190-uml_x86_64_hack.patch
4171   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\200-cris-syscall6.patch
4172   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\230-cris-pagesize.patch
4173   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\240-cris-crt0.patch
4174   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\250-cris-errno.patch
4175   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\300-let-optimized-stringops-ove
       rride-default-ones.patch
4176   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\301-fix-getrusage-argument-type
       .patch
4177   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\302-fix-__libc_fcntl64-varargs-
       prototype.patch
4178   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\303-fix-broken-__libc_open-decl
       aration.patch
4179   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\400-avr32-arch-2.patch
4180   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\401-avr32-linkrelax-option.patc
       h
4181   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\402-avr32-string-ops.patch
4182   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\403-no-create_module-on-avr32.p
       atch
4183   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\407-ldso-avr32-2.patch
4184   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\409-ldso-avr32-startup-hack.pat
       ch
4185   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\410-ldd-avr32-support.patch
4186   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\411-libpthread-avr32.patch
4187   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\412-sync-fcntl-h-with-linux-ker
       nel.patch
4188   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\100-do_not_select_extra-warnings.
       patch
4189   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\110-compat_macros.patch
4190   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\120-adjtimex.patch
4191   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\130-ldso-fix-__dl_parse_dynamic_i
       nfo-segfault.patch
4192   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\140-avr32_atomic_fix.patch
4193   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\170-math_finite.patch
4194   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\180-pthread_cleanup_fix.patch
4195   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\190-nptl_use_arch_default_stack_l
       imit.patch
4196   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\410-llvm_workaround.patch
4197   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\450-powerpc_copysignl.patch
4198   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\460-powerpc_libm_fixes.patch
4199   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\600-ubicom32-uClibc.patch
4200   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\601-ubicom32-uClibc_fixes.patch
4201   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\900-reorder_use_bx.patch
4202   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\910-thumb_blind_options.patch
4203   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\920-remove_sub-arch_variants.patc
       h
4204   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\930-transform_eabi_oabi_choice.pa
       tch
4205   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\940-include_arm-asm.h.patch
4206   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\950-detect_bx_availibility.patch
4207   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\960-remove_eabi_oabi_selection.pa
       tch
```

```
4209   GPL.UBNT.v6.1.7\openwrt\tools\automake
4210   GPL.UBNT.v6.1.7\openwrt\tools\automake
4211   GPL.UBNT.v6.1.7\openwrt\tools\bison
4212   GPL.UBNT.v6.1.7\openwrt\tools\ccache
4213   GPL.UBNT.v6.1.7\openwrt\tools\dtc
4214   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils
4215   GPL.UBNT.v6.1.7\openwrt\tools\genext2fs
4216   GPL.UBNT.v6.1.7\openwrt\tools\include
4217   GPL.UBNT.v6.1.7\openwrt\tools\ipkg-utils
4218   GPL.UBNT.v6.1.7\openwrt\tools\lua
4219   GPL.UBNT.v6.1.7\openwrt\tools\lzma
4220   GPL.UBNT.v6.1.7\openwrt\tools\lzma-new
4221   GPL.UBNT.v6.1.7\openwrt\tools\Makefile
4222   GPL.UBNT.v6.1.7\openwrt\tools\mkimage
4223   GPL.UBNT.v6.1.7\openwrt\tools\mtd-utils
4224   GPL.UBNT.v6.1.7\openwrt\tools\patch-cmdline
4225   GPL.UBNT.v6.1.7\openwrt\tools\pkg-config
4226   GPL.UBNT.v6.1.7\openwrt\tools\quilt
4227   GPL.UBNT.v6.1.7\openwrt\tools\sed
4228   GPL.UBNT.v6.1.7\openwrt\tools\squashfs
4229   GPL.UBNT.v6.1.7\openwrt\tools\squashfs4
4230   GPL.UBNT.v6.1.7\openwrt\tools\sstrip
4231   GPL.UBNT.v6.1.7\openwrt\tools\autoconf\Makefile
4232   GPL.UBNT.v6.1.7\openwrt\tools\autoconf\patches
4233   GPL.UBNT.v6.1.7\openwrt\tools\autoconf\patches\001-no_emacs_lib.patch
4234   GPL.UBNT.v6.1.7\openwrt\tools\automake\files
4235   GPL.UBNT.v6.1.7\openwrt\tools\automake\Makefile
4236   GPL.UBNT.v6.1.7\openwrt\tools\automake\files\aclocal
4237   GPL.UBNT.v6.1.7\openwrt\tools\bison\Makefile
4238   GPL.UBNT.v6.1.7\openwrt\tools\ccache\Makefile
4239   GPL.UBNT.v6.1.7\openwrt\tools\dtc\Makefile
4240   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\Makefile
4241   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src
4242   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\addpattern.c
4243   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\add_header.c
4244   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\airlink.c
4245   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\csysimg.h
4246   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\dgfirmware.c
4247   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\fw.h
4248   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\imagetag.c
4249   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\lzma2eva.c
4250   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\mkcasfw.c
4251   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\mkcsysimg.c
4252   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\mkfwimage.c
4253   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\mkmylofw.c
4254   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\mkzynfw.c
4255   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\motorola-bin.c
4256   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\myloader.h
4257   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\ptgen.c
4258   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\srec2bin.c
4259   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\trx.c
4260   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\trx2usr.c
4261   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\zynos.h
4262   GPL.UBNT.v6.1.7\openwrt\tools\genext2fs\Makefile
4263   GPL.UBNT.v6.1.7\openwrt\tools\genext2fs\patches
4264   GPL.UBNT.v6.1.7\openwrt\tools\genext2fs\patches\01-remove_getline.patch
4265   GPL.UBNT.v6.1.7\openwrt\tools\include\byteswap.h
4266   GPL.UBNT.v6.1.7\openwrt\tools\include\endian.h
4267   GPL.UBNT.v6.1.7\openwrt\tools\include\getline.h
4268   GPL.UBNT.v6.1.7\openwrt\tools\ipkg-utils\Makefile
4269   GPL.UBNT.v6.1.7\openwrt\tools\ipkg-utils\patches
4270   GPL.UBNT.v6.1.7\openwrt\tools\ipkg-utils\patches\100-build_clean.patch
4271   GPL.UBNT.v6.1.7\openwrt\tools\ipkg-utils\patches\110-buildpackage.patch
4272   GPL.UBNT.v6.1.7\openwrt\tools\ipkg-utils\patches\111-buildpackage_conffiles.patch
4273   GPL.UBNT.v6.1.7\openwrt\tools\ipkg-utils\patches\120-build_tar.patch
4274   GPL.UBNT.v6.1.7\openwrt\tools\ipkg-utils\patches\130-tar_wildcards.patch
4275   GPL.UBNT.v6.1.7\openwrt\tools\ipkg-utils\patches\140-portability.patch
4276   GPL.UBNT.v6.1.7\openwrt\tools\ipkg-utils\patches\150-uppercase_letters.patch
4277   GPL.UBNT.v6.1.7\openwrt\tools\ipkg-utils\patches\160-find.patch
```

```
4278    GPL.UBNT.v6.1.7\openwrt\tools\lua\Makefile
4279    GPL.UBNT.v6.1.7\openwrt\tools\lua\patches
4280    GPL.UBNT.v6.1.7\openwrt\tools\lua\patches\010-lua-5.1.3-lnum-full-260308.patch
4281    GPL.UBNT.v6.1.7\openwrt\tools\lua\patches\015-lnum-ppc-compat.patch
4282    GPL.UBNT.v6.1.7\openwrt\tools\lua\patches\020-shared_liblua.patch
4283    GPL.UBNT.v6.1.7\openwrt\tools\lua\patches\030-archindependent-bytecode.patch
4284    GPL.UBNT.v6.1.7\openwrt\tools\lua\patches\100-no_readline.patch
4285    GPL.UBNT.v6.1.7\openwrt\tools\lua\patches\200-lua-path.patch
4286    GPL.UBNT.v6.1.7\openwrt\tools\lua\patches\300-opcode_performance.patch
4287    GPL.UBNT.v6.1.7\openwrt\tools\lzma\Makefile
4288    GPL.UBNT.v6.1.7\openwrt\tools\lzma\patches
4289    GPL.UBNT.v6.1.7\openwrt\tools\lzma\patches\100-lzma_zlib.patch
4290    GPL.UBNT.v6.1.7\openwrt\tools\lzma\patches\110-ranlib.patch
4291    GPL.UBNT.v6.1.7\openwrt\tools\lzma-new\Makefile
4292    GPL.UBNT.v6.1.7\openwrt\tools\lzma-new\patches
4293    GPL.UBNT.v6.1.7\openwrt\tools\lzma-new\patches\001-large_files.patch
4294    GPL.UBNT.v6.1.7\openwrt\tools\lzma-new\patches\002-lzmp.patch
4295    GPL.UBNT.v6.1.7\openwrt\tools\lzma-new\patches\003-compile_fixes.patch
4296    GPL.UBNT.v6.1.7\openwrt\tools\lzma-new\patches\100-static_library.patch
4297    GPL.UBNT.v6.1.7\openwrt\tools\mkimage\Makefile
4298    GPL.UBNT.v6.1.7\openwrt\tools\mkimage\src
4299    GPL.UBNT.v6.1.7\openwrt\tools\mkimage\src\crc32.c
4300    GPL.UBNT.v6.1.7\openwrt\tools\mkimage\src\image.h
4301    GPL.UBNT.v6.1.7\openwrt\tools\mkimage\src\mkimage.c
4302    GPL.UBNT.v6.1.7\openwrt\tools\mtd-utils\Makefile
4303    GPL.UBNT.v6.1.7\openwrt\tools\mtd-utils\patches
4304    GPL.UBNT.v6.1.7\openwrt\tools\mtd-utils\patches\100-gcc4_fix.patch
4305    GPL.UBNT.v6.1.7\openwrt\tools\mtd-utils\patches\110-portability_fix.patch
4306    GPL.UBNT.v6.1.7\openwrt\tools\patch-cmdline\Makefile
4307    GPL.UBNT.v6.1.7\openwrt\tools\patch-cmdline\src
4308    GPL.UBNT.v6.1.7\openwrt\tools\patch-cmdline\src\patch-cmdline.c
4309    GPL.UBNT.v6.1.7\openwrt\tools\pkg-config\files
4310    GPL.UBNT.v6.1.7\openwrt\tools\pkg-config\Makefile
4311    GPL.UBNT.v6.1.7\openwrt\tools\pkg-config\files\pkg-config
4312    GPL.UBNT.v6.1.7\openwrt\tools\quilt\Makefile
4313    GPL.UBNT.v6.1.7\openwrt\tools\quilt\patches
4314    GPL.UBNT.v6.1.7\openwrt\tools\quilt\patches\001-fix_compile.patch
4315    GPL.UBNT.v6.1.7\openwrt\tools\quilt\patches\100-patch_2.6.1_version.patch
4316    GPL.UBNT.v6.1.7\openwrt\tools\sed\Makefile
4317    GPL.UBNT.v6.1.7\openwrt\tools\squashfs\Makefile
4318    GPL.UBNT.v6.1.7\openwrt\tools\squashfs\patches
4319    GPL.UBNT.v6.1.7\openwrt\tools\squashfs\patches\100-lzma.patch
4320    GPL.UBNT.v6.1.7\openwrt\tools\squashfs4\Makefile
4321    GPL.UBNT.v6.1.7\openwrt\tools\squashfs4\patches
4322    GPL.UBNT.v6.1.7\openwrt\tools\squashfs4\patches\100-portability.patch
4323    GPL.UBNT.v6.1.7\openwrt\tools\squashfs4\patches\110-lzma.patch
4324    GPL.UBNT.v6.1.7\openwrt\tools\squashfs4\patches\120-cygwin_fixes.patch
4325    GPL.UBNT.v6.1.7\openwrt\tools\squashfs4\patches\130-dynamic_lzma_params.patch
4326    GPL.UBNT.v6.1.7\openwrt\tools\squashfs4\patches\140-mode_check.patch
4327    GPL.UBNT.v6.1.7\openwrt\tools\squashfs4\patches\150-freebsd_fixes.patch
4328    GPL.UBNT.v6.1.7\openwrt\tools\sstrip\include
4329    GPL.UBNT.v6.1.7\openwrt\tools\sstrip\Makefile
4330    GPL.UBNT.v6.1.7\openwrt\tools\sstrip\src
4331    GPL.UBNT.v6.1.7\openwrt\tools\sstrip\include\elf.h
4332    GPL.UBNT.v6.1.7\openwrt\tools\sstrip\src\sstrip.c
4333    GPL.UBNT.v6.1.7\uboot\uboot-ti
4334    GPL.UBNT.v6.1.7\uboot\uboot-xm
4335    GPL.UBNT.v6.1.7\uboot\uboot-xw
4336    GPL.UBNT.v6.1.7\uboot\uboot-ti\arm_config.mk
4337    GPL.UBNT.v6.1.7\uboot\uboot-ti\blackfin_config.mk
4338    GPL.UBNT.v6.1.7\uboot\uboot-ti\board
4339    GPL.UBNT.v6.1.7\uboot\uboot-ti\boot
4340    GPL.UBNT.v6.1.7\uboot\uboot-ti\CHANGELOG
4341    GPL.UBNT.v6.1.7\uboot\uboot-ti\common
4342    GPL.UBNT.v6.1.7\uboot\uboot-ti\config.mk
4343    GPL.UBNT.v6.1.7\uboot\uboot-ti\COPYING
4344    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu
4345    GPL.UBNT.v6.1.7\uboot\uboot-ti\CREDITS
4346    GPL.UBNT.v6.1.7\uboot\uboot-ti\disk
```

```
4347   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc
4348   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers
4349   GPL.UBNT.v6.1.7\uboot\uboot-ti\dtt
4350   GPL.UBNT.v6.1.7\uboot\uboot-ti\examples
4351   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs
4352   GPL.UBNT.v6.1.7\uboot\uboot-ti\i386_config.mk
4353   GPL.UBNT.v6.1.7\uboot\uboot-ti\include
4354   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_arm
4355   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_blackfin
4356   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap
4357   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic
4358   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386
4359   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_m68k
4360   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_microblaze
4361   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_mips
4362   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios
4363   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios2
4364   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_ppc
4365   GPL.UBNT.v6.1.7\uboot\uboot-ti\m68k_config.mk
4366   GPL.UBNT.v6.1.7\uboot\uboot-ti\MAINTAINERS
4367   GPL.UBNT.v6.1.7\uboot\uboot-ti\MAKEALL
4368   GPL.UBNT.v6.1.7\uboot\uboot-ti\Makefile
4369   GPL.UBNT.v6.1.7\uboot\uboot-ti\microblaze_config.mk
4370   GPL.UBNT.v6.1.7\uboot\uboot-ti\mips_config.mk
4371   GPL.UBNT.v6.1.7\uboot\uboot-ti\mkconfig
4372   GPL.UBNT.v6.1.7\uboot\uboot-ti\net
4373   GPL.UBNT.v6.1.7\uboot\uboot-ti\nios2_config.mk
4374   GPL.UBNT.v6.1.7\uboot\uboot-ti\nios_config.mk
4375   GPL.UBNT.v6.1.7\uboot\uboot-ti\post
4376   GPL.UBNT.v6.1.7\uboot\uboot-ti\ppc_config.mk
4377   GPL.UBNT.v6.1.7\uboot\uboot-ti\README
4378   GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc
4379   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools
4380   GPL.UBNT.v6.1.7\uboot\uboot-ti\U_BOOT_DIFF_README
4381   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\a3000
4382   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\adder
4383   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\adsvix
4384   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\alaska
4385   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera
4386   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc
4387   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amirix
4388   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100
4389   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240
4390   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\armadillo
4391   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\assabet
4392   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\at91rm9200dk
4393   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\atc
4394   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\AtmarkTechno
4395   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\barco
4396   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\bmw
4397   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\c2mon
4398   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\canmb
4399   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds
4400   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cerf250
4401   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cm4008
4402   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cm41xx
4403   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cmc_pu2
4404   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cmi
4405   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cobra5272
4406   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent
4407   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpc45
4408   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpu86
4409   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpu87
4410   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cradle
4411   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cray
4412   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb226
4413   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb272
4414   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb472
4415   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb637
```

```
4416    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cu824
4417    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave
4418    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dbau1x00
4419    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\delta
4420    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dnp1110
4421    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec
4422    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk
4423    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep7312
4424    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep8248
4425    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep8260
4426    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep88x
4427    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eric
4428    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd
4429    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esteem192e
4430    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etin
4431    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etx094
4432    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb4510
4433    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260
4434    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eXalion
4435    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\exbitgen
4436    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ezkit533
4437    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\fads
4438    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\flagadm
4439    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\funkwerk
4440    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\g2000
4441    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gcplus
4442    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gen860t
4443    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\genietv
4444    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gth
4445    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gw8260
4446    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hermes
4447    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hidden_dragon
4448    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hmi1001
4449    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod
4450    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icecube
4451    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icu862
4452    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ids8247
4453    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\impa7
4454    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\incaip
4455    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\inka4x0
4456    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\innokom
4457    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorap
4458    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorcp
4459    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ip860
4460    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\iphase4539
4461    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ispan
4462    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ivm
4463    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ixdp425
4464    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\jse
4465    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kb9202
4466    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup
4467    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lantec
4468    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lart
4469    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\LEOX
4470    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\logodl
4471    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lpd7a40x
4472    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lubbock
4473    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lwmon
4474    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\m5272c3
4475    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\m5282evb
4476    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI
4477    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell
4478    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mbx8xx
4479    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mcc200
4480    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ml2
4481    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\modnet50
4482    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mousse
4483    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mp2usb
4484    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8260ads
```

```
4485  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8349ads
4486  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8349ads
4487  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8349emds
4488  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8540ads
4489  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8540eval
4490  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8560ads
4491  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl
4492  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\musenki
4493  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mvblue
4494  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mvs1
4495  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1ads
4496  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1fs2
4497  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\nc650
4498  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netphone
4499  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar
4500  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta
4501  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta2
4502  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netvia
4503  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ns9750dev
4504  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\nx823
4505  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\o2dnt
4506  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap1510inn
4507  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap1610inn
4508  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap2420h4
4509  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap5912osk
4510  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap730p2
4511  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\oxc
4512  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pb1x00
4513  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2
4514  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pleb2
4515  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm520
4516  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm826
4517  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm828
4518  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm854
4519  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm856
4520  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pn62
4521  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ppmc8260
4522  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\prodrive
4523  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\psyent
4524  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\purple
4525  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pxa255_idp
4526  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\quantum
4527  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\r360mpi
4528  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rattler
4529  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rbc823
4530  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rmu
4531  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXClassic
4532  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite
4533  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite_dw
4534  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rpxsuper
4535  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RRvision
4536  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rsdproto
4537  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sacsng
4538  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst
4539  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandpoint
4540  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc405
4541  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8240
4542  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8260
4543  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8560
4544  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_cdp
4545  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_spunk
4546  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\scb9328
4547  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\shannon
4548  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens
4549  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sixnet
4550  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sl8245
4551  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\smdk2400
4552  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\smdk2410
4553  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\snmc
```

```
4554   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\spc8xx
4555   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\spd8xx
4556   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ssv
4557   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stamp
4558   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stxgp3
4559   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stxxtc
4560   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\svm_sc8xx
4561   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sx1
4562   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tb0229
4563   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\total5200
4564   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm5200
4565   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm8260
4566   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm834x
4567   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm85xx
4568   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm8xx
4569   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab
4570   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\uc100
4571   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\utx8245
4572   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\v37
4573   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\versatile
4574   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\voiceblue
4575   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o
4576   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\wepep250
4577   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\westel
4578   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xaeniax
4579   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx
4580   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xm250
4581   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xpedite1k
4582   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xsengine
4583   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\zpc1900
4584   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\zylonite
4585   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\a3000\a3000.c
4586   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\a3000\config.mk
4587   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\a3000\flash.c
4588   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\a3000\Makefile
4589   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\a3000\README
4590   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\a3000\u-boot.lds
4591   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\adder\adder.c
4592   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\adder\config.mk
4593   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\adder\Makefile
4594   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\adder\u-boot.lds
4595   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\adsvix\adsvix.c
4596   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\adsvix\config.mk
4597   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\adsvix\lowlevel_init.S
4598   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\adsvix\Makefile
4599   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\adsvix\pcmcia.c
4600   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\adsvix\pxavoltage.S
4601   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\adsvix\u-boot.lds
4602   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\alaska\alaska.c
4603   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\alaska\config.mk
4604   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\alaska\flash.c
4605   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\alaska\Makefile
4606   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\alaska\u-boot.lds
4607   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\common
4608   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1c20
4609   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1s10
4610   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\common\flash.c
4611   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\common\sevenseg.c
4612   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\common\sevenseg.h
4613   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1c20\config.mk
4614   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1c20\dk1c20.c
4615   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1c20\flash.c
4616   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1c20\Makefile
4617   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1c20\misc.c
4618   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1c20\u-boot.lds
4619   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1c20\vectors.S
4620   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1s10\config.mk
4621   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1s10\dk1s10.c
4622   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1s10\flash.c
```

```
4623  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1s10\misc.c
4624  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1s10\misc.c
4625  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1s10\u-boot.lds
4626  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1s10\vectors.S
4627  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\bamboo
4628  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\bubinga
4629  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\common
4630  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ebony
4631  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\luan
4632  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ocotea
4633  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\walnut
4634  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\yellowstone
4635  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\yosemite
4636  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\bamboo\bamboo.c
4637  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\bamboo\bamboo.h
4638  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\bamboo\config.mk
4639  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\bamboo\flash.c
4640  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\bamboo\init.S
4641  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\bamboo\Makefile
4642  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\bamboo\u-boot.lds
4643  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\bubinga\bubinga.c
4644  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\bubinga\config.mk
4645  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\bubinga\flash.c
4646  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\bubinga\Makefile
4647  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\bubinga\u-boot.lds
4648  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\common\flash.c
4649  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ebony\config.mk
4650  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ebony\ebony.c
4651  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ebony\flash.c
4652  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ebony\init.S
4653  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ebony\Makefile
4654  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ebony\u-boot.lds
4655  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\luan\config.mk
4656  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\luan\epld.h
4657  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\luan\flash.c
4658  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\luan\init.S
4659  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\luan\luan.c
4660  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\luan\Makefile
4661  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\luan\u-boot.lds
4662  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ocotea\config.mk
4663  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ocotea\flash.c
4664  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ocotea\init.S
4665  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ocotea\Makefile
4666  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ocotea\ocotea.c
4667  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ocotea\ocotea.h
4668  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ocotea\u-boot.lds
4669  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\walnut\config.mk
4670  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\walnut\flash.c
4671  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\walnut\Makefile
4672  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\walnut\u-boot.lds
4673  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\walnut\walnut.c
4674  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\yellowstone\config.mk
4675  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\yellowstone\init.S
4676  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\yellowstone\Makefile
4677  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\yellowstone\u-boot.lds
4678  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\yellowstone\yellowstone.c
4679  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\yosemite\config.mk
4680  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\yosemite\init.S
4681  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\yosemite\Makefile
4682  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\yosemite\u-boot.lds
4683  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\yosemite\yosemite.c
4684  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amirix\ap1000
4685  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amirix\ap1000\ap1000.c
4686  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amirix\ap1000\ap1000.h
4687  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amirix\ap1000\config.mk
4688  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amirix\ap1000\flash.c
4689  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amirix\ap1000\init.S
4690  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amirix\ap1000\Makefile
4691  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amirix\ap1000\pci.c
```

```
4692    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amirix\ap1000\nand.c
4693    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amirix\ap1000\powerspan.h
4694    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amirix\ap1000\serial.c
4695    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amirix\ap1000\u-boot.lds
4696    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap81
4697    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap83
4698    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap94
4699    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap96
4700    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common
4701    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb42
4702    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb44
4703    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb47
4704    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\tb225
4705    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\tb243
4706    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap81\ap81.c
4707    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap81\config.mk
4708    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap81\flash.c
4709    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap81\Makefile
4710    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap81\u-boot.lds
4711    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap83\ap83.c
4712    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap83\config.mk
4713    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap83\flash.c
4714    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap83\Makefile
4715    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap83\u-boot.lds
4716    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap94\ap94.c
4717    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap94\ap94_pci.c
4718    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap94\athrs26_phy.c
4719    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap94\athrs26_phy.h
4720    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap94\config.mk
4721    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap94\lowlevel_init.S
4722    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap94\Makefile
4723    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap94\u-boot.lds
4724    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap96\ap96.c
4725    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap96\config.mk
4726    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap96\Makefile
4727    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap96\u-boot.lds
4728    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\ar7100_flash.c
4729    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\ar7100_flash.h
4730    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\ar9100_pflash.c
4731    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\athrf1_phy.c
4732    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\athrs16_phy.c
4733    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\athrs16_phy.h
4734    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\athrs26_phy.c
4735    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\athrs26_phy.h
4736    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\athr_phy.h
4737    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\g5e_Plus1_2_29a_unmanaged_Atheros_v3.c
4738    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\g5_Plus1_2_29a_unmanaged_Atheros_v5.c
4739    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\g5_Plus1_2_29b_unmanaged_Atheros_v5.c
4740    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\g5_Plus1_2_31_unmanaged_Atheros_v3.c
4741    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\g5_Plus1_2_31_unmanaged_Atheros_v4.c
4742    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\generic_i2c.c
4743    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\generic_i2c.h
4744    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\generic_spi.c
4745    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\generic_spi.h
4746    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\ipPhy.c
4747    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\ipPhy.h
4748    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\lowlevel_init.S
4749    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\lowlevel_init_ar9100.S
4750    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\phy.h
4751    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\vsc73xx.c
4752    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\vsc73xx.h
4753    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\vsc8601_phy.c
4754    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\vsc8601_phy.h
4755    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\vsc_phy.c
4756    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb42\config.mk
4757    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb42\flash.c
4758    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb42\Makefile
4759    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb42\pb42.c
4760    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb42\u-boot.lds
```

```
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb44\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb44\lowlevel_init.S
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb44\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb44\pb44.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb44\pb44_pci.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb44\u-boot-bootstrap.lds
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb44\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb47\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb47\lowlevel_init.S
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb47\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb47\pb47.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb47\pb47_pci.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb47\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\tb225\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\tb225\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\tb225\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\tb225\tb225.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\tb225\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\tb243\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\tb243\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\tb243\tb243.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\tb243\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101-2.6.31
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101-small
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap111
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap111-2.6.31
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap121
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap123
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2MB
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2x8
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-router
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap93
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap93-hgw
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap98
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-2.6.31
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-hgw
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-ivi
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-small
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-test
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ar7240_emu
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\cus136
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\db12x
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\mi93
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb90
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb92
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb93
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x-2.6.31
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x-2x8
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\tb327
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ubnt-wasp
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\wasp_emu
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\wrt54g
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101\ap101.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101-2.6.31\ap101-2.6.31.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101-2.6.31\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101-2.6.31\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101-2.6.31\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101-2.6.31\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101-small\ap101-small.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101-small\config.mk
```

```
4830  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101-small\ap101-small.c
4831  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101-small\Makefile
4832  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101-small\u-boot.lds
4833  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap111\ap111.c
4834  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap111\config.mk
4835  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap111\flash.c
4836  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap111\Makefile
4837  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap111\u-boot.lds
4838  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap111-2.6.31\ap111-2.6.31.c
4839  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap111-2.6.31\config.mk
4840  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap111-2.6.31\flash.c
4841  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap111-2.6.31\Makefile
4842  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap111-2.6.31\u-boot.lds
4843  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap121\ap121.c
4844  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap121\config.mk
4845  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap121\flash.c
4846  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap121\hornet_pll_init.S
4847  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap121\Makefile
4848  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap121\u-boot-bootstrap.lds
4849  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap121\u-boot.lds
4850  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap123\ap123.c
4851  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap123\config.mk
4852  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap123\flash.c
4853  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap123\Makefile
4854  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap123\u-boot-bootstrap.lds
4855  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap123\u-boot.lds
4856  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91\ap91.c
4857  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91\ar9285gpio.c
4858  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91\config.mk
4859  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91\flash.c
4860  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91\Makefile
4861  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91\u-boot-bootstrap.lds
4862  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91\u-boot.lds
4863  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2MB\ap91-2MB.c
4864  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2MB\ar9285gpio.c
4865  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2MB\config.mk
4866  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2MB\flash.c
4867  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2MB\Makefile
4868  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2MB\u-boot-bootstrap.lds
4869  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2MB\u-boot.lds
4870  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2x8\ap91-2x8.c
4871  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2x8\config.mk
4872  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2x8\flash.c
4873  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2x8\Makefile
4874  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2x8\u-boot-bootstrap.lds
4875  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2x8\u-boot.lds
4876  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-router\ap91-router.c
4877  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-router\config.mk
4878  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-router\flash.c
4879  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-router\Makefile
4880  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-router\u-boot-bootstrap.lds
4881  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-router\u-boot.lds
4882  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap93\ap93.c
4883  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap93\config.mk
4884  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap93\flash.c
4885  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap93\Makefile
4886  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap93\u-boot.lds
4887  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap93-hgw\ap93-hgw.c
4888  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap93-hgw\config.mk
4889  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap93-hgw\flash.c
4890  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap93-hgw\Makefile
4891  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap93-hgw\u-boot.lds
4892  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap98\ap98.c
4893  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap98\config.mk
4894  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap98\flash.c
4895  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap98\Makefile
4896  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap98\u-boot-bootstrap.lds
4897  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap98\u-boot.lds
4898  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99\ap99.c
```

```
4899  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99\ap99.c
4900  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99\flash.c
4901  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99\Makefile
4902  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99\u-boot-bootstrap.lds
4903  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99\u-boot.lds
4904  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-2.6.31\ap99-2.6.31.c
4905  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-2.6.31\config.mk
4906  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-2.6.31\flash.c
4907  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-2.6.31\Makefile
4908  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-2.6.31\u-boot-bootstrap.lds
4909  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-2.6.31\u-boot.lds
4910  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-hgw\ap99-hgw.c
4911  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-hgw\config.mk
4912  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-hgw\flash.c
4913  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-hgw\Makefile
4914  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-hgw\u-boot-bootstrap.lds
4915  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-hgw\u-boot.lds
4916  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-ivi\ap99-ivi.c
4917  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-ivi\config.mk
4918  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-ivi\flash.c
4919  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-ivi\Makefile
4920  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-ivi\u-boot-bootstrap.lds
4921  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-ivi\u-boot.lds
4922  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-small\ap99-small.c
4923  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-small\config.mk
4924  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-small\flash.c
4925  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-small\Makefile
4926  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-small\u-boot.lds
4927  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-test\ap99-test.c
4928  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ar7240_emu\ar7240_emu.c
4929  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ar7240_emu\config.mk
4930  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ar7240_emu\flash.c
4931  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ar7240_emu\Makefile
4932  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ar7240_emu\u-boot.lds
4933  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\ar7240_flash.c
4934  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\ar7240_flash.h
4935  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\ar7240_pci.c
4936  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\ar7240_s26_phy.c
4937  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\ar7240_s26_phy.h
4938  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\athr8035_phy.c
4939  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\athr8035_phy.h
4940  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\athrs16_phy.c
4941  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\athrs16_phy.h
4942  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\athrs17_phy.c
4943  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\athrs17_phy.h
4944  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\athrsf1_phy.c
4945  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\athrsf1_phy.h
4946  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\athrsf2_phy.c
4947  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\athrs_vir_phy.c
4948  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\athr_s27_phy.c
4949  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\athr_s27_phy.h
4950  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\ath_nand.c
4951  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\lowlevel_init.S
4952  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\lowlevel_init_934x-1.1.S
4953  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\lowlevel_init_934x.S
4954  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\phy.h
4955  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\cus136\config.mk
4956  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\cus136\cus136.c
4957  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\cus136\flash.c
4958  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\cus136\Makefile
4959  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\cus136\u-boot.lds
4960  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\db12x\config.mk
4961  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\db12x\db12x.c
4962  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\db12x\flash.c
4963  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\db12x\Makefile
4964  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\db12x\u-boot-bootstrap.lds
4965  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\db12x\u-boot.lds
4966  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\mi93\config.mk
4967  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\mi93\flash.c
```

```
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\mi93\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\mi93\mi93.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\mi93\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb90\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb90\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb90\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb90\pb90.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb90\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb92\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb92\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb92\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb92\pb92.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb92\u-boot-bootstrap.lds
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb92\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb93\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb93\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb93\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb93\pb93.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb93\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x\pb9x.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x\u-boot-bootstrap.lds
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x-2.6.31\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x-2.6.31\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x-2.6.31\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x-2.6.31\pb9x-2.6.31.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x-2.6.31\u-boot-bootstrap.lds
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x-2.6.31\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x-2x8\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x-2x8\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x-2x8\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x-2x8\pb9x-2x8.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x-2x8\u-boot-bootstrap.lds
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x-2x8\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\tb327\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\tb327\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\tb327\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\tb327\tb327.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\tb327\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ubnt-wasp\board.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ubnt-wasp\board.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ubnt-wasp\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ubnt-wasp\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ubnt-wasp\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ubnt-wasp\u-boot-bootstrap.lds
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ubnt-wasp\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ubnt-wasp\ubnt-wasp.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\wasp_emu\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\wasp_emu\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\wasp_emu\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\wasp_emu\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\wasp_emu\wasp_emu.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\wrt54g\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\wrt54g\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\wrt54g\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\wrt54g\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\wrt54g\wrt54g.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\armadillo\armadillo.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\armadillo\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\armadillo\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\armadillo\lowlevel_init.S
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\armadillo\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\armadillo\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\assabet\assabet.c
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\assabet\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\assabet\Makefile
```

```
5037  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\assabet\u-boot.lds
5038  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\assabet\u-boot.lds
5039  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\at91rm9200dk\at45.c
5040  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\at91rm9200dk\at91rm9200dk.c
5041  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\at91rm9200dk\config.mk
5042  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\at91rm9200dk\flash.c
5043  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\at91rm9200dk\Makefile
5044  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\at91rm9200dk\u-boot.lds
5045  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\atc\atc.c
5046  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\atc\config.mk
5047  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\atc\flash.c
5048  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\atc\Makefile
5049  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\atc\u-boot.lds
5050  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\AtmarkTechno\suzaku
5051  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\AtmarkTechno\suzaku\config.mk
5052  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\AtmarkTechno\suzaku\flash.c
5053  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\AtmarkTechno\suzaku\Makefile
5054  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\AtmarkTechno\suzaku\suzaku.c
5055  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\AtmarkTechno\suzaku\u-boot.lds
5056  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\barco\barco.c
5057  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\barco\barco_svc.h
5058  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\barco\config.mk
5059  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\barco\early_init.S
5060  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\barco\flash.c
5061  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\barco\Makefile
5062  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\barco\README
5063  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\barco\speed.h
5064  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\barco\u-boot.lds
5065  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\bmw\bmw.c
5066  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\bmw\bmw.h
5067  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\bmw\config.mk
5068  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\bmw\early_init.S
5069  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\bmw\flash.c
5070  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\bmw\m48t59y.c
5071  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\bmw\m48t59y.h
5072  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\bmw\Makefile
5073  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\bmw\ns16550.c
5074  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\bmw\ns16550.h
5075  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\bmw\README
5076  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\bmw\serial.c
5077  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\bmw\u-boot.lds
5078  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\c2mon\c2mon.c
5079  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\c2mon\config.mk
5080  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\c2mon\flash.c
5081  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\c2mon\Makefile
5082  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\c2mon\u-boot.lds
5083  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\c2mon\u-boot.lds.debug
5084  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\canmb\canmb.c
5085  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\canmb\config.mk
5086  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\canmb\Makefile
5087  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\canmb\mt48lc16m32s2-75.h
5088  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\canmb\u-boot.lds
5089  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\common
5090  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8541cds
5091  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8548cds
5092  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8555cds
5093  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\common\cadmus.c
5094  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\common\cadmus.h
5095  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\common\eeprom.c
5096  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\common\eeprom.h
5097  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8541cds\config.mk
5098  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8541cds\init.S
5099  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8541cds\Makefile
5100  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8541cds\mpc8541cds.c
5101  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8541cds\u-boot.lds
5102  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8548cds\config.mk
5103  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8548cds\init.S
5104  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8548cds\Makefile
5105  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8548cds\mpc8548cds.c
```

```
5106   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8555cds\config.mk
5107   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8555cds\config.mk
5108   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8555cds\init.S
5109   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8555cds\Makefile
5110   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8555cds\mpc8555cds.c
5111   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8555cds\u-boot.lds
5112   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cerf250\cerf250.c
5113   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cerf250\config.mk
5114   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cerf250\flash.c
5115   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cerf250\lowlevel_init.S
5116   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cerf250\Makefile
5117   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cerf250\u-boot.lds
5118   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cm4008\cm4008.c
5119   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cm4008\config.mk
5120   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cm4008\flash.c
5121   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cm4008\Makefile
5122   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cm4008\u-boot.lds
5123   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cm41xx\cm41xx.c
5124   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cm41xx\config.mk
5125   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cm41xx\flash.c
5126   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cm41xx\Makefile
5127   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cm41xx\u-boot.lds
5128   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cmc_pu2\at45.c
5129   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cmc_pu2\cmc_pu2.c
5130   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cmc_pu2\config.mk
5131   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cmc_pu2\flash.c
5132   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cmc_pu2\load_sernum_ethaddr.c
5133   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cmc_pu2\Makefile
5134   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cmc_pu2\u-boot.lds
5135   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cmi\cmi.c
5136   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cmi\config.mk
5137   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cmi\flash.c
5138   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cmi\Makefile
5139   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cmi\u-boot.lds
5140   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cobra5272\bdm
5141   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cobra5272\cobra5272.c
5142   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cobra5272\config.mk
5143   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cobra5272\flash.c
5144   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cobra5272\Makefile
5145   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cobra5272\u-boot.lds
5146   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cobra5272\bdm\cobra5272_uboot.gdb
5147   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cobra5272\bdm\gdbinit.reset
5148   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cobra5272\bdm\load-cobra_uboot
5149   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cobra5272\bdm\reset
5150   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\config.mk
5151   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\dipsw.c
5152   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\dipsw.h
5153   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\flash.c
5154   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\flash.h
5155   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\kbm.c
5156   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\kbm.h
5157   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\lcd.c
5158   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\lcd.h
5159   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\Makefile
5160   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\mb.c
5161   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\mb.h
5162   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\par.c
5163   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\par.h
5164   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\pci.c
5165   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\pci.h
5166   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\README
5167   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\README.cma286
5168   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\rtc.c
5169   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\rtc.h
5170   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\serial.c
5171   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\serial.h
5172   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\u-boot.lds
5173   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\u-boot.lds.debug
5174   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpc45\config.mk
```

```
5175  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpc45\config.mk
5176  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpc45\flash.c
5177  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpc45\Makefile
5178  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpc45\pd67290.c
5179  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpc45\plx9030.c
5180  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpc45\u-boot.lds
5181  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpu86\config.mk
5182  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpu86\cpu86.c
5183  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpu86\cpu86.h
5184  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpu86\flash.c
5185  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpu86\Makefile
5186  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpu86\u-boot.lds
5187  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpu87\config.mk
5188  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpu87\cpu87.c
5189  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpu87\cpu87.h
5190  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpu87\flash.c
5191  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpu87\Makefile
5192  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpu87\u-boot.lds
5193  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cradle\config.mk
5194  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cradle\cradle.c
5195  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cradle\flash.c
5196  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cradle\lowlevel_init.S
5197  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cradle\Makefile
5198  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cradle\u-boot.lds
5199  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cray\L1
5200  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cray\L1\bootscript.hush
5201  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cray\L1\config.mk
5202  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cray\L1\flash.c
5203  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cray\L1\init.S
5204  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cray\L1\L1.c
5205  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cray\L1\L1.h
5206  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cray\L1\Makefile
5207  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cray\L1\patchme
5208  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cray\L1\u-boot.lds
5209  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cray\L1\u-boot.lds.debug
5210  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cray\L1\x2c.awk
5211  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb226\config.mk
5212  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb226\csb226.c
5213  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb226\flash.c
5214  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb226\lowlevel_init.S
5215  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb226\Makefile
5216  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb226\u-boot.lds
5217  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb272\config.mk
5218  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb272\csb272.c
5219  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb272\init.S
5220  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb272\Makefile
5221  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb272\u-boot.lds
5222  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb472\config.mk
5223  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb472\csb472.c
5224  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb472\init.S
5225  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb472\Makefile
5226  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb472\u-boot.lds
5227  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb637\config.mk
5228  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb637\csb637.c
5229  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb637\Makefile
5230  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb637\u-boot.lds
5231  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cu824\config.mk
5232  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cu824\cu824.c
5233  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cu824\flash.c
5234  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cu824\Makefile
5235  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cu824\README
5236  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cu824\u-boot.lds
5237  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\B2
5238  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\common
5239  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\PPChameleonEVB
5240  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\B2\B2.c
5241  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\B2\config.mk
5242  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\B2\flash.c
5243  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\B2\lowlevel_init.S
```

```
5244  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\B2\u-boot.lds
5245  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\common\flash.c
5246  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\common\fpga.c
5247  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\common\pci.c
5248  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\PPChameleonEVB\config.mk
5249  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\PPChameleonEVB\flash.c
5250  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\PPChameleonEVB\fpgadata.c
5251  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\PPChameleonEVB\Makefile
5252  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\PPChameleonEVB\nand.c
5253  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\PPChameleonEVB\PPChameleonEVB.c
5254  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\PPChameleonEVB\u-boot.lds
5255  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dbau1x00\config.mk
5256  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dbau1x00\dbau1x00.c
5257  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dbau1x00\flash.c
5258  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dbau1x00\lowlevel_init.S
5259  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dbau1x00\Makefile
5260  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dbau1x00\README
5261  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dbau1x00\u-boot.lds
5262  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\delta\config.mk
5263  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\delta\delta.c
5264  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\delta\lowlevel_init.S
5265  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\delta\Makefile
5266  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\delta\nand.c
5267  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\delta\u-boot.lds
5268  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dnp1110\config.mk
5269  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dnp1110\dnp1110.c
5270  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dnp1110\flash.c
5271  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dnp1110\lowlevel_init.S
5272  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dnp1110\Makefile
5273  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dnp1110\u-boot.lds
5274  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\bab7xx
5275  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\elppc
5276  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\mhpc
5277  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\bab7xx\asm_init.S
5278  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\bab7xx\bab7xx.c
5279  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\bab7xx\config.mk
5280  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\bab7xx\dc_srom.c
5281  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\bab7xx\el_srom.c
5282  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\bab7xx\flash.c
5283  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\bab7xx\l2cache.c
5284  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\bab7xx\Makefile
5285  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\bab7xx\misc.c
5286  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\bab7xx\pci.c
5287  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\bab7xx\srom.h
5288  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\bab7xx\u-boot.lds
5289  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\elppc\asm_init.S
5290  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\elppc\config.mk
5291  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\elppc\eepro100_srom.c
5292  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\elppc\elppc.c
5293  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\elppc\flash.c
5294  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\elppc\Makefile
5295  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\elppc\misc.c
5296  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\elppc\mpc107_i2c.c
5297  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\elppc\pci.c
5298  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\elppc\srom.h
5299  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\elppc\u-boot.lds
5300  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\mhpc\config.mk
5301  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\mhpc\flash.c
5302  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\mhpc\Makefile
5303  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\mhpc\mhpc.c
5304  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\mhpc\u-boot.lds
5305  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\mhpc\u-boot.lds.debug
5306  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\common
5307  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\top5200
5308  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\top860
5309  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\common\am79c874.c
5310  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\common\flash.c
5311  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\common\vpd.c
```

```
5313  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\top5200\config.mk
5314  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\top5200\Makefile
5315  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\top5200\top5200.c
5316  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\top5200\u-boot.lds
5317  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\top860\config.mk
5318  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\top860\Makefile
5319  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\top860\top860.c
5320  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\top860\u-boot.lds
5321  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\top860\u-boot.lds.debug
5322  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep7312\config.mk
5323  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep7312\ep7312.c
5324  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep7312\flash.c
5325  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep7312\lowlevel_init.S
5326  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep7312\Makefile
5327  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep7312\u-boot.lds
5328  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep8248\config.mk
5329  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep8248\ep8248.c
5330  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep8248\Makefile
5331  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep8248\u-boot.lds
5332  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep8260\config.mk
5333  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep8260\ep8260.c
5334  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep8260\ep8260.h
5335  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep8260\flash.c
5336  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep8260\Makefile
5337  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep8260\mii_phy.c
5338  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep8260\u-boot.lds
5339  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep88x\config.mk
5340  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep88x\ep88x.c
5341  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep88x\Makefile
5342  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep88x\u-boot.lds
5343  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eric\config.mk
5344  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eric\eric.c
5345  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eric\eric.h
5346  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eric\flash.c
5347  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eric\init.S
5348  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eric\Makefile
5349  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eric\u-boot.lds
5350  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\adciop
5351  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\apc405
5352  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ar405
5353  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ash405
5354  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\canbt
5355  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cms700
5356  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common
5357  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci2dp
5358  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci405
5359  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci440
5360  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci5200
5361  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750
5362  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpciiser4
5363  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dasa_sim
5364  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dp405
5365  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\du405
5366  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hh405
5367  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hub405
5368  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ocrtc
5369  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pci405
5370  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pf5200
5371  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\plu405
5372  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pmc405
5373  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\tasreg
5374  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\voh405
5375  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\vom405
5376  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\wuh405
5377  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\adciop\adciop.c
5378  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\adciop\adciop.h
5379  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\adciop\config.mk
5380  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\adciop\flash.c
5381  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\adciop\Makefile
```

```
5382    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\apc405\apc405.c
5383    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\apc405\apc405.c
5384    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\apc405\config.mk
5385    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\apc405\fpgadata.c
5386    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\apc405\logo_640_480_24bpp.c
5387    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\apc405\Makefile
5388    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\apc405\strataflash.c
5389    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\apc405\u-boot.lds
5390    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ar405\ar405.c
5391    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ar405\ar405.h
5392    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ar405\config.mk
5393    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ar405\flash.c
5394    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ar405\fpgadata.c
5395    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ar405\fpgadata_xl30.c
5396    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ar405\Makefile
5397    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ar405\u-boot.lds
5398    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ash405\ash405.c
5399    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ash405\config.mk
5400    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ash405\flash.c
5401    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ash405\fpgadata.c
5402    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ash405\Makefile
5403    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ash405\u-boot.lds
5404    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\canbt\canbt.c
5405    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\canbt\canbt.h
5406    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\canbt\config.mk
5407    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\canbt\flash.c
5408    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\canbt\fpgadata.c
5409    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\canbt\Makefile
5410    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\canbt\u-boot.lds
5411    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cms700\cms700.c
5412    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cms700\config.mk
5413    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cms700\flash.c
5414    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cms700\fpgadata.c
5415    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cms700\Makefile
5416    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cms700\u-boot.lds
5417    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\auto_update.c
5418    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\auto_update.h
5419    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\cmd_loadpci.c
5420    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\flash.c
5421    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\fpga.c
5422    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\lcd.c
5423    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\lcd.h
5424    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\misc.c
5425    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\pci.c
5426    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\s1d13704_320_240_4bpp.h
5427    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\s1d13705_320_240_8bpp.h
5428    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\s1d13806_1024_768_8bpp.h
5429    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\s1d13806_320_240_4bpp.h
5430    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\s1d13806_640_480_16bpp.h
5431    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\s1d13806_640_480_8bpp.h
5432    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\xilinx_jtag
5433    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\xilinx_jtag\lenval.c
5434    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\xilinx_jtag\lenval.h
5435    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\xilinx_jtag\micro.c
5436    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\xilinx_jtag\micro.h
5437    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\xilinx_jtag\ports.c
5438    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\xilinx_jtag\ports.h
5439    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci2dp\config.mk
5440    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci2dp\cpci2dp.c
5441    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci2dp\flash.c
5442    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci2dp\Makefile
5443    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci2dp\u-boot.lds
5444    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci405\config.mk
5445    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci405\cpci405.c
5446    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci405\flash.c
5447    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci405\fpgadata_cpci405.c
5448    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci405\fpgadata_cpci4052.c
5449    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci405\fpgadata_cpci405ab.c
5450    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci405\Makefile
```

```
5451    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci440\config.mk
5452    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci440\config.mk
5453    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci440\cpci440.c
5454    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci440\init.S
5455    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci440\Makefile
5456    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci440\strataflash.c
5457    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci440\u-boot.lds
5458    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci5200\config.mk
5459    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci5200\cpci5200.c
5460    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci5200\Makefile
5461    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci5200\mt46v16m16-75.h
5462    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci5200\strataflash.c
5463    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci5200\u-boot.lds
5464    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\64360.h
5465    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\config.mk
5466    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\cpci750.c
5467    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\eth.h
5468    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\i2c.c
5469    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\i2c.h
5470    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\ide.c
5471    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\local.h
5472    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\Makefile
5473    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\misc.S
5474    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\mpsc.c
5475    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\mpsc.h
5476    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\mv_eth.c
5477    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\mv_eth.h
5478    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\mv_regs.h
5479    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\pci.c
5480    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\sdram_init.c
5481    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\serial.c
5482    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\serial.h
5483    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\u-boot.lds
5484    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpciiser4\config.mk
5485    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpciiser4\cpciiser4.c
5486    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpciiser4\cpciiser4.h
5487    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpciiser4\flash.c
5488    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpciiser4\fpgadata.c
5489    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpciiser4\Makefile
5490    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpciiser4\u-boot.lds
5491    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dasa_sim\cmd_dasa_sim.c
5492    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dasa_sim\config.mk
5493    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dasa_sim\dasa_sim.c
5494    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dasa_sim\dasa_sim.h
5495    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dasa_sim\eeprom.c
5496    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dasa_sim\flash.c
5497    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dasa_sim\fpgadata.c
5498    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dasa_sim\Makefile
5499    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dasa_sim\u-boot.lds
5500    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dp405\config.mk
5501    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dp405\dp405.c
5502    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dp405\flash.c
5503    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dp405\fpgadata.c
5504    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dp405\Makefile
5505    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dp405\u-boot.lds
5506    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\du405\config.mk
5507    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\du405\du405.c
5508    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\du405\du405.h
5509    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\du405\flash.c
5510    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\du405\fpgadata.c
5511    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\du405\Makefile
5512    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\du405\u-boot.lds
5513    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hh405\config.mk
5514    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hh405\flash.c
5515    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hh405\fpgadata.c
5516    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hh405\hh405.c
5517    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hh405\logo_1024_768_8bpp.c
5518    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hh405\logo_320_240_4bpp.c
5519    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hh405\logo_320_240_8bpp.c
```

```
5520    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hh405\Makefile
5521    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hh405\Makefile
5522    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hh405\u-boot.lds
5523    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hub405\config.mk
5524    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hub405\flash.c
5525    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hub405\hub405.c
5526    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hub405\Makefile
5527    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hub405\u-boot.lds
5528    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ocrtc\cmd_ocrtc.c
5529    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ocrtc\config.mk
5530    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ocrtc\flash.c
5531    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ocrtc\Makefile
5532    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ocrtc\ocrtc.c
5533    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ocrtc\ocrtc.h
5534    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ocrtc\u-boot.lds
5535    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pci405\cmd_pci405.c
5536    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pci405\config.mk
5537    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pci405\flash.c
5538    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pci405\fpgadata.c
5539    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pci405\Makefile
5540    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pci405\pci405.c
5541    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pci405\pci405.h
5542    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pci405\u-boot.lds
5543    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pci405\writeibm.S
5544    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pf5200\config.mk
5545    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pf5200\flash.c
5546    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pf5200\Makefile
5547    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pf5200\mt46v16m16-75.h
5548    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pf5200\pf5200.c
5549    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pf5200\u-boot.lds
5550    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\plu405\config.mk
5551    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\plu405\flash.c
5552    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\plu405\fpgadata.c
5553    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\plu405\Makefile
5554    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\plu405\plu405.c
5555    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\plu405\u-boot.lds
5556    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pmc405\config.mk
5557    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pmc405\fpgadata.c
5558    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pmc405\Makefile
5559    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pmc405\pmc405.c
5560    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pmc405\u-boot.lds
5561    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\tasreg\config.mk
5562    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\tasreg\flash.c
5563    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\tasreg\fpgadata.c
5564    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\tasreg\Makefile
5565    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\tasreg\tasreg.c
5566    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\tasreg\u-boot.lds
5567    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\voh405\config.mk
5568    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\voh405\flash.c
5569    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\voh405\fpgadata.c
5570    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\voh405\logo_320_240_4bpp.c
5571    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\voh405\logo_640_480_24bpp.c
5572    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\voh405\Makefile
5573    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\voh405\u-boot.lds
5574    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\voh405\voh405.c
5575    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\vom405\config.mk
5576    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\vom405\flash.c
5577    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\vom405\fpgadata.c
5578    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\vom405\Makefile
5579    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\vom405\u-boot.lds
5580    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\vom405\vom405.c
5581    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\wuh405\config.mk
5582    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\wuh405\flash.c
5583    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\wuh405\fpgadata.c
5584    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\wuh405\Makefile
5585    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\wuh405\u-boot.lds
5586    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\wuh405\wuh405.c
5587    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\esteem192e\config.mk
5588    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\esteem192e\esteem192e.c
```

```
5589  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esteem192e\esteem192e.c
5590  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esteem192e\Makefile
5591  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esteem192e\u-boot.lds
5592  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etin\debris
5593  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etin\debris\config.mk
5594  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etin\debris\debris.c
5595  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etin\debris\flash.c
5596  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etin\debris\Makefile
5597  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etin\debris\phantom.c
5598  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etin\debris\speed.h
5599  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etin\debris\u-boot.lds
5600  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etx094\config.mk
5601  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etx094\etx094.c
5602  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etx094\flash.c
5603  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etx094\Makefile
5604  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etx094\u-boot.lds
5605  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etx094\u-boot.lds.debug
5606  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb4510\config.mk
5607  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb4510\evb4510.c
5608  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb4510\flash.c
5609  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb4510\lowlevel_init.S
5610  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb4510\Makefile
5611  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb4510\u-boot.lds
5612  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\64260.h
5613  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\bootseq.txt
5614  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\config.mk
5615  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\ecctest.c
5616  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\eth.c
5617  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\eth.h
5618  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\eth_addrtbl.c
5619  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\eth_addrtbl.h
5620  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\evb64260.c
5621  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\flash.c
5622  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\i2c.c
5623  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\i2c.h
5624  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\intel_flash.c
5625  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\intel_flash.h
5626  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\local.h
5627  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\Makefile
5628  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\memory.c
5629  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\misc.S
5630  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\mpsc.c
5631  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\mpsc.h
5632  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\pci.c
5633  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\sdram_init.c
5634  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\serial.c
5635  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\serial.h
5636  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\u-boot.lds
5637  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\zuma_pbb.c
5638  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\zuma_pbb.h
5639  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\zuma_pbb_mbox.c
5640  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\zuma_pbb_mbox.h
5641  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eXalion\config.mk
5642  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eXalion\eXalion.c
5643  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eXalion\eXalion.h
5644  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eXalion\Makefile
5645  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eXalion\piix_pci.h
5646  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eXalion\u-boot.lds
5647  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\exbitgen\config.mk
5648  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\exbitgen\exbitgen.c
5649  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\exbitgen\exbitgen.h
5650  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\exbitgen\flash.c
5651  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\exbitgen\init.S
5652  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\exbitgen\Makefile
5653  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\exbitgen\u-boot.lds
5654  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ezkit533\config.mk
5655  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ezkit533\ezkit533.c
5656  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ezkit533\flash-defines.h
5657  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ezkit533\flash.c
```

```
5658   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ezkit533\psd4256.h
5659   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ezkit533\psd4256.h
5660   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ezkit533\u-boot.lds
5661   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\fads\config.mk
5662   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\fads\fads.c
5663   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\fads\fads.h
5664   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\fads\flash.c
5665   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\fads\lamp.c
5666   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\fads\Makefile
5667   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\fads\u-boot.lds
5668   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\fads\u-boot.lds.debug
5669   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\flagadm\config.mk
5670   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\flagadm\flagadm.c
5671   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\flagadm\flash.c
5672   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\flagadm\Makefile
5673   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\flagadm\u-boot.lds
5674   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\flagadm\u-boot.lds.debug
5675   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\funkwerk\vovpn-gw
5676   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\funkwerk\vovpn-gw\config.mk
5677   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\funkwerk\vovpn-gw\flash.c
5678   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\funkwerk\vovpn-gw\m88e6060.c
5679   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\funkwerk\vovpn-gw\m88e6060.h
5680   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\funkwerk\vovpn-gw\Makefile
5681   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\funkwerk\vovpn-gw\u-boot.lds
5682   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\funkwerk\vovpn-gw\vovpn-gw.c
5683   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\g2000\config.mk
5684   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\g2000\g2000.c
5685   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\g2000\Makefile
5686   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\g2000\strataflash.c
5687   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\g2000\u-boot.lds
5688   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gcplus\config.mk
5689   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gcplus\flash.c
5690   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gcplus\gcplus.c
5691   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gcplus\lowlevel_init.S
5692   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gcplus\Makefile
5693   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gcplus\u-boot.lds
5694   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gen860t\beeper.c
5695   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gen860t\beeper.h
5696   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gen860t\config.mk
5697   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gen860t\flash.c
5698   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gen860t\fpga.c
5699   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gen860t\fpga.h
5700   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gen860t\gen860t.c
5701   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gen860t\ioport.c
5702   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gen860t\ioport.h
5703   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gen860t\Makefile
5704   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gen860t\README
5705   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gen860t\u-boot-flashenv.lds
5706   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gen860t\u-boot.lds
5707   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\genietv\config.mk
5708   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\genietv\flash.c
5709   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\genietv\genietv.c
5710   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\genietv\genietv.h
5711   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\genietv\Makefile
5712   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\genietv\u-boot.lds
5713   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\genietv\u-boot.lds.debug
5714   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gth\config.mk
5715   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gth\ee_access.c
5716   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gth\ee_access.h
5717   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gth\ee_dev.h
5718   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gth\flash.c
5719   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gth\gth.c
5720   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gth\Makefile
5721   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gth\README
5722   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gth\u-boot.lds
5723   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gw8260\config.mk
5724   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gw8260\flash.c
5725   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gw8260\gw8260.c
5726   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gw8260\Makefile
```

```
5727  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hermes\config.mk
5728  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hermes\config.mk
5729  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hermes\flash.c
5730  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hermes\hermes.c
5731  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hermes\Makefile
5732  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hermes\u-boot.lds
5733  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hermes\u-boot.lds.debug
5734  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hidden_dragon\config.mk
5735  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hidden_dragon\early_init.S
5736  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hidden_dragon\flash.c
5737  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hidden_dragon\hidden_dragon.c
5738  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hidden_dragon\Makefile
5739  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hidden_dragon\README
5740  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hidden_dragon\speed.h
5741  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hidden_dragon\u-boot.lds
5742  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hmi1001\config.mk
5743  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hmi1001\hmi1001.c
5744  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hmi1001\Makefile
5745  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hmi1001\u-boot.lds
5746  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod\bsp.c
5747  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod\config.mk
5748  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod\eeprom.c
5749  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod\env.c
5750  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod\fetch.c
5751  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod\flash.c
5752  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod\flash.h
5753  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod\global_env
5754  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod\hymod.c
5755  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod\hymod.h
5756  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod\input.c
5757  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod\Makefile
5758  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod\u-boot.lds
5759  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod\u-boot.lds.debug
5760  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icecube\config.mk
5761  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icecube\flash.c
5762  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icecube\icecube.c
5763  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icecube\Makefile
5764  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icecube\mt46v16m16-75.h
5765  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icecube\mt46v32m16.h
5766  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icecube\mt48lc16m16a2-75.h
5767  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icecube\u-boot.lds
5768  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icu862\config.mk
5769  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icu862\flash.c
5770  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icu862\icu862.c
5771  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icu862\Makefile
5772  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icu862\u-boot.lds
5773  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icu862\u-boot.lds.debug
5774  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ids8247\config.mk
5775  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ids8247\flash.c
5776  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ids8247\ids8247.c
5777  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ids8247\Makefile
5778  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ids8247\u-boot.lds
5779  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\impa7\config.mk
5780  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\impa7\flash.c
5781  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\impa7\impa7.c
5782  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\impa7\lowlevel_init.S
5783  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\impa7\Makefile
5784  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\impa7\u-boot.lds
5785  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\incaip\config.mk
5786  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\incaip\flash.c
5787  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\incaip\incaip.c
5788  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\incaip\lowlevel_init.S
5789  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\incaip\Makefile
5790  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\incaip\u-boot.lds
5791  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\inka4x0\config.mk
5792  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\inka4x0\flash.c
5793  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\inka4x0\inka4x0.c
5794  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\inka4x0\Makefile
5795  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\inka4x0\mt46v16m16-75.h
```

```
5796    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\inka4x0\u-boot.lds
5797    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\innokom\config.mk
5798    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\innokom\flash.c
5799    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\innokom\innokom.c
5800    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\innokom\lowlevel_init.S
5801    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\innokom\Makefile
5802    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\innokom\u-boot.lds
5803    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorap\config.mk
5804    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorap\flash.c
5805    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorap\integratorap.c
5806    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorap\lowlevel_init.S
5807    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorap\Makefile
5808    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorap\memsetup.S
5809    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorap\split_by_variant.sh
5810    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorap\u-boot.lds.template
5811    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorcp\config.mk
5812    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorcp\flash.c
5813    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorcp\integratorcp.c
5814    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorcp\lowlevel_init.S
5815    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorcp\Makefile
5816    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorcp\memsetup.S
5817    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorcp\split_by_variant.sh
5818    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorcp\u-boot.lds.template
5819    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ip860\config.mk
5820    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ip860\flash.c
5821    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ip860\ip860.c
5822    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ip860\Makefile
5823    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ip860\u-boot.lds
5824    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ip860\u-boot.lds.debug
5825    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\iphase4539\config.mk
5826    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\iphase4539\flash.c
5827    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\iphase4539\iphase4539.c
5828    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\iphase4539\Makefile
5829    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\iphase4539\u-boot.lds
5830    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ispan\config.mk
5831    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ispan\ispan.c
5832    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ispan\Makefile
5833    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ispan\u-boot.lds
5834    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ivm\config.mk
5835    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ivm\flash.c
5836    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ivm\ivm.c
5837    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ivm\Makefile
5838    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ivm\u-boot.lds
5839    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ivm\u-boot.lds.debug
5840    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ixdp425\config.mk
5841    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ixdp425\flash.c
5842    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ixdp425\ixdp425.c
5843    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ixdp425\Makefile
5844    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ixdp425\u-boot.lds
5845    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\jse\config.mk
5846    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\jse\flash.c
5847    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\jse\host_bridge.c
5848    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\jse\init.S
5849    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\jse\jse.c
5850    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\jse\jse_priv.h
5851    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\jse\Makefile
5852    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\jse\README.txt
5853    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\jse\sdram.c
5854    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\jse\u-boot.lds
5855    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kb9202\config.mk
5856    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kb9202\kb9202.c
5857    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kb9202\Makefile
5858    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kb9202\u-boot.lds
5859    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\common
5860    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\kup4k
5861    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\kup4x
5862    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\Makefile
5863    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\common\flash.c
```

```
5865   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\common\kup.h
5866   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\common\kup.h
5867   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\common\load_sernum_ethaddr.c
5868   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\kup4k\config.mk
5869   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\kup4k\kup4k.c
5870   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\kup4k\Makefile
5871   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\kup4k\s1d13706.h
5872   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\kup4k\u-boot.lds
5873   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\kup4k\u-boot.lds.debug
5874   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\kup4x\config.mk
5875   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\kup4x\kup4x.c
5876   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\kup4x\Makefile
5877   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\kup4x\u-boot.lds
5878   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\kup4x\u-boot.lds.debug
5879   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lantec\config.mk
5880   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lantec\flash.c
5881   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lantec\lantec.c
5882   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lantec\Makefile
5883   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lantec\u-boot.lds
5884   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lantec\u-boot.lds.debug
5885   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lart\config.mk
5886   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lart\flash.c
5887   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lart\flashasm.S
5888   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lart\lart.c
5889   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lart\lowlevel_init.S
5890   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lart\Makefile
5891   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lart\u-boot.lds
5892   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\LEOX\elpt860\config.mk
5893   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\LEOX\elpt860\config.mk
5894   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\LEOX\elpt860\elpt860.c
5895   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\LEOX\elpt860\flash.c
5896   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\LEOX\elpt860\Makefile
5897   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\LEOX\elpt860\README.LEOX
5898   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\LEOX\elpt860\u-boot.lds
5899   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\LEOX\elpt860\u-boot.lds.debug
5900   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\logodl\config.mk
5901   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\logodl\flash.c
5902   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\logodl\logodl.c
5903   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\logodl\lowlevel_init.S
5904   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\logodl\Makefile
5905   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\logodl\u-boot.lds
5906   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lpd7a40x\config.mk
5907   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lpd7a40x\flash.c
5908   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lpd7a40x\lowlevel_init.S
5909   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lpd7a40x\lpd7a40x.c
5910   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lpd7a40x\Makefile
5911   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lpd7a40x\u-boot.lds
5912   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lubbock\config.mk
5913   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lubbock\flash.c
5914   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lubbock\lowlevel_init.S
5915   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lubbock\lubbock.c
5916   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lubbock\Makefile
5917   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lubbock\u-boot.lds
5918   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lwmon\config.mk
5919   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lwmon\flash.c
5920   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lwmon\lwmon.c
5921   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lwmon\Makefile
5922   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lwmon\README.keybd
5923   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lwmon\u-boot.lds
5924   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lwmon\u-boot.lds.debug
5925   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\m5272c3\config.mk
5926   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\m5272c3\flash.c
5927   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\m5272c3\m5272c3.c
5928   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\m5272c3\Makefile
5929   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\m5272c3\u-boot.lds
5930   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\m5282evb\config.mk
5931   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\m5282evb\flash.c
5932   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\m5282evb\m5282evb.c
5933   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\m5282evb\Makefile
```

```
5934   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE
5935   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE
5936   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator
5937   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\menu
5938   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\AmigaOneG3SE.c
5939   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\articiaS.c
5940   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\articiaS.h
5941   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\articiaS_pci.c
5942   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\board_asm_init.S
5943   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\cmd_boota.c
5944   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\config.mk
5945   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\enet.c
5946   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\flash.c
5947   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\flash_new.c
5948   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\i8259.c
5949   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\i8259.h
5950   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\interrupts.c
5951   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\macros.h
5952   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\Makefile
5953   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\memio.h
5954   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\memio.S
5955   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\memory_dump
5956   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\nvram.c
5957   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\ps2kbd.c
5958   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\ps2kbd.h
5959   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\serial.c
5960   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\short_types.h
5961   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\smbus.c
5962   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\smbus.h
5963   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\start.txt
5964   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\todo.txt
5965   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\u-boot.lds
5966   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\usb_uhci.c
5967   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\usb_uhci.h
5968   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\via686.c
5969   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\via686.h
5970   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\video.c
5971   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\bios.c
5972   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\glue.c
5973   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\glue.h
5974   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech
5975   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\x86interface.c
5976   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin
5977   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux
5978   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include
5979   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib
5980   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs
5981   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src
5982   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc31-d16.bat
5983   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc45-c32.bat
5984   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc45-d16.bat
5985   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc45-d32.bat
5986   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc45-snp.bat
5987   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc45-tnt.bat
5988   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc45-vxd.bat
5989   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc45-w16.bat
5990   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc45-w32.bat
5991   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc50-c32.bat
5992   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc50-d16.bat
5993   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc50-d32.bat
5994   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc50-smx.bat
5995   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc50-snp.bat
5996   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc50-tnt.bat
5997   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc50-vxd.bat
5998   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc50-w16.bat
5999   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc50-w32.bat
6000   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc50-x11.bat
6001   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bcb5-c32.bat
6002   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bcb5-d16.bat
```

```
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bcb5-smx.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bcb5-snp.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bcb5-tnt.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bcb5-vxd.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bcb5-w16.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bcb5-w32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bcb5-x11.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\build
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\build.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\build_db.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\build_it.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\cddrv.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\cdit
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\cdit.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\djgpp.env
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\djgpp_db.env
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\findint3.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\gcc-beos.sh
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\gcc-freebsd.sh
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\gcc-linux.sh
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\gcc2-c32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\gcc2-dos.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\gcc2-linux.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\gcc2-w32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\makelib.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\meltobjs.sh
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\ntddk.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\qnx4.sh
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\qnxnto.sh
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\set-vars-beos.sh
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\set-vars-freebsd.sh
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\set-vars-linux.sh
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\set-vars-qnx.sh
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\set-vars.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc40-c32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc40-d16.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc40-drv9x.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc40-drvnt.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc40-snp.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc40-tnt.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc40-w16.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc40-w32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc40-x11.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc50-c32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc50-d16.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc50-drv9x.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc50-drvnt.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc50-rtt.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc50-snp.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc50-tnt.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc50-w16.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc50-w32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc50-x11.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc60-c32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc60-d16.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc60-drv9x.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc60-drvnt.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc60-drvw2k.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc60-snp.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc60-tnt.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc60-w16.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc60-w32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc60-x11.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\w2kddk.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10-c32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10-d16.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10-d32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10-o16.bat
```

```
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10-p32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10-qnx.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10-snp.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10-tnt.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10-w16.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10-w32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10-x11.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10ac32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10ad16.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10ad32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10ao16.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10ao32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10ap32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10asnp.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10atnt.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10aw16.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10aw32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc11-c32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc11-d16.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc11-d32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc11-o16.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc11-o32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc11-p32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc11-qnx.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc11-snp.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc11-tnt.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc11-w16.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc11-w32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc11-x11.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\win32sdk.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux\glibc
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux\libc
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux\glibc\dmake
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux\glibc\k_cp
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux\glibc\k_echo
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux\glibc\k_rm
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux\glibc\makedep
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux\glibc\nasm
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux\glibc\ndisasm
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux\glibc\trans
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux\libc\dmake
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux\libc\nasm
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux\libc\ndisasm
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux\libc\trans
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\biosemu.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\event.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\mtrr.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\pcilib.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\pmapi.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\pmimp.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\pmint.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\pm_help.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\pm_wctl.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\scitech.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\scitech.mac
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\x86emu
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\x86emu.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\x86emu\fpu_regs.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\x86emu\regs.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\x86emu\types.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib\debug
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib\release
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib\debug\linux
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\glibc
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\libc
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\glibc\
readme.txt
```

| | |
|---|---|
| 6140 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\libc\r eadme.txt |
| 6141 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib\release\linux |
| 6142 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib\release\linux\gcc |
| 6143 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\glib c |
| 6144 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\libc |
| 6145 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\glib c\readme.txt |
| 6146 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\libc \readme.txt |
| 6147 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\bc16.mk |
| 6148 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\bc3.mk |
| 6149 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\bc32.mk |
| 6150 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\bcos2.mk |
| 6151 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\cl16.mk |
| 6152 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\cl386.mk |
| 6153 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\common.mk |
| 6154 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\emx.mk |
| 6155 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\gcc_beos.mk |
| 6156 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\gcc_dos.mk |
| 6157 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\gcc_freebsd.mk |
| 6158 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\gcc_linux.mk |
| 6159 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\gcc_win32.mk |
| 6160 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\hc32.mk |
| 6161 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\makedefs.prj |
| 6162 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\qnx4.mk |
| 6163 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\qnxto.mk |
| 6164 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules |
| 6165 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\sc16.mk |
| 6166 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\sc32.mk |
| 6167 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\startup.mk |
| 6168 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\va32.mk |
| 6169 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\va365.mk |
| 6170 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\vc16.mk |
| 6171 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\vc32.mk |
| 6172 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\wc16.mk |
| 6173 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\wc32.mk |
| 6174 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\bc16.mk |
| 6175 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\bc3.mk |
| 6176 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\bc32.mk |
| 6177 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\bcos2.mk |
| 6178 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\cl16.mk |
| 6179 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\cl386.mk |
| 6180 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\dj32.mk |
| 6181 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\emx.mk |
| 6182 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\gcc_beos.mk |
| 6183 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\gcc_freebsd .mk |
| 6184 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\gcc_linux.m k |
| 6185 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\gcc_win32.m k |
| 6186 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\hc32.mk |
| 6187 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\qnx4.mk |
| 6188 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\qnxnto.mk |
| 6189 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\sc16.mk |
| 6190 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\sc32.mk |
| 6191 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\va32.mk |
| 6192 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\va365.mk |
| 6193 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\vc16.mk |
| 6194 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\vc32.mk |
| 6195 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\wc16.mk |
| 6196 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\wc32.mk |
| 6197 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\biosemu |
| 6198 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common |
| 6199 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm |
| 6200 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios |
| 6201 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu |

```
6202    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\biosemu\bios.c
6203    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\biosemu\bios.c
6204    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\biosemu\biosemu.c
6205    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\biosemu\biosemui.h
6206    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\biosemu\makefile
6207    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\biosemu\makefile.cross
6208    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\biosemu\warmboot.c
6209    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\aabeos.c
6210    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\aados.c
6211    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\aalib.c
6212    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\aalinux.c
6213    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\aaos2.c
6214    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\aaqnx.c
6215    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\aartt.c
6216    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\aasmx.c
6217    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\aavxd.c
6218    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\aawin32.c
6219    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\agplib.c
6220    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\center.c
6221    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\cmdline.c
6222    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\gabeos.c
6223    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\gados.c
6224    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\galib.c
6225    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\galinux.c
6226    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\gantdrv.c
6227    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\gaos2.c
6228    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\gaqnx.c
6229    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\gartt.c
6230    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\gasmx.c
6231    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\gavxd.c
6232    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\gawin32.c
6233    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\gtfcalc.c
6234    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\libcimp.c
6235    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\makefile
6236    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\peloader.c
6237    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\vesavbe.c
6238    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\_aa_imp.asm
6239    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\_gatimer.asm
6240    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\_ga_imp.asm
6241    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\_pm_imp.asm
6242    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\beos
6243    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\codepage
6244    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common
6245    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common.c
6246    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\cpuinfo.c
6247    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\debug.c
6248    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\dos
6249    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\event.c
6250    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\linux
6251    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\makefile
6252    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\ntdrv
6253    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\os2
6254    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\os2pm
6255    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\oshdr.h
6256    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\photon
6257    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\pm.vpw
6258    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\pmcommon.vpj
6259    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\pmdos.vpj
6260    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\pmlinux.vpj
6261    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\pmntdrv.vpj
6262    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\pmqnx.vpj
6263    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\pmvxd.vpj
6264    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\pmwin32.vpj
6265    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\qnx
6266    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\rttarget
6267    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\smx
6268    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\stub
6269    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests
6270    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\vdd
```

```
6271  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\win32
6272  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\win32
6273  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\x11
6274  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\ztimer.c
6275  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\z_samples.vpj
6276  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\beos\cpuinfo.c
6277  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\beos\event.c
6278  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\beos\oshdr.h
6279  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\beos\pm.c
6280  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\beos\vflat.c
6281  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\beos\ztimer.c
6282  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\codepage\us_eng.c
6283  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common\agp.c
6284  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common\keyboard.c
6285  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common\malloc.c
6286  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common\mtrr.c
6287  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common\pcilib.c
6288  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common\unixio.c
6289  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common\vgastate.c
6290  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common\_cpuinfo.asm
6291  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common\_dma.asm
6292  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common\_int64.asm
6293  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common\_joy.asm
6294  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common\_mtrr.asm
6295  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common\_pcihelp.asm
6296  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\dos\cpuinfo.c
6297  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\dos\event.c
6298  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\dos\oshdr.h
6299  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\dos\pm.c
6300  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\dos\pmdos.c
6301  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\dos\vflat.c
6302  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\dos\ztimer.c
6303  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\dos\_event.asm
6304  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\dos\_lztimer.asm
6305  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\dos\_pm.asm
6306  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\dos\_pmdos.asm
6307  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\dos\_vflat.asm
6308  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\linux\cpuinfo.c
6309  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\linux\event.c
6310  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\linux\event.svga
6311  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\linux\oshdr.h
6312  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\linux\pm.c
6313  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\linux\vflat.c
6314  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\linux\ztimer.c
6315  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\ntdrv\cpuinfo.c
6316  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\ntdrv\int86.c
6317  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\ntdrv\irq.c
6318  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\ntdrv\mem.c
6319  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\ntdrv\oshdr.h
6320  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\ntdrv\pm.c
6321  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\ntdrv\stdio.c
6322  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\ntdrv\stdlib.c
6323  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\ntdrv\vflat.c
6324  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\ntdrv\ztimer.c
6325  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\ntdrv\_irq.asm
6326  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\ntdrv\_pm.asm
6327  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\os2\cpuinfo.c
6328  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\os2\dossctl.obj
6329  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\os2\event.c
6330  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\os2\mon.h
6331  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\os2\oshdr.h
6332  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\os2\pm.c
6333  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\os2\vflat.c
6334  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\os2\ztimer.c
6335  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\os2\_pmos2.asm
6336  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\os2pm\event.c
6337  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\os2pm\oshdr.h
6338  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\photon\event.c
6339  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\photon\oshdr.h
```

```
6340    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\qnx\cpuinfo.c
6341    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\qnx\event.c
6342    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\qnx\mtrrqnx.c
6343    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\qnx\oshdr.h
6344    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\qnx\pm.c
6345    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\qnx\vflat.c
6346    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\qnx\ztimer.c
6347    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\qnx\_mtrrqnx.asm
6348    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\rttarget\cpuinfo.c
6349    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\rttarget\event.c
6350    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\rttarget\oshdr.h
6351    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\rttarget\pm.c
6352    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\rttarget\vflat.c
6353    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\rttarget\ztimer.c
6354    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\smx\cpuinfo.c
6355    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\smx\event.c
6356    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\smx\oshdr.h
6357    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\smx\pm.c
6358    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\smx\pmsmx.c
6359    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\smx\vflat.c
6360    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\smx\ztimer.c
6361    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\smx\_event.asm
6362    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\smx\_lztimer.asm
6363    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\smx\_pm.asm
6364    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\smx\_pmsmx.asm
6365    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\smx\_vflat.asm
6366    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\stub\cpuinfo.c
6367    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\stub\event.c
6368    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\stub\oshdr.h
6369    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\stub\pm.c
6370    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\stub\vflat.c
6371    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\stub\ztimer.c
6372    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\altbrk.c
6373    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\altcrit.c
6374    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\biosptr.c
6375    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\block.c
6376    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\brk.c
6377    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\callreal.c
6378    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\checks.c
6379    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\cpu.c
6380    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\critical.c
6381    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\getch.c
6382    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\isvesa.c
6383    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\key.c
6384    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\key15.c
6385    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\memtest.c
6386    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\mouse.c
6387    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\restore.c
6388    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\rtc.c
6389    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\save.c
6390    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\showpci.c
6391    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\tick.c
6392    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\timerc.c
6393    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\timercpp.cpp
6394    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\uswc.c
6395    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\vftest.c
6396    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\video.c
6397    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\vdd\cpuinfo.c
6398    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\vdd\fileio.c
6399    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\vdd\oshdr.h
6400    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\vdd\pm.c
6401    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\vdd\vflat.c
6402    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\vdd\ztimer.c
6403    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\vxd\cpuinfo.c
6404    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\vxd\fileio.c
6405    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\vxd\oshdr.h
6406    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\vxd\pm.c
6407    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\vxd\vflat.c
6408    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\vxd\ztimer.c
```

```
6409    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\win32\cpuinfo_asm
6410    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\win32\cpuinfo.c
6411    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\win32\ddraw.c
6412    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\win32\event.c
6413    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\win32\ntservc.c
6414    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\win32\oshdr.h
6415    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\win32\pm.c
6416    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\win32\vflat.c
6417    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\win32\ztimer.c
6418    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\win32\_pmwin32.asm
6419    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\x11\event.c
6420    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\x11\oshdr.h
6421    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\AsmMacros.h
6422    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\awk.scr
6423    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\cbios.c
6424    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\command.c
6425    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\console.c
6426    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\debug.h
6427    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\happy_cards
6428    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\hexdump
6429    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\int.c
6430    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\io.c
6431    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\lex.l
6432    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\main.c
6433    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\makefile.linux
6434    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\mem.c
6435    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\parser.y
6436    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\pci.c
6437    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\pci.h
6438    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\README
6439    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\v86.c
6440    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\v86bios.c
6441    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\v86bios.h
6442    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\working_cards
6443    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\x86emu.c
6444    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\debug.c
6445    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\decode.c
6446    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\fpu.c
6447    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\LICENSE
6448    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\makefile
6449    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\makefile.cross
6450    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\makefile.linux
6451    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\makefile.uboot
6452    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\ops.c
6453    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\ops2.c
6454    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\prim_ops.c
6455    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\sys.c
6456    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\validate.c
6457    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\x86emu
6458    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\debug.h
6459    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\decode.h
6460    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\fpu.h
6461    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\ops.h
6462    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\prim_asm
        .h
6463    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\prim_ops
        .h
6464    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\x86emui.
        h
6465    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\menu\cmd_menu.c
6466    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\menu\menu.c
6467    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\menu\menu.h
6468    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common
6469    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64360
6470    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64460
6471    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\include
6472    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common\bootseq.txt
6473    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common\ecctest.c
6474    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common\flash.c
```

```
6475  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common\i2c.h
6476  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common\i2c.h
6477  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common\intel_flash.c
6478  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common\intel_flash.h
6479  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common\memory.c
6480  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common\misc.S
6481  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common\ns16550.c
6482  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common\ns16550.h
6483  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common\ppc_error_no.h
6484  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common\serial.c
6485  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common\serial.h
6486  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64360\64360.h
6487  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64360\config.mk
6488  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64360\db64360.c
6489  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64360\eth.h
6490  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64360\Makefile
6491  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64360\mpsc.c
6492  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64360\mpsc.h
6493  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64360\mv_eth.c
6494  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64360\mv_eth.h
6495  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64360\mv_regs.h
6496  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64360\pci.c
6497  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64360\sdram_init.c
6498  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64360\u-boot.lds
6499  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64460\64460.h
6500  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64460\config.mk
6501  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64460\db64460.c
6502  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64460\eth.h
6503  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64460\Makefile
6504  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64460\mpsc.c
6505  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64460\mpsc.h
6506  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64460\mv_eth.c
6507  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64460\mv_eth.h
6508  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64460\mv_regs.h
6509  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64460\pci.c
6510  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64460\sdram_init.c
6511  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64460\u-boot.lds
6512  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\include\core.h
6513  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\include\memory.h
6514  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\include\mv_gen_reg.h
6515  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\include\pci.h
6516  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mbx8xx\config.mk
6517  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mbx8xx\csr.h
6518  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mbx8xx\dimm.h
6519  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mbx8xx\flash.c
6520  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mbx8xx\Makefile
6521  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mbx8xx\mbx8xx.c
6522  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mbx8xx\u-boot.lds
6523  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mbx8xx\u-boot.lds.debug
6524  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mbx8xx\vpd.c
6525  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mbx8xx\vpd.h
6526  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mcc200\config.mk
6527  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mcc200\Makefile
6528  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mcc200\mcc200.c
6529  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mcc200\mt46v16m16-75.h
6530  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mcc200\mt48lc16m16a2-75.h
6531  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mcc200\mt48lc8m32b2-6-7.h
6532  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mcc200\u-boot.lds
6533  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ml2\config.mk
6534  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ml2\flash.c
6535  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ml2\init.S
6536  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ml2\Makefile
6537  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ml2\ml2.c
6538  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ml2\serial.c
6539  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ml2\u-boot.lds
6540  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ml2\u-boot.lds.debug
6541  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\modnet50\config.mk
6542  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\modnet50\flash.c
6543  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\modnet50\lowlevel_init.S
```

```
6544  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\modnet50\Makefile
6545  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\modnet50\modnet50.c
6546  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\modnet50\u-boot.lds
6547  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mousse\config.mk
6548  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mousse\flash.c
6549  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mousse\flash.h
6550  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mousse\m48t59y.c
6551  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mousse\m48t59y.h
6552  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mousse\Makefile
6553  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mousse\mousse.c
6554  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mousse\mousse.h
6555  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mousse\pci.c
6556  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mousse\README
6557  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mousse\u-boot.lds
6558  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mousse\u-boot.lds.ram
6559  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mousse\u-boot.lds.rom
6560  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mp2usb\config.mk
6561  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mp2usb\flash.c
6562  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mp2usb\Makefile
6563  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mp2usb\mp2usb.c
6564  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mp2usb\u-boot.lds
6565  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8260ads\config.mk
6566  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8260ads\flash.c
6567  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8260ads\Makefile
6568  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8260ads\mpc8260ads.c
6569  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8260ads\u-boot.lds
6570  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8266ads\config.mk
6571  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8266ads\flash.c
6572  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8266ads\Makefile
6573  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8266ads\mpc8266ads.c
6574  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8266ads\u-boot.lds
6575  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8349ads\config.mk
6576  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8349ads\Makefile
6577  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8349ads\mpc8349ads.c
6578  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8349ads\pci.c
6579  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8349ads\u-boot.lds
6580  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8349emds\config.mk
6581  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8349emds\Makefile
6582  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8349emds\mpc8349emds.c
6583  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8349emds\u-boot.lds
6584  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8540ads\config.mk
6585  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8540ads\init.S
6586  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8540ads\Makefile
6587  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8540ads\mpc8540ads.c
6588  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8540ads\u-boot.lds
6589  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8540eval\config.mk
6590  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8540eval\flash.c
6591  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8540eval\init.S
6592  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8540eval\Makefile
6593  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8540eval\mpc8540eval.c
6594  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8540eval\u-boot.lds
6595  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8560ads\config.mk
6596  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8560ads\init.S
6597  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8560ads\Makefile
6598  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8560ads\mpc8560ads.c
6599  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8560ads\u-boot.lds
6600  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\common
6601  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\mip405
6602  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pati
6603  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pip405
6604  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\vcma9
6605  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\common\common_util.c
6606  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\common\common_util.h
6607  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\common\flash.c
6608  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\common\isa.c
6609  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\common\isa.h
6610  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\common\kbd.c
6611  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\common\kbd.h
6612  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\common\memtst.c
```

```
6613   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\common\isa.h
6614   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\common\pci_parts.h
6615   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\common\piix4_pci.h
6616   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\common\usb_uhci.c
6617   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\common\usb_uhci.h
6618   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\mip405\cmd_mip405.c
6619   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\mip405\config.mk
6620   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\mip405\init.S
6621   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\mip405\Makefile
6622   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\mip405\mip405.c
6623   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\mip405\mip405.h
6624   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\mip405\u-boot.lds
6625   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pati\cmd_pati.c
6626   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pati\config.mk
6627   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pati\Makefile
6628   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pati\pati.c
6629   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pati\pati.h
6630   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pati\pci_eeprom.h
6631   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pati\plx9056.h
6632   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pati\u-boot.lds
6633   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pip405\cmd_pip405.c
6634   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pip405\config.mk
6635   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pip405\init.S
6636   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pip405\Makefile
6637   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pip405\pip405.c
6638   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pip405\pip405.h
6639   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pip405\u-boot.lds
6640   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pip405\u-boot.lds.debug
6641   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\vcma9\cmd_vcma9.c
6642   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\vcma9\config.mk
6643   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\vcma9\flash.c
6644   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\vcma9\lowlevel_init.S
6645   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\vcma9\Makefile
6646   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\vcma9\u-boot.lds
6647   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\vcma9\vcma9.c
6648   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\vcma9\vcma9.h
6649   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\musenki\config.mk
6650   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\musenki\flash.c
6651   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\musenki\Makefile
6652   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\musenki\musenki.c
6653   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\musenki\README
6654   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\musenki\u-boot.lds
6655   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mvblue\config.mk
6656   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mvblue\flash.c
6657   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mvblue\Makefile
6658   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mvblue\mvblue.c
6659   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mvblue\u-boot.lds
6660   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mvs1\config.mk
6661   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mvs1\flash.c
6662   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mvs1\Makefile
6663   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mvs1\mvs1.c
6664   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mvs1\README
6665   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mvs1\u-boot.lds
6666   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mvs1\u-boot.lds.debug
6667   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1ads\config.mk
6668   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1ads\lowlevel_init.S
6669   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1ads\Makefile
6670   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1ads\mx1ads.c
6671   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1ads\syncflash.c
6672   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1ads\u-boot.lds
6673   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1fs2\config.mk
6674   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1fs2\flash.c
6675   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1fs2\intel.h
6676   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1fs2\lowlevel_init.S
6677   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1fs2\Makefile
6678   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1fs2\mx1fs2.c
6679   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1fs2\u-boot.lds
6680   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\nc650\config.mk
6681   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\nc650\flash.c
```

```
6682   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\nc650\nc650.c
6683   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\nc650\nc650.c
6684   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\nc650\u-boot.lds
6685   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\nc650\u-boot.lds.debug
6686   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netphone\config.mk
6687   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netphone\flash.c
6688   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netphone\Makefile
6689   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netphone\netphone.c
6690   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netphone\phone_console.c
6691   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netphone\u-boot.lds
6692   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netphone\u-boot.lds.debug
6693   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar\config.mk
6694   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar\crcek.h
6695   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar\crcek.S
6696   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar\crcit
6697   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar\crcit.c
6698   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar\eeprom.c
6699   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar\eeprom.lds
6700   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar\eeprom_start.S
6701   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar\flash.c
6702   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar\Makefile
6703   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar\nand.c
6704   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar\netstar.c
6705   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar\setup.S
6706   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar\u-boot.lds
6707   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta\codec.c
6708   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta\config.mk
6709   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta\dsp.c
6710   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta\flash.c
6711   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta\Makefile
6712   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta\netta.c
6713   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta\u-boot.lds
6714   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta\u-boot.lds.debug
6715   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta2\config.mk
6716   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta2\flash.c
6717   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta2\Makefile
6718   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta2\netta2.c
6719   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta2\u-boot.lds
6720   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta2\u-boot.lds.debug
6721   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netvia\config.mk
6722   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netvia\flash.c
6723   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netvia\Makefile
6724   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netvia\netvia.c
6725   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netvia\u-boot.lds
6726   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netvia\u-boot.lds.debug
6727   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ns9750dev\config.mk
6728   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ns9750dev\flash.c
6729   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ns9750dev\led.c
6730   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ns9750dev\lowlevel_init.S
6731   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ns9750dev\Makefile
6732   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ns9750dev\ns9750dev.c
6733   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ns9750dev\u-boot.lds
6734   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\nx823\config.mk
6735   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\nx823\flash.c
6736   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\nx823\Makefile
6737   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\nx823\nx823.c
6738   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\nx823\u-boot.lds
6739   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\nx823\u-boot.lds.debug
6740   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\o2dnt\config.mk
6741   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\o2dnt\flash.c
6742   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\o2dnt\Makefile
6743   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\o2dnt\o2dnt.c
6744   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\o2dnt\u-boot.lds
6745   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap1510inn\config.mk
6746   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap1510inn\lowlevel_init.S
6747   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap1510inn\Makefile
6748   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap1510inn\omap1510innovator.c
6749   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap1510inn\u-boot.lds
6750   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap1610inn\config.mk
```

```
6751    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap1610inn\lowlevel_init.S
6752    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap1610inn\lowlevel_init.S
6753    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap1610inn\Makefile
6754    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap1610inn\omap1610innovator.c
6755    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap1610inn\u-boot.lds
6756    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap2420h4\config.mk
6757    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap2420h4\flash.c
6758    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap2420h4\lowlevel_init.S
6759    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap2420h4\Makefile
6760    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap2420h4\mem.c
6761    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap2420h4\omap2420h4.c
6762    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap2420h4\sys_info.c
6763    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap2420h4\u-boot.lds
6764    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap5912osk\config.mk
6765    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap5912osk\lowlevel_init.S
6766    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap5912osk\Makefile
6767    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap5912osk\omap5912osk.c
6768    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap5912osk\u-boot.lds
6769    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap730p2\config.mk
6770    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap730p2\flash.c
6771    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap730p2\lowlevel_init.S
6772    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap730p2\Makefile
6773    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap730p2\omap730p2.c
6774    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap730p2\u-boot.lds
6775    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\oxc\config.mk
6776    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\oxc\flash.c
6777    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\oxc\Makefile
6778    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\oxc\oxc.c
6779    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\oxc\u-boot.lds
6780    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pb1x00\config.mk
6781    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pb1x00\flash.c
6782    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pb1x00\Makefile
6783    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pb1x00\memsetup.S
6784    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pb1x00\pb1x00.c
6785    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pb1x00\README
6786    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pb1x00\u-boot.lds
6787    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\config.mk
6788    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\cpc710.h
6789    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\cpc710_init_ram.c
6790    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\cpc710_pci.c
6791    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\cpc710_pci.h
6792    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\flash.c
6793    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\fpga_serial.c
6794    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\fpga_serial.h
6795    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\hardware.h
6796    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\i2c.c
6797    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\i2c.h
6798    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\Makefile
6799    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\ns16550.h
6800    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\pcippc2.c
6801    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\pcippc2.h
6802    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\pcippc2_fpga.c
6803    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\pcippc2_fpga.h
6804    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\sconsole.c
6805    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\sconsole.h
6806    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\u-boot.lds
6807    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pleb2\config.mk
6808    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pleb2\flash.c
6809    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pleb2\lowlevel_init.S
6810    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pleb2\Makefile
6811    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pleb2\pleb2.c
6812    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pleb2\u-boot.lds
6813    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm520\config.mk
6814    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm520\flash.c
6815    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm520\Makefile
6816    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm520\mt46v16m16-75.h
6817    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm520\mt48lc16m16a2-75.h
6818    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm520\pm520.c
6819    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm520\u-boot.lds
```

```
6820  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm826\flash.c
6821  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm826\flash.c
6822  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm826\Makefile
6823  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm826\pm826.c
6824  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm826\u-boot.lds
6825  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm828\config.mk
6826  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm828\flash.c
6827  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm828\Makefile
6828  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm828\pm828.c
6829  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm828\u-boot.lds
6830  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm854\config.mk
6831  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm854\init.S
6832  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm854\Makefile
6833  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm854\pm854.c
6834  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm854\u-boot.lds
6835  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm856\config.mk
6836  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm856\init.S
6837  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm856\Makefile
6838  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm856\pm856.c
6839  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm856\u-boot.lds
6840  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pn62\cmd_pn62.c
6841  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pn62\config.mk
6842  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pn62\Makefile
6843  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pn62\misc.c
6844  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pn62\pn62.c
6845  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pn62\pn62.h
6846  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pn62\u-boot.lds
6847  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ppmc8260\config.mk
6848  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ppmc8260\Makefile
6849  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ppmc8260\ppmc8260.c
6850  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ppmc8260\strataflash.c
6851  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ppmc8260\u-boot.lds
6852  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\prodrive\p3p440
6853  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\prodrive\p3p440\config.mk
6854  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\prodrive\p3p440\init.S
6855  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\prodrive\p3p440\Makefile
6856  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\prodrive\p3p440\p3p440.c
6857  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\prodrive\p3p440\p3p440.h
6858  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\prodrive\p3p440\u-boot.lds
6859  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\psyent\common
6860  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\psyent\pci5441
6861  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\psyent\pk1c20
6862  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\psyent\common\AMDLV065D.c
6863  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\psyent\pci5441\config.mk
6864  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\psyent\pci5441\Makefile
6865  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\psyent\pci5441\pci5441.c
6866  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\psyent\pci5441\u-boot.lds
6867  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\psyent\pk1c20\config.mk
6868  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\psyent\pk1c20\led.c
6869  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\psyent\pk1c20\Makefile
6870  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\psyent\pk1c20\pk1c20.c
6871  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\psyent\pk1c20\u-boot.lds
6872  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\purple\config.mk
6873  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\purple\flash.c
6874  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\purple\lowlevel_init.S
6875  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\purple\Makefile
6876  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\purple\purple.c
6877  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\purple\sconsole.c
6878  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\purple\sconsole.h
6879  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\purple\u-boot.lds
6880  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pxa255_idp\config.mk
6881  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pxa255_idp\idp_notes.txt
6882  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pxa255_idp\Makefile
6883  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pxa255_idp\memsetup.S
6884  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pxa255_idp\pxa_idp.c
6885  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pxa255_idp\pxa_reg_calcs.out
6886  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pxa255_idp\pxa_reg_calcs.py
6887  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pxa255_idp\README
6888  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pxa255_idp\u-boot.lds
```

```
6889    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\quantum\flash.c
6890    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\quantum\fpga.c
6891    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\quantum\fpga.h
6892    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\quantum\Makefile
6893    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\quantum\quantum.c
6894    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\quantum\u-boot.lds
6895    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\quantum\u-boot.lds.debug
6896    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\r360mpi\config.mk
6897    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\r360mpi\flash.c
6898    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\r360mpi\Makefile
6899    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\r360mpi\r360mpi.c
6900    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\r360mpi\u-boot.lds
6901    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rattler\config.mk
6902    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rattler\Makefile
6903    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rattler\rattler.c
6904    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rattler\u-boot.lds
6905    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rbc823\config.mk
6906    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rbc823\flash.c
6907    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rbc823\kbd.c
6908    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rbc823\Makefile
6909    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rbc823\rbc823.c
6910    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rbc823\u-boot.lds
6911    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rmu\config.mk
6912    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rmu\flash.c
6913    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rmu\Makefile
6914    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rmu\rmu.c
6915    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rmu\u-boot.lds
6916    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rmu\u-boot.lds.debug
6917    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXClassic\config.mk
6918    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXClassic\eccx.c
6919    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXClassic\flash.c
6920    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXClassic\Makefile
6921    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXClassic\RPXClassic.c
6922    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXClassic\u-boot.lds
6923    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXClassic\u-boot.lds.debug
6924    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite\config.mk
6925    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite\flash.c
6926    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite\Makefile
6927    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite\RPXlite.c
6928    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite\u-boot.lds
6929    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite\u-boot.lds.debug
6930    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite_dw\config.mk
6931    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite_dw\flash.c
6932    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite_dw\Makefile
6933    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite_dw\README
6934    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite_dw\RPXlite_dw.c
6935    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite_dw\u-boot.lds
6936    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite_dw\u-boot.lds.debug
6937    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rpxsuper\config.mk
6938    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rpxsuper\flash.c
6939    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rpxsuper\Makefile
6940    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rpxsuper\mii_phy.c
6941    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rpxsuper\readme
6942    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rpxsuper\rpxsuper.c
6943    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rpxsuper\rpxsuper.h
6944    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rpxsuper\u-boot.lds
6945    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RRvision\config.mk
6946    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RRvision\flash.c
6947    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RRvision\Makefile
6948    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RRvision\RRvision.c
6949    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RRvision\u-boot.lds
6950    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RRvision\video_ad7179.h
6951    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rsdproto\config.mk
6952    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rsdproto\flash.c
6953    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rsdproto\flash_asm.S
6954    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rsdproto\Makefile
6955    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rsdproto\rsdproto.c
6956    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rsdproto\u-boot.lds
6957    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sacsng\clkinit.c
```

```
6958    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sacsng\config.mk
6959    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sacsng\config.mk
6960    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sacsng\flash.c
6961    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sacsng\ioconfig.h
6962    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sacsng\Makefile
6963    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sacsng\sacsng.c
6964    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sacsng\u-boot.lds
6965    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\common
6966    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\karef
6967    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\metrobox
6968    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\common\flash.c
6969    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\common\ppc440gx_i2c.c
6970    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\common\ppc440gx_i2c.h
6971    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\common\sb_common.c
6972    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\common\sb_common.h
6973    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\karef\config.mk
6974    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\karef\hal_ka_of_auto.h
6975    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\karef\hal_ka_sc_auto.h
6976    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\karef\init.S
6977    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\karef\karef.c
6978    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\karef\karef.h
6979    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\karef\karef_version.h
6980    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\karef\Makefile
6981    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\karef\u-boot.lds
6982    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\karef\u-boot.lds.debug
6983    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\metrobox\config.mk
6984    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\metrobox\hal_xc_auto.h
6985    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\metrobox\init.S
6986    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\metrobox\Makefile
6987    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\metrobox\metrobox.c
6988    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\metrobox\metrobox.h
6989    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\metrobox\metrobox_version.h
6990    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\metrobox\u-boot.lds
6991    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\metrobox\u-boot.lds.debug
6992    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandpoint\config.mk
6993    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandpoint\dinkdl
6994    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandpoint\early_init.S
6995    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandpoint\flash.c
6996    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandpoint\Makefile
6997    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandpoint\README
6998    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandpoint\sandpoint.c
6999    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandpoint\speed.h
7000    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandpoint\u-boot.lds
7001    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc405\config.mk
7002    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc405\Makefile
7003    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc405\sbc405.c
7004    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc405\strataflash.c
7005    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc405\u-boot.lds
7006    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8240\config.mk
7007    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8240\flash.c
7008    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8240\Makefile
7009    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8240\README
7010    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8240\sbc8240.c
7011    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8240\u-boot.lds
7012    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8260\config.mk
7013    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8260\flash.c
7014    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8260\Makefile
7015    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8260\sbc8260.c
7016    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8260\u-boot.lds
7017    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8560\config.mk
7018    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8560\init.S
7019    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8560\Makefile
7020    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8560\sbc8560.c
7021    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8560\u-boot.lds
7022    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_cdp\config.mk
7023    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_cdp\flash.c
7024    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_cdp\flash_old.c
7025    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_cdp\Makefile
7026    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_cdp\sc520_cdp.c
```

```
7027    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_cdp\sc520_cdp.c
7028    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_cdp\sc520_cdp_asm16.S
7029    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_cdp\u-boot.lds
7030    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_spunk\config.mk
7031    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_spunk\flash.c
7032    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_spunk\Makefile
7033    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_spunk\sc520_spunk.c
7034    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_spunk\sc520_spunk_asm.S
7035    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_spunk\sc520_spunk_asm16.S
7036    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_spunk\u-boot.lds
7037    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\scb9328\config.mk
7038    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\scb9328\flash.c
7039    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\scb9328\intel.h
7040    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\scb9328\lowlevel_init.S
7041    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\scb9328\Makefile
7042    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\scb9328\scb9328.c
7043    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\scb9328\u-boot.lds
7044    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\shannon\config.mk
7045    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\shannon\flash.c
7046    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\shannon\inferno.header
7047    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\shannon\lowlevel_init.S
7048    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\shannon\Makefile
7049    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\shannon\shannon.c
7050    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\shannon\u-boot.lds
7051    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\CCM
7052    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\common
7053    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\IAD210
7054    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\pcu_e
7055    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\SCM
7056    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\CCM\ccm.c
7057    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\CCM\config.mk
7058    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\CCM\flash.c
7059    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\CCM\fpga_ccm.c
7060    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\CCM\Makefile
7061    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\CCM\u-boot.lds
7062    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\CCM\u-boot.lds.debug
7063    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\common\fpga.c
7064    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\common\fpga.h
7065    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\common\README
7066    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\IAD210\atm.c
7067    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\IAD210\atm.h
7068    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\IAD210\config.mk
7069    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\IAD210\flash.c
7070    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\IAD210\IAD210.c
7071    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\IAD210\Makefile
7072    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\IAD210\u-boot.lds
7073    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\pcu_e\config.mk
7074    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\pcu_e\flash.c
7075    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\pcu_e\Makefile
7076    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\pcu_e\pcu_e.c
7077    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\pcu_e\u-boot.lds
7078    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\pcu_e\u-boot.lds.debug
7079    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\SCM\config.mk
7080    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\SCM\flash.c
7081    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\SCM\fpga_scm.c
7082    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\SCM\Makefile
7083    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\SCM\scm.c
7084    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\SCM\scm.h
7085    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\SCM\u-boot.lds
7086    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sixnet\config.mk
7087    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sixnet\flash.c
7088    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sixnet\fpgadata.c
7089    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sixnet\Makefile
7090    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sixnet\sixnet.c
7091    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sixnet\sixnet.h
7092    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sixnet\u-boot.lds
7093    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sl8245\config.mk
7094    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sl8245\flash.c
7095    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sl8245\Makefile
```

```
7096  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sl8245\config.mk
7097  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sl8245\u-boot.lds
7098  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\smdk2400\config.mk
7099  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\smdk2400\flash.c
7100  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\smdk2400\lowlevel_init.S
7101  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\smdk2400\Makefile
7102  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\smdk2400\smdk2400.c
7103  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\smdk2400\u-boot.lds
7104  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\smdk2410\config.mk
7105  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\smdk2410\flash.c
7106  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\smdk2410\lowlevel_init.S
7107  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\smdk2410\Makefile
7108  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\smdk2410\smdk2410.c
7109  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\smdk2410\u-boot.lds
7110  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\snmc\qs850
7111  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\snmc\qs860t
7112  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\snmc\qs850\config.mk
7113  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\snmc\qs850\flash.c
7114  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\snmc\qs850\Makefile
7115  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\snmc\qs850\qs850.c
7116  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\snmc\qs850\u-boot.lds
7117  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\snmc\qs860t\config.mk
7118  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\snmc\qs860t\flash.c
7119  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\snmc\qs860t\Makefile
7120  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\snmc\qs860t\qs860t.c
7121  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\snmc\qs860t\u-boot.lds
7122  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sorcery\config.mk
7123  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sorcery\Makefile
7124  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sorcery\sorcery.c
7125  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sorcery\u-boot.lds
7126  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\spd8xx\config.mk
7127  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\spd8xx\flash.c
7128  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\spd8xx\Makefile
7129  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\spd8xx\spd8xx.c
7130  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\spd8xx\u-boot.lds
7131  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\spd8xx\u-boot.lds.debug
7132  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ssv\adnpesc1
7133  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ssv\common
7134  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ssv\adnpesc1\adnpesc1.c
7135  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ssv\adnpesc1\config.mk
7136  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ssv\adnpesc1\flash.c
7137  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ssv\adnpesc1\Makefile
7138  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ssv\adnpesc1\misc.c
7139  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ssv\adnpesc1\u-boot.lds
7140  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ssv\adnpesc1\vectors.S
7141  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ssv\common\cmd_sled.c
7142  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ssv\common\flash.c
7143  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ssv\common\post.c
7144  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ssv\common\wd_pio.c
7145  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stamp\config.mk
7146  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stamp\Makefile
7147  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stamp\stamp.c
7148  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stamp\stamp.h
7149  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stamp\u-boot.lds
7150  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stxgp3\config.mk
7151  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stxgp3\flash.c
7152  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stxgp3\init.S
7153  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stxgp3\Makefile
7154  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stxgp3\stxgp3.c
7155  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stxgp3\u-boot.lds
7156  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stxxtc\config.mk
7157  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stxxtc\Makefile
7158  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stxxtc\oftree.dts
7159  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stxxtc\stxxtc.c
7160  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stxxtc\u-boot.lds
7161  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stxxtc\u-boot.lds.debug
7162  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\svm_sc8xx\config.mk
7163  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\svm_sc8xx\flash.c
7164  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\svm_sc8xx\Makefile
```

```
7165   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\svm_sc8xx\u-boot.lds
7166   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\svm_sc8xx\u-boot.lds.debug
7167   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sxl\config.mk
7168   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sxl\lowlevel_init.S
7169   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sxl\Makefile
7170   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sxl\sxl.c
7171   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sxl\u-boot.lds
7172   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tb0229\config.mk
7173   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tb0229\flash.c
7174   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tb0229\lowlevel_init.S
7175   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tb0229\Makefile
7176   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tb0229\tb0229.c
7177   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tb0229\u-boot.lds
7178   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tb0229\vr4131-pci.c
7179   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\total5200\config.mk
7180   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\total5200\Makefile
7181   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\total5200\mt48lc16m16a2-75.h
7182   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\total5200\mt48lc32m16a2-75.h
7183   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\total5200\sdram.c
7184   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\total5200\sdram.h
7185   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\total5200\total5200.c
7186   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\total5200\u-boot.lds
7187   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm5200\cmd_stk52xx.c
7188   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm5200\config.mk
7189   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm5200\flash.c
7190   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm5200\Makefile
7191   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm5200\mt48lc16m16a2-75.h
7192   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm5200\tqm5200.c
7193   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm5200\u-boot.lds
7194   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm8260\config.mk
7195   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm8260\flash.c
7196   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm8260\Makefile
7197   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm8260\tqm8260.c
7198   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm8260\u-boot.lds
7199   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm834x\config.mk
7200   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm834x\Makefile
7201   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm834x\pci.c
7202   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm834x\tqm834x.c
7203   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm834x\u-boot.lds
7204   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm85xx\config.mk
7205   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm85xx\init.S
7206   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm85xx\Makefile
7207   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm85xx\sdram.c
7208   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm85xx\tqm85xx.c
7209   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm85xx\u-boot.lds
7210   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm8xx\config.mk
7211   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm8xx\flash.c
7212   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm8xx\load_sernum_ethaddr.c
7213   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm8xx\Makefile
7214   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm8xx\tqm8xx.c
7215   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm8xx\u-boot.lds
7216   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm8xx\u-boot.lds.debug
7217   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\auto_update.c
7218   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\cmd_trab.c
7219   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\config.mk
7220   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\flash.c
7221   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\lowlevel_init.S
7222   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\Makefile
7223   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\memory.c
7224   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\Pt1000_temp_data.h
7225   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\README.kbd
7226   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\rs485.c
7227   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\rs485.h
7228   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\trab.c
7229   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\trab_fkt.c
7230   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\tsc2000.c
7231   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\tsc2000.h
7232   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\u-boot.lds
```

```
7234  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\uc100\config.mk
7235  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\uc100\config.mk
7236  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\uc100\Makefile
7237  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\uc100\u-boot.lds
7238  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\uc100\u-boot.lds.debug
7239  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\uc100\uc100.c
7240  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\utx8245\config.mk
7241  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\utx8245\flash.c
7242  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\utx8245\Makefile
7243  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\utx8245\u-boot.lds
7244  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\utx8245\utx8245.c
7245  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\v37\config.mk
7246  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\v37\flash.c
7247  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\v37\Makefile
7248  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\v37\u-boot.lds
7249  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\v37\v37.c
7250  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\versatile\config.mk
7251  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\versatile\flash.c
7252  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\versatile\lowlevel_init.S
7253  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\versatile\Makefile
7254  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\versatile\split_by_variant.sh
7255  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\versatile\u-boot.lds
7256  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\versatile\versatile.c
7257  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\voiceblue\config.mk
7258  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\voiceblue\eeprom.c
7259  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\voiceblue\eeprom.lds
7260  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\voiceblue\eeprom_start.S
7261  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\voiceblue\Makefile
7262  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\voiceblue\setup.S
7263  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\voiceblue\u-boot.lds
7264  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\voiceblue\voiceblue.c
7265  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\cmd_vpd.c
7266  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\config.mk
7267  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\errors.h
7268  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\flash.c
7269  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\fpga.c
7270  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\fsboot.c
7271  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\init.S
7272  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\Makefile
7273  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\post1.S
7274  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\post2.c
7275  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\u-boot.lds
7276  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\u-boot.lds.debug
7277  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\vpd.c
7278  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\vpd.h
7279  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\w7o.c
7280  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\w7o.h
7281  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\watchdog.c
7282  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\wepep250\config.mk
7283  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\wepep250\flash.c
7284  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\wepep250\intel.h
7285  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\wepep250\lowlevel_init.S
7286  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\wepep250\Makefile
7287  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\wepep250\u-boot.lds
7288  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\wepep250\wepep250.c
7289  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\westel\amx860
7290  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\westel\amx860\amx860.c
7291  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\westel\amx860\config.mk
7292  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\westel\amx860\flash.c
7293  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\westel\amx860\Makefile
7294  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\westel\amx860\u-boot.lds
7295  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\westel\amx860\u-boot.lds.debug
7296  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xaeniax\config.mk
7297  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xaeniax\flash.c
7298  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xaeniax\lowlevel_init.S
7299  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xaeniax\Makefile
7300  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xaeniax\u-boot.lds
7301  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xaeniax\xaeniax.c
7302  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common
```

```
7303    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\ml300
7304    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_enet
7305    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_iic
7306    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xbasic_types.c
7307    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xbasic_types.h
7308    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xbuf_descriptor.h
7309    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xdma_channel.c
7310    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xdma_channel.h
7311    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xdma_channel_i.h
7312    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xdma_channel_sg.c
7313    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xio.h
7314    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xipif_v1_23_b.c
7315    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xipif_v1_23_b.h
7316    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xpacket_fifo_v1_00_b.c
7317    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xpacket_fifo_v1_00_b.h
7318    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xstatus.h
7319    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xversion.c
7320    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xversion.h
7321    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\ml300\config.mk
7322    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\ml300\init.S
7323    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\ml300\Makefile
7324    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\ml300\ml300.c
7325    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\ml300\serial.c
7326    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\ml300\sw_services
7327    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\ml300\u-boot.lds
7328    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\ml300\u-boot.lds.debug
7329    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\ml300\xparameters.h
7330    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\ml300\sw_services\uboot_v1_00_a
7331    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\ml300\sw_services\uboot_v1_00_a\data
7332    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\ml300\sw_services\uboot_v1_00_a\data\Ltypes
7333    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\ml300\sw_services\uboot_v1_00_a\data\uboot_v2
        _1_0.mld
7334    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\ml300\sw_services\uboot_v1_00_a\data\uboot_v2
        _1_0.tcl
7335    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_enet\emac_adapter.c
7336    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_enet\xemac.c
7337    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_enet\xemac.h
7338    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_enet\xemac_g.c
7339    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_enet\xemac_i.h
7340    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_enet\xemac_intr.c
7341    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_enet\xemac_intr_dma.c
7342    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_enet\xemac_l.h
7343    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_enet\xemac_options.c
7344    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_enet\xemac_polled.c
7345    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_iic\iic_adapter.c
7346    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_iic\xiic_l.c
7347    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_iic\xiic_l.h
7348    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xm250\config.mk
7349    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xm250\flash.c
7350    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xm250\lowlevel_init.S
7351    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xm250\Makefile
7352    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xm250\u-boot.lds
7353    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xm250\xm250.c
7354    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xpedite1k\config.mk
7355    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xpedite1k\flash.c
7356    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xpedite1k\init.S
7357    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xpedite1k\Makefile
7358    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xpedite1k\u-boot.lds
7359    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xpedite1k\u-boot.lds.debug
7360    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xpedite1k\xpedite1k.c
7361    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xsengine\config.mk
7362    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xsengine\flash.c
7363    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xsengine\lowlevel_init.S
7364    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xsengine\Makefile
7365    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xsengine\u-boot.lds
7366    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xsengine\xsengine.c
7367    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\zpc1900\config.mk
7368    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\zpc1900\Makefile
7369    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\zpc1900\u-boot.lds
```

```
7370  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\zylonite\config.mk
7371  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\zylonite\config.mk
7372  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\zylonite\flash.c
7373  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\zylonite\lowlevel_init.S
7374  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\zylonite\Makefile
7375  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\zylonite\u-boot.lds
7376  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\zylonite\zylonite.c
7377  GPL.UBNT.v6.1.7\uboot\uboot-ti\boot\u-boot
7378  GPL.UBNT.v6.1.7\uboot\uboot-ti\boot\u-boot\board
7379  GPL.UBNT.v6.1.7\uboot\uboot-ti\boot\u-boot\board\ar7240
7380  GPL.UBNT.v6.1.7\uboot\uboot-ti\boot\u-boot\board\ar7240\common
7381  GPL.UBNT.v6.1.7\uboot\uboot-ti\boot\u-boot\board\ar7240\common\athrs_vir_phy.c
7382  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\ACEX1K.c
7383  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\altera.c
7384  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\bedbug.c
7385  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\circbuf.c
7386  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_ace.c
7387  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_autoscript.c
7388  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_bdinfo.c
7389  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_bdr.c
7390  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_bedbug.c
7391  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_bmp.c
7392  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_boot.c
7393  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_bootm.c
7394  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_cache.c
7395  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_console.c
7396  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_date.c
7397  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_dcr.c
7398  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_ddr.c
7399  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_diag.c
7400  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_display.c
7401  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_doc.c
7402  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_dtt.c
7403  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_eeprom.c
7404  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_elf.c
7405  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_ethreg.c
7406  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_ext2.c
7407  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_fat.c
7408  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_fdc.c
7409  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_fdos.c
7410  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_flash.c
7411  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_fpga.c
7412  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_i2c.c
7413  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_ide.c
7414  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_immap.c
7415  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_itest.c
7416  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_jffs2.c
7417  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_load.c
7418  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_log.c
7419  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_mem.c
7420  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_mii.c
7421  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_misc.c
7422  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_mmc.c
7423  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_nand.c
7424  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_net.c
7425  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_nvedit.c
7426  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_pci.c
7427  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_pcmcia.c
7428  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_pll.c
7429  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_portio.c
7430  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_reginfo.c
7431  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_reiser.c
7432  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_scsi.c
7433  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_spi.c
7434  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_universe.c
7435  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_usb.c
7436  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_vfd.c
7437  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_ximg.c
7438  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\command.c
```

```
7439    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\console.c
7440    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\crc16.c
7441    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\devices.c
7442    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\dlmalloc.c
7443    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\dlmalloc.src
7444    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\docecc.c
7445    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\environment.c
7446    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\env_common.c
7447    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\env_dataflash.c
7448    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\env_eeprom.c
7449    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\env_flash.c
7450    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\env_nand.c
7451    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\env_nowhere.c
7452    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\env_nvram.c
7453    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\exports.c
7454    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\flash.c
7455    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\fpga.c
7456    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\ft_build.c
7457    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\hush.c
7458    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\kgdb.c
7459    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\lcd.c
7460    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\lists.c
7461    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\lynxkdi.c
7462    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\main.c
7463    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\Makefile
7464    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\memsize.c
7465    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\miiphybb.c
7466    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\miiphyutil.c
7467    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\serial.c
7468    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\soft_i2c.c
7469    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\soft_spi.c
7470    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\spartan2.c
7471    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\spartan3.c
7472    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\s_record.c
7473    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\ubnt_api_calls.c
7474    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\usb.c
7475    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\usb_kbd.c
7476    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\usb_storage.c
7477    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\virtex2.c
7478    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\xilinx.c
7479    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\xyzModem.c
7480    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\74xx_7xx
7481    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm1136
7482    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm720t
7483    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t
7484    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm925t
7485    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm926ejs
7486    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm946es
7487    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm_intcm
7488    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533
7489    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\i386
7490    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ixp
7491    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\lh7a40x
7492    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mcf52x2
7493    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\microblaze
7494    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips
7495    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xx
7496    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx
7497    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220
7498    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x
7499    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260
7500    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc83xx
7501    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx
7502    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx
7503    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios
7504    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios2
7505    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx
7506    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\pxa
7507    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\s3c44b0
```

```
7508   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\74xx_7xx\cache.S
7509   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\74xx_7xx\cache.S
7510   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\74xx_7xx\config.mk
7511   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\74xx_7xx\cpu.c
7512   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\74xx_7xx\cpu_init.c
7513   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\74xx_7xx\interrupts.c
7514   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\74xx_7xx\io.S
7515   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\74xx_7xx\kgdb.S
7516   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\74xx_7xx\Makefile
7517   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\74xx_7xx\speed.c
7518   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\74xx_7xx\start.S
7519   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\74xx_7xx\traps.c
7520   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm1136\config.mk
7521   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm1136\cpu.c
7522   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm1136\interrupts.c
7523   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm1136\Makefile
7524   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm1136\start.S
7525   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm720t\config.mk
7526   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm720t\cpu.c
7527   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm720t\interrupts.c
7528   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm720t\Makefile
7529   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm720t\serial.c
7530   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm720t\serial_netarm.c
7531   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm720t\start.S
7532   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\at91rm9200
7533   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\config.mk
7534   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\cpu.c
7535   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\imx
7536   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\interrupts.c
7537   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\ks8695
7538   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\Makefile
7539   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\s3c24x0
7540   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\start.S
7541   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\at91rm9200\bcm5221.c
7542   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\at91rm9200\dm9161.c
7543   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\at91rm9200\ether.c
7544   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\at91rm9200\i2c.c
7545   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\at91rm9200\interrupts.c
7546   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\at91rm9200\lowlevel_init.S
7547   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\at91rm9200\lxt972.c
7548   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\at91rm9200\Makefile
7549   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\at91rm9200\serial.c
7550   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\at91rm9200\usb_ohci.c
7551   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\at91rm9200\usb_ohci.h
7552   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\imx\generic.c
7553   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\imx\interrupts.c
7554   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\imx\Makefile
7555   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\imx\serial.c
7556   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\imx\speed.c
7557   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\ks8695\interrupts.c
7558   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\ks8695\lowlevel_init.S
7559   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\ks8695\Makefile
7560   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\ks8695\serial.c
7561   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\s3c24x0\i2c.c
7562   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\s3c24x0\interrupts.c
7563   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\s3c24x0\Makefile
7564   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\s3c24x0\serial.c
7565   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\s3c24x0\speed.c
7566   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\s3c24x0\usb_ohci.c
7567   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\s3c24x0\usb_ohci.h
7568   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm925t\config.mk
7569   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm925t\cpu.c
7570   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm925t\interrupts.c
7571   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm925t\Makefile
7572   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm925t\omap925.c
7573   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm925t\start.S
7574   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm926ejs\config.mk
7575   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm926ejs\cpu.c
7576   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm926ejs\interrupts.c
```

```
7577  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm926ejs\interrupts.c
7578  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm926ejs\omap
7579  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm926ejs\start.S
7580  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm926ejs\versatile
7581  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm926ejs\omap\Makefile
7582  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm926ejs\omap\reset.S
7583  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm926ejs\omap\timer.c
7584  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm926ejs\versatile\Makefile
7585  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm926ejs\versatile\reset.S
7586  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm926ejs\versatile\timer.c
7587  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm946es\config.mk
7588  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm946es\cpu.c
7589  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm946es\interrupts.c
7590  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm946es\Makefile
7591  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm946es\start.S
7592  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm_intcm\config.mk
7593  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm_intcm\cpu.c
7594  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm_intcm\interrupts.c
7595  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm_intcm\Makefile
7596  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm_intcm\start.S
7597  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\bf533_serial.h
7598  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\cache.S
7599  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\config.mk
7600  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\cplbhdlr.S
7601  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\cplbmgr.S
7602  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\cpu.c
7603  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\cpu.h
7604  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\flush.S
7605  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\interrupt.S
7606  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\interrupts.c
7607  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\ints.c
7608  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\Makefile
7609  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\serial.c
7610  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\start.S
7611  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\start1.S
7612  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\traps.c
7613  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\i386\config.mk
7614  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\i386\cpu.c
7615  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\i386\interrupts.c
7616  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\i386\Makefile
7617  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\i386\reset.S
7618  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\i386\sc520.c
7619  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\i386\sc520_asm.S
7620  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\i386\serial.c
7621  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\i386\start.S
7622  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\i386\start16.S
7623  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\i386\timer.c
7624  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ixp\config.mk
7625  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ixp\cpu.c
7626  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ixp\interrupts.c
7627  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ixp\Makefile
7628  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ixp\pci.c
7629  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ixp\serial.c
7630  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ixp\start.S
7631  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ixp\timer.c
7632  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\lh7a40x\config.mk
7633  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\lh7a40x\cpu.c
7634  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\lh7a40x\interrupts.c
7635  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\lh7a40x\Makefile
7636  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\lh7a40x\serial.c
7637  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\lh7a40x\speed.c
7638  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\lh7a40x\start.S
7639  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mcf52x2\config.mk
7640  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mcf52x2\cpu.c
7641  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mcf52x2\cpu_init.c
7642  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mcf52x2\fec.c
7643  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mcf52x2\interrupts.c
7644  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mcf52x2\Makefile
7645  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mcf52x2\serial.c
```

```
7646    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mcf52x2\serial.c
7647    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mcf52x2\start.S
7648    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\microblaze\cpu.c
7649    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\microblaze\interrupts.c
7650    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\microblaze\Makefile
7651    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\microblaze\start.S
7652    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7100
7653    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7240
7654    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\asc_serial.c
7655    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\asc_serial.h
7656    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\au1x00_eth.c
7657    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\au1x00_serial.c
7658    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\au1x00_usb_ohci.c
7659    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\au1x00_usb_ohci.h
7660    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\cache.S
7661    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\config.mk
7662    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\cpu.c
7663    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\incaip_clock.c
7664    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\incaip_wdt.S
7665    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\interrupts.c
7666    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\Makefile
7667    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\Makefile.orig
7668    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\start.S
7669    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\start_bootstrap.S
7670    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7100\ag7100.c
7671    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7100\ag7100.h
7672    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7100\ag7100_phy.h
7673    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7100\ar7100_serial.c
7674    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7100\Makefile
7675    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7100\meminit.c
7676    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7240\ag7240.c
7677    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7240\ag7240.h
7678    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7240\ag7240_phy.h
7679    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7240\ag934x.c
7680    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7240\ag934x.h
7681    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7240\ag934x_phy.h
7682    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7240\ar7240_serial.c
7683    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7240\hornet.h
7684    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7240\hornet_ag7240.c
7685    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7240\hornet_ddr_init.S
7686    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7240\hornet_serial.c
7687    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7240\Makefile
7688    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7240\meminit.c
7689    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xx\config.mk
7690    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xx\cpu.c
7691    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xx\cpu_init.c
7692    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xx\interrupts.c
7693    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xx\Makefile
7694    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xx\serial.c
7695    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xx\speed.c
7696    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xx\spi.c
7697    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xx\start.S
7698    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xx\traps.c
7699    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\config.mk
7700    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\cpu.c
7701    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\cpu_init.c
7702    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\fec.c
7703    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\fec.h
7704    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\firmware_sc_task.impl.S
7705    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\firmware_sc_task_bestcomm.impl.S
7706    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\i2c.c
7707    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\ide.c
7708    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\interrupts.c
7709    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\io.S
7710    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\loadtask.c
7711    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\Makefile
7712    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\pci_mpc5200.c
7713    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\sdma.h
7714    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\serial.c
```

```
7715    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\start.S
7716    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\start.S
7717    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\traps.c
7718    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\usb_ohci.c
7719    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\usb_ohci.h
7720    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\config.mk
7721    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\cpu.c
7722    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\cpu_init.c
7723    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\dma.h
7724    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\dramSetup.c
7725    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\dramSetup.h
7726    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\fec.c
7727    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\fec.h
7728    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\fec_dma_tasks.S
7729    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\i2c.c
7730    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\i2cCore.c
7731    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\i2cCore.h
7732    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\interrupts.c
7733    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\io.S
7734    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\loadtask.c
7735    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\Makefile
7736    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\pci.c
7737    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\speed.c
7738    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\start.S
7739    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\traps.c
7740    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\uart.c
7741    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\config.mk
7742    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\cpu.c
7743    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\cpu_init.c
7744    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers
7745    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\interrupts.c
7746    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\Makefile
7747    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\pci.c
7748    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\speed.c
7749    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\start.S
7750    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\traps.c
7751    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\dma
7752    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\dma_export.h
7753    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\epic
7754    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\epic.h
7755    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\errors.h
7756    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\i2c
7757    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\i2c_export.h
7758    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\i2o
7759    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\i2o.h
7760    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\dma\dma.h
7761    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\dma\dma1.c
7762    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\dma\dma2.S
7763    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\dma\dma_export.h
7764    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\dma\Makefile
7765    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\dma\Makefile_pc
7766    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\dma\README
7767    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\epic\epic.h
7768    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\epic\epic1.c
7769    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\epic\epic2.S
7770    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\epic\epicutil.S
7771    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\epic\README
7772    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\i2c\i2c.c
7773    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\i2o\i2o.h
7774    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\i2o\i2o1.c
7775    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\i2o\i2o2.S
7776    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\i2o\Makefile
7777    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\i2o\Makefile_pc
7778    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\bedbug_603e.c
7779    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\commproc.c
7780    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\config.mk
7781    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\cpu.c
7782    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\cpu_init.c
7783    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\ether_fcc.c
```

```
7784  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\ether_scc.c
7785  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\i2c.c
7786  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\interrupts.c
7787  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\kgdb.S
7788  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\Makefile
7789  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\pci.c
7790  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\serial_scc.c
7791  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\serial_smc.c
7792  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\speed.c
7793  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\speed.h
7794  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\spi.c
7795  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\start.S
7796  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\traps.c
7797  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc83xx\config.mk
7798  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc83xx\cpu.c
7799  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc83xx\cpu_init.c
7800  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc83xx\i2c.c
7801  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc83xx\interrupts.c
7802  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc83xx\Makefile
7803  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc83xx\resetvec.S
7804  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc83xx\spd_sdram.c
7805  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc83xx\speed.c
7806  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc83xx\start.S
7807  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc83xx\traps.c
7808  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\commproc.c
7809  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\config.mk
7810  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\cpu.c
7811  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\cpu_init.c
7812  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\ether_fcc.c
7813  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\i2c.c
7814  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\interrupts.c
7815  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\Makefile
7816  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\pci.c
7817  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\resetvec.S
7818  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\serial_scc.c
7819  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\spd_sdram.c
7820  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\speed.c
7821  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\start.S
7822  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\traps.c
7823  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\bedbug_860.c
7824  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\commproc.c
7825  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\config.mk
7826  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\cpu.c
7827  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\cpu_init.c
7828  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\fec.c
7829  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\fec.h
7830  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\i2c.c
7831  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\interrupts.c
7832  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\kgdb.S
7833  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\lcd.c
7834  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\Makefile
7835  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\plprcr_write.S
7836  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\scc.c
7837  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\serial.c
7838  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\speed.c
7839  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\spi.c
7840  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\start.S
7841  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\traps.c
7842  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\upatch.c
7843  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\video.c
7844  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\wlkbd.c
7845  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios\asmi.c
7846  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios\config.mk
7847  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios\cpu.c
7848  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios\interrupts.c
7849  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios\Makefile
7850  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios\serial.c
7851  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios\spi.c
7852  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios\start.S
```

```
7853  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios2\README
7854  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios2\config.mk
7855  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios2\cpu.c
7856  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios2\epcs.c
7857  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios2\exceptions.S
7858  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios2\interrupts.c
7859  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios2\Makefile
7860  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios2\serial.c
7861  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios2\start.S
7862  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios2\sysid.c
7863  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios2\traps.c
7864  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\405gp_pci.c
7865  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\4xx_enet.c
7866  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\bedbug_405.c
7867  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\commproc.c
7868  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\config.mk
7869  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\cpu.c
7870  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\cpu_init.c
7871  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\dcr.S
7872  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\i2c.c
7873  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\interrupts.c
7874  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\kgdb.S
7875  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\Makefile
7876  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\miiphy.c
7877  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\resetvec.S
7878  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\sdram.c
7879  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\sdram.h
7880  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\serial.c
7881  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\spd_sdram.c
7882  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\speed.c
7883  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\start.S
7884  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\traps.c
7885  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\usbdev.c
7886  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\usbdev.h
7887  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\usb_ohci.c
7888  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\usb_ohci.h
7889  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\vecnum.h
7890  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\pxa\config.mk
7891  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\pxa\cpu.c
7892  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\pxa\i2c.c
7893  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\pxa\interrupts.c
7894  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\pxa\Makefile
7895  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\pxa\mmc.c
7896  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\pxa\pxafb.c
7897  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\pxa\serial.c
7898  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\pxa\start.S
7899  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\s3c44b0\config.mk
7900  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\s3c44b0\cpu.c
7901  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\s3c44b0\interrupts.c
7902  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\s3c44b0\Makefile
7903  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\s3c44b0\serial.c
7904  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\s3c44b0\start.S
7905  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\sa1100\config.mk
7906  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\sa1100\cpu.c
7907  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\sa1100\interrupts.c
7908  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\sa1100\Makefile
7909  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\sa1100\serial.c
7910  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\sa1100\start.S
7911  GPL.UBNT.v6.1.7\uboot\uboot-ti\disk\Makefile
7912  GPL.UBNT.v6.1.7\uboot\uboot-ti\disk\part.c
7913  GPL.UBNT.v6.1.7\uboot\uboot-ti\disk\part_amiga.c
7914  GPL.UBNT.v6.1.7\uboot\uboot-ti\disk\part_amiga.h
7915  GPL.UBNT.v6.1.7\uboot\uboot-ti\disk\part_dos.c
7916  GPL.UBNT.v6.1.7\uboot\uboot-ti\disk\part_dos.h
7917  GPL.UBNT.v6.1.7\uboot\uboot-ti\disk\part_iso.c
7918  GPL.UBNT.v6.1.7\uboot\uboot-ti\disk\part_iso.h
7919  GPL.UBNT.v6.1.7\uboot\uboot-ti\disk\part_mac.c
7920  GPL.UBNT.v6.1.7\uboot\uboot-ti\disk\part_mac.h
7921  GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\I2C_Edge_Conditions
```

```
7922   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.i386
7923   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README-integrator
7924   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.adnpesc1
7925   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.adnpesc1_base32
7926   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.alaska8220
7927   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.AMCC-eval-boards-cleanup
7928   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.amigaone
7929   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.ARM-memory-map
7930   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.ARM-SoC
7931   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.autoboot
7932   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.bedbug
7933   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.cmi
7934   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.COBRA5272
7935   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.commands
7936   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.commands.itest
7937   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.console
7938   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.db64360
7939   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.db64460
7940   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.dk1c20
7941   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.dk1c20_std32
7942   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.dk1s10
7943   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.dk1s10_mldk20
7944   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.dk1s10_std32
7945   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.dk1s40_std32
7946   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.dk20k200_std32
7947   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.ebony
7948   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.EVB-64260-750CX
7949   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.evb64260
7950   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.fads
7951   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.IceCube
7952   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.idma2intr
7953   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.INCA-IP
7954   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.IPHASE4539
7955   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.JFFS2
7956   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.JFFS2_NAND
7957   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.lynxkdi
7958   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.m68k
7959   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.MBX
7960   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.ml300
7961   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.Modem
7962   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.modnet50
7963   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.mpc5xx
7964   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.mpc74xx
7965   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.mpc8349emds.ddrecc
7966   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.mpc83xxads
7967   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.mpc85xxads
7968   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.mpc85xxcds
7969   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.MPC866
7970   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.nand
7971   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.ne2000
7972   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.NetConsole
7973   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.nios
7974   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.nios_CFG_NIOS_CPU
7975   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.nios_DK
7976   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.ns9750dev
7977   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.ocotea
7978   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.ocotea-PIBS-to-U-Boot
7979   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.OFT
7980   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.omap730p2
7981   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.OXC
7982   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.PIP405
7983   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.PlanetCore
7984   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.POST
7985   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.ppc440
7986   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.Purple
7987   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.PXA_CF
7988   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.RPXClassic
7989   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.RPXlite
7990   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.Sandpoint8240
```

```
7991   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.sh7751r
7992   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.sched
7993   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.serial_multi
7994   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.silent
7995   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.SNTP
7996   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.standalone
7997   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.stxxtc
7998   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.TQM8260
7999   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.usb
8000   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.video
8001   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.VLAN
8002   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.xpedite1k
8003   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\TODO-i386
8004   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\3c589.c
8005   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\3c589.h
8006   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\5701rls.c
8007   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\5701rls.h
8008   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\8390.h
8009   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ali512x.c
8010   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\bcm570x.c
8011   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\bcm570x_autoneg.c
8012   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\bcm570x_autoneg.h
8013   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\bcm570x_bits.h
8014   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\bcm570x_debug.h
8015   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\bcm570x_lm.h
8016   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\bcm570x_mm.h
8017   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\bcm570x_queue.h
8018   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\cfb_console.c
8019   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\cfi_flash.c
8020   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\cs8900.c
8021   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\cs8900.h
8022   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ct69000.c
8023   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\dataflash.c
8024   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\dc2114x.c
8025   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\dm9000x.c
8026   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\dm9000x.h
8027   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ds1722.c
8028   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\e1000.c
8029   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\e1000.h
8030   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\eepro100.c
8031   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\i8042.c
8032   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\i82365.c
8033   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\inca-ip_sw.c
8034   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\keyboard.c
8035   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ks8695eth.c
8036   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\lan91c96.c
8037   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\lan91c96.h
8038   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\Makefile
8039   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\mw_eeprom.c
8040   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\nand
8041   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\nand_legacy
8042   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\natsemi.c
8043   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ne2000.c
8044   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ne2000.h
8045   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\netarm_eth.c
8046   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\netarm_eth.h
8047   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\netconsole.c
8048   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\nicext.h
8049   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ns16550.c
8050   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ns7520_eth.c
8051   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ns8382x.c
8052   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ns87308.c
8053   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ns9750_eth.c
8054   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ns9750_serial.c
8055   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\omap1510_i2c.c
8056   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\omap24xx_i2c.c
8057   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\pci.c
8058   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\pci_auto.c
8059   GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\pci_indirect.c
```

```
8060    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\pc_keyb.c
8061    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\pc_keyb.c
8062    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\plb2800_eth.c
8063    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ps2mult.c
8064    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ps2ser.c
8065    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\rtl8019.c
8066    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\rtl8019.h
8067    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\rtl8139.c
8068    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\rtl8169.c
8069    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\s3c4510b_eth.c
8070    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\s3c4510b_eth.h
8071    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\s3c4510b_uart.c
8072    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\s3c4510b_uart.h
8073    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sed13806.c
8074    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sed156x.c
8075    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\serial.c
8076    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\serial_max3100.c
8077    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\serial_pl010.c
8078    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\serial_pl011.c
8079    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\serial_pl011.h
8080    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\serial_xuartlite.c
8081    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin
8082    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sl811.h
8083    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sl811_usb.c
8084    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sm501.c
8085    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\smc91111.c
8086    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\smc91111.h
8087    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\smiLynxEM.c
8088    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\status_led.c
8089    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sym53c8xx.c
8090    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\tigon3.c
8091    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\tigon3.h
8092    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ti_pci1410a.c
8093    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\tsec.c
8094    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\tsec.h
8095    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\usbdcore.c
8096    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\usbdcore_ep0.c
8097    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\usbdcore_omap1510.c
8098    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\usbtty.c
8099    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\usbtty.h
8100    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\videomodes.c
8101    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\videomodes.h
8102    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\w83c553f.c
8103    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\nand\diskonchip.c
8104    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\nand\Makefile
8105    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\nand\nand.c
8106    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\nand\nand_base.c
8107    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\nand\nand_bbt.c
8108    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\nand\nand_ecc.c
8109    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\nand\nand_ids.c
8110    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\nand_legacy\Makefile
8111    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\nand_legacy\nand_legacy.c
8112    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h
8113    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\Makefile
8114    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\skaddr.c
8115    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\skcsum.c
8116    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\skge.c
8117    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\skgehwt.c
8118    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\skgeinit.c
8119    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\skgemib.c
8120    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\skgepnmi.c
8121    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\skgesirq.c
8122    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\ski2c.c
8123    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\sklm80.c
8124    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\skproc.c
8125    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\skqueue.c
8126    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\skrlmt.c
8127    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\sktimer.c
8128    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\skvpd.c
```

```
8129    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\u-boot_compat.h
8130    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\u-boot_compat.h
8131    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\uboot_drv.c
8132    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\uboot_skb.c
8133    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\lm80.h
8134    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skaddr.h
8135    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skcsum.h
8136    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skdebug.h
8137    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skdrv1st.h
8138    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skdrv2nd.h
8139    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skerror.h
8140    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skgedrv.h
8141    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skgehw.h
8142    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skgehwt.h
8143    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skgei2c.h
8144    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skgeinit.h
8145    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skgepnm2.h
8146    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skgepnmi.h
8147    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skgesirq.h
8148    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\ski2c.h
8149    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skqueue.h
8150    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skrlmt.h
8151    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\sktimer.h
8152    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\sktypes.h
8153    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skversion.h
8154    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skvpd.h
8155    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\xmac_ii.h
8156    GPL.UBNT.v6.1.7\uboot\uboot-ti\dtt\adm1021.c
8157    GPL.UBNT.v6.1.7\uboot\uboot-ti\dtt\ds1621.c
8158    GPL.UBNT.v6.1.7\uboot\uboot-ti\dtt\lm75.c
8159    GPL.UBNT.v6.1.7\uboot\uboot-ti\dtt\Makefile
8160    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\82559_eeprom.c
8161    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\eepro100_eeprom.c
8162    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\hello_world.c
8163    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\hello_world.s
8164    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\Makefile
8165    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\mem_to_mem_idma2intr.c
8166    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\mips.lds
8167    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\nios.lds
8168    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\nios2.lds
8169    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\ppc_longjmp.S
8170    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\ppc_setjmp.S
8171    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\README.smc91111_eeprom
8172    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\sched.c
8173    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\smc91111_eeprom.c
8174    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\stubs.c
8175    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\test_burst.c
8176    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\test_burst.h
8177    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\test_burst_lib.S
8178    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\timer.c
8179    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\x86-testapp.c
8180    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\cramfs
8181    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\ext2
8182    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\fat
8183    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\fdos
8184    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\jffs2
8185    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\Makefile
8186    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\reiserfs
8187    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\cramfs\cramfs.c
8188    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\cramfs\Makefile
8189    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\cramfs\uncompress.c
8190    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\ext2\dev.c
8191    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\ext2\ext2fs.c
8192    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\ext2\Makefile
8193    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\fat\fat.c
8194    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\fat\file.c
8195    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\fat\Makefile
8196    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\fdos\dev.c
8197    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\fdos\dos.h
```

```
8198   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\fdos\Makefile
8199   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\fdos\fdos.c
8200   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\fdos\fdos.h
8201   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\fdos\fs.c
8202   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\fdos\Makefile
8203   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\fdos\subdir.c
8204   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\fdos\vfat.c
8205   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\jffs2\compr_lzari.c
8206   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\jffs2\compr_lzo.c
8207   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\jffs2\compr_rtime.c
8208   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\jffs2\compr_rubin.c
8209   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\jffs2\compr_zlib.c
8210   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\jffs2\jffs2_1pass.c
8211   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\jffs2\jffs2_nand_1pass.c
8212   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\jffs2\jffs2_nand_private.h
8213   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\jffs2\jffs2_private.h
8214   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\jffs2\Makefile
8215   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\jffs2\mini_inflate.c
8216   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\reiserfs\dev.c
8217   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\reiserfs\Makefile
8218   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\reiserfs\mode_string.c
8219   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\reiserfs\reiserfs.c
8220   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\reiserfs\reiserfs_private.h
8221   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\405gp_i2c.h
8222   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\405gp_pci.h
8223   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\405_dimm.h
8224   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\405_mal.h
8225   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\440_i2c.h
8226   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\74xx_7xx.h
8227   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ACEX1K.h
8228   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\altera.h
8229   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ar7100_soc.h
8230   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ar7240_soc.h
8231   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ar934x_soc.h
8232   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\arm920t.h
8233   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\arm925t.h
8234   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\arm926ejs.h
8235   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\arm946es.h
8236   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\armcoremodule.h
8237   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm
8238   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin
8239   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386
8240   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k
8241   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze
8242   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips
8243   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios
8244   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2
8245   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc
8246   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\at91rm9200_i2c.h
8247   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\at91rm9200_net.h
8248   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ata.h
8249   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\athversion.h
8250   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\bcm5221.h
8251   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\bedbug
8252   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\bmp_layout.h
8253   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\bzlib.h
8254   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\circbuf.h
8255   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\clps7111.h
8256   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\cmd_confdefs.h
8257   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\command.h
8258   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\common.h
8259   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\commproc.h
8260   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs
8261   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\console.h
8262   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\cramfs
8263   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\crc.h
8264   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\da9030.h
8265   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\dataflash.h
8266   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\devices.h
```

```
8267  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\dm9161.h
8268  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\dtt.h
8269  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\e500.h
8270  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\elf.h
8271  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\environment.h
8272  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\exports.h
8273  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ext2fs.h
8274  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\fat.h
8275  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\fdc.h
8276  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\flash.h
8277  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\fpga.h
8278  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ft_build.h
8279  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\galileo
8280  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\hornet_soc.h
8281  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\hush.h
8282  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\i2c.h
8283  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\i8042.h
8284  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ide.h
8285  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\image.h
8286  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ioports.h
8287  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\jffs2
8288  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\keyboard.h
8289  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\kgdb.h
8290  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\lcd.h
8291  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\lcdvideo.h
8292  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\lh7a400.h
8293  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\lh7a404.h
8294  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\lh7a40x.h
8295  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux
8296  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux_logo.h
8297  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\lists.h
8298  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\logbuff.h
8299  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\lpd7a400_cpld.h
8300  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\lxt971a.h
8301  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\lynxkdi.h
8302  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\LzmaWrapper.h
8303  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\malloc.h
8304  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\miiphy.h
8305  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\mii_phy.h
8306  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\mk48t59.h
8307  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\mmc.h
8308  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\mpc106.h
8309  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\mpc5xx.h
8310  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\mpc5xxx.h
8311  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\mpc8220.h
8312  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\mpc824x.h
8313  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\mpc8260.h
8314  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\mpc8260_irq.h
8315  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\mpc83xx.h
8316  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\mpc85xx.h
8317  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\mpc8xx.h
8318  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\mpc8xx_irq.h
8319  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\nand.h
8320  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\net.h
8321  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\nios-io.h
8322  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\nios.h
8323  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\nios2-epcs.h
8324  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\nios2-io.h
8325  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\nios2.h
8326  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ns16550.h
8327  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ns7520_eth.h
8328  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ns87308.h
8329  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ns9750_bbus.h
8330  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ns9750_eth.h
8331  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ns9750_mem.h
8332  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ns9750_ser.h
8333  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ns9750_sys.h
8334  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\part.h
8335  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\pci.h
```

```
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\pcmcia
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\pcmcia.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\pc_keyb.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\post.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ppc405.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ppc440.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ppc4xx.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ppc4xx_enet.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ppc_asm.tmpl
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ppc_defs.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ps2mult.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\reiserfs.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\rtc.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\s3c2400.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\s3c2410.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\s3c24x0.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\SA-1100.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\sa1100.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\scsi.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\sed13806.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\sed156x.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\serial.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\sm501.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\smiLynxEM.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\spartan2.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\spartan3.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\spd.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\spd_sdram.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\spi.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\status_led.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\sym53c8xx.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\systemace.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\s_record.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ubnt_api_calls.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\universe.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\usb.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\usbdcore.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\usbdcore_ep0.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\usbdcore_omap1510.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\usbdescriptors.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\usb_defs.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\version.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\vfd_logo.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\video.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\video_ad7176.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\video_ad7177.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\video_ad7179.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\video_easylogo.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\video_fb.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\video_font.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\video_logo.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\virtex2.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\w83c553f.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\watchdog.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\xilinx.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\xyzModem.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\zlib.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\_exports.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm1136
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm720t
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm925t
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm926ejs
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-at91rm9200
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-imx
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-ixp
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-ks8695
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-pxa
GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-s3c24x0
```

```
8405    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm
8406    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-sa1100
8407    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\atomic.h
8408    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\bitops.h
8409    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\byteorder.h
8410    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\errno.h
8411    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\global_data.h
8412    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\hardware.h
8413    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\io.h
8414    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\mach-types.h
8415    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\memory.h
8416    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\posix_types.h
8417    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\proc-armv
8418    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\processor.h
8419    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\ptrace.h
8420    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\setup.h
8421    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\sizes.h
8422    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\string.h
8423    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\types.h
8424    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\u-boot-arm.h
8425    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\u-boot.h
8426    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm1136\bits.h
8427    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm1136\clocks.h
8428    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm1136\i2c.h
8429    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm1136\mem.h
8430    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm1136\mux.h
8431    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm1136\omap2420.h
8432    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm1136\sizes.h
8433    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm1136\sys_info.h
8434    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm1136\sys_proto.h
8435    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm720t\hardware.h
8436    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm720t\netarm_dma_module.h
8437    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm720t\netarm_eni_module.h
8438    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm720t\netarm_eth_module.h
8439    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm720t\netarm_gen_module.h
8440    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm720t\netarm_mem_module.h
8441    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm720t\netarm_registers.h
8442    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm720t\netarm_ser_module.h
8443    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm720t\s3c4510b.h
8444    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm925t\sizes.h
8445    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm926ejs\sizes.h
8446    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-at91rm9200\AT91RM9200.h
8447    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-at91rm9200\hardware.h
8448    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-imx\imx-regs.h
8449    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-ixp\ixp425.h
8450    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-ixp\ixp425pci.h
8451    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-ks8695\platform.h
8452    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-pxa\bitfield.h
8453    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-pxa\hardware.h
8454    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-pxa\mmc.h
8455    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-pxa\pxa-regs.h
8456    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-s3c24x0\memory.h
8457    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-s3c44b0\hardware.h
8458    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-sa1100\bitfield.h
8459    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\proc-armv\domain.h
8460    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\proc-armv\processor.h
8461    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\proc-armv\ptrace.h
8462    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\proc-armv\system.h
8463    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\bitops.h
8464    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\blackfin.h
8465    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\blackfin_defs.h
8466    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\byteorder.h
8467    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cplb.h
8468    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cplbtab.h
8469    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cpu
8470    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\current.h
8471    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\delay.h
8472    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\entry.h
8473    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\errno.h
```

```
8474   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\hw_irq.h
8475   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\io-kernel.h
8476   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\io.h
8477   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\irq.h
8478   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\linkage.h
8479   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\machdep.h
8480   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\mem_init.h
8481   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\page.h
8482   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\page_offset.h
8483   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\posix_types.h
8484   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\processor.h
8485   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\ptrace.h
8486   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\segment.h
8487   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\setup.h
8488   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\shared_resources.h
8489   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\string.h
8490   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\system.h
8491   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\traps.h
8492   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\types.h
8493   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\u-boot.h
8494   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\uaccess.h
8495   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\virtconvert.h
8496   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cpu\bf533_irq.h
8497   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cpu\bf533_rtc.h
8498   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cpu\bf533_serial.h
8499   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cpu\cdefBF531.h
8500   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cpu\cdefBF532.h
8501   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cpu\cdefBF533.h
8502   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cpu\cdefBF53x.h
8503   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cpu\cdef_LPBlackfin.h
8504   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cpu\defBF531.h
8505   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cpu\defBF532.h
8506   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cpu\defBF533.h
8507   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cpu\defBF533_extn.h
8508   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cpu\def_LPBlackfin.h
8509   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\bitops.h
8510   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\byteorder.h
8511   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\global_data.h
8512   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\i8254.h
8513   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\i8259.h
8514   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\ibmpc.h
8515   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\ic
8516   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\io.h
8517   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\pci.h
8518   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\posix_types.h
8519   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\processor.h
8520   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\ptrace.h
8521   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\realmode.h
8522   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\string.h
8523   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\types.h
8524   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\u-boot-i386.h
8525   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\u-boot.h
8526   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\zimage.h
8527   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\ic\ali512x.h
8528   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\ic\sc520.h
8529   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\bitops.h
8530   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\byteorder.h
8531   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\fec.h
8532   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\global_data.h
8533   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\immap_5249.h
8534   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\immap_5272.h
8535   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\immap_5282.h
8536   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\io.h
8537   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\m5249.h
8538   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\m5272.h
8539   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\m5282.h
8540   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\mcftimer.h
8541   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\mcfuart.h
```

```
8543    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\processor.h
8544    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\processor.h
8545    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\ptrace.h
8546    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\string.h
8547    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\types.h
8548    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\u-boot.h
8549    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\arch-microblaze
8550    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\bitops.h
8551    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\byteorder.h
8552    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\global_data.h
8553    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\io.h
8554    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\platform.h
8555    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\posix_types.h
8556    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\processor.h
8557    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\ptrace.h
8558    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\serial_xuartlite.h
8559    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\string.h
8560    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\suzaku.h
8561    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\system.h
8562    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\types.h
8563    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\u-boot.h
8564    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\arch-microblaze\xbasic_types.h
8565    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\arch-microblaze\xio.h
8566    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\arch-microblaze\xuartlite_l.h
8567    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\addrspace.h
8568    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\au1x00.h
8569    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\bitops.h
8570    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\byteorder.h
8571    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\cachectl.h
8572    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\cacheops.h
8573    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\global_data.h
8574    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\inca-ip.h
8575    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\io.h
8576    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\isadep.h
8577    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\mipsregs.h
8578    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\posix_types.h
8579    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\processor.h
8580    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\ptrace.h
8581    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\reg.h
8582    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\regdef.h
8583    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\sgidefs.h
8584    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\string.h
8585    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\system.h
8586    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\types.h
8587    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\u-boot.h
8588    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios\bitops.h
8589    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios\byteorder.h
8590    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios\cache.h
8591    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios\global_data.h
8592    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios\io.h
8593    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios\posix_types.h
8594    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios\processor.h
8595    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios\psr.h
8596    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios\ptrace.h
8597    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios\status_led.h
8598    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios\string.h
8599    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios\system.h
8600    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios\types.h
8601    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios\u-boot.h
8602    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\bitops.h
8603    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\byteorder.h
8604    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\cache.h
8605    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\global_data.h
8606    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\io.h
8607    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\opcodes.h
8608    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\posix_types.h
8609    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\processor.h
8610    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\psr.h
8611    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\ptrace.h
```

```
8612   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\ptrace.h
8613   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\string.h
8614   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\system.h
8615   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\types.h
8616   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\u-boot.h
8617   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\5xx_immap.h
8618   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\8xx_immap.h
8619   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\atomic.h
8620   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\bitops.h
8621   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\byteorder.h
8622   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\cache.h
8623   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\cpm_8260.h
8624   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\cpm_85xx.h
8625   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\e300.h
8626   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\errno.h
8627   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\global_data.h
8628   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\i2c.h
8629   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\immap_8220.h
8630   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\immap_8260.h
8631   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\immap_83xx.h
8632   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\immap_85xx.h
8633   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\io.h
8634   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\iopin_8260.h
8635   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\iopin_85xx.h
8636   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\iopin_8xx.h
8637   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\m8260_pci.h
8638   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\mc146818rtc.h
8639   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\mmu.h
8640   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\mpc8349_pci.h
8641   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\pci_io.h
8642   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\pnp.h
8643   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\posix_types.h
8644   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\processor.h
8645   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\ptrace.h
8646   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\residual.h
8647   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\sigcontext.h
8648   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\signal.h
8649   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\status_led.h
8650   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\string.h
8651   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\types.h
8652   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\u-boot.h
8653   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\bedbug\bedbug.h
8654   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\bedbug\ppc.h
8655   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\bedbug\regs.h
8656   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\bedbug\tables.h
8657   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\bedbug\type.h
8658   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\A3000.h
8659   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ADCIOP.h
8660   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\Adder.h
8661   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ADNPESC1.h
8662   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ADNPESC1_base_32.h
8663   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ADS860.h
8664   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\adsvix.h
8665   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\aev.h
8666   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\Alaska8220.h
8667   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\AmigaOneG3SE.h
8668   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\AMX860.h
8669   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\AP1000.h
8670   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap101-2.6.31.h
8671   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap101-small.h
8672   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap101.h
8673   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap111-2.6.31.h
8674   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap111.h
8675   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap121.h
8676   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap123.h
8677   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap81.h
8678   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap83.h
8679   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap91-2MB.h
8680   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap91-2x8.h
```

```
8681   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap91.h
8682   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap91.h
8683   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap93-hgw.h
8684   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap93.h
8685   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap94.h
8686   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap94min.h
8687   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap96.h
8688   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap98.h
8689   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap99-2.6.31.h
8690   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap99-hgw.h
8691   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap99-ivi.h
8692   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap99-small.h
8693   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap99.h
8694   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\APC405.h
8695   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\AR405.h
8696   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ar7100.h
8697   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ar7240.h
8698   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ar7240_emu.h
8699   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\armadillo.h
8700   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ASH405.h
8701   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\assabet.h
8702   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\at91rm9200dk.h
8703   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\atc.h
8704   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\B2.h
8705   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\BAB7xx.h
8706   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\bamboo.h
8707   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\barco.h
8708   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\BMW.h
8709   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\bubinga.h
8710   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\c2mon.h
8711   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CANBT.h
8712   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\canmb.h
8713   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CATcenter.h
8714   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CCM.h
8715   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\cerf250.h
8716   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\cm4008.h
8717   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\cm41xx.h
8718   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\cmc_pu2.h
8719   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\cmi_mpc5xx.h
8720   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CMS700.h
8721   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\cobra5272.h
8722   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\cogent_common.h
8723   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\cogent_mpc8260.h
8724   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\cogent_mpc8xx.h
8725   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CPC45.h
8726   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CPCI2DP.h
8727   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CPCI405.h
8728   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CPCI4052.h
8729   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CPCI405AB.h
8730   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CPCI405DT.h
8731   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CPCI440.h
8732   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\cpci5200.h
8733   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CPCI750.h
8734   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CPCIISER4.h
8735   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CPU86.h
8736   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CPU87.h
8737   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\cradle.h
8738   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CRAYL1.h
8739   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\csb226.h
8740   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\csb272.h
8741   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\csb472.h
8742   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\csb637.h
8743   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CU824.h
8744   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\cus136.h
8745   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\cus97.h
8746   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\DASA_SIM.h
8747   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\db12x.h
8748   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\DB64360.h
8749   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\DB64460.h
```

```
8750   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\csb272.h
8751   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\debris.h
8752   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\delta.h
8753   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\DK1C20.h
8754   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\DK1C20_safe_32.h
8755   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\DK1C20_standard_32.h
8756   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\DK1S10.h
8757   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\DK1S10_mtx_ldk_20.h
8758   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\DK1S10_safe_32.h
8759   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\DK1S10_standard_32.h
8760   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\dnp1110.h
8761   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\DP405.h
8762   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\DU405.h
8763   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ebony.h
8764   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ELPPC.h
8765   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ELPT860.h
8766   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ep7312.h
8767   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ep8248.h
8768   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ep8260.h
8769   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\EP88x.h
8770   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ERIC.h
8771   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ESTEEM192E.h
8772   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ETX094.h
8773   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\evb4510.h
8774   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\EVB64260.h
8775   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\eXalion.h
8776   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\EXBITGEN.h
8777   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ezkit533.h
8778   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\FADS823.h
8779   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\FADS850SAR.h
8780   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\FADS860T.h
8781   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\FLAGADM.h
8782   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\FPS850L.h
8783   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\FPS860L.h
8784   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\G2000.h
8785   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\gcplus.h
8786   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\GEN860T.h
8787   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\GENIETV.h
8788   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\GTH.h
8789   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\gw8260.h
8790   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\h2_p2_dbg_board.h
8791   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\hermes.h
8792   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\HH405.h
8793   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\HIDDEN_DRAGON.h
8794   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\HMI10.h
8795   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\hmi1001.h
8796   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\hornet_emu.h
8797   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\HUB405.h
8798   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\hymod.h
8799   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\IAD210.h
8800   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\IceCube.h
8801   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ICU862.h
8802   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\IDS8247.h
8803   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\impa7.h
8804   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\incaip.h
8805   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\inka4x0.h
8806   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\innokom.h
8807   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\integratorap.h
8808   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\integratorcp.h
8809   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\IP860.h
8810   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\IPHASE4539.h
8811   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ISPAN.h
8812   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\IVML24.h
8813   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\IVMS8.h
8814   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ixdp425.h
8815   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\JSE.h
8816   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\KAREF.h
8817   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\kb9202.h
8818   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\KUP4K.h
```

```
8819    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\LANTEC.h
8820    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\LANTEC.h
8821    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\lart.h
8822    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\logodl.h
8823    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\lpd7a400-10.h
8824    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\lpd7a400.h
8825    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\lpd7a404-10.h
8826    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\lpd7a404.h
8827    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\luan.h
8828    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\lubbock.h
8829    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\lwmon.h
8830    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\M5272C3.h
8831    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\M5282EVB.h
8832    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MBX.h
8833    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MBX860T.h
8834    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\mcc200.h
8835    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\METROBOX.h
8836    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MHPC.h
8837    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\mi93.h
8838    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MIP405.h
8839    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ML2.h
8840    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ml300.h
8841    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\modnet50.h
8842    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MOUSSE.h
8843    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\mp2usb.h
8844    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MPC8260ADS.h
8845    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MPC8266ADS.h
8846    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MPC8349ADS.h
8847    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MPC8349EMDS.h
8848    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MPC8540ADS.h
8849    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MPC8540EVAL.h
8850    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MPC8541CDS.h
8851    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MPC8548CDS.h
8852    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MPC8555CDS.h
8853    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MPC8560ADS.h
8854    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MPC86xADS.h
8855    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MPC885ADS.h
8856    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MUSENKI.h
8857    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MVBLUE.h
8858    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MVS1.h
8859    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\mx1ads.h
8860    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\mx1fs2.h
8861    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\NC650.h
8862    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\NETPHONE.h
8863    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\netstar.h
8864    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\NETTA.h
8865    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\NETTA2.h
8866    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\NETVIA.h
8867    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ns9750dev.h
8868    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\NSCU.h
8869    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\NX823.h
8870    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\o2dnt.h
8871    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ocotea.h
8872    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\OCRTC.h
8873    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\omap1510.h
8874    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\omap1510inn.h
8875    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\omap1610h2.h
8876    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\omap1610inn.h
8877    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\omap2420h4.h
8878    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\omap5912osk.h
8879    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\omap730.h
8880    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\omap730p2.h
8881    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ORSG.h
8882    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\OXC.h
8883    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\P3G4.h
8884    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\p3p440.h
8885    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PATI.h
8886    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pb1x00.h
8887    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pb42.h
```

```
8888    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pb44.h
8889    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pb45.h
8890    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pb47.h
8891    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pb90.h
8892    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pb92.h
8893    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pb93.h
8894    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pb9x-2.6.31.h
8895    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pb9x-2x8.h
8896    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pb9x.h
8897    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PCI405.h
8898    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PCI5441.h
8899    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PCIPPC2.h
8900    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PCIPPC6.h
8901    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pcu_e.h
8902    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pf5200.h
8903    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PIP405.h
8904    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PK1C20.h
8905    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pleb2.h
8906    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PLU405.h
8907    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PM520.h
8908    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PM826.h
8909    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PM828.h
8910    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PM854.h
8911    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PM856.h
8912    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PMC405.h
8913    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PN62.h
8914    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PPChameleonEVB.h
8915    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ppmc8260.h
8916    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\purple.h
8917    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pxa255_idp.h
8918    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\QS823.h
8919    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\QS850.h
8920    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\QS860T.h
8921    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\quantum.h
8922    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\R360MPI.h
8923    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\Rattler.h
8924    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\RBC823.h
8925    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\rmu.h
8926    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\RPXClassic.h
8927    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\RPXlite.h
8928    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\RPXlite_DW.h
8929    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\RPXsuper.h
8930    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\RRvision.h
8931    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\rsdproto.h
8932    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\sacsng.h
8933    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\Sandpoint8240.h
8934    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\Sandpoint8245.h
8935    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\sbc405.h
8936    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\sbc8240.h
8937    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\sbc8260.h
8938    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\SBC8540.h
8939    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\sbc8560.h
8940    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\sc520_cdp.h
8941    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\sc520_spunk.h
8942    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\sc520_spunk_rel.h
8943    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\scb9328.h
8944    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\SCM.h
8945    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\shannon.h
8946    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\SL8245.h
8947    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\SM850.h
8948    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\smdk2400.h
8949    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\smdk2410.h
8950    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\smmaco4.h
8951    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\sorcery.h
8952    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\SPD823TS.h
8953    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\spieval.h
8954    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\stamp.h
8955    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\stxgp3.h
8956    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\stxxtc.h
```

```
8957   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\svm_sc8xx.h
8958   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\svm_sc8xx.h
8959   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\SX1.h
8960   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\SXNI855T.h
8961   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TASREG.h
8962   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\tb0229.h
8963   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\tb225.h
8964   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\tb243.h
8965   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\tb327.h
8966   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TOP5200.h
8967   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TOP860.h
8968   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\Total5200.h
8969   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM5200.h
8970   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM823L.h
8971   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM823M.h
8972   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM8260.h
8973   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM834x.h
8974   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM850L.h
8975   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM850M.h
8976   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM855L.h
8977   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM855M.h
8978   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM85xx.h
8979   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM860L.h
8980   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM860M.h
8981   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM862L.h
8982   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM862M.h
8983   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM866M.h
8984   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\trab.h
8985   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ubnt-wasp.h
8986   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\uc100.h
8987   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\utx8245.h
8988   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\v37.h
8989   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\VCMA9.h
8990   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\versatile.h
8991   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\VOH405.h
8992   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\voiceblue.h
8993   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\VOM405.h
8994   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\VoVPN-GW.h
8995   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\W7OLMC.h
8996   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\W7OLMG.h
8997   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\walnut.h
8998   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\wasp_emu.h
8999   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\wepep250.h
9000   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\wrt54g.h
9001   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\WUH405.h
9002   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\xaeniax.h
9003   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\xm250.h
9004   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\XPEDITE1K.h
9005   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\xsengine.h
9006   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\yellowstone.h
9007   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\yosemite.h
9008   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\Yukon8220.h
9009   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ZPC1900.h
9010   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ZUMA.h
9011   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\zylonite.h
9012   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\cramfs\cramfs_fs.h
9013   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\cramfs\cramfs_fs_sb.h
9014   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\galileo\core.h
9015   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\galileo\gt64260R.h
9016   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\galileo\memory.h
9017   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\galileo\pci.h
9018   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\jffs2\compr_rubin.h
9019   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\jffs2\jffs2.h
9020   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\jffs2\jffs2_1pass.h
9021   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\jffs2\load_kernel.h
9022   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\jffs2\mini_inflate.h
9023   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\bitops.h
9024   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\byteorder
9025   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\config.h
```

```
9026   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\list.h
9027   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\list.h
9028   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\mc146818rtc.h
9029   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\mtd
9030   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\posix_types.h
9031   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\stat.h
9032   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\stddef.h
9033   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\string.h
9034   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\time.h
9035   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\types.h
9036   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\byteorder\big_endian.h
9037   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\byteorder\generic.h
9038   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\byteorder\little_endian.h
9039   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\byteorder\swab.h
9040   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\mtd\compat.h
9041   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\mtd\doc2000.h
9042   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\mtd\mtd-abi.h
9043   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\mtd\mtd.h
9044   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\mtd\nand.h
9045   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\mtd\nand_ecc.h
9046   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\mtd\nand_ids.h
9047   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\mtd\nand_legacy.h
9048   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\mtd\nftl.h
9049   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\pcmcia\cirrus.h
9050   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\pcmcia\i82365.h
9051   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\pcmcia\ss.h
9052   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\pcmcia\ti113x.h
9053   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\pcmcia\yenta.h
9054   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_arm\armlinux.c
9055   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_arm\board.c
9056   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_arm\cache.c
9057   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_arm\div0.c
9058   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_arm\Makefile
9059   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_arm\_udivsi3.S
9060   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_arm\_umodsi3.S
9061   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_blackfin\bf533_linux.c
9062   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_blackfin\bf533_string.c
9063   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_blackfin\blackfin_board.h
9064   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_blackfin\board.c
9065   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_blackfin\cache.c
9066   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_blackfin\Makefile
9067   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_blackfin\muldi3.c
9068   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\bootstrap_board.c
9069   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\console.c
9070   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\crc32.c
9071   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\ctype.c
9072   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\devices.c
9073   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\display_options.c
9074   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\lists.c
9075   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\LzmaDecode.c
9076   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\LzmaDecode.h
9077   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\LzmaTypes.h
9078   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\LzmaWrapper.c
9079   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\Makefile
9080   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\string.c
9081   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\time.c
9082   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\vsprintf.c
9083   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\bzlib.c
9084   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\bzlib_crctable.c
9085   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\bzlib_decompress.c
9086   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\bzlib_huffman.c
9087   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\bzlib_private.h
9088   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\bzlib_randtable.c
9089   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\crc32.c
9090   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\ctype.c
9091   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\display_options.c
9092   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\ldiv.c
9093   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\LzmaDecode.c
9094   GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\LzmaDecode.h
```

```
9095    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\LzmaWrapper.c
9096    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\LzmaWrapper.c
9097    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\Makefile
9098    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\string.c
9099    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\vsprintf.c
9100    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\zlib.c
9101    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386\bios.h
9102    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386\bios.S
9103    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386\bios_pci.S
9104    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386\bios_setup.c
9105    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386\board.c
9106    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386\i386_linux.c
9107    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386\Makefile
9108    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386\pci.c
9109    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386\pci_type1.c
9110    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386\realmode.c
9111    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386\realmode_switch.S
9112    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386\video.c
9113    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386\video_bios.c
9114    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386\zimage.c
9115    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_m68k\board.c
9116    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_m68k\cache.c
9117    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_m68k\m68k_linux.c
9118    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_m68k\Makefile
9119    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_m68k\time.c
9120    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_m68k\traps.c
9121    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_microblaze\board.c
9122    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_microblaze\cache.c
9123    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_microblaze\Makefile
9124    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_microblaze\microblaze_linux.c
9125    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_microblaze\time.c
9126    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_mips\board.c
9127    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_mips\Makefile
9128    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_mips\mips_linux.c
9129    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_mips\time.c
9130    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios\board.c
9131    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios\cache.c
9132    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios\divmod.c
9133    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios\Makefile
9134    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios\math.h
9135    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios\mult.c
9136    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios\nios_linux.c
9137    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios\time.c
9138    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios2\board.c
9139    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios2\cache.S
9140    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios2\divmod.c
9141    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios2\Makefile
9142    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios2\math.h
9143    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios2\mult.c
9144    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios2\nios_linux.c
9145    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios2\time.c
9146    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_ppc\bat_rw.c
9147    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_ppc\board.c
9148    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_ppc\cache.c
9149    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_ppc\extable.c
9150    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_ppc\interrupts.c
9151    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_ppc\kgdb.c
9152    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_ppc\Makefile
9153    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_ppc\ppcstring.S
9154    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_ppc\ticks.S
9155    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_ppc\time.c
9156    GPL.UBNT.v6.1.7\uboot\uboot-ti\net\bootp.c
9157    GPL.UBNT.v6.1.7\uboot\uboot-ti\net\bootp.h
9158    GPL.UBNT.v6.1.7\uboot\uboot-ti\net\eth.c
9159    GPL.UBNT.v6.1.7\uboot\uboot-ti\net\Makefile
9160    GPL.UBNT.v6.1.7\uboot\uboot-ti\net\net.c
9161    GPL.UBNT.v6.1.7\uboot\uboot-ti\net\nfs.c
9162    GPL.UBNT.v6.1.7\uboot\uboot-ti\net\nfs.h
9163    GPL.UBNT.v6.1.7\uboot\uboot-ti\net\rarp.c
```

```
9164    GPL.UBNT.v6.1.7\uboot\uboot-ti\net\sntp.c
9165    GPL.UBNT.v6.1.7\uboot\uboot-ti\net\sntp.c
9166    GPL.UBNT.v6.1.7\uboot\uboot-ti\net\sntp.h
9167    GPL.UBNT.v6.1.7\uboot\uboot-ti\net\tftp.c
9168    GPL.UBNT.v6.1.7\uboot\uboot-ti\net\tftp.h
9169    GPL.UBNT.v6.1.7\uboot\uboot-ti\net\tftp_server.c
9170    GPL.UBNT.v6.1.7\uboot\uboot-ti\net\tftp_server.h
9171    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cache.c
9172    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cache_8xx.S
9173    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\codec.c
9174    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu
9175    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu.c
9176    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\dsp.c
9177    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\ether.c
9178    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\i2c.c
9179    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\Makefile
9180    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\memory.c
9181    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\post.c
9182    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\rtc.c
9183    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\rules.mk
9184    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\spr.c
9185    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\sysmon.c
9186    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\tests.c
9187    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\uart.c
9188    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\usb.c
9189    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\watchdog.c
9190    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\andi.c
9191    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\asm.S
9192    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\b.c
9193    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\cmp.c
9194    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\cmpi.c
9195    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\complex.c
9196    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\cpu_asm.h
9197    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\cr.c
9198    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\load.c
9199    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\Makefile
9200    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\multi.c
9201    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\rlwimi.c
9202    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\rlwinm.c
9203    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\rlwnm.c
9204    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\srawi.c
9205    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\store.c
9206    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\string.c
9207    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\three.c
9208    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\threei.c
9209    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\threex.c
9210    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\two.c
9211    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\twox.c
9212    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\bf533_rtc.c
9213    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\date.c
9214    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\ds12887.c
9215    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\ds1302.c
9216    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\ds1306.c
9217    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\ds1307.c
9218    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\ds1337.c
9219    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\ds1374.c
9220    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\ds1556.c
9221    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\ds164x.c
9222    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\ds174x.c
9223    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\m41t11.c
9224    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\m48t35ax.c
9225    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\Makefile
9226    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\max6900.c
9227    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\mc146818.c
9228    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\mk48t59.c
9229    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\mpc5xxx.c
9230    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\mpc8xx.c
9231    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\pcf8563.c
9232    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\rs5c372.c
```

```
9233  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb
9234  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb
9235  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bmp_logo.c
9236  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\easylogo
9237  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\env
9238  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\envcrc.c
9239  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\gdb
9240  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\gen_eth_addr.c
9241  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\img2brec.sh
9242  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\img2srec.c
9243  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\inca-swap-bytes.c
9244  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\keygen.c
9245  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\logos
9246  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\Makefile
9247  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\Makefile.win32
9248  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\mkimage.c
9249  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\mpc86x_clk.c
9250  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\ncb.c
9251  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\scripts
9252  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\setlocalversion
9253  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\updater
9254  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\badsubmit.php
9255  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\bddb.css
9256  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\brlog.php
9257  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\browse.php
9258  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\config.php
9259  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\create_tables.sql
9260  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\defs.php
9261  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\dodelete.php
9262  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\dodellog.php
9263  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\doedit.php
9264  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\doedlog.php
9265  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\donew.php
9266  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\donewlog.php
9267  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\edit.php
9268  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\edlog.php
9269  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\execute.php
9270  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\index.php
9271  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\new.php
9272  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\newlog.php
9273  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\README
9274  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\easylogo\easylogo.c
9275  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\easylogo\linux_logo.tga
9276  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\easylogo\Makefile
9277  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\easylogo\runme.sh
9278  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\env\fw_env.c
9279  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\env\fw_env.config
9280  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\env\fw_env.h
9281  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\env\fw_env_main.c
9282  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\env\Makefile
9283  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\env\README
9284  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\gdb\error.c
9285  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\gdb\error.h
9286  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\gdb\gdbcont.c
9287  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\gdb\gdbsend.c
9288  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\gdb\Makefile
9289  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\gdb\remote.c
9290  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\gdb\remote.h
9291  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\gdb\serial.c
9292  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\gdb\serial.h
9293  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\logos\denx.bmp
9294  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\scripts\dot.kermrc
9295  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\scripts\flash_param
9296  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\scripts\README
9297  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\scripts\send_cmd
9298  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\scripts\send_image
9299  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\updater\cmd_flash.c
9300  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\updater\ctype.c
9301  GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\updater\dummy.c
```

```
9302   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\updater\flash_hw.c
9303   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\updater\flash_hw.c
9304   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\updater\junk
9305   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\updater\Makefile
9306   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\updater\ppcstring.S
9307   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\updater\string.c
9308   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\updater\update.c
9309   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\updater\utils.c
9310   GPL.UBNT.v6.1.7\uboot\uboot-xm\arm_config.mk
9311   GPL.UBNT.v6.1.7\uboot\uboot-xm\blackfin_config.mk
9312   GPL.UBNT.v6.1.7\uboot\uboot-xm\board
9313   GPL.UBNT.v6.1.7\uboot\uboot-xm\CHANGELOG
9314   GPL.UBNT.v6.1.7\uboot\uboot-xm\common
9315   GPL.UBNT.v6.1.7\uboot\uboot-xm\config.mk
9316   GPL.UBNT.v6.1.7\uboot\uboot-xm\COPYING
9317   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu
9318   GPL.UBNT.v6.1.7\uboot\uboot-xm\CREDITS
9319   GPL.UBNT.v6.1.7\uboot\uboot-xm\disk
9320   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc
9321   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers
9322   GPL.UBNT.v6.1.7\uboot\uboot-xm\dtt
9323   GPL.UBNT.v6.1.7\uboot\uboot-xm\examples
9324   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs
9325   GPL.UBNT.v6.1.7\uboot\uboot-xm\i386_config.mk
9326   GPL.UBNT.v6.1.7\uboot\uboot-xm\include
9327   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_arm
9328   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_blackfin
9329   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic
9330   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386
9331   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_m68k
9332   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_microblaze
9333   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_mips
9334   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios
9335   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios2
9336   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_ppc
9337   GPL.UBNT.v6.1.7\uboot\uboot-xm\m68k_config.mk
9338   GPL.UBNT.v6.1.7\uboot\uboot-xm\MAINTAINERS
9339   GPL.UBNT.v6.1.7\uboot\uboot-xm\MAKEALL
9340   GPL.UBNT.v6.1.7\uboot\uboot-xm\Makefile
9341   GPL.UBNT.v6.1.7\uboot\uboot-xm\microblaze_config.mk
9342   GPL.UBNT.v6.1.7\uboot\uboot-xm\mips_config.mk
9343   GPL.UBNT.v6.1.7\uboot\uboot-xm\mkconfig
9344   GPL.UBNT.v6.1.7\uboot\uboot-xm\net
9345   GPL.UBNT.v6.1.7\uboot\uboot-xm\nios2_config.mk
9346   GPL.UBNT.v6.1.7\uboot\uboot-xm\nios_config.mk
9347   GPL.UBNT.v6.1.7\uboot\uboot-xm\post
9348   GPL.UBNT.v6.1.7\uboot\uboot-xm\ppc_config.mk
9349   GPL.UBNT.v6.1.7\uboot\uboot-xm\propagate.sh
9350   GPL.UBNT.v6.1.7\uboot\uboot-xm\README
9351   GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc
9352   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools
9353   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\a3000
9354   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\adder
9355   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\adsvix
9356   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\alaska
9357   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera
9358   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc
9359   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amirix
9360   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100
9361   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240
9362   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\armadillo
9363   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\assabet
9364   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\at91rm9200dk
9365   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\atc
9366   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\AtmarkTechno
9367   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\barco
9368   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\bmw
9369   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\c2mon
9370   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\canmb
```

```
9371  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cerf250
9372  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cerf250
9373  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cm4008
9374  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cm41xx
9375  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cmc_pu2
9376  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cmi
9377  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cobra5272
9378  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent
9379  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpc45
9380  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpu86
9381  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpu87
9382  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cradle
9383  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cray
9384  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb226
9385  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb272
9386  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb472
9387  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb637
9388  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cu824
9389  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave
9390  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dbau1x00
9391  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\delta
9392  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dnp1110
9393  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec
9394  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk
9395  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep7312
9396  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep8248
9397  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep8260
9398  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep88x
9399  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eric
9400  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd
9401  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esteem192e
9402  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etin
9403  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etx094
9404  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb4510
9405  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260
9406  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eXalion
9407  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\exbitgen
9408  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ezkit533
9409  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\fads
9410  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\flagadm
9411  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\funkwerk
9412  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\g2000
9413  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gcplus
9414  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gen860t
9415  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\genietv
9416  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gth
9417  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gw8260
9418  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hermes
9419  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hidden_dragon
9420  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hmi1001
9421  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod
9422  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icecube
9423  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icu862
9424  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ids8247
9425  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\impa7
9426  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\incaip
9427  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\inka4x0
9428  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\innokom
9429  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorap
9430  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorcp
9431  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ip860
9432  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\iphase4539
9433  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ispan
9434  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ivm
9435  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ixdp425
9436  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\jse
9437  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kb9202
9438  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup
9439  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lantec
```

```
9440   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\LEOX
9441   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\LEOX
9442   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\logodl
9443   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lpd7a40x
9444   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lubbock
9445   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lwmon
9446   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\m5272c3
9447   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\m5282evb
9448   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI
9449   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell
9450   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mbx8xx
9451   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mcc200
9452   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ml2
9453   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\modnet50
9454   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mousse
9455   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mp2usb
9456   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8260ads
9457   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8266ads
9458   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8349ads
9459   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8349emds
9460   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8540ads
9461   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8540eval
9462   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8560ads
9463   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl
9464   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\musenki
9465   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mvblue
9466   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mvs1
9467   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1ads
9468   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1fs2
9469   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\nc650
9470   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netphone
9471   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar
9472   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta
9473   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta2
9474   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netvia
9475   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ns9750dev
9476   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\nx823
9477   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\o2dnt
9478   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap1510inn
9479   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap1610inn
9480   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap2420h4
9481   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap5912osk
9482   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap730p2
9483   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\oxc
9484   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pb1x00
9485   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2
9486   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pleb2
9487   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm520
9488   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm826
9489   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm828
9490   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm854
9491   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm856
9492   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pn62
9493   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ppmc8260
9494   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\prodrive
9495   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\psyent
9496   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\purple
9497   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pxa255_idp
9498   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\quantum
9499   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\r360mpi
9500   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rattler
9501   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rbc823
9502   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rmu
9503   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXClassic
9504   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite
9505   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite_dw
9506   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rpxsuper
9507   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RRvision
9508   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rsdproto
```

```
9509   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst
9510   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst
9511   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandpoint
9512   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc405
9513   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8240
9514   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8260
9515   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8560
9516   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_cdp
9517   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_spunk
9518   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\scb9328
9519   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\shannon
9520   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens
9521   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sixnet
9522   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sl8245
9523   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\smdk2400
9524   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\smdk2410
9525   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\snmc
9526   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sorcery
9527   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\spd8xx
9528   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ssv
9529   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stamp
9530   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stxgp3
9531   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stxxtc
9532   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\svm_sc8xx
9533   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sx1
9534   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tb0229
9535   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\total5200
9536   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm5200
9537   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm8260
9538   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm834x
9539   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm85xx
9540   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm8xx
9541   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab
9542   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\uc100
9543   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\utx8245
9544   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\v37
9545   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\versatile
9546   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\voiceblue
9547   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o
9548   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\wepep250
9549   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\westel
9550   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xaeniax
9551   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx
9552   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xm250
9553   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xpedite1k
9554   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xsengine
9555   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\zpc1900
9556   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\zylonite
9557   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\a3000\a3000.c
9558   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\a3000\config.mk
9559   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\a3000\flash.c
9560   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\a3000\Makefile
9561   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\a3000\README
9562   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\a3000\u-boot.lds
9563   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\adder\adder.c
9564   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\adder\config.mk
9565   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\adder\Makefile
9566   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\adder\u-boot.lds
9567   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\adsvix\adsvix.c
9568   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\adsvix\config.mk
9569   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\adsvix\lowlevel_init.S
9570   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\adsvix\Makefile
9571   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\adsvix\pcmcia.c
9572   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\adsvix\pxavoltage.S
9573   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\adsvix\u-boot.lds
9574   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\alaska\alaska.c
9575   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\alaska\config.mk
9576   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\alaska\flash.c
9577   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\alaska\Makefile
```

```
9578  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera
9579  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\common
9580  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1c20
9581  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1s10
9582  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\common\flash.c
9583  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\common\sevenseg.c
9584  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\common\sevenseg.h
9585  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1c20\config.mk
9586  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1c20\dk1c20.c
9587  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1c20\flash.c
9588  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1c20\Makefile
9589  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1c20\misc.c
9590  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1c20\u-boot.lds
9591  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1c20\vectors.S
9592  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1s10\config.mk
9593  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1s10\dk1s10.c
9594  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1s10\flash.c
9595  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1s10\Makefile
9596  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1s10\misc.c
9597  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1s10\u-boot.lds
9598  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1s10\vectors.S
9599  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\bamboo
9600  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\bubinga
9601  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\common
9602  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ebony
9603  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\luan
9604  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ocotea
9605  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\walnut
9606  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\yellowstone
9607  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\yosemite
9608  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\bamboo\bamboo.c
9609  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\bamboo\bamboo.h
9610  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\bamboo\config.mk
9611  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\bamboo\flash.c
9612  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\bamboo\init.S
9613  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\bamboo\Makefile
9614  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\bamboo\u-boot.lds
9615  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\bubinga\bubinga.c
9616  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\bubinga\config.mk
9617  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\bubinga\flash.c
9618  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\bubinga\Makefile
9619  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\bubinga\u-boot.lds
9620  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\common\flash.c
9621  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ebony\config.mk
9622  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ebony\ebony.c
9623  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ebony\flash.c
9624  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ebony\init.S
9625  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ebony\Makefile
9626  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ebony\u-boot.lds
9627  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\luan\config.mk
9628  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\luan\epld.h
9629  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\luan\flash.c
9630  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\luan\init.S
9631  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\luan\luan.c
9632  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\luan\Makefile
9633  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\luan\u-boot.lds
9634  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ocotea\config.mk
9635  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ocotea\flash.c
9636  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ocotea\init.S
9637  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ocotea\Makefile
9638  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ocotea\ocotea.c
9639  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ocotea\ocotea.h
9640  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ocotea\u-boot.lds
9641  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\walnut\config.mk
9642  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\walnut\flash.c
9643  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\walnut\Makefile
9644  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\walnut\u-boot.lds
9645  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\walnut\walnut.c
9646  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\yellowstone\config.mk
```

```
9647    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\yellowstone\config.mk
9648    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\yellowstone\Makefile
9649    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\yellowstone\u-boot.lds
9650    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\yellowstone\yellowstone.c
9651    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\yosemite\config.mk
9652    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\yosemite\init.S
9653    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\yosemite\Makefile
9654    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\yosemite\u-boot.lds
9655    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\yosemite\yosemite.c
9656    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amirix\ap1000
9657    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amirix\ap1000\ap1000.c
9658    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amirix\ap1000\ap1000.h
9659    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amirix\ap1000\config.mk
9660    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amirix\ap1000\flash.c
9661    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amirix\ap1000\init.S
9662    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amirix\ap1000\Makefile
9663    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amirix\ap1000\pci.c
9664    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amirix\ap1000\powerspan.c
9665    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amirix\ap1000\powerspan.h
9666    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amirix\ap1000\serial.c
9667    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amirix\ap1000\u-boot.lds
9668    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap81
9669    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap83
9670    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap94
9671    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap96
9672    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common
9673    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\pb42
9674    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\pb45
9675    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\tb225
9676    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\tb243
9677    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap81\ap81.c
9678    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap81\config.mk
9679    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap81\flash.c
9680    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap81\Makefile
9681    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap81\u-boot.lds
9682    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap83\ap83.c
9683    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap83\config.mk
9684    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap83\flash.c
9685    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap83\Makefile
9686    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap83\u-boot.lds
9687    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap94\ap94.c
9688    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap94\ap94_pci.c
9689    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap94\athrs26_phy.c
9690    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap94\athrs26_phy.h
9691    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap94\config.mk
9692    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap94\lowlevel_init.S
9693    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap94\Makefile
9694    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap94\u-boot.lds
9695    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap96\ap96.c
9696    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap96\config.mk
9697    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap96\Makefile
9698    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap96\u-boot.lds
9699    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\ar7100_flash.c
9700    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\ar7100_flash.h
9701    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\ar9100_pflash.c
9702    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\athrs16_phy.c
9703    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\athrs16_phy.h
9704    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\athrs26_phy.c
9705    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\athrs26_phy.h
9706    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\g5e_Plus1_2_29a_unmanaged_Atheros_v3.c
9707    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\g5_Plus1_2_29a_unmanaged_Atheros_v5.c
9708    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\g5_Plus1_2_29b_unmanaged_Atheros_v5.c
9709    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\g5_Plus1_2_31_unmanaged_Atheros_v3.c
9710    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\g5_Plus1_2_31_unmanaged_Atheros_v4.c
9711    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\generic_i2c.c
9712    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\generic_i2c.h
9713    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\generic_spi.c
9714    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\generic_spi.h
9715    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\ipPhy.c
```

```
9716  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\lowlevel_init.S
9717  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\lowlevel_init.S
9718  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\lowlevel_init_ar9100.S
9719  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\phy.h
9720  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\vsc73xx.c
9721  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\vsc73xx.h
9722  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\vsc8601_phy.c
9723  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\vsc8601_phy.h
9724  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\vsc_phy.c
9725  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\pb42\config.mk
9726  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\pb42\flash.c
9727  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\pb42\Makefile
9728  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\pb42\pb42.c
9729  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\pb42\u-boot.lds
9730  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\pb45\config.mk
9731  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\pb45\Makefile
9732  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\pb45\pb45.c
9733  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\pb45\pb45_pci.c
9734  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\pb45\u-boot.lds
9735  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\tb225\config.mk
9736  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\tb225\flash.c
9737  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\tb225\Makefile
9738  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\tb225\tb225.c
9739  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\tb225\u-boot.lds
9740  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\tb243\config.mk
9741  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\tb243\Makefile
9742  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\tb243\tb243.c
9743  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\tb243\u-boot.lds
9744  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap91
9745  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap93
9746  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap99
9747  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ar7240_emu
9748  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\common
9749  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\tb317
9750  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\tb327
9751  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ubnt-xm
9752  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\wrt54g
9753  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap91\ap91.c
9754  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap91\config.mk
9755  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap91\flash.c
9756  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap91\Makefile
9757  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap91\u-boot.lds
9758  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap93\ap93.c
9759  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap93\config.mk
9760  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap93\flash.c
9761  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap93\Makefile
9762  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap93\u-boot.lds
9763  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap99\ap99.c
9764  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap99\config.mk
9765  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap99\flash.c
9766  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap99\Makefile
9767  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap99\u-boot.lds
9768  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ar7240_emu\ar7240_emu.c
9769  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ar7240_emu\config.mk
9770  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ar7240_emu\flash.c
9771  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ar7240_emu\Makefile
9772  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ar7240_emu\u-boot.lds
9773  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\common\ar7240_flash.c
9774  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\common\ar7240_flash.h
9775  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\common\ar7240_pci.c
9776  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\common\ar7240_s26_phy.c
9777  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\common\ar7240_s26_phy.h
9778  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\common\athr8021_phy.c
9779  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\common\athr8021_phy.h
9780  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\common\athr8035_phy.c
9781  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\common\athr8035_phy.h
9782  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\common\athrs16_phy.c
9783  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\common\athrs16_phy.h
9784  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\common\lowlevel_init.S
```

```
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\tb317\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\tb317\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\tb317\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\tb317\tb317.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\tb317\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\tb327\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\tb327\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\tb327\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\tb327\tb327.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\tb327\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ubnt-xm\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ubnt-xm\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ubnt-xm\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ubnt-xm\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ubnt-xm\ubnt-xm.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\wrt54g\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\wrt54g\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\wrt54g\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\wrt54g\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\wrt54g\wrt54g.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\armadillo\armadillo.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\armadillo\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\armadillo\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\armadillo\lowlevel_init.S
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\armadillo\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\armadillo\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\assabet\assabet.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\assabet\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\assabet\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\assabet\setup.S
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\assabet\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\at91rm9200dk\at45.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\at91rm9200dk\at91rm9200dk.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\at91rm9200dk\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\at91rm9200dk\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\at91rm9200dk\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\at91rm9200dk\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\atc\atc.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\atc\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\atc\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\atc\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\atc\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\AtmarkTechno\suzaku
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\AtmarkTechno\suzaku\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\AtmarkTechno\suzaku\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\AtmarkTechno\suzaku\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\AtmarkTechno\suzaku\suzaku.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\AtmarkTechno\suzaku\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\barco\barco.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\barco\barco_svc.h
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\barco\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\barco\early_init.S
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\barco\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\barco\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\barco\README
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\barco\speed.h
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\barco\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\bmw\bmw.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\bmw\bmw.h
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\bmw\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\bmw\early_init.S
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\bmw\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\bmw\m48t59y.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\bmw\m48t59y.h
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\bmw\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\bmw\ns16550.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\bmw\ns16550.h
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\bmw\README
```

```
9854  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\bmw\u-boot.lds
9855  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\bmw\u-boot.lds
9856  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\c2mon\c2mon.c
9857  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\c2mon\config.mk
9858  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\c2mon\flash.c
9859  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\c2mon\Makefile
9860  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\c2mon\u-boot.lds
9861  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\c2mon\u-boot.lds.debug
9862  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\canmb\canmb.c
9863  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\canmb\config.mk
9864  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\canmb\Makefile
9865  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\canmb\mt48lc16m32s2-75.h
9866  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\canmb\u-boot.lds
9867  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\common
9868  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8541cds
9869  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8548cds
9870  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8555cds
9871  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\common\cadmus.c
9872  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\common\cadmus.h
9873  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\common\eeprom.c
9874  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\common\eeprom.h
9875  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8541cds\config.mk
9876  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8541cds\init.S
9877  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8541cds\Makefile
9878  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8541cds\mpc8541cds.c
9879  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8541cds\u-boot.lds
9880  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8548cds\config.mk
9881  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8548cds\init.S
9882  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8548cds\Makefile
9883  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8548cds\mpc8548cds.c
9884  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8548cds\u-boot.lds
9885  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8555cds\config.mk
9886  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8555cds\init.S
9887  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8555cds\Makefile
9888  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8555cds\mpc8555cds.c
9889  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8555cds\u-boot.lds
9890  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cerf250\cerf250.c
9891  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cerf250\config.mk
9892  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cerf250\flash.c
9893  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cerf250\lowlevel_init.S
9894  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cerf250\Makefile
9895  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cerf250\u-boot.lds
9896  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cm4008\cm4008.c
9897  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cm4008\config.mk
9898  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cm4008\flash.c
9899  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cm4008\Makefile
9900  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cm4008\u-boot.lds
9901  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cm41xx\cm41xx.c
9902  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cm41xx\config.mk
9903  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cm41xx\flash.c
9904  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cm41xx\Makefile
9905  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cm41xx\u-boot.lds
9906  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cmc_pu2\at45.c
9907  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cmc_pu2\cmc_pu2.c
9908  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cmc_pu2\config.mk
9909  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cmc_pu2\flash.c
9910  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cmc_pu2\load_sernum_ethaddr.c
9911  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cmc_pu2\Makefile
9912  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cmc_pu2\u-boot.lds
9913  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cmi\cmi.c
9914  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cmi\config.mk
9915  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cmi\flash.c
9916  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cmi\Makefile
9917  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cmi\u-boot.lds
9918  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cobra5272\bdm
9919  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cobra5272\cobra5272.c
9920  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cobra5272\config.mk
9921  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cobra5272\flash.c
9922  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cobra5272\Makefile
```

```
9923    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cobra5272\bdm\cobra5272_uboot.gdb
9924    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cobra5272\bdm\cobra5272_uboot.gdb
9925    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cobra5272\bdm\gdbinit.reset
9926    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cobra5272\bdm\load-cobra_uboot
9927    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cobra5272\bdm\reset
9928    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\config.mk
9929    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\dipsw.c
9930    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\dipsw.h
9931    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\flash.c
9932    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\flash.h
9933    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\kbm.c
9934    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\kbm.h
9935    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\lcd.c
9936    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\lcd.h
9937    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\Makefile
9938    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\mb.c
9939    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\mb.h
9940    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\par.c
9941    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\par.h
9942    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\pci.c
9943    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\pci.h
9944    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\README
9945    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\README.cma286
9946    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\rtc.c
9947    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\rtc.h
9948    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\serial.c
9949    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\serial.h
9950    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\u-boot.lds
9951    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\u-boot.lds.debug
9952    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpc45\config.mk
9953    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpc45\cpc45.c
9954    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpc45\flash.c
9955    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpc45\Makefile
9956    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpc45\pd67290.c
9957    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpc45\plx9030.c
9958    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpc45\u-boot.lds
9959    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpu86\config.mk
9960    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpu86\cpu86.c
9961    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpu86\cpu86.h
9962    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpu86\flash.c
9963    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpu86\Makefile
9964    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpu86\u-boot.lds
9965    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpu87\config.mk
9966    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpu87\cpu87.c
9967    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpu87\cpu87.h
9968    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpu87\flash.c
9969    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpu87\Makefile
9970    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpu87\u-boot.lds
9971    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cradle\config.mk
9972    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cradle\cradle.c
9973    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cradle\flash.c
9974    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cradle\lowlevel_init.S
9975    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cradle\Makefile
9976    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cradle\u-boot.lds
9977    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cray\L1
9978    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cray\L1\bootscript.hush
9979    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cray\L1\config.mk
9980    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cray\L1\flash.c
9981    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cray\L1\init.S
9982    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cray\L1\L1.c
9983    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cray\L1\L1.h
9984    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cray\L1\Makefile
9985    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cray\L1\patchme
9986    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cray\L1\u-boot.lds
9987    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cray\L1\u-boot.lds.debug
9988    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cray\L1\x2c.awk
9989    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb226\config.mk
9990    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb226\csb226.c
9991    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb226\flash.c
```

```
 9992   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb226\config.mk
 9993   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb226\Makefile
 9994   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb226\u-boot.lds
 9995   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb272\config.mk
 9996   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb272\csb272.c
 9997   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb272\init.S
 9998   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb272\Makefile
 9999   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb272\u-boot.lds
10000   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb472\config.mk
10001   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb472\csb472.c
10002   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb472\init.S
10003   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb472\Makefile
10004   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb472\u-boot.lds
10005   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb637\config.mk
10006   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb637\csb637.c
10007   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb637\Makefile
10008   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb637\u-boot.lds
10009   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cu824\config.mk
10010   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cu824\cu824.c
10011   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cu824\flash.c
10012   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cu824\Makefile
10013   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cu824\README
10014   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cu824\u-boot.lds
10015   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\B2
10016   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\common
10017   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\PPChameleonEVB
10018   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\B2\B2.c
10019   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\B2\config.mk
10020   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\B2\flash.c
10021   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\B2\lowlevel_init.S
10022   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\B2\Makefile
10023   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\B2\u-boot.lds
10024   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\common\flash.c
10025   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\common\fpga.c
10026   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\common\pci.c
10027   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\PPChameleonEVB\config.mk
10028   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\PPChameleonEVB\flash.c
10029   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\PPChameleonEVB\fpgadata.c
10030   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\PPChameleonEVB\Makefile
10031   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\PPChameleonEVB\nand.c
10032   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\PPChameleonEVB\PPChameleonEVB.c
10033   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\PPChameleonEVB\u-boot.lds
10034   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dbau1x00\config.mk
10035   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dbau1x00\dbau1x00.c
10036   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dbau1x00\flash.c
10037   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dbau1x00\lowlevel_init.S
10038   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dbau1x00\Makefile
10039   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dbau1x00\README
10040   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dbau1x00\u-boot.lds
10041   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\delta\config.mk
10042   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\delta\delta.c
10043   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\delta\lowlevel_init.S
10044   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\delta\Makefile
10045   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\delta\nand.c
10046   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\delta\u-boot.lds
10047   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dnp1110\config.mk
10048   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dnp1110\dnp1110.c
10049   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dnp1110\flash.c
10050   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dnp1110\lowlevel_init.S
10051   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dnp1110\Makefile
10052   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dnp1110\u-boot.lds
10053   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\bab7xx
10054   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\elppc
10055   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\mhpc
10056   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\bab7xx\asm_init.S
10057   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\bab7xx\bab7xx.c
10058   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\bab7xx\config.mk
10059   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\bab7xx\dc_srom.c
10060   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\bab7xx\el_srom.c
```

```
10061   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\bab7xx\l2cache.c
10062   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\bab7xx\l2cache.c
10063   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\bab7xx\Makefile
10064   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\bab7xx\misc.c
10065   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\bab7xx\pci.c
10066   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\bab7xx\srom.h
10067   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\bab7xx\u-boot.lds
10068   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\elppc\asm_init.S
10069   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\elppc\config.mk
10070   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\elppc\eepro100_srom.c
10071   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\elppc\elppc.c
10072   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\elppc\flash.c
10073   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\elppc\Makefile
10074   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\elppc\misc.c
10075   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\elppc\mpc107_i2c.c
10076   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\elppc\pci.c
10077   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\elppc\srom.h
10078   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\elppc\u-boot.lds
10079   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\mhpc\config.mk
10080   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\mhpc\flash.c
10081   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\mhpc\Makefile
10082   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\mhpc\mhpc.c
10083   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\mhpc\u-boot.lds
10084   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\mhpc\u-boot.lds.debug
10085   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\common
10086   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\top5200
10087   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\top860
10088   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\common\am79c874.c
10089   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\common\flash.c
10090   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\common\vpd.c
10091   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\top5200\config.mk
10092   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\top5200\Makefile
10093   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\top5200\top5200.c
10094   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\top5200\u-boot.lds
10095   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\top860\config.mk
10096   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\top860\Makefile
10097   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\top860\top860.c
10098   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\top860\u-boot.lds
10099   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\top860\u-boot.lds.debug
10100   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep7312\config.mk
10101   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep7312\ep7312.c
10102   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep7312\flash.c
10103   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep7312\lowlevel_init.S
10104   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep7312\Makefile
10105   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep7312\u-boot.lds
10106   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep8248\config.mk
10107   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep8248\ep8248.c
10108   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep8248\Makefile
10109   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep8248\u-boot.lds
10110   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep8260\config.mk
10111   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep8260\ep8260.c
10112   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep8260\ep8260.h
10113   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep8260\flash.c
10114   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep8260\Makefile
10115   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep8260\mii_phy.c
10116   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep8260\u-boot.lds
10117   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep88x\config.mk
10118   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep88x\ep88x.c
10119   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep88x\Makefile
10120   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep88x\u-boot.lds
10121   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eric\config.mk
10122   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eric\eric.c
10123   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eric\eric.h
10124   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eric\flash.c
10125   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eric\init.S
10126   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eric\Makefile
10127   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eric\u-boot.lds
10128   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\adciop
10129   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\apc405
```

```
10130  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd
10131  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ash405
10132  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\canbt
10133  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cms700
10134  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common
10135  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci2dp
10136  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci405
10137  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci440
10138  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci5200
10139  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750
10140  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpciiser4
10141  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dasa_sim
10142  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dp405
10143  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\du405
10144  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hh405
10145  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hub405
10146  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ocrtc
10147  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pci405
10148  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pf5200
10149  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\plu405
10150  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pmc405
10151  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\tasreg
10152  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\voh405
10153  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\vom405
10154  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\wuh405
10155  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\adciop\adciop.c
10156  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\adciop\adciop.h
10157  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\adciop\config.mk
10158  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\adciop\flash.c
10159  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\adciop\Makefile
10160  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\adciop\u-boot.lds
10161  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\apc405\apc405.c
10162  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\apc405\config.mk
10163  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\apc405\fpgadata.c
10164  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\apc405\logo_640_480_24bpp.c
10165  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\apc405\Makefile
10166  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\apc405\strataflash.c
10167  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\apc405\u-boot.lds
10168  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ar405\ar405.c
10169  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ar405\ar405.h
10170  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ar405\config.mk
10171  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ar405\flash.c
10172  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ar405\fpgadata.c
10173  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ar405\fpgadata_xl30.c
10174  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ar405\Makefile
10175  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ar405\u-boot.lds
10176  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ash405\ash405.c
10177  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ash405\config.mk
10178  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ash405\flash.c
10179  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ash405\fpgadata.c
10180  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ash405\Makefile
10181  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ash405\u-boot.lds
10182  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\canbt\canbt.c
10183  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\canbt\canbt.h
10184  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\canbt\config.mk
10185  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\canbt\flash.c
10186  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\canbt\fpgadata.c
10187  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\canbt\Makefile
10188  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\canbt\u-boot.lds
10189  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cms700\cms700.c
10190  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cms700\config.mk
10191  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cms700\flash.c
10192  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cms700\fpgadata.c
10193  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cms700\Makefile
10194  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cms700\u-boot.lds
10195  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\auto_update.c
10196  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\auto_update.h
10197  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\cmd_loadpci.c
10198  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\flash.c
```

```
10199  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\lcd.c
10200  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\lcd.c
10201  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\lcd.h
10202  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\misc.c
10203  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\pci.c
10204  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\s1d13704_320_240_4bpp.h
10205  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\s1d13705_320_240_8bpp.h
10206  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\s1d13806_1024_768_8bpp.h
10207  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\s1d13806_320_240_4bpp.h
10208  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\s1d13806_640_480_16bpp.h
10209  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\s1d13806_640_480_8bpp.h
10210  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\xilinx_jtag
10211  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\xilinx_jtag\lenval.c
10212  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\xilinx_jtag\lenval.h
10213  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\xilinx_jtag\micro.c
10214  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\xilinx_jtag\micro.h
10215  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\xilinx_jtag\ports.c
10216  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\xilinx_jtag\ports.h
10217  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci2dp\config.mk
10218  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci2dp\cpci2dp.c
10219  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci2dp\flash.c
10220  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci2dp\Makefile
10221  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci2dp\u-boot.lds
10222  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci405\config.mk
10223  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci405\cpci405.c
10224  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci405\flash.c
10225  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci405\fpgadata_cpci405.c
10226  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci405\fpgadata_cpci4052.c
10227  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci405\fpgadata_cpci405ab.c
10228  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci405\Makefile
10229  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci405\u-boot.lds
10230  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci440\config.mk
10231  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci440\cpci440.c
10232  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci440\init.S
10233  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci440\Makefile
10234  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci440\strataflash.c
10235  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci440\u-boot.lds
10236  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci5200\config.mk
10237  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci5200\cpci5200.c
10238  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci5200\Makefile
10239  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci5200\mt46v16m16-75.h
10240  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci5200\strataflash.c
10241  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci5200\u-boot.lds
10242  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\64360.h
10243  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\config.mk
10244  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\cpci750.c
10245  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\eth.h
10246  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\i2c.c
10247  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\i2c.h
10248  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\ide.c
10249  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\local.h
10250  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\Makefile
10251  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\misc.S
10252  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\mpsc.c
10253  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\mpsc.h
10254  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\mv_eth.c
10255  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\mv_eth.h
10256  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\mv_regs.h
10257  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\pci.c
10258  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\sdram_init.c
10259  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\serial.c
10260  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\serial.h
10261  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\u-boot.lds
10262  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpciiser4\config.mk
10263  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpciiser4\cpciiser4.c
10264  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpciiser4\cpciiser4.h
10265  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpciiser4\flash.c
10266  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpciiser4\fpgadata.c
10267  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpciiser4\Makefile
```

```
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dasa_sim\cmd_dasa_sim.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dasa_sim\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dasa_sim\dasa_sim.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dasa_sim\dasa_sim.h
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dasa_sim\eeprom.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dasa_sim\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dasa_sim\fpgadata.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dasa_sim\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dasa_sim\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dp405\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dp405\dp405.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dp405\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dp405\fpgadata.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dp405\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dp405\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\du405\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\du405\du405.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\du405\du405.h
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\du405\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\du405\fpgadata.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\du405\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\du405\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hh405\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hh405\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hh405\fpgadata.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hh405\hh405.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hh405\logo_1024_768_8bpp.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hh405\logo_320_240_4bpp.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hh405\logo_320_240_8bpp.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hh405\logo_640_480_24bpp.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hh405\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hh405\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hub405\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hub405\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hub405\hub405.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hub405\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hub405\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ocrtc\cmd_ocrtc.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ocrtc\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ocrtc\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ocrtc\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ocrtc\ocrtc.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ocrtc\ocrtc.h
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ocrtc\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pci405\cmd_pci405.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pci405\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pci405\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pci405\fpgadata.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pci405\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pci405\pci405.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pci405\pci405.h
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pci405\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pci405\writeibm.S
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pf5200\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pf5200\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pf5200\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pf5200\mt46v16ml6-75.h
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pf5200\pf5200.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pf5200\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\plu405\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\plu405\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\plu405\fpgadata.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\plu405\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\plu405\plu405.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\plu405\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pmc405\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pmc405\fpgadata.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pmc405\Makefile
```

```
10337  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pmc405\u-boot.lds
10338  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pmc405\u-boot.lds
10339  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\tasreg\config.mk
10340  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\tasreg\flash.c
10341  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\tasreg\fpgadata.c
10342  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\tasreg\Makefile
10343  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\tasreg\tasreg.c
10344  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\tasreg\u-boot.lds
10345  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\voh405\config.mk
10346  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\voh405\flash.c
10347  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\voh405\fpgadata.c
10348  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\voh405\logo_320_240_4bpp.c
10349  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\voh405\logo_640_480_24bpp.c
10350  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\voh405\Makefile
10351  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\voh405\u-boot.lds
10352  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\voh405\voh405.c
10353  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\vom405\config.mk
10354  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\vom405\flash.c
10355  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\vom405\fpgadata.c
10356  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\vom405\Makefile
10357  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\vom405\u-boot.lds
10358  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\vom405\vom405.c
10359  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\wuh405\config.mk
10360  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\wuh405\flash.c
10361  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\wuh405\fpgadata.c
10362  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\wuh405\Makefile
10363  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\wuh405\u-boot.lds
10364  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\wuh405\wuh405.c
10365  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esteem192e\config.mk
10366  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esteem192e\esteem192e.c
10367  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esteem192e\flash.c
10368  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esteem192e\Makefile
10369  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esteem192e\u-boot.lds
10370  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etin\debris
10371  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etin\debris\config.mk
10372  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etin\debris\debris.c
10373  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etin\debris\flash.c
10374  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etin\debris\Makefile
10375  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etin\debris\phantom.c
10376  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etin\debris\speed.h
10377  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etin\debris\u-boot.lds
10378  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etx094\config.mk
10379  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etx094\etx094.c
10380  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etx094\flash.c
10381  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etx094\Makefile
10382  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etx094\u-boot.lds
10383  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etx094\u-boot.lds.debug
10384  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb4510\config.mk
10385  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb4510\evb4510.c
10386  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb4510\flash.c
10387  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb4510\lowlevel_init.S
10388  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb4510\Makefile
10389  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb4510\u-boot.lds
10390  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\64260.h
10391  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\bootseq.txt
10392  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\config.mk
10393  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\ecctest.c
10394  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\eth.c
10395  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\eth.h
10396  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\eth_addrtbl.c
10397  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\eth_addrtbl.h
10398  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\evb64260.c
10399  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\flash.c
10400  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\i2c.c
10401  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\i2c.h
10402  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\intel_flash.c
10403  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\intel_flash.h
10404  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\local.h
10405  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\Makefile
```

```
10406   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\mpsc.S
10407   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\misc.S
10408   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\mpsc.c
10409   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\mpsc.h
10410   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\pci.c
10411   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\sdram_init.c
10412   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\serial.c
10413   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\serial.h
10414   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\u-boot.lds
10415   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\zuma_pbb.c
10416   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\zuma_pbb.h
10417   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\zuma_pbb_mbox.c
10418   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\zuma_pbb_mbox.h
10419   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eXalion\config.mk
10420   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eXalion\eXalion.c
10421   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eXalion\eXalion.h
10422   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eXalion\Makefile
10423   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eXalion\piix_pci.h
10424   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eXalion\u-boot.lds
10425   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\exbitgen\config.mk
10426   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\exbitgen\exbitgen.c
10427   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\exbitgen\exbitgen.h
10428   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\exbitgen\flash.c
10429   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\exbitgen\init.S
10430   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\exbitgen\Makefile
10431   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\exbitgen\u-boot.lds
10432   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ezkit533\config.mk
10433   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ezkit533\ezkit533.c
10434   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ezkit533\flash-defines.h
10435   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ezkit533\flash.c
10436   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ezkit533\Makefile
10437   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ezkit533\psd4256.h
10438   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ezkit533\u-boot.lds
10439   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\fads\config.mk
10440   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\fads\fads.c
10441   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\fads\fads.h
10442   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\fads\flash.c
10443   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\fads\lamp.c
10444   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\fads\Makefile
10445   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\fads\u-boot.lds
10446   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\fads\u-boot.lds.debug
10447   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\flagadm\config.mk
10448   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\flagadm\flagadm.c
10449   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\flagadm\flash.c
10450   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\flagadm\Makefile
10451   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\flagadm\u-boot.lds
10452   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\flagadm\u-boot.lds.debug
10453   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\funkwerk\vovpn-gw
10454   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\funkwerk\vovpn-gw\config.mk
10455   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\funkwerk\vovpn-gw\flash.c
10456   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\funkwerk\vovpn-gw\m88e6060.c
10457   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\funkwerk\vovpn-gw\m88e6060.h
10458   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\funkwerk\vovpn-gw\Makefile
10459   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\funkwerk\vovpn-gw\u-boot.lds
10460   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\funkwerk\vovpn-gw\vovpn-gw.c
10461   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\g2000\config.mk
10462   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\g2000\g2000.c
10463   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\g2000\Makefile
10464   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\g2000\strataflash.c
10465   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\g2000\u-boot.lds
10466   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gcplus\config.mk
10467   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gcplus\flash.c
10468   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gcplus\gcplus.c
10469   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gcplus\lowlevel_init.S
10470   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gcplus\Makefile
10471   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gcplus\u-boot.lds
10472   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gen860t\beeper.c
10473   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gen860t\beeper.h
10474   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gen860t\config.mk
```

```
10475   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gen860t\fpga.c
10476   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gen860t\fpga.c
10477   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gen860t\fpga.h
10478   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gen860t\gen860t.c
10479   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gen860t\ioport.c
10480   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gen860t\ioport.h
10481   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gen860t\Makefile
10482   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gen860t\README
10483   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gen860t\u-boot-flashenv.lds
10484   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gen860t\u-boot.lds
10485   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\genietv\config.mk
10486   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\genietv\flash.c
10487   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\genietv\genietv.c
10488   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\genietv\genietv.h
10489   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\genietv\Makefile
10490   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\genietv\u-boot.lds
10491   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\genietv\u-boot.lds.debug
10492   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gth\config.mk
10493   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gth\ee_access.c
10494   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gth\ee_access.h
10495   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gth\ee_dev.h
10496   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gth\flash.c
10497   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gth\gth.c
10498   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gth\Makefile
10499   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gth\README
10500   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gth\u-boot.lds
10501   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gw8260\config.mk
10502   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gw8260\flash.c
10503   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gw8260\gw8260.c
10504   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gw8260\Makefile
10505   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gw8260\u-boot.lds
10506   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hermes\config.mk
10507   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hermes\flash.c
10508   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hermes\hermes.c
10509   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hermes\Makefile
10510   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hermes\u-boot.lds
10511   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hermes\u-boot.lds.debug
10512   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hidden_dragon\config.mk
10513   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hidden_dragon\early_init.S
10514   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hidden_dragon\flash.c
10515   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hidden_dragon\hidden_dragon.c
10516   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hidden_dragon\Makefile
10517   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hidden_dragon\README
10518   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hidden_dragon\speed.h
10519   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hidden_dragon\u-boot.lds
10520   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hmi1001\config.mk
10521   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hmi1001\hmi1001.c
10522   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hmi1001\Makefile
10523   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hmi1001\u-boot.lds
10524   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod\bsp.c
10525   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod\config.mk
10526   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod\eeprom.c
10527   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod\env.c
10528   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod\fetch.c
10529   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod\flash.c
10530   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod\flash.h
10531   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod\global_env
10532   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod\hymod.c
10533   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod\hymod.h
10534   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod\input.c
10535   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod\Makefile
10536   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod\u-boot.lds
10537   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod\u-boot.lds.debug
10538   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icecube\config.mk
10539   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icecube\flash.c
10540   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icecube\icecube.c
10541   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icecube\Makefile
10542   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icecube\mt46v16m16-75.h
10543   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icecube\mt46v32m16.h
```

```
10544   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icecube\Makefile
10545   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icecube\u-boot.lds
10546   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icu862\config.mk
10547   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icu862\flash.c
10548   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icu862\icu862.c
10549   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icu862\Makefile
10550   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icu862\u-boot.lds
10551   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icu862\u-boot.lds.debug
10552   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ids8247\config.mk
10553   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ids8247\flash.c
10554   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ids8247\ids8247.c
10555   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ids8247\Makefile
10556   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ids8247\u-boot.lds
10557   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\impa7\config.mk
10558   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\impa7\flash.c
10559   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\impa7\impa7.c
10560   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\impa7\lowlevel_init.S
10561   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\impa7\Makefile
10562   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\impa7\u-boot.lds
10563   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\incaip\config.mk
10564   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\incaip\flash.c
10565   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\incaip\incaip.c
10566   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\incaip\lowlevel_init.S
10567   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\incaip\Makefile
10568   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\incaip\u-boot.lds
10569   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\inka4x0\config.mk
10570   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\inka4x0\flash.c
10571   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\inka4x0\inka4x0.c
10572   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\inka4x0\Makefile
10573   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\inka4x0\mt46v16m16-75.h
10574   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\inka4x0\mt48lc16m16a2-75.h
10575   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\inka4x0\u-boot.lds
10576   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\innokom\config.mk
10577   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\innokom\flash.c
10578   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\innokom\innokom.c
10579   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\innokom\lowlevel_init.S
10580   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\innokom\Makefile
10581   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\innokom\u-boot.lds
10582   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorap\config.mk
10583   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorap\flash.c
10584   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorap\integratorap.c
10585   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorap\lowlevel_init.S
10586   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorap\Makefile
10587   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorap\memsetup.S
10588   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorap\split_by_variant.sh
10589   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorap\u-boot.lds.template
10590   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorcp\config.mk
10591   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorcp\flash.c
10592   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorcp\integratorcp.c
10593   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorcp\lowlevel_init.S
10594   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorcp\Makefile
10595   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorcp\memsetup.S
10596   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorcp\split_by_variant.sh
10597   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorcp\u-boot.lds.template
10598   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ip860\config.mk
10599   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ip860\flash.c
10600   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ip860\ip860.c
10601   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ip860\Makefile
10602   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ip860\u-boot.lds
10603   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ip860\u-boot.lds.debug
10604   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\iphase4539\config.mk
10605   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\iphase4539\flash.c
10606   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\iphase4539\iphase4539.c
10607   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\iphase4539\Makefile
10608   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\iphase4539\u-boot.lds
10609   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ispan\config.mk
10610   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ispan\ispan.c
10611   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ispan\Makefile
10612   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ispan\u-boot.lds
```

```
10613    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ivm\flash.c
10614    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ivm\flash.c
10615    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ivm\ivm.c
10616    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ivm\Makefile
10617    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ivm\u-boot.lds
10618    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ivm\u-boot.lds.debug
10619    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ixdp425\config.mk
10620    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ixdp425\flash.c
10621    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ixdp425\ixdp425.c
10622    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ixdp425\Makefile
10623    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ixdp425\u-boot.lds
10624    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\jse\config.mk
10625    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\jse\flash.c
10626    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\jse\host_bridge.c
10627    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\jse\init.S
10628    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\jse\jse.c
10629    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\jse\jse_priv.h
10630    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\jse\Makefile
10631    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\jse\README.txt
10632    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\jse\sdram.c
10633    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\jse\u-boot.lds
10634    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kb9202\config.mk
10635    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kb9202\kb9202.c
10636    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kb9202\Makefile
10637    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kb9202\u-boot.lds
10638    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\common
10639    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\kup4k
10640    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\kup4x
10641    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\Makefile
10642    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\common\flash.c
10643    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\common\kup.c
10644    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\common\kup.h
10645    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\common\load_sernum_ethaddr.c
10646    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\kup4k\config.mk
10647    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\kup4k\kup4k.c
10648    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\kup4k\Makefile
10649    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\kup4k\s1d13706.h
10650    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\kup4k\u-boot.lds
10651    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\kup4k\u-boot.lds.debug
10652    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\kup4x\config.mk
10653    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\kup4x\kup4x.c
10654    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\kup4x\Makefile
10655    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\kup4x\u-boot.lds
10656    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\kup4x\u-boot.lds.debug
10657    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lantec\config.mk
10658    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lantec\flash.c
10659    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lantec\lantec.c
10660    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lantec\Makefile
10661    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lantec\u-boot.lds
10662    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lantec\u-boot.lds.debug
10663    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lart\config.mk
10664    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lart\flash.c
10665    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lart\flashasm.S
10666    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lart\lart.c
10667    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lart\lowlevel_init.S
10668    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lart\Makefile
10669    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lart\u-boot.lds
10670    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\LEOX\elpt860
10671    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\LEOX\elpt860\config.mk
10672    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\LEOX\elpt860\elpt860.c
10673    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\LEOX\elpt860\flash.c
10674    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\LEOX\elpt860\Makefile
10675    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\LEOX\elpt860\README.LEOX
10676    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\LEOX\elpt860\u-boot.lds
10677    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\LEOX\elpt860\u-boot.lds.debug
10678    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\logodl\config.mk
10679    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\logodl\flash.c
10680    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\logodl\logodl.c
10681    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\logodl\lowlevel_init.S
```

```
10682  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\logodl\u-boot.lds
10683  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\logodl\u-boot.lds
10684  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lpd7a40x\config.mk
10685  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lpd7a40x\flash.c
10686  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lpd7a40x\lowlevel_init.S
10687  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lpd7a40x\lpd7a40x.c
10688  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lpd7a40x\Makefile
10689  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lpd7a40x\u-boot.lds
10690  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lubbock\config.mk
10691  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lubbock\flash.c
10692  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lubbock\lowlevel_init.S
10693  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lubbock\lubbock.c
10694  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lubbock\Makefile
10695  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lubbock\u-boot.lds
10696  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lwmon\config.mk
10697  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lwmon\flash.c
10698  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lwmon\lwmon.c
10699  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lwmon\Makefile
10700  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\README.keybd
10701  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lwmon\u-boot.lds
10702  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lwmon\u-boot.lds.debug
10703  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\m5272c3\config.mk
10704  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\m5272c3\flash.c
10705  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\m5272c3\m5272c3.c
10706  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\m5272c3\Makefile
10707  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\m5272c3\u-boot.lds
10708  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\m5282evb\config.mk
10709  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\m5282evb\flash.c
10710  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\m5282evb\m5282evb.c
10711  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\m5282evb\Makefile
10712  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\m5282evb\u-boot.lds
10713  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE
10714  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator
10715  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\menu
10716  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\AmigaOneG3SE.c
10717  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\articiaS.c
10718  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\articiaS.h
10719  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\articiaS_pci.c
10720  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\board_asm_init.S
10721  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\cmd_boota.c
10722  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\config.mk
10723  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\enet.c
10724  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\flash.c
10725  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\flash_new.c
10726  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\i8259.c
10727  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\i8259.h
10728  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\interrupts.c
10729  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\macros.h
10730  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\Makefile
10731  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\memio.h
10732  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\memio.S
10733  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\memory_dump
10734  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\nvram.c
10735  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\ps2kbd.c
10736  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\ps2kbd.h
10737  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\serial.c
10738  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\short_types.h
10739  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\smbus.c
10740  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\smbus.h
10741  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\start.txt
10742  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\todo.txt
10743  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\u-boot.lds
10744  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\usb_uhci.c
10745  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\usb_uhci.h
10746  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\via686.c
10747  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\via686.h
10748  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\video.c
10749  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\bios.c
10750  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\glue.c
```

```
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\x86interface.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc31-d16.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc45-c32.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc45-d16.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc45-d32.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc45-snp.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc45-tnt.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc45-vxd.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc45-w16.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc45-w32.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc50-c32.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc50-d16.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc50-d32.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc50-smx.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc50-snp.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc50-tnt.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc50-vxd.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc50-w16.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc50-w32.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc50-x11.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bcb5-c32.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bcb5-d16.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bcb5-d32.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bcb5-smx.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bcb5-snp.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bcb5-tnt.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bcb5-vxd.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bcb5-w16.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bcb5-w32.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bcb5-x11.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\build
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\build.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\build_db.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\build_it.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\cddrv.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\cdit
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\cdit.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\djgpp.env
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\djgpp_db.env
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\findint3.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\gcc-beos.sh
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\gcc-freebsd.sh
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\gcc-linux.sh
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\gcc2-c32.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\gcc2-dos.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\gcc2-linux.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\gcc2-w32.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\makelib.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\meltobjs.sh
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\ntddk.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\qnx4.sh
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\qnxnto.sh
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\set-vars-beos.sh
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\set-vars-freebsd.sh
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\set-vars-linux.sh
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\set-vars-qnx.sh
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\set-vars.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc40-c32.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc40-d16.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc40-drv9x.bat
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc40-drvnt.bat
```

```
10820    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc40-snp.bat
10821    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc40-tnt.bat
10822    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc40-w16.bat
10823    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc40-w32.bat
10824    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc40-x11.bat
10825    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc50-c32.bat
10826    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc50-d16.bat
10827    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc50-drv9x.bat
10828    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc50-drvnt.bat
10829    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc50-rtt.bat
10830    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc50-snp.bat
10831    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc50-tnt.bat
10832    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc50-w16.bat
10833    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc50-w32.bat
10834    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc50-x11.bat
10835    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc60-c32.bat
10836    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc60-d16.bat
10837    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc60-drv9x.bat
10838    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc60-drvnt.bat
10839    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc60-drvw2k.bat
10840    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc60-snp.bat
10841    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc60-tnt.bat
10842    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc60-w16.bat
10843    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc60-w32.bat
10844    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc60-x11.bat
10845    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\w2kddk.bat
10846    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10-c32.bat
10847    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10-d16.bat
10848    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10-d32.bat
10849    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10-o16.bat
10850    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10-o32.bat
10851    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10-p32.bat
10852    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10-qnx.bat
10853    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10-snp.bat
10854    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10-tnt.bat
10855    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10-w16.bat
10856    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10-w32.bat
10857    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10-x11.bat
10858    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10ac32.bat
10859    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10ad16.bat
10860    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10ad32.bat
10861    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10ao16.bat
10862    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10ao32.bat
10863    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10ap32.bat
10864    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10asnp.bat
10865    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10atnt.bat
10866    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10aw16.bat
10867    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10aw32.bat
10868    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc11-c32.bat
10869    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc11-d16.bat
10870    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc11-d32.bat
10871    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc11-o16.bat
10872    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc11-o32.bat
10873    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc11-p32.bat
10874    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc11-qnx.bat
10875    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc11-snp.bat
10876    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc11-tnt.bat
10877    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc11-w16.bat
10878    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc11-w32.bat
10879    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc11-x11.bat
10880    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\win32sdk.bat
10881    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux\glibc
10882    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux\libc
10883    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux\glibc\dmake
10884    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux\glibc\k_cp
10885    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux\glibc\k_echo
10886    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux\glibc\k_rm
10887    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux\glibc\makedep
10888    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux\glibc\nasm
```

```
10889   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux\ndisasm
10890   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux\glibc\trans
10891   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux\libc\dmake
10892   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux\libc\nasm
10893   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux\libc\ndisasm
10894   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux\libc\trans
10895   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\biosemu.h
10896   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\event.h
10897   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\mtrr.h
10898   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\pcilib.h
10899   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\pmapi.h
10900   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\pmimp.h
10901   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\pmint.h
10902   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\pm_help.h
10903   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\pm_wctl.h
10904   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\scitech.h
10905   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\scitech.mac
10906   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\x86emu
10907   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\x86emu.h
10908   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\x86emu\fpu_regs.h
10909   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\x86emu\regs.h
10910   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\x86emu\types.h
10911   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\debug
10912   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\release
10913   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\debug\linux
10914   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc
10915   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\glibc
10916   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\glibc.
        so
10917   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\libc
10918   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\libc.s
        o
10919   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\glibc\
        readme.txt
10920   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\glibc.
        so\readme.txt
10921   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\libc\r
        eadme.txt
10922   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\libc.s
        o\readme.txt
10923   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\release\linux
10924   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\release\linux\gcc
10925   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\glib
        c
10926   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\glib
        c.so
10927   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\libc
10928   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\libc
        .so
10929   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\glib
        c\readme.txt
10930   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\glib
        c.so\readme.txt
10931   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\libc
        \readme.txt
10932   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\libc
        .so\readme.txt
10933   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\bc16.mk
10934   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\bc3.mk
10935   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\bc32.mk
10936   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\bcos2.mk
10937   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\cl16.mk
10938   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\cl386.mk
10939   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\common.mk
10940   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\emx.mk
10941   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\gcc_beos.mk
10942   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\gcc_dos.mk
10943   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\gcc_freebsd.mk
10944   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\gcc_linux.mk
```

```
10945   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\hc16.mk
10946   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\hc32.mk
10947   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\makedefs.prj
10948   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\qnx4.mk
10949   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\qnxnto.mk
10950   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules
10951   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\sc16.mk
10952   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\sc32.mk
10953   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\startup.mk
10954   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\va32.mk
10955   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\va365.mk
10956   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\vc16.mk
10957   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\vc32.mk
10958   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\wc16.mk
10959   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\wc32.mk
10960   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\bc16.mk
10961   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\bc3.mk
10962   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\bc32.mk
10963   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\bcos2.mk
10964   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\cl16.mk
10965   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\cl386.mk
10966   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\dj32.mk
10967   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\emx.mk
10968   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\gcc_beos.mk
10969   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\gcc_freebsd
        .mk
10970   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\gcc_linux.m
        k
10971   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\gcc_win32.m
        k
10972   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\hc32.mk
10973   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\qnx4.mk
10974   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\qnxnto.mk
10975   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\sc16.mk
10976   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\sc32.mk
10977   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\va32.mk
10978   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\va365.mk
10979   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\vc16.mk
10980   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\vc32.mk
10981   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\wc16.mk
10982   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\wc32.mk
10983   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\biosemu
10984   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common
10985   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm
10986   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios
10987   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu
10988   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\biosemu\besys.c
10989   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\biosemu\bios.c
10990   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\biosemu\biosemu.c
10991   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\biosemu\biosemui.h
10992   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\biosemu\makefile
10993   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\biosemu\makefile.cross
10994   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\biosemu\warmboot.c
10995   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\aabeos.c
10996   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\aados.c
10997   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\aalib.c
10998   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\aalinux.c
10999   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\aaos2.c
11000   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\aaqnx.c
11001   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\aartt.c
11002   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\aasmx.c
11003   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\aavxd.c
11004   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\aawin32.c
11005   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\agplib.c
11006   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\center.c
11007   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\cmdline.c
11008   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\gabeos.c
11009   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\gados.c
11010   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\galib.c
```

```
11011   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\gapdlinux.c
11012   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\gantdrv.c
11013   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\gaos2.c
11014   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\gaqnx.c
11015   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\gartt.c
11016   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\gasmx.c
11017   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\gavxd.c
11018   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\gawin32.c
11019   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\gtfcalc.c
11020   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\libcimp.c
11021   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\makefile
11022   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\peloader.c
11023   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\vesavbe.c
11024   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\_aa_imp.asm
11025   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\_gatimer.asm
11026   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\_ga_imp.asm
11027   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\_pm_imp.asm
11028   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\beos
11029   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\codepage
11030   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\common
11031   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\common.c
11032   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\cpuinfo.c
11033   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\debug.c
11034   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\dos
11035   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\event.c
11036   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\linux
11037   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\makefile
11038   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\ntdrv
11039   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\os2
11040   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\os2pm
11041   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\oshdr.h
11042   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\photon
11043   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\pm.vpw
11044   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\pmcommon.vpj
11045   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\pmdos.vpj
11046   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\pmlinux.vpj
11047   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\pmntdrv.vpj
11048   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\pmqnx.vpj
11049   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\pmvxd.vpj
11050   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\pmwin32.vpj
11051   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\qnx
11052   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\rttarget
11053   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\smx
11054   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\stub
11055   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests
11056   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vdd
11057   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vxd
11058   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\win32
11059   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\x11
11060   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\ztimer.c
11061   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\z_samples.vpj
11062   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\beos\cpuinfo.c
11063   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\beos\event.c
11064   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\beos\oshdr.h
11065   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\beos\pm.c
11066   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\beos\vflat.c
11067   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\beos\ztimer.c
11068   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\codepage\us_eng.c
11069   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\common\agp.c
11070   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\common\keyboard.c
11071   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\common\malloc.c
11072   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\common\mtrr.c
11073   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\common\pcilib.c
11074   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\common\unixio.c
11075   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\common\vgastate.c
11076   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\common\_cpuinfo.asm
11077   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\common\_dma.asm
11078   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\common\_int64.asm
11079   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\common\_joy.asm
```

```
11080   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\common\ztimerr.asm
11081   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\common\_pcihelp.asm
11082   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\dos\cpuinfo.c
11083   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\dos\event.c
11084   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\dos\oshdr.h
11085   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\dos\pm.c
11086   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\dos\pmdos.c
11087   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\dos\vflat.c
11088   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\dos\ztimer.c
11089   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\dos\_event.asm
11090   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\dos\_lztimer.asm
11091   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\dos\_pm.asm
11092   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\dos\_pmdos.asm
11093   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\dos\_vflat.asm
11094   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\linux\cpuinfo.c
11095   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\linux\event.c
11096   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\linux\event.svga
11097   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\linux\oshdr.h
11098   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\linux\pm.c
11099   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\linux\vflat.c
11100   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\linux\ztimer.c
11101   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\ntdrv\cpuinfo.c
11102   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\ntdrv\int86.c
11103   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\ntdrv\irq.c
11104   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\ntdrv\mem.c
11105   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\ntdrv\oshdr.h
11106   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\ntdrv\pm.c
11107   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\ntdrv\stdio.c
11108   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\ntdrv\stdlib.c
11109   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\ntdrv\vflat.c
11110   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\ntdrv\ztimer.c
11111   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\ntdrv\_irq.asm
11112   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\ntdrv\_pm.asm
11113   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\os2\cpuinfo.c
11114   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\os2\dossctl.obj
11115   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\os2\event.c
11116   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\os2\mon.h
11117   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\os2\oshdr.h
11118   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\os2\pm.c
11119   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\os2\vflat.c
11120   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\os2\ztimer.c
11121   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\os2\_pmos2.asm
11122   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\os2pm\event.c
11123   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\os2pm\oshdr.h
11124   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\photon\event.c
11125   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\photon\oshdr.h
11126   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\qnx\cpuinfo.c
11127   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\qnx\event.c
11128   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\qnx\mtrrqnx.c
11129   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\qnx\oshdr.h
11130   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\qnx\pm.c
11131   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\qnx\vflat.c
11132   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\qnx\ztimer.c
11133   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\qnx\_mtrrqnx.asm
11134   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\rttarget\cpuinfo.c
11135   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\rttarget\event.c
11136   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\rttarget\oshdr.h
11137   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\rttarget\pm.c
11138   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\rttarget\vflat.c
11139   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\rttarget\ztimer.c
11140   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\smx\cpuinfo.c
11141   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\smx\event.c
11142   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\smx\oshdr.h
11143   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\smx\pm.c
11144   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\smx\pmsmx.c
11145   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\smx\vflat.c
11146   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\smx\ztimer.c
11147   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\smx\_event.asm
11148   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\smx\_lztimer.asm
```

```
11149   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\smx\_pmsmx.asm
11150   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\smx\_pmsmx.asm
11151   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\smx\_vflat.asm
11152   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\stub\cpuinfo.c
11153   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\stub\event.c
11154   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\stub\oshdr.h
11155   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\stub\pm.c
11156   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\stub\vflat.c
11157   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\stub\ztimer.c
11158   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\altbrk.c
11159   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\altcrit.c
11160   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\biosptr.c
11161   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\block.c
11162   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\brk.c
11163   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\callreal.c
11164   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\checks.c
11165   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\cpu.c
11166   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\critical.c
11167   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\getch.c
11168   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\isvesa.c
11169   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\key.c
11170   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\key15.c
11171   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\memtest.c
11172   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\mouse.c
11173   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\restore.c
11174   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\rtc.c
11175   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\save.c
11176   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\showpci.c
11177   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\tick.c
11178   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\timerc.c
11179   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\timercpp.cpp
11180   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\uswc.c
11181   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\vftest.c
11182   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\video.c
11183   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vdd\cpuinfo.c
11184   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vdd\fileio.c
11185   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vdd\oshdr.h
11186   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vdd\pm.c
11187   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vdd\vflat.c
11188   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vdd\ztimer.c
11189   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vxd\cpuinfo.c
11190   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vxd\fileio.c
11191   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vxd\oshdr.h
11192   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vxd\pm.c
11193   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vxd\vflat.c
11194   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vxd\ztimer.c
11195   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vxd\_pm.asm
11196   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\win32\cpuinfo.c
11197   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\win32\ddraw.c
11198   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\win32\event.c
11199   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\win32\ntservc.c
11200   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\win32\oshdr.h
11201   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\win32\pm.c
11202   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\win32\vflat.c
11203   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\win32\ztimer.c
11204   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\win32\_pmwin32.asm
11205   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\x11\event.c
11206   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\x11\oshdr.h
11207   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\AsmMacros.h
11208   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\awk.scr
11209   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\cbios.c
11210   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\command.c
11211   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\console.c
11212   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\debug.h
11213   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\happy_cards
11214   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\hexdump
11215   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\int.c
11216   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\io.c
11217   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\lex.l
```

```
11218   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\makefile.in.c
11219   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\makefile.linux
11220   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\mem.c
11221   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\parser.y
11222   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\pci.c
11223   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\pci.h
11224   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\README
11225   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\v86.c
11226   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\v86bios.c
11227   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\v86bios.h
11228   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\working_cards
11229   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\x86emu.c
11230   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\debug.c
11231   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\decode.c
11232   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\fpu.c
11233   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\LICENSE
11234   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\makefile
11235   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\makefile.cross
11236   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\makefile.linux
11237   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\makefile.uboot
11238   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\ops.c
11239   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\ops2.c
11240   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\prim_ops.c
11241   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\sys.c
11242   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\validate.c
11243   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\x86emu
11244   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\debug.h
11245   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\decode.h
11246   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\fpu.h
11247   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\ops.h
11248   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\prim_asm
        .h
11249   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\prim_ops
        .h
11250   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\x86emui.
        h
11251   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\menu\cmd_menu.c
11252   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\menu\menu.c
11253   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\menu\menu.h
11254   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common
11255   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64360
11256   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64460
11257   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\include
11258   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common\bootseq.txt
11259   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common\ecctest.c
11260   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common\flash.c
11261   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common\i2c.c
11262   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common\i2c.h
11263   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common\intel_flash.c
11264   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common\intel_flash.h
11265   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common\memory.c
11266   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common\misc.S
11267   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common\ns16550.c
11268   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common\ns16550.h
11269   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common\ppc_error_no.h
11270   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common\serial.c
11271   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common\serial.h
11272   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64360\64360.h
11273   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64360\config.mk
11274   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64360\db64360.c
11275   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64360\eth.h
11276   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64360\Makefile
11277   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64360\mpsc.c
11278   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64360\mpsc.h
11279   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64360\mv_eth.c
11280   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64360\mv_eth.h
11281   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64360\mv_regs.h
11282   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64360\pci.c
11283   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64360\sdram_init.c
```

```
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64460\64460.h
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64460\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64460\db64460.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64460\eth.h
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64460\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64460\mpsc.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64460\mpsc.h
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64460\mv_eth.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64460\mv_eth.h
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64460\mv_regs.h
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64460\pci.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64460\sdram_init.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64460\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\include\core.h
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\include\memory.h
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\include\mv_gen_reg.h
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\include\pci.h
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mbx8xx\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mbx8xx\csr.h
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mbx8xx\dimm.h
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mbx8xx\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mbx8xx\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mbx8xx\mbx8xx.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mbx8xx\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mbx8xx\u-boot.lds.debug
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mbx8xx\vpd.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mbx8xx\vpd.h
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mcc200\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mcc200\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mcc200\mcc200.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mcc200\mt46v16m16-75.h
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mcc200\mt48lc16m16a2-75.h
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mcc200\mt48lc8m32b2-6-7.h
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mcc200\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ml2\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ml2\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ml2\init.S
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ml2\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ml2\ml2.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ml2\serial.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ml2\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ml2\u-boot.lds.debug
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\modnet50\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\modnet50\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\modnet50\lowlevel_init.S
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\modnet50\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\modnet50\modnet50.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\modnet50\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mousse\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mousse\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mousse\flash.h
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mousse\m48t59y.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mousse\m48t59y.h
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mousse\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mousse\mousse.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mousse\mousse.h
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mousse\pci.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mousse\README
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mousse\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mousse\u-boot.lds.ram
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mousse\u-boot.lds.rom
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mp2usb\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mp2usb\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mp2usb\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mp2usb\mp2usb.c
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mp2usb\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8260ads\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8260ads\flash.c
```

```
11353   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8260ads\Makefile
11354   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8260ads\mpc8260ads.c
11355   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8260ads\u-boot.lds
11356   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8266ads\config.mk
11357   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8266ads\flash.c
11358   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8266ads\Makefile
11359   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8266ads\mpc8266ads.c
11360   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8266ads\u-boot.lds
11361   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8349ads\config.mk
11362   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8349ads\Makefile
11363   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8349ads\mpc8349ads.c
11364   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8349ads\pci.c
11365   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8349ads\u-boot.lds
11366   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8349emds\config.mk
11367   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8349emds\Makefile
11368   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8349emds\mpc8349emds.c
11369   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8349emds\u-boot.lds
11370   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8540ads\config.mk
11371   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8540ads\init.S
11372   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8540ads\Makefile
11373   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8540ads\mpc8540ads.c
11374   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8540ads\u-boot.lds
11375   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8540eval\config.mk
11376   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8540eval\flash.c
11377   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8540eval\init.S
11378   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8540eval\Makefile
11379   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8540eval\mpc8540eval.c
11380   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8540eval\u-boot.lds
11381   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8560ads\config.mk
11382   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8560ads\init.S
11383   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8560ads\Makefile
11384   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8560ads\mpc8560ads.c
11385   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8560ads\u-boot.lds
11386   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\common
11387   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\mip405
11388   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pati
11389   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pip405
11390   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\vcma9
11391   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\common\common_util.c
11392   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\common\common_util.h
11393   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\common\flash.c
11394   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\common\isa.c
11395   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\common\isa.h
11396   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\common\kbd.c
11397   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\common\kbd.h
11398   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\common\memtst.c
11399   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\common\pci.c
11400   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\common\pci_parts.h
11401   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\common\piix4_pci.h
11402   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\common\usb_uhci.c
11403   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\common\usb_uhci.h
11404   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\mip405\cmd_mip405.c
11405   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\mip405\config.mk
11406   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\mip405\init.S
11407   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\mip405\Makefile
11408   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\mip405\mip405.c
11409   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\mip405\mip405.h
11410   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\mip405\u-boot.lds
11411   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pati\cmd_pati.c
11412   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pati\config.mk
11413   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pati\Makefile
11414   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pati\pati.c
11415   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pati\pati.h
11416   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pati\pci_eeprom.h
11417   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pati\plx9056.h
11418   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pati\u-boot.lds
11419   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pip405\cmd_pip405.c
11420   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pip405\config.mk
11421   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pip405\init.S
```

```
11422    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\MAKEfile
11423    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pip405\pip405.c
11424    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pip405\pip405.h
11425    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pip405\u-boot.lds
11426    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pip405\u-boot.lds.debug
11427    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\vcma9\cmd_vcma9.c
11428    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\vcma9\config.mk
11429    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\vcma9\flash.c
11430    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\vcma9\lowlevel_init.S
11431    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\vcma9\Makefile
11432    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\vcma9\u-boot.lds
11433    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\vcma9\vcma9.c
11434    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\vcma9\vcma9.h
11435    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\musenki\config.mk
11436    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\musenki\flash.c
11437    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\musenki\Makefile
11438    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\musenki\musenki.c
11439    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\musenki\README
11440    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\musenki\u-boot.lds
11441    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mvblue\config.mk
11442    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mvblue\flash.c
11443    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mvblue\Makefile
11444    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mvblue\mvblue.c
11445    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mvblue\u-boot.lds
11446    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mvs1\config.mk
11447    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mvs1\flash.c
11448    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mvs1\Makefile
11449    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mvs1\mvs1.c
11450    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mvs1\README
11451    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mvs1\u-boot.lds
11452    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mvs1\u-boot.lds.debug
11453    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1ads\config.mk
11454    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1ads\lowlevel_init.S
11455    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1ads\Makefile
11456    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1ads\mx1ads.c
11457    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1ads\syncflash.c
11458    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1ads\u-boot.lds
11459    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1fs2\config.mk
11460    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1fs2\flash.c
11461    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1fs2\intel.h
11462    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1fs2\lowlevel_init.S
11463    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1fs2\Makefile
11464    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1fs2\mx1fs2.c
11465    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1fs2\u-boot.lds
11466    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\nc650\config.mk
11467    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\nc650\flash.c
11468    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\nc650\Makefile
11469    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\nc650\nc650.c
11470    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\nc650\u-boot.lds
11471    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\nc650\u-boot.lds.debug
11472    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netphone\config.mk
11473    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netphone\flash.c
11474    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netphone\Makefile
11475    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netphone\netphone.c
11476    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netphone\phone_console.c
11477    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netphone\u-boot.lds
11478    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netphone\u-boot.lds.debug
11479    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar\config.mk
11480    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar\crcek.h
11481    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar\crcek.S
11482    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar\crcit
11483    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar\crcit.c
11484    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar\eeprom.c
11485    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar\eeprom.lds
11486    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar\eeprom_start.S
11487    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar\flash.c
11488    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar\Makefile
11489    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar\nand.c
11490    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar\netstar.c
```

```
11491  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar\u-boot.lds
11492  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar\u-boot.lds
11493  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta\codec.c
11494  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta\config.mk
11495  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta\dsp.c
11496  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta\flash.c
11497  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta\Makefile
11498  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta\netta.c
11499  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta\u-boot.lds
11500  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta\u-boot.lds.debug
11501  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta2\config.mk
11502  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta2\flash.c
11503  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta2\Makefile
11504  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta2\netta2.c
11505  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta2\u-boot.lds
11506  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta2\u-boot.lds.debug
11507  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netvia\config.mk
11508  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netvia\flash.c
11509  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netvia\Makefile
11510  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netvia\netvia.c
11511  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netvia\u-boot.lds
11512  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netvia\u-boot.lds.debug
11513  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ns9750dev\config.mk
11514  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ns9750dev\flash.c
11515  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ns9750dev\led.c
11516  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ns9750dev\lowlevel_init.S
11517  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ns9750dev\Makefile
11518  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ns9750dev\ns9750dev.c
11519  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ns9750dev\u-boot.lds
11520  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\nx823\config.mk
11521  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\nx823\flash.c
11522  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\nx823\Makefile
11523  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\nx823\nx823.c
11524  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\nx823\u-boot.lds
11525  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\nx823\u-boot.lds.debug
11526  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\o2dnt\config.mk
11527  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\o2dnt\flash.c
11528  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\o2dnt\Makefile
11529  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\o2dnt\o2dnt.c
11530  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\o2dnt\u-boot.lds
11531  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap1510inn\config.mk
11532  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap1510inn\lowlevel_init.S
11533  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap1510inn\Makefile
11534  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap1510inn\omap1510innovator.c
11535  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap1510inn\u-boot.lds
11536  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap1610inn\config.mk
11537  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap1610inn\flash.c
11538  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap1610inn\lowlevel_init.S
11539  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap1610inn\Makefile
11540  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap1610inn\omap1610innovator.c
11541  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap1610inn\u-boot.lds
11542  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap2420h4\config.mk
11543  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap2420h4\flash.c
11544  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap2420h4\lowlevel_init.S
11545  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap2420h4\Makefile
11546  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap2420h4\mem.c
11547  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap2420h4\omap2420h4.c
11548  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap2420h4\sys_info.c
11549  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap2420h4\u-boot.lds
11550  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap5912osk\config.mk
11551  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap5912osk\lowlevel_init.S
11552  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap5912osk\Makefile
11553  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap5912osk\omap5912osk.c
11554  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap5912osk\u-boot.lds
11555  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap730p2\config.mk
11556  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap730p2\flash.c
11557  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap730p2\lowlevel_init.S
11558  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap730p2\Makefile
11559  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap730p2\omap730p2.c
```

```
11560  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\oxc\README.lds
11561  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\oxc\config.mk
11562  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\oxc\flash.c
11563  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\oxc\Makefile
11564  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\oxc\oxc.c
11565  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\oxc\u-boot.lds
11566  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pb1x00\config.mk
11567  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pb1x00\flash.c
11568  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pb1x00\Makefile
11569  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pb1x00\memsetup.S
11570  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pb1x00\pb1x00.c
11571  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pb1x00\README
11572  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pb1x00\u-boot.lds
11573  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\config.mk
11574  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\cpc710.h
11575  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\cpc710_init_ram.c
11576  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\cpc710_pci.c
11577  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\cpc710_pci.h
11578  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\flash.c
11579  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\fpga_serial.c
11580  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\fpga_serial.h
11581  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\hardware.h
11582  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\i2c.c
11583  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\i2c.h
11584  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\Makefile
11585  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\ns16550.h
11586  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\pcippc2.c
11587  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\pcippc2.h
11588  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\pcippc2_fpga.c
11589  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\pcippc2_fpga.h
11590  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\sconsole.c
11591  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\sconsole.h
11592  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\u-boot.lds
11593  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pleb2\config.mk
11594  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pleb2\flash.c
11595  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pleb2\lowlevel_init.S
11596  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pleb2\Makefile
11597  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pleb2\pleb2.c
11598  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pleb2\u-boot.lds
11599  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm520\config.mk
11600  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm520\flash.c
11601  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm520\Makefile
11602  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm520\mt46v16m16-75.h
11603  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm520\mt48lc16m16a2-75.h
11604  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm520\pm520.c
11605  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm520\u-boot.lds
11606  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm826\config.mk
11607  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm826\flash.c
11608  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm826\Makefile
11609  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm826\pm826.c
11610  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm826\u-boot.lds
11611  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm828\config.mk
11612  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm828\flash.c
11613  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm828\Makefile
11614  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm828\pm828.c
11615  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm828\u-boot.lds
11616  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm854\config.mk
11617  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm854\init.S
11618  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm854\Makefile
11619  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm854\pm854.c
11620  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm854\u-boot.lds
11621  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm856\config.mk
11622  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm856\init.S
11623  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm856\Makefile
11624  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm856\pm856.c
11625  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm856\u-boot.lds
11626  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pn62\cmd_pn62.c
11627  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pn62\config.mk
11628  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pn62\Makefile
```

```
11629  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pn62\pn62.c
11630  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pn62\pn62.c
11631  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pn62\pn62.h
11632  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pn62\u-boot.lds
11633  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ppmc8260\config.mk
11634  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ppmc8260\Makefile
11635  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ppmc8260\ppmc8260.c
11636  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ppmc8260\strataflash.c
11637  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ppmc8260\u-boot.lds
11638  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\prodrive\p3p440
11639  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\prodrive\p3p440\config.mk
11640  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\prodrive\p3p440\init.S
11641  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\prodrive\p3p440\Makefile
11642  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\prodrive\p3p440\p3p440.c
11643  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\prodrive\p3p440\p3p440.h
11644  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\prodrive\p3p440\u-boot.lds
11645  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\psyent\common
11646  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\psyent\pci5441
11647  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\psyent\pk1c20
11648  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\psyent\common\AMDLV065D.c
11649  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\psyent\pci5441\config.mk
11650  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\psyent\pci5441\Makefile
11651  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\psyent\pci5441\pci5441.c
11652  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\psyent\pci5441\u-boot.lds
11653  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\psyent\pk1c20\config.mk
11654  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\psyent\pk1c20\led.c
11655  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\psyent\pk1c20\Makefile
11656  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\psyent\pk1c20\pk1c20.c
11657  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\psyent\pk1c20\u-boot.lds
11658  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\purple\config.mk
11659  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\purple\flash.c
11660  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\purple\lowlevel_init.S
11661  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\purple\Makefile
11662  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\purple\purple.c
11663  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\purple\sconsole.c
11664  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\purple\sconsole.h
11665  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\purple\u-boot.lds
11666  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pxa255_idp\config.mk
11667  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pxa255_idp\idp_notes.txt
11668  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pxa255_idp\Makefile
11669  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pxa255_idp\memsetup.S
11670  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pxa255_idp\pxa_idp.c
11671  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pxa255_idp\pxa_reg_calcs.out
11672  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pxa255_idp\pxa_reg_calcs.py
11673  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pxa255_idp\README
11674  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pxa255_idp\u-boot.lds
11675  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\quantum\config.mk
11676  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\quantum\fpga.c
11677  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\quantum\fpga.h
11678  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\quantum\Makefile
11679  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\quantum\quantum.c
11680  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\quantum\u-boot.lds
11681  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\quantum\u-boot.lds.debug
11682  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\r360mpi\config.mk
11683  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\r360mpi\flash.c
11684  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\r360mpi\Makefile
11685  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\r360mpi\r360mpi.c
11686  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\r360mpi\u-boot.lds
11687  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rattler\config.mk
11688  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rattler\Makefile
11689  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rattler\rattler.c
11690  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rattler\u-boot.lds
11691  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rbc823\config.mk
11692  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rbc823\flash.c
11693  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rbc823\kbd.c
11694  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rbc823\Makefile
11695  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rbc823\rbc823.c
11696  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rbc823\u-boot.lds
11697  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rmu\config.mk
```

```
11698  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rmu\README
11699  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rmu\Makefile
11700  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rmu\rmu.c
11701  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rmu\u-boot.lds
11702  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rmu\u-boot.lds.debug
11703  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXClassic\config.mk
11704  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXClassic\eccx.c
11705  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXClassic\flash.c
11706  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXClassic\Makefile
11707  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXClassic\RPXClassic.c
11708  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXClassic\u-boot.lds
11709  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXClassic\u-boot.lds.debug
11710  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite\config.mk
11711  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite\flash.c
11712  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite\Makefile
11713  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite\RPXlite.c
11714  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite\u-boot.lds
11715  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite\u-boot.lds.debug
11716  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite_dw\config.mk
11717  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite_dw\flash.c
11718  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite_dw\Makefile
11719  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite_dw\README
11720  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite_dw\RPXlite_dw.c
11721  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite_dw\u-boot.lds
11722  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite_dw\u-boot.lds.debug
11723  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rpxsuper\config.mk
11724  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rpxsuper\flash.c
11725  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rpxsuper\Makefile
11726  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rpxsuper\mii_phy.c
11727  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rpxsuper\readme
11728  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rpxsuper\rpxsuper.c
11729  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rpxsuper\rpxsuper.h
11730  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rpxsuper\u-boot.lds
11731  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RRvision\config.mk
11732  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RRvision\flash.c
11733  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RRvision\Makefile
11734  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RRvision\RRvision.c
11735  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RRvision\u-boot.lds
11736  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RRvision\video_ad7179.h
11737  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rsdproto\config.mk
11738  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rsdproto\flash.c
11739  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rsdproto\flash_asm.S
11740  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rsdproto\Makefile
11741  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rsdproto\rsdproto.c
11742  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rsdproto\u-boot.lds
11743  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sacsng\clkinit.c
11744  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sacsng\clkinit.h
11745  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sacsng\config.mk
11746  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sacsng\flash.c
11747  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sacsng\ioconfig.h
11748  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sacsng\Makefile
11749  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sacsng\sacsng.c
11750  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sacsng\u-boot.lds
11751  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\common
11752  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\karef
11753  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\metrobox
11754  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\common\flash.c
11755  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\common\ppc440gx_i2c.c
11756  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\common\ppc440gx_i2c.h
11757  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\common\sb_common.c
11758  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\common\sb_common.h
11759  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\karef\config.mk
11760  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\karef\hal_ka_of_auto.h
11761  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\karef\hal_ka_sc_auto.h
11762  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\karef\init.S
11763  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\karef\karef.c
11764  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\karef\karef.h
11765  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\karef\karef_version.h
11766  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\karef\Makefile
```

```
11767  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\karef\u-boot.lds
11768  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\karef\u-boot.lds.debug
11769  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\metrobox\config.mk
11770  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\metrobox\hal_xc_auto.h
11771  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\metrobox\init.S
11772  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\metrobox\Makefile
11773  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\metrobox\metrobox.c
11774  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\metrobox\metrobox.h
11775  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\metrobox\metrobox_version.h
11776  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\metrobox\u-boot.lds
11777  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\metrobox\u-boot.lds.debug
11778  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandpoint\config.mk
11779  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandpoint\dinkdl
11780  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandpoint\early_init.S
11781  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandpoint\flash.c
11782  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandpoint\Makefile
11783  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandpoint\README
11784  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandpoint\sandpoint.c
11785  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandpoint\speed.h
11786  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandpoint\u-boot.lds
11787  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc405\config.mk
11788  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc405\Makefile
11789  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc405\sbc405.c
11790  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc405\strataflash.c
11791  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc405\u-boot.lds
11792  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8240\config.mk
11793  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8240\flash.c
11794  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8240\Makefile
11795  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8240\README
11796  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8240\sbc8240.c
11797  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8240\u-boot.lds
11798  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8260\config.mk
11799  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8260\flash.c
11800  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8260\Makefile
11801  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8260\sbc8260.c
11802  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8260\u-boot.lds
11803  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8560\config.mk
11804  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8560\init.S
11805  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8560\Makefile
11806  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8560\sbc8560.c
11807  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8560\u-boot.lds
11808  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_cdp\config.mk
11809  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_cdp\flash.c
11810  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_cdp\flash_old.c
11811  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_cdp\Makefile
11812  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_cdp\sc520_cdp.c
11813  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_cdp\sc520_cdp_asm.S
11814  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_cdp\sc520_cdp_asm16.S
11815  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_cdp\u-boot.lds
11816  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_spunk\config.mk
11817  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_spunk\flash.c
11818  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_spunk\Makefile
11819  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_spunk\sc520_spunk.c
11820  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_spunk\sc520_spunk_asm.S
11821  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_spunk\sc520_spunk_asm16.S
11822  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_spunk\u-boot.lds
11823  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\scb9328\config.mk
11824  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\scb9328\flash.c
11825  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\scb9328\intel.h
11826  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\scb9328\lowlevel_init.S
11827  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\scb9328\Makefile
11828  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\scb9328\scb9328.c
11829  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\scb9328\u-boot.lds
11830  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\shannon\config.mk
11831  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\shannon\flash.c
11832  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\shannon\inferno.header
11833  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\shannon\lowlevel_init.S
11834  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\shannon\Makefile
11835  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\shannon\shannon.c
```

```
11836    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens
11837    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\CCM
11838    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\common
11839    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\IAD210
11840    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\pcu_e
11841    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\SCM
11842    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\CCM\ccm.c
11843    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\CCM\config.mk
11844    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\CCM\flash.c
11845    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\CCM\fpga_ccm.c
11846    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\CCM\Makefile
11847    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\CCM\u-boot.lds
11848    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\CCM\u-boot.lds.debug
11849    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\common\fpga.c
11850    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\common\fpga.h
11851    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\common\README
11852    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\IAD210\atm.c
11853    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\IAD210\atm.h
11854    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\IAD210\config.mk
11855    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\IAD210\flash.c
11856    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\IAD210\IAD210.c
11857    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\IAD210\Makefile
11858    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\IAD210\u-boot.lds
11859    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\pcu_e\config.mk
11860    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\pcu_e\flash.c
11861    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\pcu_e\Makefile
11862    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\pcu_e\pcu_e.c
11863    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\pcu_e\u-boot.lds
11864    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\pcu_e\u-boot.lds.debug
11865    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\SCM\config.mk
11866    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\SCM\flash.c
11867    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\SCM\fpga_scm.c
11868    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\SCM\Makefile
11869    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\SCM\scm.c
11870    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\SCM\scm.h
11871    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\SCM\u-boot.lds
11872    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sixnet\config.mk
11873    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sixnet\flash.c
11874    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sixnet\fpgadata.c
11875    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sixnet\Makefile
11876    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sixnet\sixnet.c
11877    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sixnet\sixnet.h
11878    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sixnet\u-boot.lds
11879    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sl8245\config.mk
11880    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sl8245\flash.c
11881    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sl8245\Makefile
11882    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sl8245\sl8245.c
11883    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sl8245\u-boot.lds
11884    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\smdk2400\config.mk
11885    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\smdk2400\flash.c
11886    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\smdk2400\lowlevel_init.S
11887    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\smdk2400\Makefile
11888    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\smdk2400\smdk2400.c
11889    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\smdk2400\u-boot.lds
11890    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\smdk2410\config.mk
11891    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\smdk2410\flash.c
11892    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\smdk2410\lowlevel_init.S
11893    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\smdk2410\Makefile
11894    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\smdk2410\smdk2410.c
11895    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\smdk2410\u-boot.lds
11896    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\snmc\qs850
11897    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\snmc\qs860t
11898    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\snmc\qs850\config.mk
11899    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\snmc\qs850\flash.c
11900    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\snmc\qs850\Makefile
11901    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\snmc\qs850\qs850.c
11902    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\snmc\qs850\u-boot.lds
11903    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\snmc\qs860t\config.mk
11904    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\snmc\qs860t\flash.c
```

```
11905  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\snmc\qs860t\qs860t.c
11906  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\snmc\qs860t\qs860t.c
11907  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\snmc\qs860t\u-boot.lds
11908  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sorcery\config.mk
11909  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sorcery\Makefile
11910  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sorcery\sorcery.c
11911  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sorcery\u-boot.lds
11912  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\spd8xx\config.mk
11913  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\spd8xx\flash.c
11914  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\spd8xx\Makefile
11915  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\spd8xx\spd8xx.c
11916  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\spd8xx\u-boot.lds
11917  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\spd8xx\u-boot.lds.debug
11918  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ssv\adnpesc1
11919  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ssv\common
11920  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ssv\adnpesc1\adnpesc1.c
11921  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ssv\adnpesc1\config.mk
11922  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ssv\adnpesc1\flash.c
11923  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ssv\adnpesc1\Makefile
11924  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ssv\adnpesc1\misc.c
11925  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ssv\adnpesc1\u-boot.lds
11926  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ssv\adnpesc1\vectors.S
11927  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ssv\common\cmd_sled.c
11928  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ssv\common\flash.c
11929  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ssv\common\post.c
11930  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ssv\common\wd_pio.c
11931  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stamp\config.mk
11932  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stamp\Makefile
11933  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stamp\stamp.c
11934  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stamp\stamp.h
11935  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stamp\u-boot.lds
11936  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stxgp3\config.mk
11937  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stxgp3\flash.c
11938  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stxgp3\init.S
11939  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stxgp3\Makefile
11940  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stxgp3\stxgp3.c
11941  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stxgp3\u-boot.lds
11942  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stxxtc\config.mk
11943  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stxxtc\Makefile
11944  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stxxtc\oftree.dts
11945  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stxxtc\stxxtc.c
11946  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stxxtc\u-boot.lds
11947  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stxxtc\u-boot.lds.debug
11948  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\svm_sc8xx\config.mk
11949  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\svm_sc8xx\flash.c
11950  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\svm_sc8xx\Makefile
11951  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\svm_sc8xx\svm_sc8xx.c
11952  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\svm_sc8xx\u-boot.lds
11953  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\svm_sc8xx\u-boot.lds.debug
11954  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sx1\config.mk
11955  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sx1\lowlevel_init.S
11956  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sx1\Makefile
11957  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sx1\sx1.c
11958  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sx1\u-boot.lds
11959  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tb0229\config.mk
11960  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tb0229\flash.c
11961  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tb0229\lowlevel_init.S
11962  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tb0229\Makefile
11963  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tb0229\tb0229.c
11964  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tb0229\u-boot.lds
11965  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tb0229\vr4131-pci.c
11966  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\total5200\config.mk
11967  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\total5200\Makefile
11968  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\total5200\mt48lc16m16a2-75.h
11969  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\total5200\mt48lc32m16a2-75.h
11970  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\total5200\sdram.c
11971  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\total5200\sdram.h
11972  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\total5200\total5200.c
11973  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\total5200\u-boot.lds
```

```
11974  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm5200\config.mk
11975  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm5200\config.mk
11976  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm5200\flash.c
11977  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm5200\Makefile
11978  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm5200\mt48lc16m16a2-75.h
11979  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm5200\tqm5200.c
11980  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm5200\u-boot.lds
11981  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm8260\config.mk
11982  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm8260\flash.c
11983  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm8260\Makefile
11984  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm8260\tqm8260.c
11985  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm8260\u-boot.lds
11986  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm834x\config.mk
11987  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm834x\Makefile
11988  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm834x\pci.c
11989  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm834x\tqm834x.c
11990  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm834x\u-boot.lds
11991  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm85xx\config.mk
11992  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm85xx\init.S
11993  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm85xx\Makefile
11994  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm85xx\sdram.c
11995  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm85xx\tqm85xx.c
11996  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm85xx\u-boot.lds
11997  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm8xx\config.mk
11998  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm8xx\flash.c
11999  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm8xx\load_sernum_ethaddr.c
12000  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm8xx\Makefile
12001  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm8xx\tqm8xx.c
12002  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm8xx\u-boot.lds
12003  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm8xx\u-boot.lds.debug
12004  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\auto_update.c
12005  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\cmd_trab.c
12006  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\config.mk
12007  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\flash.c
12008  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\lowlevel_init.S
12009  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\Makefile
12010  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\memory.c
12011  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\Pt1000_temp_data.h
12012  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\README.kbd
12013  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\rs485.c
12014  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\rs485.h
12015  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\trab.c
12016  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\trab_fkt.c
12017  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\tsc2000.c
12018  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\tsc2000.h
12019  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\u-boot.lds
12020  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\vfd.c
12021  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\uc100\config.mk
12022  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\uc100\Makefile
12023  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\uc100\u-boot.lds
12024  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\uc100\u-boot.lds.debug
12025  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\uc100\uc100.c
12026  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\utx8245\config.mk
12027  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\utx8245\flash.c
12028  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\utx8245\Makefile
12029  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\utx8245\u-boot.lds
12030  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\utx8245\utx8245.c
12031  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\v37\config.mk
12032  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\v37\flash.c
12033  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\v37\Makefile
12034  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\v37\u-boot.lds
12035  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\v37\v37.c
12036  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\versatile\config.mk
12037  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\versatile\flash.c
12038  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\versatile\lowlevel_init.S
12039  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\versatile\Makefile
12040  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\versatile\split_by_variant.sh
12041  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\versatile\u-boot.lds
12042  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\versatile\versatile.c
```

```
12043  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\voiceblue\eeprom.c
12044  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\voiceblue\eeprom.c
12045  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\voiceblue\eeprom.h
12046  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\voiceblue\eeprom_start.S
12047  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\voiceblue\Makefile
12048  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\voiceblue\setup.S
12049  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\voiceblue\u-boot.lds
12050  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\voiceblue\voiceblue.c
12051  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\cmd_vpd.c
12052  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\config.mk
12053  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\errors.h
12054  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\flash.c
12055  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\fpga.c
12056  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\fsboot.c
12057  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\init.S
12058  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\Makefile
12059  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\post1.S
12060  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\post2.c
12061  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\u-boot.lds
12062  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\u-boot.lds.debug
12063  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\vpd.c
12064  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\vpd.h
12065  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\w7o.c
12066  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\w7o.h
12067  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\watchdog.c
12068  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\wepep250\config.mk
12069  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\wepep250\flash.c
12070  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\wepep250\intel.h
12071  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\wepep250\lowlevel_init.S
12072  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\wepep250\Makefile
12073  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\wepep250\u-boot.lds
12074  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\wepep250\wepep250.c
12075  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\westel\amx860
12076  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\westel\amx860\amx860.c
12077  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\westel\amx860\config.mk
12078  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\westel\amx860\flash.c
12079  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\westel\amx860\Makefile
12080  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\westel\amx860\u-boot.lds
12081  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\westel\amx860\u-boot.lds.debug
12082  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xaeniax\config.mk
12083  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xaeniax\flash.c
12084  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xaeniax\lowlevel_init.S
12085  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xaeniax\Makefile
12086  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xaeniax\u-boot.lds
12087  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xaeniax\xaeniax.c
12088  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common
12089  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\ml300
12090  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_enet
12091  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_iic
12092  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xbasic_types.c
12093  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xbasic_types.h
12094  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xbuf_descriptor.h
12095  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xdma_channel.c
12096  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xdma_channel.h
12097  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xdma_channel_i.h
12098  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xdma_channel_sg.c
12099  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xio.h
12100  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xipif_v1_23_b.c
12101  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xipif_v1_23_b.h
12102  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xpacket_fifo_v1_00_b.c
12103  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xpacket_fifo_v1_00_b.h
12104  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xstatus.h
12105  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xversion.c
12106  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xversion.h
12107  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\ml300\config.mk
12108  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\ml300\init.S
12109  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\ml300\Makefile
12110  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\ml300\ml300.c
12111  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\ml300\serial.c
```

```
12112  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\ml300\u-boot.lds
12113  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\ml300\u-boot.lds
12114  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\ml300\u-boot.lds.debug
12115  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\ml300\xparameters.h
12116  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\ml300\sw_services\uboot_v1_00_a
12117  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\ml300\sw_services\uboot_v1_00_a\data
12118  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\ml300\sw_services\uboot_v1_00_a\data\Ltypes
12119  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\ml300\sw_services\uboot_v1_00_a\data\uboot_v2
       _1_0.mld
12120  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\ml300\sw_services\uboot_v1_00_a\data\uboot_v2
       _1_0.tcl
12121  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_enet\emac_adapter.c
12122  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_enet\xemac.c
12123  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_enet\xemac.h
12124  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_enet\xemac_g.c
12125  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_enet\xemac_i.h
12126  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_enet\xemac_intr.c
12127  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_enet\xemac_intr_dma.c
12128  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_enet\xemac_l.h
12129  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_enet\xemac_options.c
12130  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_enet\xemac_polled.c
12131  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_iic\iic_adapter.c
12132  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_iic\xiic_l.c
12133  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_iic\xiic_l.h
12134  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xm250\config.mk
12135  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xm250\flash.c
12136  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xm250\lowlevel_init.S
12137  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xm250\Makefile
12138  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xm250\u-boot.lds
12139  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xm250\xm250.c
12140  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xpedite1k\config.mk
12141  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xpedite1k\flash.c
12142  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xpedite1k\init.S
12143  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xpedite1k\Makefile
12144  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xpedite1k\u-boot.lds
12145  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xpedite1k\u-boot.lds.debug
12146  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xpedite1k\xpedite1k.c
12147  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xsengine\config.mk
12148  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xsengine\flash.c
12149  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xsengine\lowlevel_init.S
12150  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xsengine\Makefile
12151  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xsengine\u-boot.lds
12152  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xsengine\xsengine.c
12153  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\zpc1900\config.mk
12154  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\zpc1900\Makefile
12155  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\zpc1900\u-boot.lds
12156  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\zpc1900\zpc1900.c
12157  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\zylonite\config.mk
12158  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\zylonite\flash.c
12159  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\zylonite\lowlevel_init.S
12160  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\zylonite\Makefile
12161  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\zylonite\u-boot.lds
12162  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\zylonite\zylonite.c
12163  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\ACEX1K.c
12164  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\altera.c
12165  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\bedbug.c
12166  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\circbuf.c
12167  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_ace.c
12168  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_autoscript.c
12169  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_bdinfo.c
12170  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_bedbug.c
12171  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_bmp.c
12172  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_boot.c
12173  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_bootm.c
12174  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_cache.c
12175  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_console.c
12176  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_date.c
12177  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_dcr.c
12178  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_ddr.c
```

```
12179  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_display.c
12180  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_display.c
12181  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_doc.c
12182  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_dtt.c
12183  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_eeprom.c
12184  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_elf.c
12185  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_ethreg.c
12186  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_ext2.c
12187  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_fat.c
12188  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_fdc.c
12189  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_fdos.c
12190  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_flash.c
12191  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_fls.c
12192  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_fpga.c
12193  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_i2c.c
12194  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_ide.c
12195  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_immap.c
12196  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_itest.c
12197  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_jffs2.c
12198  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_load.c
12199  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_log.c
12200  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_mem.c
12201  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_mii.c
12202  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_misc.c
12203  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_mmc.c
12204  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_nand.c
12205  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_net.c
12206  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_nvedit.c
12207  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_pci.c
12208  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_pcmcia.c
12209  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_pll.c
12210  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_portio.c
12211  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_reginfo.c
12212  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_reiser.c
12213  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_scsi.c
12214  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_spi.c
12215  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_universe.c
12216  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_usb.c
12217  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_vfd.c
12218  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_ximg.c
12219  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\command.c
12220  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\console.c
12221  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\crc16.c
12222  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\devices.c
12223  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\dlmalloc.c
12224  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\dlmalloc.src
12225  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\docecc.c
12226  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\environment.c
12227  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\env_common.c
12228  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\env_dataflash.c
12229  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\env_eeprom.c
12230  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\env_flash.c
12231  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\env_nand.c
12232  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\env_nowhere.c
12233  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\env_nvram.c
12234  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\exports.c
12235  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\flash.c
12236  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\fpga.c
12237  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\ft_build.c
12238  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\hush.c
12239  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\kgdb.c
12240  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\lcd.c
12241  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\lists.c
12242  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\lynxkdi.c
12243  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\main.c
12244  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\Makefile
12245  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\memsize.c
12246  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\miiphybb.c
12247  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\miiphyutil.c
```

```
12248  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\serial.h
12249  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\soft_i2c.c
12250  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\soft_spi.c
12251  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\spartan2.c
12252  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\spartan3.c
12253  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\s_record.c
12254  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\ubnt_api_calls.c
12255  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\usb.c
12256  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\usb_kbd.c
12257  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\usb_storage.c
12258  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\virtex2.c
12259  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\xilinx.c
12260  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\xyzModem.c
12261  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\74xx_7xx
12262  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm1136
12263  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm720t
12264  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t
12265  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm925t
12266  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm926ejs
12267  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm946es
12268  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm_intcm
12269  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533
12270  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\i386
12271  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ixp
12272  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\lh7a40x
12273  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mcf52x2
12274  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\microblaze
12275  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips
12276  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xx
12277  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx
12278  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220
12279  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x
12280  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260
12281  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc83xx
12282  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx
12283  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx
12284  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios
12285  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios2
12286  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx
12287  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\pxa
12288  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\s3c44b0
12289  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\sa1100
12290  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\74xx_7xx\cache.S
12291  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\74xx_7xx\config.mk
12292  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\74xx_7xx\cpu.c
12293  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\74xx_7xx\cpu_init.c
12294  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\74xx_7xx\interrupts.c
12295  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\74xx_7xx\io.S
12296  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\74xx_7xx\kgdb.S
12297  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\74xx_7xx\Makefile
12298  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\74xx_7xx\speed.c
12299  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\74xx_7xx\start.S
12300  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\74xx_7xx\traps.c
12301  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm1136\config.mk
12302  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm1136\cpu.c
12303  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm1136\interrupts.c
12304  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm1136\Makefile
12305  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm1136\start.S
12306  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm720t\config.mk
12307  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm720t\cpu.c
12308  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm720t\interrupts.c
12309  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm720t\Makefile
12310  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm720t\serial.c
12311  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm720t\serial_netarm.c
12312  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm720t\start.S
12313  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\at91rm9200
12314  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\config.mk
12315  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\cpu.c
12316  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\imx
```

```
12317  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\ks8695
12318  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\ks8695
12319  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\Makefile
12320  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\s3c24x0
12321  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\start.S
12322  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\at91rm9200\bcm5221.c
12323  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\at91rm9200\dm1161.c
12324  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\at91rm9200\ether.c
12325  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\at91rm9200\i2c.c
12326  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\at91rm9200\interrupts.c
12327  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\at91rm9200\lowlevel_init.S
12328  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\at91rm9200\lxt972.c
12329  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\at91rm9200\Makefile
12330  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\at91rm9200\serial.c
12331  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\at91rm9200\usb_ohci.c
12332  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\at91rm9200\usb_ohci.h
12333  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\imx\generic.c
12334  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\imx\interrupts.c
12335  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\imx\Makefile
12336  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\imx\serial.c
12337  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\imx\speed.c
12338  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\ks8695\interrupts.c
12339  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\ks8695\lowlevel_init.S
12340  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\ks8695\Makefile
12341  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\ks8695\serial.c
12342  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\s3c24x0\i2c.c
12343  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\s3c24x0\interrupts.c
12344  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\s3c24x0\Makefile
12345  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\s3c24x0\serial.c
12346  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\s3c24x0\speed.c
12347  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\s3c24x0\usb_ohci.c
12348  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\s3c24x0\usb_ohci.h
12349  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm925t\config.mk
12350  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm925t\cpu.c
12351  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm925t\interrupts.c
12352  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm925t\Makefile
12353  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm925t\omap925.c
12354  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm925t\start.S
12355  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm926ejs\config.mk
12356  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm926ejs\cpu.c
12357  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm926ejs\interrupts.c
12358  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm926ejs\Makefile
12359  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm926ejs\omap
12360  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm926ejs\start.S
12361  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm926ejs\versatile
12362  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm926ejs\omap\Makefile
12363  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm926ejs\omap\reset.S
12364  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm926ejs\omap\timer.c
12365  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm926ejs\versatile\Makefile
12366  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm926ejs\versatile\reset.S
12367  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm926ejs\versatile\timer.c
12368  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm946es\config.mk
12369  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm946es\cpu.c
12370  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm946es\interrupts.c
12371  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm946es\Makefile
12372  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm946es\start.S
12373  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm_intcm\config.mk
12374  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm_intcm\cpu.c
12375  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm_intcm\interrupts.c
12376  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm_intcm\Makefile
12377  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm_intcm\start.S
12378  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\bf533_serial.h
12379  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\cache.S
12380  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\config.mk
12381  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\cplbhdlr.S
12382  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\cplbmgr.S
12383  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\cpu.c
12384  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\cpu.h
12385  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\flush.S
```

```
12386  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\ints.c.s
12387  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\interrupts.c
12388  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\ints.c
12389  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\Makefile
12390  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\serial.c
12391  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\start.S
12392  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\start1.S
12393  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\traps.c
12394  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\i386\config.mk
12395  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\i386\cpu.c
12396  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\i386\interrupts.c
12397  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\i386\Makefile
12398  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\i386\reset.S
12399  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\i386\sc520.c
12400  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\i386\sc520_asm.S
12401  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\i386\serial.c
12402  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\i386\start.S
12403  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\i386\start16.S
12404  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\i386\timer.c
12405  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ixp\config.mk
12406  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ixp\cpu.c
12407  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ixp\interrupts.c
12408  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ixp\Makefile
12409  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ixp\pci.c
12410  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ixp\serial.c
12411  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ixp\start.S
12412  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ixp\timer.c
12413  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\lh7a40x\config.mk
12414  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\lh7a40x\cpu.c
12415  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\lh7a40x\interrupts.c
12416  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\lh7a40x\Makefile
12417  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\lh7a40x\serial.c
12418  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\lh7a40x\speed.c
12419  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\lh7a40x\start.S
12420  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mcf52x2\config.mk
12421  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mcf52x2\cpu.c
12422  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mcf52x2\cpu_init.c
12423  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mcf52x2\fec.c
12424  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mcf52x2\interrupts.c
12425  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mcf52x2\Makefile
12426  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mcf52x2\serial.c
12427  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mcf52x2\speed.c
12428  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mcf52x2\start.S
12429  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\microblaze\cpu.c
12430  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\microblaze\interrupts.c
12431  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\microblaze\Makefile
12432  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\microblaze\start.S
12433  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\ar7100
12434  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\ar7240
12435  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\asc_serial.c
12436  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\asc_serial.h
12437  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\au1x00_eth.c
12438  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\au1x00_serial.c
12439  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\au1x00_usb_ohci.c
12440  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\au1x00_usb_ohci.h
12441  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\cache.S
12442  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\config.mk
12443  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\cpu.c
12444  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\incaip_clock.c
12445  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\incaip_wdt.S
12446  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\interrupts.c
12447  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\Makefile
12448  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\Makefile.orig
12449  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\start.S
12450  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\ar7100\ag7100.c
12451  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\ar7100\ag7100.h
12452  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\ar7100\ag7100_phy.h
12453  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\ar7100\ar7100_serial.c
12454  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\ar7100\Makefile
```

```
12455   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\ar7240\ag934x.c
12456   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\ar7240\ag7240.c
12457   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\ar7240\ag7240.h
12458   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\ar7240\ag7240_phy.h
12459   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\ar7240\ag934x.h
12460   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\ar7240\ar7240_serial.c
12461   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\ar7240\Makefile
12462   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\ar7240\meminit.c
12463   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xx\config.mk
12464   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xx\cpu.c
12465   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xx\cpu_init.c
12466   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xx\interrupts.c
12467   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xx\Makefile
12468   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xx\serial.c
12469   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xx\speed.c
12470   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xx\spi.c
12471   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xx\start.S
12472   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xx\traps.c
12473   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\config.mk
12474   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\cpu.c
12475   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\cpu_init.c
12476   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\fec.c
12477   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\fec.h
12478   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\firmware_sc_task.impl.S
12479   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\firmware_sc_task_bestcomm.impl.S
12480   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\i2c.c
12481   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\ide.c
12482   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\interrupts.c
12483   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\io.S
12484   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\loadtask.c
12485   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\Makefile
12486   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\pci_mpc5200.c
12487   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\sdma.h
12488   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\serial.c
12489   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\speed.c
12490   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\start.S
12491   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\traps.c
12492   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\usb_ohci.c
12493   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\usb_ohci.h
12494   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\config.mk
12495   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\cpu.c
12496   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\cpu_init.c
12497   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\dma.h
12498   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\dramSetup.c
12499   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\dramSetup.h
12500   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\fec.c
12501   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\fec.h
12502   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\fec_dma_tasks.S
12503   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\i2c.c
12504   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\i2cCore.c
12505   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\i2cCore.h
12506   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\interrupts.c
12507   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\io.S
12508   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\loadtask.c
12509   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\Makefile
12510   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\pci.c
12511   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\speed.c
12512   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\start.S
12513   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\traps.c
12514   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\uart.c
12515   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\config.mk
12516   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\cpu.c
12517   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\cpu_init.c
12518   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers
12519   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\interrupts.c
12520   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\Makefile
12521   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\pci.c
12522   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\speed.c
12523   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\start.S
```

```
12524   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\dma
12525   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\dma
12526   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\dma_export.h
12527   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\epic
12528   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\epic.h
12529   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\errors.h
12530   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\i2c
12531   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\i2c_export.h
12532   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\i2o
12533   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\i2o.h
12534   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\dma\dma.h
12535   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\dma\dma1.c
12536   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\dma\dma2.S
12537   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\dma\dma_export.h
12538   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\dma\Makefile
12539   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\dma\Makefile_pc
12540   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\dma\README
12541   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\epic\epic.h
12542   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\epic\epic1.c
12543   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\epic\epic2.S
12544   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\epic\epicutil.S
12545   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\epic\README
12546   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\i2c\i2c.c
12547   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\i2o\i2o.h
12548   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\i2o\i2o1.c
12549   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\i2o\i2o2.S
12550   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\i2o\Makefile
12551   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\i2o\Makefile_pc
12552   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\bedbug_603e.c
12553   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\commproc.c
12554   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\config.mk
12555   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\cpu.c
12556   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\cpu_init.c
12557   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\ether_fcc.c
12558   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\ether_scc.c
12559   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\i2c.c
12560   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\interrupts.c
12561   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\kgdb.S
12562   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\Makefile
12563   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\pci.c
12564   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\serial_scc.c
12565   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\serial_smc.c
12566   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\speed.c
12567   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\speed.h
12568   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\spi.c
12569   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\start.S
12570   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\traps.c
12571   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc83xx\config.mk
12572   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc83xx\cpu.c
12573   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc83xx\cpu_init.c
12574   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc83xx\i2c.c
12575   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc83xx\interrupts.c
12576   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc83xx\Makefile
12577   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc83xx\resetvec.S
12578   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc83xx\spd_sdram.c
12579   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc83xx\speed.c
12580   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc83xx\start.S
12581   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc83xx\traps.c
12582   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\commproc.c
12583   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\config.mk
12584   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\cpu.c
12585   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\cpu_init.c
12586   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\ether_fcc.c
12587   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\i2c.c
12588   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\interrupts.c
12589   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\Makefile
12590   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\pci.c
12591   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\resetvec.S
12592   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\serial_scc.c
```

```
12593  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\serial.c
12594  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\speed.c
12595  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\start.S
12596  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\traps.c
12597  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\bedbug_860.c
12598  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\commproc.c
12599  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\config.mk
12600  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\cpu.c
12601  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\cpu_init.c
12602  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\fec.c
12603  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\fec.h
12604  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\i2c.c
12605  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\interrupts.c
12606  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\kgdb.S
12607  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\lcd.c
12608  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\Makefile
12609  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\plprcr_write.S
12610  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\scc.c
12611  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\serial.c
12612  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\speed.c
12613  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\spi.c
12614  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\start.S
12615  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\traps.c
12616  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\upatch.c
12617  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\video.c
12618  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\wlkbd.c
12619  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios\asmi.c
12620  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios\config.mk
12621  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios\cpu.c
12622  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios\interrupts.c
12623  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios\Makefile
12624  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios\serial.c
12625  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios\spi.c
12626  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios\start.S
12627  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios\traps.S
12628  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios2\config.mk
12629  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios2\cpu.c
12630  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios2\epcs.c
12631  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios2\exceptions.S
12632  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios2\interrupts.c
12633  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios2\Makefile
12634  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios2\serial.c
12635  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios2\start.S
12636  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios2\sysid.c
12637  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios2\traps.c
12638  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\405gp_pci.c
12639  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\4xx_enet.c
12640  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\bedbug_405.c
12641  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\commproc.c
12642  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\config.mk
12643  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\cpu.c
12644  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\cpu_init.c
12645  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\dcr.S
12646  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\i2c.c
12647  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\interrupts.c
12648  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\kgdb.S
12649  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\Makefile
12650  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\miiphy.c
12651  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\resetvec.S
12652  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\sdram.c
12653  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\sdram.h
12654  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\serial.c
12655  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\spd_sdram.c
12656  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\speed.c
12657  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\start.S
12658  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\traps.c
12659  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\usbdev.c
12660  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\usbdev.h
12661  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\usb_ohci.c
```

```
12662  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\vecnum.h
12663  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\vecnum.h
12664  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\pxa\config.mk
12665  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\pxa\cpu.c
12666  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\pxa\i2c.c
12667  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\pxa\interrupts.c
12668  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\pxa\Makefile
12669  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\pxa\mmc.c
12670  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\pxa\pxafb.c
12671  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\pxa\serial.c
12672  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\pxa\start.S
12673  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\s3c44b0\config.mk
12674  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\s3c44b0\cpu.c
12675  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\s3c44b0\interrupts.c
12676  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\s3c44b0\Makefile
12677  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\s3c44b0\serial.c
12678  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\s3c44b0\start.S
12679  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\sa1100\config.mk
12680  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\sa1100\cpu.c
12681  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\sa1100\interrupts.c
12682  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\sa1100\Makefile
12683  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\sa1100\serial.c
12684  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\sa1100\start.S
12685  GPL.UBNT.v6.1.7\uboot\uboot-xm\disk\Makefile
12686  GPL.UBNT.v6.1.7\uboot\uboot-xm\disk\part.c
12687  GPL.UBNT.v6.1.7\uboot\uboot-xm\disk\part_amiga.c
12688  GPL.UBNT.v6.1.7\uboot\uboot-xm\disk\part_amiga.h
12689  GPL.UBNT.v6.1.7\uboot\uboot-xm\disk\part_dos.c
12690  GPL.UBNT.v6.1.7\uboot\uboot-xm\disk\part_dos.h
12691  GPL.UBNT.v6.1.7\uboot\uboot-xm\disk\part_iso.c
12692  GPL.UBNT.v6.1.7\uboot\uboot-xm\disk\part_iso.h
12693  GPL.UBNT.v6.1.7\uboot\uboot-xm\disk\part_mac.c
12694  GPL.UBNT.v6.1.7\uboot\uboot-xm\disk\part_mac.h
12695  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\I2C_Edge_Conditions
12696  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README-i386
12697  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README-integrator
12698  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.adnpesc1
12699  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.adnpesc1_base32
12700  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.alaska8220
12701  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.AMCC-eval-boards-cleanup
12702  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.amigaone
12703  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.ARM-memory-map
12704  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.ARM-SoC
12705  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.autoboot
12706  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.bedbug
12707  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.cmi
12708  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.COBRA5272
12709  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.commands
12710  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.commands.itest
12711  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.console
12712  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.db64360
12713  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.db64460
12714  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.dk1c20
12715  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.dk1c20_std32
12716  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.dk1s10
12717  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.dk1s10_mldk20
12718  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.dk1s10_std32
12719  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.dk1s40_std32
12720  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.dk20k200_std32
12721  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.ebony
12722  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.EVB-64260-750CX
12723  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.evb64260
12724  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.fads
12725  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.IceCube
12726  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.idma2intr
12727  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.INCA-IP
12728  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.IPHASE4539
12729  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.JFFS2
12730  GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.JFFS2_NAND
```

```
12731   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.m68k
12732   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.m68k
12733   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.MBX
12734   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.ml300
12735   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.Modem
12736   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.modnet50
12737   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.mpc5xx
12738   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.mpc74xx
12739   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.mpc8349emds.ddrecc
12740   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.mpc83xxads
12741   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.mpc85xxads
12742   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.mpc85xxcds
12743   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.MPC866
12744   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.nand
12745   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.ne2000
12746   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.NetConsole
12747   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.nios
12748   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.nios_CFG_NIOS_CPU
12749   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.nios_DK
12750   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.ns9750dev
12751   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.ocotea
12752   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.ocotea-PIBS-to-U-Boot
12753   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.OFT
12754   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.omap730p2
12755   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.OXC
12756   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.PIP405
12757   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.PlanetCore
12758   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.POST
12759   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.ppc440
12760   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.Purple
12761   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.PXA_CF
12762   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.RPXClassic
12763   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.RPXlite
12764   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.Sandpoint8240
12765   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.sbc8560
12766   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.sched
12767   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.serial_multi
12768   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.silent
12769   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.SNTP
12770   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.standalone
12771   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.stxxtc
12772   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.TQM8260
12773   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.usb
12774   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.video
12775   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.VLAN
12776   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.xpedite1k
12777   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\TODO-i386
12778   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\3c589.c
12779   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\3c589.h
12780   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\5701rls.c
12781   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\5701rls.h
12782   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\8390.h
12783   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ali512x.c
12784   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\bcm570x.c
12785   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\bcm570x_autoneg.c
12786   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\bcm570x_autoneg.h
12787   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\bcm570x_bits.h
12788   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\bcm570x_debug.h
12789   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\bcm570x_lm.h
12790   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\bcm570x_mm.h
12791   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\bcm570x_queue.h
12792   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\cfb_console.c
12793   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\cfi_flash.c
12794   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\cs8900.c
12795   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\cs8900.h
12796   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ct69000.c
12797   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\dataflash.c
12798   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\dc2114x.c
12799   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\dm9000x.c
```

```
12800  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\a00190.s
12801  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ds1722.c
12802  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\e1000.c
12803  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\e1000.h
12804  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\eepro100.c
12805  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\i8042.c
12806  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\i82365.c
12807  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\inca-ip_sw.c
12808  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\keyboard.c
12809  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ks8695eth.c
12810  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\lan91c96.c
12811  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\lan91c96.h
12812  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\Makefile
12813  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\mw_eeprom.c
12814  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\nand
12815  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\nand_legacy
12816  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\natsemi.c
12817  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ne2000.c
12818  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ne2000.h
12819  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\netarm_eth.c
12820  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\netarm_eth.h
12821  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\netconsole.c
12822  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\nicext.h
12823  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ns16550.c
12824  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ns7520_eth.c
12825  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ns8382x.c
12826  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ns87308.c
12827  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ns9750_eth.c
12828  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ns9750_serial.c
12829  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\omap1510_i2c.c
12830  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\omap24xx_i2c.c
12831  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\pci.c
12832  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\pci_auto.c
12833  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\pci_indirect.c
12834  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\pcnet.c
12835  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\pc_keyb.c
12836  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\plb2800_eth.c
12837  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ps2mult.c
12838  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ps2ser.c
12839  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\rtl8019.c
12840  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\rtl8019.h
12841  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\rtl8139.c
12842  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\rtl8169.c
12843  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\s3c4510b_eth.c
12844  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\s3c4510b_eth.h
12845  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\s3c4510b_uart.c
12846  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\s3c4510b_uart.h
12847  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sed13806.c
12848  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sed156x.c
12849  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\serial.c
12850  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\serial_max3100.c
12851  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\serial_pl010.c
12852  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\serial_pl011.c
12853  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\serial_pl011.h
12854  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\serial_xuartlite.c
12855  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin
12856  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sl811.h
12857  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sl811_usb.c
12858  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sm501.c
12859  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\smc91111.c
12860  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\smc91111.h
12861  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\smiLynxEM.c
12862  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\status_led.c
12863  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sym53c8xx.c
12864  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\tigon3.c
12865  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\tigon3.h
12866  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ti_pci1410a.c
12867  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\tsec.c
12868  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\tsec.h
```

```
12869  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\usbdcore.c
12870  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\usbdcore_ep0.c
12871  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\usbdcore_omap1510.c
12872  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\usbtty.c
12873  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\usbtty.h
12874  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\videomodes.c
12875  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\videomodes.h
12876  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\w83c553f.c
12877  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\nand\diskonchip.c
12878  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\nand\Makefile
12879  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\nand\nand.c
12880  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\nand\nand_base.c
12881  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\nand\nand_bbt.c
12882  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\nand\nand_ecc.c
12883  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\nand\nand_ids.c
12884  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\nand_legacy\Makefile
12885  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\nand_legacy\nand_legacy.c
12886  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h
12887  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\Makefile
12888  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\skaddr.c
12889  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\skcsum.c
12890  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\skge.c
12891  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\skgehwt.c
12892  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\skgeinit.c
12893  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\skgemib.c
12894  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\skgepnmi.c
12895  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\skgesirq.c
12896  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\ski2c.c
12897  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\sklm80.c
12898  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\skproc.c
12899  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\skqueue.c
12900  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\skrlmt.c
12901  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\sktimer.c
12902  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\skvpd.c
12903  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\skxmac2.c
12904  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\u-boot_compat.h
12905  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\uboot_drv.c
12906  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\uboot_skb.c
12907  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\lm80.h
12908  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skaddr.h
12909  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skcsum.h
12910  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skdebug.h
12911  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skdrv1st.h
12912  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skdrv2nd.h
12913  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skerror.h
12914  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skgedrv.h
12915  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skgehw.h
12916  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skgehwt.h
12917  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skgei2c.h
12918  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skgeinit.h
12919  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skgepnm2.h
12920  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skgepnmi.h
12921  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skgesirq.h
12922  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\ski2c.h
12923  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skqueue.h
12924  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skrlmt.h
12925  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\sktimer.h
12926  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\sktypes.h
12927  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skversion.h
12928  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skvpd.h
12929  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\xmac_ii.h
12930  GPL.UBNT.v6.1.7\uboot\uboot-xm\dtt\adm1021.c
12931  GPL.UBNT.v6.1.7\uboot\uboot-xm\dtt\ds1621.c
12932  GPL.UBNT.v6.1.7\uboot\uboot-xm\dtt\lm75.c
12933  GPL.UBNT.v6.1.7\uboot\uboot-xm\dtt\Makefile
12934  GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\82559_eeprom.c
12935  GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\eepro100_eeprom.c
12936  GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\hello_world.c
12937  GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\hello_world.s
```

```
12938   GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\Makefile
12939   GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\mem_to_mem_idma2intr.c
12940   GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\mips.lds
12941   GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\nios.lds
12942   GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\nios2.lds
12943   GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\ppc_longjmp.S
12944   GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\ppc_setjmp.S
12945   GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\README.smc91111_eeprom
12946   GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\sched.c
12947   GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\smc91111_eeprom.c
12948   GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\stubs.c
12949   GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\test_burst.c
12950   GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\test_burst.h
12951   GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\test_burst_lib.S
12952   GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\timer.c
12953   GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\x86-testapp.c
12954   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\cramfs
12955   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\ext2
12956   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\fat
12957   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\fdos
12958   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\jffs2
12959   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\Makefile
12960   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\reiserfs
12961   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\cramfs\cramfs.c
12962   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\cramfs\Makefile
12963   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\cramfs\uncompress.c
12964   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\ext2\dev.c
12965   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\ext2\ext2fs.c
12966   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\ext2\Makefile
12967   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\fat\fat.c
12968   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\fat\file.c
12969   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\fat\Makefile
12970   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\fdos\dev.c
12971   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\fdos\dos.h
12972   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\fdos\fat.c
12973   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\fdos\fdos.c
12974   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\fdos\fdos.h
12975   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\fdos\fs.c
12976   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\fdos\Makefile
12977   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\fdos\subdir.c
12978   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\fdos\vfat.c
12979   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\jffs2\compr_lzari.c
12980   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\jffs2\compr_lzo.c
12981   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\jffs2\compr_rtime.c
12982   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\jffs2\compr_rubin.c
12983   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\jffs2\compr_zlib.c
12984   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\jffs2\jffs2_1pass.c
12985   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\jffs2\jffs2_nand_1pass.c
12986   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\jffs2\jffs2_nand_private.h
12987   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\jffs2\jffs2_private.h
12988   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\jffs2\Makefile
12989   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\jffs2\mini_inflate.c
12990   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\reiserfs\dev.c
12991   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\reiserfs\Makefile
12992   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\reiserfs\mode_string.c
12993   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\reiserfs\reiserfs.c
12994   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\reiserfs\reiserfs_private.h
12995   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\405gp_i2c.h
12996   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\405gp_pci.h
12997   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\405_dimm.h
12998   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\405_mal.h
12999   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\440_i2c.h
13000   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\74xx_7xx.h
13001   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ACEX1K.h
13002   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\altera.h
13003   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ar7100_soc.h
13004   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ar7240_soc.h
13005   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ar934x_soc.h
13006   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\arm920t.h
```

```
13007   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\arm920t.h
13008   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\arm926ejs.h
13009   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\arm946es.h
13010   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\armcoremodule.h
13011   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm
13012   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin
13013   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386
13014   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k
13015   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze
13016   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips
13017   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios
13018   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2
13019   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc
13020   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\at91rm9200_i2c.h
13021   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\at91rm9200_net.h
13022   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ata.h
13023   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\athversion.h
13024   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\bcm5221.h
13025   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\bedbug
13026   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\bmp_layout.h
13027   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\bmp_logo.h
13028   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\bzlib.h
13029   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\circbuf.h
13030   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\clps7111.h
13031   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\cmd_confdefs.h
13032   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\command.h
13033   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\common.h
13034   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\commproc.h
13035   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs
13036   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\console.h
13037   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\cramfs
13038   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\crc.h
13039   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\da9030.h
13040   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\dataflash.h
13041   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\devices.h
13042   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\dm9161.h
13043   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\dtt.h
13044   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\e500.h
13045   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\elf.h
13046   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\environment.h
13047   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\exports.h
13048   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ext2fs.h
13049   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\fat.h
13050   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\fdc.h
13051   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\flash.h
13052   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\fpga.h
13053   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ft_build.h
13054   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\galileo
13055   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\hush.h
13056   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\i2c.h
13057   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\i8042.h
13058   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ide.h
13059   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\image.h
13060   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ioports.h
13061   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\jffs2
13062   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\keyboard.h
13063   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\kgdb.h
13064   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\lcd.h
13065   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\lcdvideo.h
13066   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\lh7a400.h
13067   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\lh7a404.h
13068   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\lh7a40x.h
13069   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux
13070   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux_logo.h
13071   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\lists.h
13072   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\logbuff.h
13073   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\lpd7a400_cpld.h
13074   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\lxt971a.h
13075   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\lynxkdi.h
```

```
13076  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\malloc.h
13077  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\malloc.h
13078  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\miiphy.h
13079  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\mii_phy.h
13080  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\mk48t59.h
13081  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\mmc.h
13082  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\mpc106.h
13083  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\mpc5xx.h
13084  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\mpc5xxx.h
13085  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\mpc8220.h
13086  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\mpc824x.h
13087  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\mpc8260.h
13088  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\mpc8260_irq.h
13089  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\mpc83xx.h
13090  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\mpc85xx.h
13091  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\mpc8xx.h
13092  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\mpc8xx_irq.h
13093  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\nand.h
13094  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\net.h
13095  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\nios-io.h
13096  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\nios.h
13097  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\nios2-epcs.h
13098  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\nios2-io.h
13099  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\nios2.h
13100  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ns16550.h
13101  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ns7520_eth.h
13102  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ns87308.h
13103  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ns9750_bbus.h
13104  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ns9750_eth.h
13105  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ns9750_mem.h
13106  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ns9750_ser.h
13107  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ns9750_sys.h
13108  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\part.h
13109  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\pci.h
13110  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\pci_ids.h
13111  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\pcmcia
13112  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\pcmcia.h
13113  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\pc_keyb.h
13114  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\post.h
13115  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ppc405.h
13116  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ppc440.h
13117  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ppc4xx.h
13118  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ppc4xx_enet.h
13119  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ppc_asm.tmpl
13120  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ppc_defs.h
13121  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ps2mult.h
13122  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\reiserfs.h
13123  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\rtc.h
13124  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\s3c2400.h
13125  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\s3c2410.h
13126  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\s3c24x0.h
13127  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\SA-1100.h
13128  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\sa1100.h
13129  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\scsi.h
13130  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\sed13806.h
13131  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\sed156x.h
13132  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\serial.h
13133  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\sm501.h
13134  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\smiLynxEM.h
13135  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\spartan2.h
13136  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\spartan3.h
13137  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\spd.h
13138  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\spd_sdram.h
13139  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\spi.h
13140  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\status_led.h
13141  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\sym53c8xx.h
13142  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\systemace.h
13143  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\s_record.h
13144  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ubnt_api_calls.h
```

```
13145   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\usb.h
13146   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\usb.h
13147   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\usbdcore.h
13148   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\usbdcore_ep0.h
13149   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\usbdcore_omap1510.h
13150   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\usbdescriptors.h
13151   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\usb_defs.h
13152   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\version.h
13153   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\vfd_logo.h
13154   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\video.h
13155   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\video_ad7176.h
13156   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\video_ad7177.h
13157   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\video_ad7179.h
13158   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\video_easylogo.h
13159   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\video_fb.h
13160   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\video_font.h
13161   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\video_logo.h
13162   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\virtex2.h
13163   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\w83c553f.h
13164   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\watchdog.h
13165   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\xilinx.h
13166   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\xyzModem.h
13167   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\zlib.h
13168   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\_exports.h
13169   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm1136
13170   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm720t
13171   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm925t
13172   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm926ejs
13173   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-at91rm9200
13174   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-imx
13175   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-ixp
13176   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-ks8695
13177   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-pxa
13178   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-s3c24x0
13179   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-s3c44b0
13180   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-sa1100
13181   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\atomic.h
13182   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\bitops.h
13183   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\byteorder.h
13184   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\errno.h
13185   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\global_data.h
13186   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\hardware.h
13187   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\io.h
13188   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\mach-types.h
13189   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\memory.h
13190   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\posix_types.h
13191   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\proc-armv
13192   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\processor.h
13193   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\ptrace.h
13194   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\setup.h
13195   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\sizes.h
13196   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\string.h
13197   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\types.h
13198   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\u-boot-arm.h
13199   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\u-boot.h
13200   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm1136\bits.h
13201   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm1136\clocks.h
13202   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm1136\i2c.h
13203   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm1136\mem.h
13204   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm1136\mux.h
13205   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm1136\omap2420.h
13206   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm1136\sizes.h
13207   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm1136\sys_info.h
13208   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm1136\sys_proto.h
13209   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm720t\hardware.h
13210   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm720t\netarm_dma_module.h
13211   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm720t\netarm_eni_module.h
13212   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm720t\netarm_eth_module.h
13213   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm720t\netarm_gen_module.h
```

```
13214  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm720t\netarm_registers.h
13215  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm720t\netarm_registers.h
13216  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm720t\netarm_ser_module.h
13217  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm720t\s3c4510b.h
13218  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm925t\sizes.h
13219  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm926ejs\sizes.h
13220  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-at91rm9200\AT91RM9200.h
13221  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-at91rm9200\hardware.h
13222  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-imx\imx-regs.h
13223  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-ixp\ixp425.h
13224  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-ixp\ixp425pci.h
13225  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-ks8695\platform.h
13226  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-pxa\bitfield.h
13227  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-pxa\hardware.h
13228  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-pxa\mmc.h
13229  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-pxa\pxa-regs.h
13230  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-s3c24x0\memory.h
13231  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-s3c44b0\hardware.h
13232  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-sa1100\bitfield.h
13233  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\proc-armv\domain.h
13234  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\proc-armv\processor.h
13235  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\proc-armv\ptrace.h
13236  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\proc-armv\system.h
13237  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\bitops.h
13238  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\blackfin.h
13239  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\blackfin_defs.h
13240  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\byteorder.h
13241  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cplb.h
13242  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cplbtab.h
13243  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cpu
13244  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\current.h
13245  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\delay.h
13246  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\entry.h
13247  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\errno.h
13248  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\global_data.h
13249  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\hw_irq.h
13250  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\io-kernel.h
13251  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\io.h
13252  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\irq.h
13253  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\linkage.h
13254  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\machdep.h
13255  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\mem_init.h
13256  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\page.h
13257  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\page_offset.h
13258  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\posix_types.h
13259  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\processor.h
13260  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\ptrace.h
13261  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\segment.h
13262  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\setup.h
13263  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\shared_resources.h
13264  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\string.h
13265  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\system.h
13266  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\traps.h
13267  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\types.h
13268  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\u-boot.h
13269  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\uaccess.h
13270  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\virtconvert.h
13271  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cpu\bf533_irq.h
13272  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cpu\bf533_rtc.h
13273  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cpu\bf533_serial.h
13274  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cpu\cdefBF531.h
13275  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cpu\cdefBF532.h
13276  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cpu\cdefBF533.h
13277  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cpu\cdefBF53x.h
13278  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cpu\cdef_LPBlackfin.h
13279  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cpu\defBF531.h
13280  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cpu\defBF532.h
13281  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cpu\defBF533.h
13282  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cpu\defBF533_extn.h
```

```
13283  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\bitops.h
13284  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\bitops.h
13285  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\byteorder.h
13286  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\global_data.h
13287  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\i8254.h
13288  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\i8259.h
13289  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\ibmpc.h
13290  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\ic
13291  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\io.h
13292  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\pci.h
13293  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\posix_types.h
13294  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\processor.h
13295  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\ptrace.h
13296  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\realmode.h
13297  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\string.h
13298  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\types.h
13299  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\u-boot-i386.h
13300  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\u-boot.h
13301  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\zimage.h
13302  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\ic\ali512x.h
13303  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\ic\sc520.h
13304  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\bitops.h
13305  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\byteorder.h
13306  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\fec.h
13307  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\global_data.h
13308  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\immap_5249.h
13309  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\immap_5272.h
13310  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\immap_5282.h
13311  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\io.h
13312  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\m5249.h
13313  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\m5272.h
13314  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\m5282.h
13315  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\mcftimer.h
13316  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\mcfuart.h
13317  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\posix_types.h
13318  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\processor.h
13319  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\ptrace.h
13320  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\string.h
13321  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\types.h
13322  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\u-boot.h
13323  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\arch-microblaze
13324  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\bitops.h
13325  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\byteorder.h
13326  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\global_data.h
13327  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\io.h
13328  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\platform.h
13329  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\posix_types.h
13330  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\processor.h
13331  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\ptrace.h
13332  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\serial_xuartlite.h
13333  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\string.h
13334  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\suzaku.h
13335  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\system.h
13336  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\types.h
13337  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\u-boot.h
13338  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\arch-microblaze\xbasic_types.h
13339  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\arch-microblaze\xio.h
13340  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\arch-microblaze\xuartlite_l.h
13341  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\addrspace.h
13342  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\au1x00.h
13343  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\bitops.h
13344  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\byteorder.h
13345  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\cachectl.h
13346  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\cacheops.h
13347  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\global_data.h
13348  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\inca-ip.h
13349  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\io.h
13350  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\isadep.h
13351  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\mipsregs.h
```

```
13352  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\processor.h
13353  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\processor.h
13354  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\ptrace.h
13355  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\reg.h
13356  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\regdef.h
13357  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\sgidefs.h
13358  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\string.h
13359  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\system.h
13360  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\types.h
13361  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\u-boot.h
13362  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios\bitops.h
13363  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios\byteorder.h
13364  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios\cache.h
13365  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios\global_data.h
13366  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios\io.h
13367  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios\posix_types.h
13368  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios\processor.h
13369  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios\psr.h
13370  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios\ptrace.h
13371  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios\status_led.h
13372  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios\string.h
13373  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios\system.h
13374  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios\types.h
13375  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios\u-boot.h
13376  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\bitops.h
13377  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\byteorder.h
13378  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\cache.h
13379  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\global_data.h
13380  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\io.h
13381  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\opcodes.h
13382  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\posix_types.h
13383  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\processor.h
13384  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\psr.h
13385  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\ptrace.h
13386  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\status_led.h
13387  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\string.h
13388  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\system.h
13389  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\types.h
13390  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\u-boot.h
13391  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\5xx_immap.h
13392  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\8xx_immap.h
13393  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\atomic.h
13394  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\bitops.h
13395  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\byteorder.h
13396  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\cache.h
13397  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\cpm_8260.h
13398  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\cpm_85xx.h
13399  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\e300.h
13400  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\errno.h
13401  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\global_data.h
13402  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\i2c.h
13403  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\immap_8220.h
13404  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\immap_8260.h
13405  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\immap_83xx.h
13406  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\immap_85xx.h
13407  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\io.h
13408  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\iopin_8260.h
13409  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\iopin_85xx.h
13410  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\iopin_8xx.h
13411  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\m8260_pci.h
13412  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\mc146818rtc.h
13413  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\mmu.h
13414  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\mpc8349_pci.h
13415  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\pci_io.h
13416  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\pnp.h
13417  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\posix_types.h
13418  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\processor.h
13419  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\ptrace.h
13420  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\residual.h
```

```
13421   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\ppc405.h
13422   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\signal.h
13423   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\status_led.h
13424   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\string.h
13425   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\types.h
13426   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\u-boot.h
13427   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\bedbug\bedbug.h
13428   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\bedbug\ppc.h
13429   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\bedbug\regs.h
13430   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\bedbug\tables.h
13431   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\bedbug\type.h
13432   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\A3000.h
13433   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ADCIOP.h
13434   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\Adder.h
13435   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ADNPESC1.h
13436   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ADNPESC1_base_32.h
13437   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ADS860.h
13438   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\adsvix.h
13439   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\aev.h
13440   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\Alaska8220.h
13441   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\AmigaOneG3SE.h
13442   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\AMX860.h
13443   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\AP1000.h
13444   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ap81.h
13445   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ap83.h
13446   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ap91.h
13447   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ap93.h
13448   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ap94.h
13449   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ap94min.h
13450   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ap96.h
13451   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ap99.h
13452   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\APC405.h
13453   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\AR405.h
13454   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ar7100.h
13455   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ar7240.h
13456   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ar7240_emu.h
13457   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\armadillo.h
13458   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ASH405.h
13459   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\assabet.h
13460   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\at91rm9200dk.h
13461   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\atc.h
13462   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\B2.h
13463   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\BAB7xx.h
13464   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\bamboo.h
13465   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\barco.h
13466   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\BMW.h
13467   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\bubinga.h
13468   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\c2mon.h
13469   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CANBT.h
13470   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\canmb.h
13471   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CATcenter.h
13472   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CCM.h
13473   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\cerf250.h
13474   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\cm4008.h
13475   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\cm41xx.h
13476   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\cmc_pu2.h
13477   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\cmi_mpc5xx.h
13478   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CMS700.h
13479   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\cobra5272.h
13480   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\cogent_common.h
13481   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\cogent_mpc8260.h
13482   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\cogent_mpc8xx.h
13483   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CPC45.h
13484   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CPCI2DP.h
13485   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CPCI405.h
13486   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CPCI4052.h
13487   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CPCI405AB.h
13488   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CPCI405DT.h
13489   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CPCI440.h
```

```
13490    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CPCI405.h
13491    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CPCI750.h
13492    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CPCIISER4.h
13493    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CPU86.h
13494    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CPU87.h
13495    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\cradle.h
13496    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CRAYL1.h
13497    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\csb226.h
13498    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\csb272.h
13499    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\csb472.h
13500    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\csb637.h
13501    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CU824.h
13502    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\cus97.h
13503    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\DASA_SIM.h
13504    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\DB64360.h
13505    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\DB64460.h
13506    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\dbau1x00.h
13507    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\debris.h
13508    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\delta.h
13509    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\DK1C20.h
13510    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\DK1C20_safe_32.h
13511    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\DK1C20_standard_32.h
13512    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\DK1S10.h
13513    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\DK1S10_mtx_ldk_20.h
13514    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\DK1S10_safe_32.h
13515    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\DK1S10_standard_32.h
13516    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\dnp1110.h
13517    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\DP405.h
13518    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\DU405.h
13519    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ebony.h
13520    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ELPPC.h
13521    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ELPT860.h
13522    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ep7312.h
13523    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ep8248.h
13524    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ep8260.h
13525    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\EP88x.h
13526    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ERIC.h
13527    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ESTEEM192E.h
13528    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ETX094.h
13529    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\evb4510.h
13530    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\EVB64260.h
13531    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\eXalion.h
13532    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\EXBITGEN.h
13533    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ezkit533.h
13534    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\FADS823.h
13535    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\FADS850SAR.h
13536    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\FADS860T.h
13537    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\FLAGADM.h
13538    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\FPS850L.h
13539    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\FPS860L.h
13540    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\G2000.h
13541    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\gcplus.h
13542    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\GEN860T.h
13543    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\GENIETV.h
13544    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\GTH.h
13545    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\gw8260.h
13546    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\h2_p2_dbg_board.h
13547    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\hermes.h
13548    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\HH405.h
13549    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\HIDDEN_DRAGON.h
13550    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\HMI10.h
13551    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\hmi1001.h
13552    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\HUB405.h
13553    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\hymod.h
13554    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\IAD210.h
13555    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\IceCube.h
13556    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ICU862.h
13557    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\IDS8247.h
13558    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\impa7.h
```

```
13559  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\inka4x0.h
13560  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\inka4x0.h
13561  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\innokom.h
13562  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\integratorap.h
13563  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\integratorcp.h
13564  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\IP860.h
13565  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\IPHASE4539.h
13566  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ISPAN.h
13567  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\IVML24.h
13568  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\IVMS8.h
13569  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ixdp425.h
13570  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\JSE.h
13571  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\KAREF.h
13572  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\kb9202.h
13573  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\KUP4K.h
13574  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\KUP4X.h
13575  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\LANTEC.h
13576  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\lart.h
13577  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\logodl.h
13578  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\lpd7a400-10.h
13579  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\lpd7a400.h
13580  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\lpd7a404-10.h
13581  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\lpd7a404.h
13582  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\luan.h
13583  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\lubbock.h
13584  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\lwmon.h
13585  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\M5272C3.h
13586  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\M5282EVB.h
13587  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MBX.h
13588  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MBX860T.h
13589  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\mcc200.h
13590  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\METROBOX.h
13591  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MHPC.h
13592  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MIP405.h
13593  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ML2.h
13594  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ml300.h
13595  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\modnet50.h
13596  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MOUSSE.h
13597  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\mp2usb.h
13598  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MPC8260ADS.h
13599  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MPC8266ADS.h
13600  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MPC8349ADS.h
13601  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MPC8349EMDS.h
13602  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MPC8540ADS.h
13603  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MPC8540EVAL.h
13604  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MPC8541CDS.h
13605  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MPC8548CDS.h
13606  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MPC8555CDS.h
13607  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MPC8560ADS.h
13608  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MPC86xADS.h
13609  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MPC885ADS.h
13610  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MUSENKI.h
13611  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MVBLUE.h
13612  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MVS1.h
13613  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\mx1ads.h
13614  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\mx1fs2.h
13615  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\NC650.h
13616  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\NETPHONE.h
13617  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\netstar.h
13618  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\NETTA.h
13619  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\NETTA2.h
13620  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\NETVIA.h
13621  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ns9750dev.h
13622  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\NSCU.h
13623  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\NX823.h
13624  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\o2dnt.h
13625  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ocotea.h
13626  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\OCRTC.h
13627  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\omap1510.h
```

```
13628    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\omap1510inn.h
13629    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\omap1610h2.h
13630    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\omap1610inn.h
13631    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\omap2420h4.h
13632    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\omap5912osk.h
13633    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\omap730.h
13634    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\omap730p2.h
13635    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ORSG.h
13636    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\OXC.h
13637    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\P3G4.h
13638    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\p3p440.h
13639    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PATI.h
13640    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\pb1x00.h
13641    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\pb42.h
13642    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\pb45.h
13643    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PCI405.h
13644    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PCI5441.h
13645    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PCIPPC2.h
13646    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PCIPPC6.h
13647    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\pcu_e.h
13648    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\pf5200.h
13649    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PIP405.h
13650    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PK1C20.h
13651    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\pleb2.h
13652    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PLU405.h
13653    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PM520.h
13654    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PM826.h
13655    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PM828.h
13656    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PM854.h
13657    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PM856.h
13658    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PMC405.h
13659    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PN62.h
13660    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PPChameleonEVB.h
13661    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ppmc8260.h
13662    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\purple.h
13663    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\pxa255_idp.h
13664    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\QS823.h
13665    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\QS850.h
13666    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\QS860T.h
13667    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\quantum.h
13668    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\R360MPI.h
13669    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\Rattler.h
13670    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\RBC823.h
13671    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\rmu.h
13672    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\RPXClassic.h
13673    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\RPXlite.h
13674    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\RPXlite_DW.h
13675    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\RPXsuper.h
13676    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\RRvision.h
13677    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\rsdproto.h
13678    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\sacsng.h
13679    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\Sandpoint8240.h
13680    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\Sandpoint8245.h
13681    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\sbc405.h
13682    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\sbc8240.h
13683    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\sbc8260.h
13684    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\SBC8540.h
13685    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\sbc8560.h
13686    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\sc520_cdp.h
13687    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\sc520_spunk.h
13688    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\sc520_spunk_rel.h
13689    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\scb9328.h
13690    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\SCM.h
13691    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\shannon.h
13692    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\SL8245.h
13693    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\SM850.h
13694    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\smdk2400.h
13695    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\smdk2410.h
13696    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\smmaco4.h
```

```
13697    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\SPD823TS.h
13698    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\SPD823TS.h
13699    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\spieval.h
13700    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\stamp.h
13701    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\stxgp3.h
13702    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\stxxtc.h
13703    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\suzaku.h
13704    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\svm_sc8xx.h
13705    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\SX1.h
13706    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\SXNI855T.h
13707    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TASREG.h
13708    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\tb0229.h
13709    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\tb225.h
13710    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\tb243.h
13711    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\tb317.h
13712    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\tb327.h
13713    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TOP5200.h
13714    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TOP860.h
13715    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\Total5200.h
13716    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM5200.h
13717    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM823L.h
13718    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM823M.h
13719    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM8260.h
13720    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM834x.h
13721    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM850L.h
13722    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM850M.h
13723    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM855L.h
13724    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM855M.h
13725    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM85xx.h
13726    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM860L.h
13727    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM860M.h
13728    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM862L.h
13729    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM862M.h
13730    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM866M.h
13731    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\trab.h
13732    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ubnt-xm.h
13733    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\uc100.h
13734    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\utx8245.h
13735    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\v37.h
13736    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\VCMA9.h
13737    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\versatile.h
13738    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\VOH405.h
13739    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\voiceblue.h
13740    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\VOM405.h
13741    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\VoVPN-GW.h
13742    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\W7OLMC.h
13743    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\W7OLMG.h
13744    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\walnut.h
13745    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\wepep250.h
13746    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\wrt54g.h
13747    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\WUH405.h
13748    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\xaeniax.h
13749    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\xm250.h
13750    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\XPEDITE1K.h
13751    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\xsengine.h
13752    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\yellowstone.h
13753    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\yosemite.h
13754    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\Yukon8220.h
13755    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ZPC1900.h
13756    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ZUMA.h
13757    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\zylonite.h
13758    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\cramfs\cramfs_fs.h
13759    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\cramfs\cramfs_fs_sb.h
13760    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\galileo\core.h
13761    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\galileo\gt64260R.h
13762    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\galileo\memory.h
13763    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\galileo\pci.h
13764    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\jffs2\compr_rubin.h
13765    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\jffs2\jffs2.h
```

```
13766   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\jffs2\load_kernel.h
13767   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\jffs2\load_kernel.h
13768   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\jffs2\mini_inflate.h
13769   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\bitops.h
13770   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\byteorder
13771   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\config.h
13772   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\ctype.h
13773   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\list.h
13774   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\mc146818rtc.h
13775   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\mtd
13776   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\posix_types.h
13777   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\stat.h
13778   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\stddef.h
13779   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\string.h
13780   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\time.h
13781   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\types.h
13782   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\byteorder\big_endian.h
13783   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\byteorder\generic.h
13784   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\byteorder\little_endian.h
13785   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\byteorder\swab.h
13786   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\mtd\compat.h
13787   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\mtd\doc2000.h
13788   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\mtd\mtd-abi.h
13789   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\mtd\mtd.h
13790   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\mtd\nand.h
13791   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\mtd\nand_ecc.h
13792   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\mtd\nand_ids.h
13793   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\mtd\nand_legacy.h
13794   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\mtd\nftl.h
13795   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\pcmcia\cirrus.h
13796   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\pcmcia\i82365.h
13797   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\pcmcia\ss.h
13798   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\pcmcia\ti113x.h
13799   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\pcmcia\yenta.h
13800   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_arm\armlinux.c
13801   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_arm\board.c
13802   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_arm\cache.c
13803   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_arm\div0.c
13804   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_arm\Makefile
13805   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_arm\_udivsi3.S
13806   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_arm\_umodsi3.S
13807   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_blackfin\bf533_linux.c
13808   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_blackfin\bf533_string.c
13809   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_blackfin\blackfin_board.h
13810   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_blackfin\board.c
13811   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_blackfin\cache.c
13812   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_blackfin\Makefile
13813   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_blackfin\muldi3.c
13814   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\bzlib.c
13815   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\bzlib_crctable.c
13816   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\bzlib_decompress.c
13817   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\bzlib_huffman.c
13818   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\bzlib_private.h
13819   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\bzlib_randtable.c
13820   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\crc32.c
13821   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\ctype.c
13822   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\display_options.c
13823   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\ldiv.c
13824   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\LzmaDecode.c
13825   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\LzmaDecode.h
13826   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\LzmaTypes.h
13827   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\LzmaWrapper.c
13828   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\Makefile
13829   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\string.c
13830   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\vsprintf.c
13831   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\zlib.c
13832   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386\bios.h
13833   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386\bios.S
13834   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386\bios_pci.S
```

```
13835    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386\board.c
13836    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386\board.c
13837    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386\i386_linux.c
13838    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386\Makefile
13839    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386\pci.c
13840    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386\pci_type1.c
13841    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386\realmode.c
13842    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386\realmode_switch.S
13843    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386\video.c
13844    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386\video_bios.c
13845    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386\zimage.c
13846    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_m68k\board.c
13847    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_m68k\cache.c
13848    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_m68k\m68k_linux.c
13849    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_m68k\Makefile
13850    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_m68k\time.c
13851    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_m68k\traps.c
13852    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_microblaze\board.c
13853    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_microblaze\cache.c
13854    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_microblaze\Makefile
13855    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_microblaze\microblaze_linux.c
13856    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_microblaze\time.c
13857    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_mips\board.c
13858    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_mips\Makefile
13859    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_mips\mips_linux.c
13860    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_mips\time.c
13861    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios\board.c
13862    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios\cache.c
13863    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios\divmod.c
13864    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios\Makefile
13865    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios\math.h
13866    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios\mult.c
13867    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios\nios_linux.c
13868    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios\time.c
13869    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios2\board.c
13870    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios2\cache.S
13871    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios2\divmod.c
13872    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios2\Makefile
13873    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios2\math.h
13874    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios2\mult.c
13875    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios2\nios_linux.c
13876    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios2\time.c
13877    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_ppc\bat_rw.c
13878    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_ppc\board.c
13879    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_ppc\cache.c
13880    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_ppc\extable.c
13881    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_ppc\interrupts.c
13882    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_ppc\kgdb.c
13883    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_ppc\Makefile
13884    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_ppc\ppcstring.S
13885    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_ppc\ticks.S
13886    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_ppc\time.c
13887    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\bootp.c
13888    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\bootp.h
13889    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\eth.c
13890    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\Makefile
13891    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\net.c
13892    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\nfs.c
13893    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\nfs.h
13894    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\rarp.c
13895    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\rarp.h
13896    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\sntp.c
13897    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\sntp.h
13898    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\tftp.c
13899    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\tftp.h
13900    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\tftp_server.c
13901    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\tftp_server.h
13902    GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cache.c
13903    GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cache_8xx.S
```

```
13904  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu
13905  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu.c
13906  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\dsp.c
13907  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\ether.c
13908  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\i2c.c
13909  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\Makefile
13910  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\memory.c
13911  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\post.c
13912  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\rtc.c
13913  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\rules.mk
13914  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\spr.c
13915  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\sysmon.c
13916  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\tests.c
13917  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\uart.c
13918  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\usb.c
13919  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\watchdog.c
13920  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\andi.c
13921  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\asm.S
13922  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\b.c
13923  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\cmp.c
13924  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\cmpi.c
13925  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\complex.c
13926  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\cpu_asm.h
13927  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\cr.c
13928  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\load.c
13929  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\Makefile
13930  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\multi.c
13931  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\rlwimi.c
13932  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\rlwinm.c
13933  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\rlwnm.c
13934  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\srawi.c
13935  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\store.c
13936  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\string.c
13937  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\three.c
13938  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\threei.c
13939  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\threex.c
13940  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\two.c
13941  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\twox.c
13942  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\bf533_rtc.c
13943  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\date.c
13944  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\ds12887.c
13945  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\ds1302.c
13946  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\ds1306.c
13947  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\ds1307.c
13948  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\ds1337.c
13949  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\ds1374.c
13950  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\ds1556.c
13951  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\ds164x.c
13952  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\ds174x.c
13953  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\m41t11.c
13954  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\m48t35ax.c
13955  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\Makefile
13956  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\max6900.c
13957  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\mc146818.c
13958  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\mk48t59.c
13959  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\mpc5xxx.c
13960  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\mpc8xx.c
13961  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\pcf8563.c
13962  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\rs5c372.c
13963  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\s3c24x0_rtc.c
13964  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb
13965  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bmp_logo.c
13966  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\crc32.c
13967  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\easylogo
13968  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\env
13969  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\envcrc.c
13970  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\environment.c
13971  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\gdb
```

```
13973  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\depend.mk
13974  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\img2brec.sh
13975  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\img2srec.c
13976  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\inca-swap-bytes.c
13977  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\keygen.c
13978  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\logos
13979  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\Makefile
13980  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\Makefile.win32
13981  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\mkimage.c
13982  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\mpc86x_clk.c
13983  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\ncb.c
13984  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\scripts
13985  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\setlocalversion
13986  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\updater
13987  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\badsubmit.php
13988  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\bddb.css
13989  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\brlog.php
13990  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\browse.php
13991  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\config.php
13992  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\create_tables.sql
13993  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\defs.php
13994  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\dodelete.php
13995  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\dodellog.php
13996  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\doedit.php
13997  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\doedlog.php
13998  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\donew.php
13999  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\donewlog.php
14000  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\edit.php
14001  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\edlog.php
14002  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\execute.php
14003  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\index.php
14004  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\new.php
14005  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\newlog.php
14006  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\README
14007  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\easylogo\easylogo.c
14008  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\easylogo\linux_logo.tga
14009  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\easylogo\Makefile
14010  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\easylogo\runme.sh
14011  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\env\fw_env.c
14012  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\env\fw_env.config
14013  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\env\fw_env.h
14014  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\env\fw_env_main.c
14015  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\env\Makefile
14016  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\env\README
14017  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\gdb\error.c
14018  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\gdb\error.h
14019  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\gdb\gdbcont.c
14020  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\gdb\gdbsend.c
14021  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\gdb\Makefile
14022  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\gdb\remote.c
14023  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\gdb\remote.h
14024  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\gdb\serial.c
14025  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\gdb\serial.h
14026  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\logos\denx.bmp
14027  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\scripts\dot.kermrc
14028  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\scripts\flash_param
14029  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\scripts\README
14030  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\scripts\send_cmd
14031  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\scripts\send_image
14032  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\updater\cmd_flash.c
14033  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\updater\ctype.c
14034  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\updater\dummy.c
14035  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\updater\flash.c
14036  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\updater\flash_hw.c
14037  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\updater\junk
14038  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\updater\Makefile
14039  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\updater\ppcstring.S
14040  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\updater\string.c
14041  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\updater\update.c
```

```
14042   GPL.UBNT.v6.1.7\uboot\uboot-xw
14043   GPL.UBNT.v6.1.7\uboot\uboot-xw\.gitignore
14044   GPL.UBNT.v6.1.7\uboot\uboot-xw\.project
14045   GPL.UBNT.v6.1.7\uboot\uboot-xw\arm_config.mk
14046   GPL.UBNT.v6.1.7\uboot\uboot-xw\blackfin_config.mk
14047   GPL.UBNT.v6.1.7\uboot\uboot-xw\board
14048   GPL.UBNT.v6.1.7\uboot\uboot-xw\boot
14049   GPL.UBNT.v6.1.7\uboot\uboot-xw\build_requires
14050   GPL.UBNT.v6.1.7\uboot\uboot-xw\CHANGELOG
14051   GPL.UBNT.v6.1.7\uboot\uboot-xw\common
14052   GPL.UBNT.v6.1.7\uboot\uboot-xw\config.mk
14053   GPL.UBNT.v6.1.7\uboot\uboot-xw\COPYING
14054   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu
14055   GPL.UBNT.v6.1.7\uboot\uboot-xw\CREDITS
14056   GPL.UBNT.v6.1.7\uboot\uboot-xw\disk
14057   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc
14058   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers
14059   GPL.UBNT.v6.1.7\uboot\uboot-xw\dtt
14060   GPL.UBNT.v6.1.7\uboot\uboot-xw\examples
14061   GPL.UBNT.v6.1.7\uboot\uboot-xw\fs
14062   GPL.UBNT.v6.1.7\uboot\uboot-xw\i386_config.mk
14063   GPL.UBNT.v6.1.7\uboot\uboot-xw\include
14064   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_arm
14065   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_blackfin
14066   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap
14067   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic
14068   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386
14069   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_m68k
14070   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_microblaze
14071   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_mips
14072   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios
14073   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios2
14074   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_ppc
14075   GPL.UBNT.v6.1.7\uboot\uboot-xw\m68k_config.mk
14076   GPL.UBNT.v6.1.7\uboot\uboot-xw\MAINTAINERS
14077   GPL.UBNT.v6.1.7\uboot\uboot-xw\MAKEALL
14078   GPL.UBNT.v6.1.7\uboot\uboot-xw\Makefile
14079   GPL.UBNT.v6.1.7\uboot\uboot-xw\microblaze_config.mk
14080   GPL.UBNT.v6.1.7\uboot\uboot-xw\mips_config.mk
14081   GPL.UBNT.v6.1.7\uboot\uboot-xw\mkconfig
14082   GPL.UBNT.v6.1.7\uboot\uboot-xw\net
14083   GPL.UBNT.v6.1.7\uboot\uboot-xw\nios2_config.mk
14084   GPL.UBNT.v6.1.7\uboot\uboot-xw\nios_config.mk
14085   GPL.UBNT.v6.1.7\uboot\uboot-xw\post
14086   GPL.UBNT.v6.1.7\uboot\uboot-xw\ppc_config.mk
14087   GPL.UBNT.v6.1.7\uboot\uboot-xw\README
14088   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc
14089   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools
14090   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\a3000
14091   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\adder
14092   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\adsvix
14093   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\alaska
14094   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera
14095   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc
14096   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amirix
14097   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100
14098   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240
14099   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\armadillo
14100   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\assabet
14101   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\at91rm9200dk
14102   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\atc
14103   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\AtmarkTechno
14104   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\barco
14105   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\bmw
14106   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\c2mon
14107   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\canmb
14108   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds
14109   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cerf250
14110   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cm4008
```

```
14111  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmc_pu2
14112  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmc_pu2
14113  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmi
14114  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cobra5272
14115  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent
14116  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpc45
14117  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpu86
14118  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpu87
14119  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cradle
14120  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cray
14121  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb226
14122  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb272
14123  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb472
14124  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb637
14125  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cu824
14126  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave
14127  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dbau1x00
14128  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\delta
14129  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dnp1110
14130  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec
14131  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk
14132  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep7312
14133  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep8248
14134  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep8260
14135  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep88x
14136  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eric
14137  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd
14138  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esteem192e
14139  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etin
14140  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etx094
14141  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb4510
14142  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260
14143  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eXalion
14144  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\exbitgen
14145  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ezkit533
14146  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\fads
14147  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\flagadm
14148  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\funkwerk
14149  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\g2000
14150  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gcplus
14151  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gen860t
14152  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\genietv
14153  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gth
14154  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gw8260
14155  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hermes
14156  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hidden_dragon
14157  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hmi1001
14158  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod
14159  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icecube
14160  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icu862
14161  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ids8247
14162  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\impa7
14163  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\incaip
14164  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\inka4x0
14165  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\innokom
14166  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorap
14167  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorcp
14168  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ip860
14169  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\iphase4539
14170  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ispan
14171  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ivm
14172  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ixdp425
14173  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\jse
14174  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kb9202
14175  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup
14176  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lantec
14177  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lart
14178  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\LEOX
14179  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\logodl
```

```
14180    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lubbock
14181    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lubbock
14182    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lwmon
14183    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\m5272c3
14184    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\m5282evb
14185    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI
14186    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell
14187    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mbx8xx
14188    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mcc200
14189    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ml2
14190    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\modnet50
14191    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mousse
14192    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mp2usb
14193    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8260ads
14194    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8266ads
14195    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8349ads
14196    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8349emds
14197    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8540ads
14198    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8540eval
14199    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8560ads
14200    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl
14201    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\musenki
14202    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mvblue
14203    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mvs1
14204    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1ads
14205    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1fs2
14206    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\nc650
14207    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netphone
14208    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar
14209    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta
14210    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta2
14211    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netvia
14212    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ns9750dev
14213    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\nx823
14214    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\o2dnt
14215    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap1510inn
14216    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap1610inn
14217    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap2420h4
14218    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap5912osk
14219    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap730p2
14220    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\oxc
14221    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pb1x00
14222    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2
14223    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pleb2
14224    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm520
14225    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm826
14226    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm828
14227    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm854
14228    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm856
14229    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pn62
14230    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ppmc8260
14231    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\prodrive
14232    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\psyent
14233    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\purple
14234    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pxa255_idp
14235    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\quantum
14236    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\r360mpi
14237    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rattler
14238    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rbc823
14239    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rmu
14240    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXClassic
14241    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite
14242    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite_dw
14243    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rpxsuper
14244    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RRvision
14245    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rsdproto
14246    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sacsng
14247    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst
14248    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandpoint
```

```
14249    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc405
14250    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8240
14251    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8260
14252    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8560
14253    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_cdp
14254    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_spunk
14255    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\scb9328
14256    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\shannon
14257    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens
14258    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sixnet
14259    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sl8245
14260    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\smdk2400
14261    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\smdk2410
14262    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\snmc
14263    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sorcery
14264    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\spd8xx
14265    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ssv
14266    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stamp
14267    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stxgp3
14268    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stxxtc
14269    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\svm_sc8xx
14270    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sx1
14271    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tb0229
14272    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\total5200
14273    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm5200
14274    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm8260
14275    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm834x
14276    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm85xx
14277    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm8xx
14278    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab
14279    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\uc100
14280    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\utx8245
14281    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\v37
14282    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\versatile
14283    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\voiceblue
14284    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o
14285    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\wepep250
14286    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\westel
14287    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xaeniax
14288    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx
14289    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xm250
14290    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xpedite1k
14291    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xsengine
14292    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\zpc1900
14293    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\zylonite
14294    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\a3000\a3000.c
14295    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\a3000\config.mk
14296    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\a3000\flash.c
14297    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\a3000\Makefile
14298    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\a3000\README
14299    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\a3000\u-boot.lds
14300    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\adder\adder.c
14301    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\adder\config.mk
14302    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\adder\Makefile
14303    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\adder\u-boot.lds
14304    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\adsvix\adsvix.c
14305    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\adsvix\config.mk
14306    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\adsvix\lowlevel_init.S
14307    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\adsvix\Makefile
14308    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\adsvix\pcmcia.c
14309    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\adsvix\pxavoltage.S
14310    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\adsvix\u-boot.lds
14311    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\alaska\alaska.c
14312    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\alaska\config.mk
14313    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\alaska\flash.c
14314    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\alaska\Makefile
14315    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\alaska\u-boot.lds
14316    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\common
14317    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1c20
```

```
14318    GPL.UBNT.v6.1.7\uboot\uboot-xw\board
14319    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\common\flash.c
14320    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\common\sevenseg.c
14321    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\common\sevenseg.h
14322    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1c20\config.mk
14323    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1c20\dk1c20.c
14324    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1c20\flash.c
14325    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1c20\Makefile
14326    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1c20\misc.c
14327    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1c20\u-boot.lds
14328    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1c20\vectors.S
14329    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1s10\config.mk
14330    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1s10\dk1s10.c
14331    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1s10\flash.c
14332    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1s10\Makefile
14333    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1s10\misc.c
14334    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1s10\u-boot.lds
14335    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1s10\vectors.S
14336    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\bamboo
14337    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\bubinga
14338    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\common
14339    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ebony
14340    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\luan
14341    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ocotea
14342    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\walnut
14343    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\yellowstone
14344    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\yosemite
14345    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\bamboo\bamboo.c
14346    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\bamboo\bamboo.h
14347    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\bamboo\config.mk
14348    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\bamboo\flash.c
14349    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\bamboo\init.S
14350    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\bamboo\Makefile
14351    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\bamboo\u-boot.lds
14352    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\bubinga\bubinga.c
14353    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\bubinga\config.mk
14354    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\bubinga\flash.c
14355    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\bubinga\Makefile
14356    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\bubinga\u-boot.lds
14357    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\common\flash.c
14358    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ebony\config.mk
14359    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ebony\ebony.c
14360    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ebony\flash.c
14361    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ebony\init.S
14362    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ebony\Makefile
14363    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ebony\u-boot.lds
14364    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\luan\config.mk
14365    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\luan\epld.h
14366    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\luan\flash.c
14367    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\luan\init.S
14368    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\luan\luan.c
14369    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\luan\Makefile
14370    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\luan\u-boot.lds
14371    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ocotea\config.mk
14372    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ocotea\flash.c
14373    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ocotea\init.S
14374    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ocotea\Makefile
14375    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ocotea\ocotea.c
14376    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ocotea\ocotea.h
14377    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ocotea\u-boot.lds
14378    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\walnut\config.mk
14379    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\walnut\flash.c
14380    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\walnut\Makefile
14381    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\walnut\u-boot.lds
14382    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\walnut\walnut.c
14383    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\yellowstone\config.mk
14384    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\yellowstone\init.S
14385    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\yellowstone\Makefile
14386    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\yellowstone\u-boot.lds
```

```
14387   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\yosemite\config.mk
14388   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\yosemite\config.mk
14389   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\yosemite\init.S
14390   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\yosemite\Makefile
14391   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\yosemite\u-boot.lds
14392   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\yosemite\yosemite.c
14393   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amirix\ap1000
14394   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amirix\ap1000\ap1000.c
14395   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amirix\ap1000\ap1000.h
14396   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amirix\ap1000\config.mk
14397   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amirix\ap1000\flash.c
14398   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amirix\ap1000\init.S
14399   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amirix\ap1000\Makefile
14400   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amirix\ap1000\pci.c
14401   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amirix\ap1000\powerspan.c
14402   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amirix\ap1000\powerspan.h
14403   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amirix\ap1000\serial.c
14404   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amirix\ap1000\u-boot.lds
14405   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap81
14406   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap83
14407   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap94
14408   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap96
14409   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common
14410   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb42
14411   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb44
14412   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb47
14413   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\tb225
14414   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\tb243
14415   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap81\ap81.c
14416   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap81\config.mk
14417   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap81\flash.c
14418   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap81\Makefile
14419   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap81\u-boot.lds
14420   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap83\ap83.c
14421   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap83\config.mk
14422   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap83\flash.c
14423   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap83\Makefile
14424   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap83\u-boot.lds
14425   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap94\ap94.c
14426   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap94\ap94_pci.c
14427   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap94\athrs26_phy.c
14428   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap94\athrs26_phy.h
14429   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap94\config.mk
14430   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap94\lowlevel_init.S
14431   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap94\Makefile
14432   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap94\u-boot.lds
14433   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap96\ap96.c
14434   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap96\config.mk
14435   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap96\Makefile
14436   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap96\u-boot.lds
14437   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\ar7100_flash.c
14438   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\ar7100_flash.h
14439   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\ar9100_pflash.c
14440   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\athrf1_phy.c
14441   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\athrs16_phy.c
14442   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\athrs16_phy.h
14443   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\athrs26_phy.c
14444   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\athrs26_phy.h
14445   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\athr_phy.h
14446   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\g5e_Plus1_2_29a_unmanaged_Atheros_v3.c
14447   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\g5_Plus1_2_29a_unmanaged_Atheros_v5.c
14448   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\g5_Plus1_2_29b_unmanaged_Atheros_v5.c
14449   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\g5_Plus1_2_31_unmanaged_Atheros_v3.c
14450   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\g5_Plus1_2_31_unmanaged_Atheros_v4.c
14451   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\generic_i2c.c
14452   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\generic_i2c.h
14453   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\generic_spi.c
14454   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\generic_spi.h
14455   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\ipPhy.c
```

```
14456   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\phy.c
14457   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\lowlevel_init.S
14458   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\lowlevel_init_ar9100.S
14459   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\phy.h
14460   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\vsc73xx.c
14461   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\vsc73xx.h
14462   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\vsc8601_phy.c
14463   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\vsc8601_phy.h
14464   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\vsc_phy.c
14465   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb42\config.mk
14466   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb42\flash.c
14467   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb42\Makefile
14468   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb42\pb42.c
14469   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb42\u-boot.lds
14470   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb44\config.mk
14471   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb44\lowlevel_init.S
14472   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb44\Makefile
14473   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb44\pb44.c
14474   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb44\pb44_pci.c
14475   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb44\u-boot-bootstrap.lds
14476   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb44\u-boot.lds
14477   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb47\config.mk
14478   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb47\lowlevel_init.S
14479   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb47\Makefile
14480   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb47\pb47.c
14481   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb47\pb47_pci.c
14482   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb47\u-boot.lds
14483   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\tb225\config.mk
14484   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\tb225\flash.c
14485   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\tb225\Makefile
14486   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\tb225\tb225.c
14487   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\tb225\u-boot.lds
14488   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\tb243\config.mk
14489   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\tb243\Makefile
14490   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\tb243\tb243.c
14491   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\tb243\u-boot.lds
14492   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101
14493   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101-2.6.31
14494   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101-small
14495   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap111
14496   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap111-2.6.31
14497   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap121
14498   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap123
14499   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91
14500   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2MB
14501   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2x8
14502   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-router
14503   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap93
14504   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap93-hgw
14505   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap98
14506   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99
14507   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-2.6.31
14508   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-hgw
14509   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-ivi
14510   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-small
14511   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-test
14512   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ar7240_emu
14513   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common
14514   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\cus136
14515   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\db12x
14516   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\mi93
14517   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\nanobridge-ar9342-ar8035
14518   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb90
14519   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb92
14520   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb93
14521   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x
14522   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x-2.6.31
14523   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x-2x8
14524   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\tb327
```

```
14525    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\wrt54g
14526    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\wrt54g
14527    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101\ap101.c
14528    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101\config.mk
14529    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101\flash.c
14530    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101\Makefile
14531    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101\u-boot.lds
14532    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101-2.6.31\ap101-2.6.31.c
14533    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101-2.6.31\config.mk
14534    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101-2.6.31\flash.c
14535    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101-2.6.31\Makefile
14536    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101-2.6.31\u-boot.lds
14537    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101-small\ap101-small.c
14538    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101-small\config.mk
14539    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101-small\flash.c
14540    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101-small\Makefile
14541    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101-small\u-boot.lds
14542    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap111\ap111.c
14543    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap111\config.mk
14544    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap111\flash.c
14545    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap111\Makefile
14546    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap111\u-boot.lds
14547    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap111-2.6.31\ap111-2.6.31.c
14548    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap111-2.6.31\config.mk
14549    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap111-2.6.31\flash.c
14550    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap111-2.6.31\Makefile
14551    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap111-2.6.31\u-boot.lds
14552    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap121\ap121.c
14553    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap121\config.mk
14554    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap121\flash.c
14555    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap121\hornet_pll_init.S
14556    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap121\Makefile
14557    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap121\u-boot-bootstrap.lds
14558    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap121\u-boot.lds
14559    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap123\ap123.c
14560    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap123\config.mk
14561    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap123\flash.c
14562    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap123\Makefile
14563    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap123\u-boot-bootstrap.lds
14564    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap123\u-boot.lds
14565    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91\ap91.c
14566    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91\ar9285gpio.c
14567    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91\config.mk
14568    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91\flash.c
14569    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91\Makefile
14570    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91\u-boot-bootstrap.lds
14571    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91\u-boot.lds
14572    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2MB\ap91-2MB.c
14573    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2MB\ar9285gpio.c
14574    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2MB\config.mk
14575    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2MB\flash.c
14576    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2MB\Makefile
14577    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2MB\u-boot-bootstrap.lds
14578    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2MB\u-boot.lds
14579    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2x8\ap91-2x8.c
14580    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2x8\config.mk
14581    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2x8\flash.c
14582    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2x8\Makefile
14583    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2x8\u-boot-bootstrap.lds
14584    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2x8\u-boot.lds
14585    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-router\ap91-router.c
14586    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-router\config.mk
14587    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-router\flash.c
14588    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-router\Makefile
14589    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-router\u-boot-bootstrap.lds
14590    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-router\u-boot.lds
14591    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap93\ap93.c
14592    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap93\config.mk
14593    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap93\flash.c
```

```
14594    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap93\Makefile
14595    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap93\u-boot.lds
14596    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap93-hgw\ap93-hgw.c
14597    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap93-hgw\config.mk
14598    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap93-hgw\flash.c
14599    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap93-hgw\Makefile
14600    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap93-hgw\u-boot.lds
14601    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap98\ap98.c
14602    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap98\config.mk
14603    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap98\flash.c
14604    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap98\Makefile
14605    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap98\u-boot-bootstrap.lds
14606    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap98\u-boot.lds
14607    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99\ap99.c
14608    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99\config.mk
14609    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99\flash.c
14610    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99\Makefile
14611    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99\u-boot-bootstrap.lds
14612    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99\u-boot.lds
14613    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-2.6.31\ap99-2.6.31.c
14614    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-2.6.31\config.mk
14615    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-2.6.31\flash.c
14616    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-2.6.31\Makefile
14617    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-2.6.31\u-boot-bootstrap.lds
14618    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-2.6.31\u-boot.lds
14619    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-hgw\ap99-hgw.c
14620    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-hgw\config.mk
14621    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-hgw\flash.c
14622    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-hgw\Makefile
14623    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-hgw\u-boot-bootstrap.lds
14624    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-hgw\u-boot.lds
14625    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-ivi\ap99-ivi.c
14626    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-ivi\config.mk
14627    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-ivi\flash.c
14628    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-ivi\Makefile
14629    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-ivi\u-boot-bootstrap.lds
14630    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-ivi\u-boot.lds
14631    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-small\ap99-small.c
14632    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-small\config.mk
14633    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-small\flash.c
14634    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-small\Makefile
14635    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-small\u-boot.lds
14636    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-test\ap99-test.c
14637    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ar7240_emu\ar7240_emu.c
14638    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ar7240_emu\config.mk
14639    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ar7240_emu\flash.c
14640    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ar7240_emu\Makefile
14641    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ar7240_emu\u-boot.lds
14642    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\ar7240_flash.c
14643    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\ar7240_flash.h
14644    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\ar7240_pci.c
14645    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\ar7240_s26_phy.c
14646    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\ar7240_s26_phy.h
14647    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athr8032_phy.c
14648    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athr8032_phy.h
14649    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athr8035_phy.c
14650    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athr8035_phy.h
14651    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athr8236_phy.c
14652    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athr8236_phy.h
14653    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athrs16_phy.c
14654    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athrs16_phy.h
14655    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athrs17_phy.c
14656    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athrs17_phy.h
14657    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athrsf1_phy.c
14658    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athrsf1_phy.h
14659    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athrsf2_phy.c
14660    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athrs_vir_phy.c
14661    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athr_s27_phy.c
14662    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athr_s27_phy.h
```

```
14663  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\lowlevel_init.S
14664  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\lowlevel_init.S
14665  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\lowlevel_init_934x-1.1.S
14666  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\lowlevel_init_934x.S
14667  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\phy.h
14668  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\ubnt-board.c
14669  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\ubnt-board.h
14670  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\cus136\config.mk
14671  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\cus136\cus136.c
14672  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\cus136\flash.c
14673  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\cus136\Makefile
14674  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\cus136\u-boot.lds
14675  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\db12x\config.mk
14676  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\db12x\db12x.c
14677  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\db12x\flash.c
14678  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\db12x\Makefile
14679  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\db12x\u-boot-bootstrap.lds
14680  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\db12x\u-boot.lds
14681  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\mi93\config.mk
14682  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\mi93\flash.c
14683  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\mi93\Makefile
14684  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\mi93\mi93.c
14685  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\mi93\u-boot.lds
14686  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\nanobridge-ar9342-ar8035\config.mk
14687  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\nanobridge-ar9342-ar8035\flash.c
14688  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\nanobridge-ar9342-ar8035\Makefile
14689  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\nanobridge-ar9342-ar8035\nanobridge-ar9342-ar
       8035.c
14690  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\nanobridge-ar9342-ar8035\u-boot-bootstrap.lds
14691  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\nanobridge-ar9342-ar8035\u-boot.lds
14692  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb90\config.mk
14693  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb90\flash.c
14694  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb90\Makefile
14695  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb90\pb90.c
14696  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb90\u-boot.lds
14697  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb92\config.mk
14698  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb92\flash.c
14699  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb92\Makefile
14700  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb92\pb92.c
14701  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb92\u-boot-bootstrap.lds
14702  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb92\u-boot.lds
14703  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb93\config.mk
14704  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb93\flash.c
14705  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb93\Makefile
14706  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb93\pb93.c
14707  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb93\u-boot.lds
14708  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x\config.mk
14709  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x\flash.c
14710  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x\Makefile
14711  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x\pb9x.c
14712  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x\u-boot-bootstrap.lds
14713  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x\u-boot.lds
14714  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x-2.6.31\config.mk
14715  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x-2.6.31\flash.c
14716  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x-2.6.31\Makefile
14717  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x-2.6.31\pb9x-2.6.31.c
14718  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x-2.6.31\u-boot-bootstrap.lds
14719  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x-2.6.31\u-boot.lds
14720  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x-2x8\config.mk
14721  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x-2x8\flash.c
14722  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x-2x8\Makefile
14723  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x-2x8\pb9x-2x8.c
14724  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x-2x8\u-boot-bootstrap.lds
14725  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x-2x8\u-boot.lds
14726  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\tb327\config.mk
14727  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\tb327\flash.c
14728  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\tb327\Makefile
14729  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\tb327\tb327.c
14730  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\tb327\u-boot.lds
```

```
14731  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\wasp_emu\config.mk
14732  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\wasp_emu\flash.c
14733  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\wasp_emu\Makefile
14734  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\wasp_emu\u-boot.lds
14735  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\wasp_emu\wasp_emu.c
14736  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\wrt54g\config.mk
14737  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\wrt54g\flash.c
14738  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\wrt54g\Makefile
14739  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\wrt54g\u-boot.lds
14740  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\wrt54g\wrt54g.c
14741  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\armadillo\armadillo.c
14742  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\armadillo\config.mk
14743  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\armadillo\flash.c
14744  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\armadillo\lowlevel_init.S
14745  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\armadillo\Makefile
14746  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\armadillo\u-boot.lds
14747  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\assabet\assabet.c
14748  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\assabet\config.mk
14749  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\assabet\Makefile
14750  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\assabet\setup.S
14751  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\assabet\u-boot.lds
14752  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\at91rm9200dk\at45.c
14753  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\at91rm9200dk\at91rm9200dk.c
14754  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\at91rm9200dk\config.mk
14755  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\at91rm9200dk\flash.c
14756  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\at91rm9200dk\Makefile
14757  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\at91rm9200dk\u-boot.lds
14758  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\atc\atc.c
14759  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\atc\config.mk
14760  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\atc\flash.c
14761  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\atc\Makefile
14762  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\atc\u-boot.lds
14763  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\AtmarkTechno\suzaku
14764  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\AtmarkTechno\suzaku\config.mk
14765  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\AtmarkTechno\suzaku\flash.c
14766  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\AtmarkTechno\suzaku\Makefile
14767  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\AtmarkTechno\suzaku\suzaku.c
14768  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\AtmarkTechno\suzaku\u-boot.lds
14769  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\barco\barco.c
14770  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\barco\barco_svc.h
14771  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\barco\config.mk
14772  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\barco\early_init.S
14773  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\barco\flash.c
14774  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\barco\Makefile
14775  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\barco\README
14776  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\barco\speed.h
14777  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\barco\u-boot.lds
14778  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\bmw\bmw.c
14779  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\bmw\bmw.h
14780  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\bmw\config.mk
14781  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\bmw\early_init.S
14782  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\bmw\flash.c
14783  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\bmw\m48t59y.c
14784  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\bmw\m48t59y.h
14785  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\bmw\Makefile
14786  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\bmw\ns16550.c
14787  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\bmw\ns16550.h
14788  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\bmw\README
14789  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\bmw\serial.c
14790  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\bmw\u-boot.lds
14791  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\c2mon\c2mon.c
14792  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\c2mon\config.mk
14793  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\c2mon\flash.c
14794  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\c2mon\Makefile
14795  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\c2mon\u-boot.lds
14796  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\c2mon\u-boot.lds.debug
14797  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\canmb\canmb.c
14798  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\canmb\config.mk
14799  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\canmb\Makefile
```

```
14800    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\canmb\Makefile
14801    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\canmb\u-boot.lds
14802    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\common
14803    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8541cds
14804    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8548cds
14805    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8555cds
14806    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\common\cadmus.c
14807    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\common\cadmus.h
14808    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\common\eeprom.c
14809    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\common\eeprom.h
14810    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8541cds\config.mk
14811    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8541cds\init.S
14812    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8541cds\Makefile
14813    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8541cds\mpc8541cds.c
14814    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8541cds\u-boot.lds
14815    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8548cds\config.mk
14816    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8548cds\init.S
14817    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8548cds\Makefile
14818    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8548cds\mpc8548cds.c
14819    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8548cds\u-boot.lds
14820    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8555cds\config.mk
14821    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8555cds\init.S
14822    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8555cds\Makefile
14823    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8555cds\mpc8555cds.c
14824    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8555cds\u-boot.lds
14825    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cerf250\cerf250.c
14826    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cerf250\config.mk
14827    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cerf250\flash.c
14828    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cerf250\lowlevel_init.S
14829    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cerf250\Makefile
14830    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cerf250\u-boot.lds
14831    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cm4008\cm4008.c
14832    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cm4008\config.mk
14833    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cm4008\flash.c
14834    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cm4008\Makefile
14835    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cm4008\u-boot.lds
14836    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cm41xx\cm41xx.c
14837    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cm41xx\config.mk
14838    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cm41xx\flash.c
14839    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cm41xx\Makefile
14840    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cm41xx\u-boot.lds
14841    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmc_pu2\at45.c
14842    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmc_pu2\cmc_pu2.c
14843    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmc_pu2\config.mk
14844    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmc_pu2\flash.c
14845    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmc_pu2\load_sernum_ethaddr.c
14846    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmc_pu2\Makefile
14847    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmc_pu2\u-boot.lds
14848    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmi\cmi.c
14849    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmi\config.mk
14850    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmi\flash.c
14851    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmi\Makefile
14852    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmi\u-boot.lds
14853    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cobra5272\bdm
14854    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cobra5272\cobra5272.c
14855    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cobra5272\config.mk
14856    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cobra5272\flash.c
14857    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cobra5272\Makefile
14858    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cobra5272\u-boot.lds
14859    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cobra5272\bdm\cobra5272_uboot.gdb
14860    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cobra5272\bdm\gdbinit.reset
14861    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cobra5272\bdm\load-cobra_uboot
14862    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cobra5272\bdm\reset
14863    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\config.mk
14864    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\dipsw.c
14865    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\dipsw.h
14866    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\flash.c
14867    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\flash.h
14868    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\kbm.c
```

```
14869    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\lcd.c
14870    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\lcd.c
14871    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\lcd.h
14872    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\Makefile
14873    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\mb.c
14874    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\mb.h
14875    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\par.c
14876    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\par.h
14877    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\pci.c
14878    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\pci.h
14879    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\README
14880    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\README.cma286
14881    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\rtc.c
14882    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\rtc.h
14883    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\serial.c
14884    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\serial.h
14885    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\u-boot.lds
14886    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\u-boot.lds.debug
14887    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpc45\config.mk
14888    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpc45\cpc45.c
14889    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpc45\flash.c
14890    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpc45\Makefile
14891    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpc45\pd67290.c
14892    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpc45\plx9030.c
14893    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpc45\u-boot.lds
14894    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpu86\config.mk
14895    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpu86\cpu86.c
14896    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpu86\cpu86.h
14897    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpu86\flash.c
14898    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpu86\Makefile
14899    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpu86\u-boot.lds
14900    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpu87\config.mk
14901    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpu87\cpu87.c
14902    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpu87\cpu87.h
14903    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpu87\flash.c
14904    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpu87\Makefile
14905    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpu87\u-boot.lds
14906    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cradle\config.mk
14907    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cradle\cradle.c
14908    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cradle\flash.c
14909    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cradle\lowlevel_init.S
14910    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cradle\Makefile
14911    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cradle\u-boot.lds
14912    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cray\L1
14913    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cray\L1\bootscript.hush
14914    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cray\L1\config.mk
14915    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cray\L1\flash.c
14916    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cray\L1\init.S
14917    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cray\L1\L1.c
14918    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cray\L1\L1.h
14919    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cray\L1\Makefile
14920    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cray\L1\patchme
14921    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cray\L1\u-boot.lds
14922    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cray\L1\u-boot.lds.debug
14923    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cray\L1\x2c.awk
14924    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb226\config.mk
14925    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb226\csb226.c
14926    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb226\flash.c
14927    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb226\lowlevel_init.S
14928    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb226\Makefile
14929    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb226\u-boot.lds
14930    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb272\config.mk
14931    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb272\csb272.c
14932    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb272\init.S
14933    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb272\Makefile
14934    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb272\u-boot.lds
14935    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb472\config.mk
14936    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb472\csb472.c
14937    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb472\init.S
```

```
14938    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb472\u-boot.lds
14939    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb472\u-boot.lds
14940    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb637\config.mk
14941    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb637\csb637.c
14942    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb637\Makefile
14943    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb637\u-boot.lds
14944    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cu824\config.mk
14945    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cu824\cu824.c
14946    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cu824\flash.c
14947    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cu824\Makefile
14948    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cu824\README
14949    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cu824\u-boot.lds
14950    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\B2
14951    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\common
14952    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\PPChameleonEVB
14953    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\B2\B2.c
14954    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\B2\config.mk
14955    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\B2\flash.c
14956    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\B2\lowlevel_init.S
14957    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\B2\Makefile
14958    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\B2\u-boot.lds
14959    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\common\flash.c
14960    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\common\fpga.c
14961    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\common\pci.c
14962    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\PPChameleonEVB\config.mk
14963    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\PPChameleonEVB\flash.c
14964    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\PPChameleonEVB\fpgadata.c
14965    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\PPChameleonEVB\Makefile
14966    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\PPChameleonEVB\nand.c
14967    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\PPChameleonEVB\PPChameleonEVB.c
14968    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\PPChameleonEVB\u-boot.lds
14969    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dbau1x00\config.mk
14970    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dbau1x00\dbau1x00.c
14971    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dbau1x00\flash.c
14972    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dbau1x00\lowlevel_init.S
14973    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dbau1x00\Makefile
14974    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dbau1x00\README
14975    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dbau1x00\u-boot.lds
14976    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\delta\config.mk
14977    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\delta\delta.c
14978    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\delta\lowlevel_init.S
14979    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\delta\Makefile
14980    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\delta\nand.c
14981    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\delta\u-boot.lds
14982    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dnp1110\config.mk
14983    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dnp1110\dnp1110.c
14984    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dnp1110\flash.c
14985    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dnp1110\lowlevel_init.S
14986    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dnp1110\Makefile
14987    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dnp1110\u-boot.lds
14988    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\bab7xx
14989    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\elppc
14990    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\mhpc
14991    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\bab7xx\asm_init.S
14992    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\bab7xx\bab7xx.c
14993    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\bab7xx\config.mk
14994    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\bab7xx\dc_srom.c
14995    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\bab7xx\el_srom.c
14996    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\bab7xx\flash.c
14997    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\bab7xx\l2cache.c
14998    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\bab7xx\Makefile
14999    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\bab7xx\misc.c
15000    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\bab7xx\pci.c
15001    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\bab7xx\srom.h
15002    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\bab7xx\u-boot.lds
15003    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\elppc\asm_init.S
15004    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\elppc\config.mk
15005    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\elppc\eepro100_srom.c
15006    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\elppc\elppc.c
```

```
15007  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\elppc\misc.c
15008  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\elppc\Makefile
15009  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\elppc\misc.c
15010  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\elppc\mpc107_i2c.c
15011  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\elppc\pci.c
15012  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\elppc\srom.h
15013  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\elppc\u-boot.lds
15014  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\mhpc\config.mk
15015  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\mhpc\flash.c
15016  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\mhpc\Makefile
15017  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\mhpc\mhpc.c
15018  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\mhpc\u-boot.lds
15019  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\mhpc\u-boot.lds.debug
15020  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\common
15021  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\top5200
15022  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\top860
15023  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\common\am79c874.c
15024  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\common\flash.c
15025  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\common\vpd.c
15026  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\top5200\config.mk
15027  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\top5200\Makefile
15028  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\top5200\top5200.c
15029  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\top5200\u-boot.lds
15030  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\top860\config.mk
15031  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\top860\Makefile
15032  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\top860\top860.c
15033  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\top860\u-boot.lds
15034  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\top860\u-boot.lds.debug
15035  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep7312\config.mk
15036  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep7312\ep7312.c
15037  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep7312\flash.c
15038  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep7312\lowlevel_init.S
15039  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep7312\Makefile
15040  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep7312\u-boot.lds
15041  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep8248\config.mk
15042  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep8248\ep8248.c
15043  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep8248\Makefile
15044  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep8248\u-boot.lds
15045  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep8260\config.mk
15046  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep8260\ep8260.c
15047  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep8260\ep8260.h
15048  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep8260\flash.c
15049  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep8260\Makefile
15050  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep8260\mii_phy.c
15051  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep8260\u-boot.lds
15052  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep88x\config.mk
15053  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep88x\ep88x.c
15054  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep88x\Makefile
15055  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep88x\u-boot.lds
15056  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eric\config.mk
15057  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eric\eric.c
15058  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eric\eric.h
15059  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eric\flash.c
15060  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eric\init.S
15061  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eric\Makefile
15062  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eric\u-boot.lds
15063  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\adciop
15064  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\apc405
15065  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ar405
15066  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ash405
15067  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\canbt
15068  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cms700
15069  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common
15070  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci2dp
15071  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci405
15072  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci440
15073  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci5200
15074  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750
15075  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpciiser4
```

```
15076  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dasa_sim
15077  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dp405
15078  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\du405
15079  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hh405
15080  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hub405
15081  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ocrtc
15082  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pci405
15083  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pf5200
15084  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\plu405
15085  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pmc405
15086  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\tasreg
15087  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\voh405
15088  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\vom405
15089  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\wuh405
15090  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\adciop\adciop.c
15091  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\adciop\adciop.h
15092  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\adciop\config.mk
15093  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\adciop\flash.c
15094  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\adciop\Makefile
15095  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\adciop\u-boot.lds
15096  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\apc405\apc405.c
15097  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\apc405\config.mk
15098  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\apc405\fpgadata.c
15099  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\apc405\logo_640_480_24bpp.c
15100  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\apc405\Makefile
15101  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\apc405\strataflash.c
15102  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\apc405\u-boot.lds
15103  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ar405\ar405.c
15104  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ar405\ar405.h
15105  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ar405\config.mk
15106  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ar405\flash.c
15107  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ar405\fpgadata.c
15108  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ar405\fpgadata_xl30.c
15109  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ar405\Makefile
15110  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ar405\u-boot.lds
15111  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ash405\ash405.c
15112  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ash405\config.mk
15113  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ash405\flash.c
15114  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ash405\fpgadata.c
15115  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ash405\Makefile
15116  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ash405\u-boot.lds
15117  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\canbt\canbt.c
15118  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\canbt\canbt.h
15119  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\canbt\config.mk
15120  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\canbt\flash.c
15121  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\canbt\fpgadata.c
15122  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\canbt\Makefile
15123  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\canbt\u-boot.lds
15124  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cms700\cms700.c
15125  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cms700\config.mk
15126  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cms700\flash.c
15127  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cms700\fpgadata.c
15128  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cms700\Makefile
15129  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cms700\u-boot.lds
15130  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\auto_update.c
15131  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\auto_update.h
15132  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\cmd_loadpci.c
15133  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\flash.c
15134  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\fpga.c
15135  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\lcd.c
15136  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\lcd.h
15137  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\misc.c
15138  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\pci.c
15139  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\s1d13704_320_240_4bpp.h
15140  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\s1d13705_320_240_8bpp.h
15141  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\s1d13806_1024_768_8bpp.h
15142  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\s1d13806_320_240_4bpp.h
15143  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\s1d13806_640_480_16bpp.h
15144  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\s1d13806_640_480_8bpp.h
```

```
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\xilinx_jtag\lenval.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\xilinx_jtag\lenval.h
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\xilinx_jtag\micro.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\xilinx_jtag\micro.h
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\xilinx_jtag\ports.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\xilinx_jtag\ports.h
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci2dp\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci2dp\cpci2dp.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci2dp\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci2dp\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci2dp\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci405\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci405\cpci405.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci405\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci405\fpgadata_cpci405.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci405\fpgadata_cpci4052.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci405\fpgadata_cpci405ab.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci405\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci405\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci440\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci440\cpci440.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci440\init.S
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci440\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci440\strataflash.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci440\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci5200\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci5200\cpci5200.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci5200\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci5200\mt46v16m16-75.h
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci5200\strataflash.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci5200\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\64360.h
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\cpci750.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\eth.h
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\i2c.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\i2c.h
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\ide.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\local.h
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\misc.S
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\mpsc.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\mpsc.h
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\mv_eth.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\mv_eth.h
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\mv_regs.h
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\pci.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\sdram_init.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\serial.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\serial.h
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpciiser4\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpciiser4\cpciiser4.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpciiser4\cpciiser4.h
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpciiser4\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpciiser4\fpgadata.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpciiser4\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpciiser4\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dasa_sim\cmd_dasa_sim.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dasa_sim\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dasa_sim\dasa_sim.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dasa_sim\dasa_sim.h
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dasa_sim\eeprom.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dasa_sim\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dasa_sim\fpgadata.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dasa_sim\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dasa_sim\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dp405\config.mk
```

```
15214  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dp405\dp405.c
15215  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dp405\flash.c
15216  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dp405\fpgadata.c
15217  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dp405\Makefile
15218  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dp405\u-boot.lds
15219  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\du405\config.mk
15220  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\du405\du405.c
15221  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\du405\du405.h
15222  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\du405\flash.c
15223  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\du405\fpgadata.c
15224  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\du405\Makefile
15225  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\du405\u-boot.lds
15226  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hh405\config.mk
15227  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hh405\flash.c
15228  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hh405\fpgadata.c
15229  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hh405\hh405.c
15230  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hh405\logo_1024_768_8bpp.c
15231  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hh405\logo_320_240_4bpp.c
15232  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hh405\logo_320_240_8bpp.c
15233  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hh405\logo_640_480_24bpp.c
15234  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hh405\Makefile
15235  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hh405\u-boot.lds
15236  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hub405\config.mk
15237  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hub405\flash.c
15238  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hub405\hub405.c
15239  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hub405\Makefile
15240  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hub405\u-boot.lds
15241  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ocrtc\cmd_ocrtc.c
15242  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ocrtc\config.mk
15243  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ocrtc\flash.c
15244  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ocrtc\Makefile
15245  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ocrtc\ocrtc.c
15246  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ocrtc\ocrtc.h
15247  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ocrtc\u-boot.lds
15248  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pci405\cmd_pci405.c
15249  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pci405\config.mk
15250  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pci405\flash.c
15251  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pci405\fpgadata.c
15252  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pci405\Makefile
15253  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pci405\pci405.c
15254  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pci405\pci405.h
15255  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pci405\u-boot.lds
15256  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pci405\writeibm.S
15257  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pf5200\config.mk
15258  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pf5200\flash.c
15259  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pf5200\Makefile
15260  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pf5200\mt46v16m16-75.h
15261  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pf5200\pf5200.c
15262  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pf5200\u-boot.lds
15263  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\plu405\config.mk
15264  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\plu405\flash.c
15265  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\plu405\fpgadata.c
15266  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\plu405\Makefile
15267  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\plu405\plu405.c
15268  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\plu405\u-boot.lds
15269  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pmc405\config.mk
15270  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pmc405\fpgadata.c
15271  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pmc405\Makefile
15272  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pmc405\pmc405.c
15273  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pmc405\u-boot.lds
15274  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\tasreg\config.mk
15275  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\tasreg\flash.c
15276  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\tasreg\fpgadata.c
15277  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\tasreg\Makefile
15278  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\tasreg\tasreg.c
15279  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\tasreg\u-boot.lds
15280  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\voh405\config.mk
15281  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\voh405\flash.c
15282  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\voh405\fpgadata.c
```

```
15283    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\voh405\logo_640_480_24bpp.c
15284    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\voh405\logo_640_480_24bpp.c
15285    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\voh405\Makefile
15286    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\voh405\u-boot.lds
15287    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\voh405\voh405.c
15288    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\vom405\config.mk
15289    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\vom405\flash.c
15290    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\vom405\fpgadata.c
15291    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\vom405\Makefile
15292    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\vom405\u-boot.lds
15293    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\vom405\vom405.c
15294    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\wuh405\config.mk
15295    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\wuh405\flash.c
15296    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\wuh405\fpgadata.c
15297    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\wuh405\Makefile
15298    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\wuh405\u-boot.lds
15299    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\wuh405\wuh405.c
15300    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esteem192e\config.mk
15301    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esteem192e\esteem192e.c
15302    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esteem192e\flash.c
15303    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esteem192e\Makefile
15304    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esteem192e\u-boot.lds
15305    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etin\debris
15306    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etin\debris\config.mk
15307    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etin\debris\debris.c
15308    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etin\debris\flash.c
15309    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etin\debris\Makefile
15310    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etin\debris\phantom.c
15311    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etin\debris\speed.h
15312    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etin\debris\u-boot.lds
15313    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etx094\config.mk
15314    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etx094\etx094.c
15315    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etx094\flash.c
15316    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etx094\Makefile
15317    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etx094\u-boot.lds
15318    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etx094\u-boot.lds.debug
15319    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb4510\config.mk
15320    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb4510\evb4510.c
15321    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb4510\flash.c
15322    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb4510\lowlevel_init.S
15323    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb4510\Makefile
15324    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb4510\u-boot.lds
15325    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\64260.h
15326    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\bootseq.txt
15327    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\config.mk
15328    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\ecctest.c
15329    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\eth.c
15330    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\eth.h
15331    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\eth_addrtbl.c
15332    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\eth_addrtbl.h
15333    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\evb64260.c
15334    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\flash.c
15335    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\i2c.c
15336    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\i2c.h
15337    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\intel_flash.c
15338    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\intel_flash.h
15339    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\local.h
15340    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\Makefile
15341    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\memory.c
15342    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\misc.S
15343    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\mpsc.c
15344    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\mpsc.h
15345    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\pci.c
15346    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\sdram_init.c
15347    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\serial.c
15348    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\serial.h
15349    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\u-boot.lds
15350    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\zuma_pbb.c
15351    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\zuma_pbb.h
```

```
15352  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\zuma_pbb_mbox.h
15353  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eXalion\config.mk
15354  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eXalion\eXalion.c
15355  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eXalion\eXalion.h
15356  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eXalion\Makefile
15357  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eXalion\piix_pci.h
15358  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eXalion\u-boot.lds
15359  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\exbitgen\config.mk
15360  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\exbitgen\exbitgen.c
15361  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\exbitgen\exbitgen.h
15362  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\exbitgen\flash.c
15363  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\exbitgen\init.S
15364  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\exbitgen\Makefile
15365  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\exbitgen\u-boot.lds
15366  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ezkit533\config.mk
15367  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ezkit533\ezkit533.c
15368  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ezkit533\flash-defines.h
15369  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ezkit533\flash.c
15370  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ezkit533\Makefile
15371  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ezkit533\psd4256.h
15372  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ezkit533\u-boot.lds
15373  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\fads\config.mk
15374  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\fads\fads.c
15375  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\fads\fads.h
15376  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\fads\flash.c
15377  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\fads\lamp.c
15378  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\fads\Makefile
15379  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\fads\u-boot.lds
15380  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\fads\u-boot.lds.debug
15381  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\flagadm\config.mk
15382  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\flagadm\flagadm.c
15383  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\flagadm\flash.c
15384  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\flagadm\Makefile
15385  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\flagadm\u-boot.lds
15386  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\flagadm\u-boot.lds.debug
15387  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\funkwerk\vovpn-gw
15388  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\funkwerk\vovpn-gw\config.mk
15389  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\funkwerk\vovpn-gw\flash.c
15390  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\funkwerk\vovpn-gw\m88e6060.c
15391  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\funkwerk\vovpn-gw\m88e6060.h
15392  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\funkwerk\vovpn-gw\Makefile
15393  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\funkwerk\vovpn-gw\u-boot.lds
15394  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\funkwerk\vovpn-gw\vovpn-gw.c
15395  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\g2000\config.mk
15396  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\g2000\g2000.c
15397  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\g2000\Makefile
15398  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\g2000\strataflash.c
15399  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\g2000\u-boot.lds
15400  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gcplus\config.mk
15401  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gcplus\flash.c
15402  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gcplus\gcplus.c
15403  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gcplus\lowlevel_init.S
15404  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gcplus\Makefile
15405  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gcplus\u-boot.lds
15406  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gen860t\beeper.c
15407  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gen860t\beeper.h
15408  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gen860t\config.mk
15409  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gen860t\flash.c
15410  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gen860t\fpga.c
15411  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gen860t\fpga.h
15412  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gen860t\gen860t.c
15413  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gen860t\ioport.c
15414  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gen860t\ioport.h
15415  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gen860t\Makefile
15416  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gen860t\README
15417  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gen860t\u-boot-flashenv.lds
15418  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gen860t\u-boot.lds
15419  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\genietv\config.mk
```

```
15421    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\genietv\genietv.c
15422    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\genietv\genietv.c
15423    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\genietv\genietv.h
15424    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\genietv\Makefile
15425    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\genietv\u-boot.lds
15426    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\genietv\u-boot.lds.debug
15427    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gth\config.mk
15428    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gth\ee_access.c
15429    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gth\ee_access.h
15430    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gth\ee_dev.h
15431    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gth\flash.c
15432    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gth\gth.c
15433    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gth\Makefile
15434    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gth\README
15435    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gth\u-boot.lds
15436    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gw8260\config.mk
15437    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gw8260\flash.c
15438    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gw8260\gw8260.c
15439    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gw8260\Makefile
15440    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gw8260\u-boot.lds
15441    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hermes\config.mk
15442    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hermes\flash.c
15443    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hermes\hermes.c
15444    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hermes\Makefile
15445    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hermes\u-boot.lds
15446    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hermes\u-boot.lds.debug
15447    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hidden_dragon\config.mk
15448    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hidden_dragon\early_init.S
15449    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hidden_dragon\flash.c
15450    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hidden_dragon\hidden_dragon.c
15451    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hidden_dragon\Makefile
15452    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hidden_dragon\README
15453    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hidden_dragon\speed.h
15454    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hidden_dragon\u-boot.lds
15455    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hmi1001\config.mk
15456    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hmi1001\hmi1001.c
15457    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hmi1001\Makefile
15458    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hmi1001\u-boot.lds
15459    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod\bsp.c
15460    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod\config.mk
15461    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod\eeprom.c
15462    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod\env.c
15463    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod\fetch.c
15464    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod\flash.c
15465    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod\flash.h
15466    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod\global_env
15467    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod\hymod.c
15468    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod\hymod.h
15469    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod\input.c
15470    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod\Makefile
15471    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod\u-boot.lds
15472    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod\u-boot.lds.debug
15473    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icecube\config.mk
15474    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icecube\flash.c
15475    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icecube\icecube.c
15476    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icecube\Makefile
15477    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icecube\mt46v16m16-75.h
15478    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icecube\mt46v32m16.h
15479    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icecube\mt48lc16m16a2-75.h
15480    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icecube\u-boot.lds
15481    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icu862\config.mk
15482    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icu862\flash.c
15483    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icu862\icu862.c
15484    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icu862\Makefile
15485    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icu862\u-boot.lds
15486    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icu862\u-boot.lds.debug
15487    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ids8247\config.mk
15488    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ids8247\flash.c
15489    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ids8247\ids8247.c
```

```
15490    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ids8247\u-boot.lds
15491    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ids8247\u-boot.lds
15492    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\impa7\config.mk
15493    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\impa7\flash.c
15494    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\impa7\impa7.c
15495    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\impa7\lowlevel_init.S
15496    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\impa7\Makefile
15497    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\impa7\u-boot.lds
15498    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\incaip\config.mk
15499    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\incaip\flash.c
15500    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\incaip\incaip.c
15501    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\incaip\lowlevel_init.S
15502    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\incaip\Makefile
15503    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\incaip\u-boot.lds
15504    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\inka4x0\config.mk
15505    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\inka4x0\flash.c
15506    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\inka4x0\inka4x0.c
15507    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\inka4x0\Makefile
15508    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\inka4x0\mt46v16m16-75.h
15509    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\inka4x0\mt48lc16m16a2-75.h
15510    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\inka4x0\u-boot.lds
15511    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\innokom\config.mk
15512    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\innokom\flash.c
15513    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\innokom\innokom.c
15514    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\innokom\lowlevel_init.S
15515    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\innokom\Makefile
15516    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\innokom\u-boot.lds
15517    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorap\config.mk
15518    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorap\flash.c
15519    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorap\integratorap.c
15520    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorap\lowlevel_init.S
15521    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorap\Makefile
15522    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorap\memsetup.S
15523    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorap\split_by_variant.sh
15524    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorap\u-boot.lds.template
15525    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorcp\config.mk
15526    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorcp\flash.c
15527    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorcp\integratorcp.c
15528    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorcp\lowlevel_init.S
15529    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorcp\Makefile
15530    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorcp\memsetup.S
15531    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorcp\split_by_variant.sh
15532    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorcp\u-boot.lds.template
15533    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ip860\config.mk
15534    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ip860\flash.c
15535    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ip860\ip860.c
15536    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ip860\Makefile
15537    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ip860\u-boot.lds
15538    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ip860\u-boot.lds.debug
15539    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\iphase4539\config.mk
15540    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\iphase4539\flash.c
15541    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\iphase4539\iphase4539.c
15542    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\iphase4539\Makefile
15543    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\iphase4539\u-boot.lds
15544    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ispan\config.mk
15545    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ispan\ispan.c
15546    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ispan\Makefile
15547    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ispan\u-boot.lds
15548    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ivm\config.mk
15549    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ivm\flash.c
15550    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ivm\ivm.c
15551    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ivm\Makefile
15552    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ivm\u-boot.lds
15553    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ivm\u-boot.lds.debug
15554    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ixdp425\config.mk
15555    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ixdp425\flash.c
15556    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ixdp425\ixdp425.c
15557    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ixdp425\Makefile
15558    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ixdp425\u-boot.lds
```

```
15559  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\jse\flash.c
15560  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\jse\flash.c
15561  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\jse\host_bridge.c
15562  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\jse\init.S
15563  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\jse\jse.c
15564  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\jse\jse_priv.h
15565  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\jse\Makefile
15566  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\jse\README.txt
15567  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\jse\sdram.c
15568  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\jse\u-boot.lds
15569  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kb9202\config.mk
15570  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kb9202\kb9202.c
15571  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kb9202\Makefile
15572  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kb9202\u-boot.lds
15573  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\common
15574  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\kup4k
15575  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\kup4x
15576  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\Makefile
15577  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\common\flash.c
15578  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\common\kup.c
15579  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\common\kup.h
15580  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\common\load_sernum_ethaddr.c
15581  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\kup4k\config.mk
15582  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\kup4k\kup4k.c
15583  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\kup4k\Makefile
15584  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\kup4k\sld13706.h
15585  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\kup4k\u-boot.lds
15586  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\kup4k\u-boot.lds.debug
15587  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\kup4x\config.mk
15588  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\kup4x\kup4x.c
15589  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\kup4x\Makefile
15590  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\kup4x\u-boot.lds
15591  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\kup4x\u-boot.lds.debug
15592  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lantec\config.mk
15593  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lantec\flash.c
15594  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lantec\lantec.c
15595  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lantec\Makefile
15596  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lantec\u-boot.lds
15597  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lantec\u-boot.lds.debug
15598  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lart\config.mk
15599  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lart\flash.c
15600  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lart\flashasm.S
15601  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lart\lart.c
15602  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lart\lowlevel_init.S
15603  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lart\Makefile
15604  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lart\u-boot.lds
15605  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\LEOX\elpt860
15606  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\LEOX\elpt860\config.mk
15607  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\LEOX\elpt860\elpt860.c
15608  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\LEOX\elpt860\flash.c
15609  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\LEOX\elpt860\Makefile
15610  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\LEOX\elpt860\README.LEOX
15611  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\LEOX\elpt860\u-boot.lds
15612  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\LEOX\elpt860\u-boot.lds.debug
15613  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\logodl\config.mk
15614  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\logodl\flash.c
15615  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\logodl\logodl.c
15616  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\logodl\lowlevel_init.S
15617  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\logodl\Makefile
15618  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\logodl\u-boot.lds
15619  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lpd7a40x\config.mk
15620  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lpd7a40x\flash.c
15621  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lpd7a40x\lowlevel_init.S
15622  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lpd7a40x\lpd7a40x.c
15623  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lpd7a40x\Makefile
15624  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lpd7a40x\u-boot.lds
15625  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lubbock\config.mk
15626  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lubbock\flash.c
15627  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lubbock\lowlevel_init.S
```

```
15628   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lubbock\Makefile
15629   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lubbock\Makefile
15630   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lubbock\u-boot.lds
15631   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lwmon\config.mk
15632   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lwmon\flash.c
15633   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lwmon\lwmon.c
15634   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lwmon\Makefile
15635   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lwmon\README.keybd
15636   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lwmon\u-boot.lds
15637   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lwmon\u-boot.lds.debug
15638   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\m5272c3\config.mk
15639   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\m5272c3\flash.c
15640   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\m5272c3\m5272c3.c
15641   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\m5272c3\Makefile
15642   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\m5272c3\u-boot.lds
15643   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\m5282evb\config.mk
15644   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\m5282evb\flash.c
15645   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\m5282evb\m5282evb.c
15646   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\m5282evb\Makefile
15647   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\m5282evb\u-boot.lds
15648   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE
15649   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator
15650   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\menu
15651   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\AmigaOneG3SE.c
15652   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\articiaS.c
15653   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\articiaS.h
15654   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\articiaS_pci.c
15655   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\board_asm_init.S
15656   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\cmd_boota.c
15657   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\config.mk
15658   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\enet.c
15659   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\flash.c
15660   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\flash_new.c
15661   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\i8259.c
15662   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\i8259.h
15663   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\interrupts.c
15664   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\macros.h
15665   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\Makefile
15666   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\memio.h
15667   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\memio.S
15668   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\memory_dump
15669   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\nvram.c
15670   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\ps2kbd.c
15671   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\ps2kbd.h
15672   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\serial.c
15673   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\short_types.h
15674   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\smbus.c
15675   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\smbus.h
15676   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\start.txt
15677   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\todo.txt
15678   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\u-boot.lds
15679   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\usb_uhci.c
15680   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\usb_uhci.h
15681   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\via686.c
15682   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\via686.h
15683   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\video.c
15684   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\bios.c
15685   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\glue.c
15686   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\glue.h
15687   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech
15688   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\x86interface.c
15689   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin
15690   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux
15691   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include
15692   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib
15693   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs
15694   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src
15695   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc31-d16.bat
15696   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc45-c32.bat
```

```
15697  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc45-d16.bat
15698  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc45-d32.bat
15699  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc45-snp.bat
15700  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc45-tnt.bat
15701  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc45-vxd.bat
15702  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc45-w16.bat
15703  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc45-w32.bat
15704  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc50-c32.bat
15705  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc50-d16.bat
15706  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc50-d32.bat
15707  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc50-smx.bat
15708  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc50-snp.bat
15709  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc50-tnt.bat
15710  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc50-vxd.bat
15711  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc50-w16.bat
15712  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc50-w32.bat
15713  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc50-x11.bat
15714  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bcb5-c32.bat
15715  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bcb5-d16.bat
15716  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bcb5-d32.bat
15717  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bcb5-smx.bat
15718  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bcb5-snp.bat
15719  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bcb5-tnt.bat
15720  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bcb5-vxd.bat
15721  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bcb5-w16.bat
15722  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bcb5-w32.bat
15723  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bcb5-x11.bat
15724  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\build
15725  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\build.bat
15726  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\build_db.bat
15727  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\build_it.bat
15728  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\cddrv.bat
15729  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\cdit
15730  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\cdit.bat
15731  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\djgpp.env
15732  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\djgpp_db.env
15733  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\findint3.bat
15734  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\gcc-beos.sh
15735  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\gcc-freebsd.sh
15736  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\gcc-linux.sh
15737  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\gcc2-c32.bat
15738  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\gcc2-dos.bat
15739  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\gcc2-linux.bat
15740  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\gcc2-w32.bat
15741  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\makelib.bat
15742  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\meltobjs.sh
15743  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\ntddk.bat
15744  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\qnx4.sh
15745  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\qnxnto.sh
15746  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\set-vars-beos.sh
15747  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\set-vars-freebsd.sh
15748  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\set-vars-linux.sh
15749  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\set-vars-qnx.sh
15750  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\set-vars.bat
15751  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc40-c32.bat
15752  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc40-d16.bat
15753  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc40-drv9x.bat
15754  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc40-drvnt.bat
15755  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc40-snp.bat
15756  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc40-tnt.bat
15757  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc40-w16.bat
15758  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc40-w32.bat
15759  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc40-x11.bat
15760  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc50-c32.bat
15761  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc50-d16.bat
15762  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc50-drv9x.bat
15763  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc50-drvnt.bat
15764  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc50-rtt.bat
15765  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc50-snp.bat
```

```
15766   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc50-w16.bat
15767   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc50-w16.bat
15768   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc50-w32.bat
15769   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc50-x11.bat
15770   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc60-c32.bat
15771   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc60-d16.bat
15772   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc60-drv9x.bat
15773   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc60-drvnt.bat
15774   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc60-drvw2k.bat
15775   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc60-snp.bat
15776   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc60-tnt.bat
15777   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc60-w16.bat
15778   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc60-w32.bat
15779   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc60-x11.bat
15780   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\w2kddk.bat
15781   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10-c32.bat
15782   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10-d16.bat
15783   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10-d32.bat
15784   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10-o16.bat
15785   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10-o32.bat
15786   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10-p32.bat
15787   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10-qnx.bat
15788   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10-snp.bat
15789   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10-tnt.bat
15790   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10-w16.bat
15791   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10-w32.bat
15792   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10-x11.bat
15793   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10ac32.bat
15794   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10ad16.bat
15795   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10ad32.bat
15796   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10ao16.bat
15797   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10ao32.bat
15798   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10ap32.bat
15799   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10asnp.bat
15800   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10atnt.bat
15801   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10aw16.bat
15802   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10aw32.bat
15803   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc11-c32.bat
15804   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc11-d16.bat
15805   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc11-d32.bat
15806   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc11-o16.bat
15807   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc11-o32.bat
15808   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc11-p32.bat
15809   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc11-qnx.bat
15810   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc11-snp.bat
15811   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc11-tnt.bat
15812   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc11-w16.bat
15813   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc11-w32.bat
15814   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc11-x11.bat
15815   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\win32sdk.bat
15816   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux\glibc
15817   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux\libc
15818   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux\glibc\dmake
15819   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux\glibc\k_cp
15820   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux\glibc\k_echo
15821   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux\glibc\k_rm
15822   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux\glibc\makedep
15823   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux\glibc\nasm
15824   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux\glibc\ndisasm
15825   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux\glibc\trans
15826   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux\libc\dmake
15827   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux\libc\nasm
15828   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux\libc\ndisasm
15829   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux\libc\trans
15830   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\biosemu.h
15831   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\event.h
15832   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\mtrr.h
15833   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\pcilib.h
15834   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\pmapi.h
```

```
15835    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\pmint.h
15836    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\pm_help.h
15837    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\pm_wctl.h
15838    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\scitech.h
15839    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\scitech.mac
15840    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\x86emu
15841    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\x86emu.h
15842    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\x86emu\fpu_regs.h
15843    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\x86emu\regs.h
15844    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\x86emu\types.h
15845    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib\debug
15846    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib\release
15847    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib\debug\linux
15848    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc
15849    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\glibc
15850    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\libc
15851    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\glibc\
         readme.txt
15852    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\libc\r
         eadme.txt
15853    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib\release\linux
15854    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib\release\linux\gcc
15855    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\glib
         c
15856    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\libc
15857    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\glib
         c\readme.txt
15858    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\libc
         \readme.txt
15859    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\bc16.mk
15860    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\bc3.mk
15861    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\bc32.mk
15862    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\bcos2.mk
15863    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\cl16.mk
15864    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\cl386.mk
15865    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\common.mk
15866    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\emx.mk
15867    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\gcc_beos.mk
15868    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\gcc_dos.mk
15869    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\gcc_freebsd.mk
15870    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\gcc_linux.mk
15871    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\gcc_win32.mk
15872    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\hc32.mk
15873    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\makedefs.prj
15874    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\qnx4.mk
15875    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\qnxnto.mk
15876    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules
15877    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\sc16.mk
15878    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\sc32.mk
15879    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\startup.mk
15880    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\va32.mk
15881    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\va365.mk
15882    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\vc16.mk
15883    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\vc32.mk
15884    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\wc16.mk
15885    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\wc32.mk
15886    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\bc16.mk
15887    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\bc3.mk
15888    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\bc32.mk
15889    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\bcos2.mk
15890    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\cl16.mk
15891    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\cl386.mk
15892    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\dj32.mk
15893    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\emx.mk
15894    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\gcc_beos.mk
15895    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\gcc_freebsd
         .mk
15896    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\gcc_linux.m
15897
```

| | |
|---|---|
| 15898 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\gcc_win32.mk |
| 15899 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\hc32.mk |
| 15900 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\qnx4.mk |
| 15901 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\qnxnto.mk |
| 15902 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\sc16.mk |
| 15903 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\sc32.mk |
| 15904 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\va32.mk |
| 15905 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\va365.mk |
| 15906 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\vc16.mk |
| 15907 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\vc32.mk |
| 15908 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\wc16.mk |
| 15909 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\wc32.mk |
| 15910 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\biosemu |
| 15911 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common |
| 15912 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm |
| 15913 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios |
| 15914 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu |
| 15915 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\biosemu\besys.c |
| 15916 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\biosemu\bios.c |
| 15917 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\biosemu\biosemu.c |
| 15918 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\biosemu\biosemui.h |
| 15919 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\biosemu\makefile |
| 15920 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\biosemu\makefile.cross |
| 15921 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\biosemu\warmboot.c |
| 15922 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\aabeos.c |
| 15923 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\aados.c |
| 15924 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\aalib.c |
| 15925 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\aalinux.c |
| 15926 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\aaos2.c |
| 15927 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\aaqnx.c |
| 15928 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\aartt.c |
| 15929 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\aasmx.c |
| 15930 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\aavxd.c |
| 15931 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\aawin32.c |
| 15932 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\agplib.c |
| 15933 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\center.c |
| 15934 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\cmdline.c |
| 15935 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\gabeos.c |
| 15936 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\gados.c |
| 15937 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\galib.c |
| 15938 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\galinux.c |
| 15939 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\gantdrv.c |
| 15940 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\gaos2.c |
| 15941 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\gaqnx.c |
| 15942 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\gartt.c |
| 15943 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\gasmx.c |
| 15944 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\gavxd.c |
| 15945 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\gawin32.c |
| 15946 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\gtfcalc.c |
| 15947 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\libcimp.c |
| 15948 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\makefile |
| 15949 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\peloader.c |
| 15950 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\vesavbe.c |
| 15951 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\_aa_imp.asm |
| 15952 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\_gatimer.asm |
| 15953 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\_ga_imp.asm |
| 15954 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\_pm_imp.asm |
| 15955 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\beos |
| 15956 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\codepage |
| 15957 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common |
| 15958 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common.c |
| 15959 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\cpuinfo.c |
| 15960 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\debug.c |
| 15961 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\dos |
| 15962 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\event.c |
| 15963 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\linux |
| 15964 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\makefile |

```
15965    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\os2
15966    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\os2pm
15967    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\oshdr.h
15968    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\photon
15969    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\pm.vpw
15970    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\pmcommon.vpj
15971    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\pmdos.vpj
15972    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\pmlinux.vpj
15973    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\pmntdrv.vpj
15974    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\pmqnx.vpj
15975    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\pmvxd.vpj
15976    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\pmwin32.vpj
15977    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\qnx
15978    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\rttarget
15979    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\smx
15980    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\stub
15981    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests
15982    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vdd
15983    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vxd
15984    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\win32
15985    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\x11
15986    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\ztimer.c
15987    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\z_samples.vpj
15988    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\beos\cpuinfo.c
15989    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\beos\event.c
15990    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\beos\oshdr.h
15991    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\beos\pm.c
15992    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\beos\vflat.c
15993    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\beos\ztimer.c
15994    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\codepage\us_eng.c
15995    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common\agp.c
15996    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common\keyboard.c
15997    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common\malloc.c
15998    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common\mtrr.c
15999    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common\pcilib.c
16000    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common\unixio.c
16001    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common\vgastate.c
16002    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common\_cpuinfo.asm
16003    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common\_dma.asm
16004    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common\_int64.asm
16005    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common\_joy.asm
16006    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common\_mtrr.asm
16007    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common\_pcihelp.asm
16008    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\dos\cpuinfo.c
16009    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\dos\event.c
16010    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\dos\oshdr.h
16011    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\dos\pm.c
16012    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\dos\pmdos.c
16013    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\dos\vflat.c
16014    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\dos\ztimer.c
16015    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\dos\_event.asm
16016    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\dos\_lztimer.asm
16017    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\dos\_pm.asm
16018    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\dos\_pmdos.asm
16019    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\dos\_vflat.asm
16020    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\linux\cpuinfo.c
16021    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\linux\event.c
16022    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\linux\event.svga
16023    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\linux\oshdr.h
16024    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\linux\pm.c
16025    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\linux\vflat.c
16026    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\linux\ztimer.c
16027    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\ntdrv\cpuinfo.c
16028    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\ntdrv\int86.c
16029    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\ntdrv\irq.c
16030    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\ntdrv\mem.c
16031    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\ntdrv\oshdr.h
16032    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\ntdrv\pm.c
16033    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\ntdrv\pm.c
```

```
16034  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\ntdrv\stdio.c
16035  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\ntdrv\stdlib.c
16036  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\ntdrv\vflat.c
16037  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\ntdrv\ztimer.c
16038  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\ntdrv\_irq.asm
16039  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\ntdrv\_pm.asm
16040  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\os2\cpuinfo.c
16041  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\os2\dossctl.obj
16042  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\os2\event.c
16043  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\os2\mon.h
16044  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\os2\oshdr.h
16045  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\os2\pm.c
16046  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\os2\vflat.c
16047  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\os2\ztimer.c
16048  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\os2\_pmos2.asm
16049  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\os2pm\event.c
16050  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\os2pm\oshdr.h
16051  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\photon\event.c
16052  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\photon\oshdr.h
16053  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\qnx\cpuinfo.c
16054  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\qnx\event.c
16055  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\qnx\mtrrqnx.c
16056  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\qnx\oshdr.h
16057  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\qnx\pm.c
16058  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\qnx\vflat.c
16059  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\qnx\ztimer.c
16060  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\qnx\_mtrrqnx.asm
16061  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\rttarget\cpuinfo.c
16062  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\rttarget\event.c
16063  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\rttarget\oshdr.h
16064  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\rttarget\pm.c
16065  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\rttarget\vflat.c
16066  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\rttarget\ztimer.c
16067  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\smx\cpuinfo.c
16068  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\smx\event.c
16069  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\smx\oshdr.h
16070  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\smx\pm.c
16071  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\smx\pmsmx.c
16072  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\smx\vflat.c
16073  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\smx\ztimer.c
16074  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\smx\_event.asm
16075  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\smx\_lztimer.asm
16076  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\smx\_pm.asm
16077  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\smx\_pmsmx.asm
16078  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\smx\_vflat.asm
16079  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\stub\cpuinfo.c
16080  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\stub\event.c
16081  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\stub\oshdr.h
16082  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\stub\pm.c
16083  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\stub\vflat.c
16084  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\stub\ztimer.c
16085  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\altbrk.c
16086  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\altcrit.c
16087  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\biosptr.c
16088  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\block.c
16089  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\brk.c
16090  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\callreal.c
16091  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\checks.c
16092  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\cpu.c
16093  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\critical.c
16094  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\getch.c
16095  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\isvesa.c
16096  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\key.c
16097  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\key15.c
16098  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\memtest.c
16099  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\mouse.c
16100  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\restore.c
16101  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\rtc.c
16102  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\save.c
```

```
16103   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\wpci.c
16104   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\tick.c
16105   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\timerc.c
16106   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\timercpp.cpp
16107   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\uswc.c
16108   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\vftest.c
16109   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\video.c
16110   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vdd\cpuinfo.c
16111   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vdd\fileio.c
16112   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vdd\oshdr.h
16113   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vdd\pm.c
16114   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vdd\vflat.c
16115   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vdd\ztimer.c
16116   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vxd\cpuinfo.c
16117   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vxd\fileio.c
16118   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vxd\oshdr.h
16119   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vxd\pm.c
16120   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vxd\vflat.c
16121   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vxd\ztimer.c
16122   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vxd\_pm.asm
16123   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\win32\cpuinfo.c
16124   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\win32\ddraw.c
16125   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\win32\event.c
16126   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\win32\ntservc.c
16127   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\win32\oshdr.h
16128   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\win32\pm.c
16129   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\win32\vflat.c
16130   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\win32\ztimer.c
16131   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\win32\_pmwin32.asm
16132   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\x11\event.c
16133   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\x11\oshdr.h
16134   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\AsmMacros.h
16135   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\awk.scr
16136   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\cbios.c
16137   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\command.c
16138   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\console.c
16139   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\debug.h
16140   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\happy_cards
16141   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\hexdump
16142   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\int.c
16143   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\io.c
16144   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\lex.l
16145   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\main.c
16146   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\makefile.linux
16147   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\mem.c
16148   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\parser.y
16149   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\pci.c
16150   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\pci.h
16151   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\README
16152   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\v86.c
16153   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\v86bios.c
16154   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\v86bios.h
16155   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\working_cards
16156   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\x86emu.c
16157   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\debug.c
16158   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\decode.c
16159   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\fpu.c
16160   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\LICENSE
16161   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\makefile
16162   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\makefile.cross
16163   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\makefile.linux
16164   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\makefile.uboot
16165   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\ops.c
16166   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\ops2.c
16167   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\prim_ops.c
16168   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\sys.c
16169   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\validate.c
16170   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\x86emu
16171   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\debug.h
```

```
16172    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\decode.h
16173    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\fpu.h
16174    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\ops.h
16175    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\prim_asm
         .h
16176    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\prim_ops
         .h
16177    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\x86emui.
         h
16178    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\menu\cmd_menu.c
16179    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\menu\menu.c
16180    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\menu\menu.h
16181    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common
16182    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64360
16183    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64460
16184    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\include
16185    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common\bootseq.txt
16186    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common\ecctest.c
16187    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common\flash.c
16188    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common\i2c.c
16189    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common\i2c.h
16190    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common\intel_flash.c
16191    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common\intel_flash.h
16192    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common\memory.c
16193    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common\misc.S
16194    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common\ns16550.c
16195    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common\ns16550.h
16196    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common\ppc_error_no.h
16197    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common\serial.c
16198    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common\serial.h
16199    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64360\64360.h
16200    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64360\config.mk
16201    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64360\db64360.c
16202    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64360\eth.h
16203    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64360\Makefile
16204    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64360\mpsc.c
16205    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64360\mpsc.h
16206    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64360\mv_eth.c
16207    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64360\mv_eth.h
16208    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64360\mv_regs.h
16209    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64360\pci.c
16210    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64360\sdram_init.c
16211    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64360\u-boot.lds
16212    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64460\64460.h
16213    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64460\config.mk
16214    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64460\db64460.c
16215    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64460\eth.h
16216    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64460\Makefile
16217    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64460\mpsc.c
16218    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64460\mpsc.h
16219    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64460\mv_eth.c
16220    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64460\mv_eth.h
16221    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64460\mv_regs.h
16222    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64460\pci.c
16223    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64460\sdram_init.c
16224    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64460\u-boot.lds
16225    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\include\core.h
16226    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\include\memory.h
16227    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\include\mv_gen_reg.h
16228    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\include\pci.h
16229    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mbx8xx\config.mk
16230    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mbx8xx\csr.h
16231    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mbx8xx\dimm.h
16232    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mbx8xx\flash.c
16233    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mbx8xx\Makefile
16234    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mbx8xx\mbx8xx.c
16235    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mbx8xx\u-boot.lds
16236    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mbx8xx\u-boot.lds.debug
16237    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mbx8xx\vpd.c
```

```
16238    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mcc200\config.mk
16239    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mcc200\config.mk
16240    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mcc200\Makefile
16241    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mcc200\mcc200.c
16242    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mcc200\mt46v16m16-75.h
16243    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mcc200\mt48lc16m16a2-75.h
16244    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mcc200\mt48lc8m32b2-6-7.h
16245    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mcc200\u-boot.lds
16246    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ml2\config.mk
16247    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ml2\flash.c
16248    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ml2\init.S
16249    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ml2\Makefile
16250    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ml2\ml2.c
16251    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ml2\serial.c
16252    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ml2\u-boot.lds
16253    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ml2\u-boot.lds.debug
16254    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\modnet50\config.mk
16255    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\modnet50\flash.c
16256    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\modnet50\lowlevel_init.S
16257    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\modnet50\Makefile
16258    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\modnet50\modnet50.c
16259    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\modnet50\u-boot.lds
16260    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mousse\config.mk
16261    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mousse\flash.c
16262    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mousse\flash.h
16263    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mousse\m48t59y.c
16264    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mousse\m48t59y.h
16265    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mousse\Makefile
16266    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mousse\mousse.c
16267    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mousse\mousse.h
16268    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mousse\pci.c
16269    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mousse\README
16270    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mousse\u-boot.lds
16271    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mousse\u-boot.lds.ram
16272    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mousse\u-boot.lds.rom
16273    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mp2usb\config.mk
16274    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mp2usb\flash.c
16275    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mp2usb\Makefile
16276    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mp2usb\mp2usb.c
16277    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mp2usb\u-boot.lds
16278    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8260ads\config.mk
16279    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8260ads\flash.c
16280    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8260ads\Makefile
16281    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8260ads\mpc8260ads.c
16282    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8260ads\u-boot.lds
16283    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8266ads\config.mk
16284    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8266ads\flash.c
16285    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8266ads\Makefile
16286    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8266ads\mpc8266ads.c
16287    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8266ads\u-boot.lds
16288    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8349ads\config.mk
16289    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8349ads\Makefile
16290    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8349ads\mpc8349ads.c
16291    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8349ads\pci.c
16292    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8349ads\u-boot.lds
16293    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8349emds\config.mk
16294    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8349emds\Makefile
16295    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8349emds\mpc8349emds.c
16296    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8349emds\u-boot.lds
16297    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8540ads\config.mk
16298    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8540ads\init.S
16299    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8540ads\Makefile
16300    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8540ads\mpc8540ads.c
16301    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8540ads\u-boot.lds
16302    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8540eval\config.mk
16303    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8540eval\flash.c
16304    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8540eval\init.S
16305    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8540eval\Makefile
16306    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8540eval\mpc8540eval.c
```

```
16307   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8540ads\u-boot.lds
16308   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8560ads\config.mk
16309   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8560ads\init.S
16310   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8560ads\Makefile
16311   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8560ads\mpc8560ads.c
16312   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8560ads\u-boot.lds
16313   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\common
16314   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\mip405
16315   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pati
16316   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pip405
16317   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\vcma9
16318   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\common\common_util.c
16319   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\common\common_util.h
16320   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\common\flash.c
16321   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\common\isa.c
16322   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\common\isa.h
16323   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\common\kbd.c
16324   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\common\kbd.h
16325   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\common\memtst.c
16326   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\common\pci.c
16327   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\common\pci_parts.h
16328   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\common\piix4_pci.h
16329   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\common\usb_uhci.c
16330   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\common\usb_uhci.h
16331   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\mip405\cmd_mip405.c
16332   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\mip405\config.mk
16333   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\mip405\init.S
16334   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\mip405\Makefile
16335   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\mip405\mip405.c
16336   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\mip405\mip405.h
16337   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\mip405\u-boot.lds
16338   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pati\cmd_pati.c
16339   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pati\config.mk
16340   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pati\Makefile
16341   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pati\pati.c
16342   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pati\pati.h
16343   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pati\pci_eeprom.h
16344   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pati\plx9056.h
16345   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pati\u-boot.lds
16346   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pip405\cmd_pip405.c
16347   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pip405\config.mk
16348   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pip405\init.S
16349   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pip405\Makefile
16350   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pip405\pip405.c
16351   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pip405\pip405.h
16352   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pip405\u-boot.lds
16353   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pip405\u-boot.lds.debug
16354   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\vcma9\cmd_vcma9.c
16355   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\vcma9\config.mk
16356   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\vcma9\flash.c
16357   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\vcma9\lowlevel_init.S
16358   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\vcma9\Makefile
16359   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\vcma9\u-boot.lds
16360   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\vcma9\vcma9.c
16361   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\vcma9\vcma9.h
16362   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\musenki\config.mk
16363   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\musenki\flash.c
16364   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\musenki\Makefile
16365   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\musenki\musenki.c
16366   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\musenki\README
16367   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\musenki\u-boot.lds
16368   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mvblue\config.mk
16369   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mvblue\flash.c
16370   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mvblue\Makefile
16371   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mvblue\mvblue.c
16372   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mvblue\u-boot.lds
16373   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mvs1\config.mk
16374   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mvs1\flash.c
16375   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mvs1\Makefile
```

```
16376  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mvs1\README
16377  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mvs1\README
16378  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mvs1\u-boot.lds
16379  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mvs1\u-boot.lds.debug
16380  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1ads\config.mk
16381  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1ads\lowlevel_init.S
16382  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1ads\Makefile
16383  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1ads\mx1ads.c
16384  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1ads\syncflash.c
16385  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1ads\u-boot.lds
16386  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1fs2\config.mk
16387  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1fs2\flash.c
16388  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1fs2\intel.h
16389  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1fs2\lowlevel_init.S
16390  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1fs2\Makefile
16391  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1fs2\mx1fs2.c
16392  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1fs2\u-boot.lds
16393  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\nc650\config.mk
16394  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\nc650\flash.c
16395  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\nc650\Makefile
16396  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\nc650\nc650.c
16397  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\nc650\u-boot.lds
16398  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\nc650\u-boot.lds.debug
16399  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netphone\config.mk
16400  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netphone\flash.c
16401  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netphone\Makefile
16402  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netphone\netphone.c
16403  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netphone\phone_console.c
16404  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netphone\u-boot.lds
16405  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netphone\u-boot.lds.debug
16406  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar\config.mk
16407  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar\crcek.h
16408  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar\crcek.S
16409  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar\crcit
16410  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar\crcit.c
16411  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar\eeprom.c
16412  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar\eeprom.lds
16413  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar\eeprom_start.S
16414  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar\flash.c
16415  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar\Makefile
16416  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar\nand.c
16417  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar\netstar.c
16418  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar\setup.S
16419  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar\u-boot.lds
16420  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta\codec.c
16421  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta\config.mk
16422  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta\dsp.c
16423  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta\flash.c
16424  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta\Makefile
16425  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta\netta.c
16426  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta\u-boot.lds
16427  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta\u-boot.lds.debug
16428  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta2\config.mk
16429  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta2\flash.c
16430  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta2\Makefile
16431  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta2\netta2.c
16432  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta2\u-boot.lds
16433  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta2\u-boot.lds.debug
16434  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netvia\config.mk
16435  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netvia\flash.c
16436  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netvia\Makefile
16437  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netvia\netvia.c
16438  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netvia\u-boot.lds
16439  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netvia\u-boot.lds.debug
16440  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ns9750dev\config.mk
16441  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ns9750dev\flash.c
16442  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ns9750dev\led.c
16443  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ns9750dev\lowlevel_init.S
16444  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ns9750dev\Makefile
```

```
16445   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ns9750dev\u-boot.lds
16446   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ns9750dev\u-boot.lds
16447   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\nx823\config.mk
16448   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\nx823\flash.c
16449   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\nx823\Makefile
16450   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\nx823\nx823.c
16451   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\nx823\u-boot.lds
16452   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\nx823\u-boot.lds.debug
16453   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\o2dnt\config.mk
16454   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\o2dnt\flash.c
16455   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\o2dnt\Makefile
16456   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\o2dnt\o2dnt.c
16457   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\o2dnt\u-boot.lds
16458   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap1510inn\config.mk
16459   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap1510inn\lowlevel_init.S
16460   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap1510inn\Makefile
16461   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap1510inn\omap1510innovator.c
16462   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap1510inn\u-boot.lds
16463   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap1610inn\config.mk
16464   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap1610inn\flash.c
16465   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap1610inn\lowlevel_init.S
16466   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap1610inn\Makefile
16467   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap1610inn\omap1610innovator.c
16468   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap1610inn\u-boot.lds
16469   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap2420h4\config.mk
16470   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap2420h4\flash.c
16471   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap2420h4\lowlevel_init.S
16472   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap2420h4\Makefile
16473   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap2420h4\mem.c
16474   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap2420h4\omap2420h4.c
16475   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap2420h4\sys_info.c
16476   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap2420h4\u-boot.lds
16477   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap5912osk\config.mk
16478   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap5912osk\lowlevel_init.S
16479   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap5912osk\Makefile
16480   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap5912osk\omap5912osk.c
16481   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap5912osk\u-boot.lds
16482   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap730p2\config.mk
16483   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap730p2\flash.c
16484   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap730p2\lowlevel_init.S
16485   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap730p2\Makefile
16486   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap730p2\omap730p2.c
16487   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap730p2\u-boot.lds
16488   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\oxc\config.mk
16489   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\oxc\flash.c
16490   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\oxc\Makefile
16491   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\oxc\oxc.c
16492   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\oxc\u-boot.lds
16493   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pb1x00\config.mk
16494   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pb1x00\flash.c
16495   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pb1x00\Makefile
16496   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pb1x00\memsetup.S
16497   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pb1x00\pb1x00.c
16498   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pb1x00\README
16499   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pb1x00\u-boot.lds
16500   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\config.mk
16501   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\cpc710.h
16502   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\cpc710_init_ram.c
16503   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\cpc710_pci.c
16504   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\cpc710_pci.h
16505   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\flash.c
16506   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\fpga_serial.c
16507   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\fpga_serial.h
16508   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\hardware.h
16509   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\i2c.c
16510   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\i2c.h
16511   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\Makefile
16512   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\ns16550.h
16513   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\pcippc2.c
```

```
16514    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\pcippc2_fpga.c
16515    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\pcippc2_fpga.h
16516    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\sconsole.c
16517    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\sconsole.h
16518    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\u-boot.lds
16519    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pleb2\config.mk
16520    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pleb2\flash.c
16521    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pleb2\lowlevel_init.S
16522    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pleb2\Makefile
16523    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pleb2\pleb2.c
16524    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pleb2\u-boot.lds
16525    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm520\config.mk
16526    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm520\flash.c
16527    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm520\Makefile
16528    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm520\mt46v16ml6-75.h
16529    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm520\mt48lc16ml6a2-75.h
16530    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm520\pm520.c
16531    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm520\u-boot.lds
16532    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm826\config.mk
16533    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm826\flash.c
16534    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm826\Makefile
16535    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm826\pm826.c
16536    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm826\u-boot.lds
16537    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm828\config.mk
16538    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm828\flash.c
16539    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm828\Makefile
16540    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm828\pm828.c
16541    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm828\u-boot.lds
16542    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm854\config.mk
16543    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm854\init.S
16544    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm854\Makefile
16545    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm854\pm854.c
16546    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm854\u-boot.lds
16547    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm856\config.mk
16548    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm856\init.S
16549    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm856\Makefile
16550    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm856\pm856.c
16551    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm856\u-boot.lds
16552    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pn62\cmd_pn62.c
16553    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pn62\config.mk
16554    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pn62\Makefile
16555    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pn62\misc.c
16556    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pn62\pn62.c
16557    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pn62\pn62.h
16558    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pn62\u-boot.lds
16559    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ppmc8260\config.mk
16560    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ppmc8260\Makefile
16561    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ppmc8260\ppmc8260.c
16562    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ppmc8260\strataflash.c
16563    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ppmc8260\u-boot.lds
16564    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\prodrive\p3p440
16565    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\prodrive\p3p440\config.mk
16566    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\prodrive\p3p440\init.S
16567    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\prodrive\p3p440\Makefile
16568    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\prodrive\p3p440\p3p440.c
16569    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\prodrive\p3p440\p3p440.h
16570    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\prodrive\p3p440\u-boot.lds
16571    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\psyent\common
16572    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\psyent\pci5441
16573    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\psyent\pk1c20
16574    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\psyent\common\AMDLV065D.c
16575    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\psyent\pci5441\config.mk
16576    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\psyent\pci5441\Makefile
16577    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\psyent\pci5441\pci5441.c
16578    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\psyent\pci5441\u-boot.lds
16579    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\psyent\pk1c20\config.mk
16580    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\psyent\pk1c20\led.c
16581    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\psyent\pk1c20\Makefile
```

```
16583    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\psyent\pk1c20\u-boot.lds
16584    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\psyent\pk1c20\u-boot.lds
16585    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\purple\config.mk
16586    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\purple\flash.c
16587    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\purple\lowlevel_init.S
16588    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\purple\Makefile
16589    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\purple\purple.c
16590    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\purple\sconsole.c
16591    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\purple\sconsole.h
16592    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\purple\u-boot.lds
16593    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pxa255_idp\config.mk
16594    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pxa255_idp\idp_notes.txt
16595    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pxa255_idp\Makefile
16596    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pxa255_idp\memsetup.S
16597    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pxa255_idp\pxa_idp.c
16598    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pxa255_idp\pxa_reg_calcs.out
16599    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pxa255_idp\pxa_reg_calcs.py
16600    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pxa255_idp\README
16601    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pxa255_idp\u-boot.lds
16602    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\quantum\config.mk
16603    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\quantum\fpga.c
16604    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\quantum\fpga.h
16605    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\quantum\Makefile
16606    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\quantum\quantum.c
16607    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\quantum\u-boot.lds
16608    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\quantum\u-boot.lds.debug
16609    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\r360mpi\config.mk
16610    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\r360mpi\flash.c
16611    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\r360mpi\Makefile
16612    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\r360mpi\r360mpi.c
16613    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\r360mpi\u-boot.lds
16614    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rattler\config.mk
16615    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rattler\Makefile
16616    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rattler\rattler.c
16617    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rattler\u-boot.lds
16618    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rbc823\config.mk
16619    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rbc823\flash.c
16620    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rbc823\kbd.c
16621    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rbc823\Makefile
16622    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rbc823\rbc823.c
16623    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rbc823\u-boot.lds
16624    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rmu\config.mk
16625    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rmu\flash.c
16626    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rmu\Makefile
16627    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rmu\rmu.c
16628    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rmu\u-boot.lds
16629    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rmu\u-boot.lds.debug
16630    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXClassic\config.mk
16631    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXClassic\eccx.c
16632    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXClassic\flash.c
16633    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXClassic\Makefile
16634    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXClassic\RPXClassic.c
16635    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXClassic\u-boot.lds
16636    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXClassic\u-boot.lds.debug
16637    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite\config.mk
16638    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite\flash.c
16639    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite\Makefile
16640    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite\RPXlite.c
16641    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite\u-boot.lds
16642    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite\u-boot.lds.debug
16643    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite_dw\config.mk
16644    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite_dw\flash.c
16645    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite_dw\Makefile
16646    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite_dw\README
16647    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite_dw\RPXlite_dw.c
16648    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite_dw\u-boot.lds
16649    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite_dw\u-boot.lds.debug
16650    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rpxsuper\config.mk
16651    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rpxsuper\flash.c
```

```
16652    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rpxsuper\mii_phy.c
16653    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rpxsuper\mii_phy.c
16654    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rpxsuper\readme
16655    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rpxsuper\rpxsuper.c
16656    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rpxsuper\rpxsuper.h
16657    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rpxsuper\u-boot.lds
16658    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RRvision\config.mk
16659    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RRvision\flash.c
16660    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RRvision\Makefile
16661    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RRvision\RRvision.c
16662    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RRvision\u-boot.lds
16663    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RRvision\video_ad7179.h
16664    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rsdproto\config.mk
16665    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rsdproto\flash.c
16666    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rsdproto\flash_asm.S
16667    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rsdproto\Makefile
16668    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rsdproto\rsdproto.c
16669    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rsdproto\u-boot.lds
16670    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sacsng\clkinit.c
16671    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sacsng\clkinit.h
16672    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sacsng\config.mk
16673    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sacsng\flash.c
16674    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sacsng\ioconfig.h
16675    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sacsng\Makefile
16676    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sacsng\sacsng.c
16677    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sacsng\u-boot.lds
16678    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\common
16679    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\karef
16680    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\metrobox
16681    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\common\flash.c
16682    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\common\ppc440gx_i2c.c
16683    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\common\ppc440gx_i2c.h
16684    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\common\sb_common.c
16685    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\common\sb_common.h
16686    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\karef\config.mk
16687    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\karef\hal_ka_of_auto.h
16688    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\karef\hal_ka_sc_auto.h
16689    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\karef\init.S
16690    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\karef\karef.c
16691    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\karef\karef.h
16692    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\karef\karef_version.h
16693    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\karef\Makefile
16694    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\karef\u-boot.lds
16695    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\karef\u-boot.lds.debug
16696    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\metrobox\config.mk
16697    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\metrobox\hal_xc_auto.h
16698    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\metrobox\init.S
16699    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\metrobox\Makefile
16700    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\metrobox\metrobox.c
16701    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\metrobox\metrobox.h
16702    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\metrobox\metrobox_version.h
16703    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\metrobox\u-boot.lds
16704    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\metrobox\u-boot.lds.debug
16705    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandpoint\config.mk
16706    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandpoint\dinkdl
16707    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandpoint\early_init.S
16708    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandpoint\flash.c
16709    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandpoint\Makefile
16710    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandpoint\README
16711    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandpoint\sandpoint.c
16712    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandpoint\speed.h
16713    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandpoint\u-boot.lds
16714    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc405\config.mk
16715    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc405\Makefile
16716    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc405\sbc405.c
16717    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc405\strataflash.c
16718    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc405\u-boot.lds
16719    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8240\config.mk
16720    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8240\flash.c
```

```
16721    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8240\Makefile
16722    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8240\README
16723    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8240\sbc8240.c
16724    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8240\u-boot.lds
16725    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8260\config.mk
16726    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8260\flash.c
16727    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8260\Makefile
16728    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8260\sbc8260.c
16729    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8260\u-boot.lds
16730    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8560\config.mk
16731    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8560\init.S
16732    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8560\Makefile
16733    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8560\sbc8560.c
16734    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8560\u-boot.lds
16735    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_cdp\config.mk
16736    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_cdp\flash.c
16737    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_cdp\flash_old.c
16738    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_cdp\Makefile
16739    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_cdp\sc520_cdp.c
16740    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_cdp\sc520_cdp_asm.S
16741    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_cdp\sc520_cdp_asm16.S
16742    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_cdp\u-boot.lds
16743    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_spunk\config.mk
16744    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_spunk\flash.c
16745    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_spunk\Makefile
16746    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_spunk\sc520_spunk.c
16747    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_spunk\sc520_spunk_asm.S
16748    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_spunk\sc520_spunk_asm16.S
16749    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_spunk\u-boot.lds
16750    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\scb9328\config.mk
16751    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\scb9328\flash.c
16752    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\scb9328\intel.h
16753    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\scb9328\lowlevel_init.S
16754    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\scb9328\Makefile
16755    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\scb9328\scb9328.c
16756    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\scb9328\u-boot.lds
16757    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\shannon\config.mk
16758    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\shannon\flash.c
16759    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\shannon\inferno.header
16760    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\shannon\lowlevel_init.S
16761    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\shannon\Makefile
16762    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\shannon\shannon.c
16763    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\shannon\u-boot.lds
16764    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\CCM
16765    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\common
16766    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\IAD210
16767    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\pcu_e
16768    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\SCM
16769    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\CCM\ccm.c
16770    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\CCM\config.mk
16771    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\CCM\flash.c
16772    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\CCM\fpga_ccm.c
16773    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\CCM\Makefile
16774    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\CCM\u-boot.lds
16775    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\CCM\u-boot.lds.debug
16776    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\common\fpga.c
16777    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\common\fpga.h
16778    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\common\README
16779    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\IAD210\atm.c
16780    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\IAD210\atm.h
16781    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\IAD210\config.mk
16782    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\IAD210\flash.c
16783    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\IAD210\IAD210.c
16784    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\IAD210\Makefile
16785    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\IAD210\u-boot.lds
16786    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\pcu_e\config.mk
16787    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\pcu_e\flash.c
16788    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\pcu_e\Makefile
16789    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\pcu_e\pcu_e.c
```

```
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\pcu_e\u-boot.lds.debug
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\SCM\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\SCM\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\SCM\fpga_scm.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\SCM\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\SCM\scm.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\SCM\scm.h
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\SCM\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sixnet\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sixnet\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sixnet\fpgadata.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sixnet\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sixnet\sixnet.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sixnet\sixnet.h
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sixnet\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sl8245\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sl8245\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sl8245\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sl8245\sl8245.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sl8245\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\smdk2400\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\smdk2400\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\smdk2400\lowlevel_init.S
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\smdk2400\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\smdk2400\smdk2400.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\smdk2400\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\smdk2410\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\smdk2410\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\smdk2410\lowlevel_init.S
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\smdk2410\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\smdk2410\smdk2410.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\smdk2410\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\snmc\qs850
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\snmc\qs860t
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\snmc\qs850\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\snmc\qs850\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\snmc\qs850\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\snmc\qs850\qs850.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\snmc\qs850\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\snmc\qs860t\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\snmc\qs860t\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\snmc\qs860t\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\snmc\qs860t\qs860t.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\snmc\qs860t\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sorcery\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sorcery\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sorcery\sorcery.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sorcery\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\spd8xx\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\spd8xx\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\spd8xx\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\spd8xx\spd8xx.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\spd8xx\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\spd8xx\u-boot.lds.debug
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ssv\adnpesc1
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ssv\common
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ssv\adnpesc1\adnpesc1.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ssv\adnpesc1\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ssv\adnpesc1\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ssv\adnpesc1\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ssv\adnpesc1\misc.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ssv\adnpesc1\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ssv\adnpesc1\vectors.S
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ssv\common\cmd_sled.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ssv\common\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ssv\common\post.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ssv\common\wd_pio.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stamp\config.mk
```

```
16859    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stamp\stamp.c
16860    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stamp\stamp.c
16861    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stamp\stamp.h
16862    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stamp\u-boot.lds
16863    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stxgp3\config.mk
16864    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stxgp3\flash.c
16865    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stxgp3\init.S
16866    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stxgp3\Makefile
16867    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stxgp3\stxgp3.c
16868    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stxgp3\u-boot.lds
16869    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stxxtc\config.mk
16870    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stxxtc\Makefile
16871    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stxxtc\oftree.dts
16872    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stxxtc\stxxtc.c
16873    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stxxtc\u-boot.lds
16874    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stxxtc\u-boot.lds.debug
16875    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\svm_sc8xx\config.mk
16876    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\svm_sc8xx\flash.c
16877    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\svm_sc8xx\Makefile
16878    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\svm_sc8xx\svm_sc8xx.c
16879    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\svm_sc8xx\u-boot.lds
16880    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\svm_sc8xx\u-boot.lds.debug
16881    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sx1\config.mk
16882    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sx1\lowlevel_init.S
16883    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sx1\Makefile
16884    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sx1\sx1.c
16885    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sx1\u-boot.lds
16886    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tb0229\config.mk
16887    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tb0229\flash.c
16888    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tb0229\lowlevel_init.S
16889    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tb0229\Makefile
16890    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tb0229\tb0229.c
16891    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tb0229\u-boot.lds
16892    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tb0229\vr4131-pci.c
16893    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\total5200\config.mk
16894    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\total5200\Makefile
16895    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\total5200\mt48lc16m16a2-75.h
16896    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\total5200\mt48lc32m16a2-75.h
16897    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\total5200\sdram.c
16898    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\total5200\sdram.h
16899    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\total5200\total5200.c
16900    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\total5200\u-boot.lds
16901    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm5200\cmd_stk52xx.c
16902    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm5200\config.mk
16903    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm5200\flash.c
16904    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm5200\Makefile
16905    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm5200\mt48lc16m16a2-75.h
16906    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm5200\tqm5200.c
16907    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm5200\u-boot.lds
16908    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm8260\config.mk
16909    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm8260\flash.c
16910    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm8260\Makefile
16911    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm8260\tqm8260.c
16912    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm8260\u-boot.lds
16913    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm834x\config.mk
16914    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm834x\Makefile
16915    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm834x\pci.c
16916    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm834x\tqm834x.c
16917    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm834x\u-boot.lds
16918    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm85xx\config.mk
16919    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm85xx\init.S
16920    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm85xx\Makefile
16921    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm85xx\sdram.c
16922    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm85xx\tqm85xx.c
16923    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm85xx\u-boot.lds
16924    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm8xx\config.mk
16925    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm8xx\flash.c
16926    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm8xx\load_sernum_ethaddr.c
16927    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm8xx\Makefile
```

```
16928  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm8xx\u-boot.lds
16929  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm8xx\u-boot.lds
16930  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm8xx\u-boot.lds.debug
16931  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\auto_update.c
16932  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\cmd_trab.c
16933  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\config.mk
16934  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\flash.c
16935  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\lowlevel_init.S
16936  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\Makefile
16937  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\memory.c
16938  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\Pt1000_temp_data.h
16939  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\README.kbd
16940  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\rs485.c
16941  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\rs485.h
16942  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\trab.c
16943  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\trab_fkt.c
16944  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\tsc2000.c
16945  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\tsc2000.h
16946  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\u-boot.lds
16947  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\vfd.c
16948  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\uc100\config.mk
16949  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\uc100\Makefile
16950  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\uc100\u-boot.lds
16951  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\uc100\u-boot.lds.debug
16952  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\uc100\uc100.c
16953  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\utx8245\config.mk
16954  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\utx8245\flash.c
16955  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\utx8245\Makefile
16956  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\utx8245\u-boot.lds
16957  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\utx8245\utx8245.c
16958  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\v37\config.mk
16959  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\v37\flash.c
16960  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\v37\Makefile
16961  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\v37\u-boot.lds
16962  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\v37\v37.c
16963  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\versatile\config.mk
16964  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\versatile\flash.c
16965  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\versatile\lowlevel_init.S
16966  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\versatile\Makefile
16967  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\versatile\split_by_variant.sh
16968  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\versatile\u-boot.lds
16969  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\versatile\versatile.c
16970  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\voiceblue\config.mk
16971  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\voiceblue\eeprom.c
16972  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\voiceblue\eeprom.lds
16973  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\voiceblue\eeprom_start.S
16974  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\voiceblue\Makefile
16975  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\voiceblue\setup.S
16976  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\voiceblue\u-boot.lds
16977  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\voiceblue\voiceblue.c
16978  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\cmd_vpd.c
16979  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\config.mk
16980  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\errors.h
16981  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\flash.c
16982  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\fpga.c
16983  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\fsboot.c
16984  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\init.S
16985  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\Makefile
16986  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\post1.S
16987  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\post2.c
16988  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\u-boot.lds
16989  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\u-boot.lds.debug
16990  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\vpd.c
16991  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\vpd.h
16992  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\w7o.c
16993  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\w7o.h
16994  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\watchdog.c
16995  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\wepep250\config.mk
16996  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\wepep250\flash.c
```

```
16997   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\wepep250\config.mk
16998   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\wepep250\lowlevel_init.S
16999   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\wepep250\Makefile
17000   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\wepep250\u-boot.lds
17001   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\wepep250\wepep250.c
17002   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\westel\amx860
17003   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\westel\amx860\amx860.c
17004   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\westel\amx860\config.mk
17005   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\westel\amx860\flash.c
17006   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\westel\amx860\Makefile
17007   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\westel\amx860\u-boot.lds
17008   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\westel\amx860\u-boot.lds.debug
17009   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xaeniax\config.mk
17010   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xaeniax\flash.c
17011   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xaeniax\lowlevel_init.S
17012   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xaeniax\Makefile
17013   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xaeniax\u-boot.lds
17014   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xaeniax\xaeniax.c
17015   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common
17016   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300
17017   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_enet
17018   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_iic
17019   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xbasic_types.c
17020   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xbasic_types.h
17021   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xbuf_descriptor.h
17022   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xdma_channel.c
17023   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xdma_channel.h
17024   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xdma_channel_i.h
17025   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xdma_channel_sg.c
17026   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xio.h
17027   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xipif_v1_23_b.c
17028   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xipif_v1_23_b.h
17029   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xpacket_fifo_v1_00_b.c
17030   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xpacket_fifo_v1_00_b.h
17031   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xstatus.h
17032   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xversion.c
17033   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xversion.h
17034   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300\config.mk
17035   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300\init.S
17036   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300\Makefile
17037   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300\ml300.c
17038   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300\serial.c
17039   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300\sw_services
17040   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300\u-boot.lds
17041   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300\u-boot.lds.debug
17042   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300\xparameters.h
17043   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300\sw_services\uboot_v1_00_a
17044   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300\sw_services\uboot_v1_00_a\data
17045   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300\sw_services\uboot_v1_00_a\data\Ltypes
17046   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300\sw_services\uboot_v1_00_a\data\uboot_v2
        _1_0.mld
17047   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300\sw_services\uboot_v1_00_a\data\uboot_v2
        _1_0.tcl
17048   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_enet\emac_adapter.c
17049   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_enet\xemac.c
17050   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_enet\xemac.h
17051   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_enet\xemac_g.c
17052   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_enet\xemac_i.h
17053   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_enet\xemac_intr.c
17054   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_enet\xemac_intr_dma.c
17055   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_enet\xemac_l.h
17056   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_enet\xemac_options.c
17057   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_enet\xemac_polled.c
17058   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_iic\iic_adapter.c
17059   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_iic\xiic_l.c
17060   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_iic\xiic_l.h
17061   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xm250\config.mk
17062   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xm250\flash.c
17063   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xm250\lowlevel_init.S
```

```
17064  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xm250\u-boot.lds
17065  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xm250\u-boot.lds
17066  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xm250\xm250.c
17067  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xpedite1k\config.mk
17068  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xpedite1k\flash.c
17069  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xpedite1k\init.S
17070  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xpedite1k\Makefile
17071  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xpedite1k\u-boot.lds
17072  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xpedite1k\u-boot.lds.debug
17073  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xpedite1k\xpedite1k.c
17074  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xsengine\config.mk
17075  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xsengine\flash.c
17076  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xsengine\lowlevel_init.S
17077  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xsengine\Makefile
17078  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xsengine\u-boot.lds
17079  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xsengine\xsengine.c
17080  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\zpc1900\config.mk
17081  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\zpc1900\Makefile
17082  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\zpc1900\u-boot.lds
17083  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\zpc1900\zpc1900.c
17084  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\zylonite\config.mk
17085  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\zylonite\flash.c
17086  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\zylonite\lowlevel_init.S
17087  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\zylonite\Makefile
17088  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\zylonite\u-boot.lds
17089  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\zylonite\zylonite.c
17090  GPL.UBNT.v6.1.7\uboot\uboot-xw\boot\u-boot
17091  GPL.UBNT.v6.1.7\uboot\uboot-xw\boot\u-boot\board
17092  GPL.UBNT.v6.1.7\uboot\uboot-xw\boot\u-boot\board\ar7240
17093  GPL.UBNT.v6.1.7\uboot\uboot-xw\boot\u-boot\board\ar7240\common
17094  GPL.UBNT.v6.1.7\uboot\uboot-xw\boot\u-boot\board\ar7240\common\athrs_vir_phy.c
17095  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\ACEX1K.c
17096  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\altera.c
17097  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\bedbug.c
17098  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\circbuf.c
17099  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_ace.c
17100  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_autoscript.c
17101  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_bdinfo.c
17102  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_bdr.c
17103  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_bedbug.c
17104  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_bmp.c
17105  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_boot.c
17106  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_bootm.c
17107  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_cache.c
17108  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_console.c
17109  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_date.c
17110  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_dcr.c
17111  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_ddr.c
17112  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_diag.c
17113  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_display.c
17114  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_doc.c
17115  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_dtt.c
17116  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_eeprom.c
17117  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_elf.c
17118  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_ethreg.c
17119  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_ext2.c
17120  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_fat.c
17121  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_fdc.c
17122  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_fdos.c
17123  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_flash.c
17124  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_fpga.c
17125  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_i2c.c
17126  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_ide.c
17127  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_immap.c
17128  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_itest.c
17129  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_jffs2.c
17130  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_load.c
17131  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_log.c
17132  GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_mem.c
```

```
17133    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_log.c
17134    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_misc.c
17135    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_mmc.c
17136    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_nand.c
17137    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_net.c
17138    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_nvedit.c
17139    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_pci.c
17140    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_pcmcia.c
17141    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_pll.c
17142    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_portio.c
17143    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_reginfo.c
17144    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_reiser.c
17145    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_scsi.c
17146    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_spi.c
17147    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_universe.c
17148    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_usb.c
17149    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_vfd.c
17150    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_ximg.c
17151    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\command.c
17152    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\console.c
17153    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\crc16.c
17154    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\devices.c
17155    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\dlmalloc.c
17156    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\dlmalloc.src
17157    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\docecc.c
17158    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\environment.c
17159    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\env_common.c
17160    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\env_dataflash.c
17161    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\env_eeprom.c
17162    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\env_flash.c
17163    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\env_nand.c
17164    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\env_nowhere.c
17165    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\env_nvram.c
17166    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\exports.c
17167    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\flash.c
17168    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\fpga.c
17169    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\ft_build.c
17170    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\hush.c
17171    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\kgdb.c
17172    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\lcd.c
17173    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\lists.c
17174    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\lynxkdi.c
17175    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\main.c
17176    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\Makefile
17177    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\memsize.c
17178    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\miiphybb.c
17179    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\miiphyutil.c
17180    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\serial.c
17181    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\soft_i2c.c
17182    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\soft_spi.c
17183    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\spartan2.c
17184    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\spartan3.c
17185    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\s_record.c
17186    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\ubnt_api_calls.c
17187    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\usb.c
17188    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\usb_kbd.c
17189    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\usb_storage.c
17190    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\virtex2.c
17191    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\xilinx.c
17192    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\xyzModem.c
17193    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\74xx_7xx
17194    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm1136
17195    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm720t
17196    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t
17197    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm925t
17198    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm926ejs
17199    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm946es
17200    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm_intcm
17201    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533
```

```
17202  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ixp
17203  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ixp
17204  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\lh7a40x
17205  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mcf52x2
17206  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\microblaze
17207  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips
17208  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xx
17209  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx
17210  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220
17211  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x
17212  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260
17213  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc83xx
17214  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx
17215  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx
17216  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios
17217  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios2
17218  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx
17219  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\pxa
17220  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\s3c44b0
17221  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\sa1100
17222  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\74xx_7xx\cache.S
17223  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\74xx_7xx\config.mk
17224  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\74xx_7xx\cpu.c
17225  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\74xx_7xx\cpu_init.c
17226  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\74xx_7xx\interrupts.c
17227  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\74xx_7xx\io.S
17228  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\74xx_7xx\kgdb.S
17229  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\74xx_7xx\Makefile
17230  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\74xx_7xx\speed.c
17231  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\74xx_7xx\start.S
17232  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\74xx_7xx\traps.c
17233  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm1136\config.mk
17234  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm1136\cpu.c
17235  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm1136\interrupts.c
17236  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm1136\Makefile
17237  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm1136\start.S
17238  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm720t\config.mk
17239  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm720t\cpu.c
17240  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm720t\interrupts.c
17241  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm720t\Makefile
17242  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm720t\serial.c
17243  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm720t\serial_netarm.c
17244  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm720t\start.S
17245  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm720t\at91rm9200
17246  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\config.mk
17247  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\cpu.c
17248  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\imx
17249  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\interrupts.c
17250  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\ks8695
17251  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\Makefile
17252  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\s3c24x0
17253  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\start.S
17254  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\at91rm9200\bcm5221.c
17255  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\at91rm9200\dm9161.c
17256  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\at91rm9200\ether.c
17257  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\at91rm9200\i2c.c
17258  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\at91rm9200\interrupts.c
17259  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\at91rm9200\lowlevel_init.S
17260  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\at91rm9200\lxt972.c
17261  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\at91rm9200\Makefile
17262  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\at91rm9200\serial.c
17263  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\at91rm9200\usb_ohci.c
17264  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\at91rm9200\usb_ohci.h
17265  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\imx\generic.c
17266  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\imx\interrupts.c
17267  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\imx\Makefile
17268  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\imx\serial.c
17269  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\imx\speed.c
17270  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\ks8695\interrupts.c
```

```
17271   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\ep93xx\...continued
17272   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\ks8695\Makefile
17273   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\ks8695\serial.c
17274   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\s3c24x0\i2c.c
17275   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\s3c24x0\interrupts.c
17276   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\s3c24x0\Makefile
17277   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\s3c24x0\serial.c
17278   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\s3c24x0\speed.c
17279   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\s3c24x0\usb_ohci.c
17280   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\s3c24x0\usb_ohci.h
17281   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm925t\config.mk
17282   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm925t\cpu.c
17283   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm925t\interrupts.c
17284   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm925t\Makefile
17285   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm925t\omap925.c
17286   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm925t\start.S
17287   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm926ejs\config.mk
17288   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm926ejs\cpu.c
17289   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm926ejs\interrupts.c
17290   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm926ejs\Makefile
17291   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm926ejs\omap
17292   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm926ejs\start.S
17293   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm926ejs\versatile
17294   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm926ejs\omap\Makefile
17295   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm926ejs\omap\reset.S
17296   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm926ejs\omap\timer.c
17297   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm926ejs\versatile\Makefile
17298   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm926ejs\versatile\reset.S
17299   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm926ejs\versatile\timer.c
17300   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm946es\config.mk
17301   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm946es\cpu.c
17302   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm946es\interrupts.c
17303   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm946es\Makefile
17304   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm946es\start.S
17305   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm_intcm\config.mk
17306   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm_intcm\cpu.c
17307   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm_intcm\interrupts.c
17308   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm_intcm\Makefile
17309   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm_intcm\start.S
17310   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\bf533_serial.h
17311   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\cache.S
17312   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\config.mk
17313   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\cplbhdlr.S
17314   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\cplbmgr.S
17315   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\cpu.c
17316   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\cpu.h
17317   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\flush.S
17318   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\interrupt.S
17319   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\interrupts.c
17320   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\ints.c
17321   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\Makefile
17322   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\serial.c
17323   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\start.S
17324   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\start1.S
17325   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\traps.c
17326   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\i386\config.mk
17327   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\i386\cpu.c
17328   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\i386\interrupts.c
17329   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\i386\Makefile
17330   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\i386\reset.S
17331   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\i386\sc520.c
17332   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\i386\sc520_asm.S
17333   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\i386\serial.c
17334   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\i386\start.S
17335   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\i386\start16.S
17336   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\i386\timer.c
17337   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ixp\config.mk
17338   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ixp\cpu.c
17339   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ixp\interrupts.c
```

```
17340  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ixp\Makefile
17341  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ixp\pci.c
17342  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ixp\serial.c
17343  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ixp\start.S
17344  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ixp\timer.c
17345  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\lh7a40x\config.mk
17346  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\lh7a40x\cpu.c
17347  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\lh7a40x\interrupts.c
17348  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\lh7a40x\Makefile
17349  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\lh7a40x\serial.c
17350  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\lh7a40x\speed.c
17351  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\lh7a40x\start.S
17352  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mcf52x2\config.mk
17353  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mcf52x2\cpu.c
17354  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mcf52x2\cpu_init.c
17355  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mcf52x2\fec.c
17356  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mcf52x2\interrupts.c
17357  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mcf52x2\Makefile
17358  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mcf52x2\serial.c
17359  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mcf52x2\speed.c
17360  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mcf52x2\start.S
17361  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\microblaze\cpu.c
17362  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\microblaze\interrupts.c
17363  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\microblaze\Makefile
17364  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\microblaze\start.S
17365  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7100
17366  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7240
17367  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\asc_serial.c
17368  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\asc_serial.h
17369  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\au1x00_eth.c
17370  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\au1x00_serial.c
17371  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\au1x00_usb_ohci.c
17372  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\au1x00_usb_ohci.h
17373  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\cache.S
17374  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\config.mk
17375  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\cpu.c
17376  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\incaip_clock.c
17377  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\incaip_wdt.S
17378  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\interrupts.c
17379  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\Makefile
17380  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\Makefile.orig
17381  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\start.S
17382  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\start_bootstrap.S
17383  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7100\ag7100.c
17384  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7100\ag7100.h
17385  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7100\ag7100_phy.h
17386  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7100\ar7100_serial.c
17387  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7100\Makefile
17388  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7100\meminit.c
17389  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7240\ag7240.c
17390  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7240\ag7240.h
17391  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7240\ag7240_phy.h
17392  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7240\ag934x.c
17393  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7240\ag934x.h
17394  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7240\ag934x_phy.h
17395  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7240\ar7240_serial.c
17396  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7240\hornet.h
17397  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7240\hornet_ag7240.c
17398  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7240\hornet_ddr_init.S
17399  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7240\hornet_serial.c
17400  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7240\Makefile
17401  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7240\meminit.c
17402  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xx\config.mk
17403  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xx\cpu.c
17404  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xx\cpu_init.c
17405  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xx\interrupts.c
17406  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xx\Makefile
17407  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xx\serial.c
17408  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xx\speed.c
```

```
17409    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xx\start.S
17410    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xx\start.S
17411    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xx\traps.c
17412    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\config.mk
17413    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\cpu.c
17414    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\cpu_init.c
17415    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\fec.c
17416    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\fec.h
17417    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\firmware_sc_task.impl.S
17418    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\firmware_sc_task_bestcomm.impl.S
17419    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\i2c.c
17420    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\ide.c
17421    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\interrupts.c
17422    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\io.S
17423    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\loadtask.c
17424    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\Makefile
17425    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\pci_mpc5200.c
17426    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\sdma.h
17427    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\serial.c
17428    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\speed.c
17429    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\start.S
17430    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\traps.c
17431    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\usb_ohci.c
17432    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\usb_ohci.h
17433    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\config.mk
17434    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\cpu.c
17435    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\cpu_init.c
17436    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\dma.h
17437    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\dramSetup.c
17438    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\dramSetup.h
17439    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\fec.c
17440    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\fec.h
17441    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\fec_dma_tasks.S
17442    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\i2c.c
17443    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\i2cCore.c
17444    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\i2cCore.h
17445    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\interrupts.c
17446    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\io.S
17447    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\loadtask.c
17448    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\Makefile
17449    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\pci.c
17450    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\speed.c
17451    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\start.S
17452    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\traps.c
17453    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\uart.c
17454    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\config.mk
17455    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\cpu.c
17456    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\cpu_init.c
17457    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers
17458    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\interrupts.c
17459    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\Makefile
17460    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\pci.c
17461    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\speed.c
17462    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\start.S
17463    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\traps.c
17464    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\dma
17465    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\dma_export.h
17466    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\epic
17467    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\epic.h
17468    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\errors.h
17469    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\i2c
17470    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\i2c_export.h
17471    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\i2o
17472    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\i2o.h
17473    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\dma\dma.h
17474    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\dma\dma1.c
17475    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\dma\dma2.S
17476    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\dma\dma_export.h
17477    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\dma\Makefile
```

```
17479   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\dma\README
17480   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\epic\epic.h
17481   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\epic\epic1.c
17482   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\epic\epic2.S
17483   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\epic\epicutil.S
17484   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\epic\README
17485   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\i2c\i2c.c
17486   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\i2o\i2o.h
17487   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\i2o\i2o1.c
17488   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\i2o\i2o2.S
17489   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\i2o\Makefile
17490   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\i2o\Makefile_pc
17491   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\bedbug_603e.c
17492   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\commproc.c
17493   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\config.mk
17494   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\cpu.c
17495   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\cpu_init.c
17496   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\ether_fcc.c
17497   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\ether_scc.c
17498   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\i2c.c
17499   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\interrupts.c
17500   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\kgdb.S
17501   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\Makefile
17502   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\pci.c
17503   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\serial_scc.c
17504   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\serial_smc.c
17505   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\speed.c
17506   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\speed.h
17507   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\spi.c
17508   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\start.S
17509   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\traps.c
17510   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc83xx\config.mk
17511   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc83xx\cpu.c
17512   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc83xx\cpu_init.c
17513   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc83xx\i2c.c
17514   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc83xx\interrupts.c
17515   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc83xx\Makefile
17516   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc83xx\resetvec.S
17517   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc83xx\spd_sdram.c
17518   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc83xx\speed.c
17519   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc83xx\start.S
17520   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc83xx\traps.c
17521   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\commproc.c
17522   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\config.mk
17523   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\cpu.c
17524   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\cpu_init.c
17525   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\ether_fcc.c
17526   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\i2c.c
17527   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\interrupts.c
17528   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\Makefile
17529   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\pci.c
17530   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\resetvec.S
17531   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\serial_scc.c
17532   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\spd_sdram.c
17533   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\speed.c
17534   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\start.S
17535   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\traps.c
17536   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\bedbug_860.c
17537   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\commproc.c
17538   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\config.mk
17539   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\cpu.c
17540   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\cpu_init.c
17541   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\fec.c
17542   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\fec.h
17543   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\i2c.c
17544   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\interrupts.c
17545   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\kgdb.S
17546   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\lcd.c
```

```
17547   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\Makefile
17548   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\plprcr_write.S
17549   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\scc.c
17550   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\serial.c
17551   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\speed.c
17552   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\spi.c
17553   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\start.S
17554   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\traps.c
17555   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\upatch.c
17556   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\video.c
17557   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\wlkbd.c
17558   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios\asmi.c
17559   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios\config.mk
17560   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios\cpu.c
17561   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios\interrupts.c
17562   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios\Makefile
17563   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios\serial.c
17564   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios\spi.c
17565   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios\start.S
17566   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios\traps.S
17567   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios2\config.mk
17568   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios2\cpu.c
17569   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios2\epcs.c
17570   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios2\exceptions.S
17571   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios2\interrupts.c
17572   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios2\Makefile
17573   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios2\serial.c
17574   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios2\start.S
17575   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios2\sysid.c
17576   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios2\traps.c
17577   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\405gp_pci.c
17578   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\4xx_enet.c
17579   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\bedbug_405.c
17580   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\commproc.c
17581   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\config.mk
17582   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\cpu.c
17583   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\cpu_init.c
17584   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\dcr.S
17585   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\i2c.c
17586   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\interrupts.c
17587   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\kgdb.S
17588   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\Makefile
17589   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\miiphy.c
17590   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\resetvec.S
17591   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\sdram.c
17592   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\sdram.h
17593   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\serial.c
17594   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\spd_sdram.c
17595   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\speed.c
17596   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\start.S
17597   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\traps.c
17598   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\usbdev.c
17599   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\usbdev.h
17600   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\usb_ohci.c
17601   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\usb_ohci.h
17602   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\vecnum.h
17603   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\pxa\config.mk
17604   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\pxa\cpu.c
17605   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\pxa\i2c.c
17606   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\pxa\interrupts.c
17607   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\pxa\Makefile
17608   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\pxa\mmc.c
17609   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\pxa\pxafb.c
17610   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\pxa\serial.c
17611   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\pxa\start.S
17612   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\s3c44b0\config.mk
17613   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\s3c44b0\cpu.c
17614   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\s3c44b0\interrupts.c
17615   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\s3c44b0\Makefile
```

```
17616  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\s3c44b0\start.S
17617  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\s3c44b0\start.S
17618  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\sa1100\config.mk
17619  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\sa1100\cpu.c
17620  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\sa1100\interrupts.c
17621  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\sa1100\Makefile
17622  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\sa1100\serial.c
17623  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\sa1100\start.S
17624  GPL.UBNT.v6.1.7\uboot\uboot-xw\disk\Makefile
17625  GPL.UBNT.v6.1.7\uboot\uboot-xw\disk\part.c
17626  GPL.UBNT.v6.1.7\uboot\uboot-xw\disk\part_amiga.c
17627  GPL.UBNT.v6.1.7\uboot\uboot-xw\disk\part_amiga.h
17628  GPL.UBNT.v6.1.7\uboot\uboot-xw\disk\part_dos.c
17629  GPL.UBNT.v6.1.7\uboot\uboot-xw\disk\part_dos.h
17630  GPL.UBNT.v6.1.7\uboot\uboot-xw\disk\part_iso.c
17631  GPL.UBNT.v6.1.7\uboot\uboot-xw\disk\part_iso.h
17632  GPL.UBNT.v6.1.7\uboot\uboot-xw\disk\part_mac.c
17633  GPL.UBNT.v6.1.7\uboot\uboot-xw\disk\part_mac.h
17634  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\I2C_Edge_Conditions
17635  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README-i386
17636  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README-integrator
17637  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.adnpesc1
17638  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.adnpesc1_base32
17639  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.alaska8220
17640  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.AMCC-eval-boards-cleanup
17641  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.amigaone
17642  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.ARM-memory-map
17643  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.ARM-SoC
17644  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.autoboot
17645  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.bedbug
17646  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.cmi
17647  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.COBRA5272
17648  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.commands
17649  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.commands.itest
17650  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.console
17651  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.db64360
17652  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.db64460
17653  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.dk1c20
17654  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.dk1c20_std32
17655  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.dk1s10
17656  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.dk1s10_mldk20
17657  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.dk1s10_std32
17658  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.dk1s40_std32
17659  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.dk20k200_std32
17660  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.ebony
17661  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.EVB-64260-750CX
17662  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.evb64260
17663  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.fads
17664  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.IceCube
17665  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.idma2intr
17666  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.INCA-IP
17667  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.IPHASE4539
17668  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.JFFS2
17669  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.JFFS2_NAND
17670  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.lynxkdi
17671  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.m68k
17672  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.MBX
17673  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.ml300
17674  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.Modem
17675  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.modnet50
17676  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.mpc5xx
17677  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.mpc74xx
17678  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.mpc8349emds.ddrecc
17679  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.mpc83xxads
17680  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.mpc85xxads
17681  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.mpc85xxcds
17682  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.MPC866
17683  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.nand
17684  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.ne2000
```

```
17685  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.NETTA
17686  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.nios
17687  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.nios_CFG_NIOS_CPU
17688  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.nios_DK
17689  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.ns9750dev
17690  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.ocotea
17691  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.ocotea-PIBS-to-U-Boot
17692  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.OFT
17693  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.omap730p2
17694  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.OXC
17695  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.PIP405
17696  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.PlanetCore
17697  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.POST
17698  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.ppc440
17699  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.Purple
17700  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.PXA_CF
17701  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.RPXClassic
17702  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.RPXlite
17703  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.Sandpoint8240
17704  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.sbc8560
17705  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.sched
17706  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.serial_multi
17707  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.silent
17708  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.SNTP
17709  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.standalone
17710  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.stxxtc
17711  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.TQM8260
17712  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.usb
17713  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.video
17714  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.VLAN
17715  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.xpedite1k
17716  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\TODO-i386
17717  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\3c589.c
17718  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\3c589.h
17719  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\5701rls.c
17720  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\5701rls.h
17721  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\8390.h
17722  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ali512x.c
17723  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\bcm570x.c
17724  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\bcm570x_autoneg.c
17725  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\bcm570x_autoneg.h
17726  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\bcm570x_bits.h
17727  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\bcm570x_debug.h
17728  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\bcm570x_lm.h
17729  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\bcm570x_mm.h
17730  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\bcm570x_queue.h
17731  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\cfb_console.c
17732  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\cfi_flash.c
17733  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\cs8900.c
17734  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\cs8900.h
17735  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ct69000.c
17736  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\dataflash.c
17737  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\dc2114x.c
17738  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\dm9000x.c
17739  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\dm9000x.h
17740  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ds1722.c
17741  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\e1000.c
17742  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\e1000.h
17743  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\eepro100.c
17744  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\i8042.c
17745  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\i82365.c
17746  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\inca-ip_sw.c
17747  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\keyboard.c
17748  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ks8695eth.c
17749  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\lan91c96.c
17750  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\lan91c96.h
17751  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\Makefile
17752  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\mw_eeprom.c
17753  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\nand
```

```
17754    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\natsemi.c
17755    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\natsemi.c
17756    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ne2000.c
17757    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ne2000.h
17758    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\netarm_eth.c
17759    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\netarm_eth.h
17760    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\netconsole.c
17761    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\nicext.h
17762    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ns16550.c
17763    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ns7520_eth.c
17764    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ns8382x.c
17765    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ns87308.c
17766    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ns9750_eth.c
17767    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ns9750_serial.c
17768    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\omap1510_i2c.c
17769    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\omap24xx_i2c.c
17770    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\pci.c
17771    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\pci_auto.c
17772    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\pci_indirect.c
17773    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\pcnet.c
17774    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\pc_keyb.c
17775    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\plb2800_eth.c
17776    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ps2mult.c
17777    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ps2ser.c
17778    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\rtl8019.c
17779    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\rtl8019.h
17780    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\rtl8139.c
17781    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\rtl8169.c
17782    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\s3c4510b_eth.c
17783    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\s3c4510b_eth.h
17784    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\s3c4510b_uart.c
17785    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\s3c4510b_uart.h
17786    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sed13806.c
17787    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sed156x.c
17788    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\serial.c
17789    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\serial_max3100.c
17790    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\serial_pl010.c
17791    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\serial_pl011.c
17792    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\serial_pl011.h
17793    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\serial_xuartlite.c
17794    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin
17795    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sl811.h
17796    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sl811_usb.c
17797    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sm501.c
17798    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\smc91111.c
17799    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\smc91111.h
17800    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\smiLynxEM.c
17801    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\status_led.c
17802    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sym53c8xx.c
17803    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\tigon3.c
17804    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\tigon3.h
17805    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ti_pci1410a.c
17806    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\tsec.c
17807    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\tsec.h
17808    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\usbdcore.c
17809    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\usbdcore_ep0.c
17810    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\usbdcore_omap1510.c
17811    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\usbtty.c
17812    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\usbtty.h
17813    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\videomodes.c
17814    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\videomodes.h
17815    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\w83c553f.c
17816    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\nand\diskonchip.c
17817    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\nand\Makefile
17818    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\nand\nand.c
17819    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\nand\nand_base.c
17820    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\nand\nand_bbt.c
17821    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\nand\nand_ecc.c
17822    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\nand\nand_ids.c
```

```
17823    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\nand_legacy\Makefile
17824    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\nand_legacy\nand_legacy.c
17825    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h
17826    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\Makefile
17827    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\skaddr.c
17828    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\skcsum.c
17829    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\skge.c
17830    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\skgehwt.c
17831    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\skgeinit.c
17832    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\skgemib.c
17833    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\skgepnmi.c
17834    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\skgesirq.c
17835    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\ski2c.c
17836    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\sklm80.c
17837    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\skproc.c
17838    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\skqueue.c
17839    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\skrlmt.c
17840    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\sktimer.c
17841    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\skvpd.c
17842    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\skxmac2.c
17843    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\u-boot_compat.h
17844    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\uboot_drv.c
17845    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\uboot_skb.c
17846    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\lm80.h
17847    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skaddr.h
17848    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skcsum.h
17849    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skdebug.h
17850    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skdrv1st.h
17851    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skdrv2nd.h
17852    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skerror.h
17853    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skgedrv.h
17854    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skgehw.h
17855    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skgehwt.h
17856    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skgei2c.h
17857    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skgeinit.h
17858    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skgepnm2.h
17859    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skgepnmi.h
17860    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skgesirq.h
17861    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\ski2c.h
17862    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skqueue.h
17863    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skrlmt.h
17864    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\sktimer.h
17865    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\sktypes.h
17866    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skversion.h
17867    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skvpd.h
17868    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\xmac_ii.h
17869    GPL.UBNT.v6.1.7\uboot\uboot-xw\dtt\adm1021.c
17870    GPL.UBNT.v6.1.7\uboot\uboot-xw\dtt\ds1621.c
17871    GPL.UBNT.v6.1.7\uboot\uboot-xw\dtt\lm75.c
17872    GPL.UBNT.v6.1.7\uboot\uboot-xw\dtt\Makefile
17873    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\82559_eeprom.c
17874    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\eepro100_eeprom.c
17875    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\hello_world.c
17876    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\hello_world.s
17877    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\Makefile
17878    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\mem_to_mem_idma2intr.c
17879    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\mips.lds
17880    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\nios.lds
17881    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\nios2.lds
17882    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\ppc_longjmp.S
17883    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\ppc_setjmp.S
17884    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\README.smc91111_eeprom
17885    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\sched.c
17886    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\smc91111_eeprom.c
17887    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\stubs.c
17888    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\test_burst.c
17889    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\test_burst.h
17890    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\test_burst_lib.S
17891    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\timer.c
```

```
17892  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs
17893  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\cramfs
17894  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\ext2
17895  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\fat
17896  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\fdos
17897  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\jffs2
17898  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\Makefile
17899  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\reiserfs
17900  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\cramfs\cramfs.c
17901  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\cramfs\Makefile
17902  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\cramfs\uncompress.c
17903  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\ext2\dev.c
17904  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\ext2\ext2fs.c
17905  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\ext2\Makefile
17906  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\fat\fat.c
17907  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\fat\file.c
17908  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\fat\Makefile
17909  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\fdos\dev.c
17910  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\fdos\dos.h
17911  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\fdos\fat.c
17912  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\fdos\fdos.c
17913  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\fdos\fdos.h
17914  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\fdos\fs.c
17915  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\fdos\Makefile
17916  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\fdos\subdir.c
17917  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\fdos\vfat.c
17918  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\jffs2\compr_lzari.c
17919  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\jffs2\compr_lzo.c
17920  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\jffs2\compr_rtime.c
17921  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\jffs2\compr_rubin.c
17922  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\jffs2\compr_zlib.c
17923  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\jffs2\jffs2_1pass.c
17924  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\jffs2\jffs2_nand_1pass.c
17925  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\jffs2\jffs2_nand_private.h
17926  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\jffs2\jffs2_private.h
17927  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\jffs2\Makefile
17928  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\jffs2\mini_inflate.c
17929  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\reiserfs\dev.c
17930  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\reiserfs\Makefile
17931  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\reiserfs\mode_string.c
17932  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\reiserfs\reiserfs.c
17933  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\reiserfs\reiserfs_private.h
17934  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\405gp_i2c.h
17935  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\405gp_pci.h
17936  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\405_dimm.h
17937  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\405_mal.h
17938  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\440_i2c.h
17939  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\74xx_7xx.h
17940  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ACEX1K.h
17941  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\altera.h
17942  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ar7100_soc.h
17943  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ar7240_soc.h
17944  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ar934x_soc.h
17945  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\arm920t.h
17946  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\arm925t.h
17947  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\arm926ejs.h
17948  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\arm946es.h
17949  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\armcoremodule.h
17950  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm
17951  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin
17952  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386
17953  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k
17954  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze
17955  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips
17956  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios
17957  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2
17958  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc
17959  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\at91rm9200_i2c.h
17960  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\at91rm9200_net.h
```

```
17961  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm
17962  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\athversion.h
17963  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\bcm5221.h
17964  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\bedbug
17965  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\bmp_layout.h
17966  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\bmp_logo.h
17967  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\bzlib.h
17968  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\circbuf.h
17969  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\clps7111.h
17970  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\cmd_confdefs.h
17971  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\command.h
17972  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\common.h
17973  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\commproc.h
17974  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs
17975  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\console.h
17976  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\cramfs
17977  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\crc.h
17978  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\da9030.h
17979  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\dataflash.h
17980  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\devices.h
17981  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\dm9161.h
17982  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\dtt.h
17983  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\e500.h
17984  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\elf.h
17985  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\environment.h
17986  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\exports.h
17987  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ext2fs.h
17988  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\fat.h
17989  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\fdc.h
17990  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\flash.h
17991  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\fpga.h
17992  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ft_build.h
17993  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\galileo
17994  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\hornet_soc.h
17995  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\hush.h
17996  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\i2c.h
17997  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\i8042.h
17998  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ide.h
17999  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\image.h
18000  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ioports.h
18001  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\jffs2
18002  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\keyboard.h
18003  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\kgdb.h
18004  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\lcd.h
18005  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\lcdvideo.h
18006  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\lh7a400.h
18007  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\lh7a404.h
18008  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\lh7a40x.h
18009  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux
18010  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux_logo.h
18011  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\lists.h
18012  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\logbuff.h
18013  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\lpd7a400_cpld.h
18014  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\lxt971a.h
18015  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\lynxkdi.h
18016  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\LzmaWrapper.h
18017  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\malloc.h
18018  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\miiphy.h
18019  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\mii_phy.h
18020  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\mk48t59.h
18021  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\mmc.h
18022  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\mpc106.h
18023  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\mpc5xx.h
18024  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\mpc5xxx.h
18025  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\mpc8220.h
18026  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\mpc824x.h
18027  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\mpc8260.h
18028  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\mpc8260_irq.h
18029  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\mpc83xx.h
```

```
18030  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\mpc8260.h
18031  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\mpc8xx.h
18032  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\mpc8xx_irq.h
18033  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\nand.h
18034  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\net.h
18035  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\nios-io.h
18036  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\nios.h
18037  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\nios2-epcs.h
18038  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\nios2-io.h
18039  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\nios2.h
18040  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ns16550.h
18041  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ns7520_eth.h
18042  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ns87308.h
18043  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ns9750_bbus.h
18044  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ns9750_eth.h
18045  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ns9750_mem.h
18046  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ns9750_ser.h
18047  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ns9750_sys.h
18048  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\part.h
18049  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\pci.h
18050  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\pci_ids.h
18051  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\pcmcia
18052  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\pcmcia.h
18053  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\pc_keyb.h
18054  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\post.h
18055  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ppc405.h
18056  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ppc440.h
18057  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ppc4xx.h
18058  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ppc4xx_enet.h
18059  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ppc_asm.tmpl
18060  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ppc_defs.h
18061  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ps2mult.h
18062  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\reiserfs.h
18063  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\rtc.h
18064  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\s3c2400.h
18065  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\s3c2410.h
18066  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\s3c24x0.h
18067  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\SA-1100.h
18068  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\sa1100.h
18069  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\scsi.h
18070  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\sed13806.h
18071  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\sed156x.h
18072  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\serial.h
18073  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\sm501.h
18074  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\smiLynxEM.h
18075  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\spartan2.h
18076  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\spartan3.h
18077  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\spd.h
18078  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\spd_sdram.h
18079  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\spi.h
18080  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\status_led.h
18081  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\sym53c8xx.h
18082  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\systemace.h
18083  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\s_record.h
18084  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ubnt_api_calls.h
18085  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\universe.h
18086  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\usb.h
18087  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\usbdcore.h
18088  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\usbdcore_ep0.h
18089  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\usbdcore_omap1510.h
18090  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\usbdescriptors.h
18091  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\usb_defs.h
18092  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\version.h
18093  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\vfd_logo.h
18094  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\video.h
18095  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\video_ad7176.h
18096  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\video_ad7177.h
18097  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\video_ad7179.h
18098  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\video_easylogo.h
```

```
18099  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\video.h
18100  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\video_font.h
18101  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\video_logo.h
18102  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\virtex2.h
18103  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\w83c553f.h
18104  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\watchdog.h
18105  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\xilinx.h
18106  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\xyzModem.h
18107  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\zlib.h
18108  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\_exports.h
18109  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm1136
18110  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm720t
18111  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm925t
18112  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm926ejs
18113  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-at91rm9200
18114  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-imx
18115  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-ixp
18116  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-ks8695
18117  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-pxa
18118  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-s3c24x0
18119  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-s3c44b0
18120  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-sa1100
18121  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\atomic.h
18122  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\bitops.h
18123  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\byteorder.h
18124  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\errno.h
18125  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\global_data.h
18126  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\hardware.h
18127  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\io.h
18128  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\mach-types.h
18129  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\memory.h
18130  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\posix_types.h
18131  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\proc-armv
18132  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\processor.h
18133  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\ptrace.h
18134  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\setup.h
18135  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\sizes.h
18136  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\string.h
18137  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\types.h
18138  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\u-boot-arm.h
18139  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\u-boot.h
18140  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm1136\bits.h
18141  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm1136\clocks.h
18142  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm1136\i2c.h
18143  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm1136\mem.h
18144  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm1136\mux.h
18145  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm1136\omap2420.h
18146  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm1136\sizes.h
18147  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm1136\sys_info.h
18148  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm1136\sys_proto.h
18149  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm720t\hardware.h
18150  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm720t\netarm_dma_module.h
18151  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm720t\netarm_eni_module.h
18152  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm720t\netarm_eth_module.h
18153  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm720t\netarm_gen_module.h
18154  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm720t\netarm_mem_module.h
18155  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm720t\netarm_registers.h
18156  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm720t\netarm_ser_module.h
18157  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm720t\s3c4510b.h
18158  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm925t\sizes.h
18159  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm926ejs\sizes.h
18160  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-at91rm9200\AT91RM9200.h
18161  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-at91rm9200\hardware.h
18162  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-imx\imx-regs.h
18163  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-ixp\ixp425.h
18164  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-ixp\ixp425pci.h
18165  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-ks8695\platform.h
18166  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-pxa\bitfield.h
18167  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-pxa\hardware.h
```

```
18168  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-pxa\pxa-regs.h
18169  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-pxa\pxa-regs.h
18170  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-s3c24x0\memory.h
18171  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-s3c44b0\hardware.h
18172  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-sa1100\bitfield.h
18173  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\proc-armv\domain.h
18174  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\proc-armv\processor.h
18175  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\proc-armv\ptrace.h
18176  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\proc-armv\system.h
18177  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\bitops.h
18178  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\blackfin.h
18179  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\blackfin_defs.h
18180  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\byteorder.h
18181  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cplb.h
18182  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cplbtab.h
18183  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cpu
18184  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\current.h
18185  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\delay.h
18186  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\entry.h
18187  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\errno.h
18188  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\global_data.h
18189  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\hw_irq.h
18190  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\io-kernel.h
18191  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\io.h
18192  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\irq.h
18193  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\linkage.h
18194  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\machdep.h
18195  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\mem_init.h
18196  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\page.h
18197  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\page_offset.h
18198  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\posix_types.h
18199  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\processor.h
18200  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\ptrace.h
18201  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\segment.h
18202  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\setup.h
18203  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\shared_resources.h
18204  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\string.h
18205  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\system.h
18206  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\traps.h
18207  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\types.h
18208  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\u-boot.h
18209  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\uaccess.h
18210  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\virtconvert.h
18211  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cpu\bf533_irq.h
18212  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cpu\bf533_rtc.h
18213  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cpu\bf533_serial.h
18214  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cpu\cdefBF531.h
18215  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cpu\cdefBF532.h
18216  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cpu\cdefBF533.h
18217  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cpu\cdefBF53x.h
18218  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cpu\cdef_LPBlackfin.h
18219  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cpu\defBF531.h
18220  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cpu\defBF532.h
18221  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cpu\defBF533.h
18222  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cpu\defBF533_extn.h
18223  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cpu\def_LPBlackfin.h
18224  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\bitops.h
18225  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\byteorder.h
18226  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\global_data.h
18227  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\i8254.h
18228  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\i8259.h
18229  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\ibmpc.h
18230  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\ic
18231  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\io.h
18232  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\pci.h
18233  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\posix_types.h
18234  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\processor.h
18235  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\ptrace.h
18236  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\realmode.h
```

```
18237  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\types.h
18238  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\types.h
18239  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\u-boot-i386.h
18240  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\u-boot.h
18241  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\zimage.h
18242  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\ic\ali512x.h
18243  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\ic\sc520.h
18244  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\bitops.h
18245  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\byteorder.h
18246  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\fec.h
18247  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\global_data.h
18248  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\immap_5249.h
18249  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\immap_5272.h
18250  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\immap_5282.h
18251  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\io.h
18252  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\m5249.h
18253  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\m5272.h
18254  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\m5282.h
18255  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\mcftimer.h
18256  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\mcfuart.h
18257  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\posix_types.h
18258  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\processor.h
18259  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\ptrace.h
18260  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\string.h
18261  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\types.h
18262  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\u-boot.h
18263  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\arch-microblaze
18264  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\bitops.h
18265  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\byteorder.h
18266  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\global_data.h
18267  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\io.h
18268  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\platform.h
18269  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\posix_types.h
18270  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\processor.h
18271  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\ptrace.h
18272  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\serial_xuartlite.h
18273  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\string.h
18274  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\suzaku.h
18275  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\system.h
18276  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\types.h
18277  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\u-boot.h
18278  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\arch-microblaze\xbasic_types.h
18279  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\arch-microblaze\xio.h
18280  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\arch-microblaze\xuartlite_l.h
18281  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\addrspace.h
18282  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\au1x00.h
18283  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\bitops.h
18284  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\byteorder.h
18285  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\cachectl.h
18286  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\cacheops.h
18287  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\global_data.h
18288  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\inca-ip.h
18289  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\io.h
18290  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\isadep.h
18291  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\mipsregs.h
18292  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\posix_types.h
18293  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\processor.h
18294  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\ptrace.h
18295  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\reg.h
18296  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\regdef.h
18297  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\sgidefs.h
18298  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\string.h
18299  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\system.h
18300  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\types.h
18301  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\u-boot.h
18302  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios\bitops.h
18303  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios\byteorder.h
18304  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios\cache.h
18305  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios\global_data.h
```

```
18306  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios\posix_types.h
18307  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios\posix_types.h
18308  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios\processor.h
18309  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios\psr.h
18310  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios\ptrace.h
18311  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios\status_led.h
18312  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios\string.h
18313  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios\system.h
18314  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios\types.h
18315  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios\u-boot.h
18316  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\bitops.h
18317  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\byteorder.h
18318  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\cache.h
18319  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\global_data.h
18320  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\io.h
18321  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\opcodes.h
18322  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\posix_types.h
18323  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\processor.h
18324  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\psr.h
18325  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\ptrace.h
18326  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\status_led.h
18327  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\string.h
18328  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\system.h
18329  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\types.h
18330  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\u-boot.h
18331  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\5xx_immap.h
18332  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\8xx_immap.h
18333  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\atomic.h
18334  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\bitops.h
18335  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\byteorder.h
18336  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\cache.h
18337  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\cpm_8260.h
18338  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\cpm_85xx.h
18339  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\e300.h
18340  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\errno.h
18341  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\global_data.h
18342  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\i2c.h
18343  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\immap_8220.h
18344  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\immap_8260.h
18345  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\immap_83xx.h
18346  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\immap_85xx.h
18347  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\io.h
18348  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\iopin_8260.h
18349  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\iopin_85xx.h
18350  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\iopin_8xx.h
18351  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\m8260_pci.h
18352  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\mc146818rtc.h
18353  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\mmu.h
18354  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\mpc8349_pci.h
18355  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\pci_io.h
18356  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\pnp.h
18357  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\posix_types.h
18358  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\processor.h
18359  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\ptrace.h
18360  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\residual.h
18361  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\sigcontext.h
18362  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\signal.h
18363  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\status_led.h
18364  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\string.h
18365  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\types.h
18366  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\u-boot.h
18367  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\bedbug\bedbug.h
18368  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\bedbug\ppc.h
18369  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\bedbug\regs.h
18370  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\bedbug\tables.h
18371  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\bedbug\type.h
18372  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\A3000.h
18373  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ADCIOP.h
18374  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\Adder.h
```

```
18375    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ADNPESCI_base.h
18376    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ADNPESCI_base_32.h
18377    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ADS860.h
18378    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\adsvix.h
18379    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\aev.h
18380    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\Alaska8220.h
18381    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\AmigaOneG3SE.h
18382    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\AMX860.h
18383    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\AP1000.h
18384    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap101-2.6.31.h
18385    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap101-small.h
18386    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap101.h
18387    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap111-2.6.31.h
18388    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap111.h
18389    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap121.h
18390    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap123.h
18391    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap81.h
18392    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap83.h
18393    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap91-2MB.h
18394    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap91-2x8.h
18395    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap91-router.h
18396    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap91.h
18397    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap93-hgw.h
18398    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap93.h
18399    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap94.h
18400    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap94min.h
18401    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap96.h
18402    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap98.h
18403    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap99-2.6.31.h
18404    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap99-hgw.h
18405    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap99-ivi.h
18406    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap99-small.h
18407    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap99.h
18408    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\APC405.h
18409    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\AR405.h
18410    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ar7100.h
18411    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ar7240.h
18412    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ar7240_emu.h
18413    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\armadillo.h
18414    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ASH405.h
18415    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\assabet.h
18416    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\at91rm9200dk.h
18417    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\atc.h
18418    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\B2.h
18419    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\BAB7xx.h
18420    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\bamboo.h
18421    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\barco.h
18422    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\BMW.h
18423    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\bubinga.h
18424    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\c2mon.h
18425    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CANBT.h
18426    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\canmb.h
18427    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CATcenter.h
18428    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CCM.h
18429    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\cerf250.h
18430    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\cm4008.h
18431    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\cm41xx.h
18432    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\cmc_pu2.h
18433    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\cmi_mpc5xx.h
18434    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CMS700.h
18435    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\cobra5272.h
18436    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\cogent_common.h
18437    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\cogent_mpc8260.h
18438    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\cogent_mpc8xx.h
18439    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CPC45.h
18440    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CPCI2DP.h
18441    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CPCI405.h
18442    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CPCI4052.h
18443    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CPCI405AB.h
```

```
18444   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CPCI405DP.h
18445   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CPCI440.h
18446   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\cpci5200.h
18447   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CPCI750.h
18448   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CPCIISER4.h
18449   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CPU86.h
18450   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CPU87.h
18451   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\cradle.h
18452   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CRAYL1.h
18453   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\csb226.h
18454   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\csb272.h
18455   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\csb472.h
18456   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\csb637.h
18457   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CU824.h
18458   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\cus136.h
18459   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\cus97.h
18460   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\DASA_SIM.h
18461   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\db12x.h
18462   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\DB64360.h
18463   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\DB64460.h
18464   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\dbau1x00.h
18465   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\debris.h
18466   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\delta.h
18467   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\DK1C20.h
18468   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\DK1C20_safe_32.h
18469   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\DK1C20_standard_32.h
18470   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\DK1S10.h
18471   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\DK1S10_mtx_ldk_20.h
18472   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\DK1S10_safe_32.h
18473   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\DK1S10_standard_32.h
18474   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\dnp1110.h
18475   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\DP405.h
18476   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\DU405.h
18477   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ebony.h
18478   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ELPPC.h
18479   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ELPT860.h
18480   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ep7312.h
18481   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ep8248.h
18482   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ep8260.h
18483   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\EP88x.h
18484   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ERIC.h
18485   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ESTEEM192E.h
18486   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ETX094.h
18487   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\evb4510.h
18488   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\EVB64260.h
18489   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\eXalion.h
18490   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\EXBITGEN.h
18491   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ezkit533.h
18492   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\FADS823.h
18493   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\FADS850SAR.h
18494   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\FADS860T.h
18495   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\FLAGADM.h
18496   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\FPS850L.h
18497   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\FPS860L.h
18498   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\G2000.h
18499   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\gcplus.h
18500   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\GEN860T.h
18501   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\GENIETV.h
18502   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\GTH.h
18503   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\gw8260.h
18504   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\h2_p2_dbg_board.h
18505   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\hermes.h
18506   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\HH405.h
18507   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\HIDDEN_DRAGON.h
18508   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\HMI10.h
18509   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\hmi1001.h
18510   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\hornet_emu.h
18511   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\HUB405.h
18512   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\hymod.h
```

```
18513    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\IceCube.h
18514    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\IceCube.h
18515    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ICU862.h
18516    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\IDS8247.h
18517    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\impa7.h
18518    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\incaip.h
18519    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\inka4x0.h
18520    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\innokom.h
18521    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\integratorap.h
18522    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\integratorcp.h
18523    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\IP860.h
18524    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\IPHASE4539.h
18525    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ISPAN.h
18526    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\IVML24.h
18527    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\IVMS8.h
18528    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ixdp425.h
18529    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\JSE.h
18530    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\KAREF.h
18531    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\kb9202.h
18532    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\KUP4K.h
18533    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\KUP4X.h
18534    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\LANTEC.h
18535    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\lart.h
18536    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\logodl.h
18537    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\lpd7a400-10.h
18538    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\lpd7a400.h
18539    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\lpd7a404-10.h
18540    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\lpd7a404.h
18541    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\luan.h
18542    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\lubbock.h
18543    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\lwmon.h
18544    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\M5272C3.h
18545    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\M5282EVB.h
18546    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MBX.h
18547    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MBX860T.h
18548    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\mcc200.h
18549    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\METROBOX.h
18550    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MHPC.h
18551    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\mi93.h
18552    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MIP405.h
18553    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ML2.h
18554    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ml300.h
18555    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\modnet50.h
18556    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MOUSSE.h
18557    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\mp2usb.h
18558    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MPC8260ADS.h
18559    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MPC8266ADS.h
18560    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MPC8349ADS.h
18561    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MPC8349EMDS.h
18562    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MPC8540ADS.h
18563    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MPC8540EVAL.h
18564    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MPC8541CDS.h
18565    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MPC8548CDS.h
18566    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MPC8555CDS.h
18567    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MPC8560ADS.h
18568    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MPC86xADS.h
18569    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MPC885ADS.h
18570    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MUSENKI.h
18571    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MVBLUE.h
18572    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MVS1.h
18573    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\mx1ads.h
18574    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\mx1fs2.h
18575    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\nanobridge-ar9342-ar8035.h
18576    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\NC650.h
18577    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\NETPHONE.h
18578    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\netstar.h
18579    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\NETTA.h
18580    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\NETTA2.h
18581    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\NETVIA.h
```

```
18582  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\NSCU.h
18583  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\NSCU.h
18584  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\NX823.h
18585  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\o2dnt.h
18586  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ocotea.h
18587  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\OCRTC.h
18588  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\omap1510.h
18589  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\omap1510inn.h
18590  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\omap1610h2.h
18591  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\omap1610inn.h
18592  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\omap2420h4.h
18593  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\omap5912osk.h
18594  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\omap730.h
18595  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\omap730p2.h
18596  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ORSG.h
18597  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\OXC.h
18598  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\P3G4.h
18599  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\p3p440.h
18600  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PATI.h
18601  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pb1x00.h
18602  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pb42.h
18603  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pb44.h
18604  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pb45.h
18605  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pb47.h
18606  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pb90.h
18607  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pb92.h
18608  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pb93.h
18609  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pb9x-2.6.31.h
18610  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pb9x-2x8.h
18611  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pb9x.h
18612  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PCI405.h
18613  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PCI5441.h
18614  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PCIPPC2.h
18615  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PCIPPC6.h
18616  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pcu_e.h
18617  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pf5200.h
18618  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PIP405.h
18619  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PK1C20.h
18620  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pleb2.h
18621  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PLU405.h
18622  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PM520.h
18623  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PM826.h
18624  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PM828.h
18625  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PM854.h
18626  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PM856.h
18627  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PMC405.h
18628  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PN62.h
18629  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PPChameleonEVB.h
18630  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ppmc8260.h
18631  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\purple.h
18632  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pxa255_idp.h
18633  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\QS823.h
18634  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\QS850.h
18635  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\QS860T.h
18636  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\quantum.h
18637  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\R360MPI.h
18638  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\Rattler.h
18639  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\RBC823.h
18640  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\rmu.h
18641  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\RPXClassic.h
18642  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\RPXlite.h
18643  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\RPXlite_DW.h
18644  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\RPXsuper.h
18645  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\RRvision.h
18646  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\rsdproto.h
18647  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\sacsng.h
18648  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\Sandpoint8240.h
18649  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\Sandpoint8245.h
18650  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\sbc405.h
```

```
18651    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\sbc8349.h
18652    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\sbc8260.h
18653    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\SBC8540.h
18654    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\sbc8560.h
18655    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\sc520_cdp.h
18656    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\sc520_spunk.h
18657    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\sc520_spunk_rel.h
18658    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\scb9328.h
18659    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\SCM.h
18660    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\shannon.h
18661    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\SL8245.h
18662    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\SM850.h
18663    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\smdk2400.h
18664    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\smdk2410.h
18665    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\smmaco4.h
18666    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\sorcery.h
18667    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\SPD823TS.h
18668    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\spieval.h
18669    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\stamp.h
18670    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\stxgp3.h
18671    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\stxxtc.h
18672    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\suzaku.h
18673    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\svm_sc8xx.h
18674    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\SX1.h
18675    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\SXNI855T.h
18676    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TASREG.h
18677    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\tb0229.h
18678    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\tb225.h
18679    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\tb243.h
18680    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\tb327.h
18681    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TOP5200.h
18682    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TOP860.h
18683    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\Total5200.h
18684    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM5200.h
18685    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM823L.h
18686    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM823M.h
18687    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM8260.h
18688    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM834x.h
18689    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM850L.h
18690    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM850M.h
18691    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM855L.h
18692    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM855M.h
18693    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM85xx.h
18694    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM860L.h
18695    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM860M.h
18696    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM862L.h
18697    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM862M.h
18698    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM866M.h
18699    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\trab.h
18700    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ubnt-R5X3.h
18701    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\uc100.h
18702    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\utx8245.h
18703    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\v37.h
18704    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\VCMA9.h
18705    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\versatile.h
18706    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\VOH405.h
18707    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\voiceblue.h
18708    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\VOM405.h
18709    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\VoVPN-GW.h
18710    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\W7OLMC.h
18711    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\W7OLMG.h
18712    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\walnut.h
18713    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\wasp_emu.h
18714    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\wepep250.h
18715    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\wrt54g.h
18716    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\WUH405.h
18717    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\xaeniax.h
18718    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\xm250.h
18719    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\XPEDITE1K.h
```

```
18720  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\Xpedite1000.h
18721  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\yellowstone.h
18722  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\yosemite.h
18723  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\Yukon8220.h
18724  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ZPC1900.h
18725  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ZUMA.h
18726  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\zylonite.h
18727  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\cramfs\cramfs_fs.h
18728  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\cramfs\cramfs_fs_sb.h
18729  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\galileo\core.h
18730  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\galileo\gt64260R.h
18731  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\galileo\memory.h
18732  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\galileo\pci.h
18733  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\jffs2\compr_rubin.h
18734  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\jffs2\jffs2.h
18735  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\jffs2\jffs2_1pass.h
18736  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\jffs2\load_kernel.h
18737  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\jffs2\mini_inflate.h
18738  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\bitops.h
18739  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\byteorder
18740  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\config.h
18741  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\ctype.h
18742  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\list.h
18743  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\mc146818rtc.h
18744  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\mtd
18745  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\posix_types.h
18746  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\stat.h
18747  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\stddef.h
18748  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\string.h
18749  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\time.h
18750  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\types.h
18751  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\byteorder\big_endian.h
18752  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\byteorder\generic.h
18753  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\byteorder\little_endian.h
18754  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\byteorder\swab.h
18755  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\mtd\compat.h
18756  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\mtd\doc2000.h
18757  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\mtd\mtd-abi.h
18758  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\mtd\mtd.h
18759  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\mtd\nand.h
18760  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\mtd\nand_ecc.h
18761  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\mtd\nand_ids.h
18762  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\mtd\nand_legacy.h
18763  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\mtd\nftl.h
18764  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\pcmcia\cirrus.h
18765  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\pcmcia\i82365.h
18766  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\pcmcia\ss.h
18767  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\pcmcia\ti113x.h
18768  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\pcmcia\yenta.h
18769  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_arm\armlinux.c
18770  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_arm\board.c
18771  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_arm\cache.c
18772  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_arm\div0.c
18773  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_arm\Makefile
18774  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_arm\_udivsi3.S
18775  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_arm\_umodsi3.S
18776  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_blackfin\bf533_linux.c
18777  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_blackfin\bf533_string.c
18778  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_blackfin\blackfin_board.h
18779  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_blackfin\board.c
18780  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_blackfin\cache.c
18781  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_blackfin\Makefile
18782  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_blackfin\muldi3.c
18783  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap\bootstrap_board.c
18784  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap\console.c
18785  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap\crc32.c
18786  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap\ctype.c
18787  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap\devices.c
18788  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap\display_options.c
```

```
18789   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap\lzma.h
18790   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap\LzmaDecode.c
18791   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap\LzmaDecode.h
18792   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap\LzmaTypes.h
18793   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap\LzmaWrapper.c
18794   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap\Makefile
18795   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap\string.c
18796   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap\time.c
18797   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap\vsprintf.c
18798   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\bzlib.c
18799   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\bzlib_crctable.c
18800   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\bzlib_decompress.c
18801   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\bzlib_huffman.c
18802   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\bzlib_private.h
18803   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\bzlib_randtable.c
18804   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\crc32.c
18805   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\ctype.c
18806   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\display_options.c
18807   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\ldiv.c
18808   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\LzmaDecode.c
18809   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\LzmaDecode.h
18810   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\LzmaTypes.h
18811   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\LzmaWrapper.c
18812   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\Makefile
18813   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\string.c
18814   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\vsprintf.c
18815   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\zlib.c
18816   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386\bios.h
18817   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386\bios.S
18818   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386\bios_pci.S
18819   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386\bios_setup.c
18820   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386\board.c
18821   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386\i386_linux.c
18822   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386\Makefile
18823   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386\pci.c
18824   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386\pci_type1.c
18825   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386\realmode.c
18826   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386\realmode_switch.S
18827   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386\video.c
18828   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386\video_bios.c
18829   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386\zimage.c
18830   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_m68k\board.c
18831   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_m68k\cache.c
18832   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_m68k\m68k_linux.c
18833   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_m68k\Makefile
18834   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_m68k\time.c
18835   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_m68k\traps.c
18836   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_microblaze\board.c
18837   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_microblaze\cache.c
18838   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_microblaze\Makefile
18839   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_microblaze\microblaze_linux.c
18840   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_microblaze\time.c
18841   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_mips\board.c
18842   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_mips\Makefile
18843   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_mips\mips_linux.c
18844   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_mips\time.c
18845   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios\board.c
18846   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios\cache.c
18847   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios\divmod.c
18848   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios\Makefile
18849   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios\math.h
18850   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios\mult.c
18851   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios\nios_linux.c
18852   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios\time.c
18853   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios2\board.c
18854   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios2\cache.S
18855   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios2\divmod.c
18856   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios2\Makefile
18857   GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios2\math.h
```

```
18858    GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios2\nios2.h
18859    GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios2\nios_linux.c
18860    GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios2\time.c
18861    GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_ppc\bat_rw.c
18862    GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_ppc\board.c
18863    GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_ppc\cache.c
18864    GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_ppc\extable.c
18865    GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_ppc\interrupts.c
18866    GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_ppc\kgdb.c
18867    GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_ppc\Makefile
18868    GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_ppc\ppcstring.S
18869    GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_ppc\ticks.S
18870    GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_ppc\time.c
18871    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\bootp.c
18872    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\bootp.h
18873    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\eth.c
18874    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\Makefile
18875    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\net.c
18876    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\nfs.c
18877    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\nfs.h
18878    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\rarp.c
18879    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\rarp.h
18880    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\sntp.c
18881    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\sntp.h
18882    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\tftp.c
18883    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\tftp.h
18884    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\tftp_server.c
18885    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\tftp_server.h
18886    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cache.c
18887    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cache_8xx.S
18888    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\codec.c
18889    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu
18890    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu.c
18891    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\dsp.c
18892    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\ether.c
18893    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\i2c.c
18894    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\Makefile
18895    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\memory.c
18896    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\post.c
18897    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\rtc.c
18898    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\rules.mk
18899    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\spr.c
18900    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\sysmon.c
18901    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\tests.c
18902    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\uart.c
18903    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\usb.c
18904    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\watchdog.c
18905    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\andi.c
18906    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\asm.S
18907    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\b.c
18908    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\cmp.c
18909    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\cmpi.c
18910    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\complex.c
18911    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\cpu_asm.h
18912    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\cr.c
18913    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\load.c
18914    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\Makefile
18915    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\multi.c
18916    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\rlwimi.c
18917    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\rlwinm.c
18918    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\rlwnm.c
18919    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\srawi.c
18920    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\store.c
18921    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\string.c
18922    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\three.c
18923    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\threei.c
18924    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\threex.c
18925    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\two.c
18926    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\twox.c
```

```
18927   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\bq4802.c
18928   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\date.c
18929   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\ds12887.c
18930   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\ds1302.c
18931   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\ds1306.c
18932   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\ds1307.c
18933   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\ds1337.c
18934   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\ds1374.c
18935   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\ds1556.c
18936   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\ds164x.c
18937   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\ds174x.c
18938   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\m41t11.c
18939   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\m48t35ax.c
18940   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\Makefile
18941   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\max6900.c
18942   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\mc146818.c
18943   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\mk48t59.c
18944   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\mpc5xxx.c
18945   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\mpc8xx.c
18946   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\pcf8563.c
18947   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\rs5c372.c
18948   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\s3c24x0_rtc.c
18949   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb
18950   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bmp_logo.c
18951   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\easylogo
18952   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\env
18953   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\envcrc.c
18954   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\gdb
18955   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\gen_eth_addr.c
18956   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\img2brec.sh
18957   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\img2srec.c
18958   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\inca-swap-bytes.c
18959   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\keygen.c
18960   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\logos
18961   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\Makefile
18962   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\Makefile.win32
18963   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\mkimage.c
18964   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\mpc86x_clk.c
18965   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\ncb.c
18966   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\scripts
18967   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\setlocalversion
18968   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\updater
18969   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\badsubmit.php
18970   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\bddb.css
18971   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\brlog.php
18972   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\browse.php
18973   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\config.php
18974   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\create_tables.sql
18975   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\defs.php
18976   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\dodelete.php
18977   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\dodellog.php
18978   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\doedit.php
18979   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\doedlog.php
18980   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\donew.php
18981   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\donewlog.php
18982   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\edit.php
18983   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\edlog.php
18984   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\execute.php
18985   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\index.php
18986   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\new.php
18987   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\newlog.php
18988   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\README
18989   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\easylogo\easylogo.c
18990   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\easylogo\linux_logo.tga
18991   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\easylogo\Makefile
18992   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\easylogo\runme.sh
18993   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\env\fw_env.c
18994   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\env\fw_env.config
18995   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\env\fw_env.h
```

```
18996    GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\env\fw_env.h
18997    GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\env\Makefile
18998    GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\env\README
18999    GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\gdb\error.c
19000    GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\gdb\error.h
19001    GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\gdb\gdbcont.c
19002    GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\gdb\gdbsend.c
19003    GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\gdb\Makefile
19004    GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\gdb\remote.c
19005    GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\gdb\remote.h
19006    GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\gdb\serial.c
19007    GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\gdb\serial.h
19008    GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\logos\denx.bmp
19009    GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\scripts\dot.kermrc
19010    GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\scripts\flash_param
19011    GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\scripts\README
19012    GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\scripts\send_cmd
19013    GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\scripts\send_image
19014    GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\updater\cmd_flash.c
19015    GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\updater\ctype.c
19016    GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\updater\dummy.c
19017    GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\updater\flash.c
19018    GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\updater\flash_hw.c
19019    GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\updater\junk
19020    GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\updater\Makefile
19021    GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\updater\ppcstring.S
19022    GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\updater\string.c
19023    GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\updater\update.c
19024    GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\updater\utils.c
19025
```