# EXHIBIT 7

```
                  GNU GENERAL PUBLIC LICENSE
                     Version 2, June 1991

 Copyright (C) 1989, 1991 Free Software Foundation, Inc.
     59 Temple Place, Suite 330, Boston, MA  02111-1307  USA
 Everyone is permitted to copy and distribute verbatim copies
 of this license document, but changing it is not allowed.

                            Preamble

  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
License is intended to guarantee your freedom to share and change free
software--to make sure the software is free for all its users.  This
General Public License applies to most of the Free Software
Foundation's software and to any other program whose authors commit to
using it.  (Some other Free Software Foundation software is covered by
the GNU Library General Public License instead.)  You can apply it to
your programs, too.

  When we speak of free software, we are referring to freedom, not
price.  Our General Public Licenses are designed to make sure that you
have the freedom to distribute copies of free software (and charge for
this service if you wish), that you receive source code or can get it
if you want it, that you can change the software or use pieces of it
in new free programs; and that you know you can do these things.

  To protect your rights, we need to make restrictions that forbid
anyone to deny you these rights or to ask you to surrender the rights.
These restrictions translate to certain responsibilities for you if you
distribute copies of the software, or if you modify it.

  For example, if you distribute copies of such a program, whether
gratis or for a fee, you must give the recipients all the rights that
you have.  You must make sure that they, too, receive or can get the
source code.  And you must show them these terms so they know their
rights.

  We protect your rights with two steps: (1) copyright the software, and
(2) offer you this license which gives you legal permission to copy,
distribute and/or modify the software.

  Also, for each author's protection and ours, we want to make certain
that everyone understands that there is no warranty for this free
software.  If the software is modified by someone else and passed on, we
want its recipients to know that what they have is not the original, so
that any problems introduced by others will not reflect on the original
authors' reputations.

  Finally, any free program is threatened constantly by software
patents.  We wish to avoid the danger that redistributors of a free
program will individually obtain patent licenses, in effect making the
program proprietary.  To prevent this, we have made it clear that any
patent must be licensed for everyone's free use or not licensed at all.

  The precise terms and conditions for copying, distribution and
modification follow.
 FF
                    GNU GENERAL PUBLIC LICENSE
   TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

  0. This License applies to any program or other work which contains
a notice placed by the copyright holder saying it may be distributed
under the terms of this General Public License.  The "Program", below,
refers to any such program or work, and a "work based on the Program"
means either the Program or any derivative work under copyright law:
that is to say, a work containing the Program or a portion of it,
either verbatim or with modifications and/or translated into another
language.  (Hereinafter, translation is included without limitation in
```

```
 70  the term "modification".)  Each licensee is addressed as "you".
 71
 72  Activities other than copying, distribution and modification are not
 73  covered by this License; they are outside its scope.  The act of
 74  running the Program is not restricted, and the output from the Program
 75  is covered only if its contents constitute a work based on the
 76  Program (independent of having been made by running the Program).
 77  Whether that is true depends on what the Program does.
 78
 79    1. You may copy and distribute verbatim copies of the Program's
 80  source code as you receive it, in any medium, provided that you
 81  conspicuously and appropriately publish on each copy an appropriate
 82  copyright notice and disclaimer of warranty; keep intact all the
 83  notices that refer to this License and to the absence of any warranty;
 84  and give any other recipients of the Program a copy of this License
 85  along with the Program.
 86
 87  You may charge a fee for the physical act of transferring a copy, and
 88  you may at your option offer warranty protection in exchange for a fee.
 89
 90    2. You may modify your copy or copies of the Program or any portion
 91  of it, thus forming a work based on the Program, and copy and
 92  distribute such modifications or work under the terms of Section 1
 93  above, provided that you also meet all of these conditions:
 94
 95      a) You must cause the modified files to carry prominent notices
 96      stating that you changed the files and the date of any change.
 97
 98      b) You must cause any work that you distribute or publish, that in
 99      whole or in part contains or is derived from the Program or any
100      part thereof, to be licensed as a whole at no charge to all third
101      parties under the terms of this License.
102
103      c) If the modified program normally reads commands interactively
104      when run, you must cause it, when started running for such
105      interactive use in the most ordinary way, to print or display an
106      announcement including an appropriate copyright notice and a
107      notice that there is no warranty (or else, saying that you provide
108      a warranty) and that users may redistribute the program under
109      these conditions, and telling the user how to view a copy of this
110      License.  (Exception: if the Program itself is interactive but
111      does not normally print such an announcement, your work based on
112      the Program is not required to print an announcement.)
113  ^L
114  These requirements apply to the modified work as a whole.  If
115  identifiable sections of that work are not derived from the Program,
116  and can be reasonably considered independent and separate works in
117  themselves, then this License, and its terms, do not apply to those
118  sections when you distribute them as separate works.  But when you
119  distribute the same sections as part of a whole which is a work based
120  on the Program, the distribution of the whole must be on the terms of
121  this License, whose permissions for other licensees extend to the
122  entire whole, and thus to each and every part regardless of who wrote it.
123
124  Thus, it is not the intent of this section to claim rights or contest
125  your rights to work written entirely by you; rather, the intent is to
126  exercise the right to control the distribution of derivative or
127  collective works based on the Program.
128
129  In addition, mere aggregation of another work not based on the Program
130  with the Program (or with a work based on the Program) on a volume of
131  a storage or distribution medium does not bring the other work under
132  the scope of this License.
133
134    3. You may copy and distribute the Program (or a work based on it,
135  under Section 2) in object code or executable form under the terms of
136  Sections 1 and 2 above provided that you also do one of the following:
137
138      a) Accompany it with the complete corresponding machine-readable
```

```
        source code, which must be distributed under the terms of Sections
        1 and 2 above on a medium customarily used for software interchange; or,

        b) Accompany it with a written offer, valid for at least three
        years, to give any third party, for a charge no more than your
        cost of physically performing source distribution, a complete
        machine-readable copy of the corresponding source code, to be
        distributed under the terms of Sections 1 and 2 above on a medium
        customarily used for software interchange; or,

        c) Accompany it with the information you received as to the offer
        to distribute corresponding source code.  (This alternative is
        allowed only for noncommercial distribution and only if you
        received the program in object code or executable form with such
        an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for
making modifications to it.  For an executable work, complete source
code means all the source code for all modules it contains, plus any
associated interface definition files, plus the scripts used to
control compilation and installation of the executable.  However, as a
special exception, the source code distributed need not include
anything that is normally distributed (in either source or binary
form) with the major components (compiler, kernel, and so on) of the
operating system on which the executable runs, unless that component
itself accompanies the executable.

If distribution of executable or object code is made by offering
access to copy from a designated place, then offering equivalent
access to copy the source code from the same place counts as
distribution of the source code, even though third parties are not
compelled to copy the source along with the object code.
FF
  4. You may not copy, modify, sublicense, or distribute the Program
except as expressly provided under this License.  Any attempt
otherwise to copy, modify, sublicense or distribute the Program is
void, and will automatically terminate your rights under this License.
However, parties who have received copies, or rights, from you under
this License will not have their licenses terminated so long as such
parties remain in full compliance.

  5. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Program or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Program (or any work based on the
Program), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Program or works based on it.

  6. Each time you redistribute the Program (or any work based on the
Program), the recipient automatically receives a license from the
original licensor to copy, distribute or modify the Program subject to
these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties to
this License.

  7. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Program at all.  For example, if a patent
license would not permit royalty-free redistribution of the Program by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
```

```
208    refrain entirely from distribution of the Program.
209
210    If any portion of this section is held invalid or unenforceable under
211    any particular circumstance, the balance of the section is intended to
212    apply and the section as a whole is intended to apply in other
213    circumstances.
214
215    It is not the purpose of this section to induce you to infringe any
216    patents or other property right claims or to contest validity of any
217    such claims; this section has the sole purpose of protecting the
218    integrity of the free software distribution system, which is
219    implemented by public license practices.  Many people have made
220    generous contributions to the wide range of software distributed
221    through that system in reliance on consistent application of that
222    system; it is up to the author/donor to decide if he or she is willing
223    to distribute software through any other system and a licensee cannot
224    impose that choice.
225
226    This section is intended to make thoroughly clear what is believed to
227    be a consequence of the rest of this License.
228    FF
229      8. If the distribution and/or use of the Program is restricted in
230    certain countries either by patents or by copyrighted interfaces, the
231    original copyright holder who places the Program under this License
232    may add an explicit geographical distribution limitation excluding
233    those countries, so that distribution is permitted only in or among
234    countries not thus excluded.  In such case, this License incorporates
235    the limitation as if written in the body of this License.
236
237      9. The Free Software Foundation may publish revised and/or new versions
238    of the General Public License from time to time.  Such new versions will
239    be similar in spirit to the present version, but may differ in detail to
240    address new problems or concerns.
241
242    Each version is given a distinguishing version number.  If the Program
243    specifies a version number of this License which applies to it and "any
244    later version", you have the option of following the terms and conditions
245    either of that version or of any later version published by the Free
246    Software Foundation.  If the Program does not specify a version number of
247    this License, you may choose any version ever published by the Free Software
248    Foundation.
249
250      10. If you wish to incorporate parts of the Program into other free
251    programs whose distribution conditions are different, write to the author
252    to ask for permission.  For software which is copyrighted by the Free
253    Software Foundation, write to the Free Software Foundation; we sometimes
254    make exceptions for this.  Our decision will be guided by the two goals
255    of preserving the free status of all derivatives of our free software and
256    of promoting the sharing and reuse of software generally.
257
258                                NO WARRANTY
259
260      11. BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY
261    FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW.  EXCEPT WHEN
262    OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES
263    PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED
264    OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF
265    MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.  THE ENTIRE RISK AS
266    TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU.  SHOULD THE
267    PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING,
268    REPAIR OR CORRECTION.
269
270      12. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING
271    WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR
272    REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES,
273    INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING
274    OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED
275    TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY
276    YOU OR THIRD PARTIES OR A FAILURE OF THE PROGRAM TO OPERATE WITH ANY OTHER
```

Case: 1:18-cv-05369 Document #: 33-7 Filed: 10/15/18 Page 6 of 6 PageID #:902

```
PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE
POSSIBILITY OF SUCH DAMAGES.


		    END OF TERMS AND CONDITIONS

	    How to Apply These Terms to Your New Programs

  If you develop a new program, and you want it to be of the greatest
possible use to the public, the best way to achieve this is to make it
free software which everyone can redistribute and change under these terms.

  To do so, attach the following notices to the program.  It is safest
to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least
the "copyright" line and a pointer to where the full notice is found.

    <one line to give the program's name and a brief idea of what it does.>
    Copyright (C) <year>  <name of author>

    This program is free software; you can redistribute it and/or modify
    it under the terms of the GNU General Public License as published by
    the Free Software Foundation; either version 2 of the License, or
    (at your option) any later version.

    This program is distributed in the hope that it will be useful,
    but WITHOUT ANY WARRANTY; without even the implied warranty of
    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
    GNU General Public License for more details.

    You should have received a copy of the GNU General Public License
    along with this program; if not, write to the Free Software
    Foundation, Inc., 59 Temple Place, Suite 330, Boston, MA  02111-1307  USA


Also add information on how to contact you by electronic and paper mail.

If the program is interactive, make it output a short notice like this
when it starts in an interactive mode:

    Gnomovision version 69, Copyright (C) year  name of author
    Gnomovision comes with ABSOLUTELY NO WARRANTY; for details type `show w'.
    This is free software, and you are welcome to redistribute it
    under certain conditions; type `show c' for details.

The hypothetical commands `show w' and `show c' should show the appropriate
parts of the General Public License.  Of course, the commands you use may
be called something other than `show w' and `show c'; they could even be
mouse-clicks or menu items--whatever suits your program.

You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the program, if
necessary.  Here is a sample; alter the names:

  Yoyodyne, Inc., hereby disclaims all copyright interest in the program
  `Gnomovision' (which makes passes at compilers) written by James Hacker.

  <signature of Ty Coon>, 1 April 1989
  Ty Coon, President of Vice

This General Public License does not permit incorporating your program into
proprietary programs.  If your program is a subroutine library, you may
consider it more useful to permit linking proprietary applications with the
library.  If this is what you want to do, use the GNU Library General
Public License instead of this License.
```