# EXHIBIT 8

```
    16513 text files.
    7412  unique files.
    13968 files ignored.

http://cloc.sourceforge.net v 1.64  T=33.00 s (151.7 files/s, 50648.9 lines/s)
-------------------------------------------------------------------------------
Language                     files          blank        comment           code
-------------------------------------------------------------------------------
C                             2155         144821         207764         733046
C/C++ Header                  1743          59233         114776         264109
Assembly                       234          13166          21125          47339
make                           527           6498           8656          18797
Bourne Shell                   173           1732           1460          11930
Perl                            15            602            410           3165
DOS Batch                      105            572            304           2969
ASP.Net                         12            425              0           2626
PHP                             17            378            161           1628
yacc                             2            124             20           1048
awk                              7             68            190            512
lex                              2             58             12            380
Python                           1             39             35            237
Bourne Again Shell               3             31             16            229
CSS                              1              0              0            207
Tcl/Tk                           1             62             63            200
SQL                              1              5              0             85
Kermit                           3              4             20             83
C++                              1             13             35             59
diff                             3              8             31             27
-------------------------------------------------------------------------------
SUM:                          5006         227839         355078        1088676
-------------------------------------------------------------------------------
```