| No. | Copyright Holder |
|---|---|
| 1 | 2N TELEKOMUNIKACE |
| 2 | ADMtek Incorporated |
| 3 | Aladdin Enterprises |
| 4 | Aleph One Ltd. |
| 5 | Ales Jindra |
| 6 | Alex Zuepke |
| 7 | Alina Friedrichsen |
| 8 | Allan Trautman |
| 9 | Analog Devices, Inc. |
| 10 | Andre Hedrick |
| 11 | Andreas Gal |
| 12 | Andreas Jaggi |
| 13 | Andrew Bartlet |
| 14 | Andrew Bird |
| 15 | Andrew Lunn |
| 16 | Andrew Rodland |
| 17 | Andrew Tridgell |
| 18 | Andy Boyett |
| 19 | Anton Blanchard |
| 20 | Antti SeppÃ¤lÃ¤ |
| 21 | Arabella Software Ltd. |
| 22 | Archway Digital Solutions. |
| 23 | Arcturus Networks Inc. |
| 24 | Ari Sundholm |
| 25 | ARM Ltd. |
| 26 | Arun Dharankar |
| 27 | Atheros Communications, Inc. |
| 28 | Atmark Techno, Inc. |
| 29 | Atmel Corporation |

| | |
|---|---|
| 30 | Atmel Norway AS |
| 31 | ATMEL Rousset |
| 32 | ATRON electronic GmbH |
| 33 | August Hoeraendl |
| 34 | Axel Gembe |
| 35 | Axis Communications AB |
| 36 | Barco Control Rooms |
| 37 | Bartosz Golaszewski |
| 38 | Bas Vermeulen |
| 39 | Ben Williamson |
| 40 | Benjamin Herrenschmidt |
| 41 | Bernhard Held |
| 42 | Bifferos |
| 43 | Bill Gatliff |
| 44 | Bob Jenkins |
| 45 | Brian Murphy |
| 46 | Brian Raiter |
| 47 | Broadcom Corporation |
| 48 | btxu Generate from INCA-IP project |
| 49 | Carl D. Worth |
| 50 | Carlos Sobrinho |
| 51 | Cédric de Launois |
| 52 | Christian Hentschel |
| 53 | Christian Hohnstaedt |
| 54 | Conectiva, Inc. |
| 55 | Corelatus AB |
| 56 | Crossnet Co. |
| 57 | Curt McDowell |
| 58 | Cygnus Solutions |

| | |
|---|---|
| 59 | D. Jeff Dionne |
| 60 | Dan Brown |
| 61 | Dan Malek |
| 62 | Daniel Engström |
| 63 | Daniel Mueller |
| 64 | Danny van Dyk |
| 65 | DAVICOM Semiconductor,Inc. |
| 66 | David A. Hinds |
| 67 | David Brownell |
| 68 | David Gibson |
| 69 | David Goodenough |
| 70 | David McCullough |
| 71 | David Mosberger-Tang |
| 72 | David Roetzel |
| 73 | David S. Miller |
| 74 | David Woodhouse |
| 75 | Deep Blue Solutions Ltd. |
| 76 | Denis Peter |
| 77 | DENX Software Engineering |
| 78 | Deti Fliegl |
| 79 | Dick Streefland |
| 80 | Egbert Eich |
| 81 | ELTEC Elektronik AG |
| 82 | Embedded Alley Solutions, Inc |
| 83 | Embedded Edge, LLC |
| 84 | Emmanuel Roger |
| 85 | Enrik Berkhan |
| 86 | Entity Cyber, Inc. |
| 87 | Eric Benard |

| 88  | Erik Andersen |
|-----|---------------|
| 89  | Erik Mouw |
| 90  | Erik Stahlman (ES) |
| 91  | ETC s.r.o. |
| 92  | Ethan Sommer |
| 93  | Eugene Konev |
| 94  | Fabio Riccardi |
| 95  | Felix Fietkau |
| 96  | Ferenc Havasi |
| 97  | Filip Sneppe |
| 98  | Florian Fainelli |
| 99  | Florian Schirmer |
| 100 | Fokus Fraunhofer |
| 101 | FON Technology, SL. |
| 102 | Free Software Foundation, Inc. |
| 103 | Freescale Semiconductor, Inc. |
| 104 | Freescale, Inc. |
| 105 | FS Forth-Systeme GmbH. |
| 106 | FSMLabs, Inc. |
| 107 | Gabor Juhos |
| 108 | Gabriel Paubert |
| 109 | Gary Jennejohn |
| 110 | Gary S. Brown |
| 111 | Gary Thomas |
| 112 | Gateworks Corp. |
| 113 | Gemtek Corporation |
| 114 | Greg Kroah-Hartman |
| 115 | Greg Ungerer |
| 116 | Gregory P. Smith |
| 117 | HÃ¥kon NessjÃ¸en |

| | |
|---|---|
| 118 | Hamish Macdonald |
| 119 | Harald Koerfgen |
| 120 | Harald Welte |
| 121 | Heiko Schocher |
| 122 | Hewlett-Packard Company |
| 123 | Huang Xiaogang |
| 124 | IBM Corporation |
| 125 | IBM Deutschland Entwicklung GmbH |
| 126 | IDT Inc. |
| 127 | Igor Pavlov |
| 128 | IMMS gGmbH |
| 129 | Imre Kaloz |
| 130 | Infineon Technologies AG. |
| 131 | Intec Automation |
| 132 | Intel Corporation |
| 133 | Intracom S.A. |
| 134 | Intrinsyc Software Inc. |
| 135 | Isaac Dunham |
| 136 | Jakub Jelinek |
| 137 | James Dougherty |
| 138 | Jan-Derk Bakker |
| 139 | Jean-loup Gailly |
| 140 | Jeff Dike |
| 141 | Jeremy Allison |
| 142 | Jeroen Vreeken |
| 143 | Jin-Sze.Sow |
| 144 | Joakim Axelsson |
| 145 | Johannes Berg |
| 146 | Johannes Erdfelt |

| | |
|---|---|
| 147 | John Bowler |
| 148 | John Crispin |
| 149 | John H Terpstra |
| 150 | John Williams |
| 151 | Jo-Philipp Wich |
| 152 | Jose Vasconcellos |
| 153 | Josef Baumgartner |
| 154 | Josh Huber |
| 155 | Josh Vanderhoof |
| 156 | Jozsef Kadlecsik |
| 157 | Julian R Seward |
| 158 | Jun Gu |
| 159 | Jungo Software Technologies |
| 160 | Junjiro Okajima |
| 161 | Justin Levandoski |
| 162 | Kai-Uwe Bloem |
| 163 | Kaleda, Ubiquity |
| 164 | Kalev Lember |
| 165 | Karol Lewandowski |
| 166 | Kenneth Albanowski |
| 167 | Krzysztof Halasa |
| 168 | Kyle Harris |
| 169 | Lacressonniere Nicolas |
| 170 | Ladislav Michl |
| 171 | Ladislav Michl |
| 172 | Larry Doolittle |
| 173 | Larry Ewing |
| 174 | Lars Fenneberg |
| 175 | Lasse Collin |
| 176 | LG Soft India |

| | |
|---|---|
| 177 | Lineo Inc. |
| 178 | Linus Torvalds |
| 179 | Linux Networx |
| 180 | Li-Pro.Net |
| 181 | Liu Peng |
| 182 | Logotronic GmbH |
| 183 | Lua.org |
| 184 | Lukas Kuna |
| 185 | Luke Kenneth Casson Leighton |
| 186 | Maciej W. Rozycki |
| 187 | Magnus Damm |
| 188 | Manuel Novoa III |
| 189 | MARA Systems AB |
| 190 | Marco d'Itri |
| 191 | Marco Stornelli |
| 192 | Marek BeÄ ka |
| 193 | Marek Polacek |
| 194 | Marius Groeger |
| 195 | Mark Adler |
| 196 | Markus Franz Xaver Johannes Oberhumer |
| 197 | Markus Klotzbuecher |
| 198 | Markus Wigge |
| 199 | Martin Devera |
| 200 | Martin Gregorie |
| 201 | Martin Krause |
| 202 | Martin Langer |
| 203 | Martin Mares |
| 204 | Martin Pool |

| | |
|---|---|
| 205 | Martin Winistoerfer |
| 206 | Marvell® |
| 207 | Masami Komiya |
| 208 | Matjaz Godec |
| 209 | Matthew Strait |
| 210 | Metrowerks, Inc. |
| 211 | Michael Buesch |
| 212 | Michael Schoenenborn |
| 213 | Michal Ostrowski |
| 214 | Miguel A.L. Paraz |
| 215 | Mikael Nousiainen |
| 216 | Mike Baker |
| 217 | Mike Corrigan |
| 218 | Miles Bader |
| 219 | MIPS Computer Systems, Inc. |
| 220 | MIPS Technologies, Inc. |
| 221 | MontaVista Software Inc. |
| 222 | Motorola Corporation |
| 223 | Motorola Inc. |
| 224 | MPC-Data Limited |
| 225 | MPL AG Switzerland |
| 226 | M-Systems Flash Disk Pioneers Ltd. |
| 227 | Murray Jensen |
| 228 | NEC Corporation |
| 229 | Neil Horman |
| 230 | Net Insight AB |
| 231 | Netfilter Core Team |
| 232 | Netgem S.A. |
| 233 | Netservers |

| | |
|---|---|
| 234 | NETsilicon, Inc. |
| 235 | Nicolas Thill |
| 236 | Nikki Chumakov |
| 237 | Novell, Inc. |
| 238 | Nuno Goncalves |
| 239 | Oleg Drokin |
| 240 | Oleg I. Vdovikin |
| 241 | Olivier A. D. Lebaillif |
| 242 | Omicron Ceti AB |
| 243 | OpenWrt.org |
| 244 | Option International |
| 245 | Oyvind Repvik |
| 246 | PA Semi, Inc |
| 247 | Pablo Neira Ayuso |
| 248 | Paolo Scaffardi |
| 249 | Patrick Horn |
| 250 | Patrik Kluba |
| 251 | Paul `Rusty' Russell |
| 252 | Paul Ashton |
| 253 | Paul Gortmaker |
| 254 | Paul Hardwick |
| 255 | Paul M. Antoine |
| 256 | Paul Mackerras |
| 257 | Paul Reynolds |
| 258 | Pekka Pietikainen |
| 259 | Pengutronix e.K. |
| 260 | Pete Popov |
| 261 | Peter Bergner |
| 262 | Petr Liebman |
| 263 | Philip Edelbrock |

| | |
|---|---|
| 264 | Phillip Lougher |
| 265 | Picture Elements, Inc. |
| 266 | Psyent Corporation |
| 267 | PUC-Rio |
| 268 | Ralf Baechle |
| 269 | Randy Dunlap |
| 270 | REA Elektronik GmbH |
| 271 | Red Hat, Inc. |
| 272 | Richard Gooch |
| 273 | Rick Bronson |
| 274 | RidgeRun, Inc. |
| 275 | Roaring Penguin Software Inc. |
| 276 | Robert Schwebel |
| 277 | Rod Whitby |
| 278 | Rodolfo Giometti |
| 279 | Roman Weissgaerber |
| 280 | Roman Yeryomin |
| 281 | Roman Zippel |
| 282 | Rowel Atienza |
| 283 | RSA Data Security, Inc. |
| 284 | Russ Dill |
| 285 | Russell King |
| 286 | Ryan Holm |
| 287 | Sam Ravnborg |
| 288 | Sameer Dekate |
| 289 | Samsung Electronics |
| 290 | SAN People |
| 291 | Sandburst Corporation |
| 292 | Sascha Hauer |
| 293 | SciTech Software, Inc. |

| | |
|---|---|
| 294 | Scott McNutt |
| 295 | Sean E. Millichamp |
| 296 | Semihalf |
| 297 | Shlomo Kut |
| 298 | Silicon Graphics, Inc. |
| 299 | Simo Sorce |
| 300 | SIXNET |
| 301 | slax.org |
| 302 | Software Center, Motorola China |
| 303 | Sony Computer Entertainment Inc. |
| 304 | SpellCaster Telecommunications Inc. |
| 305 | Sphere Systems Ltd |
| 306 | Standard Microsystems Corporation (SMSC) |
| 307 | Stefan Roese |
| 308 | Stefano Brivio |
| 309 | Sten Wang |
| 310 | Stephan Raue |
| 311 | Stephen Rothwell |
| 312 | Steve French |
| 313 | Steven J. Hill |
| 314 | Stoned Elipot |
| 315 | Stuart Hughes |
| 316 | Sun Microsystems, Inc. |
| 317 | Sven Oliver 'SvOlli' Moll |
| 318 | Sven Wegener |
| 319 | SW.LEE |

| | |
|---|---|
| 320 | Synertronixx GmbH |
| 321 | Sysgo Real-Time Solutions, AG |
| 322 | Sysgo Real-Time Solutions, GmbH |
| 323 | SysKonnect GmbH. |
| 324 | Tamas Gergely |
| 325 | Ted Ma |
| 326 | Texas Instruments |
| 327 | Thomas Gleixner |
| 328 | TimeSys Corp. |
| 329 | Tom Marshall |
| 330 | Tomas Matejicek |
| 331 | Tomas Szepe |
| 332 | Tony Z. Koutonyko |
| 333 | Toshiba Corporation |
| 334 | Tower Technologies |
| 335 | TQ-Systems GmbH |
| 336 | Transmeta Corporation |
| 337 | Travis B. Sawyer |
| 338 | Ubicom, Inc. |
| 339 | Ulrich Drepper |
| 340 | Universidade de Lisboa |
| 341 | Videon Central, Inc. |
| 342 | Ville Koskinen |
| 343 | Ville Syrjala |
| 344 | Vladimir Gurevich |
| 345 | Waldemar Brodkorb |
| 346 | Waldorf Electronics |
| 347 | Waldorf GMBH |

| 348 | Werner Cornelius |
|---|---|
| 349 | Wind River Systems Inc |
| 350 | WireSpeed Communications Corporation |
| 351 | Wolfgang Denk |
| 352 | Wolfgang Grandegger |
| 353 | Wu Qi Ming |
| 354 | Xu Liang |
| 355 | Yggdrasil Computing, Inc. |
| 356 | Yoichi Yuasa |