# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Ubiquiti Networks, Inc.

                                Plaintiff,

v.                                                       Case No.: 1:18−cv−05369

                                                                 Honorable Gary Feinerman

Cambium Networks, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 18, 2018:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 12/11/2018 at 9:15 a.m. Defendants, who have filed a memorandum in support of dismissal [33] but not a formal motion to dismiss, shall file a formal motion to dismiss. Plaintiff's response due by 11/16/2018; reply due by 12/5/2018. The time to serve MIDP disclosures is extended to 12/5/2018.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.