IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UBIQUITI NETWORKS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>CAMBIUM NETWORKS, INC.;<br>CAMBIUM NETWORKS, LTD.;<br>BLIP NETWORKS, LLC;<br>WINNCOM TECHNOLOGIES, INC.;<br>SAKID AHMED; and DMITRY MOISEEV.<br><br>*Defendants*. | Civil Action No.: 1:18-cv-05369<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ANDREW D. WILSON IN SUPPORT OF
DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, Andrew D. Wilson, declare and state as follows:

I am counsel for Defendants Cambium Networks, Inc. ("Cambium") and Cambium Networks, Ltd. ("Cambium UK"), Blip Networks, LLC, Winncom Technologies, Inc., Sakid Ahmed, and Dmitry Moiseev (collectively the "Defendants"). I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would testify to the following under oath.

On Monday, October 15, 2018, Defendants filed their Memorandum in Support of their Motion to Dismiss in this Court. Defendants submit their Reply Brief in Support of their Motion to Dismiss ("Defendants' Reply") with the filing of this Declaration.

I received by Federal Express delivery on Monday, November 5, 2018 a certified copy of the deposit material on file at the U.S. Copyright Office corresponding to copyright registration

1

numbers TXu 1-795-146 and TXu 1-795-147. A true and correct copy of those documents have been marked as Exhibits 11 and 12 and are attached to Defendants' Reply.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Washington, DC this 5th day of December 2018.

*Andrew Wilson*

_____
Andrew D. Wilson