# EXHIBIT 11

LIBRARY OF CONGRESS

Copyright Office of the United States

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached photocopies are a true representation of the work entitled **AIROS 5.2.1** deposited in the Copyright Office with claim of copyright registered under **TXu 1-795-146**.

**THIS IS TO CERTIFY FURTHER,** that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on November 2, 2018.

Karyn A. Temple
Acting United States Register of Copyrights and Director

By: Jarletta Walls
Supervisory Copyright Specialist
Records Research and Certification Section
Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

```
                        fw_part_t* fwp = &fw->parts[i];

                        fwp->header = p;
                        fwp->data = (unsigned char*)p + sizeof(part_t);
                        fwp->data_size = ntohl(p->length);
                        fwp->signature =
                                (part_crc_t*)(fwp->data + fwp->data_size);

                        crc = htonl(crc32(0L, (unsigned char*)p,
                                        fwp->data_size + sizeof(part_t)));
                        if (crc != fwp->signature->crc) {
                                WARN("Invalid '%s' CRC (claims: %u, but is %u)\n
", fwp->header->name, fwp->signature->crc, crc);
                        }
                }

                p = (part_t*)((unsigned char*)p + sizeof(part_t) +
                                ntohl(p->length) + sizeof(part_crc_t));
                /* check bounds */
                if (((unsigned char*)p - base) >= size) {
                        return -3;
                }
                ++i;
        }
        fw->part_count = i;

        sig = (signature_t*)p;
        if (strncmp(sig->magic, MAGIC_END, MAGIC_LENGTH) != 0) {
                ERROR("Bad firmware signature\n");
                return -4;
        }

        crc = htonl(crc32(0L, base, (unsigned char*)sig - base));
        if (crc != sig->crc) {
                WARN("Invalid signature CRC (claims: %u, but is %u)\n",
                        sig->crc, crc);
        }

        return 0;
}

static int
fw_split(const fw_t* fw, const char* prefix) {
        int i;
        const fw_part_t* fwp;
        FILE* f;
        char filename[PATH_MAX];

        snprintf(filename, sizeof(filename), "%s.txt", prefix);

        INFO("Creating descriptor file:\n\t%s\n", filename);
        /* write descriptor file */
        f = fopen(filename, "w");
        if (f == NULL) {
                ERROR("Couldn't open file '%s' for writing!\n", filename);
                return -1;
        }

        for (i = 0; i < fw->part_count; ++i) {
                fwp = &fw->parts[i];
```

```
                fprintf(f, "%c%c%c%c\t%s\t\t0x%02X\t0x%08X\t0x%08X\t0x%08X\t0x%0
8X\t%s.%s\n",
                        STRMAGIC(fwp->header->magic), fwp->header->name, ntohl(f
wp->header->part_no),
                        ntohl(fwp->header->baseaddr),
                        ntohl(fwp->header->part_len),
                        ntohl(fwp->header->memaddr),
                        ntohl(fwp->header->entryaddr),
                        prefix, fwp->header->name);

        }
        fclose(f);

        INFO("Creating partition data files: \n");

        for (i = 0; i < fw->part_count; ++i) {
                fwp = &fw->parts[i];

                snprintf(filename, sizeof(filename), "%s.%s",
                         prefix, fwp->header->name);
                f = fopen(filename, "w");
                if (f == NULL) {
                        ERROR("Failed opening file '%s' for writing: %s\n",
                              filename, strerror(errno));
                        continue;
                }

                INFO("\t%s\n", filename);

                if (fwrite(fwp->data, fwp->data size, 1, f) != 1) {
                        ERROR("Failed writing to file '%s': %s\n",
                              filename, strerror(errno));
                        fclose(f);
                        continue;
                }
                fclose(f);
        }

        return 0;
}

static void
usage(const char* progname) {
        INFO("Usage: %s [options] <firmware file> [<fw file2> ... <fw fileN>]\n"

             "\t-o <output file prefix>\t"
                        " - output file prefix, default: firmware version\n"
             "\t-d\t\t\t - turn debug output on\n"
             "\t-h\t\t\t - this help\n", progname);
}

static int
do_fwsplit(const char* filename) {
        int rc;
        int fd;
        struct stat st;
        fw_t fw;
        unsigned char* addr;
```

```
        INFO("Firmware file: '%s'\n", filename);

        rc = stat(filename, &st);
        if (rc) {
                ERROR("Couldn't stat() file '%s': %s\n",
                        filename, strerror(errno));
                return -2;
        }

        if (st.st_size < sizeof(header_t) + sizeof(signature_t)) {
                ERROR("File '%s' is too short\n", filename);
                return -3;
        }

        fd = open(filename, O_RDONLY);
        if (fd < 0) {
                ERROR("Couldn't open file '%s': %s\n",
                        filename, strerror(errno));
                return -4;
        }

        addr=(unsigned char*)mmap(0, st.st_size, PROT_READ, MAP_SHARED, fd, 0);
        if (addr == MAP_FAILED) {
                ERROR("Failed mmaping memory for file '%s'\n", filename);
                close(fd);
                return -5;
        }

        // parse & validate fw
        rc = fw_parse(addr, st.st_size, &fw);
        if (rc) {
                ERROR("Invalid firmware file '%s'!\n", filename);
                munmap(addr, st.st_size);
                close(fd);
                return -6;
        }

        if (strlen(prefix) == 0) {
                strncpy(prefix, fw.version, sizeof(prefix));
        }
        fw_split(&fw, prefix);

        munmap(addr, st.st_size);
        close(fd);

        return 0;
}

int
main(int argc, char* argv[]) {
        int o, i;

        memset(prefix, 0, sizeof(prefix));

        while ((o = getopt(argc, argv, "hdo:")) != -1) {
                switch (o) {
                case 'd':
                        debug++;
                        break;
```

```
                case 'c':
                        if (optarg) {
                                strncpy(prefix, optarg, sizeof(prefix));
                        }
                        break;
                case 'h':
                        usage(argv[0]);
                        return -1;
                }
        }

        if (optind >= argc) {
                usage(argv[0]);
                return -1;
        }

        if (strlen(prefix) != 0 && (optind + 1) < argc) {
                WARN("Prefix overridden - will process only the first firmware f
ile\n");
                do_fwsplit(argv[optind]);
        } else {
                for (i = optind; i < argc; ++i) {
                        do_fwsplit(argv[i]);
                }
        }

        return 0;
}
+---- END fwsplit.c -----
+---- BEGIN ubnt-mkfwimage.c -----
#include <sys/types.h>
#include <sys/stat.h>
#include <fcntl.h>
#include <unistd.h>
#include <string.h>
#include <errno.h>
#include <zlib.h>
#include <sys/mman.h>
#include <netinet/in.h>
#include <stdio.h>
#include <stdlib.h>
#include <limits.h>

#include "fw.h"

typedef struct part_data {
        char    magic[MAGIC_LENGTH + 1];
        char    partition_name[64];
        int     partition_index;
        size_t  partition_baseaddr;
        size_t  partition_memaddr;
        size_t  partition_entryaddr;
        size_t  partition_length;

        char    filename[PATH_MAX];
        struct stat stats;
} part_data_t;

#define MAX_SECTIONS    8
#define DEFAULT_OUTPUT_FILE     "firmware-image.bin"
```

```
#define DEFAULT_VERSION         "UNKNOWN"

#define OPTIONS "hv:o:i:"

//#define DEBUG(...) fprintf(stderr, "DEBUG: "__VA_ARGS__)
#define DEBUG(...)
#define INFO(...) fprintf(stdout, __VA_ARGS__)
#define ERROR(...) fprintf(stderr, "ERROR: "__VA_ARGS__)
#define WARN(...) fprintf(stderr, "WARN: "__VA_ARGS__)

typedef struct image_info {
        char version[128];
        char outputfile[PATH_MAX];
        size_t  part_count;
        part_data_t parts[MAX_SECTIONS];
} image_info_t;

static void write_header(void* mem, const char* version)
{
        header_t* header = mem;
        memset(header, 0, sizeof(header_t));

        memcpy(header->magic, MAGIC_UBNT_HEADER, MAGIC_LENGTH);
        strncpy(header->version, version, sizeof(header->version));
        header->crc = htonl(crc32(0L, (unsigned char *)header,
                                        sizeof(header_t) - 2 * sizeof(u_int32_t)));
        header->pad = 0L;
}

static void write_signature(void* mem, size_t sig_offset)
{
        /* write signature */
        signature_t* sign = (signature_t*)(mem + sig_offset);
        memset(sign, 0, sizeof(signature_t));

        memcpy(sign->magic, MAGIC_END, MAGIC_LENGTH);
        sign->crc = htonl(crc32(0L,(unsigned char *)mem, sig_offset));
        sign->pad = 0L;
}

static int write_part(void* mem, part_data_t* d)
{
        char* addr;
        int fd;
        part_t* p = mem;
        part_crc_t* crc = mem + sizeof(part_t) + d->stats.st_size;

        fd = open(d->filename, O_RDONLY);
        if (fd < 0)
        {
                ERROR("Failed opening file '%s'\n", d->filename);
                return -1;
        }

        if ((addr=(char*)mmap(0, d->stats.st size, PROT READ, MAP SHARED, fd, 0)
) == MAP_FAILED)
        {
                ERROR("Failed mmaping memory for file '%s'\n", d->filename);
```

```
                close(fd);
                return -2;
        }

        memcpy(mem + sizeof(part_t), addr, d->stats.st_size);
        munmap(addr, d->stats.st_size);

        memcpy(p->magic, d->magic, MAGIC_LENGTH);
        memset(p->name, 0, sizeof(p->name));
        strncpy(p->name, d->partition_name, sizeof(p->name));
        p->length = htonl(d->stats.st_size);
        p->part_len = htonl(d->partition_length);
        p->part_no = htonl(d->partition_index);
        p->baseaddr = htonl(d->partition_baseaddr);
        p->entryaddr = htonl(d->partition_entryaddr);
        p->memaddr = htonl(d->partition_memaddr);

        crc->crc = htonl(crc32(0L, mem, d->stats.st_size + sizeof(part_t)));
        crc->pad = 0L;

        return 0;
}

static void usage(const char* progname)
{
        INFO("Usage: %s [options]\n"
             "\t-v <version string>\t - firmware version information, default: %
s\n"
             "\t-o <output file>\t - firmware output file, default: %s\n"
             "\t-i <input file>\t\t - firmware layout file, default: none\n"
             "\t-h\t\t\t - this help\n",
             progname, DEFAULT_VERSION, DEFAULT_OUTPUT_FILE);
}

static void print_image_info(const image_info_t* im)
{
        int i = 0;
        INFO("Firmware version: '%s'\n"
             "Output file: '%s'\n"
             "Part count: %zu\n",
             im->version, im->outputfile,
             im->part_count);

        for (i = 0; i < im->part_count; ++i)
        {
                const part_data_t* d = &im->parts[i];
                INFO(" [%4s]'%s': %8ld bytes (free: %8ld)\n",
                        d->magic,
                        d->partition_name,
                        d->stats.st_size,
                        d->partition_length - d->stats.st_size);
        }
}

/**
 * Image layout file format:
 *
```

```
 * <partition name>\t<partition index>\t<partition size>\t<data file name>
 *
 */
static int parse_image_layout(const char* layoutfile, image_info_t* im)
{
        int fd = 0;
        char line[1028];
        FILE* f;

        im->part_count = 0;

        fd = open(layoutfile, O_RDONLY);
        if (fd < 0) {
                ERROR("Could not open file '%s'\n", layoutfile);
                return -1;
        }

        f = fdopen(fd, "r");
        if (f == NULL) {
                close(fd);
                return -2;
        }

        while (!feof(f))
        {
                char name[16];
                char magic[MAGIC_LENGTH + 1];
                size_t index;
                size_t baseaddr;
                size_t size;
                size_t memaddr;
                size_t entryaddr;
                char file[PATH_MAX];
                size_t c;
                part_data_t* d;

                if (fgets(line, sizeof(line), f) == NULL)
                        break;

                if ((c = sscanf(line, "%4[^\t]\t%16[^\t]\t%zX\t%zX\t%zX\t%zX\t%z
X\t%128[^\t\n]", magic, name, &index, &baseaddr, &size, & memaddr, &entryaddr, f
ile)) != 8)
                        continue;

                DEBUG("%s\t%s\t\t0x%02zX\t0x%08zX\t0x%08zX\t0x%08zX\t0x%08zX\t%s
\n", magic, name, index, baseaddr, size, memaddr, entryaddr, file);

                c = im->part_count;
                if (c == MAX_SECTIONS)
                        break;

                d = &im->parts[c];
                strncpy(d->magic, magic, sizeof(d->magic));
                strncpy(d->partition_name, name, sizeof(d->partition_name));
                d->partition_index = index;
                d->partition_baseaddr = baseaddr;
                d->partition_length = size;
                d->partition_entryaddr = entryaddr;
                d->partition_memaddr = memaddr;
                strncpy(d->filename, file, sizeof(d->filename));
```

```
                im->part_count++;
        }

        fclose(f);

        return 0;
}

/**
 * Checks the availability and validity of all image components.
 * Fills in stats member of the part_data structure.
 */
static int validate_image_layout(image_info_t* im)
{
        int i;

        if (im->part_count == 0 || im->part_count > MAX_SECTIONS)
        {
                ERROR("Invalid part count '%zu'\n", im->part_count);
                return -1;
        }

        for (i = 0; i < im->part_count; ++i)
        {
                part_data_t* d = &im->parts[i];
                int len = strlen(d->partition_name);
                if ((len == 0 || len > 16) && !strncmp(d->magic, MAGIC_PART, MAG
IC_LENGTH))
                {
                        ERROR("Invalid partition name '%s' of the part %d\n",
                                        d->partition_name, i);
                        return -1;
                }
                if (stat(d->filename, &d->stats) < 0)
                {
                        ERROR("Couldn't stat file '%s' from part '%s'\n",
                                        d->filename, d->partition_name);
                        return -2;
                }
                if (d->stats.st_size == 0)
                {
                        ERROR("File '%s' from part '%s' is empty!\n",
                                        d->filename, d->partition_name);
                        return -3;
                }
                if ((d->stats.st_size > d->partition_length) && !strncmp(d->magi
c, MAGIC_PART, MAGIC_LENGTH)) {
                        ERROR("File '%s' too big (%d) - max size: 0x%08zX (excee
ds %lu bytes)\n",
                                        d->filename, i, d->partition_length, d->
stats.st_size - d->partition_length);
                        return -4;
                }
        }

        return 0;
}

static int build_image(image_info_t* im)
```

```
{
        char* mem;
        char* ptr;
        size_t mem_size;
        FILE* f;
        int i;

        // build in-memory buffer
        mem_size = sizeof(header_t) + sizeof(signature_t);
        for (i = 0; i < im->part_count; ++i)
        {
                part_data_t* d = &im->parts[i];
                mem_size += sizeof(part_t) + d->stats.st_size + sizeof(part_crc_
t);
        }

        mem = (char*)calloc(mem_size, 1);
        if (mem == NULL)
        {
                ERROR("Cannot allocate memory chunk of size '%zu'\n", mem_size);

                return -1;
        }

        // write header
        write_header(mem, im->version);
        ptr = mem + sizeof(header_t);
        // write all parts
        for (i = 0; i < im->part_count; ++i)
        {
                part data t* d = &im->parts[i];
                int rc;
                if ((rc = write_part(ptr, d)) != 0)
                {
                        ERROR("ERROR: failed writing part %u '%s'\n", i, d->part
ition_name);
                }
                ptr += sizeof(part_t) + d->stats.st_size + sizeof(part_crc_t);
        }
        // write signature
        write_signature(mem, mem_size - sizeof(signature_t));

        // write in-memory buffer into file
        if ((f = fopen(im->outputfile, "w")) == NULL)
        {
                ERROR("Can not create output file: '%s'\n", im->outputfile);
                return -10;
        }

        if (fwrite(mem, mem_size, 1, f) != 1)
        {
                ERROR("Could not write %zu bytes into file: '%s'\n",
                                mem_size, im->outputfile);
                return -11;
        }

        free(mem);
        fclose(f);
        return 0;
}
```

```
int main(int argc, char* argv[])
{
        char inputfile[PATH_MAX];
        int o, rc;
        image_info_t im;

        memset(&im, 0, sizeof(im));
        memset(inputfile, 0, sizeof(inputfile));

        strcpy(im.outputfile, DEFAULT_OUTPUT_FILE);
        strcpy(im.version, DEFAULT_VERSION);

        while ((o = getopt(argc, argv, OPTIONS)) != -1)
        {
                switch (o) {
                case 'v':
                        if (optarg)
                                strncpy(im.version, optarg, sizeof(im.version));

                        break;
                case 'c':
                        if (optarg)
                                strncpy(im.outputfile, optarg, sizeof(im.outputf
ile));
                        break;
                case 'i':
                        if (optarg)
                                strncpy(inputfile, optarg, sizeof(inputfile));
                        break;
                case 'h':
                        usage(argv[0]);
                        return -1;
                }
        }

        if (strlen(inputfile) == 0)
        {
                ERROR("Input file is not specified, cannot continue\n");
                usage(argv[0]);
                return -2;
        }

        if ((rc = parse_image_layout(inputfile, &im)) != 0)
        {
                ERROR("Failed parsing firmware layout file '%s' - error code: %d
\n",
                        inputfile, rc);
                return -3;
        }

        if ((rc = validate_image_layout(&im)) != 0)
        {
                ERROR("Failed validating firmware layout - error code: %d\n", rc
);
                return -4;
        }

        print_image_info(&im);
```

```
        if ((rc = build_image(&im)) != 0)
        {
                ERROR("Failed building image file '%s' - error code: %d\n", im.o
utputfile, rc);
                return -5;
        }

        return 0;
}
----- END ubnt-mkfwimage.c -----
```

```
----- BEGIN AboutDialog.java -----
/*
 * Copyright (c) 2008-2012 UBiQUiTi Networks, Inc.
 *
 * All Rights Reserved.  Unpublished rights reserved under the copyright laws
 * of the United States.  The software contained on this media is proprietary
 * to and embodies the confidential technology of UBiQUiTi Networks, Inc.  The
 * possession or receipt of this information does not convey any right to
 * disclose its contents, reproduce it, use it, or license its use, for
 * manufacture or sale.  The foregoing restriction applies to the information or

 * anything described therein.  Any use, disclosure, or reproduction without
 * UBiQUiTi's prior written permission is strictly prohibited.
 *
 */
package com.ubnt.app;

import java.awt.Color;
import java.awt.Cursor;
import java.awt.Dimension;
import java.awt.Font;
import java.awt.Graphics;
import java.awt.Image;
import java.awt.event.MouseAdapter;
import java.awt.event.MouseEvent;
import java.net.URL;

import javax.swing.GroupLayout;
import javax.swing.ImageIcon;
import javax.swing.JButton;
import javax.swing.JDialog;
import javax.swing.JFrame;
import javax.swing.JLabel;
import javax.swing.JPanel;
import javax.swing.SwingConstants;
import javax.swing.SwingUtilities;
import javax.swing.WindowConstants;

import com.ubnt.util.StringUtils;
import com.ubnt.util.ui.UiUtils;

/**
 * The class displays the about dialog box with version information, etc.
 *
 * @author Ramin
 */
public class AboutDialog extends JDialog
{
        /** The Constant serialVersionUID. */
        private static final long serialVersionUID = 1L;

        /** The logo image loc. */
        public static String logoImageLoc = "/images/about.png";

        // Variables declaration
        /** The buttons panel. */
        private JPanel buttonsPanel;

        /** The content panel. */
```

```
private JPanel contentPanel;

/** The edition label. */
private JLabel editionLabel;

/** The background panel. */
private JPanel backgroundPanel;

/** The ok button. */
private JButton okButton;

/** The url label. */
private JLabel urlLabel;

/** The version label. */
private JLabel versionLabel;

/** The build info label. */
private JLabel buildInfoLabel;

/** The app url. */
private String appUrl;

/** The company logo. */
private Image companyLogo;

/**
 * Creates new form AboutDialog.
 *
 * @param parent the parent
 * @param modal the modal
 */
public AboutDialog (java.awt.Frame parent, boolean modal)
{
        super (parent, modal);
        URL url = AboutDialog.class.getResource (logoImageLoc);
        ImageIcon temp = new ImageIcon (url);
        if(temp != null) {
            companyLogo = temp.getImage ();
        }
        initComponents ();
}

/**
 * The Class ImagePanel.
 */
public class ImagePanel extends JPanel {

        /** The Constant serialVersionUID. */
        private static final long serialVersionUID = 1L;

        /** The img. */
        private Image img;

        /**
             * Instantiates a new image panel.
             *
             * @param img the img
             */
            ImagePanel (Image img) {
```

```
            this.img = img;
            setOpaque(false);
    }

    /* (non-Javadoc)
     * @see javax.swing.JComponent#paintComponent(java.awt.Graphics)

     */
    public void paintComponent (Graphics g) {
        g.drawImage(img, 0, 0, this);
        super.paintComponent(g);
    }

    /* (non-Javadoc)
     * @see javax.swing.JComponent#getPreferredSize()
     */
    public Dimension getPreferredSize () {
        return new Dimension (img.getWidth (this), img.getHeight (th
is));
    }
}

/**
 * This method is called from within the constructor to initialize the f
orm.
 * WARNING: Do NOT modify this code. The content of this method is alway
s
 * regenerated by the Form Editor.
 */
private void initComponents ()
{
        backgroundPanel = new ImagePanel (companyLogo);
        contentPanel = new JPanel ();
        versionLabel = new JLabel ();
        editionLabel = new JLabel ();
        urlLabel = new JLabel ();
        urlLabel.setCursor (Cursor.getPredefinedCursor (Cursor.HAND_CURS
OR));
        buttonsPanel = new JPanel ();
        okButton = new JButton ();
        buildInfoLabel = new JLabel ();
        appUrl = System.getProperty ("app.url");
        if(appUrl == null) {
            appUrl = "http://www.ubnt.com";
        }
        setDefaultCloseOperation (WindowConstants.DISPOSE_ON_CLOSE);
        String appName = System.getProperty ("app.name");
        if(appName == null) {
            appName = "AirView";
        }
        setTitle ("About " + appName); // NOI18N
        setAlwaysOnTop (true);
        setIconImage (null);

        Font plainFont = new Font ("Verdana", java.awt.Font.PLAIN, 10);
        Font boldFont  = new Font ("Verdana", java.awt.Font.BOLD,  10);

        backgroundPanel.setName("backgroundPanel");
        backgroundPanel.setLayout (new java.awt.BorderLayout ());
        getContentPane ().setLayout (new java.awt.BorderLayout ());
```

```
                getContentPane ().add(backgroundPanel, java.awt.BorderLayout.PAG
E_START);

                contentPanel.setName ("contentPanel"); // NOI18N
                contentPanel.setOpaque(false);
                versionLabel.setFont (boldFont); // NOI18N
                versionLabel.setHorizontalAlignment (SwingConstants.LEFT);
                versionLabel.setText ("Version: " + System.getProperty ("app.ver
sion") +
                        (!StringUtils.isEmpty (System.getProperty ("app.minorVer
sion")) ? "." + System.getProperty ("app.minorVersion") : "") +
                        (!StringUtils.isEmpty (System.getProperty ("app.release"
)) ? " " + System.getProperty ("app.release") : ""));
                versionLabel.setName ("versionLabel"); // NOI18N
                versionLabel.setOpaque(false);
                versionLabel.setForeground(Color.WHITE);

                editionLabel.setFont (boldFont); // NOI18N
                editionLabel.setHorizontalAlignment (SwingConstants.LEFT);
                if(AirViewer.isViewer()) {
                    editionLabel.setText ("Embedded Edition");
                } else {
                    editionLabel.setText ("AirView Manager");
                }
                editionLabel.setName ("editionLabel"); // NOI18N
                editionLabel.setOpaque(false);
                editionLabel.setForeground(Color.WHITE);

                urlLabel.setFont (plainFont); // NOI18N
                urlLabel.setHorizontalAlignment (SwingConstants.LEFT);
                urlLabel.setText ("<html><a color=white href='" + appUrl + "'>"
+ appUrl + "</a></html>");
                urlLabel.setName ("urlLabel"); // NOI18N
                urlLabel.setOpaque(false);
                urlLabel.setForeground(Color.WHITE);
                urlLabel.addMouseListener (new MouseAdapter () {
                        public void mouseClicked (final MouseEvent evt)
                        {
                                SwingUtilities.invokeLater (new Runnable () {pub
lic void run () {
                                        urlLabelMouseClicked (evt);
                                }});
                        }
                });
                buttonsPanel.setName ("buttonsPanel"); // NOI18N
                buttonsPanel.setLayout (new java.awt.FlowLayout (java.awt.FlowLa
yout.CENTER));
                buttonsPanel.setOpaque(false);

                okButton.setText ("Close");
                okButton.setName ("okButton"); // NOI18N
                okButton.addActionListener (new java.awt.event.ActionListener ()
 {
                        public void actionPerformed (java.awt.event.ActionEvent
evt)
                        {
                                okButtonActionPerformed (evt);
                        }
                });
                buttonsPanel.add (okButton);
```

```
                buildInfoLabel.setFont (plainFont); // NOI18N
                buildInfoLabel.setText("Build Info: " + Application.BUILD_INFO);

                buildInfoLabel.setName("buildInfoLabel"); // NOI18N
                buildInfoLabel.setOpaque(false);
                buildInfoLabel.setForeground(Color.WHITE);

                GroupLayout contentPanelLayout = new GroupLayout (contentPanel);

                contentPanel.setLayout (contentPanelLayout);
                contentPanelLayout.setHorizontalGroup (contentPanelLayout.create
ParallelGroup (
                        GroupLayout.Alignment.LEADING).addGroup (
                            contentPanelLayout.createSequentialGroup ().addGap (85,
85, 85).addGroup (
                                contentPanelLayout.createParallelGroup (GroupLay
out.Alignment.CENTER)
                                    .addComponent (versionLabel, GroupLayout
.DEFAULT_SIZE, 182, Short.MAX_VALUE)
                                    .addComponent (editionLabel, GroupLayout
.DEFAULT_SIZE, 182, Short.MAX_VALUE)
                                    .addComponent (buildInfoLabel, GroupLayo
ut.DEFAULT_SIZE, 182, Short.MAX_VALUE)
                                    .addComponent (urlLabel, GroupLayout.DEF
AULT_SIZE, 182, Short.MAX_VALUE)
                                )).addComponent (buttonsPanel, GroupLayo
ut.DEFAULT_SIZE, 182, Short.MAX_VALUE));
                contentPanelLayout.setVerticalGroup (contentPanelLayout.createPa
rallelGroup (
                        GroupLayout.Alignment.LEADING).addGroup (
                            contentPanelLayout.createSequentialGroup ()
                                .addGap(150, 150, 150)
                                .addComponent(versionLabel)
                                .addGap(2, 2, 2)
                                .addComponent(editionLabel)
                                .addGap(2, 2, 2)
                                .addComponent(buildInfoLabel)
                                .addGap(25, 25, 25)
                                .addComponent(urlLabel)
                                .addGap(13, 13, Short.MAX_VALUE)
                                .addComponent(buttonsPanel)
                                .addGap(6, 6, 6)
                                ));

                backgroundPanel.add (contentPanel, java.awt.BorderLayout.CENTER)
;

                setSize(companyLogo.getWidth (this)+2, companyLogo.getHeight (th
is) - 2);
                setResizable(false);
                pack ();

                UiUtils.centerComponent (this);
        }// </editor-fold>//GEN-END:initComponents

        /**
         * Ok button action performed.
         *
         * @param evt the evt
```

```
        */
        private void okButtonActionPerformed (java.awt.event.ActionEvent evt)
        {// GEN-FIRST:event_okButtonActionPerformed
                this.setVisible (false);
                this.dispose ();
        }// GEN-LAST:event_okButtonActionPerformed

        /**
         * Url label mouse clicked.
         *
         * @param evt the evt
         */
        private void urlLabelMouseClicked (java.awt.event.MouseEvent evt)
        {// GEN-FIRST:event_urlLabelMouseClicked
        }// GEN-LAST:event_urlLabelMouseClicked

        /**
         * The main method.
         *
         * @param args the command line arguments
         */
        public static void main (String args[])
        {
                java.awt.EventQueue.invokeLater (new Runnable () {
                        public void run ()
                        {
                                AboutDialog dialog = new AboutDialog (new JFrame
   (), true);

                                dialog.addWindowListener (new

                                java.awt.event.WindowAdapter () {
                                        public void windowClosing (java.awt.even
t.WindowEvent e)

                                        {
                                                System.exit (0);
                                        }
                                });
                                dialog.setVisible (true);
                        }
                });
        }

}
----- END AboutDialog.java -----
----- BEGIN AirViewer.java -----
/*
 * Copyright (c) 2008-2012 UBiQUiTi Networks, Inc.
 *
 * All Rights Reserved.  Unpublished rights reserved under the copyright laws
 * of the United States.  The software contained on this media is proprietary
 * to and embodies the confidential technology of UBiQUiTi Networks, Inc.  The
 * possession or receipt of this information does not convey any right to
 * disclose its contents, reproduce it, use it, or license its use, for
 * manufacture or sale.  The foregoing restriction applies to the information or

 * anything described therein.  Any use, disclosure, or reproduction without
 * UBiQUiTi's prior written permission is strictly prohibited.
 *
 */
package com.ubnt.app;
```

```
/*
import com.centerkey.utils.BareBonesBrowserLaunch;
*/
import com.ubnt.chart.data.xy.UbntXIntervalSeries;
import com.ubnt.chart.renderer.xy.UbntXYAreaRenderer;
import java.text.DecimalFormat;
/*
import com.ubnt.device.ChannelDefinition;
import com.ubnt.device.Product;
*/
import com.ubnt.device.RssiFrameImpl;
import com.ubnt.device.BasicSpan;
import com.ubnt.device.Channel;
import com.ubnt.device.ChainMask;
import com.ubnt.device.RFScanDevice;
import com.ubnt.device.RFScanDeviceInfo;
import com.ubnt.device.RFScanDeviceLocator;
import com.ubnt.device.RFScanRange;
import com.ubnt.device.RssiFrame;
import com.ubnt.device.RssiFrameConsumer;
import com.ubnt.device.remote.*;
import com.ubnt.device.remote.discovery.ConnectDialog;
import com.ubnt.device.remote.discovery.LangStrings;
import com.ubnt.device.remote.discovery.net.LiteStationQueryServer;
import com.ubnt.device.remote.discovery.net.QueryServer;
import com.ubnt.device.remote.discovery.net.Scanner;

import com.ubnt.util.FileUtils;

/*
import com.ubnt.util.HelpLauncher;
*/
import com.ubnt.util.HzMath;
import com.ubnt.util.SpringFramework;
import com.ubnt.util.ui.BorderlessStatusWindow;
import com.ubnt.util.ui.GraphicsPanel;
import com.ubnt.util.ui.PaintDelegate;
import com.ubnt.util.ui.UiUtils;

/*
import org.apache.commons.lang.ArrayUtils;
import org.apache.commons.lang.StringUtils;
import org.apache.commons.math.stat.StatUtils;
*/
import org.apache.log4j.Logger;

import org.jfree.chart.ChartMouseEvent;
import org.jfree.chart.ChartMouseListener;
import org.jfree.chart.ChartPanel;
import org.jfree.chart.ChartRenderingInfo;
import org.jfree.chart.JFreeChart;
import org.jfree.chart.annotations.XYAnnotation;
import org.jfree.chart.annotations.XYShapeAnnotation;
import org.jfree.chart.annotations.XYTextAnnotation;
import org.jfree.chart.axis.AxisLocation;
import org.jfree.chart.axis.NumberAxis;
import org.jfree.chart.axis.ValueAxis;
import org.jfree.chart.block.BlockBorder;
```

```
import org.jfree.chart.block.BlockContainer;
import org.jfree.chart.block.BlockFrame;
import org.jfree.chart.block.BorderArrangement;
import org.jfree.chart.block.EmptyBlock;
import org.jfree.chart.block.FlowArrangement;
import org.jfree.chart.block.LabelBlock;
import org.jfree.chart.entity.ChartEntity;
import org.jfree.chart.labels.ItemLabelAnchor;
import org.jfree.chart.labels.ItemLabelPosition;
import org.jfree.chart.labels.StandardXYItemLabelGenerator;
import org.jfree.chart.labels.XYToolTipGenerator;
import org.jfree.chart.plot.CombinedDomainXYPlot;
import org.jfree.chart.plot.DatasetRenderingOrder;
import org.jfree.chart.plot.IntervalMarker;
import org.jfree.chart.plot.PlotOrientation;
import org.jfree.chart.plot.SeriesRenderingOrder;
import org.jfree.chart.plot.ValueMarker;
import org.jfree.chart.plot.XYPlot;
import org.jfree.chart.renderer.LookupPaintScale;
import org.jfree.chart.renderer.xy.StandardXYItemRenderer;
import org.jfree.chart.renderer.xy.XYAreaRenderer;
import org.jfree.chart.renderer.xy.XYBarRenderer;
import org.jfree.chart.renderer.xy.XYItemRenderer;
import org.jfree.chart.renderer.xy.XYShapeRenderer;
import org.jfree.chart.title.CompositeTitle;
import org.jfree.chart.title.LegendTitle;
import org.jfree.chart.title.PaintScaleLegend;
import org.jfree.chart.title.TextTitle;

import org.jfree.data.xy.DefaultXYZDataset;
import org.jfree.data.xy.XIntervalSeriesCollection;
import org.jfree.data.xy.XYDataset;
import org.jfree.data.xy.XYSeries;
import org.jfree.data.xy.XYSeriesCollection;
import org.jfree.data.xy.YWithXInterval;

import org.jfree.ui.HorizontalAlignment;
import org.jfree.ui.Layer;
import org.jfree.ui.RectangleEdge;
import org.jfree.ui.RectangleInsets;
import org.jfree.ui.TextAnchor;
import org.jfree.ui.VerticalAlignment;

import org.springframework.context.ApplicationEvent;
import org.springframework.context.ApplicationListener;

import java.awt.BasicStroke;
import java.awt.BorderLayout;
import java.awt.Color;
import java.awt.Component;
import java.awt.Container;
import java.awt.Dimension;
import java.awt.Font;
import java.awt.Frame;
import java.awt.Graphics2D;
import java.awt.GridLayout;
import java.awt.Image;
import java.awt.ItemSelectable;
import java.awt.Paint;
import java.awt.Point;
```

```
import java.awt.Shape;
import java.awt.event.ActionEvent;
import java.awt.event.ActionListener;
import java.awt.event.ComponentAdapter;
import java.awt.event.ComponentEvent;
import java.awt.event.InputEvent;
import java.awt.event.ItemEvent;
import java.awt.event.WindowAdapter;
import java.awt.event.WindowEvent;
import java.awt.event.WindowListener;
import java.awt.geom.Ellipse2D;
import java.awt.geom.Point2D;
import java.awt.geom.Rectangle2D;

import java.io.File;
import java.io.FileInputStream;
import java.io.FileNotFoundException;
import java.io.FileOutputStream;
import java.io.IOException;
import java.io.InputStream;
import java.io.OutputStream;

import java.math.BigDecimal;

import java.net.URISyntaxException;
import java.net.URL;

import java.util.ArrayList;
import java.util.Collections;
import java.util.Date;
import java.util.HashMap;
import java.util.Iterator;
import java.util.LinkedList;
import java.util.List;
import java.util.Map;
import java.util.Properties;
import java.util.Set;
import java.util.SortedMap;
import java.util.Timer;
import java.util.TimerTask;
import java.util.TreeMap;
import javax.swing.JFileChooser;
import javax.swing.filechooser.*;
import javax.swing.JButton;
import javax.swing.JCheckBox;
import javax.swing.JCheckBoxMenuItem;
import javax.swing.JComboBox;
import javax.swing.JDialog;
import javax.swing.JFrame;
import javax.swing.JLabel;
import javax.swing.JMenu;
import javax.swing.JMenuBar;
import javax.swing.JMenuItem;
import javax.swing.MenuElement;
import javax.swing.JPopupMenu;
import javax.swing.JOptionPane;
import javax.swing.JPanel;
import javax.swing.JSeparator;
import javax.swing.JToggleButton;
import javax.swing.JToolBar;
```

```
import javax.swing.KeyStroke;
import javax.swing.SwingConstants;
import javax.swing.SwingUtilities;
import javax.swing.UIManager;
import javax.swing.border.Border;
import javax.swing.border.EtchedBorder;

import java.util.logging.LogManager;

/**
 * The Class AirViewer.
 */
public class AirViewer extends JFrame implements RssiFrameConsumer, ApplicationL
istener {

    /** The LOGGER. */
    private static Logger LOGGER;

    /** The chart title font. */
    public static Font chartTitleFont = new Font("Dialog", Font.BOLD, 11);

    /** The Constant PREFS_COMMENTS. */
    private static final String PREFS_COMMENTS = "\n" +
        " AirView saved preferences. Please be very careful with any manual\n" +

        " edits as wrong/unexpected values can cause application instability.\n\
n" +
        " NOTE:  If you want to disable/comment-out a particular value, simply\n
" +
        " add a .BAK at the end of its attribute name and the application will\n
" +
        " effectively ignore it.  Putting a hash (#) in front of the attribute n
ame\n" +
        " will not work as the application will delete that entry upon next save
.\n\n";

    /** The Constant serialVersionUID. */
    private static final long serialVersionUID = 1L;

    /** The viewer. */
    private static AirViewer viewer;

    /** The j content pane. */
    private JPanel jContentPane = null;

    /** The graphs panel. */
    private JPanel graphsPanel = null;

    /** The channel usage panel. */
    private ChartPanel channelUsagePanel = null;

    /** The chart panel2. */
    private ChartPanel chartPanel2 = null;

    /** The realtime chart panel. */
    private ChartPanel realtimeChartPanel = null;

    /** The config menu item. */
    private JMenuItem configMenuItem;
```

# EXHIBIT 12

LIBRARY OF CONGRESS

Copyright Office of the United States

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached photocopies are a true representation of the work entitled **AIROS 5.3** deposited in the Copyright Office with claim of copyright registered under **TXu 1-795-147**.

**THIS IS TO CERTIFY FURTHER,** that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on November 2, 2018.

Karyn A. Temple
Acting United States Register of Copyrights and Director

By: Jarletta Walls
Supervisory Copyright Specialist
Records Research and Certification Section
Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

```
                              (part_crc_t*)(fwp->data + fwp->data_size);

                      crc = htonl(crc32(0L, (unsigned char*)p,
                                        fwp->data_size + sizeof(part_t)));
                      if (crc != fwp->signature->crc) {
                              WARN("Invalid '%s' CRC (claims: %u, but is %u)\n
", fwp->header->name, fwp->signature->crc, crc);
                      }
              }

              p = (part_t*)((unsigned char*)p + sizeof(part_t) +
                            ntohl(p->length) + sizeof(part_crc_t));
              /* check bounds */
              if (((unsigned char*)p - base) >= size) {
                      return -3;
              }
              ++i;
      }
      fw->part_count = i;

      sig = (signature_t*)p;
      if (strncmp(sig->magic, MAGIC_END, MAGIC_LENGTH) != 0) {
              ERROR("Bad firmware signature\n");
              return -4;
      }

      crc = htonl(crc32(0L, base, (unsigned char*)sig - base));
      if (crc != sig->crc) {
              WARN("Invalid signature CRC (claims: %u, but is %u)\n",
                   sig->crc, crc);
      }

      return 0;
}

static int
fw_split(const fw_t* fw, const char* prefix) {
      int i;
      const fw_part_t* fwp;
      FILE* f;
      char filename[PATH_MAX];

      snprintf(filename, sizeof(filename), "%s.txt", prefix);

      INFO("Creating descriptor file:\n\t%s\n", filename);
      /* write descriptor file */
      f = fopen(filename, "w");
      if (f == NULL) {
              ERROR("Couldn't open file '%s' for writing!\n", filename);
              return -1;
      }

      for (i = 0; i < fw->part_count; ++i) {
              fwp = &fw->parts[i];

              fprintf(f, "%c%c%c%c\t%s\t\t0x%02X\t0x%08X\t0x%08X\t0x%08X\t0x%0
8X\t%s.%s\n",
                      STRMAGIC(fwp->header->magic), fwp->header->name, ntohl(f
wp->header->part_no),
                      ntohl(fwp->header->baseaddr),
```

```
                                ntohl(fwp->header->part_len),
                                ntohl(fwp->header->memaddr),
                                ntohl(fwp->header->entryaddr),
                                prefix, fwp->header->name);

        }
        fclose(f);

        INFO("Creating partition data files: \n");

        for (i = 0; i < fw->part_count; ++i) {
                fwp = &fw->parts[i];

                snprintf(filename, sizeof(filename), "%s.%s",
                         prefix, fwp->header->name);
                f = fopen(filename, "w");
                if (f == NULL) {
                        ERROR("Failed opening file '%s' for writing: %s\n",
                              filename, strerror(errno));
                        continue;
                }

                INFO("\t%s\n", filename);

                if (fwrite(fwp->data, fwp->data_size, 1, f) != 1) {
                        ERROR("Failed writing to file '%s': %s\n",
                              filename, strerror(errno));
                        fclose(f);
                        continue;
                }
                fclose(f);
        }

        return 0;
}

static void
usage(const char* progname) {
        INFO("Usage: %s [options] <firmware file> [<fw file2> ... <fw fileN>]\n"

             "\t-o <output file prefix>\t"
                        " - output file prefix, default: firmware version\n"
             "\t-d\t\t\t - turn debug output on\n"
             "\t-h\t\t\t - this help\n", progname);
}

static int
do_fwsplit(const char* filename) {
        int rc;
        int fd;
        struct stat st;
        fw_t fw;
        unsigned char* addr;

        INFO("Firmware file: '%s'\n", filename);

        rc = stat(filename, &st);
        if (rc) {
                ERROR("Couldn't stat() file '%s': %s\n",
```

```
                    usage(argv[0]);
                    return -1;
            }
    }

    if (optind >= argc) {
            usage(argv[0]);
            return -1;
    }

    if (strlen(prefix) != 0 && (optind + 1) < argc) {
            WARN("Prefix overridden - will process only the first firmware f
ile\n");
            do_fwsplit(argv[optind]);
    } else {
            for (i = optind; i < argc; ++i) {
                    do_fwsplit(argv[i]);
            }
    }

    return 0;
}
----- END fwsplit.c -----
----- BEGIN ubnt-mkfwimage.c -----
#include <sys/types.h>
#include <sys/stat.h>
#include <fcntl.h>
#include <unistd.h>
#include <string.h>
#include <errno.h>
#include <zlib.h>
#include <sys/mman.h>
#include <netinet/in.h>
#include <stdio.h>
#include <stdlib.h>
#include <limits.h>

#include "fw.h"

typedef struct part_data {
        char    magic[MAGIC_LENGTH + 1];
        char    partition_name[64];
        int     partition_index;
        size_t  partition_baseaddr;
        size_t  partition_memaddr;
        size_t  partition_entryaddr;
        size_t  partition_length;

        char    filename[PATH_MAX];
        struct stat stats;
} part_data_t;

#define MAX_SECTIONS    8
#define DEFAULT_OUTPUT_FILE       "firmware-image.bin"
#define DEFAULT_VERSION           "UNKNOWN"

#define OPTIONS "hv:o:i:"


//#define DEBUG(...) fprintf(stderr, "DEBUG: "__VA_ARGS__)
```

```
                    filename, strerror(errno));
            return -2;
    }

    if (st.st_size < sizeof(header_t) + sizeof(signature_t)) {
            ERROR("File '%s' is too short\n", filename);
            return -3;
    }

    fd = open(filename, O_RDONLY);
    if (fd < 0) {
            ERROR("Couldn't open file '%s': %s\n",
                    filename, strerror(errno));
            return -4;
    }

    addr=(unsigned char*)mmap(0, st.st_size, PROT_READ, MAP_SHARED, fd, 0);
    if (addr == MAP_FAILED) {
            ERROR("Failed mmaping memory for file '%s'\n", filename);
            close(fd);
            return -5;
    }

    // parse & validate fw
    rc = fw_parse(addr, st.st_size, &fw);
    if (rc) {
            ERROR("Invalid firmware file '%s'!\n", filename);
            munmap(addr, st.st_size);
            close(fd);
            return -6;
    }

    if (strlen(prefix) == 0) {
            strncpy(prefix, fw.version, sizeof(prefix));
    }
    fw_split(&fw, prefix);

    munmap(addr, st.st_size);
    close(fd);

    return 0;
}

int
main(int argc, char* argv[]) {
    int o, i;

    memset(prefix, 0, sizeof(prefix));

    while ((o = getopt(argc, argv, "hdo:")) != -1) {
            switch (o) {
            case 'd':
                    debug++;
                    break;
            case 'o':
                    if (optarg) {
                            strncpy(prefix, optarg, sizeof(prefix));
                    }
                    break;
            case 'h':
```

```
#define DEBUG(...)
#define INFO(...) fprintf(stdout, __VA_ARGS__)
#define ERROR(...) fprintf(stderr, "ERROR: "__VA_ARGS__)
#define WARN(...) fprintf(stderr, "WARN: "__VA_ARGS__)

typedef struct image_info {
        char version[128];
        char outputfile[PATH_MAX];
        size_t  part_count;
        part_data_t parts[MAX_SECTIONS];
} image_info_t;

static void write_header(void* mem, const char* version)
{
        header_t* header = mem;
        memset(header, 0, sizeof(header_t));

        memcpy(header->magic, MAGIC_UBNT_HEADER, MAGIC_LENGTH);
        strncpy(header->version, version, sizeof(header->version));
        header->crc = htonl(crc32(0L, (unsigned char *)header,
                                sizeof(header_t) - 2 * sizeof(u_int32_t)));
        header->pad = 0L;
}

static void write_signature(void* mem, size_t sig_offset)
{
        /* write signature */
        signature_t* sign = (signature_t*)(mem + sig_offset);
        memset(sign, 0, sizeof(signature_t));

        memcpy(sign->magic, MAGIC_END, MAGIC_LENGTH);
        sign->crc = htonl(crc32(0L,(unsigned char *)mem, sig_offset));
        sign->pad = 0L;
}

static int write_part(void* mem, part_data_t* d)
{
        char* addr;
        int fd;
        part_t* p = mem;
        part_crc_t* crc = mem + sizeof(part_t) + d->stats.st_size;

        fd = open(d->filename, O_RDONLY);
        if (fd < 0)
        {
                ERROR("Failed opening file '%s'\n", d->filename);
                return -1;
        }

        if ((addr=(char*)mmap(0, d->stats.st_size, PROT_READ, MAP_SHARED, fd, 0)
) == MAP_FAILED)
        {
                ERROR("Failed mmaping memory for file '%s'\n", d->filename);
                close(fd);
                return -2;
        }

        memcpy(mem + sizeof(part_t), addr, d->stats.st_size);
        munmap(addr, d->stats.st_size);
```

```
        memcpy(p->magic, d->magic, MAGIC_LENGTH);
        memset(p->name, 0, sizeof(p->name));
        strncpy(p->name, d->partition_name, sizeof(p->name));
        p->length = htonl(d->stats.st_size);
        p->part_len = htonl(d->partition_length);
        p->part_no = htonl(d->partition_index);
        p->baseaddr = htonl(d->partition_baseaddr);
        p->entryaddr = htonl(d->partition_entryaddr);
        p->memaddr = htonl(d->partition_memaddr);

        crc->crc = htonl(crc32(0L, mem, d->stats.st_size + sizeof(part_t)));
        crc->pad = 0L;

        return 0;
}

static void usage(const char* progname)
{
        INFO("Usage: %s [options]\n"
             "\t-v <version string>\t - firmware version information, default: %
s\n"
             "\t-o <output file>\t - firmware output file, default: %s\n"
             "\t-i <input file>\t\t - firmware layout file, default: none\n"
             "\t-h\t\t\t - this help\n",
             progname, DEFAULT_VERSION, DEFAULT_OUTPUT_FILE);
}

static void print_image_info(const image_info_t* im)
{
        int i = 0;
        INFO("Firmware version: '%s'\n"
             "Output file: '%s'\n"
             "Part count: %zu\n",
             im->version, im->outputfile,
             im->part_count);

        for (i = 0; i < im->part_count; ++i)
        {
                const part_data_t* d = &im->parts[i];
                INFO(" [%4s]'%s': %8ld bytes (free: %8ld)\n",
                     d->magic,
                     d->partition_name,
                     d->stats.st_size,
                     d->partition_length - d->stats.st_size);
        }
}

/**
 * Image layout file format:
 *
 * <partition name>\t<partition index>\t<partition size>\t<data file name>
 *
 */
static int parse_image_layout(const char* layoutfile, image_info_t* im)
{
        int fd = 0;
```

```
	char line[1028];
	FILE* f;

	im->part_count = 0;

	fd = open(layoutfile, O_RDONLY);
	if (fd < 0) {
		ERROR("Could not open file '%s'\n", layoutfile);
		return -1;
	}

	f = fdopen(fd, "r");
	if (f == NULL) {
		close(fd);
		return -2;
	}

	while (!feof(f))
	{
		char name[16];
		char magic[MAGIC_LENGTH + 1];
		size_t index;
		size_t baseaddr;
		size_t size;
		size_t memaddr;
		size_t entryaddr;
		char file[PATH_MAX];
		size_t c;
		part_data_t* d;

		if (fgets(line, sizeof(line), f) == NULL)
			break;

		if ((c = sscanf(line, "%4[^\t]\t%16[^\t]\t%zX\t%zX\t%zX\t%zX\t%z
X\t%128[^\t\n]", magic, name, &index, &baseaddr, &size, & memaddr, &entryaddr, f
ile)) != 8)
			continue;

		DEBUG("%s\t%s\t\t0x%02zX\t0x%08zX\t0x%08zX\t0x%08zX\t0x%08zX\t%s
\n", magic, name, index, baseaddr, size, memaddr, entryaddr, file);

		c = im->part_count;
		if (c == MAX_SECTIONS)
			break;

		d = &im->parts[c];
		strncpy(d->magic, magic, sizeof(d->magic));
		strncpy(d->partition_name, name, sizeof(d->partition_name));
		d->partition_index = index;
		d->partition_baseaddr = baseaddr;
		d->partition_length = size;
		d->partition_entryaddr = entryaddr;
		d->partition_memaddr = memaddr;
		strncpy(d->filename, file, sizeof(d->filename));

		im->part_count++;
	}

	fclose(f);
```

```
        return 0;
}

/**
 * Checks the availability and validity of all image components.
 * Fills in stats member of the part_data structure.
 */
static int validate_image_layout(image_info_t* im)
{
        int i;

        if (im->part_count == 0 || im->part_count > MAX_SECTIONS)
        {
                ERROR("Invalid part count '%zu'\n", im->part_count);
                return -1;
        }

        for (i = 0; i < im->part_count; ++i)
        {
                part_data_t* d = &im->parts[i];
                int len = strlen(d->partition_name);
                if ((len == 0 || len > 16) && !strncmp(d->magic, MAGIC_PART, MAG
IC_LENGTH))
                {
                        ERROR("Invalid partition name '%s' of the part %d\n",
                                        d->partition_name, i);
                        return -1;
                }
                if (stat(d->filename, &d->stats) < 0)
                {
                        ERROR("Couldn't stat file '%s' from part '%s'\n",
                                        d->filename, d->partition_name);
                        return -2;
                }
                if (d->stats.st_size == 0)
                {
                        ERROR("File '%s' from part '%s' is empty!\n",
                                        d->filename, d->partition_name);
                        return -3;
                }
                if ((d->stats.st_size > d->partition_length) && !strncmp(d->magi
c, MAGIC_PART, MAGIC_LENGTH)) {
                        ERROR("File '%s' too big (%d) - max size: 0x%08zX (excee
ds %lu bytes)\n",
                                        d->filename, i, d->partition_length, d->
stats.st_size - d->partition_length);
                        return -4;
                }
        }

        return 0;
}

static int build_image(image_info_t* im)
{
        char* mem;
        char* ptr;
        size_t mem_size;
        FILE* f;
        int i;
```

```
        // build in-memory buffer
        mem_size = sizeof(header_t) + sizeof(signature_t);
        for (i = 0; i < im->part_count; ++i)
        {
                part_data_t* d = &im->parts[i];
                mem_size += sizeof(part_t) + d->stats.st_size + sizeof(part_crc_
t);
        }

        mem = (char*)calloc(mem_size, 1);
        if (mem == NULL)
        {
                ERROR("Cannot allocate memory chunk of size '%zu'\n", mem_size);

                return -1;
        }

        // write header
        write_header(mem, im->version);
        ptr = mem + sizeof(header_t);
        // write all parts
        for (i = 0; i < im->part_count; ++i)
        {
                part_data_t* d = &im->parts[i];
                int rc;
                if ((rc = write_part(ptr, d)) != 0)
                {
                        ERROR("ERROR: failed writing part %u '%s'\n", i, d->part
ition_name);
                }
                ptr += sizeof(part_t) + d->stats.st_size + sizeof(part_crc_t);
        }
        // write signature
        write_signature(mem, mem_size - sizeof(signature_t));

        // write in-memory buffer into file
        if ((f = fopen(im->outputfile, "w")) == NULL)
        {
                ERROR("Can not create output file: '%s'\n", im->outputfile);
                return -10;
        }

        if (fwrite(mem, mem_size, 1, f) != 1)
        {
                ERROR("Could not write %zu bytes into file: '%s'\n",
                              mem_size, im->outputfile);
                return -11;
        }

        free(mem);
        fclose(f);
        return 0;
}

int main(int argc, char* argv[])
{
        char inputfile[PATH_MAX];
        int o, rc;
```

```
        image_info_t im;

        memset(&im, 0, sizeof(im));
        memset(inputfile, 0, sizeof(inputfile));

        strcpy(im.outputfile, DEFAULT_OUTPUT_FILE);
        strcpy(im.version, DEFAULT_VERSION);

        while ((o = getopt(argc, argv, OPTIONS)) != -1)
        {
                switch (o) {
                case 'v':
                        if (optarg)
                                strncpy(im.version, optarg, sizeof(im.version));

                        break;
                case 'o':
                        if (optarg)
                                strncpy(im.outputfile, optarg, sizeof(im.outputf
ile));
                        break;
                case 'i':
                        if (optarg)
                                strncpy(inputfile, optarg, sizeof(inputfile));
                        break;
                case 'h':
                        usage(argv[0]);
                        return -1;
                }
        }

        if (strlen(inputfile) == 0)
        {
                ERROR("Input file is not specified, cannot continue\n");
                usage(argv[0]);
                return -2;
        }

        if ((rc = parse_image_layout(inputfile, &im)) != 0)
        {
                ERROR("Failed parsing firmware layout file '%s' - error code: %d
\n",
                        inputfile, rc);
                return -3;
        }

        if ((rc = validate_image_layout(&im)) != 0)
        {
                ERROR("Failed validating firmware layout - error code: %d\n", rc
);
                return -4;
        }

        print_image_info(&im);

        if ((rc = build_image(&im)) != 0)
        {
                ERROR("Failed building image file '%s' - error code: %d\n", im.o
utputfile, rc);
                return -5;
```

```
        }

        return 0;
}
----- END ubnt-mkfwimage.c -----
```

```
----- BEGIN AboutDialog.java -----
/*
 * Copyright (c) 2008-2012 UBiQUiTi Networks, Inc.
 *
 * All Rights Reserved.  Unpublished rights reserved under the copyright laws
 * of the United States.  The software contained on this media is proprietary
 * to and embodies the confidential technology of UBiQUiTi Networks, Inc.  The
 * possession or receipt of this information does not convey any right to
 * disclose its contents, reproduce it, use it, or license its use, for
 * manufacture or sale.  The foregoing restriction applies to the information or

 * anything described therein.  Any use, disclosure, or reproduction without
 * UBiQUiTi's prior written permission is strictly prohibited.
 *
 */
package com.ubnt.app;

import java.awt.Color;
import java.awt.Cursor;
import java.awt.Dimension;
import java.awt.Font;
import java.awt.Graphics;
import java.awt.Image;
import java.awt.event.MouseAdapter;
import java.awt.event.MouseEvent;
import java.net.URL;

import javax.swing.GroupLayout;
import javax.swing.ImageIcon;
import javax.swing.JButton;
import javax.swing.JDialog;
import javax.swing.JFrame;
import javax.swing.JLabel;
import javax.swing.JPanel;
import javax.swing.SwingConstants;
import javax.swing.SwingUtilities;
import javax.swing.WindowConstants;

import com.ubnt.util.StringUtils;
import com.ubnt.util.ui.UiUtils;

/**
 * The class displays the about dialog box with version information, etc.
 *
 * @author Ramin
 */
public class AboutDialog extends JDialog
{

        /** The Constant serialVersionUID. */
        private static final long serialVersionUID = 1L;

        /** The logo image loc. */
        public static String logoImageLoc = "/images/about.png";

        // Variables declaration
        /** The buttons panel. */
        private JPanel buttonsPanel;

        /** The content panel. */
```

```
private JPanel contentPanel;

/** The edition label. */
private JLabel editionLabel;

/** The background panel. */
private JPanel backgroundPanel;

/** The ok button. */
private JButton okButton;

/** The url label. */
private JLabel urlLabel;

/** The version label. */
private JLabel versionLabel;

/** The build info label. */
private JLabel buildInfoLabel;

/** The app url. */
private String appUrl;

/** The company logo. */
private Image companyLogo;

/**
 * Creates new form AboutDialog.
 *
 * @param parent the parent
 * @param modal the modal
 */
public AboutDialog (java.awt.Frame parent, boolean modal)
{
        super (parent, modal);
        URL url = AboutDialog.class.getResource (logoImageLoc);
        ImageIcon temp = new ImageIcon (url);
        if(temp != null) {
            companyLogo = temp.getImage ();
        }
        initComponents ();
}

/**
 * The Class ImagePanel.
 */
public class ImagePanel extends JPanel {

        /** The Constant serialVersionUID. */
        private static final long serialVersionUID = 1L;

        /** The img. */
        private Image img;

        /**
             * Instantiates a new image panel.
             *
             * @param img the img
             */
            ImagePanel(Image img) {
```

```
                this.img = img;
                setOpaque(false);
            }

            /* (non-Javadoc)
             * @see javax.swing.JComponent#paintComponent(java.awt.Graphics)

             */
            public void paintComponent (Graphics g) {
                g.drawImage(img, 0, 0, this);
                super.paintComponent(g);
            }

            /* (non-Javadoc)
             * @see javax.swing.JComponent#getPreferredSize()
             */
            public Dimension getPreferredSize () {
                return new Dimension (img.getWidth (this), img.getHeight (th
is));
            }
        }

        /**
         * This method is called from within the constructor to initialize the f
orm.
         * WARNING: Do NOT modify this code. The content of this method is alway
s
         * regenerated by the Form Editor.
         */
        private void initComponents ()
        {
                backgroundPanel = new ImagePanel (companyLogo);
                contentPanel = new JPanel ();
                versionLabel = new JLabel ();
                editionLabel = new JLabel ();
                urlLabel = new JLabel ();
                urlLabel.setCursor (Cursor.getPredefinedCursor (Cursor.HAND_CURS
OR));
                buttonsPanel = new JPanel ();
                okButton = new JButton ();
                buildInfoLabel = new JLabel ();
                appUrl = System.getProperty ("app.url");
                if(appUrl == null) {
                    appUrl = "http://www.ubnt.com";
                }
                setDefaultCloseOperation (WindowConstants.DISPOSE_ON_CLOSE);
                String appName = System.getProperty ("app.name");
                if(appName == null) {
                    appName = "AirView";
                }
                setTitle ("About " + appName); // NOI18N
                setAlwaysOnTop (true);
                setIconImage (null);

                Font plainFont = new Font ("Verdana", java.awt.Font.PLAIN, 10);
                Font boldFont  = new Font ("Verdana", java.awt.Font.BOLD,  10);

                backgroundPanel.setName("backgroundPanel");
                backgroundPanel.setLayout (new java.awt.BorderLayout ());
                getContentPane ().setLayout (new java.awt.BorderLayout ());
```

```
                getContentPane ().add(backgroundPanel, java.awt.BorderLayout.PAG
E_START);

                contentPanel.setName ("contentPanel"); // NOI18N
                contentPanel.setOpaque(false);
                versionLabel.setFont (boldFont); // NOI18N
                versionLabel.setHorizontalAlignment (SwingConstants.LEFT);
                versionLabel.setText ("Version: " + System.getProperty ("app.ver
sion") +
                        (!StringUtils.isEmpty (System.getProperty ("app.minorVer
sion")) ? "." + System.getProperty ("app.minorVersion") : "") +
                        (!StringUtils.isEmpty (System.getProperty ("app.release"
)) ? " " + System.getProperty ("app.release") : ""));
                versionLabel.setName ("versionLabel"); // NOI18N
                versionLabel.setOpaque(false);
                versionLabel.setForeground(Color.WHITE);

                editionLabel.setFont (boldFont); // NOI18N
                editionLabel.setHorizontalAlignment (SwingConstants.LEFT);
                if(AirViewer.isViewer()) {
                    editionLabel.setText ("Embedded Edition");
                } else {
                    editionLabel.setText ("AirView Manager");
                }
                editionLabel.setName ("editionLabel"); // NOI18N
                editionLabel.setOpaque(false);
                editionLabel.setForeground(Color.WHITE);

                urlLabel.setFont (plainFont); // NOI18N
                urlLabel.setHorizontalAlignment (SwingConstants.LEFT);
                urlLabel.setText ("<html><a color=white href='" + appUrl + "'>"
+ appUrl + "</a></html>");
                urlLabel.setName ("urlLabel"); // NOI18N
                urlLabel.setOpaque(false);
                urlLabel.setForeground(Color.WHITE);
                urlLabel.addMouseListener (new MouseAdapter () {
                        public void mouseClicked (final MouseEvent evt)
                        {
                                SwingUtilities.invokeLater (new Runnable () {pub
lic void run () {
                                        urlLabelMouseClicked (evt);
                                }});
                        }
                });
                buttonsPanel.setName ("buttonsPanel"); // NOI18N
                buttonsPanel.setLayout (new java.awt.FlowLayout (java.awt.FlowLa
yout.CENTER));

                buttonsPanel.setOpaque(false);

                okButton.setText ("Close");
                okButton.setName ("okButton"); // NOI18N
                okButton.addActionListener (new java.awt.event.ActionListener ()
{
                        public void actionPerformed (java.awt.event.ActionEvent
evt)
                        {
                                okButtonActionPerformed (evt);
                        }
                });
                buttonsPanel.add (okButton);
```

```
                buildInfoLabel.setFont (plainFont); // NOI18N
                buildInfoLabel.setText("Build Info: " + Application.BUILD_INFO);

                buildInfoLabel.setName("buildInfoLabel"); // NOI18N
                buildInfoLabel.setOpaque(false);
                buildInfoLabel.setForeground(Color.WHITE);

                GroupLayout contentPanelLayout - new GroupLayout (contentPanel);

                contentPanel.setLayout (contentPanelLayout);
                contentPanelLayout.setHorizontalGroup (contentPanelLayout.create
ParallelGroup (
                        GroupLayout.Alignment.LEADING).addGroup (
                        contentPanelLayout.createSequentialGroup ().addGap (85,
85, 85).addGroup (
                                contentPanelLayout.createParallelGroup (GroupLay
out.Alignment.CENTER)
                                        .addComponent (versionLabel, GroupLayout
.DEFAULT_SIZE, 182, Short.MAX_VALUE)
                                        .addComponent (editionLabel, GroupLayout
.DEFAULT_SIZE, 182, Short.MAX_VALUE)
                                        .addComponent (buildInfoLabel, GroupLayo
ut.DEFAULT_SIZE, 182, Short.MAX_VALUE)
                                        .addComponent (urlLabel, GroupLayout.DEF
AULT_SIZE, 182, Short.MAX_VALUE)
                                        )).addComponent (buttonsPanel, GroupLayo
ut.DEFAULT_SIZE, 182, Short.MAX_VALUE));
                contentPanelLayout.setVerticalGroup (contentPanelLayout.createPa
rallelGroup (
                        GroupLayout.Alignment.LEADING).addGroup (
                                contentPanelLayout.createSequentialGroup ()
                                        .addGap(150, 150, 150)
                                        .addComponent(versionLabel)
                                        .addGap(2, 2, 2)
                                        .addComponent(editionLabel)
                                        .addGap(2, 2, 2)
                                        .addComponent(buildInfoLabel)
                                        .addGap(25, 25, 25)
                                        .addComponent(urlLabel)
                                        .addGap(13, 13, Short.MAX_VALUE)
                                        .addComponent(buttonsPanel)
                                        .addGap(6, 6, 6)
                                        ));

                backgroundPanel.add (contentPanel, java.awt.BorderLayout.CENTER)
;

                setSize(companyLogo.getWidth (this)+2, companyLogo.getHeight (th
is) - 2);
                setResizable(false);
                pack ();

                UiUtils.centerComponent (this);
        }// </editor-fold>//GEN-END:initComponents

        /**
         * Ok button action performed.
         *
         * @param evt the evt
```

```
         */
        private void okButtonActionPerformed (java.awt.event.ActionEvent evt)
        {// GEN-FIRST:event_okButtonActionPerformed
                this.setVisible (false);
                this.dispose ();
        }// GEN-LAST:event_okButtonActionPerformed

        /**
         * Url label mouse clicked.
         *
         * @param evt the evt
         */
        private void urlLabelMouseClicked (java.awt.event.MouseEvent evt)
        {// GEN-FIRST:event_urlLabelMouseClicked
        }// GEN-LAST:event_urlLabelMouseClicked

        /**
         * The main method.
         *
         * @param args the command line arguments
         */
        public static void main (String args[])
        {
                java.awt.EventQueue.invokeLater (new Runnable () {
                        public void run ()
                        {
                                AboutDialog dialog = new AboutDialog (new JFrame
(), true);
                                dialog.addWindowListener (new

                                java.awt.event.WindowAdapter () {
                                        public void windowClosing (java.awt.even
t.WindowEvent e)
                                        {
                                                System.exit (0);
                                        }
                                });
                                dialog.setVisible (true);
                        }
                });
        }
}
----- END AboutDialog.java -----
----- BEGIN AirViewer.java -----
/*
 * Copyright (c) 2008-2012 UBiQUiTi Networks, Inc.
 *
 * All Rights Reserved.  Unpublished rights reserved under the copyright laws
 * of the United States.  The software contained on this media is proprietary
 * to and embodies the confidential technology of UBiQUiTi Networks, Inc.  The
 * possession or receipt of this information does not convey any right to
 * disclose its contents, reproduce it, use it, or license its use, for
 * manufacture or sale.  The foregoing restriction applies to the information or

 * anything described therein.  Any use, disclosure, or reproduction without
 * UBiQUiTi's prior written permission is strictly prohibited.
 *
 */
package com.ubnt.app;
```

```
/*
import com.centerkey.utils.BareBonesBrowserLaunch;
*/
import com.ubnt.chart.data.xy.UbntXIntervalSeries;
import com.ubnt.chart.renderer.xy.UbntXYAreaRenderer;
import java.text.DecimalFormat;
/*
import com.ubnt.device.ChannelDefinition;
import com.ubnt.device.Product;
*/
import com.ubnt.device.RssiFrameImpl;
import com.ubnt.device.BasicSpan;
import com.ubnt.device.Channel;
import com.ubnt.device.ChainMask;
import com.ubnt.device.RFScanDevice;
import com.ubnt.device.RFScanDeviceInfo;
import com.ubnt.device.RFScanDeviceLocator;
import com.ubnt.device.RFScanRange;
import com.ubnt.device.RssiFrame;
import com.ubnt.device.RssiFrameConsumer;
import com.ubnt.device.remote.*;
import com.ubnt.device.remote.discovery.ConnectDialog;
import com.ubnt.device.remote.discovery.LangStrings;
import com.ubnt.device.remote.discovery.net.LiteStationQueryServer;
import com.ubnt.device.remote.discovery.net.QueryServer;
import com.ubnt.device.remote.discovery.net.Scanner;

import com.ubnt.util.FileUtils;

/*
import com.ubnt.util.HelpLauncher;
*/
import com.ubnt.util.HzMath;
import com.ubnt.util.SpringFramework;
import com.ubnt.util.ui.BorderlessStatusWindow;
import com.ubnt.util.ui.GraphicsPanel;
import com.ubnt.util.ui.PaintDelegate;
import com.ubnt.util.ui.UiUtils;

/*
import org.apache.commons.lang.ArrayUtils;
import org.apache.commons.lang.StringUtils;
import org.apache.commons.math.stat.StatUtils;
*/
import org.apache.log4j.Logger;

import org.jfree.chart.ChartMouseEvent;
import org.jfree.chart.ChartMouseListener;
import org.jfree.chart.ChartPanel;
import org.jfree.chart.ChartRenderingInfo;
import org.jfree.chart.JFreeChart;
import org.jfree.chart.annotations.XYAnnotation;
import org.jfree.chart.annotations.XYShapeAnnotation;
import org.jfree.chart.annotations.XYTextAnnotation;
import org.jfree.chart.axis.AxisLocation;
import org.jfree.chart.axis.NumberAxis;
import org.jfree.chart.axis.ValueAxis;
import org.jfree.chart.block.BlockBorder;
```

```
import org.jfree.chart.block.BlockContainer;
import org.jfree.chart.block.BlockFrame;
import org.jfree.chart.block.BorderArrangement;
import org.jfree.chart.block.EmptyBlock;
import org.jfree.chart.block.FlowArrangement;
import org.jfree.chart.block.LabelBlock;
import org.jfree.chart.entity.ChartEntity;
import org.jfree.chart.labels.ItemLabelAnchor;
import org.jfree.chart.labels.ItemLabelPosition;
import org.jfree.chart.labels.StandardXYItemLabelGenerator;
import org.jfree.chart.labels.XYToolTipGenerator;
import org.jfree.chart.plot.CombinedDomainXYPlot;
import org.jfree.chart.plot.DatasetRenderingOrder;
import org.jfree.chart.plot.IntervalMarker;
import org.jfree.chart.plot.PlotOrientation;
import org.jfree.chart.plot.SeriesRenderingOrder;
import org.jfree.chart.plot.ValueMarker;
import org.jfree.chart.plot.XYPlot;
import org.jfree.chart.renderer.LookupPaintScale;
import org.jfree.chart.renderer.xy.StandardXYItemRenderer;
import org.jfree.chart.renderer.xy.XYAreaRenderer;
import org.jfree.chart.renderer.xy.XYBarRenderer;
import org.jfree.chart.renderer.xy.XYItemRenderer;
import org.jfree.chart.renderer.xy.XYShapeRenderer;
import org.jfree.chart.title.CompositeTitle;
import org.jfree.chart.title.LegendTitle;
import org.jfree.chart.title.PaintScaleLegend;
import org.jfree.chart.title.TextTitle;

import org.jfree.data.xy.DefaultXYZDataset;
import org.jfree.data.xy.XIntervalSeriesCollection;
import org.jfree.data.xy.XYDataset;
import org.jfree.data.xy.XYSeries;
import org.jfree.data.xy.XYSeriesCollection;
import org.jfree.data.xy.YWithXInterval;

import org.jfree.ui.HorizontalAlignment;
import org.jfree.ui.Layer;
import org.jfree.ui.RectangleEdge;
import org.jfree.ui.RectangleInsets;
import org.jfree.ui.TextAnchor;
import org.jfree.ui.VerticalAlignment;

import org.springframework.context.ApplicationEvent;
import org.springframework.context.ApplicationListener;

import java.awt.BasicStroke;
import java.awt.BorderLayout;
import java.awt.Color;
import java.awt.Component;
import java.awt.Container;
import java.awt.Dimension;
import java.awt.Font;
import java.awt.Frame;
import java.awt.Graphics2D;
import java.awt.GridLayout;
import java.awt.Image;
import java.awt.ItemSelectable;
import java.awt.Paint;
import java.awt.Point;
```

```
import java.awt.Shape;
import java.awt.event.ActionEvent;
import java.awt.event.ActionListener;
import java.awt.event.ComponentAdapter;
import java.awt.event.ComponentEvent;
import java.awt.event.InputEvent;
import java.awt.event.ItemEvent;
import java.awt.event.WindowAdapter;
import java.awt.event.WindowEvent;
import java.awt.event.WindowListener;
import java.awt.geom.Ellipse2D;
import java.awt.geom.Point2D;
import java.awt.geom.Rectangle2D;

import java.io.File;
import java.io.FileInputStream;
import java.io.FileNotFoundException;
import java.io.FileOutputStream;
import java.io.IOException;
import java.io.InputStream;
import java.io.OutputStream;

import java.math.BigDecimal;

import java.net.URISyntaxException;
import java.net.URL;

import java.util.ArrayList;
import java.util.Collections;
import java.util.Date;
import java.util.HashMap;
import java.util.Iterator;
import java.util.LinkedList;
import java.util.List;
import java.util.Map;
import java.util.Properties;
import java.util.Set;
import java.util.SortedMap;
import java.util.Timer;
import java.util.TimerTask;
import java.util.TreeMap;
import javax.swing.JFileChooser;
import javax.swing.filechooser.*;
import javax.swing.JButton;
import javax.swing.JCheckBox;
import javax.swing.JCheckBoxMenuItem;
import javax.swing.JComboBox;
import javax.swing.JDialog;
import javax.swing.JFrame;
import javax.swing.JLabel;
import javax.swing.JMenu;
import javax.swing.JMenuBar;
import javax.swing.JMenuItem;
import javax.swing.MenuElement;
import javax.swing.JPopupMenu;
import javax.swing.JOptionPane;
import javax.swing.JPanel;
import javax.swing.JSeparator;
import javax.swing.JToggleButton;
import javax.swing.JToolBar;
```

```
import javax.swing.KeyStroke;
import javax.swing.SwingConstants;
import javax.swing.SwingUtilities;
import javax.swing.UIManager;
import javax.swing.border.Border;
import javax.swing.border.EtchedBorder;

import java.util.logging.LogManager;

/**
 * The Class AirViewer.
 */
public class AirViewer extends JFrame implements RssiFrameConsumer, ApplicationL
istener {

    /** The LOGGER. */
    private static Logger LOGGER;

    /** The chart title font. */
    public static Font chartTitleFont = new Font("Dialog", Font.BOLD, 11);

    /** The Constant PREFS_COMMENTS. */
    private static final String PREFS_COMMENTS = "\n" +
        " AirView saved preferences. Please be very careful with any manual\n" +

        " edits as wrong/unexpected values can cause application instability.\n\
n" +
        " NOTE:  If you want to disable/comment-out a particular value, simply\n
" +
        " add a .BAK at the end of its attribute name and the application will\n
" +
        " effectively ignore it.  Putting a hash (#) in front of the attribute n
ame\n" +
        " will not work as the application will delete that entry upon next save
.\n\n";

    /** The Constant serialVersionUID. */
    private static final long serialVersionUID = 1L;

    /** The viewer. */
    private static AirViewer viewer;

    /** The j content pane. */
    private JPanel jContentPane = null;

    /** The graphs panel. */
    private JPanel graphsPanel = null;

    /** The channel usage panel. */
    private ChartPanel channelUsagePanel = null;

    /** The chart panel2. */
    private ChartPanel chartPanel2 = null;

    /** The realtime chart panel. */
    private ChartPanel realtimeChartPanel = null;

    /** The config menu item. */
    private JMenuItem configMenuItem;
```