# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| UBIQUITI NETWORKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-CV-5369 |
| | ) | |
| CAMBIUM NETWORKS, INC. | ) | Judge Feinerman |
| CAMBIUM NETWORKS, LTD. | ) | |
| BLIP NETWORKS, LLC | ) | |
| WINNCOM TECHNOLOGIES, INC., | ) | |
| SAKID AHMED, and | ) | |
| DMITRY MOISEEV, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE OF DISCOVERY

Pursuant to Section A(5) of the Standing Order Regarding Mandatory Initial Discovery Pilot Project in the Northern District of Illinois, I, Elizabeth B. Herrington, an attorney, hereby certify that I caused a copy of Plaintiff Ubiquiti Networks, Inc.'s Mandatory Initial Discovery Responses to be served by electronic mail on all counsel of record, this 5th day of December 2018.

Dated: December 5, 2018

Respectfully submitted,

By: /s/ Elizabeth B. Herrington
Elizabeth B. Herrington (Bar No. 6244547)
Zachary Ryan Lazar (Bar No. 6325727)
77 West Wacker Drive
Chicago, IL 60601-5094
312.324.1000 (Telephone)
312.324.1001 (Facsimile)
beth.herrington@morganlewis.com
zachary.lazar@morganlewis.com

Robert C. Bertin (admitted *pro hac vice*)
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
202.739.3000 (Telephone)
202.739.3001 (Facsimile)

robert.bertin@morganlewis.com

Mark L. Krotoski
1400 Page Mill Road
Palo Alto, CA 94304-1124
650.843.4000 (Telephone)
650.843.4001 (Facsimile)
mark.krotoski@morganlewis.com

Amy M. Dudash (admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA 19103
215.963.5000 (Telephone)
215.963.5001 (Facsimile)
amy.dudash@morganlewis.com

*Attorneys for Plaintiff Ubiquiti Networks, Inc.*

## **CERTIFICATE OF SERVICE**

      I, Elizabeth B. Herrington, an attorney, hereby certify that on this 5th day of December, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification to the Court and to attorneys of record.

                                                /s/ Elizabeth B. Herrington
                                                Elizabeth B. Herrington