# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Ubiquiti Networks, Inc.
                              Plaintiff,

v.  Case No.: 1:18−cv−05369
    Honorable Gary Feinerman

Cambium Networks, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 11, 2018:

    MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 1/28/2019 at 9:15 a.m. The parties report on the status of discovery. Oral argument held on pending motion to dismiss [37]. The motion is taken under advisement and the Court will issue ruling by mail.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.