IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UBIQUITI NETWORKS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>CAMBIUM NETWORKS, INC.;<br>CAMBIUM NETWORKS, LTD.;<br>BLIP NETWORKS, LLC;<br>WINNCOM TECHNOLOGIES, INC.;<br>SAKID AHMED; and DMITRY MOISEEV,<br><br>*Defendants*. | Civil Action No.: 1:18-cv-05369<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, December 20, 2018 at 9:00 a.m., or as soon thereafter as counsel may be heard, the parties shall appear before the Honorable Gary Feinerman or any judge sitting in his stead in Room 2125 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago Illinois, and shall then and there present Defendants' Opposed Motion to Extend the Deadline to Produce ESI Pursuant to the MIDP Standing Order from January 14, 2019 until 40 days after any amended pleading filed after the entry of an order resolving the pending Motion to Dismiss or 40 days after the order denying Defendants' Motion to Dismiss.

Dated: December 17, 2018

Respectfully submitted,

BAKER BOTTS, LLP

*/s/ G. Hopkins Guy, III*
One of their attorneys

G. Hopkins Guy III (CA Bar No. 124811)
hop.guy@bakerbotts.com

1

Jon V. Swenson (CA Bar No. 233054)
jon.swenson@bakerbotts.com
Karina Smith (CA Bar No. 286680)
karina.smith@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road Building One, Suite 200
Palo Alto, CA 94304-1007
650.739.7500 (Phone)
650.739.7699 (Facsimile)

Andrew D. Wilson (DC Bar No. 1030144)
1299 Pennsylvania Ave. NW
Washington, DC 20004-2400
202.639.1312 (Phone)
202.508.9336 (Fax)
andrew.wilson@bakerbotts.com

Arthur J. Gollwitzer (06225038)
agollwitzer@michaelbest.com
James P. Fieweger (6206915)
jpfieweger@michaelbest.com
MICHAEL BEST & FRIEDRICH, LLP
444 West Lake Street, Suite 3200
Chicago, Illinois 60606
312.222.0800 (Phone)

*Attorneys for Defendants Cambium Networks, Inc. et. al.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 17, 2018, I electronically filed the foregoing *Notice of Motion* with the Clerk of the Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users

      /s/ *G. Hopkins Guy, III*