# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Ubiquiti Networks, Inc. v. Cambium Networks, Inc., et al.

Case Number: 1:18-cv-05369

An appearance is hereby filed by the undersigned as attorney for:

All Defendants

Attorney name (type or print): Christopher R. Parker

Firm: Michael Best & Friedrich LLP

Street address: 444 W. Lake Street, Suite 3200

City/State/Zip: Chicago, IL  60606

Bar ID Number: 6270398
(See item 3 in instructions)

Telephone Number: 312.222.0800

Email Address: crparker@michaelbest.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ✓ | ☐ |
| Are you a member of the court's trial bar? | ✓ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 18, 2018

Attorney signature: S/ Christopher R. Parker

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

## CERTIFICATE OF SERVICE

  I hereby certify that on December 18, 2018, I electronically filed the foregoing **Appearance** with the Clerk of the Court using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users

               /s/ Christopher R. Parker