# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Ubiquiti Networks, Inc.
                                Plaintiff,

v.                                                  Case No.: 1:18−cv−05369
                                                       Honorable Gary Feinerman

Cambium Networks, Inc., et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 18, 2018:

      MINUTE entry before the Honorable Gary Feinerman: Defendants' opposed motion to extend the deadline to produce ESI pursuant to the MIDP standing order and memorandum in support thereof [44] is granted. Because the court is likely to grant in substantial part the motion to dismiss [37], the deadline for producing MIDP ESI is continued generally and will be re−set at the appropriate juncture. The motion hearing set for 12/20/2018 [45] is stricken. Mailed notice. (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.