IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UBIQUITI NETWORKS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>CAMBIUM NETWORKS, INC.;<br>CAMBIUM NETWORKS, LTD.;<br>BLIP NETWORKS, LLC;<br>WINNCOM TECHNOLOGIES, INC.;<br>SAKID AHMED; and DMITRY<br>MOISEEV.<br><br>*Defendants*. | Civil Action No.: 1:18-cv-05369<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF UBIQUITI NETWORKS, INC.

By and through their current counsel and new counsel, Plaintiff Ubiquiti Networks, Inc. moves this Court for leave to withdraw the appearances of Elizabeth B. Herrington, Robert C. Bertin, Mark L. Krotosky and Amy M. Dudash of Morgan, Lewis & Bockius and to substitute Erik J. Ives, Jason J. Keener and David E. Koropp of Fox Swibel, LLP as counsel of record pursuant to Local Rule 83.17. In support of this Motion, Plaintiff, by and through counsel, states as follows:

1. Plaintiff retained Erik J. Ives, Jason J. Keener and David E. Koropp of Fox Swibel, LLP, 200 W. Madison Street Suite 3000 Chicago, IL 60606, to represent it in this case.

2. Mr. Ives, Mr. Keener and Mr. Koropp filed Notices of Appearances on April 10, 2019, are admitted to practice before this Court and are members in good standing of the Bar of the State of Illinois.

3. Elizabeth B. Herrington, Robert C. Bertin, Mark L. Krotosky and Amy M. Dudash, attorneys at various offices of Morgan Lewis & Bockius, LLP, including Ms. Herrington's office at 77 West Wacker Drive, Chicago, IL 60601, have been counsel of record for Ubiquiti.

4. Granting this Motion will not prejudice any party or cause undue delay as the Fox Swibel lawyers have had time to come up to speed on the litigation, production of ESI pursuant to Mandatory Disclosures has been stayed since December 18, 2018 [Dkt.47] and the parties have not undertaken separate discovery pending further developments in the case.

5. Counsel of record and new counsel for Plaintiff have conferred with opposing counsel, and opposing counsel has indicated it does not object to the substitution of counsel here.

WHEREFORE, Plaintiff respectfully requests that the Court grant the foregoing motion for withdrawal and substitution of counsel.

Dated: April 30, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP

　　　　　　　　　　　　　　　　　　　　*/s/*Elizabeth B. Herrington
　　　　　　　　　　　　　　　　　　　　Elizabeth B. Herrington (IL Bar No. 6244547)
　　　　　　　　　　　　　　　　　　　　77 West Wacker Drive
　　　　　　　　　　　　　　　　　　　　Chicago, IL  60601-5094
　　　　　　　　　　　　　　　　　　　　312.324.1000 (Telephone)
　　　　　　　　　　　　　　　　　　　　312.324.1001 (Facsimile)
　　　　　　　　　　　　　　　　　　　　beth.herrington@morganlewis.com

　　　　　　　　　　　　　　　　　　　　Robert C. Bertin
　　　　　　　　　　　　　　　　　　　　1111 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20004-2541
　　　　　　　　　　　　　　　　　　　　202.739.3000 (Telephone)
　　　　　　　　　　　　　　　　　　　　202.739.3001 (Facsimile)
　　　　　　　　　　　　　　　　　　　　robert.bertin@morganlewis.com

　　　　　　　　　　　　　　　　　　　　Mark L. Krotoski
　　　　　　　　　　　　　　　　　　　　1400 Page Mill Road
　　　　　　　　　　　　　　　　　　　　Palo Alto, CA 94304-1124
　　　　　　　　　　　　　　　　　　　　650.843.4000 (Telephone)
　　　　　　　　　　　　　　　　　　　　650.843.4001 (Facsimile)
　　　　　　　　　　　　　　　　　　　　mark.krotoski@morganlewis.com

　　　　　　　　　　　　　　　　　　　　Amy M. Dudash
　　　　　　　　　　　　　　　　　　　　1701 Market Street
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　　　　　　215.963.5000 (Telephone)
　　　　　　　　　　　　　　　　　　　　215.963.5001 (Facsimile)
　　　　　　　　　　　　　　　　　　　　amy.dudash@morganlewis.com

　　　　　　　　　　　　　　　　　　　　FOX SWIBEL LEVIN & CARROLL LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Erik J. Ives*
　　　　　　　　　　　　　　　　　　　　David Koropp (ARDC #6201442)
　　　　　　　　　　　　　　　　　　　　dkoropp@foxswibel.com
　　　　　　　　　　　　　　　　　　　　Jason Keener (ARDC #6280337)
　　　　　　　　　　　　　　　　　　　　jkeener@foxswibel.com
　　　　　　　　　　　　　　　　　　　　Erik J. Ives (ARDC #6289811)
　　　　　　　　　　　　　　　　　　　　eives@foxswibel.com
　　　　　　　　　　　　　　　　　　　　Fox Swibel Levin & Carroll LLP
　　　　　　　　　　　　　　　　　　　　200 W. Madison St., Suite 3000
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Ubiquiti Networks, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on April 30, 2019, he/she caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which is also served upon counsel for all parties of record.

*/s/*Elizabeth B. Herrington