IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UBIQUITI NETWORKS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>CAMBIUM NETWORKS, INC.;<br>CAMBIUM NETWORKS, LTD.;<br>BLIP NETWORKS, LLC;<br>WINNCOM TECHNOLOGIES, INC.;<br>SAKID AHMED; and DMITRY<br>MOISEEV.<br><br>*Defendants*. | Civil Action No.: 1:18-cv-05369<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF UNOPPOSED MOTION**

TO:    All Counsel of Record

PLEASE TAKE NOTICE that on May 6, 2019 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Gary Feinerman or any other Judge sitting in his place in the courtroom usually occupied by him in Room 2125 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the Unopposed Motion for Withdrawal and Substitution of Counsel for Plaintiff Ubiquiti Networks, Inc.

Dated: April 30, 2019            Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/*Elizabeth B. Herrington
Elizabeth B. Herrington (IL Bar No. 6244547)
77 West Wacker Drive
Chicago, IL 60601-5094
312.324.1000 (Telephone)
312.324.1001 (Facsimile)
beth.herrington@morganlewis.com

Robert C. Bertin
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
202.739.3000 (Telephone)
202.739.3001 (Facsimile)
robert.bertin@morganlewis.com

Mark L. Krotoski
1400 Page Mill Road
Palo Alto, CA 94304-1124
650.843.4000 (Telephone)
650.843.4001 (Facsimile)
mark.krotoski@morganlewis.com

Amy M. Dudash
1701 Market Street
Philadelphia, PA 19103
215.963.5000 (Telephone)
215.963.5001 (Facsimile)
amy.dudash@morganlewis.com

FOX SWIBEL LEVIN & CARROLL LLP

*/s/ Erik J. Ives*
David Koropp (ARDC #6201442)
dkoropp@foxswibel.com
Jason Keener (ARDC #6280337)
jkeener@foxswibel.com
Erik J. Ives (ARDC #6289811)
eives@foxswibel.com
Fox Swibel Levin & Carroll LLP
200 W. Madison St., Suite 3000
Chicago, IL 60606

*Attorneys for Plaintiff Ubiquiti Networks, Inc.*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies the foregoing Notice of Motion was filed on April 30, 2019 with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which is also served upon counsel for all parties of record.

                         */s/*Elizabeth B. Herrington