# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Ubiquiti Networks, Inc.

                              Plaintiff,

v.                                                                            Case No.: 1:18−cv−05369

                                                                        Honorable Gary Feinerman

Cambium Networks, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 22, 2019:

      MINUTE entry before the Honorable Gary Feinerman: For the reasons set forth in the accompanying Memorandum Opinion and Order, Defendants' motion to dismiss [37] is denied in part (as to Rule 12(b)(1)) and granted in part (as to Rule 12(b)(6)). The complaint [1] is dismissed without prejudice. Plaintiff has until 6/5/2019 to file an amended complaint. If it does not do so, the dismissal will convert automatically to a dismissal with prejudice. If Plaintiff files an amended complaint, Defendants will have until 6/19/2019 to file their response. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.