IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UBIQUITI NETWORKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 18-CV-5369 |
| ) | |
| CAMBIUM NETWORKS, INC. ) | Judge Feinerman |
| CAMBIUM NETWORKS, LTD. ) | |
| BLIP NETWORKS, INC. ) | |
| WINNCOM TECHNOLOGIES, INC., ) | |
| SAKID AHMED, and ) | |
| DMITRY MOISEEV, ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL FOR PLAINTIFF UBIQUITI NETWORKS, INC.**

Plaintiff Ubiquiti Networks, Inc. moves this Court for leave to withdraw the appearance of Zachary R. Lazar of Morgan, Lewis & Bockius pursuant to Local Rule 83.17. In support of this Motion, Plaintiff states as follows:

1. On May 1, 2019, this Court granted Ubiquiti's Unopposed Motion for Withdrawal and Substitution of Counsel for Plaintiff Ubiquiti Networks, Inc., naming counsel from the law firm of Fox Swibel, LLP as counsel of record, and withdrawing prior counsel from Morgan, Lewis & Bockius, LLP.

2. Zachary R. Lazar of Morgan, Lewis & Bockius was inadvertently omitted from the prior motion, and remains listed as counsel of record, in addition to counsel from Fox Swibel, LLP.

3. Granting this Motion will not prejudice any party or cause any delay as the Fox Swibel lawyers have been acting as sole counsel of record since May 1, 2019.

4. Counsel of record has conferred with opposing counsel, and opposing counsel has indicated it does not object to the withdrawal of counsel.

WHEREFORE, Plaintiff respectfully requests that the Court grant the foregoing motion for withdrawal of Zachary R. Lazar as counsel.

Dated: May 24, 2019

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Zachary R. Lazar*
Zachary R. Lazar (IL Bar No. 6325727)
77 West Wacker Drive
Chicago, IL 60601-5094
312.324.1000 (Telephone)
312.324.1001 (Facsimile)
zachary.lazar@morganlewis.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on May 24, 2019, he caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which is also served upon counsel for all parties of record.

*/s/ Zachary R. Lazar*