# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UBIQUITI NETWORKS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CAMBIUM NETWORKS, INC.; <br> CAMBIUM NETWORKS, LTD.; <br> BLIP NETWORKS, LLC; <br> WINNCOM TECHNOLOGIES, INC.; <br> SAKID AHMED; and DMITRY MOISEEV. <br><br> *Defendants*. | Civil Action No.: 1:18-cv-05369 <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF PRESENTMENT

**PLEASE TAKE NOTICE** that on May 30, 2019 at 9:00 a.m., the undersigned shall appear before the Honorable Gary Feinerman in Courtroom 2125 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present **Plaintiff's Motion for Extension of Time to File Amended Complaint,** a copy of which is herewith served upon you.

Dated: May 24, 2019

Respectfully submitted,

FOX SWIBEL LEVIN & CARROLL LLP

*/s/ Erik J. Ives*
David Koropp (ARDC #6201442)
dkoropp@foxswibel.com
Jason Keener (ARDC #6280337)
jkeener@foxswibel.com
Erik J. Ives (ARDC #6289811)
eives@foxswibel.com
Fox Swibel Levin & Carroll LLP
200 W. Madison St., Suite 3000
Chicago, IL 60606

***Attorneys for Plaintiff Ubiquiti Networks, Inc.***

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on May 24, 2019, he caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which is also served upon counsel for all parties of record.

*/s/ Erik J. Ives*
Erik J. Ives