UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Ubiquiti Networks, Inc.
                                      Plaintiff,

v.                                                           Case No.: 1:18−cv−05369
                                                            Honorable Gary Feinerman

Cambium Networks, Inc., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 28, 2019:

      MINUTE entry before the Honorable Gary Feinerman:Motion to withdraw as attorney [60] is granted. Attorney Zachary Lazar is terminated as counsel for Plaintiff. Motion for extension of time [61] is granted. The time for Plaintiff to file an amended complaint is extended to 6/18/2019. Motion hearing set for 5/30/2019 [62] is stricken. The status hearing set for 6/11/2019 [54] is stricken and re−set for 6/19/2019 at 9:00 a.m.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.