# Exhibit

# A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**TXu 1-795-146**

Effective date of registration:

April 3, 2012

---

### Title
- **Title of Work:** AirOS 5.2.1

### Completion/Publication
- **Year of Completion:** 2010

### Author
- **Author:** Ubiquiti Networks, Inc.
- **Author Created:** computer program
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

### Copyright claimant
- **Copyright Claimant:** Ubiquiti Networks, Inc.
  91 E. Tasman Drive, San Jose, CA, 95035, United States

### Limitation of copyright claim
- **Material excluded from this claim:** computer program, Previous versions and licensed-in materials
- **New material included in claim:** new and revised computer code

### Certification
- **Name:** Jessica Zhou, Ubiquiti Networks, Inc.
- **Date:** April 3, 2012
- **Applicant's Tracking Number:** 70730-50001.00

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**TXu 1-795-147**

Effective date of registration:

April 3, 2012

---

## Title
- **Title of Work:** AirOS 5.3

## Completion/Publication
- **Year of Completion:** 2011

## Author
- **Author:** Ubiquiti Networks, Inc.
- **Author Created:** computer program
- **Work made for hire:** Yes
- **Citizen of:** United States  **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Ubiquiti Networks, Inc.
  91 E. Tasman Drive, San Jose, CA, 95035, United States

## Limitation of copyright claim
- **Material excluded from this claim:** computer program, Previous versions and licensed-in materials
- **New material included in claim:** computer program, New and revised computer code

## Certification
- **Name:** Jessica Zhou, Ubiquiti Networks, Inc.
- **Date:** April 3, 2012
- **Applicant's Tracking Number:** 70730-50001.00

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-654-155**

**Effective Date of Registration:**
December 18, 2018

## Title

       **Title of Work:** AirOS v. 6.0

## Completion/Publication

       **Year of Completion:** 2016
       **Date of 1st Publication:** December 19, 2016
       **Nation of 1st Publication:** United States

## Author

       • **Author:** Ubiquiti Networks, Inc.
       **Author Created:** computer program, New and revised computer program
       **Work made for hire:** Yes
       **Domiciled in:** United States

## Copyright Claimant

       **Copyright Claimant:** Ubiquiti Networks, Inc.
       685 3rd Ave., 27th Floor, New York, NY, 10017, United States

## Limitation of copyright claim

       **Material excluded from this claim:** Third-party as well as previously-registered and previously-published versions of computer code
       **Previous registration and year:** TXu 1-795-147, 2012
       TXu 1-795-146, 2012
       **New material included in claim:** computer program, New and revised computer program

## Certification

       **Name:** Michael Taylor
       **Date:** December 18, 2018