UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Ubiquiti Networks, Inc.
            Plaintiff,
v.                                          Case No.: 1:18−cv−05369
                                            Honorable Gary Feinerman
Cambium Networks, Inc., et al.
            Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 19, 2019:

MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 7/16/2019 at 9:15 a.m. Defendant shall file its motion to dismiss on or before 7/10/2019.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.