IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UBIQUITI NETWORKS, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 18-CV-5369 |
| | ) | |
| CAMBIUM NETWORKS, INC. | ) | Judge Feinerman |
| CAMBIUM NETWORKS, LTD. | ) | |
| BLIP NETWORKS, INC. | ) | |
| WINNCOM TECHNOLOGIES, INC., | ) | |
| SAKID AHMED, and | ) | |
| DMITRY MOISEEV, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF JOINT MOTION

PLEASE TAKE NOTICE that on July 1 at 9:00 a.m., or as soon thereafter as counsel shall be heard, Defendants shall appear before the Honorable Judge Gary Feinerman or any judge sitting in his stead in Courtroom 2125 of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **Joint Motion for Leave to Exceed Local Rule 7.1 Page Limit.**

Dated: June 25, 2019

Respectfully submitted,

CAMBIUM NETWORKS, INC.,
CAMBIUM NETWORKS, LTD.,
BLIP NETWORKS, INC.,
WINNCOM NETWORKS, INC.,
SAKID AHMED, and DMITRY MOISEEV

*/s/ G. Hopkins Guy III*
One of their attorneys
Arthur J. Gollwitzer (06225038)
agollwitzer@michaelbest.com

1

James P. Fieweger (6206915)
jpfieweger@michaelbest.com
MICHAEL BEST & FRIEDRICH, LLP
444 West Lake Street, Suite 3200
Chicago, Illinois 60606
312.222.0800 (Phone)


G. Hopkins Guy III (CA Bar No. 124811)
hop.guy@bakerbotts.com
Jon V. Swenson (CA Bar No. 233054)
jon.swenson@bakerbotts.com
Karina Smith (CA Bar No. 286680)
karina.smith@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road Building One, Suite 200
Palo Alto, CA 94304-1007
650.739.7500 (Phone)
650.739.7699 (Facsimile)

Andrew D. Wilson (DC Bar No. 1030144)
andrew.wilson@bakerbotts.com
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave. NW
Washington, DC 20004-2400
202.639.1312 (Phone)
202.508.9336 (Fax)

*Attorneys for Defendants Cambium Networks, Inc. et. al*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2019, I electronically filed the foregoing **Notice of Joint Motion** with the Clerk of the Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users.

*/s/ G. Hopkins Guy III*