# EXHIBIT 3

OUR EULA WAS UPDATED ON JULY 17, 2017

This End User License Agreement (this "**EULA**") governs Your access and use of the software ("**Software**") that is embedded on any Ubiquiti Networks, Inc. product ("**Product**").

The term "**You**," "**Your**," "**you**" or "**your**" as used in this EULA, means any person or entity who accesses or uses the Software and accepts the terms of this EULA, including any individuals that You authorize to use or access the Software, including Your independent contractors or employees ("**Authorized Users**"). For the avoidance of doubt, where the term "You," "Your," "you" or "your" is used in this EULA, it shall include any Authorized User, regardless of whether "Authorized User" is specifically stated.

**FOR IMPORTANT DISCLAIMERS OF WARRANTY AND WARNINGS CONCERNING USAGE, SEE SECTION V.**

YOU MUST READ AND AGREE TO THE TERMS OF THIS EULA BEFORE USING, DOWNLOADING OR INSTALLING ANY SOFTWARE. BY CLICKING OR SELECTING

