# EXHIBIT 4

http://www.ubnt.com/support/downloads Go
220 captures
5 Mar 2010 - 14 Feb 2019
DEC FEB MAR
2010 03 2011 2012
About this capture

UBIQUITI NETWORKS

HOME PRODUCTS HOW TO PURCHASE SUPPORT COMPANY FORUM Search

**Support**

- Support Main
- Downloads
- Knowledgebase
- Support Forum
- Support Wiki
- RMA Request Form

# Downloads

To download your device's firmware, first select the device's category, followed by its name, and then choose from the list of available firmware.

Product: AirMax ISP Solutions
Model: AirGrid M2
Available Firmware: v5.3 v5.2.1 v5.2
Download

Extra Information for AirGrid M2 v5.3

| | |
|---|---|
| **Firmware size:** | 6.52MBytes |
| **Firmware date:** | 1.14.11 |
| **Firmware build:** | 7782 |
| **Firmware MD5 sum:** | 8905611eb72bae5ccfa9aaaa6a28b32e |
| **Release notes:** | Download |
| **SDK toolchain:** | Available in SDK |
| **SDK:** | Download , size: 131.77MBytes |

Some of the software in the firmware is licensed under the GNU General Public License and other Open Source and Free Software licenses. You can find the complete and corresponding source in our SDK.

HOT LINKS
- NanoStation
- NanoStation M...
- AirMax
- Bullet

NEW PRODUCTS
- Rocket M GPS
- ToughCable
- Unifi
- AirRouter

SUPPORT
- Knowledgebase
- Community Forum
- Ubiquiti Wiki
- Downloads

COMPANY
- About Us
- Contact Us
- Newsletter
- Contests

Eliminate ESD Ethernet Failures
TOUGHCable
OUTDOOR CARRIER CLASS SHIELDED
Get Ubiquiti News & Updates

