# EXHIBIT 5

SOFTWARE   OPERATOR   UNIFI   AMPLIFI   PRODUCTS   BUY                              DOWNLOADS   SUPPORT   COMMUNITY

airMAX°   UniFi°   UniFi° Video   UniFi° LED   airFiber°   UFiber°   EdgeMAX°

mFi°   sunMAX

- airMAX® AC
- airMAX® M Series
- airMAX® Legacy Products
  - airGrid® M (Legacy Models)
    - AirGrid M
    - AirGrid M2
    - AirGrid M5
  - airRouter™
  - airWire™
  - Bullet™ (Legacy Models)
  - LiteStation M5
  - LiteStation 2
  - LiteStation 5
  - MiniStation
  - NanoStation®
  - NanoStation® Loco
  - PicoStation®2
  - PicoStation®5
  - Power AP N™
  - PowerStation
  - SuperRange2
  - SuperRange4
  - SuperRange4 Cardbus
  - SuperRange5
  - SuperRange9
  - SuperRange Cardbus
  - UB5
  - WifiStation™
  - WispStation 5
  - WispStation M5
  - XtremeRange3
  - XtremeRange4
  - XtremeRange5
  - XtremeRange7
  - XtremeRange9

| NAME | TYPE | DATE | FILE |
|---|---|---|---|
| **FIRMWARE** | | | |
| airOS6 for XM board firmware v6.1.7 | Firmware | 2018-05-25 | DOWNLOAD |

FILENAME: XM.v6.1.7.32555.180523.1809.bin    VERSION: v6.1.7

SIZE: 7.6MB

PRODUCTS:
AG-HP-2G16, AG-HP-2G20, AG-HP-5G23, AG-HP-5G27, AirGrid M, AirGrid M2, AirGrid M5, AR, AR-HP, BM2HP, BM2-Ti, BM5HP, BM5-Ti, LiteStation M5, locoM2, locoM5, locoM9, M2, M3, M365, M5, NB-2G18, NB-5G22, NB-5G25, NBM3, NBM365, NBM9, NSM2, NSM3, NSM365, NSM5, PBM10, PBM3, PBM365, PBM5, PICOM2HP, Power AP N

DESCRIPTION:
MD5 checksum b7199990ebe0202a78a8842274ce5519

Download Release Notes   Download GPL Archive   Download SNMP MIB

Some of the software in the firmware is licensed under the GNU General Public License and other Open Source and Free Software licenses. You can find the complete and corresponding source in the GPL archive.

*Ubiquiti does not provide downloads of some legacy software and firmware, due to regulatory restrictions and security considerations. It is always recommended that you run the latest software to ensure greatest performance and security. If you require older versions of the software, please email support@ubnt.com.

| airOS6 for XM board firmware v6.0.4 (unsigned) | Firmware | 2017-05-04 | |
| airOS6 for XM board firmware v6.1.3 | Firmware | 2017-11-17 | |
| airOS6 for XM board firmware v6.1.4 | Firmware | 2018-01-19 | |
| airOS6 for XM board firmware v6.0.3 (unsigned) | Firmware | 2017-03-29 | |
| airOS6 for XM board firmware v6.0.7 | Firmware | 2017-09-08 | |
| airOS6 for XM board firmware v6.1.6 | Firmware | 2018-03-08 | |
| airOS6 for XM board firmware v6.1.2 | Firmware | 2017-10-17 | |
| airOS5 for XM board firmware v5.6.15 (unsigned) | Firmware | 2017-03-27 | |
| airOS5 for XM board firmware v5.6.15 | Firmware | 2017-03-28 | |
| airOS6 for XM board firmware v6.1.1 | Firmware | 2017-10-13 | |
| airOS5 for XM board CPU 400 firmware v5.6.15 | Firmware | 2017-03-28 | |
| airOS6 for XM board firmware v6.0.4 | Firmware | 2017-05-05 | |
| airOS6 for XM board firmware v6.0.3 | Firmware | 2017-03-30 | |
| airOS6 for XM board firmware v6.0.6 | Firmware | 2017-09-07 | |
| airOS5 for XM board CPU 400 firmware v5.6.15 (unsigned) | Firmware | 2017-03-27 | |

HIDE PAST FIRMWARE

| NAME | TYPE | DATE | FILE |
|---|---|---|---|
| **FIRMWARE** | | | |
| airOS6 for XM board firmware v6.1.7 | Firmware | 2018-05-25 | |
| airOS6 for XM board firmware v6.0.4 (unsigned) | Firmware | 2017-05-04 | |
| airOS6 for XM board firmware v6.1.3 | Firmware | 2017-11-17 | |
| airOS6 for XM board firmware v6.1.4 | Firmware | 2018-01-19 | |
| airOS6 for XM board firmware v6.0.3 (unsigned) | Firmware | 2017-03-29 | |
| airOS6 for XM board firmware v6.0.7 | Firmware | 2017-09-08 | |
| airOS6 for XM board firmware v6.1.6 | Firmware | 2018-03-08 | |
| airOS6 for XM board firmware v6.1.2 | Firmware | 2017-10-17 | |
| airOS5 for XM board firmware v5.6.15 (unsigned) | Firmware | 2017-03-27 | |
| airOS5 for XM board firmware v5.6.15 | Firmware | 2017-03-28 | |
| airOS6 for XM board firmware v6.1.1 | Firmware | 2017-10-13 | |
| airOS5 for XM board CPU 400 firmware v5.6.15 | Firmware | 2017-03-28 | |
| airOS6 for XM board firmware v6.0.4 | Firmware | 2017-05-05 | |
| airOS6 for XM board firmware v6.0.3 | Firmware | 2017-03-30 | |
| airOS6 for XM board firmware v6.0.6 | Firmware | 2017-09-07 | |
| airOS5 for XM board CPU 400 firmware v5.6.15 (unsigned) | Firmware | 2017-03-27 | **DOWNLOAD** |

**FILENAME:** XM.v5.6.15-cpu400.30572.170328.1107.bin   **VERSION:** v5.6.15

**SIZE:** 7.5MB

**PRODUCTS:**
AG-HP-2G16, AG-HP-2G20, AG-HP-5G23, AG-HP-5G27, AirGrid M, AirGrid M2, AirGrid M5, AR, AR-HP, BM2HP, BM2-Ti, BM5HP, BM5-Ti, LiteStation M5, locoM2, locoM5, locoM9, M2, M3, M365, M5, M900, NB-2G18, NB-5G22, NB-5G25, NBM3, NBM365, NBM9, NSM2, NSM3, NSM365, NSM5, PBM10, PBM3, PBM365, PBM5, PICOM2HP, Power AP N

**DESCRIPTION:**
MD5 checksum 66224e315efabf5611ae6e6d56354fce

Download Release Notes

Some of the software in the firmware is licensed under the GNU General Public License and other Open Source and Free Software licenses. You can find the complete and corresponding source in the GPL archive.

*Ubiquiti does not provide downloads of some legacy software and firmware, due to regulatory restrictions and security considerations. It is always recommended that you run the latest software to ensure greatest performance and security. If you require older versions of the software, please email support@ubnt.com.

**HIDE PAST FIRMWARE**