# EXHIBIT 10

https://www.ui.com/download/airmax-legacy/default/default/airos6-xm-board-firmware-v619

SOFTWARE OPERATOR UNIFI AMPLIFI PRODUCTS BUY DOWNLOADS SUPPORT COMMUNITY

airMAX® UniFi® UniFi® Video UniFi® LED airFiber® UFiber® EdgeMAX® mFi® sunMAX™

Search

- MiniStation
- NanoStation®
- NanoStation® Loco
- PicoStation®2
- PicoStation®5
- Power AP N™
- PowerStation
- SuperRange2
- SuperRange4
- SuperRange4 Cardbus
- SuperRange5
- SuperRange9
- SuperRange Cardbus
- UB5
- WifiStation™
- WispStation 5
- WispStation M5

| | | | |
|---|---|---|---|
| Mobility_Driver_7.7.exe | Firmware | 2009-04-15 | |
| airOS6 for XM board firmware v6.1.12 | Firmware | 2019-05-24 | |
| airOS6 for XM board firmware v6.1.11 | Firmware | 2019-03-29 | |
| airOS6 for XM board firmware v6.1.9 | Firmware | 2019-01-11 | DOWNLOAD |

**FILENAME:** XM.v6.1.9.32918.190108.1752.bin **VERSION:** v6.1.9 **SIZE:** 7.7MB

**PRODUCTS:**
AG-HP-2G16, AG-HP-2G20, AG-HP-5G23, AG-HP-5G27, AirGrid M, AirGrid M2, AirGrid M5, AR, AR-HP, BM2HP, BM2-Ti, BM5HP, BM5-Ti, LiteStation M5, locoM2, locoM5, locoM9, M2, M3, M365, M5, NB-2G18, NB-5G22, NB-5G25, NBM3, NBM365, NBM9, NSM2, NSM3, NSM365, NSM5, PBM10, PBM3, PBM365, PBM5, PICOM2HP, Power AP N

**DESCRIPTION:**
MD5 checksum a6ed98b85983350b3d732874430aca56

Download Release Notes Download SNMP MIB

Some of the software in the firmware is licensed under the GNU General Public License and other Open Source and Free Software licenses. You can find the complete and corresponding source in the GPL archive.

*Ubiquiti does not provide downloads of some legacy software and firmware, due to regulatory restrictions and security considerations. It is always recommended that you run the latest software to ensure greatest performance and security. If you require older versions of the software, please email support@ubnt.com.

| | | | |
|---|---|---|---|
| airOS6 for XM board firmware v6.1.8 | Firmware | 2018-09-26 | |
| airOS6 for XM board firmware v6.1.7 | Firmware | 2018-05-25 | |
| airOS6 for XM board firmware v6.1.6 | Firmware | 2018-03-08 | |

