IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UBIQUITI NETWORKS, INC., *Plaintiff*, v. CAMBIUM NETWORKS, INC.; CAMBIUM NETWORKS, LTD.; BLIP NETWORKS, LLC; WINNCOM TECHNOLOGIES, INC.; SAKID AHMED; and DMITRY MOISEEV. *Defendants*. | Civil Action No.: 1:18-cv-05369 **JURY TRIAL DEMANDED** |

**DECLARATION OF ANDREW WILSON IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

I, Andrew Wilson, declare and state as follows:

1. My name is Andrew Wilson. I am an attorney for Defendants Cambium Networks, Inc. ("Cambium") and Cambium Networks, Ltd. ("Cambium UK"), Blip Networks, LLC, Winncom Technologies, Inc., Sakid Ahmed, and Dmitry Moiseev (collectively the "Defendants"). I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would testify to the following under oath.

2. I personally accessed the Ubiquiti downloads webpage in September 2018 at www.ubnt.com/download. The webpage displayed various Ubiquiti firmware versions available for download with associated documentation. I downloaded a "GPL Archive" file (GPL.UBNT.v6.1.7.tar.bz2) corresponding to version 6 of the Ubiquiti airOS firmware. I do not

1

remember being presented with or accepting any proprietary agreement as a pre-condition for downloading the GPL Archive file at that time.

      3.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Washington, DC this 10th day of July, 2019.

*/s/ Andrew Wilson*

_____
Andrew D. Wilson