IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UBIQUITI NETWORKS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>CAMBIUM NETWORKS, INC.;<br>CAMBIUM NETWORKS, LTD.;<br>BLIP NETWORKS, LLC;<br>WINNCOM TECHNOLOGIES, INC.;<br>SAKID AHMED; and DMITRY<br>MOISEEV.<br><br>*Defendants*. | Civil Action No.: 1:18-cv-05369<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF JEFF FISCHER IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

I, Jeff Fischer, declare and state as follows:

1.        My name is Jeff Fischer. I have prepared this Declaration as an expert retained by Defendants Cambium Networks, Inc. ("Cambium") and Cambium Networks, Ltd. ("Cambium UK"), Blip Networks, LLC, Winncom Technologies, Inc., Sakid Ahmed, and Dmitry Moiseev (collectively the "Defendants"). I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would testify to the following under oath.

**Qualifications:**

2.        I am a consultant and expert witness in the field of electrical engineering with a specialty in wireless communications. Attached to this Declaration as Exhibit H is a true and correct copy of my current CV, which describes my education, patents and publications,

1

employment and research history, and professional activities and awards. My billing rate for my services in this matter are $300 per hour.

3.        My educational background includes receiving a Master of Engineering degree in Electrical engineering from Cornell University in 1980, and a Bachelor of Science degree in Electrical engineering from Cornell University in 1979.

4.        I have been an Electrical engineer working in the wireless communications field for 40 years. I perform product design work of wireless systems for wireless communication products. I design wireless hardware, software, low-level firmware, algorithms, and entire wireless system architectures. My work often includes system analysis and system engineering.

5.        I was a staff member at MIT Lincoln Laboratory in the Analog Device Technology Group for 6 years between 1980 and 1986. Lincoln Laboratory is a federally funded research and development center administered by the Massachusetts Institute of Technology, with specialties in advanced radio communications. I spent the next 14 years at MICRILOR developing high performance, low cost radio modems and networks, as well as other technology for communications. In 1994, we developed and received a patent on, a packet radio for transmitting 10 Mbps within the FCC direct sequence spread spectrum regulations that had a wired backbone interface and operated at 2.4 GHz. In 1997, MICRILOR presented the technique in a proposal to the IEEE 802.11 working groups for "Higher Speed PHY Extension" in the 2.4 GHz Band as well as the 5 GHz band. The techniques in the MICRILOR proposal, of which I am co-inventor, evolved into what is today the IEEE 802.11b standard, part of what is commonly referred to as Wi-Fi, and incorporated into billions of chips/year.

6.          MICRILOR was purchased by Proxim, Inc., a publicly traded wireless company, and I continued to work on wireless products at Proxim for the next 3 years until 2003. Subsequently, I consulted on several wireless router design projects.

7.          In 2004, I helped start a company which quickly became the leader in Radio Frequency Identification (RFID) infrastructure. From 2004 to 2007 I served as the technical co-chair of the standards body working group that developed a new international standard for RFID that is still the standard in use today. I also served on committees to create various compatibility and regulatory standards worldwide. During this period I had substantial exposure to intellectual property issues.

8.          In recent years I have been a technical consultant to over a dozen companies. Some examples of that work include developing product design plans for in-home wireless sensor networks, running the wireless group for a Wi-Fi based wireless speaker company, designing hardware, firmware, and systems operation for a Linux-based backhaul radio for LTE cellular systems, and writing the software for an embedded sensor system.

9.          I am the inventor or co-inventor on more than 12 patents, which relate to technologies such as high speed wireless network communications, radio frequency identification systems, and underwater communications. I have been engaged as an expert or expert witness on more than 35 intellectual property cases.

10.          In light of the foregoing, I consider myself to be an expert in the field of wireless communications and evaluation of the embedded software.

**Scope of Work and Materials Relied Upon:**

11.          I have been requested by counsel for Defendants to perform a fairly straightforward task of tracing any software file, component or item identified in the Ubiquiti

First Amended Complaint ("FAC") at paragraphs 37, 39 and 137 to any open source or GPL archived file, component or item which was at any time on the www.ubnt.com website. I was to determine whether the software files, components or items named in those paragraphs were either identically found as GPL or open source files on the www.ubnt.com site or if a substantially similar file, component or item existed as a GPL or open source file. The summary of my findings are attached herewith as Exhibit D. The statements made in Exhibit D including the last column are made by me under oath the same as this declaration.

      12.       In performing this task, I obtained or was provided the following:

1. Ubitquit FAC and all attached exhibits;

2. Ubiquiti GPL Archive as of September 2018 downloaded by counsel and displaying the file path of "GPL.UBNT.v6.1.7\";

3. Ubitquiti SDK for Ubiquiti's AirOS operating system—AirOS 5.3 (SDK.UBNT.v5.3.tar.bz2); AirOS 5.3.3 (SDK.UBNT.v5.3.3.tar.bz2); and AirOS 5.5 (SDK.UBNT.v5.5.tar.bz2) (collectively the "Ubiquiti SDK's");

4. Screenshots of archived and current versions of the Ubiquiti downloads website; and

5. File and folder lists of the items in The Ubiquiti GPL Archive and Ubiquiti SDK's.

**<u>Detailed Statements of Opinions and Findings</u>:**

      13.       I have obtained source code packages initially released by Ubiquiti as Software Development Kits ("SDK") corresponding to three versions of Ubiquiti's AirOS operating system—AirOS 5.3 (SDK.UBNT.v5.3.tar.bz2); AirOS 5.3.3 (SDK.UBNT.v5.3.3.tar.bz2); and AirOS 5.5 (SDK.UBNT.v5.5.tar.bz2) (collectively the

"Ubiquiti SDK's"). Although I obtained the SDK files from a third party site (http://stud.netgroup.uniroma2.it/~saverio/), I believe that these files are republished from the Ubiquiti site and were available on the Ubiquiti site as described below but have since been removed. A .tar file is a compressed file format that contains many more files. An SDK is a collection of software used for developing applications for a specific device or operating system. The Ubiquiti SDK's include tens of thousands of files of code. The Ubiquiti SDK's each include instructions for compiling the SDK code. A listing of all SDK files which I have are attached as Exhibit F to my declaration. The compiled Ubiquiti SDK's can then be used by customers to develop add-on applications and other customizations to AirOS and the devices it runs on.

14.      I have also obtained another set of code packages released by Ubiquiti called a GPL Archive. The versions of the GPL Archive I have obtained correspond to AirOS versions 5.3.3 and 6.1.7 (collectively the "Ubiquiti GPL Archives") as indicated by the directory names of those packages. I obtained the version 5.3.3 Ubiquiti GPL Archive directly from the Ubiquiti website at the following link: http://ubnt.com/downloads/firmwares/XN-fw/v5.3.3/GPL.UBNT.v5.3.3.tar.bz2. The version 6.1.7 Ubiquiti GPL Archive was sent to me by attorneys for the Defendants, who told me that they retrieved it from the Ubiquiti website in September 2018. Collectively, the Ubiquiti GPL Archive and the Ubiquiti SDK's are referred together as the "Ubiquiti Open Source Archive."

15.      I have also reviewed archived versions of Ubiquiti's website ("ubnt.com") and understand that Ubiquiti published the Ubiquiti SDK's on its website between 2009 and 2013, starting at the url "ubnt.com/support/downloads" and then migrating to the url "ubnt.com/downloads". It appears that Ubiquiti stopped publishing its SDK sometime in 2013 and instead made its SDK available only upon request. As of the date of this declaration, the

Ubiquiti SDK's are no longer freely available on the Ubiquiti website. After removing the Ubiquiti SDK's from the general "downloads" page, Ubiquiti published a link to the "GPL Archive" on these same webpages (i.e., URLs).

16.     I have attached as Exhibit A to my Declaration a printout of Ubiquiti's "downloads" page retrieved from the Internet Archive that is dated February 3, 2011. I note that the webpage acknowledges that Ubiquiti's firmware includes software licensed under the "GNU General Public License" and states that "[y]ou can find the complete and corresponding source in our SDK." The text "GNU General Public License" contains an embedded hyperlink and, when clicked, directs the user's browser to the text of the GNU General Public License version 3 ("GPLv.3"). This applies to all versions of the SDK offered by Ubiquiti.

17.     I have attached as Exhibit C to my Declaration an example printout of Ubiquiti's download page retrieved in September 2018. The webpage includes the same acknowledgment that Ubiquiti's firmware includes software licensed under the "GNU General Public License" and states that "[y]ou can find the complete and corresponding source in the GPL archive." The text "GNU General Public License" again contains an embedded hyperlink and, when clicked, directs the user's browser to the text of the GPLv.3.

18.     These webpages would have indicated to a person downloading the Ubiquiti Open Source Archives that the files provided at the download link were licensed under the terms of the GPLv.3 as open source or public software subject to the GNU General Public License licensing program. There are no other license terms listed anywhere on these webpages. I have also reviewed the "Release Notes" that are available for download on the same webpages. I have attached one example of those as Exhibit B to my Declaration. I note that the Release Notes do not indicate that any license other than the GPLv.3 applies to the Ubiquiti SDK's.

19.     I have also reviewed more recent internet archives of Ubiquiti's downloads page. I note that sometime between December 2018 and February 2019, Ubiquiti modified its website to "hide" the GPL Archive download link behind a "click-wrap" license agreement that requires users to accept Ubiquiti's End-User License Agreement before downloading the latest GPL Archive. I did not click through to accept the agreement. I find it contradictory to the terms of the GPL to require agreement to a proprietary license in order to download open source code that must be distributed without restriction under the terms of the GPL.

20.     It is my understanding that derivative works of GPL code are considered open source under the GPL. I have reviewed the contents of each of the Ubiquiti SDK's and the Ubiquiti GPL Archives. I note that each SDK includes a prominent notice in the "LICENSE" file of the top-level source code directory that indicates there are contents of the SDK package licensed under the GNU General Public License version 2 ("GPLv.2"). All of the code files in each SDK are under a directory labeled "openwrt" which indicates it is the GPL open source wireless router software.  It is customary that a software developer would indicate that a particular license applies to all source code files by referencing the license file in the header of each source file (although this discipline is not always followed). The OpenWrt.org license webpage states "If not otherwise stated in the source files, the OpenWrt build environment is provided under the terms of the GNU General Public License Version 2. The exact GPLv2 license text can be found in the file LICENSE in the source repository." I view this as meaning unless otherwise indicated a file without an alternative license header in OpenWrt must be governed by the GPL license. Furthermore, it is not sufficient to state an alternative license in a file header; it must also stand the test of not being a derivative work. It is common to add a

Copyright statement to any source code, whether it is proprietary or open-source license. Standard notice of "Copyright Ubiquiti – all rights reserved", with no further license claim is not sufficient to indicate there may be an override of the GPL license in the way the file is coded. For example, in one of the accused directories, the following header appears in one of the files (SDK.UBNT.v5.3\SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\makefile) indicating Ubiquiti has declared both an explicit copyright and accepted that the code is clearly a derivative work.

> # Copyright (C) 2007 Ubiquiti Networks, Inc.
> #
> # This is free software, licensed under the GNU General Public License v2.
> # See /LICENSE for more information.

21.     I did not identify any other license terms in the Ubiquiti SDK packages that would indicate they would override the prominent notice regarding the application of the GPL. I have also identified numerous "LICENSE" and "readme.txt" files in the Ubiquiti GPL Archives that contain the same notice regarding the GPL. For example, the "readme.txt" in the top-level directory of the Ubiquiti GPL Archive states "What is GPL archive? . . . It contains all GPL related sources and modifications made by Ubiquiti Networks on original OpenWRT-r18801 sources."

22.     Generally, an SDK will typically include the source code or libraries for the program that it intends to enable developers to interact with such as a hardware device or software platform. For example, both of the major smartphone operating system vendors provide SDK's. I have reviewed the general architecture of the Ubiquiti SDK's. I observed and believe that the Ubiquiti Open Source Archives are based on the open source projects U-Boot and OpenWRT, which are both licensed under the GPL. The projects collectively comprise tens of thousands of individual files and millions of lines of open source code. A listing of these files as

they appear in the Ubiquiti Open Source Archives is attached as Exhibits F (Ubiquiti SDK) and G (Ubiquiti GPL Archive) to my declaration. All of these files came from the Ubiquiti website originally and were offered by Ubiquiti to promote users to develop software for their hardware platform.

23.    I understand that Ubiquiti has asserted infringement of and breach of proprietary license restrictions on the following files or software components identified in Ubiquiti's First Amended Complaint ("FAC") at paragraphs 37, 38 and 137andre:

1. ubnt-web;

2. ubnt-cgi;

3. ubnt-poll;

4. ubnt-spectral;

5. ubnt-spectral-2;

6. ubnt-regd,

7. ubntbox,

8. ubntconf_cl.sh;

9. ubnt-3g;

10. bunt-base-files;

11. ubnt-poe-control;

12. ubnt-hal; and

13. five "u-boot.rom" files.

24.    It is my opinion that the source or object code for all of these components, or for substantial parts of these components, is included in Ubiquiti's Open Source Archives, which, as discussed above, clearly indicate that they are licensed under the terms of the GPL.

25.     I have attached to this Declaration a table summarizing my findings as Exhibit D. Specifically, I identified what appears to be the complete corresponding code files that directly match the following components:

1. ubnt-web;

2. ubnt-cgi;

3. ubnt-poll;

4. ubnt-spectral;

5. ubnt-spectral-2;

6. ubnt-regd,

7. ubntbox,

8. ubntconf_cl.sh;

9. ubnt-3g; and

10. bunt-base-files.

26.     I determined that the corresponding code is included based on code files and directory structures that match exactly the component names and functionality briefly described in the FAC.

27.     Specifically, the **ubnt-web** component matches the **ubnt-web** folder in the main "package" directory of the SDK. The ubnt-web folder includes 318 code files and 13 folders. The code files contain the source code for the "ubnt-web" package. The files in these component folders do not contain any license that would override the GPL. I found similar matching files and folders for the other components as identified in Exhibit D. It is my opinion that Ubiquiti has released these components under the GPL and that they are subject to the GPL.

28.        The **ubnt-cgi** component matches the **ubnt.cgi** file in the "ubnt-web\src" directory of the SDK. The ubnt-web\src directory contains 60 ".cgi" files, which are "Common Gateway Interface" scripts that are executed by a web server to dynamically create webpage code. The "src" directory also contains css internet stylesheets and javascript code. Taken together, the contents of this directory appear to be the web user interface for Ubiquiti products. The ubnt.cgi file contains source code that corresponds to at least one component of Ubiquiti's web user interface. The folder that contains this component does not contain any license that would override the GPL.

29.        The **ubnt-poll** component matches the 50-**ubnt-poll** file and **ubnt_poll**.ko file in the ubnt-base-files directory. The ubnt_poll.ko file is an object code file that appears to provide polling functionality. I understand the GPL applies to an object code file in the same manner it applies to a source code file. The folder that contains this component does not contain any license that would override the GPL.

30.        The **ubnt-spectral** and **ubnt-spectral**-2 components match the **ubnt_spectral**.ko file, and various other "spectral" files (spectraltool, spectralbox, spectralplayer, spectralserver) in a sub-folder of the ubnt-base-files directory. The folder that contains these components do not contain any license that would override the GPL.

31.        The **ubntbox** component matches the **ubntbox** file in a sub-folder of the ubnt-base-files folder. The folder that contains this component does not contain any license that would override the GPL.

32.        The **ubntconf**_cl.sh component matches the **ubntconf** file in a sub-folder of the ubnt-base-files folder. The folder that contains this component does not contain any license that would override the GPL.

33.     The **ubnt-3g** component matches the 30-**3g** component in a sub-folder of the **ubnt**-base-files folder. The files in these component folders do not contain any license that would override the GPL.

34.     I believe the component identified in the FAC as **bunt-base-files** to refer to the **ubnt-base-files** package located in the package folder of the Ubiquiti Open Source Archive. The ubnt-base-files folder contains 125 files and 18 sub-folders. The files in these component folders do not contain any license that would override the GPL.

35.     Similarly, I identified what appears to be corresponding source code files for the five "u-boot.rom" files in Ubiquiti's GPL Archive. I determined that the corresponding code is included based on code files and directory structures that match the component names and functionality described regarding the "u-boot.rom" files.

36.     For example, regarding the ar7240-u-boot.rom file, I determined that "ar7240" refers to a processor and controller chip produced by Atheros that is used in Ubiquiti's devices. I also determined that "u-boot" refers to the open source u-boot bootloader based on the description of the module as containing "modifications to the bootloader for AirOS provided by Atheros." FAC ¶37. Understanding this, I reviewed the Ubiquiti GPL Archives and identified a folder within the "uboot" directory structure titled "ar7240." The full path to this folder is GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\. The "ar7240" folder contains 53 code files. It is my opinion that these code files contain the source code for the ar7240-u-boot.rom file. Similar folders containing source code correspond to the other u-boot.rom files.

37.     Regarding the ubntxn-u-boot.rom file, I understand that Ubiquiti makes three types of boards for its M-Series devices that run Air-OS which are referred to as "xm", "xw", and "ti". It is my opinion that the "xn" in this file name is a typo and actually refers to the

"xm" line. However, even if this file is not a typo, and indeed does refer to a Ubiquiti "x**n**" series of boards, it is extremely unlikely that the code for that board would not also be considered a derivative of the GPL U-Boot bootloader code that Ubiquiti has published the other bootloader files under and therefore admitted that they are covered by the GPL. This is because given the name "u-boot" in the file name, it is likely that this file also is derived from U-Boot as the other files are. I also found no claim by Ubiquiti in the source code that they assert that they have licensable rights. I reserve the right to revise this opinion should a different understanding come to light. It is my opinion that the "ubnt" in the file name refers to Ubiquiti Networks.  Regarding this "ubntxn-u-boot.rom" file, it is my opinion that the files in the GPL.UBNT.v6.1.7\uboot\uboot-xm\ directory contain the source code for this file.

38.    Regarding the ubntxn-400-u-boot.rom file, I understand this file also to refer to the UBNT "xm" line of products for the same reasons set forth above. It is my opinion that files in the GPL.UBNT.v6.1.7\uboot\uboot-xm\ folder also correspond to this bootloader file. Regarding the ubntwasp-u-boot.rom file, it is my opinion that the files in the GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ubnt-wasp directory correspond to this bootloader file. And regarding the ubnttitanium-u-boot.rom file, it is my opinion that the files in the GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ directory contain the source code for this file.

39.    It is my opinion that Ubiquiti has released all of these u-boot bootloader files under the GPL and that they are subject to the GPL.

40.    I have also reviewed the Ubiquiti GPL Archive and SDK's for references to the remaining components ubnthal, ubnt-regd, and ubnt-poe-control in the context of their descriptions in the FAC. I understand that the FAC states that the ubnthal is part of the AirMAX radio protocol and wireless drivers. It is my opinion that, based on the limited description

Ubiquiti provided regarding this component, that ubnthal refers to a hardware abstraction layer component (HAL). It is my opinion that the file SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\lib\modules\2.6.15-5.2\ath_hal.ko contains the object code for this component because the title indicates that it is a HAL file for an Atheros chip. The location of this file in the "ubnt-base-files" folder indicates that it is likely the ubnthal component that Ubiquiti asserts.

41.    I understand that the FAC states that ubnt-regd is part of the AirMAX radio protocol and wireless drivers. It is my opinion that, based on the limited description in the FAC, this component refers to a database of regulatory requirements that contains information such as FCC grants, ETSI limited frequencies, maximum transmit power, etc.  It is my opinion that the file SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\regdomain contains the object code for this component because it is a Regulatory Domain (regd) file in the "ubnt-base-files" folder.

42.    I further understand that the FAC states that the ubnt-poe-control refers to "power over ethernet". It is my opinion that, based on the limited description in the FAC, this component refers to a "control" for power over ethernet settings. It is therefore my opinion that the files SDK.UBNT.v5.5\SDK.UBNT.v5.5\openwrt\package\ubnt-web\src\advanced.tmpl   and \advanced.cgi contain the source code for this power over ethernet control. Specifically, the advanced.tmpl file contains the Ubiquiti user interface code that allows a user to set "Advanced Ethernet Settings" including settings related to Power over Ethernet, and specifically, the Power over Ethernet passthrough setting. It is therefore my opinion that these files correspond to the ubnt-poe-control component.

43.     I have done global file searches in the asserted components of the Ubiquiti Open Source Archives and found no place where Ubiquiti lays claim to a license for any of the work in these files other than the GPL as prominently applied in the base directories.

44.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at San Diego, CA this _10th__ day of July, 2019.

Jeff Fischer

# EXHIBIT A

Downloads | Ubiquiti Networks, Inc.

http://www.ubnt.com/support/downloads    Go

DEC **FEB** MAR

◀ **03** ▶

2010 **2011** 2012

**219 captures**
5 Mar 2010 - 14 Feb 2019

▾ About this capture

UBIQUITI
NETWORKS

# Downloads

To download your device's firmware, first select the device's category, followed by its name, and then choose from the list of available firmware.

| Product: | Model: | Available Firmware: | |
|---|---|---|---|
| AirMax ISP Solutions ▼ | AirGrid M2 ▼ | v5.3 ▼ | Download |

Extra Information for AirGrid M2    v5.3

| | |
|---|---|
| **Firmware size:** | 6.52MBytes |
| **Firmware date:** | 1.14.11 |
| **Firmware build:** | 7782 |
| **Firmware MD5 sum:** | 8905611eb72bae5ccfa9aaaa6a28b32e |
| **Release notes:** | Download |
| **SDK toolchain:** | Available in SDK |
| **SDK:** | Download , size: 131.77MBytes |

Some of the software in the firmware is licensed under the GNU General Public License and other Open Source and Free Software licenses. You can find the complete and corresponding source in our SDK.

# EXHIBIT B



http://ubnt.com/downloads/firmwares/XN-fw/v5.3/changelog.txt    Go

5 captures
19 Jan 2011 - 7 Aug 2011

JAN **FEB** MAR
◀ **17** ▶
2010 **2011** 2012

About this capture

```
- Auto ACK improvements
- Administrator password limit is 8 symbols
- Allow to increase Logout session timeout
- Allow to disable password authentication for SSH
- 5 MHz channel width is back in 2.4GHz mode
- GUI: AirMax made as separate section under Advanced setting menu

- Fixed GUI issue in AP Mode, Connections shows 0 when more then 45 clients are actually connected
- Fixed MAC expiration issue in Bridge-WDS
- Fixed passing VLAN tagged packets with V5.1-Beta
- Fixed CCQ value when no data
- Show B/G/N mixed instead of Ng, A/N mixed instead of Na
- Fixed Signal Level reporting in UI (RSSI chain mismatch)
- Fixed Data rates selection and reporting
- Fixed download backup configuration file or Support info file issue if using IE browser


Version 5.1-beta (November 20, 2009)
------------------------------------
- New: 802.11 a/b/g products support
- New: WEP and WPA/WPA2 TKIP security support
- New: Advanced Ethernet settings
- New: Web server change
- New: AirMax 4 level MAC address based priority
- New: AirMax automatic Voice packet recognition and TXQ assignment
- New: AirMax No Ack (PtP Mode only). Can be enabled only in the config file for the AP by setting
radio.1.pollingnoack=1
- New: auto ACK implementation
- Added Arpnat support for more than one IP address per single bridged MAC address
- Updated PPPoE version
- Ethernet driver update
- Added hardware watchdog timer

- Fixed stability issue on link when Airmax is disabled
- Fixed PPPoE Stability in 40 MHz channel width (PPPoE session disconnects due to the no response to
5 echo-requests)
- Fixed WPA/WPA2 client connection issue to AP
- Removed US country code DFS frequencies: 5500-5700 GHz
- Separated L2 isolation and multicast traffic
- Fixed issues in PPPoE daemon when compression enabled
- Fixed switch off for Extra reporting (MT discovery protocol)
- Fixed incorrect CDP packet check sum
- No more FTP speed limits per session when AirMax enabled
- Fixed Compliance test country frequency range for 20/40 MHz channel width
- Fixed SNMP OID numbers persistence (SNMP daemon enumerates all interfaces on startup and assigns
sequential numbers now)


- Fixed Web UI lock
- Fixed read-only user account
- Improved signal strength value in 40 MHz channel width
- Fixed signal strength per chain handling when station disconnects from AP
- Fixed data rates reporting for 10Mhz channel width for 802.11 a/b/g clients
- Improved Noise Floor reporting
- Improvement in data rate reporting when traffic is inactive
- Added Device Name in Station and AP statistics table
- Fixed ARP table entry reporting if it contains unresolved MAC address


Version 5.0.2 - SERVICE release (October 23, 2009)
```

# EXHIBIT C



SOFTWARE   OPERATOR   UNIFI   AMPLIFI   PRODUCTS   BUY          DOWNLOADS   SUPPORT   COMMUNITY

airMAX®   UniFi®   UniFi® Video   UniFi® LED   airFiber®   UFiber®   EdgeMAX®

mFi®   sunMAX™

| | NAME | TYPE | DATE | FILE |
|---|---|---|---|---|
| › airMAX® AC | | | | |
| › airMAX® M Series | **FIRMWARE** | | | |
| ∨ airMAX® Legacy Products | airOS6 for XM board firmware v6.1.7 | ⊔ Firmware | 2018-05-25 | **DOWNLOAD** |
| ∨ airGrid® M (Legacy Models) | | | | |
| AirGrid M | FILENAME: XM.v6.1.7.32555.180523.1809.bin | VERSION: v6.1.7 | | |
| AirGrid M2 | | | | |
| AirGrid M5 | SIZE: 7.6MB | | | |
| › airRouter™ | **PRODUCTS:** | | | |
| › airWire™ | AG-HP-2G16, AG-HP-2G20, AG-HP-5G23, AG-HP-5G27, AirGrid M, AirGrid M2, AirGrid M5, AR, AR-HP, BM2HP, BM2-Ti, BM5HP, | | | |
| › Bullet™ (Legacy Models) | BM5-Ti, LiteStation M5, locoM2, locoM5, locoM9, M2, M3, M365, M5, NB-2G18, NB-5G22, NB-5G25, NBM3, NBM365, NBM9, | | | |
| › LiteStation M5 | NSM2, NSM3, NSM365, NSM5, PBM10, PBM3, PBM365, PBM5, PICOM2HP, Power AP N | | | |
| › LiteStation 2 | | | | |
| › LiteStation 5 | **DESCRIPTION:** | | | |
| › MiniStation | MD5 checksum b7199990ebe0202a78a8842274ce5519 | | | |
| › NanoStation® | | | | |
| › NanoStation® Loco | Download Release Notes    Download GPL Archive    Download SNMP MIB | | | |
| › PicoStation®2 | Some of the software in the firmware is licensed under the GNU General Public License and other Open Source and Free Software licenses. You can | | | |
| › PicoStation®5 | find the complete and corresponding source in the GPL archive. | | | |
| › Power AP N™ | *Ubiquiti does not provide downloads of some legacy software and firmware, due to regulatory restrictions and security considerations. It is always | | | |
| › PowerStation | recommended that you run the latest software to ensure greatest performance and security. If you require older versions of the software, please | | | |
| › SuperRange2 | email support@ubnt.com. | | | |
| › SuperRange4 | airOS6 for XM board firmware v6.0.4 (unsigned) | ⊔ Firmware | 2017-05-04 | ⬇ |
| › SuperRange4 Cardbus | airOS6 for XM board firmware v6.1.3 | ⊔ Firmware | 2017-11-17 | ⬇ |
| › SuperRange5 | airOS6 for XM board firmware v6.1.4 | ⊔ Firmware | 2018-01-19 | ⬇ |
| › SuperRange9 | airOS6 for XM board firmware v6.0.3 (unsigned) | ⊔ Firmware | 2017-03-29 | ⬇ |
| › SuperRange Cardbus | airOS6 for XM board firmware v6.0.7 | ⊔ Firmware | 2017-09-08 | ⬇ |
| › UB5 | airOS6 for XM board firmware v6.1.6 | ⊔ Firmware | 2018-03-08 | ⬇ |
| › WifiStation™ | airOS6 for XM board firmware v6.1.2 | ⊔ Firmware | 2017-10-17 | ⬇ |
| › WispStation 5 | airOS5 for XM board firmware v5.6.15 (unsigned) | ⊔ Firmware | 2017-03-27 | ⬇ |
| › WispStation M5 | airOS5 for XM board firmware v5.6.15 | ⊔ Firmware | 2017-03-28 | ⬇ |
| › XtremeRange3 | airOS6 for XM board firmware v6.1.1 | ⊔ Firmware | 2017-10-13 | ⬇ |
| › XtremeRange4 | airOS5 for XM board CPU 400 firmware v5.6.15 | ⊔ Firmware | 2017-03-28 | ⬇ |
| › XtremeRange5 | airOS6 for XM board firmware v6.0.4 | ⊔ Firmware | 2017-05-05 | ⬇ |
| › XtremeRange7 | airOS6 for XM board firmware v6.0.3 | ⊔ Firmware | 2017-03-30 | ⬇ |
| › XtremeRange9 | airOS6 for XM board firmware v6.0.6 | ⊔ Firmware | 2017-09-07 | ⬇ |
| | airOS5 for XM board CPU 400 firmware v5.6.15 (unsigned) | ⊔ Firmware | 2017-03-27 | ⬇ |

**HIDE PAST FIRMWARE**



https://www.ubnt.com/download/legacy?legacy=legacy-firmware&group=airgrid-m#download-ag-hp-eg16

SOFTWARE   OPERATOR   UNIFI   AMPLIFI   PRODUCTS   BUY          DOWNLOADS   SUPPORT   COMMUNITY

airMAX®   ○ UniFi®   UniFi® Video   UniFi® LED   airFiber®   UFiber®   EdgeMAX®

mFi®   sunMAX™

| | NAME | TYPE | DATE | FILE |
|---|---|---|---|---|
| > airMAX® AC | **FIRMWARE** | | | |
| > airMAX® M Series | | | | |
| ∨ airMAX® Legacy Products | airOS6 for XM board firmware v6.1.7 | Firmware | 2018-05-25 | ↓ |
| ∨ airGrid® M (Legacy Models) | airOS6 for XM board firmware v6.0.4 (unsigned) | Firmware | 2017-05-04 | ↓ |
| AirGrid M | airOS6 for XM board firmware v6.1.3 | Firmware | 2017-11-17 | ↓ |
| AirGrid M2 | airOS6 for XM board firmware v6.1.4 | Firmware | 2018-01-19 | ↓ |
| AirGrid M5 | airOS6 for XM board firmware v6.0.3 (unsigned) | Firmware | 2017-03-29 | ↓ |
| > airRouter™ | airOS6 for XM board firmware v6.0.7 | Firmware | 2017-09-08 | ↓ |
| > airWire™ | airOS6 for XM board firmware v6.1.6 | Firmware | 2018-03-08 | ↓ |
| > Bullet™ (Legacy Models) | airOS6 for XM board firmware v6.1.2 | Firmware | 2017-10-17 | ↓ |
| > LiteStation M5 | airOS5 for XM board firmware v5.6.15 (unsigned) | Firmware | 2017-03-27 | ↓ |
| > LiteStation 2 | airOS5 for XM board firmware v5.6.15 | Firmware | 2017-03-28 | ↓ |
| > LiteStation 5 | airOS6 for XM board firmware v6.1.1 | Firmware | 2017-10-13 | ↓ |
| > MiniStation | airOS5 for XM board CPU 400 firmware v5.6.15 | Firmware | 2017-03-28 | ↓ |
| > NanoStation® | airOS6 for XM board firmware v6.0.4 | Firmware | 2017-05-05 | ↓ |
| > NanoStation® Loco | airOS6 for XM board firmware v6.0.3 | Firmware | 2017-03-30 | ↓ |
| > PicoStation®2 | airOS6 for XM board firmware v6.0.6 | Firmware | 2017-09-07 | ↓ |
| > PicoStation®5 | airOS5 for XM board CPU 400 firmware v5.6.15 (unsigned) | Firmware | 2017-03-27 | **DOWNLOAD** |
| > Power AP N™ | | | | |
| > PowerStation | **FILENAME:** XM.v5.6.15-cpu400.30572.170328.1107.bin   **VERSION:** v5.6.15 | | | |
| > SuperRange2 | | | | |
| > SuperRange4 | **SIZE:** 7.5MB | | | |
| > SuperRange4 Cardbus | | | | |
| > SuperRange5 | **PRODUCTS:** | | | |
| > SuperRange9 | AG-HP-2G16, AG-HP-2G20, AG-HP-5G23, AG-HP-5G27, AirGrid M, AirGrid M2, AirGrid M5, AR, AR-HP, BM2HP, BM2-Ti, BM5HP, | | | |
| > SuperRange Cardbus | BM5-Ti, LiteStation M5, locoM2, locoM5, locoM9, M2, M3, M365, M5, M900, 2G-18, NB-5G22, NB-5G25, NBM3, NBM365, | | | |
| > UB5 | NBM9, NSM2, NSM3, NSM365, NSM5, PBM10, PBM3, PBM365, PBM5, PICOM2HP, Power AP N | | | |
| > WifiStation™ | | | | |
| > WispStation 5 | **DESCRIPTION:** | | | |
| > WispStation M5 | MD5 checksum 66224e315efabf5611ae6e6d56354fce | | | |
| > XtremeRange3 | | | | |
| > XtremeRange4 | Download Release Notes | | | |
| > XtremeRange5 | | | | |
| > XtremeRange7 | Some of the software in the firmware is licensed under the GNU General Public License and other Open Source and Free Software licenses. You can | | | |
| > XtremeRange9 | find the complete and corresponding source in the GPL archive. | | | |
| | *Ubiquiti does not provide downloads of some legacy software and firmware, due to regulatory restrictions and security considerations. It is always | | | |
| | recommended that you run the latest software to ensure greatest performance and security. If you require older versions of the software, please | | | |
| | email support@ubnt.com | | | |

**HIDE PAST FIRMWARE**

# EXHIBIT D

**EXHIBIT D**

**SUMMARY OF FINDINGS FROM INSPECTING THE UBIQUITI OPEN SOURCE ARCHIVES**

| No. | Package Name | Direct Match in UBNT GPL Files? | Path to Corresponding Source Code for Package in Ubiquiti's GPL SDK or GPL Archive | Ubiquiti Allegation | Expert Statement as to Location Found |
|---|---|---|---|---|---|
| 1 | ubnt-web | **YES** | Ubiquiti Open Source Archive\SDK.UBNT.v5.3\openwrt\package\**ubnt-web** | Ubiquiti alleges this component is part of its Registered Firmware as included in the "web user interface". FAC ¶37. | **I found the source code for this component in the AirOS 5.3 and 5.5 SDK's with no alternative separable license, published by Ubiquiti under the terms of the GPL.** |
| 2 | ubnt-cgi | **YES** | Ubiquiti Open Source Archive\SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\**ubnt.cgi** | Ubiquiti alleges this component is part of its Registered Firmware as included in the "web user interface". FAC ¶37. | **I found the source code for this component in the AirOS 5.3 and 5.5 SDK's with no alternative separable license, published by Ubiquiti under the terms of the GPL.** |
| 3 | ubnt-poll | **YES** | Ubiquiti Open Source Archive\SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\etc\modules.d\50-**ubnt-poll**<br><br>Ubiquiti Open Source Archive\SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\lib\modules\2.6.15-5.2\**ubnt_poll.ko** | Ubiquiti alleges this component is part of its Registered Firmware as included in "polling". FAC ¶37. | **I found the object code for this component in the AirOS 5.3 and 5.5 SDK's with no alternative separable license, published by Ubiquiti under the terms of the GPL.** |

| 4 | ubnt-spectral | YES | Ubiquiti Open Source Archive\SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\lib\modules\2.6.15-5.2\**ubnt_spectral.ko**<br><br>Ubiquiti Open Source Archive\SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\bin\**spectraltool**<br>  - \spectralbox<br>  - \spectralplayer<br>  - \spectralserver | Ubiquiti alleges this component is part of its Registered Firmware as included in the "spectral analysis module". FAC ¶37. | **I found the object code for this component in the AirOS 5.3 and 5.5 SDK's with no alternative separable license, published by Ubiquiti under the terms of the GPL.** |
| 5 | ubnt-spectral-2 | | Same as "ubnt_spectral" | Ubiquiti alleges this component is part of its Registered Firmware as included in the "spectral analysis module". FAC ¶37. | **I found the object code for the ubnt-spectral component published under the GPL and it is likely that the spectral-2 component is derivative of that code with no alternative separable license, published by Ubiquiti under the terms of the GPL.** |
| 6 | ubntbox | YES | Ubiquiti Open Source Archive\SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\**ubntbox** | Ubiquiti alleges this component is part of its Registered Firmware as included in "configuration" and "utilities". FAC ¶37. | **I found the object code for this component in the AirOS 5.3 and 5.5 SDK's with no alternative separable license, published by Ubiquiti under the terms of the GPL.** |

| 7 | ubntconf_cl.sh | **YES** | Ubiquiti Open Source Archive\SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\**ubntconf** | Ubiquiti alleges this component is part of its Registered Firmware as included in "configuration". FAC ¶37. | **I found the object code for this component in the AirOS 5.3 and 5.5 SDK's with no alternative separable license, published by Ubiquiti under the terms of the GPL.** |
|---|---|---|---|---|---|
| 8 | ubnt-3g | **YES** | Ubiquiti Open Source Archive\SDK.UBNT.v5.5\openwrt\package\ubnt-base-files\files\usr\etc\hotplug.d\usb\30-**3g** <br> - 3g file in "ubnt-base-files" package | Ubiquiti alleges this component is part of its Registered Firmware as included in "utilities". FAC ¶37. | **I found the source code for this component in the AirOS 5.3 and 5.5 SDK's with no alternative separable license, published by Ubiquiti under the terms of the GPL.** |
| 9 | bunt-base-files | **YES** | Ubiquiti Open Source Archive\SDK.UBNT.v5.3\openwrt\package\**ubnt-base-files**[1] | Ubiquiti alleges this component is part of its Registered Firmware as included in "base files". FAC ¶37. | **I found the source code for this component in the AirOS 5.3 and 5.5 SDK's with no alternative separable license, published by Ubiquiti under the terms of the GPL.** |

[1] It is assumed the "bunt-base-files" is a typo and is intended to refer to "ubnt-base-files."

| 10 | ar7240-u-boot.rom | **YES** | Ubiquiti Open Source Archive\GPL.UBNT.v6.1.7\**uboot**\uboot-xm\board\**ar7240**\ubnt-xm | Ubiquiti alleges this component is part of its Registered Firmware as "modifications to the bootloader for AirOS provided by Atheros". FAC ¶37.<br><br>Ubiquiti also alleges that this component is "licensed-in materials, not subject to the GPL or any other open-source license. FAC ¶39. | **I found the source code for this component in the Ubiquiti GPL archive that explicitly identifies components licensed by Ubiquiti under the terms of the GPL with no alternative separable license, published by Ubiquiti under the terms of the GPL.** |
| 11 | ubntxn-u-boot.rom | **YES** | Ubiquiti Open Source Archive\GPL.**UBNT**.v6.1.7\uboot\**uboot-xm**\board | Ubiquiti alleges this component is part of its Registered Firmware as "modifications to the bootloader for AirOS provided by Atheros". FAC ¶37.<br><br>Ubiquiti also alleges that this component is "licensed-in materials, not subject to the GPL or any other open-source license. FAC ¶39. | **I found the source code for this component in the Ubiquiti GPL archive that explicitly identifies components licensed by Ubiquiti under the terms of the GPL with no alternative separable license, published by Ubiquiti under the terms of the GPL.** |

| 12 | ubntxn-400-u-boot.rom | **YES** | Ubiquiti Open Source Archive\GPL.UBNT.v6.1.7\**uboot\uboot-xm**\board | Ubiquiti alleges this component is part of its Registered Firmware as "modifications to the bootloader for AirOS provided by Atheros". FAC ¶37.

Ubiquiti also alleges that this component is "licensed-in materials, not subject to the GPL or any other open-source license. FAC ¶39. | **I found the source code for this component in the Ubiquiti GPL archive that explicitly identifies components licensed by Ubiquiti under the terms of the GPL with no alternative separable license, published by Ubiquiti under the terms of the GPL.** |
| 13 | ubntwasp-u-boot.rom | **YES** | Ubiquiti Open Source Archive\GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\**ubnt-wasp** | Ubiquiti alleges this component is part of its Registered Firmware as "modifications to the bootloader for AirOS provided by Atheros". FAC ¶37.

Ubiquiti also alleges that this component is "licensed-in materials, not subject to the GPL or any other open-source license. FAC ¶39. | **I found the source code for this component in the Ubiquiti GPL archive that explicitly identifies components licensed by Ubiquiti under the terms of the GPL with no alternative separable license, published by Ubiquiti under the terms of the GPL.** |

| 14 | ubnttitanium-u-boot.rom | **YES** | Ubiquiti Open Source Archive\GPL.UBNT.v6.1.7\\**uboot\uboot-ti**\board | Ubiquiti alleges this component is part of its Registered Firmware as "modifications to the bootloader for AirOS provided by Atheros". FAC ¶37.<br><br>Ubiquiti also alleges that this component is "licensed-in materials, not subject to the GPL or any other open-source license. FAC ¶39. | **I found the source code for this component in the Ubiquiti GPL archive that explicitly identifies components licensed by Ubiquiti under the terms of the GPL with no alternative separable license, published by Ubiquiti under the terms of the GPL.** |
| 15 | Atheros-11n | **YES** | Ubiquiti Open Source Archive\SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\etc\modules.d\55-ath-11n | Ubiquiti alleges this component is part of its Proprietary Firmware as "licensed-in materials, not subject to the GPL or any other open-source license". FAC ¶39. | **I found the source code for this component in the AirOS 5.3 and 5.5 SDK's with no alternative separable license, published by Ubiquiti under the terms of the GPL.** |
| 16 | "proprietary compilations of data contained in its calibration and configuration files." | **YES** | Ubiquiti Open Source Archive\SDK.UBNT.v5.5\openwrt\package\ubnt-web\src\lib\settings.inc<br>- This is only one example, numerous other settings, calibration files, and configuration files are provided | Ubiquiti alleges that these data compilations are part of its "Proprietary Firmware." FAC ¶39. | **I found the data for this component in the AirOS 5.3 and 5.5 SDK's with no alternative separable license, published by Ubiquiti under the terms of the GPL.** |

| 17 | ubnthal | **Likely Match** | Ubiquiti Open Source Archive\SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\lib\modules\2.6.15-5.2\ath_hal.ko<br>- UBNT hardware abstraction layer (HAL) file for Atheros chip in "UBNT-Base-Files" folder | Ubiquiti alleges this component is part of its Registered Firmware as included in the AirMAX radio protocol and wireless drivers. FAC ¶37. | **I found the object code file for this component in the AirOS 5.3 and 5.5 SDK's with no alternative separable license, published by Ubiquiti under the terms of the GPL.** |
|---|---|---|---|---|---|
| 18 | ubnt-regd | **Likely Match** | Ubiquiti Open Source Archive\SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\regdomain<br>- Regulatory domain (regd) file in "UBNT-Base-Files" folder | Ubiquiti alleges this component is part of its Registered Firmware as included in the AirMAX radio protocol and wireless drivers; Ubiquiti also alleges this component is related to "configuration." FAC ¶37. | **I found the object code file for this component in the AirOS 5.3 and 5.5 SDK's with no alternative separable license, published by Ubiquiti under the terms of the GPL.** |
| 19 | ubnt-poe-control | **Likely Match** | Ubiquiti Open Source Archive\SDK.UBNT.v5.5\openwrt\package\ubnt-web\src\advanced.tmpl SDK.UBNT.v5.5\SDK.UBNT.v5.5\openwrt\package\ubnt-web\src\advanced.cgi<br>- Code for web control for Power Over Ethernet (POE) in "Advanced Ethernet Settings" | Ubiquiti alleges this component is part of its Registered Firmware as included in "power over Ethernet". FAC ¶37. | **I found source code files for this component in the AirOS 5.3 and 5.5 SDK's with no alternative separable license, published by Ubiquiti under the terms of the GPL.** |

# EXHIBIT E



http://www.ubnt.com/support/downloads Go DEC FEB MAR
220 captures 03
5 Mar 2010 - 14 Feb 2019 2010 2011 2012
About this capture

UBIQUITI NETWORKS

HOME PRODUCTS HOW TO PURCHASE SUPPORT COMPANY FORUM Search

**Support**

- Support Main
- Downloads
- Knowledgebase
- Support Forum
- Support Wiki
- RMA Request Form

# Downloads

To download your device's firmware, first select the device's category, followed by its name, and then choose from the list of available firmware.

Product: AirMax ISP Solutions

Model: AirGrid M2

Available Firmware: v5.3 v5.2.1 v5.2

Download

Extra Information for AirGrid M2 v5.3

| | |
|---|---|
| **Firmware size:** | 6.52MBytes |
| **Firmware date:** | 1.14.11 |
| **Firmware build:** | 7782 |
| **Firmware MD5 sum:** | 8905611eb72bae5ccfa9aaaa6a28b32e |
| **Release notes:** | Download |
| **SDK toolchain:** | Available in SDK |
| **SDK:** | Download , size: 131.77MBytes |

Some of the software in the firmware is licensed under the GNU General Public License and other Open Source and Free Software licenses. You can find the complete and corresponding source in our SDK.

HOT LINKS
- NanoStation
- NanoStation M
- AirMax
- Bullet

NEW PRODUCTS
- Rocket M GPS
- ToughCable
- Unifi
- AirRouter

SUPPORT
- Knowledgebase
- Community Forum
- Ubiquiti Wiki
- Downloads

COMPANY
- About Us
- Contact Us
- Newsletter
- Contests

Eliminate ESD Ethernet Failures
TOUGHCable
OUTDOOR CARRIER CLASS SHIELDED
Get Ubiquiti News & Updates

# EXHIBIT F

```
 1   SDK.UBNT.v5.3
 2   SDK.UBNT.v5.3\openwrt
 3   SDK.UBNT.v5.3\readme.txt
 4   SDK.UBNT.v5.3\openwrt\.config
 5   SDK.UBNT.v5.3\openwrt\.config.old
 6   SDK.UBNT.v5.3\openwrt\.excluded
 7   SDK.UBNT.v5.3\openwrt\.gitignore
 8   SDK.UBNT.v5.3\openwrt\BSDmakefile
 9   SDK.UBNT.v5.3\openwrt\Config.in
10   SDK.UBNT.v5.3\openwrt\dl
11   SDK.UBNT.v5.3\openwrt\docs
12   SDK.UBNT.v5.3\openwrt\feeds
13   SDK.UBNT.v5.3\openwrt\feeds.conf.default
14   SDK.UBNT.v5.3\openwrt\include
15   SDK.UBNT.v5.3\openwrt\LICENSE
16   SDK.UBNT.v5.3\openwrt\Makefile
17   SDK.UBNT.v5.3\openwrt\package
18   SDK.UBNT.v5.3\openwrt\quiltrc
19   SDK.UBNT.v5.3\openwrt\README
20   SDK.UBNT.v5.3\openwrt\rules.mk
21   SDK.UBNT.v5.3\openwrt\scripts
22   SDK.UBNT.v5.3\openwrt\target
23   SDK.UBNT.v5.3\openwrt\toolchain
24   SDK.UBNT.v5.3\openwrt\tools
25   SDK.UBNT.v5.3\openwrt\dl\autoconf-2.62.tar.bz2
26   SDK.UBNT.v5.3\openwrt\dl\automake-1.9.6.tar.bz2
27   SDK.UBNT.v5.3\openwrt\dl\binutils-2.17.tar.bz2
28   SDK.UBNT.v5.3\openwrt\dl\bison-2.3.tar.gz
29   SDK.UBNT.v5.3\openwrt\dl\bridge-utils-1.4.tar.gz
30   SDK.UBNT.v5.3\openwrt\dl\busybox-1.11.2.tar.bz2
31   SDK.UBNT.v5.3\openwrt\dl\dnsmasq-2.47.tar.gz
32   SDK.UBNT.v5.3\openwrt\dl\dropbear-0.51.tar.gz
33   SDK.UBNT.v5.3\openwrt\dl\ebtables-v2.0.8-2.tar.gz
34   SDK.UBNT.v5.3\openwrt\dl\ethtool-6.tar.gz
35   SDK.UBNT.v5.3\openwrt\dl\fuse-2.7.3.tar.gz
36   SDK.UBNT.v5.3\openwrt\dl\gcc-4.1.2.tar.bz2
37   SDK.UBNT.v5.3\openwrt\dl\genext2fs-1.4rc1.tar.gz
38   SDK.UBNT.v5.3\openwrt\dl\hostapd-0.6.10.tar.gz
39   SDK.UBNT.v5.3\openwrt\dl\hotplug2-0.9.tar.gz
40   SDK.UBNT.v5.3\openwrt\dl\igmpproxy-0.1.tar.gz
41   SDK.UBNT.v5.3\openwrt\dl\iperf-2.0.4.tar.gz
42   SDK.UBNT.v5.3\openwrt\dl\ipkg-utils-1.7.tar.gz
43   SDK.UBNT.v5.3\openwrt\dl\iproute2-2.6.25.tar.bz2
44   SDK.UBNT.v5.3\openwrt\dl\iptables-1.4.0.tar.bz2
45   SDK.UBNT.v5.3\openwrt\dl\libabz_0.6.2.tar.gz
46   SDK.UBNT.v5.3\openwrt\dl\libber_0.4.1.tar.gz
47   SDK.UBNT.v5.3\openwrt\dl\libdebug_0.4.2.tar.gz
48   SDK.UBNT.v5.3\openwrt\dl\libevent-1.1b.tar.gz
49   SDK.UBNT.v5.3\openwrt\dl\libpcap-0.9.8.tar.gz
50   SDK.UBNT.v5.3\openwrt\dl\libtool-1.5.24.tar.gz
51   SDK.UBNT.v5.3\openwrt\dl\libusb-0.1.12.tar.gz
52   SDK.UBNT.v5.3\openwrt\dl\lighttpd-1.4.26.tar.bz2
53   SDK.UBNT.v5.3\openwrt\dl\linux-2.6.15-5.2.tar.bz2
54   SDK.UBNT.v5.3\openwrt\dl\lua-5.1.4.tar.gz
55   SDK.UBNT.v5.3\openwrt\dl\lzma432.tar.bz2
56   SDK.UBNT.v5.3\openwrt\dl\matrixssl-1-8-3-open.tar.gz
57   SDK.UBNT.v5.3\openwrt\dl\mtd_20050122.orig.tar.gz
58   SDK.UBNT.v5.3\openwrt\dl\ntpclient_2007_365.tar.gz
59   SDK.UBNT.v5.3\openwrt\dl\openssl-0.9.8i.tar.gz
60   SDK.UBNT.v5.3\openwrt\dl\opkg-4564.tar.gz
61   SDK.UBNT.v5.3\openwrt\dl\php-2.0.1.tar.gz
62   SDK.UBNT.v5.3\openwrt\dl\pkg-config-0.22.tar.gz
63   SDK.UBNT.v5.3\openwrt\dl\pptp-1.6.0.tar.gz
64   SDK.UBNT.v5.3\openwrt\dl\quilt-0.47.tar.gz
65   SDK.UBNT.v5.3\openwrt\dl\sed-4.1.2.tar.gz
66   SDK.UBNT.v5.3\openwrt\dl\squashfs3.0.tar.gz
67   SDK.UBNT.v5.3\openwrt\dl\tcpdump-3.9.8.tar.gz
68   SDK.UBNT.v5.3\openwrt\dl\tdb_1.1.5.orig.tar.gz
69   SDK.UBNT.v5.3\openwrt\dl\tinysnmp_0.8.4.tar.gz
```

```
70   SDK.UBNT.v5.3\openwrt\dl\uClibc-0.9.29.tar.bz2
71   SDK.UBNT.v5.3\openwrt\dl\uClibc-0.9.29.tar.bz2
72   SDK.UBNT.v5.3\openwrt\dl\udev-106.tar.bz2
73   SDK.UBNT.v5.3\openwrt\dl\wireless_tools.29.pre21.tar.gz
74   SDK.UBNT.v5.3\openwrt\dl\wpa_supplicant-0.6.10.tar.gz
75   SDK.UBNT.v5.3\openwrt\dl\zlib-1.2.3.tar.bz2
76   SDK.UBNT.v5.3\openwrt\docs\.gitignore
77   SDK.UBNT.v5.3\openwrt\docs\adding.tex
78   SDK.UBNT.v5.3\openwrt\docs\bugs.tex
79   SDK.UBNT.v5.3\openwrt\docs\build.tex
80   SDK.UBNT.v5.3\openwrt\docs\config.tex
81   SDK.UBNT.v5.3\openwrt\docs\init-scripts.tex
82   SDK.UBNT.v5.3\openwrt\docs\Makefile
83   SDK.UBNT.v5.3\openwrt\docs\network-scripts.tex
84   SDK.UBNT.v5.3\openwrt\docs\network.tex
85   SDK.UBNT.v5.3\openwrt\docs\openwrt.sty
86   SDK.UBNT.v5.3\openwrt\docs\openwrt.tex
87   SDK.UBNT.v5.3\openwrt\docs\submitting-patches.tex
88   SDK.UBNT.v5.3\openwrt\docs\wireless.tex
89   SDK.UBNT.v5.3\openwrt\feeds\packages
90   SDK.UBNT.v5.3\openwrt\feeds\packages.index
91   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp
92   SDK.UBNT.v5.3\openwrt\feeds\packages\.svn
93   SDK.UBNT.v5.3\openwrt\feeds\packages\admin
94   SDK.UBNT.v5.3\openwrt\feeds\packages\devel
95   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6
96   SDK.UBNT.v5.3\openwrt\feeds\packages\lang
97   SDK.UBNT.v5.3\openwrt\feeds\packages\libs
98   SDK.UBNT.v5.3\openwrt\feeds\packages\mail
99   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia
100  SDK.UBNT.v5.3\openwrt\feeds\packages\net
101  SDK.UBNT.v5.3\openwrt\feeds\packages\skels
102  SDK.UBNT.v5.3\openwrt\feeds\packages\sound
103  SDK.UBNT.v5.3\openwrt\feeds\packages\utils
104  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg
105  SDK.UBNT.v5.3\openwrt\feeds\packages\.svn\entries
106  SDK.UBNT.v5.3\openwrt\feeds\packages\.svn\prop-base
107  SDK.UBNT.v5.3\openwrt\feeds\packages\.svn\props
108  SDK.UBNT.v5.3\openwrt\feeds\packages\.svn\text-base
109  SDK.UBNT.v5.3\openwrt\feeds\packages\.svn\tmp
110  SDK.UBNT.v5.3\openwrt\feeds\packages\.svn\tmp\prop-base
111  SDK.UBNT.v5.3\openwrt\feeds\packages\.svn\tmp\props
112  SDK.UBNT.v5.3\openwrt\feeds\packages\.svn\tmp\text-base
113  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\.svn
114  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd
115  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\htop
116  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit
117  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite
118  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris
119  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng
120  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix
121  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\.svn\entries
122  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\.svn\prop-base
123  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\.svn\props
124  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\.svn\text-base
125  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\.svn\tmp
126  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\.svn\tmp\prop-base
127  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\.svn\tmp\props
128  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\.svn\tmp\text-base
129  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\.svn
130  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\files
131  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\Makefile
132  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\patches
133  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\.svn\entries
134  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\.svn\prop-base
135  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\.svn\props
136  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\.svn\text-base
137  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\.svn\tmp
138  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\.svn\prop-base\Makefile.svn-base
```

```
139    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\.svn\tmp\text-base
140    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\.svn\tmp\prop-base
141    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\.svn\tmp\props
142    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\.svn\tmp\text-base
143    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\files\.svn
144    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\files\gkrellmd.init
145    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\files\.svn\entries
146    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\files\.svn\prop-base
147    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\files\.svn\props
148    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\files\.svn\text-base
149    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\files\.svn\tmp
150    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\files\.svn\prop-base\gkrellmd.init.sv
       n-base
151    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\files\.svn\text-base\gkrellmd.init.sv
       n-base
152    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\files\.svn\tmp\prop-base
153    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\files\.svn\tmp\props
154    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\files\.svn\tmp\text-base
155    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\patches\.svn
156    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\patches\100-conf.patch
157    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\patches\.svn\entries
158    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\patches\.svn\prop-base
159    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\patches\.svn\props
160    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\patches\.svn\text-base
161    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\patches\.svn\tmp
162    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\patches\.svn\prop-base\100-conf.patch
       .svn-base
163    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\patches\.svn\text-base\100-conf.patch
       .svn-base
164    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\patches\.svn\tmp\prop-base
165    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\patches\.svn\tmp\props
166    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\gkrellmd\patches\.svn\tmp\text-base
167    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\htop\.svn
168    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\htop\Makefile
169    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\htop\.svn\entries
170    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\htop\.svn\prop-base
171    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\htop\.svn\props
172    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\htop\.svn\text-base
173    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\htop\.svn\tmp
174    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\htop\.svn\prop-base\Makefile.svn-base
175    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\htop\.svn\text-base\Makefile.svn-base
176    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\htop\.svn\tmp\prop-base
177    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\htop\.svn\tmp\props
178    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\htop\.svn\tmp\text-base
179    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\.svn
180    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\files
181    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\Makefile
182    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\patches
183    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\.svn\entries
184    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\.svn\prop-base
185    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\.svn\props
186    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\.svn\text-base
187    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\.svn\tmp
188    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\.svn\prop-base\Makefile.svn-base
189    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\.svn\text-base\Makefile.svn-base
190    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\.svn\tmp\prop-base
191    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\.svn\tmp\props
192    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\.svn\tmp\text-base
193    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\files\.svn
194    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\files\monit.init
195    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\files\.svn\entries
196    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\files\.svn\prop-base
197    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\files\.svn\props
198    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\files\.svn\text-base
199    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\files\.svn\tmp
200    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\files\.svn\prop-base\monit.init.svn-base
201    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\files\.svn\text-base\monit.init.svn-base
202    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\files\.svn\tmp\prop-base
203    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\files\.svn\tmp\props
```

```
204  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\patches
205  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\patches\.svn
206  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\patches\001-no_sslv2.patch
207  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\patches\.svn\entries
208  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\patches\.svn\prop-base
209  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\patches\.svn\props
210  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\patches\.svn\text-base
211  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\patches\.svn\tmp
212  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\patches\.svn\prop-base\001-no_sslv2.patc
     h.svn-base
213  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\patches\.svn\text-base\001-no_sslv2.patc
     h.svn-base
214  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\patches\.svn\tmp\prop-base
215  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\patches\.svn\tmp\props
216  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\monit\patches\.svn\tmp\text-base
217  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\.svn
218  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files
219  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\Makefile
220  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\patches
221  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\.svn\entries
222  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\.svn\prop-base
223  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\.svn\props
224  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\.svn\text-base
225  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\.svn\tmp
226  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\.svn\text-base\Makefile.svn-base
227  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\.svn\tmp\prop-base
228  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\.svn\tmp\props
229  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\.svn\tmp\text-base
230  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\.svn
231  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\etc
232  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\.svn\entries
233  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\.svn\prop-base
234  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\.svn\props
235  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\.svn\text-base
236  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\.svn\tmp
237  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\.svn\tmp\prop-base
238  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\.svn\tmp\props
239  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\.svn\tmp\text-base
240  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\etc\.svn
241  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\etc\xinetd.d
242  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\etc\.svn\entries
243  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\etc\.svn\prop-base
244  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\etc\.svn\props
245  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\etc\.svn\text-base
246  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\etc\.svn\tmp
247  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\etc\.svn\tmp\prop-base
248  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\etc\.svn\tmp\props
249  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\etc\.svn\tmp\text-base
250  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\etc\xinetd.d\.svn
251  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\etc\xinetd.d\munin
252  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\etc\xinetd.d\.svn\entries
253  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\etc\xinetd.d\.svn\prop-base
254  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\etc\xinetd.d\.svn\props
255  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\etc\xinetd.d\.svn\text-base
256  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\etc\xinetd.d\.svn\tmp
257  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\etc\xinetd.d\.svn\text-base\mu
     nin.svn-base
258  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\etc\xinetd.d\.svn\tmp\prop-bas
     e
259  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\etc\xinetd.d\.svn\tmp\props
260  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\files\etc\xinetd.d\.svn\tmp\text-bas
     e
261  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\patches\.svn
262  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\patches\001-no_disks.patch
263  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\patches\002-add_ppp.patch
264  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\patches\.svn\entries
265  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\patches\.svn\prop-base
266  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\patches\.svn\props
267  SDK.UBNT.v5.3\openwrt\feeds\packages\admin\muninlite\patches\.svn\text-base
```

```
268   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\munlinlite\patches\.svn\text-base
269   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\munlinlite\patches\.svn\text-base\001-no_disks.
      patch.svn-base
270   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\munlinlite\patches\.svn\text-base\002-add_ppp.p
      atch.svn-base
271   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\munlinlite\patches\.svn\tmp\prop-base
272   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\munlinlite\patches\.svn\tmp\props
273   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\munlinlite\patches\.svn\tmp\text-base
274   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\.svn
275   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\files
276   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\Makefile
277   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\patches
278   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\.svn\entries
279   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\.svn\prop-base
280   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\.svn\props
281   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\.svn\text-base
282   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\.svn\tmp
283   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\.svn\prop-base\Makefile.svn-base
284   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\.svn\text-base\Makefile.svn-base
285   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\.svn\tmp\prop-base
286   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\.svn\tmp\props
287   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\.svn\tmp\text-base
288   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\files\.svn
289   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\files\osirisd.init
290   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\files\.svn\entries
291   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\files\.svn\prop-base
292   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\files\.svn\props
293   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\files\.svn\text-base
294   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\files\.svn\tmp
295   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\files\.svn\prop-base\osirisd.init.svn-b
      ase
296   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\files\.svn\text-base\osirisd.init.svn-b
      ase
297   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\files\.svn\tmp\prop-base
298   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\files\.svn\tmp\props
299   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\files\.svn\tmp\text-base
300   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\patches\.svn
301   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\patches\001-configure-cross.patch
302   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\patches\002-osirisd-pidfile.patch
303   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\patches\003-openssl-0.9.8+.patch
304   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\patches\004-no_openssl_ripe.patch
305   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\patches\006-mod_nvram.patch
306   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\patches\007-mod_uptime.patch
307   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\patches\.svn\entries
308   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\patches\.svn\prop-base
309   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\patches\.svn\props
310   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\patches\.svn\text-base
311   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\patches\.svn\tmp
312   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\patches\.svn\prop-base\001-configure-cr
      oss.patch.svn-base
313   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\patches\.svn\prop-base\002-osirisd-pidf
      ile.patch.svn-base
314   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\patches\.svn\prop-base\003-openssl-0.9.
      8+.patch.svn-base
315   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\patches\.svn\prop-base\004-no_openssl_r
      ipe.patch.svn-base
316   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\patches\.svn\prop-base\006-mod_nvram.pa
      tch.svn-base
317   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\patches\.svn\prop-base\007-mod_uptime.p
      atch.svn-base
318   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\patches\.svn\text-base\001-configure-cr
      oss.patch.svn-base
319   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\patches\.svn\text-base\002-osirisd-pidf
      ile.patch.svn-base
320   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\patches\.svn\text-base\003-openssl-0.9.
      8+.patch.svn-base
321   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\patches\.svn\text-base\004-no_openssl_r
      ipe.patch.svn-base
322   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\patches\.svn\text-base\006-mod_nvram.pa
```

```
323   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\patches\.svn\text-base\007-mod_uptime.p
      atch.svn-base
324   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\patches\.svn\tmp\prop-base
325   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\patches\.svn\tmp\props
326   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\osiris\patches\.svn\tmp\text-base
327   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\.svn
328   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\files
329   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\Makefile
330   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\patches
331   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\.svn\entries
332   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\.svn\prop-base
333   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\.svn\props
334   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\.svn\text-base
335   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\.svn\tmp
336   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\.svn\prop-base\Makefile.svn-base
337   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\.svn\text-base\Makefile.svn-base
338   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\.svn\tmp\prop-base
339   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\.svn\tmp\props
340   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\.svn\tmp\text-base
341   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\files\.svn
342   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\files\syslog-ng.conf
343   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\files\syslog-ng.init
344   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\files\.svn\entries
345   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\files\.svn\prop-base
346   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\files\.svn\props
347   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\files\.svn\text-base
348   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\files\.svn\tmp
349   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\files\.svn\prop-base\syslog-ng.conf.
      svn-base
350   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\files\.svn\prop-base\syslog-ng.init.
      svn-base
351   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\files\.svn\text-base\syslog-ng.conf.
      svn-base
352   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\files\.svn\text-base\syslog-ng.init.
      svn-base
353   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\files\.svn\tmp\prop-base
354   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\files\.svn\tmp\props
355   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\files\.svn\tmp\text-base
356   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\patches\.svn
357   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\patches\001-no_lfl.patch
358   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\patches\.svn\entries
359   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\patches\.svn\prop-base
360   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\patches\.svn\props
361   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\patches\.svn\text-base
362   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\patches\.svn\tmp
363   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\patches\.svn\prop-base\001-no_lfl.pa
      tch.svn-base
364   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\patches\.svn\text-base\001-no_lfl.pa
      tch.svn-base
365   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\patches\.svn\tmp\prop-base
366   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\patches\.svn\tmp\props
367   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\syslog-ng\patches\.svn\tmp\text-base
368   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\.svn
369   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\files
370   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\Makefile
371   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\patches
372   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\.svn\entries
373   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\.svn\prop-base
374   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\.svn\props
375   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\.svn\text-base
376   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\.svn\tmp
377   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\.svn\prop-base\Makefile.svn-base
378   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\.svn\text-base\Makefile.svn-base
379   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\.svn\tmp\prop-base
380   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\.svn\tmp\props
381   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\.svn\tmp\text-base
382   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\files\.svn
383   SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\files\zabbix_agentd.conf
```

```
384    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\files\.svn
385    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\files\.svn\entries
386    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\files\.svn\prop-base
387    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\files\.svn\props
388    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\files\.svn\text-base
389    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\files\.svn\tmp
390    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\files\.svn\text-base\zabbix_agentd.conf
       .svn-base
391    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\files\.svn\text-base\zabbix_agentd.init
       .svn-base
392    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\files\.svn\tmp\prop-base
393    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\files\.svn\tmp\props
394    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\files\.svn\tmp\text-base
395    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\patches\.svn
396    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\patches\001-cross_compile.patch
397    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\patches\002-uclibc_loadavg.patch
398    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\patches\.svn\entries
399    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\patches\.svn\prop-base
400    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\patches\.svn\props
401    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\patches\.svn\text-base
402    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\patches\.svn\tmp
403    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\patches\.svn\text-base\001-cross_compil
       e.patch.svn-base
404    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\patches\.svn\text-base\002-uclibc_loada
       vg.patch.svn-base
405    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\patches\.svn\tmp\prop-base
406    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\patches\.svn\tmp\props
407    SDK.UBNT.v5.3\openwrt\feeds\packages\admin\zabbix\patches\.svn\tmp\text-base
408    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\.svn
409    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\binutils
410    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential
411    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\diffutils
412    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\gcc
413    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\make
414    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\patch
415    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\.svn\entries
416    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\.svn\prop-base
417    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\.svn\props
418    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\.svn\text-base
419    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\.svn\tmp
420    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\.svn\tmp\prop-base
421    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\.svn\tmp\props
422    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\.svn\tmp\text-base
423    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\binutils\.svn
424    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\binutils\Makefile
425    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\binutils\.svn\entries
426    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\binutils\.svn\prop-base
427    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\binutils\.svn\props
428    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\binutils\.svn\text-base
429    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\binutils\.svn\tmp
430    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\binutils\.svn\text-base\Makefile.svn-base
431    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\binutils\.svn\tmp\prop-base
432    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\binutils\.svn\tmp\props
433    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\binutils\.svn\tmp\text-base
434    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\.svn
435    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files
436    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\Makefile
437    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\.svn\entries
438    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\.svn\prop-base
439    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\.svn\props
440    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\.svn\text-base
441    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\.svn\tmp
442    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\.svn\text-base\Makefile.svn-ba
       se
443    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\.svn\tmp\prop-base
444    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\.svn\tmp\props
445    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\.svn\tmp\text-base
446    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\.svn
447    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr
```

```
448   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\.svn\prop-base
449   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\.svn\prop-base
450   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\.svn\props
451   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\.svn\text-base
452   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\.svn\tmp
453   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\.svn\tmp\prop-base
454   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\.svn\tmp\props
455   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\.svn\tmp\text-base
456   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\.svn
457   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\src
458   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\.svn\entries
459   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\.svn\prop-base
460   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\.svn\props
461   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\.svn\text-base
462   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\.svn\tmp
463   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\.svn\tmp\prop-base
464   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\.svn\tmp\props
465   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\.svn\tmp\text-base
466   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\src\.svn
467   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\src\hello
468   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\src\.svn\entries
469   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\src\.svn\prop-base
470   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\src\.svn\props
471   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\src\.svn\text-base
472   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\src\.svn\tmp
473   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\src\.svn\tmp\prop-ba
      se
474   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\src\.svn\tmp\props
475   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\src\.svn\tmp\text-ba
      se
476   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\src\hello\.svn
477   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\src\hello\hello.c
478   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\src\hello\.svn\entri
      es
479   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\src\hello\.svn\prop-
      base
480   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\src\hello\.svn\props
481   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\src\hello\.svn\text-
      base
482   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\src\hello\.svn\tmp
483   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\src\hello\.svn\text-
      base\hello.c.svn-base
484   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\src\hello\.svn\tmp\p
      rop-base
485   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\src\hello\.svn\tmp\p
      rops
486   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\build-essential\files\usr\src\hello\.svn\tmp\t
      ext-base
487   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\diffutils\.svn
488   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\diffutils\Makefile
489   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\diffutils\.svn\entries
490   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\diffutils\.svn\prop-base
491   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\diffutils\.svn\props
492   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\diffutils\.svn\text-base
493   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\diffutils\.svn\tmp
494   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\diffutils\.svn\text-base\Makefile.svn-base
495   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\diffutils\.svn\tmp\prop-base
496   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\diffutils\.svn\tmp\props
497   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\diffutils\.svn\tmp\text-base
498   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\gcc\.svn
499   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\gcc\Makefile
500   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\gcc\.svn\entries
501   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\gcc\.svn\prop-base
502   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\gcc\.svn\props
503   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\gcc\.svn\text-base
504   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\gcc\.svn\tmp
505   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\gcc\.svn\text-base\Makefile.svn-base
506   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\gcc\.svn\tmp\prop-base
507   SDK.UBNT.v5.3\openwrt\feeds\packages\devel\gcc\.svn\tmp\props
```

```
508    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\make\Makefile
509    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\make\.svn
510    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\make\Makefile
511    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\make\.svn\entries
512    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\make\.svn\prop-base
513    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\make\.svn\props
514    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\make\.svn\text-base
515    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\make\.svn\tmp
516    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\make\.svn\text-base\Makefile.svn-base
517    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\make\.svn\tmp\prop-base
518    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\make\.svn\tmp\props
519    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\make\.svn\tmp\text-base
520    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\patch\.svn
521    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\patch\Makefile
522    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\patch\patches
523    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\patch\.svn\entries
524    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\patch\.svn\prop-base
525    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\patch\.svn\props
526    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\patch\.svn\text-base
527    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\patch\.svn\tmp
528    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\patch\.svn\text-base\Makefile.svn-base
529    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\patch\.svn\tmp\prop-base
530    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\patch\.svn\tmp\props
531    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\patch\.svn\tmp\text-base
532    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\patch\patches\.svn
533    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\patch\patches\100-install.patch
534    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\patch\patches\.svn\entries
535    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\patch\patches\.svn\prop-base
536    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\patch\patches\.svn\props
537    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\patch\patches\.svn\text-base
538    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\patch\patches\.svn\tmp
539    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\patch\patches\.svn\text-base\100-install.patch
       .svn-base
540    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\patch\patches\.svn\tmp\prop-base
541    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\patch\patches\.svn\tmp\props
542    SDK.UBNT.v5.3\openwrt\feeds\packages\devel\patch\patches\.svn\tmp\text-base
543    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\.svn
544    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts
545    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6tunnel
546    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ahcpd
547    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu
548    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel
549    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6
550    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dibbler
551    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c
552    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ipv6calc
553    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6
554    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ndisc
555    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd
556    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd
557    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send
558    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd
559    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\tspc
560    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\.svn\entries
561    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\.svn\prop-base
562    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\.svn\props
563    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\.svn\text-base
564    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\.svn\tmp
565    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\.svn\tmp\prop-base
566    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\.svn\tmp\props
567    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\.svn\tmp\text-base
568    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts\.svn
569    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts\files
570    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts\Makefile
571    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts\.svn\entries
572    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts\.svn\prop-base
573    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts\.svn\props
574    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts\.svn\text-base
575    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts\.svn\tmp
```

```
576   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts\.svn\tmp\text-base
577   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts\.svn\tmp\prop-base
578   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts\.svn\tmp\props
579   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts\.svn\tmp\text-base
580   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts\files\.svn
581   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts\files\6bridge.conf
582   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts\files\6bridge.init
583   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts\files\6tunnel.conf
584   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts\files\6tunnel.init
585   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts\files\.svn\entries
586   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts\files\.svn\prop-base
587   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts\files\.svn\props
588   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts\files\.svn\text-base
589   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts\files\.svn\tmp
590   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts\files\.svn\text-base\6bridge.conf.svn-
      base
591   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts\files\.svn\text-base\6bridge.init.svn-
      base
592   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts\files\.svn\text-base\6tunnel.conf.svn-
      base
593   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts\files\.svn\text-base\6tunnel.init.svn-
      base
594   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts\files\.svn\tmp\prop-base
595   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts\files\.svn\tmp\props
596   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6scripts\files\.svn\tmp\text-base
597   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6tunnel\.svn
598   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6tunnel\Makefile
599   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6tunnel\.svn\entries
600   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6tunnel\.svn\prop-base
601   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6tunnel\.svn\props
602   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6tunnel\.svn\text-base
603   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6tunnel\.svn\tmp
604   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6tunnel\.svn\prop-base\Makefile.svn-base
605   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6tunnel\.svn\text-base\Makefile.svn-base
606   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6tunnel\.svn\tmp\prop-base
607   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6tunnel\.svn\tmp\props
608   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\6tunnel\.svn\tmp\text-base
609   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ahcpd\.svn
610   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ahcpd\files
611   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ahcpd\Makefile
612   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ahcpd\.svn\entries
613   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ahcpd\.svn\prop-base
614   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ahcpd\.svn\props
615   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ahcpd\.svn\text-base
616   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ahcpd\.svn\tmp
617   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ahcpd\.svn\prop-base\Makefile.svn-base
618   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ahcpd\.svn\text-base\Makefile.svn-base
619   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ahcpd\.svn\tmp\prop-base
620   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ahcpd\.svn\tmp\props
621   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ahcpd\.svn\tmp\text-base
622   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ahcpd\files\.svn
623   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ahcpd\files\ahcpd.config
624   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ahcpd\files\ahcpd.init
625   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ahcpd\files\.svn\entries
626   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ahcpd\files\.svn\prop-base
627   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ahcpd\files\.svn\props
628   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ahcpd\files\.svn\text-base
629   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ahcpd\files\.svn\tmp
630   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ahcpd\files\.svn\prop-base\ahcpd.config.svn-bas
      e
631   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ahcpd\files\.svn\prop-base\ahcpd.init.svn-base
632   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ahcpd\files\.svn\text-base\ahcpd.config.svn-bas
      e
633   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ahcpd\files\.svn\text-base\ahcpd.init.svn-base
634   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ahcpd\files\.svn\tmp\prop-base
635   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ahcpd\files\.svn\tmp\props
636   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ahcpd\files\.svn\tmp\text-base
637   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\.svn
638   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\files
```

```
639    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\patches
640    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\patches
641    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\.svn\entries
642    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\.svn\prop-base
643    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\.svn\props
644    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\.svn\text-base
645    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\.svn\tmp
646    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\.svn\prop-base\Makefile.svn-base
647    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\.svn\text-base\Makefile.svn-base
648    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\.svn\tmp\prop-base
649    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\.svn\tmp\props
650    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\.svn\tmp\text-base
651    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\files\.svn
652    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\files\aiccu.conf
653    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\files\aiccu.hotplug
654    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\files\aiccu.init
655    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\files\.svn\entries
656    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\files\.svn\prop-base
657    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\files\.svn\props
658    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\files\.svn\text-base
659    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\files\.svn\tmp
660    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\files\.svn\prop-base\aiccu.conf.svn-base
661    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\files\.svn\prop-base\aiccu.init.svn-base
662    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\files\.svn\text-base\aiccu.conf.svn-base
663    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\files\.svn\text-base\aiccu.hotplug.svn-ba
       se
664    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\files\.svn\text-base\aiccu.init.svn-base
665    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\files\.svn\tmp\prop-base
666    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\files\.svn\tmp\props
667    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\files\.svn\tmp\text-base
668    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\patches\.svn
669    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\patches\100-cross_compile.patch
670    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\patches\200-add_dn_skipname.patch
671    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\patches\300-resolver-uclibc.patch
672    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\patches\.svn\entries
673    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\patches\.svn\prop-base
674    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\patches\.svn\props
675    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\patches\.svn\text-base
676    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\patches\.svn\tmp
677    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\patches\.svn\prop-base\100-cross_compile.
       patch.svn-base
678    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\patches\.svn\prop-base\200-add_dn_skipnam
       e.patch.svn-base
679    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\patches\.svn\text-base\100-cross_compile.
       patch.svn-base
680    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\patches\.svn\text-base\200-add_dn_skipnam
       e.patch.svn-base
681    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\patches\.svn\text-base\300-resolver-uclib
       c.patch.svn-base
682    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\patches\.svn\tmp\prop-base
683    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\patches\.svn\tmp\props
684    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\aiccu\patches\.svn\tmp\text-base
685    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel\.svn
686    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel\files
687    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel\Makefile
688    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel\.svn\entries
689    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel\.svn\prop-base
690    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel\.svn\props
691    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel\.svn\text-base
692    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel\.svn\tmp
693    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel\.svn\prop-base\Makefile.svn-base
694    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel\.svn\text-base\Makefile.svn-base
695    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel\.svn\tmp\prop-base
696    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel\.svn\tmp\props
697    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel\.svn\tmp\text-base
698    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel\files\.svn
699    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel\files\babeld.conf
700    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel\files\babeld.config
701    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel\files\babeld.init
```

```
702  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel\files\.svn\prop-base
703  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel\files\.svn\prop-base
704  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel\files\.svn\props
705  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel\files\.svn\text-base
706  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel\files\.svn\tmp
707  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel\files\.svn\prop-base\babeld.init.svn-base
708  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel\files\.svn\text-base\babeld.conf.svn-base
709  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel\files\.svn\text-base\babeld.config.svn-base
710  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel\files\.svn\text-base\babeld.init.svn-base
711  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel\files\.svn\tmp\prop-base
712  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel\files\.svn\tmp\props
713  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\babel\files\.svn\tmp\text-base
714  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\.svn
715  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\Makefile
716  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\patches
717  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\.svn\entries
718  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\.svn\prop-base
719  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\.svn\props
720  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\.svn\text-base
721  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\.svn\tmp
722  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\.svn\prop-base\Makefile.svn-base
723  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\.svn\text-base\Makefile.svn-base
724  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\.svn\tmp\prop-base
725  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\.svn\tmp\props
726  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\.svn\tmp\text-base
727  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\patches\.svn
728  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\patches\001-opt_flags.patch
729  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\patches\002-gcc_lvalue.patch
730  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\patches\003-debug.patch
731  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\patches\.svn\entries
732  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\patches\.svn\prop-base
733  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\patches\.svn\props
734  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\patches\.svn\text-base
735  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\patches\.svn\tmp
736  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\patches\.svn\prop-base\001-opt_flags.patch.svn-base
737  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\patches\.svn\prop-base\002-gcc_lvalue.patch.svn-base
738  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\patches\.svn\prop-base\003-debug.patch.svn-base
739  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\patches\.svn\text-base\001-opt_flags.patch.svn-base
740  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\patches\.svn\text-base\002-gcc_lvalue.patch.svn-base
741  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\patches\.svn\text-base\003-debug.patch.svn-base
742  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\patches\.svn\tmp\prop-base
743  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\patches\.svn\tmp\props
744  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dhcp6\patches\.svn\tmp\text-base
745  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dibbler\.svn
746  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dibbler\Makefile
747  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dibbler\patches
748  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dibbler\.svn\entries
749  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dibbler\.svn\prop-base
750  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dibbler\.svn\props
751  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dibbler\.svn\text-base
752  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dibbler\.svn\tmp
753  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dibbler\.svn\prop-base\Makefile.svn-base
754  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dibbler\.svn\text-base\Makefile.svn-base
755  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dibbler\.svn\tmp\prop-base
756  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dibbler\.svn\tmp\props
757  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dibbler\.svn\tmp\text-base
758  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dibbler\patches\.svn
759  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dibbler\patches\001-fix_avr32_compile
760  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dibbler\patches\001-uclibcxx.patch
761  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dibbler\patches\.svn\entries
762  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dibbler\patches\.svn\prop-base
763  SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dibbler\patches\.svn\props
```

```
764   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dibbler\patches\.svn
765   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dibbler\patches\.svn\tmp
766   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dibbler\patches\.svn\prop-base\001-uclibcxx.pat
      ch.svn-base
767   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dibbler\patches\.svn\text-base\001-fix_avr32_co
      mpile.svn-base
768   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dibbler\patches\.svn\text-base\001-uclibcxx.pat
      ch.svn-base
769   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dibbler\patches\.svn\tmp\prop-base
770   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dibbler\patches\.svn\tmp\props
771   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\dibbler\patches\.svn\tmp\text-base
772   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c\.svn
773   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c\files
774   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c\Makefile
775   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c\.svn\entries
776   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c\.svn\prop-base
777   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c\.svn\props
778   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c\.svn\text-base
779   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c\.svn\tmp
780   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c\.svn\text-base\Makefile.svn-base
781   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c\.svn\tmp\prop-base
782   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c\.svn\tmp\props
783   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c\.svn\tmp\text-base
784   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c\files\.svn
785   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c\files\gw6c.config
786   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c\files\gw6c.init
787   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c\files\openwrt.sh
788   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c\files\.svn\entries
789   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c\files\.svn\prop-base
790   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c\files\.svn\props
791   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c\files\.svn\text-base
792   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c\files\.svn\tmp
793   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c\files\.svn\prop-base\gw6c.init.svn-base
794   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c\files\.svn\prop-base\openwrt.sh.svn-base
795   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c\files\.svn\text-base\gw6c.config.svn-base
796   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c\files\.svn\text-base\gw6c.init.svn-base
797   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c\files\.svn\text-base\openwrt.sh.svn-base
798   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c\files\.svn\tmp\prop-base
799   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c\files\.svn\tmp\props
800   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\gw6c\files\.svn\tmp\text-base
801   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ipv6calc\.svn
802   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ipv6calc\Makefile
803   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ipv6calc\.svn\entries
804   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ipv6calc\.svn\prop-base
805   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ipv6calc\.svn\props
806   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ipv6calc\.svn\text-base
807   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ipv6calc\.svn\tmp
808   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ipv6calc\.svn\text-base\Makefile.svn-base
809   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ipv6calc\.svn\tmp\prop-base
810   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ipv6calc\.svn\tmp\props
811   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ipv6calc\.svn\tmp\text-base
812   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\.svn
813   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\files
814   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\Makefile
815   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\patches
816   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\.svn\entries
817   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\.svn\prop-base
818   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\.svn\props
819   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\.svn\text-base
820   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\.svn\tmp
821   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\.svn\prop-base\Makefile.svn-base
822   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\.svn\text-base\Makefile.svn-base
823   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\.svn\tmp\prop-base
824   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\.svn\tmp\props
825   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\.svn\tmp\text-base
826   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\files\.svn
827   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\files\mrd6.conf
828   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\files\mrd6.init
829   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\files\.svn\entries
```

```
830   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\files\.svn\prop-base
831   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\files\.svn\props
832   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\files\.svn\text-base
833   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\files\.svn\tmp
834   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\files\.svn\prop-base\mrd6.conf.svn-base
835   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\files\.svn\prop-base\mrd6.init.svn-base
836   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\files\.svn\text-base\mrd6.conf.svn-base
837   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\files\.svn\text-base\mrd6.init.svn-base
838   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\files\.svn\tmp\prop-base
839   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\files\.svn\tmp\props
840   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\files\.svn\tmp\text-base
841   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\patches\.svn
842   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\patches\001-install.patch
843   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\patches\002-missing_netlink_defs.patch
844   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\patches\003-missing_icmp_inet6_defs.patch
845   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\patches\.svn\entries
846   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\patches\.svn\prop-base
847   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\patches\.svn\props
848   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\patches\.svn\text-base
849   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\patches\.svn\tmp
850   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\patches\.svn\prop-base\002-missing_netlink
      _defs.patch.svn-base
851   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\patches\.svn\text-base\001-install.patch.s
      vn-base
852   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\patches\.svn\text-base\002-missing_netlink
      _defs.patch.svn-base
853   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\patches\.svn\text-base\003-missing_icmp_in
      et6_defs.patch.svn-base
854   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\patches\.svn\tmp\prop-base
855   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\patches\.svn\tmp\props
856   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\mrd6\patches\.svn\tmp\text-base
857   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ndisc\.svn
858   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ndisc\Makefile
859   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ndisc\patches
860   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ndisc\.svn\entries
861   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ndisc\.svn\prop-base
862   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ndisc\.svn\props
863   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ndisc\.svn\text-base
864   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ndisc\.svn\tmp
865   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ndisc\.svn\prop-base\Makefile.svn-base
866   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ndisc\.svn\text-base\Makefile.svn-base
867   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ndisc\.svn\tmp\prop-base
868   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ndisc\.svn\tmp\props
869   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ndisc\.svn\tmp\text-base
870   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ndisc\patches\.svn
871   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ndisc\patches\100-license.patch
872   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ndisc\patches\.svn\entries
873   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ndisc\patches\.svn\prop-base
874   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ndisc\patches\.svn\props
875   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ndisc\patches\.svn\text-base
876   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ndisc\patches\.svn\tmp
877   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ndisc\patches\.svn\prop-base\100-license.patch.
      svn-base
878   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ndisc\patches\.svn\text-base\100-license.patch.
      svn-base
879   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ndisc\patches\.svn\tmp\prop-base
880   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ndisc\patches\.svn\tmp\props
881   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ndisc\patches\.svn\tmp\text-base
882   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\.svn
883   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\files
884   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\Makefile
885   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\patches
886   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\.svn\entries
887   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\.svn\prop-base
888   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\.svn\props
889   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\.svn\text-base
890   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\.svn\tmp
891   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\.svn\prop-base\Makefile.svn-base
892   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\.svn\text-base\Makefile.svn-base
```

```
893    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\.svn\tmp\prop-base
894    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\.svn\tmp\props
895    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\.svn\tmp\text-base
896    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\files\.svn
897    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\files\ptrtd.init
898    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\files\.svn\entries
899    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\files\.svn\prop-base
900    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\files\.svn\props
901    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\files\.svn\text-base
902    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\files\.svn\tmp
903    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\files\.svn\prop-base\ptrtd.init.svn-base
904    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\files\.svn\text-base\ptrtd.init.svn-base
905    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\files\.svn\tmp\prop-base
906    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\files\.svn\tmp\props
907    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\files\.svn\tmp\text-base
908    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\patches\.svn
909    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\patches\100-ptrtd-0.5.2-openwrt.patch
910    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\patches\.svn\entries
911    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\patches\.svn\prop-base
912    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\patches\.svn\props
913    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\patches\.svn\text-base
914    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\patches\.svn\tmp
915    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\patches\.svn\prop-base\100-ptrtd-0.5.2-op
       enwrt.patch.svn-base
916    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\patches\.svn\text-base\100-ptrtd-0.5.2-op
       enwrt.patch.svn-base
917    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\patches\.svn\tmp\prop-base
918    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\patches\.svn\tmp\props
919    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\ptrtd\patches\.svn\tmp\text-base
920    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\.svn
921    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\files
922    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\Makefile
923    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\patches
924    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\.svn\entries
925    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\.svn\prop-base
926    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\.svn\props
927    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\.svn\text-base
928    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\.svn\tmp
929    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\.svn\prop-base\Makefile.svn-base
930    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\.svn\text-base\Makefile.svn-base
931    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\.svn\tmp\prop-base
932    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\.svn\tmp\props
933    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\.svn\tmp\text-base
934    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\files\.svn
935    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\files\radvd.config
936    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\files\radvd.init
937    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\files\.svn\entries
938    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\files\.svn\prop-base
939    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\files\.svn\props
940    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\files\.svn\text-base
941    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\files\.svn\tmp
942    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\files\.svn\prop-base\radvd.init.svn-base
943    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\files\.svn\text-base\radvd.config.svn-bas
       e
944    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\files\.svn\text-base\radvd.init.svn-base
945    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\files\.svn\tmp\prop-base
946    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\files\.svn\tmp\props
947    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\files\.svn\tmp\text-base
948    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\patches\.svn
949    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\patches\001-fix_avr32_compile
950    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\patches\002-no_libfl.patch
951    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\patches\003-linux_old_compat.patch
952    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\patches\.svn\entries
953    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\patches\.svn\prop-base
954    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\patches\.svn\props
955    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\patches\.svn\text-base
956    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\patches\.svn\tmp
957    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\patches\.svn\prop-base\002-no_libfl.patch
       .svn-base
```

```
958    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\patches\.svn\text-base\001-avr32_comp
       ile.svn-base
959    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\patches\.svn\text-base\002-no_libfl.patch
       .svn-base
960    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\patches\.svn\text-base\003-linux_old_comp
       at.patch.svn-base
961    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\patches\.svn\tmp\prop-base
962    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\patches\.svn\tmp\props
963    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\radvd\patches\.svn\tmp\text-base
964    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send\.svn
965    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send\Makefile
966    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send\patches
967    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send\.svn\entries
968    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send\.svn\prop-base
969    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send\.svn\props
970    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send\.svn\text-base
971    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send\.svn\tmp
972    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send\.svn\text-base\Makefile.svn-base
973    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send\.svn\tmp\prop-base
974    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send\.svn\tmp\props
975    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send\.svn\tmp\text-base
976    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send\patches\.svn
977    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send\patches\001-libnetfilter_queue_update.patc
       h
978    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send\patches\002-handle_max_bits_conf.patch
979    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send\patches\003-keysig_8bytes_alignment.patch
980    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send\patches\004-always_link_with_ncurses.patch
981    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send\patches\.svn\entries
982    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send\patches\.svn\prop-base
983    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send\patches\.svn\props
984    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send\patches\.svn\text-base
985    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send\patches\.svn\tmp
986    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send\patches\.svn\text-base\001-libnetfilter_qu
       eue_update.patch.svn-base
987    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send\patches\.svn\text-base\002-handle_max_bits
       _conf.patch.svn-base
988    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send\patches\.svn\text-base\003-keysig_8bytes_a
       lignment.patch.svn-base
989    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send\patches\.svn\text-base\004-always_link_wit
       h_ncurses.patch.svn-base
990    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send\patches\.svn\tmp\prop-base
991    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send\patches\.svn\tmp\props
992    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\send\patches\.svn\tmp\text-base
993    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\.svn
994    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\files
995    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\Makefile
996    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\patches
997    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\.svn\entries
998    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\.svn\prop-base
999    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\.svn\props
1000   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\.svn\text-base
1001   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\.svn\tmp
1002   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\.svn\prop-base\Makefile.svn-base
1003   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\.svn\text-base\Makefile.svn-base
1004   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\.svn\tmp\prop-base
1005   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\.svn\tmp\props
1006   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\.svn\tmp\text-base
1007   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\files\.svn
1008   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\files\totd.conf
1009   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\files\totd.init
1010   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\files\.svn\entries
1011   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\files\.svn\prop-base
1012   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\files\.svn\props
1013   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\files\.svn\text-base
1014   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\files\.svn\tmp
1015   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\files\.svn\prop-base\totd.conf.svn-base
1016   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\files\.svn\prop-base\totd.init.svn-base
1017   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\files\.svn\text-base\totd.conf.svn-base
1018   SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\files\.svn\text-base\totd.init.svn-base
```

```
1019    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\files\.svn
1020    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\files\.svn\tmp\props
1021    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\files\.svn\tmp\text-base
1022    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\patches\.svn
1023    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\patches\001-no_warning_as_errors.patch
1024    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\patches\.svn\entries
1025    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\patches\.svn\prop-base
1026    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\patches\.svn\props
1027    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\patches\.svn\text-base
1028    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\patches\.svn\tmp
1029    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\patches\.svn\prop-base\001-no_warning_as_e
        rrors.patch.svn-base
1030    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\patches\.svn\text-base\001-no_warning_as_e
        rrors.patch.svn-base
1031    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\patches\.svn\tmp\prop-base
1032    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\patches\.svn\tmp\props
1033    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\totd\patches\.svn\tmp\text-base
1034    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\tspc\.svn
1035    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\tspc\Makefile
1036    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\tspc\patches
1037    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\tspc\.svn\entries
1038    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\tspc\.svn\prop-base
1039    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\tspc\.svn\props
1040    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\tspc\.svn\text-base
1041    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\tspc\.svn\tmp
1042    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\tspc\.svn\prop-base\Makefile.svn-base
1043    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\tspc\.svn\text-base\Makefile.svn-base
1044    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\tspc\.svn\tmp\prop-base
1045    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\tspc\.svn\tmp\props
1046    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\tspc\.svn\tmp\text-base
1047    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\tspc\patches\.svn
1048    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\tspc\patches\001-debian_patches.patch
1049    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\tspc\patches\.svn\entries
1050    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\tspc\patches\.svn\prop-base
1051    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\tspc\patches\.svn\props
1052    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\tspc\patches\.svn\text-base
1053    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\tspc\patches\.svn\tmp
1054    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\tspc\patches\.svn\prop-base\001-debian_patches.
        patch.svn-base
1055    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\tspc\patches\.svn\text-base\001-debian_patches.
        patch.svn-base
1056    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\tspc\patches\.svn\tmp\prop-base
1057    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\tspc\patches\.svn\tmp\props
1058    SDK.UBNT.v5.3\openwrt\feeds\packages\ipv6\tspc\patches\.svn\tmp\text-base
1059    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\.svn
1060    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\cython
1061    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\egenix-mx
1062    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop
1063    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\gst-python
1064    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ipython
1065    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\jamvm
1066    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\kid
1067    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\logilab-astng
1068    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\logilab-common
1069    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\luaprofiler
1070    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\numpy
1071    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl
1072    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-compress-bzip2
1073    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-dbi
1074    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-parser
1075    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-tagset
1076    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-tree
1077    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-lockfile-simple
1078    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-uri
1079    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www
1080    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www-curl
1081    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear
1082    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-db
1083    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-xmlrpc
```

```
1084    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5
1085    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5
1086    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\psycopg
1087    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pybluez
1088    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pycairo
1089    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyevent
1090    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygobject
1091    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygtk
1092    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pymysql
1093    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pypcap
1094    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyserial
1095    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pysqlite
1096    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python
1097    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python-dbus
1098    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python-gnome-desktop2
1099    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyyaml
1100    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby
1101    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk
1102    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\tcl
1103    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\telepathy-python
1104    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\twisted
1105    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\urbi
1106    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\xapian-bindings
1107    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\yapsnmp
1108    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\.svn\entries
1109    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\.svn\prop-base
1110    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\.svn\props
1111    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\.svn\text-base
1112    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\.svn\tmp
1113    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\.svn\tmp\prop-base
1114    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\.svn\tmp\props
1115    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\.svn\tmp\text-base
1116    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\cython\.svn
1117    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\cython\Makefile
1118    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\cython\.svn\entries
1119    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\cython\.svn\prop-base
1120    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\cython\.svn\props
1121    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\cython\.svn\text-base
1122    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\cython\.svn\tmp
1123    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\cython\.svn\text-base\Makefile.svn-base
1124    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\cython\.svn\tmp\prop-base
1125    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\cython\.svn\tmp\props
1126    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\cython\.svn\tmp\text-base
1127    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\egenix-mx\.svn
1128    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\egenix-mx\Makefile
1129    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\egenix-mx\.svn\entries
1130    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\egenix-mx\.svn\prop-base
1131    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\egenix-mx\.svn\props
1132    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\egenix-mx\.svn\text-base
1133    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\egenix-mx\.svn\tmp
1134    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\egenix-mx\.svn\prop-base\Makefile.svn-base
1135    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\egenix-mx\.svn\text-base\Makefile.svn-base
1136    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\egenix-mx\.svn\tmp\prop-base
1137    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\egenix-mx\.svn\tmp\props
1138    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\egenix-mx\.svn\tmp\text-base
1139    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop\.svn
1140    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop\Makefile
1141    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop\patches
1142    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop\.svn\entries
1143    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop\.svn\prop-base
1144    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop\.svn\props
1145    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop\.svn\text-base
1146    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop\.svn\tmp
1147    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop\.svn\text-base\Makefile.svn-base
1148    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop\.svn\tmp\prop-base
1149    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop\.svn\tmp\props
1150    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop\.svn\tmp\text-base
1151    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop\patches\.svn
1152    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop\patches\001-makefile_in.patch
```

```
1153   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop\patches\002-eggdrop_h.patch
1154   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop\patches\003-language_c.patch
1155   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop\patches\004-main_c.patch
1156   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop\patches\.svn\entries
1157   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop\patches\.svn\prop-base
1158   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop\patches\.svn\props
1159   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop\patches\.svn\text-base
1160   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop\patches\.svn\tmp
1161   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop\patches\.svn\text-base\001-makefile_in.
       patch.svn-base
1162   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop\patches\.svn\text-base\002-eggdrop_h.pa
       tch.svn-base
1163   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop\patches\.svn\text-base\003-language_c.p
       atch.svn-base
1164   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop\patches\.svn\text-base\004-main_c.patch
       .svn-base
1165   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop\patches\.svn\tmp\prop-base
1166   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop\patches\.svn\tmp\props
1167   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\eggdrop\patches\.svn\tmp\text-base
1168   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\gst-python\.svn
1169   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\gst-python\Makefile
1170   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\gst-python\.svn\entries
1171   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\gst-python\.svn\prop-base
1172   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\gst-python\.svn\props
1173   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\gst-python\.svn\text-base
1174   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\gst-python\.svn\tmp
1175   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\gst-python\.svn\prop-base\Makefile.svn-base
1176   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\gst-python\.svn\text-base\Makefile.svn-base
1177   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\gst-python\.svn\tmp\prop-base
1178   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\gst-python\.svn\tmp\props
1179   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\gst-python\.svn\tmp\text-base
1180   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ipython\.svn
1181   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ipython\Makefile
1182   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ipython\.svn\entries
1183   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ipython\.svn\prop-base
1184   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ipython\.svn\props
1185   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ipython\.svn\text-base
1186   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ipython\.svn\tmp
1187   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ipython\.svn\text-base\Makefile.svn-base
1188   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ipython\.svn\tmp\prop-base
1189   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ipython\.svn\tmp\props
1190   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ipython\.svn\tmp\text-base
1191   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\jamvm\.svn
1192   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\jamvm\Makefile
1193   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\jamvm\patches
1194   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\jamvm\.svn\entries
1195   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\jamvm\.svn\prop-base
1196   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\jamvm\.svn\props
1197   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\jamvm\.svn\text-base
1198   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\jamvm\.svn\tmp
1199   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\jamvm\.svn\prop-base\Makefile.svn-base
1200   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\jamvm\.svn\text-base\Makefile.svn-base
1201   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\jamvm\.svn\tmp\prop-base
1202   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\jamvm\.svn\tmp\props
1203   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\jamvm\.svn\tmp\text-base
1204   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\jamvm\patches\.svn
1205   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\jamvm\patches\001-heap_size.patch
1206   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\jamvm\patches\.svn\entries
1207   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\jamvm\patches\.svn\prop-base
1208   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\jamvm\patches\.svn\props
1209   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\jamvm\patches\.svn\text-base
1210   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\jamvm\patches\.svn\tmp
1211   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\jamvm\patches\.svn\text-base\001-heap_size.patc
       h.svn-base
1212   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\jamvm\patches\.svn\tmp\prop-base
1213   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\jamvm\patches\.svn\tmp\props
1214   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\jamvm\patches\.svn\tmp\text-base
1215   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\kid\.svn
1216   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\kid\Makefile
```

```
1217    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\kid\.svn
1218    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\kid\.svn\entries
1219    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\kid\.svn\prop-base
1220    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\kid\.svn\props
1221    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\kid\.svn\text-base
1222    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\kid\.svn\tmp
1223    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\kid\.svn\prop-base\Makefile.svn-base
1224    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\kid\.svn\text-base\Makefile.svn-base
1225    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\kid\.svn\tmp\prop-base
1226    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\kid\.svn\tmp\props
1227    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\kid\.svn\tmp\text-base
1228    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\kid\patches\.svn
1229    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\kid\patches\000-setup.patch
1230    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\kid\patches\.svn\entries
1231    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\kid\patches\.svn\prop-base
1232    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\kid\patches\.svn\props
1233    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\kid\patches\.svn\text-base
1234    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\kid\patches\.svn\tmp
1235    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\kid\patches\.svn\text-base\000-setup.patch.svn-
        base
1236    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\kid\patches\.svn\tmp\prop-base
1237    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\kid\patches\.svn\tmp\props
1238    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\kid\patches\.svn\tmp\text-base
1239    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\logilab-astng\.svn
1240    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\logilab-astng\Makefile
1241    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\logilab-astng\.svn\entries
1242    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\logilab-astng\.svn\prop-base
1243    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\logilab-astng\.svn\props
1244    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\logilab-astng\.svn\text-base
1245    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\logilab-astng\.svn\tmp
1246    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\logilab-astng\.svn\text-base\Makefile.svn-base
1247    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\logilab-astng\.svn\tmp\prop-base
1248    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\logilab-astng\.svn\tmp\props
1249    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\logilab-astng\.svn\tmp\text-base
1250    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\logilab-common\.svn
1251    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\logilab-common\Makefile
1252    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\logilab-common\.svn\entries
1253    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\logilab-common\.svn\prop-base
1254    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\logilab-common\.svn\props
1255    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\logilab-common\.svn\text-base
1256    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\logilab-common\.svn\tmp
1257    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\logilab-common\.svn\text-base\Makefile.svn-base
1258    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\logilab-common\.svn\tmp\prop-base
1259    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\logilab-common\.svn\tmp\props
1260    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\logilab-common\.svn\tmp\text-base
1261    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\luaprofiler\.svn
1262    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\luaprofiler\Makefile
1263    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\luaprofiler\patches
1264    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\luaprofiler\.svn\entries
1265    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\luaprofiler\.svn\prop-base
1266    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\luaprofiler\.svn\props
1267    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\luaprofiler\.svn\text-base
1268    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\luaprofiler\.svn\tmp
1269    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\luaprofiler\.svn\text-base\Makefile.svn-base
1270    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\luaprofiler\.svn\tmp\prop-base
1271    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\luaprofiler\.svn\tmp\props
1272    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\luaprofiler\.svn\tmp\text-base
1273    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\luaprofiler\patches\.svn
1274    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\luaprofiler\patches\100-link.patch
1275    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\luaprofiler\patches\.svn\entries
1276    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\luaprofiler\patches\.svn\prop-base
1277    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\luaprofiler\patches\.svn\props
1278    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\luaprofiler\patches\.svn\text-base
1279    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\luaprofiler\patches\.svn\tmp
1280    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\luaprofiler\patches\.svn\text-base\100-link.pat
        ch.svn-base
1281    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\luaprofiler\patches\.svn\tmp\prop-base
1282    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\luaprofiler\patches\.svn\tmp\props
1283    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\luaprofiler\patches\.svn\tmp\text-base
```

```
1284   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\numpy
1285   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\numpy\Makefile
1286   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\numpy\patches
1287   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\numpy\.svn\entries
1288   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\numpy\.svn\prop-base
1289   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\numpy\.svn\props
1290   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\numpy\.svn\text-base
1291   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\numpy\.svn\tmp
1292   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\numpy\.svn\text-base\Makefile.svn-base
1293   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\numpy\.svn\tmp\prop-base
1294   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\numpy\.svn\tmp\props
1295   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\numpy\.svn\tmp\text-base
1296   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\numpy\patches\.svn
1297   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\numpy\patches\100-compile.patch
1298   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\numpy\patches\.svn\entries
1299   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\numpy\patches\.svn\prop-base
1300   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\numpy\patches\.svn\props
1301   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\numpy\patches\.svn\text-base
1302   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\numpy\patches\.svn\tmp
1303   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\numpy\patches\.svn\text-base\100-compile.patch.
       svn-base
1304   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\numpy\patches\.svn\tmp\prop-base
1305   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\numpy\patches\.svn\tmp\props
1306   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\numpy\patches\.svn\tmp\text-base
1307   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\.svn
1308   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files
1309   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\Makefile
1310   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\patches
1311   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\perlbase.mk
1312   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\perlmod.mk
1313   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\.svn\entries
1314   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\.svn\prop-base
1315   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\.svn\props
1316   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\.svn\text-base
1317   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\.svn\tmp
1318   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\.svn\prop-base\Makefile.svn-base
1319   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\.svn\text-base\Makefile.svn-base
1320   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\.svn\text-base\perlbase.mk.svn-base
1321   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\.svn\text-base\perlmod.mk.svn-base
1322   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\.svn\tmp\prop-base
1323   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\.svn\tmp\props
1324   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\.svn\tmp\text-base
1325   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\.svn
1326   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\config.sh-arm.in
1327   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\config.sh-armeb.in
1328   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\config.sh-avr32.in
1329   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\config.sh-i486.in
1330   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\config.sh-mips.in
1331   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\config.sh-mipsel.in
1332   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\config.sh-powerpc.in
1333   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\Module
1334   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\perlmod-deps.sh
1335   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\scan-perlbase.sh
1336   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\strippm.sh
1337   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\.svn\entries
1338   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\.svn\prop-base
1339   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\.svn\props
1340   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\.svn\text-base
1341   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\.svn\tmp
1342   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\.svn\prop-base\config.sh-arm.in.svn-
       base
1343   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\.svn\prop-base\config.sh-armeb.in.sv
       n-base
1344   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\.svn\prop-base\config.sh-avr32.in.sv
       n-base
1345   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\.svn\prop-base\config.sh-i486.in.svn
       -base
1346   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\.svn\prop-base\config.sh-mips.in.svn
       -base
```

```
1347   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\.svn\prop-base\config.sh-mipsel.in.s
       vn-base
1348   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\.svn\prop-base\config.sh-powerpc.in.
       svn-base
1349   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\.svn\text-base\config.sh-arm.in.svn-
       base
1350   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\.svn\text-base\config.sh-armeb.in.sv
       n-base
1351   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\.svn\text-base\config.sh-avr32.in.sv
       n-base
1352   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\.svn\text-base\config.sh-i486.in.svn
       -base
1353   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\.svn\text-base\config.sh-mips.in.svn
       -base
1354   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\.svn\text-base\config.sh-mipsel.in.s
       vn-base
1355   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\.svn\text-base\config.sh-powerpc.in.
       svn-base
1356   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\.svn\text-base\perlmod-deps.sh.svn-b
       ase
1357   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\.svn\text-base\scan-perlbase.sh.svn-
       base
1358   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\.svn\text-base\strippm.sh.svn-base
1359   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\.svn\tmp\prop-base
1360   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\.svn\tmp\props
1361   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\.svn\tmp\text-base
1362   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\Module\.svn
1363   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\Module\ScanDeps.pm
1364   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\Module\.svn\entries
1365   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\Module\.svn\prop-base
1366   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\Module\.svn\props
1367   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\Module\.svn\text-base
1368   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\Module\.svn\tmp
1369   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\Module\.svn\text-base\ScanDeps.pm.sv
       n-base
1370   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\Module\.svn\tmp\prop-base
1371   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\Module\.svn\tmp\props
1372   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\files\Module\.svn\tmp\text-base
1373   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\patches\.svn
1374   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\patches\100-static_uudmap.patch
1375   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\patches\.svn\entries
1376   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\patches\.svn\prop-base
1377   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\patches\.svn\props
1378   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\patches\.svn\text-base
1379   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\patches\.svn\tmp
1380   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\patches\.svn\text-base\100-static_uudmap.p
       atch.svn-base
1381   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\patches\.svn\tmp\prop-base
1382   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\patches\.svn\tmp\props
1383   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl\patches\.svn\tmp\text-base
1384   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-compress-bzip2\.svn
1385   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-compress-bzip2\Makefile
1386   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-compress-bzip2\.svn\entries
1387   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-compress-bzip2\.svn\prop-base
1388   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-compress-bzip2\.svn\props
1389   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-compress-bzip2\.svn\text-base
1390   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-compress-bzip2\.svn\tmp
1391   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-compress-bzip2\.svn\text-base\Makefile.svn
       -base
1392   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-compress-bzip2\.svn\tmp\prop-base
1393   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-compress-bzip2\.svn\tmp\props
1394   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-compress-bzip2\.svn\tmp\text-base
1395   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-dbi\.svn
1396   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-dbi\Makefile
1397   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-dbi\.svn\entries
1398   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-dbi\.svn\prop-base
1399   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-dbi\.svn\props
1400   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-dbi\.svn\text-base
1401   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-dbi\.svn\tmp
```

```
1402   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-dbi\.svn\tmp\text-base
1403   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-dbi\.svn\tmp\prop-base
1404   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-dbi\.svn\tmp\props
1405   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-dbi\.svn\tmp\text-base
1406   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-parser\.svn
1407   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-parser\Makefile
1408   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-parser\.svn\entries
1409   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-parser\.svn\prop-base
1410   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-parser\.svn\props
1411   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-parser\.svn\text-base
1412   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-parser\.svn\tmp
1413   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-parser\.svn\text-base\Makefile.svn-ba
       se
1414   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-parser\.svn\tmp\prop-base
1415   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-parser\.svn\tmp\props
1416   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-parser\.svn\tmp\text-base
1417   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-tagset\.svn
1418   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-tagset\Makefile
1419   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-tagset\.svn\entries
1420   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-tagset\.svn\prop-base
1421   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-tagset\.svn\props
1422   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-tagset\.svn\text-base
1423   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-tagset\.svn\tmp
1424   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-tagset\.svn\text-base\Makefile.svn-ba
       se
1425   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-tagset\.svn\tmp\prop-base
1426   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-tagset\.svn\tmp\props
1427   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-tagset\.svn\tmp\text-base
1428   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-tree\.svn
1429   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-tree\Makefile
1430   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-tree\.svn\entries
1431   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-tree\.svn\prop-base
1432   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-tree\.svn\props
1433   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-tree\.svn\text-base
1434   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-tree\.svn\tmp
1435   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-tree\.svn\text-base\Makefile.svn-base
1436   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-tree\.svn\tmp\prop-base
1437   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-tree\.svn\tmp\props
1438   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-html-tree\.svn\tmp\text-base
1439   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-lockfile-simple\.svn
1440   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-lockfile-simple\Makefile
1441   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-lockfile-simple\.svn\entries
1442   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-lockfile-simple\.svn\prop-base
1443   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-lockfile-simple\.svn\props
1444   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-lockfile-simple\.svn\text-base
1445   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-lockfile-simple\.svn\tmp
1446   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-lockfile-simple\.svn\text-base\Makefile.sv
       n-base
1447   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-lockfile-simple\.svn\tmp\prop-base
1448   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-lockfile-simple\.svn\tmp\props
1449   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-lockfile-simple\.svn\tmp\text-base
1450   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-uri\.svn
1451   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-uri\Makefile
1452   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-uri\.svn\entries
1453   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-uri\.svn\prop-base
1454   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-uri\.svn\props
1455   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-uri\.svn\text-base
1456   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-uri\.svn\tmp
1457   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-uri\.svn\text-base\Makefile.svn-base
1458   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-uri\.svn\tmp\prop-base
1459   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-uri\.svn\tmp\props
1460   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-uri\.svn\tmp\text-base
1461   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www\.svn
1462   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www\Makefile
1463   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www\.svn\entries
1464   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www\.svn\prop-base
1465   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www\.svn\props
1466   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www\.svn\text-base
1467   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www\.svn\tmp
```

```
1468    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www\.svn\tmp\text-base
1469    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www\.svn\tmp\prop-base
1470    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www\.svn\tmp\props
1471    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www\.svn\tmp\text-base
1472    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www-curl\.svn
1473    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www-curl\Makefile
1474    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www-curl\patches
1475    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www-curl\.svn\entries
1476    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www-curl\.svn\prop-base
1477    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www-curl\.svn\props
1478    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www-curl\.svn\text-base
1479    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www-curl\.svn\tmp
1480    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www-curl\.svn\text-base\Makefile.svn-base
1481    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www-curl\.svn\tmp\prop-base
1482    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www-curl\.svn\tmp\props
1483    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www-curl\.svn\tmp\text-base
1484    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www-curl\patches\.svn
1485    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www-curl\patches\100-perl-www-curl_disable
        _curl-config_hack.patch
1486    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www-curl\patches\.svn\entries
1487    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www-curl\patches\.svn\prop-base
1488    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www-curl\patches\.svn\props
1489    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www-curl\patches\.svn\text-base
1490    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www-curl\patches\.svn\tmp
1491    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www-curl\patches\.svn\text-base\100-perl-w
        ww-curl_disable_curl-config_hack.patch.svn-base
1492    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www-curl\patches\.svn\tmp\prop-base
1493    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www-curl\patches\.svn\tmp\props
1494    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\perl-www-curl\patches\.svn\tmp\text-base
1495    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear\.svn
1496    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear\Makefile
1497    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear\patches
1498    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear\.svn\entries
1499    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear\.svn\prop-base
1500    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear\.svn\props
1501    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear\.svn\text-base
1502    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear\.svn\tmp
1503    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear\.svn\prop-base\Makefile.svn-base
1504    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear\.svn\text-base\Makefile.svn-base
1505    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear\.svn\tmp\prop-base
1506    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear\.svn\tmp\props
1507    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear\.svn\tmp\text-base
1508    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear\patches\.svn
1509    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear\patches\000-remove_deprecation_message
        s.patch
1510    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear\patches\.svn\entries
1511    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear\patches\.svn\prop-base
1512    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear\patches\.svn\props
1513    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear\patches\.svn\text-base
1514    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear\patches\.svn\tmp
1515    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear\patches\.svn\text-base\000-remove_depr
        ecation_messages.patch.svn-base
1516    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear\patches\.svn\tmp\prop-base
1517    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear\patches\.svn\tmp\props
1518    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear\patches\.svn\tmp\text-base
1519    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-db\.svn
1520    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-db\Makefile
1521    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-db\patches
1522    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-db\.svn\entries
1523    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-db\.svn\prop-base
1524    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-db\.svn\props
1525    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-db\.svn\text-base
1526    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-db\.svn\tmp
1527    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-db\.svn\prop-base\Makefile.svn-base
1528    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-db\.svn\text-base\Makefile.svn-base
1529    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-db\.svn\tmp\prop-base
1530    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-db\.svn\tmp\props
1531    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-db\.svn\tmp\text-base
1532    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-db\patches\.svn
```

| | |
|---|---|
| 1533 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-db\patches\100-php5-deprecation-fixes.patch |
| 1534 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-db\patches\.svn\entries |
| 1535 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-db\patches\.svn\prop-base |
| 1536 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-db\patches\.svn\props |
| 1537 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-db\patches\.svn\text-base |
| 1538 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-db\patches\.svn\tmp |
| 1539 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-db\patches\.svn\text-base\100-php5-deprecation-fixes.patch.svn-base |
| 1540 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-db\patches\.svn\tmp\prop-base |
| 1541 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-db\patches\.svn\tmp\props |
| 1542 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-db\patches\.svn\tmp\text-base |
| 1543 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-xmlrpc\.svn |
| 1544 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-xmlrpc\Makefile |
| 1545 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-xmlrpc\.svn\entries |
| 1546 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-xmlrpc\.svn\prop-base |
| 1547 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-xmlrpc\.svn\props |
| 1548 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-xmlrpc\.svn\text-base |
| 1549 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-xmlrpc\.svn\tmp |
| 1550 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-xmlrpc\.svn\prop-base\Makefile.svn-base |
| 1551 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-xmlrpc\.svn\text-base\Makefile.svn-base |
| 1552 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-xmlrpc\.svn\tmp\prop-base |
| 1553 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-xmlrpc\.svn\tmp\props |
| 1554 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php-pear-xmlrpc\.svn\tmp\text-base |
| 1555 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\.svn |
| 1556 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\files |
| 1557 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\Makefile |
| 1558 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\patches |
| 1559 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\.svn\entries |
| 1560 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\.svn\prop-base |
| 1561 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\.svn\props |
| 1562 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\.svn\text-base |
| 1563 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\.svn\tmp |
| 1564 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\.svn\prop-base\Makefile.svn-base |
| 1565 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\.svn\text-base\Makefile.svn-base |
| 1566 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\.svn\tmp\prop-base |
| 1567 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\.svn\tmp\props |
| 1568 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\.svn\tmp\text-base |
| 1569 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\files\.svn |
| 1570 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\files\php.ini |
| 1571 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\files\php.init |
| 1572 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\files\.svn\entries |
| 1573 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\files\.svn\prop-base |
| 1574 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\files\.svn\props |
| 1575 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\files\.svn\text-base |
| 1576 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\files\.svn\tmp |
| 1577 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\files\.svn\prop-base\php.ini.svn-base |
| 1578 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\files\.svn\prop-base\php.init.svn-base |
| 1579 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\files\.svn\text-base\php.ini.svn-base |
| 1580 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\files\.svn\text-base\php.init.svn-base |
| 1581 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\files\.svn\tmp\prop-base |
| 1582 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\files\.svn\tmp\props |
| 1583 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\files\.svn\tmp\text-base |
| 1584 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\patches\.svn |
| 1585 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\patches\002-configure.patch |
| 1586 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\patches\003-dns_skipname.patch |
| 1587 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\patches\004-uts_domainname.patch |
| 1588 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\patches\100-compile_fix.patch |
| 1589 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\patches\.svn\entries |
| 1590 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\patches\.svn\prop-base |
| 1591 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\patches\.svn\props |
| 1592 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\patches\.svn\text-base |
| 1593 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\patches\.svn\tmp |
| 1594 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\patches\.svn\prop-base\002-configure.patch.svn-base |
| 1595 | SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\patches\.svn\prop-base\003-dns_skipname.patch.svn-base |

```
1596   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\patches\.svn\text-base\004-uts_domainname.
       patch.svn-base
1597   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\patches\.svn\text-base\002-configure.patch
       .svn-base
1598   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\patches\.svn\text-base\003-dns_skipname.pa
       tch.svn-base
1599   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\patches\.svn\text-base\004-uts_domainname.
       patch.svn-base
1600   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\patches\.svn\text-base\100-compile_fix.pat
       ch.svn-base
1601   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\patches\.svn\tmp\prop-base
1602   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\patches\.svn\tmp\props
1603   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php4\patches\.svn\tmp\text-base
1604   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\.svn
1605   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\files
1606   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\Makefile
1607   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\patches
1608   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\.svn\entries
1609   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\.svn\prop-base
1610   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\.svn\props
1611   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\.svn\text-base
1612   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\.svn\tmp
1613   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\.svn\prop-base\Makefile.svn-base
1614   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\.svn\text-base\Makefile.svn-base
1615   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\.svn\tmp\prop-base
1616   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\.svn\tmp\props
1617   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\.svn\tmp\text-base
1618   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\files\.svn
1619   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\files\php.ini
1620   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\files\php.init
1621   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\files\.svn\entries
1622   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\files\.svn\prop-base
1623   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\files\.svn\props
1624   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\files\.svn\text-base
1625   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\files\.svn\tmp
1626   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\files\.svn\prop-base\php.ini.svn-base
1627   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\files\.svn\prop-base\php.init.svn-base
1628   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\files\.svn\text-base\php.ini.svn-base
1629   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\files\.svn\text-base\php.init.svn-base
1630   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\files\.svn\tmp\prop-base
1631   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\files\.svn\tmp\props
1632   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\files\.svn\tmp\text-base
1633   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\patches\.svn
1634   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\patches\001-configure_cross.patch
1635   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\patches\002-uts_domainname.patch
1636   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\patches\005-APC.patch
1637   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\patches\.svn\entries
1638   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\patches\.svn\prop-base
1639   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\patches\.svn\props
1640   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\patches\.svn\text-base
1641   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\patches\.svn\tmp
1642   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\patches\.svn\prop-base\001-configure_cross
       .patch.svn-base
1643   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\patches\.svn\prop-base\002-uts_domainname.
       patch.svn-base
1644   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\patches\.svn\text-base\001-configure_cross
       .patch.svn-base
1645   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\patches\.svn\text-base\002-uts_domainname.
       patch.svn-base
1646   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\patches\.svn\text-base\005-APC.patch.svn-b
       ase
1647   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\patches\.svn\tmp\prop-base
1648   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\patches\.svn\tmp\props
1649   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\php5\patches\.svn\tmp\text-base
1650   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\psycopg\.svn
1651   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\psycopg\Makefile
1652   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\psycopg\.svn\entries
1653   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\psycopg\.svn\prop-base
1654   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\psycopg\.svn\props
```

```
1655   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\psycopg\.svn\text-base
1656   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\psycopg\.svn\tmp
1657   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\psycopg\.svn\prop-base\Makefile.svn-base
1658   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\psycopg\.svn\text-base\Makefile.svn-base
1659   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\psycopg\.svn\tmp\prop-base
1660   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\psycopg\.svn\tmp\props
1661   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\psycopg\.svn\tmp\text-base
1662   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pybluez\.svn
1663   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pybluez\Makefile
1664   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pybluez\.svn\entries
1665   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pybluez\.svn\prop-base
1666   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pybluez\.svn\props
1667   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pybluez\.svn\text-base
1668   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pybluez\.svn\tmp
1669   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pybluez\.svn\prop-base\Makefile.svn-base
1670   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pybluez\.svn\text-base\Makefile.svn-base
1671   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pybluez\.svn\tmp\prop-base
1672   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pybluez\.svn\tmp\props
1673   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pybluez\.svn\tmp\text-base
1674   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pycairo\.svn
1675   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pycairo\Makefile
1676   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pycairo\.svn\entries
1677   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pycairo\.svn\prop-base
1678   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pycairo\.svn\props
1679   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pycairo\.svn\text-base
1680   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pycairo\.svn\tmp
1681   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pycairo\.svn\prop-base\Makefile.svn-base
1682   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pycairo\.svn\text-base\Makefile.svn-base
1683   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pycairo\.svn\tmp\prop-base
1684   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pycairo\.svn\tmp\props
1685   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pycairo\.svn\tmp\text-base
1686   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyevent\.svn
1687   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyevent\Makefile
1688   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyevent\patches
1689   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyevent\.svn\entries
1690   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyevent\.svn\prop-base
1691   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyevent\.svn\props
1692   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyevent\.svn\text-base
1693   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyevent\.svn\tmp
1694   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyevent\.svn\prop-base\Makefile.svn-base
1695   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyevent\.svn\text-base\Makefile.svn-base
1696   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyevent\.svn\tmp\prop-base
1697   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyevent\.svn\tmp\props
1698   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyevent\.svn\tmp\text-base
1699   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyevent\patches\.svn
1700   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyevent\patches\000-libenevt_path_from_env.patch
1701   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyevent\patches\001-event-pyx-python25.patch
1702   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyevent\patches\.svn\entries
1703   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyevent\patches\.svn\prop-base
1704   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyevent\patches\.svn\props
1705   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyevent\patches\.svn\text-base
1706   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyevent\patches\.svn\tmp
1707   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyevent\patches\.svn\text-base\000-libenevt_path_from_env.patch.svn-base
1708   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyevent\patches\.svn\text-base\001-event-pyx-python25.patch.svn-base
1709   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyevent\patches\.svn\tmp\prop-base
1710   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyevent\patches\.svn\tmp\props
1711   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyevent\patches\.svn\tmp\text-base
1712   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygobject\.svn
1713   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygobject\Makefile
1714   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygobject\patches
1715   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygobject\.svn\entries
1716   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygobject\.svn\prop-base
1717   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygobject\.svn\props
1718   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygobject\.svn\text-base
1719   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygobject\.svn\tmp
1720   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygobject\.svn\prop-base\Makefile.svn-base
```

```
1721  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygobject\.svn\text-base
1722  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygobject\.svn\tmp\prop-base
1723  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygobject\.svn\tmp\props
1724  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygobject\.svn\tmp\text-base
1725  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygobject\patches\.svn
1726  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygobject\patches\010-binary-constants-module.p
      atch
1727  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygobject\patches\.svn\entries
1728  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygobject\patches\.svn\prop-base
1729  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygobject\patches\.svn\props
1730  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygobject\patches\.svn\text-base
1731  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygobject\patches\.svn\tmp
1732  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygobject\patches\.svn\text-base\010-binary-con
      stants-module.patch.svn-base
1733  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygobject\patches\.svn\tmp\prop-base
1734  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygobject\patches\.svn\tmp\props
1735  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygobject\patches\.svn\tmp\text-base
1736  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygtk\.svn
1737  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygtk\Makefile
1738  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygtk\patches
1739  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygtk\.svn\entries
1740  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygtk\.svn\prop-base
1741  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygtk\.svn\props
1742  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygtk\.svn\text-base
1743  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygtk\.svn\tmp
1744  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygtk\.svn\prop-base\Makefile.svn-base
1745  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygtk\.svn\text-base\Makefile.svn-base
1746  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygtk\.svn\tmp\prop-base
1747  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygtk\.svn\tmp\props
1748  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygtk\.svn\tmp\text-base
1749  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygtk\patches\.svn
1750  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygtk\patches\010-dont-override-python-include-
      dir.patch
1751  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygtk\patches\.svn\entries
1752  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygtk\patches\.svn\prop-base
1753  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygtk\patches\.svn\props
1754  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygtk\patches\.svn\text-base
1755  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygtk\patches\.svn\tmp
1756  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygtk\patches\.svn\text-base\010-dont-override-
      python-include-dir.patch.svn-base
1757  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygtk\patches\.svn\tmp\prop-base
1758  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygtk\patches\.svn\tmp\props
1759  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pygtk\patches\.svn\tmp\text-base
1760  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pymysql\.svn
1761  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pymysql\Makefile
1762  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pymysql\patches
1763  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pymysql\.svn\entries
1764  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pymysql\.svn\prop-base
1765  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pymysql\.svn\props
1766  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pymysql\.svn\text-base
1767  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pymysql\.svn\tmp
1768  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pymysql\.svn\prop-base\Makefile.svn-base
1769  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pymysql\.svn\text-base\Makefile.svn-base
1770  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pymysql\.svn\tmp\prop-base
1771  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pymysql\.svn\tmp\props
1772  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pymysql\.svn\tmp\text-base
1773  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pymysql\patches\.svn
1774  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pymysql\patches\000-setup.patch
1775  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pymysql\patches\010-threadsafe.patch
1776  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pymysql\patches\.svn\entries
1777  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pymysql\patches\.svn\prop-base
1778  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pymysql\patches\.svn\props
1779  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pymysql\patches\.svn\text-base
1780  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pymysql\patches\.svn\tmp
1781  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pymysql\patches\.svn\text-base\000-setup.patch.
      svn-base
1782  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pymysql\patches\.svn\text-base\010-threadsafe.p
      atch.svn-base
1783  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pymysql\patches\.svn\tmp\prop-base
```

```
1784  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pymysql\patches\.svn
1785  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pymysql\patches\.svn\tmp\text-base
1786  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pypcap\.svn
1787  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pypcap\Makefile
1788  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pypcap\patches
1789  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pypcap\.svn\entries
1790  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pypcap\.svn\prop-base
1791  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pypcap\.svn\props
1792  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pypcap\.svn\text-base
1793  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pypcap\.svn\tmp
1794  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pypcap\.svn\prop-base\Makefile.svn-base
1795  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pypcap\.svn\text-base\Makefile.svn-base
1796  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pypcap\.svn\tmp\prop-base
1797  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pypcap\.svn\tmp\props
1798  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pypcap\.svn\tmp\text-base
1799  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pypcap\patches\.svn
1800  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pypcap\patches\000-no_cpickle.patch
1801  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pypcap\patches\001-python2_5.patch
1802  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pypcap\patches\.svn\entries
1803  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pypcap\patches\.svn\prop-base
1804  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pypcap\patches\.svn\props
1805  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pypcap\patches\.svn\text-base
1806  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pypcap\patches\.svn\tmp
1807  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pypcap\patches\.svn\text-base\000-no_cpickle.pa
      tch.svn-base
1808  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pypcap\patches\.svn\text-base\001-python2_5.pat
      ch.svn-base
1809  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pypcap\patches\.svn\tmp\prop-base
1810  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pypcap\patches\.svn\tmp\props
1811  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pypcap\patches\.svn\tmp\text-base
1812  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyserial\.svn
1813  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyserial\Makefile
1814  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyserial\.svn\entries
1815  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyserial\.svn\prop-base
1816  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyserial\.svn\props
1817  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyserial\.svn\text-base
1818  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyserial\.svn\tmp
1819  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyserial\.svn\text-base\Makefile.svn-base
1820  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyserial\.svn\tmp\prop-base
1821  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyserial\.svn\tmp\props
1822  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyserial\.svn\tmp\text-base
1823  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pysqlite\.svn
1824  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pysqlite\files
1825  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pysqlite\Makefile
1826  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pysqlite\.svn\entries
1827  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pysqlite\.svn\prop-base
1828  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pysqlite\.svn\props
1829  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pysqlite\.svn\text-base
1830  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pysqlite\.svn\tmp
1831  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pysqlite\.svn\text-base\Makefile.svn-base
1832  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pysqlite\.svn\tmp\prop-base
1833  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pysqlite\.svn\tmp\props
1834  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pysqlite\.svn\tmp\text-base
1835  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pysqlite\files\.svn
1836  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pysqlite\files\setup.cfg.in
1837  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pysqlite\files\.svn\entries
1838  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pysqlite\files\.svn\prop-base
1839  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pysqlite\files\.svn\props
1840  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pysqlite\files\.svn\text-base
1841  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pysqlite\files\.svn\tmp
1842  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pysqlite\files\.svn\text-base\setup.cfg.in.svn-
      base
1843  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pysqlite\files\.svn\tmp\prop-base
1844  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pysqlite\files\.svn\tmp\props
1845  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pysqlite\files\.svn\tmp\text-base
1846  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\.svn
1847  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\files
1848  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\Makefile
1849  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\patches
```

```
1850   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\.svn
1851   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\.svn\prop-base
1852   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\.svn\props
1853   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\.svn\text-base
1854   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\.svn\tmp
1855   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\.svn\prop-base\Makefile.svn-base
1856   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\.svn\text-base\Makefile.svn-base
1857   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\.svn\tmp\prop-base
1858   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\.svn\tmp\props
1859   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\.svn\tmp\text-base
1860   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\files\.svn
1861   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\files\python-package.mk
1862   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\files\.svn\entries
1863   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\files\.svn\prop-base
1864   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\files\.svn\props
1865   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\files\.svn\text-base
1866   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\files\.svn\tmp
1867   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\files\.svn\prop-base\python-package.mk.svn-base
1868   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\files\.svn\text-base\python-package.mk.svn-base
1869   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\files\.svn\tmp\prop-base
1870   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\files\.svn\tmp\props
1871   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\files\.svn\tmp\text-base
1872   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\patches\.svn
1873   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\patches\000-cross-compile.patch
1874   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\patches\001-cross-compile.patch
1875   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\patches\010-disable_modules_and_ssl.patch
1876   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\patches\020-gentoo_py_dontcompile.patch
1877   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\patches\030-cant_check_files.patch
1878   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\patches\040-dont_make_pyc.patch
1879   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\patches\050-add_signal_set_wakeup_fd.patch
1880   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\patches\070-dont-clean-ipkg-install.patch
1881   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\patches\080-distutils-dont_adjust_files.patch
1882   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\patches\.svn\entries
1883   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\patches\.svn\prop-base
1884   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\patches\.svn\props
1885   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\patches\.svn\text-base
1886   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\patches\.svn\tmp
1887   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\patches\.svn\prop-base\000-cross-compile.patch.svn-base
1888   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\patches\.svn\text-base\000-cross-compile.patch.svn-base
1889   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\patches\.svn\text-base\001-cross-compile.patch.svn-base
1890   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\patches\.svn\text-base\010-disable_modules_and_ssl.patch.svn-base
1891   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\patches\.svn\text-base\020-gentoo_py_dontcompile.patch.svn-base
1892   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\patches\.svn\text-base\030-cant_check_files.patch.svn-base
1893   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\patches\.svn\text-base\040-dont_make_pyc.patch.svn-base
1894   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\patches\.svn\text-base\050-add_signal_set_wakeup_fd.patch.svn-base
1895   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\patches\.svn\text-base\070-dont-clean-ipkg-install.patch.svn-base
1896   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\patches\.svn\text-base\080-distutils-dont_adjust_files.patch.svn-base
1897   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\patches\.svn\tmp\prop-base
1898   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\patches\.svn\tmp\props
1899   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python\patches\.svn\tmp\text-base
1900   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python-dbus\.svn
1901   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python-dbus\Makefile
1902   SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python-dbus\.svn\entries
```

```
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python-dbus\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python-dbus\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python-dbus\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python-dbus\.svn\prop-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python-dbus\.svn\text-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python-dbus\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python-dbus\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python-dbus\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python-gnome-desktop2\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python-gnome-desktop2\Makefile
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python-gnome-desktop2\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python-gnome-desktop2\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python-gnome-desktop2\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python-gnome-desktop2\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python-gnome-desktop2\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python-gnome-desktop2\.svn\prop-base\Makefile.s
vn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python-gnome-desktop2\.svn\text-base\Makefile.s
vn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python-gnome-desktop2\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python-gnome-desktop2\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\python-gnome-desktop2\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyyaml\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyyaml\Makefile
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyyaml\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyyaml\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyyaml\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyyaml\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyyaml\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyyaml\.svn\text-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyyaml\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyyaml\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\pyyaml\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\Makefile
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\patches
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\.svn\prop-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\.svn\text-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\patches\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\patches\100-Makefile-in.patch
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\patches\200-fileutils.rb.patch
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\patches\300-http_bufsize.patch
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\patches\400-uClibc_stdio.patch
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\patches\500-openssl_missing.patch
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\patches\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\patches\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\patches\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\patches\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\patches\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\patches\.svn\text-base\100-Makefile-in.pat
ch.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\patches\.svn\text-base\200-fileutils.rb.pa
tch.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\patches\.svn\text-base\300-http_bufsize.pa
tch.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\patches\.svn\text-base\400-uClibc_stdio.pa
tch.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\patches\.svn\text-base\500-openssl_missing
.patch.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\patches\.svn\tmp\prop-base
```

```
1965    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\patches\.svn\tmp\text-base
1966    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\ruby\patches\.svn\tmp\text-base
1967    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\.svn
1968    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\files
1969    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\Makefile
1970    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\patches
1971    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\.svn\entries
1972    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\.svn\prop-base
1973    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\.svn\props
1974    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\.svn\text-base
1975    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\.svn\tmp
1976    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\.svn\prop-base\Makefile.svn-base
1977    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\.svn\text-base\Makefile.svn-base
1978    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\.svn\tmp\prop-base
1979    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\.svn\tmp\props
1980    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\.svn\tmp\text-base
1981    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\files\.svn
1982    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\files\HelloWorld.java
1983    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\files\mini.classlist
1984    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\files\.svn\entries
1985    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\files\.svn\prop-base
1986    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\files\.svn\props
1987    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\files\.svn\text-base
1988    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\files\.svn\tmp
1989    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\files\.svn\prop-base\mini.classlist
        .svn-base
1990    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\files\.svn\text-base\HelloWorld.jav
        a.svn-base
1991    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\files\.svn\text-base\mini.classlist
        .svn-base
1992    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\files\.svn\tmp\prop-base
1993    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\files\.svn\tmp\props
1994    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\files\.svn\tmp\text-base
1995    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\patches\.svn
1996    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\patches\001-heap_size.patch
1997    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\patches\.svn\entries
1998    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\patches\.svn\prop-base
1999    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\patches\.svn\props
2000    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\patches\.svn\text-base
2001    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\patches\.svn\tmp
2002    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\patches\.svn\prop-base\001-heap_siz
        e.patch.svn-base
2003    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\patches\.svn\text-base\001-heap_siz
        e.patch.svn-base
2004    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\patches\.svn\tmp\prop-base
2005    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\patches\.svn\tmp\props
2006    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\sablevm-sdk\patches\.svn\tmp\text-base
2007    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\tcl\.svn
2008    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\tcl\Makefile
2009    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\tcl\patches
2010    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\tcl\.svn\entries
2011    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\tcl\.svn\prop-base
2012    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\tcl\.svn\props
2013    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\tcl\.svn\text-base
2014    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\tcl\.svn\tmp
2015    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\tcl\.svn\text-base\Makefile.svn-base
2016    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\tcl\.svn\tmp\prop-base
2017    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\tcl\.svn\tmp\props
2018    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\tcl\.svn\tmp\text-base
2019    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\tcl\patches\.svn
2020    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\tcl\patches\001-configure_in.patch
2021    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\tcl\patches\002-strstr.patch
2022    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\tcl\patches\.svn\entries
2023    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\tcl\patches\.svn\prop-base
2024    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\tcl\patches\.svn\props
2025    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\tcl\patches\.svn\text-base
2026    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\tcl\patches\.svn\tmp
2027    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\tcl\patches\.svn\text-base\001-configure_in.pat
        ch.svn-base
```

```
2028    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\tcl\patches\.svn\text-base\patch.svn
        -base
2029    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\tcl\patches\.svn\tmp\prop-base
2030    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\tcl\patches\.svn\tmp\props
2031    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\tcl\patches\.svn\tmp\text-base
2032    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\telepathy-python\.svn
2033    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\telepathy-python\Makefile
2034    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\telepathy-python\.svn\entries
2035    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\telepathy-python\.svn\prop-base
2036    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\telepathy-python\.svn\props
2037    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\telepathy-python\.svn\text-base
2038    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\telepathy-python\.svn\tmp
2039    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\telepathy-python\.svn\prop-base\Makefile.svn-ba
        se
2040    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\telepathy-python\.svn\text-base\Makefile.svn-ba
        se
2041    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\telepathy-python\.svn\tmp\prop-base
2042    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\telepathy-python\.svn\tmp\props
2043    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\telepathy-python\.svn\tmp\text-base
2044    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\twisted\.svn
2045    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\twisted\Makefile
2046    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\twisted\patches
2047    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\twisted\.svn\entries
2048    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\twisted\.svn\prop-base
2049    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\twisted\.svn\props
2050    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\twisted\.svn\text-base
2051    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\twisted\.svn\tmp
2052    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\twisted\.svn\prop-base\Makefile.svn-base
2053    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\twisted\.svn\text-base\Makefile.svn-base
2054    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\twisted\.svn\tmp\prop-base
2055    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\twisted\.svn\tmp\props
2056    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\twisted\.svn\tmp\text-base
2057    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\twisted\patches\.svn
2058    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\twisted\patches\000-select-submodules.patch
2059    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\twisted\patches\001-dont_use_zope.patch
2060    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\twisted\patches\.svn\entries
2061    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\twisted\patches\.svn\prop-base
2062    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\twisted\patches\.svn\props
2063    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\twisted\patches\.svn\text-base
2064    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\twisted\patches\.svn\tmp
2065    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\twisted\patches\.svn\text-base\000-select_submo
        dules.patch.svn-base
2066    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\twisted\patches\.svn\text-base\001-dont_use_zop
        e.patch.svn-base
2067    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\twisted\patches\.svn\tmp\prop-base
2068    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\twisted\patches\.svn\tmp\props
2069    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\twisted\patches\.svn\tmp\text-base
2070    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\urbi\.svn
2071    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\urbi\Makefile
2072    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\urbi\patches
2073    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\urbi\.svn\entries
2074    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\urbi\.svn\prop-base
2075    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\urbi\.svn\props
2076    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\urbi\.svn\text-base
2077    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\urbi\.svn\tmp
2078    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\urbi\.svn\text-base\Makefile.svn-base
2079    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\urbi\.svn\tmp\prop-base
2080    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\urbi\.svn\tmp\props
2081    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\urbi\.svn\tmp\text-base
2082    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\urbi\patches\.svn
2083    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\urbi\patches\001-no_examples.patch
2084    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\urbi\patches\.svn\entries
2085    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\urbi\patches\.svn\prop-base
2086    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\urbi\patches\.svn\props
2087    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\urbi\patches\.svn\text-base
2088    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\urbi\patches\.svn\tmp
2089    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\urbi\patches\.svn\text-base\001-no_examples.pat
        ch.svn-base
2090    SDK.UBNT.v5.3\openwrt\feeds\packages\lang\urbi\patches\.svn\tmp\prop-base
```

```
2091  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\urbi\patches\.svn\tmp\text-base
2092  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\urbi\patches\.svn\tmp\text-base
2093  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\xapian-bindings\.svn
2094  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\xapian-bindings\Makefile
2095  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\xapian-bindings\patches
2096  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\xapian-bindings\.svn\entries
2097  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\xapian-bindings\.svn\prop-base
2098  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\xapian-bindings\.svn\props
2099  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\xapian-bindings\.svn\text-base
2100  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\xapian-bindings\.svn\tmp
2101  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\xapian-bindings\.svn\prop-base\Makefile.svn-base
2102  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\xapian-bindings\.svn\text-base\Makefile.svn-base
2103  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\xapian-bindings\.svn\tmp\prop-base
2104  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\xapian-bindings\.svn\tmp\props
2105  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\xapian-bindings\.svn\tmp\text-base
2106  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\xapian-bindings\patches\.svn
2107  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\xapian-bindings\patches\010-build.patch
2108  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\xapian-bindings\patches\.svn\entries
2109  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\xapian-bindings\patches\.svn\prop-base
2110  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\xapian-bindings\patches\.svn\props
2111  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\xapian-bindings\patches\.svn\text-base
2112  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\xapian-bindings\patches\.svn\tmp
2113  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\xapian-bindings\patches\.svn\text-base\010-build.patch.svn-base
2114  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\xapian-bindings\patches\.svn\tmp\prop-base
2115  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\xapian-bindings\patches\.svn\tmp\props
2116  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\xapian-bindings\patches\.svn\tmp\text-base
2117  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\yapsnmp\.svn
2118  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\yapsnmp\Makefile
2119  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\yapsnmp\patches
2120  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\yapsnmp\.svn\entries
2121  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\yapsnmp\.svn\prop-base
2122  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\yapsnmp\.svn\props
2123  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\yapsnmp\.svn\text-base
2124  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\yapsnmp\.svn\tmp
2125  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\yapsnmp\.svn\prop-base\Makefile.svn-base
2126  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\yapsnmp\.svn\text-base\Makefile.svn-base
2127  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\yapsnmp\.svn\tmp\prop-base
2128  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\yapsnmp\.svn\tmp\props
2129  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\yapsnmp\.svn\tmp\text-base
2130  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\yapsnmp\patches\.svn
2131  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\yapsnmp\patches\000-compile_fix.patch
2132  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\yapsnmp\patches\.svn\entries
2133  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\yapsnmp\patches\.svn\prop-base
2134  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\yapsnmp\patches\.svn\props
2135  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\yapsnmp\patches\.svn\text-base
2136  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\yapsnmp\patches\.svn\tmp
2137  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\yapsnmp\patches\.svn\text-base\000-compile_fix.patch.svn-base
2138  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\yapsnmp\patches\.svn\tmp\prop-base
2139  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\yapsnmp\patches\.svn\tmp\props
2140  SDK.UBNT.v5.3\openwrt\feeds\packages\lang\yapsnmp\patches\.svn\tmp\text-base
2141  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\.svn
2142  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib
2143  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\apr
2144  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\apr-util
2145  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argp-standalone
2146  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argtable
2147  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi
2148  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls
2149  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\bluez-libs
2150  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib
2151  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\check
2152  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver
2153  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clinkc
2154  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\confuse
2155  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl
```

```
2156    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyrus-sasl
2157    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyrus-sasl
2158    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\db
2159    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\dbus-glib
2160    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\expat
2161    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml
2162    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\faad2
2163    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fcgi
2164    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fftw3
2165    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\file
2166    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\flac
2167    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\freetype
2168    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gd
2169    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gdbm
2170    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext
2171    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\giflib
2172    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib
2173    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib2
2174    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gmp
2175    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls
2176    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsl
2177    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsm
2178    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl
2179    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\id3lib
2180    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\iksemel
2181    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\jpeg
2182    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\keynote
2183    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaio
2184    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libamsel
2185    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libao
2186    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libart
2187    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libatomicops
2188    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaudiofile
2189    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libcli
2190    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libconfig
2191    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libcroco
2192    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdaemon
2193    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdbi
2194    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdlna
2195    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet
2196    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdvbpsi4
2197    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libelf
2198    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libevent
2199    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libexif
2200    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libffi
2201    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libffi-sable
2202    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgcrypt
2203    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgpg-error
2204    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgphoto2
2205    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgssapi
2206    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libiconv
2207    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libid3tag
2208    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libIDL2
2209    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libidn
2210    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libinklevel
2211    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libjson-c
2212    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmad
2213    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmcrypt
2214    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmpcdec
2215    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmpd
2216    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.0.x
2217    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.1.x
2218    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-conntrack
2219    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-log
2220    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-queue
2221    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfnetlink
2222    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfsidmap
2223    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnids
2224    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnotimpl
```

```
2225    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\liboil
2226    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libol
2227    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libosip2
2228    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam
2229    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpfm
2230    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng
2231    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpthread-stubs
2232    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libptmalloc3
2233    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\librpcsecgss
2234    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\librsync
2235    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsamplerate
2236    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout
2237    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsigc++
2238    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsndfile
2239    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libspe2
2240    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsynce
2241    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtasn1
2242    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtheora
2243    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtorrent
2244    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtwin
2245    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libupnp
2246    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libusb
2247    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libvorbis
2248    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libvorbisidec
2249    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxapian
2250    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxml2
2251    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxslt
2252    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libyaml
2253    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\lzo
2254    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl
2255    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\mysql
2256    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\neon
2257    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp
2258    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\nmeap
2259    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opal
2260    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opencdk
2261    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openh323
2262    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openldap
2263    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ossp-js
2264    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pcre
2265    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\popt
2266    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql
2267    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pthsem
2268    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ptlib
2269    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pwlib
2270    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\radiusclient-ng
2271    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\rrdtool-1.0.x
2272    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\serdisplib
2273    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\speex
2274    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\sqlite2
2275    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\sqlite3
2276    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\st2205tool
2277    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\taglib
2278    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tcp_wrappers
2279    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff
2280    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++
2281    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl
2282    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\wnck
2283    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\wxbase
2284    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\xyssl
2285    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel
2286    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x
2287    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\.svn\entries
2288    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\.svn\prop-base
2289    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\.svn\props
2290    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\.svn\text-base
2291    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\.svn\tmp
2292    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\.svn\tmp\prop-base
```

```
2294    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\.svn\tmp\text-base
2295    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\.svn\tmp\text-base
2296    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib\.svn
2297    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib\Makefile
2298    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib\patches
2299    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib\.svn\entries
2300    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib\.svn\prop-base
2301    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib\.svn\props
2302    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib\.svn\text-base
2303    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib\.svn\tmp
2304    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib\.svn\prop-base\Makefile.svn-base
2305    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib\.svn\text-base\Makefile.svn-base
2306    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib\.svn\tmp\prop-base
2307    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib\.svn\tmp\props
2308    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib\.svn\tmp\text-base
2309    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib\patches\.svn
2310    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib\patches\001-link_fix.patch
2311    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib\patches\100-fix-with-softfloat.patch
2312    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib\patches\101-add-ldl-to-mixer-simple.pa
        tch
2313    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib\patches\.svn\entries
2314    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib\patches\.svn\prop-base
2315    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib\patches\.svn\props
2316    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib\patches\.svn\text-base
2317    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib\patches\.svn\tmp
2318    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib\patches\.svn\prop-base\001-link_fix.pa
        tch.svn-base
2319    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib\patches\.svn\text-base\001-link_fix.pa
        tch.svn-base
2320    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib\patches\.svn\text-base\100-fix-with-so
        ftfloat.patch.svn-base
2321    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib\patches\.svn\text-base\101-add-ldl-to-
        mixer-simple.patch.svn-base
2322    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib\patches\.svn\tmp\prop-base
2323    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib\patches\.svn\tmp\props
2324    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\alsa-lib\patches\.svn\tmp\text-base
2325    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\apr\.svn
2326    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\apr\Makefile
2327    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\apr\.svn\entries
2328    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\apr\.svn\prop-base
2329    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\apr\.svn\props
2330    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\apr\.svn\text-base
2331    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\apr\.svn\tmp
2332    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\apr\.svn\prop-base\Makefile.svn-base
2333    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\apr\.svn\text-base\Makefile.svn-base
2334    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\apr\.svn\tmp\prop-base
2335    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\apr\.svn\tmp\props
2336    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\apr\.svn\tmp\text-base
2337    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\apr-util\.svn
2338    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\apr-util\Makefile
2339    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\apr-util\.svn\entries
2340    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\apr-util\.svn\prop-base
2341    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\apr-util\.svn\props
2342    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\apr-util\.svn\text-base
2343    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\apr-util\.svn\tmp
2344    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\apr-util\.svn\prop-base\Makefile.svn-base
2345    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\apr-util\.svn\text-base\Makefile.svn-base
2346    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\apr-util\.svn\tmp\prop-base
2347    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\apr-util\.svn\tmp\props
2348    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\apr-util\.svn\tmp\text-base
2349    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argp-standalone\.svn
2350    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argp-standalone\Makefile
2351    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argp-standalone\patches
2352    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argp-standalone\.svn\entries
2353    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argp-standalone\.svn\prop-base
2354    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argp-standalone\.svn\props
2355    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argp-standalone\.svn\text-base
2356    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argp-standalone\.svn\tmp
2357    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argp-standalone\.svn\text-base\Makefile.svn-bas
```

```
2358   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argp-standalone\.svn\tmp\prop-base
2359   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argp-standalone\.svn\tmp\props
2360   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argp-standalone\.svn\tmp\text-base
2361   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argp-standalone\patches\.svn
2362   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argp-standalone\patches\001-throw-in-funcdef.pa
       tch
2363   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argp-standalone\patches\.svn\entries
2364   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argp-standalone\patches\.svn\prop-base
2365   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argp-standalone\patches\.svn\props
2366   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argp-standalone\patches\.svn\text-base
2367   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argp-standalone\patches\.svn\tmp
2368   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argp-standalone\patches\.svn\text-base\001-thro
       w-in-funcdef.patch.svn-base
2369   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argp-standalone\patches\.svn\tmp\prop-base
2370   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argp-standalone\patches\.svn\tmp\props
2371   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argp-standalone\patches\.svn\tmp\text-base
2372   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argtable\.svn
2373   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argtable\Makefile
2374   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argtable\.svn\entries
2375   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argtable\.svn\prop-base
2376   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argtable\.svn\props
2377   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argtable\.svn\text-base
2378   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argtable\.svn\tmp
2379   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argtable\.svn\text-base\Makefile.svn-base
2380   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argtable\.svn\tmp\prop-base
2381   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argtable\.svn\tmp\props
2382   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\argtable\.svn\tmp\text-base
2383   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\.svn
2384   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\files
2385   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\Makefile
2386   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\patches
2387   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\.svn\entries
2388   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\.svn\prop-base
2389   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\.svn\props
2390   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\.svn\text-base
2391   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\.svn\tmp
2392   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\.svn\prop-base\Makefile.svn-base
2393   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\.svn\text-base\Makefile.svn-base
2394   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\.svn\tmp\prop-base
2395   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\.svn\tmp\props
2396   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\.svn\tmp\text-base
2397   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\files\.svn
2398   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\files\avahi-daemon.conf
2399   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\files\avahi-daemon.init
2400   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\files\service-http
2401   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\files\service-ssh
2402   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\files\.svn\entries
2403   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\files\.svn\prop-base
2404   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\files\.svn\props
2405   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\files\.svn\text-base
2406   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\files\.svn\tmp
2407   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\files\.svn\prop-base\avahi-daemon.conf.sv
       n-base
2408   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\files\.svn\prop-base\avahi-daemon.init.sv
       n-base
2409   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\files\.svn\prop-base\service-http.svn-bas
       e
2410   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\files\.svn\prop-base\service-ssh.svn-base
2411   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\files\.svn\text-base\avahi-daemon.conf.sv
       n-base
2412   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\files\.svn\text-base\avahi-daemon.init.sv
       n-base
2413   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\files\.svn\text-base\service-http.svn-bas
       e
2414   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\files\.svn\text-base\service-ssh.svn-base
2415   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\files\.svn\tmp\prop-base
2416   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\files\.svn\tmp\props
2417   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\files\.svn\tmp\text-base
```

```
2418  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\patches\.svn
2419  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\patches\010-fix-pkgconfig-file.patch
2420  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\patches\.svn\entries
2421  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\patches\.svn\prop-base
2422  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\patches\.svn\props
2423  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\patches\.svn\text-base
2424  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\patches\.svn\tmp
2425  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\patches\.svn\text-base\010-fix-pkgconfig-
      file.patch.svn-base
2426  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\patches\.svn\tmp\prop-base
2427  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\patches\.svn\tmp\props
2428  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\avahi\patches\.svn\tmp\text-base
2429  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\.svn
2430  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\files
2431  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\Makefile
2432  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\patches
2433  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\.svn\entries
2434  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\.svn\prop-base
2435  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\.svn\props
2436  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\.svn\text-base
2437  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\.svn\tmp
2438  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\.svn\prop-base\Makefile.svn-base
2439  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\.svn\text-base\Makefile.svn-base
2440  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\.svn\tmp\prop-base
2441  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\.svn\tmp\props
2442  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\.svn\tmp\text-base
2443  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\files\.svn
2444  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\files\config
2445  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\files\.svn\entries
2446  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\files\.svn\prop-base
2447  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\files\.svn\props
2448  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\files\.svn\text-base
2449  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\files\.svn\tmp
2450  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\files\.svn\prop-base\config.svn-base
2451  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\files\.svn\text-base\config.svn-base
2452  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\files\.svn\tmp\prop-base
2453  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\files\.svn\tmp\props
2454  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\files\.svn\tmp\text-base
2455  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\patches\.svn
2456  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\patches\001-opt_flags.patch
2457  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\patches\002-strip.patch
2458  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\patches\.svn\entries
2459  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\patches\.svn\prop-base
2460  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\patches\.svn\props
2461  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\patches\.svn\text-base
2462  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\patches\.svn\tmp
2463  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\patches\.svn\prop-base\001-opt_flags.patc
      h.svn-base
2464  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\patches\.svn\prop-base\002-strip.patch.sv
      n-base
2465  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\patches\.svn\text-base\001-opt_flags.patc
      h.svn-base
2466  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\patches\.svn\text-base\002-strip.patch.sv
      n-base
2467  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\patches\.svn\tmp\prop-base
2468  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\patches\.svn\tmp\props
2469  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\axtls\patches\.svn\tmp\text-base
2470  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\bluez-libs\.svn
2471  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\bluez-libs\Makefile
2472  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\bluez-libs\patches
2473  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\bluez-libs\.svn\entries
2474  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\bluez-libs\.svn\prop-base
2475  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\bluez-libs\.svn\props
2476  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\bluez-libs\.svn\text-base
2477  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\bluez-libs\.svn\tmp
2478  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\bluez-libs\.svn\prop-base\Makefile.svn-base
2479  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\bluez-libs\.svn\text-base\Makefile.svn-base
2480  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\bluez-libs\.svn\tmp\prop-base
2481  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\bluez-libs\.svn\tmp\props
```

```
2482  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\bluez-libs\patches\.svn
2483  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\bluez-libs\patches\.svn
2484  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\bluez-libs\patches\010-dont-override-libdir.pat
      ch
2485  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\bluez-libs\patches\.svn\entries
2486  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\bluez-libs\patches\.svn\prop-base
2487  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\bluez-libs\patches\.svn\props
2488  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\bluez-libs\patches\.svn\text-base
2489  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\bluez-libs\patches\.svn\tmp
2490  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\bluez-libs\patches\.svn\text-base\010-dont-over
      ride-libdir.patch.svn-base
2491  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\bluez-libs\patches\.svn\tmp\prop-base
2492  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\bluez-libs\patches\.svn\tmp\props
2493  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\bluez-libs\patches\.svn\tmp\text-base
2494  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\.svn
2495  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\Makefile
2496  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\patches
2497  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\.svn\entries
2498  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\.svn\prop-base
2499  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\.svn\props
2500  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\.svn\text-base
2501  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\.svn\tmp
2502  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\.svn\prop-base\Makefile.svn-base
2503  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\.svn\text-base\Makefile.svn-base
2504  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\.svn\tmp\prop-base
2505  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\.svn\tmp\props
2506  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\.svn\tmp\text-base
2507  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\patches\.svn
2508  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\patches\100-shared_lib.patch
2509  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\patches\200-cgitest_bugfix.patch
2510  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\patches\300-cpp_bugfix.patch
2511  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\patches\.svn\entries
2512  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\patches\.svn\prop-base
2513  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\patches\.svn\props
2514  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\patches\.svn\text-base
2515  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\patches\.svn\tmp
2516  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\patches\.svn\prop-base\100-shared_lib.pa
      tch.svn-base
2517  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\patches\.svn\prop-base\200-cgitest_bugfi
      x.patch.svn-base
2518  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\patches\.svn\text-base\100-shared_lib.pa
      tch.svn-base
2519  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\patches\.svn\text-base\200-cgitest_bugfi
      x.patch.svn-base
2520  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\patches\.svn\text-base\300-cpp_bugfix.pa
      tch.svn-base
2521  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\patches\.svn\tmp\prop-base
2522  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\patches\.svn\tmp\props
2523  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cgilib\patches\.svn\tmp\text-base
2524  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\check\.svn
2525  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\check\Makefile
2526  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\check\.svn\entries
2527  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\check\.svn\prop-base
2528  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\check\.svn\props
2529  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\check\.svn\text-base
2530  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\check\.svn\tmp
2531  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\check\.svn\text-base\Makefile.svn-base
2532  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\check\.svn\tmp\prop-base
2533  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\check\.svn\tmp\props
2534  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\check\.svn\tmp\text-base
2535  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\.svn
2536  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\Makefile
2537  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\patches
2538  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\.svn\entries
2539  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\.svn\prop-base
2540  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\.svn\props
2541  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\.svn\text-base
2542  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\.svn\tmp
2543  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\.svn\text-base\Makefile.svn-base
```

```
2544  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\.svn
2545  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\.svn\tmp\props
2546  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\.svn\tmp\text-base
2547  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\patches\.svn
2548  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\patches\001-gcc-vs-dollar-cc.patch
2549  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\patches\003-disable-tests.patch
2550  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\patches\100-remove_warnings.patch
2551  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\patches\101-fix_content_type_ff3.pa
      tch
2552  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\patches\102-add_x_requested_http_he
      aders.patch
2553  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\patches\.svn\entries
2554  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\patches\.svn\prop-base
2555  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\patches\.svn\props
2556  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\patches\.svn\text-base
2557  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\patches\.svn\tmp
2558  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\patches\.svn\text-base\001-gcc-vs-d
      ollar-cc.patch.svn-base
2559  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\patches\.svn\text-base\003-disable-
      tests.patch.svn-base
2560  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\patches\.svn\text-base\100-remove_w
      arnings.patch.svn-base
2561  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\patches\.svn\text-base\101-fix_cont
      ent_type_ff3.patch.svn-base
2562  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\patches\.svn\text-base\102-add_x_re
      quested_http_headers.patch.svn-base
2563  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\patches\.svn\tmp\prop-base
2564  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\patches\.svn\tmp\props
2565  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clearsilver\patches\.svn\tmp\text-base
2566  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clinkc\.svn
2567  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clinkc\Makefile
2568  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clinkc\.svn\entries
2569  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clinkc\.svn\prop-base
2570  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clinkc\.svn\props
2571  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clinkc\.svn\text-base
2572  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clinkc\.svn\tmp
2573  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clinkc\.svn\prop-base\Makefile.svn-base
2574  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clinkc\.svn\text-base\Makefile.svn-base
2575  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clinkc\.svn\tmp\prop-base
2576  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clinkc\.svn\tmp\props
2577  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\clinkc\.svn\tmp\text-base
2578  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\confuse\.svn
2579  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\confuse\Makefile
2580  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\confuse\patches
2581  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\confuse\.svn\entries
2582  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\confuse\.svn\prop-base
2583  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\confuse\.svn\props
2584  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\confuse\.svn\text-base
2585  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\confuse\.svn\tmp
2586  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\confuse\.svn\text-base\Makefile.svn-base
2587  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\confuse\.svn\tmp\prop-base
2588  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\confuse\.svn\tmp\props
2589  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\confuse\.svn\tmp\text-base
2590  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\confuse\patches\.svn
2591  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\confuse\patches\001-fix_avr32_compile
2592  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\confuse\patches\.svn\entries
2593  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\confuse\patches\.svn\prop-base
2594  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\confuse\patches\.svn\props
2595  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\confuse\patches\.svn\text-base
2596  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\confuse\patches\.svn\tmp
2597  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\confuse\patches\.svn\text-base\001-fix_avr32_co
      mpile.svn-base
2598  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\confuse\patches\.svn\tmp\prop-base
2599  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\confuse\patches\.svn\tmp\props
2600  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\confuse\patches\.svn\tmp\text-base
2601  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\.svn
2602  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\Makefile
2603  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\patches
2604  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\.svn\dir-prop-base
```

```
2605  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\.svn\prop-base
2606  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\.svn\prop-base
2607  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\.svn\props
2608  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\.svn\text-base
2609  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\.svn\tmp
2610  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\.svn\prop-base\Makefile.svn-base
2611  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\.svn\text-base\Makefile.svn-base
2612  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\.svn\tmp\prop-base
2613  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\.svn\tmp\props
2614  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\.svn\tmp\text-base
2615  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\patches\.svn
2616  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\patches\100-cross_compile.patch
2617  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\patches\200-no_docs_tests.patch
2618  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\patches\510-no_sslv2.patch
2619  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\patches\901-cve-2009-2417.patch
2620  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\patches\.svn\entries
2621  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\patches\.svn\prop-base
2622  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\patches\.svn\props
2623  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\patches\.svn\text-base
2624  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\patches\.svn\tmp
2625  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\patches\.svn\prop-base\510-no_sslv2.patch.
      svn-base
2626  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\patches\.svn\text-base\100-cross_compile.p
      atch.svn-base
2627  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\patches\.svn\text-base\200-no_docs_tests.p
      atch.svn-base
2628  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\patches\.svn\text-base\510-no_sslv2.patch.
      svn-base
2629  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\patches\.svn\text-base\901-cve-2009-2417.p
      atch.svn-base
2630  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\patches\.svn\tmp\prop-base
2631  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\patches\.svn\tmp\props
2632  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\curl\patches\.svn\tmp\text-base
2633  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyassl\.svn
2634  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyassl\Makefile
2635  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyassl\patches
2636  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyassl\.svn\entries
2637  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyassl\.svn\prop-base
2638  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyassl\.svn\props
2639  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyassl\.svn\text-base
2640  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyassl\.svn\tmp
2641  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyassl\.svn\text-base\Makefile.svn-base
2642  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyassl\.svn\tmp\prop-base
2643  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyassl\.svn\tmp\props
2644  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyassl\.svn\tmp\text-base
2645  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyassl\patches\.svn
2646  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyassl\patches\001-fix_buffer_overflow.patch
2647  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyassl\patches\.svn\entries
2648  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyassl\patches\.svn\prop-base
2649  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyassl\patches\.svn\props
2650  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyassl\patches\.svn\text-base
2651  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyassl\patches\.svn\tmp
2652  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyassl\patches\.svn\text-base\001-fix_buffer_ov
      erflow.patch.svn-base
2653  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyassl\patches\.svn\tmp\prop-base
2654  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyassl\patches\.svn\tmp\props
2655  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyassl\patches\.svn\tmp\text-base
2656  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyrus-sasl\.svn
2657  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyrus-sasl\Makefile
2658  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyrus-sasl\patches
2659  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyrus-sasl\.svn\entries
2660  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyrus-sasl\.svn\prop-base
2661  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyrus-sasl\.svn\props
2662  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyrus-sasl\.svn\text-base
2663  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyrus-sasl\.svn\tmp
2664  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyrus-sasl\.svn\prop-base\Makefile.svn-base
2665  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyrus-sasl\.svn\text-base\Makefile.svn-base
2666  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyrus-sasl\.svn\tmp\prop-base
2667  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyrus-sasl\.svn\tmp\props
```

```
2668    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyrus-sasl\patches
2669    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyrus-sasl\patches\.svn
2670    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyrus-sasl\patches\001-cyrus_sasl_gcc4.patch
2671    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyrus-sasl\patches\200-fix_avr32_compile
2672    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyrus-sasl\patches\.svn\entries
2673    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyrus-sasl\patches\.svn\prop-base
2674    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyrus-sasl\patches\.svn\props
2675    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyrus-sasl\patches\.svn\text-base
2676    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyrus-sasl\patches\.svn\tmp
2677    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyrus-sasl\patches\.svn\prop-base\001-cyrus_sas
        l_gcc4.patch.svn-base
2678    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyrus-sasl\patches\.svn\text-base\001-cyrus_sas
        l_gcc4.patch.svn-base
2679    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyrus-sasl\patches\.svn\text-base\200-fix_avr32
        _compile.svn-base
2680    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyrus-sasl\patches\.svn\tmp\prop-base
2681    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyrus-sasl\patches\.svn\tmp\props
2682    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\cyrus-sasl\patches\.svn\tmp\text-base
2683    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\db\.svn
2684    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\db\Makefile
2685    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\db\patches
2686    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\db\.svn\entries
2687    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\db\.svn\prop-base
2688    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\db\.svn\props
2689    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\db\.svn\text-base
2690    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\db\.svn\tmp
2691    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\db\.svn\prop-base\Makefile.svn-base
2692    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\db\.svn\text-base\Makefile.svn-base
2693    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\db\.svn\tmp\prop-base
2694    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\db\.svn\tmp\props
2695    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\db\.svn\tmp\text-base
2696    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\db\patches\.svn
2697    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\db\patches\001-avr32_compile.patch
2698    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\db\patches\.svn\entries
2699    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\db\patches\.svn\prop-base
2700    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\db\patches\.svn\props
2701    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\db\patches\.svn\text-base
2702    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\db\patches\.svn\tmp
2703    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\db\patches\.svn\text-base\001-avr32_compile.pat
        ch.svn-base
2704    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\db\patches\.svn\tmp\prop-base
2705    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\db\patches\.svn\tmp\props
2706    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\db\patches\.svn\tmp\text-base
2707    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\dbus-glib\.svn
2708    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\dbus-glib\Makefile
2709    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\dbus-glib\patches
2710    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\dbus-glib\.svn\entries
2711    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\dbus-glib\.svn\prop-base
2712    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\dbus-glib\.svn\props
2713    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\dbus-glib\.svn\text-base
2714    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\dbus-glib\.svn\tmp
2715    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\dbus-glib\.svn\prop-base\Makefile.svn-base
2716    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\dbus-glib\.svn\text-base\Makefile.svn-base
2717    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\dbus-glib\.svn\tmp\prop-base
2718    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\dbus-glib\.svn\tmp\props
2719    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\dbus-glib\.svn\tmp\text-base
2720    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\dbus-glib\patches\.svn
2721    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\dbus-glib\patches\001-cross.patch
2722    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\dbus-glib\patches\.svn\entries
2723    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\dbus-glib\patches\.svn\prop-base
2724    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\dbus-glib\patches\.svn\props
2725    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\dbus-glib\patches\.svn\text-base
2726    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\dbus-glib\patches\.svn\tmp
2727    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\dbus-glib\patches\.svn\text-base\001-cross.patc
        h.svn-base
2728    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\dbus-glib\patches\.svn\tmp\prop-base
2729    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\dbus-glib\patches\.svn\tmp\props
2730    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\dbus-glib\patches\.svn\tmp\text-base
2731    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\expat\.svn
```

```
2732  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\expat\.svn
2733  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\expat\patches
2734  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\expat\.svn\entries
2735  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\expat\.svn\prop-base
2736  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\expat\.svn\props
2737  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\expat\.svn\text-base
2738  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\expat\.svn\tmp
2739  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\expat\.svn\prop-base\Makefile.svn-base
2740  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\expat\.svn\text-base\Makefile.svn-base
2741  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\expat\.svn\tmp\prop-base
2742  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\expat\.svn\tmp\props
2743  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\expat\.svn\tmp\text-base
2744  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\expat\patches\.svn
2745  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\expat\patches\001-destdir.patch
2746  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\expat\patches\110-avr32_compile_fix.patch
2747  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\expat\patches\.svn\entries
2748  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\expat\patches\.svn\prop-base
2749  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\expat\patches\.svn\props
2750  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\expat\patches\.svn\text-base
2751  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\expat\patches\.svn\tmp
2752  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\expat\patches\.svn\prop-base\001-destdir.patch.
      svn-base
2753  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\expat\patches\.svn\text-base\001-destdir.patch.
      svn-base
2754  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\expat\patches\.svn\text-base\110-avr32_compile_
      fix.patch.svn-base
2755  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\expat\patches\.svn\tmp\prop-base
2756  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\expat\patches\.svn\tmp\props
2757  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\expat\patches\.svn\tmp\text-base
2758  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\.svn
2759  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\Makefile
2760  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\patches
2761  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\.svn\entries
2762  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\.svn\prop-base
2763  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\.svn\props
2764  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\.svn\text-base
2765  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\.svn\tmp
2766  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\.svn\text-base\Makefile.svn-base
2767  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\.svn\tmp\prop-base
2768  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\.svn\tmp\props
2769  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\.svn\tmp\text-base
2770  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\patches\.svn
2771  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\patches\100-cross_compile.patch
2772  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\patches\101-build_shared.patch
2773  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\patches\200-ezxml_parse_str_d.patch
2774  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\patches\300-ezxml_int.patch
2775  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\patches\400-ezxml_child.patch
2776  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\patches\.svn\entries
2777  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\patches\.svn\prop-base
2778  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\patches\.svn\props
2779  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\patches\.svn\text-base
2780  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\patches\.svn\tmp
2781  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\patches\.svn\text-base\100-cross_compile.
      patch.svn-base
2782  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\patches\.svn\text-base\101-build_shared.p
      atch.svn-base
2783  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\patches\.svn\text-base\200-ezxml_parse_st
      r_d.patch.svn-base
2784  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\patches\.svn\text-base\300-ezxml_int.patc
      h.svn-base
2785  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\patches\.svn\text-base\400-ezxml_child.pa
      tch.svn-base
2786  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\patches\.svn\tmp\prop-base
2787  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\patches\.svn\tmp\props
2788  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ezxml\patches\.svn\tmp\text-base
2789  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\faad2\.svn
2790  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\faad2\Makefile
2791  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\faad2\patches
2792  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\faad2\.svn\entries
```

```
2793   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\faad2\.svn
2794   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\faad2\.svn\props
2795   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\faad2\.svn\text-base
2796   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\faad2\.svn\tmp
2797   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\faad2\.svn\prop-base\Makefile.svn-base
2798   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\faad2\.svn\text-base\Makefile.svn-base
2799   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\faad2\.svn\tmp\prop-base
2800   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\faad2\.svn\tmp\props
2801   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\faad2\.svn\tmp\text-base
2802   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\faad2\patches\.svn
2803   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\faad2\patches\001-abi_has_changed.patch
2804   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\faad2\patches\002-2.6.1-libtool22.patch
2805   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\faad2\patches\.svn\entries
2806   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\faad2\patches\.svn\prop-base
2807   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\faad2\patches\.svn\props
2808   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\faad2\patches\.svn\text-base
2809   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\faad2\patches\.svn\tmp
2810   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\faad2\patches\.svn\prop-base\001-abi_has_change
       d.patch.svn-base
2811   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\faad2\patches\.svn\prop-base\002-2.6.1-libtool2
       2.patch.svn-base
2812   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\faad2\patches\.svn\text-base\001-abi_has_change
       d.patch.svn-base
2813   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\faad2\patches\.svn\text-base\002-2.6.1-libtool2
       2.patch.svn-base
2814   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\faad2\patches\.svn\tmp\prop-base
2815   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\faad2\patches\.svn\tmp\props
2816   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\faad2\patches\.svn\tmp\text-base
2817   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fcgi\.svn
2818   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fcgi\Makefile
2819   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fcgi\patches
2820   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fcgi\.svn\entries
2821   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fcgi\.svn\prop-base
2822   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fcgi\.svn\props
2823   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fcgi\.svn\text-base
2824   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fcgi\.svn\tmp
2825   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fcgi\.svn\prop-base\Makefile.svn-base
2826   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fcgi\.svn\text-base\Makefile.svn-base
2827   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fcgi\.svn\tmp\prop-base
2828   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fcgi\.svn\tmp\props
2829   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fcgi\.svn\tmp\text-base
2830   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fcgi\patches\.svn
2831   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fcgi\patches\100-fcgio-int-type-fix.patch
2832   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fcgi\patches\110-no_examples.patch
2833   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fcgi\patches\.svn\entries
2834   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fcgi\patches\.svn\prop-base
2835   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fcgi\patches\.svn\props
2836   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fcgi\patches\.svn\text-base
2837   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fcgi\patches\.svn\tmp
2838   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fcgi\patches\.svn\prop-base\100-fcgio-int-type-
       fix.patch.svn-base
2839   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fcgi\patches\.svn\text-base\100-fcgio-int-type-
       fix.patch.svn-base
2840   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fcgi\patches\.svn\text-base\110-no_examples.pat
       ch.svn-base
2841   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fcgi\patches\.svn\tmp\prop-base
2842   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fcgi\patches\.svn\tmp\props
2843   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fcgi\patches\.svn\tmp\text-base
2844   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fftw3\.svn
2845   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fftw3\Makefile
2846   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fftw3\patches
2847   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fftw3\.svn\entries
2848   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fftw3\.svn\prop-base
2849   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fftw3\.svn\props
2850   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fftw3\.svn\text-base
2851   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fftw3\.svn\tmp
2852   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fftw3\.svn\text-base\Makefile.svn-base
2853   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fftw3\.svn\tmp\prop-base
2854   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fftw3\.svn\tmp\props
```

```
2855   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fftw3\patches
2856   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fftw3\patches\.svn
2857   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fftw3\patches\001-makefile.patch
2858   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fftw3\patches\.svn\entries
2859   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fftw3\patches\.svn\prop-base
2860   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fftw3\patches\.svn\props
2861   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fftw3\patches\.svn\text-base
2862   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fftw3\patches\.svn\tmp
2863   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fftw3\patches\.svn\text-base\001-makefile.patch
       .svn-base
2864   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fftw3\patches\.svn\tmp\prop-base
2865   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fftw3\patches\.svn\tmp\props
2866   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\fftw3\patches\.svn\tmp\text-base
2867   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\file\.svn
2868   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\file\Makefile
2869   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\file\.svn\entries
2870   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\file\.svn\prop-base
2871   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\file\.svn\props
2872   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\file\.svn\text-base
2873   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\file\.svn\tmp
2874   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\file\.svn\prop-base\Makefile.svn-base
2875   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\file\.svn\text-base\Makefile.svn-base
2876   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\file\.svn\tmp\prop-base
2877   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\file\.svn\tmp\props
2878   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\file\.svn\tmp\text-base
2879   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\flac\.svn
2880   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\flac\Makefile
2881   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\flac\patches
2882   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\flac\.svn\entries
2883   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\flac\.svn\prop-base
2884   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\flac\.svn\props
2885   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\flac\.svn\text-base
2886   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\flac\.svn\tmp
2887   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\flac\.svn\prop-base\Makefile.svn-base
2888   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\flac\.svn\text-base\Makefile.svn-base
2889   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\flac\.svn\tmp\prop-base
2890   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\flac\.svn\tmp\props
2891   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\flac\.svn\tmp\text-base
2892   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\flac\patches\.svn
2893   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\flac\patches\001-no_encoder.patch
2894   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\flac\patches\.svn\entries
2895   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\flac\patches\.svn\prop-base
2896   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\flac\patches\.svn\props
2897   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\flac\patches\.svn\text-base
2898   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\flac\patches\.svn\tmp
2899   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\flac\patches\.svn\prop-base\001-no_encoder.patc
       h.svn-base
2900   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\flac\patches\.svn\text-base\001-no_encoder.patc
       h.svn-base
2901   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\flac\patches\.svn\tmp\prop-base
2902   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\flac\patches\.svn\tmp\props
2903   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\flac\patches\.svn\tmp\text-base
2904   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\freetype\.svn
2905   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\freetype\Makefile
2906   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\freetype\patches
2907   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\freetype\.svn\entries
2908   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\freetype\.svn\prop-base
2909   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\freetype\.svn\props
2910   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\freetype\.svn\text-base
2911   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\freetype\.svn\tmp
2912   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\freetype\.svn\prop-base\Makefile.svn-base
2913   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\freetype\.svn\text-base\Makefile.svn-base
2914   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\freetype\.svn\tmp\prop-base
2915   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\freetype\.svn\tmp\props
2916   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\freetype\.svn\tmp\text-base
2917   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\freetype\patches\.svn
2918   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\freetype\patches\001-fix_broken_unix_cross.patc
       h
2919   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\freetype\patches\901-cve-2009-0946.patch
```

```
2920    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\freetype\patches\.svn\prop-base
2921    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\freetype\patches\.svn\prop-base
2922    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\freetype\patches\.svn\props
2923    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\freetype\patches\.svn\text-base
2924    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\freetype\patches\.svn\tmp
2925    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\freetype\patches\.svn\text-base\001-fix_broken_
        unix_cross.patch.svn-base
2926    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\freetype\patches\.svn\text-base\901-cve-2009-09
        46.patch.svn-base
2927    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\freetype\patches\.svn\tmp\prop-base
2928    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\freetype\patches\.svn\tmp\props
2929    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\freetype\patches\.svn\tmp\text-base
2930    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gd\.svn
2931    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gd\Makefile
2932    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gd\patches
2933    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gd\.svn\entries
2934    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gd\.svn\prop-base
2935    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gd\.svn\props
2936    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gd\.svn\text-base
2937    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gd\.svn\tmp
2938    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gd\.svn\prop-base\Makefile.svn-base
2939    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gd\.svn\text-base\Makefile.svn-base
2940    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gd\.svn\tmp\prop-base
2941    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gd\.svn\tmp\props
2942    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gd\.svn\tmp\text-base
2943    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gd\patches\.svn
2944    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gd\patches\100-configure_fix.patch
2945    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gd\patches\.svn\entries
2946    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gd\patches\.svn\prop-base
2947    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gd\patches\.svn\props
2948    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gd\patches\.svn\text-base
2949    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gd\patches\.svn\tmp
2950    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gd\patches\.svn\prop-base\100-configure_fix.pat
        ch.svn-base
2951    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gd\patches\.svn\text-base\100-configure_fix.pat
        ch.svn-base
2952    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gd\patches\.svn\tmp\prop-base
2953    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gd\patches\.svn\tmp\props
2954    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gd\patches\.svn\tmp\text-base
2955    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gdbm\.svn
2956    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gdbm\Makefile
2957    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gdbm\.svn\entries
2958    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gdbm\.svn\prop-base
2959    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gdbm\.svn\props
2960    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gdbm\.svn\text-base
2961    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gdbm\.svn\tmp
2962    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gdbm\.svn\prop-base\Makefile.svn-base
2963    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gdbm\.svn\text-base\Makefile.svn-base
2964    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gdbm\.svn\tmp\prop-base
2965    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gdbm\.svn\tmp\props
2966    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gdbm\.svn\tmp\text-base
2967    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\.svn
2968    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\Makefile
2969    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\patches
2970    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\.svn\entries
2971    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\.svn\prop-base
2972    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\.svn\props
2973    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\.svn\text-base
2974    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\.svn\tmp
2975    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\.svn\prop-base\Makefile.svn-base
2976    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\.svn\text-base\Makefile.svn-base
2977    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\.svn\tmp\prop-base
2978    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\.svn\tmp\props
2979    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\.svn\tmp\text-base
2980    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\patches\.svn
2981    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\patches\001-no_examples_and_tests.patch
2982    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\patches\100-error_progname.patch
2983    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\patches\110-no_relink_install.patch
2984    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\patches\120-uclibc-nolocale.patch
```

```
2985   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\patches\.svn\entries
2986   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\patches\.svn\prop-base
2987   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\patches\.svn\props
2988   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\patches\.svn\text-base
2989   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\patches\.svn\tmp
2990   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\patches\.svn\text-base\001-no_examples_
       and_tests.patch.svn-base
2991   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\patches\.svn\text-base\100-error_progna
       me.patch.svn-base
2992   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\patches\.svn\text-base\110-no_relink_in
       stall.patch.svn-base
2993   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\patches\.svn\text-base\120-uclibc-noloc
       ale.patch.svn-base
2994   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\patches\.svn\tmp\prop-base
2995   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\patches\.svn\tmp\props
2996   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gettext\patches\.svn\tmp\text-base
2997   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\giflib\.svn
2998   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\giflib\Makefile
2999   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\giflib\.svn\entries
3000   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\giflib\.svn\prop-base
3001   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\giflib\.svn\props
3002   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\giflib\.svn\text-base
3003   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\giflib\.svn\tmp
3004   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\giflib\.svn\text-base\Makefile.svn-base
3005   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\giflib\.svn\tmp\prop-base
3006   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\giflib\.svn\tmp\props
3007   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\giflib\.svn\tmp\text-base
3008   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\.svn
3009   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\Makefile
3010   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\patches
3011   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\.svn\entries
3012   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\.svn\prop-base
3013   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\.svn\props
3014   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\.svn\text-base
3015   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\.svn\tmp
3016   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\.svn\prop-base\Makefile.svn-base
3017   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\.svn\text-base\Makefile.svn-base
3018   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\.svn\tmp\prop-base
3019   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\.svn\tmp\props
3020   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\.svn\tmp\text-base
3021   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\patches\.svn
3022   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\patches\001-debian-9
3023   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\patches\002-cross-compile-fix.patch
3024   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\patches\003-use-glibconfig-sysdefs
3025   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\patches\004-gcc3.4-fix
3026   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\patches\.svn\entries
3027   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\patches\.svn\prop-base
3028   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\patches\.svn\props
3029   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\patches\.svn\text-base
3030   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\patches\.svn\tmp
3031   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\patches\.svn\prop-base\001-debian-9.svn-ba
       se
3032   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\patches\.svn\prop-base\002-cross-compile-f
       ix.patch.svn-base
3033   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\patches\.svn\prop-base\003-use-glibconfig-
       sysdefs.svn-base
3034   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\patches\.svn\prop-base\004-gcc3.4-fix.svn-
       base
3035   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\patches\.svn\text-base\001-debian-9.svn-ba
       se
3036   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\patches\.svn\text-base\002-cross-compile-f
       ix.patch.svn-base
3037   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\patches\.svn\text-base\003-use-glibconfig-
       sysdefs.svn-base
3038   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\patches\.svn\text-base\004-gcc3.4-fix.svn-
       base
3039   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\patches\.svn\tmp\prop-base
3040   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\patches\.svn\tmp\props
3041   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib\patches\.svn\tmp\text-base
```

```
3042   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib2
3043   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib2\Makefile
3044   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib2\patches
3045   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib2\.svn\entries
3046   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib2\.svn\prop-base
3047   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib2\.svn\props
3048   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib2\.svn\text-base
3049   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib2\.svn\tmp
3050   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib2\.svn\prop-base\Makefile.svn-base
3051   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib2\.svn\text-base\Makefile.svn-base
3052   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib2\.svn\tmp\prop-base
3053   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib2\.svn\tmp\props
3054   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib2\.svn\tmp\text-base
3055   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib2\patches\.svn
3056   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib2\patches\010-move-iconv-to-libs.patch
3057   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib2\patches\020-dont-build-tests.patch
3058   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib2\patches\.svn\entries
3059   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib2\patches\.svn\prop-base
3060   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib2\patches\.svn\props
3061   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib2\patches\.svn\text-base
3062   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib2\patches\.svn\tmp
3063   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib2\patches\.svn\text-base\010-move-iconv-to-
       libs.patch.svn-base
3064   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib2\patches\.svn\text-base\020-dont-build-tes
       ts.patch.svn-base
3065   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib2\patches\.svn\tmp\prop-base
3066   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib2\patches\.svn\tmp\props
3067   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\glib2\patches\.svn\tmp\text-base
3068   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gmp\.svn
3069   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gmp\Makefile
3070   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gmp\patches
3071   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gmp\.svn\entries
3072   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gmp\.svn\prop-base
3073   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gmp\.svn\props
3074   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gmp\.svn\text-base
3075   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gmp\.svn\tmp
3076   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gmp\.svn\prop-base\Makefile.svn-base
3077   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gmp\.svn\text-base\Makefile.svn-base
3078   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gmp\.svn\tmp\prop-base
3079   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gmp\.svn\tmp\props
3080   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gmp\.svn\tmp\text-base
3081   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gmp\patches\.svn
3082   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gmp\patches\.svn\entries
3083   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gmp\patches\.svn\prop-base
3084   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gmp\patches\.svn\props
3085   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gmp\patches\.svn\text-base
3086   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gmp\patches\.svn\tmp
3087   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gmp\patches\.svn\tmp\prop-base
3088   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gmp\patches\.svn\tmp\props
3089   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gmp\patches\.svn\tmp\text-base
3090   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls\.svn
3091   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls\Makefile
3092   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls\patches
3093   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls\.svn\entries
3094   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls\.svn\prop-base
3095   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls\.svn\props
3096   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls\.svn\text-base
3097   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls\.svn\tmp
3098   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls\.svn\prop-base\Makefile.svn-base
3099   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls\.svn\text-base\Makefile.svn-base
3100   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls\.svn\tmp\prop-base
3101   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls\.svn\tmp\props
3102   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls\.svn\tmp\text-base
3103   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls\patches\.svn
3104   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls\patches\001-no_doc_tests_po.patch
3105   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls\patches\901-cve-2008-4989.patch
3106   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls\patches\902-cve-2009-2730.patch
3107   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls\patches\.svn\entries
3108   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls\patches\.svn\prop-base
```

```
3109  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls\patches\.svn
3110  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls\patches\.svn\text-base
3111  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls\patches\.svn\tmp
3112  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls\patches\.svn\prop-base\001-no_doc_tests_
      po.patch.svn-base
3113  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls\patches\.svn\text-base\001-no_doc_tests_
      po.patch.svn-base
3114  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls\patches\.svn\text-base\901-cve-2008-4989
      .patch.svn-base
3115  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls\patches\.svn\text-base\902-cve-2009-2730
      .patch.svn-base
3116  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls\patches\.svn\tmp\prop-base
3117  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls\patches\.svn\tmp\props
3118  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gnutls\patches\.svn\tmp\text-base
3119  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsl\.svn
3120  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsl\Makefile
3121  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsl\.svn\entries
3122  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsl\.svn\prop-base
3123  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsl\.svn\props
3124  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsl\.svn\text-base
3125  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsl\.svn\tmp
3126  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsl\.svn\text-base\Makefile.svn-base
3127  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsl\.svn\tmp\prop-base
3128  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsl\.svn\tmp\props
3129  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsl\.svn\tmp\text-base
3130  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsm\.svn
3131  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsm\Makefile
3132  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsm\patches
3133  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsm\.svn\entries
3134  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsm\.svn\prop-base
3135  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsm\.svn\props
3136  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsm\.svn\text-base
3137  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsm\.svn\tmp
3138  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsm\.svn\prop-base\Makefile.svn-base
3139  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsm\.svn\text-base\Makefile.svn-base
3140  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsm\.svn\tmp\prop-base
3141  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsm\.svn\tmp\props
3142  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsm\.svn\tmp\text-base
3143  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsm\patches\.svn
3144  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsm\patches\001-debian-libsgm-1.0.10-13.patch
3145  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsm\patches\.svn\entries
3146  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsm\patches\.svn\prop-base
3147  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsm\patches\.svn\props
3148  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsm\patches\.svn\text-base
3149  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsm\patches\.svn\tmp
3150  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsm\patches\.svn\prop-base\001-debian-libsgm-1.
      0.10-13.patch.svn-base
3151  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsm\patches\.svn\text-base\001-debian-libsgm-1.
      0.10-13.patch.svn-base
3152  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsm\patches\.svn\tmp\prop-base
3153  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsm\patches\.svn\tmp\props
3154  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\gsm\patches\.svn\tmp\text-base
3155  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\.svn
3156  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\files
3157  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\Makefile
3158  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\patches
3159  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\.svn\entries
3160  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\.svn\prop-base
3161  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\.svn\props
3162  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\.svn\text-base
3163  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\.svn\tmp
3164  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\.svn\prop-base\Makefile.svn-base
3165  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\.svn\text-base\Makefile.svn-base
3166  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\.svn\tmp\prop-base
3167  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\.svn\tmp\props
3168  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\.svn\tmp\text-base
3169  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\files\.svn
3170  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\files\autoipd.init
3171  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\files\mDNSResponder.conf
```

```
3172    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\files
3173    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\files\nifd.init
3174    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\files\.svn\entries
3175    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\files\.svn\prop-base
3176    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\files\.svn\props
3177    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\files\.svn\text-base
3178    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\files\.svn\tmp
3179    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\files\.svn\prop-base\autoipd.init.svn-base
3180    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\files\.svn\prop-base\mDNSResponder.conf.sv
        n-base
3181    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\files\.svn\prop-base\mDNSResponder.init.sv
        n-base
3182    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\files\.svn\prop-base\nifd.init.svn-base
3183    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\files\.svn\text-base\autoipd.init.svn-base
3184    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\files\.svn\text-base\mDNSResponder.conf.sv
        n-base
3185    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\files\.svn\text-base\mDNSResponder.init.sv
        n-base
3186    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\files\.svn\text-base\nifd.init.svn-base
3187    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\files\.svn\tmp\prop-base
3188    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\files\.svn\tmp\props
3189    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\files\.svn\tmp\text-base
3190    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\patches\.svn
3191    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\patches\001-config.patch
3192    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\patches\002-debug_log.patch
3193    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\patches\003-proto_fix.patch
3194    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\patches\004-linux_types.patch
3195    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\patches\.svn\entries
3196    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\patches\.svn\prop-base
3197    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\patches\.svn\props
3198    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\patches\.svn\text-base
3199    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\patches\.svn\tmp
3200    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\patches\.svn\prop-base\001-config.patch.sv
        n-base
3201    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\patches\.svn\prop-base\002-debug_log.patch
        .svn-base
3202    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\patches\.svn\prop-base\003-proto_fix.patch
        .svn-base
3203    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\patches\.svn\prop-base\004-linux_types.pat
        ch.svn-base
3204    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\patches\.svn\text-base\001-config.patch.sv
        n-base
3205    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\patches\.svn\text-base\002-debug_log.patch
        .svn-base
3206    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\patches\.svn\text-base\003-proto_fix.patch
        .svn-base
3207    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\patches\.svn\text-base\004-linux_types.pat
        ch.svn-base
3208    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\patches\.svn\tmp\prop-base
3209    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\patches\.svn\tmp\props
3210    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\howl\patches\.svn\tmp\text-base
3211    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\id3lib\.svn
3212    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\id3lib\Makefile
3213    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\id3lib\patches
3214    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\id3lib\.svn\entries
3215    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\id3lib\.svn\prop-base
3216    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\id3lib\.svn\props
3217    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\id3lib\.svn\text-base
3218    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\id3lib\.svn\tmp
3219    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\id3lib\.svn\prop-base\Makefile.svn-base
3220    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\id3lib\.svn\text-base\Makefile.svn-base
3221    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\id3lib\.svn\tmp\prop-base
3222    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\id3lib\.svn\tmp\props
3223    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\id3lib\.svn\tmp\text-base
3224    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\id3lib\patches\.svn
3225    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\id3lib\patches\100-missing_include.patch
3226    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\id3lib\patches\.svn\entries
3227    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\id3lib\patches\.svn\prop-base
3228    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\id3lib\patches\.svn\props
```

```
3229  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\id3lib\patches\.svn\tmp
3230  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\id3lib\patches\.svn\tmp
3231  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\id3lib\patches\.svn\text-base\100-missing_inclu
      de.patch.svn-base
3232  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\id3lib\patches\.svn\tmp\prop-base
3233  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\id3lib\patches\.svn\tmp\props
3234  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\id3lib\patches\.svn\tmp\text-base
3235  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\iksemel\.svn
3236  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\iksemel\Makefile
3237  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\iksemel\.svn\entries
3238  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\iksemel\.svn\prop-base
3239  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\iksemel\.svn\props
3240  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\iksemel\.svn\text-base
3241  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\iksemel\.svn\tmp
3242  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\iksemel\.svn\prop-base\Makefile.svn-base
3243  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\iksemel\.svn\text-base\Makefile.svn-base
3244  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\iksemel\.svn\tmp\prop-base
3245  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\iksemel\.svn\tmp\props
3246  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\iksemel\.svn\tmp\text-base
3247  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\jpeg\.svn
3248  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\jpeg\Makefile
3249  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\jpeg\patches
3250  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\jpeg\.svn\entries
3251  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\jpeg\.svn\prop-base
3252  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\jpeg\.svn\props
3253  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\jpeg\.svn\text-base
3254  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\jpeg\.svn\tmp
3255  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\jpeg\.svn\prop-base\Makefile.svn-base
3256  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\jpeg\.svn\text-base\Makefile.svn-base
3257  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\jpeg\.svn\tmp\prop-base
3258  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\jpeg\.svn\tmp\props
3259  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\jpeg\.svn\tmp\text-base
3260  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\jpeg\patches\.svn
3261  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\jpeg\patches\200-crop.patch
3262  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\jpeg\patches\.svn\entries
3263  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\jpeg\patches\.svn\prop-base
3264  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\jpeg\patches\.svn\props
3265  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\jpeg\patches\.svn\text-base
3266  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\jpeg\patches\.svn\tmp
3267  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\jpeg\patches\.svn\prop-base\200-crop.patch.svn-
      base
3268  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\jpeg\patches\.svn\text-base\200-crop.patch.svn-
      base
3269  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\jpeg\patches\.svn\tmp\prop-base
3270  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\jpeg\patches\.svn\tmp\props
3271  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\jpeg\patches\.svn\tmp\text-base
3272  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\keynote\.svn
3273  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\keynote\Makefile
3274  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\keynote\patches
3275  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\keynote\.svn\entries
3276  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\keynote\.svn\prop-base
3277  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\keynote\.svn\props
3278  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\keynote\.svn\text-base
3279  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\keynote\.svn\tmp
3280  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\keynote\.svn\prop-base\Makefile.svn-base
3281  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\keynote\.svn\text-base\Makefile.svn-base
3282  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\keynote\.svn\tmp\prop-base
3283  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\keynote\.svn\tmp\props
3284  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\keynote\.svn\tmp\text-base
3285  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\keynote\patches\.svn
3286  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\keynote\patches\001-build.patch
3287  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\keynote\patches\002-cross_compile.patch
3288  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\keynote\patches\.svn\entries
3289  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\keynote\patches\.svn\prop-base
3290  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\keynote\patches\.svn\props
3291  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\keynote\patches\.svn\text-base
3292  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\keynote\patches\.svn\tmp
3293  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\keynote\patches\.svn\prop-base\001-build.patch.
      svn-base
```

```
3294   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\keynote\patches\.svn\text-base\002-cross_compil
       e.patch.svn-base
3295   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\keynote\patches\.svn\text-base\001-build.patch.
       svn-base
3296   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\keynote\patches\.svn\text-base\002-cross_compil
       e.patch.svn-base
3297   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\keynote\patches\.svn\tmp\prop-base
3298   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\keynote\patches\.svn\tmp\props
3299   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\keynote\patches\.svn\tmp\text-base
3300   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaio\.svn
3301   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaio\Makefile
3302   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaio\patches
3303   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaio\.svn\entries
3304   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaio\.svn\prop-base
3305   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaio\.svn\props
3306   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaio\.svn\text-base
3307   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaio\.svn\tmp
3308   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaio\.svn\prop-base\Makefile.svn-base
3309   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaio\.svn\text-base\Makefile.svn-base
3310   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaio\.svn\tmp\prop-base
3311   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaio\.svn\tmp\props
3312   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaio\.svn\tmp\text-base
3313   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaio\patches\.svn
3314   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaio\patches\001-arches_from_debian_package_0
       .3.106-8.patch
3315   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaio\patches\002-avr32_support.patch
3316   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaio\patches\.svn\entries
3317   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaio\patches\.svn\prop-base
3318   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaio\patches\.svn\props
3319   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaio\patches\.svn\text-base
3320   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaio\patches\.svn\tmp
3321   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaio\patches\.svn\text-base\001-arches_from_d
       ebian_package_0.3.106-8.patch.svn-base
3322   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaio\patches\.svn\text-base\002-avr32_support
       .patch.svn-base
3323   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaio\patches\.svn\tmp\prop-base
3324   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaio\patches\.svn\tmp\props
3325   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaio\patches\.svn\tmp\text-base
3326   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libamsel\.svn
3327   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libamsel\Makefile
3328   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libamsel\.svn\entries
3329   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libamsel\.svn\prop-base
3330   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libamsel\.svn\props
3331   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libamsel\.svn\text-base
3332   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libamsel\.svn\tmp
3333   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libamsel\.svn\prop-base\Makefile.svn-base
3334   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libamsel\.svn\text-base\Makefile.svn-base
3335   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libamsel\.svn\tmp\prop-base
3336   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libamsel\.svn\tmp\props
3337   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libamsel\.svn\tmp\text-base
3338   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libao\.svn
3339   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libao\Makefile
3340   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libao\.svn\entries
3341   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libao\.svn\prop-base
3342   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libao\.svn\props
3343   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libao\.svn\text-base
3344   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libao\.svn\tmp
3345   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libao\.svn\prop-base\Makefile.svn-base
3346   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libao\.svn\text-base\Makefile.svn-base
3347   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libao\.svn\tmp\prop-base
3348   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libao\.svn\tmp\props
3349   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libao\.svn\tmp\text-base
3350   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libart\.svn
3351   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libart\Makefile
3352   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libart\patches
3353   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libart\.svn\entries
3354   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libart\.svn\prop-base
3355   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libart\.svn\props
3356   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libart\.svn\text-base
```

```
3357   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libart\.svn
3358   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libart\.svn\prop-base\Makefile.svn-base
3359   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libart\.svn\text-base\Makefile.svn-base
3360   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libart\.svn\tmp\prop-base
3361   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libart\.svn\tmp\props
3362   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libart\.svn\tmp\text-base
3363   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libart\patches\.svn
3364   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libart\patches\100-cross_compile_fix.patch
3365   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libart\patches\.svn\entries
3366   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libart\patches\.svn\prop-base
3367   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libart\patches\.svn\props
3368   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libart\patches\.svn\text-base
3369   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libart\patches\.svn\tmp
3370   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libart\patches\.svn\prop-base\100-cross_compile
       _fix.patch.svn-base
3371   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libart\patches\.svn\text-base\100-cross_compile
       _fix.patch.svn-base
3372   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libart\patches\.svn\tmp\prop-base
3373   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libart\patches\.svn\tmp\props
3374   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libart\patches\.svn\tmp\text-base
3375   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libatomicops\.svn
3376   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libatomicops\Makefile
3377   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libatomicops\patches
3378   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libatomicops\.svn\entries
3379   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libatomicops\.svn\prop-base
3380   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libatomicops\.svn\props
3381   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libatomicops\.svn\text-base
3382   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libatomicops\.svn\tmp
3383   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libatomicops\.svn\tmp\prop-base\Makefile.svn-base
3384   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libatomicops\.svn\tmp\prop-base
3385   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libatomicops\.svn\tmp\props
3386   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libatomicops\.svn\tmp\text-base
3387   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libatomicops\patches\.svn
3388   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libatomicops\patches\.svn\entries
3389   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libatomicops\patches\.svn\prop-base
3390   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libatomicops\patches\.svn\props
3391   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libatomicops\patches\.svn\text-base
3392   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libatomicops\patches\.svn\tmp
3393   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libatomicops\patches\.svn\tmp\prop-base
3394   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libatomicops\patches\.svn\tmp\props
3395   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libatomicops\patches\.svn\tmp\text-base
3396   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaudiofile\.svn
3397   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaudiofile\Makefile
3398   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaudiofile\patches
3399   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaudiofile\.svn\entries
3400   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaudiofile\.svn\prop-base
3401   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaudiofile\.svn\props
3402   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaudiofile\.svn\text-base
3403   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaudiofile\.svn\tmp
3404   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaudiofile\.svn\prop-base\Makefile.svn-base
3405   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaudiofile\.svn\text-base\Makefile.svn-base
3406   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaudiofile\.svn\tmp\prop-base
3407   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaudiofile\.svn\tmp\props
3408   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaudiofile\.svn\tmp\text-base
3409   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaudiofile\patches\.svn
3410   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaudiofile\patches\001-audiofile-config-libdi
       rs.patch
3411   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaudiofile\patches\.svn\entries
3412   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaudiofile\patches\.svn\prop-base
3413   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaudiofile\patches\.svn\props
3414   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaudiofile\patches\.svn\text-base
3415   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaudiofile\patches\.svn\tmp
3416   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaudiofile\patches\.svn\prop-base\001-audiofi
       le-config-libdirs.patch.svn-base
3417   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaudiofile\patches\.svn\text-base\001-audiofi
       le-config-libdirs.patch.svn-base
3418   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaudiofile\patches\.svn\tmp\prop-base
3419   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaudiofile\patches\.svn\tmp\props
3420   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libaudiofile\patches\.svn\tmp\text-base
```

```
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libcli\Makefile
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libcli\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libcli\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libcli\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libcli\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libcli\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libcli\.svn\prop-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libcli\.svn\text-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libcli\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libcli\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libcli\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libconfig\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libconfig\Makefile
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libconfig\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libconfig\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libconfig\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libconfig\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libconfig\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libconfig\.svn\text-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libconfig\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libconfig\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libconfig\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libcroco\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libcroco\Makefile
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libcroco\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libcroco\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libcroco\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libcroco\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libcroco\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libcroco\.svn\text-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libcroco\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libcroco\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libcroco\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdaemon\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdaemon\Makefile
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdaemon\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdaemon\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdaemon\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdaemon\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdaemon\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdaemon\.svn\prop-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdaemon\.svn\text-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdaemon\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdaemon\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdaemon\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdbi\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdbi\Makefile
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdbi\patches
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdbi\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdbi\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdbi\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdbi\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdbi\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdbi\.svn\text-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdbi\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdbi\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdbi\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdbi\patches\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdbi\patches\001-no_docs.patch
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdbi\patches\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdbi\patches\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdbi\patches\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdbi\patches\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdbi\patches\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdbi\patches\.svn\text-base\001-no_docs.patch
.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdbi\patches\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdbi\patches\.svn\tmp\props
```

```
3489   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdlna\.svn
3490   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdlna\.svn
3491   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdlna\Makefile
3492   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdlna\patches
3493   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdlna\.svn\entries
3494   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdlna\.svn\prop-base
3495   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdlna\.svn\props
3496   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdlna\.svn\text-base
3497   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdlna\.svn\tmp
3498   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdlna\.svn\prop-base\Makefile.svn-base
3499   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdlna\.svn\text-base\Makefile.svn-base
3500   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdlna\.svn\tmp\prop-base
3501   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdlna\.svn\tmp\props
3502   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdlna\.svn\tmp\text-base
3503   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdlna\patches\.svn
3504   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdlna\patches\100-configure_fix.patch
3505   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdlna\patches\.svn\entries
3506   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdlna\patches\.svn\prop-base
3507   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdlna\patches\.svn\props
3508   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdlna\patches\.svn\text-base
3509   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdlna\patches\.svn\tmp
3510   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdlna\patches\.svn\text-base\100-configure_fi
       x.patch.svn-base
3511   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdlna\patches\.svn\tmp\prop-base
3512   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdlna\patches\.svn\tmp\props
3513   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdlna\patches\.svn\tmp\text-base
3514   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet\.svn
3515   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet\Makefile
3516   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet\patches
3517   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet\.svn\entries
3518   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet\.svn\prop-base
3519   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet\.svn\props
3520   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet\.svn\text-base
3521   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet\.svn\tmp
3522   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet\.svn\prop-base\Makefile.svn-base
3523   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet\.svn\text-base\Makefile.svn-base
3524   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet\.svn\tmp\prop-base
3525   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet\.svn\tmp\props
3526   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet\.svn\tmp\text-base
3527   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet\patches\.svn
3528   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet\patches\001-dnet_config.patch
3529   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet\patches\002-fix_avr32_compile.patch
3530   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet\patches\010-gcc4.patch
3531   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet\patches\.svn\entries
3532   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet\patches\.svn\prop-base
3533   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet\patches\.svn\props
3534   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet\patches\.svn\text-base
3535   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet\patches\.svn\tmp
3536   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet\patches\.svn\prop-base\001-dnet_config.
       patch.svn-base
3537   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet\patches\.svn\text-base\001-dnet_config.
       patch.svn-base
3538   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet\patches\.svn\text-base\002-fix_avr32_co
       mpile.patch.svn-base
3539   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet\patches\.svn\text-base\010-gcc4.patch.s
       vn-base
3540   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet\patches\.svn\tmp\prop-base
3541   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet\patches\.svn\tmp\props
3542   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdnet\patches\.svn\tmp\text-base
3543   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdvbpsi4\.svn
3544   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdvbpsi4\Makefile
3545   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdvbpsi4\patches
3546   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdvbpsi4\.svn\entries
3547   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdvbpsi4\.svn\prop-base
3548   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdvbpsi4\.svn\props
3549   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdvbpsi4\.svn\text-base
3550   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdvbpsi4\.svn\tmp
3551   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdvbpsi4\.svn\prop-base\Makefile.svn-base
3552   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdvbpsi4\.svn\text-base\Makefile.svn-base
```

```
3553    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdvbpsi4\.svn\tmp\text-base
3554    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdvbpsi4\.svn\tmp\props
3555    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdvbpsi4\.svn\tmp\text-base
3556    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdvbpsi4\patches\.svn
3557    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdvbpsi4\patches\001-no_doc_examples.patch
3558    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdvbpsi4\patches\.svn\entries
3559    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdvbpsi4\patches\.svn\prop-base
3560    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdvbpsi4\patches\.svn\props
3561    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdvbpsi4\patches\.svn\text-base
3562    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdvbpsi4\patches\.svn\tmp
3563    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdvbpsi4\patches\.svn\text-base\001-no_doc_ex
        amples.patch.svn-base
3564    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdvbpsi4\patches\.svn\tmp\prop-base
3565    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdvbpsi4\patches\.svn\tmp\props
3566    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libdvbpsi4\patches\.svn\tmp\text-base
3567    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libelf\.svn
3568    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libelf\Makefile
3569    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libelf\.svn\entries
3570    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libelf\.svn\prop-base
3571    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libelf\.svn\props
3572    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libelf\.svn\text-base
3573    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libelf\.svn\tmp
3574    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libelf\.svn\prop-base\Makefile.svn-base
3575    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libelf\.svn\text-base\Makefile.svn-base
3576    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libelf\.svn\tmp\prop-base
3577    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libelf\.svn\tmp\props
3578    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libelf\.svn\tmp\text-base
3579    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libevent\.svn
3580    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libevent\Makefile
3581    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libevent\.svn\entries
3582    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libevent\.svn\prop-base
3583    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libevent\.svn\props
3584    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libevent\.svn\text-base
3585    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libevent\.svn\tmp
3586    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libevent\.svn\prop-base\Makefile.svn-base
3587    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libevent\.svn\text-base\Makefile.svn-base
3588    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libevent\.svn\tmp\prop-base
3589    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libevent\.svn\tmp\props
3590    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libevent\.svn\tmp\text-base
3591    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libexif\.svn
3592    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libexif\Makefile
3593    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libexif\patches
3594    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libexif\.svn\entries
3595    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libexif\.svn\prop-base
3596    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libexif\.svn\props
3597    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libexif\.svn\text-base
3598    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libexif\.svn\tmp
3599    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libexif\.svn\prop-base\Makefile.svn-base
3600    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libexif\.svn\text-base\Makefile.svn-base
3601    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libexif\.svn\tmp\prop-base
3602    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libexif\.svn\tmp\props
3603    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libexif\.svn\tmp\text-base
3604    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libexif\patches\.svn
3605    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libexif\patches\100-no_doc.patch
3606    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libexif\patches\.svn\entries
3607    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libexif\patches\.svn\prop-base
3608    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libexif\patches\.svn\props
3609    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libexif\patches\.svn\text-base
3610    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libexif\patches\.svn\tmp
3611    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libexif\patches\.svn\prop-base\100-no_doc.patch
        .svn-base
3612    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libexif\patches\.svn\text-base\100-no_doc.patch
        .svn-base
3613    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libexif\patches\.svn\tmp\prop-base
3614    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libexif\patches\.svn\tmp\props
3615    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libexif\patches\.svn\tmp\text-base
3616    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libffi\.svn
3617    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libffi\Makefile
3618    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libffi\.svn\entries
```

```
3619    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libffi\.svn\props
3620    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libffi\.svn\props
3621    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libffi\.svn\text-base
3622    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libffi\.svn\tmp
3623    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libffi\.svn\prop-base\Makefile.svn-base
3624    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libffi\.svn\text-base\Makefile.svn-base
3625    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libffi\.svn\tmp\prop-base
3626    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libffi\.svn\tmp\props
3627    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libffi\.svn\tmp\text-base
3628    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libffi-sable\.svn
3629    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libffi-sable\Makefile
3630    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libffi-sable\.svn\entries
3631    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libffi-sable\.svn\prop-base
3632    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libffi-sable\.svn\props
3633    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libffi-sable\.svn\text-base
3634    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libffi-sable\.svn\tmp
3635    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libffi-sable\.svn\prop-base\Makefile.svn-base
3636    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libffi-sable\.svn\text-base\Makefile.svn-base
3637    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libffi-sable\.svn\tmp\prop-base
3638    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libffi-sable\.svn\tmp\props
3639    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libffi-sable\.svn\tmp\text-base
3640    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgcrypt\.svn
3641    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgcrypt\Makefile
3642    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgcrypt\patches
3643    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgcrypt\.svn\entries
3644    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgcrypt\.svn\prop-base
3645    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgcrypt\.svn\props
3646    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgcrypt\.svn\text-base
3647    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgcrypt\.svn\tmp
3648    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgcrypt\.svn\prop-base\Makefile.svn-base
3649    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgcrypt\.svn\text-base\Makefile.svn-base
3650    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgcrypt\.svn\tmp\prop-base
3651    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgcrypt\.svn\tmp\props
3652    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgcrypt\.svn\tmp\text-base
3653    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgcrypt\patches\.svn
3654    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgcrypt\patches\001-handle-minimal-build.patc
        h
3655    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgcrypt\patches\002-no_docs_tests.patch
3656    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgcrypt\patches\.svn\entries
3657    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgcrypt\patches\.svn\prop-base
3658    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgcrypt\patches\.svn\props
3659    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgcrypt\patches\.svn\text-base
3660    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgcrypt\patches\.svn\tmp
3661    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgcrypt\patches\.svn\text-base\001-handle-min
        imal-build.patch.svn-base
3662    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgcrypt\patches\.svn\text-base\002-no_docs_te
        sts.patch.svn-base
3663    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgcrypt\patches\.svn\tmp\prop-base
3664    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgcrypt\patches\.svn\tmp\props
3665    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgcrypt\patches\.svn\tmp\text-base
3666    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgpg-error\.svn
3667    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgpg-error\Makefile
3668    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgpg-error\.svn\entries
3669    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgpg-error\.svn\prop-base
3670    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgpg-error\.svn\props
3671    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgpg-error\.svn\text-base
3672    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgpg-error\.svn\tmp
3673    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgpg-error\.svn\prop-base\Makefile.svn-base
3674    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgpg-error\.svn\text-base\Makefile.svn-base
3675    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgpg-error\.svn\tmp\prop-base
3676    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgpg-error\.svn\tmp\props
3677    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgpg-error\.svn\tmp\text-base
3678    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgphoto2\.svn
3679    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgphoto2\Makefile
3680    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgphoto2\.svn\entries
3681    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgphoto2\.svn\prop-base
3682    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgphoto2\.svn\props
3683    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgphoto2\.svn\text-base
3684    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgphoto2\.svn\tmp
```

```
3685  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgphoto2\.svn\text-base
3686  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgphoto2\.svn\text-base\Makefile.svn-base
3687  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgphoto2\.svn\tmp\prop-base
3688  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgphoto2\.svn\tmp\props
3689  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgphoto2\.svn\tmp\text-base
3690  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgssapi\.svn
3691  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgssapi\Makefile
3692  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgssapi\.svn\entries
3693  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgssapi\.svn\prop-base
3694  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgssapi\.svn\props
3695  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgssapi\.svn\text-base
3696  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgssapi\.svn\tmp
3697  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgssapi\.svn\prop-base\Makefile.svn-base
3698  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgssapi\.svn\text-base\Makefile.svn-base
3699  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgssapi\.svn\tmp\prop-base
3700  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgssapi\.svn\tmp\props
3701  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libgssapi\.svn\tmp\text-base
3702  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libiconv\.svn
3703  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libiconv\Makefile
3704  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libiconv\patches
3705  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libiconv\.svn\entries
3706  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libiconv\.svn\prop-base
3707  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libiconv\.svn\props
3708  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libiconv\.svn\text-base
3709  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libiconv\.svn\tmp
3710  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libiconv\.svn\prop-base\Makefile.svn-base
3711  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libiconv\.svn\text-base\Makefile.svn-base
3712  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libiconv\.svn\tmp\prop-base
3713  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libiconv\.svn\tmp\props
3714  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libiconv\.svn\tmp\text-base
3715  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libiconv\patches\.svn
3716  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libiconv\patches\001-fix_avr32_compile
3717  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libiconv\patches\100-strip_charsets.patch
3718  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libiconv\patches\.svn\entries
3719  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libiconv\patches\.svn\prop-base
3720  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libiconv\patches\.svn\props
3721  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libiconv\patches\.svn\text-base
3722  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libiconv\patches\.svn\tmp
3723  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libiconv\patches\.svn\prop-base\100-strip_chars
      ets.patch.svn-base
3724  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libiconv\patches\.svn\text-base\001-fix_avr32_c
      ompile.svn-base
3725  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libiconv\patches\.svn\text-base\100-strip_chars
      ets.patch.svn-base
3726  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libiconv\patches\.svn\tmp\prop-base
3727  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libiconv\patches\.svn\tmp\props
3728  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libiconv\patches\.svn\tmp\text-base
3729  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libid3tag\.svn
3730  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libid3tag\Makefile
3731  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libid3tag\.svn\entries
3732  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libid3tag\.svn\prop-base
3733  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libid3tag\.svn\props
3734  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libid3tag\.svn\text-base
3735  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libid3tag\.svn\tmp
3736  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libid3tag\.svn\prop-base\Makefile.svn-base
3737  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libid3tag\.svn\text-base\Makefile.svn-base
3738  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libid3tag\.svn\tmp\prop-base
3739  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libid3tag\.svn\tmp\props
3740  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libid3tag\.svn\tmp\text-base
3741  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libIDL2\.svn
3742  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libIDL2\Makefile
3743  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libIDL2\.svn\entries
3744  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libIDL2\.svn\prop-base
3745  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libIDL2\.svn\props
3746  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libIDL2\.svn\text-base
3747  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libIDL2\.svn\tmp
3748  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libIDL2\.svn\prop-base\Makefile.svn-base
3749  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libIDL2\.svn\text-base\Makefile.svn-base
3750  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libIDL2\.svn\tmp\prop-base
```

```
3751    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libIDL2\.svn\tmp\text-base
3752    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libidn\.svn
3753    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libidn\Makefile
3754    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libidn\.svn\entries
3755    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libidn\.svn\prop-base
3756    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libidn\.svn\props
3757    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libidn\.svn\text-base
3758    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libidn\.svn\tmp
3759    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libidn\.svn\text-base\Makefile.svn-base
3760    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libidn\.svn\tmp\prop-base
3761    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libidn\.svn\tmp\props
3762    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libidn\.svn\tmp\text-base
3763    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libinklevel\.svn
3764    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libinklevel\Makefile
3765    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libinklevel\patches
3766    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libinklevel\.svn\entries
3767    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libinklevel\.svn\prop-base
3768    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libinklevel\.svn\props
3769    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libinklevel\.svn\text-base
3770    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libinklevel\.svn\tmp
3771    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libinklevel\.svn\text-base\Makefile.svn-base
3772    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libinklevel\.svn\tmp\prop-base
3773    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libinklevel\.svn\tmp\props
3774    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libinklevel\.svn\tmp\text-base
3775    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libinklevel\patches\.svn
3776    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libinklevel\patches\001-makefile.patch
3777    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libinklevel\patches\002-disable_parport.patch
3778    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libinklevel\patches\.svn\entries
3779    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libinklevel\patches\.svn\prop-base
3780    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libinklevel\patches\.svn\props
3781    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libinklevel\patches\.svn\text-base
3782    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libinklevel\patches\.svn\tmp
3783    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libinklevel\patches\.svn\text-base\001-makefile
        .patch.svn-base
3784    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libinklevel\patches\.svn\text-base\002-disable_
        parport.patch.svn-base
3785    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libinklevel\patches\.svn\tmp\prop-base
3786    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libinklevel\patches\.svn\tmp\props
3787    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libinklevel\patches\.svn\tmp\text-base
3788    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libjson-c\.svn
3789    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libjson-c\Makefile
3790    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libjson-c\.svn\entries
3791    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libjson-c\.svn\prop-base
3792    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libjson-c\.svn\props
3793    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libjson-c\.svn\text-base
3794    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libjson-c\.svn\tmp
3795    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libjson-c\.svn\text-base\Makefile.svn-base
3796    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libjson-c\.svn\tmp\prop-base
3797    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libjson-c\.svn\tmp\props
3798    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libjson-c\.svn\tmp\text-base
3799    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmad\.svn
3800    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmad\Makefile
3801    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmad\.svn\entries
3802    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmad\.svn\prop-base
3803    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmad\.svn\props
3804    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmad\.svn\text-base
3805    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmad\.svn\tmp
3806    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmad\.svn\prop-base\Makefile.svn-base
3807    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmad\.svn\text-base\Makefile.svn-base
3808    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmad\.svn\tmp\prop-base
3809    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmad\.svn\tmp\props
3810    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmad\.svn\tmp\text-base
3811    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmcrypt\.svn
3812    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmcrypt\Makefile
3813    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmcrypt\.svn\entries
3814    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmcrypt\.svn\prop-base
3815    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmcrypt\.svn\props
3816    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmcrypt\.svn\text-base
3817    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmcrypt\.svn\text-base
```

```
3818   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmcrypt\.svn
3819   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmcrypt\.svn\prop-base\Makefile.svn-base
3820   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmcrypt\.svn\text-base\Makefile.svn-base
3821   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmcrypt\.svn\tmp\prop-base
3822   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmcrypt\.svn\tmp\props
3823   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmcrypt\.svn\tmp\text-base
3824   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmpcdec\.svn
3825   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmpcdec\Makefile
3826   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmpcdec\.svn\entries
3827   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmpcdec\.svn\prop-base
3828   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmpcdec\.svn\props
3829   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmpcdec\.svn\text-base
3830   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmpcdec\.svn\tmp
3831   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmpcdec\.svn\prop-base\Makefile.svn-base
3832   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmpcdec\.svn\text-base\Makefile.svn-base
3833   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmpcdec\.svn\tmp\prop-base
3834   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmpcdec\.svn\tmp\props
3835   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmpcdec\.svn\tmp\text-base
3836   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmpd\.svn
3837   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmpd\Makefile
3838   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmpd\.svn\entries
3839   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmpd\.svn\prop-base
3840   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmpd\.svn\props
3841   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmpd\.svn\text-base
3842   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmpd\.svn\tmp
3843   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmpd\.svn\prop-base\Makefile.svn-base
3844   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmpd\.svn\text-base\Makefile.svn-base
3845   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmpd\.svn\tmp\prop-base
3846   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmpd\.svn\tmp\props
3847   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libmpd\.svn\tmp\text-base
3848   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.0.x\.svn
3849   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.0.x\Makefile
3850   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.0.x\patches
3851   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.0.x\.svn\entries
3852   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.0.x\.svn\prop-base
3853   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.0.x\.svn\props
3854   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.0.x\.svn\text-base
3855   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.0.x\.svn\tmp
3856   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.0.x\.svn\prop-base\Makefile.svn-base
3857   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.0.x\.svn\text-base\Makefile.svn-base
3858   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.0.x\.svn\tmp\prop-base
3859   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.0.x\.svn\tmp\props
3860   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.0.x\.svn\tmp\text-base
3861   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.0.x\patches\.svn
3862   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.0.x\patches\100-debian_subset.patch.gz
3863   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.0.x\patches\150-portability.patch
3864   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.0.x\patches\.svn\entries
3865   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.0.x\patches\.svn\prop-base
3866   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.0.x\patches\.svn\props
3867   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.0.x\patches\.svn\text-base
3868   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.0.x\patches\.svn\tmp
3869   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.0.x\patches\.svn\prop-base\100-debian_
       subset.patch.gz.svn-base
3870   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.0.x\patches\.svn\text-base\100-debian_
       subset.patch.gz.svn-base
3871   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.0.x\patches\.svn\text-base\150-portabi
       lity.patch.svn-base
3872   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.0.x\patches\.svn\tmp\prop-base
3873   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.0.x\patches\.svn\tmp\props
3874   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.0.x\patches\.svn\tmp\text-base
3875   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.1.x\.svn
3876   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.1.x\Makefile
3877   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.1.x\patches
3878   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.1.x\.svn\entries
3879   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.1.x\.svn\prop-base
3880   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.1.x\.svn\props
3881   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.1.x\.svn\text-base
3882   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.1.x\.svn\tmp
3883   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.1.x\.svn\prop-base\Makefile.svn-base
```

```
3884    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.1.x\.svn\tmp\text-base
3885    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.1.x\.svn\tmp\prop-base
3886    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.1.x\.svn\tmp\props
3887    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.1.x\.svn\tmp\text-base
3888    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.1.x\patches\.svn
3889    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.1.x\patches\100-debian-subset.patch.gz
3890    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.1.x\patches\150-portability.patch
3891    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.1.x\patches\.svn\entries
3892    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.1.x\patches\.svn\prop-base
3893    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.1.x\patches\.svn\props
3894    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.1.x\patches\.svn\text-base
3895    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.1.x\patches\.svn\tmp
3896    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.1.x\patches\.svn\prop-base\100-debian-
        subset.patch.gz.svn-base
3897    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.1.x\patches\.svn\text-base\100-debian-
        subset.patch.gz.svn-base
3898    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.1.x\patches\.svn\text-base\150-portabi
        lity.patch.svn-base
3899    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.1.x\patches\.svn\tmp\prop-base
3900    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.1.x\patches\.svn\tmp\props
3901    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnet-1.1.x\patches\.svn\tmp\text-base
3902    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-conntrack\.svn
3903    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-conntrack\Makefile
3904    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-conntrack\.svn\entries
3905    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-conntrack\.svn\prop-base
3906    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-conntrack\.svn\props
3907    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-conntrack\.svn\text-base
3908    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-conntrack\.svn\tmp
3909    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-conntrack\.svn\prop-base\Makefile.
        svn-base
3910    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-conntrack\.svn\text-base\Makefile.
        svn-base
3911    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-conntrack\.svn\tmp\prop-base
3912    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-conntrack\.svn\tmp\props
3913    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-conntrack\.svn\tmp\text-base
3914    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-log\.svn
3915    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-log\Makefile
3916    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-log\.svn\entries
3917    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-log\.svn\prop-base
3918    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-log\.svn\props
3919    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-log\.svn\text-base
3920    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-log\.svn\tmp
3921    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-log\.svn\prop-base\Makefile.svn-ba
        se
3922    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-log\.svn\text-base\Makefile.svn-ba
        se
3923    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-log\.svn\tmp\prop-base
3924    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-log\.svn\tmp\props
3925    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-log\.svn\tmp\text-base
3926    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-queue\.svn
3927    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-queue\Makefile
3928    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-queue\.svn\entries
3929    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-queue\.svn\prop-base
3930    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-queue\.svn\props
3931    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-queue\.svn\text-base
3932    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-queue\.svn\tmp
3933    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-queue\.svn\prop-base\Makefile.svn-
        base
3934    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-queue\.svn\text-base\Makefile.svn-
        base
3935    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-queue\.svn\tmp\prop-base
3936    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-queue\.svn\tmp\props
3937    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnetfilter-queue\.svn\tmp\text-base
3938    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfnetlink\.svn
3939    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfnetlink\Makefile
3940    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfnetlink\.svn\entries
3941    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfnetlink\.svn\prop-base
3942    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfnetlink\.svn\props
3943    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfnetlink\.svn\text-base
```

```
3944    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfnetlink\.svn\prop-base
3945    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfnetlink\.svn\prop-base\Makefile.svn-base
3946    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfnetlink\.svn\text-base\Makefile.svn-base
3947    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfnetlink\.svn\tmp\prop-base
3948    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfnetlink\.svn\tmp\props
3949    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfnetlink\.svn\tmp\text-base
3950    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfsidmap\.svn
3951    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfsidmap\Makefile
3952    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfsidmap\patches
3953    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfsidmap\.svn\entries
3954    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfsidmap\.svn\prop-base
3955    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfsidmap\.svn\props
3956    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfsidmap\.svn\text-base
3957    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfsidmap\.svn\tmp
3958    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfsidmap\.svn\prop-base\Makefile.svn-base
3959    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfsidmap\.svn\text-base\Makefile.svn-base
3960    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfsidmap\.svn\tmp\prop-base
3961    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfsidmap\.svn\tmp\props
3962    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfsidmap\.svn\tmp\text-base
3963    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfsidmap\patches\.svn
3964    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfsidmap\patches\000-no-getgrouplist.patch
3965    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfsidmap\patches\.svn\entries
3966    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfsidmap\patches\.svn\prop-base
3967    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfsidmap\patches\.svn\props
3968    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfsidmap\patches\.svn\text-base
3969    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfsidmap\patches\.svn\tmp
3970    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfsidmap\patches\.svn\text-base\000-no-getgr
        ouplist.patch.svn-base
3971    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfsidmap\patches\.svn\tmp\prop-base
3972    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfsidmap\patches\.svn\tmp\props
3973    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnfsidmap\patches\.svn\tmp\text-base
3974    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnids\.svn
3975    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnids\Makefile
3976    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnids\patches
3977    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnids\.svn\entries
3978    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnids\.svn\prop-base
3979    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnids\.svn\props
3980    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnids\.svn\text-base
3981    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnids\.svn\tmp
3982    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnids\.svn\prop-base\Makefile.svn-base
3983    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnids\.svn\text-base\Makefile.svn-base
3984    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnids\.svn\tmp\prop-base
3985    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnids\.svn\tmp\props
3986    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnids\.svn\tmp\text-base
3987    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnids\patches\.svn
3988    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnids\patches\001-no_asm_for_i386.patch
3989    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnids\patches\002-configure.patch
3990    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnids\patches\.svn\entries
3991    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnids\patches\.svn\prop-base
3992    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnids\patches\.svn\props
3993    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnids\patches\.svn\text-base
3994    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnids\patches\.svn\tmp
3995    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnids\patches\.svn\prop-base\001-no_asm_for_i
        386.patch.svn-base
3996    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnids\patches\.svn\prop-base\002-configure.pa
        tch.svn-base
3997    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnids\patches\.svn\text-base\001-no_asm_for_i
        386.patch.svn-base
3998    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnids\patches\.svn\text-base\002-configure.pa
        tch.svn-base
3999    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnids\patches\.svn\tmp\prop-base
4000    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnids\patches\.svn\tmp\props
4001    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnids\patches\.svn\tmp\text-base
4002    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnotimpl\.svn
4003    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnotimpl\Makefile
4004    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnotimpl\src
4005    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnotimpl\.svn\entries
4006    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnotimpl\.svn\prop-base
4007    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnotimpl\.svn\props
```

```
4008   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnotimpl\.svn
4009   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnotimpl\.svn\tmp
4010   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnotimpl\.svn\prop-base\Makefile.svn-base
4011   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnotimpl\.svn\text-base\Makefile.svn-base
4012   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnotimpl\.svn\tmp\prop-base
4013   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnotimpl\.svn\tmp\props
4014   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnotimpl\.svn\tmp\text-base
4015   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnotimpl\src\.svn
4016   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnotimpl\src\math.c
4017   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnotimpl\src\.svn\entries
4018   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnotimpl\src\.svn\prop-base
4019   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnotimpl\src\.svn\props
4020   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnotimpl\src\.svn\text-base
4021   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnotimpl\src\.svn\tmp
4022   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnotimpl\src\.svn\prop-base\math.c.svn-base
4023   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnotimpl\src\.svn\text-base\math.c.svn-base
4024   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnotimpl\src\.svn\tmp\prop-base
4025   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnotimpl\src\.svn\tmp\props
4026   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libnotimpl\src\.svn\tmp\text-base
4027   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libogg\.svn
4028   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libogg\Makefile
4029   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libogg\.svn\entries
4030   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libogg\.svn\prop-base
4031   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libogg\.svn\props
4032   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libogg\.svn\text-base
4033   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libogg\.svn\tmp
4034   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libogg\.svn\text-base\Makefile.svn-base
4035   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libogg\.svn\tmp\prop-base
4036   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libogg\.svn\tmp\props
4037   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libogg\.svn\tmp\text-base
4038   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\liboil\.svn
4039   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\liboil\Makefile
4040   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\liboil\patches
4041   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\liboil\.svn\entries
4042   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\liboil\.svn\prop-base
4043   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\liboil\.svn\props
4044   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\liboil\.svn\text-base
4045   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\liboil\.svn\tmp
4046   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\liboil\.svn\text-base\Makefile.svn-base
4047   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\liboil\.svn\tmp\prop-base
4048   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\liboil\.svn\tmp\props
4049   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\liboil\.svn\tmp\text-base
4050   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\liboil\patches\.svn
4051   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\liboil\patches\001-no_docs.patch
4052   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\liboil\patches\002-pkgconfig.patch
4053   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\liboil\patches\.svn\entries
4054   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\liboil\patches\.svn\prop-base
4055   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\liboil\patches\.svn\props
4056   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\liboil\patches\.svn\text-base
4057   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\liboil\patches\.svn\tmp
4058   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\liboil\patches\.svn\text-base\001-no_docs.patch
       .svn-base
4059   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\liboil\patches\.svn\text-base\002-pkgconfig.pat
       ch.svn-base
4060   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\liboil\patches\.svn\tmp\prop-base
4061   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\liboil\patches\.svn\tmp\props
4062   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\liboil\patches\.svn\tmp\text-base
4063   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libol\.svn
4064   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libol\Makefile
4065   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libol\.svn\entries
4066   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libol\.svn\prop-base
4067   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libol\.svn\props
4068   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libol\.svn\text-base
4069   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libol\.svn\tmp
4070   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libol\.svn\prop-base\Makefile.svn-base
4071   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libol\.svn\text-base\Makefile.svn-base
4072   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libol\.svn\tmp\prop-base
4073   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libol\.svn\tmp\props
4074   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libol\.svn\tmp\text-base
```

```
4075    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libosip2
4076    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libosip2\Makefile
4077    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libosip2\.svn\entries
4078    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libosip2\.svn\prop-base
4079    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libosip2\.svn\props
4080    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libosip2\.svn\text-base
4081    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libosip2\.svn\tmp
4082    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libosip2\.svn\prop-base\Makefile.svn-base
4083    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libosip2\.svn\text-base\Makefile.svn-base
4084    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libosip2\.svn\tmp\prop-base
4085    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libosip2\.svn\tmp\props
4086    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libosip2\.svn\tmp\text-base
4087    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\.svn
4088    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\Makefile
4089    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\patches
4090    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\.svn\entries
4091    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\.svn\prop-base
4092    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\.svn\props
4093    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\.svn\text-base
4094    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\.svn\tmp
4095    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\.svn\prop-base\Makefile.svn-base
4096    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\.svn\text-base\Makefile.svn-base
4097    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\.svn\tmp\prop-base
4098    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\.svn\tmp\props
4099    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\.svn\tmp\text-base
4100    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\patches\.svn
4101    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\patches\001-no_nis.patch
4102    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\patches\002-no_yywrap.patch
4103    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\patches\003-no_doc.patch
4104    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\patches\.svn\entries
4105    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\patches\.svn\prop-base
4106    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\patches\.svn\props
4107    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\patches\.svn\text-base
4108    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\patches\.svn\tmp
4109    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\patches\.svn\prop-base\001-no_nis.patch.
        svn-base
4110    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\patches\.svn\prop-base\002-no_yywrap.pat
        ch.svn-base
4111    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\patches\.svn\prop-base\003-no_doc.patch.
        svn-base
4112    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\patches\.svn\text-base\001-no_nis.patch.
        svn-base
4113    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\patches\.svn\text-base\002-no_yywrap.pat
        ch.svn-base
4114    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\patches\.svn\text-base\003-no_doc.patch.
        svn-base
4115    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\patches\.svn\tmp\prop-base
4116    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\patches\.svn\tmp\props
4117    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpam\patches\.svn\tmp\text-base
4118    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpfm\.svn
4119    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpfm\Makefile
4120    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpfm\.svn\entries
4121    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpfm\.svn\prop-base
4122    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpfm\.svn\props
4123    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpfm\.svn\text-base
4124    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpfm\.svn\tmp
4125    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpfm\.svn\text-base\Makefile.svn-base
4126    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpfm\.svn\tmp\prop-base
4127    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpfm\.svn\tmp\props
4128    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpfm\.svn\tmp\text-base
4129    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\.svn
4130    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\Makefile
4131    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\patches
4132    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\.svn\entries
4133    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\.svn\prop-base
4134    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\.svn\props
4135    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\.svn\text-base
4136    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\.svn\tmp
4137    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\.svn\prop-base\Makefile.svn-base
```

```
4138   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\.svn\text-base
4139   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\.svn\tmp\prop-base
4140   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\.svn\tmp\props
4141   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\.svn\tmp\text-base
4142   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\patches\.svn
4143   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\patches\100-config_fix.patch
4144   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\patches\101-pkgconfig-install.patch
4145   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\patches\901-cve-2009-2042.patch
4146   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\patches\.svn\entries
4147   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\patches\.svn\prop-base
4148   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\patches\.svn\props
4149   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\patches\.svn\text-base
4150   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\patches\.svn\tmp
4151   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\patches\.svn\prop-base\100-config_fix.pa
       tch.svn-base
4152   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\patches\.svn\prop-base\101-pkgconfig-ins
       tall.patch.svn-base
4153   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\patches\.svn\text-base\100-config_fix.pa
       tch.svn-base
4154   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\patches\.svn\text-base\101-pkgconfig-ins
       tall.patch.svn-base
4155   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\patches\.svn\text-base\901-cve-2009-2042
       .patch.svn-base
4156   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\patches\.svn\tmp\prop-base
4157   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\patches\.svn\tmp\props
4158   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpng\patches\.svn\tmp\text-base
4159   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpthread-stubs\.svn
4160   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpthread-stubs\Makefile
4161   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpthread-stubs\.svn\entries
4162   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpthread-stubs\.svn\prop-base
4163   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpthread-stubs\.svn\props
4164   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpthread-stubs\.svn\text-base
4165   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpthread-stubs\.svn\tmp
4166   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpthread-stubs\.svn\text-base\Makefile.svn-ba
       se
4167   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpthread-stubs\.svn\tmp\prop-base
4168   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpthread-stubs\.svn\tmp\props
4169   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libpthread-stubs\.svn\tmp\text-base
4170   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libptmalloc3\.svn
4171   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libptmalloc3\Makefile
4172   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libptmalloc3\patches
4173   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libptmalloc3\.svn\entries
4174   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libptmalloc3\.svn\prop-base
4175   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libptmalloc3\.svn\props
4176   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libptmalloc3\.svn\text-base
4177   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libptmalloc3\.svn\tmp
4178   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libptmalloc3\.svn\text-base\Makefile.svn-base
4179   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libptmalloc3\.svn\tmp\prop-base
4180   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libptmalloc3\.svn\tmp\props
4181   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libptmalloc3\.svn\tmp\text-base
4182   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libptmalloc3\patches\.svn
4183   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libptmalloc3\patches\100-nothreads.patch
4184   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libptmalloc3\patches\.svn\entries
4185   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libptmalloc3\patches\.svn\prop-base
4186   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libptmalloc3\patches\.svn\props
4187   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libptmalloc3\patches\.svn\text-base
4188   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libptmalloc3\patches\.svn\tmp
4189   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libptmalloc3\patches\.svn\text-base\100-nothrea
       ds.patch.svn-base
4190   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libptmalloc3\patches\.svn\tmp\prop-base
4191   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libptmalloc3\patches\.svn\tmp\props
4192   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libptmalloc3\patches\.svn\tmp\text-base
4193   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\librpcsecgss\.svn
4194   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\librpcsecgss\Makefile
4195   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\librpcsecgss\.svn\entries
4196   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\librpcsecgss\.svn\prop-base
4197   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\librpcsecgss\.svn\props
4198   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\librpcsecgss\.svn\text-base
4199   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\librpcsecgss\.svn\tmp
```

```
4200    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\librpcsecgss\.svn-base
4201    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\librpcsecgss\.svn\text-base\Makefile.svn-base
4202    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\librpcsecgss\.svn\tmp\prop-base
4203    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\librpcsecgss\.svn\tmp\props
4204    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\librpcsecgss\.svn\tmp\text-base
4205    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\librsync\.svn
4206    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\librsync\Makefile
4207    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\librsync\.svn\entries
4208    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\librsync\.svn\prop-base
4209    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\librsync\.svn\props
4210    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\librsync\.svn\text-base
4211    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\librsync\.svn\tmp
4212    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\librsync\.svn\prop-base\Makefile.svn-base
4213    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\librsync\.svn\text-base\Makefile.svn-base
4214    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\librsync\.svn\tmp\prop-base
4215    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\librsync\.svn\tmp\props
4216    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\librsync\.svn\tmp\text-base
4217    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsamplerate\.svn
4218    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsamplerate\Makefile
4219    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsamplerate\.svn\entries
4220    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsamplerate\.svn\prop-base
4221    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsamplerate\.svn\props
4222    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsamplerate\.svn\text-base
4223    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsamplerate\.svn\tmp
4224    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsamplerate\.svn\prop-base\Makefile.svn-base
4225    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsamplerate\.svn\text-base\Makefile.svn-base
4226    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsamplerate\.svn\tmp\prop-base
4227    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsamplerate\.svn\tmp\props
4228    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsamplerate\.svn\tmp\text-base
4229    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout\.svn
4230    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout\Makefile
4231    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout\patches
4232    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout\.svn\entries
4233    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout\.svn\prop-base
4234    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout\.svn\props
4235    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout\.svn\text-base
4236    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout\.svn\tmp
4237    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout\.svn\text-base\Makefile.svn-base
4238    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout\.svn\tmp\prop-base
4239    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout\.svn\tmp\props
4240    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout\.svn\tmp\text-base
4241    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout\patches\.svn
4242    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout\patches\100-ogg-c.patch
4243    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout\patches\110-shout-ogg-c.patch
4244    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout\patches\120-vorbis-c.patch
4245    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout\patches\140-no_example_doc_win32.patch
4246    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout\patches\.svn\entries
4247    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout\patches\.svn\prop-base
4248    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout\patches\.svn\props
4249    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout\patches\.svn\text-base
4250    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout\patches\.svn\tmp
4251    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout\patches\.svn\text-base\100-ogg-c.patch
        .svn-base
4252    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout\patches\.svn\text-base\110-shout-ogg-c
        .patch.svn-base
4253    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout\patches\.svn\text-base\120-vorbis-c.pa
        tch.svn-base
4254    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout\patches\.svn\text-base\140-no_example_
        doc_win32.patch.svn-base
4255    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout\patches\.svn\tmp\prop-base
4256    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout\patches\.svn\tmp\props
4257    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libshout\patches\.svn\tmp\text-base
4258    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsigc++\.svn
4259    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsigc++\Makefile
4260    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsigc++\patches
4261    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsigc++\.svn\entries
4262    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsigc++\.svn\prop-base
4263    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsigc++\.svn\props
4264    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsigc++\.svn\text-base
```

```
4265    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsigc++\.svn
4266    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsigc++\.svn\prop-base\Makefile.svn-base
4267    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsigc++\.svn\text-base\Makefile.svn-base
4268    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsigc++\.svn\tmp\prop-base
4269    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsigc++\.svn\tmp\props
4270    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsigc++\.svn\tmp\text-base
4271    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsigc++\patches\.svn
4272    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsigc++\patches\001-no_doc_tests_examples.patch
4273    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsigc++\patches\.svn\entries
4274    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsigc++\patches\.svn\prop-base
4275    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsigc++\patches\.svn\props
4276    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsigc++\patches\.svn\text-base
4277    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsigc++\patches\.svn\tmp
4278    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsigc++\patches\.svn\text-base\001-no_doc_tests_examples.patch.svn-base
4279    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsigc++\patches\.svn\tmp\prop-base
4280    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsigc++\patches\.svn\tmp\props
4281    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsigc++\patches\.svn\tmp\text-base
4282    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsndfile\.svn
4283    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsndfile\Makefile
4284    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsndfile\.svn\entries
4285    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsndfile\.svn\prop-base
4286    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsndfile\.svn\props
4287    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsndfile\.svn\text-base
4288    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsndfile\.svn\tmp
4289    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsndfile\.svn\prop-base\Makefile.svn-base
4290    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsndfile\.svn\text-base\Makefile.svn-base
4291    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsndfile\.svn\tmp\prop-base
4292    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsndfile\.svn\tmp\props
4293    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsndfile\.svn\tmp\text-base
4294    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libspe2\.svn
4295    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libspe2\Makefile
4296    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libspe2\patches
4297    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libspe2\.svn\entries
4298    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libspe2\.svn\prop-base
4299    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libspe2\.svn\props
4300    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libspe2\.svn\text-base
4301    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libspe2\.svn\tmp
4302    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libspe2\.svn\text-base\Makefile.svn-base
4303    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libspe2\.svn\tmp\prop-base
4304    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libspe2\.svn\tmp\props
4305    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libspe2\.svn\tmp\text-base
4306    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libspe2\patches\.svn
4307    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libspe2\patches\001-remove_tls_requirement.patch
4308    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libspe2\patches\.svn\entries
4309    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libspe2\patches\.svn\prop-base
4310    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libspe2\patches\.svn\props
4311    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libspe2\patches\.svn\text-base
4312    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libspe2\patches\.svn\tmp
4313    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libspe2\patches\.svn\text-base\001-remove_tls_requirement.patch.svn-base
4314    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libspe2\patches\.svn\tmp\prop-base
4315    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libspe2\patches\.svn\tmp\props
4316    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libspe2\patches\.svn\tmp\text-base
4317    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsynce\.svn
4318    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsynce\Makefile
4319    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsynce\.svn\entries
4320    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsynce\.svn\prop-base
4321    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsynce\.svn\props
4322    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsynce\.svn\text-base
4323    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsynce\.svn\tmp
4324    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsynce\.svn\text-base\Makefile.svn-base
4325    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsynce\.svn\tmp\prop-base
4326    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsynce\.svn\tmp\props
4327    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libsynce\.svn\tmp\text-base
4328    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtasn1\.svn
4329    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtasn1\Makefile
```

```
4330   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtasn1\.svn\prop-base
4331   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtasn1\.svn\props
4332   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtasn1\.svn\text-base
4333   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtasn1\.svn\tmp
4334   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtasn1\.svn\prop-base\Makefile.svn-base
4335   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtasn1\.svn\text-base\Makefile.svn-base
4336   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtasn1\.svn\tmp\prop-base
4337   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtasn1\.svn\tmp\props
4338   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtasn1\.svn\tmp\text-base
4339   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtheora\.svn
4340   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtheora\Makefile
4341   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtheora\patches
4342   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtheora\.svn\entries
4343   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtheora\.svn\prop-base
4344   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtheora\.svn\props
4345   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtheora\.svn\text-base
4346   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtheora\.svn\tmp
4347   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtheora\.svn\text-base\Makefile.svn-base
4348   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtheora\.svn\tmp\prop-base
4349   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtheora\.svn\tmp\props
4350   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtheora\.svn\tmp\text-base
4351   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtheora\patches\.svn
4352   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtheora\patches\001-no_docs_tests.patch
4353   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtheora\patches\.svn\entries
4354   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtheora\patches\.svn\prop-base
4355   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtheora\patches\.svn\props
4356   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtheora\patches\.svn\text-base
4357   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtheora\patches\.svn\tmp
4358   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtheora\patches\.svn\text-base\001-no_docs_te
       sts.patch.svn-base
4359   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtheora\patches\.svn\tmp\prop-base
4360   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtheora\patches\.svn\tmp\props
4361   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtheora\patches\.svn\tmp\text-base
4362   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtorrent\.svn
4363   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtorrent\Makefile
4364   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtorrent\.svn\entries
4365   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtorrent\.svn\prop-base
4366   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtorrent\.svn\props
4367   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtorrent\.svn\text-base
4368   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtorrent\.svn\tmp
4369   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtorrent\.svn\prop-base\Makefile.svn-base
4370   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtorrent\.svn\text-base\Makefile.svn-base
4371   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtorrent\.svn\tmp\prop-base
4372   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtorrent\.svn\tmp\props
4373   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtorrent\.svn\tmp\text-base
4374   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtwin\.svn
4375   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtwin\Makefile
4376   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtwin\patches
4377   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtwin\.svn\entries
4378   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtwin\.svn\prop-base
4379   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtwin\.svn\props
4380   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtwin\.svn\text-base
4381   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtwin\.svn\tmp
4382   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtwin\.svn\text-base\Makefile.svn-base
4383   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtwin\.svn\tmp\prop-base
4384   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtwin\.svn\tmp\props
4385   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtwin\.svn\tmp\text-base
4386   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtwin\patches\.svn
4387   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtwin\patches\100-compile_fix.patch
4388   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtwin\patches\.svn\entries
4389   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtwin\patches\.svn\prop-base
4390   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtwin\patches\.svn\props
4391   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtwin\patches\.svn\text-base
4392   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtwin\patches\.svn\tmp
4393   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtwin\patches\.svn\text-base\100-compile_fix.
       patch.svn-base
4394   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtwin\patches\.svn\tmp\prop-base
4395   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libtwin\patches\.svn\tmp\props
4396
```

```
4397   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libupnp\.svn
4398   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libupnp\Makefile
4399   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libupnp\patches
4400   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libupnp\.svn\entries
4401   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libupnp\.svn\prop-base
4402   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libupnp\.svn\props
4403   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libupnp\.svn\text-base
4404   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libupnp\.svn\tmp
4405   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libupnp\.svn\prop-base\Makefile.svn-base
4406   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libupnp\.svn\text-base\Makefile.svn-base
4407   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libupnp\.svn\tmp\prop-base
4408   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libupnp\.svn\tmp\props
4409   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libupnp\.svn\tmp\text-base
4410   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libupnp\patches\.svn
4411   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libupnp\patches\.svn\entries
4412   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libupnp\patches\.svn\prop-base
4413   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libupnp\patches\.svn\props
4414   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libupnp\patches\.svn\text-base
4415   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libupnp\patches\.svn\tmp
4416   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libupnp\patches\.svn\tmp\prop-base
4417   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libupnp\patches\.svn\tmp\props
4418   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libupnp\patches\.svn\tmp\text-base
4419   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libusb\.svn
4420   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libusb\Makefile
4421   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libusb\patches
4422   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libusb\.svn\entries
4423   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libusb\.svn\prop-base
4424   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libusb\.svn\props
4425   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libusb\.svn\text-base
4426   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libusb\.svn\tmp
4427   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libusb\.svn\prop-base\Makefile.svn-base
4428   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libusb\.svn\text-base\Makefile.svn-base
4429   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libusb\.svn\tmp\prop-base
4430   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libusb\.svn\tmp\props
4431   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libusb\.svn\tmp\text-base
4432   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libusb\patches\.svn
4433   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libusb\patches\001-no_libusbpp.patch
4434   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libusb\patches\.svn\entries
4435   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libusb\patches\.svn\prop-base
4436   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libusb\patches\.svn\props
4437   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libusb\patches\.svn\text-base
4438   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libusb\patches\.svn\tmp
4439   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libusb\patches\.svn\prop-base\001-no_libusbpp.p
       atch.svn-base
4440   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libusb\patches\.svn\text-base\001-no_libusbpp.p
       atch.svn-base
4441   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libusb\patches\.svn\tmp\prop-base
4442   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libusb\patches\.svn\tmp\props
4443   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libusb\patches\.svn\tmp\text-base
4444   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libvorbis\.svn
4445   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libvorbis\Makefile
4446   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libvorbis\.svn\entries
4447   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libvorbis\.svn\prop-base
4448   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libvorbis\.svn\props
4449   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libvorbis\.svn\text-base
4450   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libvorbis\.svn\tmp
4451   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libvorbis\.svn\text-base\Makefile.svn-base
4452   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libvorbis\.svn\tmp\prop-base
4453   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libvorbis\.svn\tmp\props
4454   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libvorbis\.svn\tmp\text-base
4455   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libvorbisidec\.svn
4456   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libvorbisidec\Makefile
4457   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libvorbisidec\.svn\entries
4458   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libvorbisidec\.svn\prop-base
4459   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libvorbisidec\.svn\props
4460   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libvorbisidec\.svn\text-base
4461   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libvorbisidec\.svn\tmp
4462   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libvorbisidec\.svn\prop-base\Makefile.svn-base
```

```
4464    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libvorbisidec\.svn\text-base
4465    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libvorbisidec\.svn\tmp\prop-base
4466    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libvorbisidec\.svn\tmp\props
4467    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libvorbisidec\.svn\tmp\text-base
4468    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxapian\.svn
4469    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxapian\Makefile
4470    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxapian\.svn\entries
4471    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxapian\.svn\prop-base
4472    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxapian\.svn\props
4473    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxapian\.svn\text-base
4474    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxapian\.svn\tmp
4475    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxapian\.svn\text-base\Makefile.svn-base
4476    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxapian\.svn\tmp\prop-base
4477    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxapian\.svn\tmp\props
4478    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxapian\.svn\tmp\text-base
4479    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxml2\.svn
4480    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxml2\Makefile
4481    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxml2\.svn\entries
4482    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxml2\.svn\prop-base
4483    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxml2\.svn\props
4484    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxml2\.svn\text-base
4485    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxml2\.svn\tmp
4486    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxml2\.svn\prop-base\Makefile.svn-base
4487    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxml2\.svn\text-base\Makefile.svn-base
4488    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxml2\.svn\tmp\prop-base
4489    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxml2\.svn\tmp\props
4490    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxml2\.svn\tmp\text-base
4491    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxslt\.svn
4492    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxslt\Makefile
4493    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxslt\.svn\entries
4494    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxslt\.svn\prop-base
4495    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxslt\.svn\props
4496    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxslt\.svn\text-base
4497    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxslt\.svn\tmp
4498    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxslt\.svn\prop-base\Makefile.svn-base
4499    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxslt\.svn\text-base\Makefile.svn-base
4500    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxslt\.svn\tmp\prop-base
4501    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxslt\.svn\tmp\props
4502    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libxslt\.svn\tmp\text-base
4503    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libyaml\.svn
4504    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libyaml\Makefile
4505    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libyaml\.svn\entries
4506    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libyaml\.svn\prop-base
4507    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libyaml\.svn\props
4508    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libyaml\.svn\text-base
4509    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libyaml\.svn\tmp
4510    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libyaml\.svn\text-base\Makefile.svn-base
4511    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libyaml\.svn\tmp\prop-base
4512    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libyaml\.svn\tmp\props
4513    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\libyaml\.svn\tmp\text-base
4514    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\lzo\.svn
4515    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\lzo\Makefile
4516    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\lzo\patches
4517    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\lzo\.svn\entries
4518    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\lzo\.svn\prop-base
4519    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\lzo\.svn\props
4520    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\lzo\.svn\text-base
4521    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\lzo\.svn\tmp
4522    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\lzo\.svn\prop-base\Makefile.svn-base
4523    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\lzo\.svn\text-base\Makefile.svn-base
4524    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\lzo\.svn\tmp\prop-base
4525    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\lzo\.svn\tmp\props
4526    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\lzo\.svn\tmp\text-base
4527    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\lzo\patches\.svn
4528    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\lzo\patches\.svn\entries
4529    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\lzo\patches\.svn\prop-base
4530    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\lzo\patches\.svn\props
4531    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\lzo\patches\.svn\text-base
4532    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\lzo\patches\.svn\tmp
```

```
4533    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\lzo\patches\.svn\tmp\prop-base
4534    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\lzo\patches\.svn\tmp\props
4535    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\lzo\patches\.svn\tmp\text-base
4536    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\.svn
4537    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\Makefile
4538    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\patches
4539    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\.svn\entries
4540    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\.svn\prop-base
4541    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\.svn\props
4542    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\.svn\text-base
4543    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\.svn\tmp
4544    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\.svn\prop-base\Makefile.svn-base
4545    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\.svn\text-base\Makefile.svn-base
4546    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\.svn\tmp\prop-base
4547    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\.svn\tmp\props
4548    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\.svn\tmp\text-base
4549    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\patches\.svn
4550    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\patches\001-matrixssl_no_timex.patch
4551    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\patches\002-matrixssl_1.2.4.patch
4552    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\patches\003-matrixssl_typefix.patch
4553    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\patches\.svn\entries
4554    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\patches\.svn\prop-base
4555    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\patches\.svn\props
4556    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\patches\.svn\text-base
4557    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\patches\.svn\tmp
4558    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\patches\.svn\prop-base\001-matrixssl_
        no_timex.patch.svn-base
4559    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\patches\.svn\prop-base\002-matrixssl_
        1.2.4.patch.svn-base
4560    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\patches\.svn\prop-base\003-matrixssl_
        typefix.patch.svn-base
4561    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\patches\.svn\text-base\001-matrixssl_
        no_timex.patch.svn-base
4562    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\patches\.svn\text-base\002-matrixssl_
        1.2.4.patch.svn-base
4563    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\patches\.svn\text-base\003-matrixssl_
        typefix.patch.svn-base
4564    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\patches\.svn\tmp\prop-base
4565    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\patches\.svn\tmp\props
4566    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\matrixssl\patches\.svn\tmp\text-base
4567    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\mysql\.svn
4568    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\mysql\Makefile
4569    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\mysql\patches
4570    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\mysql\.svn\entries
4571    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\mysql\.svn\prop-base
4572    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\mysql\.svn\props
4573    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\mysql\.svn\text-base
4574    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\mysql\.svn\tmp
4575    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\mysql\.svn\prop-base\Makefile.svn-base
4576    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\mysql\.svn\text-base\Makefile.svn-base
4577    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\mysql\.svn\tmp\prop-base
4578    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\mysql\.svn\tmp\props
4579    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\mysql\.svn\tmp\text-base
4580    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\mysql\patches\.svn
4581    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\mysql\patches\500-cross_compile.patch
4582    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\mysql\patches\.svn\entries
4583    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\mysql\patches\.svn\prop-base
4584    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\mysql\patches\.svn\props
4585    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\mysql\patches\.svn\text-base
4586    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\mysql\patches\.svn\tmp
4587    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\mysql\patches\.svn\prop-base\500-cross_compile.
        patch.svn-base
4588    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\mysql\patches\.svn\text-base\500-cross_compile.
        patch.svn-base
4589    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\mysql\patches\.svn\tmp\prop-base
4590    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\mysql\patches\.svn\tmp\props
4591    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\mysql\patches\.svn\tmp\text-base
4592    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\neon\.svn
4593    SDK.UBNT.v5.3\openwrt\feeds\packages\libs\neon\Makefile
```

```
4594  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\neon\.svn\prop-base
4595  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\neon\.svn\props
4596  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\neon\.svn\text-base
4597  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\neon\.svn\tmp
4598  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\neon\.svn\prop-base\Makefile.svn-base
4599  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\neon\.svn\text-base\Makefile.svn-base
4600  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\neon\.svn\text-base\Makefile.svn-base
4601  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\neon\.svn\tmp\prop-base
4602  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\neon\.svn\tmp\props
4603  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\neon\.svn\tmp\text-base
4604  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\.svn
4605  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\files
4606  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\Makefile
4607  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\patches
4608  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\.svn\entries
4609  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\.svn\prop-base
4610  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\.svn\props
4611  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\.svn\text-base
4612  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\.svn\tmp
4613  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\.svn\prop-base\Makefile.svn-base
4614  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\.svn\text-base\Makefile.svn-base
4615  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\.svn\tmp\prop-base
4616  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\.svn\tmp\props
4617  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\.svn\tmp\text-base
4618  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\files\.svn
4619  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\files\snmpd.conf
4620  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\files\snmpd.default
4621  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\files\snmpd.init
4622  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\files\.svn\entries
4623  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\files\.svn\prop-base
4624  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\files\.svn\props
4625  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\files\.svn\text-base
4626  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\files\.svn\tmp
4627  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\files\.svn\prop-base\snmpd.conf.svn-ba
      se
4628  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\files\.svn\prop-base\snmpd.default.svn
      -base
4629  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\files\.svn\prop-base\snmpd.init.svn-ba
      se
4630  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\files\.svn\text-base\snmpd.conf.svn-ba
      se
4631  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\files\.svn\text-base\snmpd.default.svn
      -base
4632  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\files\.svn\text-base\snmpd.init.svn-ba
      se
4633  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\files\.svn\tmp\prop-base
4634  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\files\.svn\tmp\props
4635  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\files\.svn\tmp\text-base
4636  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\patches\.svn
4637  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\patches\500-debian-subset-5.1.2-6.1.pa
      tch
4638  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\patches\750-ieee802dot11.patch
4639  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\patches\901-ipsec-interfaces.patch
4640  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\patches\.svn\entries
4641  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\patches\.svn\prop-base
4642  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\patches\.svn\props
4643  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\patches\.svn\text-base
4644  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\patches\.svn\tmp
4645  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\patches\.svn\prop-base\500-debian-subs
      et-5.1.2-6.1.patch.svn-base
4646  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\patches\.svn\prop-base\750-ieee802dot1
      1.patch.svn-base
4647  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\patches\.svn\prop-base\901-ipsec-inter
      faces.patch.svn-base
4648  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\patches\.svn\text-base\500-debian-subs
      et-5.1.2-6.1.patch.svn-base
4649  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\patches\.svn\text-base\750-ieee802dot1
      1.patch.svn-base
4650  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\patches\.svn\text-base\901-ipsec-inter
```

```
4651   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\patches\.svn\tmp\prop-base
4652   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\patches\.svn\tmp\props
4653   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\net-snmp\patches\.svn\tmp\text-base
4654   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\nmeap\.svn
4655   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\nmeap\Makefile
4656   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\nmeap\patches
4657   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\nmeap\.svn\entries
4658   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\nmeap\.svn\prop-base
4659   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\nmeap\.svn\props
4660   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\nmeap\.svn\text-base
4661   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\nmeap\.svn\tmp
4662   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\nmeap\.svn\text-base\Makefile.svn-base
4663   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\nmeap\.svn\tmp\prop-base
4664   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\nmeap\.svn\tmp\props
4665   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\nmeap\.svn\tmp\text-base
4666   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\nmeap\patches\.svn
4667   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\nmeap\patches\100-no_test.patch
4668   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\nmeap\patches\.svn\entries
4669   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\nmeap\patches\.svn\prop-base
4670   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\nmeap\patches\.svn\props
4671   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\nmeap\patches\.svn\text-base
4672   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\nmeap\patches\.svn\tmp
4673   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\nmeap\patches\.svn\text-base\100-no_test.patch.
       svn-base
4674   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\nmeap\patches\.svn\tmp\prop-base
4675   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\nmeap\patches\.svn\tmp\props
4676   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\nmeap\patches\.svn\tmp\text-base
4677   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opal\.svn
4678   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opal\Makefile
4679   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opal\.svn\entries
4680   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opal\.svn\prop-base
4681   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opal\.svn\props
4682   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opal\.svn\text-base
4683   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opal\.svn\tmp
4684   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opal\.svn\text-base\Makefile.svn-base
4685   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opal\.svn\tmp\prop-base
4686   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opal\.svn\tmp\props
4687   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opal\.svn\tmp\text-base
4688   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opencdk\.svn
4689   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opencdk\Makefile
4690   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opencdk\patches
4691   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opencdk\.svn\entries
4692   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opencdk\.svn\prop-base
4693   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opencdk\.svn\props
4694   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opencdk\.svn\text-base
4695   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opencdk\.svn\tmp
4696   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opencdk\.svn\prop-base\Makefile.svn-base
4697   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opencdk\.svn\text-base\Makefile.svn-base
4698   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opencdk\.svn\tmp\prop-base
4699   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opencdk\.svn\tmp\props
4700   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opencdk\.svn\tmp\text-base
4701   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opencdk\patches\.svn
4702   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opencdk\patches\100-fix-tests-build
4703   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opencdk\patches\.svn\entries
4704   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opencdk\patches\.svn\prop-base
4705   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opencdk\patches\.svn\props
4706   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opencdk\patches\.svn\text-base
4707   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opencdk\patches\.svn\tmp
4708   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opencdk\patches\.svn\text-base\100-fix-tests-bu
       ild.svn-base
4709   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opencdk\patches\.svn\tmp\prop-base
4710   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opencdk\patches\.svn\tmp\props
4711   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\opencdk\patches\.svn\tmp\text-base
4712   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openh323\.svn
4713   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openh323\Makefile
4714   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openh323\patches
4715   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openh323\.svn\entries
4716   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openh323\.svn\prop-base
```

| | |
|---|---|
| 4717 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openh323\.svn\prop-base |
| 4718 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openh323\.svn\text-base |
| 4719 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openh323\.svn\tmp |
| 4720 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openh323\.svn\prop-base\Makefile.svn-base |
| 4721 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openh323\.svn\text-base\Makefile.svn-base |
| 4722 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openh323\.svn\tmp\prop-base |
| 4723 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openh323\.svn\tmp\props |
| 4724 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openh323\.svn\tmp\text-base |
| 4725 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openh323\patches\.svn |
| 4726 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openh323\patches\001-configure.patch |
| 4727 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openh323\patches\.svn\entries |
| 4728 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openh323\patches\.svn\prop-base |
| 4729 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openh323\patches\.svn\props |
| 4730 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openh323\patches\.svn\text-base |
| 4731 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openh323\patches\.svn\tmp |
| 4732 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openh323\patches\.svn\prop-base\001-configure.patch.svn-base |
| 4733 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openh323\patches\.svn\text-base\001-configure.patch.svn-base |
| 4734 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openh323\patches\.svn\tmp\prop-base |
| 4735 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openh323\patches\.svn\tmp\props |
| 4736 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openh323\patches\.svn\tmp\text-base |
| 4737 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openldap\.svn |
| 4738 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openldap\Makefile |
| 4739 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openldap\patches |
| 4740 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openldap\.svn\entries |
| 4741 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openldap\.svn\prop-base |
| 4742 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openldap\.svn\props |
| 4743 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openldap\.svn\text-base |
| 4744 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openldap\.svn\tmp |
| 4745 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openldap\.svn\prop-base\Makefile.svn-base |
| 4746 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openldap\.svn\text-base\Makefile.svn-base |
| 4747 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openldap\.svn\tmp\prop-base |
| 4748 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openldap\.svn\tmp\props |
| 4749 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openldap\.svn\tmp\text-base |
| 4750 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openldap\patches\.svn |
| 4751 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openldap\patches\500-cross-compile.patch |
| 4752 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openldap\patches\750-no-strip.patch |
| 4753 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openldap\patches\.svn\entries |
| 4754 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openldap\patches\.svn\prop-base |
| 4755 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openldap\patches\.svn\props |
| 4756 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openldap\patches\.svn\text-base |
| 4757 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openldap\patches\.svn\tmp |
| 4758 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openldap\patches\.svn\prop-base\500-cross-compile.patch.svn-base |
| 4759 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openldap\patches\.svn\prop-base\750-no-strip.patch.svn-base |
| 4760 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openldap\patches\.svn\text-base\500-cross-compile.patch.svn-base |
| 4761 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openldap\patches\.svn\text-base\750-no-strip.patch.svn-base |
| 4762 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openldap\patches\.svn\tmp\prop-base |
| 4763 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openldap\patches\.svn\tmp\props |
| 4764 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\openldap\patches\.svn\tmp\text-base |
| 4765 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ossp-js\.svn |
| 4766 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ossp-js\Makefile |
| 4767 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ossp-js\.svn\entries |
| 4768 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ossp-js\.svn\prop-base |
| 4769 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ossp-js\.svn\props |
| 4770 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ossp-js\.svn\text-base |
| 4771 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ossp-js\.svn\tmp |
| 4772 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ossp-js\.svn\prop-base\Makefile.svn-base |
| 4773 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ossp-js\.svn\text-base\Makefile.svn-base |
| 4774 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ossp-js\.svn\tmp\prop-base |
| 4775 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ossp-js\.svn\tmp\props |
| 4776 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ossp-js\.svn\tmp\text-base |
| 4777 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pcre\.svn |
| 4778 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pcre\Makefile |
| 4779 | SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pcre\patches |

```
4780  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pcre\.svn\prop-base
4781  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pcre\.svn\props
4782  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pcre\.svn\text-base
4783  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pcre\.svn\tmp
4784  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pcre\.svn\prop-base\Makefile.svn-base
4785  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pcre\.svn\text-base\Makefile.svn-base
4786  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pcre\.svn\tmp\prop-base
4787  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pcre\.svn\tmp\props
4788  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pcre\.svn\tmp\text-base
4789  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pcre\patches\.svn
4790  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pcre\patches\750-pcre_config_cross.patch
4791  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pcre\patches\.svn\entries
4792  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pcre\patches\.svn\prop-base
4793  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pcre\patches\.svn\props
4794  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pcre\patches\.svn\text-base
4795  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pcre\patches\.svn\tmp
4796  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pcre\patches\.svn\prop-base\750-pcre_config_cro
      ss.patch.svn-base
4797  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pcre\patches\.svn\text-base\750-pcre_config_cro
      ss.patch.svn-base
4798
4799  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pcre\patches\.svn\tmp\prop-base
4800  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pcre\patches\.svn\tmp\props
4801  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pcre\patches\.svn\tmp\text-base
4802  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\popt\.svn
4803  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\popt\Makefile
4804  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\popt\.svn\entries
4805  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\popt\.svn\prop-base
4806  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\popt\.svn\props
4807  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\popt\.svn\text-base
4808  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\popt\.svn\tmp
4809  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\popt\.svn\prop-base\Makefile.svn-base
4810  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\popt\.svn\text-base\Makefile.svn-base
4811  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\popt\.svn\tmp\prop-base
4812  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\popt\.svn\tmp\props
4813  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\popt\.svn\tmp\text-base
4814  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\.svn
4815  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\files
4816  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\Makefile
4817  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\patches
4818  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\.svn\entries
4819  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\.svn\prop-base
4820  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\.svn\props
4821  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\.svn\text-base
4822  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\.svn\tmp
4823  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\.svn\prop-base\Makefile.svn-base
4824  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\.svn\text-base\Makefile.svn-base
4825  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\.svn\tmp\prop-base
4826  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\.svn\tmp\props
4827  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\.svn\tmp\text-base
4828  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\files\.svn
4829  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\files\postgresql.config
4830  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\files\postgresql.init
4831  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\files\.svn\entries
4832  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\files\.svn\prop-base
4833  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\files\.svn\props
4834  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\files\.svn\text-base
4835  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\files\.svn\tmp
4836  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\files\.svn\prop-base\postgresql.conf
      ig.svn-base
4837  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\files\.svn\prop-base\postgresql.init
      .svn-base
4838  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\files\.svn\text-base\postgresql.conf
      ig.svn-base
4839  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\files\.svn\text-base\postgresql.init
      .svn-base
4840  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\files\.svn\tmp\prop-base
4841  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\files\.svn\tmp\props
4842  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\files\.svn\tmp\text-base
```

```
4843  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\patches\200-ranlib.patch
4844  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\patches\200-ranlib.patch
4845  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\patches\800-busybox-default-pager.patch
4846  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\patches\850-uclibc_no_cbrt.patch
4847  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\patches\.svn\entries
4848  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\patches\.svn\prop-base
4849  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\patches\.svn\props
4850  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\patches\.svn\text-base
4851  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\patches\.svn\tmp
4852  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\patches\.svn\prop-base\200-ranlib.patch.svn-base
4853  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\patches\.svn\text-base\200-ranlib.patch.svn-base
4854  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\patches\.svn\text-base\800-busybox-default-pager.patch.svn-base
4855  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\patches\.svn\text-base\850-uclibc_no_cbrt.patch.svn-base
4856  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\patches\.svn\tmp\prop-base
4857  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\patches\.svn\tmp\props
4858  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\postgresql\patches\.svn\tmp\text-base
4859  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pthsem\.svn
4860  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pthsem\Makefile
4861  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pthsem\.svn\entries
4862  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pthsem\.svn\prop-base
4863  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pthsem\.svn\props
4864  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pthsem\.svn\text-base
4865  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pthsem\.svn\tmp
4866  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pthsem\.svn\text-base\Makefile.svn-base
4867  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pthsem\.svn\tmp\prop-base
4868  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pthsem\.svn\tmp\props
4869  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pthsem\.svn\tmp\text-base
4870  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ptlib\.svn
4871  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ptlib\Makefile
4872  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ptlib\.svn\entries
4873  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ptlib\.svn\prop-base
4874  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ptlib\.svn\props
4875  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ptlib\.svn\text-base
4876  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ptlib\.svn\tmp
4877  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ptlib\.svn\text-base\Makefile.svn-base
4878  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ptlib\.svn\tmp\prop-base
4879  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ptlib\.svn\tmp\props
4880  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ptlib\.svn\tmp\text-base
4881  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pwlib\.svn
4882  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pwlib\Makefile
4883  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pwlib\patches
4884  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pwlib\.svn\entries
4885  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pwlib\.svn\prop-base
4886  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pwlib\.svn\props
4887  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pwlib\.svn\text-base
4888  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pwlib\.svn\tmp
4889  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pwlib\.svn\prop-base\Makefile.svn-base
4890  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pwlib\.svn\text-base\Makefile.svn-base
4891  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pwlib\.svn\tmp\prop-base
4892  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pwlib\.svn\tmp\props
4893  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pwlib\.svn\tmp\text-base
4894  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pwlib\patches\.svn
4895  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pwlib\patches\002-lib_mak.patch
4896  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pwlib\patches\.svn\entries
4897  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pwlib\patches\.svn\prop-base
4898  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pwlib\patches\.svn\props
4899  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pwlib\patches\.svn\text-base
4900  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pwlib\patches\.svn\tmp
4901  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pwlib\patches\.svn\prop-base\002-lib_mak.patch.svn-base
4902  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pwlib\patches\.svn\text-base\002-lib_mak.patch.svn-base
4903  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pwlib\patches\.svn\tmp\prop-base
4904  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\pwlib\patches\.svn\tmp\props
```

```
4905   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\radiusclient-ng\.svn
4906   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\radiusclient-ng\Makefile
4907   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\radiusclient-ng\patches
4908   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\radiusclient-ng\.svn\entries
4909   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\radiusclient-ng\.svn\prop-base
4910   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\radiusclient-ng\.svn\props
4911   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\radiusclient-ng\.svn\text-base
4912   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\radiusclient-ng\.svn\tmp
4913   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\radiusclient-ng\.svn\prop-base\Makefile.svn-bas
4914   e
4915   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\radiusclient-ng\.svn\text-base\Makefile.svn-bas
       e
4916   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\radiusclient-ng\.svn\tmp\prop-base
4917   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\radiusclient-ng\.svn\tmp\props
4918   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\radiusclient-ng\.svn\tmp\text-base
4919   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\radiusclient-ng\patches\.svn
4920   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\radiusclient-ng\patches\001-cross_compile.patch
4921   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\radiusclient-ng\patches\.svn\entries
4922   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\radiusclient-ng\patches\.svn\prop-base
4923   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\radiusclient-ng\patches\.svn\props
4924   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\radiusclient-ng\patches\.svn\text-base
4925   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\radiusclient-ng\patches\.svn\tmp
4926   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\radiusclient-ng\patches\.svn\prop-base\001-cros
       s_compile.patch.svn-base
4927   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\radiusclient-ng\patches\.svn\text-base\001-cros
       s_compile.patch.svn-base
4928   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\radiusclient-ng\patches\.svn\tmp\prop-base
4929   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\radiusclient-ng\patches\.svn\tmp\props
4930   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\radiusclient-ng\patches\.svn\tmp\text-base
4931   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\rrdtool-1.0.x\.svn
4932   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\rrdtool-1.0.x\Makefile
4933   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\rrdtool-1.0.x\.svn\entries
4934   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\rrdtool-1.0.x\.svn\prop-base
4935   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\rrdtool-1.0.x\.svn\props
4936   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\rrdtool-1.0.x\.svn\text-base
4937   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\rrdtool-1.0.x\.svn\tmp
4938   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\rrdtool-1.0.x\.svn\prop-base\Makefile.svn-base
4939   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\rrdtool-1.0.x\.svn\text-base\Makefile.svn-base
4940   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\rrdtool-1.0.x\.svn\tmp\prop-base
4941   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\rrdtool-1.0.x\.svn\tmp\props
4942   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\rrdtool-1.0.x\.svn\tmp\text-base
4943   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\serdisplib\.svn
4944   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\serdisplib\Makefile
4945   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\serdisplib\patches
4946   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\serdisplib\.svn\entries
4947   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\serdisplib\.svn\prop-base
4948   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\serdisplib\.svn\props
4949   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\serdisplib\.svn\text-base
4950   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\serdisplib\.svn\tmp
4951   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\serdisplib\.svn\prop-base\Makefile.svn-base
4952   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\serdisplib\.svn\text-base\Makefile.svn-base
4953   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\serdisplib\.svn\tmp\prop-base
4954   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\serdisplib\.svn\tmp\props
4955   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\serdisplib\.svn\tmp\text-base
4956   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\serdisplib\patches\.svn
4957   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\serdisplib\patches\101-test_shared.patch
4958   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\serdisplib\patches\.svn\entries
4959   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\serdisplib\patches\.svn\prop-base
4960   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\serdisplib\patches\.svn\props
4961   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\serdisplib\patches\.svn\text-base
4962   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\serdisplib\patches\.svn\tmp
4963   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\serdisplib\patches\.svn\prop-base\101-test_shar
       ed.patch.svn-base
4964   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\serdisplib\patches\.svn\text-base\101-test_shar
       ed.patch.svn-base
4965   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\serdisplib\patches\.svn\tmp\prop-base
4966   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\serdisplib\patches\.svn\tmp\props
4967   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\serdisplib\patches\.svn\tmp\text-base
```

```
4968  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\speex
4969  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\speex\Makefile
4970  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\speex\patches
4971  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\speex\.svn\entries
4972  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\speex\.svn\prop-base
4973  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\speex\.svn\props
4974  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\speex\.svn\text-base
4975  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\speex\.svn\tmp
4976  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\speex\.svn\prop-base\Makefile.svn-base
4977  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\speex\.svn\text-base\Makefile.svn-base
4978  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\speex\.svn\tmp\prop-base
4979  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\speex\.svn\tmp\props
4980  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\speex\.svn\tmp\text-base
4981  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\speex\patches\.svn
4982  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\speex\patches\001-remove_host_includes.patch
4983  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\speex\patches\.svn\entries
4984  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\speex\patches\.svn\prop-base
4985  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\speex\patches\.svn\props
4986  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\speex\patches\.svn\text-base
4987  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\speex\patches\.svn\tmp
4988  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\speex\patches\.svn\text-base\001-remove_host_in
      cludes.patch.svn-base
4989  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\speex\patches\.svn\tmp\prop-base
4990  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\speex\patches\.svn\tmp\props
4991  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\speex\patches\.svn\tmp\text-base
4992  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\sqlite2\.svn
4993  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\sqlite2\Makefile
4994  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\sqlite2\.svn\entries
4995  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\sqlite2\.svn\prop-base
4996  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\sqlite2\.svn\props
4997  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\sqlite2\.svn\text-base
4998  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\sqlite2\.svn\tmp
4999  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\sqlite2\.svn\prop-base\Makefile.svn-base
5000  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\sqlite2\.svn\text-base\Makefile.svn-base
5001  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\sqlite2\.svn\tmp\prop-base
5002  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\sqlite2\.svn\tmp\props
5003  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\sqlite2\.svn\tmp\text-base
5004  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\sqlite3\.svn
5005  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\sqlite3\Makefile
5006  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\sqlite3\.svn\entries
5007  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\sqlite3\.svn\prop-base
5008  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\sqlite3\.svn\props
5009  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\sqlite3\.svn\text-base
5010  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\sqlite3\.svn\tmp
5011  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\sqlite3\.svn\prop-base\Makefile.svn-base
5012  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\sqlite3\.svn\text-base\Makefile.svn-base
5013  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\sqlite3\.svn\tmp\prop-base
5014  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\sqlite3\.svn\tmp\props
5015  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\sqlite3\.svn\tmp\text-base
5016  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\st2205tool\.svn
5017  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\st2205tool\Makefile
5018  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\st2205tool\patches
5019  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\st2205tool\.svn\entries
5020  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\st2205tool\.svn\prop-base
5021  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\st2205tool\.svn\props
5022  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\st2205tool\.svn\text-base
5023  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\st2205tool\.svn\tmp
5024  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\st2205tool\.svn\text-base\Makefile.svn-base
5025  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\st2205tool\.svn\tmp\prop-base
5026  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\st2205tool\.svn\tmp\props
5027  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\st2205tool\.svn\tmp\text-base
5028  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\st2205tool\patches\.svn
5029  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\st2205tool\patches\100-base-makefile.patch
5030  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\st2205tool\patches\110-libst-makefile.patch
5031  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\st2205tool\patches\120-setpic-makefile.patch
5032  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\st2205tool\patches\.svn\entries
5033  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\st2205tool\patches\.svn\prop-base
5034  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\st2205tool\patches\.svn\props
5035  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\st2205tool\patches\.svn\text-base
```

```
5036   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\st2205tool\patches\.svn\text-base
5037   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\st2205tool\patches\.svn\text-base\100-base-make
       file.patch.svn-base
5038   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\st2205tool\patches\.svn\text-base\110-libst-mak
       efile.patch.svn-base
5039   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\st2205tool\patches\.svn\text-base\120-setpic-ma
       kefile.patch.svn-base
5040   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\st2205tool\patches\.svn\tmp\prop-base
5041   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\st2205tool\patches\.svn\tmp\props
5042   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\st2205tool\patches\.svn\tmp\text-base
5043   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\taglib\.svn
5044   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\taglib\Makefile
5045   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\taglib\.svn\entries
5046   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\taglib\.svn\prop-base
5047   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\taglib\.svn\props
5048   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\taglib\.svn\text-base
5049   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\taglib\.svn\tmp
5050   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\taglib\.svn\prop-base\Makefile.svn-base
5051   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\taglib\.svn\text-base\Makefile.svn-base
5052   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\taglib\.svn\tmp\prop-base
5053   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\taglib\.svn\tmp\props
5054   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\taglib\.svn\tmp\text-base
5055   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tcp_wrappers\.svn
5056   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tcp_wrappers\Makefile
5057   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tcp_wrappers\patches
5058   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tcp_wrappers\.svn\entries
5059   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tcp_wrappers\.svn\prop-base
5060   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tcp_wrappers\.svn\props
5061   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tcp_wrappers\.svn\text-base
5062   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tcp_wrappers\.svn\tmp
5063   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tcp_wrappers\.svn\prop-base\Makefile.svn-base
5064   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tcp_wrappers\.svn\text-base\Makefile.svn-base
5065   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tcp_wrappers\.svn\tmp\prop-base
5066   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tcp_wrappers\.svn\tmp\props
5067   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tcp_wrappers\.svn\tmp\text-base
5068   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tcp_wrappers\patches\.svn
5069   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tcp_wrappers\patches\001-debian_subset.patch
5070   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tcp_wrappers\patches\002-opt_cflags.patch
5071   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tcp_wrappers\patches\.svn\entries
5072   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tcp_wrappers\patches\.svn\prop-base
5073   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tcp_wrappers\patches\.svn\props
5074   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tcp_wrappers\patches\.svn\text-base
5075   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tcp_wrappers\patches\.svn\tmp
5076   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tcp_wrappers\patches\.svn\prop-base\001-debian_
       subset.patch.svn-base
5077   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tcp_wrappers\patches\.svn\prop-base\002-opt_cfl
       ags.patch.svn-base
5078   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tcp_wrappers\patches\.svn\text-base\001-debian_
       subset.patch.svn-base
5079   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tcp_wrappers\patches\.svn\text-base\002-opt_cfl
       ags.patch.svn-base
5080   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tcp_wrappers\patches\.svn\tmp\prop-base
5081   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tcp_wrappers\patches\.svn\tmp\props
5082   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tcp_wrappers\patches\.svn\tmp\text-base
5083   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff\.svn
5084   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff\Makefile
5085   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff\patches
5086   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff\.svn\entries
5087   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff\.svn\prop-base
5088   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff\.svn\props
5089   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff\.svn\text-base
5090   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff\.svn\tmp
5091   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff\.svn\text-base\Makefile.svn-base
5092   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff\.svn\tmp\prop-base
5093   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff\.svn\tmp\props
5094   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff\.svn\tmp\text-base
5095   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff\patches\.svn
5096   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff\patches\901-cve-2006-3459-3465.patch
5097   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff\patches\902-cve-2008-2327.patch
```

```
5098  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff\patches\903-cve-2009-2285.patch
5099  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff\patches\904-cve-2009-2347.patch
5100  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff\patches\.svn\entries
5101  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff\patches\.svn\prop-base
5102  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff\patches\.svn\props
5103  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff\patches\.svn\text-base
5104  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff\patches\.svn\tmp
5105  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff\patches\.svn\text-base\901-cve-2006-3459-3
      465.patch.svn-base
5106  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff\patches\.svn\text-base\902-cve-2008-2327.p
      atch.svn-base
5107  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff\patches\.svn\text-base\903-cve-2009-2285.p
      atch.svn-base
5108  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff\patches\.svn\text-base\904-cve-2009-2347.p
      atch.svn-base
5109  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff\patches\.svn\tmp\prop-base
5110  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff\patches\.svn\tmp\props
5111  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\tiff\patches\.svn\tmp\text-base
5112  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\.svn
5113  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\files
5114  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\Makefile
5115  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches
5116  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\.svn\entries
5117  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\.svn\prop-base
5118  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\.svn\props
5119  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\.svn\text-base
5120  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\.svn\tmp
5121  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\.svn\prop-base\Makefile.svn-base
5122  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\.svn\text-base\Makefile.svn-base
5123  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\.svn\tmp\prop-base
5124  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\.svn\tmp\props
5125  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\.svn\tmp\text-base
5126  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\files\.svn
5127  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\files\config.default
5128  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\files\.svn\entries
5129  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\files\.svn\prop-base
5130  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\files\.svn\props
5131  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\files\.svn\text-base
5132  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\files\.svn\tmp
5133  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\files\.svn\prop-base\config.default.sv
      n-base
5134  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\files\.svn\text-base\config.default.sv
      n-base
5135  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\files\.svn\tmp\prop-base
5136  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\files\.svn\tmp\props
5137  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\files\.svn\tmp\text-base
5138  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\.svn
5139  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\001-path_to_make.patch
5140  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\002-path_to_bash.patch
5141  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\003-cp_command.patch
5142  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\004-ccache_fixes.patch
5143  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\005-wrapper.patch
5144  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\006-eabi_fix.patch
5145  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\007-numeric_limits.patch
5146  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\008-integer_width.patch
5147  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\009-compile_fixes.patch
5148  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\.svn\entries
5149  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\.svn\prop-base
5150  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\.svn\props
5151  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\.svn\text-base
5152  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\.svn\tmp
5153  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\.svn\prop-base\001-path_to_mak
      e.patch.svn-base
5154  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\.svn\prop-base\002-path_to_bas
      h.patch.svn-base
5155  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\.svn\prop-base\003-cp_command.
      patch.svn-base
5156  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\.svn\text-base\001-path_to_mak
      e.patch.svn-base
```

```
5157   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\.svn\text-base\002-path_to_bas
       h.patch.svn-base
5158   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\.svn\text-base\003-cp_command.
       patch.svn-base
5159   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\.svn\text-base\004-ccache_fixe
       s.patch.svn-base
5160   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\.svn\text-base\005-wrapper.pat
       ch.svn-base
5161   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\.svn\text-base\006-eabi_fix.pa
       tch.svn-base
5162   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\.svn\text-base\007-numeric_lim
       its.patch.svn-base
5163   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\.svn\text-base\008-integer_wid
       th.patch.svn-base
5164   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\.svn\text-base\009-compile_fix
       es.patch.svn-base
5165   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\.svn\tmp\prop-base
5166   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\.svn\tmp\props
5167   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\uclibc++\patches\.svn\tmp\text-base
5168   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\.svn
5169   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\files
5170   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\Makefile
5171   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\patches
5172   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\.svn\entries
5173   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\.svn\prop-base
5174   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\.svn\props
5175   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\.svn\text-base
5176   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\.svn\tmp
5177   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\.svn\prop-base\Makefile.svn-base
5178   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\.svn\text-base\Makefile.svn-base
5179   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\.svn\tmp\prop-base
5180   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\.svn\tmp\props
5181   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\.svn\tmp\text-base
5182   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\files\.svn
5183   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\files\Common.mk
5184   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\files\config.h
5185   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\files\.svn\entries
5186   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\files\.svn\prop-base
5187   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\files\.svn\props
5188   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\files\.svn\text-base
5189   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\files\.svn\tmp
5190   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\files\.svn\prop-base\Common.mk.svn-base
5191   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\files\.svn\prop-base\config.h.svn-base
5192   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\files\.svn\text-base\Common.mk.svn-base
5193   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\files\.svn\text-base\config.h.svn-base
5194   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\files\.svn\tmp\prop-base
5195   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\files\.svn\tmp\props
5196   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\files\.svn\tmp\text-base
5197   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\patches\.svn
5198   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\patches\001-install-DESTDIR.patch
5199   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\patches\002-install_path.patch
5200   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\patches\.svn\entries
5201   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\patches\.svn\prop-base
5202   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\patches\.svn\props
5203   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\patches\.svn\text-base
5204   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\patches\.svn\tmp
5205   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\patches\.svn\prop-base\001-install-DESTDIR
       .patch.svn-base
5206   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\patches\.svn\prop-base\002-install_path.pa
       tch.svn-base
5207   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\patches\.svn\text-base\001-install-DESTDIR
       .patch.svn-base
5208   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\patches\.svn\text-base\002-install_path.pa
       tch.svn-base
5209   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\patches\.svn\tmp\prop-base
5210   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\patches\.svn\tmp\props
5211   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\ustl\patches\.svn\tmp\text-base
5212   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\wnck\.svn
5213   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\wnck\Makefile
```

```
5214  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\wnck\.svn
5215  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\wnck\.svn\prop-base
5216  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\wnck\.svn\props
5217  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\wnck\.svn\text-base
5218  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\wnck\.svn\tmp
5219  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\wnck\.svn\text-base\Makefile.svn-base
5220  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\wnck\.svn\tmp\prop-base
5221  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\wnck\.svn\tmp\props
5222  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\wnck\.svn\tmp\text-base
5223  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\wxbase\.svn
5224  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\wxbase\Makefile
5225  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\wxbase\.svn\entries
5226  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\wxbase\.svn\prop-base
5227  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\wxbase\.svn\props
5228  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\wxbase\.svn\text-base
5229  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\wxbase\.svn\tmp
5230  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\wxbase\.svn\prop-base\Makefile.svn-base
5231  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\wxbase\.svn\text-base\Makefile.svn-base
5232  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\wxbase\.svn\tmp\prop-base
5233  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\wxbase\.svn\tmp\props
5234  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\wxbase\.svn\tmp\text-base
5235  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\xyssl\.svn
5236  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\xyssl\Makefile
5237  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\xyssl\patches
5238  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\xyssl\.svn\entries
5239  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\xyssl\.svn\prop-base
5240  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\xyssl\.svn\props
5241  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\xyssl\.svn\text-base
5242  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\xyssl\.svn\tmp
5243  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\xyssl\.svn\prop-base\Makefile.svn-base
5244  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\xyssl\.svn\text-base\Makefile.svn-base
5245  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\xyssl\.svn\tmp\prop-base
5246  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\xyssl\.svn\tmp\props
5247  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\xyssl\.svn\tmp\text-base
5248  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\xyssl\patches\.svn
5249  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\xyssl\patches\100-shared.patch
5250  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\xyssl\patches\110-make.patch
5251  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\xyssl\patches\.svn\entries
5252  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\xyssl\patches\.svn\prop-base
5253  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\xyssl\patches\.svn\props
5254  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\xyssl\patches\.svn\text-base
5255  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\xyssl\patches\.svn\tmp
5256  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\xyssl\patches\.svn\text-base\100-shared.patch.s
      vn-base
5257  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\xyssl\patches\.svn\text-base\110-make.patch.svn
      -base
5258  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\xyssl\patches\.svn\tmp\prop-base
5259  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\xyssl\patches\.svn\tmp\props
5260  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\xyssl\patches\.svn\tmp\text-base
5261  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel\.svn
5262  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel\Makefile
5263  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel\patches
5264  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel\.svn\entries
5265  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel\.svn\prop-base
5266  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel\.svn\props
5267  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel\.svn\text-base
5268  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel\.svn\tmp
5269  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel\.svn\prop-base\Makefile.svn-base
5270  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel\.svn\text-base\Makefile.svn-base
5271  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel\.svn\tmp\prop-base
5272  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel\.svn\tmp\props
5273  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel\.svn\tmp\text-base
5274  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel\patches\.svn
5275  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel\patches\110-Makefile-tonezone_install.pa
      tch
5276  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel\patches\.svn\entries
5277  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel\patches\.svn\prop-base
5278  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel\patches\.svn\props
5279  SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel\patches\.svn\text-base
```

```
5280   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel\patches\.svn\prop-base\l10-Makefile-tone
       zone_install.patch.svn-base
5281   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel\patches\.svn\prop-base\l10-Makefile-tone
       zone_install.patch.svn-base
5282   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel\patches\.svn\text-base\l10-Makefile-tone
       zone_install.patch.svn-base
5283   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel\patches\.svn\tmp\prop-base
5284   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel\patches\.svn\tmp\props
5285   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel\patches\.svn\tmp\text-base
5286   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\.svn
5287   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\Makefile
5288   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\patches
5289   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\.svn\entries
5290   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\.svn\prop-base
5291   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\.svn\props
5292   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\.svn\text-base
5293   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\.svn\tmp
5294   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\.svn\text-base\Makefile.svn-base
5295   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\.svn\tmp\prop-base
5296   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\.svn\tmp\props
5297   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\.svn\tmp\text-base
5298   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\patches\.svn
5299   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\patches\001-Makefile-arch.patch
5300   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\patches\200-Makefile-pwd.patch
5301   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\patches\300-zaptel-base.patch
5302   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\patches\305-class_device_removed.p
       atch
5303   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\patches\320-zap-sema.patch
5304   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\patches\330-uname_m.patch
5305   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\patches\.svn\entries
5306   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\patches\.svn\prop-base
5307   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\patches\.svn\props
5308   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\patches\.svn\text-base
5309   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\patches\.svn\tmp
5310   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\patches\.svn\text-base\001-Makefil
       e-arch.patch.svn-base
5311   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\patches\.svn\text-base\200-Makefil
       e-pwd.patch.svn-base
5312   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\patches\.svn\text-base\300-zaptel-
       base.patch.svn-base
5313   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\patches\.svn\text-base\305-class_d
       evice_removed.patch.svn-base
5314   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\patches\.svn\text-base\320-zap-sem
       a.patch.svn-base
5315   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\patches\.svn\text-base\330-uname_m
       .patch.svn-base
5316   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\patches\.svn\tmp\prop-base
5317   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\patches\.svn\tmp\props
5318   SDK.UBNT.v5.3\openwrt\feeds\packages\libs\zaptel-1.4.x\patches\.svn\tmp\text-base
5319   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\.svn
5320   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot
5321   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\fetchmail
5322   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\imapfilter
5323   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mini_sendmail
5324   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mutt
5325   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\procmail
5326   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\ssmtp
5327   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail
5328   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\.svn\entries
5329   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\.svn\prop-base
5330   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\.svn\props
5331   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\.svn\text-base
5332   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\.svn\tmp
5333   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\.svn\tmp\prop-base
5334   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\.svn\tmp\props
5335   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\.svn\tmp\text-base
5336   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\.svn
5337   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\files
5338   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\Makefile
5339   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\patches
```

```
5340  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\.svn\prop-base
5341  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\.svn\props
5342  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\.svn\text-base
5343  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\.svn\tmp
5344  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\.svn\prop-base\Makefile.svn-base
5345  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\.svn\text-base\Makefile.svn-base
5346  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\.svn\tmp\prop-base
5347  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\.svn\tmp\props
5348  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\.svn\tmp\text-base
5349  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\files\.svn
5350  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\files\dovecot.conf
5351  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\files\dovecot.init
5352  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\files\.svn\entries
5353  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\files\.svn\prop-base
5354  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\files\.svn\props
5355  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\files\.svn\text-base
5356  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\files\.svn\tmp
5357  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\files\.svn\tmp
5358  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\files\.svn\prop-base\dovecot.conf.svn-b
      ase
5359  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\files\.svn\prop-base\dovecot.init.svn-b
      ase
5360  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\files\.svn\text-base\dovecot.conf.svn-b
      ase
5361  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\files\.svn\text-base\dovecot.init.svn-b
      ase
5362  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\files\.svn\tmp\prop-base
5363  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\files\.svn\tmp\props
5364  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\files\.svn\tmp\text-base
5365  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\patches\.svn
5366  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\patches\configure.in.patch
5367  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\patches\.svn\entries
5368  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\patches\.svn\prop-base
5369  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\patches\.svn\props
5370  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\patches\.svn\text-base
5371  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\patches\.svn\tmp
5372  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\patches\.svn\prop-base\configure.in.pat
      ch.svn-base
5373  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\patches\.svn\text-base\configure.in.pat
      ch.svn-base
5374  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\patches\.svn\tmp\prop-base
5375  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\patches\.svn\tmp\props
5376  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\dovecot\patches\.svn\tmp\text-base
5377  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\fetchmail\.svn
5378  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\fetchmail\Makefile
5379  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\fetchmail\patches
5380  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\fetchmail\.svn\entries
5381  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\fetchmail\.svn\prop-base
5382  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\fetchmail\.svn\props
5383  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\fetchmail\.svn\text-base
5384  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\fetchmail\.svn\tmp
5385  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\fetchmail\.svn\prop-base\Makefile.svn-base
5386  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\fetchmail\.svn\text-base\Makefile.svn-base
5387  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\fetchmail\.svn\tmp\prop-base
5388  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\fetchmail\.svn\tmp\props
5389  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\fetchmail\.svn\tmp\text-base
5390  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\fetchmail\patches\.svn
5391  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\fetchmail\patches\001-amd64_detection.patch
5392  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\fetchmail\patches\002-no_rej.patch
5393  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\fetchmail\patches\.svn\entries
5394  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\fetchmail\patches\.svn\prop-base
5395  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\fetchmail\patches\.svn\props
5396  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\fetchmail\patches\.svn\text-base
5397  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\fetchmail\patches\.svn\tmp
5398  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\fetchmail\patches\.svn\prop-base\001-amd64_dete
      ction.patch.svn-base
5399  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\fetchmail\patches\.svn\prop-base\002-no_rej.pat
      ch.svn-base
5400  SDK.UBNT.v5.3\openwrt\feeds\packages\mail\fetchmail\patches\.svn\text-base\001-amd64_dete
```

| | |
|---|---|
| 5401 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\fetchmail\patches\.svn\text-base\002-no_rej.pat ch.svn-base |
| 5402 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\fetchmail\patches\.svn\tmp\prop-base |
| 5403 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\fetchmail\patches\.svn\tmp\props |
| 5404 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\fetchmail\patches\.svn\tmp\text-base |
| 5405 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\imapfilter\.svn |
| 5406 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\imapfilter\Makefile |
| 5407 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\imapfilter\patches |
| 5408 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\imapfilter\.svn\entries |
| 5409 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\imapfilter\.svn\prop-base |
| 5410 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\imapfilter\.svn\props |
| 5411 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\imapfilter\.svn\text-base |
| 5412 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\imapfilter\.svn\tmp |
| 5413 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\imapfilter\.svn\prop-base\Makefile.svn-base |
| 5414 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\imapfilter\.svn\text-base\Makefile.svn-base |
| 5415 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\imapfilter\.svn\tmp\prop-base |
| 5416 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\imapfilter\.svn\tmp\props |
| 5417 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\imapfilter\.svn\tmp\text-base |
| 5418 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\imapfilter\patches\.svn |
| 5419 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\imapfilter\patches\010-pathnames.patch |
| 5420 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\imapfilter\patches\.svn\entries |
| 5421 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\imapfilter\patches\.svn\prop-base |
| 5422 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\imapfilter\patches\.svn\props |
| 5423 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\imapfilter\patches\.svn\text-base |
| 5424 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\imapfilter\patches\.svn\tmp |
| 5425 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\imapfilter\patches\.svn\prop-base\010-pathnames .patch.svn-base |
| 5426 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\imapfilter\patches\.svn\text-base\010-pathnames .patch.svn-base |
| 5427 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\imapfilter\patches\.svn\tmp\prop-base |
| 5428 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\imapfilter\patches\.svn\tmp\props |
| 5429 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\imapfilter\patches\.svn\tmp\text-base |
| 5430 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mini_sendmail\.svn |
| 5431 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mini_sendmail\Makefile |
| 5432 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mini_sendmail\patches |
| 5433 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mini_sendmail\.svn\entries |
| 5434 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mini_sendmail\.svn\prop-base |
| 5435 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mini_sendmail\.svn\props |
| 5436 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mini_sendmail\.svn\text-base |
| 5437 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mini_sendmail\.svn\tmp |
| 5438 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mini_sendmail\.svn\prop-base\Makefile.svn-base |
| 5439 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mini_sendmail\.svn\text-base\Makefile.svn-base |
| 5440 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mini_sendmail\.svn\tmp\prop-base |
| 5441 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mini_sendmail\.svn\tmp\props |
| 5442 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mini_sendmail\.svn\tmp\text-base |
| 5443 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mini_sendmail\patches\.svn |
| 5444 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mini_sendmail\patches\200-fullname.patch |
| 5445 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mini_sendmail\patches\500-flags.patch |
| 5446 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mini_sendmail\patches\.svn\entries |
| 5447 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mini_sendmail\patches\.svn\prop-base |
| 5448 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mini_sendmail\patches\.svn\props |
| 5449 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mini_sendmail\patches\.svn\text-base |
| 5450 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mini_sendmail\patches\.svn\tmp |
| 5451 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mini_sendmail\patches\.svn\prop-base\500-flags. patch.svn-base |
| 5452 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mini_sendmail\patches\.svn\text-base\200-fullna me.patch.svn-base |
| 5453 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mini_sendmail\patches\.svn\text-base\500-flags. patch.svn-base |
| 5454 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mini_sendmail\patches\.svn\tmp\prop-base |
| 5455 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mini_sendmail\patches\.svn\tmp\props |
| 5456 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mini_sendmail\patches\.svn\tmp\text-base |
| 5457 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mutt\.svn |
| 5458 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mutt\Makefile |
| 5459 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mutt\patches |
| 5460 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mutt\.svn\entries |
| 5461 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mutt\.svn\prop-base |
| 5462 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mutt\.svn\props |

```
5463   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mutt\.svn
5464   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mutt\.svn\tmp
5465   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mutt\.svn\prop-base\Makefile.svn-base
5466   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mutt\.svn\text-base\Makefile.svn-base
5467   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mutt\.svn\tmp\prop-base
5468   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mutt\.svn\tmp\props
5469   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mutt\.svn\tmp\text-base
5470   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mutt\patches\.svn
5471   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mutt\patches\001-no_po_and_docs.patch
5472   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mutt\patches\.svn\entries
5473   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mutt\patches\.svn\prop-base
5474   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mutt\patches\.svn\props
5475   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mutt\patches\.svn\text-base
5476   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mutt\patches\.svn\tmp
5477   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mutt\patches\.svn\text-base\001-no_po_and_docs.
       patch.svn-base
5478   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mutt\patches\.svn\tmp\prop-base
5479   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mutt\patches\.svn\tmp\props
5480   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\mutt\patches\.svn\tmp\text-base
5481   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\procmail\.svn
5482   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\procmail\Makefile
5483   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\procmail\patches
5484   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\procmail\.svn\entries
5485   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\procmail\.svn\prop-base
5486   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\procmail\.svn\props
5487   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\procmail\.svn\text-base
5488   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\procmail\.svn\tmp
5489   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\procmail\.svn\prop-base\Makefile.svn-base
5490   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\procmail\.svn\text-base\Makefile.svn-base
5491   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\procmail\.svn\tmp\prop-base
5492   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\procmail\.svn\tmp\props
5493   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\procmail\.svn\tmp\text-base
5494   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\procmail\patches\.svn
5495   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\procmail\patches\001-procmail_openwrt.patch
5496   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\procmail\patches\.svn\entries
5497   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\procmail\patches\.svn\prop-base
5498   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\procmail\patches\.svn\props
5499   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\procmail\patches\.svn\text-base
5500   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\procmail\patches\.svn\tmp
5501   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\procmail\patches\.svn\prop-base\001-procmail_op
       enwrt.patch.svn-base
5502   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\procmail\patches\.svn\text-base\001-procmail_op
       enwrt.patch.svn-base
5503   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\procmail\patches\.svn\tmp\prop-base
5504   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\procmail\patches\.svn\tmp\props
5505   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\procmail\patches\.svn\tmp\text-base
5506   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\ssmtp\.svn
5507   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\ssmtp\Makefile
5508   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\ssmtp\patches
5509   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\ssmtp\.svn\entries
5510   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\ssmtp\.svn\prop-base
5511   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\ssmtp\.svn\props
5512   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\ssmtp\.svn\text-base
5513   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\ssmtp\.svn\tmp
5514   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\ssmtp\.svn\prop-base\Makefile.svn-base
5515   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\ssmtp\.svn\text-base\Makefile.svn-base
5516   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\ssmtp\.svn\tmp\prop-base
5517   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\ssmtp\.svn\tmp\props
5518   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\ssmtp\.svn\tmp\text-base
5519   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\ssmtp\patches\.svn
5520   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\ssmtp\patches\500-debian-subset-2.61-2.patch
5521   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\ssmtp\patches\901-strftime_space_padding.patch
5522   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\ssmtp\patches\.svn\entries
5523   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\ssmtp\patches\.svn\prop-base
5524   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\ssmtp\patches\.svn\props
5525   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\ssmtp\patches\.svn\text-base
5526   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\ssmtp\patches\.svn\tmp
5527   SDK.UBNT.v5.3\openwrt\feeds\packages\mail\ssmtp\patches\.svn\prop-base\500-debian-subset-
       2.61-2.patch.svn-base
```

| | |
|---|---|
| 5528 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\ssmtp\patches\.svn\text-base\901-strftime_space_padding.patch.svn-base |
| 5529 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\ssmtp\patches\.svn\text-base\500-debian-subset-2.61-2.patch.svn-base |
| 5530 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\ssmtp\patches\.svn\text-base\901-strftime_space_padding.patch.svn-base |
| 5531 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\ssmtp\patches\.svn\tmp\prop-base |
| 5532 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\ssmtp\patches\.svn\tmp\props |
| 5533 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\ssmtp\patches\.svn\tmp\text-base |
| 5534 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\.svn |
| 5535 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\files |
| 5536 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\Makefile |
| 5537 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\patches |
| 5538 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\.svn\entries |
| 5539 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\.svn\prop-base |
| 5540 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\.svn\props |
| 5541 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\.svn\text-base |
| 5542 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\.svn\tmp |
| 5543 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\.svn\prop-base\Makefile.svn-base |
| 5544 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\.svn\text-base\Makefile.svn-base |
| 5545 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\.svn\tmp\prop-base |
| 5546 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\.svn\tmp\props |
| 5547 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\.svn\tmp\text-base |
| 5548 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\files\.svn |
| 5549 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\files\xmail.config |
| 5550 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\files\xmail.init |
| 5551 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\files\.svn\entries |
| 5552 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\files\.svn\prop-base |
| 5553 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\files\.svn\props |
| 5554 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\files\.svn\text-base |
| 5555 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\files\.svn\tmp |
| 5556 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\files\.svn\text-base\xmail.config.svn-base |
| 5557 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\files\.svn\text-base\xmail.init.svn-base |
| 5558 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\files\.svn\tmp\prop-base |
| 5559 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\files\.svn\tmp\props |
| 5560 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\files\.svn\tmp\text-base |
| 5561 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\patches\.svn |
| 5562 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\patches\010-Makefile.common.patch |
| 5563 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\patches\020-Makefile.lnx.patch |
| 5564 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\patches\030-sysmachine.patch |
| 5565 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\patches\040-honour_opt_flags.patch |
| 5566 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\patches\.svn\entries |
| 5567 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\patches\.svn\prop-base |
| 5568 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\patches\.svn\props |
| 5569 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\patches\.svn\text-base |
| 5570 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\patches\.svn\tmp |
| 5571 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\patches\.svn\text-base\010-Makefile.common.patch.svn-base |
| 5572 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\patches\.svn\text-base\020-Makefile.lnx.patch.svn-base |
| 5573 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\patches\.svn\text-base\030-sysmachine.patch.svn-base |
| 5574 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\patches\.svn\text-base\040-honour_opt_flags.patch.svn-base |
| 5575 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\patches\.svn\tmp\prop-base |
| 5576 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\patches\.svn\tmp\props |
| 5577 | SDK.UBNT.v5.3\openwrt\feeds\packages\mail\xmail\patches\.svn\tmp\text-base |
| 5578 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\.svn |
| 5579 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ffmpeg |
| 5580 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield |
| 5581 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gphoto2 |
| 5582 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gspcav1 |
| 5583 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-base |
| 5584 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-good |
| 5585 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gstreamer |
| 5586 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\linux-uvc |
| 5587 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\mjpg-streamer |
| 5588 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\motion |

```
5589   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ov51x-jpeg
5590   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ov51x-jpeg
5591   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\palantir
5592   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\peercast
5593   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\puppy
5594   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\qc-usb
5595   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-le
5596   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-view
5597   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spcaview
5598   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare
5599   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\uvc-streamer
5600   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\.svn\entries
5601   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\.svn\prop-base
5602   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\.svn\props
5603   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\.svn\text-base
5604   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\.svn\tmp
5605   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\.svn\tmp\prop-base
5606   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\.svn\tmp\props
5607   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\.svn\tmp\text-base
5608   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ffmpeg\.svn
5609   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ffmpeg\Config.in
5610   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ffmpeg\Makefile
5611   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ffmpeg\patches
5612   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ffmpeg\.svn\entries
5613   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ffmpeg\.svn\prop-base
5614   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ffmpeg\.svn\props
5615   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ffmpeg\.svn\text-base
5616   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ffmpeg\.svn\tmp
5617   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ffmpeg\.svn\prop-base\Config.in.svn-base
5618   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ffmpeg\.svn\prop-base\Makefile.svn-base
5619   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ffmpeg\.svn\text-base\Config.in.svn-base
5620   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ffmpeg\.svn\text-base\Makefile.svn-base
5621   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ffmpeg\.svn\tmp\prop-base
5622   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ffmpeg\.svn\tmp\props
5623   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ffmpeg\.svn\tmp\text-base
5624   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ffmpeg\patches\.svn
5625   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ffmpeg\patches\010-fix-pkg-config-files.p
       atch
5626   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ffmpeg\patches\.svn\entries
5627   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ffmpeg\patches\.svn\prop-base
5628   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ffmpeg\patches\.svn\props
5629   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ffmpeg\patches\.svn\text-base
5630   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ffmpeg\patches\.svn\tmp
5631   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ffmpeg\patches\.svn\text-base\010-fix-pkg
       -config-files.patch.svn-base
5632   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ffmpeg\patches\.svn\tmp\prop-base
5633   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ffmpeg\patches\.svn\tmp\props
5634   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ffmpeg\patches\.svn\tmp\text-base
5635   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\.svn
5636   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\files
5637   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\Makefile
5638   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\patches
5639   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\.svn\entries
5640   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\.svn\prop-base
5641   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\.svn\props
5642   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\.svn\text-base
5643   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\.svn\tmp
5644   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\.svn\text-base\Makefile.svn
       -base
5645   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\.svn\tmp\prop-base
5646   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\.svn\tmp\props
5647   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\.svn\tmp\text-base
5648   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\files\.svn
5649   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\files\ftpd-topfield.conf
5650   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\files\ftpd-topfield.sh
5651   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\files\.svn\entries
5652   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\files\.svn\prop-base
5653   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\files\.svn\props
5654   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\files\.svn\text-base
```

```
5655  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\files\.svn\text-base\ftpd-t
      opfield.conf.svn-base
5656  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\files\.svn\text-base\ftpd-t
      opfield.conf.svn-base
5657  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\files\.svn\text-base\ftpd-t
      opfield.sh.svn-base
5658  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\files\.svn\tmp\prop-base
5659  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\files\.svn\tmp\props
5660  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\files\.svn\tmp\text-base
5661  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\patches\.svn
5662  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\patches\001-kernel_header_r
      ename.patch
5663  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\patches\.svn\entries
5664  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\patches\.svn\prop-base
5665  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\patches\.svn\props
5666  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\patches\.svn\text-base
5667  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\patches\.svn\tmp
5668  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\patches\.svn\text-base\001-
      kernel_header_rename.patch.svn-base
5669  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\patches\.svn\tmp\prop-base
5670  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\patches\.svn\tmp\props
5671  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ftpd-topfield\patches\.svn\tmp\text-base
5672  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gphoto2\.svn
5673  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gphoto2\Makefile
5674  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gphoto2\patches
5675  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gphoto2\.svn\entries
5676  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gphoto2\.svn\prop-base
5677  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gphoto2\.svn\props
5678  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gphoto2\.svn\text-base
5679  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gphoto2\.svn\tmp
5680  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gphoto2\.svn\prop-base\Makefile.svn-base
5681  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gphoto2\.svn\text-base\Makefile.svn-base
5682  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gphoto2\.svn\tmp\prop-base
5683  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gphoto2\.svn\tmp\props
5684  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gphoto2\.svn\tmp\text-base
5685  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gphoto2\patches\.svn
5686  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gphoto2\patches\100-gpdebug.patch
5687  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gphoto2\patches\.svn\entries
5688  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gphoto2\patches\.svn\prop-base
5689  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gphoto2\patches\.svn\props
5690  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gphoto2\patches\.svn\text-base
5691  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gphoto2\patches\.svn\tmp
5692  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gphoto2\patches\.svn\prop-base\100-gpdebu
      g.patch.svn-base
5693  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gphoto2\patches\.svn\text-base\100-gpdebu
      g.patch.svn-base
5694  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gphoto2\patches\.svn\tmp\prop-base
5695  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gphoto2\patches\.svn\tmp\props
5696  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gphoto2\patches\.svn\tmp\text-base
5697  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gspcav1\.svn
5698  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gspcav1\Makefile
5699  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gspcav1\.svn\entries
5700  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gspcav1\.svn\prop-base
5701  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gspcav1\.svn\props
5702  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gspcav1\.svn\text-base
5703  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gspcav1\.svn\tmp
5704  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gspcav1\.svn\prop-base\Makefile.svn-base
5705  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gspcav1\.svn\text-base\Makefile.svn-base
5706  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gspcav1\.svn\tmp\prop-base
5707  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gspcav1\.svn\tmp\props
5708  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gspcav1\.svn\tmp\text-base
5709  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-base\.svn
5710  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-base\Makefile
5711  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-base\patches
5712  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-base\.svn\entries
5713  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-base\.svn\prop-base
5714  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-base\.svn\props
5715  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-base\.svn\text-base
5716  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-base\.svn\tmp
5717  SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-base\.svn\prop-base\Makefile.
```

| | |
|---|---|
| 5718 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-base\.svn\text-base\Makefile.svn-base |
| 5719 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-base\.svn\tmp\prop-base |
| 5720 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-base\.svn\tmp\props |
| 5721 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-base\.svn\tmp\text-base |
| 5722 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-base\patches\.svn |
| 5723 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-base\patches\010-dont-build-tests.patch |
| 5724 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-base\patches\.svn\entries |
| 5725 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-base\patches\.svn\prop-base |
| 5726 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-base\patches\.svn\props |
| 5727 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-base\patches\.svn\text-base |
| 5728 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-base\patches\.svn\tmp |
| 5729 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-base\patches\.svn\text-base\010-dont-build-tests.patch.svn-base |
| 5730 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-base\patches\.svn\tmp\prop-base |
| 5731 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-base\patches\.svn\tmp\props |
| 5732 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-base\patches\.svn\tmp\text-base |
| 5733 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-good\.svn |
| 5734 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-good\Makefile |
| 5735 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-good\.svn\entries |
| 5736 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-good\.svn\prop-base |
| 5737 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-good\.svn\props |
| 5738 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-good\.svn\text-base |
| 5739 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-good\.svn\tmp |
| 5740 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-good\.svn\prop-base\Makefile.svn-base |
| 5741 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-good\.svn\text-base\Makefile.svn-base |
| 5742 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-good\.svn\tmp\prop-base |
| 5743 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-good\.svn\tmp\props |
| 5744 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gst-plugins-good\.svn\tmp\text-base |
| 5745 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gstreamer\.svn |
| 5746 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gstreamer\Makefile |
| 5747 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gstreamer\.svn\entries |
| 5748 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gstreamer\.svn\prop-base |
| 5749 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gstreamer\.svn\props |
| 5750 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gstreamer\.svn\text-base |
| 5751 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gstreamer\.svn\tmp |
| 5752 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gstreamer\.svn\prop-base\Makefile.svn-base |
| 5753 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gstreamer\.svn\text-base\Makefile.svn-base |
| 5754 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gstreamer\.svn\tmp\prop-base |
| 5755 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gstreamer\.svn\tmp\props |
| 5756 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\gstreamer\.svn\tmp\text-base |
| 5757 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\linux-uvc\.svn |
| 5758 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\linux-uvc\Makefile |
| 5759 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\linux-uvc\.svn\entries |
| 5760 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\linux-uvc\.svn\prop-base |
| 5761 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\linux-uvc\.svn\props |
| 5762 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\linux-uvc\.svn\text-base |
| 5763 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\linux-uvc\.svn\tmp |
| 5764 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\linux-uvc\.svn\text-base\Makefile.svn-base |
| 5765 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\linux-uvc\.svn\tmp\prop-base |
| 5766 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\linux-uvc\.svn\tmp\props |
| 5767 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\linux-uvc\.svn\tmp\text-base |
| 5768 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\mjpg-streamer\.svn |
| 5769 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\mjpg-streamer\Makefile |
| 5770 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\mjpg-streamer\patches |
| 5771 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\mjpg-streamer\.svn\entries |
| 5772 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\mjpg-streamer\.svn\prop-base |
| 5773 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\mjpg-streamer\.svn\props |
| 5774 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\mjpg-streamer\.svn\text-base |
| 5775 | SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\mjpg-streamer\.svn\tmp |

```
5776   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\mjpg-streamer\.svn\text-base\Makefile.svn
       -base
5777   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\mjpg-streamer\.svn\text-base\Makefile.svn
       -base
5778   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\mjpg-streamer\.svn\tmp\prop-base
5779   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\mjpg-streamer\.svn\tmp\props
5780   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\mjpg-streamer\.svn\tmp\text-base
5781   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\mjpg-streamer\patches\.svn
5782   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\mjpg-streamer\patches\001-no_input_testpi
       ctures.patch
5783   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\mjpg-streamer\patches\.svn\entries
5784   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\mjpg-streamer\patches\.svn\prop-base
5785   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\mjpg-streamer\patches\.svn\props
5786   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\mjpg-streamer\patches\.svn\text-base
5787   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\mjpg-streamer\patches\.svn\tmp
5788   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\mjpg-streamer\patches\.svn\text-base\001-
       no_input_testpictures.patch.svn-base
5789   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\mjpg-streamer\patches\.svn\tmp\prop-base
5790   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\mjpg-streamer\patches\.svn\tmp\props
5791   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\mjpg-streamer\patches\.svn\tmp\text-base
5792   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\motion\.svn
5793   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\motion\Makefile
5794   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\motion\patches
5795   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\motion\.svn\entries
5796   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\motion\.svn\prop-base
5797   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\motion\.svn\props
5798   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\motion\.svn\text-base
5799   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\motion\.svn\tmp
5800   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\motion\.svn\prop-base\Makefile.svn-base
5801   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\motion\.svn\text-base\Makefile.svn-base
5802   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\motion\.svn\tmp\prop-base
5803   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\motion\.svn\tmp\props
5804   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\motion\.svn\tmp\text-base
5805   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\motion\patches\.svn
5806   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\motion\patches\001-ffmpeg.patch
5807   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\motion\patches\002-honor_cppflags.patch
5808   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\motion\patches\.svn\entries
5809   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\motion\patches\.svn\prop-base
5810   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\motion\patches\.svn\props
5811   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\motion\patches\.svn\text-base
5812   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\motion\patches\.svn\tmp
5813   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\motion\patches\.svn\prop-base\001-ffmpeg.
       patch.svn-base
5814   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\motion\patches\.svn\prop-base\002-honor_c
       ppflags.patch.svn-base
5815   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\motion\patches\.svn\text-base\001-ffmpeg.
       patch.svn-base
5816   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\motion\patches\.svn\text-base\002-honor_c
       ppflags.patch.svn-base
5817   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\motion\patches\.svn\tmp\prop-base
5818   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\motion\patches\.svn\tmp\props
5819   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\motion\patches\.svn\tmp\text-base
5820   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\nw802-2.4\.svn
5821   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\nw802-2.4\Makefile
5822   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\nw802-2.4\patches
5823   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\nw802-2.4\.svn\entries
5824   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\nw802-2.4\.svn\prop-base
5825   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\nw802-2.4\.svn\props
5826   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\nw802-2.4\.svn\text-base
5827   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\nw802-2.4\.svn\tmp
5828   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\nw802-2.4\.svn\text-base\Makefile.svn-bas
       e
5829   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\nw802-2.4\.svn\tmp\prop-base
5830   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\nw802-2.4\.svn\tmp\props
5831   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\nw802-2.4\.svn\tmp\text-base
5832   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\nw802-2.4\patches\.svn
5833   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\nw802-2.4\patches\001-linux_2_6_cvs.patch
5834   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\nw802-2.4\patches\100-compile_fix.patch
5835   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\nw802-2.4\patches\.svn\entries
```

```
5836    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\nw802-2.4\patches\.svn\prop-base
5837    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\nw802-2.4\patches\.svn\props
5838    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\nw802-2.4\patches\.svn\text-base
5839    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\nw802-2.4\patches\.svn\tmp
5840    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\nw802-2.4\patches\.svn\text-base\001-linu
        x_2_6_cvs.patch.svn-base
5841    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\nw802-2.4\patches\.svn\text-base\100-comp
        ile_fix.patch.svn-base
5842    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\nw802-2.4\patches\.svn\tmp\prop-base
5843    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\nw802-2.4\patches\.svn\tmp\props
5844    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\nw802-2.4\patches\.svn\tmp\text-base
5845    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ov51x-jpeg\.svn
5846    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ov51x-jpeg\Makefile
5847    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ov51x-jpeg\patches
5848    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ov51x-jpeg\.svn\entries
5849    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ov51x-jpeg\.svn\prop-base
5850    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ov51x-jpeg\.svn\props
5851    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ov51x-jpeg\.svn\text-base
5852    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ov51x-jpeg\.svn\tmp
5853    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ov51x-jpeg\.svn\text-base\Makefile.svn-ba
        se
5854    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ov51x-jpeg\.svn\tmp\prop-base
5855    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ov51x-jpeg\.svn\tmp\props
5856    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ov51x-jpeg\.svn\tmp\text-base
5857    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ov51x-jpeg\patches\.svn
5858    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ov51x-jpeg\patches\100-compile_fix.patch
5859    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ov51x-jpeg\patches\.svn\entries
5860    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ov51x-jpeg\patches\.svn\prop-base
5861    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ov51x-jpeg\patches\.svn\props
5862    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ov51x-jpeg\patches\.svn\text-base
5863    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ov51x-jpeg\patches\.svn\tmp
5864    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ov51x-jpeg\patches\.svn\text-base\100-com
        pile_fix.patch.svn-base
5865    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ov51x-jpeg\patches\.svn\tmp\prop-base
5866    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ov51x-jpeg\patches\.svn\tmp\props
5867    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ov51x-jpeg\patches\.svn\tmp\text-base
5868    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\palantir\.svn
5869    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\palantir\Makefile
5870    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\palantir\patches
5871    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\palantir\.svn\entries
5872    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\palantir\.svn\prop-base
5873    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\palantir\.svn\props
5874    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\palantir\.svn\text-base
5875    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\palantir\.svn\tmp
5876    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\palantir\.svn\prop-base\Makefile.svn-base
5877    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\palantir\.svn\text-base\Makefile.svn-base
5878    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\palantir\.svn\tmp\prop-base
5879    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\palantir\.svn\tmp\props
5880    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\palantir\.svn\tmp\text-base
5881    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\palantir\patches\.svn
5882    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\palantir\patches\001-opt_flags.patch
5883    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\palantir\patches\.svn\entries
5884    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\palantir\patches\.svn\prop-base
5885    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\palantir\patches\.svn\props
5886    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\palantir\patches\.svn\text-base
5887    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\palantir\patches\.svn\tmp
5888    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\palantir\patches\.svn\prop-base\001-opt_f
        lags.patch.svn-base
5889    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\palantir\patches\.svn\text-base\001-opt_f
        lags.patch.svn-base
5890    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\palantir\patches\.svn\tmp\prop-base
5891    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\palantir\patches\.svn\tmp\props
5892    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\palantir\patches\.svn\tmp\text-base
5893    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\peercast\.svn
5894    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\peercast\files
5895    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\peercast\Makefile
5896    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\peercast\.svn\entries
5897    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\peercast\.svn\prop-base
5898    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\peercast\.svn\props
```

```
5899   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\peercast\.svn
5900   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\peercast\.svn\tmp
5901   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\peercast\.svn\prop-base\Makefile.svn-base
5902   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\peercast\.svn\text-base\Makefile.svn-base
5903   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\peercast\.svn\tmp\prop-base
5904   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\peercast\.svn\tmp\props
5905   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\peercast\.svn\tmp\text-base
5906   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\peercast\files\.svn
5907   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\peercast\files\peercast.ini
5908   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\peercast\files\peercast.init
5909   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\peercast\files\.svn\entries
5910   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\peercast\files\.svn\prop-base
5911   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\peercast\files\.svn\props
5912   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\peercast\files\.svn\text-base
5913   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\peercast\files\.svn\tmp
5914   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\peercast\files\.svn\prop-base\peercast.in
       i.svn-base
5915   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\peercast\files\.svn\prop-base\peercast.in
       it.svn-base
5916   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\peercast\files\.svn\text-base\peercast.in
       i.svn-base
5917   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\peercast\files\.svn\text-base\peercast.in
       it.svn-base
5918   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\peercast\files\.svn\tmp\prop-base
5919   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\peercast\files\.svn\tmp\props
5920   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\peercast\files\.svn\tmp\text-base
5921   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\puppy\.svn
5922   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\puppy\Makefile
5923   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\puppy\.svn\entries
5924   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\puppy\.svn\prop-base
5925   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\puppy\.svn\props
5926   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\puppy\.svn\text-base
5927   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\puppy\.svn\tmp
5928   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\puppy\.svn\text-base\Makefile.svn-base
5929   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\puppy\.svn\tmp\prop-base
5930   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\puppy\.svn\tmp\props
5931   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\puppy\.svn\tmp\text-base
5932   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\qc-usb\.svn
5933   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\qc-usb\Makefile
5934   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\qc-usb\patches
5935   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\qc-usb\.svn\entries
5936   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\qc-usb\.svn\prop-base
5937   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\qc-usb\.svn\props
5938   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\qc-usb\.svn\text-base
5939   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\qc-usb\.svn\tmp
5940   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\qc-usb\.svn\text-base\Makefile.svn-base
5941   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\qc-usb\.svn\tmp\prop-base
5942   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\qc-usb\.svn\tmp\props
5943   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\qc-usb\.svn\tmp\text-base
5944   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\qc-usb\patches\.svn
5945   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\qc-usb\patches\001-linux_2_6.patch
5946   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\qc-usb\patches\002-qc_set_cross_compile.p
       atch
5947   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\qc-usb\patches\.svn\entries
5948   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\qc-usb\patches\.svn\prop-base
5949   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\qc-usb\patches\.svn\props
5950   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\qc-usb\patches\.svn\text-base
5951   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\qc-usb\patches\.svn\tmp
5952   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\qc-usb\patches\.svn\text-base\001-linux_2
       _6.patch.svn-base
5953   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\qc-usb\patches\.svn\text-base\002-qc_set_
       cross_compile.patch.svn-base
5954   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\qc-usb\patches\.svn\tmp\prop-base
5955   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\qc-usb\patches\.svn\tmp\props
5956   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\qc-usb\patches\.svn\tmp\text-base
5957   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-le\.svn
5958   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-le\Makefile
5959   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-le\patches
5960   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-le\.svn\entries
```

```
5961    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-le\.svn\props
5962    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-le\.svn\props
5963    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-le\.svn\text-base
5964    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-le\.svn\tmp
5965    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-le\.svn\text-base\Makefile.svn-ba
        se
5966    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-le\.svn\tmp\prop-base
5967    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-le\.svn\tmp\props
5968    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-le\.svn\tmp\text-base
5969    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-le\patches\.svn
5970    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-le\patches\100-compile_pud_shift.
        patch
5971    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-le\patches\101-linux_2_6.patch
5972    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-le\patches\.svn\entries
5973    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-le\patches\.svn\prop-base
5974    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-le\patches\.svn\props
5975    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-le\patches\.svn\text-base
5976    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-le\patches\.svn\tmp
5977    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-le\patches\.svn\text-base\100-com
        pile_pud_shift.patch.svn-base
5978    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-le\patches\.svn\text-base\101-lin
        ux_2_6.patch.svn-base
5979    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-le\patches\.svn\tmp\prop-base
5980    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-le\patches\.svn\tmp\props
5981    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-le\patches\.svn\tmp\text-base
5982    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-view\.svn
5983    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-view\files
5984    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-view\Makefile
5985    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-view\.svn\entries
5986    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-view\.svn\prop-base
5987    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-view\.svn\props
5988    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-view\.svn\text-base
5989    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-view\.svn\tmp
5990    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-view\.svn\text-base\Makefile.svn-
        base
5991    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-view\.svn\tmp\prop-base
5992    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-view\.svn\tmp\props
5993    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-view\.svn\tmp\text-base
5994    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-view\files\.svn
5995    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-view\files\servfox.config
5996    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-view\files\servfox.init
5997    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-view\files\.svn\entries
5998    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-view\files\.svn\prop-base
5999    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-view\files\.svn\props
6000    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-view\files\.svn\text-base
6001    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-view\files\.svn\tmp
6002    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-view\files\.svn\text-base\servfox
        .config.svn-base
6003    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-view\files\.svn\text-base\servfox
        .init.svn-base
6004    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-view\files\.svn\tmp\prop-base
6005    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-view\files\.svn\tmp\props
6006    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spca5xx-view\files\.svn\tmp\text-base
6007    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spcaview\.svn
6008    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spcaview\Makefile
6009    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spcaview\patches
6010    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spcaview\.svn\entries
6011    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spcaview\.svn\prop-base
6012    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spcaview\.svn\props
6013    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spcaview\.svn\text-base
6014    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spcaview\.svn\tmp
6015    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spcaview\.svn\prop-base\Makefile.svn-base
6016    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spcaview\.svn\text-base\Makefile.svn-base
6017    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spcaview\.svn\tmp\prop-base
6018    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spcaview\.svn\tmp\props
6019    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spcaview\.svn\tmp\text-base
6020    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spcaview\patches\.svn
6021    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spcaview\patches\001-gcc.patch
6022    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spcaview\patches\.svn\entries
```

```
6023   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spcaview\patches\.svn
6024   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spcaview\patches\.svn\props
6025   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spcaview\patches\.svn\text-base
6026   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spcaview\patches\.svn\tmp
6027   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spcaview\patches\.svn\text-base\001-gcc.p
       atch.svn-base
6028   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spcaview\patches\.svn\tmp\prop-base
6029   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spcaview\patches\.svn\tmp\props
6030   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\spcaview\patches\.svn\tmp\text-base
6031   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\.svn
6032   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\files
6033   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\Makefile
6034   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\patches
6035   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\.svn\entries
6036   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\.svn\prop-base
6037   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\.svn\props
6038   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\.svn\text-base
6039   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\.svn\tmp
6040   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\.svn\prop-base\Makefile.svn-base
6041   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\.svn\text-base\Makefile.svn-base
6042   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\.svn\tmp\prop-base
6043   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\.svn\tmp\props
6044   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\.svn\tmp\text-base
6045   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\files\.svn
6046   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\files\ushare.config
6047   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\files\ushare.init
6048   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\files\.svn\entries
6049   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\files\.svn\prop-base
6050   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\files\.svn\props
6051   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\files\.svn\text-base
6052   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\files\.svn\tmp
6053   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\files\.svn\text-base\ushare.config
       .svn-base
6054   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\files\.svn\text-base\ushare.init.s
       vn-base
6055   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\files\.svn\tmp\prop-base
6056   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\files\.svn\tmp\props
6057   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\files\.svn\tmp\text-base
6058   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\patches\.svn
6059   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\patches\100-configure_grep_fix.pat
       ch
6060   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\patches\.svn\entries
6061   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\patches\.svn\prop-base
6062   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\patches\.svn\props
6063   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\patches\.svn\text-base
6064   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\patches\.svn\tmp
6065   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\patches\.svn\text-base\100-configu
       re_grep_fix.patch.svn-base
6066   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\patches\.svn\tmp\prop-base
6067   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\patches\.svn\tmp\props
6068   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\ushare\patches\.svn\tmp\text-base
6069   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\uvc-streamer\.svn
6070   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\uvc-streamer\files
6071   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\uvc-streamer\Makefile
6072   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\uvc-streamer\.svn\entries
6073   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\uvc-streamer\.svn\prop-base
6074   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\uvc-streamer\.svn\props
6075   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\uvc-streamer\.svn\text-base
6076   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\uvc-streamer\.svn\tmp
6077   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\uvc-streamer\.svn\text-base\Makefile.svn-
       base
6078   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\uvc-streamer\.svn\tmp\prop-base
6079   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\uvc-streamer\.svn\tmp\props
6080   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\uvc-streamer\.svn\tmp\text-base
6081   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\uvc-streamer\files\.svn
6082   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\uvc-streamer\files\uvc-streamer.config
6083   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\uvc-streamer\files\uvc-streamer.init
6084   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\uvc-streamer\files\.svn\entries
6085   SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\uvc-streamer\files\.svn\prop-base
```

```
6086    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\uvc-streamer\files\.svn
6087    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\uvc-streamer\files\.svn\text-base
6088    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\uvc-streamer\files\.svn\tmp
6089    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\uvc-streamer\files\.svn\prop-base\uvc-str
        eamer.config.svn-base
6090    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\uvc-streamer\files\.svn\prop-base\uvc-str
        eamer.init.svn-base
6091    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\uvc-streamer\files\.svn\text-base\uvc-str
        eamer.config.svn-base
6092    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\uvc-streamer\files\.svn\text-base\uvc-str
        eamer.init.svn-base
6093    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\uvc-streamer\files\.svn\tmp\prop-base
6094    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\uvc-streamer\files\.svn\tmp\props
6095    SDK.UBNT.v5.3\openwrt\feeds\packages\multimedia\uvc-streamer\files\.svn\tmp\text-base
6096    SDK.UBNT.v5.3\openwrt\feeds\packages\net\.svn
6097    SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ng
6098    SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ptw
6099    SDK.UBNT.v5.3\openwrt\feeds\packages\net\amule
6100    SDK.UBNT.v5.3\openwrt\feeds\packages\net\amwall
6101    SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu
6102    SDK.UBNT.v5.3\openwrt\feeds\packages\net\aoetools
6103    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache
6104    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd
6105    SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx
6106    SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd
6107    SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpwatch
6108    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk
6109    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x
6110    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x
6111    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.4.x
6112    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.6.x
6113    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-prompt-de
6114    SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp
6115    SDK.UBNT.v5.3\openwrt\feeds\packages\net\autossh
6116    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bahamut
6117    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman
6118    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced
6119    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind
6120    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bing
6121    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx
6122    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee
6123    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmon
6124    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd
6125    SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd
6126    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bwm
6127    SDK.UBNT.v5.3\openwrt\feeds\packages\net\cbtt
6128    SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot
6129    SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony
6130    SDK.UBNT.v5.3\openwrt\feeds\packages\net\click
6131    SDK.UBNT.v5.3\openwrt\feeds\packages\net\cmdftp
6132    SDK.UBNT.v5.3\openwrt\feeds\packages\net\conntrack-tools
6133    SDK.UBNT.v5.3\openwrt\feeds\packages\net\coova-chilli
6134    SDK.UBNT.v5.3\openwrt\feeds\packages\net\crowdcontrol
6135    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ctorrent
6136    SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups
6137    SDK.UBNT.v5.3\openwrt\feeds\packages\net\cutter
6138    SDK.UBNT.v5.3\openwrt\feeds\packages\net\dansguardian
6139    SDK.UBNT.v5.3\openwrt\feeds\packages\net\darkstat
6140    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts
6141    SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp
6142    SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder
6143    SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcpcd
6144    SDK.UBNT.v5.3\openwrt\feeds\packages\net\dircproxy
6145    SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsl-qos-queue
6146    SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff
6147    SDK.UBNT.v5.3\openwrt\feeds\packages\net\elinks
6148    SDK.UBNT.v5.3\openwrt\feeds\packages\net\et131x
6149    SDK.UBNT.v5.3\openwrt\feeds\packages\net\etherwake
6150    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ethtool
```

```
6151    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate
6152    SDK.UBNT.v5.3\openwrt\feeds\packages\net\faifa
6153    SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools
6154    SDK.UBNT.v5.3\openwrt\feeds\packages\net\fping
6155    SDK.UBNT.v5.3\openwrt\feeds\packages\net\fprobe
6156    SDK.UBNT.v5.3\openwrt\feeds\packages\net\fprobe-ulog
6157    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius
6158    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2
6159    SDK.UBNT.v5.3\openwrt\feeds\packages\net\frickin
6160    SDK.UBNT.v5.3\openwrt\feeds\packages\net\gmediaserver
6161    SDK.UBNT.v5.3\openwrt\feeds\packages\net\gpsd
6162    SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha
6163    SDK.UBNT.v5.3\openwrt\feeds\packages\net\horst
6164    SDK.UBNT.v5.3\openwrt\feeds\packages\net\htpdate
6165    SDK.UBNT.v5.3\openwrt\feeds\packages\net\htping
6166    SDK.UBNT.v5.3\openwrt\feeds\packages\net\httping
6167    SDK.UBNT.v5.3\openwrt\feeds\packages\net\httptunnel
6168    SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast
6169    SDK.UBNT.v5.3\openwrt\feeds\packages\net\icmptx
6170    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ifstat
6171    SDK.UBNT.v5.3\openwrt\feeds\packages\net\iftop
6172    SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy
6173    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif
6174    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imspector
6175    SDK.UBNT.v5.3\openwrt\feeds\packages\net\iodine
6176    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipcad
6177    SDK.UBNT.v5.3\openwrt\feeds\packages\net\iperf
6178    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipkungfu
6179    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools
6180    SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptables-snmp
6181    SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf
6182    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipupdate
6183    SDK.UBNT.v5.3\openwrt\feeds\packages\net\iputils
6184    SDK.UBNT.v5.3\openwrt\feeds\packages\net\irssi
6185    SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd
6186    SDK.UBNT.v5.3\openwrt\feeds\packages\net\karma
6187    SDK.UBNT.v5.3\openwrt\feeds\packages\net\keepalived
6188    SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet
6189    SDK.UBNT.v5.3\openwrt\feeds\packages\net\knock
6190    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd
6191    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpns
6192    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l7-protocols
6193    SDK.UBNT.v5.3\openwrt\feeds\packages\net\lft
6194    SDK.UBNT.v5.3\openwrt\feeds\packages\net\lftp
6195    SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd
6196    SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd
6197    SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd
6198    SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns
6199    SDK.UBNT.v5.3\openwrt\feeds\packages\net\matrixtunnel
6200    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mdk3
6201    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mercurial
6202    SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau
6203    SDK.UBNT.v5.3\openwrt\feeds\packages\net\miax
6204    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mii-tool
6205    SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd
6206    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd
6207    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_snmpd
6208    SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo
6209    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr
6210    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mutella
6211    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mvprelay
6212    SDK.UBNT.v5.3\openwrt\feeds\packages\net\n2n
6213    SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios
6214    SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios-plugins
6215    SDK.UBNT.v5.3\openwrt\feeds\packages\net\natpmp
6216    SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbd
6217    SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbtscan
6218    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns
6219    SDK.UBNT.v5.3\openwrt\feeds\packages\net\net-tools
```

```
6220   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netdiscover
6221   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netperf
6222   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netpipe
6223   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netstat-nat
6224   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server
6225   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server
6226   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngircd
6227   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngrep
6228   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nmap
6229   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nocatsplash
6230   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nodogsplash
6231   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nprobe
6232   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe
6233   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nsca
6234   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nstx
6235   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient
6236   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd
6237   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nufw
6238   SDK.UBNT.v5.3\openwrt\feeds\packages\net\oidentd
6239   SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd
6240   SDK.UBNT.v5.3\openwrt\feeds\packages\net\opendchub
6241   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd
6242   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openrrcp
6243   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser
6244   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp
6245   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh
6246   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan
6247   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn
6248   SDK.UBNT.v5.3\openwrt\feeds\packages\net\p910nd
6249   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted
6250   SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian
6251   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pen
6252   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepperspot
6253   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepsal
6254   SDK.UBNT.v5.3\openwrt\feeds\packages\net\phidget21
6255   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct
6256   SDK.UBNT.v5.3\openwrt\feeds\packages\net\polipo
6257   SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap
6258   SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry
6259   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd
6260   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy
6261   SDK.UBNT.v5.3\openwrt\feeds\packages\net\prosody
6262   SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc
6263   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ptunnel
6264   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd
6265   SDK.UBNT.v5.3\openwrt\feeds\packages\net\qolyester
6266   SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga
6267   SDK.UBNT.v5.3\openwrt\feeds\packages\net\raddump
6268   SDK.UBNT.v5.3\openwrt\feeds\packages\net\radsecproxy
6269   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rarpd
6270   SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim
6271   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp
6272   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe
6273   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs
6274   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rssh
6275   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rsync
6276   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rtorrent
6277   SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba
6278   SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3
6279   SDK.UBNT.v5.3\openwrt\feeds\packages\net\scanlogd
6280   SDK.UBNT.v5.3\openwrt\feeds\packages\net\scdp
6281   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ser2net
6282   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shat
6283   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs
6284   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-common
6285   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite
6286   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-shell
6287   SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipp
6288   SDK.UBNT.v5.3\openwrt\feeds\packages\net\siproxd
```

```
6289    SDK.UBNT.v5.3\openwrt\feeds\packages\net\slurm
6290    SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd
6291    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort
6292    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless
6293    SDK.UBNT.v5.3\openwrt\feeds\packages\net\socat
6294    SDK.UBNT.v5.3\openwrt\feeds\packages\net\softflowd
6295    SDK.UBNT.v5.3\openwrt\feeds\packages\net\speedtouch-usb-firmware
6296    SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid
6297    SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay
6298    SDK.UBNT.v5.3\openwrt\feeds\packages\net\sscep
6299    SDK.UBNT.v5.3\openwrt\feeds\packages\net\sshfs
6300    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ssltunnel
6301    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan
6302    SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun
6303    SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel
6304    SDK.UBNT.v5.3\openwrt\feeds\packages\net\subversion
6305    SDK.UBNT.v5.3\openwrt\feeds\packages\net\synce-dccm
6306    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump
6307    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini
6308    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcptraceroute
6309    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tctool
6310    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tftp-hpa
6311    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinc
6312    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy
6313    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tmsnc
6314    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tor
6315    SDK.UBNT.v5.3\openwrt\feeds\packages\net\transmission
6316    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tsocks
6317    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ttcp
6318    SDK.UBNT.v5.3\openwrt\feeds\packages\net\udp-broadcast-relay
6319    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd
6320    SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3
6321    SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad
6322    SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd
6323    SDK.UBNT.v5.3\openwrt\feeds\packages\net\uucp
6324    SDK.UBNT.v5.3\openwrt\feeds\packages\net\veth
6325    SDK.UBNT.v5.3\openwrt\feeds\packages\net\vgp
6326    SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnc-reflector
6327    SDK.UBNT.v5.3\openwrt\feeds\packages\net\vncrepeater
6328    SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstat
6329    SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstati
6330    SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc
6331    SDK.UBNT.v5.3\openwrt\feeds\packages\net\vrrpd
6332    SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd
6333    SDK.UBNT.v5.3\openwrt\feeds\packages\net\vtun
6334    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wavemon
6335    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wccpd
6336    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wdiag
6337    SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat
6338    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wget
6339    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog
6340    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz
6341    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wknock
6342    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wol
6343    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wput
6344    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wrt-radauth
6345    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wshaper
6346    SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd
6347    SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd
6348    SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant
6349    SDK.UBNT.v5.3\openwrt\feeds\packages\net\yafc
6350    SDK.UBNT.v5.3\openwrt\feeds\packages\net\.svn\entries
6351    SDK.UBNT.v5.3\openwrt\feeds\packages\net\.svn\prop-base
6352    SDK.UBNT.v5.3\openwrt\feeds\packages\net\.svn\props
6353    SDK.UBNT.v5.3\openwrt\feeds\packages\net\.svn\text-base
6354    SDK.UBNT.v5.3\openwrt\feeds\packages\net\.svn\tmp
6355    SDK.UBNT.v5.3\openwrt\feeds\packages\net\.svn\tmp\prop-base
6356    SDK.UBNT.v5.3\openwrt\feeds\packages\net\.svn\tmp\props
6357
```

```
6358  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ng\.svn
6359  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ng\Makefile
6360  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ng\.svn\entries
6361  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ng\.svn\prop-base
6362  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ng\.svn\props
6363  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ng\.svn\text-base
6364  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ng\.svn\tmp
6365  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ng\.svn\prop-base\Makefile.svn-base
6366  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ng\.svn\text-base\Makefile.svn-base
6367  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ng\.svn\tmp\prop-base
6368  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ng\.svn\tmp\props
6369  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ng\.svn\tmp\text-base
6370  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ptw\.svn
6371  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ptw\Makefile
6372  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ptw\patches
6373  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ptw\.svn\entries
6374  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ptw\.svn\prop-base
6375  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ptw\.svn\props
6376  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ptw\.svn\text-base
6377  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ptw\.svn\tmp
6378  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ptw\.svn\prop-base\Makefile.svn-base
6379  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ptw\.svn\text-base\Makefile.svn-base
6380  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ptw\.svn\tmp\prop-base
6381  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ptw\.svn\tmp\props
6382  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ptw\.svn\tmp\text-base
6383  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ptw\patches\.svn
6384  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ptw\patches\001-smaller.patch
6385  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ptw\patches\.svn\entries
6386  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ptw\patches\.svn\prop-base
6387  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ptw\patches\.svn\props
6388  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ptw\patches\.svn\text-base
6389  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ptw\patches\.svn\tmp
6390  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ptw\patches\.svn\text-base\001-smaller.
      patch.svn-base
6391  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ptw\patches\.svn\tmp\prop-base
6392  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ptw\patches\.svn\tmp\props
6393  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aircrack-ptw\patches\.svn\tmp\text-base
6394  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amule\.svn
6395  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amule\Makefile
6396  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amule\patches
6397  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amule\.svn\entries
6398  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amule\.svn\prop-base
6399  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amule\.svn\props
6400  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amule\.svn\text-base
6401  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amule\.svn\tmp
6402  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amule\.svn\prop-base\Makefile.svn-base
6403  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amule\.svn\text-base\Makefile.svn-base
6404  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amule\.svn\tmp\prop-base
6405  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amule\.svn\tmp\props
6406  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amule\.svn\tmp\text-base
6407  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amule\patches\.svn
6408  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amule\patches\001-no_backtrace.patch
6409  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amule\patches\.svn\entries
6410  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amule\patches\.svn\prop-base
6411  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amule\patches\.svn\props
6412  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amule\patches\.svn\text-base
6413  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amule\patches\.svn\tmp
6414  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amule\patches\.svn\text-base\001-no_backtrace.pa
      tch.svn-base
6415  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amule\patches\.svn\tmp\prop-base
6416  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amule\patches\.svn\tmp\props
6417  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amule\patches\.svn\tmp\text-base
6418  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amwall\.svn
6419  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amwall\Makefile
6420  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amwall\patches
6421  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amwall\.svn\entries
6422  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amwall\.svn\prop-base
6423  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amwall\.svn\props
```

```
6425  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amwall\.svn
6426  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amwall\.svn\tmp
6427  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amwall\.svn\prop-base\Makefile.svn-base
6428  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amwall\.svn\text-base\Makefile.svn-base
6429  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amwall\.svn\tmp\prop-base
6430  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amwall\.svn\tmp\props
6431  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amwall\.svn\tmp\text-base
6432  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amwall\patches\.svn
6433  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amwall\patches\010-compile_fix.patch
6434  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amwall\patches\.svn\entries
6435  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amwall\patches\.svn\prop-base
6436  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amwall\patches\.svn\props
6437  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amwall\patches\.svn\text-base
6438  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amwall\patches\.svn\tmp
6439  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amwall\patches\.svn\prop-base\010-compile_fix.patch.svn-base
6440  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amwall\patches\.svn\text-base\010-compile_fix.patch.svn-base
6441  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amwall\patches\.svn\tmp\prop-base
6442  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amwall\patches\.svn\tmp\props
6443  SDK.UBNT.v5.3\openwrt\feeds\packages\net\amwall\patches\.svn\tmp\text-base
6444  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\.svn
6445  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\files
6446  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\Makefile
6447  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\patches
6448  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\.svn\entries
6449  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\.svn\prop-base
6450  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\.svn\props
6451  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\.svn\text-base
6452  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\.svn\tmp
6453  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\.svn\prop-base\Makefile.svn-base
6454  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\.svn\text-base\Makefile.svn-base
6455  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\.svn\tmp\prop-base
6456  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\.svn\tmp\props
6457  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\.svn\tmp\text-base
6458  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\files\.svn
6459  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\files\aodv-uu.modules
6460  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\files\.svn\entries
6461  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\files\.svn\prop-base
6462  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\files\.svn\props
6463  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\files\.svn\text-base
6464  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\files\.svn\tmp
6465  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\files\.svn\prop-base\aodv-uu.modules.svn-base
6466  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\files\.svn\text-base\aodv-uu.modules.svn-base
6467  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\files\.svn\tmp\prop-base
6468  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\files\.svn\tmp\props
6469  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\files\.svn\tmp\text-base
6470  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\patches\.svn
6471  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\patches\001-normalize.patch
6472  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\patches\002-linux_2.6.19_ip_route_me_harder_change.patch
6473  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\patches\003-linux_2.6.19_security_netlink_recv_change.patch
6474  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\patches\004-linux_2.6.19_includes.patch
6475  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\patches\005-linux_2.6.22_skbuff.patch
6476  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\patches\.svn\entries
6477  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\patches\.svn\prop-base
6478  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\patches\.svn\props
6479  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\patches\.svn\text-base
6480  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\patches\.svn\tmp
6481  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\patches\.svn\prop-base\001-normalize.patch.svn-base
6482  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\patches\.svn\prop-base\002-linux_2.6.19_ip_route_me_harder_change.patch.svn-base
6483  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\patches\.svn\prop-base\003-linux_2.6.19_security_netlink_recv_change.patch.svn-base
6484  SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\patches\.svn\prop-base\004-linux_2.6.19_
```

```
6485    SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\patches\.svn\text-base\001-normalize.pat
        ch.svn-base
6486    SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\patches\.svn\text-base\002-linux_2.6.19_
        ip_route_me_harder_change.patch.svn-base
6487    SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\patches\.svn\text-base\003-linux_2.6.19_
        security_netlink_recv_change.patch.svn-base
6488    SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\patches\.svn\text-base\004-linux_2.6.19_
        includes.patch.svn-base
6489    SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\patches\.svn\text-base\005-linux_2.6.22_
        skbuff.patch.svn-base
6490    SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\patches\.svn\tmp\prop-base
6491    SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\patches\.svn\tmp\props
6492    SDK.UBNT.v5.3\openwrt\feeds\packages\net\aodv-uu\patches\.svn\tmp\text-base
6493    SDK.UBNT.v5.3\openwrt\feeds\packages\net\aoetools\.svn
6494    SDK.UBNT.v5.3\openwrt\feeds\packages\net\aoetools\Makefile
6495    SDK.UBNT.v5.3\openwrt\feeds\packages\net\aoetools\.svn\entries
6496    SDK.UBNT.v5.3\openwrt\feeds\packages\net\aoetools\.svn\prop-base
6497    SDK.UBNT.v5.3\openwrt\feeds\packages\net\aoetools\.svn\props
6498    SDK.UBNT.v5.3\openwrt\feeds\packages\net\aoetools\.svn\text-base
6499    SDK.UBNT.v5.3\openwrt\feeds\packages\net\aoetools\.svn\tmp
6500    SDK.UBNT.v5.3\openwrt\feeds\packages\net\aoetools\.svn\text-base\Makefile.svn-base
6501    SDK.UBNT.v5.3\openwrt\feeds\packages\net\aoetools\.svn\tmp\prop-base
6502    SDK.UBNT.v5.3\openwrt\feeds\packages\net\aoetools\.svn\tmp\props
6503    SDK.UBNT.v5.3\openwrt\feeds\packages\net\aoetools\.svn\tmp\text-base
6504    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\.svn
6505    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files
6506    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\Makefile
6507    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\patches
6508    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\.svn\entries
6509    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\.svn\prop-base
6510    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\.svn\props
6511    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\.svn\text-base
6512    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\.svn\tmp
6513    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\.svn\prop-base\Makefile.svn-base
6514    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\.svn\text-base\Makefile.svn-base
6515    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\.svn\tmp\prop-base
6516    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\.svn\tmp\props
6517    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\.svn\tmp\text-base
6518    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\.svn
6519    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\etc
6520    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\.svn\entries
6521    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\.svn\prop-base
6522    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\.svn\props
6523    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\.svn\text-base
6524    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\.svn\tmp
6525    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\.svn\tmp\prop-base
6526    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\.svn\tmp\props
6527    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\.svn\tmp\text-base
6528    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\etc\.svn
6529    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\etc\apache
6530    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\etc\.svn\entries
6531    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\etc\.svn\prop-base
6532    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\etc\.svn\props
6533    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\etc\.svn\text-base
6534    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\etc\.svn\tmp
6535    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\etc\.svn\tmp\prop-base
6536    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\etc\.svn\tmp\props
6537    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\etc\.svn\tmp\text-base
6538    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\etc\apache\.svn
6539    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\etc\apache\httpd.conf
6540    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\etc\apache\.svn\entries
6541    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\etc\apache\.svn\prop-base
6542    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\etc\apache\.svn\props
6543    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\etc\apache\.svn\text-base
6544    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\etc\apache\.svn\tmp
6545    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\etc\apache\.svn\text-base\httpd.con
        f.svn-base
6546    SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\etc\apache\.svn\tmp\prop-base
```

```
6547  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\etc\apache\.svn\tmp\text-base
6548  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\files\etc\apache\.svn\tmp\text-base
6549  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\patches\.svn
6550  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\patches\001-Makefile_in.patch
6551  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\patches\002-test_char_h.patch
6552  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\patches\003-logdir_fix.patch
6553  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\patches\004-pidfile_fix.patch
6554  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\patches\.svn\entries
6555  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\patches\.svn\prop-base
6556  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\patches\.svn\props
6557  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\patches\.svn\text-base
6558  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\patches\.svn\tmp
6559  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\patches\.svn\text-base\001-Makefile_in.pa
      tch.svn-base
6560  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\patches\.svn\text-base\002-test_char_h.pa
      tch.svn-base
6561  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\patches\.svn\text-base\003-logdir_fix.pat
      ch.svn-base
6562  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\patches\.svn\text-base\004-pidfile_fix.pa
      tch.svn-base
6563  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\patches\.svn\tmp\prop-base
6564  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\patches\.svn\tmp\props
6565  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apache\patches\.svn\tmp\text-base
6566  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\.svn
6567  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\files
6568  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\Makefile
6569  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\patches
6570  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\.svn\entries
6571  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\.svn\prop-base
6572  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\.svn\props
6573  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\.svn\text-base
6574  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\.svn\tmp
6575  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\.svn\text-base\Makefile.svn-base
6576  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\.svn\tmp\prop-base
6577  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\.svn\tmp\props
6578  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\.svn\tmp\text-base
6579  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\files\.svn
6580  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\files\apccontrol
6581  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\files\apcupsd.conf
6582  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\files\apcupsd.init
6583  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\files\apcupsd_mail.conf
6584  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\files\changeme
6585  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\files\commfailure
6586  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\files\commok
6587  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\files\offbattery
6588  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\files\onbattery
6589  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\files\.svn\entries
6590  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\files\.svn\prop-base
6591  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\files\.svn\props
6592  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\files\.svn\text-base
6593  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\files\.svn\tmp
6594  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\files\.svn\text-base\apccontrol.svn-base
6595  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\files\.svn\text-base\apcupsd.conf.svn-ba
      se
6596  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\files\.svn\text-base\apcupsd.init.svn-ba
      se
6597  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\files\.svn\text-base\apcupsd_mail.conf.s
      vn-base
6598  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\files\.svn\text-base\changeme.svn-base
6599  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\files\.svn\text-base\commfailure.svn-bas
      e
6600  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\files\.svn\text-base\commok.svn-base
6601  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\files\.svn\text-base\offbattery.svn-base
6602  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\files\.svn\text-base\onbattery.svn-base
6603  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\files\.svn\tmp\prop-base
6604  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\files\.svn\tmp\props
6605  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\files\.svn\tmp\text-base
6606  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\patches\.svn
6607  SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\patches\100-dont_nuke_prepared.patch
```

```
6608   SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\patches\.svn
6609   SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\patches\.svn\prop-base
6610   SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\patches\.svn\props
6611   SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\patches\.svn\text-base
6612   SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\patches\.svn\tmp
6613   SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\patches\.svn\text-base\100-dont_nuke_pre
       pared.patch.svn-base
6614   SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\patches\.svn\tmp\prop-base
6615   SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\patches\.svn\tmp\props
6616   SDK.UBNT.v5.3\openwrt\feeds\packages\net\apcupsd\patches\.svn\tmp\text-base
6617   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\.svn
6618   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\files
6619   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\Makefile
6620   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\patches
6621   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\.svn\entries
6622   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\.svn\prop-base
6623   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\.svn\props
6624   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\.svn\text-base
6625   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\.svn\tmp
6626   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\.svn\text-base\Makefile.svn-base
6627   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\.svn\tmp\prop-base
6628   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\.svn\tmp\props
6629   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\.svn\tmp\text-base
6630   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\files\.svn
6631   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\files\aprx.init
6632   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\files\.svn\entries
6633   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\files\.svn\prop-base
6634   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\files\.svn\props
6635   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\files\.svn\text-base
6636   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\files\.svn\tmp
6637   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\files\.svn\text-base\aprx.init.svn-base
6638   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\files\.svn\tmp\prop-base
6639   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\files\.svn\tmp\props
6640   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\files\.svn\tmp\text-base
6641   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\patches\.svn
6642   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\patches\100-Makefile_in.patch
6643   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\patches\.svn\entries
6644   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\patches\.svn\prop-base
6645   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\patches\.svn\props
6646   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\patches\.svn\text-base
6647   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\patches\.svn\tmp
6648   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\patches\.svn\text-base\100-Makefile_in.patc
       h.svn-base
6649   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\patches\.svn\tmp\prop-base
6650   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\patches\.svn\tmp\props
6651   SDK.UBNT.v5.3\openwrt\feeds\packages\net\aprx\patches\.svn\tmp\text-base
6652   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\.svn
6653   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\Makefile
6654   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\patches
6655   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\.svn\entries
6656   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\.svn\prop-base
6657   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\.svn\props
6658   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\.svn\text-base
6659   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\.svn\tmp
6660   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\.svn\prop-base\Makefile.svn-base
6661   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\.svn\text-base\Makefile.svn-base
6662   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\.svn\tmp\prop-base
6663   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\.svn\tmp\props
6664   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\.svn\tmp\text-base
6665   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\patches\.svn
6666   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\patches\001-configure_no_bpf.patch
6667   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\patches\002-function_string.patch
6668   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\patches\003-pcap_and_arg.patch
6669   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\patches\004-no_dnet_config_check.patch
6670   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\patches\.svn\entries
6671   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\patches\.svn\prop-base
6672   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\patches\.svn\props
6673   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\patches\.svn\text-base
6674   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\patches\.svn\tmp
```

```
6675   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\patches\.svn\text-base\001-configure_no_bpf
       .patch.svn-base
6676   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\patches\.svn\prop-base\002-function_string.
       patch.svn-base
6677   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\patches\.svn\prop-base\003-pcap_and_arg.pat
       ch.svn-base
6678   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\patches\.svn\text-base\001-configure_no_bpf
       .patch.svn-base
6679   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\patches\.svn\text-base\002-function_string.
       patch.svn-base
6680   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\patches\.svn\text-base\003-pcap_and_arg.pat
       ch.svn-base
6681   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\patches\.svn\text-base\004-no_dnet_config_c
       heck.patch.svn-base
6682   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\patches\.svn\tmp\prop-base
6683   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\patches\.svn\tmp\props
6684   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpd\patches\.svn\tmp\text-base
6685   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpwatch\.svn
6686   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpwatch\Makefile
6687   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpwatch\.svn\entries
6688   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpwatch\.svn\prop-base
6689   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpwatch\.svn\props
6690   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpwatch\.svn\text-base
6691   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpwatch\.svn\tmp
6692   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpwatch\.svn\prop-base\Makefile.svn-base
6693   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpwatch\.svn\text-base\Makefile.svn-base
6694   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpwatch\.svn\tmp\prop-base
6695   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpwatch\.svn\tmp\props
6696   SDK.UBNT.v5.3\openwrt\feeds\packages\net\arpwatch\.svn\tmp\text-base
6697   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk\.svn
6698   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk\files
6699   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk\patches
6700   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk\.svn\entries
6701   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk\.svn\prop-base
6702   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk\.svn\props
6703   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk\.svn\text-base
6704   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk\.svn\tmp
6705   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk\.svn\tmp\prop-base
6706   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk\.svn\tmp\props
6707   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk\.svn\tmp\text-base
6708   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk\files\.svn
6709   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk\files\.svn\entries
6710   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk\files\.svn\prop-base
6711   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk\files\.svn\props
6712   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk\files\.svn\text-base
6713   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk\files\.svn\tmp
6714   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk\files\.svn\tmp\prop-base
6715   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk\files\.svn\tmp\props
6716   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk\files\.svn\tmp\text-base
6717   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk\patches\.svn
6718   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk\patches\.svn\entries
6719   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk\patches\.svn\prop-base
6720   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk\patches\.svn\props
6721   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk\patches\.svn\text-base
6722   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk\patches\.svn\tmp
6723   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk\patches\.svn\tmp\prop-base
6724   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk\patches\.svn\tmp\props
6725   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk\patches\.svn\tmp\text-base
6726   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\.svn
6727   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\files
6728   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\Makefile
6729   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches
6730   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\.svn\entries
6731   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\.svn\prop-base
6732   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\.svn\props
6733   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\.svn\text-base
6734   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\.svn\tmp
6735   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\.svn\prop-base\Makefile.svn-base
6736   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\.svn\text-base\Makefile.svn-base
```

```
6738   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\.svn\tmp\props
6739   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\.svn\tmp\text-base
6740   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\files\.svn
6741   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\files\asterisk.default
6742   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\files\asterisk.init
6743   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\files\modules.conf
6744   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\files\.svn\entries
6745   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\files\.svn\prop-base
6746   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\files\.svn\props
6747   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\files\.svn\text-base
6748   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\files\.svn\tmp
6749   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\files\.svn\prop-base\asterisk.def
       ault.svn-base
6750   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\files\.svn\prop-base\asterisk.ini
       t.svn-base
6751   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\files\.svn\prop-base\modules.conf
       .svn-base
6752   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\files\.svn\text-base\asterisk.def
       ault.svn-base
6753   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\files\.svn\text-base\asterisk.ini
       t.svn-base
6754   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\files\.svn\text-base\modules.conf
       .svn-base
6755   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\files\.svn\tmp\prop-base
6756   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\files\.svn\tmp\props
6757   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\files\.svn\tmp\text-base
6758   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\.svn
6759   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\011-Makefile-main.patch
6760   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\013-chan_iax2-tmp_path.pa
       tch
6761   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\014-openssl-configure_ac.
       patch
6762   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\015-spandsp-app_fax.patch
6763   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\016-iksemel-configure_ac.
       patch
6764   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\017-Makefile-no_march.pat
       ch
6765   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\023-autoconf-chan_h323.pa
       tch
6766   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\026-gsm-mips.patch
6767   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\030-acinclude.patch
6768   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\801-bug_14206.patch
6769   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\802-bug_14611.patch
6770   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\901-cve-2009-0871.patch
6771   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\.svn\entries
6772   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\.svn\prop-base
6773   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\.svn\props
6774   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\.svn\text-base
6775   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\.svn\tmp
6776   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\.svn\prop-base\030-acincl
       ude.patch.svn-base
6777   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\.svn\text-base\011-Makefi
       le-main.patch.svn-base
6778   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\.svn\text-base\013-chan_i
       ax2-tmp_path.patch.svn-base
6779   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\.svn\text-base\014-openss
       l-configure_ac.patch.svn-base
6780   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\.svn\text-base\015-spands
       p-app_fax.patch.svn-base
6781   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\.svn\text-base\016-iikseme
       l-configure_ac.patch.svn-base
6782   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\.svn\text-base\017-Makefi
       le-no_march.patch.svn-base
6783   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\.svn\text-base\023-autoco
       nf-chan_h323.patch.svn-base
6784   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\.svn\text-base\026-gsm-mi
       ps.patch.svn-base
6785   SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\.svn\text-base\030-acincl
```

```
6786    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\.svn\text-base\801-bug_14
        206.patch.svn-base
6787    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\.svn\text-base\802-bug_14
        611.patch.svn-base
6788    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\.svn\text-base\901-cve-20
        09-0871.patch.svn-base
6789    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\.svn\tmp\prop-base
6790    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\.svn\tmp\props
6791    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.4.x\patches\.svn\tmp\text-base
6792    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\.svn
6793    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\files
6794    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\Makefile
6795    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\patches
6796    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\.svn\entries
6797    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\.svn\prop-base
6798    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\.svn\props
6799    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\.svn\text-base
6800    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\.svn\tmp
6801    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\.svn\text-base\Makefile.svn-base
6802    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\.svn\tmp\prop-base
6803    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\.svn\tmp\props
6804    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\.svn\tmp\text-base
6805    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\files\.svn
6806    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\files\asterisk.default
6807    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\files\asterisk.init
6808    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\files\.svn\entries
6809    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\files\.svn\prop-base
6810    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\files\.svn\props
6811    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\files\.svn\text-base
6812    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\files\.svn\tmp
6813    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\files\.svn\text-base\asterisk.def
        ault.svn-base
6814    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\files\.svn\text-base\asterisk.ini
        t.svn-base
6815    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\files\.svn\tmp\prop-base
6816    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\files\.svn\tmp\props
6817    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\files\.svn\tmp\text-base
6818    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\patches\.svn
6819    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\patches\100-build_tools-iconv.pat
        ch
6820    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\patches\210-ppc_fix.patch
6821    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\patches\.svn\entries
6822    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\patches\.svn\prop-base
6823    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\patches\.svn\props
6824    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\patches\.svn\text-base
6825    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\patches\.svn\tmp
6826    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\patches\.svn\text-base\100-build_
        tools-iconv.patch.svn-base
6827    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\patches\.svn\text-base\210-ppc_fi
        x.patch.svn-base
6828    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\patches\.svn\tmp\prop-base
6829    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\patches\.svn\tmp\props
6830    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-1.6.x\patches\.svn\tmp\text-base
6831    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.4.x\.svn
6832    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.4.x\Makefile
6833    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.4.x\patches
6834    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.4.x\.svn\entries
6835    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.4.x\.svn\prop-base
6836    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.4.x\.svn\props
6837    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.4.x\.svn\text-base
6838    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.4.x\.svn\tmp
6839    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.4.x\.svn\prop-base\Makefile.sv
        n-base
6840    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.4.x\.svn\text-base\Makefile.sv
        n-base
6841    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.4.x\.svn\tmp\prop-base
6842    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.4.x\.svn\tmp\props
6843    SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.4.x\.svn\tmp\text-base
```

```
6844  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.4.x\patches\011-chan_mobile.pa
      tch
6845  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.4.x\patches\011-chan_mobile.pa
      tch
6846  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.4.x\patches\021-cross_configur
      e.patch
6847  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.4.x\patches\031-pthread_param.
      patch
6848  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.4.x\patches\.svn\entries
6849  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.4.x\patches\.svn\prop-base
6850  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.4.x\patches\.svn\props
6851  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.4.x\patches\.svn\text-base
6852  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.4.x\patches\.svn\tmp
6853  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.4.x\patches\.svn\text-base\011
      -chan_mobile.patch.svn-base
6854  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.4.x\patches\.svn\text-base\021
      -cross_configure.patch.svn-base
6855  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.4.x\patches\.svn\text-base\031
      -pthread_param.patch.svn-base
6856  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.4.x\patches\.svn\tmp\prop-base
6857  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.4.x\patches\.svn\tmp\props
6858  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.4.x\patches\.svn\tmp\text-base
6859  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.6.x\.svn
6860  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.6.x\.svn\entries
6861  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.6.x\.svn\prop-base
6862  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.6.x\.svn\props
6863  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.6.x\.svn\text-base
6864  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.6.x\.svn\tmp
6865  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.6.x\.svn\tmp\prop-base
6866  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.6.x\.svn\tmp\props
6867  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-addons-1.6.x\.svn\tmp\text-base
6868  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-prompt-de\.svn
6869  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-prompt-de\.svn\entries
6870  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-prompt-de\.svn\prop-base
6871  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-prompt-de\.svn\props
6872  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-prompt-de\.svn\text-base
6873  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-prompt-de\.svn\tmp
6874  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-prompt-de\.svn\tmp\prop-base
6875  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-prompt-de\.svn\tmp\props
6876  SDK.UBNT.v5.3\openwrt\feeds\packages\net\asterisk-prompt-de\.svn\tmp\text-base
6877  SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\.svn
6878  SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\Makefile
6879  SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\patches
6880  SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\.svn\entries
6881  SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\.svn\prop-base
6882  SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\.svn\props
6883  SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\.svn\text-base
6884  SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\.svn\tmp
6885  SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\.svn\prop-base\Makefile.svn-base
6886  SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\.svn\text-base\Makefile.svn-base
6887  SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\.svn\tmp\prop-base
6888  SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\.svn\tmp\props
6889  SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\.svn\tmp\text-base
6890  SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\patches\.svn
6891  SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\patches\100-mconfig.patch
6892  SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\patches\110-services.patch
6893  SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\patches\120-retry_setting.patch
6894  SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\patches\.svn\entries
6895  SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\patches\.svn\prop-base
6896  SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\patches\.svn\props
6897  SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\patches\.svn\text-base
6898  SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\patches\.svn\tmp
6899  SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\patches\.svn\prop-base\100-mconfig.patch.s
      vn-base
6900  SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\patches\.svn\prop-base\110-services.patch.
      svn-base
6901  SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\patches\.svn\prop-base\120-retry_setting.p
      atch.svn-base
6902  SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\patches\.svn\text-base\100-mconfig.patch.s
      vn-base
```

```
6903    SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\patches\.svn\text-base\120-retry_setting.patch.svn-base
6904    SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\patches\.svn\text-base\120-retry_setting.patch.svn-base
6905    SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\patches\.svn\tmp\prop-base
6906    SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\patches\.svn\tmp\props
6907    SDK.UBNT.v5.3\openwrt\feeds\packages\net\atftp\patches\.svn\tmp\text-base
6908    SDK.UBNT.v5.3\openwrt\feeds\packages\net\autossh\.svn
6909    SDK.UBNT.v5.3\openwrt\feeds\packages\net\autossh\files
6910    SDK.UBNT.v5.3\openwrt\feeds\packages\net\autossh\Makefile
6911    SDK.UBNT.v5.3\openwrt\feeds\packages\net\autossh\.svn\entries
6912    SDK.UBNT.v5.3\openwrt\feeds\packages\net\autossh\.svn\prop-base
6913    SDK.UBNT.v5.3\openwrt\feeds\packages\net\autossh\.svn\props
6914    SDK.UBNT.v5.3\openwrt\feeds\packages\net\autossh\.svn\text-base
6915    SDK.UBNT.v5.3\openwrt\feeds\packages\net\autossh\.svn\tmp
6916    SDK.UBNT.v5.3\openwrt\feeds\packages\net\autossh\.svn\prop-base\Makefile.svn-base
6917    SDK.UBNT.v5.3\openwrt\feeds\packages\net\autossh\.svn\text-base\Makefile.svn-base
6918    SDK.UBNT.v5.3\openwrt\feeds\packages\net\autossh\.svn\tmp\prop-base
6919    SDK.UBNT.v5.3\openwrt\feeds\packages\net\autossh\.svn\tmp\props
6920    SDK.UBNT.v5.3\openwrt\feeds\packages\net\autossh\.svn\tmp\text-base
6921    SDK.UBNT.v5.3\openwrt\feeds\packages\net\autossh\files\.svn
6922    SDK.UBNT.v5.3\openwrt\feeds\packages\net\autossh\files\autossh.config
6923    SDK.UBNT.v5.3\openwrt\feeds\packages\net\autossh\files\autossh.init
6924    SDK.UBNT.v5.3\openwrt\feeds\packages\net\autossh\files\.svn\entries
6925    SDK.UBNT.v5.3\openwrt\feeds\packages\net\autossh\files\.svn\prop-base
6926    SDK.UBNT.v5.3\openwrt\feeds\packages\net\autossh\files\.svn\props
6927    SDK.UBNT.v5.3\openwrt\feeds\packages\net\autossh\files\.svn\text-base
6928    SDK.UBNT.v5.3\openwrt\feeds\packages\net\autossh\files\.svn\tmp
6929    SDK.UBNT.v5.3\openwrt\feeds\packages\net\autossh\files\.svn\prop-base\autossh.config.svn-base
6930    SDK.UBNT.v5.3\openwrt\feeds\packages\net\autossh\files\.svn\prop-base\autossh.init.svn-base
6931    SDK.UBNT.v5.3\openwrt\feeds\packages\net\autossh\files\.svn\text-base\autossh.config.svn-base
6932    SDK.UBNT.v5.3\openwrt\feeds\packages\net\autossh\files\.svn\text-base\autossh.init.svn-base
6933    SDK.UBNT.v5.3\openwrt\feeds\packages\net\autossh\files\.svn\tmp\prop-base
6934    SDK.UBNT.v5.3\openwrt\feeds\packages\net\autossh\files\.svn\tmp\props
6935    SDK.UBNT.v5.3\openwrt\feeds\packages\net\autossh\files\.svn\tmp\text-base
6936    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bahamut\.svn
6937    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bahamut\Makefile
6938    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bahamut\patches
6939    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bahamut\.svn\entries
6940    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bahamut\.svn\prop-base
6941    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bahamut\.svn\props
6942    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bahamut\.svn\text-base
6943    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bahamut\.svn\tmp
6944    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bahamut\.svn\text-base\Makefile.svn-base
6945    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bahamut\.svn\tmp\prop-base
6946    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bahamut\.svn\tmp\props
6947    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bahamut\.svn\tmp\text-base
6948    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bahamut\patches\.svn
6949    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bahamut\patches\001-cross_compile.patch
6950    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bahamut\patches\.svn\entries
6951    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bahamut\patches\.svn\prop-base
6952    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bahamut\patches\.svn\props
6953    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bahamut\patches\.svn\text-base
6954    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bahamut\patches\.svn\tmp
6955    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bahamut\patches\.svn\text-base\001-cross_compile.patch.svn-base
6956    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bahamut\patches\.svn\tmp\prop-base
6957    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bahamut\patches\.svn\tmp\props
6958    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bahamut\patches\.svn\tmp\text-base
6959    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\.svn
6960    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files
6961    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\Makefile
6962    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\patches
6963    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\.svn\entries
6964    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\.svn\prop-base
```

```
6965    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\.svn\text-base
6966    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\.svn\text-base
6967    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\.svn\tmp
6968    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\.svn\prop-base\Makefile.svn-base
6969    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\.svn\text-base\Makefile.svn-base
6970    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\.svn\tmp\prop-base
6971    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\.svn\tmp\props
6972    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\.svn\tmp\text-base
6973    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\.svn
6974    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc
6975    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\.svn\entries
6976    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\.svn\prop-base
6977    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\.svn\props
6978    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\.svn\text-base
6979    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\.svn\tmp
6980    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\.svn\tmp\prop-base
6981    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\.svn\tmp\props
6982    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\.svn\tmp\text-base
6983    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\.svn
6984    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\config
6985    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\init.d
6986    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\.svn\entries
6987    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\.svn\prop-base
6988    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\.svn\props
6989    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\.svn\text-base
6990    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\.svn\tmp
6991    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\.svn\tmp\prop-base
6992    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\.svn\tmp\props
6993    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\.svn\tmp\text-base
6994    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\config\.svn
6995    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\config\batmand
6996    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\config\.svn\entries
6997    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\config\.svn\prop-base
6998    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\config\.svn\props
6999    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\config\.svn\text-base
7000    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\config\.svn\tmp
7001    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\config\.svn\text-base\batmand.s
        vn-base
7002    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\config\.svn\tmp\prop-base
7003    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\config\.svn\tmp\props
7004    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\config\.svn\tmp\text-base
7005    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\init.d\.svn
7006    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\init.d\batmand
7007    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\init.d\.svn\entries
7008    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\init.d\.svn\prop-base
7009    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\init.d\.svn\props
7010    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\init.d\.svn\text-base
7011    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\init.d\.svn\tmp
7012    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\init.d\.svn\text-base\batmand.s
        vn-base
7013    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\init.d\.svn\tmp\prop-base
7014    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\init.d\.svn\tmp\props
7015    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\files\etc\init.d\.svn\tmp\text-base
7016    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\patches\.svn
7017    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\patches\.svn\entries
7018    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\patches\.svn\prop-base
7019    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\patches\.svn\props
7020    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\patches\.svn\text-base
7021    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\patches\.svn\tmp
7022    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\patches\.svn\tmp\prop-base
7023    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\patches\.svn\tmp\props
7024    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman\patches\.svn\tmp\text-base
7025    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\.svn
7026    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files
7027    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\Makefile
7028    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\patches
7029    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\.svn\entries
7030    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\.svn\prop-base
7031    SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\.svn\props
```

```
7032  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\.svn
7033  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\.svn\tmp
7034  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\.svn\text-base\Makefile.svn-base
7035  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\.svn\tmp\prop-base
7036  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\.svn\tmp\props
7037  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\.svn\tmp\text-base
7038  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\.svn
7039  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc
7040  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\.svn\entries
7041  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\.svn\prop-base
7042  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\.svn\props
7043  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\.svn\text-base
7044  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\.svn\tmp
7045  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\.svn\tmp\prop-base
7046  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\.svn\tmp\props
7047  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\.svn\tmp\text-base
7048  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\.svn
7049  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\config
7050  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\init.d
7051  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\.svn\entries
7052  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\.svn\prop-base
7053  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\.svn\props
7054  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\.svn\text-base
7055  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\.svn\tmp
7056  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\.svn\tmp\prop-base
7057  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\.svn\tmp\props
7058  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\.svn\tmp\text-base
7059  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\config\.svn
7060  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\config\batmand-adv
7061  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\config\.svn\entries
7062  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\config\.svn\prop-base
7063  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\config\.svn\props
7064  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\config\.svn\text-base
7065  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\config\.svn\tmp
7066  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\config\.svn\text-base\
      batmand-adv.svn-base
7067  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\config\.svn\tmp\prop-b
      ase
7068  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\config\.svn\tmp\props
7069  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\config\.svn\tmp\text-b
      ase
7070  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\init.d\.svn
7071  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\init.d\batmand-adv
7072  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\init.d\.svn\entries
7073  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\init.d\.svn\prop-base
7074  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\init.d\.svn\props
7075  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\init.d\.svn\text-base
7076  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\init.d\.svn\tmp
7077  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\init.d\.svn\text-base\
      batmand-adv.svn-base
7078  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\init.d\.svn\tmp\prop-b
      ase
7079  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\init.d\.svn\tmp\props
7080  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\files\etc\init.d\.svn\tmp\text-b
      ase
7081  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\patches\.svn
7082  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\patches\.svn\entries
7083  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\patches\.svn\prop-base
7084  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\patches\.svn\props
7085  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\patches\.svn\text-base
7086  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\patches\.svn\tmp
7087  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\patches\.svn\tmp\prop-base
7088  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\patches\.svn\tmp\props
7089  SDK.UBNT.v5.3\openwrt\feeds\packages\net\batman-advanced\patches\.svn\tmp\text-base
7090  SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\.svn
7091  SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files
7092  SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\Makefile
7093  SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\patches
7094  SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\.svn\entries
```

```
7095   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\.svn
7096   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\.svn\props
7097   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\.svn\text-base
7098   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\.svn\tmp
7099   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\.svn\prop-base\Makefile.svn-base
7100   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\.svn\text-base\Makefile.svn-base
7101   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\.svn\tmp\prop-base
7102   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\.svn\tmp\props
7103   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\.svn\tmp\text-base
7104   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\.svn
7105   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\bind
7106   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\named.init
7107   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\.svn\entries
7108   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\.svn\prop-base
7109   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\.svn\props
7110   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\.svn\text-base
7111   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\.svn\tmp
7112   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\.svn\prop-base\named.init.svn-base
7113   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\.svn\text-base\named.init.svn-base
7114   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\.svn\tmp\prop-base
7115   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\.svn\tmp\props
7116   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\.svn\tmp\text-base
7117   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\bind\.svn
7118   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\bind\db.0
7119   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\bind\db.127
7120   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\bind\db.255
7121   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\bind\db.local
7122   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\bind\db.root
7123   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\bind\named.conf.example
7124   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\bind\.svn\entries
7125   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\bind\.svn\prop-base
7126   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\bind\.svn\props
7127   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\bind\.svn\text-base
7128   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\bind\.svn\tmp
7129   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\bind\.svn\prop-base\db.0.svn-base
7130   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\bind\.svn\prop-base\db.127.svn-base
7131   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\bind\.svn\prop-base\db.255.svn-base
7132   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\bind\.svn\prop-base\db.local.svn-base
7133   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\bind\.svn\prop-base\db.root.svn-base
7134   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\bind\.svn\prop-base\named.conf.exampl
       e.svn-base
7135   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\bind\.svn\text-base\db.0.svn-base
7136   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\bind\.svn\text-base\db.127.svn-base
7137   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\bind\.svn\text-base\db.255.svn-base
7138   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\bind\.svn\text-base\db.local.svn-base
7139   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\bind\.svn\text-base\db.root.svn-base
7140   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\bind\.svn\text-base\named.conf.exampl
       e.svn-base
7141   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\bind\.svn\tmp\prop-base
7142   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\bind\.svn\tmp\props
7143   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\files\bind\.svn\tmp\text-base
7144   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\patches\.svn
7145   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\patches\100-cross_compile.patch
7146   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\patches\.svn\entries
7147   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\patches\.svn\prop-base
7148   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\patches\.svn\props
7149   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\patches\.svn\text-base
7150   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\patches\.svn\tmp
7151   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\patches\.svn\prop-base\100-cross_compile.pa
       tch.svn-base
7152   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\patches\.svn\text-base\100-cross_compile.pa
       tch.svn-base
7153   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\patches\.svn\tmp\prop-base
7154   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\patches\.svn\tmp\props
7155   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bind\patches\.svn\tmp\text-base
7156   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bing\.svn
7157   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bing\Makefile
7158   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bing\.svn\entries
7159   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bing\.svn\prop-base
```

```
7160   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bing\.svn
7161   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bing\.svn\text-base
7162   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bing\.svn\tmp
7163   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bing\.svn\prop-base\Makefile.svn-base
7164   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bing\.svn\text-base\Makefile.svn-base
7165   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bing\.svn\tmp\prop-base
7166   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bing\.svn\tmp\props
7167   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bing\.svn\tmp\text-base
7168   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\.svn
7169   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\files
7170   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\Makefile
7171   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\patches
7172   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\.svn\entries
7173   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\.svn\prop-base
7174   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\.svn\props
7175   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\.svn\text-base
7176   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\.svn\tmp
7177   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\.svn\prop-base\Makefile.svn-base
7178   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\.svn\text-base\Makefile.svn-base
7179   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\.svn\tmp\prop-base
7180   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\.svn\tmp\props
7181   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\.svn\tmp\text-base
7182   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\files\.svn
7183   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\files\bitchxrc
7184   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\files\bitchxrc.init
7185   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\files\.svn\entries
7186   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\files\.svn\prop-base
7187   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\files\.svn\props
7188   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\files\.svn\text-base
7189   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\files\.svn\tmp
7190   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\files\.svn\prop-base\bitchxrc.init.svn-ba
       se
7191   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\files\.svn\prop-base\bitchxrc.svn-base
7192   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\files\.svn\text-base\bitchxrc.init.svn-ba
       se
7193   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\files\.svn\text-base\bitchxrc.svn-base
7194   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\files\.svn\tmp\prop-base
7195   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\files\.svn\tmp\props
7196   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\files\.svn\tmp\text-base
7197   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\patches\.svn
7198   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\patches\001-fix_declarations.patch
7199   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\patches\002-tparm.patch
7200   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\patches\.svn\entries
7201   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\patches\.svn\prop-base
7202   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\patches\.svn\props
7203   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\patches\.svn\text-base
7204   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\patches\.svn\tmp
7205   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\patches\.svn\prop-base\001-fix_declaratio
       ns.patch.svn-base
7206   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\patches\.svn\prop-base\002-tparm.patch.sv
       n-base
7207   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\patches\.svn\text-base\001-fix_declaratio
       ns.patch.svn-base
7208   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\patches\.svn\text-base\002-tparm.patch.sv
       n-base
7209   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\patches\.svn\tmp\prop-base
7210   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\patches\.svn\tmp\props
7211   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitchx\patches\.svn\tmp\text-base
7212   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\.svn
7213   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\files
7214   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\Makefile
7215   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\patches
7216   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\.svn\entries
7217   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\.svn\prop-base
7218   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\.svn\props
7219   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\.svn\text-base
7220   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\.svn\tmp
7221   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\.svn\prop-base\Makefile.svn-base
7222   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\.svn\text-base\Makefile.svn-base
```

```
7223    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\.svn\tmp\props
7224    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\.svn\tmp\props
7225    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\.svn\tmp\text-base
7226    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\files\.svn
7227    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\files\bitlbee.init
7228    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\files\.svn\entries
7229    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\files\.svn\prop-base
7230    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\files\.svn\props
7231    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\files\.svn\text-base
7232    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\files\.svn\tmp
7233    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\files\.svn\prop-base\bitlbee.init.svn-ba
        se
7234    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\files\.svn\text-base\bitlbee.init.svn-ba
        se
7235    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\files\.svn\tmp\prop-base
7236    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\files\.svn\tmp\props
7237    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\files\.svn\tmp\text-base
7238    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\patches\.svn
7239    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\patches\100-cross_compile_configure_fix
7240    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\patches\.svn\entries
7241    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\patches\.svn\prop-base
7242    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\patches\.svn\props
7243    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\patches\.svn\text-base
7244    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\patches\.svn\tmp
7245    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\patches\.svn\prop-base\100-cross_compile
        _configure_fix.svn-base
7246    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\patches\.svn\text-base\100-cross_compile
        _configure_fix.svn-base
7247    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\patches\.svn\tmp\prop-base
7248    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\patches\.svn\tmp\props
7249    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bitlbee\patches\.svn\tmp\text-base
7250    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmon\.svn
7251    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmon\Makefile
7252    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmon\patches
7253    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmon\.svn\entries
7254    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmon\.svn\prop-base
7255    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmon\.svn\props
7256    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmon\.svn\text-base
7257    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmon\.svn\tmp
7258    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmon\.svn\prop-base\Makefile.svn-base
7259    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmon\.svn\text-base\Makefile.svn-base
7260    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmon\.svn\tmp\prop-base
7261    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmon\.svn\tmp\props
7262    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmon\.svn\tmp\text-base
7263    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmon\patches\.svn
7264    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmon\patches\001-bugfixes.patch
7265    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmon\patches\.svn\entries
7266    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmon\patches\.svn\prop-base
7267    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmon\patches\.svn\props
7268    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmon\patches\.svn\text-base
7269    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmon\patches\.svn\tmp
7270    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmon\patches\.svn\prop-base\001-bugfixes.patch.s
        vn-base
7271    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmon\patches\.svn\text-base\001-bugfixes.patch.s
        vn-base
7272    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmon\patches\.svn\tmp\prop-base
7273    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmon\patches\.svn\tmp\props
7274    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmon\patches\.svn\tmp\text-base
7275    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\.svn
7276    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files
7277    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\Makefile
7278    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\patches
7279    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\.svn\entries
7280    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\.svn\prop-base
7281    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\.svn\props
7282    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\.svn\text-base
7283    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\.svn\tmp
7284    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\.svn\text-base\Makefile.svn-base
7285    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\.svn\tmp\prop-base
```

```
7286    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\.svn\tmp\text-base
7287    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\.svn\tmp\text-base
7288    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\.svn
7289    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc
7290    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\.svn\entries
7291    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\.svn\prop-base
7292    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\.svn\props
7293    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\.svn\text-base
7294    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\.svn\tmp
7295    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\.svn\tmp\prop-base
7296    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\.svn\tmp\props
7297    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\.svn\tmp\text-base
7298    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\.svn
7299    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\config
7300    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\init.d
7301    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\.svn\entries
7302    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\.svn\prop-base
7303    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\.svn\props
7304    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\.svn\text-base
7305    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\.svn\tmp
7306    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\.svn\tmp\prop-base
7307    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\.svn\tmp\props
7308    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\.svn\tmp\text-base
7309    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\config\.svn
7310    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\config\bmxd
7311    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\config\.svn\entries
7312    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\config\.svn\prop-base
7313    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\config\.svn\props
7314    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\config\.svn\text-base
7315    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\config\.svn\tmp
7316    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\config\.svn\text-base\bmxd.svn-ba
        se
7317    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\config\.svn\tmp\prop-base
7318    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\config\.svn\tmp\props
7319    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\config\.svn\tmp\text-base
7320    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\init.d\.svn
7321    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\init.d\bmxd
7322    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\init.d\.svn\entries
7323    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\init.d\.svn\prop-base
7324    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\init.d\.svn\props
7325    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\init.d\.svn\text-base
7326    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\init.d\.svn\tmp
7327    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\init.d\.svn\text-base\bmxd.svn-ba
        se
7328    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\init.d\.svn\tmp\prop-base
7329    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\init.d\.svn\tmp\props
7330    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\files\etc\init.d\.svn\tmp\text-base
7331    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\patches\.svn
7332    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\patches\001-makefile-fix.patch
7333    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\patches\.svn\entries
7334    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\patches\.svn\prop-base
7335    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\patches\.svn\props
7336    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\patches\.svn\text-base
7337    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\patches\.svn\tmp
7338    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\patches\.svn\text-base\001-makefile-fix.pat
        ch.svn-base
7339    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\patches\.svn\tmp\prop-base
7340    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\patches\.svn\tmp\props
7341    SDK.UBNT.v5.3\openwrt\feeds\packages\net\bmxd\patches\.svn\tmp\text-base
7342    SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\.svn
7343    SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\files
7344    SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\Makefile
7345    SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\patches
7346    SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\.svn\entries
7347    SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\.svn\prop-base
7348    SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\.svn\props
7349    SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\.svn\text-base
7350    SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\.svn\tmp
7351    SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\.svn\text-base\Makefile.svn-base
```

```
7352   SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\.svn\tmp\props
7353   SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\.svn\tmp\props
7354   SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\.svn\tmp\text-base
7355   SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\files\.svn
7356   SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\files\btpd.init
7357   SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\files\.svn\entries
7358   SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\files\.svn\prop-base
7359   SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\files\.svn\props
7360   SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\files\.svn\text-base
7361   SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\files\.svn\tmp
7362   SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\files\.svn\text-base\btpd.init.svn-base
7363   SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\files\.svn\tmp\prop-base
7364   SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\files\.svn\tmp\props
7365   SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\files\.svn\tmp\text-base
7366   SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\patches\.svn
7367   SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\patches\000-sha1.diff
7368   SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\patches\100-clock.diff
7369   SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\patches\.svn\entries
7370   SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\patches\.svn\prop-base
7371   SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\patches\.svn\props
7372   SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\patches\.svn\text-base
7373   SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\patches\.svn\tmp
7374   SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\patches\.svn\text-base\000-sha1.diff.svn-ba
       se
7375   SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\patches\.svn\text-base\100-clock.diff.svn-b
       ase
7376   SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\patches\.svn\tmp\prop-base
7377   SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\patches\.svn\tmp\props
7378   SDK.UBNT.v5.3\openwrt\feeds\packages\net\btpd\patches\.svn\tmp\text-base
7379   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bwm\.svn
7380   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bwm\Makefile
7381   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bwm\.svn\entries
7382   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bwm\.svn\prop-base
7383   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bwm\.svn\props
7384   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bwm\.svn\text-base
7385   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bwm\.svn\tmp
7386   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bwm\.svn\prop-base\Makefile.svn-base
7387   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bwm\.svn\text-base\Makefile.svn-base
7388   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bwm\.svn\tmp\prop-base
7389   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bwm\.svn\tmp\props
7390   SDK.UBNT.v5.3\openwrt\feeds\packages\net\bwm\.svn\tmp\text-base
7391   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cbtt\.svn
7392   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cbtt\Makefile
7393   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cbtt\patches
7394   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cbtt\.svn\entries
7395   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cbtt\.svn\prop-base
7396   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cbtt\.svn\props
7397   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cbtt\.svn\text-base
7398   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cbtt\.svn\tmp
7399   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cbtt\.svn\prop-base\Makefile.svn-base
7400   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cbtt\.svn\text-base\Makefile.svn-base
7401   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cbtt\.svn\tmp\prop-base
7402   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cbtt\.svn\tmp\props
7403   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cbtt\.svn\tmp\text-base
7404   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cbtt\patches\.svn
7405   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cbtt\patches\100-compile.patch
7406   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cbtt\patches\.svn\entries
7407   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cbtt\patches\.svn\prop-base
7408   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cbtt\patches\.svn\props
7409   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cbtt\patches\.svn\text-base
7410   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cbtt\patches\.svn\tmp
7411   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cbtt\patches\.svn\prop-base\100-compile.patch.sv
       n-base
7412   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cbtt\patches\.svn\text-base\100-compile.patch.sv
       n-base
7413   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cbtt\patches\.svn\tmp\prop-base
7414   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cbtt\patches\.svn\tmp\props
7415   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cbtt\patches\.svn\tmp\text-base
7416   SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\.svn
```

```
7417  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\.svn
7418  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\Makefile
7419  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\patches
7420  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\.svn\entries
7421  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\.svn\prop-base
7422  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\.svn\props
7423  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\.svn\text-base
7424  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\.svn\tmp
7425  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\.svn\prop-base\Makefile.svn-base
7426  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\.svn\text-base\Makefile.svn-base
7427  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\.svn\tmp\prop-base
7428  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\.svn\tmp\props
7429  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\.svn\tmp\text-base
7430  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\files\.svn
7431  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\files\chillispot.init
7432  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\files\.svn\entries
7433  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\files\.svn\prop-base
7434  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\files\.svn\props
7435  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\files\.svn\text-base
7436  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\files\.svn\tmp
7437  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\files\.svn\prop-base\chillispot.init.
      svn-base
7438  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\files\.svn\text-base\chillispot.init.
      svn-base
7439  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\files\.svn\tmp\prop-base
7440  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\files\.svn\tmp\props
7441  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\files\.svn\tmp\text-base
7442  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\patches\.svn
7443  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\patches\001-endian_fix.patch
7444  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\patches\102-less-memory-footprint.pat
      ch
7445  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\patches\110-macallowed_fix.patch
7446  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\patches\120-fix_bufferoverflow.patch
7447  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\patches\.svn\entries
7448  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\patches\.svn\prop-base
7449  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\patches\.svn\props
7450  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\patches\.svn\text-base
7451  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\patches\.svn\tmp
7452  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\patches\.svn\text-base\001-endian_fix
      .patch.svn-base
7453  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\patches\.svn\text-base\102-less-memor
      y-footprint.patch.svn-base
7454  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\patches\.svn\text-base\110-macallowed
      _fix.patch.svn-base
7455  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\patches\.svn\text-base\120-fix_buffer
      overflow.patch.svn-base
7456  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\patches\.svn\tmp\prop-base
7457  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\patches\.svn\tmp\props
7458  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chillispot\patches\.svn\tmp\text-base
7459  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\.svn
7460  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\files
7461  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\Makefile
7462  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\patches
7463  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\.svn\entries
7464  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\.svn\prop-base
7465  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\.svn\props
7466  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\.svn\text-base
7467  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\.svn\tmp
7468  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\.svn\prop-base\Makefile.svn-base
7469  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\.svn\text-base\Makefile.svn-base
7470  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\.svn\tmp\prop-base
7471  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\.svn\tmp\props
7472  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\.svn\tmp\text-base
7473  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\files\.svn
7474  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\files\chrony.conf
7475  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\files\chrony.keys
7476  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\files\ntpd.config
7477  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\files\ntpd.hotplug
7478  SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\files\ntpd.init
```

```
7479   SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\files\.svn\prop-base
7480   SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\files\.svn\prop-base
7481   SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\files\.svn\props
7482   SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\files\.svn\text-base
7483   SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\files\.svn\tmp
7484   SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\files\.svn\text-base\chrony.conf.svn-base
7485   SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\files\.svn\text-base\chrony.keys.svn-base
7486   SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\files\.svn\text-base\ntpd.config.svn-base
7487   SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\files\.svn\text-base\ntpd.hotplug.svn-base
7488   SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\files\.svn\text-base\ntpd.init.svn-base
7489   SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\files\.svn\tmp\prop-base
7490   SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\files\.svn\tmp\props
7491   SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\files\.svn\tmp\text-base
7492   SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\patches\.svn
7493   SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\patches\001-crosscompile.patch
7494   SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\patches\.svn\entries
7495   SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\patches\.svn\prop-base
7496   SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\patches\.svn\props
7497   SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\patches\.svn\text-base
7498   SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\patches\.svn\tmp
7499   SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\patches\.svn\text-base\001-crosscompile.patch.svn-base
7500   SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\patches\.svn\tmp\prop-base
7501   SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\patches\.svn\tmp\props
7502   SDK.UBNT.v5.3\openwrt\feeds\packages\net\chrony\patches\.svn\tmp\text-base
7503   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\.svn
7504   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\files
7505   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\Makefile
7506   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\patches
7507   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\.svn\entries
7508   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\.svn\prop-base
7509   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\.svn\props
7510   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\.svn\text-base
7511   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\.svn\tmp
7512   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\.svn\prop-base\Makefile.svn-base
7513   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\.svn\text-base\Makefile.svn-base
7514   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\.svn\tmp\prop-base
7515   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\.svn\tmp\props
7516   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\.svn\tmp\text-base
7517   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\files\.svn
7518   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\files\roofnet.init
7519   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\files\.svn\entries
7520   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\files\.svn\prop-base
7521   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\files\.svn\props
7522   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\files\.svn\text-base
7523   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\files\.svn\tmp
7524   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\files\.svn\prop-base\roofnet.init.svn-base
7525   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\files\.svn\text-base\roofnet.init.svn-base
7526   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\files\.svn\tmp\prop-base
7527   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\files\.svn\tmp\props
7528   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\files\.svn\tmp\text-base
7529   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\patches\.svn
7530   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\patches\100-compile_fix.patch
7531   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\patches\200-roofnet_fix.patch
7532   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\patches\.svn\entries
7533   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\patches\.svn\prop-base
7534   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\patches\.svn\props
7535   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\patches\.svn\text-base
7536   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\patches\.svn\tmp
7537   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\patches\.svn\prop-base\100-compile_fix.patch.svn-base
7538   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\patches\.svn\text-base\100-compile_fix.patch.svn-base
7539   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\patches\.svn\text-base\200-roofnet_fix.patch.svn-base
7540   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\patches\.svn\tmp\prop-base
7541   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\patches\.svn\tmp\props
7542   SDK.UBNT.v5.3\openwrt\feeds\packages\net\click\patches\.svn\tmp\text-base
```

```
7543    SDK.UBNT.v5.3\openwrt\feeds\packages\net\cmdftp\.svn
7544    SDK.UBNT.v5.3\openwrt\feeds\packages\net\cmdftp\Makefile
7545    SDK.UBNT.v5.3\openwrt\feeds\packages\net\cmdftp\.svn\entries
7546    SDK.UBNT.v5.3\openwrt\feeds\packages\net\cmdftp\.svn\prop-base
7547    SDK.UBNT.v5.3\openwrt\feeds\packages\net\cmdftp\.svn\props
7548    SDK.UBNT.v5.3\openwrt\feeds\packages\net\cmdftp\.svn\text-base
7549    SDK.UBNT.v5.3\openwrt\feeds\packages\net\cmdftp\.svn\tmp
7550    SDK.UBNT.v5.3\openwrt\feeds\packages\net\cmdftp\.svn\prop-base\Makefile.svn-base
7551    SDK.UBNT.v5.3\openwrt\feeds\packages\net\cmdftp\.svn\text-base\Makefile.svn-base
7552    SDK.UBNT.v5.3\openwrt\feeds\packages\net\cmdftp\.svn\tmp\prop-base
7553    SDK.UBNT.v5.3\openwrt\feeds\packages\net\cmdftp\.svn\tmp\props
7554    SDK.UBNT.v5.3\openwrt\feeds\packages\net\cmdftp\.svn\tmp\text-base
7555    SDK.UBNT.v5.3\openwrt\feeds\packages\net\conntrack-tools\.svn
7556    SDK.UBNT.v5.3\openwrt\feeds\packages\net\conntrack-tools\Makefile
7557    SDK.UBNT.v5.3\openwrt\feeds\packages\net\conntrack-tools\.svn\entries
7558    SDK.UBNT.v5.3\openwrt\feeds\packages\net\conntrack-tools\.svn\prop-base
7559    SDK.UBNT.v5.3\openwrt\feeds\packages\net\conntrack-tools\.svn\props
7560    SDK.UBNT.v5.3\openwrt\feeds\packages\net\conntrack-tools\.svn\text-base
7561    SDK.UBNT.v5.3\openwrt\feeds\packages\net\conntrack-tools\.svn\tmp
7562    SDK.UBNT.v5.3\openwrt\feeds\packages\net\conntrack-tools\.svn\prop-base\Makefile.svn-base
7563    SDK.UBNT.v5.3\openwrt\feeds\packages\net\conntrack-tools\.svn\text-base\Makefile.svn-base
7564    SDK.UBNT.v5.3\openwrt\feeds\packages\net\conntrack-tools\.svn\tmp\prop-base
7565    SDK.UBNT.v5.3\openwrt\feeds\packages\net\conntrack-tools\.svn\tmp\props
7566    SDK.UBNT.v5.3\openwrt\feeds\packages\net\conntrack-tools\.svn\tmp\text-base
7567    SDK.UBNT.v5.3\openwrt\feeds\packages\net\coova-chilli\.svn
7568    SDK.UBNT.v5.3\openwrt\feeds\packages\net\coova-chilli\Makefile
7569    SDK.UBNT.v5.3\openwrt\feeds\packages\net\coova-chilli\.svn\entries
7570    SDK.UBNT.v5.3\openwrt\feeds\packages\net\coova-chilli\.svn\prop-base
7571    SDK.UBNT.v5.3\openwrt\feeds\packages\net\coova-chilli\.svn\props
7572    SDK.UBNT.v5.3\openwrt\feeds\packages\net\coova-chilli\.svn\text-base
7573    SDK.UBNT.v5.3\openwrt\feeds\packages\net\coova-chilli\.svn\tmp
7574    SDK.UBNT.v5.3\openwrt\feeds\packages\net\coova-chilli\.svn\text-base\Makefile.svn-base
7575    SDK.UBNT.v5.3\openwrt\feeds\packages\net\coova-chilli\.svn\tmp\prop-base
7576    SDK.UBNT.v5.3\openwrt\feeds\packages\net\coova-chilli\.svn\tmp\props
7577    SDK.UBNT.v5.3\openwrt\feeds\packages\net\coova-chilli\.svn\tmp\text-base
7578    SDK.UBNT.v5.3\openwrt\feeds\packages\net\crowdcontrol\.svn
7579    SDK.UBNT.v5.3\openwrt\feeds\packages\net\crowdcontrol\Makefile
7580    SDK.UBNT.v5.3\openwrt\feeds\packages\net\crowdcontrol\.svn\entries
7581    SDK.UBNT.v5.3\openwrt\feeds\packages\net\crowdcontrol\.svn\prop-base
7582    SDK.UBNT.v5.3\openwrt\feeds\packages\net\crowdcontrol\.svn\props
7583    SDK.UBNT.v5.3\openwrt\feeds\packages\net\crowdcontrol\.svn\text-base
7584    SDK.UBNT.v5.3\openwrt\feeds\packages\net\crowdcontrol\.svn\tmp
7585    SDK.UBNT.v5.3\openwrt\feeds\packages\net\crowdcontrol\.svn\prop-base\Makefile.svn-base
7586    SDK.UBNT.v5.3\openwrt\feeds\packages\net\crowdcontrol\.svn\text-base\Makefile.svn-base
7587    SDK.UBNT.v5.3\openwrt\feeds\packages\net\crowdcontrol\.svn\tmp\prop-base
7588    SDK.UBNT.v5.3\openwrt\feeds\packages\net\crowdcontrol\.svn\tmp\props
7589    SDK.UBNT.v5.3\openwrt\feeds\packages\net\crowdcontrol\.svn\tmp\text-base
7590    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ctorrent\.svn
7591    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ctorrent\Makefile
7592    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ctorrent\.svn\entries
7593    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ctorrent\.svn\prop-base
7594    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ctorrent\.svn\props
7595    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ctorrent\.svn\text-base
7596    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ctorrent\.svn\tmp
7597    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ctorrent\.svn\prop-base\Makefile.svn-base
7598    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ctorrent\.svn\text-base\Makefile.svn-base
7599    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ctorrent\.svn\tmp\prop-base
7600    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ctorrent\.svn\tmp\props
7601    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ctorrent\.svn\tmp\text-base
7602    SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\.svn
7603    SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files
7604    SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\Makefile
7605    SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches
7606    SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\.svn\entries
7607    SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\.svn\prop-base
7608    SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\.svn\props
7609    SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\.svn\text-base
7610    SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\.svn\tmp
7611    SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\.svn\prop-base\Makefile.svn-base
```

```
7612   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\.svn\tmp\prop-base
7613   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\.svn\tmp\prop-base
7614   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\.svn\tmp\props
7615   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\.svn\tmp\text-base
7616   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\.svn
7617   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\cupsd.init
7618   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc
7619   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\.svn\entries
7620   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\.svn\prop-base
7621   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\.svn\props
7622   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\.svn\text-base
7623   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\.svn\tmp
7624   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\.svn\prop-base\cupsd.init.svn-base
7625   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\.svn\text-base\cupsd.init.svn-base
7626   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\.svn\tmp\prop-base
7627   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\.svn\tmp\props
7628   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\.svn\tmp\text-base
7629   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\.svn
7630   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\cups
7631   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\.svn\entries
7632   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\.svn\prop-base
7633   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\.svn\props
7634   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\.svn\text-base
7635   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\.svn\tmp
7636   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\.svn\tmp\prop-base
7637   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\.svn\tmp\props
7638   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\.svn\tmp\text-base
7639   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\cups\.svn
7640   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\cups\classes.conf
7641   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\cups\client.conf
7642   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\cups\cupsd.conf
7643   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\cups\printers.conf
7644   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\cups\.svn\entries
7645   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\cups\.svn\prop-base
7646   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\cups\.svn\props
7647   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\cups\.svn\text-base
7648   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\cups\.svn\tmp
7649   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\cups\.svn\prop-base\classes.conf.
       svn-base
7650   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\cups\.svn\prop-base\client.conf.s
       vn-base
7651   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\cups\.svn\prop-base\cupsd.conf.sv
       n-base
7652   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\cups\.svn\prop-base\printers.conf
       .svn-base
7653   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\cups\.svn\text-base\classes.conf.
       svn-base
7654   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\cups\.svn\text-base\client.conf.s
       vn-base
7655   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\cups\.svn\text-base\cupsd.conf.sv
       n-base
7656   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\cups\.svn\text-base\printers.conf
       .svn-base
7657   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\cups\.svn\tmp\prop-base
7658   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\cups\.svn\tmp\props
7659   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\files\etc\cups\.svn\tmp\text-base
7660   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn
7661   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\100-makefile-targets.patch
7662   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\110-no-strip-on-install.patch
7663   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\120-documentation-url.patch
7664   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\130-no_chown.patch
7665   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\140-uname.patch
7666   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\150-64bit_host_fix.patch
7667   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\160-stack-protector.patch
7668   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\901-cve-2008-1722.patch
7669   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\902-cve-2008-3639.patch
7670   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\903-cve-2008-3640.patch
7671   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\904-cve-2008-3641.patch
7672   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\905-cve-2008-5183.patch
```

```
7673   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\906-cve-2008-5184.patch
7674   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\907-cve-2008-5286.patch
7675   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\908-cve-2009-0163.patch
7676   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\909-cve-2009-0164.patch
7677   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn\entries
7678   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn\prop-base
7679   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn\props
7680   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn\text-base
7681   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn\tmp
7682   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn\prop-base\100-makefile-targets
       .patch.svn-base
7683   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn\prop-base\110-no-strip-on-inst
       all.patch.svn-base
7684   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn\prop-base\120-documentation-ur
       l.patch.svn-base
7685   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn\prop-base\130-no_chown.patch.s
       vn-base
7686   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn\prop-base\140-uname.patch.svn-
       base
7687   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn\text-base\100-makefile-targets
       .patch.svn-base
7688   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn\text-base\110-no-strip-on-inst
       all.patch.svn-base
7689   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn\text-base\120-documentation-ur
       l.patch.svn-base
7690   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn\text-base\130-no_chown.patch.s
       vn-base
7691   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn\text-base\140-uname.patch.svn-
       base
7692   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn\text-base\150-64bit_host_fix.p
       atch.svn-base
7693   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn\text-base\160-stack-protector.
       patch.svn-base
7694   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn\text-base\901-cve-2008-1722.pa
       tch.svn-base
7695   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn\text-base\902-cve-2008-3639.pa
       tch.svn-base
7696   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn\text-base\903-cve-2008-3640.pa
       tch.svn-base
7697   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn\text-base\904-cve-2008-3641.pa
       tch.svn-base
7698   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn\text-base\905-cve-2008-5183.pa
       tch.svn-base
7699   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn\text-base\906-cve-2008-5184.pa
       tch.svn-base
7700   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn\text-base\907-cve-2008-5286.pa
       tch.svn-base
7701   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn\text-base\908-cve-2009-0163.pa
       tch.svn-base
7702   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn\text-base\909-cve-2009-0164.pa
       tch.svn-base
7703   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn\tmp\prop-base
7704   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn\tmp\props
7705   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cups\patches\.svn\tmp\text-base
7706   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cutter\.svn
7707   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cutter\Makefile
7708   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cutter\.svn\entries
7709   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cutter\.svn\prop-base
7710   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cutter\.svn\props
7711   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cutter\.svn\text-base
7712   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cutter\.svn\tmp
7713   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cutter\.svn\prop-base\Makefile.svn-base
7714   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cutter\.svn\text-base\Makefile.svn-base
7715   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cutter\.svn\tmp\prop-base
7716   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cutter\.svn\tmp\props
7717   SDK.UBNT.v5.3\openwrt\feeds\packages\net\cutter\.svn\tmp\text-base
7718   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dansguardian\.svn
7719   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dansguardian\Makefile
7720   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dansguardian\patches
```

```
7721   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dansguardian\.svn\prop-base
7722   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dansguardian\.svn\prop-base
7723   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dansguardian\.svn\props
7724   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dansguardian\.svn\text-base
7725   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dansguardian\.svn\tmp
7726   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dansguardian\.svn\text-base\Makefile.svn-base
7727   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dansguardian\.svn\tmp\prop-base
7728   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dansguardian\.svn\tmp\props
7729   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dansguardian\.svn\tmp\text-base
7730   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dansguardian\patches\.svn
7731   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dansguardian\patches\001-include_dir.patch
7732   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dansguardian\patches\002-2.10-uclibc++.patch
7733   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dansguardian\patches\.svn\entries
7734   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dansguardian\patches\.svn\prop-base
7735   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dansguardian\patches\.svn\props
7736   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dansguardian\patches\.svn\text-base
7737   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dansguardian\patches\.svn\tmp
7738   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dansguardian\patches\.svn\text-base\001-include_
       dir.patch.svn-base
7739   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dansguardian\patches\.svn\text-base\002-2.10-ucl
       ibc++.patch.svn-base
7740   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dansguardian\patches\.svn\tmp\prop-base
7741   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dansguardian\patches\.svn\tmp\props
7742   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dansguardian\patches\.svn\tmp\text-base
7743   SDK.UBNT.v5.3\openwrt\feeds\packages\net\darkstat\.svn
7744   SDK.UBNT.v5.3\openwrt\feeds\packages\net\darkstat\files
7745   SDK.UBNT.v5.3\openwrt\feeds\packages\net\darkstat\Makefile
7746   SDK.UBNT.v5.3\openwrt\feeds\packages\net\darkstat\.svn\entries
7747   SDK.UBNT.v5.3\openwrt\feeds\packages\net\darkstat\.svn\prop-base
7748   SDK.UBNT.v5.3\openwrt\feeds\packages\net\darkstat\.svn\props
7749   SDK.UBNT.v5.3\openwrt\feeds\packages\net\darkstat\.svn\text-base
7750   SDK.UBNT.v5.3\openwrt\feeds\packages\net\darkstat\.svn\tmp
7751   SDK.UBNT.v5.3\openwrt\feeds\packages\net\darkstat\.svn\prop-base\Makefile.svn-base
7752   SDK.UBNT.v5.3\openwrt\feeds\packages\net\darkstat\.svn\text-base\Makefile.svn-base
7753   SDK.UBNT.v5.3\openwrt\feeds\packages\net\darkstat\.svn\tmp\prop-base
7754   SDK.UBNT.v5.3\openwrt\feeds\packages\net\darkstat\.svn\tmp\props
7755   SDK.UBNT.v5.3\openwrt\feeds\packages\net\darkstat\.svn\tmp\text-base
7756   SDK.UBNT.v5.3\openwrt\feeds\packages\net\darkstat\files\.svn
7757   SDK.UBNT.v5.3\openwrt\feeds\packages\net\darkstat\files\darkstat.conf
7758   SDK.UBNT.v5.3\openwrt\feeds\packages\net\darkstat\files\darkstat.init
7759   SDK.UBNT.v5.3\openwrt\feeds\packages\net\darkstat\files\.svn\entries
7760   SDK.UBNT.v5.3\openwrt\feeds\packages\net\darkstat\files\.svn\prop-base
7761   SDK.UBNT.v5.3\openwrt\feeds\packages\net\darkstat\files\.svn\props
7762   SDK.UBNT.v5.3\openwrt\feeds\packages\net\darkstat\files\.svn\text-base
7763   SDK.UBNT.v5.3\openwrt\feeds\packages\net\darkstat\files\.svn\tmp
7764   SDK.UBNT.v5.3\openwrt\feeds\packages\net\darkstat\files\.svn\text-base\darkstat.conf.svn-
       base
7765   SDK.UBNT.v5.3\openwrt\feeds\packages\net\darkstat\files\.svn\text-base\darkstat.init.svn-
       base
7766   SDK.UBNT.v5.3\openwrt\feeds\packages\net\darkstat\files\.svn\tmp\prop-base
7767   SDK.UBNT.v5.3\openwrt\feeds\packages\net\darkstat\files\.svn\tmp\props
7768   SDK.UBNT.v5.3\openwrt\feeds\packages\net\darkstat\files\.svn\tmp\text-base
7769   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\.svn
7770   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files
7771   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\Makefile
7772   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\.svn\entries
7773   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\.svn\prop-base
7774   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\.svn\props
7775   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\.svn\text-base
7776   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\.svn\tmp
7777   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\.svn\text-base\Makefile.svn-base
7778   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\.svn\tmp\prop-base
7779   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\.svn\tmp\props
7780   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\.svn\tmp\text-base
7781   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\.svn
7782   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc
7783   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr
7784   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\.svn\entries
7785   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\.svn\prop-base
```

```
7786  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\.svn\text-base
7787  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\.svn\text-base
7788  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\.svn\tmp
7789  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\.svn\tmp\prop-base
7790  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\.svn\tmp\props
7791  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\.svn\tmp\text-base
7792  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\.svn
7793  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\config
7794  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\hotplug.d
7795  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\ppp
7796  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\.svn\entries
7797  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\.svn\prop-base
7798  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\.svn\props
7799  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\.svn\text-base
7800  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\.svn\tmp
7801  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\.svn\tmp\prop-base
7802  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\.svn\tmp\props
7803  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\.svn\tmp\text-base
7804  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\config\.svn
7805  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\config\ddns
7806  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\config\.svn\entries
7807  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\config\.svn\prop-base
7808  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\config\.svn\props
7809  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\config\.svn\text-base
7810  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\config\.svn\tmp
7811  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\config\.svn\text-base\ddn
      s.svn-base
7812  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\config\.svn\tmp\prop-base
7813  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\config\.svn\tmp\props
7814  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\config\.svn\tmp\text-base
7815  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\hotplug.d\.svn
7816  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\hotplug.d\iface
7817  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\hotplug.d\.svn\entries
7818  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\hotplug.d\.svn\prop-base
7819  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\hotplug.d\.svn\props
7820  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\hotplug.d\.svn\text-base
7821  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\hotplug.d\.svn\tmp
7822  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\hotplug.d\.svn\tmp\prop-b
      ase
7823  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\hotplug.d\.svn\tmp\props
7824  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\hotplug.d\.svn\tmp\text-b
      ase
7825  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\hotplug.d\iface\.svn
7826  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\hotplug.d\iface\25-ddns
7827  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\hotplug.d\iface\.svn\entr
      ies
7828  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\hotplug.d\iface\.svn\prop
      -base
7829  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\hotplug.d\iface\.svn\prop
      s
7830  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\hotplug.d\iface\.svn\text
      -base
7831  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\hotplug.d\iface\.svn\tmp
7832  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\hotplug.d\iface\.svn\text
      -base\25-ddns.svn-base
7833  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\hotplug.d\iface\.svn\tmp\
      prop-base
7834  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\hotplug.d\iface\.svn\tmp\
      props
7835  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\hotplug.d\iface\.svn\tmp\
      text-base
7836  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\ppp\.svn
7837  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\ppp\ip-up.d
7838  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\ppp\.svn\entries
7839  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\ppp\.svn\prop-base
7840  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\ppp\.svn\props
7841  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\ppp\.svn\text-base
7842  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\ppp\.svn\tmp
7843  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\ppp\.svn\tmp\prop-base
```

```
7844    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\ppp\ip-up.d\.svn\tmp\props
7845    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\ppp\ip-up.d\.svn\tmp\text-base
7846    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\ppp\ip-up.d\.svn
7847    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\ppp\ip-up.d\.svn\entries
7848    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\ppp\ip-up.d\.svn\prop-bas
        e
7849    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\ppp\ip-up.d\.svn\props
7850    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\ppp\ip-up.d\.svn\text-bas
        e
7851    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\ppp\ip-up.d\.svn\tmp
7852    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\ppp\ip-up.d\.svn\tmp\prop
        -base
7853    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\ppp\ip-up.d\.svn\tmp\prop
        s
7854    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\etc\ppp\ip-up.d\.svn\tmp\text
        -base
7855    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\.svn
7856    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\lib
7857    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\.svn\entries
7858    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\.svn\prop-base
7859    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\.svn\props
7860    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\.svn\text-base
7861    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\.svn\tmp
7862    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\.svn\tmp\prop-base
7863    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\.svn\tmp\props
7864    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\.svn\tmp\text-base
7865    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\lib\.svn
7866    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\lib\ddns
7867    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\lib\.svn\entries
7868    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\lib\.svn\prop-base
7869    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\lib\.svn\props
7870    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\lib\.svn\text-base
7871    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\lib\.svn\tmp
7872    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\lib\.svn\tmp\prop-base
7873    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\lib\.svn\tmp\props
7874    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\lib\.svn\tmp\text-base
7875    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\lib\ddns\.svn
7876    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\lib\ddns\dynamic_dns_func
        tions.sh
7877    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\lib\ddns\dynamic_dns_upda
        ter.sh
7878    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\lib\ddns\services
7879    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\lib\ddns\url_escape.sed
7880    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\lib\ddns\.svn\entries
7881    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\lib\ddns\.svn\prop-base
7882    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\lib\ddns\.svn\props
7883    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\lib\ddns\.svn\text-base
7884    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\lib\ddns\.svn\tmp
7885    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\lib\ddns\.svn\prop-base\d
        ynamic_dns_updater.sh.svn-base
7886    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\lib\ddns\.svn\text-base\d
        ynamic_dns_functions.sh.svn-base
7887    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\lib\ddns\.svn\text-base\d
        ynamic_dns_updater.sh.svn-base
7888    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\lib\ddns\.svn\text-base\s
        ervices.svn-base
7889    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\lib\ddns\.svn\text-base\u
        rl_escape.sed.svn-base
7890    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\lib\ddns\.svn\tmp\prop-ba
        se
7891    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\lib\ddns\.svn\tmp\props
7892    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ddns-scripts\files\usr\lib\ddns\.svn\tmp\text-ba
        se
7893    SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\.svn
7894    SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\files
7895    SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\Makefile
7896    SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\patches
7897    SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\.svn\entries
7898    SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\.svn\prop-base
```

```
7899  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\.svn\text-base
7900  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\.svn\text-base
7901  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\.svn\tmp
7902  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\.svn\prop-base\Makefile.svn-base
7903  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\.svn\text-base\Makefile.svn-base
7904  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\.svn\tmp\prop-base
7905  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\.svn\tmp\props
7906  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\.svn\tmp\text-base
7907  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\files\.svn
7908  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\files\dhcpd.init
7909  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\files\.svn\entries
7910  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\files\.svn\prop-base
7911  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\files\.svn\props
7912  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\files\.svn\text-base
7913  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\files\.svn\tmp
7914  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\files\.svn\text-base\dhcpd.init.svn-base
7915  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\files\.svn\tmp\prop-base
7916  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\files\.svn\tmp\props
7917  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\files\.svn\tmp\text-base
7918  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\patches\.svn
7919  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\patches\100-portability.patch
7920  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\patches\110-omit-docs.patch
7921  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\patches\.svn\entries
7922  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\patches\.svn\prop-base
7923  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\patches\.svn\props
7924  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\patches\.svn\text-base
7925  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\patches\.svn\tmp
7926  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\patches\.svn\text-base\100-portability.patc
      h.svn-base
7927  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\patches\.svn\text-base\110-omit-docs.patch.
      svn-base
7928  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\patches\.svn\tmp\prop-base
7929  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\patches\.svn\tmp\props
7930  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp\patches\.svn\tmp\text-base
7931  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\.svn
7932  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\files
7933  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\Makefile
7934  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\patches
7935  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\.svn\entries
7936  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\.svn\prop-base
7937  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\.svn\props
7938  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\.svn\text-base
7939  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\.svn\tmp
7940  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\.svn\prop-base\Makefile.svn-base
7941  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\.svn\text-base\Makefile.svn-base
7942  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\.svn\tmp\prop-base
7943  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\.svn\tmp\props
7944  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\.svn\tmp\text-base
7945  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\files\.svn
7946  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\files\dhcp-fwd.init
7947  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\files\.svn\entries
7948  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\files\.svn\prop-base
7949  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\files\.svn\props
7950  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\files\.svn\text-base
7951  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\files\.svn\tmp
7952  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\files\.svn\prop-base\dhcp-fwd.ini
      t.svn-base
7953  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\files\.svn\text-base\dhcp-fwd.ini
      t.svn-base
7954  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\files\.svn\tmp\prop-base
7955  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\files\.svn\tmp\props
7956  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\files\.svn\tmp\text-base
7957  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\patches\.svn
7958  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\patches\000-big_endian.patch
7959  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\patches\001-getpwnmam_getgrnam.pa
      tch
7960  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\patches\.svn\entries
7961  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\patches\.svn\prop-base
7962  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\patches\.svn\props
```

```
7963   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\patches\.svn
7964   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\patches\.svn\tmp
7965   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\patches\.svn\prop-base\000-big_en
       dian.patch.svn-base
7966   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\patches\.svn\prop-base\001-getpwn
       mam_getgrnam.patch.svn-base
7967   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\patches\.svn\text-base\000-big_en
       dian.patch.svn-base
7968   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\patches\.svn\text-base\001-getpwn
       mam_getgrnam.patch.svn-base
7969   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\patches\.svn\tmp\prop-base
7970   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\patches\.svn\tmp\props
7971   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcp-forwarder\patches\.svn\tmp\text-base
7972   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcpcd\.svn
7973   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcpcd\Makefile
7974   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcpcd\patches
7975   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcpcd\.svn\entries
7976   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcpcd\.svn\prop-base
7977   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcpcd\.svn\props
7978   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcpcd\.svn\text-base
7979   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcpcd\.svn\tmp
7980   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcpcd\.svn\text-base\Makefile.svn-base
7981   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcpcd\.svn\tmp\prop-base
7982   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcpcd\.svn\tmp\props
7983   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcpcd\.svn\tmp\text-base
7984   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcpcd\patches\.svn
7985   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcpcd\patches\001-run_dir.patch
7986   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcpcd\patches\.svn\entries
7987   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcpcd\patches\.svn\prop-base
7988   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcpcd\patches\.svn\props
7989   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcpcd\patches\.svn\text-base
7990   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcpcd\patches\.svn\tmp
7991   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcpcd\patches\.svn\text-base\001-run_dir.patch.
       svn-base
7992   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcpcd\patches\.svn\tmp\prop-base
7993   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcpcd\patches\.svn\tmp\props
7994   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dhcpcd\patches\.svn\tmp\text-base
7995   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dircproxy\.svn
7996   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dircproxy\Makefile
7997   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dircproxy\.svn\entries
7998   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dircproxy\.svn\prop-base
7999   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dircproxy\.svn\props
8000   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dircproxy\.svn\text-base
8001   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dircproxy\.svn\tmp
8002   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dircproxy\.svn\prop-base\Makefile.svn-base
8003   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dircproxy\.svn\text-base\Makefile.svn-base
8004   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dircproxy\.svn\tmp\prop-base
8005   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dircproxy\.svn\tmp\props
8006   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dircproxy\.svn\tmp\text-base
8007   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsl-qos-queue\.svn
8008   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsl-qos-queue\Makefile
8009   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsl-qos-queue\patches
8010   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsl-qos-queue\.svn\entries
8011   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsl-qos-queue\.svn\prop-base
8012   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsl-qos-queue\.svn\props
8013   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsl-qos-queue\.svn\text-base
8014   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsl-qos-queue\.svn\tmp
8015   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsl-qos-queue\.svn\prop-base\Makefile.svn-base
8016   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsl-qos-queue\.svn\text-base\Makefile.svn-base
8017   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsl-qos-queue\.svn\tmp\prop-base
8018   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsl-qos-queue\.svn\tmp\props
8019   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsl-qos-queue\.svn\tmp\text-base
8020   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsl-qos-queue\patches\.svn
8021   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsl-qos-queue\patches\001-cross_compile.patch
8022   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsl-qos-queue\patches\.svn\entries
8023   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsl-qos-queue\patches\.svn\prop-base
8024   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsl-qos-queue\patches\.svn\props
8025   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsl-qos-queue\patches\.svn\text-base
8026   SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsl-qos-queue\patches\.svn\tmp
```

```
8027  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsl-qos-queue\patches\.svn\text-base\001-cross_c
      ompile.patch.svn-base
8028  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsl-qos-queue\patches\.svn\text-base\001-cross_c
      ompile.patch.svn-base
8029  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsl-qos-queue\patches\.svn\tmp\prop-base
8030  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsl-qos-queue\patches\.svn\tmp\props
8031  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsl-qos-queue\patches\.svn\tmp\text-base
8032  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\.svn
8033  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\Makefile
8034  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches
8035  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\.svn\entries
8036  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\.svn\prop-base
8037  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\.svn\props
8038  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\.svn\text-base
8039  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\.svn\tmp
8040  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\.svn\prop-base\Makefile.svn-base
8041  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\.svn\text-base\Makefile.svn-base
8042  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\.svn\tmp\prop-base
8043  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\.svn\tmp\props
8044  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\.svn\tmp\text-base
8045  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\.svn
8046  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\001-arpspoof_fix.patch
8047  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\001-dns.patch
8048  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\003-gdbm.patch
8049  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\004-no_yp.patch
8050  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\005-openssl_fix.patch
8051  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\006-pcap_header.patch
8052  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\007-time_h.patch
8053  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\.svn\entries
8054  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\.svn\prop-base
8055  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\.svn\props
8056  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\.svn\text-base
8057  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\.svn\tmp
8058  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\.svn\prop-base\001-arpspoof_fix.p
      atch.svn-base
8059  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\.svn\prop-base\001-dns.patch.svn-
      base
8060  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\.svn\prop-base\003-gdbm.patch.svn
      -base
8061  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\.svn\prop-base\004-no_yp.patch.sv
      n-base
8062  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\.svn\prop-base\005-openssl_fix.pa
      tch.svn-base
8063  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\.svn\prop-base\006-pcap_header.pa
      tch.svn-base
8064  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\.svn\prop-base\007-time_h.patch.s
      vn-base
8065  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\.svn\text-base\001-arpspoof_fix.p
      atch.svn-base
8066  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\.svn\text-base\001-dns.patch.svn-
      base
8067  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\.svn\text-base\003-gdbm.patch.svn
      -base
8068  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\.svn\text-base\004-no_yp.patch.sv
      n-base
8069  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\.svn\text-base\005-openssl_fix.pa
      tch.svn-base
8070  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\.svn\text-base\006-pcap_header.pa
      tch.svn-base
8071  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\.svn\text-base\007-time_h.patch.s
      vn-base
8072  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\.svn\tmp\prop-base
8073  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\.svn\tmp\props
8074  SDK.UBNT.v5.3\openwrt\feeds\packages\net\dsniff\patches\.svn\tmp\text-base
8075  SDK.UBNT.v5.3\openwrt\feeds\packages\net\elinks\.svn
8076  SDK.UBNT.v5.3\openwrt\feeds\packages\net\elinks\Makefile
8077  SDK.UBNT.v5.3\openwrt\feeds\packages\net\elinks\patches
8078  SDK.UBNT.v5.3\openwrt\feeds\packages\net\elinks\.svn\entries
8079  SDK.UBNT.v5.3\openwrt\feeds\packages\net\elinks\.svn\prop-base
```

```
8080    SDK.UBNT.v5.3\openwrt\feeds\packages\net\elinks\.svn\text-base
8081    SDK.UBNT.v5.3\openwrt\feeds\packages\net\elinks\.svn\tmp
8082    SDK.UBNT.v5.3\openwrt\feeds\packages\net\elinks\.svn\prop-base\Makefile.svn-base
8083    SDK.UBNT.v5.3\openwrt\feeds\packages\net\elinks\.svn\text-base\Makefile.svn-base
8084    SDK.UBNT.v5.3\openwrt\feeds\packages\net\elinks\.svn\tmp\prop-base
8085    SDK.UBNT.v5.3\openwrt\feeds\packages\net\elinks\.svn\tmp\props
8086    SDK.UBNT.v5.3\openwrt\feeds\packages\net\elinks\.svn\tmp\text-base
8087    SDK.UBNT.v5.3\openwrt\feeds\packages\net\elinks\patches\.svn
8088    SDK.UBNT.v5.3\openwrt\feeds\packages\net\elinks\patches\001-missing_decl_for_off_t.patch
8089    SDK.UBNT.v5.3\openwrt\feeds\packages\net\elinks\patches\002-fix_avr32_compile
8090    SDK.UBNT.v5.3\openwrt\feeds\packages\net\elinks\patches\.svn\entries
8091    SDK.UBNT.v5.3\openwrt\feeds\packages\net\elinks\patches\.svn\prop-base
8092    SDK.UBNT.v5.3\openwrt\feeds\packages\net\elinks\patches\.svn\props
8093    SDK.UBNT.v5.3\openwrt\feeds\packages\net\elinks\patches\.svn\text-base
8094    SDK.UBNT.v5.3\openwrt\feeds\packages\net\elinks\patches\.svn\tmp
8095    SDK.UBNT.v5.3\openwrt\feeds\packages\net\elinks\patches\.svn\prop-base\001-missing_decl_f
        or_off_t.patch.svn-base
8096    SDK.UBNT.v5.3\openwrt\feeds\packages\net\elinks\patches\.svn\text-base\001-missing_decl_f
        or_off_t.patch.svn-base
8097    SDK.UBNT.v5.3\openwrt\feeds\packages\net\elinks\patches\.svn\text-base\002-fix_avr32_comp
        ile.svn-base
8098    SDK.UBNT.v5.3\openwrt\feeds\packages\net\elinks\patches\.svn\tmp\prop-base
8099    SDK.UBNT.v5.3\openwrt\feeds\packages\net\elinks\patches\.svn\tmp\props
8100    SDK.UBNT.v5.3\openwrt\feeds\packages\net\elinks\patches\.svn\tmp\text-base
8101    SDK.UBNT.v5.3\openwrt\feeds\packages\net\et131x\.svn
8102    SDK.UBNT.v5.3\openwrt\feeds\packages\net\et131x\Makefile
8103    SDK.UBNT.v5.3\openwrt\feeds\packages\net\et131x\.svn\entries
8104    SDK.UBNT.v5.3\openwrt\feeds\packages\net\et131x\.svn\prop-base
8105    SDK.UBNT.v5.3\openwrt\feeds\packages\net\et131x\.svn\props
8106    SDK.UBNT.v5.3\openwrt\feeds\packages\net\et131x\.svn\text-base
8107    SDK.UBNT.v5.3\openwrt\feeds\packages\net\et131x\.svn\tmp
8108    SDK.UBNT.v5.3\openwrt\feeds\packages\net\et131x\.svn\text-base\Makefile.svn-base
8109    SDK.UBNT.v5.3\openwrt\feeds\packages\net\et131x\.svn\tmp\prop-base
8110    SDK.UBNT.v5.3\openwrt\feeds\packages\net\et131x\.svn\tmp\props
8111    SDK.UBNT.v5.3\openwrt\feeds\packages\net\et131x\.svn\tmp\text-base
8112    SDK.UBNT.v5.3\openwrt\feeds\packages\net\etherwake\.svn
8113    SDK.UBNT.v5.3\openwrt\feeds\packages\net\etherwake\Makefile
8114    SDK.UBNT.v5.3\openwrt\feeds\packages\net\etherwake\patches
8115    SDK.UBNT.v5.3\openwrt\feeds\packages\net\etherwake\.svn\entries
8116    SDK.UBNT.v5.3\openwrt\feeds\packages\net\etherwake\.svn\prop-base
8117    SDK.UBNT.v5.3\openwrt\feeds\packages\net\etherwake\.svn\props
8118    SDK.UBNT.v5.3\openwrt\feeds\packages\net\etherwake\.svn\text-base
8119    SDK.UBNT.v5.3\openwrt\feeds\packages\net\etherwake\.svn\tmp
8120    SDK.UBNT.v5.3\openwrt\feeds\packages\net\etherwake\.svn\text-base\Makefile.svn-base
8121    SDK.UBNT.v5.3\openwrt\feeds\packages\net\etherwake\.svn\tmp\prop-base
8122    SDK.UBNT.v5.3\openwrt\feeds\packages\net\etherwake\.svn\tmp\props
8123    SDK.UBNT.v5.3\openwrt\feeds\packages\net\etherwake\.svn\tmp\text-base
8124    SDK.UBNT.v5.3\openwrt\feeds\packages\net\etherwake\patches\.svn
8125    SDK.UBNT.v5.3\openwrt\feeds\packages\net\etherwake\patches\100-no_ether_hostton.patch
8126    SDK.UBNT.v5.3\openwrt\feeds\packages\net\etherwake\patches\.svn\entries
8127    SDK.UBNT.v5.3\openwrt\feeds\packages\net\etherwake\patches\.svn\prop-base
8128    SDK.UBNT.v5.3\openwrt\feeds\packages\net\etherwake\patches\.svn\props
8129    SDK.UBNT.v5.3\openwrt\feeds\packages\net\etherwake\patches\.svn\text-base
8130    SDK.UBNT.v5.3\openwrt\feeds\packages\net\etherwake\patches\.svn\tmp
8131    SDK.UBNT.v5.3\openwrt\feeds\packages\net\etherwake\patches\.svn\text-base\100-no_ether_ho
        stton.patch.svn-base
8132    SDK.UBNT.v5.3\openwrt\feeds\packages\net\etherwake\patches\.svn\tmp\prop-base
8133    SDK.UBNT.v5.3\openwrt\feeds\packages\net\etherwake\patches\.svn\tmp\props
8134    SDK.UBNT.v5.3\openwrt\feeds\packages\net\etherwake\patches\.svn\tmp\text-base
8135    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ethtool\.svn
8136    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ethtool\Makefile
8137    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ethtool\patches
8138    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ethtool\.svn\entries
8139    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ethtool\.svn\prop-base
8140    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ethtool\.svn\props
8141    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ethtool\.svn\text-base
8142    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ethtool\.svn\tmp
8143    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ethtool\.svn\prop-base\Makefile.svn-base
```

```
8145    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ethtool\.svn\tmp\prop-base
8146    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ethtool\.svn\tmp\props
8147    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ethtool\.svn\tmp\text-base
8148    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ethtool\patches\.svn
8149    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ethtool\patches\01-ixp4xx_ethtool_autotools.patc
        h
8150    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ethtool\patches\.svn\entries
8151    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ethtool\patches\.svn\prop-base
8152    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ethtool\patches\.svn\props
8153    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ethtool\patches\.svn\text-base
8154    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ethtool\patches\.svn\tmp
8155    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ethtool\patches\.svn\text-base\01-ixp4xx_ethtool
        _autotools.patch.svn-base
8156    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ethtool\patches\.svn\tmp\prop-base
8157    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ethtool\patches\.svn\tmp\props
8158    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ethtool\patches\.svn\tmp\text-base
8159    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ettercap\.svn
8160    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ettercap\Makefile
8161    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ettercap\patches
8162    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ettercap\.svn\entries
8163    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ettercap\.svn\prop-base
8164    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ettercap\.svn\props
8165    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ettercap\.svn\text-base
8166    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ettercap\.svn\tmp
8167    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ettercap\.svn\prop-base\Makefile.svn-base
8168    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ettercap\.svn\text-base\Makefile.svn-base
8169    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ettercap\.svn\tmp\prop-base
8170    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ettercap\.svn\tmp\props
8171    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ettercap\.svn\tmp\text-base
8172    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ettercap\patches\.svn
8173    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ettercap\patches\001-cross_compiling.patch
8174    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ettercap\patches\002-libnet_check_honor_ldflags.
        patch
8175    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ettercap\patches\.svn\entries
8176    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ettercap\patches\.svn\prop-base
8177    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ettercap\patches\.svn\props
8178    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ettercap\patches\.svn\text-base
8179    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ettercap\patches\.svn\tmp
8180    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ettercap\patches\.svn\prop-base\001-cross_compil
        ing.patch.svn-base
8181    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ettercap\patches\.svn\prop-base\002-libnet_check
        _honor_ldflags.patch.svn-base
8182    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ettercap\patches\.svn\text-base\001-cross_compil
        ing.patch.svn-base
8183    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ettercap\patches\.svn\text-base\002-libnet_check
        _honor_ldflags.patch.svn-base
8184    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ettercap\patches\.svn\tmp\prop-base
8185    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ettercap\patches\.svn\tmp\props
8186    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ettercap\patches\.svn\tmp\text-base
8187    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\.svn
8188    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\files
8189    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\Makefile
8190    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\patches
8191    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\.svn\entries
8192    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\.svn\prop-base
8193    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\.svn\props
8194    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\.svn\text-base
8195    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\.svn\tmp
8196    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\.svn\prop-base\Makefile.svn-base
8197    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\.svn\text-base\Makefile.svn-base
8198    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\.svn\tmp\prop-base
8199    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\.svn\tmp\props
8200    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\.svn\tmp\text-base
8201    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\files\.svn
8202    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\files\ez-ipupdate.config
8203    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\files\ez-ipupdate.hotplug
8204    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\files\ez-ipupdate.init
8205    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\files\.svn\entries
8206    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\files\.svn\entries
```

```
8207  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\files\.svn
8208  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\files\.svn\props
8209  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\files\.svn\text-base
8210  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\files\.svn\tmp
8211  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\files\.svn\prop-base\ez-ipupdate.hot
      plug.svn-base
8212  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\files\.svn\prop-base\ez-ipupdate.ini
      t.svn-base
8213  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\files\.svn\text-base\ez-ipupdate.con
      fig.svn-base
8214  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\files\.svn\text-base\ez-ipupdate.hot
      plug.svn-base
8215  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\files\.svn\text-base\ez-ipupdate.ini
      t.svn-base
8216  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\files\.svn\tmp\prop-base
8217  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\files\.svn\tmp\props
8218  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\files\.svn\tmp\text-base
8219  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\patches\.svn
8220  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\patches\001-debian_subset.patch
8221  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\patches\002-ez_ipupdate_everydns.pat
      ch
8222  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\patches\003-dnsexit.patch
8223  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\patches\.svn\entries
8224  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\patches\.svn\prop-base
8225  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\patches\.svn\props
8226  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\patches\.svn\text-base
8227  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\patches\.svn\tmp
8228  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\patches\.svn\prop-base\001-debian_su
      bset.patch.svn-base
8229  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\patches\.svn\prop-base\002-ez_ipupda
      te_everydns.patch.svn-base
8230  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\patches\.svn\text-base\001-debian_su
      bset.patch.svn-base
8231  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\patches\.svn\text-base\002-ez_ipupda
      te_everydns.patch.svn-base
8232  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\patches\.svn\text-base\003-dnsexit.p
      atch.svn-base
8233  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\patches\.svn\tmp\prop-base
8234  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\patches\.svn\tmp\props
8235  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ez-ipupdate\patches\.svn\tmp\text-base
8236  SDK.UBNT.v5.3\openwrt\feeds\packages\net\faifa\.svn
8237  SDK.UBNT.v5.3\openwrt\feeds\packages\net\faifa\Makefile
8238  SDK.UBNT.v5.3\openwrt\feeds\packages\net\faifa\.svn\entries
8239  SDK.UBNT.v5.3\openwrt\feeds\packages\net\faifa\.svn\prop-base
8240  SDK.UBNT.v5.3\openwrt\feeds\packages\net\faifa\.svn\props
8241  SDK.UBNT.v5.3\openwrt\feeds\packages\net\faifa\.svn\text-base
8242  SDK.UBNT.v5.3\openwrt\feeds\packages\net\faifa\.svn\tmp
8243  SDK.UBNT.v5.3\openwrt\feeds\packages\net\faifa\.svn\text-base\Makefile.svn-base
8244  SDK.UBNT.v5.3\openwrt\feeds\packages\net\faifa\.svn\tmp\prop-base
8245  SDK.UBNT.v5.3\openwrt\feeds\packages\net\faifa\.svn\tmp\props
8246  SDK.UBNT.v5.3\openwrt\feeds\packages\net\faifa\.svn\tmp\text-base
8247  SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\.svn
8248  SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\Makefile
8249  SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\patches
8250  SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\.svn\entries
8251  SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\.svn\prop-base
8252  SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\.svn\props
8253  SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\.svn\text-base
8254  SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\.svn\tmp
8255  SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\.svn\prop-base\Makefile.svn-base
8256  SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\.svn\text-base\Makefile.svn-base
8257  SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\.svn\tmp\prop-base
8258  SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\.svn\tmp\props
8259  SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\.svn\tmp\text-base
8260  SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\patches\.svn
8261  SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\patches\001-cross_compile_configure_f
      ix.patch
8262  SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\patches\002-flex_lib.patch
8263  SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\patches\010-python_script_location_fi
```

| | |
|---|---|
| 8264 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\patches\020-invalid_lvalue_in_assignment.patch |
| 8265 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\patches\030-avoid_external_debug_var.patch |
| 8266 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\patches\050-fix-64bit_temp_time_t.patch |
| 8267 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\patches\060-fix_uninitialized_var_in_flow_send.patch |
| 8268 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\patches\070-extra_ftpdu_verify_debugging.patch |
| 8269 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\patches\080-fix_uninitialized_var_in_flow_export.patch |
| 8270 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\patches\.svn\entries |
| 8271 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\patches\.svn\prop-base |
| 8272 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\patches\.svn\props |
| 8273 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\patches\.svn\text-base |
| 8274 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\patches\.svn\tmp |
| 8275 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\patches\.svn\text-base\001-cross_compile_configure_fix.patch.svn-base |
| 8276 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\patches\.svn\text-base\002-flex_lib.patch.svn-base |
| 8277 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\patches\.svn\text-base\010-python_script_location_fix.patch.svn-base |
| 8278 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\patches\.svn\text-base\020-invalid_lvalue_in_assignment.patch.svn-base |
| 8279 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\patches\.svn\text-base\030-avoid_external_debug_var.patch.svn-base |
| 8280 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\patches\.svn\text-base\050-fix-64bit_temp_time_t.patch.svn-base |
| 8281 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\patches\.svn\text-base\060-fix_uninitialized_var_in_flow_send.patch.svn-base |
| 8282 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\patches\.svn\text-base\070-extra_ftpdu_verify_debugging.patch.svn-base |
| 8283 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\patches\.svn\text-base\080-fix_uninitialized_var_in_flow_export.patch.svn-base |
| 8284 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\patches\.svn\tmp\prop-base |
| 8285 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\patches\.svn\tmp\props |
| 8286 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\flow-tools\patches\.svn\tmp\text-base |
| 8287 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\fping\.svn |
| 8288 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\fping\Makefile |
| 8289 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\fping\patches |
| 8290 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\fping\.svn\entries |
| 8291 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\fping\.svn\prop-base |
| 8292 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\fping\.svn\props |
| 8293 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\fping\.svn\text-base |
| 8294 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\fping\.svn\tmp |
| 8295 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\fping\.svn\prop-base\Makefile.svn-base |
| 8296 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\fping\.svn\text-base\Makefile.svn-base |
| 8297 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\fping\.svn\tmp\prop-base |
| 8298 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\fping\.svn\tmp\props |
| 8299 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\fping\.svn\tmp\text-base |
| 8300 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\fping\patches\.svn |
| 8301 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\fping\patches\001-debian.patch |
| 8302 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\fping\patches\.svn\entries |
| 8303 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\fping\patches\.svn\prop-base |
| 8304 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\fping\patches\.svn\props |
| 8305 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\fping\patches\.svn\text-base |
| 8306 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\fping\patches\.svn\tmp |
| 8307 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\fping\patches\.svn\prop-base\001-debian.patch.svn-base |
| 8308 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\fping\patches\.svn\text-base\001-debian.patch.svn-base |
| 8309 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\fping\patches\.svn\tmp\prop-base |
| 8310 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\fping\patches\.svn\tmp\props |
| 8311 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\fping\patches\.svn\tmp\text-base |
| 8312 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\fprobe\.svn |
| 8313 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\fprobe\Makefile |
| 8314 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\fprobe\.svn\entries |

```
8315    SDK.UBNT.v5.3\openwrt\feeds\packages\net\fprobe\.svn\props
8316    SDK.UBNT.v5.3\openwrt\feeds\packages\net\fprobe\.svn\props
8317    SDK.UBNT.v5.3\openwrt\feeds\packages\net\fprobe\.svn\text-base
8318    SDK.UBNT.v5.3\openwrt\feeds\packages\net\fprobe\.svn\tmp
8319    SDK.UBNT.v5.3\openwrt\feeds\packages\net\fprobe\.svn\prop-base\Makefile.svn-base
8320    SDK.UBNT.v5.3\openwrt\feeds\packages\net\fprobe\.svn\text-base\Makefile.svn-base
8321    SDK.UBNT.v5.3\openwrt\feeds\packages\net\fprobe\.svn\tmp\prop-base
8322    SDK.UBNT.v5.3\openwrt\feeds\packages\net\fprobe\.svn\tmp\props
8323    SDK.UBNT.v5.3\openwrt\feeds\packages\net\fprobe\.svn\tmp\text-base
8324    SDK.UBNT.v5.3\openwrt\feeds\packages\net\fprobe-ulog\.svn
8325    SDK.UBNT.v5.3\openwrt\feeds\packages\net\fprobe-ulog\Makefile
8326    SDK.UBNT.v5.3\openwrt\feeds\packages\net\fprobe-ulog\.svn\entries
8327    SDK.UBNT.v5.3\openwrt\feeds\packages\net\fprobe-ulog\.svn\prop-base
8328    SDK.UBNT.v5.3\openwrt\feeds\packages\net\fprobe-ulog\.svn\props
8329    SDK.UBNT.v5.3\openwrt\feeds\packages\net\fprobe-ulog\.svn\text-base
8330    SDK.UBNT.v5.3\openwrt\feeds\packages\net\fprobe-ulog\.svn\tmp
8331    SDK.UBNT.v5.3\openwrt\feeds\packages\net\fprobe-ulog\.svn\prop-base\Makefile.svn-base
8332    SDK.UBNT.v5.3\openwrt\feeds\packages\net\fprobe-ulog\.svn\text-base\Makefile.svn-base
8333    SDK.UBNT.v5.3\openwrt\feeds\packages\net\fprobe-ulog\.svn\tmp\prop-base
8334    SDK.UBNT.v5.3\openwrt\feeds\packages\net\fprobe-ulog\.svn\tmp\props
8335    SDK.UBNT.v5.3\openwrt\feeds\packages\net\fprobe-ulog\.svn\tmp\text-base
8336    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\.svn
8337    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\files
8338    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\Makefile
8339    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\patches
8340    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\.svn\entries
8341    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\.svn\prop-base
8342    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\.svn\props
8343    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\.svn\text-base
8344    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\.svn\tmp
8345    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\.svn\prop-base\Makefile.svn-base
8346    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\.svn\text-base\Makefile.svn-base
8347    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\.svn\tmp\prop-base
8348    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\.svn\tmp\props
8349    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\.svn\tmp\text-base
8350    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\files\.svn
8351    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\files\radiusd.init
8352    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\files\.svn\entries
8353    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\files\.svn\prop-base
8354    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\files\.svn\props
8355    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\files\.svn\text-base
8356    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\files\.svn\tmp
8357    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\files\.svn\prop-base\radiusd.init.svn
        -base
8358    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\files\.svn\text-base\radiusd.init.svn
        -base
8359    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\files\.svn\tmp\prop-base
8360    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\files\.svn\tmp\props
8361    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\files\.svn\tmp\text-base
8362    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\patches\.svn
8363    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\patches\002-config.patch
8364    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\patches\004-ldap_configure.patch
8365    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\patches\005-create_libdir_at_install.
        patch
8366    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\patches\007-no_openssl_engine_check.p
        atch
8367    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\patches\008-honor_ccpflags.patch
8368    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\patches\009-no_pie.patch
8369    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\patches\010-ltdl.patch
8370    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\patches\.svn\entries
8371    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\patches\.svn\prop-base
8372    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\patches\.svn\props
8373    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\patches\.svn\text-base
8374    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\patches\.svn\tmp
8375    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\patches\.svn\prop-base\002-config.pat
        ch.svn-base
8376    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\patches\.svn\prop-base\004-ldap_confi
        gure.patch.svn-base
8377    SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\patches\.svn\prop-base\005-create_lib
```

```
8378   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\patches\.svn\prop-base\007-no_openssl
       _engine_check.patch.svn-base
8379   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\patches\.svn\text-base\002-config.pat
       ch.svn-base
8380   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\patches\.svn\text-base\004-ldap_confi
       gure.patch.svn-base
8381   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\patches\.svn\text-base\005-create_lib
       dir_at_install.patch.svn-base
8382   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\patches\.svn\text-base\007-no_openssl
       _engine_check.patch.svn-base
8383   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\patches\.svn\text-base\008-honor_ccpf
       lags.patch.svn-base
8384   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\patches\.svn\text-base\009-no_pie.pat
       ch.svn-base
8385   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\patches\.svn\text-base\010-ltdl.patch
       .svn-base
8386   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\patches\.svn\tmp\prop-base
8387   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\patches\.svn\tmp\props
8388   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius\patches\.svn\tmp\text-base
8389   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\.svn
8390   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\files
8391   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\Makefile
8392   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\patches
8393   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\.svn\entries
8394   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\.svn\prop-base
8395   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\.svn\props
8396   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\.svn\text-base
8397   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\.svn\tmp
8398   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\.svn\text-base\Makefile.svn-base
8399   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\.svn\tmp\prop-base
8400   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\.svn\tmp\props
8401   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\.svn\tmp\text-base
8402   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\files\.svn
8403   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\files\radiusd.init
8404   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\files\.svn\entries
8405   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\files\.svn\prop-base
8406   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\files\.svn\props
8407   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\files\.svn\text-base
8408   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\files\.svn\tmp
8409   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\files\.svn\text-base\radiusd.init.sv
       n-base
8410   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\files\.svn\tmp\prop-base
8411   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\files\.svn\tmp\props
8412   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\files\.svn\tmp\text-base
8413   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\patches\.svn
8414   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\patches\001-rlm_ldap_configure.patch
8415   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\patches\.svn\entries
8416   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\patches\.svn\prop-base
8417   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\patches\.svn\props
8418   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\patches\.svn\text-base
8419   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\patches\.svn\tmp
8420   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\patches\.svn\text-base\001-rlm_ldap_
       configure.patch.svn-base
8421   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\patches\.svn\tmp\prop-base
8422   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\patches\.svn\tmp\props
8423   SDK.UBNT.v5.3\openwrt\feeds\packages\net\freeradius2\patches\.svn\tmp\text-base
8424   SDK.UBNT.v5.3\openwrt\feeds\packages\net\frickin\.svn
8425   SDK.UBNT.v5.3\openwrt\feeds\packages\net\frickin\files
8426   SDK.UBNT.v5.3\openwrt\feeds\packages\net\frickin\Makefile
8427   SDK.UBNT.v5.3\openwrt\feeds\packages\net\frickin\.svn\entries
8428   SDK.UBNT.v5.3\openwrt\feeds\packages\net\frickin\.svn\prop-base
8429   SDK.UBNT.v5.3\openwrt\feeds\packages\net\frickin\.svn\props
8430   SDK.UBNT.v5.3\openwrt\feeds\packages\net\frickin\.svn\text-base
8431   SDK.UBNT.v5.3\openwrt\feeds\packages\net\frickin\.svn\tmp
8432   SDK.UBNT.v5.3\openwrt\feeds\packages\net\frickin\.svn\prop-base\Makefile.svn-base
8433   SDK.UBNT.v5.3\openwrt\feeds\packages\net\frickin\.svn\text-base\Makefile.svn-base
8434   SDK.UBNT.v5.3\openwrt\feeds\packages\net\frickin\.svn\tmp\prop-base
8435   SDK.UBNT.v5.3\openwrt\feeds\packages\net\frickin\.svn\tmp\props
```

```
8436  SDK.UBNT.v5.3\openwrt\feeds\packages\net\frickin\files\.svn
8437  SDK.UBNT.v5.3\openwrt\feeds\packages\net\frickin\files\frickin.default
8438  SDK.UBNT.v5.3\openwrt\feeds\packages\net\frickin\files\frickin.init
8439  SDK.UBNT.v5.3\openwrt\feeds\packages\net\frickin\files\.svn\entries
8440  SDK.UBNT.v5.3\openwrt\feeds\packages\net\frickin\files\.svn\prop-base
8441  SDK.UBNT.v5.3\openwrt\feeds\packages\net\frickin\files\.svn\props
8442  SDK.UBNT.v5.3\openwrt\feeds\packages\net\frickin\files\.svn\text-base
8443  SDK.UBNT.v5.3\openwrt\feeds\packages\net\frickin\files\.svn\tmp
8444  SDK.UBNT.v5.3\openwrt\feeds\packages\net\frickin\files\.svn\prop-base\frickin.default.svn
8445  -base
8446  SDK.UBNT.v5.3\openwrt\feeds\packages\net\frickin\files\.svn\prop-base\frickin.init.svn-ba
      se
8447  SDK.UBNT.v5.3\openwrt\feeds\packages\net\frickin\files\.svn\text-base\frickin.default.svn
      -base
8448  SDK.UBNT.v5.3\openwrt\feeds\packages\net\frickin\files\.svn\text-base\frickin.init.svn-ba
      se
8449  SDK.UBNT.v5.3\openwrt\feeds\packages\net\frickin\files\.svn\tmp\prop-base
8450  SDK.UBNT.v5.3\openwrt\feeds\packages\net\frickin\files\.svn\tmp\props
8451  SDK.UBNT.v5.3\openwrt\feeds\packages\net\frickin\files\.svn\tmp\text-base
8452  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gmediaserver\.svn
8453  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gmediaserver\files
8454  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gmediaserver\Makefile
8455  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gmediaserver\.svn\entries
8456  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gmediaserver\.svn\prop-base
8457  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gmediaserver\.svn\props
8458  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gmediaserver\.svn\text-base
8459  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gmediaserver\.svn\tmp
8460  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gmediaserver\.svn\prop-base\Makefile.svn-base
8461  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gmediaserver\.svn\text-base\Makefile.svn-base
8462  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gmediaserver\.svn\tmp\prop-base
8463  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gmediaserver\.svn\tmp\props
8464  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gmediaserver\.svn\tmp\text-base
8465  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gmediaserver\files\.svn
8466  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gmediaserver\files\gmediaserver.config
8467  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gmediaserver\files\gmediaserver.init
8468  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gmediaserver\files\.svn\entries
8469  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gmediaserver\files\.svn\prop-base
8470  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gmediaserver\files\.svn\props
8471  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gmediaserver\files\.svn\text-base
8472  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gmediaserver\files\.svn\tmp
8473  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gmediaserver\files\.svn\prop-base\gmediaserver.i
      nit.svn-base
8474  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gmediaserver\files\.svn\text-base\gmediaserver.c
      onfig.svn-base
8475  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gmediaserver\files\.svn\text-base\gmediaserver.i
      nit.svn-base
8476  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gmediaserver\files\.svn\tmp\prop-base
8477  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gmediaserver\files\.svn\tmp\props
8478  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gmediaserver\files\.svn\tmp\text-base
8479  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gpsd\.svn
8480  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gpsd\Makefile
8481  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gpsd\patches
8482  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gpsd\.svn\entries
8483  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gpsd\.svn\prop-base
8484  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gpsd\.svn\props
8485  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gpsd\.svn\text-base
8486  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gpsd\.svn\tmp
8487  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gpsd\.svn\prop-base\Makefile.svn-base
8488  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gpsd\.svn\text-base\Makefile.svn-base
8489  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gpsd\.svn\tmp\prop-base
8490  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gpsd\.svn\tmp\props
8491  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gpsd\.svn\tmp\text-base
8492  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gpsd\patches\.svn
8493  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gpsd\patches\100-reduce-size.patch
8494  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gpsd\patches\101-trimble.patch
8495  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gpsd\patches\.svn\entries
8496  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gpsd\patches\.svn\prop-base
8497  SDK.UBNT.v5.3\openwrt\feeds\packages\net\gpsd\patches\.svn\props
```

```
8498   SDK.UBNT.v5.3\openwrt\feeds\packages\net\gpsd\patches\.svn
8499   SDK.UBNT.v5.3\openwrt\feeds\packages\net\gpsd\patches\.svn\tmp
8500   SDK.UBNT.v5.3\openwrt\feeds\packages\net\gpsd\patches\.svn\text-base\100-reduce-size.patc
       h.svn-base
8501   SDK.UBNT.v5.3\openwrt\feeds\packages\net\gpsd\patches\.svn\text-base\101-trimble.patch.sv
       n-base
8502   SDK.UBNT.v5.3\openwrt\feeds\packages\net\gpsd\patches\.svn\tmp\prop-base
8503   SDK.UBNT.v5.3\openwrt\feeds\packages\net\gpsd\patches\.svn\tmp\props
8504   SDK.UBNT.v5.3\openwrt\feeds\packages\net\gpsd\patches\.svn\tmp\text-base
8505   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\.svn
8506   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\files
8507   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\Makefile
8508   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\patches
8509   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\.svn\entries
8510   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\.svn\prop-base
8511   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\.svn\props
8512   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\.svn\text-base
8513   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\.svn\tmp
8514   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\.svn\text-base\Makefile.svn-base
8515   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\.svn\tmp\prop-base
8516   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\.svn\tmp\props
8517   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\.svn\tmp\text-base
8518   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\files\.svn
8519   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\files\httpd.conf
8520   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\files\mimetype.conf
8521   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\files\.svn\entries
8522   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\files\.svn\prop-base
8523   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\files\.svn\props
8524   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\files\.svn\text-base
8525   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\files\.svn\tmp
8526   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\files\.svn\text-base\httpd.conf.svn-bas
       e
8527   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\files\.svn\text-base\mimetype.conf.svn-
       base
8528   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\files\.svn\tmp\prop-base
8529   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\files\.svn\tmp\props
8530   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\files\.svn\tmp\text-base
8531   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\patches\.svn
8532   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\patches\100-add_x_requested_http_header
       s.patch
8533   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\patches\.svn\entries
8534   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\patches\.svn\prop-base
8535   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\patches\.svn\props
8536   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\patches\.svn\text-base
8537   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\patches\.svn\tmp
8538   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\patches\.svn\text-base\100-add_x_reques
       ted_http_headers.patch.svn-base
8539   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\patches\.svn\tmp\prop-base
8540   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\patches\.svn\tmp\props
8541   SDK.UBNT.v5.3\openwrt\feeds\packages\net\hiawatha\patches\.svn\tmp\text-base
8542   SDK.UBNT.v5.3\openwrt\feeds\packages\net\horst\.svn
8543   SDK.UBNT.v5.3\openwrt\feeds\packages\net\horst\Makefile
8544   SDK.UBNT.v5.3\openwrt\feeds\packages\net\horst\.svn\entries
8545   SDK.UBNT.v5.3\openwrt\feeds\packages\net\horst\.svn\prop-base
8546   SDK.UBNT.v5.3\openwrt\feeds\packages\net\horst\.svn\props
8547   SDK.UBNT.v5.3\openwrt\feeds\packages\net\horst\.svn\text-base
8548   SDK.UBNT.v5.3\openwrt\feeds\packages\net\horst\.svn\tmp
8549   SDK.UBNT.v5.3\openwrt\feeds\packages\net\horst\.svn\text-base\Makefile.svn-base
8550   SDK.UBNT.v5.3\openwrt\feeds\packages\net\horst\.svn\tmp\prop-base
8551   SDK.UBNT.v5.3\openwrt\feeds\packages\net\horst\.svn\tmp\props
8552   SDK.UBNT.v5.3\openwrt\feeds\packages\net\horst\.svn\tmp\text-base
8553   SDK.UBNT.v5.3\openwrt\feeds\packages\net\htpdate\.svn
8554   SDK.UBNT.v5.3\openwrt\feeds\packages\net\htpdate\files
8555   SDK.UBNT.v5.3\openwrt\feeds\packages\net\htpdate\Makefile
8556   SDK.UBNT.v5.3\openwrt\feeds\packages\net\htpdate\.svn\entries
8557   SDK.UBNT.v5.3\openwrt\feeds\packages\net\htpdate\.svn\prop-base
8558   SDK.UBNT.v5.3\openwrt\feeds\packages\net\htpdate\.svn\props
8559   SDK.UBNT.v5.3\openwrt\feeds\packages\net\htpdate\.svn\text-base
8560   SDK.UBNT.v5.3\openwrt\feeds\packages\net\htpdate\.svn\tmp
```

```
8561   SDK.UBNT.v5.3\openwrt\feeds\packages\net\htpdate\.svn\text-base\Makefile.svn-base
8562   SDK.UBNT.v5.3\openwrt\feeds\packages\net\htpdate\.svn\text-base\Makefile.svn-base
8563   SDK.UBNT.v5.3\openwrt\feeds\packages\net\htpdate\.svn\tmp\prop-base
8564   SDK.UBNT.v5.3\openwrt\feeds\packages\net\htpdate\.svn\tmp\props
8565   SDK.UBNT.v5.3\openwrt\feeds\packages\net\htpdate\.svn\tmp\text-base
8566   SDK.UBNT.v5.3\openwrt\feeds\packages\net\htpdate\files\.svn
8567   SDK.UBNT.v5.3\openwrt\feeds\packages\net\htpdate\files\htpdate.default
8568   SDK.UBNT.v5.3\openwrt\feeds\packages\net\htpdate\files\htpdate.init
8569   SDK.UBNT.v5.3\openwrt\feeds\packages\net\htpdate\files\.svn\entries
8570   SDK.UBNT.v5.3\openwrt\feeds\packages\net\htpdate\files\.svn\prop-base
8571   SDK.UBNT.v5.3\openwrt\feeds\packages\net\htpdate\files\.svn\props
8572   SDK.UBNT.v5.3\openwrt\feeds\packages\net\htpdate\files\.svn\text-base
8573   SDK.UBNT.v5.3\openwrt\feeds\packages\net\htpdate\files\.svn\tmp
8574   SDK.UBNT.v5.3\openwrt\feeds\packages\net\htpdate\files\.svn\prop-base\htpdate.default.svn
       -base
8575   SDK.UBNT.v5.3\openwrt\feeds\packages\net\htpdate\files\.svn\prop-base\htpdate.init.svn-ba
       se
8576   SDK.UBNT.v5.3\openwrt\feeds\packages\net\htpdate\files\.svn\text-base\htpdate.default.svn
       -base
8577   SDK.UBNT.v5.3\openwrt\feeds\packages\net\htpdate\files\.svn\text-base\htpdate.init.svn-ba
       se
8578   SDK.UBNT.v5.3\openwrt\feeds\packages\net\htpdate\files\.svn\tmp\prop-base
8579   SDK.UBNT.v5.3\openwrt\feeds\packages\net\htpdate\files\.svn\tmp\props
8580   SDK.UBNT.v5.3\openwrt\feeds\packages\net\htpdate\files\.svn\tmp\text-base
8581   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httping\.svn
8582   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httping\Makefile
8583   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httping\patches
8584   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httping\.svn\entries
8585   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httping\.svn\prop-base
8586   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httping\.svn\props
8587   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httping\.svn\text-base
8588   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httping\.svn\tmp
8589   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httping\.svn\prop-base\Makefile.svn-base
8590   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httping\.svn\text-base\Makefile.svn-base
8591   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httping\.svn\tmp\prop-base
8592   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httping\.svn\tmp\props
8593   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httping\.svn\tmp\text-base
8594   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httping\patches\.svn
8595   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httping\patches\001-extra_flags.patch
8596   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httping\patches\002-version.patch
8597   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httping\patches\.svn\entries
8598   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httping\patches\.svn\prop-base
8599   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httping\patches\.svn\props
8600   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httping\patches\.svn\text-base
8601   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httping\patches\.svn\tmp
8602   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httping\patches\.svn\prop-base\001-extra_flags.p
       atch.svn-base
8603   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httping\patches\.svn\prop-base\002-version.patch
       .svn-base
8604   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httping\patches\.svn\text-base\001-extra_flags.p
       atch.svn-base
8605   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httping\patches\.svn\text-base\002-version.patch
       .svn-base
8606   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httping\patches\.svn\tmp\prop-base
8607   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httping\patches\.svn\tmp\props
8608   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httping\patches\.svn\tmp\text-base
8609   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httptunnel\.svn
8610   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httptunnel\files
8611   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httptunnel\Makefile
8612   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httptunnel\.svn\entries
8613   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httptunnel\.svn\prop-base
8614   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httptunnel\.svn\props
8615   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httptunnel\.svn\text-base
8616   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httptunnel\.svn\tmp
8617   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httptunnel\.svn\prop-base\Makefile.svn-base
8618   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httptunnel\.svn\text-base\Makefile.svn-base
8619   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httptunnel\.svn\tmp\prop-base
8620   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httptunnel\.svn\tmp\props
8621   SDK.UBNT.v5.3\openwrt\feeds\packages\net\httptunnel\.svn\tmp\text-base
```

```
8622  SDK.UBNT.v5.3\openwrt\feeds\packages\net\httptunnel\files\httptunnel.conf
8623  SDK.UBNT.v5.3\openwrt\feeds\packages\net\httptunnel\files\httptunnel.init
8624  SDK.UBNT.v5.3\openwrt\feeds\packages\net\httptunnel\files\.svn\entries
8625  SDK.UBNT.v5.3\openwrt\feeds\packages\net\httptunnel\files\.svn\prop-base
8626  SDK.UBNT.v5.3\openwrt\feeds\packages\net\httptunnel\files\.svn\props
8627  SDK.UBNT.v5.3\openwrt\feeds\packages\net\httptunnel\files\.svn\text-base
8628  SDK.UBNT.v5.3\openwrt\feeds\packages\net\httptunnel\files\.svn\tmp
8629  SDK.UBNT.v5.3\openwrt\feeds\packages\net\httptunnel\files\.svn\text-base\httptunnel.conf.
      svn-base
8630  SDK.UBNT.v5.3\openwrt\feeds\packages\net\httptunnel\files\.svn\text-base\httptunnel.init.
      svn-base
8631  SDK.UBNT.v5.3\openwrt\feeds\packages\net\httptunnel\files\.svn\tmp\prop-base
8632  SDK.UBNT.v5.3\openwrt\feeds\packages\net\httptunnel\files\.svn\tmp\props
8633  SDK.UBNT.v5.3\openwrt\feeds\packages\net\httptunnel\files\.svn\tmp\text-base
8634  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\.svn
8635  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\libvorbisidec.mk
8636  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\Makefile
8637  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\patches
8638  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\.svn\entries
8639  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\.svn\prop-base
8640  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\.svn\props
8641  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\.svn\text-base
8642  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\.svn\tmp
8643  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\.svn\prop-base\Makefile.svn-base
8644  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\.svn\text-base\libvorbisidec.mk.svn-base
8645  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\.svn\text-base\Makefile.svn-base
8646  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\.svn\tmp\prop-base
8647  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\.svn\tmp\props
8648  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\.svn\tmp\text-base
8649  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\patches\.svn
8650  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\patches\001-icecast-2.3.0-tremor.patch
8651  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\patches\002-curl_config.patch
8652  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\patches\.svn\entries
8653  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\patches\.svn\prop-base
8654  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\patches\.svn\props
8655  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\patches\.svn\text-base
8656  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\patches\.svn\tmp
8657  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\patches\.svn\prop-base\001-icecast-2.3.0
      -tremor.patch.svn-base
8658  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\patches\.svn\prop-base\002-curl_config.p
      atch.svn-base
8659  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\patches\.svn\text-base\001-icecast-2.3.0
      -tremor.patch.svn-base
8660  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\patches\.svn\text-base\002-curl_config.p
      atch.svn-base
8661  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\patches\.svn\tmp\prop-base
8662  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\patches\.svn\tmp\props
8663  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icecast\patches\.svn\tmp\text-base
8664  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icmptx\.svn
8665  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icmptx\Makefile
8666  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icmptx\patches
8667  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icmptx\.svn\entries
8668  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icmptx\.svn\prop-base
8669  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icmptx\.svn\props
8670  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icmptx\.svn\text-base
8671  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icmptx\.svn\tmp
8672  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icmptx\.svn\prop-base\Makefile.svn-base
8673  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icmptx\.svn\text-base\Makefile.svn-base
8674  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icmptx\.svn\tmp\prop-base
8675  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icmptx\.svn\tmp\props
8676  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icmptx\.svn\tmp\text-base
8677  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icmptx\patches\.svn
8678  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icmptx\patches\001-cross-compile.patch
8679  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icmptx\patches\.svn\entries
8680  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icmptx\patches\.svn\prop-base
8681  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icmptx\patches\.svn\props
8682  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icmptx\patches\.svn\text-base
8683  SDK.UBNT.v5.3\openwrt\feeds\packages\net\icmptx\patches\.svn\tmp
8684
```

```
8685   SDK.UBNT.v5.3\openwrt\feeds\packages\net\icmptx\patches\.svn\text-base\001-cross_compile.
       patch.svn-base
8686   SDK.UBNT.v5.3\openwrt\feeds\packages\net\icmptx\patches\.svn\text-base\001-cross_compile.
       patch.svn-base
8687   SDK.UBNT.v5.3\openwrt\feeds\packages\net\icmptx\patches\.svn\tmp\prop-base
8688   SDK.UBNT.v5.3\openwrt\feeds\packages\net\icmptx\patches\.svn\tmp\props
8689   SDK.UBNT.v5.3\openwrt\feeds\packages\net\icmptx\patches\.svn\tmp\text-base
8690   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ifstat\.svn
8691   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ifstat\Makefile
8692   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ifstat\patches
8693   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ifstat\.svn\entries
8694   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ifstat\.svn\prop-base
8695   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ifstat\.svn\props
8696   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ifstat\.svn\text-base
8697   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ifstat\.svn\tmp
8698   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ifstat\.svn\prop-base\Makefile.svn-base
8699   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ifstat\.svn\text-base\Makefile.svn-base
8700   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ifstat\.svn\tmp\prop-base
8701   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ifstat\.svn\tmp\props
8702   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ifstat\.svn\tmp\text-base
8703   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ifstat\patches\.svn
8704   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ifstat\patches\001-configure_cross.patch
8705   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ifstat\patches\.svn\entries
8706   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ifstat\patches\.svn\prop-base
8707   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ifstat\patches\.svn\props
8708   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ifstat\patches\.svn\text-base
8709   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ifstat\patches\.svn\tmp
8710   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ifstat\patches\.svn\text-base\001-configure_cros
       s.patch.svn-base
8711   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ifstat\patches\.svn\tmp\prop-base
8712   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ifstat\patches\.svn\tmp\props
8713   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ifstat\patches\.svn\tmp\text-base
8714   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iftop\.svn
8715   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iftop\Makefile
8716   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iftop\.svn\entries
8717   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iftop\.svn\prop-base
8718   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iftop\.svn\props
8719   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iftop\.svn\text-base
8720   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iftop\.svn\tmp
8721   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iftop\.svn\prop-base\Makefile.svn-base
8722   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iftop\.svn\text-base\Makefile.svn-base
8723   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iftop\.svn\tmp\prop-base
8724   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iftop\.svn\tmp\props
8725   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iftop\.svn\tmp\text-base
8726   SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\.svn
8727   SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\files
8728   SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\Makefile
8729   SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\patches
8730   SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\.svn\entries
8731   SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\.svn\prop-base
8732   SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\.svn\props
8733   SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\.svn\text-base
8734   SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\.svn\tmp
8735   SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\.svn\prop-base\Makefile.svn-base
8736   SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\.svn\text-base\Makefile.svn-base
8737   SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\.svn\tmp\prop-base
8738   SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\.svn\tmp\props
8739   SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\.svn\tmp\text-base
8740   SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\files\.svn
8741   SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\files\igmpproxy.conf
8742   SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\files\.svn\entries
8743   SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\files\.svn\prop-base
8744   SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\files\.svn\props
8745   SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\files\.svn\text-base
8746   SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\files\.svn\tmp
8747   SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\files\.svn\prop-base\igmpproxy.conf.sv
       n-base
8748   SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\files\.svn\text-base\igmpproxy.conf.sv
       n-base
```

```
8749    SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\files\.svn\tmp\prop-base
8750    SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\files\.svn\tmp\props
8751    SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\files\.svn\tmp\text-base
8752    SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\patches\020-allow_all_altnet.patch
8753    SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\patches\030-default_cfg.patch
8754    SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\patches\050-ip_addr_multisubnet.patch
8755    SDK.UBNT.v5.3\openwrt\feeds\packages\net\igmpproxy\patches\060-loglevel_LOG_ERR.patch
8756    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\.svn
8757    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\files
8758    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\Makefile
8759    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\patches
8760    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\.svn\entries
8761    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\.svn\prop-base
8762    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\.svn\props
8763    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\.svn\text-base
8764    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\.svn\tmp
8765    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\.svn\text-base\Makefile.svn-base
8766    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\.svn\tmp\prop-base
8767    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\.svn\tmp\props
8768    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\.svn\tmp\text-base
8769    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\files\.svn
8770    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\files\imsnif
8771    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\files\.svn\entries
8772    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\files\.svn\prop-base
8773    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\files\.svn\props
8774    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\files\.svn\text-base
8775    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\files\.svn\tmp
8776    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\files\.svn\prop-base\imsnif.svn-base
8777    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\files\.svn\text-base\imsnif.svn-base
8778    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\files\.svn\tmp\prop-base
8779    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\files\.svn\tmp\props
8780    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\files\.svn\tmp\text-base
8781    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\patches\.svn
8782    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\patches\001-openwrt_paths.patch
8783    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\patches\.svn\entries
8784    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\patches\.svn\prop-base
8785    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\patches\.svn\props
8786    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\patches\.svn\text-base
8787    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\patches\.svn\tmp
8788    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\patches\.svn\text-base\001-openwrt_paths.
        patch.svn-base
8789    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\patches\.svn\tmp\prop-base
8790    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\patches\.svn\tmp\props
8791    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imsnif\patches\.svn\tmp\text-base
8792    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imspector\.svn
8793    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imspector\files
8794    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imspector\Makefile
8795    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imspector\.svn\entries
8796    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imspector\.svn\prop-base
8797    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imspector\.svn\props
8798    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imspector\.svn\text-base
8799    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imspector\.svn\tmp
8800    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imspector\.svn\text-base\Makefile.svn-base
8801    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imspector\.svn\tmp\prop-base
8802    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imspector\.svn\tmp\props
8803    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imspector\.svn\tmp\text-base
8804    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imspector\files\.svn
8805    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imspector\files\imspector.config
8806    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imspector\files\imspector.init
8807    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imspector\files\.svn\entries
8808    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imspector\files\.svn\prop-base
8809    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imspector\files\.svn\props
8810    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imspector\files\.svn\text-base
8811    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imspector\files\.svn\tmp
8812    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imspector\files\.svn\text-base\imspector.config.
        svn-base
8813    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imspector\files\.svn\text-base\imspector.init.sv
        n-base
8814    SDK.UBNT.v5.3\openwrt\feeds\packages\net\imspector\files\.svn\tmp\prop-base
```

```
8815   SDK.UBNT.v5.3\openwrt\feeds\packages\net\imspector\files\.svn\tmp\prop-base
8816   SDK.UBNT.v5.3\openwrt\feeds\packages\net\imspector\files\.svn\tmp\text-base
8817   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iodine\.svn
8818   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iodine\files
8819   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iodine\Makefile
8820   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iodine\.svn\entries
8821   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iodine\.svn\prop-base
8822   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iodine\.svn\props
8823   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iodine\.svn\text-base
8824   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iodine\.svn\tmp
8825   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iodine\.svn\prop-base\Makefile.svn-base
8826   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iodine\.svn\text-base\Makefile.svn-base
8827   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iodine\.svn\tmp\prop-base
8828   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iodine\.svn\tmp\props
8829   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iodine\.svn\tmp\text-base
8830   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iodine\files\.svn
8831   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iodine\files\iodined.config
8832   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iodine\files\iodined.init
8833   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iodine\files\.svn\entries
8834   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iodine\files\.svn\prop-base
8835   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iodine\files\.svn\props
8836   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iodine\files\.svn\text-base
8837   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iodine\files\.svn\tmp
8838   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iodine\files\.svn\text-base\iodined.config.svn-base
8839   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iodine\files\.svn\text-base\iodined.init.svn-base
8840   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iodine\files\.svn\tmp\prop-base
8841   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iodine\files\.svn\tmp\props
8842   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iodine\files\.svn\tmp\text-base
8843   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipcad\.svn
8844   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipcad\Makefile
8845   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipcad\patches
8846   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipcad\.svn\entries
8847   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipcad\.svn\prop-base
8848   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipcad\.svn\props
8849   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipcad\.svn\text-base
8850   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipcad\.svn\tmp
8851   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipcad\.svn\prop-base\Makefile.svn-base
8852   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipcad\.svn\text-base\Makefile.svn-base
8853   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipcad\.svn\tmp\prop-base
8854   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipcad\.svn\tmp\props
8855   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipcad\.svn\tmp\text-base
8856   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipcad\patches\.svn
8857   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipcad\patches\001-honor_cppflags.patch
8858   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipcad\patches\.svn\entries
8859   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipcad\patches\.svn\prop-base
8860   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipcad\patches\.svn\props
8861   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipcad\patches\.svn\text-base
8862   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipcad\patches\.svn\tmp
8863   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipcad\patches\.svn\prop-base\001-honor_cppflags.patch.svn-base
8864   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipcad\patches\.svn\text-base\001-honor_cppflags.patch.svn-base
8865   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipcad\patches\.svn\tmp\prop-base
8866   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipcad\patches\.svn\tmp\props
8867   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipcad\patches\.svn\tmp\text-base
8868   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iperf\.svn
8869   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iperf\Makefile
8870   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iperf\patches
8871   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iperf\.svn\entries
8872   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iperf\.svn\prop-base
8873   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iperf\.svn\props
8874   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iperf\.svn\text-base
8875   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iperf\.svn\tmp
8876   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iperf\.svn\prop-base\Makefile.svn-base
8877   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iperf\.svn\text-base\Makefile.svn-base
8878   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iperf\.svn\tmp\prop-base
8879   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iperf\.svn\tmp\props
```

```
8880   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iperf\patches\.svn
8881   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iperf\patches\.svn\entries
8882   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iperf\patches\.svn\prop-base
8883   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iperf\patches\.svn\props
8884   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iperf\patches\.svn\text-base
8885   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iperf\patches\.svn\tmp
8886   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iperf\patches\.svn\tmp\prop-base
8887   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iperf\patches\.svn\tmp\props
8888   SDK.UBNT.v5.3\openwrt\feeds\packages\net\iperf\patches\.svn\tmp\text-base
8889   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipkungfu\.svn
8890   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipkungfu\Makefile
8891   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipkungfu\patches
8892   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipkungfu\.svn\entries
8893   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipkungfu\.svn\prop-base
8894   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipkungfu\.svn\props
8895   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipkungfu\.svn\text-base
8896   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipkungfu\.svn\tmp
8897   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipkungfu\.svn\prop-base\Makefile.svn-base
8898   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipkungfu\.svn\text-base\Makefile.svn-base
8899   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipkungfu\.svn\tmp\prop-base
8900   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipkungfu\.svn\tmp\props
8901   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipkungfu\.svn\tmp\text-base
8902   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipkungfu\patches\.svn
8903   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipkungfu\patches\001-replace-modprobe-with-insmo
       d.patch
8904   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipkungfu\patches\.svn\entries
8905   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipkungfu\patches\.svn\prop-base
8906   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipkungfu\patches\.svn\props
8907   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipkungfu\patches\.svn\text-base
8908   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipkungfu\patches\.svn\tmp
8909   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipkungfu\patches\.svn\text-base\001-replace-modp
       robe-with-insmod.patch.svn-base
8910   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipkungfu\patches\.svn\tmp\prop-base
8911   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipkungfu\patches\.svn\tmp\props
8912   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipkungfu\patches\.svn\tmp\text-base
8913   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\.svn
8914   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\Makefile
8915   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\patches
8916   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\.svn\entries
8917   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\.svn\prop-base
8918   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\.svn\props
8919   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\.svn\text-base
8920   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\.svn\tmp
8921   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\.svn\prop-base\Makefile.svn-base
8922   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\.svn\text-base\Makefile.svn-base
8923   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\.svn\tmp\prop-base
8924   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\.svn\tmp\props
8925   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\.svn\tmp\text-base
8926   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\patches\.svn
8927   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\patches\001-no_libfl.patch
8928   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\patches\002-configure_cppflags_typo.
       patch
8929   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\patches\003-linux_2.6.19_rtnetlink_c
       hanges.diff
8930   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\patches\901-cve-2009-1574.patch
8931   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\patches\902-cve-2009-1632.patch
8932   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\patches\.svn\entries
8933   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\patches\.svn\prop-base
8934   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\patches\.svn\props
8935   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\patches\.svn\text-base
8936   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\patches\.svn\tmp
8937   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\patches\.svn\prop-base\001-no_libfl.
       patch.svn-base
8938   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\patches\.svn\prop-base\002-configure
       _cppflags_typo.patch.svn-base
8939   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\patches\.svn\prop-base\003-linux_2.6
       .19_rtnetlink_changes.diff.svn-base
8940   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\patches\.svn\text-base\001-no_libfl.
```

```
8942  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\patches\.svn\text-base\002-configure
      _cppflags_typo.patch.svn-base
8943  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\patches\.svn\text-base\003-linux_2.6
      .19_rtnetlink_changes.diff.svn-base
8944  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\patches\.svn\text-base\901-cve-2009-
      1574.patch.svn-base
8945  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\patches\.svn\text-base\902-cve-2009-
      1632.patch.svn-base
8946  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\patches\.svn\tmp\prop-base
8947  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\patches\.svn\tmp\props
8948  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipsec-tools\patches\.svn\tmp\text-base
8949  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptables-snmp\.svn
8950  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptables-snmp\Makefile
8951  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptables-snmp\.svn\entries
8952  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptables-snmp\.svn\prop-base
8953  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptables-snmp\.svn\props
8954  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptables-snmp\.svn\text-base
8955  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptables-snmp\.svn\tmp
8956  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptables-snmp\.svn\prop-base\Makefile.svn-base
8957  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptables-snmp\.svn\text-base\Makefile.svn-base
8958  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptables-snmp\.svn\tmp\prop-base
8959  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptables-snmp\.svn\tmp\props
8960  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptables-snmp\.svn\tmp\text-base
8961  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\.svn
8962  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\Makefile
8963  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\patches
8964  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\.svn\entries
8965  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\.svn\prop-base
8966  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\.svn\props
8967  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\.svn\text-base
8968  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\.svn\tmp
8969  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\.svn\prop-base\Makefile.svn-base
8970  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\.svn\text-base\Makefile.svn-base
8971  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\.svn\tmp\prop-base
8972  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\.svn\tmp\props
8973  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\.svn\tmp\text-base
8974  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\patches\.svn
8975  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\patches\001-cross_compile.patch
8976  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\patches\002-ifaces.patch
8977  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\patches\003-exit_menu.patch
8978  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\patches\004-includes_fix.patch
8979  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\patches\.svn\entries
8980  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\patches\.svn\prop-base
8981  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\patches\.svn\props
8982  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\patches\.svn\text-base
8983  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\patches\.svn\tmp
8984  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\patches\.svn\prop-base\001-cross_compile.
      patch.svn-base
8985  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\patches\.svn\prop-base\002-ifaces.patch.s
      vn-base
8986  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\patches\.svn\text-base\001-cross_compile.
      patch.svn-base
8987  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\patches\.svn\text-base\002-ifaces.patch.s
      vn-base
8988  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\patches\.svn\text-base\003-exit_menu.patc
      h.svn-base
8989  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\patches\.svn\text-base\004-includes_fix.p
      atch.svn-base
8990  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\patches\.svn\tmp\prop-base
8991  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\patches\.svn\tmp\props
8992  SDK.UBNT.v5.3\openwrt\feeds\packages\net\iptraf\patches\.svn\tmp\text-base
8993  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipupdate\.svn
8994  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipupdate\Makefile
8995  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipupdate\.svn\entries
8996  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipupdate\.svn\prop-base
8997  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipupdate\.svn\props
8998  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipupdate\.svn\text-base
8999  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipupdate\.svn\tmp
```

```
9000    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipupdate\.svn\tmp\prop-base
9001    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipupdate\.svn\tmp\prop-base
9002    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipupdate\.svn\tmp\props
9003    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ipupdate\.svn\tmp\text-base
9004    SDK.UBNT.v5.3\openwrt\feeds\packages\net\iputils\.svn
9005    SDK.UBNT.v5.3\openwrt\feeds\packages\net\iputils\Makefile
9006    SDK.UBNT.v5.3\openwrt\feeds\packages\net\iputils\patches
9007    SDK.UBNT.v5.3\openwrt\feeds\packages\net\iputils\.svn\entries
9008    SDK.UBNT.v5.3\openwrt\feeds\packages\net\iputils\.svn\prop-base
9009    SDK.UBNT.v5.3\openwrt\feeds\packages\net\iputils\.svn\props
9010    SDK.UBNT.v5.3\openwrt\feeds\packages\net\iputils\.svn\text-base
9011    SDK.UBNT.v5.3\openwrt\feeds\packages\net\iputils\.svn\tmp
9012    SDK.UBNT.v5.3\openwrt\feeds\packages\net\iputils\.svn\text-base\Makefile.svn-base
9013    SDK.UBNT.v5.3\openwrt\feeds\packages\net\iputils\.svn\tmp\prop-base
9014    SDK.UBNT.v5.3\openwrt\feeds\packages\net\iputils\.svn\tmp\props
9015    SDK.UBNT.v5.3\openwrt\feeds\packages\net\iputils\.svn\tmp\text-base
9016    SDK.UBNT.v5.3\openwrt\feeds\packages\net\iputils\patches\.svn
9017    SDK.UBNT.v5.3\openwrt\feeds\packages\net\iputils\patches\iputils.patch
9018    SDK.UBNT.v5.3\openwrt\feeds\packages\net\iputils\patches\.svn\entries
9019    SDK.UBNT.v5.3\openwrt\feeds\packages\net\iputils\patches\.svn\prop-base
9020    SDK.UBNT.v5.3\openwrt\feeds\packages\net\iputils\patches\.svn\props
9021    SDK.UBNT.v5.3\openwrt\feeds\packages\net\iputils\patches\.svn\text-base
9022    SDK.UBNT.v5.3\openwrt\feeds\packages\net\iputils\patches\.svn\tmp
9023    SDK.UBNT.v5.3\openwrt\feeds\packages\net\iputils\patches\.svn\text-base\iputils.patch.svn
        -base
9024    SDK.UBNT.v5.3\openwrt\feeds\packages\net\iputils\patches\.svn\tmp\prop-base
9025    SDK.UBNT.v5.3\openwrt\feeds\packages\net\iputils\patches\.svn\tmp\props
9026    SDK.UBNT.v5.3\openwrt\feeds\packages\net\iputils\patches\.svn\tmp\text-base
9027    SDK.UBNT.v5.3\openwrt\feeds\packages\net\irssi\.svn
9028    SDK.UBNT.v5.3\openwrt\feeds\packages\net\irssi\Makefile
9029    SDK.UBNT.v5.3\openwrt\feeds\packages\net\irssi\patches
9030    SDK.UBNT.v5.3\openwrt\feeds\packages\net\irssi\.svn\entries
9031    SDK.UBNT.v5.3\openwrt\feeds\packages\net\irssi\.svn\prop-base
9032    SDK.UBNT.v5.3\openwrt\feeds\packages\net\irssi\.svn\props
9033    SDK.UBNT.v5.3\openwrt\feeds\packages\net\irssi\.svn\text-base
9034    SDK.UBNT.v5.3\openwrt\feeds\packages\net\irssi\.svn\tmp
9035    SDK.UBNT.v5.3\openwrt\feeds\packages\net\irssi\.svn\prop-base\Makefile.svn-base
9036    SDK.UBNT.v5.3\openwrt\feeds\packages\net\irssi\.svn\text-base\Makefile.svn-base
9037    SDK.UBNT.v5.3\openwrt\feeds\packages\net\irssi\.svn\tmp\prop-base
9038    SDK.UBNT.v5.3\openwrt\feeds\packages\net\irssi\.svn\tmp\props
9039    SDK.UBNT.v5.3\openwrt\feeds\packages\net\irssi\.svn\tmp\text-base
9040    SDK.UBNT.v5.3\openwrt\feeds\packages\net\irssi\patches\.svn
9041    SDK.UBNT.v5.3\openwrt\feeds\packages\net\irssi\patches\100-cross_compiling_fix.patch
9042    SDK.UBNT.v5.3\openwrt\feeds\packages\net\irssi\patches\.svn\entries
9043    SDK.UBNT.v5.3\openwrt\feeds\packages\net\irssi\patches\.svn\prop-base
9044    SDK.UBNT.v5.3\openwrt\feeds\packages\net\irssi\patches\.svn\props
9045    SDK.UBNT.v5.3\openwrt\feeds\packages\net\irssi\patches\.svn\text-base
9046    SDK.UBNT.v5.3\openwrt\feeds\packages\net\irssi\patches\.svn\tmp
9047    SDK.UBNT.v5.3\openwrt\feeds\packages\net\irssi\patches\.svn\prop-base\100-cross_compiling
        _fix.patch.svn-base
9048    SDK.UBNT.v5.3\openwrt\feeds\packages\net\irssi\patches\.svn\text-base\100-cross_compiling
        _fix.patch.svn-base
9049    SDK.UBNT.v5.3\openwrt\feeds\packages\net\irssi\patches\.svn\tmp\prop-base
9050    SDK.UBNT.v5.3\openwrt\feeds\packages\net\irssi\patches\.svn\tmp\props
9051    SDK.UBNT.v5.3\openwrt\feeds\packages\net\irssi\patches\.svn\tmp\text-base
9052    SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\.svn
9053    SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\Makefile
9054    SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\patches
9055    SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\.svn\entries
9056    SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\.svn\prop-base
9057    SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\.svn\props
9058    SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\.svn\text-base
9059    SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\.svn\tmp
9060    SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\.svn\prop-base\Makefile.svn-base
9061    SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\.svn\text-base\Makefile.svn-base
9062    SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\.svn\tmp\prop-base
9063    SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\.svn\tmp\props
9064    SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\.svn\tmp\text-base
9065    SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\patches\.svn
```

```
9066   SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\patches\010-debian_3.patch
9067   SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\patches\020-standardize.patch
9068   SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\patches\030-openssl_hashes.patch
9069   SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\patches\040-security_fix.patch
9070   SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\patches\050-ar_cross.patch
9071   SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\patches\.svn\entries
9072   SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\patches\.svn\prop-base
9073   SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\patches\.svn\props
9074   SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\patches\.svn\text-base
9075   SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\patches\.svn\tmp
9076   SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\patches\.svn\prop-base\010-debian_3.patch.svn-base
9077   SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\patches\.svn\prop-base\020-standardize.patch.svn-base
9078   SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\patches\.svn\prop-base\030-openssl_hashes.patch.svn-base
9079   SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\patches\.svn\prop-base\040-security_fix.patch.svn-base
9080   SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\patches\.svn\prop-base\050-ar_cross.patch.svn-base
9081   SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\patches\.svn\text-base\010-debian_3.patch.svn-base
9082   SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\patches\.svn\text-base\020-standardize.patch.svn-base
9083   SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\patches\.svn\text-base\030-openssl_hashes.patch.svn-base
9084   SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\patches\.svn\text-base\040-security_fix.patch.svn-base
9085   SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\patches\.svn\text-base\050-ar_cross.patch.svn-base
9086   SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\patches\.svn\tmp\prop-base
9087   SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\patches\.svn\tmp\props
9088   SDK.UBNT.v5.3\openwrt\feeds\packages\net\isakmpd\patches\.svn\tmp\text-base
9089   SDK.UBNT.v5.3\openwrt\feeds\packages\net\karma\.svn
9090   SDK.UBNT.v5.3\openwrt\feeds\packages\net\karma\Makefile
9091   SDK.UBNT.v5.3\openwrt\feeds\packages\net\karma\.svn\entries
9092   SDK.UBNT.v5.3\openwrt\feeds\packages\net\karma\.svn\prop-base
9093   SDK.UBNT.v5.3\openwrt\feeds\packages\net\karma\.svn\props
9094   SDK.UBNT.v5.3\openwrt\feeds\packages\net\karma\.svn\text-base
9095   SDK.UBNT.v5.3\openwrt\feeds\packages\net\karma\.svn\tmp
9096   SDK.UBNT.v5.3\openwrt\feeds\packages\net\karma\.svn\text-base\Makefile.svn-base
9097   SDK.UBNT.v5.3\openwrt\feeds\packages\net\karma\.svn\tmp\prop-base
9098   SDK.UBNT.v5.3\openwrt\feeds\packages\net\karma\.svn\tmp\props
9099   SDK.UBNT.v5.3\openwrt\feeds\packages\net\karma\.svn\tmp\text-base
9100   SDK.UBNT.v5.3\openwrt\feeds\packages\net\keepalived\.svn
9101   SDK.UBNT.v5.3\openwrt\feeds\packages\net\keepalived\files
9102   SDK.UBNT.v5.3\openwrt\feeds\packages\net\keepalived\Makefile
9103   SDK.UBNT.v5.3\openwrt\feeds\packages\net\keepalived\.svn\entries
9104   SDK.UBNT.v5.3\openwrt\feeds\packages\net\keepalived\.svn\prop-base
9105   SDK.UBNT.v5.3\openwrt\feeds\packages\net\keepalived\.svn\props
9106   SDK.UBNT.v5.3\openwrt\feeds\packages\net\keepalived\.svn\text-base
9107   SDK.UBNT.v5.3\openwrt\feeds\packages\net\keepalived\.svn\tmp
9108   SDK.UBNT.v5.3\openwrt\feeds\packages\net\keepalived\.svn\prop-base\Makefile.svn-base
9109   SDK.UBNT.v5.3\openwrt\feeds\packages\net\keepalived\.svn\text-base\Makefile.svn-base
9110   SDK.UBNT.v5.3\openwrt\feeds\packages\net\keepalived\.svn\tmp\prop-base
9111   SDK.UBNT.v5.3\openwrt\feeds\packages\net\keepalived\.svn\tmp\props
9112   SDK.UBNT.v5.3\openwrt\feeds\packages\net\keepalived\.svn\tmp\text-base
9113   SDK.UBNT.v5.3\openwrt\feeds\packages\net\keepalived\files\.svn
9114   SDK.UBNT.v5.3\openwrt\feeds\packages\net\keepalived\files\keepalived.init
9115   SDK.UBNT.v5.3\openwrt\feeds\packages\net\keepalived\files\.svn\entries
9116   SDK.UBNT.v5.3\openwrt\feeds\packages\net\keepalived\files\.svn\prop-base
9117   SDK.UBNT.v5.3\openwrt\feeds\packages\net\keepalived\files\.svn\props
9118   SDK.UBNT.v5.3\openwrt\feeds\packages\net\keepalived\files\.svn\text-base
9119   SDK.UBNT.v5.3\openwrt\feeds\packages\net\keepalived\files\.svn\tmp
9120   SDK.UBNT.v5.3\openwrt\feeds\packages\net\keepalived\files\.svn\text-base\keepalived.init.svn-base
9121   SDK.UBNT.v5.3\openwrt\feeds\packages\net\keepalived\files\.svn\tmp\prop-base
9122   SDK.UBNT.v5.3\openwrt\feeds\packages\net\keepalived\files\.svn\tmp\props
9123   SDK.UBNT.v5.3\openwrt\feeds\packages\net\keepalived\files\.svn\tmp\text-base
```

```
9124  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\files
9125  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\files
9126  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\Makefile
9127  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\patches
9128  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\.svn\entries
9129  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\.svn\prop-base
9130  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\.svn\props
9131  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\.svn\text-base
9132  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\.svn\tmp
9133  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\.svn\prop-base\Makefile.svn-base
9134  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\.svn\text-base\Makefile.svn-base
9135  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\.svn\tmp\prop-base
9136  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\.svn\tmp\props
9137  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\.svn\tmp\text-base
9138  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\files\.svn
9139  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\files\ap_manuf
9140  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\files\client_manuf
9141  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\files\kismet.conf
9142  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\files\kismet_drone.conf
9143  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\files\kismet_ui.conf
9144  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\files\.svn\entries
9145  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\files\.svn\prop-base
9146  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\files\.svn\props
9147  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\files\.svn\text-base
9148  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\files\.svn\tmp
9149  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\files\.svn\prop-base\ap_manuf.svn-base
9150  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\files\.svn\prop-base\client_manuf.svn-bas
      e
9151  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\files\.svn\prop-base\kismet.conf.svn-base
9152  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\files\.svn\prop-base\kismet_drone.conf.sv
      n-base
9153  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\files\.svn\prop-base\kismet_ui.conf.svn-b
      ase
9154  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\files\.svn\text-base\ap_manuf.svn-base
9155  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\files\.svn\text-base\client_manuf.svn-bas
      e
9156  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\files\.svn\text-base\kismet.conf.svn-base
9157  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\files\.svn\text-base\kismet_drone.conf.sv
      n-base
9158  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\files\.svn\text-base\kismet_ui.conf.svn-b
      ase
9159  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\files\.svn\tmp\prop-base
9160  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\files\.svn\tmp\props
9161  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\files\.svn\tmp\text-base
9162  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\patches\.svn
9163  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\patches\100-fix-atan.patch
9164  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\patches\.svn\entries
9165  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\patches\.svn\prop-base
9166  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\patches\.svn\props
9167  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\patches\.svn\text-base
9168  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\patches\.svn\tmp
9169  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\patches\.svn\text-base\100-fix-atan.patch
      .svn-base
9170  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\patches\.svn\tmp\prop-base
9171  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\patches\.svn\tmp\props
9172  SDK.UBNT.v5.3\openwrt\feeds\packages\net\kismet\patches\.svn\tmp\text-base
9173  SDK.UBNT.v5.3\openwrt\feeds\packages\net\knock\.svn
9174  SDK.UBNT.v5.3\openwrt\feeds\packages\net\knock\Makefile
9175  SDK.UBNT.v5.3\openwrt\feeds\packages\net\knock\.svn\entries
9176  SDK.UBNT.v5.3\openwrt\feeds\packages\net\knock\.svn\prop-base
9177  SDK.UBNT.v5.3\openwrt\feeds\packages\net\knock\.svn\props
9178  SDK.UBNT.v5.3\openwrt\feeds\packages\net\knock\.svn\text-base
9179  SDK.UBNT.v5.3\openwrt\feeds\packages\net\knock\.svn\tmp
9180  SDK.UBNT.v5.3\openwrt\feeds\packages\net\knock\.svn\prop-base\Makefile.svn-base
9181  SDK.UBNT.v5.3\openwrt\feeds\packages\net\knock\.svn\text-base\Makefile.svn-base
9182  SDK.UBNT.v5.3\openwrt\feeds\packages\net\knock\.svn\tmp\prop-base
9183  SDK.UBNT.v5.3\openwrt\feeds\packages\net\knock\.svn\tmp\props
9184  SDK.UBNT.v5.3\openwrt\feeds\packages\net\knock\.svn\tmp\text-base
9185  SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\.svn
```

```
9186    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\
9187    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\Makefile
9188    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\patches
9189    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\.svn\entries
9190    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\.svn\prop-base
9191    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\.svn\props
9192    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\.svn\text-base
9193    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\.svn\tmp
9194    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\.svn\prop-base\Makefile.svn-base
9195    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\.svn\text-base\Makefile.svn-base
9196    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\.svn\tmp\prop-base
9197    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\.svn\tmp\props
9198    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\.svn\tmp\text-base
9199    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\files\.svn
9200    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\files\l2tpd.conf
9201    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\files\l2tpd.init
9202    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\files\options.l2tpd
9203    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\files\.svn\entries
9204    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\files\.svn\prop-base
9205    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\files\.svn\props
9206    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\files\.svn\text-base
9207    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\files\.svn\tmp
9208    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\files\.svn\prop-base\l2tpd.conf.svn-base
9209    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\files\.svn\prop-base\l2tpd.init.svn-base
9210    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\files\.svn\prop-base\options.l2tpd.svn-base
9211    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\files\.svn\text-base\l2tpd.conf.svn-base
9212    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\files\.svn\text-base\l2tpd.init.svn-base
9213    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\files\.svn\text-base\options.l2tpd.svn-base
9214    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\files\.svn\tmp\prop-base
9215    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\files\.svn\tmp\props
9216    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\files\.svn\tmp\text-base
9217    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\patches\.svn
9218    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\patches\001-debian-2.patch
9219    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\patches\002-debian-2-pty-rev.patch
9220    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\patches\003-jacco-pty.patch
9221    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\patches\004-gcc4.patch
9222    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\patches\004-nonblock.patch
9223    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\patches\005-df-disable.patch
9224    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\patches\.svn\entries
9225    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\patches\.svn\prop-base
9226    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\patches\.svn\props
9227    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\patches\.svn\text-base
9228    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\patches\.svn\tmp
9229    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\patches\.svn\prop-base\001-debian-2.patch.svn-base
9230    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\patches\.svn\prop-base\002-debian-2-pty-rev.patch.svn-base
9231    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\patches\.svn\prop-base\003-jacco-pty.patch.svn-base
9232    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\patches\.svn\prop-base\004-gcc4.patch.svn-base
9233    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\patches\.svn\prop-base\004-nonblock.patch.svn-base
9234    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\patches\.svn\prop-base\005-df-disable.patch.svn-base
9235    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\patches\.svn\text-base\001-debian-2.patch.svn-base
9236    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\patches\.svn\text-base\002-debian-2-pty-rev.patch.svn-base
9237    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\patches\.svn\text-base\003-jacco-pty.patch.svn-base
9238    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\patches\.svn\text-base\004-gcc4.patch.svn-base
9239    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\patches\.svn\text-base\004-nonblock.patch.svn-base
9240    SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\patches\.svn\text-base\005-df-disable.patch.svn-base
```

```
9242   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\patches\.svn\tmp\props
9243   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpd\patches\.svn\tmp\text-base
9244   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpns\.svn
9245   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpns\Makefile
9246   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpns\patches
9247   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpns\.svn\entries
9248   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpns\.svn\prop-base
9249   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpns\.svn\props
9250   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpns\.svn\text-base
9251   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpns\.svn\tmp
9252   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpns\.svn\prop-base\Makefile.svn-base
9253   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpns\.svn\text-base\Makefile.svn-base
9254   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpns\.svn\tmp\prop-base
9255   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpns\.svn\tmp\props
9256   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpns\.svn\tmp\text-base
9257   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpns\patches\.svn
9258   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpns\patches\001-honor_includes_no_fifo_scheduler.patch
9259   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpns\patches\.svn\entries
9260   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpns\patches\.svn\prop-base
9261   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpns\patches\.svn\props
9262   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpns\patches\.svn\text-base
9263   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpns\patches\.svn\tmp
9264   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpns\patches\.svn\text-base\001-honor_includes_no_fifo_scheduler.patch.svn-base
9265   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpns\patches\.svn\tmp\prop-base
9266   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpns\patches\.svn\tmp\props
9267   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l2tpns\patches\.svn\tmp\text-base
9268   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l7-protocols\.svn
9269   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l7-protocols\Makefile
9270   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l7-protocols\patches
9271   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l7-protocols\.svn\entries
9272   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l7-protocols\.svn\prop-base
9273   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l7-protocols\.svn\props
9274   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l7-protocols\.svn\text-base
9275   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l7-protocols\.svn\tmp
9276   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l7-protocols\.svn\text-base\Makefile.svn-base
9277   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l7-protocols\.svn\tmp\prop-base
9278   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l7-protocols\.svn\tmp\props
9279   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l7-protocols\.svn\tmp\text-base
9280   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l7-protocols\patches\.svn
9281   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l7-protocols\patches\100-testing_crosscompile.patch
9282   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l7-protocols\patches\101-testing-timeit.patch
9283   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l7-protocols\patches\102-testing-doallspeeds.patch
9284   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l7-protocols\patches\.svn\entries
9285   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l7-protocols\patches\.svn\prop-base
9286   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l7-protocols\patches\.svn\props
9287   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l7-protocols\patches\.svn\text-base
9288   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l7-protocols\patches\.svn\tmp
9289   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l7-protocols\patches\.svn\text-base\100-testing_crosscompile.patch.svn-base
9290   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l7-protocols\patches\.svn\text-base\101-testing-timeit.patch.svn-base
9291   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l7-protocols\patches\.svn\text-base\102-testing-doallspeeds.patch.svn-base
9292   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l7-protocols\patches\.svn\tmp\prop-base
9293   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l7-protocols\patches\.svn\tmp\props
9294   SDK.UBNT.v5.3\openwrt\feeds\packages\net\l7-protocols\patches\.svn\tmp\text-base
9295   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lft\.svn
9296   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lft\Makefile
9297   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lft\patches
9298   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lft\.svn\entries
9299   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lft\.svn\prop-base
9300   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lft\.svn\props
9301   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lft\.svn\text-base
9302   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lft\.svn\tmp
```

```
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lft\.svn\text-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lft\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lft\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lft\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lft\patches\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lft\patches\001-add_pcap_includes.patch
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lft\patches\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lft\patches\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lft\patches\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lft\patches\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lft\patches\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lft\patches\.svn\text-base\001-add_pcap_includes
.patch.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lft\patches\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lft\patches\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lft\patches\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lftp\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lftp\Makefile
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lftp\patches
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lftp\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lftp\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lftp\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lftp\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lftp\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lftp\.svn\text-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lftp\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lftp\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lftp\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lftp\patches\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lftp\patches\001-libintl.patch
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lftp\patches\002-gettimeofday.patch
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lftp\patches\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lftp\patches\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lftp\patches\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lftp\patches\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lftp\patches\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lftp\patches\.svn\text-base\001-libintl.patch.sv
n-base
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lftp\patches\.svn\text-base\002-gettimeofday.pat
ch.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lftp\patches\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lftp\patches\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lftp\patches\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\files
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\Makefile
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\patches
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\.svn\prop-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\.svn\text-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\files\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\files\lighttpd.conf
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\files\lighttpd.default
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\files\lighttpd.init
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\files\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\files\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\files\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\files\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\files\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\files\.svn\prop-base\lighttpd.conf.svn-
base
```

```
9368   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\files\.svn\prop-base\lighttpd.default.s
       vn-base
9369   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\files\.svn\prop-base\lighttpd.init.svn-
       base
9370   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\files\.svn\text-base\lighttpd.conf.svn-
       base
9371   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\files\.svn\text-base\lighttpd.default.s
       vn-base
9372   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\files\.svn\text-base\lighttpd.init.svn-
       base
9373   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\files\.svn\tmp\prop-base
9374   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\files\.svn\tmp\props
9375   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\files\.svn\tmp\text-base
9376   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\patches\.svn
9377   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\patches\100-spawn-fcgi_new_opt_director
       y.patch
9378   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\patches\500-configure_cross.patch
9379   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\patches\.svn\entries
9380   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\patches\.svn\prop-base
9381   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\patches\.svn\props
9382   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\patches\.svn\text-base
9383   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\patches\.svn\tmp
9384   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\patches\.svn\prop-base\500-configure_cr
       oss.patch.svn-base
9385   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\patches\.svn\text-base\100-spawn-fcgi_n
       ew_opt_directory.patch.svn-base
9386   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\patches\.svn\text-base\500-configure_cr
       oss.patch.svn-base
9387   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\patches\.svn\tmp\prop-base
9388   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\patches\.svn\tmp\props
9389   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lighttpd\patches\.svn\tmp\text-base
9390   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\.svn
9391   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\files
9392   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\Makefile
9393   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\patches
9394   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\.svn\entries
9395   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\.svn\prop-base
9396   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\.svn\props
9397   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\.svn\text-base
9398   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\.svn\tmp
9399   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\.svn\prop-base\Makefile.svn-base
9400   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\.svn\text-base\Makefile.svn-base
9401   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\.svn\tmp\prop-base
9402   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\.svn\tmp\props
9403   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\.svn\tmp\text-base
9404   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\files\.svn
9405   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\files\upnpd.conf
9406   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\files\upnpd.init
9407   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\files\.svn\entries
9408   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\files\.svn\prop-base
9409   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\files\.svn\props
9410   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\files\.svn\text-base
9411   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\files\.svn\tmp
9412   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\files\.svn\prop-base\upnpd.conf.svn-bas
       e
9413   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\files\.svn\prop-base\upnpd.init.svn-bas
       e
9414   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\files\.svn\text-base\upnpd.conf.svn-bas
       e
9415   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\files\.svn\text-base\upnpd.init.svn-bas
       e
9416   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\files\.svn\tmp\prop-base
9417   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\files\.svn\tmp\props
9418   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\files\.svn\tmp\text-base
9419   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\patches\.svn
9420   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\patches\001-iptables_defs.patch
9421   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\patches\002-netfilter_nat_headers.patch
9422   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\patches\003-Makefile-fix.patch
9423   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\patches\.svn\entries
```

```
9424   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\patches\.svn
9425   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\patches\.svn\props
9426   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\patches\.svn\text-base
9427   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\patches\.svn\tmp
9428   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\patches\.svn\text-base\001-iptables_def
       s.patch.svn-base
9429   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\patches\.svn\text-base\002-netfilter_na
       t_headers.patch.svn-base
9430   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\patches\.svn\text-base\003-Makefile-fix
       .patch.svn-base
9431   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\patches\.svn\tmp\prop-base
9432   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\patches\.svn\tmp\props
9433   SDK.UBNT.v5.3\openwrt\feeds\packages\net\linuxigd\patches\.svn\tmp\text-base
9434   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\.svn
9435   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\files
9436   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\Makefile
9437   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\patches
9438   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\.svn\entries
9439   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\.svn\prop-base
9440   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\.svn\props
9441   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\.svn\text-base
9442   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\.svn\tmp
9443   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\.svn\text-base\Makefile.svn-base
9444   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\.svn\tmp\prop-base
9445   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\.svn\tmp\props
9446   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\.svn\tmp\text-base
9447   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\files\.svn
9448   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\files\lldpd.config
9449   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\files\lldpd.init
9450   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\files\.svn\entries
9451   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\files\.svn\prop-base
9452   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\files\.svn\props
9453   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\files\.svn\text-base
9454   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\files\.svn\tmp
9455   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\files\.svn\text-base\lldpd.config.svn-base
9456   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\files\.svn\text-base\lldpd.init.svn-base
9457   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\files\.svn\tmp\prop-base
9458   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\files\.svn\tmp\props
9459   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\files\.svn\tmp\text-base
9460   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\patches\.svn
9461   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\patches\001-no-multiuser.patch
9462   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\patches\.svn\entries
9463   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\patches\.svn\prop-base
9464   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\patches\.svn\props
9465   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\patches\.svn\text-base
9466   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\patches\.svn\tmp
9467   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\patches\.svn\text-base\001-no-multiuser.pa
       tch.svn-base
9468   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\patches\.svn\tmp\prop-base
9469   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\patches\.svn\tmp\props
9470   SDK.UBNT.v5.3\openwrt\feeds\packages\net\lldpd\patches\.svn\tmp\text-base
9471   SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\.svn
9472   SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\files
9473   SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\Makefile
9474   SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\patches
9475   SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\.svn\entries
9476   SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\.svn\prop-base
9477   SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\.svn\props
9478   SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\.svn\text-base
9479   SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\.svn\tmp
9480   SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\.svn\prop-base\Makefile.svn-base
9481   SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\.svn\text-base\Makefile.svn-base
9482   SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\.svn\tmp\prop-base
9483   SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\.svn\tmp\props
9484   SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\.svn\tmp\text-base
9485   SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\files\.svn
9486   SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\files\maradns.init
9487   SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\files\mararc
9488   SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\files\.svn\entries
```

```
9489  SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\files\.svn
9490  SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\files\.svn\props
9491  SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\files\.svn\text-base
9492  SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\files\.svn\tmp
9493  SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\files\.svn\prop-base\maradns.init.svn-ba
      se
9494  SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\files\.svn\prop-base\mararc.svn-base
9495  SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\files\.svn\text-base\maradns.init.svn-ba
      se
9496  SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\files\.svn\text-base\mararc.svn-base
9497  SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\files\.svn\tmp\prop-base
9498  SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\files\.svn\tmp\props
9499  SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\files\.svn\tmp\text-base
9500  SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\patches\.svn
9501  SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\patches\001-cross_compile_fix.patch
9502  SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\patches\.svn\entries
9503  SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\patches\.svn\prop-base
9504  SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\patches\.svn\props
9505  SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\patches\.svn\text-base
9506  SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\patches\.svn\tmp
9507  SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\patches\.svn\prop-base\001-cross_compile
      _fix.patch.svn-base
9508  SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\patches\.svn\text-base\001-cross_compile
      _fix.patch.svn-base
9509  SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\patches\.svn\tmp\prop-base
9510  SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\patches\.svn\tmp\props
9511  SDK.UBNT.v5.3\openwrt\feeds\packages\net\maradns\patches\.svn\tmp\text-base
9512  SDK.UBNT.v5.3\openwrt\feeds\packages\net\matrixtunnel\.svn
9513  SDK.UBNT.v5.3\openwrt\feeds\packages\net\matrixtunnel\Makefile
9514  SDK.UBNT.v5.3\openwrt\feeds\packages\net\matrixtunnel\.svn\entries
9515  SDK.UBNT.v5.3\openwrt\feeds\packages\net\matrixtunnel\.svn\prop-base
9516  SDK.UBNT.v5.3\openwrt\feeds\packages\net\matrixtunnel\.svn\props
9517  SDK.UBNT.v5.3\openwrt\feeds\packages\net\matrixtunnel\.svn\text-base
9518  SDK.UBNT.v5.3\openwrt\feeds\packages\net\matrixtunnel\.svn\tmp
9519  SDK.UBNT.v5.3\openwrt\feeds\packages\net\matrixtunnel\.svn\prop-base\Makefile.svn-base
9520  SDK.UBNT.v5.3\openwrt\feeds\packages\net\matrixtunnel\.svn\text-base\Makefile.svn-base
9521  SDK.UBNT.v5.3\openwrt\feeds\packages\net\matrixtunnel\.svn\tmp\prop-base
9522  SDK.UBNT.v5.3\openwrt\feeds\packages\net\matrixtunnel\.svn\tmp\props
9523  SDK.UBNT.v5.3\openwrt\feeds\packages\net\matrixtunnel\.svn\tmp\text-base
9524  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mdk3\.svn
9525  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mdk3\Makefile
9526  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mdk3\.svn\entries
9527  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mdk3\.svn\prop-base
9528  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mdk3\.svn\props
9529  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mdk3\.svn\text-base
9530  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mdk3\.svn\tmp
9531  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mdk3\.svn\text-base\Makefile.svn-base
9532  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mdk3\.svn\tmp\prop-base
9533  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mdk3\.svn\tmp\props
9534  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mdk3\.svn\tmp\text-base
9535  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mercurial\.svn
9536  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mercurial\Makefile
9537  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mercurial\patches
9538  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mercurial\.svn\entries
9539  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mercurial\.svn\prop-base
9540  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mercurial\.svn\props
9541  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mercurial\.svn\text-base
9542  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mercurial\.svn\tmp
9543  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mercurial\.svn\text-base\Makefile.svn-base
9544  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mercurial\.svn\tmp\prop-base
9545  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mercurial\.svn\tmp\props
9546  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mercurial\.svn\tmp\text-base
9547  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mercurial\patches\.svn
9548  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mercurial\patches\001-no_bzip2.patch
9549  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mercurial\patches\.svn\entries
9550  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mercurial\patches\.svn\prop-base
9551  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mercurial\patches\.svn\props
9552  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mercurial\patches\.svn\text-base
9553  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mercurial\patches\.svn\tmp
```

```
9554   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mercurial\patches\.svn\text-base\patch_bzip2.pa
       tch.svn-base
9555   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mercurial\patches\.svn\tmp\prop-base
9556   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mercurial\patches\.svn\tmp\props
9557   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mercurial\patches\.svn\tmp\text-base
9558   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\.svn
9559   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\files
9560   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\Makefile
9561   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\.svn\entries
9562   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\.svn\prop-base
9563   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\.svn\props
9564   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\.svn\text-base
9565   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\.svn\tmp
9566   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\.svn\prop-base\Makefile.svn-base
9567   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\.svn\text-base\Makefile.svn-base
9568   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\.svn\tmp\prop-base
9569   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\.svn\tmp\props
9570   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\.svn\tmp\text-base
9571   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\files\.svn
9572   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\files\miau
9573   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\files\miau.init
9574   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\files\miaurc
9575   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\files\.svn\entries
9576   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\files\.svn\prop-base
9577   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\files\.svn\props
9578   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\files\.svn\text-base
9579   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\files\.svn\tmp
9580   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\files\.svn\prop-base\miau.init.svn-base
9581   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\files\.svn\prop-base\miau.svn-base
9582   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\files\.svn\prop-base\miaurc.svn-base
9583   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\files\.svn\text-base\miau.init.svn-base
9584   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\files\.svn\text-base\miau.svn-base
9585   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\files\.svn\text-base\miaurc.svn-base
9586   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\files\.svn\tmp\prop-base
9587   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\files\.svn\tmp\props
9588   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miau\files\.svn\tmp\text-base
9589   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miax\.svn
9590   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miax\Makefile
9591   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miax\patches
9592   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miax\.svn\entries
9593   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miax\.svn\prop-base
9594   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miax\.svn\props
9595   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miax\.svn\text-base
9596   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miax\.svn\tmp
9597   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miax\.svn\prop-base\Makefile.svn-base
9598   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miax\.svn\text-base\Makefile.svn-base
9599   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miax\.svn\tmp\prop-base
9600   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miax\.svn\tmp\props
9601   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miax\.svn\tmp\text-base
9602   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miax\patches\.svn
9603   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miax\patches\001-cross.patch
9604   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miax\patches\.svn\entries
9605   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miax\patches\.svn\prop-base
9606   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miax\patches\.svn\props
9607   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miax\patches\.svn\text-base
9608   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miax\patches\.svn\tmp
9609   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miax\patches\.svn\prop-base\001-cross.patch.svn-
       base
9610   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miax\patches\.svn\text-base\001-cross.patch.svn-
       base
9611   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miax\patches\.svn\tmp\prop-base
9612   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miax\patches\.svn\tmp\props
9613   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miax\patches\.svn\tmp\text-base
9614   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mii-tool\.svn
9615   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mii-tool\Makefile
9616   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mii-tool\patches
9617   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mii-tool\.svn\entries
9618   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mii-tool\.svn\prop-base
9619   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mii-tool\.svn\props
```

```
9620  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mii-tool\.svn
9621  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mii-tool\.svn\tmp
9622  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mii-tool\.svn\text-base\Makefile.svn-base
9623  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mii-tool\.svn\tmp\prop-base
9624  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mii-tool\.svn\tmp\props
9625  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mii-tool\.svn\tmp\text-base
9626  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mii-tool\patches\.svn
9627  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mii-tool\patches\001-include_linux_sockios.patch
9628  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mii-tool\patches\.svn\entries
9629  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mii-tool\patches\.svn\prop-base
9630  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mii-tool\patches\.svn\props
9631  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mii-tool\patches\.svn\text-base
9632  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mii-tool\patches\.svn\tmp
9633  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mii-tool\patches\.svn\text-base\001-include_linux_sockios.patch.svn-base
9634  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mii-tool\patches\.svn\tmp\prop-base
9635  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mii-tool\patches\.svn\tmp\props
9636  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mii-tool\patches\.svn\tmp\text-base
9637  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\.svn
9638  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\files
9639  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\Makefile
9640  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\patches
9641  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\.svn\entries
9642  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\.svn\prop-base
9643  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\.svn\props
9644  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\.svn\text-base
9645  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\.svn\tmp
9646  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\.svn\prop-base\Makefile.svn-base
9647  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\.svn\text-base\Makefile.svn-base
9648  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\.svn\tmp\prop-base
9649  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\.svn\tmp\props
9650  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\.svn\tmp\text-base
9651  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\files\.svn
9652  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\files\miniupnpd.hotplug
9653  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\files\miniupnpd.init
9654  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\files\upnpd.config
9655  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\files\.svn\entries
9656  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\files\.svn\prop-base
9657  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\files\.svn\props
9658  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\files\.svn\text-base
9659  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\files\.svn\tmp
9660  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\files\.svn\prop-base\miniupnpd.hotplug.svn-base
9661  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\files\.svn\prop-base\miniupnpd.init.svn-base
9662  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\files\.svn\prop-base\upnpd.config.svn-base
9663  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\files\.svn\text-base\miniupnpd.hotplug.svn-base
9664  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\files\.svn\text-base\miniupnpd.init.svn-base
9665  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\files\.svn\text-base\upnpd.config.svn-base
9666  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\files\.svn\tmp\prop-base
9667  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\files\.svn\tmp\props
9668  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\files\.svn\tmp\text-base
9669  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\patches\.svn
9670  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\patches\.svn\entries
9671  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\patches\.svn\prop-base
9672  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\patches\.svn\props
9673  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\patches\.svn\text-base
9674  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\patches\.svn\tmp
9675  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\patches\.svn\tmp\prop-base
9676  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\patches\.svn\tmp\props
9677  SDK.UBNT.v5.3\openwrt\feeds\packages\net\miniupnpd\patches\.svn\tmp\text-base
9678  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\.svn
9679  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files
9680  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\Makefile
9681  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\patches
```

```
9682    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\.svn\prop-base
9683    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\.svn\props
9684    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\.svn\text-base
9685    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\.svn\tmp
9686    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\.svn\prop-base\Makefile.svn-base
9687    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\.svn\text-base\Makefile.svn-base
9688    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\.svn\tmp\prop-base
9689    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\.svn\tmp\props
9690    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\.svn\tmp\text-base
9691    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\.svn
9692    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\matrixssl_helper.c
9693    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\matrixssl_helper.h
9694    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\mini_httpd-ssl.conf
9695    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\mini_httpd.conf
9696    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\mini_httpd.default
9697    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\mini_httpd.init
9698    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\mini_httpd.pem
9699    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\.svn\entries
9700    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\.svn\prop-base
9701    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\.svn\props
9702    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\.svn\text-base
9703    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\.svn\tmp
9704    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\.svn\prop-base\matrixssl_helper
        .c.svn-base
9705    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\.svn\prop-base\matrixssl_helper
        .h.svn-base
9706    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\.svn\prop-base\mini_httpd-ssl.c
        onf.svn-base
9707    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\.svn\prop-base\mini_httpd.conf.
        svn-base
9708    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\.svn\prop-base\mini_httpd.defau
        lt.svn-base
9709    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\.svn\prop-base\mini_httpd.init.
        svn-base
9710    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\.svn\prop-base\mini_httpd.pem.s
        vn-base
9711    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\.svn\text-base\matrixssl_helper
        .c.svn-base
9712    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\.svn\text-base\matrixssl_helper
        .h.svn-base
9713    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\.svn\text-base\mini_httpd-ssl.c
        onf.svn-base
9714    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\.svn\text-base\mini_httpd.conf.
        svn-base
9715    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\.svn\text-base\mini_httpd.defau
        lt.svn-base
9716    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\.svn\text-base\mini_httpd.init.
        svn-base
9717    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\.svn\text-base\mini_httpd.pem.s
        vn-base
9718    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\.svn\tmp\prop-base
9719    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\.svn\tmp\props
9720    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\files\.svn\tmp\text-base
9721    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\patches\.svn
9722    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\patches\001-cgi_path.patch
9723    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\patches\500-matrixssl.patch
9724    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\patches\.svn\entries
9725    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\patches\.svn\prop-base
9726    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\patches\.svn\props
9727    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\patches\.svn\text-base
9728    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\patches\.svn\tmp
9729    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\patches\.svn\prop-base\001-cgi_path.p
        atch.svn-base
9730    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\patches\.svn\prop-base\500-matrixssl.
        patch.svn-base
9731    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\patches\.svn\text-base\001-cgi_path.p
        atch.svn-base
9732    SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\patches\.svn\text-base\500-matrixssl.
```

Note: line numbers 9682–9733 shown; the line numbering in the left margin is offset by one relative to paths.

```
9734   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\patches\.svn\tmp\prop-base
9735   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\patches\.svn\tmp\props
9736   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_httpd\patches\.svn\tmp\text-base
9737   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_snmpd\.svn
9738   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_snmpd\Makefile
9739   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_snmpd\patches
9740   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_snmpd\.svn\entries
9741   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_snmpd\.svn\prop-base
9742   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_snmpd\.svn\props
9743   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_snmpd\.svn\text-base
9744   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_snmpd\.svn\tmp
9745   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_snmpd\.svn\prop-base\Makefile.svn-base
9746   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_snmpd\.svn\text-base\Makefile.svn-base
9747   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_snmpd\.svn\tmp\prop-base
9748   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_snmpd\.svn\tmp\props
9749   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_snmpd\.svn\tmp\text-base
9750   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_snmpd\patches\.svn
9751   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_snmpd\patches\101-opt_flags.patch
9752   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_snmpd\patches\102-compile_fix.patch
9753   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_snmpd\patches\103-mib_encode_snmp_element_o
       id_fix.patch
9754   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_snmpd\patches\.svn\entries
9755   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_snmpd\patches\.svn\prop-base
9756   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_snmpd\patches\.svn\props
9757   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_snmpd\patches\.svn\text-base
9758   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_snmpd\patches\.svn\tmp
9759   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_snmpd\patches\.svn\text-base\101-opt_flags.
       patch.svn-base
9760   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_snmpd\patches\.svn\text-base\102-compile_fi
       x.patch.svn-base
9761   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_snmpd\patches\.svn\text-base\103-mib_encode
       _snmp_element_oid_fix.patch.svn-base
9762   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_snmpd\patches\.svn\tmp\prop-base
9763   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_snmpd\patches\.svn\tmp\props
9764   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mini_snmpd\patches\.svn\tmp\text-base
9765   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\.svn
9766   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\files
9767   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\Makefile
9768   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\patches
9769   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\.svn\entries
9770   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\.svn\prop-base
9771   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\.svn\props
9772   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\.svn\text-base
9773   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\.svn\tmp
9774   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\.svn\prop-base\Makefile.svn-base
9775   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\.svn\text-base\Makefile.svn-base
9776   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\.svn\tmp\prop-base
9777   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\.svn\tmp\props
9778   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\.svn\tmp\text-base
9779   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\files\.svn
9780   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\files\miredo-server.init
9781   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\files\miredo.init
9782   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\files\.svn\entries
9783   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\files\.svn\prop-base
9784   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\files\.svn\props
9785   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\files\.svn\text-base
9786   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\files\.svn\tmp
9787   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\files\.svn\prop-base\miredo-server.init.s
       vn-base
9788   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\files\.svn\prop-base\miredo.init.svn-base
9789   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\files\.svn\text-base\miredo-server.init.s
       vn-base
9790   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\files\.svn\text-base\miredo.init.svn-base
9791   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\files\.svn\tmp\prop-base
9792   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\files\.svn\tmp\props
9793   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\files\.svn\tmp\text-base
9794   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\patches\.svn
9795   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\patches\100-uclibc.patch
```

```
9796   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\patches\.svn\prop-base
9797   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\patches\.svn\prop-base
9798   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\patches\.svn\props
9799   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\patches\.svn\text-base
9800   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\patches\.svn\tmp
9801   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\patches\.svn\text-base\100-uclibc.patch.svn-base
9802   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\patches\.svn\tmp\prop-base
9803   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\patches\.svn\tmp\props
9804   SDK.UBNT.v5.3\openwrt\feeds\packages\net\miredo\patches\.svn\tmp\text-base
9805   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr\.svn
9806   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr\Makefile
9807   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr\patches
9808   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr\.svn\entries
9809   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr\.svn\prop-base
9810   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr\.svn\props
9811   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr\.svn\text-base
9812   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr\.svn\tmp
9813   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr\.svn\prop-base\Makefile.svn-base
9814   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr\.svn\text-base\Makefile.svn-base
9815   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr\.svn\tmp\prop-base
9816   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr\.svn\tmp\props
9817   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr\.svn\tmp\text-base
9818   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr\patches\.svn
9819   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr\patches\001-fix_configure_am_path_gtk.patch
9820   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr\patches\002-no_split_rej_file.patch
9821   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr\patches\501-dns.patch
9822   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr\patches\.svn\entries
9823   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr\patches\.svn\prop-base
9824   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr\patches\.svn\props
9825   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr\patches\.svn\text-base
9826   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr\patches\.svn\tmp
9827   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr\patches\.svn\prop-base\501-dns.patch.svn-base
9828   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr\patches\.svn\text-base\001-fix_configure_am_path_gtk.patch.svn-base
9829   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr\patches\.svn\text-base\002-no_split_rej_file.patch.svn-base
9830   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr\patches\.svn\text-base\501-dns.patch.svn-base
9831   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr\patches\.svn\tmp\prop-base
9832   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr\patches\.svn\tmp\props
9833   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mtr\patches\.svn\tmp\text-base
9834   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mutella\.svn
9835   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mutella\Makefile
9836   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mutella\patches
9837   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mutella\.svn\entries
9838   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mutella\.svn\prop-base
9839   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mutella\.svn\props
9840   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mutella\.svn\text-base
9841   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mutella\.svn\tmp
9842   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mutella\.svn\prop-base\Makefile.svn-base
9843   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mutella\.svn\text-base\Makefile.svn-base
9844   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mutella\.svn\tmp\prop-base
9845   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mutella\.svn\tmp\props
9846   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mutella\.svn\tmp\text-base
9847   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mutella\patches\.svn
9848   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mutella\patches\001-no_backtrace.patch
9849   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mutella\patches\002-gcc4_fixes.patch
9850   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mutella\patches\.svn\entries
9851   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mutella\patches\.svn\prop-base
9852   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mutella\patches\.svn\props
9853   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mutella\patches\.svn\text-base
9854   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mutella\patches\.svn\tmp
9855   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mutella\patches\.svn\text-base\001-no_backtrace.patch.svn-base
9856   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mutella\patches\.svn\text-base\002-gcc4_fixes.patch.svn-base
9857   SDK.UBNT.v5.3\openwrt\feeds\packages\net\mutella\patches\.svn\tmp\prop-base
```

```
9858  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mutella\patches\.svn\tmp\text-base
9859  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mvprelay\.svn
9860  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mvprelay\Makefile
9861  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mvprelay\.svn\entries
9862  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mvprelay\.svn\prop-base
9863  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mvprelay\.svn\props
9864  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mvprelay\.svn\text-base
9865  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mvprelay\.svn\tmp
9866  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mvprelay\.svn\prop-base\Makefile.svn-base
9867  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mvprelay\.svn\text-base\Makefile.svn-base
9868  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mvprelay\.svn\tmp\prop-base
9869  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mvprelay\.svn\tmp\props
9870  SDK.UBNT.v5.3\openwrt\feeds\packages\net\mvprelay\.svn\tmp\text-base
9871  SDK.UBNT.v5.3\openwrt\feeds\packages\net\n2n\.svn
9872  SDK.UBNT.v5.3\openwrt\feeds\packages\net\n2n\files
9873  SDK.UBNT.v5.3\openwrt\feeds\packages\net\n2n\Makefile
9874  SDK.UBNT.v5.3\openwrt\feeds\packages\net\n2n\.svn\entries
9875  SDK.UBNT.v5.3\openwrt\feeds\packages\net\n2n\.svn\prop-base
9876  SDK.UBNT.v5.3\openwrt\feeds\packages\net\n2n\.svn\props
9877  SDK.UBNT.v5.3\openwrt\feeds\packages\net\n2n\.svn\text-base
9878  SDK.UBNT.v5.3\openwrt\feeds\packages\net\n2n\.svn\tmp
9879  SDK.UBNT.v5.3\openwrt\feeds\packages\net\n2n\.svn\text-base\Makefile.svn-base
9880  SDK.UBNT.v5.3\openwrt\feeds\packages\net\n2n\.svn\tmp\prop-base
9881  SDK.UBNT.v5.3\openwrt\feeds\packages\net\n2n\.svn\tmp\props
9882  SDK.UBNT.v5.3\openwrt\feeds\packages\net\n2n\.svn\tmp\text-base
9883  SDK.UBNT.v5.3\openwrt\feeds\packages\net\n2n\files\.svn
9884  SDK.UBNT.v5.3\openwrt\feeds\packages\net\n2n\files\n2n.config
9885  SDK.UBNT.v5.3\openwrt\feeds\packages\net\n2n\files\n2n.init
9886  SDK.UBNT.v5.3\openwrt\feeds\packages\net\n2n\files\.svn\entries
9887  SDK.UBNT.v5.3\openwrt\feeds\packages\net\n2n\files\.svn\prop-base
9888  SDK.UBNT.v5.3\openwrt\feeds\packages\net\n2n\files\.svn\props
9889  SDK.UBNT.v5.3\openwrt\feeds\packages\net\n2n\files\.svn\text-base
9890  SDK.UBNT.v5.3\openwrt\feeds\packages\net\n2n\files\.svn\tmp
9891  SDK.UBNT.v5.3\openwrt\feeds\packages\net\n2n\files\.svn\text-base\n2n.config.svn-base
9892  SDK.UBNT.v5.3\openwrt\feeds\packages\net\n2n\files\.svn\text-base\n2n.init.svn-base
9893  SDK.UBNT.v5.3\openwrt\feeds\packages\net\n2n\files\.svn\tmp\prop-base
9894  SDK.UBNT.v5.3\openwrt\feeds\packages\net\n2n\files\.svn\tmp\props
9895  SDK.UBNT.v5.3\openwrt\feeds\packages\net\n2n\files\.svn\tmp\text-base
9896  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios\.svn
9897  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios\Makefile
9898  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios\.svn\entries
9899  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios\.svn\prop-base
9900  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios\.svn\props
9901  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios\.svn\text-base
9902  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios\.svn\tmp
9903  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios\.svn\prop-base\Makefile.svn-base
9904  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios\.svn\text-base\Makefile.svn-base
9905  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios\.svn\tmp\prop-base
9906  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios\.svn\tmp\props
9907  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios\.svn\tmp\text-base
9908  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios-plugins\.svn
9909  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios-plugins\Makefile
9910  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios-plugins\patches
9911  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios-plugins\.svn\entries
9912  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios-plugins\.svn\prop-base
9913  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios-plugins\.svn\props
9914  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios-plugins\.svn\text-base
9915  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios-plugins\.svn\tmp
9916  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios-plugins\.svn\prop-base\Makefile.svn-base
9917  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios-plugins\.svn\text-base\Makefile.svn-base
9918  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios-plugins\.svn\tmp\prop-base
9919  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios-plugins\.svn\tmp\props
9920  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios-plugins\.svn\tmp\text-base
9921  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios-plugins\patches\.svn
9922  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios-plugins\patches\002-plugins.patch
9923  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios-plugins\patches\003-pgsl-header-fix.patch
9924  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios-plugins\patches\.svn\entries
9925  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios-plugins\patches\.svn\prop-base
```

```
9927   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios-plugins\patches\.svn\text-base
9928   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios-plugins\patches\.svn\tmp
9929   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios-plugins\patches\.svn\text-base\002-plugin
       s.patch.svn-base
9930   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios-plugins\patches\.svn\text-base\003-pgsl-h
9931   eader-fix.patch.svn-base
9932   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios-plugins\patches\.svn\tmp\prop-base
9933   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios-plugins\patches\.svn\tmp\props
9934   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nagios-plugins\patches\.svn\tmp\text-base
9935   SDK.UBNT.v5.3\openwrt\feeds\packages\net\natpmp\.svn
9936   SDK.UBNT.v5.3\openwrt\feeds\packages\net\natpmp\files
9937   SDK.UBNT.v5.3\openwrt\feeds\packages\net\natpmp\Makefile
9938   SDK.UBNT.v5.3\openwrt\feeds\packages\net\natpmp\.svn\entries
9939   SDK.UBNT.v5.3\openwrt\feeds\packages\net\natpmp\.svn\prop-base
9940   SDK.UBNT.v5.3\openwrt\feeds\packages\net\natpmp\.svn\props
9941   SDK.UBNT.v5.3\openwrt\feeds\packages\net\natpmp\.svn\text-base
9942   SDK.UBNT.v5.3\openwrt\feeds\packages\net\natpmp\.svn\tmp
9943   SDK.UBNT.v5.3\openwrt\feeds\packages\net\natpmp\.svn\text-base\Makefile.svn-base
9944   SDK.UBNT.v5.3\openwrt\feeds\packages\net\natpmp\.svn\tmp\prop-base
9945   SDK.UBNT.v5.3\openwrt\feeds\packages\net\natpmp\.svn\tmp\props
9946   SDK.UBNT.v5.3\openwrt\feeds\packages\net\natpmp\.svn\tmp\text-base
9947   SDK.UBNT.v5.3\openwrt\feeds\packages\net\natpmp\files\.svn
9948   SDK.UBNT.v5.3\openwrt\feeds\packages\net\natpmp\files\natpmp.config
9949   SDK.UBNT.v5.3\openwrt\feeds\packages\net\natpmp\files\natpmp.init
9950   SDK.UBNT.v5.3\openwrt\feeds\packages\net\natpmp\files\.svn\entries
9951   SDK.UBNT.v5.3\openwrt\feeds\packages\net\natpmp\files\.svn\prop-base
9952   SDK.UBNT.v5.3\openwrt\feeds\packages\net\natpmp\files\.svn\props
9953   SDK.UBNT.v5.3\openwrt\feeds\packages\net\natpmp\files\.svn\text-base
9954   SDK.UBNT.v5.3\openwrt\feeds\packages\net\natpmp\files\.svn\tmp
9955   SDK.UBNT.v5.3\openwrt\feeds\packages\net\natpmp\files\.svn\text-base\natpmp.config.svn-ba
       se
9956   SDK.UBNT.v5.3\openwrt\feeds\packages\net\natpmp\files\.svn\text-base\natpmp.init.svn-base
9957   SDK.UBNT.v5.3\openwrt\feeds\packages\net\natpmp\files\.svn\tmp\prop-base
9958   SDK.UBNT.v5.3\openwrt\feeds\packages\net\natpmp\files\.svn\tmp\props
9959   SDK.UBNT.v5.3\openwrt\feeds\packages\net\natpmp\files\.svn\tmp\text-base
9960   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbd\.svn
9961   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbd\Makefile
9962   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbd\patches
9963   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbd\.svn\entries
9964   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbd\.svn\prop-base
9965   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbd\.svn\props
9966   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbd\.svn\text-base
9967   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbd\.svn\tmp
9968   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbd\.svn\text-base\Makefile.svn-base
9969   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbd\.svn\tmp\prop-base
9970   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbd\.svn\tmp\props
9971   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbd\.svn\tmp\text-base
9972   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbd\patches\.svn
9973   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbd\patches\001-configure.patch
9974   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbd\patches\.svn\entries
9975   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbd\patches\.svn\prop-base
9976   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbd\patches\.svn\props
9977   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbd\patches\.svn\text-base
9978   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbd\patches\.svn\tmp
9979   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbd\patches\.svn\text-base\001-configure.patch.s
       vn-base
9980   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbd\patches\.svn\tmp\prop-base
9981   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbd\patches\.svn\tmp\props
9982   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbd\patches\.svn\tmp\text-base
9983   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbtscan\.svn
9984   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbtscan\Makefile
9985   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbtscan\.svn\entries
9986   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbtscan\.svn\prop-base
9987   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbtscan\.svn\props
9988   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbtscan\.svn\text-base
9989   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbtscan\.svn\tmp
9990   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbtscan\.svn\text-base\Makefile.svn-base
9991   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbtscan\.svn\tmp\prop-base
```

```
9992   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nbtscan\.svn\tmp\text-base
9993   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\.svn
9994   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\files
9995   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\Makefile
9996   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\patches
9997   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\.svn\entries
9998   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\.svn\prop-base
9999   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\.svn\props
10000  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\.svn\text-base
10001  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\.svn\tmp
10002  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\.svn\text-base\Makefile.svn-base
10003  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\.svn\tmp\prop-base
10004  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\.svn\tmp\props
10005  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\.svn\tmp\text-base
10006  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\files\.svn
10007  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\files\ndyndns.conf.sample
10008  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\files\ndyndns.default
10009  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\files\ndyndns.init
10010  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\files\.svn\entries
10011  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\files\.svn\prop-base
10012  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\files\.svn\props
10013  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\files\.svn\text-base
10014  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\files\.svn\tmp
10015  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\files\.svn\text-base\ndyndns.conf.sample
       .svn-base
10016  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\files\.svn\text-base\ndyndns.default.svn
       -base
10017  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\files\.svn\text-base\ndyndns.init.svn-ba
       se
10018  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\files\.svn\tmp\prop-base
10019  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\files\.svn\tmp\props
10020  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\files\.svn\tmp\text-base
10021  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\patches\.svn
10022  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\patches\ndyndns.patch
10023  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\patches\.svn\entries
10024  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\patches\.svn\prop-base
10025  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\patches\.svn\props
10026  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\patches\.svn\text-base
10027  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\patches\.svn\tmp
10028  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\patches\.svn\text-base\ndyndns.patch.svn
       -base
10029  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\patches\.svn\tmp\prop-base
10030  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\patches\.svn\tmp\props
10031  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ndyndns\patches\.svn\tmp\text-base
10032  SDK.UBNT.v5.3\openwrt\feeds\packages\net\net-tools\.svn
10033  SDK.UBNT.v5.3\openwrt\feeds\packages\net\net-tools\Makefile
10034  SDK.UBNT.v5.3\openwrt\feeds\packages\net\net-tools\patches
10035  SDK.UBNT.v5.3\openwrt\feeds\packages\net\net-tools\.svn\entries
10036  SDK.UBNT.v5.3\openwrt\feeds\packages\net\net-tools\.svn\prop-base
10037  SDK.UBNT.v5.3\openwrt\feeds\packages\net\net-tools\.svn\props
10038  SDK.UBNT.v5.3\openwrt\feeds\packages\net\net-tools\.svn\text-base
10039  SDK.UBNT.v5.3\openwrt\feeds\packages\net\net-tools\.svn\tmp
10040  SDK.UBNT.v5.3\openwrt\feeds\packages\net\net-tools\.svn\prop-base\Makefile.svn-base
10041  SDK.UBNT.v5.3\openwrt\feeds\packages\net\net-tools\.svn\text-base\Makefile.svn-base
10042  SDK.UBNT.v5.3\openwrt\feeds\packages\net\net-tools\.svn\tmp\prop-base
10043  SDK.UBNT.v5.3\openwrt\feeds\packages\net\net-tools\.svn\tmp\props
10044  SDK.UBNT.v5.3\openwrt\feeds\packages\net\net-tools\.svn\tmp\text-base
10045  SDK.UBNT.v5.3\openwrt\feeds\packages\net\net-tools\patches\.svn
10046  SDK.UBNT.v5.3\openwrt\feeds\packages\net\net-tools\patches\001-config.patch
10047  SDK.UBNT.v5.3\openwrt\feeds\packages\net\net-tools\patches\002-compile-fixes.patch
10048  SDK.UBNT.v5.3\openwrt\feeds\packages\net\net-tools\patches\.svn\entries
10049  SDK.UBNT.v5.3\openwrt\feeds\packages\net\net-tools\patches\.svn\prop-base
10050  SDK.UBNT.v5.3\openwrt\feeds\packages\net\net-tools\patches\.svn\props
10051  SDK.UBNT.v5.3\openwrt\feeds\packages\net\net-tools\patches\.svn\text-base
10052  SDK.UBNT.v5.3\openwrt\feeds\packages\net\net-tools\patches\.svn\tmp
10053  SDK.UBNT.v5.3\openwrt\feeds\packages\net\net-tools\patches\.svn\prop-base\001-config.patc
       h.svn-base
10054  SDK.UBNT.v5.3\openwrt\feeds\packages\net\net-tools\patches\.svn\prop-base\002-compile-fix
```

```
10056   SDK.UBNT.v5.3\openwrt\feeds\packages\net\net-tools\patches\.svn\text-base\001-config.patc
        h.svn-base
10057   SDK.UBNT.v5.3\openwrt\feeds\packages\net\net-tools\patches\.svn\text-base\002-compile-fix
        es.patch.svn-base
10058   SDK.UBNT.v5.3\openwrt\feeds\packages\net\net-tools\patches\.svn\tmp\prop-base
10059   SDK.UBNT.v5.3\openwrt\feeds\packages\net\net-tools\patches\.svn\tmp\props
10060   SDK.UBNT.v5.3\openwrt\feeds\packages\net\net-tools\patches\.svn\tmp\text-base
10061   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netcat\.svn
10062   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netcat\Makefile
10063   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netcat\.svn\entries
10064   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netcat\.svn\prop-base
10065   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netcat\.svn\props
10066   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netcat\.svn\text-base
10067   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netcat\.svn\tmp
10068   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netcat\.svn\prop-base\Makefile.svn-base
10069   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netcat\.svn\text-base\Makefile.svn-base
10070   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netcat\.svn\tmp\prop-base
10071   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netcat\.svn\tmp\props
10072   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netcat\.svn\tmp\text-base
10073   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netperf\.svn
10074   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netperf\files
10075   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netperf\Makefile
10076   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netperf\.svn\entries
10077   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netperf\.svn\prop-base
10078   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netperf\.svn\props
10079   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netperf\.svn\text-base
10080   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netperf\.svn\tmp
10081   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netperf\.svn\prop-base\Makefile.svn-base
10082   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netperf\.svn\text-base\Makefile.svn-base
10083   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netperf\.svn\tmp\prop-base
10084   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netperf\.svn\tmp\props
10085   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netperf\.svn\tmp\text-base
10086   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netperf\files\.svn
10087   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netperf\files\netserver.init
10088   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netperf\files\.svn\entries
10089   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netperf\files\.svn\prop-base
10090   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netperf\files\.svn\props
10091   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netperf\files\.svn\text-base
10092   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netperf\files\.svn\tmp
10093   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netperf\files\.svn\prop-base\netserver.init.svn-
        base
10094   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netperf\files\.svn\text-base\netserver.init.svn-
        base
10095   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netperf\files\.svn\tmp\prop-base
10096   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netperf\files\.svn\tmp\props
10097   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netperf\files\.svn\tmp\text-base
10098   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netpipe\.svn
10099   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netpipe\Makefile
10100   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netpipe\.svn\entries
10101   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netpipe\.svn\prop-base
10102   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netpipe\.svn\props
10103   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netpipe\.svn\text-base
10104   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netpipe\.svn\tmp
10105   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netpipe\.svn\prop-base\Makefile.svn-base
10106   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netpipe\.svn\text-base\Makefile.svn-base
10107   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netpipe\.svn\tmp\prop-base
10108   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netpipe\.svn\tmp\props
10109   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netpipe\.svn\tmp\text-base
10110   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netstat-nat\.svn
10111   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netstat-nat\Makefile
10112   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netstat-nat\.svn\entries
10113   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netstat-nat\.svn\prop-base
10114   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netstat-nat\.svn\props
10115   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netstat-nat\.svn\text-base
10116   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netstat-nat\.svn\tmp
10117   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netstat-nat\.svn\prop-base\Makefile.svn-base
10118   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netstat-nat\.svn\text-base\Makefile.svn-base
10119   SDK.UBNT.v5.3\openwrt\feeds\packages\net\netstat-nat\.svn\tmp\prop-base
```

```
10120  SDK.UBNT.v5.3\openwrt\feeds\packages\net\netstat-nat\.svn
10121  SDK.UBNT.v5.3\openwrt\feeds\packages\net\netstat-nat\.svn\tmp\text-base
10122  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\.svn
10123  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\files
10124  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\Makefile
10125  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\patches
10126  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\.svn\entries
10127  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\.svn\prop-base
10128  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\.svn\props
10129  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\.svn\text-base
10130  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\.svn\tmp
10131  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\.svn\prop-base\Makefile.svn-base
10132  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\.svn\text-base\Makefile.svn-base
10133  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\.svn\tmp\prop-base
10134  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\.svn\tmp\props
10135  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\.svn\tmp\text-base
10136  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\files\.svn
10137  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\files\nfsd.exports
10138  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\files\nfsd.init
10139  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\files\.svn\entries
10140  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\files\.svn\prop-base
10141  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\files\.svn\props
10142  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\files\.svn\text-base
10143  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\files\.svn\tmp
10144  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\files\.svn\prop-base\nfsd.exports.svn-base
10145  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\files\.svn\prop-base\nfsd.init.svn-base
10146  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\files\.svn\text-base\nfsd.exports.svn-base
10147  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\files\.svn\text-base\nfsd.init.svn-base
10148  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\files\.svn\tmp\prop-base
10149  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\files\.svn\tmp\props
10150  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\files\.svn\tmp\text-base
10151  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\patches\.svn
10152  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\patches\001-nfs_utils_uclibc.patch
10153  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\patches\.svn\entries
10154  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\patches\.svn\prop-base
10155  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\patches\.svn\props
10156  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\patches\.svn\text-base
10157  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\patches\.svn\tmp
10158  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\patches\.svn\text-base\001-nfs_utils_uclibc.patch.svn-base
10159  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\patches\.svn\tmp\prop-base
10160  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\patches\.svn\tmp\props
10161  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-kernel-server\patches\.svn\tmp\text-base
10162  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\.svn
10163  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\files
10164  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\Makefile
10165  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\patches
10166  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\.svn\entries
10167  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\.svn\prop-base
10168  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\.svn\props
10169  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\.svn\text-base
10170  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\.svn\tmp
10171  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\.svn\prop-base\Makefile.svn-base
10172  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\.svn\text-base\Makefile.svn-base
10173  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\.svn\tmp\prop-base
10174  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\.svn\tmp\props
10175  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\.svn\tmp\text-base
10176  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\files\.svn
10177  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\files\nfsd.exports
10178  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\files\nfsd.init
10179  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\files\.svn\entries
10180  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\files\.svn\prop-base
```

```
10181  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\files\.svn
10182  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\files\.svn\text-base
10183  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\files\.svn\tmp
10184  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\files\.svn\prop-base\nfsd.exports.svn
       -base
10185  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\files\.svn\prop-base\nfsd.init.svn-ba
       se
10186  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\files\.svn\text-base\nfsd.exports.svn
       -base
10187  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\files\.svn\text-base\nfsd.init.svn-ba
       se
10188  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\files\.svn\tmp\prop-base
10189  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\files\.svn\tmp\props
10190  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\files\.svn\tmp\text-base
10191  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\patches\.svn
10192  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\patches\001-build_config.patch
10193  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\patches\002-cross_compile_fix.patch
10194  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\patches\003-debian_subset.patch
10195  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\patches\004-gcc34_fix.patch
10196  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\patches\005-remove_warning.patch
10197  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\patches\.svn\entries
10198  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\patches\.svn\prop-base
10199  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\patches\.svn\props
10200  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\patches\.svn\text-base
10201  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\patches\.svn\tmp
10202  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\patches\.svn\prop-base\001-build_conf
       ig.patch.svn-base
10203  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\patches\.svn\prop-base\002-cross_comp
       ile_fix.patch.svn-base
10204  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\patches\.svn\prop-base\003-debian_sub
       set.patch.svn-base
10205  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\patches\.svn\prop-base\004-gcc34_fix.
       patch.svn-base
10206  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\patches\.svn\prop-base\005-remove_war
       ning.patch.svn-base
10207  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\patches\.svn\text-base\001-build_conf
       ig.patch.svn-base
10208  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\patches\.svn\text-base\002-cross_comp
       ile_fix.patch.svn-base
10209  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\patches\.svn\text-base\003-debian_sub
       set.patch.svn-base
10210  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\patches\.svn\text-base\004-gcc34_fix.
       patch.svn-base
10211  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\patches\.svn\text-base\005-remove_war
       ning.patch.svn-base
10212  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\patches\.svn\tmp\prop-base
10213  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\patches\.svn\tmp\props
10214  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nfs-server\patches\.svn\tmp\text-base
10215  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngircd\.svn
10216  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngircd\Makefile
10217  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngircd\.svn\entries
10218  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngircd\.svn\prop-base
10219  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngircd\.svn\props
10220  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngircd\.svn\text-base
10221  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngircd\.svn\tmp
10222  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngircd\.svn\text-base\Makefile.svn-base
10223  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngircd\.svn\tmp\prop-base
10224  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngircd\.svn\tmp\props
10225  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngircd\.svn\tmp\text-base
10226  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngrep\.svn
10227  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngrep\Makefile
10228  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngrep\patches
10229  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngrep\.svn\entries
10230  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngrep\.svn\prop-base
10231  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngrep\.svn\props
10232  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngrep\.svn\text-base
10233  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngrep\.svn\tmp
10234  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngrep\.svn\prop-base\Makefile.svn-base
10235  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngrep\.svn\text-base\Makefile.svn-base
```

```
10236  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngrep\.svn\tmp\props
10237  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngrep\.svn\tmp\props
10238  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngrep\.svn\tmp\text-base
10239  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngrep\patches\.svn
10240  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngrep\patches\001-makefile_in.patch
10241  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngrep\patches\001-ngrep.patch
10242  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngrep\patches\.svn\entries
10243  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngrep\patches\.svn\prop-base
10244  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngrep\patches\.svn\props
10245  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngrep\patches\.svn\text-base
10246  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngrep\patches\.svn\tmp
10247  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngrep\patches\.svn\text-base\001-makefile_in.pat
       ch.svn-base
10248  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngrep\patches\.svn\text-base\001-ngrep.patch.svn
       -base
10249  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngrep\patches\.svn\tmp\prop-base
10250  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngrep\patches\.svn\tmp\props
10251  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ngrep\patches\.svn\tmp\text-base
10252  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nmap\.svn
10253  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nmap\Makefile
10254  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nmap\patches
10255  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nmap\.svn\entries
10256  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nmap\.svn\prop-base
10257  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nmap\.svn\props
10258  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nmap\.svn\text-base
10259  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nmap\.svn\tmp
10260  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nmap\.svn\prop-base\Makefile.svn-base
10261  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nmap\.svn\text-base\Makefile.svn-base
10262  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nmap\.svn\tmp\prop-base
10263  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nmap\.svn\tmp\props
10264  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nmap\.svn\tmp\text-base
10265  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nmap\patches\.svn
10266  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nmap\patches\001-cross_compile.patch
10267  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nmap\patches\002-no_strip.patch
10268  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nmap\patches\.svn\entries
10269  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nmap\patches\.svn\prop-base
10270  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nmap\patches\.svn\props
10271  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nmap\patches\.svn\text-base
10272  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nmap\patches\.svn\tmp
10273  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nmap\patches\.svn\prop-base\001-cross_compile.pa
       tch.svn-base
10274  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nmap\patches\.svn\prop-base\002-no_strip.patch.s
       vn-base
10275  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nmap\patches\.svn\text-base\001-cross_compile.pa
       tch.svn-base
10276  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nmap\patches\.svn\text-base\002-no_strip.patch.s
       vn-base
10277  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nmap\patches\.svn\tmp\prop-base
10278  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nmap\patches\.svn\tmp\props
10279  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nmap\patches\.svn\tmp\text-base
10280  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nocatsplash\.svn
10281  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nocatsplash\Makefile
10282  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nocatsplash\patches
10283  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nocatsplash\.svn\entries
10284  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nocatsplash\.svn\prop-base
10285  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nocatsplash\.svn\props
10286  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nocatsplash\.svn\text-base
10287  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nocatsplash\.svn\tmp
10288  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nocatsplash\.svn\prop-base\Makefile.svn-base
10289  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nocatsplash\.svn\text-base\Makefile.svn-base
10290  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nocatsplash\.svn\tmp\prop-base
10291  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nocatsplash\.svn\tmp\props
10292  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nocatsplash\.svn\tmp\text-base
10293  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nocatsplash\patches\.svn
10294  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nocatsplash\patches\001-openwrt_firewall.patch
10295  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nocatsplash\patches\.svn\entries
10296  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nocatsplash\patches\.svn\prop-base
10297  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nocatsplash\patches\.svn\props
10298  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nocatsplash\patches\.svn\text-base
```

```
10299  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nocatsplash\patches\.svn\prop-base\001-openwrt_f
       irewall.patch.svn-base
10300  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nocatsplash\patches\.svn\text-base\001-openwrt_f
       irewall.patch.svn-base
10301  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nocatsplash\patches\.svn\tmp\prop-base
10302  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nocatsplash\patches\.svn\tmp\props
10303  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nocatsplash\patches\.svn\tmp\text-base
10304  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nodogsplash\.svn
10305  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nodogsplash\files
10306  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nodogsplash\Makefile
10307  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nodogsplash\.svn\entries
10308  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nodogsplash\.svn\prop-base
10309  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nodogsplash\.svn\props
10310  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nodogsplash\.svn\text-base
10311  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nodogsplash\.svn\tmp
10312  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nodogsplash\.svn\prop-base\Makefile.svn-base
10313  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nodogsplash\.svn\text-base\Makefile.svn-base
10314  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nodogsplash\.svn\tmp\prop-base
10315  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nodogsplash\.svn\tmp\props
10316  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nodogsplash\.svn\tmp\text-base
10317  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nodogsplash\files\.svn
10318  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nodogsplash\files\nodogsplash.init
10319  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nodogsplash\files\.svn\entries
10320  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nodogsplash\files\.svn\prop-base
10321  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nodogsplash\files\.svn\props
10322  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nodogsplash\files\.svn\text-base
10323  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nodogsplash\files\.svn\tmp
10324  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nodogsplash\files\.svn\text-base\nodogsplash.ini
10325  t.svn-base
10326  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nodogsplash\files\.svn\tmp\prop-base
10327  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nodogsplash\files\.svn\tmp\props
10328  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nodogsplash\files\.svn\tmp\text-base
10329  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nprobe\.svn
10330  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nprobe\Makefile
10331  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nprobe\patches
10332  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nprobe\.svn\entries
10333  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nprobe\.svn\prop-base
10334  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nprobe\.svn\props
10335  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nprobe\.svn\text-base
10336  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nprobe\.svn\tmp
10337  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nprobe\.svn\prop-base\Makefile.svn-base
10338  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nprobe\.svn\text-base\Makefile.svn-base
10339  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nprobe\.svn\tmp\prop-base
10340  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nprobe\.svn\tmp\props
10341  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nprobe\.svn\tmp\text-base
10342  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nprobe\patches\.svn
10343  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nprobe\patches\000-autogen_fixup.patch
10344  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nprobe\patches\001-path_to_pcap.patch
10345  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nprobe\patches\002-ipv6_fix.patch
10346  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nprobe\patches\.svn\entries
10347  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nprobe\patches\.svn\prop-base
10348  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nprobe\patches\.svn\props
10349  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nprobe\patches\.svn\text-base
10350  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nprobe\patches\.svn\tmp
10351  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nprobe\patches\.svn\text-base\000-autogen_fixup.
       patch.svn-base
10352  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nprobe\patches\.svn\text-base\001-path_to_pcap.p
       atch.svn-base
10353  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nprobe\patches\.svn\text-base\002-ipv6_fix.patch
       .svn-base
10354  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nprobe\patches\.svn\tmp\prop-base
10355  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nprobe\patches\.svn\tmp\props
10356  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nprobe\patches\.svn\tmp\text-base
10357  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\.svn
10358  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\files
10359  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\Makefile
10360  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\patches
10361  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\.svn\entries
```

```
10362   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\.svn
10363   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\.svn\props
10364   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\.svn\text-base
10365   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\.svn\tmp
10366   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\.svn\text-base\Makefile.svn-base
10367   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\.svn\tmp\prop-base
10368   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\.svn\tmp\props
10369   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\.svn\tmp\text-base
10370   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\files\.svn
10371   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\files\nrpe.cfg
10372   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\files\nrpe.init
10373   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\files\.svn\entries
10374   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\files\.svn\prop-base
10375   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\files\.svn\props
10376   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\files\.svn\text-base
10377   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\files\.svn\tmp
10378   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\files\.svn\text-base\nrpe.cfg.svn-base
10379   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\files\.svn\text-base\nrpe.init.svn-base
10380   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\files\.svn\tmp\prop-base
10381   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\files\.svn\tmp\props
10382   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\files\.svn\tmp\text-base
10383   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\patches\.svn
10384   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\patches\100-openssl-dh.patch
10385   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\patches\.svn\entries
10386   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\patches\.svn\prop-base
10387   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\patches\.svn\props
10388   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\patches\.svn\text-base
10389   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\patches\.svn\tmp
10390   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\patches\.svn\text-base\100-openssl-dh.patch
        .svn-base
10391   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\patches\.svn\tmp\prop-base
10392   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\patches\.svn\tmp\props
10393   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nrpe\patches\.svn\tmp\text-base
10394   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nsca\.svn
10395   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nsca\Makefile
10396   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nsca\.svn\entries
10397   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nsca\.svn\prop-base
10398   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nsca\.svn\props
10399   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nsca\.svn\text-base
10400   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nsca\.svn\tmp
10401   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nsca\.svn\prop-base\Makefile.svn-base
10402   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nsca\.svn\text-base\Makefile.svn-base
10403   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nsca\.svn\tmp\prop-base
10404   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nsca\.svn\tmp\props
10405   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nsca\.svn\tmp\text-base
10406   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nstx\.svn
10407   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nstx\Makefile
10408   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nstx\patches
10409   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nstx\.svn\entries
10410   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nstx\.svn\prop-base
10411   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nstx\.svn\props
10412   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nstx\.svn\text-base
10413   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nstx\.svn\tmp
10414   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nstx\.svn\prop-base\Makefile.svn-base
10415   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nstx\.svn\text-base\Makefile.svn-base
10416   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nstx\.svn\tmp\prop-base
10417   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nstx\.svn\tmp\props
10418   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nstx\.svn\tmp\text-base
10419   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nstx\patches\.svn
10420   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nstx\patches\001-debian_changes.patch
10421   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nstx\patches\.svn\entries
10422   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nstx\patches\.svn\prop-base
10423   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nstx\patches\.svn\props
10424   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nstx\patches\.svn\text-base
10425   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nstx\patches\.svn\tmp
10426   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nstx\patches\.svn\prop-base\001-debian_changes.p
        atch.svn-base
10427   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nstx\patches\.svn\text-base\001-debian_changes.p
        atch.svn-base
```

```
10428   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nstx\patches\.svn\tmp\props
10429   SDK.UBNT.v5.3\openwrt\feeds\packages\net\nstx\patches\.svn\tmp\text-base
10430   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\.svn
10431   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\files
10432   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\Makefile
10433   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\patches
10434   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\.svn\entries
10435   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\.svn\prop-base
10436   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\.svn\props
10437   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\.svn\text-base
10438   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\.svn\tmp
10439   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\.svn\prop-base\Makefile.svn-base
10440   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\.svn\text-base\Makefile.svn-base
10441   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\.svn\tmp\prop-base
10442   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\.svn\tmp\props
10443   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\.svn\tmp\text-base
10444   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\files\.svn
10445   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\files\ntpclient.config
10446   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\files\ntpclient.hotplug
10447   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\files\.svn\entries
10448   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\files\.svn\prop-base
10449   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\files\.svn\props
10450   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\files\.svn\text-base
10451   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\files\.svn\tmp
10452   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\files\.svn\prop-base\ntpclient.config.
        svn-base
10453   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\files\.svn\prop-base\ntpclient.hotplug
        .svn-base
10454   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\files\.svn\text-base\ntpclient.config.
        svn-base
10455   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\files\.svn\text-base\ntpclient.hotplug
        .svn-base
10456   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\files\.svn\tmp\prop-base
10457   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\files\.svn\tmp\props
10458   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\files\.svn\tmp\text-base
10459   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\patches\.svn
10460   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\patches\100-daemon.patch
10461   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\patches\200-noexit.patch
10462   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\patches\.svn\entries
10463   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\patches\.svn\prop-base
10464   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\patches\.svn\props
10465   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\patches\.svn\text-base
10466   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\patches\.svn\tmp
10467   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\patches\.svn\text-base\100-daemon.patc
        h.svn-base
10468   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\patches\.svn\tmp\prop-base
10469   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\patches\.svn\tmp\props
10470   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpclient\patches\.svn\tmp\text-base
10471   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\.svn
10472   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\files
10473   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\Makefile
10474   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\patches
10475   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\.svn\entries
10476   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\.svn\prop-base
10477   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\.svn\props
10478   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\.svn\text-base
10479   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\.svn\tmp
10480   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\.svn\prop-base\Makefile.svn-base
10481   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\.svn\text-base\Makefile.svn-base
10482   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\.svn\tmp\prop-base
10483   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\.svn\tmp\props
10484   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\.svn\tmp\text-base
10485   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\files\.svn
10486   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\files\ntp.conf
10487   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\files\ntpd.hotplug
10488   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\files\ntpd.init
10489   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\files\ntpdate.init
10490   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\files\.svn\entries
```

```
10492  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\files\.svn
10493  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\files\.svn\props
10494  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\files\.svn\text-base
10495  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\files\.svn\tmp
10496  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\files\.svn\prop-base\ntp.conf.svn-base
10497  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\files\.svn\prop-base\ntpd.hotplug.svn-base
10498  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\files\.svn\prop-base\ntpd.init.svn-base
10499  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\files\.svn\text-base\ntp.conf.svn-base
10500  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\files\.svn\text-base\ntpd.hotplug.svn-base
10501  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\files\.svn\text-base\ntpd.init.svn-base
10502  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\files\.svn\text-base\ntpdate.init.svn-base
10503  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\files\.svn\tmp\prop-base
10504  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\files\.svn\tmp\props
10505  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\files\.svn\tmp\text-base
10506  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\patches\.svn
10507  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\patches\100-ntpd_nmea.patch
10508  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\patches\901-cve-2009-0159.patch
10509  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\patches\.svn\entries
10510  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\patches\.svn\prop-base
10511  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\patches\.svn\props
10512  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\patches\.svn\text-base
10513  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\patches\.svn\tmp
10514  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\patches\.svn\prop-base\100-ntpd_nmea.patch.
       svn-base
10515  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\patches\.svn\text-base\100-ntpd_nmea.patch.
       svn-base
10516  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\patches\.svn\text-base\901-cve-2009-0159.pa
       tch.svn-base
10517  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\patches\.svn\tmp\prop-base
10518  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\patches\.svn\tmp\props
10519  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ntpd\patches\.svn\tmp\text-base
10520  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nufw\.svn
10521  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nufw\Makefile
10522  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nufw\patches
10523  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nufw\.svn\entries
10524  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nufw\.svn\prop-base
10525  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nufw\.svn\props
10526  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nufw\.svn\text-base
10527  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nufw\.svn\tmp
10528  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nufw\.svn\text-base\Makefile.svn-base
10529  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nufw\.svn\tmp\prop-base
10530  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nufw\.svn\tmp\props
10531  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nufw\.svn\tmp\text-base
10532  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nufw\patches\.svn
10533  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nufw\patches\001-no_doc_tests.patch
10534  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nufw\patches\002-config_binaries.patch
10535  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nufw\patches\.svn\entries
10536  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nufw\patches\.svn\prop-base
10537  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nufw\patches\.svn\props
10538  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nufw\patches\.svn\text-base
10539  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nufw\patches\.svn\tmp
10540  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nufw\patches\.svn\text-base\001-no_doc_tests.pat
       ch.svn-base
10541  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nufw\patches\.svn\text-base\002-config_binaries.
       patch.svn-base
10542  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nufw\patches\.svn\tmp\prop-base
10543  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nufw\patches\.svn\tmp\props
10544  SDK.UBNT.v5.3\openwrt\feeds\packages\net\nufw\patches\.svn\tmp\text-base
10545  SDK.UBNT.v5.3\openwrt\feeds\packages\net\oidentd\.svn
10546  SDK.UBNT.v5.3\openwrt\feeds\packages\net\oidentd\files
10547  SDK.UBNT.v5.3\openwrt\feeds\packages\net\oidentd\Makefile
10548  SDK.UBNT.v5.3\openwrt\feeds\packages\net\oidentd\.svn\entries
10549  SDK.UBNT.v5.3\openwrt\feeds\packages\net\oidentd\.svn\prop-base
10550  SDK.UBNT.v5.3\openwrt\feeds\packages\net\oidentd\.svn\props
10551  SDK.UBNT.v5.3\openwrt\feeds\packages\net\oidentd\.svn\text-base
10552  SDK.UBNT.v5.3\openwrt\feeds\packages\net\oidentd\.svn\tmp
10553  SDK.UBNT.v5.3\openwrt\feeds\packages\net\oidentd\.svn\prop-base\Makefile.svn-base
10554  SDK.UBNT.v5.3\openwrt\feeds\packages\net\oidentd\.svn\text-base\Makefile.svn-base
10555  SDK.UBNT.v5.3\openwrt\feeds\packages\net\oidentd\.svn\tmp\prop-base
```

```
10556    SDK.UBNT.v5.3\openwrt\feeds\packages\net\oidentd\.svn\tmp\text-base
10557    SDK.UBNT.v5.3\openwrt\feeds\packages\net\oidentd\.svn\tmp\text-base
10558    SDK.UBNT.v5.3\openwrt\feeds\packages\net\oidentd\files\.svn
10559    SDK.UBNT.v5.3\openwrt\feeds\packages\net\oidentd\files\oidentd.init
10560    SDK.UBNT.v5.3\openwrt\feeds\packages\net\oidentd\files\.svn\entries
10561    SDK.UBNT.v5.3\openwrt\feeds\packages\net\oidentd\files\.svn\prop-base
10562    SDK.UBNT.v5.3\openwrt\feeds\packages\net\oidentd\files\.svn\props
10563    SDK.UBNT.v5.3\openwrt\feeds\packages\net\oidentd\files\.svn\text-base
10564    SDK.UBNT.v5.3\openwrt\feeds\packages\net\oidentd\files\.svn\tmp
10565    SDK.UBNT.v5.3\openwrt\feeds\packages\net\oidentd\files\.svn\prop-base\oidentd.init.svn-ba
         se
10566    SDK.UBNT.v5.3\openwrt\feeds\packages\net\oidentd\files\.svn\text-base\oidentd.init.svn-ba
         se
10567    SDK.UBNT.v5.3\openwrt\feeds\packages\net\oidentd\files\.svn\tmp\prop-base
10568    SDK.UBNT.v5.3\openwrt\feeds\packages\net\oidentd\files\.svn\tmp\props
10569    SDK.UBNT.v5.3\openwrt\feeds\packages\net\oidentd\files\.svn\tmp\text-base
10570    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\.svn
10571    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\files
10572    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\Makefile
10573    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\patches
10574    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\.svn\entries
10575    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\.svn\prop-base
10576    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\.svn\props
10577    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\.svn\text-base
10578    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\.svn\tmp
10579    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\.svn\prop-base\Makefile.svn-base
10580    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\.svn\text-base\Makefile.svn-base
10581    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\.svn\tmp\prop-base
10582    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\.svn\tmp\props
10583    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\.svn\tmp\text-base
10584    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\files\.svn
10585    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\files\olsrd.config
10586    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\files\olsrd.init
10587    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\files\olsrd_secure_key
10588    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\files\.svn\entries
10589    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\files\.svn\prop-base
10590    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\files\.svn\props
10591    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\files\.svn\text-base
10592    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\files\.svn\tmp
10593    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\files\.svn\prop-base\olsrd.init.svn-base
10594    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\files\.svn\prop-base\olsrd_secure_key.svn-
         base
10595    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\files\.svn\text-base\olsrd.config.svn-base
10596    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\files\.svn\text-base\olsrd.init.svn-base
10597    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\files\.svn\text-base\olsrd_secure_key.svn-
         base
10598    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\files\.svn\tmp\prop-base
10599    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\files\.svn\tmp\props
10600    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\files\.svn\tmp\text-base
10601    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\patches\.svn
10602    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\patches\.svn\entries
10603    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\patches\.svn\prop-base
10604    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\patches\.svn\props
10605    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\patches\.svn\text-base
10606    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\patches\.svn\tmp
10607    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\patches\.svn\tmp\prop-base
10608    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\patches\.svn\tmp\props
10609    SDK.UBNT.v5.3\openwrt\feeds\packages\net\olsrd\patches\.svn\tmp\text-base
10610    SDK.UBNT.v5.3\openwrt\feeds\packages\net\opendchub\.svn
10611    SDK.UBNT.v5.3\openwrt\feeds\packages\net\opendchub\Makefile
10612    SDK.UBNT.v5.3\openwrt\feeds\packages\net\opendchub\.svn\entries
10613    SDK.UBNT.v5.3\openwrt\feeds\packages\net\opendchub\.svn\prop-base
10614    SDK.UBNT.v5.3\openwrt\feeds\packages\net\opendchub\.svn\props
10615    SDK.UBNT.v5.3\openwrt\feeds\packages\net\opendchub\.svn\text-base
10616    SDK.UBNT.v5.3\openwrt\feeds\packages\net\opendchub\.svn\tmp
10617    SDK.UBNT.v5.3\openwrt\feeds\packages\net\opendchub\.svn\prop-base\Makefile.svn-base
10618    SDK.UBNT.v5.3\openwrt\feeds\packages\net\opendchub\.svn\text-base\Makefile.svn-base
10619    SDK.UBNT.v5.3\openwrt\feeds\packages\net\opendchub\.svn\tmp\prop-base
10620    SDK.UBNT.v5.3\openwrt\feeds\packages\net\opendchub\.svn\tmp\props
```

```
10621    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\.svn
10622    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\.svn
10623    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\files
10624    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\Makefile
10625    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\patches
10626    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\.svn\entries
10627    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\.svn\prop-base
10628    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\.svn\props
10629    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\.svn\text-base
10630    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\.svn\tmp
10631    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\.svn\prop-base\Makefile.svn-base
10632    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\.svn\text-base\Makefile.svn-base
10633    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\.svn\tmp\prop-base
10634    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\.svn\tmp\props
10635    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\.svn\tmp\text-base
10636    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\files\.svn
10637    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\files\ntpd.conf
10638    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\files\ntpd.config
10639    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\files\ntpd.hotplug
10640    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\files\ntpd.init
10641    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\files\.svn\entries
10642    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\files\.svn\prop-base
10643    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\files\.svn\props
10644    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\files\.svn\text-base
10645    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\files\.svn\tmp
10646    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\files\.svn\prop-base\ntpd.conf.svn-base
10647    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\files\.svn\prop-base\ntpd.hotplug.svn-b
         ase
10648    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\files\.svn\prop-base\ntpd.init.svn-base
10649    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\files\.svn\text-base\ntpd.conf.svn-base
10650    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\files\.svn\text-base\ntpd.config.svn-ba
         se
10651    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\files\.svn\text-base\ntpd.hotplug.svn-b
         ase
10652    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\files\.svn\text-base\ntpd.init.svn-base
10653    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\files\.svn\tmp\prop-base
10654    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\files\.svn\tmp\props
10655    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\files\.svn\tmp\text-base
10656    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\patches\.svn
10657    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\patches\001-adjtimex_linux.patch
10658    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\patches\002-save_freq_drift.patch
10659    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\patches\.svn\entries
10660    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\patches\.svn\prop-base
10661    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\patches\.svn\props
10662    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\patches\.svn\text-base
10663    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\patches\.svn\tmp
10664    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\patches\.svn\prop-base\001-adjtimex_lin
         ux.patch.svn-base
10665    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\patches\.svn\prop-base\002-save_freq_dr
         ift.patch.svn-base
10666    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\patches\.svn\text-base\001-adjtimex_lin
         ux.patch.svn-base
10667    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\patches\.svn\text-base\002-save_freq_dr
         ift.patch.svn-base
10668    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\patches\.svn\tmp\prop-base
10669    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\patches\.svn\tmp\props
10670    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openntpd\patches\.svn\tmp\text-base
10671    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openrrcp\.svn
10672    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openrrcp\Makefile
10673    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openrrcp\.svn\entries
10674    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openrrcp\.svn\prop-base
10675    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openrrcp\.svn\props
10676    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openrrcp\.svn\text-base
10677    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openrrcp\.svn\tmp
10678    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openrrcp\.svn\text-base\Makefile.svn-base
10679    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openrrcp\.svn\tmp\prop-base
10680    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openrrcp\.svn\tmp\props
10681    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openrrcp\.svn\tmp\text-base
10682    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\.svn
```

```
10683   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches
10684   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches
10685   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\.svn\entries
10686   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\.svn\prop-base
10687   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\.svn\props
10688   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\.svn\text-base
10689   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\.svn\tmp
10690   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\.svn\prop-base\Makefile.svn-base
10691   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\.svn\text-base\Makefile.svn-base
10692   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\.svn\tmp\prop-base
10693   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\.svn\tmp\props
10694   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\.svn\tmp\text-base
10695   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\.svn
10696   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\001-openser_cfg.patch
10697   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\002-sc.patch
10698   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\003-makefile_defs.patch
10699   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\004-cfg_lex.patch
10700   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\005-config_h.patch
10701   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\006-sc_dbtext.patch
10702   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\007-modules_build.patch
10703   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\.svn\entries
10704   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\.svn\prop-base
10705   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\.svn\props
10706   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\.svn\text-base
10707   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\.svn\tmp
10708   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\.svn\prop-base\001-openser_cfg.patch.svn-base
10709   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\.svn\prop-base\002-sc.patch.svn-base
10710   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\.svn\prop-base\003-makefile_defs.patch.svn-base
10711   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\.svn\prop-base\004-cfg_lex.patch.svn-base
10712   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\.svn\prop-base\005-config_h.patch.svn-base
10713   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\.svn\prop-base\006-sc_dbtext.patch.svn-base
10714   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\.svn\prop-base\007-modules_build.patch.svn-base
10715   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\.svn\text-base\001-openser_cfg.patch.svn-base
10716   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\.svn\text-base\002-sc.patch.svn-base
10717   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\.svn\text-base\003-makefile_defs.patch.svn-base
10718   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\.svn\text-base\004-cfg_lex.patch.svn-base
10719   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\.svn\text-base\005-config_h.patch.svn-base
10720   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\.svn\text-base\006-sc_dbtext.patch.svn-base
10721   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\.svn\text-base\007-modules_build.patch.svn-base
10722   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\.svn\tmp\prop-base
10723   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\.svn\tmp\props
10724   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openser\patches\.svn\tmp\text-base
10725   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\.svn
10726   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files
10727   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\Makefile
10728   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\.svn\entries
10729   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\.svn\prop-base
10730   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\.svn\props
10731   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\.svn\text-base
10732   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\.svn\tmp
10733   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\.svn\text-base\Makefile.svn-base
10734   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\.svn\tmp\prop-base
10735   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\.svn\tmp\props
10736   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\.svn\tmp\text-base
10737   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\.svn
```

```
10738  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\.svn\entries
10739  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\.svn\entries
10740  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\.svn\prop-base
10741  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\.svn\props
10742  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\.svn\text-base
10743  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\.svn\tmp
10744  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\.svn\tmp\prop-base
10745  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\.svn\tmp\props
10746  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\.svn\tmp\text-base
10747  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\etc\.svn
10748  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\etc\init.d
10749  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\etc\slp.conf
10750  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\etc\slp.reg
10751  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\etc\slp.spi
10752  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\etc\.svn\entries
10753  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\etc\.svn\prop-base
10754  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\etc\.svn\props
10755  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\etc\.svn\text-base
10756  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\etc\.svn\tmp
10757  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\etc\.svn\text-base\slp.conf.svn-ba
       se
10758  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\etc\.svn\text-base\slp.reg.svn-bas
       e
10759  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\etc\.svn\text-base\slp.spi.svn-bas
       e
10760  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\etc\.svn\tmp\prop-base
10761  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\etc\.svn\tmp\props
10762  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\etc\.svn\tmp\text-base
10763  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\etc\init.d\.svn
10764  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\etc\init.d\slpd
10765  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\etc\init.d\.svn\entries
10766  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\etc\init.d\.svn\prop-base
10767  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\etc\init.d\.svn\props
10768  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\etc\init.d\.svn\text-base
10769  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\etc\init.d\.svn\tmp
10770  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\etc\init.d\.svn\text-base\slpd.svn
       -base
10771  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\etc\init.d\.svn\tmp\prop-base
10772  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\etc\init.d\.svn\tmp\props
10773  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openslp\files\etc\init.d\.svn\tmp\text-base
10774  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\.svn
10775  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\files
10776  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\Makefile
10777  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\patches
10778  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\.svn\entries
10779  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\.svn\prop-base
10780  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\.svn\props
10781  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\.svn\text-base
10782  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\.svn\tmp
10783  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\.svn\prop-base\Makefile.svn-base
10784  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\.svn\text-base\Makefile.svn-base
10785  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\.svn\tmp\prop-base
10786  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\.svn\tmp\props
10787  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\.svn\tmp\text-base
10788  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\files\.svn
10789  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\files\sshd.init
10790  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\files\.svn\entries
10791  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\files\.svn\prop-base
10792  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\files\.svn\props
10793  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\files\.svn\text-base
10794  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\files\.svn\tmp
10795  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\files\.svn\prop-base\sshd.init.svn-base
10796  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\files\.svn\text-base\sshd.init.svn-base
10797  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\files\.svn\tmp\prop-base
10798  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\files\.svn\tmp\props
10799  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\files\.svn\tmp\text-base
10800  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\patches\.svn
10801  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\patches\100-no_cast_fix.patch
10802  SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\patches\110-no_ripemd_fix.patch
```

```
10803    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\patches\.svn\prop-base
10804    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\patches\.svn\prop-base
10805    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\patches\.svn\props
10806    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\patches\.svn\text-base
10807    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\patches\.svn\tmp
10808    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\patches\.svn\prop-base\100-no_cast_fix.p
         atch.svn-base
10809    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\patches\.svn\prop-base\110-no_ripemd_fix
         .patch.svn-base
10810    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\patches\.svn\text-base\100-no_cast_fix.p
         atch.svn-base
10811    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\patches\.svn\text-base\110-no_ripemd_fix
         .patch.svn-base
10812    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\patches\.svn\tmp\prop-base
10813    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\patches\.svn\tmp\props
10814    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openssh\patches\.svn\tmp\text-base
10815    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\.svn
10816    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\files
10817    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\Makefile
10818    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\patches
10819    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\.svn\entries
10820    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\.svn\prop-base
10821    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\.svn\props
10822    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\.svn\text-base
10823    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\.svn\tmp
10824    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\.svn\prop-base\Makefile.svn-base
10825    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\.svn\text-base\Makefile.svn-base
10826    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\.svn\tmp\prop-base
10827    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\.svn\tmp\props
10828    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\.svn\tmp\text-base
10829    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\files\.svn
10830    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\files\ipsec.init
10831    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\files\.svn\entries
10832    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\files\.svn\prop-base
10833    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\files\.svn\props
10834    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\files\.svn\text-base
10835    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\files\.svn\tmp
10836    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\files\.svn\prop-base\ipsec.init.svn-bas
         e
10837    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\files\.svn\text-base\ipsec.init.svn-bas
         e
10838    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\files\.svn\tmp\prop-base
10839    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\files\.svn\tmp\props
10840    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\files\.svn\tmp\text-base
10841    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\patches\.svn
10842    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\patches\110-scripts.patch
10843    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\patches\901-cve-2009-0790.patch
10844    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\patches\902-cve-2009-2185.patch
10845    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\patches\.svn\entries
10846    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\patches\.svn\prop-base
10847    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\patches\.svn\props
10848    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\patches\.svn\text-base
10849    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\patches\.svn\tmp
10850    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\patches\.svn\prop-base\110-scripts.patc
         h.svn-base
10851    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\patches\.svn\text-base\110-scripts.patc
         h.svn-base
10852    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\patches\.svn\text-base\901-cve-2009-079
         0.patch.svn-base
10853    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\patches\.svn\text-base\902-cve-2009-218
         5.patch.svn-base
10854    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\patches\.svn\tmp\prop-base
10855    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\patches\.svn\tmp\props
10856    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openswan\patches\.svn\tmp\text-base
10857    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\.svn
10858    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\files
10859    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\Makefile
10860    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\patches
10861    SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\.svn\entries
```

```
10862   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\.svn\props
10863   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\.svn\text-base
10864   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\.svn\tmp
10865   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\.svn\prop-base\Makefile.svn-base
10866   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\.svn\text-base\Makefile.svn-base
10867   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\.svn\tmp\prop-base
10868   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\.svn\tmp\props
10869   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\.svn\tmp\text-base
10870   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\files\.svn
10871   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\files\easy-rsa.index
10872   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\files\easy-rsa.serial
10873   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\files\openvpn.config
10874   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\files\openvpn.init
10875   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\files\.svn\entries
10876   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\files\.svn\prop-base
10877   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\files\.svn\props
10878   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\files\.svn\text-base
10879   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\files\.svn\tmp
10880   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\files\.svn\text-base\easy-rsa.index.svn-base
10881   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\files\.svn\text-base\easy-rsa.serial.svn-base
10882   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\files\.svn\text-base\openvpn.config.svn-base
10883   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\files\.svn\text-base\openvpn.init.svn-base
10884   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\files\.svn\tmp\prop-base
10885   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\files\.svn\tmp\props
10886   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\files\.svn\tmp\text-base
10887   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\patches\.svn
10888   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\patches\001-easy_rsa.patch
10889   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\patches\.svn\entries
10890   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\patches\.svn\prop-base
10891   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\patches\.svn\props
10892   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\patches\.svn\text-base
10893   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\patches\.svn\tmp
10894   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\patches\.svn\prop-base\001-easy_rsa.patch.svn-base
10895   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\patches\.svn\text-base\001-easy_rsa.patch.svn-base
10896   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\patches\.svn\tmp\prop-base
10897   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\patches\.svn\tmp\props
10898   SDK.UBNT.v5.3\openwrt\feeds\packages\net\openvpn\patches\.svn\tmp\text-base
10899   SDK.UBNT.v5.3\openwrt\feeds\packages\net\p910nd\.svn
10900   SDK.UBNT.v5.3\openwrt\feeds\packages\net\p910nd\files
10901   SDK.UBNT.v5.3\openwrt\feeds\packages\net\p910nd\Makefile
10902   SDK.UBNT.v5.3\openwrt\feeds\packages\net\p910nd\.svn\entries
10903   SDK.UBNT.v5.3\openwrt\feeds\packages\net\p910nd\.svn\prop-base
10904   SDK.UBNT.v5.3\openwrt\feeds\packages\net\p910nd\.svn\props
10905   SDK.UBNT.v5.3\openwrt\feeds\packages\net\p910nd\.svn\text-base
10906   SDK.UBNT.v5.3\openwrt\feeds\packages\net\p910nd\.svn\tmp
10907   SDK.UBNT.v5.3\openwrt\feeds\packages\net\p910nd\.svn\prop-base\Makefile.svn-base
10908   SDK.UBNT.v5.3\openwrt\feeds\packages\net\p910nd\.svn\text-base\Makefile.svn-base
10909   SDK.UBNT.v5.3\openwrt\feeds\packages\net\p910nd\.svn\tmp\prop-base
10910   SDK.UBNT.v5.3\openwrt\feeds\packages\net\p910nd\.svn\tmp\props
10911   SDK.UBNT.v5.3\openwrt\feeds\packages\net\p910nd\.svn\tmp\text-base
10912   SDK.UBNT.v5.3\openwrt\feeds\packages\net\p910nd\files\.svn
10913   SDK.UBNT.v5.3\openwrt\feeds\packages\net\p910nd\files\p910nd.conf
10914   SDK.UBNT.v5.3\openwrt\feeds\packages\net\p910nd\files\p910nd.init
10915   SDK.UBNT.v5.3\openwrt\feeds\packages\net\p910nd\files\.svn\entries
10916   SDK.UBNT.v5.3\openwrt\feeds\packages\net\p910nd\files\.svn\prop-base
10917   SDK.UBNT.v5.3\openwrt\feeds\packages\net\p910nd\files\.svn\props
10918   SDK.UBNT.v5.3\openwrt\feeds\packages\net\p910nd\files\.svn\text-base
10919   SDK.UBNT.v5.3\openwrt\feeds\packages\net\p910nd\files\.svn\tmp
10920   SDK.UBNT.v5.3\openwrt\feeds\packages\net\p910nd\files\.svn\prop-base\p910nd.init.svn-base
10921   SDK.UBNT.v5.3\openwrt\feeds\packages\net\p910nd\files\.svn\text-base\p910nd.conf.svn-base
10922   SDK.UBNT.v5.3\openwrt\feeds\packages\net\p910nd\files\.svn\text-base\p910nd.init.svn-base
10923   SDK.UBNT.v5.3\openwrt\feeds\packages\net\p910nd\files\.svn\tmp\prop-base
10924   SDK.UBNT.v5.3\openwrt\feeds\packages\net\p910nd\files\.svn\tmp\prop-base
```

```
10925   SDK.UBNT.v5.3\openwrt\feeds\packages\net\p910nd\.svn
10926   SDK.UBNT.v5.3\openwrt\feeds\packages\net\p910nd\files\.svn\tmp\text-base
10927   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\.svn
10928   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\files
10929   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\Makefile
10930   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\patches
10931   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\.svn\entries
10932   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\.svn\prop-base
10933   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\.svn\props
10934   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\.svn\text-base
10935   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\.svn\tmp
10936   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\.svn\prop-base\Makefile.svn-base
10937   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\.svn\text-base\Makefile.svn-base
10938   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\.svn\tmp\prop-base
10939   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\.svn\tmp\props
10940   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\.svn\tmp\text-base
10941   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\files\.svn
10942   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\files\parprouted.default
10943   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\files\parprouted.init
10944   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\files\.svn\entries
10945   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\files\.svn\prop-base
10946   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\files\.svn\props
10947   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\files\.svn\text-base
10948   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\files\.svn\tmp
10949   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\files\.svn\prop-base\parprouted.defau
        lt.svn-base
10950   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\files\.svn\prop-base\parprouted.init.
        svn-base
10951   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\files\.svn\text-base\parprouted.defau
        lt.svn-base
10952   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\files\.svn\text-base\parprouted.init.
        svn-base
10953   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\files\.svn\tmp\prop-base
10954   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\files\.svn\tmp\props
10955   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\files\.svn\tmp\text-base
10956   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\patches\.svn
10957   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\patches\001-parprouted.patch
10958   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\patches\.svn\entries
10959   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\patches\.svn\prop-base
10960   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\patches\.svn\props
10961   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\patches\.svn\text-base
10962   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\patches\.svn\tmp
10963   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\patches\.svn\prop-base\001-parprouted
        .patch.svn-base
10964   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\patches\.svn\text-base\001-parprouted
        .patch.svn-base
10965   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\patches\.svn\tmp\prop-base
10966   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\patches\.svn\tmp\props
10967   SDK.UBNT.v5.3\openwrt\feeds\packages\net\parprouted\patches\.svn\tmp\text-base
10968   SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\.svn
10969   SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\files
10970   SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\Makefile
10971   SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\patches
10972   SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\.svn\entries
10973   SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\.svn\prop-base
10974   SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\.svn\props
10975   SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\.svn\text-base
10976   SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\.svn\tmp
10977   SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\.svn\prop-base\Makefile.svn-base
10978   SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\.svn\text-base\Makefile.svn-base
10979   SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\.svn\tmp\prop-base
10980   SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\.svn\tmp\props
10981   SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\.svn\tmp\text-base
10982   SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\files\.svn
10983   SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\files\peerguardian.init
10984   SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\files\.svn\entries
10985   SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\files\.svn\prop-base
10986   SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\files\.svn\props
10987   SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\files\.svn\text-base
```

```
10988  SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\files\.svn\prop-base\peerguardian.i
       nit.svn-base
10989  SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\files\.svn\prop-base\peerguardian.i
       nit.svn-base
10990  SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\files\.svn\text-base\peerguardian.i
       nit.svn-base
10991  SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\files\.svn\tmp\prop-base
10992  SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\files\.svn\tmp\props
10993  SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\files\.svn\tmp\text-base
10994  SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\patches\.svn
10995  SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\patches\001-no_host_includes.patch
10996  SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\patches\002-new_libipq.patch
10997  SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\patches\.svn\entries
10998  SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\patches\.svn\prop-base
10999  SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\patches\.svn\props
11000  SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\patches\.svn\text-base
11001  SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\patches\.svn\tmp
11002  SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\patches\.svn\prop-base\001-no_host_
       includes.patch.svn-base
11003  SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\patches\.svn\text-base\001-no_host_
       includes.patch.svn-base
11004  SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\patches\.svn\text-base\002-new_libi
       pq.patch.svn-base
11005  SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\patches\.svn\tmp\prop-base
11006  SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\patches\.svn\tmp\props
11007  SDK.UBNT.v5.3\openwrt\feeds\packages\net\peerguardian\patches\.svn\tmp\text-base
11008  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pen\.svn
11009  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pen\Makefile
11010  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pen\.svn\entries
11011  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pen\.svn\prop-base
11012  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pen\.svn\props
11013  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pen\.svn\text-base
11014  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pen\.svn\tmp
11015  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pen\.svn\prop-base\Makefile.svn-base
11016  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pen\.svn\text-base\Makefile.svn-base
11017  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pen\.svn\tmp\prop-base
11018  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pen\.svn\tmp\props
11019  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pen\.svn\tmp\text-base
11020  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepperspot\.svn
11021  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepperspot\files
11022  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepperspot\Makefile
11023  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepperspot\.svn\entries
11024  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepperspot\.svn\prop-base
11025  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepperspot\.svn\props
11026  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepperspot\.svn\text-base
11027  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepperspot\.svn\tmp
11028  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepperspot\.svn\text-base\Makefile.svn-base
11029  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepperspot\.svn\tmp\prop-base
11030  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepperspot\.svn\tmp\props
11031  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepperspot\.svn\tmp\text-base
11032  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepperspot\files\.svn
11033  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepperspot\files\pepperspot.init
11034  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepperspot\files\.svn\entries
11035  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepperspot\files\.svn\prop-base
11036  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepperspot\files\.svn\props
11037  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepperspot\files\.svn\text-base
11038  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepperspot\files\.svn\tmp
11039  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepperspot\files\.svn\text-base\pepperspot.init.
       svn-base
11040  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepperspot\files\.svn\tmp\prop-base
11041  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepperspot\files\.svn\tmp\props
11042  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepperspot\files\.svn\tmp\text-base
11043  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepsal\.svn
11044  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepsal\Makefile
11045  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepsal\.svn\entries
11046  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepsal\.svn\prop-base
11047  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepsal\.svn\props
11048  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepsal\.svn\text-base
11049  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepsal\.svn\tmp
11050  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepsal\.svn\text-base\Makefile.svn-base
```

```
11051   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepsal\.svn\tmp\props
11052   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepsal\.svn\tmp\props
11053   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pepsal\.svn\tmp\text-base
11054   SDK.UBNT.v5.3\openwrt\feeds\packages\net\phidget21\.svn
11055   SDK.UBNT.v5.3\openwrt\feeds\packages\net\phidget21\Makefile
11056   SDK.UBNT.v5.3\openwrt\feeds\packages\net\phidget21\.svn\entries
11057   SDK.UBNT.v5.3\openwrt\feeds\packages\net\phidget21\.svn\prop-base
11058   SDK.UBNT.v5.3\openwrt\feeds\packages\net\phidget21\.svn\props
11059   SDK.UBNT.v5.3\openwrt\feeds\packages\net\phidget21\.svn\text-base
11060   SDK.UBNT.v5.3\openwrt\feeds\packages\net\phidget21\.svn\tmp
11061   SDK.UBNT.v5.3\openwrt\feeds\packages\net\phidget21\.svn\text-base\Makefile.svn-base
11062   SDK.UBNT.v5.3\openwrt\feeds\packages\net\phidget21\.svn\tmp\prop-base
11063   SDK.UBNT.v5.3\openwrt\feeds\packages\net\phidget21\.svn\tmp\props
11064   SDK.UBNT.v5.3\openwrt\feeds\packages\net\phidget21\.svn\tmp\text-base
11065   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\.svn
11066   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\files
11067   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\Makefile
11068   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\.svn\entries
11069   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\.svn\prop-base
11070   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\.svn\props
11071   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\.svn\text-base
11072   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\.svn\tmp
11073   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\.svn\prop-base\Makefile.svn-base
11074   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\.svn\text-base\Makefile.svn-base
11075   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\.svn\tmp\prop-base
11076   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\.svn\tmp\props
11077   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\.svn\tmp\text-base
11078   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\files\.svn
11079   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\files\nfacctd.conf
11080   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\files\nfacctd.default
11081   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\files\nfacctd.init
11082   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\files\pmacctd.conf
11083   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\files\pmacctd.default
11084   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\files\pmacctd.init
11085   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\files\.svn\entries
11086   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\files\.svn\prop-base
11087   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\files\.svn\props
11088   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\files\.svn\text-base
11089   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\files\.svn\tmp
11090   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\files\.svn\prop-base\nfacctd.conf.svn-base
11091   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\files\.svn\prop-base\nfacctd.default.svn-base
11092   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\files\.svn\prop-base\nfacctd.init.svn-base
11093   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\files\.svn\prop-base\pmacctd.conf.svn-base
11094   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\files\.svn\prop-base\pmacctd.default.svn-base
11095   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\files\.svn\prop-base\pmacctd.init.svn-base
11096   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\files\.svn\text-base\nfacctd.conf.svn-base
11097   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\files\.svn\text-base\nfacctd.default.svn-base
11098   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\files\.svn\text-base\nfacctd.init.svn-base
11099   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\files\.svn\text-base\pmacctd.conf.svn-base
11100   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\files\.svn\text-base\pmacctd.default.svn-base
11101   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\files\.svn\text-base\pmacctd.init.svn-base
11102   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\files\.svn\tmp\prop-base
11103   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\files\.svn\tmp\props
11104   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pmacct\files\.svn\tmp\text-base
11105   SDK.UBNT.v5.3\openwrt\feeds\packages\net\polipo\.svn
11106   SDK.UBNT.v5.3\openwrt\feeds\packages\net\polipo\files
11107   SDK.UBNT.v5.3\openwrt\feeds\packages\net\polipo\Makefile
```

```
11108    SDK.UBNT.v5.3\openwrt\feeds\packages\net\polipo\.svn\prop-base
11109    SDK.UBNT.v5.3\openwrt\feeds\packages\net\polipo\.svn\prop-base
11110    SDK.UBNT.v5.3\openwrt\feeds\packages\net\polipo\.svn\props
11111    SDK.UBNT.v5.3\openwrt\feeds\packages\net\polipo\.svn\text-base
11112    SDK.UBNT.v5.3\openwrt\feeds\packages\net\polipo\.svn\tmp
11113    SDK.UBNT.v5.3\openwrt\feeds\packages\net\polipo\.svn\prop-base\Makefile.svn-base
11114    SDK.UBNT.v5.3\openwrt\feeds\packages\net\polipo\.svn\text-base\Makefile.svn-base
11115    SDK.UBNT.v5.3\openwrt\feeds\packages\net\polipo\.svn\tmp\prop-base
11116    SDK.UBNT.v5.3\openwrt\feeds\packages\net\polipo\.svn\tmp\props
11117    SDK.UBNT.v5.3\openwrt\feeds\packages\net\polipo\.svn\tmp\text-base
11118    SDK.UBNT.v5.3\openwrt\feeds\packages\net\polipo\files\.svn
11119    SDK.UBNT.v5.3\openwrt\feeds\packages\net\polipo\files\polipo.config
11120    SDK.UBNT.v5.3\openwrt\feeds\packages\net\polipo\files\polipo.init
11121    SDK.UBNT.v5.3\openwrt\feeds\packages\net\polipo\files\.svn\entries
11122    SDK.UBNT.v5.3\openwrt\feeds\packages\net\polipo\files\.svn\prop-base
11123    SDK.UBNT.v5.3\openwrt\feeds\packages\net\polipo\files\.svn\props
11124    SDK.UBNT.v5.3\openwrt\feeds\packages\net\polipo\files\.svn\text-base
11125    SDK.UBNT.v5.3\openwrt\feeds\packages\net\polipo\files\.svn\tmp
11126    SDK.UBNT.v5.3\openwrt\feeds\packages\net\polipo\files\.svn\prop-base\polipo.config.svn-ba
         se
11127    SDK.UBNT.v5.3\openwrt\feeds\packages\net\polipo\files\.svn\prop-base\polipo.init.svn-base
11128    SDK.UBNT.v5.3\openwrt\feeds\packages\net\polipo\files\.svn\text-base\polipo.config.svn-ba
         se
11129    SDK.UBNT.v5.3\openwrt\feeds\packages\net\polipo\files\.svn\text-base\polipo.init.svn-base
11130    SDK.UBNT.v5.3\openwrt\feeds\packages\net\polipo\files\.svn\tmp\prop-base
11131    SDK.UBNT.v5.3\openwrt\feeds\packages\net\polipo\files\.svn\tmp\props
11132    SDK.UBNT.v5.3\openwrt\feeds\packages\net\polipo\files\.svn\tmp\text-base
11133    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\.svn
11134    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\files
11135    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\Makefile
11136    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\patches
11137    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\.svn\entries
11138    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\.svn\prop-base
11139    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\.svn\props
11140    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\.svn\text-base
11141    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\.svn\tmp
11142    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\.svn\prop-base\Makefile.svn-base
11143    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\.svn\text-base\Makefile.svn-base
11144    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\.svn\tmp\prop-base
11145    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\.svn\tmp\props
11146    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\.svn\tmp\text-base
11147    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\files\.svn
11148    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\files\portmap.init
11149    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\files\.svn\entries
11150    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\files\.svn\prop-base
11151    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\files\.svn\props
11152    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\files\.svn\text-base
11153    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\files\.svn\tmp
11154    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\files\.svn\prop-base\portmap.init.svn-ba
         se
11155    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\files\.svn\text-base\portmap.init.svn-ba
         se
11156    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\files\.svn\tmp\prop-base
11157    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\files\.svn\tmp\props
11158    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\files\.svn\tmp\text-base
11159    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\patches\.svn
11160    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\patches\101-no_pie.patch
11161    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\patches\.svn\entries
11162    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\patches\.svn\prop-base
11163    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\patches\.svn\props
11164    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\patches\.svn\text-base
11165    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\patches\.svn\tmp
11166    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\patches\.svn\text-base\101-no_pie.patch.
         svn-base
11167    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\patches\.svn\tmp\prop-base
11168    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\patches\.svn\tmp\props
11169    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portmap\patches\.svn\tmp\text-base
11170    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\.svn
11171    SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\files
```

```
11172  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\patches
11173  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\patches
11174  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\.svn\entries
11175  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\.svn\prop-base
11176  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\.svn\props
11177  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\.svn\text-base
11178  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\.svn\tmp
11179  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\.svn\prop-base\Makefile.svn-base
11180  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\.svn\text-base\Makefile.svn-base
11181  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\.svn\tmp\prop-base
11182  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\.svn\tmp\props
11183  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\.svn\tmp\text-base
11184  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\files\.svn
11185  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\files\portsentry.init
11186  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\files\.svn\entries
11187  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\files\.svn\prop-base
11188  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\files\.svn\props
11189  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\files\.svn\text-base
11190  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\files\.svn\tmp
11191  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\files\.svn\text-base\portsentry.init.
       svn-base
11192  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\files\.svn\tmp\prop-base
11193  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\files\.svn\tmp\props
11194  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\files\.svn\tmp\text-base
11195  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\patches\.svn
11196  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\patches\100-conf_location.patch
11197  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\patches\101-postsentry_c.patch
11198  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\patches\.svn\entries
11199  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\patches\.svn\prop-base
11200  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\patches\.svn\props
11201  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\patches\.svn\text-base
11202  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\patches\.svn\tmp
11203  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\patches\.svn\prop-base\100-conf_locat
       ion.patch.svn-base
11204  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\patches\.svn\prop-base\101-postsentry
       _c.patch.svn-base
11205  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\patches\.svn\text-base\100-conf_locat
       ion.patch.svn-base
11206  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\patches\.svn\text-base\101-postsentry
       _c.patch.svn-base
11207  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\patches\.svn\tmp\prop-base
11208  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\patches\.svn\tmp\props
11209  SDK.UBNT.v5.3\openwrt\feeds\packages\net\portsentry\patches\.svn\tmp\text-base
11210  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\.svn
11211  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\files
11212  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\Makefile
11213  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\patches
11214  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\.svn\entries
11215  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\.svn\prop-base
11216  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\.svn\props
11217  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\.svn\text-base
11218  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\.svn\tmp
11219  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\.svn\prop-base\Makefile.svn-base
11220  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\.svn\text-base\Makefile.svn-base
11221  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\.svn\tmp\prop-base
11222  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\.svn\tmp\props
11223  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\.svn\tmp\text-base
11224  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\files\.svn
11225  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\files\options.pptpd
11226  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\files\pptpd.conf
11227  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\files\pptpd.init
11228  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\files\.svn\entries
11229  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\files\.svn\prop-base
11230  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\files\.svn\props
11231  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\files\.svn\text-base
11232  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\files\.svn\tmp
11233  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\files\.svn\prop-base\options.pptpd.svn-bas
       e
11234  SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\files\.svn\prop-base\pptpd.conf.svn-base
```

```
11235   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\files\.svn\text-base\...vn-base
11236   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\files\.svn\text-base\options.pptpd.svn-bas
        e
11237   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\files\.svn\text-base\pptpd.conf.svn-base
11238   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\files\.svn\text-base\pptpd.init.svn-base
11239   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\files\.svn\tmp\prop-base
11240   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\files\.svn\tmp\props
11241   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\files\.svn\tmp\text-base
11242   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\patches\.svn
11243   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\patches\001-bad_pqueue_debug.patch
11244   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\patches\002-pptpgre_use_debug_option.patch
11245   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\patches\003-opt_flags.patch
11246   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\patches\.svn\entries
11247   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\patches\.svn\prop-base
11248   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\patches\.svn\props
11249   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\patches\.svn\text-base
11250   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\patches\.svn\tmp
11251   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\patches\.svn\prop-base\001-bad_pqueue_debu
        g.patch.svn-base
11252   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\patches\.svn\prop-base\002-pptpgre_use_deb
        ug_option.patch.svn-base
11253   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\patches\.svn\prop-base\003-opt_flags.patch
        .svn-base
11254   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\patches\.svn\text-base\001-bad_pqueue_debu
        g.patch.svn-base
11255   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\patches\.svn\text-base\002-pptpgre_use_deb
        ug_option.patch.svn-base
11256   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\patches\.svn\text-base\003-opt_flags.patch
        .svn-base
11257   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\patches\.svn\tmp\prop-base
11258   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\patches\.svn\tmp\props
11259   SDK.UBNT.v5.3\openwrt\feeds\packages\net\pptpd\patches\.svn\tmp\text-base
11260   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\.svn
11261   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\files
11262   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\Makefile
11263   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\patches
11264   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\.svn\entries
11265   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\.svn\prop-base
11266   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\.svn\props
11267   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\.svn\text-base
11268   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\.svn\tmp
11269   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\.svn\prop-base\Makefile.svn-base
11270   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\.svn\text-base\Makefile.svn-base
11271   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\.svn\tmp\prop-base
11272   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\.svn\tmp\props
11273   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\.svn\tmp\text-base
11274   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\files\.svn
11275   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\files\privoxy.config
11276   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\files\privoxy.init
11277   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\files\.svn\entries
11278   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\files\.svn\prop-base
11279   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\files\.svn\props
11280   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\files\.svn\text-base
11281   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\files\.svn\tmp
11282   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\files\.svn\prop-base\privoxy.config.svn-
        base
11283   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\files\.svn\prop-base\privoxy.init.svn-ba
        se
11284   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\files\.svn\text-base\privoxy.config.svn-
        base
11285   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\files\.svn\text-base\privoxy.init.svn-ba
        se
11286   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\files\.svn\tmp\prop-base
11287   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\files\.svn\tmp\props
11288   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\files\.svn\tmp\text-base
11289   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\patches\.svn
11290   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\patches\100-crosscompile.patch
11291   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\patches\101-destdir.patch
11292   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\patches\.svn\entries
```

```
11293   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\patches\.svn\props
11294   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\patches\.svn\text-base
11295   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\patches\.svn\tmp
11296   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\patches\.svn\prop-base\100-crosscompile.
        patch.svn-base
11297   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\patches\.svn\prop-base\101-destdir.patch
        .svn-base
11298   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\patches\.svn\text-base\100-crosscompile.
        patch.svn-base
11299   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\patches\.svn\text-base\101-destdir.patch
        .svn-base
11300   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\patches\.svn\tmp\prop-base
11301   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\patches\.svn\tmp\props
11302   SDK.UBNT.v5.3\openwrt\feeds\packages\net\privoxy\patches\.svn\tmp\text-base
11303   SDK.UBNT.v5.3\openwrt\feeds\packages\net\prosody\.svn
11304   SDK.UBNT.v5.3\openwrt\feeds\packages\net\prosody\Makefile
11305   SDK.UBNT.v5.3\openwrt\feeds\packages\net\prosody\patches
11306   SDK.UBNT.v5.3\openwrt\feeds\packages\net\prosody\.svn\entries
11307   SDK.UBNT.v5.3\openwrt\feeds\packages\net\prosody\.svn\prop-base
11308   SDK.UBNT.v5.3\openwrt\feeds\packages\net\prosody\.svn\props
11309   SDK.UBNT.v5.3\openwrt\feeds\packages\net\prosody\.svn\text-base
11310   SDK.UBNT.v5.3\openwrt\feeds\packages\net\prosody\.svn\tmp
11311   SDK.UBNT.v5.3\openwrt\feeds\packages\net\prosody\.svn\text-base\Makefile.svn-base
11312   SDK.UBNT.v5.3\openwrt\feeds\packages\net\prosody\.svn\tmp\prop-base
11313   SDK.UBNT.v5.3\openwrt\feeds\packages\net\prosody\.svn\tmp\props
11314   SDK.UBNT.v5.3\openwrt\feeds\packages\net\prosody\.svn\tmp\text-base
11315   SDK.UBNT.v5.3\openwrt\feeds\packages\net\prosody\patches\.svn
11316   SDK.UBNT.v5.3\openwrt\feeds\packages\net\prosody\patches\001-cross_compile.patch
11317   SDK.UBNT.v5.3\openwrt\feeds\packages\net\prosody\patches\.svn\entries
11318   SDK.UBNT.v5.3\openwrt\feeds\packages\net\prosody\patches\.svn\prop-base
11319   SDK.UBNT.v5.3\openwrt\feeds\packages\net\prosody\patches\.svn\props
11320   SDK.UBNT.v5.3\openwrt\feeds\packages\net\prosody\patches\.svn\text-base
11321   SDK.UBNT.v5.3\openwrt\feeds\packages\net\prosody\patches\.svn\tmp
11322   SDK.UBNT.v5.3\openwrt\feeds\packages\net\prosody\patches\.svn\text-base\001-cross_compile
        .patch.svn-base
11323   SDK.UBNT.v5.3\openwrt\feeds\packages\net\prosody\patches\.svn\tmp\prop-base
11324   SDK.UBNT.v5.3\openwrt\feeds\packages\net\prosody\patches\.svn\tmp\props
11325   SDK.UBNT.v5.3\openwrt\feeds\packages\net\prosody\patches\.svn\tmp\text-base
11326   SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\.svn
11327   SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\Makefile
11328   SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\patches
11329   SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\.svn\entries
11330   SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\.svn\prop-base
11331   SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\.svn\props
11332   SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\.svn\text-base
11333   SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\.svn\tmp
11334   SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\.svn\prop-base\Makefile.svn-base
11335   SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\.svn\text-base\Makefile.svn-base
11336   SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\.svn\tmp\prop-base
11337   SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\.svn\tmp\props
11338   SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\.svn\tmp\text-base
11339   SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\patches\.svn
11340   SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\patches\001-makefile.patch
11341   SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\patches\002-conf.patch
11342   SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\patches\003-psybnc.patch
11343   SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\patches\004-start_script.patch
11344   SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\patches\005-fix_endianess_detection.patch
11345   SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\patches\.svn\entries
11346   SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\patches\.svn\prop-base
11347   SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\patches\.svn\props
11348   SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\patches\.svn\text-base
11349   SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\patches\.svn\tmp
11350   SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\patches\.svn\prop-base\001-makefile.patch
        .svn-base
11351   SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\patches\.svn\prop-base\002-conf.patch.svn
        -base
11352   SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\patches\.svn\prop-base\003-psybnc.patch.s
        vn-base
```

```
11354    SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\patches\.svn\text-base\004-start_script.p
         atch.svn-base
11355    SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\patches\.svn\text-base\001-makefile.patch
         .svn-base
11356    SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\patches\.svn\text-base\002-conf.patch.svn
         -base
11357    SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\patches\.svn\text-base\003-psybnc.patch.s
         vn-base
11358    SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\patches\.svn\text-base\004-start_script.p
         atch.svn-base
11359    SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\patches\.svn\text-base\005-fix_endianess_
         detection.patch.svn-base
11360    SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\patches\.svn\tmp\prop-base
11361    SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\patches\.svn\tmp\props
11362    SDK.UBNT.v5.3\openwrt\feeds\packages\net\psybnc\patches\.svn\tmp\text-base
11363    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ptunnel\.svn
11364    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ptunnel\files
11365    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ptunnel\Makefile
11366    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ptunnel\.svn\entries
11367    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ptunnel\.svn\prop-base
11368    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ptunnel\.svn\props
11369    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ptunnel\.svn\text-base
11370    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ptunnel\.svn\tmp
11371    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ptunnel\.svn\prop-base\Makefile.svn-base
11372    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ptunnel\.svn\text-base\Makefile.svn-base
11373    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ptunnel\.svn\tmp\prop-base
11374    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ptunnel\.svn\tmp\props
11375    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ptunnel\.svn\tmp\text-base
11376    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ptunnel\files\.svn
11377    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ptunnel\files\ptunnel.conf
11378    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ptunnel\files\ptunnel.init
11379    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ptunnel\files\.svn\entries
11380    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ptunnel\files\.svn\prop-base
11381    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ptunnel\files\.svn\props
11382    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ptunnel\files\.svn\text-base
11383    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ptunnel\files\.svn\tmp
11384    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ptunnel\files\.svn\text-base\ptunnel.conf.svn-ba
         se
11385    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ptunnel\files\.svn\text-base\ptunnel.init.svn-ba
         se
11386    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ptunnel\files\.svn\tmp\prop-base
11387    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ptunnel\files\.svn\tmp\props
11388    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ptunnel\files\.svn\tmp\text-base
11389    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\.svn
11390    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\files
11391    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\Makefile
11392    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\patches
11393    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\.svn\entries
11394    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\.svn\prop-base
11395    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\.svn\props
11396    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\.svn\text-base
11397    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\.svn\tmp
11398    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\.svn\prop-base\Makefile.svn-base
11399    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\.svn\text-base\Makefile.svn-base
11400    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\.svn\tmp\prop-base
11401    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\.svn\tmp\props
11402    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\.svn\tmp\text-base
11403    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\files\.svn
11404    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\files\pure-ftpd.config
11405    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\files\pure-ftpd.init
11406    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\files\.svn\entries
11407    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\files\.svn\prop-base
11408    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\files\.svn\props
11409    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\files\.svn\text-base
11410    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\files\.svn\tmp
11411    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\files\.svn\prop-base\pure-ftpd.init.sv
         n-base
11412    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\files\.svn\text-base\pure-ftpd.config.
         svn-base
```

```
11413    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\files\.svn\tmp\text-base\quagga.init.sv
         n-base
11414    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\files\.svn\tmp\prop-base
11415    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\files\.svn\tmp\props
11416    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\files\.svn\tmp\text-base
11417    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\patches\.svn
11418    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\patches\001-cross_compile.patch
11419    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\patches\.svn\entries
11420    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\patches\.svn\prop-base
11421    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\patches\.svn\props
11422    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\patches\.svn\text-base
11423    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\patches\.svn\tmp
11424    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\patches\.svn\prop-base\001-cross_compi
         le.patch.svn-base
11425    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\patches\.svn\text-base\001-cross_compi
         le.patch.svn-base
11426    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\patches\.svn\tmp\prop-base
11427    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\patches\.svn\tmp\props
11428    SDK.UBNT.v5.3\openwrt\feeds\packages\net\pure-ftpd\patches\.svn\tmp\text-base
11429    SDK.UBNT.v5.3\openwrt\feeds\packages\net\qolyester\.svn
11430    SDK.UBNT.v5.3\openwrt\feeds\packages\net\qolyester\Makefile
11431    SDK.UBNT.v5.3\openwrt\feeds\packages\net\qolyester\.svn\entries
11432    SDK.UBNT.v5.3\openwrt\feeds\packages\net\qolyester\.svn\prop-base
11433    SDK.UBNT.v5.3\openwrt\feeds\packages\net\qolyester\.svn\props
11434    SDK.UBNT.v5.3\openwrt\feeds\packages\net\qolyester\.svn\text-base
11435    SDK.UBNT.v5.3\openwrt\feeds\packages\net\qolyester\.svn\tmp
11436    SDK.UBNT.v5.3\openwrt\feeds\packages\net\qolyester\.svn\text-base\Makefile.svn-base
11437    SDK.UBNT.v5.3\openwrt\feeds\packages\net\qolyester\.svn\tmp\prop-base
11438    SDK.UBNT.v5.3\openwrt\feeds\packages\net\qolyester\.svn\tmp\props
11439    SDK.UBNT.v5.3\openwrt\feeds\packages\net\qolyester\.svn\tmp\text-base
11440    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\.svn
11441    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\files
11442    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\Makefile
11443    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\patches
11444    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\.svn\entries
11445    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\.svn\prop-base
11446    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\.svn\props
11447    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\.svn\text-base
11448    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\.svn\tmp
11449    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\.svn\prop-base\Makefile.svn-base
11450    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\.svn\text-base\Makefile.svn-base
11451    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\.svn\tmp\prop-base
11452    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\.svn\tmp\props
11453    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\.svn\tmp\text-base
11454    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\files\.svn
11455    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\files\quagga
11456    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\files\quagga.init
11457    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\files\.svn\entries
11458    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\files\.svn\prop-base
11459    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\files\.svn\props
11460    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\files\.svn\text-base
11461    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\files\.svn\tmp
11462    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\files\.svn\prop-base\quagga.init.svn-base
11463    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\files\.svn\prop-base\quagga.svn-base
11464    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\files\.svn\text-base\quagga.init.svn-base
11465    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\files\.svn\text-base\quagga.svn-base
11466    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\files\.svn\tmp\prop-base
11467    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\files\.svn\tmp\props
11468    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\files\.svn\tmp\text-base
11469    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\patches\.svn
11470    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\patches\001-quagga_cross.patch
11471    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\patches\001-quagga_readline.patch
11472    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\patches\002-quagga_olsr.patch
11473    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\patches\100-confederation.patch
11474    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\patches\120-confed_errorhandle.patch
11475    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\patches\.svn\entries
11476    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\patches\.svn\prop-base
11477    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\patches\.svn\props
11478    SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\patches\.svn\text-base
```

```
11479   SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\patches\.svn\prop-base\001-quagga_cross.p
        atch.svn-base
11480   SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\patches\.svn\prop-base\001-quagga_readlin
        e.patch.svn-base
11481   SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\patches\.svn\text-base\001-quagga_cross.p
        atch.svn-base
11482   SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\patches\.svn\text-base\001-quagga_readlin
        e.patch.svn-base
11483   SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\patches\.svn\text-base\002-quagga_olsr.pa
        tch.svn-base
11484   SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\patches\.svn\text-base\100-confederation.
        patch.svn-base
11485   SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\patches\.svn\text-base\120-confed_errorha
        ndle.patch.svn-base
11486   SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\patches\.svn\tmp\prop-base
11487   SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\patches\.svn\tmp\props
11488   SDK.UBNT.v5.3\openwrt\feeds\packages\net\quagga\patches\.svn\tmp\text-base
11489   SDK.UBNT.v5.3\openwrt\feeds\packages\net\raddump\.svn
11490   SDK.UBNT.v5.3\openwrt\feeds\packages\net\raddump\Makefile
11491   SDK.UBNT.v5.3\openwrt\feeds\packages\net\raddump\.svn\entries
11492   SDK.UBNT.v5.3\openwrt\feeds\packages\net\raddump\.svn\prop-base
11493   SDK.UBNT.v5.3\openwrt\feeds\packages\net\raddump\.svn\props
11494   SDK.UBNT.v5.3\openwrt\feeds\packages\net\raddump\.svn\text-base
11495   SDK.UBNT.v5.3\openwrt\feeds\packages\net\raddump\.svn\tmp
11496   SDK.UBNT.v5.3\openwrt\feeds\packages\net\raddump\.svn\prop-base\Makefile.svn-base
11497   SDK.UBNT.v5.3\openwrt\feeds\packages\net\raddump\.svn\text-base\Makefile.svn-base
11498   SDK.UBNT.v5.3\openwrt\feeds\packages\net\raddump\.svn\tmp\prop-base
11499   SDK.UBNT.v5.3\openwrt\feeds\packages\net\raddump\.svn\tmp\props
11500   SDK.UBNT.v5.3\openwrt\feeds\packages\net\raddump\.svn\tmp\text-base
11501   SDK.UBNT.v5.3\openwrt\feeds\packages\net\radsecproxy\.svn
11502   SDK.UBNT.v5.3\openwrt\feeds\packages\net\radsecproxy\files
11503   SDK.UBNT.v5.3\openwrt\feeds\packages\net\radsecproxy\Makefile
11504   SDK.UBNT.v5.3\openwrt\feeds\packages\net\radsecproxy\.svn\entries
11505   SDK.UBNT.v5.3\openwrt\feeds\packages\net\radsecproxy\.svn\prop-base
11506   SDK.UBNT.v5.3\openwrt\feeds\packages\net\radsecproxy\.svn\props
11507   SDK.UBNT.v5.3\openwrt\feeds\packages\net\radsecproxy\.svn\text-base
11508   SDK.UBNT.v5.3\openwrt\feeds\packages\net\radsecproxy\.svn\tmp
11509   SDK.UBNT.v5.3\openwrt\feeds\packages\net\radsecproxy\.svn\text-base\Makefile.svn-base
11510   SDK.UBNT.v5.3\openwrt\feeds\packages\net\radsecproxy\.svn\tmp\prop-base
11511   SDK.UBNT.v5.3\openwrt\feeds\packages\net\radsecproxy\.svn\tmp\props
11512   SDK.UBNT.v5.3\openwrt\feeds\packages\net\radsecproxy\.svn\tmp\text-base
11513   SDK.UBNT.v5.3\openwrt\feeds\packages\net\radsecproxy\files\.svn
11514   SDK.UBNT.v5.3\openwrt\feeds\packages\net\radsecproxy\files\radsecproxy.init
11515   SDK.UBNT.v5.3\openwrt\feeds\packages\net\radsecproxy\files\.svn\entries
11516   SDK.UBNT.v5.3\openwrt\feeds\packages\net\radsecproxy\files\.svn\prop-base
11517   SDK.UBNT.v5.3\openwrt\feeds\packages\net\radsecproxy\files\.svn\props
11518   SDK.UBNT.v5.3\openwrt\feeds\packages\net\radsecproxy\files\.svn\text-base
11519   SDK.UBNT.v5.3\openwrt\feeds\packages\net\radsecproxy\files\.svn\tmp
11520   SDK.UBNT.v5.3\openwrt\feeds\packages\net\radsecproxy\files\.svn\text-base\radsecproxy.ini
        t.svn-base
11521   SDK.UBNT.v5.3\openwrt\feeds\packages\net\radsecproxy\files\.svn\tmp\prop-base
11522   SDK.UBNT.v5.3\openwrt\feeds\packages\net\radsecproxy\files\.svn\tmp\props
11523   SDK.UBNT.v5.3\openwrt\feeds\packages\net\radsecproxy\files\.svn\tmp\text-base
11524   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rarpd\.svn
11525   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rarpd\files
11526   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rarpd\Makefile
11527   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rarpd\.svn\entries
11528   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rarpd\.svn\prop-base
11529   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rarpd\.svn\props
11530   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rarpd\.svn\text-base
11531   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rarpd\.svn\tmp
11532   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rarpd\.svn\prop-base\Makefile.svn-base
11533   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rarpd\.svn\text-base\Makefile.svn-base
11534   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rarpd\.svn\tmp\prop-base
11535   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rarpd\.svn\tmp\props
11536   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rarpd\.svn\tmp\text-base
11537   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rarpd\files\.svn
11538   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rarpd\files\rarpd.default
```

```
11540  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rarpd\files\.svn
11541  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rarpd\files\.svn\entries
11542  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rarpd\files\.svn\prop-base
11543  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rarpd\files\.svn\props
11544  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rarpd\files\.svn\text-base
11545  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rarpd\files\.svn\tmp
11546  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rarpd\files\.svn\prop-base\rarpd.default.svn-bas
       e
11547  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rarpd\files\.svn\prop-base\rarpd.init.svn-base
11548  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rarpd\files\.svn\text-base\rarpd.default.svn-bas
       e
11549  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rarpd\files\.svn\text-base\rarpd.init.svn-base
11550  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rarpd\files\.svn\tmp\prop-base
11551  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rarpd\files\.svn\tmp\props
11552  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rarpd\files\.svn\tmp\text-base
11553  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\.svn
11554  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\files
11555  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\Makefile
11556  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\patches
11557  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\.svn\entries
11558  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\.svn\prop-base
11559  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\.svn\props
11560  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\.svn\text-base
11561  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\.svn\tmp
11562  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\.svn\prop-base\Makefile.svn-base
11563  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\.svn\text-base\Makefile.svn-base
11564  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\.svn\tmp\prop-base
11565  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\.svn\tmp\props
11566  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\.svn\tmp\text-base
11567  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\files\.svn
11568  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\files\reaim.init
11569  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\files\.svn\entries
11570  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\files\.svn\prop-base
11571  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\files\.svn\props
11572  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\files\.svn\text-base
11573  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\files\.svn\tmp
11574  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\files\.svn\prop-base\reaim.init.svn-base
11575  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\files\.svn\text-base\reaim.init.svn-base
11576  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\files\.svn\tmp\prop-base
11577  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\files\.svn\tmp\props
11578  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\files\.svn\tmp\text-base
11579  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\patches\.svn
11580  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\patches\501-cross_compile-install.patch
11581  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\patches\.svn\entries
11582  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\patches\.svn\prop-base
11583  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\patches\.svn\props
11584  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\patches\.svn\text-base
11585  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\patches\.svn\tmp
11586  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\patches\.svn\prop-base\501-cross_compile-i
       nstall.patch.svn-base
11587  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\patches\.svn\text-base\501-cross_compile-i
       nstall.patch.svn-base
11588  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\patches\.svn\tmp\prop-base
11589  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\patches\.svn\tmp\props
11590  SDK.UBNT.v5.3\openwrt\feeds\packages\net\reaim\patches\.svn\tmp\text-base
11591  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\.svn
11592  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\files
11593  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\Makefile
11594  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\patches
11595  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\.svn\entries
11596  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\.svn\prop-base
11597  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\.svn\props
11598  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\.svn\text-base
11599  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\.svn\tmp
11600  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\.svn\prop-base\Makefile.svn-base
11601  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\.svn\text-base\Makefile.svn-base
11602  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\.svn\tmp\prop-base
11603  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\.svn\tmp\props
11604  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\.svn\tmp\text-base
```

```
11605   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\files\rp-l2tpd.init
11606   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\files\rp-l2tpd.init
11607   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\files\.svn\entries
11608   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\files\.svn\prop-base
11609   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\files\.svn\props
11610   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\files\.svn\text-base
11611   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\files\.svn\tmp
11612   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\files\.svn\prop-base\rp-l2tpd.init.svn-b
        ase
11613   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\files\.svn\text-base\rp-l2tpd.init.svn-b
        ase
11614   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\files\.svn\tmp\prop-base
11615   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\files\.svn\tmp\props
11616   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\files\.svn\tmp\text-base
11617   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\patches\.svn
11618   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\patches\001-cross.patch
11619   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\patches\.svn\entries
11620   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\patches\.svn\prop-base
11621   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\patches\.svn\props
11622   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\patches\.svn\text-base
11623   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\patches\.svn\tmp
11624   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\patches\.svn\prop-base\001-cross.patch.s
        vn-base
11625   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\patches\.svn\text-base\001-cross.patch.s
        vn-base
11626   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\patches\.svn\tmp\prop-base
11627   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\patches\.svn\tmp\props
11628   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-l2tp\patches\.svn\tmp\text-base
11629   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\.svn
11630   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\files
11631   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\Makefile
11632   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\patches
11633   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\.svn\entries
11634   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\.svn\prop-base
11635   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\.svn\props
11636   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\.svn\text-base
11637   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\.svn\tmp
11638   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\.svn\prop-base\Makefile.svn-base
11639   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\.svn\text-base\Makefile.svn-base
11640   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\.svn\tmp\prop-base
11641   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\.svn\tmp\props
11642   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\.svn\tmp\text-base
11643   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\files\.svn
11644   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\files\pppoe-client.init
11645   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\files\pppoe-relay.default
11646   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\files\pppoe-relay.init
11647   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\files\pppoe-server.default
11648   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\files\pppoe-server.init
11649   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\files\.svn\entries
11650   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\files\.svn\prop-base
11651   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\files\.svn\props
11652   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\files\.svn\text-base
11653   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\files\.svn\tmp
11654   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\files\.svn\prop-base\pppoe-client.init.
        svn-base
11655   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\files\.svn\prop-base\pppoe-relay.defaul
        t.svn-base
11656   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\files\.svn\prop-base\pppoe-relay.init.s
        vn-base
11657   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\files\.svn\prop-base\pppoe-server.defau
        lt.svn-base
11658   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\files\.svn\prop-base\pppoe-server.init.
        svn-base
11659   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\files\.svn\text-base\pppoe-client.init.
        svn-base
11660   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\files\.svn\text-base\pppoe-relay.defaul
        t.svn-base
11661   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\files\.svn\text-base\pppoe-relay.init.s
        vn-base
```

```
11662   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\files\.svn\text-base\pppoe-server.defau
        lt.svn-base
11663   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\files\.svn\text-base\pppoe-server.init.
        svn-base
11664   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\files\.svn\tmp\prop-base
11665   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\files\.svn\tmp\props
11666   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\files\.svn\tmp\text-base
11667   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\patches\.svn
11668   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\patches\100-configure.patch
11669   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\patches\.svn\entries
11670   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\patches\.svn\prop-base
11671   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\patches\.svn\props
11672   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\patches\.svn\text-base
11673   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\patches\.svn\tmp
11674   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\patches\.svn\prop-base\100-configure.pa
        tch.svn-base
11675   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\patches\.svn\text-base\100-configure.pa
        tch.svn-base
11676   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\patches\.svn\tmp\prop-base
11677   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\patches\.svn\tmp\props
11678   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rp-pppoe\patches\.svn\tmp\text-base
11679   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\.svn
11680   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\Makefile
11681   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\patches
11682   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\.svn\entries
11683   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\.svn\prop-base
11684   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\.svn\props
11685   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\.svn\text-base
11686   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\.svn\tmp
11687   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\.svn\prop-base\Makefile.svn-base
11688   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\.svn\text-base\Makefile.svn-base
11689   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\.svn\tmp\prop-base
11690   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\.svn\tmp\props
11691   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\.svn\tmp\text-base
11692   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\patches\.svn
11693   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\patches\001-shell.patch
11694   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\patches\002-no_sslv2.patch
11695   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\patches\003-honour_copts.patch
11696   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\patches\.svn\entries
11697   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\patches\.svn\prop-base
11698   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\patches\.svn\props
11699   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\patches\.svn\text-base
11700   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\patches\.svn\tmp
11701   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\patches\.svn\prop-base\001-shell.patch.svn-b
        ase
11702   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\patches\.svn\prop-base\002-no_sslv2.patch.sv
        n-base
11703   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\patches\.svn\text-base\001-shell.patch.svn-b
        ase
11704   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\patches\.svn\text-base\002-no_sslv2.patch.sv
        n-base
11705   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\patches\.svn\text-base\003-honour_copts.patc
        h.svn-base
11706   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\patches\.svn\tmp\prop-base
11707   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\patches\.svn\tmp\props
11708   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rrs\patches\.svn\tmp\text-base
11709   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rssh\.svn
11710   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rssh\Makefile
11711   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rssh\.svn\entries
11712   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rssh\.svn\prop-base
11713   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rssh\.svn\props
11714   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rssh\.svn\text-base
11715   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rssh\.svn\tmp
11716   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rssh\.svn\prop-base\Makefile.svn-base
11717   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rssh\.svn\text-base\Makefile.svn-base
11718   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rssh\.svn\tmp\prop-base
11719   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rssh\.svn\tmp\props
11720   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rssh\.svn\tmp\text-base
11721   SDK.UBNT.v5.3\openwrt\feeds\packages\net\rsync\.svn
```

```
11722  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rsync\.svn\entries
11723  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rsync\.svn\prop-base
11724  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rsync\.svn\props
11725  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rsync\.svn\text-base
11726  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rsync\.svn\tmp
11727  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rsync\.svn\text-base\Makefile.svn-base
11728  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rsync\.svn\tmp\prop-base
11729  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rsync\.svn\tmp\props
11730  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rsync\.svn\tmp\text-base
11731  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rtorrent\.svn
11732  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rtorrent\Makefile
11733  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rtorrent\patches
11734  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rtorrent\.svn\entries
11735  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rtorrent\.svn\prop-base
11736  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rtorrent\.svn\props
11737  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rtorrent\.svn\text-base
11738  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rtorrent\.svn\tmp
11739  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rtorrent\.svn\prop-base\Makefile.svn-base
11740  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rtorrent\.svn\text-base\Makefile.svn-base
11741  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rtorrent\.svn\tmp\prop-base
11742  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rtorrent\.svn\tmp\props
11743  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rtorrent\.svn\tmp\text-base
11744  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rtorrent\patches\.svn
11745  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rtorrent\patches\001-configure.patch
11746  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rtorrent\patches\901-upstream_rt_triple.patch
11747  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rtorrent\patches\.svn\entries
11748  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rtorrent\patches\.svn\prop-base
11749  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rtorrent\patches\.svn\props
11750  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rtorrent\patches\.svn\text-base
11751  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rtorrent\patches\.svn\tmp
11752  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rtorrent\patches\.svn\prop-base\001-configure.pa
       tch.svn-base
11753  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rtorrent\patches\.svn\text-base\001-configure.pa
       tch.svn-base
11754  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rtorrent\patches\.svn\text-base\901-upstream_rt_
       triple.patch.svn-base
11755  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rtorrent\patches\.svn\tmp\prop-base
11756  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rtorrent\patches\.svn\tmp\props
11757  SDK.UBNT.v5.3\openwrt\feeds\packages\net\rtorrent\patches\.svn\tmp\text-base
11758  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\.svn
11759  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\files
11760  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\Makefile
11761  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches
11762  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\.svn\entries
11763  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\.svn\prop-base
11764  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\.svn\props
11765  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\.svn\text-base
11766  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\.svn\tmp
11767  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\.svn\prop-base\Makefile.svn-base
11768  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\.svn\text-base\Makefile.svn-base
11769  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\.svn\tmp\prop-base
11770  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\.svn\tmp\props
11771  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\.svn\tmp\text-base
11772  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\files\.svn
11773  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\files\samba.init
11774  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\files\smb.conf
11775  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\files\smbd.config
11776  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\files\.svn\entries
11777  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\files\.svn\prop-base
11778  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\files\.svn\props
11779  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\files\.svn\text-base
11780  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\files\.svn\tmp
11781  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\files\.svn\prop-base\samba.init.svn-base
11782  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\files\.svn\prop-base\smb.conf.svn-base
11783  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\files\.svn\prop-base\smbd.config.svn-base
11784  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\files\.svn\text-base\samba.init.svn-base
11785  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\files\.svn\text-base\smb.conf.svn-base
11786  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\files\.svn\text-base\smbd.config.svn-base
```

```
11788  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\files\.svn\tmp\props
11789  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\files\.svn\tmp\props
11790  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\files\.svn\tmp\text-base
11791  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\.svn
11792  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\100-samba.patch
11793  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\101-codepages.patch
11794  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\102-cp1251.patch
11795  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\200-security.patch
11796  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\250-writex.patch
11797  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\300-shared_lib_ldflags_fix.patch
11798  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\301-config_files_path.patch
11799  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\400-enhanced_attributes.patch
11800  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\.svn\entries
11801  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\.svn\prop-base
11802  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\.svn\props
11803  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\.svn\text-base
11804  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\.svn\tmp
11805  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\.svn\prop-base\100-samba.patch.svn
       -base
11806  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\.svn\prop-base\200-security.patch.
       svn-base
11807  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\.svn\prop-base\250-writex.patch.sv
       n-base
11808  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\.svn\prop-base\300-shared_lib_ldfl
       ags_fix.patch.svn-base
11809  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\.svn\prop-base\301-config_files_pa
       th.patch.svn-base
11810  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\.svn\prop-base\400-enhanced_attrib
       utes.patch.svn-base
11811  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\.svn\text-base\100-samba.patch.svn
       -base
11812  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\.svn\text-base\101-codepages.patch
       .svn-base
11813  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\.svn\text-base\102-cp1251.patch.sv
       n-base
11814  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\.svn\text-base\200-security.patch.
       svn-base
11815  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\.svn\text-base\250-writex.patch.sv
       n-base
11816  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\.svn\text-base\300-shared_lib_ldfl
       ags_fix.patch.svn-base
11817  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\.svn\text-base\301-config_files_pa
       th.patch.svn-base
11818  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\.svn\text-base\400-enhanced_attrib
       utes.patch.svn-base
11819  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\.svn\tmp\prop-base
11820  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\.svn\tmp\props
11821  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba\patches\.svn\tmp\text-base
11822  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\.svn
11823  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\Config.in
11824  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\files
11825  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\Makefile
11826  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\patches
11827  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\.svn\entries
11828  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\.svn\prop-base
11829  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\.svn\props
11830  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\.svn\text-base
11831  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\.svn\tmp
11832  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\.svn\text-base\Config.in.svn-base
11833  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\.svn\text-base\Makefile.svn-base
11834  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\.svn\tmp\prop-base
11835  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\.svn\tmp\props
11836  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\.svn\tmp\text-base
11837  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\files\.svn
11838  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\files\config-lfs.h
11839  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\files\samba.config
11840  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\files\samba.init
11841  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\files\smb.conf.template
11842  SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\files\.svn\entries
```

```
11843    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\files\.svn
11844    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\files\.svn\props
11845    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\files\.svn\text-base
11846    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\files\.svn\tmp
11847    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\files\.svn\prop-base\samba.init.svn-base
11848    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\files\.svn\text-base\config-lfs.h.svn-base
11849    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\files\.svn\text-base\samba.config.svn-base
11850    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\files\.svn\text-base\samba.init.svn-base
11851    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\files\.svn\text-base\smb.conf.template.svn-base
11852    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\files\.svn\tmp\prop-base
11853    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\files\.svn\tmp\props
11854    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\files\.svn\tmp\text-base
11855    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\patches\.svn
11856    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\patches\100-avm.patch
11857    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\patches\110-compile_fixes.patch
11858    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\patches\120-owrt_paths.patch
11859    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\patches\130-owrt_smbpasswd.patch
11860    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\patches\140-no_mmap.patch
11861    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\patches\150-fix_ls.patch
11862    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\patches\160-fix_log.patch
11863    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\patches\.svn\entries
11864    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\patches\.svn\prop-base
11865    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\patches\.svn\props
11866    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\patches\.svn\text-base
11867    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\patches\.svn\tmp
11868    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\patches\.svn\text-base\100-avm.patch.svn-base
11869    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\patches\.svn\text-base\110-compile_fixes.patch.svn-base
11870    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\patches\.svn\text-base\120-owrt_paths.patch.svn-base
11871    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\patches\.svn\text-base\130-owrt_smbpasswd.patch.svn-base
11872    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\patches\.svn\text-base\140-no_mmap.patch.svn-base
11873    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\patches\.svn\text-base\150-fix_ls.patch.svn-base
11874    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\patches\.svn\text-base\160-fix_log.patch.svn-base
11875    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\patches\.svn\tmp\prop-base
11876    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\patches\.svn\tmp\props
11877    SDK.UBNT.v5.3\openwrt\feeds\packages\net\samba3\patches\.svn\tmp\text-base
11878    SDK.UBNT.v5.3\openwrt\feeds\packages\net\scanlogd\.svn
11879    SDK.UBNT.v5.3\openwrt\feeds\packages\net\scanlogd\files
11880    SDK.UBNT.v5.3\openwrt\feeds\packages\net\scanlogd\Makefile
11881    SDK.UBNT.v5.3\openwrt\feeds\packages\net\scanlogd\.svn\entries
11882    SDK.UBNT.v5.3\openwrt\feeds\packages\net\scanlogd\.svn\prop-base
11883    SDK.UBNT.v5.3\openwrt\feeds\packages\net\scanlogd\.svn\props
11884    SDK.UBNT.v5.3\openwrt\feeds\packages\net\scanlogd\.svn\text-base
11885    SDK.UBNT.v5.3\openwrt\feeds\packages\net\scanlogd\.svn\tmp
11886    SDK.UBNT.v5.3\openwrt\feeds\packages\net\scanlogd\.svn\prop-base\Makefile.svn-base
11887    SDK.UBNT.v5.3\openwrt\feeds\packages\net\scanlogd\.svn\text-base\Makefile.svn-base
11888    SDK.UBNT.v5.3\openwrt\feeds\packages\net\scanlogd\.svn\tmp\prop-base
11889    SDK.UBNT.v5.3\openwrt\feeds\packages\net\scanlogd\.svn\tmp\props
11890    SDK.UBNT.v5.3\openwrt\feeds\packages\net\scanlogd\.svn\tmp\text-base
11891    SDK.UBNT.v5.3\openwrt\feeds\packages\net\scanlogd\files\.svn
11892    SDK.UBNT.v5.3\openwrt\feeds\packages\net\scanlogd\files\scanlogd.init
11893    SDK.UBNT.v5.3\openwrt\feeds\packages\net\scanlogd\files\.svn\entries
11894    SDK.UBNT.v5.3\openwrt\feeds\packages\net\scanlogd\files\.svn\prop-base
11895    SDK.UBNT.v5.3\openwrt\feeds\packages\net\scanlogd\files\.svn\props
11896    SDK.UBNT.v5.3\openwrt\feeds\packages\net\scanlogd\files\.svn\text-base
11897    SDK.UBNT.v5.3\openwrt\feeds\packages\net\scanlogd\files\.svn\tmp
11898    SDK.UBNT.v5.3\openwrt\feeds\packages\net\scanlogd\files\.svn\prop-base\scanlogd.init.svn-base
11899    SDK.UBNT.v5.3\openwrt\feeds\packages\net\scanlogd\files\.svn\text-base\scanlogd.init.svn-base
```

```
11900   SDK.UBNT.v5.3\openwrt\feeds\packages\net\scanlogd\files\.svn\tmp\props
11901   SDK.UBNT.v5.3\openwrt\feeds\packages\net\scanlogd\files\.svn\tmp\props
11902   SDK.UBNT.v5.3\openwrt\feeds\packages\net\scanlogd\files\.svn\tmp\text-base
11903   SDK.UBNT.v5.3\openwrt\feeds\packages\net\scdp\.svn
11904   SDK.UBNT.v5.3\openwrt\feeds\packages\net\scdp\Makefile
11905   SDK.UBNT.v5.3\openwrt\feeds\packages\net\scdp\.svn\entries
11906   SDK.UBNT.v5.3\openwrt\feeds\packages\net\scdp\.svn\prop-base
11907   SDK.UBNT.v5.3\openwrt\feeds\packages\net\scdp\.svn\props
11908   SDK.UBNT.v5.3\openwrt\feeds\packages\net\scdp\.svn\text-base
11909   SDK.UBNT.v5.3\openwrt\feeds\packages\net\scdp\.svn\tmp
11910   SDK.UBNT.v5.3\openwrt\feeds\packages\net\scdp\.svn\prop-base\Makefile.svn-base
11911   SDK.UBNT.v5.3\openwrt\feeds\packages\net\scdp\.svn\text-base\Makefile.svn-base
11912   SDK.UBNT.v5.3\openwrt\feeds\packages\net\scdp\.svn\tmp\prop-base
11913   SDK.UBNT.v5.3\openwrt\feeds\packages\net\scdp\.svn\tmp\props
11914   SDK.UBNT.v5.3\openwrt\feeds\packages\net\scdp\.svn\tmp\text-base
11915   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ser2net\.svn
11916   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ser2net\Makefile
11917   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ser2net\.svn\entries
11918   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ser2net\.svn\prop-base
11919   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ser2net\.svn\props
11920   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ser2net\.svn\text-base
11921   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ser2net\.svn\tmp
11922   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ser2net\.svn\prop-base\Makefile.svn-base
11923   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ser2net\.svn\text-base\Makefile.svn-base
11924   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ser2net\.svn\tmp\prop-base
11925   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ser2net\.svn\tmp\props
11926   SDK.UBNT.v5.3\openwrt\feeds\packages\net\ser2net\.svn\tmp\text-base
11927   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shat\.svn
11928   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shat\Makefile
11929   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shat\.svn\entries
11930   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shat\.svn\prop-base
11931   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shat\.svn\props
11932   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shat\.svn\text-base
11933   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shat\.svn\tmp
11934   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shat\.svn\prop-base\Makefile.svn-base
11935   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shat\.svn\text-base\Makefile.svn-base
11936   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shat\.svn\tmp\prop-base
11937   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shat\.svn\tmp\props
11938   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shat\.svn\tmp\text-base
11939   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\.svn
11940   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\Makefile
11941   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches
11942   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\.svn\entries
11943   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\.svn\prop-base
11944   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\.svn\props
11945   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\.svn\text-base
11946   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\.svn\tmp
11947   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\.svn\prop-base\Makefile.svn-base
11948   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\.svn\text-base\Makefile.svn-base
11949   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\.svn\tmp\prop-base
11950   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\.svn\tmp\props
11951   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\.svn\tmp\text-base
11952   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches\.svn
11953   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches\100-kmod_build.patch
11954   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches\101-shfs_0.35_2.6.18_dentry.patch
11955   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches\102-shfs_0.35_clean_inode_clear.pat
        ch
11956   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches\103-shfs_0.35_gcc4.patch
11957   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches\104-shfs_0.35_inode_and_fs.patch
11958   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches\105-space_chars.patch
11959   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches\106-uidgid32.patch
11960   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches\107-df.patch
11961   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches\108-no_update_mtab.patch
11962   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches\109-linux_2.6.22.patch
11963   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches\.svn\entries
11964   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches\.svn\prop-base
11965   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches\.svn\props
11966   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches\.svn\text-base
11967   SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches\.svn\tmp
```

```
11968    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches\.svn\text-base\100-build.patch
         .svn-base
11969    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches\.svn\text-base\101-shfs_0.35_2.6.18
         _dentry.patch.svn-base
11970    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches\.svn\text-base\102-shfs_0.35_clean_
         inode_clear.patch.svn-base
11971    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches\.svn\text-base\103-shfs_0.35_gcc4.p
         atch.svn-base
11972    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches\.svn\text-base\104-shfs_0.35_inode_
         and_fs.patch.svn-base
11973    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches\.svn\text-base\105-space_chars.patc
         h.svn-base
11974    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches\.svn\text-base\106-uidgid32.patch.s
         vn-base
11975    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches\.svn\text-base\107-df.patch.svn-bas
         e
11976    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches\.svn\text-base\108-no_update_mtab.p
         atch.svn-base
11977    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches\.svn\text-base\109-linux_2.6.22.pat
         ch.svn-base
11978    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches\.svn\tmp\prop-base
11979    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches\.svn\tmp\props
11980    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shfs\patches\.svn\tmp\text-base
11981    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-common\.svn
11982    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-common\files
11983    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-common\Makefile
11984    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-common\.svn\entries
11985    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-common\.svn\prop-base
11986    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-common\.svn\props
11987    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-common\.svn\text-base
11988    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-common\.svn\tmp
11989    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-common\.svn\text-base\Makefile.svn-bas
         e
11990    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-common\.svn\tmp\prop-base
11991    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-common\.svn\tmp\props
11992    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-common\.svn\tmp\text-base
11993    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-common\files\.svn
11994    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-common\files\hostname
11995    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-common\files\shorewall.init
11996    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-common\files\.svn\entries
11997    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-common\files\.svn\prop-base
11998    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-common\files\.svn\props
11999    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-common\files\.svn\text-base
12000    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-common\files\.svn\tmp
12001    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-common\files\.svn\text-base\hostname.s
         vn-base
12002    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-common\files\.svn\text-base\shorewall.
         init.svn-base
12003    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-common\files\.svn\tmp\prop-base
12004    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-common\files\.svn\tmp\props
12005    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-common\files\.svn\tmp\text-base
12006    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\.svn
12007    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\files
12008    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\Makefile
12009    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\patches
12010    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\.svn\entries
12011    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\.svn\prop-base
12012    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\.svn\props
12013    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\.svn\text-base
12014    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\.svn\tmp
12015    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\.svn\text-base\Makefile.svn-base
12016    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\.svn\tmp\prop-base
12017    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\.svn\tmp\props
12018    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\.svn\tmp\text-base
12019    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\files\.svn
12020    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\files\hostname
12021    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\files\shorewall-lite.init
12022    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\files\vardir
12023    SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\files\.svn\entries
```

```
12024  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\files\.svn\props
12025  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\files\.svn\props
12026  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\files\.svn\text-base
12027  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\files\.svn\tmp
12028  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\files\.svn\text-base\hostname.svn
       -base
12029  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\files\.svn\text-base\shorewall-li
       te.init.svn-base
12030  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\files\.svn\text-base\vardir.svn-b
       ase
12031  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\files\.svn\tmp\prop-base
12032  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\files\.svn\tmp\props
12033  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\files\.svn\tmp\text-base
12034  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\patches\.svn
12035  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\patches\100-hostname.patch
12036  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\patches\110-MODULESDIR.patch
12037  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\patches\.svn\entries
12038  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\patches\.svn\prop-base
12039  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\patches\.svn\props
12040  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\patches\.svn\text-base
12041  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\patches\.svn\tmp
12042  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\patches\.svn\text-base\100-hostna
       me.patch.svn-base
12043  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\patches\.svn\text-base\110-MODULE
       SDIR.patch.svn-base
12044  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\patches\.svn\tmp\prop-base
12045  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\patches\.svn\tmp\props
12046  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-lite\patches\.svn\tmp\text-base
12047  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-shell\.svn
12048  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-shell\Makefile
12049  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-shell\.svn\entries
12050  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-shell\.svn\prop-base
12051  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-shell\.svn\props
12052  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-shell\.svn\text-base
12053  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-shell\.svn\tmp
12054  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-shell\.svn\text-base\Makefile.svn-base
12055  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-shell\.svn\tmp\prop-base
12056  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-shell\.svn\tmp\props
12057  SDK.UBNT.v5.3\openwrt\feeds\packages\net\shorewall-shell\.svn\tmp\text-base
12058  SDK.UBNT.v5.3\openwrt\feeds\.packages\net\sipp\.svn
12059  SDK.UBNT.v5.3\openwrt\feeds\.packages\net\sipp\Makefile
12060  SDK.UBNT.v5.3\openwrt\feeds\.packages\net\sipp\.svn\entries
12061  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipp\.svn\prop-base
12062  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipp\.svn\props
12063  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipp\.svn\text-base
12064  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipp\.svn\tmp
12065  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipp\.svn\prop-base\Makefile.svn-base
12066  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipp\.svn\text-base\Makefile.svn-base
12067  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipp\.svn\tmp\prop-base
12068  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipp\.svn\tmp\props
12069  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipp\.svn\tmp\text-base
12070  SDK.UBNT.v5.3\openwrt\feeds\packages\net\siproxd\.svn
12071  SDK.UBNT.v5.3\openwrt\feeds\packages\net\siproxd\files
12072  SDK.UBNT.v5.3\openwrt\feeds\packages\net\siproxd\Makefile
12073  SDK.UBNT.v5.3\openwrt\feeds\packages\net\siproxd\.svn\entries
12074  SDK.UBNT.v5.3\openwrt\feeds\packages\net\siproxd\.svn\prop-base
12075  SDK.UBNT.v5.3\openwrt\feeds\packages\net\siproxd\.svn\props
12076  SDK.UBNT.v5.3\openwrt\feeds\packages\net\siproxd\.svn\text-base
12077  SDK.UBNT.v5.3\openwrt\feeds\packages\net\siproxd\.svn\tmp
12078  SDK.UBNT.v5.3\openwrt\feeds\packages\net\siproxd\.svn\prop-base\Makefile.svn-base
12079  SDK.UBNT.v5.3\openwrt\feeds\packages\net\siproxd\.svn\text-base\Makefile.svn-base
12080  SDK.UBNT.v5.3\openwrt\feeds\packages\net\siproxd\.svn\tmp\prop-base
12081  SDK.UBNT.v5.3\openwrt\feeds\packages\net\siproxd\.svn\tmp\props
12082  SDK.UBNT.v5.3\openwrt\feeds\packages\net\siproxd\.svn\tmp\text-base
12083  SDK.UBNT.v5.3\openwrt\feeds\packages\net\siproxd\files\.svn
12084  SDK.UBNT.v5.3\openwrt\feeds\packages\net\siproxd\files\siproxd.config
12085  SDK.UBNT.v5.3\openwrt\feeds\packages\net\siproxd\files\siproxd.init
12086  SDK.UBNT.v5.3\openwrt\feeds\packages\net\siproxd\files\.svn\entries
12087  SDK.UBNT.v5.3\openwrt\feeds\packages\net\siproxd\files\.svn\prop-base
```

```
12088  SDK.UBNT.v5.3\openwrt\feeds\packages\net\siproxd\files\.svn\text-base
12089  SDK.UBNT.v5.3\openwrt\feeds\packages\net\siproxd\files\.svn\text-base
12090  SDK.UBNT.v5.3\openwrt\feeds\packages\net\siproxd\files\.svn\tmp
12091  SDK.UBNT.v5.3\openwrt\feeds\packages\net\siproxd\files\.svn\prop-base\siproxd.init.svn-ba
       se
12092  SDK.UBNT.v5.3\openwrt\feeds\packages\net\siproxd\files\.svn\text-base\siproxd.config.svn-
       base
12093  SDK.UBNT.v5.3\openwrt\feeds\packages\net\siproxd\files\.svn\text-base\siproxd.init.svn-ba
       se
12094  SDK.UBNT.v5.3\openwrt\feeds\packages\net\siproxd\files\.svn\tmp\prop-base
12095  SDK.UBNT.v5.3\openwrt\feeds\packages\net\siproxd\files\.svn\tmp\props
12096  SDK.UBNT.v5.3\openwrt\feeds\packages\net\siproxd\files\.svn\tmp\text-base
12097  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipsak\.svn
12098  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipsak\Makefile
12099  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipsak\patches
12100  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipsak\.svn\entries
12101  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipsak\.svn\prop-base
12102  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipsak\.svn\props
12103  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipsak\.svn\text-base
12104  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipsak\.svn\tmp
12105  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipsak\.svn\prop-base\Makefile.svn-base
12106  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipsak\.svn\text-base\Makefile.svn-base
12107  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipsak\.svn\tmp\prop-base
12108  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipsak\.svn\tmp\props
12109  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipsak\.svn\tmp\text-base
12110  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipsak\patches\.svn
12111  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipsak\patches\001-ssp.patch
12112  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipsak\patches\.svn\entries
12113  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipsak\patches\.svn\prop-base
12114  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipsak\patches\.svn\props
12115  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipsak\patches\.svn\text-base
12116  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipsak\patches\.svn\tmp
12117  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipsak\patches\.svn\text-base\001-ssp.patch.svn-
       base
12118  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipsak\patches\.svn\tmp\prop-base
12119  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipsak\patches\.svn\tmp\props
12120  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sipsak\patches\.svn\tmp\text-base
12121  SDK.UBNT.v5.3\openwrt\feeds\packages\net\slurm\.svn
12122  SDK.UBNT.v5.3\openwrt\feeds\packages\net\slurm\Makefile
12123  SDK.UBNT.v5.3\openwrt\feeds\packages\net\slurm\patches
12124  SDK.UBNT.v5.3\openwrt\feeds\packages\net\slurm\.svn\entries
12125  SDK.UBNT.v5.3\openwrt\feeds\packages\net\slurm\.svn\prop-base
12126  SDK.UBNT.v5.3\openwrt\feeds\packages\net\slurm\.svn\props
12127  SDK.UBNT.v5.3\openwrt\feeds\packages\net\slurm\.svn\text-base
12128  SDK.UBNT.v5.3\openwrt\feeds\packages\net\slurm\.svn\tmp
12129  SDK.UBNT.v5.3\openwrt\feeds\packages\net\slurm\.svn\prop-base\Makefile.svn-base
12130  SDK.UBNT.v5.3\openwrt\feeds\packages\net\slurm\.svn\text-base\Makefile.svn-base
12131  SDK.UBNT.v5.3\openwrt\feeds\packages\net\slurm\.svn\tmp\prop-base
12132  SDK.UBNT.v5.3\openwrt\feeds\packages\net\slurm\.svn\tmp\props
12133  SDK.UBNT.v5.3\openwrt\feeds\packages\net\slurm\.svn\tmp\text-base
12134  SDK.UBNT.v5.3\openwrt\feeds\packages\net\slurm\patches\.svn
12135  SDK.UBNT.v5.3\openwrt\feeds\packages\net\slurm\patches\001-no_host_curses.patch
12136  SDK.UBNT.v5.3\openwrt\feeds\packages\net\slurm\patches\.svn\entries
12137  SDK.UBNT.v5.3\openwrt\feeds\packages\net\slurm\patches\.svn\prop-base
12138  SDK.UBNT.v5.3\openwrt\feeds\packages\net\slurm\patches\.svn\props
12139  SDK.UBNT.v5.3\openwrt\feeds\packages\net\slurm\patches\.svn\text-base
12140  SDK.UBNT.v5.3\openwrt\feeds\packages\net\slurm\patches\.svn\tmp
12141  SDK.UBNT.v5.3\openwrt\feeds\packages\net\slurm\patches\.svn\prop-base\001-no_host_curses.
       patch.svn-base
12142  SDK.UBNT.v5.3\openwrt\feeds\packages\net\slurm\patches\.svn\text-base\001-no_host_curses.
       patch.svn-base
12143  SDK.UBNT.v5.3\openwrt\feeds\packages\net\slurm\patches\.svn\tmp\prop-base
12144  SDK.UBNT.v5.3\openwrt\feeds\packages\net\slurm\patches\.svn\tmp\props
12145  SDK.UBNT.v5.3\openwrt\feeds\packages\net\slurm\patches\.svn\tmp\text-base
12146  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\.svn
12147  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\files
12148  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\Makefile
12149  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\patches
12150  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\.svn\entries
```

```
12151  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\.svn\props
12152  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\.svn\props
12153  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\.svn\text-base
12154  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\.svn\tmp
12155  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\.svn\text-base\Makefile.svn-base
12156  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\.svn\tmp\prop-base
12157  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\.svn\tmp\props
12158  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\.svn\tmp\text-base
12159  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\files\.svn
12160  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\files\smtptrapd.init
12161  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\files\.svn\entries
12162  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\files\.svn\prop-base
12163  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\files\.svn\props
12164  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\files\.svn\text-base
12165  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\files\.svn\tmp
12166  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\files\.svn\text-base\smtptrapd.init.sv
       n-base
12167  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\files\.svn\tmp\prop-base
12168  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\files\.svn\tmp\props
12169  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\files\.svn\tmp\text-base
12170  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\patches\.svn
12171  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\patches\200-missing_opt.patch
12172  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\patches\.svn\entries
12173  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\patches\.svn\prop-base
12174  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\patches\.svn\props
12175  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\patches\.svn\text-base
12176  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\patches\.svn\tmp
12177  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\patches\.svn\text-base\200-missing_opt
       .patch.svn-base
12178  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\patches\.svn\tmp\prop-base
12179  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\patches\.svn\tmp\props
12180  SDK.UBNT.v5.3\openwrt\feeds\packages\net\smtptrapd\patches\.svn\tmp\text-base
12181  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\.svn
12182  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\files
12183  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\Makefile
12184  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\patches
12185  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\.svn\entries
12186  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\.svn\prop-base
12187  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\.svn\props
12188  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\.svn\text-base
12189  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\.svn\tmp
12190  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\.svn\prop-base\Makefile.svn-base
12191  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\.svn\text-base\Makefile.svn-base
12192  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\.svn\tmp\prop-base
12193  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\.svn\tmp\props
12194  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\.svn\tmp\text-base
12195  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\files\.svn
12196  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\files\snort.default
12197  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\files\snort.init
12198  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\files\.svn\entries
12199  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\files\.svn\prop-base
12200  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\files\.svn\props
12201  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\files\.svn\text-base
12202  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\files\.svn\tmp
12203  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\files\.svn\prop-base\snort.default.svn-bas
       e
12204  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\files\.svn\prop-base\snort.init.svn-base
12205  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\files\.svn\text-base\snort.default.svn-bas
       e
12206  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\files\.svn\text-base\snort.init.svn-base
12207  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\files\.svn\tmp\prop-base
12208  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\files\.svn\tmp\props
12209  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\files\.svn\tmp\text-base
12210  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\patches\.svn
12211  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\patches\500-no-config-search.patch
12212  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\patches\750-lightweight-config.patch
12213  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\patches\.svn\entries
12214  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\patches\.svn\prop-base
12215  SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\patches\.svn\props
```

```
12216    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\patches\.svn
12217    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\patches\.svn\tmp
12218    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\patches\.svn\prop-base\500-no-config-searc
         h.patch.svn-base
12219    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\patches\.svn\prop-base\750-lightweight-con
         fig.patch.svn-base
12220    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\patches\.svn\text-base\500-no-config-searc
         h.patch.svn-base
12221    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\patches\.svn\text-base\750-lightweight-con
         fig.patch.svn-base
12222    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\patches\.svn\tmp\prop-base
12223    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\patches\.svn\tmp\props
12224    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort\patches\.svn\tmp\text-base
12225    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\.svn
12226    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\files
12227    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\Makefile
12228    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\patches
12229    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\.svn\entries
12230    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\.svn\prop-base
12231    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\.svn\props
12232    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\.svn\text-base
12233    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\.svn\tmp
12234    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\.svn\prop-base\Makefile.svn-base
12235    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\.svn\text-base\Makefile.svn-base
12236    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\.svn\tmp\prop-base
12237    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\.svn\tmp\props
12238    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\.svn\tmp\text-base
12239    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\files\.svn
12240    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\files\snort-wireless.default
12241    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\files\snort-wireless.init
12242    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\files\.svn\entries
12243    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\files\.svn\prop-base
12244    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\files\.svn\props
12245    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\files\.svn\text-base
12246    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\files\.svn\tmp
12247    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\files\.svn\prop-base\snort-wirele
         ss.default.svn-base
12248    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\files\.svn\prop-base\snort-wirele
         ss.init.svn-base
12249    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\files\.svn\text-base\snort-wirele
         ss.default.svn-base
12250    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\files\.svn\text-base\snort-wirele
         ss.init.svn-base
12251    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\files\.svn\tmp\prop-base
12252    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\files\.svn\tmp\props
12253    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\files\.svn\tmp\text-base
12254    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\patches\.svn
12255    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\patches\500-no-config-search.patc
         h
12256    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\patches\750-lightweight-config.pa
         tch
12257    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\patches\.svn\entries
12258    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\patches\.svn\prop-base
12259    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\patches\.svn\props
12260    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\patches\.svn\text-base
12261    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\patches\.svn\tmp
12262    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\patches\.svn\prop-base\500-no-con
         fig-search.patch.svn-base
12263    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\patches\.svn\prop-base\750-lightw
         eight-config.patch.svn-base
12264    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\patches\.svn\text-base\500-no-con
         fig-search.patch.svn-base
12265    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\patches\.svn\text-base\750-lightw
         eight-config.patch.svn-base
12266    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\patches\.svn\tmp\prop-base
12267    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\patches\.svn\tmp\props
12268    SDK.UBNT.v5.3\openwrt\feeds\packages\net\snort-wireless\patches\.svn\tmp\text-base
12269    SDK.UBNT.v5.3\openwrt\feeds\packages\net\socat\.svn
12270    SDK.UBNT.v5.3\openwrt\feeds\packages\net\socat\Makefile
```

```
12271  SDK.UBNT.v5.3\openwrt\feeds\packages\net\socat\.svn\entries
12272  SDK.UBNT.v5.3\openwrt\feeds\packages\net\socat\.svn\entries
12273  SDK.UBNT.v5.3\openwrt\feeds\packages\net\socat\.svn\prop-base
12274  SDK.UBNT.v5.3\openwrt\feeds\packages\net\socat\.svn\props
12275  SDK.UBNT.v5.3\openwrt\feeds\packages\net\socat\.svn\text-base
12276  SDK.UBNT.v5.3\openwrt\feeds\packages\net\socat\.svn\tmp
12277  SDK.UBNT.v5.3\openwrt\feeds\packages\net\socat\.svn\prop-base\Makefile.svn-base
12278  SDK.UBNT.v5.3\openwrt\feeds\packages\net\socat\.svn\text-base\Makefile.svn-base
12279  SDK.UBNT.v5.3\openwrt\feeds\packages\net\socat\.svn\tmp\prop-base
12280  SDK.UBNT.v5.3\openwrt\feeds\packages\net\socat\.svn\tmp\props
12281  SDK.UBNT.v5.3\openwrt\feeds\packages\net\socat\.svn\tmp\text-base
12282  SDK.UBNT.v5.3\openwrt\feeds\packages\net\socat\patches\.svn
12283  SDK.UBNT.v5.3\openwrt\feeds\packages\net\socat\patches\501-honor_ldflags.patch
12284  SDK.UBNT.v5.3\openwrt\feeds\packages\net\socat\patches\502-no_sslv2.patch
12285  SDK.UBNT.v5.3\openwrt\feeds\packages\net\socat\patches\.svn\entries
12286  SDK.UBNT.v5.3\openwrt\feeds\packages\net\socat\patches\.svn\prop-base
12287  SDK.UBNT.v5.3\openwrt\feeds\packages\net\socat\patches\.svn\props
12288  SDK.UBNT.v5.3\openwrt\feeds\packages\net\socat\patches\.svn\text-base
12289  SDK.UBNT.v5.3\openwrt\feeds\packages\net\socat\patches\.svn\tmp
12290  SDK.UBNT.v5.3\openwrt\feeds\packages\net\socat\patches\.svn\prop-base\501-honor_ldflags.p
       atch.svn-base
12291  SDK.UBNT.v5.3\openwrt\feeds\packages\net\socat\patches\.svn\prop-base\502-no_sslv2.patch.
       svn-base
12292  SDK.UBNT.v5.3\openwrt\feeds\packages\net\socat\patches\.svn\text-base\501-honor_ldflags.p
       atch.svn-base
12293  SDK.UBNT.v5.3\openwrt\feeds\packages\net\socat\patches\.svn\text-base\502-no_sslv2.patch.
       svn-base
12294  SDK.UBNT.v5.3\openwrt\feeds\packages\net\socat\patches\.svn\tmp\prop-base
12295  SDK.UBNT.v5.3\openwrt\feeds\packages\net\socat\patches\.svn\tmp\props
12296  SDK.UBNT.v5.3\openwrt\feeds\packages\net\socat\patches\.svn\tmp\text-base
12297  SDK.UBNT.v5.3\openwrt\feeds\packages\net\softflowd\.svn
12298  SDK.UBNT.v5.3\openwrt\feeds\packages\net\softflowd\files
12299  SDK.UBNT.v5.3\openwrt\feeds\packages\net\softflowd\Makefile
12300  SDK.UBNT.v5.3\openwrt\feeds\packages\net\softflowd\.svn\entries
12301  SDK.UBNT.v5.3\openwrt\feeds\packages\net\softflowd\.svn\prop-base
12302  SDK.UBNT.v5.3\openwrt\feeds\packages\net\softflowd\.svn\props
12303  SDK.UBNT.v5.3\openwrt\feeds\packages\net\softflowd\.svn\text-base
12304  SDK.UBNT.v5.3\openwrt\feeds\packages\net\softflowd\.svn\tmp
12305  SDK.UBNT.v5.3\openwrt\feeds\packages\net\softflowd\.svn\text-base\Makefile.svn-base
12306  SDK.UBNT.v5.3\openwrt\feeds\packages\net\softflowd\.svn\tmp\prop-base
12307  SDK.UBNT.v5.3\openwrt\feeds\packages\net\softflowd\.svn\tmp\props
12308  SDK.UBNT.v5.3\openwrt\feeds\packages\net\softflowd\.svn\tmp\text-base
12309  SDK.UBNT.v5.3\openwrt\feeds\packages\net\softflowd\files\.svn
12310  SDK.UBNT.v5.3\openwrt\feeds\packages\net\softflowd\files\softflowd.config
12311  SDK.UBNT.v5.3\openwrt\feeds\packages\net\softflowd\files\softflowd.init
12312  SDK.UBNT.v5.3\openwrt\feeds\packages\net\softflowd\files\.svn\entries
12313  SDK.UBNT.v5.3\openwrt\feeds\packages\net\softflowd\files\.svn\prop-base
12314  SDK.UBNT.v5.3\openwrt\feeds\packages\net\softflowd\files\.svn\props
12315  SDK.UBNT.v5.3\openwrt\feeds\packages\net\softflowd\files\.svn\text-base
12316  SDK.UBNT.v5.3\openwrt\feeds\packages\net\softflowd\files\.svn\tmp
12317  SDK.UBNT.v5.3\openwrt\feeds\packages\net\softflowd\files\.svn\text-base\softflowd.config.
       svn-base
12318  SDK.UBNT.v5.3\openwrt\feeds\packages\net\softflowd\files\.svn\text-base\softflowd.init.sv
       n-base
12319  SDK.UBNT.v5.3\openwrt\feeds\packages\net\softflowd\files\.svn\tmp\prop-base
12320  SDK.UBNT.v5.3\openwrt\feeds\packages\net\softflowd\files\.svn\tmp\props
12321  SDK.UBNT.v5.3\openwrt\feeds\packages\net\softflowd\files\.svn\tmp\text-base
12322  SDK.UBNT.v5.3\openwrt\feeds\packages\net\speedtouch-usb-firmware\.svn
12323  SDK.UBNT.v5.3\openwrt\feeds\packages\net\speedtouch-usb-firmware\Makefile
12324  SDK.UBNT.v5.3\openwrt\feeds\packages\net\speedtouch-usb-firmware\.svn\entries
12325  SDK.UBNT.v5.3\openwrt\feeds\packages\net\speedtouch-usb-firmware\.svn\prop-base
12326  SDK.UBNT.v5.3\openwrt\feeds\packages\net\speedtouch-usb-firmware\.svn\props
12327  SDK.UBNT.v5.3\openwrt\feeds\packages\net\speedtouch-usb-firmware\.svn\text-base
12328  SDK.UBNT.v5.3\openwrt\feeds\packages\net\speedtouch-usb-firmware\.svn\tmp
12329  SDK.UBNT.v5.3\openwrt\feeds\packages\net\speedtouch-usb-firmware\.svn\text-base\Makefile.
       svn-base
12330  SDK.UBNT.v5.3\openwrt\feeds\packages\net\speedtouch-usb-firmware\.svn\tmp\prop-base
12331  SDK.UBNT.v5.3\openwrt\feeds\packages\net\speedtouch-usb-firmware\.svn\tmp\props
12332  SDK.UBNT.v5.3\openwrt\feeds\packages\net\speedtouch-usb-firmware\.svn\tmp\text-base
```

```
12333  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\Makefile
12334  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\patches
12335  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\.svn\entries
12336  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\.svn\prop-base
12337  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\.svn\prop-base
12338  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\.svn\props
12339  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\.svn\text-base
12340  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\.svn\tmp
12341  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\.svn\prop-base\Makefile.svn-base
12342  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\.svn\text-base\Makefile.svn-base
12343  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\.svn\tmp\prop-base
12344  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\.svn\tmp\props
12345  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\.svn\tmp\text-base
12346  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\patches\.svn
12347  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\patches\001-cross_compile.patch
12348  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\patches\002-no_sslv2.patch
12349  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\patches\003-configure.patch
12350  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\patches\004-include-autoconf.patch
12351  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\patches\005-lib-makefile.patch
12352  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\patches\006-netfilter_missing_linux_types_
       h.patch
12353  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\patches\.svn\entries
12354  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\patches\.svn\prop-base
12355  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\patches\.svn\props
12356  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\patches\.svn\text-base
12357  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\patches\.svn\tmp
12358  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\patches\.svn\prop-base\001-cross_compile.p
       atch.svn-base
12359  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\patches\.svn\prop-base\002-no_sslv2.patch.
       svn-base
12360  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\patches\.svn\text-base\001-cross_compile.p
       atch.svn-base
12361  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\patches\.svn\text-base\002-no_sslv2.patch.
       svn-base
12362  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\patches\.svn\text-base\003-configure.patch
       .svn-base
12363  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\patches\.svn\text-base\004-include-autocon
       f.patch.svn-base
12364  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\patches\.svn\text-base\005-lib-makefile.pa
       tch.svn-base
12365  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\patches\.svn\text-base\006-netfilter_missi
       ng_linux_types_h.patch.svn-base
12366  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\patches\.svn\tmp\prop-base
12367  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\patches\.svn\tmp\props
12368  SDK.UBNT.v5.3\openwrt\feeds\packages\net\squid\patches\.svn\tmp\text-base
12369  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\.svn
12370  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\files
12371  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\Makefile
12372  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\patches
12373  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\.svn\entries
12374  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\.svn\prop-base
12375  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\.svn\props
12376  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\.svn\text-base
12377  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\.svn\tmp
12378  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\.svn\prop-base\Makefile.svn-base
12379  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\.svn\text-base\Makefile.svn-base
12380  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\.svn\tmp\prop-base
12381  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\.svn\tmp\props
12382  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\.svn\tmp\text-base
12383  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\files\.svn
12384  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\files\srelay.conf
12385  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\files\srelay.init
12386  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\files\.svn\entries
12387  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\files\.svn\prop-base
12388  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\files\.svn\props
12389  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\files\.svn\text-base
12390  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\files\.svn\tmp
12391  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\files\.svn\prop-base\srelay.conf.svn-base
12392  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\files\.svn\prop-base\srelay.init.svn-base
```

```
12393  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\files\.svn\text-base\srelay.conf.svn-base
12394  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\files\.svn\text-base\srelay.init.svn-base
12395  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\files\.svn\tmp\prop-base
12396  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\files\.svn\tmp\props
12397  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\files\.svn\tmp\text-base
12398  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\patches\.svn
12399  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\patches\001-cross_compile.patch
12400  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\patches\002-linux_2.6.19_rtnetlink_change
       s.patch
12401  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\patches\003-openlog.patch
12402  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\patches\004-bindtodevice.patch
12403  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\patches\.svn\entries
12404  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\patches\.svn\prop-base
12405  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\patches\.svn\props
12406  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\patches\.svn\text-base
12407  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\patches\.svn\tmp
12408  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\patches\.svn\prop-base\001-cross_compile.
       patch.svn-base
12409  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\patches\.svn\prop-base\002-linux_2.6.19_r
       tnetlink_changes.patch.svn-base
12410  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\patches\.svn\prop-base\003-openlog.patch.
       svn-base
12411  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\patches\.svn\prop-base\004-bindtodevice.p
       atch.svn-base
12412  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\patches\.svn\text-base\001-cross_compile.
       patch.svn-base
12413  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\patches\.svn\text-base\002-linux_2.6.19_r
       tnetlink_changes.patch.svn-base
12414  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\patches\.svn\text-base\003-openlog.patch.
       svn-base
12415  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\patches\.svn\text-base\004-bindtodevice.p
       atch.svn-base
12416  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\patches\.svn\tmp\prop-base
12417  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\patches\.svn\tmp\props
12418  SDK.UBNT.v5.3\openwrt\feeds\packages\net\srelay\patches\.svn\tmp\text-base
12419  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sscep\.svn
12420  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sscep\Makefile
12421  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sscep\patches
12422  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sscep\.svn\entries
12423  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sscep\.svn\prop-base
12424  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sscep\.svn\props
12425  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sscep\.svn\text-base
12426  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sscep\.svn\tmp
12427  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sscep\.svn\prop-base\Makefile.svn-base
12428  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sscep\.svn\text-base\Makefile.svn-base
12429  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sscep\.svn\tmp\prop-base
12430  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sscep\.svn\tmp\props
12431  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sscep\.svn\tmp\text-base
12432  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sscep\patches\.svn
12433  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sscep\patches\001-certnanny.patch
12434  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sscep\patches\.svn\entries
12435  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sscep\patches\.svn\prop-base
12436  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sscep\patches\.svn\props
12437  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sscep\patches\.svn\text-base
12438  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sscep\patches\.svn\tmp
12439  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sscep\patches\.svn\text-base\001-certnanny.patch
       .svn-base
12440  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sscep\patches\.svn\tmp\prop-base
12441  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sscep\patches\.svn\tmp\props
12442  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sscep\patches\.svn\tmp\text-base
12443  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sshfs\.svn
12444  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sshfs\Makefile
12445  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sshfs\.svn\entries
12446  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sshfs\.svn\prop-base
12447  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sshfs\.svn\props
12448  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sshfs\.svn\text-base
12449  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sshfs\.svn\tmp
12450  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sshfs\.svn\prop-base\Makefile.svn-base
12451  SDK.UBNT.v5.3\openwrt\feeds\packages\net\sshfs\.svn\text-base\Makefile.svn-base
```

```
12452    SDK.UBNT.v5.3\openwrt\feeds\packages\net\sshfs\.svn\tmp\props
12453    SDK.UBNT.v5.3\openwrt\feeds\packages\net\sshfs\.svn\tmp\text-base
12454    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ssltunnel\.svn
12455    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ssltunnel\Makefile
12456    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ssltunnel\.svn\entries
12457    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ssltunnel\.svn\prop-base
12458    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ssltunnel\.svn\props
12459    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ssltunnel\.svn\text-base
12460    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ssltunnel\.svn\tmp
12461    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ssltunnel\.svn\prop-base\Makefile.svn-base
12462    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ssltunnel\.svn\text-base\Makefile.svn-base
12463    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ssltunnel\.svn\tmp\prop-base
12464    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ssltunnel\.svn\tmp\props
12465    SDK.UBNT.v5.3\openwrt\feeds\packages\net\ssltunnel\.svn\tmp\text-base
12466    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\.svn
12467    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\files
12468    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\Makefile
12469    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches
12470    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\.svn\entries
12471    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\.svn\prop-base
12472    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\.svn\props
12473    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\.svn\text-base
12474    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\.svn\tmp
12475    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\.svn\prop-base\Makefile.svn-base
12476    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\.svn\text-base\Makefile.svn-base
12477    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\.svn\tmp\prop-base
12478    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\.svn\tmp\props
12479    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\.svn\tmp\text-base
12480    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\files\.svn
12481    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\files\ipsec.button
12482    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\files\ipsec.conf
12483    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\files\ipsec.config
12484    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\files\ipsec.cron
12485    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\files\ipsec.iface
12486    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\files\ipsec.init
12487    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\files\.svn\entries
12488    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\files\.svn\prop-base
12489    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\files\.svn\props
12490    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\files\.svn\text-base
12491    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\files\.svn\tmp
12492    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\files\.svn\prop-base\ipsec.button.svn
         -base
12493    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\files\.svn\prop-base\ipsec.conf.svn-b
         ase
12494    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\files\.svn\prop-base\ipsec.config.svn
         -base
12495    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\files\.svn\prop-base\ipsec.cron.svn-b
         ase
12496    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\files\.svn\prop-base\ipsec.iface.svn-
         base
12497    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\files\.svn\prop-base\ipsec.init.svn-b
         ase
12498    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\files\.svn\text-base\ipsec.button.svn
         -base
12499    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\files\.svn\text-base\ipsec.conf.svn-b
         ase
12500    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\files\.svn\text-base\ipsec.config.svn
         -base
12501    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\files\.svn\text-base\ipsec.cron.svn-b
         ase
12502    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\files\.svn\text-base\ipsec.iface.svn-
         base
12503    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\files\.svn\text-base\ipsec.init.svn-b
         ase
12504    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\files\.svn\tmp\prop-base
12505    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\files\.svn\tmp\props
12506    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\files\.svn\tmp\text-base
12507    SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\.svn
```


```
12509   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\100-ar-fixes.patch
12510   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\110-make-ipsec.patch
12511   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\120-make-pluto.patch
12512   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\130-make-starter.patch
12513   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\200-wakeup-showstatus.patch
12514   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\210-updown.patch
12515   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\300-openwrt.patch
12516   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\310-make-ipsec-alg.patch
12517   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\320-no-modprobe.patch
12518   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\350-make-programs.patch
12519   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\.svn\entries
12520   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\.svn\prop-base
12521   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\.svn\props
12522   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\.svn\text-base
12523   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\.svn\tmp
12524   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\.svn\prop-base\100-ar-fixes.p
        atch.svn-base
12525   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\.svn\prop-base\110-make-ipsec
        .patch.svn-base
12526   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\.svn\prop-base\120-make-pluto
        .patch.svn-base
12527   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\.svn\prop-base\130-make-start
        er.patch.svn-base
12528   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\.svn\prop-base\200-wakeup-sho
        wstatus.patch.svn-base
12529   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\.svn\prop-base\210-updown.pat
        ch.svn-base
12530   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\.svn\prop-base\300-openwrt.pa
        tch.svn-base
12531   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\.svn\prop-base\310-make-ipsec
        -alg.patch.svn-base
12532   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\.svn\prop-base\320-no-modprob
        e.patch.svn-base
12533   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\.svn\prop-base\350-make-progr
        ams.patch.svn-base
12534   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\.svn\text-base\100-ar-fixes.p
        atch.svn-base
12535   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\.svn\text-base\110-make-ipsec
        .patch.svn-base
12536   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\.svn\text-base\120-make-pluto
        .patch.svn-base
12537   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\.svn\text-base\130-make-start
        er.patch.svn-base
12538   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\.svn\text-base\200-wakeup-sho
        wstatus.patch.svn-base
12539   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\.svn\text-base\210-updown.pat
        ch.svn-base
12540   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\.svn\text-base\300-openwrt.pa
        tch.svn-base
12541   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\.svn\text-base\310-make-ipsec
        -alg.patch.svn-base
12542   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\.svn\text-base\320-no-modprob
        e.patch.svn-base
12543   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\.svn\text-base\350-make-progr
        ams.patch.svn-base
12544   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\.svn\tmp\prop-base
12545   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\.svn\tmp\props
12546   SDK.UBNT.v5.3\openwrt\feeds\packages\net\strongswan\patches\.svn\tmp\text-base
12547   SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\.svn
12548   SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\files
12549   SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\Makefile
12550   SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\patches
12551   SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\.svn\entries
12552   SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\.svn\prop-base
12553   SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\.svn\props
12554   SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\.svn\text-base
12555   SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\.svn\tmp
12556   SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\.svn\text-base\Makefile.svn-base
12557   SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\.svn\tmp\prop-base
```

```
12558  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\.svn\tmp\text-base
12559  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\.svn
12560  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\files\.svn
12561  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\files\stund.config
12562  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\files\stund.init
12563  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\files\.svn\entries
12564  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\files\.svn\prop-base
12565  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\files\.svn\props
12566  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\files\.svn\text-base
12567  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\files\.svn\tmp
12568  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\files\.svn\text-base\stund.config.svn-base
12569  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\files\.svn\text-base\stund.init.svn-base
12570  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\files\.svn\tmp\prop-base
12571  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\files\.svn\tmp\props
12572  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\files\.svn\tmp\text-base
12573  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\patches\.svn
12574  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\patches\001-fix_non_i386.patch
12575  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\patches\002-linking_order.patch
12576  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\patches\.svn\entries
12577  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\patches\.svn\prop-base
12578  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\patches\.svn\props
12579  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\patches\.svn\text-base
12580  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\patches\.svn\tmp
12581  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\patches\.svn\text-base\001-fix_non_i386.patch.svn-base
12582  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\patches\.svn\text-base\002-linking_order.patch.svn-base
12583  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\patches\.svn\tmp\prop-base
12584  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\patches\.svn\tmp\props
12585  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stun\patches\.svn\tmp\text-base
12586  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\.svn
12587  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\files
12588  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\Makefile
12589  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\patches
12590  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\.svn\entries
12591  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\.svn\prop-base
12592  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\.svn\props
12593  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\.svn\text-base
12594  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\.svn\tmp
12595  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\.svn\prop-base\Makefile.svn-base
12596  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\.svn\text-base\Makefile.svn-base
12597  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\.svn\tmp\prop-base
12598  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\.svn\tmp\props
12599  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\.svn\tmp\text-base
12600  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\files\.svn
12601  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\files\stunnel.conf
12602  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\files\stunnel.init
12603  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\files\.svn\entries
12604  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\files\.svn\prop-base
12605  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\files\.svn\props
12606  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\files\.svn\text-base
12607  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\files\.svn\tmp
12608  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\files\.svn\prop-base\stunnel.conf.svn-base
12609  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\files\.svn\prop-base\stunnel.init.svn-base
12610  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\files\.svn\text-base\stunnel.conf.svn-base
12611  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\files\.svn\text-base\stunnel.init.svn-base
12612  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\files\.svn\tmp\prop-base
12613  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\files\.svn\tmp\props
12614  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\files\.svn\tmp\text-base
12615  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\patches\.svn
12616  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\patches\100-cross-compile.patch
12617  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\patches\101-no-comp.patch
12618  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\patches\102-no-ssl2.patch
12619  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\patches\.svn\entries
12620  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\patches\.svn\prop-base
```

```
12621  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\patches\.svn
12622  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\patches\.svn\text-base
12623  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\patches\.svn\tmp
12624  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\patches\.svn\prop-base\100-cross-compile
       .patch.svn-base
12625  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\patches\.svn\prop-base\101-no-comp.patch
       .svn-base
12626  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\patches\.svn\prop-base\102-no-ssl2.patch
       .svn-base
12627  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\patches\.svn\text-base\100-cross-compile
       .patch.svn-base
12628  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\patches\.svn\text-base\101-no-comp.patch
       .svn-base
12629  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\patches\.svn\text-base\102-no-ssl2.patch
       .svn-base
12630  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\patches\.svn\tmp\prop-base
12631  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\patches\.svn\tmp\props
12632  SDK.UBNT.v5.3\openwrt\feeds\packages\net\stunnel\patches\.svn\tmp\text-base
12633  SDK.UBNT.v5.3\openwrt\feeds\packages\net\subversion\.svn
12634  SDK.UBNT.v5.3\openwrt\feeds\packages\net\subversion\files
12635  SDK.UBNT.v5.3\openwrt\feeds\packages\net\subversion\Makefile
12636  SDK.UBNT.v5.3\openwrt\feeds\packages\net\subversion\.svn\entries
12637  SDK.UBNT.v5.3\openwrt\feeds\packages\net\subversion\.svn\prop-base
12638  SDK.UBNT.v5.3\openwrt\feeds\packages\net\subversion\.svn\props
12639  SDK.UBNT.v5.3\openwrt\feeds\packages\net\subversion\.svn\text-base
12640  SDK.UBNT.v5.3\openwrt\feeds\packages\net\subversion\.svn\tmp
12641  SDK.UBNT.v5.3\openwrt\feeds\packages\net\subversion\.svn\prop-base\Makefile.svn-base
12642  SDK.UBNT.v5.3\openwrt\feeds\packages\net\subversion\.svn\text-base\Makefile.svn-base
12643  SDK.UBNT.v5.3\openwrt\feeds\packages\net\subversion\.svn\tmp\prop-base
12644  SDK.UBNT.v5.3\openwrt\feeds\packages\net\subversion\.svn\tmp\props
12645  SDK.UBNT.v5.3\openwrt\feeds\packages\net\subversion\.svn\tmp\text-base
12646  SDK.UBNT.v5.3\openwrt\feeds\packages\net\subversion\files\.svn
12647  SDK.UBNT.v5.3\openwrt\feeds\packages\net\subversion\files\subversion.config
12648  SDK.UBNT.v5.3\openwrt\feeds\packages\net\subversion\files\subversion.init
12649  SDK.UBNT.v5.3\openwrt\feeds\packages\net\subversion\files\.svn\entries
12650  SDK.UBNT.v5.3\openwrt\feeds\packages\net\subversion\files\.svn\prop-base
12651  SDK.UBNT.v5.3\openwrt\feeds\packages\net\subversion\files\.svn\props
12652  SDK.UBNT.v5.3\openwrt\feeds\packages\net\subversion\files\.svn\text-base
12653  SDK.UBNT.v5.3\openwrt\feeds\packages\net\subversion\files\.svn\tmp
12654  SDK.UBNT.v5.3\openwrt\feeds\packages\net\subversion\files\.svn\prop-base\subversion.confi
       g.svn-base
12655  SDK.UBNT.v5.3\openwrt\feeds\packages\net\subversion\files\.svn\prop-base\subversion.init.
       svn-base
12656  SDK.UBNT.v5.3\openwrt\feeds\packages\net\subversion\files\.svn\text-base\subversion.confi
       g.svn-base
12657  SDK.UBNT.v5.3\openwrt\feeds\packages\net\subversion\files\.svn\text-base\subversion.init.
       svn-base
12658  SDK.UBNT.v5.3\openwrt\feeds\packages\net\subversion\files\.svn\tmp\prop-base
12659  SDK.UBNT.v5.3\openwrt\feeds\packages\net\subversion\files\.svn\tmp\props
12660  SDK.UBNT.v5.3\openwrt\feeds\packages\net\subversion\files\.svn\tmp\text-base
12661  SDK.UBNT.v5.3\openwrt\feeds\packages\net\synce-dccm\.svn
12662  SDK.UBNT.v5.3\openwrt\feeds\packages\net\synce-dccm\Makefile
12663  SDK.UBNT.v5.3\openwrt\feeds\packages\net\synce-dccm\.svn\entries
12664  SDK.UBNT.v5.3\openwrt\feeds\packages\net\synce-dccm\.svn\prop-base
12665  SDK.UBNT.v5.3\openwrt\feeds\packages\net\synce-dccm\.svn\props
12666  SDK.UBNT.v5.3\openwrt\feeds\packages\net\synce-dccm\.svn\text-base
12667  SDK.UBNT.v5.3\openwrt\feeds\packages\net\synce-dccm\.svn\tmp
12668  SDK.UBNT.v5.3\openwrt\feeds\packages\net\synce-dccm\.svn\text-base\Makefile.svn-base
12669  SDK.UBNT.v5.3\openwrt\feeds\packages\net\synce-dccm\.svn\tmp\prop-base
12670  SDK.UBNT.v5.3\openwrt\feeds\packages\net\synce-dccm\.svn\tmp\props
12671  SDK.UBNT.v5.3\openwrt\feeds\packages\net\synce-dccm\.svn\tmp\text-base
12672  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump\.svn
12673  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump\Makefile
12674  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump\patches
12675  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump\.svn\entries
12676  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump\.svn\prop-base
12677  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump\.svn\props
12678  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump\.svn\text-base
12679  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump\.svn\tmp
```

```
12680  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump\.svn\tmp\text-base
12681  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump\.svn\text-base\Makefile.svn-base
12682  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump\.svn\tmp\prop-base
12683  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump\.svn\tmp\props
12684  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump\.svn\tmp\text-base
12685  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump\patches\.svn
12686  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump\patches\001-remove_pcap_debug.patch
12687  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump\patches\002-remove_static_libpcap_check.
       patch
12688  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump\patches\.svn\entries
12689  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump\patches\.svn\prop-base
12690  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump\patches\.svn\props
12691  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump\patches\.svn\text-base
12692  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump\patches\.svn\tmp
12693  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump\patches\.svn\prop-base\001-remove_pcap_d
       ebug.patch.svn-base
12694  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump\patches\.svn\text-base\001-remove_pcap_d
       ebug.patch.svn-base
12695  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump\patches\.svn\text-base\002-remove_static
       _libpcap_check.patch.svn-base
12696  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump\patches\.svn\tmp\prop-base
12697  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump\patches\.svn\tmp\props
12698  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump\patches\.svn\tmp\text-base
12699  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini\.svn
12700  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini\Makefile
12701  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini\patches
12702  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini\.svn\entries
12703  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini\.svn\prop-base
12704  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini\.svn\props
12705  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini\.svn\text-base
12706  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini\.svn\tmp
12707  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini\.svn\text-base\Makefile.svn-base
12708  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini\.svn\tmp\prop-base
12709  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini\.svn\tmp\props
12710  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini\.svn\tmp\text-base
12711  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini\patches\.svn
12712  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini\patches\001-remove_pcap_debug.patch
12713  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini\patches\002-remove_static_libpcap_c
       heck.patch
12714  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini\patches\003-fix_ipv6_compile.patch
12715  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini\patches\100-tcpdump_mini.patch
12716  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini\patches\.svn\entries
12717  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini\patches\.svn\prop-base
12718  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini\patches\.svn\props
12719  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini\patches\.svn\text-base
12720  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini\patches\.svn\tmp
12721  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini\patches\.svn\text-base\001-remove_p
       cap_debug.patch.svn-base
12722  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini\patches\.svn\text-base\002-remove_s
       tatic_libpcap_check.patch.svn-base
12723  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini\patches\.svn\text-base\003-fix_ipv6
       _compile.patch.svn-base
12724  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini\patches\.svn\text-base\100-tcpdump_
       mini.patch.svn-base
12725  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini\patches\.svn\tmp\prop-base
12726  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini\patches\.svn\tmp\props
12727  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcpdump-mini\patches\.svn\tmp\text-base
12728  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcptraceroute\.svn
12729  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcptraceroute\Makefile
12730  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcptraceroute\patches
12731  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcptraceroute\.svn\entries
12732  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcptraceroute\.svn\prop-base
12733  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcptraceroute\.svn\props
12734  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcptraceroute\.svn\text-base
12735  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcptraceroute\.svn\tmp
12736  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcptraceroute\.svn\prop-base\Makefile.svn-base
12737  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcptraceroute\.svn\text-base\Makefile.svn-base
12738  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcptraceroute\.svn\tmp\prop-base
12739  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcptraceroute\.svn\tmp\props
```

```
12740  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcptraceroute\patches\.svn
12741  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcptraceroute\patches\.svn
12742  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcptraceroute\patches\001-configure_cross_compil
       e.patch
12743  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcptraceroute\patches\.svn\entries
12744  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcptraceroute\patches\.svn\prop-base
12745  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcptraceroute\patches\.svn\props
12746  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcptraceroute\patches\.svn\text-base
12747  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcptraceroute\patches\.svn\tmp
12748  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcptraceroute\patches\.svn\text-base\001-configu
       re_cross_compile.patch.svn-base
12749  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcptraceroute\patches\.svn\tmp\prop-base
12750  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcptraceroute\patches\.svn\tmp\props
12751  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tcptraceroute\patches\.svn\tmp\text-base
12752  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tctool\.svn
12753  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tctool\Makefile
12754  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tctool\patches
12755  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tctool\.svn\entries
12756  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tctool\.svn\prop-base
12757  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tctool\.svn\props
12758  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tctool\.svn\text-base
12759  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tctool\.svn\tmp
12760  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tctool\.svn\text-base\Makefile.svn-base
12761  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tctool\.svn\tmp\prop-base
12762  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tctool\.svn\tmp\props
12763  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tctool\.svn\tmp\text-base
12764  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tctool\patches\.svn
12765  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tctool\patches\001_Makefile_fix.diff
12766  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tctool\patches\.svn\entries
12767  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tctool\patches\.svn\prop-base
12768  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tctool\patches\.svn\props
12769  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tctool\patches\.svn\text-base
12770  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tctool\patches\.svn\tmp
12771  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tctool\patches\.svn\text-base\001_Makefile_fix.d
       iff.svn-base
12772  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tctool\patches\.svn\tmp\prop-base
12773  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tctool\patches\.svn\tmp\props
12774  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tctool\patches\.svn\tmp\text-base
12775  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tftp-hpa\.svn
12776  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tftp-hpa\files
12777  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tftp-hpa\Makefile
12778  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tftp-hpa\.svn\entries
12779  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tftp-hpa\.svn\prop-base
12780  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tftp-hpa\.svn\props
12781  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tftp-hpa\.svn\text-base
12782  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tftp-hpa\.svn\tmp
12783  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tftp-hpa\.svn\prop-base\Makefile.svn-base
12784  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tftp-hpa\.svn\text-base\Makefile.svn-base
12785  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tftp-hpa\.svn\tmp\prop-base
12786  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tftp-hpa\.svn\tmp\props
12787  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tftp-hpa\.svn\tmp\text-base
12788  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tftp-hpa\files\.svn
12789  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tftp-hpa\files\tftpd-hpa.init
12790  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tftp-hpa\files\.svn\entries
12791  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tftp-hpa\files\.svn\prop-base
12792  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tftp-hpa\files\.svn\props
12793  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tftp-hpa\files\.svn\text-base
12794  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tftp-hpa\files\.svn\tmp
12795  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tftp-hpa\files\.svn\prop-base\tftpd-hpa.init.svn
       -base
12796  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tftp-hpa\files\.svn\text-base\tftpd-hpa.init.svn
       -base
12797  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tftp-hpa\files\.svn\tmp\prop-base
12798  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tftp-hpa\files\.svn\tmp\props
12799  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tftp-hpa\files\.svn\tmp\text-base
12800  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinc\.svn
12801  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinc\Makefile
12802  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinc\.svn\entries
12803  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinc\.svn\prop-base
```

```
12804    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinc\.svn
12805    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinc\.svn\text-base
12806    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinc\.svn\tmp
12807    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinc\.svn\prop-base\Makefile.svn-base
12808    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinc\.svn\text-base\Makefile.svn-base
12809    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinc\.svn\tmp\prop-base
12810    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinc\.svn\tmp\props
12811    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinc\.svn\tmp\text-base
12812    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\.svn
12813    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\files
12814    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\Makefile
12815    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\patches
12816    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\.svn\entries
12817    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\.svn\prop-base
12818    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\.svn\props
12819    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\.svn\text-base
12820    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\.svn\tmp
12821    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\.svn\prop-base\Makefile.svn-base
12822    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\.svn\text-base\Makefile.svn-base
12823    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\.svn\tmp\prop-base
12824    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\.svn\tmp\props
12825    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\.svn\tmp\text-base
12826    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\files\.svn
12827    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\files\tinyproxy.config
12828    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\files\tinyproxy.init
12829    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\files\.svn\entries
12830    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\files\.svn\prop-base
12831    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\files\.svn\props
12832    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\files\.svn\text-base
12833    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\files\.svn\tmp
12834    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\files\.svn\prop-base\tinyproxy.init.sv
         n-base
12835    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\files\.svn\text-base\tinyproxy.config.
         svn-base
12836    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\files\.svn\text-base\tinyproxy.init.sv
         n-base
12837    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\files\.svn\tmp\prop-base
12838    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\files\.svn\tmp\props
12839    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\files\.svn\tmp\text-base
12840    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\patches\.svn
12841    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\patches\100-fix_typo.patch
12842    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\patches\.svn\entries
12843    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\patches\.svn\prop-base
12844    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\patches\.svn\props
12845    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\patches\.svn\text-base
12846    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\patches\.svn\tmp
12847    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\patches\.svn\text-base\100-fix_typo.pa
         tch.svn-base
12848    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\patches\.svn\tmp\prop-base
12849    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\patches\.svn\tmp\props
12850    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tinyproxy\patches\.svn\tmp\text-base
12851    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tmsnc\.svn
12852    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tmsnc\Makefile
12853    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tmsnc\.svn\entries
12854    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tmsnc\.svn\prop-base
12855    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tmsnc\.svn\props
12856    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tmsnc\.svn\text-base
12857    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tmsnc\.svn\tmp
12858    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tmsnc\.svn\prop-base\Makefile.svn-base
12859    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tmsnc\.svn\text-base\Makefile.svn-base
12860    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tmsnc\.svn\tmp\prop-base
12861    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tmsnc\.svn\tmp\props
12862    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tmsnc\.svn\tmp\text-base
12863    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tor\.svn
12864    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tor\files
12865    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tor\Makefile
12866    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tor\.svn\entries
12867    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tor\.svn\prop-base
12868    SDK.UBNT.v5.3\openwrt\feeds\packages\net\tor\.svn\props
```

```
12869  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tor\.svn\tmp
12870  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tor\.svn\tmp
12871  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tor\.svn\prop-base\Makefile.svn-base
12872  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tor\.svn\text-base\Makefile.svn-base
12873  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tor\.svn\tmp\prop-base
12874  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tor\.svn\tmp\props
12875  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tor\.svn\tmp\text-base
12876  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tor\files\.svn
12877  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tor\files\tor.init
12878  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tor\files\torrc
12879  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tor\files\.svn\entries
12880  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tor\files\.svn\prop-base
12881  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tor\files\.svn\props
12882  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tor\files\.svn\text-base
12883  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tor\files\.svn\tmp
12884  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tor\files\.svn\prop-base\tor.init.svn-base
12885  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tor\files\.svn\prop-base\torrc.svn-base
12886  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tor\files\.svn\text-base\tor.init.svn-base
12887  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tor\files\.svn\text-base\torrc.svn-base
12888  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tor\files\.svn\tmp\prop-base
12889  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tor\files\.svn\tmp\props
12890  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tor\files\.svn\tmp\text-base
12891  SDK.UBNT.v5.3\openwrt\feeds\packages\net\transmission\.svn
12892  SDK.UBNT.v5.3\openwrt\feeds\packages\net\transmission\Makefile
12893  SDK.UBNT.v5.3\openwrt\feeds\packages\net\transmission\.svn\entries
12894  SDK.UBNT.v5.3\openwrt\feeds\packages\net\transmission\.svn\prop-base
12895  SDK.UBNT.v5.3\openwrt\feeds\packages\net\transmission\.svn\props
12896  SDK.UBNT.v5.3\openwrt\feeds\packages\net\transmission\.svn\text-base
12897  SDK.UBNT.v5.3\openwrt\feeds\packages\net\transmission\.svn\tmp
12898  SDK.UBNT.v5.3\openwrt\feeds\packages\net\transmission\.svn\prop-base\Makefile.svn-base
12899  SDK.UBNT.v5.3\openwrt\feeds\packages\net\transmission\.svn\text-base\Makefile.svn-base
12900  SDK.UBNT.v5.3\openwrt\feeds\packages\net\transmission\.svn\tmp\prop-base
12901  SDK.UBNT.v5.3\openwrt\feeds\packages\net\transmission\.svn\tmp\props
12902  SDK.UBNT.v5.3\openwrt\feeds\packages\net\transmission\.svn\tmp\text-base
12903  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tsocks\.svn
12904  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tsocks\Makefile
12905  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tsocks\.svn\entries
12906  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tsocks\.svn\prop-base
12907  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tsocks\.svn\props
12908  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tsocks\.svn\text-base
12909  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tsocks\.svn\tmp
12910  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tsocks\.svn\prop-base\Makefile.svn-base
12911  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tsocks\.svn\text-base\Makefile.svn-base
12912  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tsocks\.svn\tmp\prop-base
12913  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tsocks\.svn\tmp\props
12914  SDK.UBNT.v5.3\openwrt\feeds\packages\net\tsocks\.svn\tmp\text-base
12915  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ttcp\.svn
12916  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ttcp\Makefile
12917  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ttcp\ttcp.c
12918  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ttcp\.svn\entries
12919  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ttcp\.svn\prop-base
12920  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ttcp\.svn\props
12921  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ttcp\.svn\text-base
12922  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ttcp\.svn\tmp
12923  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ttcp\.svn\prop-base\Makefile.svn-base
12924  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ttcp\.svn\prop-base\ttcp.c.svn-base
12925  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ttcp\.svn\text-base\Makefile.svn-base
12926  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ttcp\.svn\text-base\ttcp.c.svn-base
12927  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ttcp\.svn\tmp\prop-base
12928  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ttcp\.svn\tmp\props
12929  SDK.UBNT.v5.3\openwrt\feeds\packages\net\ttcp\.svn\tmp\text-base
12930  SDK.UBNT.v5.3\openwrt\feeds\packages\net\udp-broadcast-relay\.svn
12931  SDK.UBNT.v5.3\openwrt\feeds\packages\net\udp-broadcast-relay\Makefile
12932  SDK.UBNT.v5.3\openwrt\feeds\packages\net\udp-broadcast-relay\.svn\entries
12933  SDK.UBNT.v5.3\openwrt\feeds\packages\net\udp-broadcast-relay\.svn\prop-base
12934  SDK.UBNT.v5.3\openwrt\feeds\packages\net\udp-broadcast-relay\.svn\props
12935  SDK.UBNT.v5.3\openwrt\feeds\packages\net\udp-broadcast-relay\.svn\text-base
12936  SDK.UBNT.v5.3\openwrt\feeds\packages\net\udp-broadcast-relay\.svn\tmp
12937  SDK.UBNT.v5.3\openwrt\feeds\packages\net\udp-broadcast-relay\.svn\prop-base\Makefile.svn-
```

| | |
|---|---|
| 12938 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\udp-broadcast-relay\.svn\text-base\Makefile.svn-base |
| 12939 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\udp-broadcast-relay\.svn\tmp\prop-base |
| 12940 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\udp-broadcast-relay\.svn\tmp\props |
| 12941 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\udp-broadcast-relay\.svn\tmp\text-base |
| 12942 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\.svn |
| 12943 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\files |
| 12944 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\Makefile |
| 12945 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\patches |
| 12946 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\.svn\entries |
| 12947 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\.svn\prop-base |
| 12948 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\.svn\props |
| 12949 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\.svn\text-base |
| 12950 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\.svn\tmp |
| 12951 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\.svn\prop-base\Makefile.svn-base |
| 12952 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\.svn\text-base\Makefile.svn-base |
| 12953 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\.svn\tmp\prop-base |
| 12954 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\.svn\tmp\props |
| 12955 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\.svn\tmp\text-base |
| 12956 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\files\.svn |
| 12957 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\files\ulogd.default |
| 12958 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\files\ulogd.init |
| 12959 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\files\.svn\entries |
| 12960 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\files\.svn\prop-base |
| 12961 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\files\.svn\props |
| 12962 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\files\.svn\text-base |
| 12963 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\files\.svn\tmp |
| 12964 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\files\.svn\prop-base\ulogd.default.svn-base |
| 12965 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\files\.svn\prop-base\ulogd.init.svn-base |
| 12966 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\files\.svn\text-base\ulogd.default.svn-base |
| 12967 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\files\.svn\text-base\ulogd.init.svn-base |
| 12968 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\files\.svn\tmp\prop-base |
| 12969 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\files\.svn\tmp\props |
| 12970 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\files\.svn\tmp\text-base |
| 12971 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\patches\.svn |
| 12972 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\patches\001-pcap_flags.patch |
| 12973 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\patches\002-inc.patch |
| 12974 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\patches\.svn\entries |
| 12975 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\patches\.svn\prop-base |
| 12976 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\patches\.svn\props |
| 12977 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\patches\.svn\text-base |
| 12978 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\patches\.svn\tmp |
| 12979 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\patches\.svn\prop-base\001-pcap_flags.patch.svn-base |
| 12980 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\patches\.svn\prop-base\002-inc.patch.svn-base |
| 12981 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\patches\.svn\text-base\001-pcap_flags.patch.svn-base |
| 12982 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\patches\.svn\text-base\002-inc.patch.svn-base |
| 12983 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\patches\.svn\tmp\prop-base |
| 12984 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\patches\.svn\tmp\props |
| 12985 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\ulogd\patches\.svn\tmp\text-base |
| 12986 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\.svn |
| 12987 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\files |
| 12988 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\Makefile |
| 12989 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\patches |
| 12990 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\.svn\entries |
| 12991 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\.svn\prop-base |
| 12992 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\.svn\props |
| 12993 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\.svn\text-base |
| 12994 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\.svn\tmp |
| 12995 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\.svn\prop-base\Makefile.svn-base |
| 12996 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\.svn\text-base\Makefile.svn-base |
| 12997 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\.svn\tmp\prop-base |
| 12998 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\.svn\tmp\props |

```
12999   SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\files\.svn
13000   SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\files\.svn
13001   SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\files\unfs3.exports
13002   SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\files\unfs3.init
13003   SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\files\.svn\entries
13004   SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\files\.svn\prop-base
13005   SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\files\.svn\props
13006   SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\files\.svn\text-base
13007   SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\files\.svn\tmp
13008   SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\files\.svn\prop-base\unfs3.exports.svn-bas
        e
13009   SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\files\.svn\prop-base\unfs3.init.svn-base
13010   SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\files\.svn\text-base\unfs3.exports.svn-bas
        e
13011   SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\files\.svn\text-base\unfs3.init.svn-base
13012   SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\files\.svn\tmp\prop-base
13013   SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\files\.svn\tmp\props
13014   SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\files\.svn\tmp\text-base
13015   SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\patches\.svn
13016   SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\patches\100-no_lfl.patch
13017   SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\patches\.svn\entries
13018   SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\patches\.svn\prop-base
13019   SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\patches\.svn\props
13020   SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\patches\.svn\text-base
13021   SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\patches\.svn\tmp
13022   SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\patches\.svn\prop-base\100-no_lfl.patch.sv
        n-base
13023   SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\patches\.svn\text-base\100-no_lfl.patch.sv
        n-base
13024   SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\patches\.svn\tmp\prop-base
13025   SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\patches\.svn\tmp\props
13026   SDK.UBNT.v5.3\openwrt\feeds\packages\net\unfs3\patches\.svn\tmp\text-base
13027   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\.svn
13028   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\Makefile
13029   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\patches
13030   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\.svn\entries
13031   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\.svn\prop-base
13032   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\.svn\props
13033   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\.svn\text-base
13034   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\.svn\tmp
13035   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\.svn\prop-base\Makefile.svn-base
13036   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\.svn\text-base\Makefile.svn-base
13037   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\.svn\tmp\prop-base
13038   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\.svn\tmp\props
13039   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\.svn\tmp\text-base
13040   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\patches\.svn
13041   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\patches\001-inet_sr.patch
13042   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\patches\002-hostname.patch
13043   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\patches\003-conf.patch
13044   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\patches\004-linux26_header_fix.patch
13045   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\patches\.svn\entries
13046   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\patches\.svn\prop-base
13047   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\patches\.svn\props
13048   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\patches\.svn\text-base
13049   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\patches\.svn\tmp
13050   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\patches\.svn\prop-base\001-inet_sr.pat
        ch.svn-base
13051   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\patches\.svn\prop-base\002-hostname.pa
        tch.svn-base
13052   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\patches\.svn\prop-base\003-conf.patch.
        svn-base
13053   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\patches\.svn\prop-base\004-linux26_hea
        der_fix.patch.svn-base
13054   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\patches\.svn\text-base\001-inet_sr.pat
        ch.svn-base
13055   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\patches\.svn\text-base\002-hostname.pa
        tch.svn-base
13056   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\patches\.svn\text-base\003-conf.patch.
        svn-base
```

```
13057   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\patches\.svn\text-base\100-linux26_hea
        der_fix.patch.svn-base
13058   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\patches\.svn\tmp\prop-base
13059   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\patches\.svn\tmp\props
13060   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uob-nomad\patches\.svn\tmp\text-base
13061   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\.svn
13062   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\files
13063   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\Makefile
13064   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\patches
13065   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\.svn\entries
13066   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\.svn\prop-base
13067   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\.svn\props
13068   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\.svn\text-base
13069   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\.svn\tmp
13070   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\.svn\prop-base\Makefile.svn-base
13071   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\.svn\text-base\Makefile.svn-base
13072   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\.svn\tmp\prop-base
13073   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\.svn\tmp\props
13074   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\.svn\tmp\text-base
13075   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\files\.svn
13076   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\files\updatedd.config
13077   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\files\updatedd.hotplug
13078   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\files\updatedd.init
13079   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\files\.svn\entries
13080   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\files\.svn\prop-base
13081   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\files\.svn\props
13082   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\files\.svn\text-base
13083   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\files\.svn\tmp
13084   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\files\.svn\prop-base\updatedd.config.sv
        n-base
13085   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\files\.svn\prop-base\updatedd.hotplug.s
        vn-base
13086   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\files\.svn\prop-base\updatedd.init.svn-
        base
13087   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\files\.svn\text-base\updatedd.config.sv
        n-base
13088   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\files\.svn\text-base\updatedd.hotplug.s
        vn-base
13089   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\files\.svn\text-base\updatedd.init.svn-
        base
13090   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\files\.svn\tmp\prop-base
13091   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\files\.svn\tmp\props
13092   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\files\.svn\tmp\text-base
13093   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\patches\.svn
13094   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\patches\001-service_libname.patch
13095   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\patches\002-ovh-dyndnshost.patch
13096   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\patches\003-zoneedit-url-fix.patch
13097   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\patches\.svn\entries
13098   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\patches\.svn\prop-base
13099   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\patches\.svn\props
13100   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\patches\.svn\text-base
13101   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\patches\.svn\tmp
13102   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\patches\.svn\text-base\001-service_libn
        ame.patch.svn-base
13103   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\patches\.svn\text-base\002-ovh-dyndnsho
        st.patch.svn-base
13104   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\patches\.svn\text-base\003-zoneedit-url
        -fix.patch.svn-base
13105   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\patches\.svn\tmp\prop-base
13106   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\patches\.svn\tmp\props
13107   SDK.UBNT.v5.3\openwrt\feeds\packages\net\updatedd\patches\.svn\tmp\text-base
13108   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uucp\.svn
13109   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uucp\Makefile
13110   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uucp\.svn\entries
13111   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uucp\.svn\prop-base
13112   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uucp\.svn\props
13113   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uucp\.svn\text-base
13114   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uucp\.svn\tmp
13115   SDK.UBNT.v5.3\openwrt\feeds\packages\net\uucp\.svn\text-base\Makefile.svn-base
```

```
13116  SDK.UBNT.v5.3\openwrt\feeds\packages\net\uucp\.svn\tmp\prop-base
13117  SDK.UBNT.v5.3\openwrt\feeds\packages\net\uucp\.svn\tmp\props
13118  SDK.UBNT.v5.3\openwrt\feeds\packages\net\uucp\.svn\tmp\text-base
13119  SDK.UBNT.v5.3\openwrt\feeds\packages\net\veth\.svn
13120  SDK.UBNT.v5.3\openwrt\feeds\packages\net\veth\Makefile
13121  SDK.UBNT.v5.3\openwrt\feeds\packages\net\veth\patches
13122  SDK.UBNT.v5.3\openwrt\feeds\packages\net\veth\.svn\entries
13123  SDK.UBNT.v5.3\openwrt\feeds\packages\net\veth\.svn\prop-base
13124  SDK.UBNT.v5.3\openwrt\feeds\packages\net\veth\.svn\props
13125  SDK.UBNT.v5.3\openwrt\feeds\packages\net\veth\.svn\text-base
13126  SDK.UBNT.v5.3\openwrt\feeds\packages\net\veth\.svn\tmp
13127  SDK.UBNT.v5.3\openwrt\feeds\packages\net\veth\.svn\text-base\Makefile.svn-base
13128  SDK.UBNT.v5.3\openwrt\feeds\packages\net\veth\.svn\tmp\prop-base
13129  SDK.UBNT.v5.3\openwrt\feeds\packages\net\veth\.svn\tmp\props
13130  SDK.UBNT.v5.3\openwrt\feeds\packages\net\veth\.svn\tmp\text-base
13131  SDK.UBNT.v5.3\openwrt\feeds\packages\net\veth\patches\.svn
13132  SDK.UBNT.v5.3\openwrt\feeds\packages\net\veth\patches\100-veth-makefile-cflags.patch
13133  SDK.UBNT.v5.3\openwrt\feeds\packages\net\veth\patches\200-drop-multicast.patch
13134  SDK.UBNT.v5.3\openwrt\feeds\packages\net\veth\patches\.svn\entries
13135  SDK.UBNT.v5.3\openwrt\feeds\packages\net\veth\patches\.svn\prop-base
13136  SDK.UBNT.v5.3\openwrt\feeds\packages\net\veth\patches\.svn\props
13137  SDK.UBNT.v5.3\openwrt\feeds\packages\net\veth\patches\.svn\text-base
13138  SDK.UBNT.v5.3\openwrt\feeds\packages\net\veth\patches\.svn\tmp
13139  SDK.UBNT.v5.3\openwrt\feeds\packages\net\veth\patches\.svn\text-base\100-veth-makefile-cf
       lags.patch.svn-base
13140  SDK.UBNT.v5.3\openwrt\feeds\packages\net\veth\patches\.svn\text-base\200-drop-multicast.p
       atch.svn-base
13141  SDK.UBNT.v5.3\openwrt\feeds\packages\net\veth\patches\.svn\tmp\prop-base
13142  SDK.UBNT.v5.3\openwrt\feeds\packages\net\veth\patches\.svn\tmp\props
13143  SDK.UBNT.v5.3\openwrt\feeds\packages\net\veth\patches\.svn\tmp\text-base
13144  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vgp\.svn
13145  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vgp\Makefile
13146  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vgp\.svn\entries
13147  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vgp\.svn\prop-base
13148  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vgp\.svn\props
13149  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vgp\.svn\text-base
13150  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vgp\.svn\tmp
13151  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vgp\.svn\prop-base\Makefile.svn-base
13152  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vgp\.svn\text-base\Makefile.svn-base
13153  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vgp\.svn\tmp\prop-base
13154  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vgp\.svn\tmp\props
13155  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vgp\.svn\tmp\text-base
13156  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnc-reflector\.svn
13157  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnc-reflector\Makefile
13158  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnc-reflector\patches
13159  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnc-reflector\.svn\entries
13160  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnc-reflector\.svn\prop-base
13161  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnc-reflector\.svn\props
13162  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnc-reflector\.svn\text-base
13163  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnc-reflector\.svn\tmp
13164  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnc-reflector\.svn\prop-base\Makefile.svn-base
13165  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnc-reflector\.svn\text-base\Makefile.svn-base
13166  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnc-reflector\.svn\tmp\prop-base
13167  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnc-reflector\.svn\tmp\props
13168  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnc-reflector\.svn\tmp\text-base
13169  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnc-reflector\patches\.svn
13170  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnc-reflector\patches\001-honor_include_lib_path
       .patch
13171  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnc-reflector\patches\.svn\entries
13172  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnc-reflector\patches\.svn\prop-base
13173  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnc-reflector\patches\.svn\props
13174  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnc-reflector\patches\.svn\text-base
13175  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnc-reflector\patches\.svn\tmp
13176  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnc-reflector\patches\.svn\prop-base\001-honor_i
       nclude_lib_path.patch.svn-base
13177  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnc-reflector\patches\.svn\text-base\001-honor_i
       nclude_lib_path.patch.svn-base
13178  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnc-reflector\patches\.svn\tmp\prop-base
13179  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnc-reflector\patches\.svn\tmp\props
```

```
13180   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vncrepeater\.svn
13181   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vncrepeater\.svn
13182   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vncrepeater\Makefile
13183   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vncrepeater\patches
13184   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vncrepeater\.svn\entries
13185   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vncrepeater\.svn\prop-base
13186   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vncrepeater\.svn\props
13187   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vncrepeater\.svn\text-base
13188   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vncrepeater\.svn\tmp
13189   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vncrepeater\.svn\prop-base\Makefile.svn-base
13190   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vncrepeater\.svn\text-base\Makefile.svn-base
13191   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vncrepeater\.svn\tmp\prop-base
13192   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vncrepeater\.svn\tmp\props
13193   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vncrepeater\.svn\tmp\text-base
13194   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vncrepeater\patches\.svn
13195   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vncrepeater\patches\001-uclibcxx_linking.patch
13196   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vncrepeater\patches\.svn\entries
13197   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vncrepeater\patches\.svn\prop-base
13198   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vncrepeater\patches\.svn\props
13199   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vncrepeater\patches\.svn\text-base
13200   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vncrepeater\patches\.svn\tmp
13201   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vncrepeater\patches\.svn\prop-base\001-uclibcxx_
        linking.patch.svn-base
13202   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vncrepeater\patches\.svn\text-base\001-uclibcxx_
        linking.patch.svn-base
13203   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vncrepeater\patches\.svn\tmp\prop-base
13204   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vncrepeater\patches\.svn\tmp\props
13205   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vncrepeater\patches\.svn\tmp\text-base
13206   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstat\.svn
13207   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstat\files
13208   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstat\Makefile
13209   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstat\.svn\entries
13210   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstat\.svn\prop-base
13211   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstat\.svn\props
13212   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstat\.svn\text-base
13213   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstat\.svn\tmp
13214   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstat\.svn\prop-base\Makefile.svn-base
13215   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstat\.svn\text-base\Makefile.svn-base
13216   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstat\.svn\tmp\prop-base
13217   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstat\.svn\tmp\props
13218   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstat\.svn\tmp\text-base
13219   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstat\files\.svn
13220   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstat\files\vnstat.conf
13221   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstat\files\vnstat.init
13222   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstat\files\.svn\entries
13223   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstat\files\.svn\prop-base
13224   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstat\files\.svn\props
13225   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstat\files\.svn\text-base
13226   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstat\files\.svn\tmp
13227   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstat\files\.svn\text-base\vnstat.conf.svn-base
13228   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstat\files\.svn\text-base\vnstat.init.svn-base
13229   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstat\files\.svn\tmp\prop-base
13230   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstat\files\.svn\tmp\props
13231   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstat\files\.svn\tmp\text-base
13232   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstati\.svn
13233   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstati\Makefile
13234   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstati\.svn\entries
13235   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstati\.svn\prop-base
13236   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstati\.svn\props
13237   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstati\.svn\text-base
13238   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstati\.svn\tmp
13239   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstati\.svn\text-base\Makefile.svn-base
13240   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstati\.svn\tmp\prop-base
13241   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstati\.svn\tmp\props
13242   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vnstati\.svn\tmp\text-base
13243   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\.svn
13244   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\Makefile
13245   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\patches
13246   SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\.svn\entries
```

```
13247  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\.svn\props
13248  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\.svn\props
13249  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\.svn\text-base
13250  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\.svn\tmp
13251  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\.svn\prop-base\Makefile.svn-base
13252  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\.svn\text-base\Makefile.svn-base
13253  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\.svn\tmp\prop-base
13254  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\.svn\tmp\props
13255  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\.svn\tmp\text-base
13256  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\patches\.svn
13257  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\patches\001-cross.patch
13258  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\patches\002-vpn_script.patch
13259  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\patches\003-no_makeman.patch
13260  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\patches\.svn\entries
13261  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\patches\.svn\prop-base
13262  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\patches\.svn\props
13263  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\patches\.svn\text-base
13264  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\patches\.svn\tmp
13265  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\patches\.svn\prop-base\001-cross.patch.svn-
       base
13266  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\patches\.svn\prop-base\002-vpn_script.patch
       .svn-base
13267  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\patches\.svn\text-base\001-cross.patch.svn-
       base
13268  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\patches\.svn\text-base\002-vpn_script.patch
       .svn-base
13269  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\patches\.svn\text-base\003-no_makeman.patch
       .svn-base
13270  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\patches\.svn\tmp\prop-base
13271  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\patches\.svn\tmp\props
13272  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vpnc\patches\.svn\tmp\text-base
13273  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vrrpd\.svn
13274  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vrrpd\files
13275  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vrrpd\Makefile
13276  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vrrpd\.svn\entries
13277  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vrrpd\.svn\prop-base
13278  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vrrpd\.svn\props
13279  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vrrpd\.svn\text-base
13280  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vrrpd\.svn\tmp
13281  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vrrpd\.svn\prop-base\Makefile.svn-base
13282  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vrrpd\.svn\text-base\Makefile.svn-base
13283  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vrrpd\.svn\tmp\prop-base
13284  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vrrpd\.svn\tmp\props
13285  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vrrpd\.svn\tmp\text-base
13286  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vrrpd\files\.svn
13287  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vrrpd\files\vrrpd.default
13288  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vrrpd\files\vrrpd.init
13289  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vrrpd\files\.svn\entries
13290  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vrrpd\files\.svn\prop-base
13291  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vrrpd\files\.svn\props
13292  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vrrpd\files\.svn\text-base
13293  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vrrpd\files\.svn\tmp
13294  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vrrpd\files\.svn\prop-base\vrrpd.default.svn-bas
       e
13295  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vrrpd\files\.svn\prop-base\vrrpd.init.svn-base
13296  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vrrpd\files\.svn\text-base\vrrpd.default.svn-bas
       e
13297  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vrrpd\files\.svn\text-base\vrrpd.init.svn-base
13298  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vrrpd\files\.svn\tmp\prop-base
13299  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vrrpd\files\.svn\tmp\props
13300  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vrrpd\files\.svn\tmp\text-base
13301  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\.svn
13302  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\files
13303  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\Makefile
13304  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\patches
13305  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\.svn\entries
13306  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\.svn\prop-base
13307  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\.svn\props
13308  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\.svn\text-base
```

```
13309  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\.svn
13310  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\.svn\prop-base\Makefile.svn-base
13311  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\.svn\text-base\Makefile.svn-base
13312  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\.svn\tmp\prop-base
13313  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\.svn\tmp\props
13314  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\.svn\tmp\text-base
13315  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\files\.svn
13316  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\files\vsftpd.conf
13317  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\files\vsftpd.init
13318  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\files\.svn\entries
13319  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\files\.svn\prop-base
13320  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\files\.svn\props
13321  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\files\.svn\text-base
13322  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\files\.svn\tmp
13323  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\files\.svn\prop-base\vsftpd.conf.svn-base
13324  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\files\.svn\prop-base\vsftpd.init.svn-base
13325  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\files\.svn\text-base\vsftpd.conf.svn-base
13326  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\files\.svn\text-base\vsftpd.init.svn-base
13327  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\files\.svn\tmp\prop-base
13328  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\files\.svn\tmp\props
13329  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\files\.svn\tmp\text-base
13330  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\patches\.svn
13331  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\patches\001-destdir.patch
13332  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\patches\002-find_libs.patch
13333  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\patches\003-chroot.patch
13334  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\patches\004-compile_fix.patch
13335  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\patches\005-exit_status_const.patch
13336  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\patches\.svn\entries
13337  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\patches\.svn\prop-base
13338  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\patches\.svn\props
13339  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\patches\.svn\text-base
13340  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\patches\.svn\tmp
13341  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\patches\.svn\prop-base\001-destdir.patch.
       svn-base
13342  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\patches\.svn\prop-base\002-find_libs.patc
       h.svn-base
13343  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\patches\.svn\prop-base\003-chroot.patch.s
       vn-base
13344  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\patches\.svn\prop-base\004-compile_fix.pa
       tch.svn-base
13345  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\patches\.svn\text-base\001-destdir.patch.
       svn-base
13346  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\patches\.svn\text-base\002-find_libs.patc
       h.svn-base
13347  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\patches\.svn\text-base\003-chroot.patch.s
       vn-base
13348  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\patches\.svn\text-base\004-compile_fix.pa
       tch.svn-base
13349  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\patches\.svn\text-base\005-exit_status_co
       nst.patch.svn-base
13350  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\patches\.svn\tmp\prop-base
13351  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\patches\.svn\tmp\props
13352  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vsftpd\patches\.svn\tmp\text-base
13353  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vtun\.svn
13354  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vtun\Makefile
13355  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vtun\patches
13356  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vtun\.svn\entries
13357  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vtun\.svn\prop-base
13358  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vtun\.svn\props
13359  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vtun\.svn\text-base
13360  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vtun\.svn\tmp
13361  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vtun\.svn\prop-base\Makefile.svn-base
13362  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vtun\.svn\text-base\Makefile.svn-base
13363  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vtun\.svn\tmp\prop-base
13364  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vtun\.svn\tmp\props
13365  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vtun\.svn\tmp\text-base
13366  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vtun\patches\.svn
13367  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vtun\patches\100-lzo2.patch
13368  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vtun\patches\.svn\entries
```

```
13369  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vtun\patches\.svn\props
13370  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vtun\patches\.svn\text-base
13371  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vtun\patches\.svn\tmp
13372  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vtun\patches\.svn\prop-base\100-lzo2.patch.svn-b
       ase
13373  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vtun\patches\.svn\text-base\100-lzo2.patch.svn-b
       ase
13374  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vtun\patches\.svn\tmp\prop-base
13375  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vtun\patches\.svn\tmp\props
13376  SDK.UBNT.v5.3\openwrt\feeds\packages\net\vtun\patches\.svn\tmp\text-base
13377  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wavemon\.svn
13378  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wavemon\Makefile
13379  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wavemon\patches
13380  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wavemon\.svn\entries
13381  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wavemon\.svn\prop-base
13382  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wavemon\.svn\props
13383  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wavemon\.svn\text-base
13384  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wavemon\.svn\tmp
13385  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wavemon\.svn\text-base\Makefile.svn-base
13386  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wavemon\.svn\tmp\prop-base
13387  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wavemon\.svn\tmp\props
13388  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wavemon\.svn\tmp\text-base
13389  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wavemon\patches\.svn
13390  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wavemon\patches\001-gcc_fixes.patch
13391  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wavemon\patches\002-wireless_tools.patch
13392  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wavemon\patches\.svn\entries
13393  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wavemon\patches\.svn\prop-base
13394  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wavemon\patches\.svn\props
13395  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wavemon\patches\.svn\text-base
13396  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wavemon\patches\.svn\tmp
13397  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wavemon\patches\.svn\text-base\001-gcc_fixes.pat
       ch.svn-base
13398  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wavemon\patches\.svn\text-base\002-wireless_tool
       s.patch.svn-base
13399  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wavemon\patches\.svn\tmp\prop-base
13400  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wavemon\patches\.svn\tmp\props
13401  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wavemon\patches\.svn\tmp\text-base
13402  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wccpd\.svn
13403  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wccpd\Makefile
13404  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wccpd\.svn\entries
13405  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wccpd\.svn\prop-base
13406  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wccpd\.svn\props
13407  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wccpd\.svn\text-base
13408  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wccpd\.svn\tmp
13409  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wccpd\.svn\prop-base\Makefile.svn-base
13410  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wccpd\.svn\text-base\Makefile.svn-base
13411  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wccpd\.svn\tmp\prop-base
13412  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wccpd\.svn\tmp\props
13413  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wccpd\.svn\tmp\text-base
13414  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wdiag\.svn
13415  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wdiag\Makefile
13416  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wdiag\.svn\entries
13417  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wdiag\.svn\prop-base
13418  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wdiag\.svn\props
13419  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wdiag\.svn\text-base
13420  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wdiag\.svn\tmp
13421  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wdiag\.svn\prop-base\Makefile.svn-base
13422  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wdiag\.svn\text-base\Makefile.svn-base
13423  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wdiag\.svn\tmp\prop-base
13424  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wdiag\.svn\tmp\props
13425  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wdiag\.svn\tmp\text-base
13426  SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat\.svn
13427  SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat\Makefile
13428  SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat\patches
13429  SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat\.svn\entries
13430  SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat\.svn\prop-base
13431  SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat\.svn\props
13432  SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat\.svn\text-base
```

```
13434   SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat\.svn
13435   SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat\.svn\prop-base\Makefile.svn-base
13436   SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat\.svn\text-base\Makefile.svn-base
13437   SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat\.svn\tmp\prop-base
13438   SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat\.svn\tmp\props
13439   SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat\.svn\tmp\text-base
13440   SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat\patches\.svn
13441   SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat\patches\001-cross_compiling.patch
13442   SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat\patches\002-no_doc.patch
13443   SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat\patches\003-lua_flags.patch
13444   SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat\patches\.svn\entries
13445   SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat\patches\.svn\prop-base
13446   SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat\patches\.svn\props
13447   SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat\patches\.svn\text-base
13448   SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat\patches\.svn\tmp
13449   SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat\patches\.svn\prop-base\001-cross_compili
        ng.patch.svn-base
13450   SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat\patches\.svn\text-base\001-cross_compili
        ng.patch.svn-base
13451   SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat\patches\.svn\text-base\002-no_doc.patch.
        svn-base
13452   SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat\patches\.svn\text-base\003-lua_flags.pat
        ch.svn-base
13453   SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat\patches\.svn\tmp\prop-base
13454   SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat\patches\.svn\tmp\props
13455   SDK.UBNT.v5.3\openwrt\feeds\packages\net\weechat\patches\.svn\tmp\text-base
13456   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wget\.svn
13457   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wget\Makefile
13458   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wget\.svn\entries
13459   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wget\.svn\prop-base
13460   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wget\.svn\props
13461   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wget\.svn\text-base
13462   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wget\.svn\tmp
13463   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wget\.svn\prop-base\Makefile.svn-base
13464   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wget\.svn\text-base\Makefile.svn-base
13465   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wget\.svn\tmp\prop-base
13466   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wget\.svn\tmp\props
13467   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wget\.svn\tmp\text-base
13468   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\.svn
13469   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\files
13470   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\Makefile
13471   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\patches
13472   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\.svn\entries
13473   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\.svn\prop-base
13474   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\.svn\props
13475   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\.svn\text-base
13476   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\.svn\tmp
13477   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\.svn\prop-base\Makefile.svn-base
13478   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\.svn\text-base\Makefile.svn-base
13479   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\.svn\tmp\prop-base
13480   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\.svn\tmp\props
13481   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\.svn\tmp\text-base
13482   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\files\.svn
13483   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\files\wifidog.conf
13484   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\files\wifidog.init
13485   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\files\.svn\entries
13486   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\files\.svn\prop-base
13487   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\files\.svn\props
13488   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\files\.svn\text-base
13489   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\files\.svn\tmp
13490   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\files\.svn\prop-base\wifidog.conf.svn-ba
        se
13491   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\files\.svn\prop-base\wifidog.init.svn-ba
        se
13492   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\files\.svn\text-base\wifidog.conf.svn-ba
        se
13493   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\files\.svn\text-base\wifidog.init.svn-ba
        se
13494   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\files\.svn\tmp\prop-base
```

```
13495   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\files\.svn\tmp\text-base
13496   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\files\.svn\tmp\text-base
13497   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\patches\.svn
13498   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\patches\001-proc_net_syntax.patch
13499   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\patches\.svn\entries
13500   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\patches\.svn\prop-base
13501   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\patches\.svn\props
13502   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\patches\.svn\text-base
13503   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\patches\.svn\tmp
13504   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\patches\.svn\text-base\001-proc_net_synt
        ax.patch.svn-base
13505   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\patches\.svn\tmp\prop-base
13506   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\patches\.svn\tmp\props
13507   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wifidog\patches\.svn\tmp\text-base
13508   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\.svn
13509   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files
13510   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\Makefile
13511   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src
13512   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\.svn\entries
13513   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\.svn\prop-base
13514   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\.svn\props
13515   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\.svn\text-base
13516   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\.svn\tmp
13517   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\.svn\prop-base\Makefile.svn-base
13518   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\.svn\text-base\Makefile.svn-base
13519   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\.svn\tmp\prop-base
13520   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\.svn\tmp\props
13521   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\.svn\tmp\text-base
13522   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\.svn
13523   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www
13524   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\.svn\entries
13525   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\.svn\prop-base
13526   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\.svn\props
13527   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\.svn\text-base
13528   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\.svn\tmp
13529   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\.svn\tmp\prop-base
13530   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\.svn\tmp\props
13531   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\.svn\tmp\text-base
13532   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\.svn
13533   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\cgi-bin
13534   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz
13535   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\.svn\entries
13536   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\.svn\prop-base
13537   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\.svn\props
13538   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\.svn\text-base
13539   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\.svn\tmp
13540   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\.svn\tmp\prop-base
13541   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\.svn\tmp\props
13542   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\.svn\tmp\text-base
13543   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\cgi-bin\.svn
13544   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\cgi-bin\wiviz
13545   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\cgi-bin\.svn\entries
13546   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\cgi-bin\.svn\prop-base
13547   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\cgi-bin\.svn\props
13548   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\cgi-bin\.svn\text-base
13549   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\cgi-bin\.svn\tmp
13550   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\cgi-bin\.svn\tmp\prop-base
13551   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\cgi-bin\.svn\tmp\props
13552   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\cgi-bin\.svn\tmp\text-base
13553   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\cgi-bin\wiviz\.svn
13554   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\cgi-bin\wiviz\get.cgi
13555   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\cgi-bin\wiviz\set.cgi
13556   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\cgi-bin\wiviz\.svn\entries
13557   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\cgi-bin\wiviz\.svn\prop-base
13558   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\cgi-bin\wiviz\.svn\props
13559   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\cgi-bin\wiviz\.svn\text-base
13560   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\cgi-bin\wiviz\.svn\tmp
13561   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\cgi-bin\wiviz\.svn\prop-base\get
        .cgi.svn-base
```

| | |
|---|---|
| 13562 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\cgi-bin\wiviz\.svn\text-base\set.cgi.svn-base |
| 13563 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\cgi-bin\wiviz\.svn\text-base\get.cgi.svn-base |
| 13564 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\cgi-bin\wiviz\.svn\text-base\set.cgi.svn-base |
| 13565 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\cgi-bin\wiviz\.svn\tmp\prop-base |
| 13566 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\cgi-bin\wiviz\.svn\tmp\props |
| 13567 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\cgi-bin\wiviz\.svn\tmp\text-base |
| 13568 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn |
| 13569 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\adhoc-idle.gif |
| 13570 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\adhoc-idle.png |
| 13571 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\adhoc.gif |
| 13572 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\adhoc.png |
| 13573 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\ap-idle.gif |
| 13574 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\ap-idle.png |
| 13575 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\ap-wep-idle.gif |
| 13576 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\ap-wep-idle.png |
| 13577 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\ap-wep.gif |
| 13578 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\ap-wep.png |
| 13579 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\ap.gif |
| 13580 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\ap.png |
| 13581 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\pip-idle.gif |
| 13582 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\pip-idle.png |
| 13583 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\pip.gif |
| 13584 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\pip.png |
| 13585 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\station-idle.gif |
| 13586 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\station-idle.png |
| 13587 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\station.gif |
| 13588 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\station.png |
| 13589 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\wiviz.css |
| 13590 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\wiviz.html |
| 13591 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\wiviz.js |
| 13592 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\entries |
| 13593 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\prop-base |
| 13594 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\props |
| 13595 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\text-base |
| 13596 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\tmp |
| 13597 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\prop-base\adhoc-idle.gif.svn-base |
| 13598 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\prop-base\adhoc-idle.png.svn-base |
| 13599 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\prop-base\adhoc.gif.svn-base |
| 13600 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\prop-base\adhoc.png.svn-base |
| 13601 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\prop-base\ap-idle.gif.svn-base |
| 13602 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\prop-base\ap-idle.png.svn-base |
| 13603 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\prop-base\ap-wep-idle.gif.svn-base |
| 13604 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\prop-base\ap-wep-idle.png.svn-base |
| 13605 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\prop-base\ap-wep.gif.svn-base |
| 13606 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\prop-base\ap-wep.png.svn-base |
| 13607 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\prop-base\ap.gif.svn-base |
| 13608 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\prop-base\ap.png.svn-base |
| 13609 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\prop-base\pip-idle.gif.svn-base |
| 13610 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\prop-base\pip-idle.png.svn-base |
| 13611 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\prop-base\pip.gif.svn-base |
| 13612 | SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\prop-base\pip.png.svn |

```
13613    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\prop-base\station-idl
         e.gif.svn-base
13614    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\prop-base\station-idl
         e.png.svn-base
13615    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\prop-base\station.gif
         .svn-base
13616    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\prop-base\station.png
         .svn-base
13617    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\prop-base\wiviz.css.s
         vn-base
13618    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\prop-base\wiviz.html.
         svn-base
13619    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\prop-base\wiviz.js.sv
         n-base
13620    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\text-base\adhoc-idle.
         gif.svn-base
13621    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\text-base\adhoc-idle.
         png.svn-base
13622    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\text-base\adhoc.gif.s
         vn-base
13623    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\text-base\adhoc.png.s
         vn-base
13624    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\text-base\ap-idle.gif
         .svn-base
13625    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\text-base\ap-idle.png
         .svn-base
13626    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\text-base\ap-wep-idle
         .gif.svn-base
13627    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\text-base\ap-wep-idle
         .png.svn-base
13628    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\text-base\ap-wep.gif.
         svn-base
13629    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\text-base\ap-wep.png.
         svn-base
13630    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\text-base\ap.gif.svn-
         base
13631    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\text-base\ap.png.svn-
         base
13632    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\text-base\pip-idle.gi
         f.svn-base
13633    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\text-base\pip-idle.pn
         g.svn-base
13634    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\text-base\pip.gif.svn
         -base
13635    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\text-base\pip.png.svn
         -base
13636    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\text-base\station-idl
         e.gif.svn-base
13637    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\text-base\station-idl
         e.png.svn-base
13638    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\text-base\station.gif
         .svn-base
13639    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\text-base\station.png
         .svn-base
13640    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\text-base\wiviz.css.s
         vn-base
13641    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\text-base\wiviz.html.
         svn-base
13642    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\text-base\wiviz.js.sv
         n-base
13643    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\tmp\prop-base
13644    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\tmp\props
13645    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\files\www\wiviz\.svn\tmp\text-base
13646    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\.svn
13647    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\channelhopper.c
13648    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\channelhopper.h
13649    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\Makefile
13650    SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\structs.h
```

```
13651   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\wl_access.c
13652   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\wl_access.h
13653   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\.svn\entries
13654   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\.svn\prop-base
13655   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\.svn\props
13656   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\.svn\text-base
13657   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\.svn\tmp
13658   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\.svn\prop-base\channelhopper.c.svn-base
13659   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\.svn\prop-base\channelhopper.h.svn-base
13660   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\.svn\prop-base\Makefile.svn-base
13661   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\.svn\prop-base\structs.h.svn-base
13662   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\.svn\prop-base\wiviz.c.svn-base
13663   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\.svn\prop-base\wl_access.c.svn-base
13664   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\.svn\prop-base\wl_access.h.svn-base
13665   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\.svn\prop-base\wl_access.h.svn-base
13666   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\.svn\text-base\channelhopper.c.svn-base
13667   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\.svn\text-base\channelhopper.h.svn-base
13668   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\.svn\text-base\Makefile.svn-base
13669   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\.svn\text-base\structs.h.svn-base
13670   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\.svn\text-base\wiviz.c.svn-base
13671   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\.svn\text-base\wl_access.c.svn-base
13672   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\.svn\text-base\wl_access.h.svn-base
13673   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\.svn\tmp\prop-base
13674   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\.svn\tmp\props
13675   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wiviz\src\.svn\tmp\text-base
13676   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wknock\.svn
13677   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wknock\Makefile
13678   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wknock\.svn\entries
13679   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wknock\.svn\prop-base
13680   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wknock\.svn\props
13681   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wknock\.svn\text-base
13682   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wknock\.svn\tmp
13683   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wknock\.svn\prop-base\Makefile.svn-base
13684   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wknock\.svn\text-base\Makefile.svn-base
13685   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wknock\.svn\tmp\prop-base
13686   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wknock\.svn\tmp\props
13687   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wknock\.svn\tmp\text-base
13688   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wol\.svn
13689   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wol\files
13690   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wol\Makefile
13691   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wol\.svn\entries
13692   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wol\.svn\prop-base
13693   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wol\.svn\props
13694   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wol\.svn\text-base
13695   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wol\.svn\tmp
13696   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wol\.svn\prop-base\Makefile.svn-base
13697   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wol\.svn\text-base\Makefile.svn-base
13698   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wol\.svn\tmp\prop-base
13699   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wol\.svn\tmp\props
13700   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wol\.svn\tmp\text-base
13701   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wol\files\.svn
13702   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wol\files\wol.config
13703   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wol\files\wol.init
13704   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wol\files\.svn\entries
13705   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wol\files\.svn\prop-base
13706   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wol\files\.svn\props
13707   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wol\files\.svn\text-base
13708   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wol\files\.svn\tmp
13709   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wol\files\.svn\prop-base\wol.config.svn-base
13710   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wol\files\.svn\prop-base\wol.init.svn-base
13711   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wol\files\.svn\text-base\wol.config.svn-base
13712   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wol\files\.svn\text-base\wol.init.svn-base
13713   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wol\files\.svn\tmp\prop-base
13714   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wol\files\.svn\tmp\props
13715   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wol\files\.svn\tmp\text-base
```

```
13716  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wput\Makefile
13717  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wput\patches
13718  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wput\.svn\entries
13719  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wput\.svn\prop-base
13720  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wput\.svn\props
13721  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wput\.svn\text-base
13722  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wput\.svn\tmp
13723  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wput\.svn\prop-base\Makefile.svn-base
13724  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wput\.svn\text-base\Makefile.svn-base
13725  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wput\.svn\tmp\prop-base
13726  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wput\.svn\tmp\props
13727  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wput\.svn\tmp\text-base
13728  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wput\.svn\tmp\text-base
13729  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wput\patches\.svn
13730  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wput\patches\100-socketlib.diff
13731  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wput\patches\102-wput.diff
13732  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wput\patches\.svn\entries
13733  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wput\patches\.svn\prop-base
13734  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wput\patches\.svn\props
13735  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wput\patches\.svn\text-base
13736  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wput\patches\.svn\tmp
13737  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wput\patches\.svn\text-base\100-socketlib.diff.svn-base
13738  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wput\patches\.svn\text-base\102-wput.diff.svn-base
13739  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wput\patches\.svn\tmp\prop-base
13740  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wput\patches\.svn\tmp\props
13741  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wput\patches\.svn\tmp\text-base
13742  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wrt-radauth\.svn
13743  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wrt-radauth\Makefile
13744  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wrt-radauth\patches
13745  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wrt-radauth\.svn\entries
13746  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wrt-radauth\.svn\prop-base
13747  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wrt-radauth\.svn\props
13748  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wrt-radauth\.svn\text-base
13749  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wrt-radauth\.svn\tmp
13750  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wrt-radauth\.svn\prop-base\Makefile.svn-base
13751  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wrt-radauth\.svn\text-base\Makefile.svn-base
13752  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wrt-radauth\.svn\tmp\prop-base
13753  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wrt-radauth\.svn\tmp\props
13754  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wrt-radauth\.svn\tmp\text-base
13755  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wrt-radauth\patches\.svn
13756  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wrt-radauth\patches\001-ldpath.patch
13757  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wrt-radauth\patches\.svn\entries
13758  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wrt-radauth\patches\.svn\prop-base
13759  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wrt-radauth\patches\.svn\props
13760  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wrt-radauth\patches\.svn\text-base
13761  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wrt-radauth\patches\.svn\tmp
13762  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wrt-radauth\patches\.svn\text-base\001-ldpath.patch.svn-base
13763  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wrt-radauth\patches\.svn\tmp\prop-base
13764  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wrt-radauth\patches\.svn\tmp\props
13765  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wrt-radauth\patches\.svn\tmp\text-base
13766  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wshaper\.svn
13767  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wshaper\files
13768  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wshaper\Makefile
13769  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wshaper\.svn\entries
13770  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wshaper\.svn\prop-base
13771  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wshaper\.svn\props
13772  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wshaper\.svn\text-base
13773  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wshaper\.svn\tmp
13774  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wshaper\.svn\text-base\Makefile.svn-base
13775  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wshaper\.svn\tmp\prop-base
13776  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wshaper\.svn\tmp\props
13777  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wshaper\.svn\tmp\text-base
13778  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wshaper\files\.svn
13779  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wshaper\files\wshaper.htb
13780  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wshaper\files\wshaper.init
13781  SDK.UBNT.v5.3\openwrt\feeds\packages\net\wshaper\files\.svn\entries
```

```
13782   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wshaper\files\.svn\props
13783   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wshaper\files\.svn\text-base
13784   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wshaper\files\.svn\tmp
13785   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wshaper\files\.svn\prop-base\wshaper.htb.svn-bas
        e
13786   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wshaper\files\.svn\text-base\wshaper.htb.svn-bas
        e
13787   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wshaper\files\.svn\text-base\wshaper.init.svn-ba
        se
13788   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wshaper\files\.svn\tmp\prop-base
13789   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wshaper\files\.svn\tmp\props
13790   SDK.UBNT.v5.3\openwrt\feeds\packages\net\wshaper\files\.svn\tmp\text-base
13791   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\.svn
13792   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\files
13793   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\Makefile
13794   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\patches
13795   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\.svn\entries
13796   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\.svn\prop-base
13797   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\.svn\props
13798   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\.svn\text-base
13799   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\.svn\tmp
13800   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\.svn\prop-base\Makefile.svn-base
13801   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\.svn\text-base\Makefile.svn-base
13802   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\.svn\tmp\prop-base
13803   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\.svn\tmp\props
13804   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\.svn\tmp\text-base
13805   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\files\.svn
13806   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\files\xinetd.conf
13807   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\files\xinetd.init
13808   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\files\.svn\entries
13809   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\files\.svn\prop-base
13810   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\files\.svn\props
13811   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\files\.svn\text-base
13812   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\files\.svn\tmp
13813   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\files\.svn\prop-base\xinetd.conf.svn-base
13814   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\files\.svn\prop-base\xinetd.init.svn-base
13815   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\files\.svn\text-base\xinetd.conf.svn-base
13816   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\files\.svn\text-base\xinetd.init.svn-base
13817   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\files\.svn\tmp\prop-base
13818   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\files\.svn\tmp\props
13819   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\files\.svn\tmp\text-base
13820   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\patches\.svn
13821   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\patches\001-ar.patch
13822   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\patches\002-destdir.patch
13823   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\patches\003-xinetd_2.3.13_gcc41.patch
13824   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\patches\.svn\entries
13825   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\patches\.svn\prop-base
13826   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\patches\.svn\props
13827   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\patches\.svn\text-base
13828   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\patches\.svn\tmp
13829   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\patches\.svn\prop-base\001-ar.patch.svn-b
        ase
13830   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\patches\.svn\prop-base\002-destdir.patch.
        svn-base
13831   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\patches\.svn\prop-base\003-xinetd_2.3.13_
        gcc41.patch.svn-base
13832   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\patches\.svn\text-base\001-ar.patch.svn-b
        ase
13833   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\patches\.svn\text-base\002-destdir.patch.
        svn-base
13834   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\patches\.svn\text-base\003-xinetd_2.3.13_
        gcc41.patch.svn-base
13835   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\patches\.svn\tmp\prop-base
13836   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\patches\.svn\tmp\props
13837   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xinetd\patches\.svn\tmp\text-base
13838   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\.svn
13839   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\files
13840   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\Makefile
13841   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\Makefile
```

```
13842   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\README
13843   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\.svn
13844   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\.svn\entries
13845   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\.svn\prop-base
13846   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\.svn\props
13847   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\.svn\text-base
13848   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\.svn\tmp
13849   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\.svn\prop-base\Makefile.svn-base
13850   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\.svn\text-base\Makefile.svn-base
13851   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\.svn\text-base\README.svn-base
13852   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\.svn\tmp\prop-base
13853   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\.svn\tmp\props
13854   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\.svn\tmp\text-base
13855   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\files\.svn
13856   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\files\ppp.options
13857   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\files\ppp.secrets
13858   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\files\xl2tpd.conf
13859   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\files\xl2tpd.init
13860   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\files\.svn\entries
13861   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\files\.svn\prop-base
13862   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\files\.svn\props
13863   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\files\.svn\text-base
13864   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\files\.svn\tmp
13865   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\files\.svn\text-base\ppp.options.svn-base
13866   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\files\.svn\text-base\ppp.secrets.svn-base
13867   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\files\.svn\text-base\xl2tpd.conf.svn-base
13868   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\files\.svn\text-base\xl2tpd.init.svn-base
13869   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\files\.svn\tmp\prop-base
13870   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\files\.svn\tmp\props
13871   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\files\.svn\tmp\text-base
13872   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\patches\.svn
13873   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\patches\001-opt_flags.patch
13874   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\patches\.svn\entries
13875   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\patches\.svn\prop-base
13876   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\patches\.svn\props
13877   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\patches\.svn\text-base
13878   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\patches\.svn\tmp
13879   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\patches\.svn\text-base\001-opt_flags.patc
        h.svn-base
13880   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\patches\.svn\tmp\prop-base
13881   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\patches\.svn\tmp\props
13882   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xl2tpd\patches\.svn\tmp\text-base
13883   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\.svn
13884   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\Makefile
13885   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\patches
13886   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\.svn\entries
13887   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\.svn\prop-base
13888   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\.svn\props
13889   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\.svn\text-base
13890   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\.svn\tmp
13891   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\.svn\prop-base\Makefile.svn-base
13892   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\.svn\text-base\Makefile.svn-base
13893   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\.svn\tmp\prop-base
13894   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\.svn\tmp\props
13895   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\.svn\tmp\text-base
13896   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\patches\.svn
13897   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\patches\001-no-lfl.patch
13898   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\patches\002-disable-procfs-check.pat
        ch
13899   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\patches\003-compile_fix.patch
13900   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\patches\004-linux_2.6.19_wireless_h.
        patch
13901   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\patches\005-no_private_linux_header_
        includes.patch
13902   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\patches\.svn\entries
13903   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\patches\.svn\prop-base
13904   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\patches\.svn\props
13905   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\patches\.svn\text-base
13906   SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\patches\.svn\tmp
```

```
13907  SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\patches\.svn\prop-base\001-no-lfl.pa
       tch.svn-base
13908  SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\patches\.svn\prop-base\002-disable-p
       rocfs-check.patch.svn-base
13909  SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\patches\.svn\prop-base\003-compile-f
       ix.patch.svn-base
13910  SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\patches\.svn\prop-base\004-linux_2.6
       .19_wireless_h.patch.svn-base
13911  SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\patches\.svn\text-base\001-no-lfl.pa
       tch.svn-base
13912  SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\patches\.svn\text-base\002-disable-p
       rocfs-check.patch.svn-base
13913  SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\patches\.svn\text-base\003-compile-f
       ix.patch.svn-base
13914  SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\patches\.svn\text-base\004-linux_2.6
       .19_wireless_h.patch.svn-base
13915  SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\patches\.svn\text-base\005-no_privat
       e_linux_header_includes.patch.svn-base
13916  SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\patches\.svn\tmp\prop-base
13917  SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\patches\.svn\tmp\props
13918  SDK.UBNT.v5.3\openwrt\feeds\packages\net\xsupplicant\patches\.svn\tmp\text-base
13919  SDK.UBNT.v5.3\openwrt\feeds\packages\net\yafc\.svn
13920  SDK.UBNT.v5.3\openwrt\feeds\packages\net\yafc\Makefile
13921  SDK.UBNT.v5.3\openwrt\feeds\packages\net\yafc\patches
13922  SDK.UBNT.v5.3\openwrt\feeds\packages\net\yafc\.svn\entries
13923  SDK.UBNT.v5.3\openwrt\feeds\packages\net\yafc\.svn\prop-base
13924  SDK.UBNT.v5.3\openwrt\feeds\packages\net\yafc\.svn\props
13925  SDK.UBNT.v5.3\openwrt\feeds\packages\net\yafc\.svn\text-base
13926  SDK.UBNT.v5.3\openwrt\feeds\packages\net\yafc\.svn\tmp
13927  SDK.UBNT.v5.3\openwrt\feeds\packages\net\yafc\.svn\prop-base\Makefile.svn-base
13928  SDK.UBNT.v5.3\openwrt\feeds\packages\net\yafc\.svn\text-base\Makefile.svn-base
13929  SDK.UBNT.v5.3\openwrt\feeds\packages\net\yafc\.svn\tmp\prop-base
13930  SDK.UBNT.v5.3\openwrt\feeds\packages\net\yafc\.svn\tmp\props
13931  SDK.UBNT.v5.3\openwrt\feeds\packages\net\yafc\.svn\tmp\text-base
13932  SDK.UBNT.v5.3\openwrt\feeds\packages\net\yafc\patches\.svn
13933  SDK.UBNT.v5.3\openwrt\feeds\packages\net\yafc\patches\001-cross_compile.patch
13934  SDK.UBNT.v5.3\openwrt\feeds\packages\net\yafc\patches\.svn\entries
13935  SDK.UBNT.v5.3\openwrt\feeds\packages\net\yafc\patches\.svn\prop-base
13936  SDK.UBNT.v5.3\openwrt\feeds\packages\net\yafc\patches\.svn\props
13937  SDK.UBNT.v5.3\openwrt\feeds\packages\net\yafc\patches\.svn\text-base
13938  SDK.UBNT.v5.3\openwrt\feeds\packages\net\yafc\patches\.svn\tmp
13939  SDK.UBNT.v5.3\openwrt\feeds\packages\net\yafc\patches\.svn\prop-base\001-cross_compile.pa
       tch.svn-base
13940  SDK.UBNT.v5.3\openwrt\feeds\packages\net\yafc\patches\.svn\text-base\001-cross_compile.pa
       tch.svn-base
13941  SDK.UBNT.v5.3\openwrt\feeds\packages\net\yafc\patches\.svn\tmp\prop-base
13942  SDK.UBNT.v5.3\openwrt\feeds\packages\net\yafc\patches\.svn\tmp\props
13943  SDK.UBNT.v5.3\openwrt\feeds\packages\net\yafc\patches\.svn\tmp\text-base
13944  SDK.UBNT.v5.3\openwrt\feeds\packages\skels\.svn
13945  SDK.UBNT.v5.3\openwrt\feeds\packages\skels\files
13946  SDK.UBNT.v5.3\openwrt\feeds\packages\skels\Makefile.template
13947  SDK.UBNT.v5.3\openwrt\feeds\packages\skels\.svn\entries
13948  SDK.UBNT.v5.3\openwrt\feeds\packages\skels\.svn\prop-base
13949  SDK.UBNT.v5.3\openwrt\feeds\packages\skels\.svn\props
13950  SDK.UBNT.v5.3\openwrt\feeds\packages\skels\.svn\text-base
13951  SDK.UBNT.v5.3\openwrt\feeds\packages\skels\.svn\tmp
13952  SDK.UBNT.v5.3\openwrt\feeds\packages\skels\.svn\text-base\Makefile.template.svn-base
13953  SDK.UBNT.v5.3\openwrt\feeds\packages\skels\.svn\tmp\prop-base
13954  SDK.UBNT.v5.3\openwrt\feeds\packages\skels\.svn\tmp\props
13955  SDK.UBNT.v5.3\openwrt\feeds\packages\skels\.svn\tmp\text-base
13956  SDK.UBNT.v5.3\openwrt\feeds\packages\skels\files\.svn
13957  SDK.UBNT.v5.3\openwrt\feeds\packages\skels\files\package.conf
13958  SDK.UBNT.v5.3\openwrt\feeds\packages\skels\files\package.init
13959  SDK.UBNT.v5.3\openwrt\feeds\packages\skels\files\.svn\entries
13960  SDK.UBNT.v5.3\openwrt\feeds\packages\skels\files\.svn\prop-base
13961  SDK.UBNT.v5.3\openwrt\feeds\packages\skels\files\.svn\props
13962  SDK.UBNT.v5.3\openwrt\feeds\packages\skels\files\.svn\text-base
13963  SDK.UBNT.v5.3\openwrt\feeds\packages\skels\files\.svn\tmp
13964  SDK.UBNT.v5.3\openwrt\feeds\packages\skels\files\.svn\prop-base\package.init.svn-base
```

```
13965  SDK.UBNT.v5.3\openwrt\feeds\packages\skels\files\.svn\text-base\package.init.svn-base
13966  SDK.UBNT.v5.3\openwrt\feeds\packages\skels\files\.svn\text-base\package.init.svn-base
13967  SDK.UBNT.v5.3\openwrt\feeds\packages\skels\files\.svn\tmp\prop-base
13968  SDK.UBNT.v5.3\openwrt\feeds\packages\skels\files\.svn\tmp\props
13969  SDK.UBNT.v5.3\openwrt\feeds\packages\skels\files\.svn\tmp\text-base
13970  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\.svn
13971  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa
13972  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\empcd
13973  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\flite
13974  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\lame
13975  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\madplay
13976  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpc
13977  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpd
13978  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mt-daapd
13979  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\pulseaudio
13980  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc
13981  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm
13982  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\sox
13983  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\streamripper
13984  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\.svn\entries
13985  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\.svn\prop-base
13986  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\.svn\props
13987  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\.svn\text-base
13988  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\.svn\tmp
13989  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\.svn\tmp\prop-base
13990  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\.svn\tmp\props
13991  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\.svn\tmp\text-base
13992  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\.svn
13993  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\files
13994  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\Makefile
13995  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\patches
13996  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\.svn\entries
13997  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\.svn\prop-base
13998  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\.svn\props
13999  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\.svn\text-base
14000  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\.svn\tmp
14001  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\.svn\prop-base\Makefile.svn-base
14002  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\.svn\text-base\Makefile.svn-base
14003  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\.svn\tmp\prop-base
14004  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\.svn\tmp\props
14005  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\.svn\tmp\text-base
14006  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\files\.svn
14007  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\files\alsa.modules
14008  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\files\.svn\entries
14009  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\files\.svn\prop-base
14010  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\files\.svn\props
14011  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\files\.svn\text-base
14012  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\files\.svn\tmp
14013  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\files\.svn\prop-base\alsa.modules.svn-base
14014  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\files\.svn\text-base\alsa.modules.svn-base
14015  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\files\.svn\tmp\prop-base
14016  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\files\.svn\tmp\props
14017  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\files\.svn\tmp\text-base
14018  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\patches\.svn
14019  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\patches\100-compile_fix.patch
14020  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\patches\110-cp_command.patch
14021  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\patches\120-sndfops.patch
14022  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\patches\.svn\entries
14023  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\patches\.svn\prop-base
14024  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\patches\.svn\props
14025  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\patches\.svn\text-base
14026  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\patches\.svn\tmp
14027  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\patches\.svn\prop-base\100-compile_fix.patch.svn-base
14028  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\patches\.svn\prop-base\110-cp_command.patch.svn-base
14029  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\patches\.svn\text-base\100-compile_fix.pa
```

```
14030   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\patches\.svn\text-base\110-cp_command.pat
        ch.svn-base
14031   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\patches\.svn\text-base\120-sndfops.patch.
        svn-base
14032   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\patches\.svn\tmp\prop-base
14033   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\patches\.svn\tmp\props
14034   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\alsa\patches\.svn\tmp\text-base
14035   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\empcd\.svn
14036   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\empcd\Makefile
14037   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\empcd\patches
14038   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\empcd\.svn\entries
14039   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\empcd\.svn\prop-base
14040   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\empcd\.svn\props
14041   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\empcd\.svn\text-base
14042   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\empcd\.svn\tmp
14043   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\empcd\.svn\prop-base\Makefile.svn-base
14044   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\empcd\.svn\text-base\Makefile.svn-base
14045   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\empcd\.svn\tmp\prop-base
14046   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\empcd\.svn\tmp\props
14047   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\empcd\.svn\tmp\text-base
14048   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\empcd\patches\.svn
14049   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\empcd\patches\.svn\entries
14050   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\empcd\patches\.svn\prop-base
14051   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\empcd\patches\.svn\props
14052   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\empcd\patches\.svn\text-base
14053   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\empcd\patches\.svn\tmp
14054   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\empcd\patches\.svn\tmp\prop-base
14055   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\empcd\patches\.svn\tmp\props
14056   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\empcd\patches\.svn\tmp\text-base
14057   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\flite\.svn
14058   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\flite\Makefile
14059   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\flite\patches
14060   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\flite\.svn\entries
14061   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\flite\.svn\prop-base
14062   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\flite\.svn\props
14063   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\flite\.svn\text-base
14064   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\flite\.svn\tmp
14065   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\flite\.svn\prop-base\Makefile.svn-base
14066   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\flite\.svn\text-base\Makefile.svn-base
14067   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\flite\.svn\tmp\prop-base
14068   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\flite\.svn\tmp\props
14069   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\flite\.svn\tmp\text-base
14070   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\flite\patches\.svn
14071   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\flite\patches\100-shared_libs
14072   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\flite\patches\.svn\entries
14073   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\flite\patches\.svn\prop-base
14074   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\flite\patches\.svn\props
14075   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\flite\patches\.svn\text-base
14076   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\flite\patches\.svn\tmp
14077   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\flite\patches\.svn\text-base\100-shared_libs.s
        vn-base
14078   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\flite\patches\.svn\tmp\prop-base
14079   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\flite\patches\.svn\tmp\props
14080   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\flite\patches\.svn\tmp\text-base
14081   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\lame\.svn
14082   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\lame\Makefile
14083   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\lame\.svn\entries
14084   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\lame\.svn\prop-base
14085   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\lame\.svn\props
14086   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\lame\.svn\text-base
14087   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\lame\.svn\tmp
14088   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\lame\.svn\prop-base\Makefile.svn-base
14089   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\lame\.svn\text-base\Makefile.svn-base
14090   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\lame\.svn\tmp\prop-base
14091   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\lame\.svn\tmp\props
14092   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\lame\.svn\tmp\text-base
14093   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\madplay\.svn
14094   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\madplay\Makefile
```

```
14095  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\madplay\.svn\
14096  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\madplay\.svn\prop-base
14097  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\madplay\.svn\props
14098  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\madplay\.svn\text-base
14099  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\madplay\.svn\tmp
14100  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\madplay\.svn\prop-base\Makefile.svn-base
14101  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\madplay\.svn\text-base\Makefile.svn-base
14102  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\madplay\.svn\tmp\prop-base
14103  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\madplay\.svn\tmp\props
14104  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\madplay\.svn\tmp\text-base
14105  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpc\.svn
14106  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpc\files
14107  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpc\Makefile
14108  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpc\.svn\entries
14109  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpc\.svn\prop-base
14110  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpc\.svn\props
14111  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpc\.svn\text-base
14112  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpc\.svn\tmp
14113  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpc\.svn\prop-base\Makefile.svn-base
14114  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpc\.svn\text-base\Makefile.svn-base
14115  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpc\.svn\tmp\prop-base
14116  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpc\.svn\tmp\props
14117  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpc\.svn\tmp\text-base
14118  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpc\files\.svn
14119  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpc\files\pls-handler.sh
14120  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpc\files\.svn\entries
14121  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpc\files\.svn\prop-base
14122  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpc\files\.svn\props
14123  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpc\files\.svn\text-base
14124  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpc\files\.svn\tmp
14125  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpc\files\.svn\text-base\pls-handler.sh.svn-base
14126  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpc\files\.svn\tmp\prop-base
14127  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpc\files\.svn\tmp\props
14128  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpc\files\.svn\tmp\text-base
14129  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpd\.svn
14130  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpd\files
14131  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpd\Makefile
14132  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpd\.svn\entries
14133  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpd\.svn\prop-base
14134  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpd\.svn\props
14135  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpd\.svn\text-base
14136  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpd\.svn\tmp
14137  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpd\.svn\prop-base\Makefile.svn-base
14138  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpd\.svn\text-base\Makefile.svn-base
14139  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpd\.svn\tmp\prop-base
14140  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpd\.svn\tmp\props
14141  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpd\.svn\tmp\text-base
14142  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpd\files\.svn
14143  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpd\files\mpd.init
14144  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpd\files\.svn\entries
14145  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpd\files\.svn\prop-base
14146  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpd\files\.svn\props
14147  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpd\files\.svn\text-base
14148  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpd\files\.svn\tmp
14149  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpd\files\.svn\text-base\mpd.init.svn-base
14150  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpd\files\.svn\tmp\prop-base
14151  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpd\files\.svn\tmp\props
14152  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mpd\files\.svn\tmp\text-base
14153  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mt-daapd\.svn
14154  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mt-daapd\files
14155  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mt-daapd\Makefile
14156  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mt-daapd\.svn\entries
14157  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mt-daapd\.svn\prop-base
14158  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mt-daapd\.svn\props
14159  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mt-daapd\.svn\text-base
14160  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mt-daapd\.svn\tmp
14161  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mt-daapd\.svn\prop-base\Makefile.svn-base
14162  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mt-daapd\.svn\text-base\Makefile.svn-base
```

```
14163  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mt-daapd\.svn\tmp\props
14164  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mt-daapd\.svn\tmp\text-base
14165  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mt-daapd\files\.svn
14166  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mt-daapd\files\mt-daapd.init
14167  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mt-daapd\files\.svn\entries
14168  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mt-daapd\files\.svn\prop-base
14169  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mt-daapd\files\.svn\props
14170  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mt-daapd\files\.svn\text-base
14171  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mt-daapd\files\.svn\tmp
14172  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mt-daapd\files\.svn\prop-base\mt-daapd.init.svn-base
14173  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mt-daapd\files\.svn\text-base\mt-daapd.init.svn-base
14174  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mt-daapd\files\.svn\tmp\prop-base
14175  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mt-daapd\files\.svn\tmp\props
14176  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\mt-daapd\files\.svn\tmp\text-base
14177  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\pulseaudio\.svn
14178  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\pulseaudio\Makefile
14179  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\pulseaudio\patches
14180  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\pulseaudio\.svn\entries
14181  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\pulseaudio\.svn\prop-base
14182  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\pulseaudio\.svn\props
14183  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\pulseaudio\.svn\text-base
14184  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\pulseaudio\.svn\tmp
14185  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\pulseaudio\.svn\prop-base\Makefile.svn-base
14186  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\pulseaudio\.svn\text-base\Makefile.svn-base
14187  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\pulseaudio\.svn\tmp\prop-base
14188  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\pulseaudio\.svn\tmp\props
14189  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\pulseaudio\.svn\tmp\text-base
14190  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\pulseaudio\patches\.svn
14191  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\pulseaudio\patches\004-pthread-setaffinity-np.patch
14192  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\pulseaudio\patches\005-oil-init-no-optimize.patch
14193  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\pulseaudio\patches\.svn\entries
14194  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\pulseaudio\patches\.svn\prop-base
14195  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\pulseaudio\patches\.svn\props
14196  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\pulseaudio\patches\.svn\text-base
14197  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\pulseaudio\patches\.svn\tmp
14198  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\pulseaudio\patches\.svn\text-base\004-pthread-setaffinity-np.patch.svn-base
14199  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\pulseaudio\patches\.svn\text-base\005-oil-init-no-optimize.patch.svn-base
14200  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\pulseaudio\patches\.svn\tmp\prop-base
14201  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\pulseaudio\patches\.svn\tmp\props
14202  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\pulseaudio\patches\.svn\tmp\text-base
14203  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\.svn
14204  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\files
14205  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\Makefile
14206  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\patches
14207  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\.svn\entries
14208  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\.svn\prop-base
14209  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\.svn\props
14210  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\.svn\text-base
14211  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\.svn\tmp
14212  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\.svn\text-base\Makefile.svn-base
14213  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\.svn\tmp\prop-base
14214  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\.svn\tmp\props
14215  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\.svn\tmp\text-base
14216  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\files\.svn
14217  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\files\scmpc.init
14218  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\files\.svn\entries
14219  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\files\.svn\prop-base
14220  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\files\.svn\props
14221  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\files\.svn\text-base
14222  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\files\.svn\tmp
14223  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\files\.svn\text-base\scmpc.init.svn-base
14224  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\files\.svn\tmp\prop-base
14225  SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\files\.svn\tmp\prop-base
```

```
14226   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\files\.svn\tmp\text-base
14227   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\files\.svn\tmp\text-base
14228   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\patches\.svn
14229   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\patches\l00-Rules.patch
14230   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\patches\.svn\entries
14231   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\patches\.svn\prop-base
14232   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\patches\.svn\props
14233   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\patches\.svn\text-base
14234   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\patches\.svn\tmp
14235   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\patches\.svn\text-base\l00-Rules.patch.s
        vn-base
14236   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\patches\.svn\tmp\prop-base
14237   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\patches\.svn\tmp\props
14238   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\scmpc\patches\.svn\tmp\text-base
14239   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\.svn
14240   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\files
14241   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\Makefile
14242   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\patches
14243   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\.svn\entries
14244   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\.svn\prop-base
14245   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\.svn\props
14246   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\.svn\text-base
14247   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\.svn\tmp
14248   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\.svn\prop-base\Makefile.svn-base
14249   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\.svn\text-base\Makefile.svn-base
14250   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\.svn\tmp\prop-base
14251   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\.svn\tmp\props
14252   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\.svn\tmp\text-base
14253   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\files\.svn
14254   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\files\shell-fm.init
14255   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\files\shell-fm.rc
14256   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\files\.svn\entries
14257   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\files\.svn\prop-base
14258   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\files\.svn\props
14259   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\files\.svn\text-base
14260   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\files\.svn\tmp
14261   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\files\.svn\prop-base\shell-fm.init.sv
        n-base
14262   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\files\.svn\prop-base\shell-fm.rc.svn-
        base
14263   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\files\.svn\text-base\shell-fm.init.sv
        n-base
14264   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\files\.svn\text-base\shell-fm.rc.svn-
        base
14265   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\files\.svn\tmp\prop-base
14266   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\files\.svn\tmp\props
14267   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\files\.svn\tmp\text-base
14268   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\patches\.svn
14269   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\patches\001-cross_compile.patch
14270   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\patches\002-wifcontinued.patch
14271   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\patches\.svn\entries
14272   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\patches\.svn\prop-base
14273   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\patches\.svn\props
14274   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\patches\.svn\text-base
14275   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\patches\.svn\tmp
14276   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\patches\.svn\text-base\001-cross_comp
        ile.patch.svn-base
14277   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\patches\.svn\text-base\002-wifcontinu
        ed.patch.svn-base
14278   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\patches\.svn\tmp\prop-base
14279   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\patches\.svn\tmp\props
14280   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\shell-fm\patches\.svn\tmp\text-base
14281   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\sox\.svn
14282   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\sox\Makefile
14283   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\sox\patches
14284   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\sox\.svn\entries
14285   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\sox\.svn\prop-base
14286   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\sox\.svn\props
14287   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\sox\.svn\text-base
```

```
14288   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\sox\.svn
14289   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\sox\.svn\prop-base\Makefile.svn-base
14290   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\sox\.svn\text-base\Makefile.svn-base
14291   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\sox\.svn\tmp\prop-base
14292   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\sox\.svn\tmp\props
14293   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\sox\.svn\tmp\text-base
14294   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\sox\patches\.svn
14295   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\sox\patches\001-cross_compile.patch
14296   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\sox\patches\010-dev-sound-dsp.patch
14297   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\sox\patches\.svn\entries
14298   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\sox\patches\.svn\prop-base
14299   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\sox\patches\.svn\props
14300   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\sox\patches\.svn\text-base
14301   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\sox\patches\.svn\tmp
14302   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\sox\patches\.svn\text-base\001-cross_compile.p
        atch.svn-base
14303   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\sox\patches\.svn\text-base\010-dev-sound-dsp.p
        atch.svn-base
14304   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\sox\patches\.svn\tmp\prop-base
14305   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\sox\patches\.svn\tmp\props
14306   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\sox\patches\.svn\tmp\text-base
14307   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\streamripper\.svn
14308   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\streamripper\Makefile
14309   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\streamripper\.svn\entries
14310   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\streamripper\.svn\prop-base
14311   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\streamripper\.svn\props
14312   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\streamripper\.svn\text-base
14313   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\streamripper\.svn\tmp
14314   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\streamripper\.svn\prop-base\Makefile.svn-base
14315   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\streamripper\.svn\text-base\Makefile.svn-base
14316   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\streamripper\.svn\tmp\prop-base
14317   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\streamripper\.svn\tmp\props
14318   SDK.UBNT.v5.3\openwrt\feeds\packages\sound\streamripper\.svn\tmp\text-base
14319   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\.svn
14320   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\alsa-utils
14321   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\anyremote
14322   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at
14323   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrdude
14324   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrusbboot
14325   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd
14326   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bash
14327   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bc
14328   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused
14329   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-hcidump
14330   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils
14331   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bzip2
14332   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cdparanoia
14333   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cifsmount
14334   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad
14335   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd
14336   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\coreutils
14337   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\crypto-tools
14338   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dadhi-linux
14339   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dadhi-tools
14340   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dbus
14341   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\deco
14342   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\devio
14343   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dfu-util
14344   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dialog
14345   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\digitemp
14346   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dir300-flash
14347   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dmidecode
14348   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dosfstools
14349   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dt
14350   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dtach
14351   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\empty
14352   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\event_test
14353   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\firmwarehotplug
14354   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fortune-mod
```

```
14355    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fxload
14356    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fxload
14357    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gadgetfs-test
14358    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gnokii
14359    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gnupg
14360    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gzip
14361    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\haserl
14362    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hd-idle
14363    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hdparm
14364    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu
14365    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hplip
14366    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\huaweiaktbbo
14367    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\i2c-tools
14368    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\input-utils
14369    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\io
14370    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ipmitool
14371    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\joe
14372    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux
14373    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo
14374    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lirc
14375    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lm-sensors
14376    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate
14377    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\loop-aes
14378    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lrzsz
14379    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lsof
14380    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\macchanger
14381    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mc
14382    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mdadm
14383    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\memtester
14384    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mg
14385    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mgetty
14386    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\microcom
14387    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\minicom
14388    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mksh
14389    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\nano
14390    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ntfs-3g
14391    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\oprofile
14392    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\owfs
14393    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pciutils
14394    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils
14395    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\petitboot
14396    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\picocom
14397    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs
14398    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pps-tools
14399    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\procps
14400    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\psplash
14401    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pv
14402    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pwgen
14403    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rcs
14404    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rdiff-backup
14405    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\reiserfsprogs
14406    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect
14407    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdtool
14408    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sane-backends
14409    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\scponly
14410    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\screen
14411    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sdparm
14412    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setpwc
14413    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setserial
14414    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sierra-pcmcia
14415    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sispmctl
14416    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools
14417    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ssldump
14418    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace
14419    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\stress
14420    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysfsutils
14421    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysstat
14422    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\tar
14423    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\testusb
```

```
14424    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\usb-modeswitch
14425    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\usbutils
14426    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind
14427    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim
14428    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\wx200d
14429    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\zile
14430    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\zip
14431    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\.svn\entries
14432    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\.svn\prop-base
14433    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\.svn\props
14434    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\.svn\text-base
14435    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\.svn\tmp
14436    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\.svn\tmp\prop-base
14437    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\.svn\tmp\props
14438    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\.svn\tmp\text-base
14439    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\alsa-utils\.svn
14440    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\alsa-utils\Makefile
14441    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\alsa-utils\.svn\entries
14442    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\alsa-utils\.svn\prop-base
14443    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\alsa-utils\.svn\props
14444    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\alsa-utils\.svn\text-base
14445    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\alsa-utils\.svn\tmp
14446    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\alsa-utils\.svn\prop-base\Makefile.svn-base
14447    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\alsa-utils\.svn\text-base\Makefile.svn-base
14448    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\alsa-utils\.svn\tmp\prop-base
14449    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\alsa-utils\.svn\tmp\props
14450    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\alsa-utils\.svn\tmp\text-base
14451    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\anyremote\.svn
14452    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\anyremote\files
14453    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\anyremote\Makefile
14454    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\anyremote\.svn\entries
14455    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\anyremote\.svn\prop-base
14456    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\anyremote\.svn\props
14457    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\anyremote\.svn\text-base
14458    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\anyremote\.svn\tmp
14459    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\anyremote\.svn\text-base\Makefile.svn-base
14460    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\anyremote\.svn\tmp\prop-base
14461    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\anyremote\.svn\tmp\props
14462    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\anyremote\.svn\tmp\text-base
14463    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\anyremote\files\.svn
14464    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\anyremote\files\anyremote.cfg
14465    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\anyremote\files\anyremote.init
14466    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\anyremote\files\.svn\entries
14467    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\anyremote\files\.svn\prop-base
14468    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\anyremote\files\.svn\props
14469    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\anyremote\files\.svn\text-base
14470    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\anyremote\files\.svn\tmp
14471    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\anyremote\files\.svn\text-base\anyremote.cfg.svn-base
14472    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\anyremote\files\.svn\text-base\anyremote.init.svn-base
14473    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\anyremote\files\.svn\tmp\prop-base
14474    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\anyremote\files\.svn\tmp\props
14475    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\anyremote\files\.svn\tmp\text-base
14476    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\.svn
14477    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\files
14478    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\Makefile
14479    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\patches
14480    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\.svn\entries
14481    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\.svn\prop-base
14482    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\.svn\props
14483    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\.svn\text-base
14484    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\.svn\tmp
14485    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\.svn\text-base\Makefile.svn-base
14486    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\.svn\tmp\prop-base
14487    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\.svn\tmp\props
14488    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\.svn\tmp\text-base
14489    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\files\.svn
14490    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\files\.svn
```

```
14491    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\files\.svn
14492    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\files\.svn\entries
14493    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\files\.svn\prop-base
14494    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\files\.svn\props
14495    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\files\.svn\text-base
14496    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\files\.svn\tmp
14497    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\files\.svn\prop-base\atd.init.svn-base
14498    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\files\.svn\text-base\atd.init.svn-base
14499    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\files\.svn\tmp\prop-base
14500    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\files\.svn\tmp\props
14501    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\files\.svn\tmp\text-base
14502    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\patches\.svn
14503    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\patches\100-cross-compile.patch
14504    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\patches\110_getloadavg.patch
14505    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\patches\120-no_pam.patch
14506    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\patches\.svn\entries
14507    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\patches\.svn\prop-base
14508    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\patches\.svn\props
14509    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\patches\.svn\text-base
14510    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\patches\.svn\tmp
14511    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\patches\.svn\text-base\100-cross-compile.pa
         tch.svn-base
14512    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\patches\.svn\text-base\110_getloadavg.patch
         .svn-base
14513    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\patches\.svn\text-base\120-no_pam.patch.svn
         -base
14514    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\patches\.svn\tmp\prop-base
14515    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\patches\.svn\tmp\props
14516    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\at\patches\.svn\tmp\text-base
14517    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrdude\.svn
14518    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrdude\Makefile
14519    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrdude\.svn\entries
14520    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrdude\.svn\prop-base
14521    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrdude\.svn\props
14522    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrdude\.svn\text-base
14523    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrdude\.svn\tmp
14524    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrdude\.svn\prop-base\Makefile.svn-base
14525    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrdude\.svn\text-base\Makefile.svn-base
14526    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrdude\.svn\tmp\prop-base
14527    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrdude\.svn\tmp\props
14528    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrdude\.svn\tmp\text-base
14529    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrusbboot\.svn
14530    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrusbboot\Makefile
14531    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrusbboot\patches
14532    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrusbboot\.svn\entries
14533    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrusbboot\.svn\prop-base
14534    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrusbboot\.svn\props
14535    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrusbboot\.svn\text-base
14536    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrusbboot\.svn\tmp
14537    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrusbboot\.svn\text-base\Makefile.svn-base
14538    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrusbboot\.svn\tmp\prop-base
14539    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrusbboot\.svn\tmp\props
14540    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrusbboot\.svn\tmp\text-base
14541    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrusbboot\patches\.svn
14542    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrusbboot\patches\001-fix_makefile.patch
14543    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrusbboot\patches\002-fix_compilation.patch
14544    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrusbboot\patches\.svn\entries
14545    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrusbboot\patches\.svn\prop-base
14546    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrusbboot\patches\.svn\props
14547    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrusbboot\patches\.svn\text-base
14548    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrusbboot\patches\.svn\tmp
14549    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrusbboot\patches\.svn\text-base\001-fix_make
         file.patch.svn-base
14550    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrusbboot\patches\.svn\text-base\002-fix_comp
         ilation.patch.svn-base
14551    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrusbboot\patches\.svn\tmp\prop-base
14552    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrusbboot\patches\.svn\tmp\props
14553    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\avrusbboot\patches\.svn\tmp\text-base
14554    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\.svn
```

```
14556   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\Makefile
14557   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\patches
14558   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\.svn\entries
14559   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\.svn\prop-base
14560   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\.svn\props
14561   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\.svn\text-base
14562   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\.svn\tmp
14563   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\.svn\text-base\Makefile.svn-base
14564   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\.svn\tmp\prop-base
14565   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\.svn\tmp\props
14566   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\.svn\tmp\text-base
14567   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\files\.svn
14568   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\files\bandwidthd.config
14569   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\files\bandwidthd.init
14570   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\files\.svn\entries
14571   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\files\.svn\prop-base
14572   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\files\.svn\props
14573   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\files\.svn\text-base
14574   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\files\.svn\tmp
14575   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\files\.svn\text-base\bandwidthd.config.svn-base
14576   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\files\.svn\text-base\bandwidthd.init.svn-base
14577   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\files\.svn\tmp\prop-base
14578   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\files\.svn\tmp\props
14579   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\files\.svn\tmp\text-base
14580   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\patches\.svn
14581   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\patches\100-fix_config_file_location
14582   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\patches\.svn\entries
14583   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\patches\.svn\prop-base
14584   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\patches\.svn\props
14585   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\patches\.svn\text-base
14586   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\patches\.svn\tmp
14587   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\patches\.svn\text-base\100-fix_config_file_location.svn-base
14588   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\patches\.svn\tmp\prop-base
14589   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\patches\.svn\tmp\props
14590   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bandwidthd\patches\.svn\tmp\text-base
14591   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bash\.svn
14592   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bash\Makefile
14593   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bash\patches
14594   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bash\.svn\entries
14595   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bash\.svn\prop-base
14596   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bash\.svn\props
14597   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bash\.svn\text-base
14598   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bash\.svn\tmp
14599   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bash\.svn\prop-base\Makefile.svn-base
14600   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bash\.svn\text-base\Makefile.svn-base
14601   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bash\.svn\tmp\prop-base
14602   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bash\.svn\tmp\props
14603   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bash\.svn\tmp\text-base
14604   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bash\patches\.svn
14605   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bash\patches\001-fix_avr32_compile
14606   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bash\patches\.svn\entries
14607   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bash\patches\.svn\prop-base
14608   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bash\patches\.svn\props
14609   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bash\patches\.svn\text-base
14610   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bash\patches\.svn\tmp
14611   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bash\patches\.svn\text-base\001-fix_avr32_compile.svn-base
14612   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bash\patches\.svn\tmp\prop-base
14613   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bash\patches\.svn\tmp\props
14614   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bash\patches\.svn\tmp\text-base
14615   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bc\.svn
14616   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bc\Makefile
14617   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bc\.svn\entries
14618   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bc\.svn\prop-base
```

```
14619   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bc\.svn
14620   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bc\.svn\text-base
14621   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bc\.svn\tmp
14622   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bc\.svn\prop-base\Makefile.svn-base
14623   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bc\.svn\text-base\Makefile.svn-base
14624   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bc\.svn\tmp\prop-base
14625   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bc\.svn\tmp\props
14626   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bc\.svn\tmp\text-base
14627   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\.svn
14628   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\files
14629   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\Makefile
14630   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\patches
14631   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\.svn\entries
14632   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\.svn\prop-base
14633   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\.svn\props
14634   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\.svn\text-base
14635   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\.svn\tmp
14636   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\.svn\text-base\Makefile.svn-base
14637   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\.svn\tmp\prop-base
14638   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\.svn\tmp\props
14639   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\.svn\tmp\text-base
14640   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\files\.svn
14641   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\files\bemused-bookmarks
14642   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\files\bemused.conf
14643   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\files\bemused.init
14644   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\files\.svn\entries
14645   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\files\.svn\prop-base
14646   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\files\.svn\props
14647   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\files\.svn\text-base
14648   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\files\.svn\tmp
14649   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\files\.svn\text-base\bemused-bookmarks
        .svn-base
14650   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\files\.svn\text-base\bemused.conf.svn-
        base
14651   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\files\.svn\text-base\bemused.init.svn-
        base
14652   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\files\.svn\tmp\prop-base
14653   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\files\.svn\tmp\props
14654   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\files\.svn\tmp\text-base
14655   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\patches\.svn
14656   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\patches\100-iconv.patch
14657   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\patches\.svn\entries
14658   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\patches\.svn\prop-base
14659   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\patches\.svn\props
14660   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\patches\.svn\text-base
14661   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\patches\.svn\tmp
14662   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\patches\.svn\text-base\100-iconv.patch
        .svn-base
14663   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\patches\.svn\tmp\prop-base
14664   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\patches\.svn\tmp\props
14665   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bemused\patches\.svn\tmp\text-base
14666   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-hcidump\.svn
14667   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-hcidump\Makefile
14668   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-hcidump\.svn\entries
14669   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-hcidump\.svn\prop-base
14670   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-hcidump\.svn\props
14671   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-hcidump\.svn\text-base
14672   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-hcidump\.svn\tmp
14673   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-hcidump\.svn\text-base\Makefile.svn-base
14674   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-hcidump\.svn\tmp\prop-base
14675   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-hcidump\.svn\tmp\props
14676   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-hcidump\.svn\tmp\text-base
14677   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\.svn
14678   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\files
14679   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\Makefile
14680   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\patches
14681   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\.svn\entries
14682   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\.svn\prop-base
14683   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\.svn\props
```

```
14684   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\.svn
14685   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\.svn\tmp
14686   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\.svn\prop-base\Makefile.svn-base
14687   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\.svn\text-base\Makefile.svn-base
14688   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\.svn\tmp\prop-base
14689   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\.svn\tmp\props
14690   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\.svn\tmp\text-base
14691   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\files\.svn
14692   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\files\bluetooth.conf
14693   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\files\bluetooth.dbus
14694   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\files\bluez-utils.init
14695   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\files\givepin
14696   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\files\.svn\entries
14697   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\files\.svn\prop-base
14698   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\files\.svn\props
14699   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\files\.svn\text-base
14700   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\files\.svn\tmp
14701   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\files\.svn\prop-base\givepin.svn-base
14702   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\files\.svn\text-base\bluetooth.conf.svn-base
14703   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\files\.svn\text-base\bluetooth.dbus.svn-base
14704   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\files\.svn\text-base\bluez-utils.init.svn-base
14705   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\files\.svn\text-base\givepin.svn-base
14706   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\files\.svn\tmp\prop-base
14707   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\files\.svn\tmp\props
14708   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\files\.svn\tmp\text-base
14709   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\patches\.svn
14710   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\patches\001-include_limits.patch
14711   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\patches\002-hcid_pin_helper.patch
14712   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\patches\100-enokey.patch
14713   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\patches\200-uart-speed.patch
14714   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\patches\.svn\entries
14715   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\patches\.svn\prop-base
14716   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\patches\.svn\props
14717   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\patches\.svn\text-base
14718   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\patches\.svn\tmp
14719   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\patches\.svn\prop-base\001-include_limits.patch.svn-base
14720   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\patches\.svn\prop-base\002-hcid_pin_helper.patch.svn-base
14721   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\patches\.svn\text-base\001-include_limits.patch.svn-base
14722   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\patches\.svn\text-base\002-hcid_pin_helper.patch.svn-base
14723   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\patches\.svn\text-base\100-enokey.patch.svn-base
14724   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\patches\.svn\text-base\200-uart-speed.patch.svn-base
14725   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\patches\.svn\tmp\prop-base
14726   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\patches\.svn\tmp\props
14727   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bluez-utils\patches\.svn\tmp\text-base
14728   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bzip2\.svn
14729   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bzip2\Makefile
14730   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bzip2\.svn\entries
14731   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bzip2\.svn\prop-base
14732   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bzip2\.svn\props
14733   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bzip2\.svn\text-base
14734   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bzip2\.svn\tmp
14735   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bzip2\.svn\prop-base\Makefile.svn-base
14736   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bzip2\.svn\text-base\Makefile.svn-base
14737   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bzip2\.svn\tmp\prop-base
14738   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bzip2\.svn\tmp\props
14739   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\bzip2\.svn\tmp\text-base
14740   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cdparanoia\.svn
14741   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cdparanoia\Makefile
```

```
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cdparanoia\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cdparanoia\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cdparanoia\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cdparanoia\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cdparanoia\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cdparanoia\.svn\text-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cdparanoia\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cdparanoia\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cdparanoia\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cdparanoia\patches\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cdparanoia\patches\010-fix_configure.patch
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cdparanoia\patches\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cdparanoia\patches\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cdparanoia\patches\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cdparanoia\patches\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cdparanoia\patches\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cdparanoia\patches\.svn\text-base\010-fix_conf
igure.patch.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cdparanoia\patches\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cdparanoia\patches\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cdparanoia\patches\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cifsmount\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cifsmount\Makefile
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cifsmount\mount.cifs.c
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cifsmount\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cifsmount\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cifsmount\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cifsmount\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cifsmount\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cifsmount\.svn\prop-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cifsmount\.svn\prop-base\mount.cifs.c.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cifsmount\.svn\text-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cifsmount\.svn\text-base\mount.cifs.c.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cifsmount\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cifsmount\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cifsmount\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\files
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\Makefile
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\patches
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\.svn\text-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\files\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\files\cmdpad.init
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\files\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\files\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\files\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\files\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\files\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\files\.svn\text-base\cmdpad.init.svn-ba
se
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\files\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\files\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\files\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\patches\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\patches\100-Makefile.patch
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\patches\120-kernel26-compat.patch
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\patches\130-no_zombie.patch
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\patches\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\patches\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\patches\.svn\props
```

```
14809  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\patches\.svn
14810  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\patches\.svn\tmp
14811  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\patches\.svn\text-base\100-Makefile.pat
       ch.svn-base
14812  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\patches\.svn\text-base\120-kernel26-com
       pat.patch.svn-base
14813  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\patches\.svn\text-base\130-no_zombie.pa
       tch.svn-base
14814  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\patches\.svn\tmp\prop-base
14815  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\patches\.svn\tmp\props
14816  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\cmdpad\patches\.svn\tmp\text-base
14817  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\.svn
14818  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\files
14819  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\Makefile
14820  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\patches
14821  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\.svn\entries
14822  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\.svn\prop-base
14823  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\.svn\props
14824  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\.svn\text-base
14825  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\.svn\tmp
14826  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\.svn\prop-base\Makefile.svn-base
14827  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\.svn\text-base\Makefile.svn-base
14828  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\.svn\tmp\prop-base
14829  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\.svn\tmp\props
14830  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\.svn\tmp\text-base
14831  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\files\.svn
14832  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\files\collectd.conf
14833  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\files\collectd.init
14834  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\files\.svn\entries
14835  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\files\.svn\prop-base
14836  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\files\.svn\props
14837  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\files\.svn\text-base
14838  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\files\.svn\tmp
14839  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\files\.svn\prop-base\collectd.init.sv
       n-base
14840  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\files\.svn\text-base\collectd.conf.sv
       n-base
14841  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\files\.svn\text-base\collectd.init.sv
       n-base
14842  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\files\.svn\tmp\prop-base
14843  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\files\.svn\tmp\props
14844  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\files\.svn\tmp\text-base
14845  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\patches\.svn
14846  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\patches\010-rrdtool-link-zlib.patch
14847  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\patches\100-rrdtool-add-rrasingle-opt
       ion.patch
14848  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\patches\.svn\entries
14849  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\patches\.svn\prop-base
14850  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\patches\.svn\props
14851  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\patches\.svn\text-base
14852  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\patches\.svn\tmp
14853  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\patches\.svn\text-base\010-rrdtool-li
       nk-zlib.patch.svn-base
14854  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\patches\.svn\text-base\100-rrdtool-ad
       d-rrasingle-option.patch.svn-base
14855  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\patches\.svn\tmp\prop-base
14856  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\patches\.svn\tmp\props
14857  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\collectd\patches\.svn\tmp\text-base
14858  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\coreutils\.svn
14859  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\coreutils\Makefile
14860  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\coreutils\patches
14861  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\coreutils\.svn\entries
14862  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\coreutils\.svn\prop-base
14863  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\coreutils\.svn\props
14864  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\coreutils\.svn\text-base
14865  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\coreutils\.svn\tmp
14866  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\coreutils\.svn\text-base\Makefile.svn-base
14867  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\coreutils\.svn\tmp\prop-base
14868  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\coreutils\.svn\tmp\props
```

```
14869  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\coreutils\patches\.svn
14870  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\coreutils\patches\.svn
14871  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\coreutils\patches\001-no_docs_man_tests.patch
14872  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\coreutils\patches\.svn\entries
14873  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\coreutils\patches\.svn\prop-base
14874  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\coreutils\patches\.svn\props
14875  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\coreutils\patches\.svn\text-base
14876  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\coreutils\patches\.svn\tmp
14877  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\coreutils\patches\.svn\text-base\001-no_docs_m
       an_tests.patch.svn-base
14878  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\coreutils\patches\.svn\tmp\prop-base
14879  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\coreutils\patches\.svn\tmp\props
14880  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\coreutils\patches\.svn\tmp\text-base
14881  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\crypto-tools\.svn
14882  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\crypto-tools\Makefile
14883  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\crypto-tools\.svn\entries
14884  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\crypto-tools\.svn\prop-base
14885  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\crypto-tools\.svn\props
14886  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\crypto-tools\.svn\text-base
14887  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\crypto-tools\.svn\tmp
14888  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\crypto-tools\.svn\prop-base\Makefile.svn-base
14889  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\crypto-tools\.svn\text-base\Makefile.svn-base
14890  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\crypto-tools\.svn\tmp\prop-base
14891  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\crypto-tools\.svn\tmp\props
14892  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\crypto-tools\.svn\tmp\text-base
14893  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dadhi-linux\.svn
14894  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dadhi-linux\.svn\entries
14895  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dadhi-linux\.svn\prop-base
14896  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dadhi-linux\.svn\props
14897  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dadhi-linux\.svn\text-base
14898  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dadhi-linux\.svn\tmp
14899  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dadhi-linux\.svn\tmp\prop-base
14900  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dadhi-linux\.svn\tmp\props
14901  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dadhi-linux\.svn\tmp\text-base
14902  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dadhi-tools\.svn
14903  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dadhi-tools\.svn\entries
14904  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dadhi-tools\.svn\prop-base
14905  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dadhi-tools\.svn\props
14906  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dadhi-tools\.svn\text-base
14907  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dadhi-tools\.svn\tmp
14908  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dadhi-tools\.svn\tmp\prop-base
14909  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dadhi-tools\.svn\tmp\props
14910  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dadhi-tools\.svn\tmp\text-base
14911  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dbus\.svn
14912  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dbus\files
14913  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dbus\Makefile
14914  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dbus\.svn\entries
14915  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dbus\.svn\prop-base
14916  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dbus\.svn\props
14917  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dbus\.svn\text-base
14918  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dbus\.svn\tmp
14919  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dbus\.svn\prop-base\Makefile.svn-base
14920  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dbus\.svn\text-base\Makefile.svn-base
14921  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dbus\.svn\tmp\prop-base
14922  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dbus\.svn\tmp\props
14923  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dbus\.svn\tmp\text-base
14924  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dbus\files\.svn
14925  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dbus\files\dbus.init
14926  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dbus\files\.svn\entries
14927  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dbus\files\.svn\prop-base
14928  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dbus\files\.svn\props
14929  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dbus\files\.svn\text-base
14930  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dbus\files\.svn\tmp
14931  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dbus\files\.svn\text-base\dbus.init.svn-base
14932  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dbus\files\.svn\tmp\prop-base
14933  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dbus\files\.svn\tmp\props
14934  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dbus\files\.svn\tmp\text-base
14935  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\deco\.svn
14936  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\deco\Makefile
```

```
14937  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\deco\.svn
14938  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\deco\.svn\entries
14939  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\deco\.svn\prop-base
14940  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\deco\.svn\props
14941  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\deco\.svn\text-base
14942  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\deco\.svn\tmp
14943  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\deco\.svn\prop-base\Makefile.svn-base
14944  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\deco\.svn\text-base\Makefile.svn-base
14945  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\deco\.svn\tmp\prop-base
14946  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\deco\.svn\tmp\props
14947  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\deco\.svn\tmp\text-base
14948  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\deco\patches\.svn
14949  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\deco\patches\100-tty.c.patch
14950  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\deco\patches\.svn\entries
14951  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\deco\patches\.svn\prop-base
14952  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\deco\patches\.svn\props
14953  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\deco\patches\.svn\text-base
14954  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\deco\patches\.svn\tmp
14955  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\deco\patches\.svn\prop-base\100-tty.c.patch.sv
       n-base
14956  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\deco\patches\.svn\text-base\100-tty.c.patch.sv
       n-base
14957  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\deco\patches\.svn\tmp\prop-base
14958  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\deco\patches\.svn\tmp\props
14959  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\deco\patches\.svn\tmp\text-base
14960  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\devio\.svn
14961  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\devio\Makefile
14962  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\devio\.svn\entries
14963  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\devio\.svn\prop-base
14964  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\devio\.svn\props
14965  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\devio\.svn\text-base
14966  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\devio\.svn\tmp
14967  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\devio\.svn\text-base\Makefile.svn-base
14968  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\devio\.svn\tmp\prop-base
14969  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\devio\.svn\tmp\props
14970  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\devio\.svn\tmp\text-base
14971  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dfu-util\.svn
14972  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dfu-util\Makefile
14973  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dfu-util\.svn\entries
14974  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dfu-util\.svn\prop-base
14975  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dfu-util\.svn\props
14976  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dfu-util\.svn\text-base
14977  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dfu-util\.svn\tmp
14978  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dfu-util\.svn\text-base\Makefile.svn-base
14979  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dfu-util\.svn\tmp\prop-base
14980  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dfu-util\.svn\tmp\props
14981  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dfu-util\.svn\tmp\text-base
14982  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dialog\.svn
14983  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dialog\Makefile
14984  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dialog\.svn\entries
14985  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dialog\.svn\prop-base
14986  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dialog\.svn\props
14987  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dialog\.svn\text-base
14988  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dialog\.svn\tmp
14989  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dialog\.svn\prop-base\Makefile.svn-base
14990  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dialog\.svn\text-base\Makefile.svn-base
14991  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dialog\.svn\tmp\prop-base
14992  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dialog\.svn\tmp\props
14993  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dialog\.svn\tmp\text-base
14994  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\digitemp\.svn
14995  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\digitemp\Makefile
14996  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\digitemp\.svn\entries
14997  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\digitemp\.svn\prop-base
14998  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\digitemp\.svn\props
14999  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\digitemp\.svn\text-base
15000  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\digitemp\.svn\tmp
15001  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\digitemp\.svn\text-base\Makefile.svn-base
15002  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\digitemp\.svn\tmp\prop-base
15003  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\digitemp\.svn\tmp\props
```

```
15004    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dir300-flash\.svn
15005    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dir300-flash\Makefile
15006    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dir300-flash\.svn\entries
15007    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dir300-flash\.svn\prop-base
15008    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dir300-flash\.svn\props
15009    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dir300-flash\.svn\text-base
15010    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dir300-flash\.svn\tmp
15011    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dir300-flash\.svn\text-base\Makefile.svn-base
15012    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dir300-flash\.svn\tmp\prop-base
15013    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dir300-flash\.svn\tmp\props
15014    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dir300-flash\.svn\tmp\text-base
15015    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dmidecode\.svn
15016    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dmidecode\Makefile
15017    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dmidecode\.svn\entries
15018    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dmidecode\.svn\prop-base
15019    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dmidecode\.svn\props
15020    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dmidecode\.svn\text-base
15021    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dmidecode\.svn\tmp
15022    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dmidecode\.svn\prop-base\Makefile.svn-base
15023    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dmidecode\.svn\text-base\Makefile.svn-base
15024    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dmidecode\.svn\tmp\prop-base
15025    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dmidecode\.svn\tmp\props
15026    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dmidecode\.svn\tmp\text-base
15027    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dosfstools\.svn
15028    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dosfstools\Makefile
15029    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dosfstools\patches
15030    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dosfstools\.svn\entries
15031    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dosfstools\.svn\prop-base
15032    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dosfstools\.svn\props
15033    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dosfstools\.svn\text-base
15034    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dosfstools\.svn\tmp
15035    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dosfstools\.svn\prop-base\Makefile.svn-base
15036    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dosfstools\.svn\text-base\Makefile.svn-base
15037    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dosfstools\.svn\tmp\prop-base
15038    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dosfstools\.svn\tmp\props
15039    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dosfstools\.svn\tmp\text-base
15040    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dosfstools\patches\.svn
15041    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dosfstools\patches\001-symbolic_links.patch
15042    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dosfstools\patches\002-linux_26_headers.patch
15043    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dosfstools\patches\.svn\entries
15044    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dosfstools\patches\.svn\prop-base
15045    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dosfstools\patches\.svn\props
15046    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dosfstools\patches\.svn\text-base
15047    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dosfstools\patches\.svn\tmp
15048    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dosfstools\patches\.svn\prop-base\001-symbolic
         _links.patch.svn-base
15049    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dosfstools\patches\.svn\prop-base\002-linux_26
         _headers.patch.svn-base
15050    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dosfstools\patches\.svn\text-base\001-symbolic
         _links.patch.svn-base
15051    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dosfstools\patches\.svn\text-base\002-linux_26
         _headers.patch.svn-base
15052    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dosfstools\patches\.svn\tmp\prop-base
15053    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dosfstools\patches\.svn\tmp\props
15054    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dosfstools\patches\.svn\tmp\text-base
15055    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dt\.svn
15056    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dt\Makefile
15057    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dt\.svn\entries
15058    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dt\.svn\prop-base
15059    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dt\.svn\props
15060    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dt\.svn\text-base
15061    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dt\.svn\tmp
15062    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dt\.svn\text-base\Makefile.svn-base
15063    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dt\.svn\tmp\prop-base
15064    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dt\.svn\tmp\props
15065    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dt\.svn\tmp\text-base
15066    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dtach\.svn
15067    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dtach\Makefile
```

```
15069    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dtach\.svn\prop-base
15070    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dtach\.svn\props
15071    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dtach\.svn\text-base
15072    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dtach\.svn\tmp
15073    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dtach\.svn\prop-base\Makefile.svn-base
15074    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dtach\.svn\text-base\Makefile.svn-base
15075    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dtach\.svn\tmp\prop-base
15076    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dtach\.svn\tmp\props
15077    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\dtach\.svn\tmp\text-base
15078    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\empty\.svn
15079    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\empty\Makefile
15080    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\empty\.svn\entries
15081    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\empty\.svn\prop-base
15082    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\empty\.svn\props
15083    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\empty\.svn\text-base
15084    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\empty\.svn\tmp
15085    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\empty\.svn\prop-base\Makefile.svn-base
15086    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\empty\.svn\text-base\Makefile.svn-base
15087    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\empty\.svn\tmp\prop-base
15088    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\empty\.svn\tmp\props
15089    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\empty\.svn\tmp\text-base
15090    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\event_test\.svn
15091    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\event_test\Makefile
15092    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\event_test\src
15093    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\event_test\.svn\entries
15094    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\event_test\.svn\prop-base
15095    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\event_test\.svn\props
15096    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\event_test\.svn\text-base
15097    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\event_test\.svn\tmp
15098    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\event_test\.svn\prop-base\Makefile.svn-base
15099    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\event_test\.svn\text-base\Makefile.svn-base
15100    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\event_test\.svn\tmp\prop-base
15101    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\event_test\.svn\tmp\props
15102    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\event_test\.svn\tmp\text-base
15103    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\event_test\src\.svn
15104    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\event_test\src\evtest.c
15105    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\event_test\src\Makefile
15106    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\event_test\src\.svn\entries
15107    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\event_test\src\.svn\prop-base
15108    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\event_test\src\.svn\props
15109    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\event_test\src\.svn\text-base
15110    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\event_test\src\.svn\tmp
15111    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\event_test\src\.svn\prop-base\evtest.c.svn-base
15112    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\event_test\src\.svn\prop-base\Makefile.svn-base
15113    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\event_test\src\.svn\text-base\evtest.c.svn-base
15114    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\event_test\src\.svn\text-base\Makefile.svn-base
15115    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\event_test\src\.svn\tmp\prop-base
15116    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\event_test\src\.svn\tmp\props
15117    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\event_test\src\.svn\tmp\text-base
15118    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\firmwarehotplug\.svn
15119    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\firmwarehotplug\Makefile
15120    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\firmwarehotplug\patches
15121    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\firmwarehotplug\.svn\entries
15122    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\firmwarehotplug\.svn\prop-base
15123    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\firmwarehotplug\.svn\props
15124    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\firmwarehotplug\.svn\text-base
15125    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\firmwarehotplug\.svn\tmp
15126    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\firmwarehotplug\.svn\prop-base\Makefile.svn-base
15127    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\firmwarehotplug\.svn\text-base\Makefile.svn-base
15128    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\firmwarehotplug\.svn\tmp\prop-base
15129    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\firmwarehotplug\.svn\tmp\props
15130    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\firmwarehotplug\.svn\tmp\text-base
15131    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\firmwarehotplug\.svn\tmp\text-base
```

```
15132  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\firmwarehotplug\patches
15133  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\firmwarehotplug\patches\001-no_documentation.p
       atch
15134  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\firmwarehotplug\patches\.svn\entries
15135  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\firmwarehotplug\patches\.svn\prop-base
15136  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\firmwarehotplug\patches\.svn\props
15137  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\firmwarehotplug\patches\.svn\text-base
15138  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\firmwarehotplug\patches\.svn\tmp
15139  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\firmwarehotplug\patches\.svn\prop-base\001-no_
       documentation.patch.svn-base
15140  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\firmwarehotplug\patches\.svn\text-base\001-no_
       documentation.patch.svn-base
15141  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\firmwarehotplug\patches\.svn\tmp\prop-base
15142  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\firmwarehotplug\patches\.svn\tmp\props
15143  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\firmwarehotplug\patches\.svn\tmp\text-base
15144  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fortune-mod\.svn
15145  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fortune-mod\Makefile
15146  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fortune-mod\patches
15147  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fortune-mod\.svn\entries
15148  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fortune-mod\.svn\prop-base
15149  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fortune-mod\.svn\props
15150  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fortune-mod\.svn\text-base
15151  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fortune-mod\.svn\tmp
15152  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fortune-mod\.svn\prop-base\Makefile.svn-base
15153  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fortune-mod\.svn\text-base\Makefile.svn-base
15154  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fortune-mod\.svn\tmp\prop-base
15155  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fortune-mod\.svn\tmp\props
15156  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fortune-mod\.svn\tmp\text-base
15157  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fortune-mod\patches\.svn
15158  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fortune-mod\patches\01-strfile-64bit-fix
15159  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fortune-mod\patches\.svn\entries
15160  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fortune-mod\patches\.svn\prop-base
15161  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fortune-mod\patches\.svn\props
15162  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fortune-mod\patches\.svn\text-base
15163  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fortune-mod\patches\.svn\tmp
15164  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fortune-mod\patches\.svn\text-base\01-strfile-
       64bit-fix.svn-base
15165  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fortune-mod\patches\.svn\tmp\prop-base
15166  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fortune-mod\patches\.svn\tmp\props
15167  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fortune-mod\patches\.svn\tmp\text-base
15168  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\foxboard-utils\.svn
15169  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\foxboard-utils\Makefile
15170  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\foxboard-utils\.svn\entries
15171  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\foxboard-utils\.svn\prop-base
15172  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\foxboard-utils\.svn\props
15173  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\foxboard-utils\.svn\text-base
15174  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\foxboard-utils\.svn\tmp
15175  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\foxboard-utils\.svn\text-base\Makefile.svn-bas
       e
15176  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\foxboard-utils\.svn\tmp\prop-base
15177  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\foxboard-utils\.svn\tmp\props
15178  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\foxboard-utils\.svn\tmp\text-base
15179  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fxload\.svn
15180  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fxload\Makefile
15181  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fxload\patches
15182  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fxload\.svn\entries
15183  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fxload\.svn\prop-base
15184  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fxload\.svn\props
15185  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fxload\.svn\text-base
15186  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fxload\.svn\tmp
15187  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fxload\.svn\prop-base\Makefile.svn-base
15188  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fxload\.svn\text-base\Makefile.svn-base
15189  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fxload\.svn\tmp\prop-base
15190  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fxload\.svn\tmp\props
15191  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fxload\.svn\tmp\text-base
15192  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fxload\patches\.svn
15193  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fxload\patches\010-compile_fix.patch
15194  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fxload\patches\.svn\entries
15195  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fxload\patches\.svn\prop-base
```

```
15196   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fxload\patches\.svn\text-base
15197   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fxload\patches\.svn\tmp
15198   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fxload\patches\.svn\prop-base\010-compile_fix.
        patch.svn-base
15199   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fxload\patches\.svn\text-base\010-compile_fix.
15200   patch.svn-base
15201   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fxload\patches\.svn\tmp\prop-base
15202   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fxload\patches\.svn\tmp\props
15203   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\fxload\patches\.svn\tmp\text-base
15204   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gadgetfs-test\.svn
15205   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gadgetfs-test\Makefile
15206   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gadgetfs-test\patches
15207   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gadgetfs-test\.svn\entries
15208   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gadgetfs-test\.svn\prop-base
15209   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gadgetfs-test\.svn\props
15210   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gadgetfs-test\.svn\text-base
15211   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gadgetfs-test\.svn\tmp
15212   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gadgetfs-test\.svn\prop-base\Makefile.svn-base
15213   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gadgetfs-test\.svn\text-base\Makefile.svn-base
15214   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gadgetfs-test\.svn\tmp\prop-base
15215   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gadgetfs-test\.svn\tmp\props
15216   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gadgetfs-test\.svn\tmp\text-base
15217   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gadgetfs-test\patches\.svn
15218   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gadgetfs-test\patches\001-linux_usb_org_2007_1
        1_29.patch
15219   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gadgetfs-test\patches\.svn\entries
15220   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gadgetfs-test\patches\.svn\prop-base
15221   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gadgetfs-test\patches\.svn\props
15222   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gadgetfs-test\patches\.svn\text-base
15223   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gadgetfs-test\patches\.svn\tmp
15224   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gadgetfs-test\patches\.svn\text-base\001-linux
        _usb_org_2007_11_29.patch.svn-base
15225   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gadgetfs-test\patches\.svn\tmp\prop-base
15226   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gadgetfs-test\patches\.svn\tmp\props
15227   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gadgetfs-test\patches\.svn\tmp\text-base
15228   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gnokii\.svn
15229   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gnokii\Makefile
15230   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gnokii\.svn\entries
15231   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gnokii\.svn\prop-base
15232   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gnokii\.svn\props
15233   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gnokii\.svn\text-base
15234   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gnokii\.svn\tmp
15235   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gnokii\.svn\text-base\Makefile.svn-base
15236   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gnokii\.svn\tmp\prop-base
15237   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gnokii\.svn\tmp\props
15238   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gnokii\.svn\tmp\text-base
15239   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gnupg\.svn
15240   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gnupg\Makefile
15241   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gnupg\.svn\entries
15242   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gnupg\.svn\prop-base
15243   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gnupg\.svn\props
15244   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gnupg\.svn\text-base
15245   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gnupg\.svn\tmp
15246   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gnupg\.svn\prop-base\Makefile.svn-base
15247   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gnupg\.svn\text-base\Makefile.svn-base
15248   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gnupg\.svn\tmp\prop-base
15249   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gnupg\.svn\tmp\props
15250   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gnupg\.svn\tmp\text-base
15251   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gzip\.svn
15252   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gzip\Makefile
15253   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gzip\.svn\entries
15254   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gzip\.svn\prop-base
15255   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gzip\.svn\props
15256   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gzip\.svn\text-base
15257   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gzip\.svn\tmp
15258   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gzip\.svn\text-base\Makefile.svn-base
15259   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gzip\.svn\tmp\prop-base
15260   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\gzip\.svn\tmp\props
```

```
15261  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\haserl\.svn
15262  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\haserl\Makefile
15263  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\haserl\.svn\entries
15264  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\haserl\.svn\prop-base
15265  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\haserl\.svn\props
15266  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\haserl\.svn\text-base
15267  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\haserl\.svn\tmp
15268  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\haserl\.svn\prop-base\Makefile.svn-base
15269  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\haserl\.svn\text-base\Makefile.svn-base
15270  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\haserl\.svn\tmp\prop-base
15271  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\haserl\.svn\tmp\props
15272  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\haserl\.svn\tmp\text-base
15273  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hd-idle\.svn
15274  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hd-idle\files
15275  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hd-idle\Makefile
15276  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hd-idle\.svn\entries
15277  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hd-idle\.svn\prop-base
15278  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hd-idle\.svn\props
15279  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hd-idle\.svn\text-base
15280  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hd-idle\.svn\tmp
15281  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hd-idle\.svn\text-base\Makefile.svn-base
15282  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hd-idle\.svn\tmp\prop-base
15283  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hd-idle\.svn\tmp\props
15284  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hd-idle\.svn\tmp\text-base
15285  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hd-idle\files\.svn
15286  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hd-idle\files\hd-idle.config
15287  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hd-idle\files\hd-idle.init
15288  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hd-idle\files\.svn\entries
15289  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hd-idle\files\.svn\prop-base
15290  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hd-idle\files\.svn\props
15291  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hd-idle\files\.svn\text-base
15292  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hd-idle\files\.svn\tmp
15293  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hd-idle\files\.svn\text-base\hd-idle.config.svn-base
15294  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hd-idle\files\.svn\text-base\hd-idle.init.svn-base
15295  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hd-idle\files\.svn\tmp\prop-base
15296  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hd-idle\files\.svn\tmp\props
15297  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hd-idle\files\.svn\tmp\text-base
15298  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hdparm\.svn
15299  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hdparm\Makefile
15300  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hdparm\patches
15301  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hdparm\.svn\entries
15302  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hdparm\.svn\prop-base
15303  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hdparm\.svn\props
15304  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hdparm\.svn\text-base
15305  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hdparm\.svn\tmp
15306  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hdparm\.svn\prop-base\Makefile.svn-base
15307  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hdparm\.svn\text-base\Makefile.svn-base
15308  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hdparm\.svn\tmp\prop-base
15309  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hdparm\.svn\tmp\props
15310  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hdparm\.svn\tmp\text-base
15311  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hdparm\patches\.svn
15312  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hdparm\patches\100-compile-fix.patch
15313  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hdparm\patches\.svn\entries
15314  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hdparm\patches\.svn\prop-base
15315  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hdparm\patches\.svn\props
15316  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hdparm\patches\.svn\text-base
15317  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hdparm\patches\.svn\tmp
15318  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hdparm\patches\.svn\text-base\100-compile-fix.patch.svn-base
15319  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hdparm\patches\.svn\tmp\prop-base
15320  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hdparm\patches\.svn\tmp\props
15321  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hdparm\patches\.svn\tmp\text-base
15322  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\.svn
15323  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\files
15324  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\Makefile
15325  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\patches
15326
```

```
15327  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\.svn\prop-base
15328  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\.svn\prop-base
15329  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\.svn\props
15330  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\.svn\text-base
15331  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\.svn\tmp
15332  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\.svn\prop-base\Makefile.svn-base
15333  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\.svn\text-base\Makefile.svn-base
15334  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\.svn\tmp\prop-base
15335  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\.svn\tmp\props
15336  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\.svn\tmp\text-base
15337  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\files\.svn
15338  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\files\x10.conf
15339  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\files\.svn\entries
15340  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\files\.svn\prop-base
15341  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\files\.svn\props
15342  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\files\.svn\text-base
15343  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\files\.svn\tmp
15344  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\files\.svn\prop-base\x10.conf.svn-base
15345  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\files\.svn\text-base\x10.conf.svn-base
15346  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\files\.svn\tmp\prop-base
15347  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\files\.svn\tmp\props
15348  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\files\.svn\tmp\text-base
15349  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\patches\.svn
15350  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\patches\001-avoid_configure.patch
15351  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\patches\.svn\entries
15352  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\patches\.svn\prop-base
15353  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\patches\.svn\props
15354  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\patches\.svn\text-base
15355  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\patches\.svn\tmp
15356  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\patches\.svn\prop-base\001-avoid_configur
       e.patch.svn-base
15357  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\patches\.svn\text-base\001-avoid_configur
       e.patch.svn-base
15358  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\patches\.svn\tmp\prop-base
15359  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\patches\.svn\tmp\props
15360  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\heyu\patches\.svn\tmp\text-base
15361  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hplip\.svn
15362  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hplip\Makefile
15363  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hplip\.svn\entries
15364  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hplip\.svn\prop-base
15365  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hplip\.svn\props
15366  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hplip\.svn\text-base
15367  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hplip\.svn\tmp
15368  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hplip\.svn\text-base\Makefile.svn-base
15369  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hplip\.svn\tmp\prop-base
15370  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hplip\.svn\tmp\props
15371  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\hplip\.svn\tmp\text-base
15372  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\huaweiaktbbo\.svn
15373  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\huaweiaktbbo\Makefile
15374  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\huaweiaktbbo\src
15375  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\huaweiaktbbo\.svn\entries
15376  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\huaweiaktbbo\.svn\prop-base
15377  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\huaweiaktbbo\.svn\props
15378  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\huaweiaktbbo\.svn\text-base
15379  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\huaweiaktbbo\.svn\tmp
15380  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\huaweiaktbbo\.svn\text-base\Makefile.svn-base
15381  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\huaweiaktbbo\.svn\tmp\prop-base
15382  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\huaweiaktbbo\.svn\tmp\props
15383  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\huaweiaktbbo\.svn\tmp\text-base
15384  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\huaweiaktbbo\src\.svn
15385  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\huaweiaktbbo\src\huaweiAktBbo.c
15386  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\huaweiaktbbo\src\.svn\entries
15387  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\huaweiaktbbo\src\.svn\prop-base
15388  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\huaweiaktbbo\src\.svn\props
15389  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\huaweiaktbbo\src\.svn\text-base
15390  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\huaweiaktbbo\src\.svn\tmp
15391  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\huaweiaktbbo\src\.svn\text-base\huaweiAktBbo.c
       .svn-base
15392  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\huaweiaktbbo\src\.svn\tmp\prop-base
```

```
15393    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\huaweiaktbbo\src\.svn\tmp\text-base
15394    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\i2c-tools\.svn
15395    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\i2c-tools\Makefile
15396    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\i2c-tools\.svn\entries
15397    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\i2c-tools\.svn\prop-base
15398    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\i2c-tools\.svn\props
15399    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\i2c-tools\.svn\text-base
15400    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\i2c-tools\.svn\tmp
15401    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\i2c-tools\.svn\prop-base\Makefile.svn-base
15402    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\i2c-tools\.svn\text-base\Makefile.svn-base
15403    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\i2c-tools\.svn\tmp\prop-base
15404    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\i2c-tools\.svn\tmp\props
15405    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\i2c-tools\.svn\tmp\text-base
15406    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\input-utils\.svn
15407    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\input-utils\Makefile
15408    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\input-utils\.svn\entries
15409    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\input-utils\.svn\prop-base
15410    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\input-utils\.svn\props
15411    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\input-utils\.svn\text-base
15412    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\input-utils\.svn\tmp
15413    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\input-utils\.svn\text-base\Makefile.svn-base
15414    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\input-utils\.svn\tmp\prop-base
15415    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\input-utils\.svn\tmp\props
15416    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\input-utils\.svn\tmp\text-base
15417    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\io\.svn
15418    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\io\Makefile
15419    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\io\src
15420    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\io\.svn\entries
15421    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\io\.svn\prop-base
15422    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\io\.svn\props
15423    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\io\.svn\text-base
15424    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\io\.svn\tmp
15425    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\io\.svn\prop-base\Makefile.svn-base
15426    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\io\.svn\text-base\Makefile.svn-base
15427    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\io\.svn\tmp\prop-base
15428    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\io\.svn\tmp\props
15429    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\io\.svn\tmp\text-base
15430    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\io\src\.svn
15431    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\io\src\io.c
15432    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\io\src\.svn\entries
15433    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\io\src\.svn\prop-base
15434    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\io\src\.svn\props
15435    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\io\src\.svn\text-base
15436    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\io\src\.svn\tmp
15437    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\io\src\.svn\text-base\io.c.svn-base
15438    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\io\src\.svn\tmp\prop-base
15439    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\io\src\.svn\tmp\props
15440    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\io\src\.svn\tmp\text-base
15441    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ipmitool\.svn
15442    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ipmitool\Makefile
15443    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ipmitool\patches
15444    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ipmitool\.svn\entries
15445    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ipmitool\.svn\prop-base
15446    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ipmitool\.svn\props
15447    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ipmitool\.svn\text-base
15448    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ipmitool\.svn\tmp
15449    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ipmitool\.svn\text-base\Makefile.svn-base
15450    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ipmitool\.svn\tmp\prop-base
15451    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ipmitool\.svn\tmp\props
15452    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ipmitool\.svn\tmp\text-base
15453    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ipmitool\patches\.svn
15454    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ipmitool\patches\100-cubic_root.patch
15455    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ipmitool\patches\.svn\entries
15456    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ipmitool\patches\.svn\prop-base
15457    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ipmitool\patches\.svn\props
15458    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ipmitool\patches\.svn\text-base
15459    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ipmitool\patches\.svn\tmp
15460    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ipmitool\patches\.svn\text-base\100-cubic_root
```

```
15462    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ipmitool\patches\.svn\tmp\prop-base
15463    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ipmitool\patches\.svn\tmp\props
15464    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ipmitool\patches\.svn\tmp\text-base
15465    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\joe\.svn
15466    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\joe\Makefile
15467    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\joe\patches
15468    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\joe\.svn\entries
15469    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\joe\.svn\prop-base
15470    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\joe\.svn\props
15471    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\joe\.svn\text-base
15472    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\joe\.svn\tmp
15473    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\joe\.svn\prop-base\Makefile.svn-base
15474    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\joe\.svn\text-base\Makefile.svn-base
15475    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\joe\.svn\tmp\prop-base
15476    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\joe\.svn\tmp\props
15477    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\joe\.svn\tmp\text-base
15478    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\joe\patches\.svn
15479    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\joe\patches\001-mathaway.patch
15480    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\joe\patches\.svn\entries
15481    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\joe\patches\.svn\prop-base
15482    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\joe\patches\.svn\props
15483    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\joe\patches\.svn\text-base
15484    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\joe\patches\.svn\tmp
15485    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\joe\patches\.svn\prop-base\001-mathaway.patch.
         svn-base
15486    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\joe\patches\.svn\text-base\001-mathaway.patch.
         svn-base
15487    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\joe\patches\.svn\tmp\prop-base
15488    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\joe\patches\.svn\tmp\props
15489    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\joe\patches\.svn\tmp\text-base
15490    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\.svn
15491    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\Config.in
15492    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\files
15493    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\Makefile
15494    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\patches
15495    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\.svn\entries
15496    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\.svn\prop-base
15497    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\.svn\props
15498    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\.svn\text-base
15499    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\.svn\tmp
15500    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\.svn\prop-base\Makefile.svn-base
15501    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\.svn\text-base\Config.in.svn-base
15502    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\.svn\text-base\Makefile.svn-base
15503    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\.svn\tmp\prop-base
15504    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\.svn\tmp\props
15505    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\.svn\tmp\text-base
15506    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\files\.svn
15507    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\files\lcd4linux.conf
15508    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\files\lcd4linux.init
15509    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\files\.svn\entries
15510    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\files\.svn\prop-base
15511    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\files\.svn\props
15512    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\files\.svn\text-base
15513    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\files\.svn\tmp
15514    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\files\.svn\text-base\lcd4linux.conf.
         svn-base
15515    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\files\.svn\text-base\lcd4linux.init.
         svn-base
15516    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\files\.svn\tmp\prop-base
15517    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\files\.svn\tmp\props
15518    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\files\.svn\tmp\text-base
15519    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\patches\.svn
15520    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\patches\100-drv_RouterBoard.patch
15521    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\patches\120-remove_parport_outb.patc
         h
15522    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\patches\140-no_repnop_T6963.patch
15523    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\patches\150-addlibmpdclient.patch
15524    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\patches\160-uinput_defs.patch
```

```
15525    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\patches\.svn\prop-base
15526    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\patches\.svn\props
15527    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\patches\.svn\text-base
15528    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\patches\.svn\tmp
15529    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\patches\.svn\prop-base\100-drv_Route
         rBoard.patch.svn-base
15530    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\patches\.svn\prop-base\120-remove_pa
         rport_outb.patch.svn-base
15531    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\patches\.svn\text-base\100-drv_Route
         rBoard.patch.svn-base
15532    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\patches\.svn\text-base\120-remove_pa
         rport_outb.patch.svn-base
15533    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\patches\.svn\text-base\140-no_repnop
         _T6963.patch.svn-base
15534    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\patches\.svn\text-base\150-addlibmpd
         client.patch.svn-base
15535    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\patches\.svn\text-base\160-uinput_de
         fs.patch.svn-base
15536    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\patches\.svn\tmp\prop-base
15537    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\patches\.svn\tmp\props
15538    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lcd4linux\patches\.svn\tmp\text-base
15539    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\.svn
15540    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\files
15541    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\Makefile
15542    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\.svn\entries
15543    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\.svn\prop-base
15544    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\.svn\props
15545    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\.svn\text-base
15546    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\.svn\tmp
15547    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\.svn\prop-base\Makefile.svn-base
15548    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\.svn\text-base\Makefile.svn-base
15549    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\.svn\tmp\prop-base
15550    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\.svn\tmp\props
15551    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\.svn\tmp\text-base
15552    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\files\.svn
15553    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\files\bdlilo.conf
15554    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\files\boot.msg
15555    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\files\lilo.conf
15556    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\files\mkbootable
15557    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\files\README
15558    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\files\.svn\entries
15559    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\files\.svn\prop-base
15560    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\files\.svn\props
15561    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\files\.svn\text-base
15562    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\files\.svn\tmp
15563    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\files\.svn\prop-base\bdlilo.conf.svn-base
15564    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\files\.svn\prop-base\boot.msg.svn-base
15565    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\files\.svn\prop-base\lilo.conf.svn-base
15566    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\files\.svn\prop-base\mkbootable.svn-base
15567    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\files\.svn\prop-base\README.svn-base
15568    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\files\.svn\text-base\bdlilo.conf.svn-base
15569    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\files\.svn\text-base\boot.msg.svn-base
15570    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\files\.svn\text-base\lilo.conf.svn-base
15571    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\files\.svn\text-base\mkbootable.svn-base
15572    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\files\.svn\text-base\README.svn-base
15573    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\files\.svn\tmp\prop-base
15574    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\files\.svn\tmp\props
15575    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lilo\files\.svn\tmp\text-base
15576    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lirc\.svn
15577    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lirc\Makefile
15578    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lirc\patches
15579    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lirc\.svn\entries
15580    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lirc\.svn\prop-base
15581    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lirc\.svn\props
15582    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lirc\.svn\text-base
15583    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lirc\.svn\tmp
15584    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lirc\.svn\text-base\Makefile.svn-base
15585    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lirc\.svn\tmp\prop-base
```

```
15587   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lirc\.svn\tmp\text-base
15588   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lirc\.svn
15589   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lirc\patches\.svn
15590   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lirc\patches\100-kcompat.patch
15591   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lirc\patches\110-semaphore_include.patch
15592   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lirc\patches\.svn\entries
15593   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lirc\patches\.svn\prop-base
15594   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lirc\patches\.svn\props
15595   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lirc\patches\.svn\text-base
15596   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lirc\patches\.svn\tmp
15597   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lirc\patches\.svn\text-base\100-kcompat.patch.
        svn-base
15598   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lirc\patches\.svn\text-base\110-semaphore_incl
        ude.patch.svn-base
15599   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lirc\patches\.svn\tmp\prop-base
15600   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lirc\patches\.svn\tmp\props
15601   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lirc\patches\.svn\tmp\text-base
15602   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lm-sensors\.svn
15603   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lm-sensors\files
15604   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lm-sensors\Makefile
15605   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lm-sensors\.svn\entries
15606   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lm-sensors\.svn\prop-base
15607   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lm-sensors\.svn\props
15608   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lm-sensors\.svn\text-base
15609   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lm-sensors\.svn\tmp
15610   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lm-sensors\.svn\prop-base\Makefile.svn-base
15611   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lm-sensors\.svn\text-base\Makefile.svn-base
15612   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lm-sensors\.svn\tmp\prop-base
15613   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lm-sensors\.svn\tmp\props
15614   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lm-sensors\.svn\tmp\text-base
15615   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lm-sensors\files\.svn
15616   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lm-sensors\files\sensors.conf
15617   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lm-sensors\files\.svn\entries
15618   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lm-sensors\files\.svn\prop-base
15619   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lm-sensors\files\.svn\props
15620   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lm-sensors\files\.svn\text-base
15621   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lm-sensors\files\.svn\tmp
15622   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lm-sensors\files\.svn\text-base\sensors.conf.s
        vn-base
15623   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lm-sensors\files\.svn\tmp\prop-base
15624   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lm-sensors\files\.svn\tmp\props
15625   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lm-sensors\files\.svn\tmp\text-base
15626   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\.svn
15627   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\files
15628   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\Makefile
15629   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\patches
15630   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\.svn\entries
15631   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\.svn\prop-base
15632   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\.svn\props
15633   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\.svn\text-base
15634   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\.svn\tmp
15635   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\.svn\prop-base\Makefile.svn-base
15636   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\.svn\text-base\Makefile.svn-base
15637   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\.svn\tmp\prop-base
15638   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\.svn\tmp\props
15639   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\.svn\tmp\text-base
15640   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\files\.svn
15641   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\files\logrotate.conf
15642   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\files\.svn\entries
15643   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\files\.svn\prop-base
15644   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\files\.svn\props
15645   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\files\.svn\text-base
15646   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\files\.svn\tmp
15647   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\files\.svn\prop-base\logrotate.conf.
        svn-base
15648   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\files\.svn\text-base\logrotate.conf.
        svn-base
15649   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\files\.svn\tmp\prop-base
15650   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\files\.svn\tmp\props
```

```
15651    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\patches\.svn
15652    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\patches\001-dateext_maxage.patch
15653    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\patches\002-datehack.patch
15654    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\patches\003-ignore_hidden.patch
15655    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\patches\004-no_tmpdir.patch
15656    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\patches\005-taboo_to_debug.patch
15657    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\patches\006-weekly.patch
15658    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\patches\.svn\entries
15659    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\patches\.svn\prop-base
15660    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\patches\.svn\props
15661    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\patches\.svn\text-base
15662    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\patches\.svn\tmp
15663    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\patches\.svn\prop-base\001-dateext_m
         axage.patch.svn-base
15664    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\patches\.svn\prop-base\002-datehack.
         patch.svn-base
15665    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\patches\.svn\prop-base\003-ignore_hi
         dden.patch.svn-base
15666    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\patches\.svn\prop-base\004-no_tmpdir
         .patch.svn-base
15667    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\patches\.svn\prop-base\005-taboo_to_
         debug.patch.svn-base
15668    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\patches\.svn\prop-base\006-weekly.pa
         tch.svn-base
15669    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\patches\.svn\text-base\001-dateext_m
         axage.patch.svn-base
15670    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\patches\.svn\text-base\002-datehack.
         patch.svn-base
15671    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\patches\.svn\text-base\003-ignore_hi
         dden.patch.svn-base
15672    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\patches\.svn\text-base\004-no_tmpdir
         .patch.svn-base
15673    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\patches\.svn\text-base\005-taboo_to_
         debug.patch.svn-base
15674    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\patches\.svn\text-base\006-weekly.pa
         tch.svn-base
15675    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\patches\.svn\tmp\prop-base
15676    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\patches\.svn\tmp\props
15677    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\logrotate\patches\.svn\tmp\text-base
15678    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\loop-aes\.svn
15679    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\loop-aes\Makefile
15680    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\loop-aes\patches
15681    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\loop-aes\.svn\entries
15682    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\loop-aes\.svn\prop-base
15683    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\loop-aes\.svn\props
15684    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\loop-aes\.svn\text-base
15685    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\loop-aes\.svn\tmp
15686    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\loop-aes\.svn\text-base\Makefile.svn-base
15687    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\loop-aes\.svn\tmp\prop-base
15688    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\loop-aes\.svn\tmp\props
15689    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\loop-aes\.svn\tmp\text-base
15690    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\loop-aes\patches\.svn
15691    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\loop-aes\patches\001-no_sync.patch
15692    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\loop-aes\patches\.svn\entries
15693    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\loop-aes\patches\.svn\prop-base
15694    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\loop-aes\patches\.svn\props
15695    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\loop-aes\patches\.svn\text-base
15696    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\loop-aes\patches\.svn\tmp
15697    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\loop-aes\patches\.svn\text-base\001-no_sync.pa
         tch.svn-base
15698    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\loop-aes\patches\.svn\tmp\prop-base
15699    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\loop-aes\patches\.svn\tmp\props
15700    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\loop-aes\patches\.svn\tmp\text-base
15701    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lrzsz\.svn
15702    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lrzsz\Makefile
15703    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lrzsz\patches
15704    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lrzsz\.svn\entries
15705    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lrzsz\.svn\prop-base
15706    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lrzsz\.svn\prop-base
```

```
15707  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lrzsz\.svn\text-base
15708  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lrzsz\.svn\tmp
15709  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lrzsz\.svn\prop-base\Makefile.svn-base
15710  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lrzsz\.svn\text-base\Makefile.svn-base
15711  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lrzsz\.svn\tmp\prop-base
15712  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lrzsz\.svn\tmp\props
15713  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lrzsz\.svn\tmp\props
15714  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lrzsz\.svn\tmp\text-base
15715  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lrzsz\patches\.svn
15716  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lrzsz\patches\100-install_delete_fix.patch
15717  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lrzsz\patches\.svn\entries
15718  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lrzsz\patches\.svn\prop-base
15719  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lrzsz\patches\.svn\props
15720  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lrzsz\patches\.svn\text-base
15721  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lrzsz\patches\.svn\tmp
15722  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lrzsz\patches\.svn\prop-base\100-install_delet
       e_fix.patch.svn-base
15723  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lrzsz\patches\.svn\text-base\100-install_delet
       e_fix.patch.svn-base
15724  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lrzsz\patches\.svn\tmp\prop-base
15725  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lrzsz\patches\.svn\tmp\props
15726  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lrzsz\patches\.svn\tmp\text-base
15727  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lsof\.svn
15728  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lsof\Makefile
15729  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lsof\patches
15730  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lsof\.svn\entries
15731  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lsof\.svn\prop-base
15732  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lsof\.svn\props
15733  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lsof\.svn\text-base
15734  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lsof\.svn\tmp
15735  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lsof\.svn\prop-base\Makefile.svn-base
15736  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lsof\.svn\text-base\Makefile.svn-base
15737  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lsof\.svn\tmp\prop-base
15738  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lsof\.svn\tmp\props
15739  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lsof\.svn\tmp\text-base
15740  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lsof\patches\.svn
15741  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lsof\patches\001-lsof_makefile.patch
15742  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lsof\patches\002-lsof_noportmap.patch
15743  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lsof\patches\003-lsof_uclibc.patch
15744  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lsof\patches\.svn\entries
15745  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lsof\patches\.svn\prop-base
15746  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lsof\patches\.svn\props
15747  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lsof\patches\.svn\text-base
15748  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lsof\patches\.svn\tmp
15749  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lsof\patches\.svn\text-base\001-lsof_makefile.
       patch.svn-base
15750  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lsof\patches\.svn\text-base\002-lsof_noportmap
       .patch.svn-base
15751  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lsof\patches\.svn\text-base\003-lsof_uclibc.pa
       tch.svn-base
15752  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lsof\patches\.svn\tmp\prop-base
15753  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lsof\patches\.svn\tmp\props
15754  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\lsof\patches\.svn\tmp\text-base
15755  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\macchanger\.svn
15756  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\macchanger\Makefile
15757  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\macchanger\.svn\entries
15758  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\macchanger\.svn\prop-base
15759  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\macchanger\.svn\props
15760  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\macchanger\.svn\text-base
15761  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\macchanger\.svn\tmp
15762  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\macchanger\.svn\prop-base\Makefile.svn-base
15763  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\macchanger\.svn\text-base\Makefile.svn-base
15764  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\macchanger\.svn\tmp\prop-base
15765  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\macchanger\.svn\tmp\props
15766  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\macchanger\.svn\tmp\text-base
15767  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mc\.svn
15768  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mc\Makefile
15769  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mc\patches
15770  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mc\.svn\entries
```

```
15771    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mc\.svn\props
15772    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mc\.svn\text-base
15773    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mc\.svn\tmp
15774    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mc\.svn\prop-base\Makefile.svn-base
15775    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mc\.svn\text-base\Makefile.svn-base
15776    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mc\.svn\tmp\prop-base
15777    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mc\.svn\tmp\props
15778    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mc\.svn\tmp\text-base
15779    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mc\patches\.svn
15780    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mc\patches\100-fix-missingsyntax.patch
15781    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mc\patches\.svn\entries
15782    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mc\patches\.svn\prop-base
15783    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mc\patches\.svn\props
15784    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mc\patches\.svn\text-base
15785    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mc\patches\.svn\tmp
15786    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mc\patches\.svn\text-base\100-fix-missingsynta
         x.patch.svn-base
15787    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mc\patches\.svn\tmp\prop-base
15788    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mc\patches\.svn\tmp\props
15789    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mc\patches\.svn\tmp\text-base
15790    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mdadm\.svn
15791    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mdadm\Makefile
15792    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mdadm\patches
15793    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mdadm\.svn\entries
15794    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mdadm\.svn\prop-base
15795    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mdadm\.svn\props
15796    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mdadm\.svn\text-base
15797    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mdadm\.svn\tmp
15798    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mdadm\.svn\text-base\Makefile.svn-base
15799    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mdadm\.svn\tmp\prop-base
15800    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mdadm\.svn\tmp\props
15801    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mdadm\.svn\tmp\text-base
15802    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mdadm\patches\.svn
15803    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mdadm\patches\001-makefile-fixes.patch
15804    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mdadm\patches\.svn\entries
15805    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mdadm\patches\.svn\prop-base
15806    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mdadm\patches\.svn\props
15807    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mdadm\patches\.svn\text-base
15808    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mdadm\patches\.svn\tmp
15809    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mdadm\patches\.svn\text-base\001-makefile-fixe
         s.patch.svn-base
15810    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mdadm\patches\.svn\tmp\prop-base
15811    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mdadm\patches\.svn\tmp\props
15812    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mdadm\patches\.svn\tmp\text-base
15813    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\memtester\.svn
15814    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\memtester\Makefile
15815    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\memtester\patches
15816    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\memtester\.svn\entries
15817    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\memtester\.svn\prop-base
15818    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\memtester\.svn\props
15819    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\memtester\.svn\text-base
15820    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\memtester\.svn\tmp
15821    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\memtester\.svn\text-base\Makefile.svn-base
15822    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\memtester\.svn\tmp\prop-base
15823    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\memtester\.svn\tmp\props
15824    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\memtester\.svn\tmp\text-base
15825    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\memtester\patches\.svn
15826    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\memtester\patches\100-quiet.diff
15827    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\memtester\patches\.svn\entries
15828    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\memtester\patches\.svn\prop-base
15829    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\memtester\patches\.svn\props
15830    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\memtester\patches\.svn\text-base
15831    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\memtester\patches\.svn\tmp
15832    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\memtester\patches\.svn\text-base\100-quiet.dif
         f.svn-base
15833    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\memtester\patches\.svn\tmp\prop-base
15834    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\memtester\patches\.svn\tmp\props
15835    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\memtester\patches\.svn\tmp\text-base
```

```
15837  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mg\Makefile
15838  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mg\patches
15839  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mg\.svn
15840  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mg\.svn\entries
15841  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mg\.svn\prop-base
15842  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mg\.svn\props
15843  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mg\.svn\text-base
15844  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mg\.svn\tmp
15845  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mg\.svn\text-base\Makefile.svn-base
15846  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mg\.svn\tmp\prop-base
15847  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mg\.svn\tmp\props
15848  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mg\.svn\tmp\text-base
15849  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mg\patches\.svn
15850  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mg\patches\100-mg.patch
15851  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mg\patches\.svn\entries
15852  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mg\patches\.svn\prop-base
15853  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mg\patches\.svn\props
15854  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mg\patches\.svn\text-base
15855  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mg\patches\.svn\tmp
15856  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mg\patches\.svn\text-base\100-mg.patch.svn-base
       e
15857  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mg\patches\.svn\tmp\prop-base
15858  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mg\patches\.svn\tmp\props
15859  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mg\patches\.svn\tmp\text-base
15860  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mgetty\.svn
15861  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mgetty\Makefile
15862  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mgetty\patches
15863  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mgetty\.svn\entries
15864  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mgetty\.svn\prop-base
15865  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mgetty\.svn\props
15866  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mgetty\.svn\text-base
15867  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mgetty\.svn\tmp
15868  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mgetty\.svn\prop-base\Makefile.svn-base
15869  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mgetty\.svn\text-base\Makefile.svn-base
15870  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mgetty\.svn\tmp\prop-base
15871  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mgetty\.svn\tmp\props
15872  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mgetty\.svn\tmp\text-base
15873  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mgetty\patches\.svn
15874  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mgetty\patches\001-mgetty.patch
15875  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mgetty\patches\.svn\entries
15876  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mgetty\patches\.svn\prop-base
15877  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mgetty\patches\.svn\props
15878  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mgetty\patches\.svn\text-base
15879  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mgetty\patches\.svn\tmp
15880  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mgetty\patches\.svn\prop-base\001-mgetty.patch
       .svn-base
15881  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mgetty\patches\.svn\text-base\001-mgetty.patch
       .svn-base
15882  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mgetty\patches\.svn\tmp\prop-base
15883  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mgetty\patches\.svn\tmp\props
15884  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mgetty\patches\.svn\tmp\text-base
15885  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\microcom\.svn
15886  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\microcom\Makefile
15887  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\microcom\patches
15888  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\microcom\.svn\entries
15889  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\microcom\.svn\prop-base
15890  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\microcom\.svn\props
15891  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\microcom\.svn\text-base
15892  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\microcom\.svn\tmp
15893  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\microcom\.svn\prop-base\Makefile.svn-base
15894  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\microcom\.svn\text-base\Makefile.svn-base
15895  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\microcom\.svn\tmp\prop-base
15896  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\microcom\.svn\tmp\props
15897  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\microcom\.svn\tmp\text-base
15898  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\microcom\patches\.svn
15899  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\microcom\patches\001-cross_compile.patch
15900  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\microcom\patches\.svn\entries
15901  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\microcom\patches\.svn\prop-base
15902  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\microcom\patches\.svn\props
```

```
15903    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\microcom\patches\.svn
15904    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\microcom\patches\.svn\tmp
15905    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\microcom\patches\.svn\prop-base\001-cross_comp
         ile.patch.svn-base
15906    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\microcom\patches\.svn\text-base\001-cross_comp
         ile.patch.svn-base
15907    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\microcom\patches\.svn\tmp\prop-base
15908    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\microcom\patches\.svn\tmp\props
15909    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\microcom\patches\.svn\tmp\text-base
15910    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\minicom\.svn
15911    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\minicom\Makefile
15912    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\minicom\.svn\entries
15913    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\minicom\.svn\prop-base
15914    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\minicom\.svn\props
15915    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\minicom\.svn\text-base
15916    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\minicom\.svn\tmp
15917    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\minicom\.svn\prop-base\Makefile.svn-base
15918    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\minicom\.svn\text-base\Makefile.svn-base
15919    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\minicom\.svn\tmp\prop-base
15920    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\minicom\.svn\tmp\props
15921    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\minicom\.svn\tmp\text-base
15922    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mksh\.svn
15923    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mksh\Makefile
15924    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mksh\patches
15925    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mksh\.svn\entries
15926    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mksh\.svn\prop-base
15927    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mksh\.svn\props
15928    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mksh\.svn\text-base
15929    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mksh\.svn\tmp
15930    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mksh\.svn\prop-base\Makefile.svn-base
15931    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mksh\.svn\text-base\Makefile.svn-base
15932    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mksh\.svn\tmp\prop-base
15933    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mksh\.svn\tmp\props
15934    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mksh\.svn\tmp\text-base
15935    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mksh\patches\.svn
15936    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mksh\patches\100-dot_mkshrc
15937    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mksh\patches\.svn\entries
15938    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mksh\patches\.svn\prop-base
15939    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mksh\patches\.svn\props
15940    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mksh\patches\.svn\text-base
15941    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mksh\patches\.svn\tmp
15942    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mksh\patches\.svn\text-base\100-dot_mkshrc.svn
         -base
15943    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mksh\patches\.svn\tmp\prop-base
15944    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mksh\patches\.svn\tmp\props
15945    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\mksh\patches\.svn\tmp\text-base
15946    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\nano\.svn
15947    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\nano\Makefile
15948    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\nano\.svn\entries
15949    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\nano\.svn\prop-base
15950    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\nano\.svn\props
15951    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\nano\.svn\text-base
15952    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\nano\.svn\tmp
15953    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\nano\.svn\prop-base\Makefile.svn-base
15954    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\nano\.svn\text-base\Makefile.svn-base
15955    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\nano\.svn\tmp\prop-base
15956    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\nano\.svn\tmp\props
15957    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\nano\.svn\tmp\text-base
15958    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ntfs-3g\.svn
15959    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ntfs-3g\Makefile
15960    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ntfs-3g\.svn\entries
15961    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ntfs-3g\.svn\prop-base
15962    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ntfs-3g\.svn\props
15963    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ntfs-3g\.svn\text-base
15964    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ntfs-3g\.svn\tmp
15965    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ntfs-3g\.svn\prop-base\Makefile.svn-base
15966    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ntfs-3g\.svn\text-base\Makefile.svn-base
15967    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ntfs-3g\.svn\tmp\prop-base
15968    SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ntfs-3g\.svn\tmp\props
```

```
15969   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\oprofile\.svn
15970   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\oprofile\.svn
15971   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\oprofile\Makefile
15972   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\oprofile\patches
15973   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\oprofile\.svn\entries
15974   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\oprofile\.svn\prop-base
15975   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\oprofile\.svn\props
15976   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\oprofile\.svn\text-base
15977   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\oprofile\.svn\tmp
15978   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\oprofile\.svn\prop-base\Makefile.svn-base
15979   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\oprofile\.svn\text-base\Makefile.svn-base
15980   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\oprofile\.svn\tmp\prop-base
15981   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\oprofile\.svn\tmp\props
15982   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\oprofile\.svn\tmp\text-base
15983   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\oprofile\patches\.svn
15984   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\oprofile\patches\10-use-insmod-instead-of-modp
        robe.patch
15985   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\oprofile\patches\.svn\entries
15986   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\oprofile\patches\.svn\prop-base
15987   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\oprofile\patches\.svn\props
15988   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\oprofile\patches\.svn\text-base
15989   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\oprofile\patches\.svn\tmp
15990   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\oprofile\patches\.svn\text-base\10-use-insmod-
        instead-of-modprobe.patch.svn-base
15991   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\oprofile\patches\.svn\tmp\prop-base
15992   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\oprofile\patches\.svn\tmp\props
15993   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\oprofile\patches\.svn\tmp\text-base
15994   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\owfs\.svn
15995   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\owfs\Makefile
15996   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\owfs\patches
15997   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\owfs\.svn\entries
15998   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\owfs\.svn\prop-base
15999   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\owfs\.svn\props
16000   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\owfs\.svn\text-base
16001   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\owfs\.svn\tmp
16002   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\owfs\.svn\text-base\Makefile.svn-base
16003   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\owfs\.svn\tmp\prop-base
16004   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\owfs\.svn\tmp\props
16005   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\owfs\.svn\tmp\text-base
16006   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\owfs\patches\.svn
16007   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\owfs\patches\100-configure.patch
16008   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\owfs\patches\.svn\entries
16009   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\owfs\patches\.svn\prop-base
16010   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\owfs\patches\.svn\props
16011   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\owfs\patches\.svn\text-base
16012   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\owfs\patches\.svn\tmp
16013   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\owfs\patches\.svn\text-base\100-configure.patc
        h.svn-base
16014   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\owfs\patches\.svn\tmp\prop-base
16015   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\owfs\patches\.svn\tmp\props
16016   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\owfs\patches\.svn\tmp\text-base
16017   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pciutils\.svn
16018   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pciutils\Makefile
16019   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pciutils\.svn\dir-prop-base
16020   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pciutils\.svn\entries
16021   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pciutils\.svn\prop-base
16022   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pciutils\.svn\props
16023   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pciutils\.svn\text-base
16024   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pciutils\.svn\tmp
16025   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pciutils\.svn\prop-base\Makefile.svn-base
16026   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pciutils\.svn\text-base\Makefile.svn-base
16027   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pciutils\.svn\tmp\prop-base
16028   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pciutils\.svn\tmp\props
16029   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pciutils\.svn\tmp\text-base
16030   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\.svn
16031   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files
16032   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\Makefile
16033   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\.svn\entries
16034   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\.svn\prop-base
```

```
16035   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\.svn\text-base
16036   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\.svn\text-base
16037   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\.svn\tmp
16038   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\.svn\text-base\Makefile.svn-base
16039   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\.svn\tmp\prop-base
16040   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\.svn\tmp\props
16041   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\.svn\tmp\text-base
16042   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\.svn
16043   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc
16044   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\.svn\entries
16045   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\.svn\prop-base
16046   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\.svn\props
16047   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\.svn\text-base
16048   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\.svn\tmp
16049   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\.svn\tmp\prop-base
16050   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\.svn\tmp\props
16051   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\.svn\tmp\text-base
16052   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\.svn
16053   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d
16054   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\init.d
16055   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\.svn\entries
16056   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\.svn\prop-base
16057   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\.svn\props
16058   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\.svn\text-base
16059   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\.svn\tmp
16060   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\.svn\tmp\prop-base
16061   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\.svn\tmp\props
16062   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\.svn\tmp\text-base
16063   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\.svn
16064   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\pcmcia
16065   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\pcmcia_socket
16066   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\.svn\entries
16067   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\.svn\prop-base
16068   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\.svn\props
16069   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\.svn\text-base
16070   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\.svn\tmp
16071   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\.svn\tmp\prop-
        base
16072   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\.svn\tmp\props
16073   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\.svn\tmp\text-
        base
16074   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\pcmcia\.svn
16075   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\pcmcia\pcmcia.
        agent
16076   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\pcmcia\.svn\en
        tries
16077   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\pcmcia\.svn\pr
        op-base
16078   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\pcmcia\.svn\pr
        ops
16079   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\pcmcia\.svn\te
        xt-base
16080   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\pcmcia\.svn\tm
        p
16081   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\pcmcia\.svn\te
        xt-base\pcmcia.agent.svn-base
16082   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\pcmcia\.svn\tm
        p\prop-base
16083   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\pcmcia\.svn\tm
        p\props
16084   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\pcmcia\.svn\tm
        p\text-base
16085   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\pcmcia_socket\
        .svn
16086   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\pcmcia_socket\
        pcmcia_socket.agent
16087   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\pcmcia_socket\
        .svn\entries
16088   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\pcmcia_socket\
```

| | |
|---|---|
| 16089 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\pcmcia_socket\.svn\props |
| 16090 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\pcmcia_socket\.svn\text-base |
| 16091 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\pcmcia_socket\.svn\tmp |
| 16092 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\pcmcia_socket\.svn\text-base\pcmcia_socket.agent.svn-base |
| 16093 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\pcmcia_socket\.svn\tmp\prop-base |
| 16094 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\pcmcia_socket\.svn\tmp\props |
| 16095 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\hotplug.d\pcmcia_socket\.svn\tmp\text-base |
| 16096 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\init.d\.svn |
| 16097 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\init.d\pcmcia |
| 16098 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\init.d\pcmcia_socket |
| 16099 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\init.d\.svn\entries |
| 16100 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\init.d\.svn\prop-base |
| 16101 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\init.d\.svn\props |
| 16102 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\init.d\.svn\text-base |
| 16103 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\init.d\.svn\tmp |
| 16104 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\init.d\.svn\prop-base\pcmcia.svn-base |
| 16105 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\init.d\.svn\prop-base\pcmcia_socket.svn-base |
| 16106 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\init.d\.svn\text-base\pcmcia.svn-base |
| 16107 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\init.d\.svn\text-base\pcmcia_socket.svn-base |
| 16108 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\init.d\.svn\tmp\prop-base |
| 16109 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\init.d\.svn\tmp\props |
| 16110 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pcmciautils\files\etc\init.d\.svn\tmp\text-base |
| 16111 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\petitboot\.svn |
| 16112 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\petitboot\files |
| 16113 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\petitboot\Makefile |
| 16114 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\petitboot\.svn\entries |
| 16115 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\petitboot\.svn\prop-base |
| 16116 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\petitboot\.svn\props |
| 16117 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\petitboot\.svn\text-base |
| 16118 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\petitboot\.svn\tmp |
| 16119 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\petitboot\.svn\text-base\Makefile.svn-base |
| 16120 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\petitboot\.svn\tmp\prop-base |
| 16121 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\petitboot\.svn\tmp\props |
| 16122 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\petitboot\.svn\tmp\text-base |
| 16123 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\petitboot\files\.svn |
| 16124 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\petitboot\files\petitboot-wrapper |
| 16125 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\petitboot\files\petitboot.init |
| 16126 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\petitboot\files\.svn\entries |
| 16127 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\petitboot\files\.svn\prop-base |
| 16128 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\petitboot\files\.svn\props |
| 16129 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\petitboot\files\.svn\text-base |
| 16130 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\petitboot\files\.svn\tmp |
| 16131 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\petitboot\files\.svn\text-base\petitboot-wrapper.svn-base |
| 16132 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\petitboot\files\.svn\text-base\petitboot.init.svn-base |
| 16133 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\petitboot\files\.svn\tmp\prop-base |
| 16134 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\petitboot\files\.svn\tmp\props |
| 16135 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\petitboot\files\.svn\tmp\text-base |
| 16136 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\picocom\.svn |
| 16137 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\picocom\Makefile |
| 16138 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\picocom\.svn\entries |
| 16139 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\picocom\.svn\prop-base |
| 16140 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\picocom\.svn\props |
| 16141 | SDK.UBNT.v5.3\openwrt\feeds\packages\utils\picocom\.svn\text-base |

```
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\picocom\.svn\prop-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\picocom\.svn\text-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\picocom\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\picocom\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\picocom\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\Makefile
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\src
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\.svn\prop-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\.svn\text-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\src\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\src\Makefile
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\src\parser.c
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\src\parser.h
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\src\pipacs.c
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\src\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\src\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\src\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\src\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\src\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\src\.svn\prop-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\src\.svn\prop-base\parser.c.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\src\.svn\prop-base\parser.h.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\src\.svn\prop-base\pipacs.c.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\src\.svn\text-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\src\.svn\text-base\parser.c.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\src\.svn\text-base\parser.h.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\src\.svn\text-base\pipacs.c.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\src\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\src\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pipacs\src\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pps-tools\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pps-tools\Makefile
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pps-tools\patches
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pps-tools\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pps-tools\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pps-tools\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pps-tools\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pps-tools\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pps-tools\.svn\text-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pps-tools\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pps-tools\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pps-tools\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pps-tools\patches\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pps-tools\patches\001-source.patch
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pps-tools\patches\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pps-tools\patches\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pps-tools\patches\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pps-tools\patches\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pps-tools\patches\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pps-tools\patches\.svn\text-base\001-source.pa
tch.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pps-tools\patches\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pps-tools\patches\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pps-tools\patches\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\procps\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\procps\Makefile
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\procps\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\procps\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\procps\.svn\props
```

```
16210   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\procps\.svn
16211   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\procps\.svn\tmp
16212   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\procps\.svn\prop-base\Makefile.svn-base
16213   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\procps\.svn\text-base\Makefile.svn-base
16214   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\procps\.svn\tmp\prop-base
16215   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\procps\.svn\tmp\props
16216   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\procps\.svn\tmp\text-base
16217   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\psplash\.svn
16218   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\psplash\Makefile
16219   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\psplash\.svn\entries
16220   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\psplash\.svn\prop-base
16221   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\psplash\.svn\props
16222   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\psplash\.svn\text-base
16223   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\psplash\.svn\tmp
16224   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\psplash\.svn\text-base\Makefile.svn-base
16225   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\psplash\.svn\tmp\prop-base
16226   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\psplash\.svn\tmp\props
16227   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\psplash\.svn\tmp\text-base
16228   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pv\.svn
16229   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pv\Makefile
16230   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pv\.svn\entries
16231   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pv\.svn\prop-base
16232   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pv\.svn\props
16233   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pv\.svn\text-base
16234   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pv\.svn\tmp
16235   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pv\.svn\text-base\Makefile.svn-base
16236   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pv\.svn\tmp\prop-base
16237   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pv\.svn\tmp\props
16238   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pv\.svn\tmp\text-base
16239   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pwgen\.svn
16240   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pwgen\Makefile
16241   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pwgen\.svn\entries
16242   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pwgen\.svn\prop-base
16243   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pwgen\.svn\props
16244   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pwgen\.svn\text-base
16245   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pwgen\.svn\tmp
16246   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pwgen\.svn\prop-base\Makefile.svn-base
16247   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pwgen\.svn\text-base\Makefile.svn-base
16248   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pwgen\.svn\tmp\prop-base
16249   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pwgen\.svn\tmp\props
16250   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\pwgen\.svn\tmp\text-base
16251   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rcs\.svn
16252   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rcs\Makefile
16253   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rcs\patches
16254   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rcs\.svn\entries
16255   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rcs\.svn\prop-base
16256   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rcs\.svn\props
16257   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rcs\.svn\text-base
16258   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rcs\.svn\tmp
16259   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rcs\.svn\text-base\Makefile.svn-base
16260   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rcs\.svn\tmp\prop-base
16261   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rcs\.svn\tmp\props
16262   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rcs\.svn\tmp\text-base
16263   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rcs\patches\.svn
16264   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rcs\patches\000-debian.patch
16265   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rcs\patches\100-cross_compile.patch
16266   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rcs\patches\.svn\entries
16267   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rcs\patches\.svn\prop-base
16268   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rcs\patches\.svn\props
16269   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rcs\patches\.svn\text-base
16270   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rcs\patches\.svn\tmp
16271   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rcs\patches\.svn\text-base\000-debian.patch.sv
        n-base
16272   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rcs\patches\.svn\text-base\100-cross_compile.p
        atch.svn-base
16273   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rcs\patches\.svn\tmp\prop-base
16274   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rcs\patches\.svn\tmp\props
16275   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rcs\patches\.svn\tmp\text-base
16276   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rdiff-backup\.svn
```

```
16277   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rdiff-backup\Makefile
16278   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rdiff-backup\patches
16279   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rdiff-backup\.svn\entries
16280   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rdiff-backup\.svn\prop-base
16281   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rdiff-backup\.svn\props
16282   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rdiff-backup\.svn\text-base
16283   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rdiff-backup\.svn\tmp
16284   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rdiff-backup\.svn\prop-base\Makefile.svn-base
16285   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rdiff-backup\.svn\text-base\Makefile.svn-base
16286   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rdiff-backup\.svn\tmp\prop-base
16287   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rdiff-backup\.svn\tmp\props
16288   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rdiff-backup\.svn\tmp\text-base
16289   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rdiff-backup\patches\.svn
16290   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rdiff-backup\patches\001-python_path.patch
16291   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rdiff-backup\patches\.svn\entries
16292   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rdiff-backup\patches\.svn\prop-base
16293   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rdiff-backup\patches\.svn\props
16294   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rdiff-backup\patches\.svn\text-base
16295   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rdiff-backup\patches\.svn\tmp
16296   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rdiff-backup\patches\.svn\text-base\001-python
        _path.patch.svn-base
16297   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rdiff-backup\patches\.svn\tmp\prop-base
16298   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rdiff-backup\patches\.svn\tmp\props
16299   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rdiff-backup\patches\.svn\tmp\text-base
16300   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\reiserfsprogs\.svn
16301   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\reiserfsprogs\Makefile
16302   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\reiserfsprogs\patches
16303   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\reiserfsprogs\.svn\entries
16304   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\reiserfsprogs\.svn\prop-base
16305   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\reiserfsprogs\.svn\props
16306   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\reiserfsprogs\.svn\text-base
16307   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\reiserfsprogs\.svn\tmp
16308   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\reiserfsprogs\.svn\prop-base\Makefile.svn-base
16309   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\reiserfsprogs\.svn\text-base\Makefile.svn-base
16310   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\reiserfsprogs\.svn\tmp\prop-base
16311   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\reiserfsprogs\.svn\tmp\props
16312   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\reiserfsprogs\.svn\tmp\text-base
16313   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\reiserfsprogs\patches\.svn
16314   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\reiserfsprogs\patches\001-header-fix.patch
16315   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\reiserfsprogs\patches\.svn\entries
16316   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\reiserfsprogs\patches\.svn\prop-base
16317   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\reiserfsprogs\patches\.svn\props
16318   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\reiserfsprogs\patches\.svn\text-base
16319   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\reiserfsprogs\patches\.svn\tmp
16320   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\reiserfsprogs\patches\.svn\prop-base\001-heade
        r-fix.patch.svn-base
16321   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\reiserfsprogs\patches\.svn\text-base\001-heade
        r-fix.patch.svn-base
16322   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\reiserfsprogs\patches\.svn\tmp\prop-base
16323   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\reiserfsprogs\patches\.svn\tmp\props
16324   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\reiserfsprogs\patches\.svn\tmp\text-base
16325   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\.svn
16326   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\files
16327   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\Makefile
16328   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\patches
16329   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\.svn\entries
16330   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\.svn\prop-base
16331   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\.svn\props
16332   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\.svn\text-base
16333   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\.svn\tmp
16334   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\.svn\prop-base\Makefile.svn-base
16335   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\.svn\text-base\Makefile.svn-base
16336   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\.svn\tmp\prop-base
16337   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\.svn\tmp\props
16338   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\.svn\tmp\text-base
16339   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\files\.svn
16340   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\files\rrd.conf
16341   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\files\rrd.sh
16342   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\files\rrdcollect.conf
```

```
16343   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\files\.svn
16344   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\files\.svn\entries
16345   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\files\.svn\prop-base
16346   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\files\.svn\props
16347   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\files\.svn\text-base
16348   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\files\.svn\tmp
16349   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\files\.svn\prop-base\rrd.conf.svn-b
        ase
16350   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\files\.svn\prop-base\rrd.sh.svn-bas
        e
16351   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\files\.svn\prop-base\rrdcollect.con
        f.svn-base
16352   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\files\.svn\prop-base\rrdcollect.ini
        t.svn-base
16353   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\files\.svn\text-base\rrd.conf.svn-b
        ase
16354   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\files\.svn\text-base\rrd.sh.svn-bas
        e
16355   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\files\.svn\text-base\rrdcollect.con
        f.svn-base
16356   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\files\.svn\text-base\rrdcollect.ini
        t.svn-base
16357   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\files\.svn\tmp\prop-base
16358   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\files\.svn\tmp\props
16359   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\files\.svn\tmp\text-base
16360   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\patches\.svn
16361   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\patches\001-scan.patch
16362   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\patches\002-loglevel.patch
16363   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\patches\.svn\entries
16364   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\patches\.svn\prop-base
16365   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\patches\.svn\props
16366   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\patches\.svn\text-base
16367   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\patches\.svn\tmp
16368   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\patches\.svn\prop-base\001-scan.pat
        ch.svn-base
16369   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\patches\.svn\text-base\001-scan.pat
        ch.svn-base
16370   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\patches\.svn\text-base\002-loglevel
        .patch.svn-base
16371   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\patches\.svn\tmp\prop-base
16372   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\patches\.svn\tmp\props
16373   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdcollect\patches\.svn\tmp\text-base
16374   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdtool\.svn
16375   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdtool\Makefile
16376   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdtool\.svn\entries
16377   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdtool\.svn\prop-base
16378   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdtool\.svn\props
16379   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdtool\.svn\text-base
16380   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdtool\.svn\tmp
16381   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdtool\.svn\prop-base\Makefile.svn-base
16382   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdtool\.svn\text-base\Makefile.svn-base
16383   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdtool\.svn\tmp\prop-base
16384   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdtool\.svn\tmp\props
16385   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\rrdtool\.svn\tmp\text-base
16386   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sane-backends\.svn
16387   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sane-backends\Makefile
16388   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sane-backends\patches
16389   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sane-backends\.svn\entries
16390   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sane-backends\.svn\prop-base
16391   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sane-backends\.svn\props
16392   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sane-backends\.svn\text-base
16393   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sane-backends\.svn\tmp
16394   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sane-backends\.svn\prop-base\Makefile.svn-base
16395   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sane-backends\.svn\text-base\Makefile.svn-base
16396   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sane-backends\.svn\tmp\prop-base
16397   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sane-backends\.svn\tmp\props
16398   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sane-backends\.svn\tmp\text-base
16399   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sane-backends\patches\.svn
16400   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sane-backends\patches\001-remove-unneeded.patc
```

```
16401   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sane-backends\patches\.svn\entries
16402   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sane-backends\patches\.svn\prop-base
16403   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sane-backends\patches\.svn\props
16404   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sane-backends\patches\.svn\text-base
16405   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sane-backends\patches\.svn\tmp
16406   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sane-backends\patches\.svn\prop-base\001-remov
        e-unneeded.patch.svn-base
16407   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sane-backends\patches\.svn\text-base\001-remov
        e-unneeded.patch.svn-base
16408   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sane-backends\patches\.svn\tmp\prop-base
16409   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sane-backends\patches\.svn\tmp\props
16410   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sane-backends\patches\.svn\tmp\text-base
16411   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\scponly\.svn
16412   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\scponly\Makefile
16413   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\scponly\.svn\entries
16414   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\scponly\.svn\prop-base
16415   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\scponly\.svn\props
16416   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\scponly\.svn\text-base
16417   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\scponly\.svn\tmp
16418   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\scponly\.svn\prop-base\Makefile.svn-base
16419   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\scponly\.svn\text-base\Makefile.svn-base
16420   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\scponly\.svn\tmp\prop-base
16421   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\scponly\.svn\tmp\props
16422   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\scponly\.svn\tmp\text-base
16423   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\screen\.svn
16424   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\screen\Makefile
16425   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\screen\patches
16426   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\screen\.svn\entries
16427   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\screen\.svn\prop-base
16428   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\screen\.svn\props
16429   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\screen\.svn\text-base
16430   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\screen\.svn\tmp
16431   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\screen\.svn\prop-base\Makefile.svn-base
16432   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\screen\.svn\text-base\Makefile.svn-base
16433   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\screen\.svn\tmp\prop-base
16434   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\screen\.svn\tmp\props
16435   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\screen\.svn\tmp\text-base
16436   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\screen\patches\.svn
16437   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\screen\patches\100-cross_compile_fix.patch
16438   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\screen\patches\.svn\entries
16439   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\screen\patches\.svn\prop-base
16440   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\screen\patches\.svn\props
16441   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\screen\patches\.svn\text-base
16442   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\screen\patches\.svn\tmp
16443   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\screen\patches\.svn\prop-base\100-cross_compil
        e_fix.patch.svn-base
16444   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\screen\patches\.svn\text-base\100-cross_compil
        e_fix.patch.svn-base
16445   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\screen\patches\.svn\tmp\prop-base
16446   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\screen\patches\.svn\tmp\props
16447   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\screen\patches\.svn\tmp\text-base
16448   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sdparm\.svn
16449   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sdparm\Makefile
16450   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sdparm\.svn\entries
16451   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sdparm\.svn\prop-base
16452   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sdparm\.svn\props
16453   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sdparm\.svn\text-base
16454   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sdparm\.svn\tmp
16455   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sdparm\.svn\text-base\Makefile.svn-base
16456   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sdparm\.svn\tmp\prop-base
16457   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sdparm\.svn\tmp\props
16458   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sdparm\.svn\tmp\text-base
16459   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setpwc\.svn
16460   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setpwc\Makefile
16461   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setpwc\.svn\entries
16462   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setpwc\.svn\prop-base
16463   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setpwc\.svn\props
16464   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setpwc\.svn\text-base
```

```
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setpwc\.svn\prop-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setpwc\.svn\text-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setpwc\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setpwc\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setpwc\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setserial\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setserial\files
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setserial\Makefile
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setserial\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setserial\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setserial\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setserial\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setserial\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setserial\.svn\prop-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setserial\.svn\text-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setserial\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setserial\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setserial\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setserial\files\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setserial\files\serial.init
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setserial\files\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setserial\files\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setserial\files\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setserial\files\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setserial\files\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setserial\files\.svn\prop-base\serial.init.svn
-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setserial\files\.svn\text-base\serial.init.svn
-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setserial\files\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setserial\files\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\setserial\files\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sierra-pcmcia\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sierra-pcmcia\Makefile
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sierra-pcmcia\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sierra-pcmcia\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sierra-pcmcia\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sierra-pcmcia\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sierra-pcmcia\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sierra-pcmcia\.svn\text-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sierra-pcmcia\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sierra-pcmcia\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sierra-pcmcia\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sispmctl\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sispmctl\Makefile
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sispmctl\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sispmctl\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sispmctl\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sispmctl\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sispmctl\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sispmctl\.svn\prop-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sispmctl\.svn\text-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sispmctl\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sispmctl\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sispmctl\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\files
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\Makefile
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\patches
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\.svn\prop-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\.svn\text-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\.svn\tmp\props
```

```
16532  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\files\.svn
16533  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\files\.svn
16534  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\files\smartd.conf
16535  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\files\smartd.init
16536  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\files\.svn\entries
16537  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\files\.svn\prop-base
16538  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\files\.svn\props
16539  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\files\.svn\text-base
16540  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\files\.svn\tmp
16541  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\files\.svn\prop-base\smartd.conf
       .svn-base
16542  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\files\.svn\prop-base\smartd.init
       .svn-base
16543  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\files\.svn\text-base\smartd.conf
       .svn-base
16544  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\files\.svn\text-base\smartd.init
       .svn-base
16545  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\files\.svn\tmp\prop-base
16546  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\files\.svn\tmp\props
16547  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\files\.svn\tmp\text-base
16548  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\patches\.svn
16549  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\patches\001-compile-fix.patch
16550  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\patches\.svn\entries
16551  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\patches\.svn\prop-base
16552  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\patches\.svn\props
16553  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\patches\.svn\text-base
16554  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\patches\.svn\tmp
16555  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\patches\.svn\prop-base\001-compi
       le-fix.patch.svn-base
16556  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\patches\.svn\text-base\001-compi
       le-fix.patch.svn-base
16557  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\patches\.svn\tmp\prop-base
16558  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\patches\.svn\tmp\props
16559  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\smartmontools\patches\.svn\tmp\text-base
16560  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ssldump\.svn
16561  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ssldump\Makefile
16562  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ssldump\patches
16563  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ssldump\.svn\entries
16564  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ssldump\.svn\prop-base
16565  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ssldump\.svn\props
16566  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ssldump\.svn\text-base
16567  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ssldump\.svn\tmp
16568  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ssldump\.svn\text-base\Makefile.svn-base
16569  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ssldump\.svn\tmp\prop-base
16570  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ssldump\.svn\tmp\props
16571  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ssldump\.svn\tmp\text-base
16572  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ssldump\patches\.svn
16573  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ssldump\patches\001-missing_headers.patch
16574  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ssldump\patches\.svn\entries
16575  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ssldump\patches\.svn\prop-base
16576  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ssldump\patches\.svn\props
16577  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ssldump\patches\.svn\text-base
16578  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ssldump\patches\.svn\tmp
16579  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ssldump\patches\.svn\text-base\001-missing_hea
       ders.patch.svn-base
16580  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ssldump\patches\.svn\tmp\prop-base
16581  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ssldump\patches\.svn\tmp\props
16582  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\ssldump\patches\.svn\tmp\text-base
16583  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\.svn
16584  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\Makefile
16585  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches
16586  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches-4.5.16
16587  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\.svn\entries
16588  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\.svn\prop-base
16589  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\.svn\props
16590  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\.svn\text-base
16591  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\.svn\tmp
16592  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\.svn\prop-base\Makefile.svn-base
16593  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\.svn\text-base\Makefile.svn-base
```

```
16594  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\.svn\tmp\props
16595  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\.svn\tmp\props
16596  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\.svn\tmp\text-base
16597  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches\.svn
16598  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches\100-eabi.patch
16599  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches\.svn\entries
16600  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches\.svn\prop-base
16601  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches\.svn\props
16602  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches\.svn\text-base
16603  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches\.svn\tmp
16604  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches\.svn\text-base\100-eabi.patch.s
       vn-base
16605  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches\.svn\tmp\prop-base
16606  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches\.svn\tmp\props
16607  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches\.svn\tmp\text-base
16608  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches-4.5.16\.svn
16609  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches-4.5.16\001-arm_eabi_syscalls.pa
       tch
16610  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches-4.5.16\002-arm_bad_syscall.patc
       h
16611  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches-4.5.16\003-avr32_support.patch
16612  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches-4.5.16\004-no_cacheflush.patch
16613  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches-4.5.16\.svn\entries
16614  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches-4.5.16\.svn\prop-base
16615  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches-4.5.16\.svn\props
16616  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches-4.5.16\.svn\text-base
16617  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches-4.5.16\.svn\tmp
16618  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches-4.5.16\.svn\text-base\001-arm_e
       abi_syscalls.patch.svn-base
16619  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches-4.5.16\.svn\text-base\002-arm_b
       ad_syscall.patch.svn-base
16620  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches-4.5.16\.svn\text-base\003-avr32
       _support.patch.svn-base
16621  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches-4.5.16\.svn\text-base\004-no_ca
       cheflush.patch.svn-base
16622  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches-4.5.16\.svn\tmp\prop-base
16623  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches-4.5.16\.svn\tmp\props
16624  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\strace\patches-4.5.16\.svn\tmp\text-base
16625  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\stress\.svn
16626  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\stress\Makefile
16627  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\stress\.svn\entries
16628  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\stress\.svn\prop-base
16629  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\stress\.svn\props
16630  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\stress\.svn\text-base
16631  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\stress\.svn\tmp
16632  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\stress\.svn\text-base\Makefile.svn-base
16633  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\stress\.svn\tmp\prop-base
16634  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\stress\.svn\tmp\props
16635  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\stress\.svn\tmp\text-base
16636  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysfsutils\.svn
16637  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysfsutils\Makefile
16638  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysfsutils\.svn\entries
16639  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysfsutils\.svn\prop-base
16640  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysfsutils\.svn\props
16641  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysfsutils\.svn\text-base
16642  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysfsutils\.svn\tmp
16643  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysfsutils\.svn\prop-base\Makefile.svn-base
16644  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysfsutils\.svn\text-base\Makefile.svn-base
16645  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysfsutils\.svn\tmp\prop-base
16646  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysfsutils\.svn\tmp\props
16647  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysfsutils\.svn\tmp\text-base
16648  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysstat\.svn
16649  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysstat\files
16650  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysstat\Makefile
16651  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysstat\.svn\entries
16652  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysstat\.svn\prop-base
16653  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysstat\.svn\props
16654  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysstat\.svn\text-base
16655  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysstat\.svn\tmp
```

```
16656   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysstat\.svn\tmp\text-base
16657   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysstat\.svn\tmp\prop-base
16658   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysstat\.svn\tmp\props
16659   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysstat\.svn\tmp\text-base
16660   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysstat\files\.svn
16661   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysstat\files\config
16662   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysstat\files\sysstat.init
16663   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysstat\files\sysstat.ioconf
16664   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysstat\files\.svn\entries
16665   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysstat\files\.svn\prop-base
16666   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysstat\files\.svn\props
16667   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysstat\files\.svn\text-base
16668   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysstat\files\.svn\tmp
16669   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysstat\files\.svn\prop-base\sysstat.init.svn-
        base
16670   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysstat\files\.svn\text-base\config.svn-base
16671   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysstat\files\.svn\text-base\sysstat.init.svn-
        base
16672   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysstat\files\.svn\text-base\sysstat.ioconf.sv
        n-base
16673   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysstat\files\.svn\tmp\prop-base
16674   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysstat\files\.svn\tmp\props
16675   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\sysstat\files\.svn\tmp\text-base
16676   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\tar\.svn
16677   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\tar\Makefile
16678   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\tar\.svn\entries
16679   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\tar\.svn\prop-base
16680   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\tar\.svn\props
16681   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\tar\.svn\text-base
16682   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\tar\.svn\tmp
16683   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\tar\.svn\prop-base\Makefile.svn-base
16684   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\tar\.svn\text-base\Makefile.svn-base
16685   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\tar\.svn\tmp\prop-base
16686   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\tar\.svn\tmp\props
16687   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\tar\.svn\tmp\text-base
16688   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\testusb\.svn
16689   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\testusb\Makefile
16690   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\testusb\src
16691   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\testusb\.svn\entries
16692   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\testusb\.svn\prop-base
16693   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\testusb\.svn\props
16694   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\testusb\.svn\text-base
16695   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\testusb\.svn\tmp
16696   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\testusb\.svn\prop-base\Makefile.svn-base
16697   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\testusb\.svn\text-base\Makefile.svn-base
16698   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\testusb\.svn\tmp\prop-base
16699   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\testusb\.svn\tmp\props
16700   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\testusb\.svn\tmp\text-base
16701   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\testusb\src\.svn
16702   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\testusb\src\testusb.c
16703   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\testusb\src\.svn\entries
16704   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\testusb\src\.svn\prop-base
16705   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\testusb\src\.svn\props
16706   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\testusb\src\.svn\text-base
16707   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\testusb\src\.svn\tmp
16708   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\testusb\src\.svn\prop-base\testusb.c.svn-base
16709   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\testusb\src\.svn\text-base\testusb.c.svn-base
16710   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\testusb\src\.svn\tmp\prop-base
16711   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\testusb\src\.svn\tmp\props
16712   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\testusb\src\.svn\tmp\text-base
16713   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\unzip\.svn
16714   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\unzip\Makefile
16715   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\unzip\.svn\entries
16716   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\unzip\.svn\prop-base
16717   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\unzip\.svn\props
16718   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\unzip\.svn\text-base
16719   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\unzip\.svn\tmp
16720   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\unzip\.svn\prop-base\Makefile.svn-base
16721   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\unzip\.svn\text-base\Makefile.svn-base
```

```
16722   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\unzip\.svn\tmp\props
16723   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\unzip\.svn\tmp\props
16724   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\unzip\.svn\tmp\text-base
16725   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\usb-modeswitch\.svn
16726   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\usb-modeswitch\Makefile
16727   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\usb-modeswitch\.svn\entries
16728   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\usb-modeswitch\.svn\prop-base
16729   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\usb-modeswitch\.svn\props
16730   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\usb-modeswitch\.svn\text-base
16731   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\usb-modeswitch\.svn\tmp
16732   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\usb-modeswitch\.svn\text-base\Makefile.svn-bas
        e
16733   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\usb-modeswitch\.svn\tmp\prop-base
16734   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\usb-modeswitch\.svn\tmp\props
16735   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\usb-modeswitch\.svn\tmp\text-base
16736   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\usbutils\.svn
16737   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\usbutils\Makefile
16738   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\usbutils\.svn\dir-prop-base
16739   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\usbutils\.svn\entries
16740   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\usbutils\.svn\prop-base
16741   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\usbutils\.svn\props
16742   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\usbutils\.svn\text-base
16743   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\usbutils\.svn\tmp
16744   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\usbutils\.svn\prop-base\Makefile.svn-base
16745   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\usbutils\.svn\text-base\Makefile.svn-base
16746   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\usbutils\.svn\tmp\prop-base
16747   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\usbutils\.svn\tmp\props
16748   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\usbutils\.svn\tmp\text-base
16749   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\.svn
16750   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\files
16751   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\Makefile
16752   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\patches
16753   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\src
16754   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\.svn\entries
16755   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\.svn\prop-base
16756   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\.svn\props
16757   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\.svn\text-base
16758   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\.svn\tmp
16759   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\.svn\text-base\Makefile.svn-base
16760   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\.svn\tmp\prop-base
16761   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\.svn\tmp\props
16762   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\.svn\tmp\text-base
16763   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\files\.svn
16764   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\files\uclibc.supp
16765   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\files\valgrind.sh
16766   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\files\.svn\entries
16767   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\files\.svn\prop-base
16768   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\files\.svn\props
16769   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\files\.svn\text-base
16770   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\files\.svn\tmp
16771   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\files\.svn\text-base\uclibc.supp.svn-
        base
16772   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\files\.svn\text-base\valgrind.sh.svn-
        base
16773   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\files\.svn\tmp\prop-base
16774   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\files\.svn\tmp\props
16775   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\files\.svn\tmp\text-base
16776   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\patches\.svn
16777   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\patches\001-uclibc_syscall.patch
16778   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\patches\100-a_out_header.patch
16779   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\patches\.svn\entries
16780   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\patches\.svn\prop-base
16781   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\patches\.svn\props
16782   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\patches\.svn\text-base
16783   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\patches\.svn\tmp
16784   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\patches\.svn\text-base\001-uclibc_sys
        call.patch.svn-base
16785   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\patches\.svn\text-base\100-a_out_head
        er.patch.svn-base
```

```
16786   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\patches\.svn\tmp\props
16787   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\patches\.svn\tmp\text-base
16788   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\src\.svn
16789   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\src\abort.c
16790   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\src\.svn\entries
16791   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\src\.svn\prop-base
16792   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\src\.svn\props
16793   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\src\.svn\text-base
16794   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\src\.svn\tmp
16795   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\src\.svn\text-base\abort.c.svn-base
16796   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\src\.svn\tmp\prop-base
16797   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\src\.svn\tmp\props
16798   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\valgrind\src\.svn\tmp\text-base
16799   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\.svn
16800   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\files
16801   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\Makefile
16802   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\patches
16803   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\.svn\entries
16804   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\.svn\prop-base
16805   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\.svn\props
16806   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\.svn\text-base
16807   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\.svn\tmp
16808   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\.svn\prop-base\Makefile.svn-base
16809   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\.svn\text-base\Makefile.svn-base
16810   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\.svn\tmp\prop-base
16811   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\.svn\tmp\props
16812   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\.svn\tmp\text-base
16813   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\files\.svn
16814   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\files\vimrc
16815   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\files\vimrc.full
16816   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\files\.svn\entries
16817   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\files\.svn\prop-base
16818   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\files\.svn\props
16819   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\files\.svn\text-base
16820   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\files\.svn\tmp
16821   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\files\.svn\prop-base\vimrc.svn-base
16822   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\files\.svn\text-base\vimrc.full.svn-base
16823   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\files\.svn\text-base\vimrc.svn-base
16824   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\files\.svn\tmp\prop-base
16825   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\files\.svn\tmp\props
16826   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\files\.svn\tmp\text-base
16827   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\patches\.svn
16828   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\patches\001-cross_compile.patch
16829   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\patches\.svn\entries
16830   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\patches\.svn\prop-base
16831   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\patches\.svn\props
16832   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\patches\.svn\text-base
16833   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\patches\.svn\tmp
16834   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\patches\.svn\text-base\001-cross_compile.p
        atch.svn-base
16835   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\patches\.svn\tmp\prop-base
16836   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\patches\.svn\tmp\props
16837   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\vim\patches\.svn\tmp\text-base
16838   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\wx200d\.svn
16839   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\wx200d\Makefile
16840   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\wx200d\.svn\entries
16841   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\wx200d\.svn\prop-base
16842   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\wx200d\.svn\props
16843   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\wx200d\.svn\text-base
16844   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\wx200d\.svn\tmp
16845   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\wx200d\.svn\prop-base\Makefile.svn-base
16846   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\wx200d\.svn\text-base\Makefile.svn-base
16847   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\wx200d\.svn\tmp\prop-base
16848   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\wx200d\.svn\tmp\props
16849   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\wx200d\.svn\tmp\text-base
16850   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\zile\.svn
16851   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\zile\Makefile
16852   SDK.UBNT.v5.3\openwrt\feeds\packages\utils\zile\.svn\entries
```

```
16854  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\zile\.svn\prop-base\Makefile.svn-base
16855  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\zile\.svn\props
16856  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\zile\.svn\text-base
16857  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\zile\.svn\tmp
16858  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\zile\.svn\prop-base\Makefile.svn-base
16859  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\zile\.svn\text-base\Makefile.svn-base
16860  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\zile\.svn\tmp\prop-base
16861  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\zile\.svn\tmp\props
16862  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\zile\.svn\tmp\text-base
16863  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\zip\.svn
16864  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\zip\Makefile
16865  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\zip\.svn\entries
16866  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\zip\.svn\prop-base
16867  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\zip\.svn\props
16868  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\zip\.svn\text-base
16869  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\zip\.svn\tmp
16870  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\zip\.svn\prop-base\Makefile.svn-base
16871  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\zip\.svn\text-base\Makefile.svn-base
16872  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\zip\.svn\tmp\prop-base
16873  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\zip\.svn\tmp\props
16874  SDK.UBNT.v5.3\openwrt\feeds\packages\utils\zip\.svn\tmp\text-base
16875  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\.svn
16876  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app
16877  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\data
16878  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver
16879  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font
16880  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\generate.sh
16881  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib
16882  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\proto
16883  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\util
16884  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm
16885  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg
16886  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver
16887  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\.svn\entries
16888  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\.svn\prop-base
16889  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\.svn\props
16890  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\.svn\text-base
16891  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\.svn\tmp
16892  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\.svn\prop-base\generate.sh.svn-base
16893  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\.svn\text-base\generate.sh.svn-base
16894  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\.svn\tmp\prop-base
16895  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\.svn\tmp\props
16896  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\.svn\tmp\text-base
16897  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\.svn
16898  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\eterm
16899  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\packages
16900  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\template.mk
16901  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xcalc
16902  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xclipboard
16903  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xdm
16904  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xeyes
16905  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xine-ui
16906  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xinit
16907  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xmessage
16908  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xterm-233
16909  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\.svn\entries
16910  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\.svn\prop-base
16911  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\.svn\props
16912  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\.svn\text-base
16913  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\.svn\tmp
16914  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\.svn\text-base\packages.svn-base
16915  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\.svn\text-base\template.mk.svn-base
16916  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\.svn\tmp\prop-base
16917  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\.svn\tmp\props
16918  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\.svn\tmp\text-base
16919  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\eterm\.svn
16920  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\eterm\Makefile
16921  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\eterm\.svn\entries
16922  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\eterm\.svn\prop-base
```

```
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\eterm\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\eterm\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\eterm\.svn\text-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\eterm\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\eterm\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\eterm\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xcalc\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xcalc\Makefile
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xcalc\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xcalc\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xcalc\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xcalc\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xcalc\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xcalc\.svn\text-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xcalc\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xcalc\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xcalc\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xclipboard\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xclipboard\Makefile
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xclipboard\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xclipboard\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xclipboard\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xclipboard\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xclipboard\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xclipboard\.svn\text-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xclipboard\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xclipboard\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xclipboard\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xdm\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xdm\Makefile
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xdm\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xdm\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xdm\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xdm\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xdm\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xdm\.svn\text-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xdm\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xdm\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xdm\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xeyes\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xeyes\Makefile
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xeyes\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xeyes\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xeyes\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xeyes\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xeyes\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xeyes\.svn\text-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xeyes\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xeyes\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xeyes\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xine-ui\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xine-ui\Makefile
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xine-ui\patches
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xine-ui\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xine-ui\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xine-ui\.svn\props
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xine-ui\.svn\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xine-ui\.svn\tmp
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xine-ui\.svn\text-base\Makefile.svn-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xine-ui\.svn\tmp\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xine-ui\.svn\tmp\props
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xine-ui\.svn\tmp\text-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xine-ui\patches\.svn
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xine-ui\patches\100-cflags.patch
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xine-ui\patches\110-xitk.patch
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xine-ui\patches\.svn\entries
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xine-ui\patches\.svn\prop-base
SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xine-ui\patches\.svn\props
```

```
16992  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xine-ui\patches\.svn\tmp
16993  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xine-ui\patches\.svn\tmp
16994  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xine-ui\patches\.svn\text-base\100-cflags.p
       atch.svn-base
16995  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xine-ui\patches\.svn\text-base\110-xitk.pat
       ch.svn-base
16996  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xine-ui\patches\.svn\tmp\prop-base
16997  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xine-ui\patches\.svn\tmp\props
16998  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xine-ui\patches\.svn\tmp\text-base
16999  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xinit\.svn
17000  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xinit\Makefile
17001  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xinit\.svn\entries
17002  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xinit\.svn\prop-base
17003  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xinit\.svn\props
17004  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xinit\.svn\text-base
17005  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xinit\.svn\tmp
17006  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xinit\.svn\text-base\Makefile.svn-base
17007  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xinit\.svn\tmp\prop-base
17008  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xinit\.svn\tmp\props
17009  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xinit\.svn\tmp\text-base
17010  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xmessage\.svn
17011  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xmessage\Makefile
17012  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xmessage\.svn\entries
17013  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xmessage\.svn\prop-base
17014  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xmessage\.svn\props
17015  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xmessage\.svn\text-base
17016  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xmessage\.svn\tmp
17017  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xmessage\.svn\text-base\Makefile.svn-base
17018  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xmessage\.svn\tmp\prop-base
17019  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xmessage\.svn\tmp\props
17020  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xmessage\.svn\tmp\text-base
17021  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xterm-233\.svn
17022  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xterm-233\Makefile
17023  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xterm-233\patches
17024  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xterm-233\.svn\entries
17025  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xterm-233\.svn\prop-base
17026  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xterm-233\.svn\props
17027  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xterm-233\.svn\text-base
17028  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xterm-233\.svn\tmp
17029  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xterm-233\.svn\text-base\Makefile.svn-base
17030  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xterm-233\.svn\tmp\prop-base
17031  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xterm-233\.svn\tmp\props
17032  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xterm-233\.svn\tmp\text-base
17033  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xterm-233\patches\.svn
17034  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xterm-233\patches\100-install.patch
17035  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xterm-233\patches\.svn\entries
17036  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xterm-233\patches\.svn\prop-base
17037  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xterm-233\patches\.svn\props
17038  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xterm-233\patches\.svn\text-base
17039  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xterm-233\patches\.svn\tmp
17040  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xterm-233\patches\.svn\text-base\100-instal
       l.patch.svn-base
17041  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xterm-233\patches\.svn\tmp\prop-base
17042  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xterm-233\patches\.svn\tmp\props
17043  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\app\xterm-233\patches\.svn\tmp\text-base
17044  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\data\.svn
17045  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\data\.svn\entries
17046  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\data\.svn\prop-base
17047  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\data\.svn\props
17048  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\data\.svn\text-base
17049  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\data\.svn\tmp
17050  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\data\.svn\tmp\prop-base
17051  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\data\.svn\tmp\props
17052  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\data\.svn\tmp\text-base
17053  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\.svn
17054  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-input-tslib
17055  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-video-glamo
17056  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\.svn\entries
17057  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\.svn\prop-base
```

```
17058   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\.svn\text-base
17059   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\.svn
17060   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\.svn\tmp
17061   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\.svn\tmp\prop-base
17062   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\.svn\tmp\props
17063   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\.svn\tmp\text-base
17064   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-input-tslib\.svn
17065   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-input-tslib\Makefile
17066   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-input-tslib\patches
17067   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-input-tslib\.svn\entries
17068   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-input-tslib\.svn\prop-base
17069   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-input-tslib\.svn\props
17070   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-input-tslib\.svn\text-base
17071   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-input-tslib\.svn\tmp
17072   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-input-tslib\.svn\prop-base\Makefile
        .svn-base
17073   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-input-tslib\.svn\text-base\Makefile
        .svn-base
17074   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-input-tslib\.svn\tmp\prop-base
17075   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-input-tslib\.svn\tmp\props
17076   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-input-tslib\.svn\tmp\text-base
17077   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-input-tslib\patches\.svn
17078   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-input-tslib\patches\010-rename-tsli
        bdevice-option-to-device.patch
17079   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-input-tslib\patches\011-ifdef-debug
        -output.patch
17080   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-input-tslib\patches\012-deleteinput
        .patch
17081   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-input-tslib\patches\.svn\entries
17082   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-input-tslib\patches\.svn\prop-base
17083   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-input-tslib\patches\.svn\props
17084   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-input-tslib\patches\.svn\text-base
17085   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-input-tslib\patches\.svn\tmp
17086   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-input-tslib\patches\.svn\text-base\
        010-rename-tslibdevice-option-to-device.patch.svn-base
17087   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-input-tslib\patches\.svn\text-base\
        011-ifdef-debug-output.patch.svn-base
17088   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-input-tslib\patches\.svn\text-base\
        012-deleteinput.patch.svn-base
17089   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-input-tslib\patches\.svn\tmp\prop-b
        ase
17090   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-input-tslib\patches\.svn\tmp\props
17091   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-input-tslib\patches\.svn\tmp\text-b
        ase
17092   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-video-glamo\.svn
17093   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-video-glamo\Makefile
17094   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-video-glamo\.svn\entries
17095   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-video-glamo\.svn\prop-base
17096   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-video-glamo\.svn\props
17097   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-video-glamo\.svn\text-base
17098   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-video-glamo\.svn\tmp
17099   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-video-glamo\.svn\prop-base\Makefile
        .svn-base
17100   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-video-glamo\.svn\text-base\Makefile
        .svn-base
17101   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-video-glamo\.svn\tmp\prop-base
17102   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-video-glamo\.svn\tmp\props
17103   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\driver\xf86-video-glamo\.svn\tmp\text-base
17104   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\.svn
17105   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\dejavu-fonts-ttf
17106   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\liberation-fonts-ttf
17107   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\.svn\entries
17108   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\.svn\prop-base
17109   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\.svn\props
17110   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\.svn\text-base
17111   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\.svn\tmp
17112   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\.svn\tmp\prop-base
17113   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\.svn\tmp\props
17114   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\.svn\tmp\text-base
```

```
17115   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\dejavu-fonts-ttf\Makefile
17116   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\dejavu-fonts-ttf\Makefile
17117   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\dejavu-fonts-ttf\.svn\entries
17118   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\dejavu-fonts-ttf\.svn\prop-base
17119   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\dejavu-fonts-ttf\.svn\props
17120   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\dejavu-fonts-ttf\.svn\text-base
17121   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\dejavu-fonts-ttf\.svn\tmp
17122   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\dejavu-fonts-ttf\.svn\text-base\Makefile.s
        vn-base
17123   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\dejavu-fonts-ttf\.svn\tmp\prop-base
17124   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\dejavu-fonts-ttf\.svn\tmp\props
17125   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\dejavu-fonts-ttf\.svn\tmp\text-base
17126   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\liberation-fonts-ttf\.svn
17127   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\liberation-fonts-ttf\Makefile
17128   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\liberation-fonts-ttf\.svn\entries
17129   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\liberation-fonts-ttf\.svn\prop-base
17130   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\liberation-fonts-ttf\.svn\props
17131   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\liberation-fonts-ttf\.svn\text-base
17132   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\liberation-fonts-ttf\.svn\tmp
17133   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\liberation-fonts-ttf\.svn\text-base\Makefi
        le.svn-base
17134   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\liberation-fonts-ttf\.svn\tmp\prop-base
17135   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\liberation-fonts-ttf\.svn\tmp\props
17136   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\font\liberation-fonts-ttf\.svn\tmp\text-base
17137   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\.svn
17138   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\atk
17139   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\cairo
17140   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\gtk1
17141   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\gtk2
17142   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\hippo-canvas
17143   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\imlib2
17144   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\libast
17145   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\libdrm
17146   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\libmatchbox
17147   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\librsvg
17148   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\libxcb
17149   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\mesa
17150   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\packages
17151   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\pango
17152   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\pixman
17153   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\template.mk
17154   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\tslib
17155   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\vte
17156   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\xcbproto
17157   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\xine-lib
17158   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\.svn\entries
17159   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\.svn\prop-base
17160   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\.svn\props
17161   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\.svn\text-base
17162   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\.svn\tmp
17163   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\.svn\text-base\packages.svn-base
17164   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\.svn\text-base\template.mk.svn-base
17165   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\.svn\tmp\prop-base
17166   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\.svn\tmp\props
17167   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\.svn\tmp\text-base
17168   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\atk\.svn
17169   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\atk\Makefile
17170   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\atk\.svn\entries
17171   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\atk\.svn\prop-base
17172   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\atk\.svn\props
17173   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\atk\.svn\text-base
17174   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\atk\.svn\tmp
17175   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\atk\.svn\text-base\Makefile.svn-base
17176   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\atk\.svn\tmp\prop-base
17177   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\atk\.svn\tmp\props
17178   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\atk\.svn\tmp\text-base
17179   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\cairo\.svn
17180   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\cairo\Makefile
17181   SDK.UBNT.v5.3\openwrt\feeds\.packages\Xorg\lib\cairo\.svn\entries
```

```
17182   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\cairo\.svn\props
17183   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\cairo\.svn\props
17184   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\cairo\.svn\text-base
17185   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\cairo\.svn\tmp
17186   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\cairo\.svn\text-base\Makefile.svn-base
17187   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\cairo\.svn\tmp\prop-base
17188   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\cairo\.svn\tmp\props
17189   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\cairo\.svn\tmp\text-base
17190   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk1\.svn
17191   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk1\Makefile
17192   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk1\.svn\entries
17193   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk1\.svn\prop-base
17194   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk1\.svn\props
17195   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk1\.svn\text-base
17196   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk1\.svn\tmp
17197   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk1\.svn\text-base\Makefile.svn-base
17198   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk1\.svn\tmp\prop-base
17199   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk1\.svn\tmp\props
17200   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk1\.svn\tmp\text-base
17201   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\.svn
17202   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\files
17203   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\Makefile
17204   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\patches
17205   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\.svn\entries
17206   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\.svn\prop-base
17207   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\.svn\props
17208   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\.svn\text-base
17209   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\.svn\tmp
17210   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\.svn\text-base\Makefile.svn-base
17211   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\.svn\tmp\prop-base
17212   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\.svn\tmp\props
17213   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\.svn\tmp\text-base
17214   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\files\.svn
17215   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\files\gdk-pixbuf-query-loaders.init
17216   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\files\.svn\entries
17217   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\files\.svn\prop-base
17218   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\files\.svn\props
17219   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\files\.svn\text-base
17220   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\files\.svn\tmp
17221   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\files\.svn\prop-base\gdk-pixbuf-query-
        loaders.init.svn-base
17222   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\files\.svn\text-base\gdk-pixbuf-query-
        loaders.init.svn-base
17223   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\files\.svn\tmp\prop-base
17224   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\files\.svn\tmp\props
17225   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\files\.svn\tmp\text-base
17226   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\patches\.svn
17227   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\patches\010-dont-build-demos-and-tests
        .patch
17228   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\patches\100-compile_fix.patch
17229   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\patches\.svn\entries
17230   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\patches\.svn\prop-base
17231   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\patches\.svn\props
17232   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\patches\.svn\text-base
17233   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\patches\.svn\tmp
17234   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\patches\.svn\text-base\010-dont-build-
        demos-and-tests.patch.svn-base
17235   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\patches\.svn\text-base\100-compile_fix
        .patch.svn-base
17236   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\patches\.svn\tmp\prop-base
17237   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\patches\.svn\tmp\props
17238   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\gtk2\patches\.svn\tmp\text-base
17239   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\hippo-canvas\.svn
17240   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\hippo-canvas\Makefile
17241   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\hippo-canvas\patches
17242   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\hippo-canvas\.svn\entries
17243   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\hippo-canvas\.svn\prop-base
17244   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\hippo-canvas\.svn\props
17245   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\hippo-canvas\.svn\text-base
```

```
17246  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\hippo-canvas\.svn\text-base\Makefile.svn-base
17247  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\hippo-canvas\.svn\text-base\Makefile.svn-base
17248  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\hippo-canvas\.svn\tmp\prop-base
17249  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\hippo-canvas\.svn\tmp\props
17250  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\hippo-canvas\.svn\tmp\text-base
17251  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\hippo-canvas\patches\.svn
17252  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\hippo-canvas\patches\010-use-python-config
17253  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\hippo-canvas\patches\.svn\entries
17254  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\hippo-canvas\patches\.svn\prop-base
17255  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\hippo-canvas\patches\.svn\props
17256  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\hippo-canvas\patches\.svn\text-base
17257  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\hippo-canvas\patches\.svn\tmp
17258  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\hippo-canvas\patches\.svn\text-base\010-use-python-config.svn-base
17259  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\hippo-canvas\patches\.svn\tmp\prop-base
17260  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\hippo-canvas\patches\.svn\tmp\props
17261  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\hippo-canvas\patches\.svn\tmp\text-base
17262  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\imlib2\.svn
17263  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\imlib2\Makefile
17264  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\imlib2\.svn\entries
17265  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\imlib2\.svn\prop-base
17266  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\imlib2\.svn\props
17267  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\imlib2\.svn\text-base
17268  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\imlib2\.svn\tmp
17269  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\imlib2\.svn\text-base\Makefile.svn-base
17270  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\imlib2\.svn\tmp\prop-base
17271  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\imlib2\.svn\tmp\props
17272  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\imlib2\.svn\tmp\text-base
17273  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libast\.svn
17274  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libast\Makefile
17275  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libast\patches
17276  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libast\.svn\entries
17277  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libast\.svn\prop-base
17278  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libast\.svn\props
17279  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libast\.svn\text-base
17280  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libast\.svn\tmp
17281  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libast\.svn\text-base\Makefile.svn-base
17282  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libast\.svn\tmp\prop-base
17283  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libast\.svn\tmp\props
17284  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libast\.svn\tmp\text-base
17285  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libast\patches\.svn
17286  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libast\patches\100-configure.patch
17287  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libast\patches\.svn\entries
17288  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libast\patches\.svn\prop-base
17289  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libast\patches\.svn\props
17290  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libast\patches\.svn\text-base
17291  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libast\patches\.svn\tmp
17292  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libast\patches\.svn\text-base\100-configure.patch.svn-base
17293  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libast\patches\.svn\tmp\prop-base
17294  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libast\patches\.svn\tmp\props
17295  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libast\patches\.svn\tmp\text-base
17296  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libdrm\.svn
17297  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libdrm\Makefile
17298  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libdrm\.svn\entries
17299  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libdrm\.svn\prop-base
17300  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libdrm\.svn\props
17301  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libdrm\.svn\text-base
17302  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libdrm\.svn\tmp
17303  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libdrm\.svn\text-base\Makefile.svn-base
17304  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libdrm\.svn\tmp\prop-base
17305  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libdrm\.svn\tmp\props
17306  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libdrm\.svn\tmp\text-base
17307  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libmatchbox\.svn
17308  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libmatchbox\Makefile
17309  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libmatchbox\.svn\entries
17310  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libmatchbox\.svn\prop-base
17311  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libmatchbox\.svn\props
```

```
17312  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libmatchbox\.svn
17313  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libmatchbox\.svn\tmp
17314  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libmatchbox\.svn\text-base\Makefile.svn-base
17315  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libmatchbox\.svn\tmp\prop-base
17316  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libmatchbox\.svn\tmp\props
17317  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libmatchbox\.svn\tmp\text-base
17318  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\librsvg\.svn
17319  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\librsvg\Makefile
17320  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\librsvg\.svn\entries
17321  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\librsvg\.svn\prop-base
17322  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\librsvg\.svn\props
17323  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\librsvg\.svn\text-base
17324  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\librsvg\.svn\tmp
17325  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\librsvg\.svn\text-base\Makefile.svn-base
17326  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\librsvg\.svn\tmp\prop-base
17327  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\librsvg\.svn\tmp\props
17328  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\librsvg\.svn\tmp\text-base
17329  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libxcb\.svn
17330  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libxcb\Makefile
17331  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libxcb\.svn\entries
17332  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libxcb\.svn\prop-base
17333  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libxcb\.svn\props
17334  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libxcb\.svn\text-base
17335  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libxcb\.svn\tmp
17336  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libxcb\.svn\text-base\Makefile.svn-base
17337  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libxcb\.svn\tmp\prop-base
17338  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libxcb\.svn\tmp\props
17339  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\libxcb\.svn\tmp\text-base
17340  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\mesa\.svn
17341  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\mesa\Makefile
17342  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\mesa\patches
17343  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\mesa\.svn\entries
17344  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\mesa\.svn\prop-base
17345  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\mesa\.svn\props
17346  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\mesa\.svn\text-base
17347  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\mesa\.svn\tmp
17348  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\mesa\.svn\text-base\Makefile.svn-base
17349  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\mesa\.svn\tmp\prop-base
17350  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\mesa\.svn\tmp\props
17351  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\mesa\.svn\tmp\text-base
17352  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\mesa\patches\.svn
17353  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\mesa\patches\010-fix-pkgconfig-files.patch
17354  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\mesa\patches\.svn\entries
17355  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\mesa\patches\.svn\prop-base
17356  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\mesa\patches\.svn\props
17357  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\mesa\patches\.svn\text-base
17358  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\mesa\patches\.svn\tmp
17359  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\mesa\patches\.svn\text-base\010-fix-pkgconfig-files.patch.svn-base
17360  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\mesa\patches\.svn\tmp\prop-base
17361  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\mesa\patches\.svn\tmp\props
17362  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\mesa\patches\.svn\tmp\text-base
17363  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pango\.svn
17364  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pango\files
17365  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pango\Makefile
17366  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pango\.svn\entries
17367  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pango\.svn\prop-base
17368  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pango\.svn\props
17369  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pango\.svn\text-base
17370  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pango\.svn\tmp
17371  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pango\.svn\text-base\Makefile.svn-base
17372  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pango\.svn\tmp\prop-base
17373  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pango\.svn\tmp\props
17374  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pango\.svn\tmp\text-base
17375  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pango\files\.svn
17376  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pango\files\pango-querymodules.init
17377  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pango\files\.svn\entries
17378  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pango\files\.svn\prop-base
```

```
17379   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pango\files\.svn\text-base
17380   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pango\files\.svn\text-base
17381   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pango\files\.svn\tmp
17382   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pango\files\.svn\prop-base\pango-querymodul
        es.init.svn-base
17383   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pango\files\.svn\text-base\pango-querymodul
        es.init.svn-base
17384   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pango\files\.svn\tmp\prop-base
17385   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pango\files\.svn\tmp\props
17386   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pango\files\.svn\tmp\text-base
17387   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pixman\.svn
17388   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pixman\Makefile
17389   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pixman\.svn\entries
17390   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pixman\.svn\prop-base
17391   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pixman\.svn\props
17392   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pixman\.svn\text-base
17393   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pixman\.svn\tmp
17394   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pixman\.svn\text-base\Makefile.svn-base
17395   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pixman\.svn\tmp\prop-base
17396   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pixman\.svn\tmp\props
17397   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\pixman\.svn\tmp\text-base
17398   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\.svn
17399   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\files
17400   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\Makefile
17401   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\patches
17402   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\.svn\entries
17403   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\.svn\prop-base
17404   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\.svn\props
17405   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\.svn\text-base
17406   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\.svn\tmp
17407   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\.svn\text-base\Makefile.svn-base
17408   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\.svn\tmp\prop-base
17409   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\.svn\tmp\props
17410   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\.svn\tmp\text-base
17411   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\files\.svn
17412   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\files\pointercal_om_gta02
17413   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\files\ts.conf
17414   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\files\.svn\entries
17415   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\files\.svn\prop-base
17416   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\files\.svn\props
17417   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\files\.svn\text-base
17418   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\files\.svn\tmp
17419   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\files\.svn\prop-base\pointercal_om_gt
        a02.svn-base
17420   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\files\.svn\text-base\pointercal_om_gt
        a02.svn-base
17421   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\files\.svn\text-base\ts.conf.svn-base
17422   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\files\.svn\tmp\prop-base
17423   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\files\.svn\tmp\props
17424   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\files\.svn\tmp\text-base
17425   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\patches\.svn
17426   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\patches\devfs.patch
17427   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\patches\event1.patch
17428   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\patches\fix_version.patch
17429   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\patches\tslib-input_raw-grab_events.p
        atch
17430   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\patches\.svn\entries
17431   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\patches\.svn\prop-base
17432   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\patches\.svn\props
17433   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\patches\.svn\text-base
17434   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\patches\.svn\tmp
17435   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\patches\.svn\text-base\devfs.patch.sv
        n-base
17436   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\patches\.svn\text-base\event1.patch.s
        vn-base
17437   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\patches\.svn\text-base\fix_version.pa
        tch.svn-base
17438   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\patches\.svn\text-base\tslib-input_ra
        w-grab_events.patch.svn-base
```

```
17440   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\patches\.svn\tmp\props
17441   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\tslib\patches\.svn\tmp\text-base
17442   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\vte\.svn
17443   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\vte\Makefile
17444   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\vte\.svn\entries
17445   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\vte\.svn\prop-base
17446   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\vte\.svn\props
17447   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\vte\.svn\text-base
17448   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\vte\.svn\tmp
17449   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\vte\.svn\text-base\Makefile.svn-base
17450   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\vte\.svn\tmp\prop-base
17451   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\vte\.svn\tmp\props
17452   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\vte\.svn\tmp\text-base
17453   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xcbproto\.svn
17454   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xcbproto\Makefile
17455   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xcbproto\.svn\entries
17456   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xcbproto\.svn\prop-base
17457   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xcbproto\.svn\props
17458   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xcbproto\.svn\text-base
17459   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xcbproto\.svn\tmp
17460   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xcbproto\.svn\text-base\Makefile.svn-base
17461   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xcbproto\.svn\tmp\prop-base
17462   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xcbproto\.svn\tmp\props
17463   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xcbproto\.svn\tmp\text-base
17464   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xine-lib\.svn
17465   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xine-lib\Makefile
17466   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xine-lib\patches
17467   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xine-lib\.svn\entries
17468   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xine-lib\.svn\prop-base
17469   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xine-lib\.svn\props
17470   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xine-lib\.svn\text-base
17471   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xine-lib\.svn\tmp
17472   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xine-lib\.svn\text-base\Makefile.svn-base
17473   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xine-lib\.svn\tmp\prop-base
17474   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xine-lib\.svn\tmp\props
17475   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xine-lib\.svn\tmp\text-base
17476   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xine-lib\patches\.svn
17477   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xine-lib\patches\100-compile_fix.patch
17478   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xine-lib\patches\.svn\entries
17479   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xine-lib\patches\.svn\prop-base
17480   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xine-lib\patches\.svn\props
17481   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xine-lib\patches\.svn\text-base
17482   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xine-lib\patches\.svn\tmp
17483   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xine-lib\patches\.svn\text-base\100-compile
        _fix.patch.svn-base
17484   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xine-lib\patches\.svn\tmp\prop-base
17485   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xine-lib\patches\.svn\tmp\props
17486   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\lib\xine-lib\patches\.svn\tmp\text-base
17487   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\proto\.svn
17488   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\proto\.svn\entries
17489   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\proto\.svn\prop-base
17490   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\proto\.svn\props
17491   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\proto\.svn\text-base
17492   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\proto\.svn\tmp
17493   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\proto\.svn\tmp\prop-base
17494   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\proto\.svn\tmp\props
17495   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\proto\.svn\tmp\text-base
17496   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\util\.svn
17497   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\util\.svn\entries
17498   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\util\.svn\prop-base
17499   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\util\.svn\props
17500   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\util\.svn\text-base
17501   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\util\.svn\tmp
17502   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\util\.svn\tmp\prop-base
17503   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\util\.svn\tmp\props
17504   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\util\.svn\tmp\text-base
17505   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\.svn
17506   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox
```

```
17507  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\.svn\dir-prop-base
17508  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\.svn\entries
17509  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\.svn\prop-base
17510  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\.svn\props
17511  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\.svn\text-base
17512  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\.svn\tmp
17513  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\.svn\tmp\prop-base
17514  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\.svn\tmp\props
17515  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\.svn\tmp\text-base
17516  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\.svn
17517  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\files
17518  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\Makefile
17519  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\patches
17520  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\.svn\entries
17521  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\.svn\prop-base
17522  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\.svn\props
17523  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\.svn\text-base
17524  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\.svn\tmp
17525  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\.svn\text-base\Makefile.svn-base
17526  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\.svn\tmp\prop-base
17527  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\.svn\tmp\props
17528  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\.svn\tmp\text-base
17529  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\files\.svn
17530  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\files\init
17531  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\files\menu
17532  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\files\uci-defaults
17533  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\files\.svn\entries
17534  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\files\.svn\prop-base
17535  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\files\.svn\props
17536  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\files\.svn\text-base
17537  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\files\.svn\tmp
17538  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\files\.svn\text-base\init.svn-base
17539  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\files\.svn\text-base\menu.svn-base
17540  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\files\.svn\tmp\prop-base
17541  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\files\.svn\tmp\props
17542  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\files\.svn\tmp\text-base
17543  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\files\uci-defaults\.svn
17544  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\files\uci-defaults\x11
17545  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\files\uci-defaults\.svn\entries
17546  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\files\uci-defaults\.svn\prop-base
17547  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\files\uci-defaults\.svn\props
17548  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\files\uci-defaults\.svn\text-base
17549  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\files\uci-defaults\.svn\tmp
17550  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\files\uci-defaults\.svn\text-base\x1
       1.svn-base
17551  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\files\uci-defaults\.svn\tmp\prop-bas
       e
17552  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\files\uci-defaults\.svn\tmp\props
17553  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\files\uci-defaults\.svn\tmp\text-bas
       e
17554  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\patches\.svn
17555  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\patches\100-fbrun-compile.patch
17556  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\patches\120-fbsetroot-compile.patch
17557  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\patches\.svn\entries
17558  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\patches\.svn\prop-base
17559  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\patches\.svn\props
17560  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\patches\.svn\text-base
17561  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\patches\.svn\tmp
17562  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\patches\.svn\text-base\100-fbrun-com
       pile.patch.svn-base
17563  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\patches\.svn\text-base\120-fbsetroot
       -compile.patch.svn-base
17564  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\patches\.svn\tmp\prop-base
17565  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\patches\.svn\tmp\props
17566  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\fluxbox\patches\.svn\tmp\text-base
17567  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\.svn
17568  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\files
17569  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\Makefile
17570  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\.svn\dir-prop-base
```

```
17571  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\.svn
17572  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\.svn\prop-base
17573  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\.svn\props
17574  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\.svn\text-base
17575  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\.svn\tmp
17576  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\.svn\text-base\Makef
       ile.svn-base
17577  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\.svn\tmp\prop-base
17578  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\.svn\tmp\props
17579  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\.svn\tmp\text-base
17580  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\files\.svn
17581  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\files\uci-defaults
17582  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\files\.svn\entries
17583  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\files\.svn\prop-base
17584  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\files\.svn\props
17585  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\files\.svn\text-base
17586  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\files\.svn\tmp
17587  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\files\.svn\tmp\prop-
       base
17588  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\files\.svn\tmp\props
17589  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\files\.svn\tmp\text-
       base
17590  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\files\uci-defaults\.
       svn
17591  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\files\uci-defaults\x
       11
17592  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\files\uci-defaults\.
       svn\entries
17593  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\files\uci-defaults\.
       svn\prop-base
17594  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\files\uci-defaults\.
       svn\props
17595  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\files\uci-defaults\.
       svn\text-base
17596  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\files\uci-defaults\.
       svn\tmp
17597  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\files\uci-defaults\.
       svn\text-base\x11.svn-base
17598  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\files\uci-defaults\.
       svn\tmp\prop-base
17599  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\files\uci-defaults\.
       svn\tmp\props
17600  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\wm\matchbox-window-manager\files\uci-defaults\.
       svn\tmp\text-base
17601  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\.svn
17602  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app
17603  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\data
17604  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver
17605  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font
17606  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib
17607  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto
17608  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\util
17609  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver
17610  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\.svn\entries
17611  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\.svn\prop-base
17612  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\.svn\props
17613  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\.svn\text-base
17614  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\.svn\tmp
17615  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\.svn\tmp\prop-base
17616  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\.svn\tmp\props
17617  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\.svn\tmp\text-base
17618  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\.svn
17619  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\font-util
17620  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\fontconfig
17621  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\iceauth
17622  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\smproxy
17623  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\x11perf
17624  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xauth
17625  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrandr
```

```
17626   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xset
17627   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xsetroot
17628   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xwd
17629   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\.svn\entries
17630   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\.svn\prop-base
17631   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\.svn\props
17632   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\.svn\text-base
17633   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\.svn\tmp
17634   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\.svn\tmp\prop-base
17635   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\.svn\tmp\props
17636   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\.svn\tmp\text-base
17637   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\font-util\.svn
17638   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\font-util\Makefile
17639   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\font-util\.svn\dir-prop-base
17640   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\font-util\.svn\entries
17641   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\font-util\.svn\prop-base
17642   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\font-util\.svn\props
17643   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\font-util\.svn\text-base
17644   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\font-util\.svn\tmp
17645   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\font-util\.svn\text-base\Makefile.svn-base
17646   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\font-util\.svn\tmp\prop-base
17647   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\font-util\.svn\tmp\props
17648   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\font-util\.svn\tmp\text-base
17649   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\fontconfig\.svn
17650   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\fontconfig\Makefile
17651   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\fontconfig\.svn\dir-prop-base
17652   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\fontconfig\.svn\entries
17653   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\fontconfig\.svn\prop-base
17654   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\fontconfig\.svn\props
17655   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\fontconfig\.svn\text-base
17656   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\fontconfig\.svn\tmp
17657   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\fontconfig\.svn\text-base\Makefile.svn-base
17658   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\fontconfig\.svn\tmp\prop-base
17659   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\fontconfig\.svn\tmp\props
17660   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\fontconfig\.svn\tmp\text-base
17661   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\iceauth\.svn
17662   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\iceauth\Makefile
17663   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\iceauth\.svn\dir-prop-base
17664   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\iceauth\.svn\entries
17665   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\iceauth\.svn\prop-base
17666   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\iceauth\.svn\props
17667   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\iceauth\.svn\text-base
17668   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\iceauth\.svn\tmp
17669   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\iceauth\.svn\text-base\Makefile.svn-base
17670   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\iceauth\.svn\tmp\prop-base
17671   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\iceauth\.svn\tmp\props
17672   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\iceauth\.svn\tmp\text-base
17673   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\smproxy\.svn
17674   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\smproxy\Makefile
17675   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\smproxy\.svn\entries
17676   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\smproxy\.svn\prop-base
17677   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\smproxy\.svn\props
17678   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\smproxy\.svn\text-base
17679   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\smproxy\.svn\tmp
17680   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\smproxy\.svn\text-base\Makefile.svn-base
17681   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\smproxy\.svn\tmp\prop-base
17682   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\smproxy\.svn\tmp\props
17683   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\smproxy\.svn\tmp\text-base
17684   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\x11perf\.svn
17685   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\x11perf\Makefile
17686   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\x11perf\.svn\dir-prop-base
17687   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\x11perf\.svn\entries
17688   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\x11perf\.svn\prop-base
17689   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\x11perf\.svn\props
17690
```

```
17691  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\x11perf\.svn\tmp
17692  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\x11perf\.svn\prop-base\Makefile.svn-base
17693  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\x11perf\.svn\text-base\Makefile.svn-base
17694  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\x11perf\.svn\tmp\prop-base
17695  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\x11perf\.svn\tmp\prop-base
17696  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\x11perf\.svn\tmp\props
17697  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\x11perf\.svn\tmp\text-base
17698  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xauth\.svn
17699  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xauth\Makefile
17700  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xauth\.svn\dir-prop-base
17701  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xauth\.svn\entries
17702  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xauth\.svn\prop-base
17703  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xauth\.svn\props
17704  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xauth\.svn\text-base
17705  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xauth\.svn\tmp
17706  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xauth\.svn\text-base\Makefile.svn-base
17707  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xauth\.svn\tmp\prop-base
17708  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xauth\.svn\tmp\props
17709  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xauth\.svn\tmp\text-base
17710  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrandr\.svn
17711  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrandr\Makefile
17712  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrandr\patches
17713  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrandr\.svn\dir-prop-base
17714  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrandr\.svn\entries
17715  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrandr\.svn\prop-base
17716  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrandr\.svn\props
17717  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrandr\.svn\text-base
17718  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrandr\.svn\tmp
17719  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrandr\.svn\text-base\Makefile.svn-base
17720  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrandr\.svn\tmp\prop-base
17721  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrandr\.svn\tmp\props
17722  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrandr\.svn\tmp\text-base
17723  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrandr\patches\.svn
17724  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrandr\patches\001-xrandr-1.2.2-clone-nameclash.patch
17725  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrandr\patches\.svn\entries
17726  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrandr\patches\.svn\prop-base
17727  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrandr\patches\.svn\props
17728  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrandr\patches\.svn\text-base
17729  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrandr\patches\.svn\tmp
17730  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrandr\patches\.svn\text-base\001-xrandr-1.2.2-clone-nameclash.patch.svn-base
17731  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrandr\patches\.svn\tmp\prop-base
17732  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrandr\patches\.svn\tmp\props
17733  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrandr\patches\.svn\tmp\text-base
17734  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrdb\.svn
17735  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrdb\Makefile
17736  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrdb\.svn\entries
17737  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrdb\.svn\prop-base
17738  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrdb\.svn\props
17739  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrdb\.svn\text-base
17740  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrdb\.svn\tmp
17741  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrdb\.svn\text-base\Makefile.svn-base
17742  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrdb\.svn\tmp\prop-base
17743  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrdb\.svn\tmp\props
17744  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xrdb\.svn\tmp\text-base
17745  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xset\.svn
17746  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xset\Makefile
17747  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xset\.svn\dir-prop-base
17748  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xset\.svn\entries
17749  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xset\.svn\prop-base
17750  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xset\.svn\props
17751  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xset\.svn\text-base
17752  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xset\.svn\tmp
17753  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xset\.svn\text-base\Makefile.svn-base
17754  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xset\.svn\tmp\prop-base
```

```
17755  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xset\.svn\tmp\text-base
17756  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xsetroot\.svn
17757  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xsetroot\Makefile
17758  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xsetroot\.svn\dir-prop-base
17759  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xsetroot\.svn\entries
17760  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xsetroot\.svn\prop-base
17761  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xsetroot\.svn\props
17762  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xsetroot\.svn\text-base
17763  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xsetroot\.svn\tmp
17764  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xsetroot\.svn\text-base\Makefile.svn-base
17765  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xsetroot\.svn\tmp\prop-base
17766  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xsetroot\.svn\tmp\props
17767  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xsetroot\.svn\tmp\text-base
17768  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xwd\.svn
17769  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xwd\Makefile
17770  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xwd\.svn\entries
17771  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xwd\.svn\prop-base
17772  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xwd\.svn\props
17773  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xwd\.svn\text-base
17774  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xwd\.svn\tmp
17775  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xwd\.svn\text-base\Makefile.svn-base
17776  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xwd\.svn\tmp\prop-base
17777  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xwd\.svn\tmp\props
17778  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\app\xwd\.svn\tmp\text-base
17779  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\data\.svn
17780  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\data\xbitmaps
17781  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\data\.svn\entries
17782  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\data\.svn\prop-base
17783  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\data\.svn\props
17784  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\data\.svn\text-base
17785  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\data\.svn\tmp
17786  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\data\.svn\tmp\prop-base
17787  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\data\.svn\tmp\props
17788  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\data\.svn\tmp\text-base
17789  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\data\xbitmaps\.svn
17790  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\data\xbitmaps\Makefile
17791  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\data\xbitmaps\.svn\dir-prop-base
17792  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\data\xbitmaps\.svn\entries
17793  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\data\xbitmaps\.svn\prop-base
17794  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\data\xbitmaps\.svn\props
17795  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\data\xbitmaps\.svn\text-base
17796  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\data\xbitmaps\.svn\tmp
17797  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\data\xbitmaps\.svn\text-base\Makefile.svn-base
17798  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\data\xbitmaps\.svn\tmp\prop-base
17799  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\data\xbitmaps\.svn\tmp\props
17800  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\data\xbitmaps\.svn\tmp\text-base
17801  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\.svn
17802  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\packages
17803  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\template.mk
17804  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-evdev
17805  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-keyboard
17806  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-mouse
17807  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-ati
17808  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-fbdev
17809  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-geode
17810  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-intel
17811  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-nv
17812  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-vesa
17813  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\.svn\entries
17814  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\.svn\prop-base
17815  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\.svn\props
17816  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\.svn\text-base
17817  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\.svn\tmp
17818  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\.svn\prop-base\packages.svn-base
17819  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\.svn\prop-base\template.mk.svn-base
17820  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\.svn\text-base\packages.svn-base
```

```
17822   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\.svn\tmp\prop-base
17823   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\.svn\tmp\prop-base
17824   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\.svn\tmp\props
17825   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\.svn\tmp\text-base
17826   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-evdev\.svn
17827   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-evdev\Makefile
17828   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-evdev\.svn\dir-prop-base
17829   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-evdev\.svn\entries
17830   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-evdev\.svn\prop-base
17831   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-evdev\.svn\props
17832   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-evdev\.svn\text-base
17833   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-evdev\.svn\tmp
17834   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-evdev\.svn\prop-base\Mak
        efile.svn-base
17835   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-evdev\.svn\text-base\Mak
        efile.svn-base
17836   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-evdev\.svn\tmp\prop-base
17837   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-evdev\.svn\tmp\props
17838   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-evdev\.svn\tmp\text-base
17839   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-keyboard\.svn
17840   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-keyboard\Makefile
17841   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-keyboard\.svn\dir-prop-b
        ase
17842   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-keyboard\.svn\entries
17843   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-keyboard\.svn\prop-base
17844   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-keyboard\.svn\props
17845   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-keyboard\.svn\text-base
17846   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-keyboard\.svn\tmp
17847   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-keyboard\.svn\prop-base\
        Makefile.svn-base
17848   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-keyboard\.svn\text-base\
        Makefile.svn-base
17849   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-keyboard\.svn\tmp\prop-b
        ase
17850   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-keyboard\.svn\tmp\props
17851   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-keyboard\.svn\tmp\text-b
        ase
17852   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-mouse\.svn
17853   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-mouse\Makefile
17854   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-mouse\.svn\dir-prop-base
17855   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-mouse\.svn\entries
17856   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-mouse\.svn\prop-base
17857   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-mouse\.svn\props
17858   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-mouse\.svn\text-base
17859   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-mouse\.svn\tmp
17860   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-mouse\.svn\prop-base\Mak
        efile.svn-base
17861   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-mouse\.svn\text-base\Mak
        efile.svn-base
17862   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-mouse\.svn\tmp\prop-base
17863   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-mouse\.svn\tmp\props
17864   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-input-mouse\.svn\tmp\text-base
17865   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-ati\.svn
17866   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-ati\Makefile
17867   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-ati\.svn\dir-prop-base
17868   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-ati\.svn\entries
17869   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-ati\.svn\prop-base
17870   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-ati\.svn\props
17871   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-ati\.svn\text-base
17872   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-ati\.svn\tmp
17873   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-ati\.svn\text-base\Makef
        ile.svn-base
17874   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-ati\.svn\tmp\prop-base
17875   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-ati\.svn\tmp\props
17876   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-ati\.svn\tmp\text-base
17877   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-fbdev\.svn
17878   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-fbdev\Makefile
17879   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-fbdev\.svn\dir-prop-base
17880   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-fbdev\.svn\entries
```

| | |
|---|---|
| 17881 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-fbdev\.svn\text-base |
| 17882 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-fbdev\.svn\props |
| 17883 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-fbdev\.svn\text-base |
| 17884 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-fbdev\.svn\tmp |
| 17885 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-fbdev\.svn\text-base\Makefile.svn-base |
| 17886 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-fbdev\.svn\tmp\prop-base |
| 17887 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-fbdev\.svn\tmp\props |
| 17888 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-fbdev\.svn\tmp\text-base |
| 17889 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-geode\.svn |
| 17890 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-geode\Makefile |
| 17891 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-geode\.svn\dir-prop-base |
| 17892 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-geode\.svn\entries |
| 17893 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-geode\.svn\prop-base |
| 17894 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-geode\.svn\props |
| 17895 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-geode\.svn\text-base |
| 17896 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-geode\.svn\tmp |
| 17897 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-geode\.svn\text-base\Makefile.svn-base |
| 17898 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-geode\.svn\tmp\prop-base |
| 17899 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-geode\.svn\tmp\props |
| 17900 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-geode\.svn\tmp\text-base |
| 17901 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-intel\.svn |
| 17902 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-intel\Makefile |
| 17903 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-intel\.svn\dir-prop-base |
| 17904 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-intel\.svn\entries |
| 17905 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-intel\.svn\prop-base |
| 17906 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-intel\.svn\props |
| 17907 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-intel\.svn\text-base |
| 17908 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-intel\.svn\tmp |
| 17909 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-intel\.svn\text-base\Makefile.svn-base |
| 17910 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-intel\.svn\tmp\prop-base |
| 17911 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-intel\.svn\tmp\props |
| 17912 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-intel\.svn\tmp\text-base |
| 17913 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-nv\.svn |
| 17914 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-nv\Makefile |
| 17915 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-nv\.svn\dir-prop-base |
| 17916 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-nv\.svn\entries |
| 17917 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-nv\.svn\prop-base |
| 17918 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-nv\.svn\props |
| 17919 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-nv\.svn\text-base |
| 17920 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-nv\.svn\tmp |
| 17921 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-nv\.svn\text-base\Makefile.svn-base |
| 17922 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-nv\.svn\tmp\prop-base |
| 17923 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-nv\.svn\tmp\props |
| 17924 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-nv\.svn\tmp\text-base |
| 17925 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-vesa\.svn |
| 17926 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-vesa\Makefile |
| 17927 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-vesa\patches |
| 17928 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-vesa\.svn\dir-prop-base |
| 17929 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-vesa\.svn\entries |
| 17930 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-vesa\.svn\prop-base |
| 17931 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-vesa\.svn\props |
| 17932 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-vesa\.svn\text-base |
| 17933 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-vesa\.svn\tmp |
| 17934 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-vesa\.svn\prop-base\Makefile.svn-base |
| 17935 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-vesa\.svn\text-base\Makefile.svn-base |
| 17936 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-vesa\.svn\tmp\prop-base |
| 17937 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-vesa\.svn\tmp\props |
| 17938 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-vesa\.svn\tmp\text-base |
| 17939 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-vesa\patches\.svn |
| 17940 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-vesa\patches\010-dont-mess-up-include-paths.patch |
| 17941 | SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-vesa\patches\.svn\entries |

```
17942   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-vesa\patches\.svn\prop-b
        ase
17943   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-vesa\patches\.svn\props
17944   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-vesa\patches\.svn\text-b
        ase
17945   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-vesa\patches\.svn\tmp
17946   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-vesa\patches\.svn\text-b
        ase\010-dont-mess-up-include-paths.patch.svn-base
17947   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-vesa\patches\.svn\tmp\pr
        op-base
17948   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-vesa\patches\.svn\tmp\pr
        ops
17949   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\driver\xf86-video-vesa\patches\.svn\tmp\te
        xt-base
17950   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\.svn
17951   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\encodings
17952   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-alias
17953   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-bh-75dpi
17954   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-cursor-misc
17955   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-daewoo-misc
17956   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-dec-misc
17957   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-ibm-type1
17958   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-isas-misc
17959   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-jis-misc
17960   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-micro-misc
17961   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-cyrillic
17962   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-misc
17963   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-xfree86-type1
17964   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\packages
17965   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\template.mk
17966   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\.svn\entries
17967   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\.svn\prop-base
17968   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\.svn\props
17969   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\.svn\text-base
17970   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\.svn\tmp
17971   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\.svn\prop-base\packages.svn-base
17972   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\.svn\prop-base\template.mk.svn-base
17973   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\.svn\text-base\packages.svn-base
17974   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\.svn\text-base\template.mk.svn-base
17975   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\.svn\tmp\prop-base
17976   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\.svn\tmp\props
17977   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\.svn\tmp\text-base
17978   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\encodings\.svn
17979   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\encodings\Makefile
17980   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\encodings\.svn\dir-prop-base
17981   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\encodings\.svn\entries
17982   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\encodings\.svn\prop-base
17983   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\encodings\.svn\props
17984   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\encodings\.svn\text-base
17985   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\encodings\.svn\tmp
17986   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\encodings\.svn\text-base\Makefile.svn
        -base
17987   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\encodings\.svn\tmp\prop-base
17988   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\encodings\.svn\tmp\props
17989   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\encodings\.svn\tmp\text-base
17990   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-alias\.svn
17991   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-alias\Makefile
17992   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-alias\.svn\dir-prop-base
17993   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-alias\.svn\entries
17994   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-alias\.svn\prop-base
17995   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-alias\.svn\props
17996   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-alias\.svn\text-base
17997   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-alias\.svn\tmp
17998   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-alias\.svn\text-base\Makefile.sv
        n-base
17999   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-alias\.svn\tmp\prop-base
18000   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-alias\.svn\tmp\props
18001   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-alias\.svn\tmp\text-base
18002   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-bh-75dpi\.svn
```

```
18003   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-bh-75dpi\.svn
18004   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-bh-75dpi\.svn\dir-prop-base
18005   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-bh-75dpi\.svn\entries
18006   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-bh-75dpi\.svn\prop-base
18007   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-bh-75dpi\.svn\props
18008   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-bh-75dpi\.svn\text-base
18009   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-bh-75dpi\.svn\tmp
18010   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-bh-75dpi\.svn\text-base\Makefile
        .svn-base
18011   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-bh-75dpi\.svn\tmp\prop-base
18012   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-bh-75dpi\.svn\tmp\props
18013   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-bh-75dpi\.svn\tmp\text-base
18014   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-cursor-misc\.svn
18015   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-cursor-misc\.svn\Makefile
18016   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-cursor-misc\.svn\dir-prop-base
18017   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-cursor-misc\.svn\entries
18018   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-cursor-misc\.svn\prop-base
18019   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-cursor-misc\.svn\props
18020   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-cursor-misc\.svn\text-base
18021   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-cursor-misc\.svn\tmp
18022   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-cursor-misc\.svn\text-base\Makef
        ile.svn-base
18023   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-cursor-misc\.svn\tmp\prop-base
18024   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-cursor-misc\.svn\tmp\props
18025   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-cursor-misc\.svn\tmp\text-base
18026   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-daewoo-misc\.svn
18027   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-daewoo-misc\.svn\Makefile
18028   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-daewoo-misc\.svn\dir-prop-base
18029   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-daewoo-misc\.svn\entries
18030   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-daewoo-misc\.svn\prop-base
18031   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-daewoo-misc\.svn\props
18032   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-daewoo-misc\.svn\text-base
18033   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-daewoo-misc\.svn\tmp
18034   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-daewoo-misc\.svn\text-base\Makef
        ile.svn-base
18035   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-daewoo-misc\.svn\tmp\prop-base
18036   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-daewoo-misc\.svn\tmp\props
18037   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-daewoo-misc\.svn\tmp\text-base
18038   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-dec-misc\.svn
18039   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-dec-misc\.svn\Makefile
18040   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-dec-misc\.svn\dir-prop-base
18041   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-dec-misc\.svn\entries
18042   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-dec-misc\.svn\prop-base
18043   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-dec-misc\.svn\props
18044   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-dec-misc\.svn\text-base
18045   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-dec-misc\.svn\tmp
18046   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-dec-misc\.svn\text-base\Makefile
        .svn-base
18047   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-dec-misc\.svn\tmp\prop-base
18048   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-dec-misc\.svn\tmp\props
18049   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-dec-misc\.svn\tmp\text-base
18050   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-ibm-type1\.svn
18051   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-ibm-type1\Makefile
18052   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-ibm-type1\.svn\dir-prop-base
18053   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-ibm-type1\.svn\entries
18054   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-ibm-type1\.svn\prop-base
18055   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-ibm-type1\.svn\props
18056   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-ibm-type1\.svn\text-base
18057   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-ibm-type1\.svn\tmp
18058   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-ibm-type1\.svn\text-base\Makefil
        e.svn-base
18059   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-ibm-type1\.svn\tmp\prop-base
18060   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-ibm-type1\.svn\tmp\props
18061   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-ibm-type1\.svn\tmp\text-base
18062   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-isas-misc\.svn
18063   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-isas-misc\Makefile
18064   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-isas-misc\.svn\dir-prop-base
18065   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-isas-misc\.svn\entries
18066   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-isas-misc\.svn\prop-base
```

```
18067  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-isas-misc\.svn
18068  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-isas-misc\.svn\text-base
18069  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-isas-misc\.svn\tmp
18070  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-isas-misc\.svn\text-base\Makefil
       e.svn-base
18071  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-isas-misc\.svn\tmp\prop-base
18072  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-isas-misc\.svn\tmp\props
18073  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-isas-misc\.svn\tmp\text-base
18074  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-jis-misc\.svn
18075  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-jis-misc\Makefile
18076  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-jis-misc\.svn\dir-prop-base
18077  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-jis-misc\.svn\entries
18078  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-jis-misc\.svn\prop-base
18079  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-jis-misc\.svn\props
18080  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-jis-misc\.svn\text-base
18081  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-jis-misc\.svn\tmp
18082  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-jis-misc\.svn\text-base\Makefile
       .svn-base
18083  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-jis-misc\.svn\tmp\prop-base
18084  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-jis-misc\.svn\tmp\props
18085  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-jis-misc\.svn\tmp\text-base
18086  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-micro-misc\.svn
18087  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-micro-misc\Makefile
18088  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-micro-misc\.svn\dir-prop-base
18089  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-micro-misc\.svn\entries
18090  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-micro-misc\.svn\prop-base
18091  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-micro-misc\.svn\props
18092  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-micro-misc\.svn\text-base
18093  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-micro-misc\.svn\tmp
18094  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-micro-misc\.svn\text-base\Makefi
       le.svn-base
18095  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-micro-misc\.svn\tmp\prop-base
18096  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-micro-misc\.svn\tmp\props
18097  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-micro-misc\.svn\tmp\text-base
18098  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-cyrillic\.svn
18099  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-cyrillic\Makefile
18100  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-cyrillic\.svn\dir-prop-base
18101  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-cyrillic\.svn\entries
18102  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-cyrillic\.svn\prop-base
18103  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-cyrillic\.svn\props
18104  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-cyrillic\.svn\text-base
18105  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-cyrillic\.svn\tmp
18106  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-cyrillic\.svn\text-base\Mak
       efile.svn-base
18107  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-cyrillic\.svn\tmp\prop-base
18108  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-cyrillic\.svn\tmp\props
18109  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-cyrillic\.svn\tmp\text-base
18110  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-misc\.svn
18111  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-misc\files
18112  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-misc\Makefile
18113  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-misc\.svn\dir-prop-base
18114  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-misc\.svn\entries
18115  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-misc\.svn\prop-base
18116  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-misc\.svn\props
18117  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-misc\.svn\text-base
18118  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-misc\.svn\tmp
18119  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-misc\.svn\text-base\Makefil
       e.svn-base
18120  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-misc\.svn\tmp\prop-base
18121  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-misc\.svn\tmp\props
18122  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-misc\.svn\tmp\text-base
18123  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-misc\files\.svn
18124  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-misc\files\fonts.dir.font-b
       ase
18125  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-misc\files\fonts.dir.font-m
       isc-misc
18126  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-misc\files\.svn\entries
18127  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-misc\files\.svn\prop-base
18128  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-misc\files\.svn\props
```

```
18129   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-misc\files\.svn\text-base
18130   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-misc\files\.svn\tmp
18131   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-misc\files\.svn\text-base\f
        onts.dir.font-base.svn-base
18132   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-misc\files\.svn\text-base\f
        onts.dir.font-misc-misc.svn-base
18133   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-misc\files\.svn\tmp\prop-ba
        se
18134   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-misc\files\.svn\tmp\props
18135   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-misc-misc\files\.svn\tmp\text-ba
        se
18136   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-xfree86-type1\.svn
18137   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-xfree86-type1\Makefile
18138   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-xfree86-type1\.svn\dir-prop-base
18139   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-xfree86-type1\.svn\entries
18140   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-xfree86-type1\.svn\prop-base
18141   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-xfree86-type1\.svn\props
18142   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-xfree86-type1\.svn\text-base
18143   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-xfree86-type1\.svn\tmp
18144   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-xfree86-type1\.svn\text-base\Mak
        efile.svn-base
18145   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-xfree86-type1\.svn\tmp\prop-base
18146   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-xfree86-type1\.svn\tmp\props
18147   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\font\font-xfree86-type1\.svn\tmp\text-base
18148   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\.svn
18149   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libfontenc
18150   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libICE
18151   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libpciaccess
18152   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libSM
18153   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libX11
18154   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXau
18155   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXaw
18156   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXcomposite
18157   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXcursor
18158   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXdamage
18159   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXdmcp
18160   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXext
18161   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXfixes
18162   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXfont
18163   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXft
18164   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXi
18165   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libxkbfile
18166   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXmu
18167   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXpm
18168   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXrandr
18169   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXrender
18170   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXt
18171   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXtst
18172   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXv
18173   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXvMC
18174   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXxf86misc
18175   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXxf86vm
18176   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\xtrans
18177   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\.svn\entries
18178   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\.svn\prop-base
18179   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\.svn\props
18180   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\.svn\text-base
18181   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\.svn\tmp
18182   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\.svn\tmp\prop-base
18183   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\.svn\tmp\props
18184   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\.svn\tmp\text-base
18185   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libfontenc\.svn
18186   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libfontenc\Makefile
18187   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libfontenc\.svn\dir-prop-base
18188   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libfontenc\.svn\entries
18189   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libfontenc\.svn\prop-base
18190   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libfontenc\.svn\props
18191   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libfontenc\.svn\text-base
18192   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libfontenc\.svn\tmp
```

```
18193   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libfontenc\.svn\tmp\text-base\Makefile.svn
        -base
18194   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libfontenc\.svn\tmp\prop-base
18195   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libfontenc\.svn\tmp\props
18196   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libfontenc\.svn\tmp\text-base
18197   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libICE\.svn
18198   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libICE\Makefile
18199   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libICE\.svn\dir-prop-base
18200   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libICE\.svn\entries
18201   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libICE\.svn\prop-base
18202   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libICE\.svn\props
18203   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libICE\.svn\text-base
18204   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libICE\.svn\tmp
18205   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libICE\.svn\text-base\Makefile.svn-bas
        e
18206   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libICE\.svn\tmp\prop-base
18207   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libICE\.svn\tmp\props
18208   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libICE\.svn\tmp\text-base
18209   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libpciaccess\.svn
18210   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libpciaccess\Makefile
18211   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libpciaccess\.svn\dir-prop-base
18212   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libpciaccess\.svn\entries
18213   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libpciaccess\.svn\prop-base
18214   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libpciaccess\.svn\props
18215   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libpciaccess\.svn\text-base
18216   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libpciaccess\.svn\tmp
18217   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libpciaccess\.svn\text-base\Makefile.s
        vn-base
18218   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libpciaccess\.svn\tmp\prop-base
18219   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libpciaccess\.svn\tmp\props
18220   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libpciaccess\.svn\tmp\text-base
18221   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libSM\.svn
18222   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libSM\Makefile
18223   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libSM\.svn\dir-prop-base
18224   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libSM\.svn\entries
18225   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libSM\.svn\prop-base
18226   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libSM\.svn\props
18227   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libSM\.svn\text-base
18228   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libSM\.svn\tmp
18229   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libSM\.svn\text-base\Makefile.svn-base
18230   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libSM\.svn\tmp\prop-base
18231   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libSM\.svn\tmp\props
18232   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libSM\.svn\tmp\text-base
18233   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libX11\.svn
18234   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libX11\Makefile
18235   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libX11\patches
18236   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libX11\.svn\dir-prop-base
18237   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libX11\.svn\entries
18238   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libX11\.svn\prop-base
18239   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libX11\.svn\props
18240   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libX11\.svn\text-base
18241   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libX11\.svn\tmp
18242   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libX11\.svn\text-base\Makefile.svn-bas
        e
18243   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libX11\.svn\tmp\prop-base
18244   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libX11\.svn\tmp\props
18245   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libX11\.svn\tmp\text-base
18246   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libX11\patches\.svn
18247   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libX11\patches\003-cross-compile.patch
18248   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libX11\patches\.svn\entries
18249   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libX11\patches\.svn\prop-base
18250   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libX11\patches\.svn\props
18251   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libX11\patches\.svn\text-base
18252   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libX11\patches\.svn\tmp
18253   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libX11\patches\.svn\text-base\003-cros
        s-compile.patch.svn-base
18254   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libX11\patches\.svn\tmp\prop-base
18255   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libX11\patches\.svn\tmp\props
18256   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libX11\patches\.svn\tmp\text-base
```

```
18257    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXau\Makefile
18258    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXau\patches
18259    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXau\.svn\dir-prop-base
18260    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXau\.svn\entries
18261    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXau\.svn\prop-base
18262    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXau\.svn\props
18263    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXau\.svn\text-base
18264    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXau\.svn\tmp
18265    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXau\.svn\text-base\Makefile.svn-base
18266
18267    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXau\.svn\tmp\prop-base
18268    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXau\.svn\tmp\props
18269    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXau\.svn\tmp\text-base
18270    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXau\patches\.svn
18271    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXau\patches\.svn\entries
18272    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXau\patches\.svn\prop-base
18273    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXau\patches\.svn\props
18274    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXau\patches\.svn\text-base
18275    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXau\patches\.svn\tmp
18276    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXau\patches\.svn\tmp\prop-base
18277    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXau\patches\.svn\tmp\props
18278    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXau\patches\.svn\tmp\text-base
18279    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXaw\.svn
18280    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXaw\Makefile
18281    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXaw\.svn\dir-prop-base
18282    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXaw\.svn\entries
18283    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXaw\.svn\prop-base
18284    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXaw\.svn\props
18285    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXaw\.svn\text-base
18286    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXaw\.svn\tmp
18287    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXaw\.svn\text-base\Makefile.svn-base
18288    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXaw\.svn\tmp\prop-base
18289    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXaw\.svn\tmp\props
18290    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXaw\.svn\tmp\text-base
18291    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXcomposite\.svn
18292    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXcomposite\Makefile
18293    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXcomposite\.svn\entries
18294    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXcomposite\.svn\prop-base
18295    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXcomposite\.svn\props
18296    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXcomposite\.svn\text-base
18297    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXcomposite\.svn\tmp
18298    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXcomposite\.svn\text-base\Makefile.svn-base
18299    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXcomposite\.svn\tmp\prop-base
18300    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXcomposite\.svn\tmp\props
18301    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXcomposite\.svn\tmp\text-base
18302    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXcursor\.svn
18303    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXcursor\Makefile
18304    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXcursor\.svn\dir-prop-base
18305    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXcursor\.svn\entries
18306    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXcursor\.svn\prop-base
18307    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXcursor\.svn\props
18308    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXcursor\.svn\text-base
18309    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXcursor\.svn\tmp
18310    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXcursor\.svn\text-base\Makefile.svn-base
18311    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXcursor\.svn\tmp\prop-base
18312    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXcursor\.svn\tmp\props
18313    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXcursor\.svn\tmp\text-base
18314    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXdamage\.svn
18315    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXdamage\Makefile
18316    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXdamage\.svn\dir-prop-base
18317    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXdamage\.svn\entries
18318    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXdamage\.svn\prop-base
18319    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXdamage\.svn\props
18320    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXdamage\.svn\text-base
18321    SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXdamage\.svn\tmp
```

```
18322   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXdamage\.svn\text-base\Makefile.svn
        -base
18323   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXdamage\.svn\text-base\Makefile.svn
        -base
18324   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXdamage\.svn\tmp\prop-base
18325   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXdamage\.svn\tmp\props
18326   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXdamage\.svn\tmp\text-base
18327   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXdmcp\.svn
18328   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXdmcp\Makefile
18329   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXdmcp\.svn\dir-prop-base
18330   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXdmcp\.svn\entries
18331   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXdmcp\.svn\prop-base
18332   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXdmcp\.svn\props
18333   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXdmcp\.svn\text-base
18334   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXdmcp\.svn\tmp
18335   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXdmcp\.svn\text-base\Makefile.svn-b
        ase
18336   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXdmcp\.svn\tmp\prop-base
18337   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXdmcp\.svn\tmp\props
18338   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXdmcp\.svn\tmp\text-base
18339   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXext\.svn
18340   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXext\Makefile
18341   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXext\.svn\dir-prop-base
18342   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXext\.svn\entries
18343   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXext\.svn\prop-base
18344   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXext\.svn\props
18345   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXext\.svn\text-base
18346   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXext\.svn\tmp
18347   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXext\.svn\text-base\Makefile.svn-ba
        se
18348   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXext\.svn\tmp\prop-base
18349   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXext\.svn\tmp\props
18350   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXext\.svn\tmp\text-base
18351   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXfixes\.svn
18352   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXfixes\Makefile
18353   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXfixes\.svn\dir-prop-base
18354   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXfixes\.svn\entries
18355   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXfixes\.svn\prop-base
18356   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXfixes\.svn\props
18357   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXfixes\.svn\text-base
18358   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXfixes\.svn\tmp
18359   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXfixes\.svn\text-base\Makefile.svn-
        base
18360   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXfixes\.svn\tmp\prop-base
18361   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXfixes\.svn\tmp\props
18362   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXfixes\.svn\tmp\text-base
18363   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXfont\.svn
18364   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXfont\Makefile
18365   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXfont\.svn\dir-prop-base
18366   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXfont\.svn\entries
18367   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXfont\.svn\prop-base
18368   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXfont\.svn\props
18369   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXfont\.svn\text-base
18370   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXfont\.svn\tmp
18371   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXfont\.svn\text-base\Makefile.svn-b
        ase
18372   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXfont\.svn\tmp\prop-base
18373   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXfont\.svn\tmp\props
18374   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXfont\.svn\tmp\text-base
18375   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXft\.svn
18376   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXft\Makefile
18377   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXft\.svn\dir-prop-base
18378   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXft\.svn\entries
18379   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXft\.svn\prop-base
18380   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXft\.svn\props
18381   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXft\.svn\text-base
18382   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXft\.svn\tmp
18383   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXft\.svn\text-base\Makefile.svn-bas
        e
```

```
18385   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXft\.svn\tmp\props
18386   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXft\.svn\tmp\text-base
18387   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXi\.svn
18388   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXi\Makefile
18389   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXi\.svn\dir-prop-base
18390   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXi\.svn\entries
18391   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXi\.svn\prop-base
18392   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXi\.svn\props
18393   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXi\.svn\text-base
18394   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXi\.svn\tmp
18395   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXi\.svn\text-base\Makefile.svn-base
18396   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXi\.svn\tmp\prop-base
18397   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXi\.svn\tmp\props
18398   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXi\.svn\tmp\text-base
18399   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libxkbfile\.svn
18400   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libxkbfile\Makefile
18401   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libxkbfile\.svn\dir-prop-base
18402   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libxkbfile\.svn\entries
18403   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libxkbfile\.svn\prop-base
18404   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libxkbfile\.svn\props
18405   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libxkbfile\.svn\text-base
18406   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libxkbfile\.svn\tmp
18407   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libxkbfile\.svn\text-base\Makefile.svn-base
18408   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libxkbfile\.svn\tmp\prop-base
18409   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libxkbfile\.svn\tmp\props
18410   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libxkbfile\.svn\tmp\text-base
18411   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXmu\.svn
18412   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXmu\Makefile
18413   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXmu\.svn\dir-prop-base
18414   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXmu\.svn\entries
18415   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXmu\.svn\prop-base
18416   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXmu\.svn\props
18417   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXmu\.svn\text-base
18418   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXmu\.svn\tmp
18419   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXmu\.svn\text-base\Makefile.svn-base
18420   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXmu\.svn\tmp\prop-base
18421   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXmu\.svn\tmp\props
18422   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXmu\.svn\tmp\text-base
18423   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXpm\.svn
18424   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXpm\Makefile
18425   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXpm\.svn\dir-prop-base
18426   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXpm\.svn\entries
18427   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXpm\.svn\prop-base
18428   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXpm\.svn\props
18429   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXpm\.svn\text-base
18430   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXpm\.svn\tmp
18431   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXpm\.svn\text-base\Makefile.svn-base
18432   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXpm\.svn\tmp\prop-base
18433   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXpm\.svn\tmp\props
18434   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXpm\.svn\tmp\text-base
18435   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXrandr\.svn
18436   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXrandr\Makefile
18437   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXrandr\.svn\dir-prop-base
18438   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXrandr\.svn\entries
18439   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXrandr\.svn\prop-base
18440   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXrandr\.svn\props
18441   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXrandr\.svn\text-base
18442   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXrandr\.svn\tmp
18443   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXrandr\.svn\text-base\Makefile.svn-base
18444   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXrandr\.svn\tmp\prop-base
18445   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXrandr\.svn\tmp\props
18446   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXrandr\.svn\tmp\text-base
18447   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXrender\.svn
18448   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXrender\Makefile
```

```
18449  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXrender\.svn
18450  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXrender\.svn\entries
18451  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXrender\.svn\prop-base
18452  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXrender\.svn\props
18453  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXrender\.svn\text-base
18454  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXrender\.svn\tmp
18455  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXrender\.svn\text-base\Makefile.svn
       -base
18456  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXrender\.svn\tmp\prop-base
18457  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXrender\.svn\tmp\props
18458  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXrender\.svn\tmp\text-base
18459  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXt\.svn
18460  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXt\Makefile
18461  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXt\patches
18462  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXt\.svn\dir-prop-base
18463  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXt\.svn\entries
18464  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXt\.svn\prop-base
18465  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXt\.svn\props
18466  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXt\.svn\text-base
18467  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXt\.svn\tmp
18468  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXt\.svn\text-base\Makefile.svn-base
18469  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXt\.svn\tmp\prop-base
18470  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXt\.svn\tmp\props
18471  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXt\.svn\tmp\text-base
18472  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXt\patches\.svn
18473  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXt\patches\001-cross-compiling.patc
       h
18474  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXt\patches\.svn\entries
18475  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXt\patches\.svn\prop-base
18476  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXt\patches\.svn\props
18477  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXt\patches\.svn\text-base
18478  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXt\patches\.svn\tmp
18479  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXt\patches\.svn\text-base\001-cross
       -compiling.patch.svn-base
18480  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXt\patches\.svn\tmp\prop-base
18481  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXt\patches\.svn\tmp\props
18482  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXt\patches\.svn\tmp\text-base
18483  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXtst\.svn
18484  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXtst\Makefile
18485  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXtst\.svn\dir-prop-base
18486  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXtst\.svn\entries
18487  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXtst\.svn\prop-base
18488  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXtst\.svn\props
18489  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXtst\.svn\text-base
18490  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXtst\.svn\tmp
18491  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXtst\.svn\text-base\Makefile.svn-ba
       se
18492  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXtst\.svn\tmp\prop-base
18493  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXtst\.svn\tmp\props
18494  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXtst\.svn\tmp\text-base
18495  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXv\.svn
18496  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXv\Makefile
18497  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXv\.svn\dir-prop-base
18498  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXv\.svn\entries
18499  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXv\.svn\prop-base
18500  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXv\.svn\props
18501  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXv\.svn\text-base
18502  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXv\.svn\tmp
18503  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXv\.svn\text-base\Makefile.svn-base
18504  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXv\.svn\tmp\prop-base
18505  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXv\.svn\tmp\props
18506  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXv\.svn\tmp\text-base
18507  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXvMC\.svn
18508  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXvMC\Makefile
18509  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXvMC\.svn\dir-prop-base
18510  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXvMC\.svn\entries
18511  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXvMC\.svn\prop-base
18512  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXvMC\.svn\props
18513  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXvMC\.svn\text-base
```

```
18514  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXvMC\.svn\text-base\Makefile.svn-base
18515  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXvMC\.svn\text-base\Makefile.svn-ba
       se
18516  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXvMC\.svn\tmp\prop-base
18517  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXvMC\.svn\tmp\props
18518  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXvMC\.svn\tmp\text-base
18519  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXxf86misc\.svn
18520  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXxf86misc\Makefile
18521  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXxf86misc\.svn\dir-prop-base
18522  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXxf86misc\.svn\entries
18523  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXxf86misc\.svn\prop-base
18524  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXxf86misc\.svn\props
18525  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXxf86misc\.svn\text-base
18526  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXxf86misc\.svn\tmp
18527  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXxf86misc\.svn\text-base\Makefile.s
       vn-base
18528  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXxf86misc\.svn\tmp\prop-base
18529  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXxf86misc\.svn\tmp\props
18530  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXxf86misc\.svn\tmp\text-base
18531  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXxf86vm\.svn
18532  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXxf86vm\Makefile
18533  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXxf86vm\.svn\dir-prop-base
18534  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXxf86vm\.svn\entries
18535  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXxf86vm\.svn\prop-base
18536  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXxf86vm\.svn\props
18537  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXxf86vm\.svn\text-base
18538  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXxf86vm\.svn\tmp
18539  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXxf86vm\.svn\text-base\Makefile.svn
       -base
18540  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXxf86vm\.svn\tmp\prop-base
18541  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXxf86vm\.svn\tmp\props
18542  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\libXxf86vm\.svn\tmp\text-base
18543  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\xtrans\.svn
18544  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\xtrans\Makefile
18545  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\xtrans\.svn\dir-prop-base
18546  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\xtrans\.svn\entries
18547  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\xtrans\.svn\prop-base
18548  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\xtrans\.svn\props
18549  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\xtrans\.svn\text-base
18550  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\xtrans\.svn\tmp
18551  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\xtrans\.svn\text-base\Makefile.svn-bas
       e
18552  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\xtrans\.svn\tmp\prop-base
18553  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\xtrans\.svn\tmp\props
18554  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\lib\xtrans\.svn\tmp\text-base
18555  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\.svn
18556  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\applewmproto
18557  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\bigreqsproto
18558  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto
18559  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\compositeproto
18560  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\damageproto
18561  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\dmxproto
18562  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\evieext
18563  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fixesproto
18564  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fontcacheproto
18565  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fontsproto
18566  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\glproto
18567  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\inputproto
18568  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\kbproto
18569  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\packages
18570  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\printproto
18571  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\randrproto
18572  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\recordproto
18573  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\renderproto
18574  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\resourceproto
18575  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\scrnsaverproto
18576  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\template.mk
18577  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\trapproto
18578  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\videoproto
```

```
18579  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xcmiscproto
18580  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xextproto
18581  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86bigfontproto
18582  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86dgaproto
18583  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86driproto
18584  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86miscproto
18585  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86rushproto
18586  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86vidmodeproto
18587  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xineramaproto
18588  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xproto
18589  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\.svn\entries
18590  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\.svn\prop-base
18591  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\.svn\props
18592  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\.svn\text-base
18593  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\.svn\tmp
18594  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\.svn\prop-base\packages.svn-base
18595  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\.svn\prop-base\template.mk.svn-base
18596  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\.svn\text-base\packages.svn-base
18597  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\.svn\text-base\template.mk.svn-base
18598  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\.svn\tmp\prop-base
18599  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\.svn\tmp\props
18600  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\.svn\tmp\text-base
18601  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\applewmproto\.svn
18602  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\applewmproto\Makefile
18603  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\applewmproto\.svn\dir-prop-base
18604  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\applewmproto\.svn\entries
18605  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\applewmproto\.svn\prop-base
18606  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\applewmproto\.svn\props
18607  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\applewmproto\.svn\text-base
18608  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\applewmproto\.svn\tmp
18609  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\applewmproto\.svn\text-base\Makefile
       .svn-base
18610  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\applewmproto\.svn\tmp\prop-base
18611  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\applewmproto\.svn\tmp\props
18612  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\applewmproto\.svn\tmp\text-base
18613  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\bigreqsproto\.svn
18614  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\bigreqsproto\Makefile
18615  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\bigreqsproto\.svn\dir-prop-base
18616  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\bigreqsproto\.svn\entries
18617  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\bigreqsproto\.svn\prop-base
18618  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\bigreqsproto\.svn\props
18619  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\bigreqsproto\.svn\text-base
18620  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\bigreqsproto\.svn\tmp
18621  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\bigreqsproto\.svn\text-base\Makefile
       .svn-base
18622  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\bigreqsproto\.svn\tmp\prop-base
18623  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\bigreqsproto\.svn\tmp\props
18624  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\bigreqsproto\.svn\tmp\text-base
18625  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\.svn
18626  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\Makefile
18627  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src
18628  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\.svn\dir-prop-base
18629  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\.svn\entries
18630  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\.svn\prop-base
18631  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\.svn\props
18632  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\.svn\text-base
18633  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\.svn\tmp
18634  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\.svn\text-base\Makefi
       le.svn-base
18635  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\.svn\tmp\prop-base
18636  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\.svn\tmp\props
18637  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\.svn\tmp\text-base
18638  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn
18639  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\aclocal.m4
18640  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\autogen.sh
18641  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\ChangeLog
18642  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\config.log
18643  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\config.status
18644
```

```
18645   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\configure.ac
18646   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\install-sh
18647   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\Makefile
18648   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\Makefile.am
18649   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\Makefile.in
18650   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\missing
18651   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\xcalibrateproto.h
18652   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\xcalibrateproto.p
        c
18653   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\xcalibrateproto.p
        c.in
18654   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\xcalibratewire.h
18655   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn\entries
18656   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn\prop-base
18657   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn\props
18658   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn\text-base
18659   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn\tmp
18660   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn\prop-base\au
        togen.sh.svn-base
18661   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn\prop-base\co
        nfig.status.svn-base
18662   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn\prop-base\co
        nfigure.svn-base
18663   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn\prop-base\in
        stall-sh.svn-base
18664   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn\prop-base\mi
        ssing.svn-base
18665   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn\text-base\ac
        local.m4.svn-base
18666   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn\text-base\au
        togen.sh.svn-base
18667   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn\text-base\Ch
        angeLog.svn-base
18668   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn\text-base\co
        nfig.log.svn-base
18669   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn\text-base\co
        nfig.status.svn-base
18670   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn\text-base\co
        nfigure.ac.svn-base
18671   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn\text-base\co
        nfigure.svn-base
18672   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn\text-base\in
        stall-sh.svn-base
18673   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn\text-base\Ma
        kefile.am.svn-base
18674   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn\text-base\Ma
        kefile.in.svn-base
18675   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn\text-base\Ma
        kefile.svn-base
18676   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn\text-base\mi
        ssing.svn-base
18677   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn\text-base\xc
        alibrateproto.h.svn-base
18678   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn\text-base\xc
        alibrateproto.pc.in.svn-base
18679   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn\text-base\xc
        alibrateproto.pc.svn-base
18680   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn\text-base\xc
        alibratewire.h.svn-base
18681   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn\tmp\prop-bas
        e
18682   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn\tmp\props
18683   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\calibrateproto\src\.svn\tmp\text-bas
        e
18684   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\compositeproto\.svn
18685   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\compositeproto\Makefile
18686   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\compositeproto\.svn\dir-prop-base
18687   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\compositeproto\.svn\entries
18688   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\compositeproto\.svn\entries
```

```
18689   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\compositeproto\.svn\dir-prop-base
18690   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\compositeproto\.svn\props
18691   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\compositeproto\.svn\text-base
18692   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\compositeproto\.svn\tmp
18693   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\compositeproto\.svn\text-base\Makefi
        le.svn-base
18694   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\compositeproto\.svn\tmp\prop-base
18695   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\compositeproto\.svn\tmp\props
18696   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\compositeproto\.svn\tmp\text-base
18697   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\damageproto\.svn
18698   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\damageproto\Makefile
18699   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\damageproto\.svn\dir-prop-base
18700   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\damageproto\.svn\entries
18701   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\damageproto\.svn\prop-base
18702   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\damageproto\.svn\props
18703   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\damageproto\.svn\text-base
18704   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\damageproto\.svn\tmp
18705   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\damageproto\.svn\text-base\Makefile.
        svn-base
18706   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\damageproto\.svn\tmp\prop-base
18707   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\damageproto\.svn\tmp\props
18708   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\damageproto\.svn\tmp\text-base
18709   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\dmxproto\.svn
18710   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\dmxproto\Makefile
18711   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\dmxproto\.svn\dir-prop-base
18712   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\dmxproto\.svn\entries
18713   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\dmxproto\.svn\prop-base
18714   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\dmxproto\.svn\props
18715   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\dmxproto\.svn\text-base
18716   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\dmxproto\.svn\tmp
18717   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\dmxproto\.svn\text-base\Makefile.svn
        -base
18718   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\dmxproto\.svn\tmp\prop-base
18719   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\dmxproto\.svn\tmp\props
18720   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\dmxproto\.svn\tmp\text-base
18721   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\evieext\.svn
18722   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\evieext\Makefile
18723   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\evieext\.svn\dir-prop-base
18724   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\evieext\.svn\entries
18725   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\evieext\.svn\prop-base
18726   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\evieext\.svn\props
18727   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\evieext\.svn\text-base
18728   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\evieext\.svn\tmp
18729   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\evieext\.svn\text-base\Makefile.svn-
        base
18730   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\evieext\.svn\tmp\prop-base
18731   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\evieext\.svn\tmp\props
18732   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\evieext\.svn\tmp\text-base
18733   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fixesproto\.svn
18734   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fixesproto\Makefile
18735   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fixesproto\.svn\dir-prop-base
18736   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fixesproto\.svn\entries
18737   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fixesproto\.svn\prop-base
18738   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fixesproto\.svn\props
18739   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fixesproto\.svn\text-base
18740   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fixesproto\.svn\tmp
18741   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fixesproto\.svn\text-base\Makefile.s
        vn-base
18742   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fixesproto\.svn\tmp\prop-base
18743   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fixesproto\.svn\tmp\props
18744   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fixesproto\.svn\tmp\text-base
18745   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fontcacheproto\.svn
18746   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fontcacheproto\Makefile
18747   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fontcacheproto\.svn\dir-prop-base
18748   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fontcacheproto\.svn\entries
18749   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fontcacheproto\.svn\prop-base
18750   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fontcacheproto\.svn\props
18751   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fontcacheproto\.svn\text-base
18752   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fontcacheproto\.svn\tmp
```

```
18753   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fontcacheproto\.svn\text-base\Makefi
        le.svn-base
18754   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fontcacheproto\.svn\tmp\prop-base
18755   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fontcacheproto\.svn\tmp\props
18756   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fontcacheproto\.svn\tmp\text-base
18757   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fontsproto\.svn
18758   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fontsproto\Makefile
18759   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fontsproto\.svn\dir-prop-base
18760   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fontsproto\.svn\entries
18761   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fontsproto\.svn\prop-base
18762   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fontsproto\.svn\props
18763   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fontsproto\.svn\text-base
18764   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fontsproto\.svn\tmp
18765   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fontsproto\.svn\text-base\Makefile.s
        vn-base
18766   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fontsproto\.svn\tmp\prop-base
18767   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fontsproto\.svn\tmp\props
18768   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\fontsproto\.svn\tmp\text-base
18769   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\glproto\.svn
18770   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\glproto\Makefile
18771   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\glproto\.svn\dir-prop-base
18772   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\glproto\.svn\entries
18773   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\glproto\.svn\prop-base
18774   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\glproto\.svn\props
18775   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\glproto\.svn\text-base
18776   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\glproto\.svn\tmp
18777   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\glproto\.svn\text-base\Makefile.svn-
        base
18778   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\glproto\.svn\tmp\prop-base
18779   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\glproto\.svn\tmp\props
18780   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\glproto\.svn\tmp\text-base
18781   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\inputproto\.svn
18782   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\inputproto\Makefile
18783   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\inputproto\.svn\dir-prop-base
18784   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\inputproto\.svn\entries
18785   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\inputproto\.svn\prop-base
18786   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\inputproto\.svn\props
18787   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\inputproto\.svn\text-base
18788   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\inputproto\.svn\tmp
18789   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\inputproto\.svn\text-base\Makefile.s
        vn-base
18790   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\inputproto\.svn\tmp\prop-base
18791   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\inputproto\.svn\tmp\props
18792   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\inputproto\.svn\tmp\text-base
18793   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\kbproto\.svn
18794   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\kbproto\Makefile
18795   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\kbproto\.svn\dir-prop-base
18796   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\kbproto\.svn\entries
18797   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\kbproto\.svn\prop-base
18798   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\kbproto\.svn\props
18799   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\kbproto\.svn\text-base
18800   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\kbproto\.svn\tmp
18801   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\kbproto\.svn\text-base\Makefile.svn-
        base
18802   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\kbproto\.svn\tmp\prop-base
18803   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\kbproto\.svn\tmp\props
18804   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\kbproto\.svn\tmp\text-base
18805   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\printproto\.svn
18806   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\printproto\Makefile
18807   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\printproto\.svn\dir-prop-base
18808   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\printproto\.svn\entries
18809   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\printproto\.svn\prop-base
18810   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\printproto\.svn\props
18811   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\printproto\.svn\text-base
18812   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\printproto\.svn\tmp
18813   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\printproto\.svn\text-base\Makefile.s
        vn-base
18814   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\printproto\.svn\tmp\prop-base
18815   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\printproto\.svn\tmp\props
```

```
18816   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\randrproto\.svn\tmp\text-base
18817   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\randrproto\.svn
18818   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\randrproto\Makefile
18819   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\randrproto\.svn\dir-prop-base
18820   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\randrproto\.svn\entries
18821   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\randrproto\.svn\prop-base
18822   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\randrproto\.svn\props
18823   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\randrproto\.svn\text-base
18824   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\randrproto\.svn\tmp
18825   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\randrproto\.svn\text-base\Makefile.s
        vn-base
18826   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\randrproto\.svn\tmp\prop-base
18827   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\randrproto\.svn\tmp\props
18828   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\randrproto\.svn\tmp\text-base
18829   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\recordproto\.svn
18830   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\recordproto\Makefile
18831   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\recordproto\.svn\dir-prop-base
18832   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\recordproto\.svn\entries
18833   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\recordproto\.svn\prop-base
18834   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\recordproto\.svn\props
18835   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\recordproto\.svn\text-base
18836   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\recordproto\.svn\tmp
18837   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\recordproto\.svn\text-base\Makefile.
        svn-base
18838   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\recordproto\.svn\tmp\prop-base
18839   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\recordproto\.svn\tmp\props
18840   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\recordproto\.svn\tmp\text-base
18841   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\renderproto\.svn
18842   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\renderproto\Makefile
18843   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\renderproto\.svn\dir-prop-base
18844   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\renderproto\.svn\entries
18845   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\renderproto\.svn\prop-base
18846   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\renderproto\.svn\props
18847   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\renderproto\.svn\text-base
18848   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\renderproto\.svn\tmp
18849   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\renderproto\.svn\text-base\Makefile.
        svn-base
18850   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\renderproto\.svn\tmp\prop-base
18851   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\renderproto\.svn\tmp\props
18852   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\renderproto\.svn\tmp\text-base
18853   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\resourceproto\.svn
18854   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\resourceproto\Makefile
18855   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\resourceproto\.svn\dir-prop-base
18856   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\resourceproto\.svn\entries
18857   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\resourceproto\.svn\prop-base
18858   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\resourceproto\.svn\props
18859   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\resourceproto\.svn\text-base
18860   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\resourceproto\.svn\tmp
18861   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\resourceproto\.svn\text-base\Makefil
        e.svn-base
18862   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\resourceproto\.svn\tmp\prop-base
18863   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\resourceproto\.svn\tmp\props
18864   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\resourceproto\.svn\tmp\text-base
18865   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\scrnsaverproto\.svn
18866   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\scrnsaverproto\Makefile
18867   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\scrnsaverproto\.svn\dir-prop-base
18868   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\scrnsaverproto\.svn\entries
18869   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\scrnsaverproto\.svn\prop-base
18870   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\scrnsaverproto\.svn\props
18871   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\scrnsaverproto\.svn\text-base
18872   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\scrnsaverproto\.svn\tmp
18873   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\scrnsaverproto\.svn\text-base\Makefi
        le.svn-base
18874   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\scrnsaverproto\.svn\tmp\prop-base
18875   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\scrnsaverproto\.svn\tmp\props
18876   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\scrnsaverproto\.svn\tmp\text-base
18877   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\trapproto\.svn
18878   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\trapproto\Makefile
18879   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\trapproto\.svn\dir-prop-base
```

```
18880   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\trapproto\.svn\prop-base
18881   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\trapproto\.svn\props
18882   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\trapproto\.svn\text-base
18883   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\trapproto\.svn\tmp
18884   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\trapproto\.svn\text-base\Makefile.sv
18885   n-base
18886   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\trapproto\.svn\tmp\prop-base
18887   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\trapproto\.svn\tmp\props
18888   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\trapproto\.svn\tmp\text-base
18889   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\videoproto\.svn
18890   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\videoproto\Makefile
18891   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\videoproto\.svn\dir-prop-base
18892   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\videoproto\.svn\entries
18893   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\videoproto\.svn\prop-base
18894   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\videoproto\.svn\props
18895   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\videoproto\.svn\text-base
18896   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\videoproto\.svn\tmp
18897   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\videoproto\.svn\text-base\Makefile.s
        vn-base
18898   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\videoproto\.svn\tmp\prop-base
18899   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\videoproto\.svn\tmp\props
18900   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\videoproto\.svn\tmp\text-base
18901   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\windowswmproto\.svn
18902   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\windowswmproto\Makefile
18903   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\windowswmproto\.svn\dir-prop-base
18904   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\windowswmproto\.svn\entries
18905   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\windowswmproto\.svn\prop-base
18906   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\windowswmproto\.svn\props
18907   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\windowswmproto\.svn\text-base
18908   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\windowswmproto\.svn\tmp
18909   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\windowswmproto\.svn\text-base\Makefi
        le.svn-base
18910   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\windowswmproto\.svn\tmp\prop-base
18911   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\windowswmproto\.svn\tmp\props
18912   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\windowswmproto\.svn\tmp\text-base
18913   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xcmiscproto\.svn
18914   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xcmiscproto\Makefile
18915   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xcmiscproto\.svn\dir-prop-base
18916   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xcmiscproto\.svn\entries
18917   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xcmiscproto\.svn\prop-base
18918   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xcmiscproto\.svn\props
18919   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xcmiscproto\.svn\text-base
18920   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xcmiscproto\.svn\tmp
18921   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xcmiscproto\.svn\text-base\Makefile.
        svn-base
18922   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xcmiscproto\.svn\tmp\prop-base
18923   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xcmiscproto\.svn\tmp\props
18924   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xcmiscproto\.svn\tmp\text-base
18925   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xextproto\.svn
18926   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xextproto\Makefile
18927   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xextproto\.svn\dir-prop-base
18928   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xextproto\.svn\entries
18929   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xextproto\.svn\prop-base
18930   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xextproto\.svn\props
18931   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xextproto\.svn\text-base
18932   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xextproto\.svn\tmp
18933   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xextproto\.svn\text-base\Makefile.sv
        n-base
18934   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xextproto\.svn\tmp\prop-base
18935   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xextproto\.svn\tmp\props
18936   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xextproto\.svn\tmp\text-base
18937   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86bigfontproto\.svn
18938   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86bigfontproto\Makefile
18939   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86bigfontproto\.svn\dir-prop-base
18940   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86bigfontproto\.svn\entries
18941   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86bigfontproto\.svn\prop-base
18942   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86bigfontproto\.svn\props
18943   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86bigfontproto\.svn\text-base
```

```
18944   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86bigfontproto\.svn\text-base\Make
        file.svn-base
18945
18946   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86bigfontproto\.svn\tmp\prop-base
18947   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86bigfontproto\.svn\tmp\props
18948   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86bigfontproto\.svn\tmp\text-base
18949   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86dgaproto\.svn
18950   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86dgaproto\Makefile
18951   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86dgaproto\.svn\dir-prop-base
18952   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86dgaproto\.svn\entries
18953   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86dgaproto\.svn\prop-base
18954   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86dgaproto\.svn\props
18955   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86dgaproto\.svn\text-base
18956   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86dgaproto\.svn\tmp
18957   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86dgaproto\.svn\text-base\Makefile
        .svn-base
18958   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86dgaproto\.svn\tmp\prop-base
18959   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86dgaproto\.svn\tmp\props
18960   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86dgaproto\.svn\tmp\text-base
18961   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86driproto\.svn
18962   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86driproto\Makefile
18963   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86driproto\.svn\dir-prop-base
18964   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86driproto\.svn\entries
18965   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86driproto\.svn\prop-base
18966   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86driproto\.svn\props
18967   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86driproto\.svn\text-base
18968   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86driproto\.svn\tmp
18969   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86driproto\.svn\text-base\Makefile
        .svn-base
18970   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86driproto\.svn\tmp\prop-base
18971   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86driproto\.svn\tmp\props
18972   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86driproto\.svn\tmp\text-base
18973   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86miscproto\.svn
18974   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86miscproto\Makefile
18975   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86miscproto\.svn\dir-prop-base
18976   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86miscproto\.svn\entries
18977   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86miscproto\.svn\prop-base
18978   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86miscproto\.svn\props
18979   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86miscproto\.svn\text-base
18980   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86miscproto\.svn\tmp
18981   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86miscproto\.svn\text-base\Makefil
        e.svn-base
18982   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86miscproto\.svn\tmp\prop-base
18983   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86miscproto\.svn\tmp\props
18984   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86miscproto\.svn\tmp\text-base
18985   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86rushproto\.svn
18986   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86rushproto\Makefile
18987   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86rushproto\.svn\dir-prop-base
18988   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86rushproto\.svn\entries
18989   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86rushproto\.svn\prop-base
18990   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86rushproto\.svn\props
18991   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86rushproto\.svn\text-base
18992   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86rushproto\.svn\tmp
18993   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86rushproto\.svn\text-base\Makefil
        e.svn-base
18994   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86rushproto\.svn\tmp\prop-base
18995   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86rushproto\.svn\tmp\props
18996   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86rushproto\.svn\tmp\text-base
18997   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86vidmodeproto\.svn
18998   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86vidmodeproto\Makefile
18999   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86vidmodeproto\.svn\dir-prop-base
19000   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86vidmodeproto\.svn\entries
19001   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86vidmodeproto\.svn\prop-base
19002   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86vidmodeproto\.svn\props
19003   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86vidmodeproto\.svn\text-base
19004   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86vidmodeproto\.svn\tmp
19005   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86vidmodeproto\.svn\text-base\Make
        file.svn-base
19006   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86vidmodeproto\.svn\tmp\prop-base
```

```
19007  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86vidmodeproto\.svn\props
19008  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xf86vidmodeproto\.svn\tmp\text-base
19009  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xineramaproto\.svn
19010  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xineramaproto\Makefile
19011  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xineramaproto\.svn\dir-prop-base
19012  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xineramaproto\.svn\entries
19013  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xineramaproto\.svn\prop-base
19014  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xineramaproto\.svn\props
19015  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xineramaproto\.svn\text-base
19016  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xineramaproto\.svn\tmp
19017  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xineramaproto\.svn\text-base\Makefil
       e.svn-base
19018  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xineramaproto\.svn\tmp\prop-base
19019  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xineramaproto\.svn\tmp\props
19020  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xineramaproto\.svn\tmp\text-base
19021  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xproto\.svn
19022  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xproto\Makefile
19023  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xproto\.svn\dir-prop-base
19024  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xproto\.svn\entries
19025  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xproto\.svn\prop-base
19026  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xproto\.svn\props
19027  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xproto\.svn\text-base
19028  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xproto\.svn\tmp
19029  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xproto\.svn\text-base\Makefile.svn-b
       ase
19030  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xproto\.svn\tmp\prop-base
19031  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xproto\.svn\tmp\props
19032  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\proto\xproto\.svn\tmp\text-base
19033  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\util\.svn
19034  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\util\util-macros
19035  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\util\.svn\entries
19036  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\util\.svn\prop-base
19037  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\util\.svn\props
19038  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\util\.svn\text-base
19039  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\util\.svn\tmp
19040  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\util\.svn\tmp\prop-base
19041  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\util\.svn\tmp\props
19042  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\util\.svn\tmp\text-base
19043  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\util\util-macros\.svn
19044  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\util\util-macros\Makefile
19045  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\util\util-macros\.svn\dir-prop-base
19046  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\util\util-macros\.svn\entries
19047  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\util\util-macros\.svn\prop-base
19048  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\util\util-macros\.svn\props
19049  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\util\util-macros\.svn\text-base
19050  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\util\util-macros\.svn\tmp
19051  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\util\util-macros\.svn\text-base\Makefile.s
       vn-base
19052  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\util\util-macros\.svn\tmp\prop-base
19053  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\util\util-macros\.svn\tmp\props
19054  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\util\util-macros\.svn\tmp\text-base
19055  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\.svn
19056  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-kdrive
19057  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server
19058  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\.svn\entries
19059  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\.svn\prop-base
19060  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\.svn\props
19061  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\.svn\text-base
19062  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\.svn\tmp
19063  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\.svn\tmp\prop-base
19064  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\.svn\tmp\props
19065  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\.svn\tmp\text-base
19066  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-kdrive\.svn
19067  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-kdrive\Config.in
19068  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-kdrive\Makefile
19069  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-kdrive\patches
19070  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-kdrive\.svn\entries
19071  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-kdrive\.svn\prop-base
19072  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-kdrive\.svn\props
```

```
19073   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-kdrive\.svn\tmp
19074   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-kdrive\.svn\tmp
19075   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-kdrive\.svn\text-base\Config.
        in.svn-base
19076   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-kdrive\.svn\text-base\Makefil
        e.svn-base
19077   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-kdrive\.svn\tmp\prop-base
19078   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-kdrive\.svn\tmp\props
19079   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-kdrive\.svn\tmp\text-base
19080   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-kdrive\patches\.svn
19081   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-kdrive\patches\001-tslib.patc
        h
19082   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-kdrive\patches\002-480x640-su
        pport.patch
19083   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-kdrive\patches\.svn\entries
19084   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-kdrive\patches\.svn\prop-base
19085   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-kdrive\patches\.svn\props
19086   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-kdrive\patches\.svn\text-base
19087   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-kdrive\patches\.svn\tmp
19088   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-kdrive\patches\.svn\text-base
        \001-tslib.patch.svn-base
19089   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-kdrive\patches\.svn\text-base
        \002-480x640-support.patch.svn-base
19090   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-kdrive\patches\.svn\tmp\prop-
        base
19091   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-kdrive\patches\.svn\tmp\props
19092   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-kdrive\patches\.svn\tmp\text-
        base
19093   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\.svn
19094   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\Config.in
19095   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files
19096   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\Makefile
19097   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\patches
19098   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\.svn\dir-prop-base
19099   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\.svn\entries
19100   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\.svn\prop-base
19101   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\.svn\props
19102   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\.svn\text-base
19103   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\.svn\tmp
19104   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\.svn\text-base\Config.
        in.svn-base
19105   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\.svn\text-base\Makefil
        e.svn-base
19106   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\.svn\tmp\prop-base
19107   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\.svn\tmp\props
19108   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\.svn\tmp\text-base
19109   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\.svn
19110   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\config
19111   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\tmp
19112   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\x.init
19113   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\.svn\entries
19114   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\.svn\prop-base
19115   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\.svn\props
19116   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\.svn\text-base
19117   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\.svn\tmp
19118   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\.svn\prop-base\x
        .init.svn-base
19119   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\.svn\text-base\x
        .init.svn-base
19120   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\.svn\tmp\prop-ba
        se
19121   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\.svn\tmp\props
19122   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\.svn\tmp\text-ba
        se
19123   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\config\.svn
19124   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\config\generic
19125   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\config\olpc
19126   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\config\om_gta02
19127   SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\config\.svn\entr
```

```
19128  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\config\.svn\prop
       -base
19129  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\config\.svn\prop
       s
19130  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\config\.svn\text
       -base
19131  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\config\.svn\tmp
19132  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\config\.svn\text
       -base\generic.svn-base
19133  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\config\.svn\text
       -base\olpc.svn-base
19134  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\config\.svn\text
       -base\om_gta02.svn-base
19135  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\config\.svn\tmp\
       prop-base
19136  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\config\.svn\tmp\
       props
19137  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\config\.svn\tmp\
       text-base
19138  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\tmp\.svn
19139  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\tmp\xorg-olpc.co
       nf
19140  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\tmp\xorg-om_gta0
       2.conf
19141  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\tmp\xorg.conf
19142  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\tmp\.svn\entries
19143  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\tmp\.svn\prop-ba
       se
19144  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\tmp\.svn\props
19145  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\tmp\.svn\text-ba
       se
19146  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\tmp\.svn\tmp
19147  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\tmp\.svn\text-ba
       se\xorg-olpc.conf.svn-base
19148  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\tmp\.svn\text-ba
       se\xorg-om_gta02.conf.svn-base
19149  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\tmp\.svn\text-ba
       se\xorg.conf.svn-base
19150  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\tmp\.svn\tmp\pro
       p-base
19151  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\tmp\.svn\tmp\pro
       ps
19152  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\files\tmp\.svn\tmp\tex
       t-base
19153  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\patches\.svn
19154  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\patches\010-sync-dev-m
       em.patch
19155  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\patches\020-fix-dri-bu
       ild-without-xinerama.patch
19156  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\patches\.svn\entries
19157  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\patches\.svn\prop-base
19158  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\patches\.svn\props
19159  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\patches\.svn\text-base
19160  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\patches\.svn\tmp
19161  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\patches\.svn\text-base
       \010-sync-dev-mem.patch.svn-base
19162  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\patches\.svn\text-base
       \020-fix-dri-build-without-xinerama.patch.svn-base
19163  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\patches\.svn\tmp\prop-
       base
19164  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\patches\.svn\tmp\props
19165  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xorg\xserver\xorg-server\patches\.svn\tmp\text-
       base
19166  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\.svn
19167  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo
19168  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\.svn\entries
19169  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\.svn\prop-base
19170  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\.svn\props
```

```
19171  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\.svn\tmp
19172  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\.svn\tmp\prop-base
19173  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\.svn\tmp\prop-base
19174  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\.svn\tmp\props
19175  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\.svn\tmp\text-base
19176  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\.svn
19177  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\files
19178  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\Makefile
19179  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\patches
19180  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\.svn\entries
19181  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\.svn\prop-base
19182  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\.svn\props
19183  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\.svn\text-base
19184  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\.svn\tmp
19185  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\.svn\text-base\Makefile.svn-base
19186  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\.svn\tmp\prop-base
19187  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\.svn\tmp\props
19188  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\.svn\tmp\text-base
19189  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\files\.svn
19190  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\files\config
19191  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\files\pointercal.om_gta02
19192  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\files\x.init
19193  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\files\.svn\entries
19194  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\files\.svn\prop-base
19195  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\files\.svn\props
19196  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\files\.svn\text-base
19197  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\files\.svn\tmp
19198  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\files\.svn\prop-base\pointercal.
       om_gta02.svn-base
19199  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\files\.svn\prop-base\x.init.svn-
       base
19200  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\files\.svn\text-base\pointercal.
       om_gta02.svn-base
19201  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\files\.svn\text-base\x.init.svn-
       base
19202  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\files\.svn\tmp\prop-base
19203  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\files\.svn\tmp\props
19204  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\files\.svn\tmp\text-base
19205  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\files\config\.svn
19206  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\files\config\x11.om_gta02
19207  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\files\config\.svn\entries
19208  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\files\config\.svn\prop-base
19209  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\files\config\.svn\props
19210  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\files\config\.svn\text-base
19211  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\files\config\.svn\tmp
19212  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\files\config\.svn\text-base\x11.
       om_gta02.svn-base
19213  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\files\config\.svn\tmp\prop-base
19214  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\files\config\.svn\tmp\props
19215  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\files\config\.svn\tmp\text-base
19216  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\patches\.svn
19217  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\patches\001-fix-aclocal.patch
19218  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\patches\.svn\entries
19219  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\patches\.svn\prop-base
19220  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\patches\.svn\props
19221  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\patches\.svn\text-base
19222  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\patches\.svn\tmp
19223  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\patches\.svn\text-base\001-fix-a
       clocal.patch.svn-base
19224  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\patches\.svn\tmp\prop-base
19225  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\patches\.svn\tmp\props
19226  SDK.UBNT.v5.3\openwrt\feeds\packages\Xorg\xserver\xglamo\patches\.svn\tmp\text-base
19227  SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\.host.mk
19228  SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\.packageinfo
19229  SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info
19230  SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\location
19231  SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.files-packageinfo-4672
19232  SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.files-packageinfo.mk
19233  SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.files-packageinfo.stamp
```

| 19234 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-admin_collect0527c2296 |
| | ca8f00f03ebfd5 |
| 19235 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-admin_gkrellmd |
| 19236 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-admin_htop |
| 19237 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-admin_monit |
| 19238 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-admin_muninlite |
| 19239 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-admin_osiris |
| 19240 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-admin_syslog-ng |
| 19241 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-admin_zabbix |
| 19242 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-devel_binutils |
| 19243 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-devel_build-essential |
| 19244 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-devel_diffutils |
| 19245 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-devel_gcc |
| 19246 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-devel_make |
| 19247 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-devel_patch |
| 19248 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-ipv6_6scripts |
| 19249 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-ipv6_6tunnel |
| 19250 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-ipv6_ahcpd |
| 19251 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-ipv6_aiccu |
| 19252 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-ipv6_babel |
| 19253 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-ipv6_dhcp6 |
| 19254 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-ipv6_dibbler |
| 19255 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-ipv6_gw6c |
| 19256 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-ipv6_ipv6calc |
| 19257 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-ipv6_mrd6 |
| 19258 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-ipv6_ndisc |
| 19259 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-ipv6_ptrtd |
| 19260 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-ipv6_radvd |
| 19261 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-ipv6_send |
| 19262 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-ipv6_totd |
| 19263 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-ipv6_tspc |
| 19264 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_cython |
| 19265 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_egenix-mx |
| 19266 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_eggdrop |
| 19267 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_gst-python |
| 19268 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_ipython |
| 19269 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_jamvm |
| 19270 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_kid |
| 19271 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_logilab-astng |
| 19272 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_logilab-common |
| 19273 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_luaprofiler |
| 19274 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_numpy |
| 19275 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_perl |
| 19276 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_perl-compress-bzip2 |
| 19277 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_perl-dbi |
| 19278 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_perl-html-parser |
| 19279 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_perl-html-tagset |
| 19280 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_perl-html-tree |
| 19281 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_perl-lockfile-simple |
| 19282 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_perl-uri |
| 19283 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_perl-www |
| 19284 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_perl-www-curl |
| 19285 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_php-pear |
| 19286 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_php-pear-db |
| 19287 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_php-pear-xmlrpc |
| 19288 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_php4 |
| 19289 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_php5 |
| 19290 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_psycopg |
| 19291 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_pybluez |
| 19292 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_pycairo |
| 19293 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_pyevent |
| 19294 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_pygobject |
| 19295 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_pygtk |
| 19296 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_pymysql |
| 19297 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_pypcap |
| 19298 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_pyserial |
| 19299 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_pysqlite |
| 19300 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_python |
| 19301 | SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_python-dbus |

```
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_pyyaml
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_ruby
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_sablevm-sdk
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_tcl
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_telepathy-python
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_twisted
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_urbi
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_xapian-bindings
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-lang_yapsnmp
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_alsa-lib
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_apr
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_apr-util
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_argp-standalone
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_argtable
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_avahi
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_axtls
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_bluez-libs
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_cgilib
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_check
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_clearsilver
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_clinkc
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_confuse
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_curl
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_cyassl
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_cyrus-sasl
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_db
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_dbus-glib
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_expat
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_ezxml
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_faad2
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_fcgi
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_fftw3
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_file
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_flac
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_freetype
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_gd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_gdbm
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_gettext
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_giflib
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_glib
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_glib2
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_gmp
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_gnutls
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_gsl
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_gsm
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_howl
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_id3lib
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_iksemel
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_jpeg
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_keynote
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_libaio
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_libamsel
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_libao
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_libart
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_libatomicops
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_libaudiofile
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_libcli
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_libconfig
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_libcroco
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_libdaemon
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_libdbi
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_libdlna
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_libdnet
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_libdvbpsi4
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_libelf
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_libevent
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_libexif
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_libffi
```

```
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libgcrypt
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libgpg-error
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libgphoto2
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libgssapi
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libiconv
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libid3tag
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libIDL2
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libidn
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libinklevel
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libjson-c
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libmad
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libmcrypt
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libmpcdec
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libmpd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libnet-1.0.x
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libnet-1.1.x
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libnetfilter-conntrack
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libnetfilter-log
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libnetfilter-queue
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libnfnetlink
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libnfsidmap
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libnids
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libnotimpl
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libogg
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-liboil
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libol
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libosip2
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libpam
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libpfm
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libpng
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libpthread-stubs
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libptmalloc3
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-librpcsecgss
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-librsync
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libsamplerate
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libshout
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libsigc++
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libsndfile
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libspe2
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libsynce
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libtasn1
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libtheora
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libtorrent
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libtwin
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libupnp
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libusb
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libvorbis
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libvorbisidec
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libxapian
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libxml2
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libxslt
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-libyaml
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-lzo
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-matrixssl
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-mysql
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-neon
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-net-snmp
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-nmeap
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-opal
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-opencdk
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-openh323
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-openldap
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-ossp-js
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-pcre
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-popt
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-postgresql
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-pthsem
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs-ptlib
```

```
19440   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_radiusclient-ng
19441   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_rrdtool-1.0.x
19442   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_serdisplib
19443   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_speex
19444   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_sqlite2
19445   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_sqlite3
19446   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_st2205tool
19447   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_taglib
19448   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_tcp_wrappers
19449   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_tiff
19450   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_uclibc++
19451   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_ustl
19452   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_wnck
19453   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_wxbase
19454   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_xyssl
19455   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_zaptel
19456   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-libs_zaptel-1.4.x
19457   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-mail_dovecot
19458   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-mail_fetchmail
19459   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-mail_imapfilter
19460   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-mail_mini_sendmail
19461   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-mail_mutt
19462   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-mail_procmail
19463   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-mail_ssmtp
19464   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-mail_xmail
19465   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-multimedia_ffmpeg
19466   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-multimedia_ftpd-topfield
19467   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-multimedia_gphoto2
19468   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-multimedia_gspcav1
19469   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-multimedia_gst-plugins-base
19470   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-multimedia_gst-plugins-good
19471   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-multimedia_gstreamer
19472   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-multimedia_linux-uvc
19473   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-multimedia_mjpg-streamer
19474   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-multimedia_motion
19475   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-multimedia_nw802-2.4
19476   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-multimedia_ov51x-jpeg
19477   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-multimedia_palantir
19478   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-multimedia_peercast
19479   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-multimedia_puppy
19480   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-multimedia_qc-usb
19481   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-multimedia_spca5xx-le
19482   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-multimedia_spca5xx-view
19483   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-multimedia_spcaview
19484   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-multimedia_ushare
19485   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-multimedia_uvc-streamer
19486   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_aircrack-ng
19487   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_aircrack-ptw
19488   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_amule
19489   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_amwall
19490   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_aodv-uu
19491   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_aoetools
19492   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_apache
19493   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_apcupsd
19494   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_aprx
19495   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_arpd
19496   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_arpwatch
19497   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_asterisk-1.4.x
19498   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_asterisk-1.6.x
19499   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_asterisk-addons-1.4.x
19500   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_atftp
19501   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_autossh
19502   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_bahamut
19503   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_batman
19504   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_batman-advanced
19505   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_bind
19506   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_bing
19507   SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_bitchx
19508
```

```
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_bmon
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_bmxd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_btpd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_bwm
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_cbtt
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_chillispot
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_chrony
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_click
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_cmdftp
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_conntrack-tools
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_coova-chilli
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_crowdcontrol
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_ctorrent
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_cups
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_cutter
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_dansguardian
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_darkstat
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_ddns-scripts
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_dhcp
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_dhcp-forwarder
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_dhcpd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_dircproxy
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_dsl-qos-queue
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_dsniff
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_elinks
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_et131x
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_etherwake
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_ethtool
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_ettercap
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_ez-ipupdate
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_faifa
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_flow-tools
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_fping
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_fprobe
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_fprobe-ulog
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_freeradius
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_freeradius2
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_frickin
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_gmediaserver
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_gpsd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_hiawatha
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_horst
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_htpdate
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_httping
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_httptunnel
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_icecast
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_icmptx
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_ifstat
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_iftop
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_igmpproxy
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_imsnif
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_imspector
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_iodine
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_ipcad
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_iperf
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_ipkungfu
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_ipsec-tools
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_iptables-snmp
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_iptraf
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_ipupdate
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_iputils
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_irssi
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_isakmpd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_karma
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_keepalived
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_kismet
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_knock
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_l2tpd
```

```
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_l7-protocols
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_lft
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_lftp
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_lighttpd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_linuxigd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_lldpd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_maradns
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_matrixtunnel
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_mdk3
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_mercurial
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_miau
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_miax
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_mii-tool
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_miniupnpd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_mini_httpd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_mini_snmpd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_miredo
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_mtr
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_mutella
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_mvprelay
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_n2n
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_nagios
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_nagios-plugins
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_natpmp
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_nbd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_nbtscan
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_ndyndns
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_net-tools
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_netcat
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_netperf
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_netpipe
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_netstat-nat
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_nfs-kernel-server
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_nfs-server
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_ngircd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_ngrep
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_nmap
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_nocatsplash
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_nodogsplash
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_nprobe
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_nrpe
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_nsca
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_nstx
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_ntpclient
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_ntpd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_nufw
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_oidentd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_olsrd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_opendchub
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_openntpd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_openrrcp
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_openser
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_openslp
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_openssh
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_openswan
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_openvpn
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_p910nd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_parprouted
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_peerguardian
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_pen
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_pepperspot
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_pepsal
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_phidget21
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_pmacct
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_polipo
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_portmap
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_portsentry
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_pptpd
```

```
19647    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_prosody
19648    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_psybnc
19649    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_ptunnel
19650    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_pure-ftpd
19651    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_qolyester
19652    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_quagga
19653    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_raddump
19654    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_radsecproxy
19655    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_rarpd
19656    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_reaim
19657    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_rp-l2tp
19658    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_rp-pppoe
19659    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_rrs
19660    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_rssh
19661    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_rsync
19662    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_rtorrent
19663    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_samba
19664    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_samba3
19665    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_scanlogd
19666    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_scdp
19667    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_ser2net
19668    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_shat
19669    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_shfs
19670    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_shorewall-common
19671    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_shorewall-lite
19672    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_shorewall-shell
19673    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_sipp
19674    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_siproxd
19675    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_sipsak
19676    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_slurm
19677    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_smtptrapd
19678    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_snort
19679    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_snort-wireless
19680    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_socat
19681    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_softflowd
19682    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_speedtouch-usb-firmware
19683    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_squid
19684    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_srelay
19685    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_sscep
19686    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_sshfs
19687    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_ssltunnel
19688    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_strongswan
19689    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_stun
19690    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_stunnel
19691    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_subversion
19692    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_synce-dccm
19693    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_tcpdump
19694    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_tcpdump-mini
19695    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_tcptraceroute
19696    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_tctool
19697    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_tftp-hpa
19698    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_tinc
19699    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_tinyproxy
19700    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_tmsnc
19701    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_tor
19702    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_transmission
19703    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_tsocks
19704    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_ttcp
19705    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_udp-broadcast-relay
19706    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_ulogd
19707    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_unfs3
19708    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_uob-nomad
19709    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_updatedd
19710    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_uucp
19711    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_veth
19712    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_vgp
19713    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_vnc-reflector
19714    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_vncrepeater
19715
```

```
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_vnstati
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_vpnc
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_vrrpd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_vsftpd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_vtun
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_wavemon
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_wccpd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_wdiag
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_weechat
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_wget
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_wifidog
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_wiviz
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_wknock
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_wol
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_wput
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_wrt-radauth
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_wshaper
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_xinetd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_xl2tpd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_xsupplicant
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-net_yafc
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-sound_alsa
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-sound_empcd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-sound_flite
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-sound_lame
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-sound_madplay
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-sound_mpc
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-sound_mpd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-sound_mt-daapd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-sound_pulseaudio
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-sound_scmpc
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-sound_shell-fm
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-sound_sox
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-sound_streamripper
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_alsa-utils
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_anyremote
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_at
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_avrdude
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_avrusbboot
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_bandwidthd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_bash
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_bc
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_bemused
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_bluez-hcidump
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_bluez-utils
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_bzip2
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_cdparanoia
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_cifsmount
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_cmdpad
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_collectd
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_coreutils
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_crypto-tools
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_dbus
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_deco
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_devio
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_dfu-util
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_dialog
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_digitemp
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_dir300-flash
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_dmidecode
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_dosfstools
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_dt
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_dtach
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_empty
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_event_test
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_firmwarehotplug
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_fortune-mod
SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_foxboard-utils
```

```
19785    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_gadgetfs-test
19786    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_gnokii
19787    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_gnupg
19788    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_gzip
19789    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_haserl
19790    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_hd-idle
19791    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_hdparm
19792    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_heyu
19793    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_hplip
19794    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_huaweiaktbbo
19795    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_i2c-tools
19796    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_input-utils
19797    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_io
19798    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_ipmitool
19799    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_joe
19800    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_lcd4linux
19801    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_lilo
19802    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_lirc
19803    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_lm-sensors
19804    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_logrotate
19805    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_loop-aes
19806    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_lrzsz
19807    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_lsof
19808    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_macchanger
19809    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_mc
19810    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_mdadm
19811    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_memtester
19812    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_mg
19813    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_mgetty
19814    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_microcom
19815    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_minicom
19816    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_mksh
19817    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_nano
19818    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_ntfs-3g
19819    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_oprofile
19820    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_owfs
19821    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_pciutils
19822    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_pcmciautils
19823    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_petitboot
19824    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_picocom
19825    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_pipacs
19826    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_pps-tools
19827    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_procps
19828    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_psplash
19829    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_pv
19830    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_pwgen
19831    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_rcs
19832    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_rdiff-backup
19833    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_reiserfsprogs
19834    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_rrdcollect
19835    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_rrdtool
19836    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_sane-backends
19837    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_scponly
19838    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_screen
19839    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_sdparm
19840    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_setpwc
19841    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_setserial
19842    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_sierra-pcmcia
19843    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_sispmctl
19844    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_smartmontools
19845    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_ssldump
19846    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_strace
19847    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_stress
19848    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_sysfsutils
19849    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_sysstat
19850    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_tar
19851    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_testusb
19852    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_unzip
```

```
19854    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_usbutils
19855    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_valgrind
19856    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_vim
19857    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_wx200d
19858    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_zile
19859    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-utils_zip
19860    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_app_eterm
19861    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_app_xcalc
19862    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_app_xclipboard
19863    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_app_xdm
19864    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_app_xeyes
19865    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_app_xine-ui
19866    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_app_xinit
19867    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_app_xmessage
19868    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_app_xterm-233
19869    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_driver_xf86-input-tslib
19870    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_driver_xf86-video-glamo
19871    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_font_dejavu-fonts-ttf
19872    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_font_liberation-fonts-ttf
19873    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_lib_atk
19874    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_lib_cairo
19875    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_lib_gtk1
19876    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_lib_gtk2
19877    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_lib_hippo-canvas
19878    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_lib_imlib2
19879    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_lib_libast
19880    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_lib_libdrm
19881    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_lib_libmatchbox
19882    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_lib_librsvg
19883    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_lib_libxcb
19884    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_lib_mesa
19885    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_lib_pango
19886    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_lib_pixman
19887    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_lib_tslib
19888    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_lib_vte
19889    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_lib_xcbproto
19890    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_lib_xine-lib
19891    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_wm_fluxbox
19892    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_wm_matchbox-window-manage
         r
19893    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_app_font-util
19894    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_app_fontconfig
19895    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_app_iceauth
19896    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_app_smproxy
19897    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_app_x11perf
19898    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_app_xauth
19899    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_app_xrandr
19900    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_app_xrdb
19901    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_app_xset
19902    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_app_xsetroot
19903    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_app_xwd
19904    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_data_xbitmaps
19905    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_driver_xf86-input-ev
         dev
19906    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_driver_xf86-input-ke
         yboard
19907    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_driver_xf86-input-mo
         use
19908    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_driver_xf86-video-at
         i
19909    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_driver_xf86-video-fb
         dev
19910    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_driver_xf86-video-ge
         ode
19911    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_driver_xf86-video-in
         tel
19912    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_driver_xf86-video-nv
19913    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_driver_xf86-video-ve
```

```
19915    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_font_encodings
19916    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_font_font-alias
19917    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_font_font-bh-75dpi
19918    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_font_font-cursor-mis
         c
19919    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_font_font-daewoo-mis
         c
19920    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_font_font-dec-misc
19921    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_font_font-ibm-type1
19922    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_font_font-isas-misc
19923    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_font_font-jis-misc
19924    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_font_font-micro-misc
19925    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_font_font-misc-cyril
         lic
19926    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_font_font-misc-misc
19927    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_font_font-xfree86-ty
         pe1
19928    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_lib_libfontenc
19929    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_lib_libICE
19930    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_lib_libpciaccess
19931    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_lib_libSM
19932    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_lib_libX11
19933    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_lib_libXau
19934    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_lib_libXaw
19935    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_lib_libXcomposite
19936    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_lib_libXcursor
19937    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_lib_libXdamage
19938    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_lib_libXdmcp
19939    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_lib_libXext
19940    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_lib_libXfixes
19941    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_lib_libXfont
19942    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_lib_libXft
19943    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_lib_libXi
19944    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_lib_libxkbfile
19945    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_lib_libXmu
19946    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_lib_libXpm
19947    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_lib_libXrandr
19948    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_lib_libXrender
19949    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_lib_libXt
19950    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_lib_libXtst
19951    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_lib_libXv
19952    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_lib_libXvMC
19953    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_lib_libXxf86misc
19954    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_lib_libXxf86vm
19955    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_lib_xtrans
19956    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_applewmproto
19957    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_bigreqsproto
19958    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_calibrateproto
19959    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_compositeproto
19960    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_damageproto
19961    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_dmxproto
19962    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_evieext
19963    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_fixesproto
19964    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_fontcacheproto
19965    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_fontsproto
19966    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_glproto
19967    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_inputproto
19968    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_kbproto
19969    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_printproto
19970    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_randrproto
19971    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_recordproto
19972    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_renderproto
19973    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_resourceproto
19974    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_scrnsaverproto
19975    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_trapproto
19976    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_videoproto
19977    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_windowswmproto
19978    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_xcmiscproto
```

```
19979    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_xf86bigfontproto
19980    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_xf86bigfontpro
         to
19981    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_xf86dgaproto
19982    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_xf86driproto
19983    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_xf86miscproto
19984    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_xf86rushproto
19985    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_xf86vidmodepro
         to
19986    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_xineramaproto
19987    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_proto_xproto
19988    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xorg_util_util-macros
19989    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xserver_xorg-kdrive
19990    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xserver_xorg-server
19991    SDK.UBNT.v5.3\openwrt\feeds\packages.tmp\info\.packageinfo-Xorg_xserver_xglamo
19992    SDK.UBNT.v5.3\openwrt\include\autotools.mk
19993    SDK.UBNT.v5.3\openwrt\include\debug.mk
19994    SDK.UBNT.v5.3\openwrt\include\depends.mk
19995    SDK.UBNT.v5.3\openwrt\include\download.mk
19996    SDK.UBNT.v5.3\openwrt\include\host-build.mk
19997    SDK.UBNT.v5.3\openwrt\include\host.mk
19998    SDK.UBNT.v5.3\openwrt\include\image.mk
19999    SDK.UBNT.v5.3\openwrt\include\kernel-build.mk
20000    SDK.UBNT.v5.3\openwrt\include\kernel-defaults.mk
20001    SDK.UBNT.v5.3\openwrt\include\kernel-version.mk
20002    SDK.UBNT.v5.3\openwrt\include\kernel.mk
20003    SDK.UBNT.v5.3\openwrt\include\netfilter.mk
20004    SDK.UBNT.v5.3\openwrt\include\package-bin.mk
20005    SDK.UBNT.v5.3\openwrt\include\package-defaults.mk
20006    SDK.UBNT.v5.3\openwrt\include\package-dumpinfo.mk
20007    SDK.UBNT.v5.3\openwrt\include\package-ipkg.mk
20008    SDK.UBNT.v5.3\openwrt\include\package-version-override.mk
20009    SDK.UBNT.v5.3\openwrt\include\package.mk
20010    SDK.UBNT.v5.3\openwrt\include\prereq-build.mk
20011    SDK.UBNT.v5.3\openwrt\include\prereq.mk
20012    SDK.UBNT.v5.3\openwrt\include\quilt.mk
20013    SDK.UBNT.v5.3\openwrt\include\scan.mk
20014    SDK.UBNT.v5.3\openwrt\include\shell.sh
20015    SDK.UBNT.v5.3\openwrt\include\site
20016    SDK.UBNT.v5.3\openwrt\include\subdir.mk
20017    SDK.UBNT.v5.3\openwrt\include\target.mk
20018    SDK.UBNT.v5.3\openwrt\include\toplevel.mk
20019    SDK.UBNT.v5.3\openwrt\include\unpack.mk
20020    SDK.UBNT.v5.3\openwrt\include\verbose.mk
20021    SDK.UBNT.v5.3\openwrt\include\site\arm-linux
20022    SDK.UBNT.v5.3\openwrt\include\site\arm-linux-uclibc
20023    SDK.UBNT.v5.3\openwrt\include\site\armeb-linux
20024    SDK.UBNT.v5.3\openwrt\include\site\armeb-linux-uclibc
20025    SDK.UBNT.v5.3\openwrt\include\site\avr32-linux
20026    SDK.UBNT.v5.3\openwrt\include\site\avr32-linux-uclibc
20027    SDK.UBNT.v5.3\openwrt\include\site\cris-linux
20028    SDK.UBNT.v5.3\openwrt\include\site\cris-linux-uclibc
20029    SDK.UBNT.v5.3\openwrt\include\site\i386-linux
20030    SDK.UBNT.v5.3\openwrt\include\site\i386-linux-uclibc
20031    SDK.UBNT.v5.3\openwrt\include\site\i686-linux
20032    SDK.UBNT.v5.3\openwrt\include\site\i686-linux-uclibc
20033    SDK.UBNT.v5.3\openwrt\include\site\linux-uclibc
20034    SDK.UBNT.v5.3\openwrt\include\site\mips-linux
20035    SDK.UBNT.v5.3\openwrt\include\site\mips-linux-uclibc
20036    SDK.UBNT.v5.3\openwrt\include\site\mipsel-linux
20037    SDK.UBNT.v5.3\openwrt\include\site\mipsel-linux-uclibc
20038    SDK.UBNT.v5.3\openwrt\include\site\mipsel-linux2.4-uclibc
20039    SDK.UBNT.v5.3\openwrt\include\site\powerpc-linux
20040    SDK.UBNT.v5.3\openwrt\include\site\powerpc-linux-uclibc
20041    SDK.UBNT.v5.3\openwrt\include\site\x86_64-linux
20042    SDK.UBNT.v5.3\openwrt\include\site\x86_64-linux-uclibc
20043    SDK.UBNT.v5.3\openwrt\package\acx
20044    SDK.UBNT.v5.3\openwrt\package\acx-mac80211
20045    SDK.UBNT.v5.3\openwrt\package\admswconfig
```

```
20046   SDK.UBNT.v5.3\openwrt\package\arptables
20047   SDK.UBNT.v5.3\openwrt\package\arptables
20048   SDK.UBNT.v5.3\openwrt\package\b43
20049   SDK.UBNT.v5.3\openwrt\package\base-files
20050   SDK.UBNT.v5.3\openwrt\package\br2684ctl
20051   SDK.UBNT.v5.3\openwrt\package\bridge-utils
20052   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx
20053   SDK.UBNT.v5.3\openwrt\package\broadcom-diag
20054   SDK.UBNT.v5.3\openwrt\package\broadcom-mmc
20055   SDK.UBNT.v5.3\openwrt\package\broadcom-wl
20056   SDK.UBNT.v5.3\openwrt\package\busybox
20057   SDK.UBNT.v5.3\openwrt\package\button-hotplug
20058   SDK.UBNT.v5.3\openwrt\package\comgt
20059   SDK.UBNT.v5.3\openwrt\package\dnsmasq
20060   SDK.UBNT.v5.3\openwrt\package\dropbear
20061   SDK.UBNT.v5.3\openwrt\package\e2fsprogs
20062   SDK.UBNT.v5.3\openwrt\package\ebtables
20063   SDK.UBNT.v5.3\openwrt\package\fconfig
20064   SDK.UBNT.v5.3\openwrt\package\feeds
20065   SDK.UBNT.v5.3\openwrt\package\firewall
20066   SDK.UBNT.v5.3\openwrt\package\fuse
20067   SDK.UBNT.v5.3\openwrt\package\gdb
20068   SDK.UBNT.v5.3\openwrt\package\gdbserver
20069   SDK.UBNT.v5.3\openwrt\package\gpioctl
20070   SDK.UBNT.v5.3\openwrt\package\grub
20071   SDK.UBNT.v5.3\openwrt\package\hostap-driver
20072   SDK.UBNT.v5.3\openwrt\package\hostap-utils
20073   SDK.UBNT.v5.3\openwrt\package\hostapd
20074   SDK.UBNT.v5.3\openwrt\package\hotplug2
20075   SDK.UBNT.v5.3\openwrt\package\i2c-gpio-custom
20076   SDK.UBNT.v5.3\openwrt\package\ifenslave
20077   SDK.UBNT.v5.3\openwrt\package\iproute2
20078   SDK.UBNT.v5.3\openwrt\package\ipset
20079   SDK.UBNT.v5.3\openwrt\package\iptables
20080   SDK.UBNT.v5.3\openwrt\package\iw
20081   SDK.UBNT.v5.3\openwrt\package\ixp4xx-microcode
20082   SDK.UBNT.v5.3\openwrt\package\kernel
20083   SDK.UBNT.v5.3\openwrt\package\kexec-tools
20084   SDK.UBNT.v5.3\openwrt\package\libabz
20085   SDK.UBNT.v5.3\openwrt\package\libber
20086   SDK.UBNT.v5.3\openwrt\package\libdebug
20087   SDK.UBNT.v5.3\openwrt\package\libevent
20088   SDK.UBNT.v5.3\openwrt\package\libipfix
20089   SDK.UBNT.v5.3\openwrt\package\libnl
20090   SDK.UBNT.v5.3\openwrt\package\libnl-tiny
20091   SDK.UBNT.v5.3\openwrt\package\libpcap
20092   SDK.UBNT.v5.3\openwrt\package\libreadline
20093   SDK.UBNT.v5.3\openwrt\package\libtdb
20094   SDK.UBNT.v5.3\openwrt\package\libtool
20095   SDK.UBNT.v5.3\openwrt\package\lighttpd
20096   SDK.UBNT.v5.3\openwrt\package\linux-atm
20097   SDK.UBNT.v5.3\openwrt\package\lua
20098   SDK.UBNT.v5.3\openwrt\package\mac80211
20099   SDK.UBNT.v5.3\openwrt\package\madwifi
20100   SDK.UBNT.v5.3\openwrt\package\Makefile
20101   SDK.UBNT.v5.3\openwrt\package\matrixssl
20102   SDK.UBNT.v5.3\openwrt\package\mmc_over_gpio
20103   SDK.UBNT.v5.3\openwrt\package\mtd
20104   SDK.UBNT.v5.3\openwrt\package\ncurses
20105   SDK.UBNT.v5.3\openwrt\package\nozomi
20106   SDK.UBNT.v5.3\openwrt\package\nvram
20107   SDK.UBNT.v5.3\openwrt\package\nvram-brcm47xx
20108   SDK.UBNT.v5.3\openwrt\package\ocf-crypto-headers
20109   SDK.UBNT.v5.3\openwrt\package\openssl
20110   SDK.UBNT.v5.3\openwrt\package\opkg
20111   SDK.UBNT.v5.3\openwrt\package\pcmcia-cs
20112   SDK.UBNT.v5.3\openwrt\package\php2
20113   SDK.UBNT.v5.3\openwrt\package\ppp
20114   SDK.UBNT.v5.3\openwrt\package\pptp
```

```
20115    SDK.UBNT.v5.3\openwrt\package\robocfg
20116    SDK.UBNT.v5.3\openwrt\package\robocfg
20117    SDK.UBNT.v5.3\openwrt\package\rt2570
20118    SDK.UBNT.v5.3\openwrt\package\siit
20119    SDK.UBNT.v5.3\openwrt\package\spi-ks8995
20120    SDK.UBNT.v5.3\openwrt\package\swconfig
20121    SDK.UBNT.v5.3\openwrt\package\switch
20122    SDK.UBNT.v5.3\openwrt\package\tinysnmp
20123    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files
20124    SDK.UBNT.v5.3\openwrt\package\ubnt-web
20125    SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips
20126    SDK.UBNT.v5.3\openwrt\package\ubsec_ssb
20127    SDK.UBNT.v5.3\openwrt\package\uci
20128    SDK.UBNT.v5.3\openwrt\package\udev
20129    SDK.UBNT.v5.3\openwrt\package\usb-modeswitch
20130    SDK.UBNT.v5.3\openwrt\package\usb-modeswitch-data
20131    SDK.UBNT.v5.3\openwrt\package\util-linux-ng
20132    SDK.UBNT.v5.3\openwrt\package\w1-gpio-custom
20133    SDK.UBNT.v5.3\openwrt\package\wireless-tools
20134    SDK.UBNT.v5.3\openwrt\package\wpa_supplicant
20135    SDK.UBNT.v5.3\openwrt\package\wprobe
20136    SDK.UBNT.v5.3\openwrt\package\wrt55agv2-spidevs
20137    SDK.UBNT.v5.3\openwrt\package\yamonenv
20138    SDK.UBNT.v5.3\openwrt\package\zlib
20139    SDK.UBNT.v5.3\openwrt\package\acx\files
20140    SDK.UBNT.v5.3\openwrt\package\acx\Makefile
20141    SDK.UBNT.v5.3\openwrt\package\acx\patches
20142    SDK.UBNT.v5.3\openwrt\package\acx\files\lib
20143    SDK.UBNT.v5.3\openwrt\package\acx\files\lib\wifi
20144    SDK.UBNT.v5.3\openwrt\package\acx\files\lib\wifi\acx.sh
20145    SDK.UBNT.v5.3\openwrt\package\acx\patches\002-disable-usb.diff
20146    SDK.UBNT.v5.3\openwrt\package\acx\patches\003-encrypt-broadcast-traffic.diff
20147    SDK.UBNT.v5.3\openwrt\package\acx-mac80211\patches
20148    SDK.UBNT.v5.3\openwrt\package\admswconfig\files
20149    SDK.UBNT.v5.3\openwrt\package\admswconfig\Makefile
20150    SDK.UBNT.v5.3\openwrt\package\admswconfig\patches
20151    SDK.UBNT.v5.3\openwrt\package\admswconfig\files\admswconfig
20152    SDK.UBNT.v5.3\openwrt\package\admswconfig\files\admswswitch.sh
20153    SDK.UBNT.v5.3\openwrt\package\admswconfig\patches\001-matrix.patch
20154    SDK.UBNT.v5.3\openwrt\package\ar7-atm\Makefile
20155    SDK.UBNT.v5.3\openwrt\package\ar7-atm\patches
20156    SDK.UBNT.v5.3\openwrt\package\ar7-atm\patches\100-compile_fix.patch
20157    SDK.UBNT.v5.3\openwrt\package\ar7-atm\patches\110-interrupt_fix.patch
20158    SDK.UBNT.v5.3\openwrt\package\ar7-atm\patches\120-no_dumb_inline.patch
20159    SDK.UBNT.v5.3\openwrt\package\ar7-atm\patches\130-powercutback.patch
20160    SDK.UBNT.v5.3\openwrt\package\ar7-atm\patches\140-debug_mode.patch
20161    SDK.UBNT.v5.3\openwrt\package\ar7-atm\patches\150-tasklet_mode.patch
20162    SDK.UBNT.v5.3\openwrt\package\ar7-atm\patches\160-module-params.patch
20163    SDK.UBNT.v5.3\openwrt\package\arptables\Makefile
20164    SDK.UBNT.v5.3\openwrt\package\arptables\patches
20165    SDK.UBNT.v5.3\openwrt\package\b43\patches
20166    SDK.UBNT.v5.3\openwrt\package\b43\src
20167    SDK.UBNT.v5.3\openwrt\package\base-files\files
20168    SDK.UBNT.v5.3\openwrt\package\base-files\Makefile
20169    SDK.UBNT.v5.3\openwrt\package\base-files\files\bin
20170    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc
20171    SDK.UBNT.v5.3\openwrt\package\base-files\files\lib
20172    SDK.UBNT.v5.3\openwrt\package\base-files\files\rom
20173    SDK.UBNT.v5.3\openwrt\package\base-files\files\sbin
20174    SDK.UBNT.v5.3\openwrt\package\base-files\files\usr
20175    SDK.UBNT.v5.3\openwrt\package\base-files\files\bin\firstboot
20176    SDK.UBNT.v5.3\openwrt\package\base-files\files\bin\ipcalc.sh
20177    SDK.UBNT.v5.3\openwrt\package\base-files\files\bin\login
20178    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\banner
20179    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\config
20180    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\diag.sh
20181    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\functions.sh
20182    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\group
20183    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\hosts
```

```
20184    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\hotplug2-common.rules
20185    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\hotplug2-common.rules
20186    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\hotplug2-init.rules
20187    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\init.d
20188    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\inittab
20189    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\openwrt_version
20190    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\passwd
20191    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\preinit
20192    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\profile
20193    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\protocols
20194    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\rc.common
20195    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\rc.d
20196    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\rc.local
20197    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\shells
20198    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\sysctl.conf
20199    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\config\fstab
20200    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\config\network
20201    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\config\system
20202    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\hotplug.d\iface
20203    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\hotplug.d\net
20204    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\hotplug.d\usb
20205    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\hotplug.d\iface\00-netstate
20206    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\hotplug.d\iface\10-routes
20207    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\hotplug.d\net\10-net
20208    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\hotplug.d\usb\10-usb-storage
20209    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\init.d\boot
20210    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\init.d\done
20211    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\init.d\fstab
20212    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\init.d\led
20213    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\init.d\network
20214    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\init.d\rcS
20215    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\init.d\sysctl
20216    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\init.d\umount
20217    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\init.d\usb
20218    SDK.UBNT.v5.3\openwrt\package\base-files\files\etc\init.d\watchdog
20219    SDK.UBNT.v5.3\openwrt\package\base-files\files\lib\config
20220    SDK.UBNT.v5.3\openwrt\package\base-files\files\lib\network
20221    SDK.UBNT.v5.3\openwrt\package\base-files\files\lib\upgrade
20222    SDK.UBNT.v5.3\openwrt\package\base-files\files\lib\config\parse_spec.awk
20223    SDK.UBNT.v5.3\openwrt\package\base-files\files\lib\config\specs
20224    SDK.UBNT.v5.3\openwrt\package\base-files\files\lib\config\template.awk
20225    SDK.UBNT.v5.3\openwrt\package\base-files\files\lib\config\validate.sh
20226    SDK.UBNT.v5.3\openwrt\package\base-files\files\lib\config\validate_config.awk
20227    SDK.UBNT.v5.3\openwrt\package\base-files\files\lib\config\validate_spec.awk
20228    SDK.UBNT.v5.3\openwrt\package\base-files\files\lib\config\specs\network.spec
20229    SDK.UBNT.v5.3\openwrt\package\base-files\files\lib\network\config.sh
20230    SDK.UBNT.v5.3\openwrt\package\base-files\files\lib\upgrade\common.sh
20231    SDK.UBNT.v5.3\openwrt\package\base-files\files\rom\note
20232    SDK.UBNT.v5.3\openwrt\package\base-files\files\sbin\hotplug-call
20233    SDK.UBNT.v5.3\openwrt\package\base-files\files\sbin\ifdown
20234    SDK.UBNT.v5.3\openwrt\package\base-files\files\sbin\ifup
20235    SDK.UBNT.v5.3\openwrt\package\base-files\files\sbin\led.sh
20236    SDK.UBNT.v5.3\openwrt\package\base-files\files\sbin\mount_root
20237    SDK.UBNT.v5.3\openwrt\package\base-files\files\sbin\sysupgrade
20238    SDK.UBNT.v5.3\openwrt\package\base-files\files\sbin\usb-storage
20239    SDK.UBNT.v5.3\openwrt\package\base-files\files\sbin\wifi
20240    SDK.UBNT.v5.3\openwrt\package\base-files\files\usr\lib
20241    SDK.UBNT.v5.3\openwrt\package\base-files\files\usr\share
20242    SDK.UBNT.v5.3\openwrt\package\base-files\files\usr\lib\common.awk
20243    SDK.UBNT.v5.3\openwrt\package\base-files\files\usr\share\udhcpc
20244    SDK.UBNT.v5.3\openwrt\package\base-files\files\usr\share\udhcpc\default.script
20245    SDK.UBNT.v5.3\openwrt\package\br2684ctl\files
20246    SDK.UBNT.v5.3\openwrt\package\br2684ctl\Makefile
20247    SDK.UBNT.v5.3\openwrt\package\br2684ctl\patches
20248    SDK.UBNT.v5.3\openwrt\package\br2684ctl\files\br2684ctl
20249    SDK.UBNT.v5.3\openwrt\package\br2684ctl\patches\100-debian.patch
20250    SDK.UBNT.v5.3\openwrt\package\br2684ctl\patches\101-routed_support.patch
20251    SDK.UBNT.v5.3\openwrt\package\bridge-utils\Makefile
20252    SDK.UBNT.v5.3\openwrt\package\bridge-utils\patches
```

```
20253   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src\Makefile
20254   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\Makefile
20255   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src
20256   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src\5701rls.c
20257   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src\5701rls.h
20258   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src\autoneg.c
20259   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src\autoneg.h
20260   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src\b57um.c
20261   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src\bcmendian.h
20262   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src\bcmparams.h
20263   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src\bcmrobo.c
20264   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src\bcmrobo.h
20265   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src\bits.h
20266   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src\fw_lso05.h
20267   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src\fw_stkoffld.h
20268   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src\hndgige.c
20269   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src\hndgige.h
20270   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src\lm.h
20271   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src\Makefile
20272   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src\mm.h
20273   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src\proto
20274   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src\queue.h
20275   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src\robo_register.c
20276   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src\sbgige.h
20277   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src\tcp_seg.c
20278   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src\tigon3.c
20279   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src\tigon3.h
20280   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src\proto\bcmip.h
20281   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src\proto\bcmtcp.h
20282   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src\proto\ethernet.h
20283   SDK.UBNT.v5.3\openwrt\package\broadcom-57xx\src\proto\vlan.h
20284   SDK.UBNT.v5.3\openwrt\package\broadcom-diag\Makefile
20285   SDK.UBNT.v5.3\openwrt\package\broadcom-diag\src
20286   SDK.UBNT.v5.3\openwrt\package\broadcom-diag\src\diag.c
20287   SDK.UBNT.v5.3\openwrt\package\broadcom-diag\src\diag.h
20288   SDK.UBNT.v5.3\openwrt\package\broadcom-diag\src\gpio.h
20289   SDK.UBNT.v5.3\openwrt\package\broadcom-diag\src\Makefile
20290   SDK.UBNT.v5.3\openwrt\package\broadcom-mmc\Makefile
20291   SDK.UBNT.v5.3\openwrt\package\broadcom-mmc\src
20292   SDK.UBNT.v5.3\openwrt\package\broadcom-mmc\src\Makefile
20293   SDK.UBNT.v5.3\openwrt\package\broadcom-mmc\src\mmc.c
20294   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\files
20295   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\Makefile
20296   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\patches
20297   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src
20298   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\files\etc
20299   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\files\lib
20300   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\files\etc\hotplug.d
20301   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\files\etc\hotplug.d\net
20302   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\files\etc\hotplug.d\net\20-broadcom_wds
20303   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\files\lib\wifi
20304   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\files\lib\wifi\broadcom.sh
20305   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\patches\100-timer_fix.patch
20306   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\driver
20307   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\include
20308   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\wlc
20309   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\wlcompat
20310   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\driver\bcmip.h
20311   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\driver\bcmutils.c
20312   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\driver\bcmutils.h
20313   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\driver\hnddma.c
20314   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\driver\hnddma.h
20315   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\driver\linux_osl.c
20316   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\driver\linux_osl.h
20317   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\driver\Makefile
20318   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\driver\proto
20319   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\driver\sbhnddma.h
20320   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\driver\proto\802.11.h
20321   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\driver\proto\802.11e.h
```

```
20322   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\driver\proto
20323   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\driver\proto\802.3.h
20324   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\driver\proto\bcmarp.h
20325   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\driver\proto\bcmdhcp.h
20326   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\driver\proto\bcmeth.h
20327   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\driver\proto\bcmevent.h
20328   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\driver\proto\bcmip.h
20329   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\driver\proto\bcmtcp.h
20330   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\driver\proto\bcmudp.h
20331   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\driver\proto\eap.h
20332   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\driver\proto\eapol.h
20333   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\driver\proto\ethernet.h
20334   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\driver\proto\vlan.h
20335   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\driver\proto\wpa.h
20336   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\include\bcmdefs.h
20337   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\include\bcmutils.h
20338   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\include\proto
20339   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\include\typedefs.h
20340   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\include\wlioctl.h
20341   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\include\wlutils.h
20342   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\include\proto\802.11.h
20343   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\include\proto\bcmeth.h
20344   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\include\proto\bcmevent.h
20345   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\include\proto\ethernet.h
20346   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\include\proto\wpa.h
20347   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\wlc\ioctl.c
20348   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\wlc\Makefile
20349   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\wlc\wlc.c
20350   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\wlcompat\Makefile
20351   SDK.UBNT.v5.3\openwrt\package\broadcom-wl\src\wlcompat\wlcompat.c
20352   SDK.UBNT.v5.3\openwrt\package\busybox\config
20353   SDK.UBNT.v5.3\openwrt\package\busybox\convert_menuconfig.pl
20354   SDK.UBNT.v5.3\openwrt\package\busybox\files
20355   SDK.UBNT.v5.3\openwrt\package\busybox\Makefile
20356   SDK.UBNT.v5.3\openwrt\package\busybox\patches
20357   SDK.UBNT.v5.3\openwrt\package\busybox\target-config.in
20358   SDK.UBNT.v5.3\openwrt\package\busybox\config\archival
20359   SDK.UBNT.v5.3\openwrt\package\busybox\config\Config.in
20360   SDK.UBNT.v5.3\openwrt\package\busybox\config\console-tools
20361   SDK.UBNT.v5.3\openwrt\package\busybox\config\coreutils
20362   SDK.UBNT.v5.3\openwrt\package\busybox\config\debianutils
20363   SDK.UBNT.v5.3\openwrt\package\busybox\config\e2fsprogs
20364   SDK.UBNT.v5.3\openwrt\package\busybox\config\editors
20365   SDK.UBNT.v5.3\openwrt\package\busybox\config\findutils
20366   SDK.UBNT.v5.3\openwrt\package\busybox\config\init
20367   SDK.UBNT.v5.3\openwrt\package\busybox\config\ipsvd
20368   SDK.UBNT.v5.3\openwrt\package\busybox\config\libbb
20369   SDK.UBNT.v5.3\openwrt\package\busybox\config\loginutils
20370   SDK.UBNT.v5.3\openwrt\package\busybox\config\miscutils
20371   SDK.UBNT.v5.3\openwrt\package\busybox\config\modutils
20372   SDK.UBNT.v5.3\openwrt\package\busybox\config\networking
20373   SDK.UBNT.v5.3\openwrt\package\busybox\config\printutils
20374   SDK.UBNT.v5.3\openwrt\package\busybox\config\procps
20375   SDK.UBNT.v5.3\openwrt\package\busybox\config\runit
20376   SDK.UBNT.v5.3\openwrt\package\busybox\config\selinux
20377   SDK.UBNT.v5.3\openwrt\package\busybox\config\shell
20378   SDK.UBNT.v5.3\openwrt\package\busybox\config\sysklogd
20379   SDK.UBNT.v5.3\openwrt\package\busybox\config\util-linux
20380   SDK.UBNT.v5.3\openwrt\package\busybox\config\archival\Config.in
20381   SDK.UBNT.v5.3\openwrt\package\busybox\config\console-tools\Config.in
20382   SDK.UBNT.v5.3\openwrt\package\busybox\config\coreutils\Config.in
20383   SDK.UBNT.v5.3\openwrt\package\busybox\config\debianutils\Config.in
20384   SDK.UBNT.v5.3\openwrt\package\busybox\config\e2fsprogs\Config.in
20385   SDK.UBNT.v5.3\openwrt\package\busybox\config\e2fsprogs\old_e2fsprogs
20386   SDK.UBNT.v5.3\openwrt\package\busybox\config\e2fsprogs\old_e2fsprogs\Config.in
20387   SDK.UBNT.v5.3\openwrt\package\busybox\config\editors\Config.in
20388   SDK.UBNT.v5.3\openwrt\package\busybox\config\findutils\Config.in
20389   SDK.UBNT.v5.3\openwrt\package\busybox\config\init\Config.in
20390   SDK.UBNT.v5.3\openwrt\package\busybox\config\ipsvd\Config.in
```

```
20391   SDK.UBNT.v5.3\openwrt\package\busybox\config\loginutils\Config.in
20392   SDK.UBNT.v5.3\openwrt\package\busybox\config\loginutils\Config.in
20393   SDK.UBNT.v5.3\openwrt\package\busybox\config\miscutils\Config.in
20394   SDK.UBNT.v5.3\openwrt\package\busybox\config\modutils\Config.in
20395   SDK.UBNT.v5.3\openwrt\package\busybox\config\networking\Config.in
20396   SDK.UBNT.v5.3\openwrt\package\busybox\config\networking\udhcp
20397   SDK.UBNT.v5.3\openwrt\package\busybox\config\networking\udhcp\Config.in
20398   SDK.UBNT.v5.3\openwrt\package\busybox\config\printutils\Config.in
20399   SDK.UBNT.v5.3\openwrt\package\busybox\config\procps\Config.in
20400   SDK.UBNT.v5.3\openwrt\package\busybox\config\runit\Config.in
20401   SDK.UBNT.v5.3\openwrt\package\busybox\config\selinux\Config.in
20402   SDK.UBNT.v5.3\openwrt\package\busybox\config\shell\Config.in
20403   SDK.UBNT.v5.3\openwrt\package\busybox\config\sysklogd\Config.in
20404   SDK.UBNT.v5.3\openwrt\package\busybox\config\util-linux\Config.in
20405   SDK.UBNT.v5.3\openwrt\package\busybox\files\cron
20406   SDK.UBNT.v5.3\openwrt\package\busybox\files\httpd
20407   SDK.UBNT.v5.3\openwrt\package\busybox\files\telnet
20408   SDK.UBNT.v5.3\openwrt\package\busybox\patches\000-autoconf.patch
20409   SDK.UBNT.v5.3\openwrt\package\busybox\patches\001-init_avoid_loop_opening_tty.patch
20410   SDK.UBNT.v5.3\openwrt\package\busybox\patches\002-darwin_compile_fix.patch
20411   SDK.UBNT.v5.3\openwrt\package\busybox\patches\100-init-syslog.patch
20412   SDK.UBNT.v5.3\openwrt\package\busybox\patches\110-wget_getopt_fix.patch
20413   SDK.UBNT.v5.3\openwrt\package\busybox\patches\140-trylink_bash.patch
20414   SDK.UBNT.v5.3\openwrt\package\busybox\patches\200-etc_crontabs.patch
20415   SDK.UBNT.v5.3\openwrt\package\busybox\patches\240-udhcpc_retries.patch
20416   SDK.UBNT.v5.3\openwrt\package\busybox\patches\241-udhcpc-oversized_packets.patch
20417   SDK.UBNT.v5.3\openwrt\package\busybox\patches\242-udhcpc_msgs.patch
20418   SDK.UBNT.v5.3\openwrt\package\busybox\patches\243-udhcpc_changed_ifindex.patch
20419   SDK.UBNT.v5.3\openwrt\package\busybox\patches\250-ash_export-n.patch
20420   SDK.UBNT.v5.3\openwrt\package\busybox\patches\300-netmsg.patch
20421   SDK.UBNT.v5.3\openwrt\package\busybox\patches\310-passwd_access.patch
20422   SDK.UBNT.v5.3\openwrt\package\busybox\patches\340-lock_util.patch
20423   SDK.UBNT.v5.3\openwrt\package\busybox\patches\350-httpd_redir.patch
20424   SDK.UBNT.v5.3\openwrt\package\busybox\patches\410-httpd_cgi_headers.patch
20425   SDK.UBNT.v5.3\openwrt\package\busybox\patches\430-uniq_memleak.patch
20426   SDK.UBNT.v5.3\openwrt\package\busybox\patches\440-httpd_chdir.patch
20427   SDK.UBNT.v5.3\openwrt\package\busybox\patches\450-httpd_accept_header.patch
20428   SDK.UBNT.v5.3\openwrt\package\busybox\patches\460-truncated_ping_results.patch
20429   SDK.UBNT.v5.3\openwrt\package\busybox\patches\470-insmod_search.patch
20430   SDK.UBNT.v5.3\openwrt\package\busybox\patches\480-vi_search.patch
20431   SDK.UBNT.v5.3\openwrt\package\busybox\patches\500-ping6_crash.patch
20432   SDK.UBNT.v5.3\openwrt\package\busybox\patches\510-awk_include.patch
20433   SDK.UBNT.v5.3\openwrt\package\busybox\patches\524-udhcpc_renew.patch
20434   SDK.UBNT.v5.3\openwrt\package\busybox\patches\530-unsigned_bitwise_ops.patch
20435   SDK.UBNT.v5.3\openwrt\package\busybox\patches\780-garp.patch
20436   SDK.UBNT.v5.3\openwrt\package\busybox\patches\785-pwdog.patch
20437   SDK.UBNT.v5.3\openwrt\package\busybox\patches\790-brctl-showmacs.patch
20438   SDK.UBNT.v5.3\openwrt\package\busybox\patches\810-lsmod-infinite-loop.patch
20439   SDK.UBNT.v5.3\openwrt\package\busybox\patches\901-kbdmode.patch
20440   SDK.UBNT.v5.3\openwrt\package\busybox\patches\902-crontab_vi.patch
20441   SDK.UBNT.v5.3\openwrt\package\busybox\patches\903-lineedit.patch
20442   SDK.UBNT.v5.3\openwrt\package\busybox\patches\904-ssd.patch
20443   SDK.UBNT.v5.3\openwrt\package\busybox\patches\986-applet_links_fix.patch
20444   SDK.UBNT.v5.3\openwrt\package\busybox\patches\990-ash-bug-189.patch
20445   SDK.UBNT.v5.3\openwrt\package\button-hotplug\Makefile
20446   SDK.UBNT.v5.3\openwrt\package\button-hotplug\src
20447   SDK.UBNT.v5.3\openwrt\package\button-hotplug\src\button-hotplug.c
20448   SDK.UBNT.v5.3\openwrt\package\button-hotplug\src\Kconfig
20449   SDK.UBNT.v5.3\openwrt\package\button-hotplug\src\Makefile
20450   SDK.UBNT.v5.3\openwrt\package\comgt\files
20451   SDK.UBNT.v5.3\openwrt\package\comgt\Makefile
20452   SDK.UBNT.v5.3\openwrt\package\comgt\patches
20453   SDK.UBNT.v5.3\openwrt\package\comgt\files\3g.button
20454   SDK.UBNT.v5.3\openwrt\package\comgt\files\3g.chat
20455   SDK.UBNT.v5.3\openwrt\package\comgt\files\3g.connect
20456   SDK.UBNT.v5.3\openwrt\package\comgt\files\3g.iface
20457   SDK.UBNT.v5.3\openwrt\package\comgt\files\3g.sh
20458   SDK.UBNT.v5.3\openwrt\package\comgt\files\checksim.gcom
20459   SDK.UBNT.v5.3\openwrt\package\comgt\files\evdo.chat
```

```
20460    SDK.UBNT.v5.3\openwrt\package\comgt\files\getstrength.gcom
20461    SDK.UBNT.v5.3\openwrt\package\comgt\files\getstrength.gcom
20462    SDK.UBNT.v5.3\openwrt\package\comgt\files\setmode.gcom
20463    SDK.UBNT.v5.3\openwrt\package\comgt\files\setpin.gcom
20464    SDK.UBNT.v5.3\openwrt\package\comgt\patches\001-Makefile.patch
20465    SDK.UBNT.v5.3\openwrt\package\dnsmasq\files
20466    SDK.UBNT.v5.3\openwrt\package\dnsmasq\Makefile
20467    SDK.UBNT.v5.3\openwrt\package\dnsmasq\patches
20468    SDK.UBNT.v5.3\openwrt\package\dnsmasq\files\dhcp.conf
20469    SDK.UBNT.v5.3\openwrt\package\dnsmasq\files\dnsmasq.init
20470    SDK.UBNT.v5.3\openwrt\package\dnsmasq\patches\001-upstream-security.patch
20471    SDK.UBNT.v5.3\openwrt\package\dnsmasq\patches\101-ipv6.patch
20472    SDK.UBNT.v5.3\openwrt\package\dnsmasq\patches\102-rtnetlink.patch
20473    SDK.UBNT.v5.3\openwrt\package\dnsmasq\patches\103-ipv6_fix.patch
20474    SDK.UBNT.v5.3\openwrt\package\dnsmasq\patches\200-controll_dns_proxy.patch
20475    SDK.UBNT.v5.3\openwrt\package\dnsmasq\patches\500-ignore-user.patch
20476    SDK.UBNT.v5.3\openwrt\package\dropbear\files
20477    SDK.UBNT.v5.3\openwrt\package\dropbear\Makefile
20478    SDK.UBNT.v5.3\openwrt\package\dropbear\patches
20479    SDK.UBNT.v5.3\openwrt\package\dropbear\files\dropbear.config
20480    SDK.UBNT.v5.3\openwrt\package\dropbear\files\dropbear.init
20481    SDK.UBNT.v5.3\openwrt\package\dropbear\patches\100-pubkey_path.patch
20482    SDK.UBNT.v5.3\openwrt\package\dropbear\patches\110-change_user.patch
20483    SDK.UBNT.v5.3\openwrt\package\dropbear\patches\130-ssh_ignore_o_and_x_args.patch
20484    SDK.UBNT.v5.3\openwrt\package\dropbear\patches\150-dbconvert_standalone.patch
20485    SDK.UBNT.v5.3\openwrt\package\e2fsprogs\Makefile
20486    SDK.UBNT.v5.3\openwrt\package\e2fsprogs\patches
20487    SDK.UBNT.v5.3\openwrt\package\e2fsprogs\patches\001-fix_abs_shlibs_symlinks.patch
20488    SDK.UBNT.v5.3\openwrt\package\ebtables\Makefile
20489    SDK.UBNT.v5.3\openwrt\package\ebtables\patches
20490    SDK.UBNT.v5.3\openwrt\package\ebtables\patches\020-zero-mask-fix.patch
20491    SDK.UBNT.v5.3\openwrt\package\ebtables\patches\200-arpnat.patch
20492    SDK.UBNT.v5.3\openwrt\package\fconfig\Makefile
20493    SDK.UBNT.v5.3\openwrt\package\feeds\packages
20494    SDK.UBNT.v5.3\openwrt\package\feeds\packages\ethtool
20495    SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy
20496    SDK.UBNT.v5.3\openwrt\package\feeds\packages\iperf
20497    SDK.UBNT.v5.3\openwrt\package\feeds\packages\libusb
20498    SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient
20499    SDK.UBNT.v5.3\openwrt\package\feeds\packages\tcpdump
20500    SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++
20501    SDK.UBNT.v5.3\openwrt\package\feeds\packages\ethtool\.svn
20502    SDK.UBNT.v5.3\openwrt\package\feeds\packages\ethtool\Makefile
20503    SDK.UBNT.v5.3\openwrt\package\feeds\packages\ethtool\patches
20504    SDK.UBNT.v5.3\openwrt\package\feeds\packages\ethtool\.svn\entries
20505    SDK.UBNT.v5.3\openwrt\package\feeds\packages\ethtool\.svn\prop-base
20506    SDK.UBNT.v5.3\openwrt\package\feeds\packages\ethtool\.svn\props
20507    SDK.UBNT.v5.3\openwrt\package\feeds\packages\ethtool\.svn\text-base
20508    SDK.UBNT.v5.3\openwrt\package\feeds\packages\ethtool\.svn\tmp
20509    SDK.UBNT.v5.3\openwrt\package\feeds\packages\ethtool\.svn\prop-base\Makefile.svn-base
20510    SDK.UBNT.v5.3\openwrt\package\feeds\packages\ethtool\.svn\text-base\Makefile.svn-base
20511    SDK.UBNT.v5.3\openwrt\package\feeds\packages\ethtool\.svn\tmp\prop-base
20512    SDK.UBNT.v5.3\openwrt\package\feeds\packages\ethtool\.svn\tmp\props
20513    SDK.UBNT.v5.3\openwrt\package\feeds\packages\ethtool\.svn\tmp\text-base
20514    SDK.UBNT.v5.3\openwrt\package\feeds\packages\ethtool\patches\.svn
20515    SDK.UBNT.v5.3\openwrt\package\feeds\packages\ethtool\patches\01-ixp4xx_ethtool_autotools.
         patch
20516    SDK.UBNT.v5.3\openwrt\package\feeds\packages\ethtool\patches\.svn\entries
20517    SDK.UBNT.v5.3\openwrt\package\feeds\packages\ethtool\patches\.svn\prop-base
20518    SDK.UBNT.v5.3\openwrt\package\feeds\packages\ethtool\patches\.svn\props
20519    SDK.UBNT.v5.3\openwrt\package\feeds\packages\ethtool\patches\.svn\text-base
20520    SDK.UBNT.v5.3\openwrt\package\feeds\packages\ethtool\patches\.svn\tmp
20521    SDK.UBNT.v5.3\openwrt\package\feeds\packages\ethtool\patches\.svn\text-base\01-ixp4xx_eth
         tool_autotools.patch.svn-base
20522    SDK.UBNT.v5.3\openwrt\package\feeds\packages\ethtool\patches\.svn\tmp\prop-base
20523    SDK.UBNT.v5.3\openwrt\package\feeds\packages\ethtool\patches\.svn\tmp\props
20524    SDK.UBNT.v5.3\openwrt\package\feeds\packages\ethtool\patches\.svn\tmp\text-base
20525    SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\.svn
20526    SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\files
```

```
20527   SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\patches
20528   SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\.svn
20529   SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\.svn\entries
20530   SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\.svn\prop-base
20531   SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\.svn\props
20532   SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\.svn\text-base
20533   SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\.svn\tmp
20534   SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\.svn\prop-base\Makefile.svn-base
20535   SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\.svn\text-base\Makefile.svn-base
20536   SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\.svn\tmp\prop-base
20537   SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\.svn\tmp\props
20538   SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\.svn\tmp\text-base
20539   SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\files\.svn
20540   SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\files\igmpproxy.conf
20541   SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\files\.svn\entries
20542   SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\files\.svn\prop-base
20543   SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\files\.svn\props
20544   SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\files\.svn\text-base
20545   SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\files\.svn\tmp
20546   SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\files\.svn\prop-base\igmpproxy.con
        f.svn-base
20547   SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\files\.svn\text-base\igmpproxy.con
        f.svn-base
20548   SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\files\.svn\tmp\prop-base
20549   SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\files\.svn\tmp\props
20550   SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\files\.svn\tmp\text-base
20551   SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\patches\020-allow_all_altnet.patch
20552   SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\patches\030-default_cfg.patch
20553   SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\patches\050-ip_addr_multisubnet.pa
        tch
20554   SDK.UBNT.v5.3\openwrt\package\feeds\packages\igmpproxy\patches\060-loglevel_LOG_ERR.patch
20555   SDK.UBNT.v5.3\openwrt\package\feeds\packages\iperf\.svn
20556   SDK.UBNT.v5.3\openwrt\package\feeds\packages\iperf\Makefile
20557   SDK.UBNT.v5.3\openwrt\package\feeds\packages\iperf\patches
20558   SDK.UBNT.v5.3\openwrt\package\feeds\packages\iperf\.svn\entries
20559   SDK.UBNT.v5.3\openwrt\package\feeds\packages\iperf\.svn\prop-base
20560   SDK.UBNT.v5.3\openwrt\package\feeds\packages\iperf\.svn\props
20561   SDK.UBNT.v5.3\openwrt\package\feeds\packages\iperf\.svn\text-base
20562   SDK.UBNT.v5.3\openwrt\package\feeds\packages\iperf\.svn\tmp
20563   SDK.UBNT.v5.3\openwrt\package\feeds\packages\iperf\.svn\prop-base\Makefile.svn-base
20564   SDK.UBNT.v5.3\openwrt\package\feeds\packages\iperf\.svn\text-base\Makefile.svn-base
20565   SDK.UBNT.v5.3\openwrt\package\feeds\packages\iperf\.svn\tmp\prop-base
20566   SDK.UBNT.v5.3\openwrt\package\feeds\packages\iperf\.svn\tmp\props
20567   SDK.UBNT.v5.3\openwrt\package\feeds\packages\iperf\.svn\tmp\text-base
20568   SDK.UBNT.v5.3\openwrt\package\feeds\packages\iperf\patches\.svn
20569   SDK.UBNT.v5.3\openwrt\package\feeds\packages\iperf\patches\.svn\entries
20570   SDK.UBNT.v5.3\openwrt\package\feeds\packages\iperf\patches\.svn\prop-base
20571   SDK.UBNT.v5.3\openwrt\package\feeds\packages\iperf\patches\.svn\props
20572   SDK.UBNT.v5.3\openwrt\package\feeds\packages\iperf\patches\.svn\text-base
20573   SDK.UBNT.v5.3\openwrt\package\feeds\packages\iperf\patches\.svn\tmp
20574   SDK.UBNT.v5.3\openwrt\package\feeds\packages\iperf\patches\.svn\tmp\prop-base
20575   SDK.UBNT.v5.3\openwrt\package\feeds\packages\iperf\patches\.svn\tmp\props
20576   SDK.UBNT.v5.3\openwrt\package\feeds\packages\iperf\patches\.svn\tmp\text-base
20577   SDK.UBNT.v5.3\openwrt\package\feeds\packages\libusb\.svn
20578   SDK.UBNT.v5.3\openwrt\package\feeds\packages\libusb\Makefile
20579   SDK.UBNT.v5.3\openwrt\package\feeds\packages\libusb\patches
20580   SDK.UBNT.v5.3\openwrt\package\feeds\packages\libusb\.svn\entries
20581   SDK.UBNT.v5.3\openwrt\package\feeds\packages\libusb\.svn\prop-base
20582   SDK.UBNT.v5.3\openwrt\package\feeds\packages\libusb\.svn\props
20583   SDK.UBNT.v5.3\openwrt\package\feeds\packages\libusb\.svn\text-base
20584   SDK.UBNT.v5.3\openwrt\package\feeds\packages\libusb\.svn\tmp
20585   SDK.UBNT.v5.3\openwrt\package\feeds\packages\libusb\.svn\prop-base\Makefile.svn-base
20586   SDK.UBNT.v5.3\openwrt\package\feeds\packages\libusb\.svn\text-base\Makefile.svn-base
20587   SDK.UBNT.v5.3\openwrt\package\feeds\packages\libusb\.svn\tmp\prop-base
20588   SDK.UBNT.v5.3\openwrt\package\feeds\packages\libusb\.svn\tmp\props
20589   SDK.UBNT.v5.3\openwrt\package\feeds\packages\libusb\.svn\tmp\text-base
20590   SDK.UBNT.v5.3\openwrt\package\feeds\packages\libusb\patches\.svn
20591   SDK.UBNT.v5.3\openwrt\package\feeds\packages\libusb\patches\001-no_libusbpp.patch
20592   SDK.UBNT.v5.3\openwrt\package\feeds\packages\libusb\patches\.svn\entries
```

```
20593   SDK.UBNT.v5.3\openwrt\package\feeds\packages\libusb\patches\.svn\prop-base
20594   SDK.UBNT.v5.3\openwrt\package\feeds\packages\libusb\patches\.svn\props
20595   SDK.UBNT.v5.3\openwrt\package\feeds\packages\libusb\patches\.svn\text-base
20596   SDK.UBNT.v5.3\openwrt\package\feeds\packages\libusb\patches\.svn\tmp
20597   SDK.UBNT.v5.3\openwrt\package\feeds\packages\libusb\patches\.svn\prop-base\001-no_libusbp
        p.patch.svn-base
20598   SDK.UBNT.v5.3\openwrt\package\feeds\packages\libusb\patches\.svn\text-base\001-no_libusbp
        p.patch.svn-base
20599   SDK.UBNT.v5.3\openwrt\package\feeds\packages\libusb\patches\.svn\tmp\prop-base
20600   SDK.UBNT.v5.3\openwrt\package\feeds\packages\libusb\patches\.svn\tmp\props
20601   SDK.UBNT.v5.3\openwrt\package\feeds\packages\libusb\patches\.svn\tmp\text-base
20602   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\.svn
20603   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\files
20604   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\Makefile
20605   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\patches
20606   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\.svn\entries
20607   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\.svn\prop-base
20608   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\.svn\props
20609   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\.svn\text-base
20610   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\.svn\tmp
20611   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\.svn\prop-base\Makefile.svn-base
20612   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\.svn\text-base\Makefile.svn-base
20613   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\.svn\tmp\prop-base
20614   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\.svn\tmp\props
20615   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\.svn\tmp\text-base
20616   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\files\.svn
20617   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\files\ntpclient.config
20618   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\files\ntpclient.hotplug
20619   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\files\.svn\entries
20620   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\files\.svn\prop-base
20621   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\files\.svn\props
20622   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\files\.svn\text-base
20623   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\files\.svn\tmp
20624   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\files\.svn\prop-base\ntpclient.con
        fig.svn-base
20625   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\files\.svn\prop-base\ntpclient.hot
        plug.svn-base
20626   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\files\.svn\text-base\ntpclient.con
        fig.svn-base
20627   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\files\.svn\text-base\ntpclient.hot
        plug.svn-base
20628   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\files\.svn\tmp\prop-base
20629   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\files\.svn\tmp\props
20630   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\files\.svn\tmp\text-base
20631   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\patches\.svn
20632   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\patches\100-daemon.patch
20633   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\patches\200-noexit.patch
20634   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\patches\.svn\entries
20635   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\patches\.svn\prop-base
20636   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\patches\.svn\props
20637   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\patches\.svn\text-base
20638   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\patches\.svn\tmp
20639   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\patches\.svn\text-base\100-daemon.
        patch.svn-base
20640   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\patches\.svn\tmp\prop-base
20641   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\patches\.svn\tmp\props
20642   SDK.UBNT.v5.3\openwrt\package\feeds\packages\ntpclient\patches\.svn\tmp\text-base
20643   SDK.UBNT.v5.3\openwrt\package\feeds\packages\tcpdump\.svn
20644   SDK.UBNT.v5.3\openwrt\package\feeds\packages\tcpdump\Makefile
20645   SDK.UBNT.v5.3\openwrt\package\feeds\packages\tcpdump\patches
20646   SDK.UBNT.v5.3\openwrt\package\feeds\packages\tcpdump\.svn\entries
20647   SDK.UBNT.v5.3\openwrt\package\feeds\packages\tcpdump\.svn\prop-base
20648   SDK.UBNT.v5.3\openwrt\package\feeds\packages\tcpdump\.svn\props
20649   SDK.UBNT.v5.3\openwrt\package\feeds\packages\tcpdump\.svn\text-base
20650   SDK.UBNT.v5.3\openwrt\package\feeds\packages\tcpdump\.svn\tmp
20651   SDK.UBNT.v5.3\openwrt\package\feeds\packages\tcpdump\.svn\prop-base\Makefile.svn-base
20652   SDK.UBNT.v5.3\openwrt\package\feeds\packages\tcpdump\.svn\text-base\Makefile.svn-base
20653   SDK.UBNT.v5.3\openwrt\package\feeds\packages\tcpdump\.svn\tmp\prop-base
20654   SDK.UBNT.v5.3\openwrt\package\feeds\packages\tcpdump\.svn\tmp\props
```

```
20655   SDK.UBNT.v5.3\openwrt\package\feeds\packages\tcpdump\patches\.svn
20656   SDK.UBNT.v5.3\openwrt\package\feeds\packages\tcpdump\patches\.svn
20657   SDK.UBNT.v5.3\openwrt\package\feeds\packages\tcpdump\patches\001-remove_pcap_debug.patch
20658   SDK.UBNT.v5.3\openwrt\package\feeds\packages\tcpdump\patches\002-remove_static_libpcap_ch
        eck.patch
20659   SDK.UBNT.v5.3\openwrt\package\feeds\packages\tcpdump\patches\.svn\entries
20660   SDK.UBNT.v5.3\openwrt\package\feeds\packages\tcpdump\patches\.svn\prop-base
20661   SDK.UBNT.v5.3\openwrt\package\feeds\packages\tcpdump\patches\.svn\props
20662   SDK.UBNT.v5.3\openwrt\package\feeds\packages\tcpdump\patches\.svn\text-base
20663   SDK.UBNT.v5.3\openwrt\package\feeds\packages\tcpdump\patches\.svn\tmp
20664   SDK.UBNT.v5.3\openwrt\package\feeds\packages\tcpdump\patches\.svn\prop-base\001-remove_pc
        ap_debug.patch.svn-base
20665   SDK.UBNT.v5.3\openwrt\package\feeds\packages\tcpdump\patches\.svn\text-base\001-remove_pc
        ap_debug.patch.svn-base
20666   SDK.UBNT.v5.3\openwrt\package\feeds\packages\tcpdump\patches\.svn\text-base\002-remove_st
        atic_libpcap_check.patch.svn-base
20667   SDK.UBNT.v5.3\openwrt\package\feeds\packages\tcpdump\patches\.svn\tmp\prop-base
20668   SDK.UBNT.v5.3\openwrt\package\feeds\packages\tcpdump\patches\.svn\tmp\props
20669   SDK.UBNT.v5.3\openwrt\package\feeds\packages\tcpdump\patches\.svn\tmp\text-base
20670   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\.svn
20671   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\files
20672   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\Makefile
20673   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches
20674   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\.svn\entries
20675   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\.svn\prop-base
20676   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\.svn\props
20677   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\.svn\text-base
20678   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\.svn\tmp
20679   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\.svn\prop-base\Makefile.svn-base
20680   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\.svn\text-base\Makefile.svn-base
20681   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\.svn\tmp\prop-base
20682   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\.svn\tmp\props
20683   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\.svn\tmp\text-base
20684   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\files\.svn
20685   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\files\config.default
20686   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\files\.svn\entries
20687   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\files\.svn\prop-base
20688   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\files\.svn\props
20689   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\files\.svn\text-base
20690   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\files\.svn\tmp
20691   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\files\.svn\prop-base\config.default
        .svn-base
20692   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\files\.svn\text-base\config.default
        .svn-base
20693   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\files\.svn\tmp\prop-base
20694   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\files\.svn\tmp\props
20695   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\files\.svn\tmp\text-base
20696   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\.svn
20697   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\001-path_to_make.patch
20698   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\002-path_to_bash.patch
20699   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\003-cp_command.patch
20700   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\004-ccache_fixes.patch
20701   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\005-wrapper.patch
20702   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\006-eabi_fix.patch
20703   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\007-numeric_limits.patch
20704   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\008-integer_width.patch
20705   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\009-compile_fixes.patch
20706   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\.svn\entries
20707   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\.svn\prop-base
20708   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\.svn\props
20709   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\.svn\text-base
20710   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\.svn\tmp
20711   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\.svn\prop-base\001-path_to_
        make.patch.svn-base
20712   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\.svn\prop-base\002-path_to_
        bash.patch.svn-base
20713   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\.svn\prop-base\003-cp_comma
        nd.patch.svn-base
20714   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\.svn\text-base\001-path_to_
```

```
20715   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\.svn\text-base\002-path_to_
        bash.patch.svn-base
20716   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\.svn\text-base\003-cp_comma
        nd.patch.svn-base
20717   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\.svn\text-base\004-ccache_f
        ixes.patch.svn-base
20718   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\.svn\text-base\005-wrapper.
        patch.svn-base
20719   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\.svn\text-base\006-eabi_fix
        .patch.svn-base
20720   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\.svn\text-base\007-numeric_
        limits.patch.svn-base
20721   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\.svn\text-base\008-integer_
        width.patch.svn-base
20722   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\.svn\text-base\009-compile_
        fixes.patch.svn-base
20723   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\.svn\tmp\prop-base
20724   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\.svn\tmp\props
20725   SDK.UBNT.v5.3\openwrt\package\feeds\packages\uclibc++\patches\.svn\tmp\text-base
20726   SDK.UBNT.v5.3\openwrt\package\firewall\files
20727   SDK.UBNT.v5.3\openwrt\package\firewall\Makefile
20728   SDK.UBNT.v5.3\openwrt\package\firewall\files\20-firewall
20729   SDK.UBNT.v5.3\openwrt\package\firewall\files\firewall.config
20730   SDK.UBNT.v5.3\openwrt\package\firewall\files\firewall.init
20731   SDK.UBNT.v5.3\openwrt\package\firewall\files\firewall.user
20732   SDK.UBNT.v5.3\openwrt\package\firewall\files\uci_firewall.sh
20733   SDK.UBNT.v5.3\openwrt\package\fuse\Makefile
20734   SDK.UBNT.v5.3\openwrt\package\fuse\patches
20735   SDK.UBNT.v5.3\openwrt\package\fuse\patches\100-cross_compile.patch
20736   SDK.UBNT.v5.3\openwrt\package\fuse\patches\102-no_depmod.patch
20737   SDK.UBNT.v5.3\openwrt\package\fuse\patches\112-no_break_on_mknod.patch
20738   SDK.UBNT.v5.3\openwrt\package\fuse\patches\200-disable_compat.patch
20739   SDK.UBNT.v5.3\openwrt\package\fuse\patches\300-workaround-uclibc-pthread-breakage.patch
20740   SDK.UBNT.v5.3\openwrt\package\gdb\Makefile
20741   SDK.UBNT.v5.3\openwrt\package\gpioctl\Makefile
20742   SDK.UBNT.v5.3\openwrt\package\gpioctl\src
20743   SDK.UBNT.v5.3\openwrt\package\gpioctl\src\main.c
20744   SDK.UBNT.v5.3\openwrt\package\gpioctl\src\Makefile
20745   SDK.UBNT.v5.3\openwrt\package\grub\Makefile
20746   SDK.UBNT.v5.3\openwrt\package\grub\patches
20747   SDK.UBNT.v5.3\openwrt\package\grub\patches\002-strip_note_gnu_build_id.patch
20748   SDK.UBNT.v5.3\openwrt\package\grub\patches\010-fixes-1.patch
20749   SDK.UBNT.v5.3\openwrt\package\hostap-driver\files
20750   SDK.UBNT.v5.3\openwrt\package\hostap-driver\Makefile
20751   SDK.UBNT.v5.3\openwrt\package\hostap-driver\patches
20752   SDK.UBNT.v5.3\openwrt\package\hostap-driver\files\lib
20753   SDK.UBNT.v5.3\openwrt\package\hostap-driver\files\lib\wifi
20754   SDK.UBNT.v5.3\openwrt\package\hostap-driver\files\lib\wifi\hostap.sh
20755   SDK.UBNT.v5.3\openwrt\package\hostap-driver\patches\001-fix-txpower.patch
20756   SDK.UBNT.v5.3\openwrt\package\hostap-utils\Makefile
20757   SDK.UBNT.v5.3\openwrt\package\hostapd\files
20758   SDK.UBNT.v5.3\openwrt\package\hostapd\Makefile
20759   SDK.UBNT.v5.3\openwrt\package\hostapd\patches
20760   SDK.UBNT.v5.3\openwrt\package\hostapd\files\default.config
20761   SDK.UBNT.v5.3\openwrt\package\hostapd\files\hostapd.sh
20762   SDK.UBNT.v5.3\openwrt\package\hostapd\files\mini.config
20763   SDK.UBNT.v5.3\openwrt\package\hostapd\patches\001-wireless-h.patch
20764   SDK.UBNT.v5.3\openwrt\package\hostapd\patches\020-flush-sta-before-eloop.patch
20765   SDK.UBNT.v5.3\openwrt\package\hostapd\patches\100-madwifi_fix.patch
20766   SDK.UBNT.v5.3\openwrt\package\hostapd\patches\110-driver-wext.patch
20767   SDK.UBNT.v5.3\openwrt\package\hostapd\patches\300-reduce-debugs.patch
20768   SDK.UBNT.v5.3\openwrt\package\hostapd\patches\350-add-4-4-failure-info-message.patch
20769   SDK.UBNT.v5.3\openwrt\package\hostapd\patches\360-deauth-reason-codes.patch
20770   SDK.UBNT.v5.3\openwrt\package\hostapd\patches\380-eapol-timing-debug.patch
20771   SDK.UBNT.v5.3\openwrt\package\hotplug2\files
20772   SDK.UBNT.v5.3\openwrt\package\hotplug2\Makefile
20773   SDK.UBNT.v5.3\openwrt\package\hotplug2\patches
20774   SDK.UBNT.v5.3\openwrt\package\hotplug2\files\hotplug2.rules
```

```
20775    SDK.UBNT.v5.3\openwrt\package\hotplug2\patches\100-ignore_firmware.patch
20776    SDK.UBNT.v5.3\openwrt\package\hotplug2\patches\110-parser_fixes.patch
20777    SDK.UBNT.v5.3\openwrt\package\hotplug2\patches\120-throttling.patch
20778    SDK.UBNT.v5.3\openwrt\package\i2c-gpio-custom\Makefile
20779    SDK.UBNT.v5.3\openwrt\package\i2c-gpio-custom\src
20780    SDK.UBNT.v5.3\openwrt\package\i2c-gpio-custom\src\i2c-gpio-custom.c
20781    SDK.UBNT.v5.3\openwrt\package\i2c-gpio-custom\src\Kconfig
20782    SDK.UBNT.v5.3\openwrt\package\i2c-gpio-custom\src\Makefile
20783    SDK.UBNT.v5.3\openwrt\package\ifenslave\Makefile
20784    SDK.UBNT.v5.3\openwrt\package\iproute2\Makefile
20785    SDK.UBNT.v5.3\openwrt\package\iproute2\patches
20786    SDK.UBNT.v5.3\openwrt\package\iproute2\patches\000-debian_patches_3.patch
20787    SDK.UBNT.v5.3\openwrt\package\iproute2\patches\001-iproute2-2.6.11_Config.patch
20788    SDK.UBNT.v5.3\openwrt\package\iproute2\patches\002-iproute2-ipxfrm_no_sctp.patch
20789    SDK.UBNT.v5.3\openwrt\package\iproute2\patches\003-iproute2-htb_overhead.patch
20790    SDK.UBNT.v5.3\openwrt\package\iproute2\patches\004-darwin_fixes.patch
20791    SDK.UBNT.v5.3\openwrt\package\iproute2\patches\005-flex-generated.patch
20792    SDK.UBNT.v5.3\openwrt\package\iproute2\patches\006-iproute2-tc_esfq.patch
20793    SDK.UBNT.v5.3\openwrt\package\iproute2\patches\007-version_includes.patch
20794    SDK.UBNT.v5.3\openwrt\package\ipset\Makefile
20795    SDK.UBNT.v5.3\openwrt\package\iptables\files
20796    SDK.UBNT.v5.3\openwrt\package\iptables\Makefile
20797    SDK.UBNT.v5.3\openwrt\package\iptables\patches
20798    SDK.UBNT.v5.3\openwrt\package\iptables\files\l7
20799    SDK.UBNT.v5.3\openwrt\package\iptables\files\l7\aim.pat
20800    SDK.UBNT.v5.3\openwrt\package\iptables\files\l7\bittorrent.pat
20801    SDK.UBNT.v5.3\openwrt\package\iptables\files\l7\edonkey.pat
20802    SDK.UBNT.v5.3\openwrt\package\iptables\files\l7\fasttrack.pat
20803    SDK.UBNT.v5.3\openwrt\package\iptables\files\l7\ftp.pat
20804    SDK.UBNT.v5.3\openwrt\package\iptables\files\l7\gnutella.pat
20805    SDK.UBNT.v5.3\openwrt\package\iptables\files\l7\http.pat
20806    SDK.UBNT.v5.3\openwrt\package\iptables\files\l7\ident.pat
20807    SDK.UBNT.v5.3\openwrt\package\iptables\files\l7\irc.pat
20808    SDK.UBNT.v5.3\openwrt\package\iptables\files\l7\jabber.pat
20809    SDK.UBNT.v5.3\openwrt\package\iptables\files\l7\msnmessenger.pat
20810    SDK.UBNT.v5.3\openwrt\package\iptables\files\l7\ntp.pat
20811    SDK.UBNT.v5.3\openwrt\package\iptables\files\l7\pop3.pat
20812    SDK.UBNT.v5.3\openwrt\package\iptables\files\l7\smtp.pat
20813    SDK.UBNT.v5.3\openwrt\package\iptables\files\l7\ssl.pat
20814    SDK.UBNT.v5.3\openwrt\package\iptables\files\l7\vnc.pat
20815    SDK.UBNT.v5.3\openwrt\package\iptables\patches\1.3.8
20816    SDK.UBNT.v5.3\openwrt\package\iptables\patches\1.4.0
20817    SDK.UBNT.v5.3\openwrt\package\iptables\patches\1.3.8\001-ipp2p_0.8.1rc1.patch
20818    SDK.UBNT.v5.3\openwrt\package\iptables\patches\1.3.8\002-layer7_2.17.patch
20819    SDK.UBNT.v5.3\openwrt\package\iptables\patches\1.3.8\003-layer7_2.17_pktmatch.patch
20820    SDK.UBNT.v5.3\openwrt\package\iptables\patches\1.3.8\004-drop_multiport_v0_support.patch
20821    SDK.UBNT.v5.3\openwrt\package\iptables\patches\1.3.8\005-imq1.patch
20822    SDK.UBNT.v5.3\openwrt\package\iptables\patches\1.4.0\001-ipp2p_0.8.1rc1.patch
20823    SDK.UBNT.v5.3\openwrt\package\iptables\patches\1.4.0\002-layer7_2.17.patch
20824    SDK.UBNT.v5.3\openwrt\package\iptables\patches\1.4.0\003-layer7_2.17_pktmatch.patch
20825    SDK.UBNT.v5.3\openwrt\package\iptables\patches\1.4.0\004-drop_multiport_v0_support.patch
20826    SDK.UBNT.v5.3\openwrt\package\iptables\patches\1.4.0\005-imq1.patch
20827    SDK.UBNT.v5.3\openwrt\package\iptables\patches\1.4.0\006-chaostables_0.8.patch
20828    SDK.UBNT.v5.3\openwrt\package\iptables\patches\1.4.0\007-tarpit_support.patch
20829    SDK.UBNT.v5.3\openwrt\package\ixp4xx-microcode\Makefile
20830    SDK.UBNT.v5.3\openwrt\package\ixp4xx-microcode\src
20831    SDK.UBNT.v5.3\openwrt\package\ixp4xx-microcode\src\IxNpeMicrocode.h
20832    SDK.UBNT.v5.3\openwrt\package\ixp4xx-microcode\src\LICENSE.IPL
20833    SDK.UBNT.v5.3\openwrt\package\kernel\Makefile
20834    SDK.UBNT.v5.3\openwrt\package\kernel\modules
20835    SDK.UBNT.v5.3\openwrt\package\kernel\modules\block.mk
20836    SDK.UBNT.v5.3\openwrt\package\kernel\modules\crypto.mk
20837    SDK.UBNT.v5.3\openwrt\package\kernel\modules\fs.mk
20838    SDK.UBNT.v5.3\openwrt\package\kernel\modules\hwmon.mk
20839    SDK.UBNT.v5.3\openwrt\package\kernel\modules\i2c.mk
20840    SDK.UBNT.v5.3\openwrt\package\kernel\modules\netfilter.mk
20841    SDK.UBNT.v5.3\openwrt\package\kernel\modules\network.mk
20842    SDK.UBNT.v5.3\openwrt\package\kernel\modules\other.mk
20843    SDK.UBNT.v5.3\openwrt\package\kernel\modules\sound.mk
```

```
20844   SDK.UBNT.v5.3\openwrt\package\kernel\modules\usb.mk
20845   SDK.UBNT.v5.3\openwrt\package\kernel\modules\video.mk
20846   SDK.UBNT.v5.3\openwrt\package\kernel\modules\wl.mk
20847   SDK.UBNT.v5.3\openwrt\package\kernel\modules\wireless.mk
20848   SDK.UBNT.v5.3\openwrt\package\kexec-tools\files
20849   SDK.UBNT.v5.3\openwrt\package\kexec-tools\kexec-config.in
20850   SDK.UBNT.v5.3\openwrt\package\kexec-tools\Makefile
20851   SDK.UBNT.v5.3\openwrt\package\kexec-tools\patches
20852   SDK.UBNT.v5.3\openwrt\package\kexec-tools\files\kexec.sh
20853   SDK.UBNT.v5.3\openwrt\package\kexec-tools\patches\0001-Use-separate-CPPFLAGS-and-LDFLAGS-
        for-purgatory.patch
20854   SDK.UBNT.v5.3\openwrt\package\kexec-tools\patches\0002-Use-separate-LDFLAGS-for-bin-to-he
        x.patch
20855   SDK.UBNT.v5.3\openwrt\package\kexec-tools\patches\0003-Give-installed-files-user-writable
        -permission.patch
20856   SDK.UBNT.v5.3\openwrt\package\kexec-tools\patches\0004-mips_regdefs.patch
20857   SDK.UBNT.v5.3\openwrt\package\libabz\Makefile
20858   SDK.UBNT.v5.3\openwrt\package\libabz\patches
20859   SDK.UBNT.v5.3\openwrt\package\libabz\patches\001-libabz-cross_no_cflags.diff
20860   SDK.UBNT.v5.3\openwrt\package\libabz\patches\002-libabz-tests_flags.diff
20861   SDK.UBNT.v5.3\openwrt\package\libabz\patches\003-force-gzip.patch
20862   SDK.UBNT.v5.3\openwrt\package\libabz\patches\004-config-escape.patch
20863   SDK.UBNT.v5.3\openwrt\package\libber\Makefile
20864   SDK.UBNT.v5.3\openwrt\package\libber\patches
20865   SDK.UBNT.v5.3\openwrt\package\libber\patches\001-libber-cross_no_cflags.diff
20866   SDK.UBNT.v5.3\openwrt\package\libber\patches\002-libber-tests_flags.diff
20867   SDK.UBNT.v5.3\openwrt\package\libdebug\Makefile
20868   SDK.UBNT.v5.3\openwrt\package\libdebug\patches
20869   SDK.UBNT.v5.3\openwrt\package\libdebug\patches\001-libdebug-cross_no_cflags.diff
20870   SDK.UBNT.v5.3\openwrt\package\libdebug\patches\002-set-shell.diff
20871   SDK.UBNT.v5.3\openwrt\package\libdebug\patches\003-force-gzip.patch
20872   SDK.UBNT.v5.3\openwrt\package\libevent\Makefile
20873   SDK.UBNT.v5.3\openwrt\package\libipfix\extra
20874   SDK.UBNT.v5.3\openwrt\package\libipfix\Makefile
20875   SDK.UBNT.v5.3\openwrt\package\libipfix\patches
20876   SDK.UBNT.v5.3\openwrt\package\libipfix\extra\append-wprobe-ie.pl
20877   SDK.UBNT.v5.3\openwrt\package\libipfix\extra\wprobe-ie.txt
20878   SDK.UBNT.v5.3\openwrt\package\libipfix\patches\100-openimp_sync.patch
20879   SDK.UBNT.v5.3\openwrt\package\libipfix\patches\110-wprobe_ie.patch
20880   SDK.UBNT.v5.3\openwrt\package\libnl\patches
20881   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\files
20882   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\Makefile
20883   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src
20884   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\files\libnl-tiny.pc
20885   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\attr.c
20886   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\cache.c
20887   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\cache_mngt.c
20888   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\error.c
20889   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\genl.c
20890   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\genl_ctrl.c
20891   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\genl_family.c
20892   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\genl_mngt.c
20893   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\handlers.c
20894   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include
20895   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\Makefile
20896   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\msg.c
20897   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\nl.c
20898   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\object.c
20899   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\socket.c
20900   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\linux
20901   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\netlink
20902   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\netlink-generic.h
20903   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\netlink-local.h
20904   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\netlink-types.h
20905   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\linux\genetlink.h
20906   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\linux\gen_stats.h
20907   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\linux\if.h
20908   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\linux\if_addr.h
20909   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\linux\netlink.h
```

```
20910   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\netlink-local.h
20911   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\netlink\attr.h
20912   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\netlink\cache-api.h
20913   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\netlink\cache.h
20914   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\netlink\data.h
20915   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\netlink\errno.h
20916   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\netlink\genl
20917   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\netlink\handlers.h
20918   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\netlink\list.h
20919   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\netlink\msg.h
20920   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\netlink\netlink-compat.h
20921   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\netlink\netlink-kernel.h
20922   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\netlink\netlink.h
20923   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\netlink\object-api.h
20924   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\netlink\object.h
20925   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\netlink\socket.h
20926   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\netlink\types.h
20927   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\netlink\utils.h
20928   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\netlink\version.h
20929   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\netlink\genl\ctrl.h
20930   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\netlink\genl\family.h
20931   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\netlink\genl\genl.h
20932   SDK.UBNT.v5.3\openwrt\package\libnl-tiny\src\include\netlink\genl\mngt.h
20933   SDK.UBNT.v5.3\openwrt\package\libpcap\Makefile
20934   SDK.UBNT.v5.3\openwrt\package\libpcap\patches
20935   SDK.UBNT.v5.3\openwrt\package\libpcap\patches\100-shared-lib.patch
20936   SDK.UBNT.v5.3\openwrt\package\libpcap\patches\101-cross-compile-fix.patch
20937   SDK.UBNT.v5.3\openwrt\package\libpcap\patches\102-alt-ether.patch
20938   SDK.UBNT.v5.3\openwrt\package\libpcap\patches\103-flex_workaround.patch
20939   SDK.UBNT.v5.3\openwrt\package\libpcap\patches\104-no_rej_files.patch
20940   SDK.UBNT.v5.3\openwrt\package\libreadline\Makefile
20941   SDK.UBNT.v5.3\openwrt\package\libreadline\patches
20942   SDK.UBNT.v5.3\openwrt\package\libreadline\patches\100-fix_avr32_compile
20943   SDK.UBNT.v5.3\openwrt\package\libtdb\Makefile
20944   SDK.UBNT.v5.3\openwrt\package\libtdb\patches
20945   SDK.UBNT.v5.3\openwrt\package\libtdb\patches\010-no-progs.patch
20946   SDK.UBNT.v5.3\openwrt\package\libtdb\patches\100-no-transactions.patch
20947   SDK.UBNT.v5.3\openwrt\package\libtool\Makefile
20948   SDK.UBNT.v5.3\openwrt\package\libtool\patches
20949   SDK.UBNT.v5.3\openwrt\package\libtool\patches\001-force_dlopen_deplibs.patch
20950   SDK.UBNT.v5.3\openwrt\package\libtool\patches\100-libdir_path.patch
20951   SDK.UBNT.v5.3\openwrt\package\libtool\patches\110-no_rpath.patch
20952   SDK.UBNT.v5.3\openwrt\package\libtool\patches\120-libdir_search.patch
20953   SDK.UBNT.v5.3\openwrt\package\lighttpd\Makefile
20954   SDK.UBNT.v5.3\openwrt\package\lighttpd\patches
20955   SDK.UBNT.v5.3\openwrt\package\lighttpd\patches\001-ssl-stall.patch
20956   SDK.UBNT.v5.3\openwrt\package\lighttpd\patches\005-drop-default-mods.patch
20957   SDK.UBNT.v5.3\openwrt\package\lighttpd\patches\010-add-tdb-support.patch
20958   SDK.UBNT.v5.3\openwrt\package\lighttpd\patches\300-upload-memory.patch
20959   SDK.UBNT.v5.3\openwrt\package\lighttpd\patches\500-mod-airos.patch
20960   SDK.UBNT.v5.3\openwrt\package\lighttpd\patches\900-static-plugins.patch
20961   SDK.UBNT.v5.3\openwrt\package\linux-atm\files
20962   SDK.UBNT.v5.3\openwrt\package\linux-atm\Makefile
20963   SDK.UBNT.v5.3\openwrt\package\linux-atm\patches
20964   SDK.UBNT.v5.3\openwrt\package\linux-atm\files\ipoa.sh
20965   SDK.UBNT.v5.3\openwrt\package\linux-atm\patches\000-debian_16.patch
20966   SDK.UBNT.v5.3\openwrt\package\linux-atm\patches\100-subdirs.patch
20967   SDK.UBNT.v5.3\openwrt\package\linux-atm\patches\200-no_libfl.patch
20968   SDK.UBNT.v5.3\openwrt\package\linux-atm\patches\300-no_autotools.patch
20969   SDK.UBNT.v5.3\openwrt\package\linux-atm\patches\400-stdint_local_instead_of_host.patch
20970   SDK.UBNT.v5.3\openwrt\package\linux-atm\patches\500-reenable_arpd.patch
20971   SDK.UBNT.v5.3\openwrt\package\linux-atm\patches\600-arpd_includes.patch
20972   SDK.UBNT.v5.3\openwrt\package\linux-atm\patches\700-libtoolize.patch
20973   SDK.UBNT.v5.3\openwrt\package\lua\Makefile
20974   SDK.UBNT.v5.3\openwrt\package\lua\patches
20975   SDK.UBNT.v5.3\openwrt\package\lua\patches\010-lua-5.1.3-lnum-full-260308.patch
20976   SDK.UBNT.v5.3\openwrt\package\lua\patches\015-lnum-ppc-compat.patch
20977   SDK.UBNT.v5.3\openwrt\package\lua\patches\020-shared_liblua.patch
20978   SDK.UBNT.v5.3\openwrt\package\lua\patches\030-archindependent-bytecode.patch
```

```
20979   SDK.UBNT.v5.3\openwrt\package\lua\patches\100-fix_arith.patch
20980   SDK.UBNT.v5.3\openwrt\package\lua\patches\200-lua-path.patch
20981   SDK.UBNT.v5.3\openwrt\package\lua\patches\300-opcode_performance.patch
20982   SDK.UBNT.v5.3\openwrt\package\lua\patches\400-luaposix_5.1.4-embedded.patch
20983   SDK.UBNT.v5.3\openwrt\package\lua\patches\410-bitlib_25-embedded.patch
20984   SDK.UBNT.v5.3\openwrt\package\mac80211\files
20985   SDK.UBNT.v5.3\openwrt\package\mac80211\Makefile
20986   SDK.UBNT.v5.3\openwrt\package\mac80211\patches
20987   SDK.UBNT.v5.3\openwrt\package\mac80211\files\lib
20988   SDK.UBNT.v5.3\openwrt\package\mac80211\files\lib\wifi
20989   SDK.UBNT.v5.3\openwrt\package\mac80211\files\lib\wifi\mac80211.sh
20990   SDK.UBNT.v5.3\openwrt\package\mac80211\patches\001-disable_drivers.patch
20991   SDK.UBNT.v5.3\openwrt\package\mac80211\patches\004-allow-ap-vlan-modes.patch
20992   SDK.UBNT.v5.3\openwrt\package\madwifi\Config.in
20993   SDK.UBNT.v5.3\openwrt\package\madwifi\files
20994   SDK.UBNT.v5.3\openwrt\package\madwifi\Makefile
20995   SDK.UBNT.v5.3\openwrt\package\madwifi\patches
20996   SDK.UBNT.v5.3\openwrt\package\madwifi\patches-upstream
20997   SDK.UBNT.v5.3\openwrt\package\madwifi\files\etc
20998   SDK.UBNT.v5.3\openwrt\package\madwifi\files\lib
20999   SDK.UBNT.v5.3\openwrt\package\madwifi\files\etc\hotplug.d
21000   SDK.UBNT.v5.3\openwrt\package\madwifi\files\etc\hotplug.d\net
21001   SDK.UBNT.v5.3\openwrt\package\madwifi\files\etc\hotplug.d\net\10-madwifi
21002   SDK.UBNT.v5.3\openwrt\package\madwifi\files\lib\wifi
21003   SDK.UBNT.v5.3\openwrt\package\madwifi\files\lib\wifi\madwifi.sh
21004   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\102-multicall_binary.patch
21005   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\104-autocreate_none.patch
21006   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\105-ratectl_attach.patch
21007   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\106-get_arch.patch
21008   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\111-minstrel_crash.patch
21009   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\113-no_ibss_pwrsave.patch
21010   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\122-replayfail_workaround.patch
21011   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\123-ccmp_checks.patch
21012   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\124-linux24_compat.patch
21013   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\126-rxerr_frames.patch
21014   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\200-no_debug.patch
21015   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\201-debug_fix.patch
21016   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\202-debug_variables.patch
21017   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\300-napi_polling.patch
21018   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\305-pureg_fix.patch
21019   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\309-micfail_detect.patch
21020   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\310-noise_get.patch
21021   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\311-bssid_alloc.patch
21022   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\312-erpupdate.patch
21023   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\317-bmask.patch
21024   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\323-dfs_optional.patch
21025   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\324-alignment.patch
21026   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\325-channel_spam.patch
21027   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\327-queue.patch
21028   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\330-beaconcal.patch
21029   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\331-memory_alloc.patch
21030   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\332-reset_beacons.patch
21031   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\333-apscan_mode.patch
21032   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\334-input.patch
21033   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\340-maxrate.patch
21034   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\341-minrate.patch
21035   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\342-performance.patch
21036   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\343-txqueue_races.patch
21037   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\344-minstrel_failcnt.patch
21038   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\345-minstrel_sampling.patch
21039   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\346-protmode_trig.patch
21040   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\347-tuning.patch
21041   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\348-ackcts.patch
21042   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\349-reset.patch
21043   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\350-wisoc_softled.patch
21044   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\351-scanlist.patch
21045   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\352-ani_fix.patch
21046   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\353-devid.patch
21047   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\354-ifxmips_eeprom.patch
```

```
21048    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\356-hidden_ssid.patch
21049    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\356-hidden_ssid.patch
21050    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\357-bgscan_thresh.patch
21051    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\358-ignore_broken_bssid.patch
21052    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\359-disable_reassoc.patch
21053    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\360-sta_nodes.patch
21054    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\361-bmiss_handling.patch
21055    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\362-rssithr.patch
21056    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\363-fix_turbo.patch
21057    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\364-memory_alloc.patch
21058    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\365-turbo_channelsearch.patch
21059    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\366-bstuck_thresh.patch
21060    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\367-roaming.patch
21061    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\368-sta_ie_preserve.patch
21062    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\369-mlme_assoc.patch
21063    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\370-wdsvap.patch
21064    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\372-queue_vif.patch
21065    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\373-sanity_check.patch
21066    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\374-nbtt_fix.patch
21067    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\375-atim_tsf_update.patch
21068    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\377-disable_vlan_code.patch
21069    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\378-adhoc_crash_fix.patch
21070    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\379-invalid_rate_fix.patch
21071    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\380-noderef_hack.patch
21072    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\381-ibss_modes.patch
21073    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\382-relax_bintval.patch
21074    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\383-ibss_hostap.patch
21075    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\384-hwdetect.patch
21076    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\385-antenna_fix.patch
21077    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\386-acl_crashfix.patch
21078    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\387-maxassoc.patch
21079    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\388-apsta_fix.patch
21080    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\389-autochannel.patch
21081    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\390-frame_type.patch
21082    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\391-vap_auth.patch
21083    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\392-remove_wds_nodetracking.patch
21084    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\393-mbss_vap_auth.patch
21085    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\394-probereq.patch
21086    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\395-ath_ff_unmap.patch
21087    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\396-napi_ff_fix.patch
21088    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\400-new_hal.patch
21089    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\401-changeset_r3602.patch
21090    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\402-changeset_r3603.patch
21091    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\403-changeset_r3605.patch
21092    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\404-linux24_fix.patch
21093    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\405-retransmit_check.patch
21094    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\406-monitor_r3711.patch
21095    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\407-new_athinfo.patch
21096    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\408-changeset_r3337.patch
21097    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\409-wext_compat.patch
21098    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\410-ar231x_2.6.28.patch
21099    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\411-autochannel_multi.patch
21100    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\412-fragmentation_fix.patch
21101    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\413-rxorn.patch
21102    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\414-txpower.patch
21103    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\415-chan_switch.patch
21104    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\416-wprobe.patch
21105    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\417-beacon_txpower.patch
21106    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\419-skb_unmap_crash.patch
21107    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\420-diversity_fix.patch
21108    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\421-channel_handling.patch
21109    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\422-confchange_reset.patch
21110    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\423-phyerr_handling.patch
21111    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\424-timing.patch
21112    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\425-rc_rexmit.patch
21113    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\426-header_len.patch
21114    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\427-ignore_eeprom_ff.patch
21115    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\430-use_netdev_priv.patch
21116    SDK.UBNT.v5.3\openwrt\package\madwifi\patches\431-compile_fixes.patch
```

```
21117   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\432-ibss_fix.patch
21118   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\433-backport_remove_irq_none.patch
21119   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\434-name-alloc-fix.patch
21120   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\435-ibss_neighbor_fix.patch
21121   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\436-injection_checks.patch
21122   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\437-sysctl_cleanup.patch
21123   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\438-poweroffset_sysctl.patch
21124   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\439-wlanconfig_stack_usage.patch
21125   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\440-wme_cleanup.patch
21126   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\441-fix_ibss_node_handling.patch
21127   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\442-ibss_rx_filter.patch
21128   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\443-tx_drop_counter.patch
21129   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\444-beacon_update_war.patch
21130   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\445-fix_ps_sta_count.patch
21131   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\446-single_module.patch
21132   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\447-sta_reconnect.patch
21133   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\448-beacon_handling_fixes.patch
21134   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\449-fix_txbuf_leak.patch
21135   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\450-calibration.patch
21136   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\451-ibss_race_fix.patch
21137   SDK.UBNT.v5.3\openwrt\package\madwifi\patches\452-minstrel_no_timer.patch
21138   SDK.UBNT.v5.3\openwrt\package\matrixssl\Makefile
21139   SDK.UBNT.v5.3\openwrt\package\matrixssl\patches
21140   SDK.UBNT.v5.3\openwrt\package\matrixssl\patches\010-matrixssl-whole.path
21141   SDK.UBNT.v5.3\openwrt\package\matrixssl\patches\020-matrixssl-chunk-fix.path
21142   SDK.UBNT.v5.3\openwrt\package\mmc_over_gpio\files
21143   SDK.UBNT.v5.3\openwrt\package\mmc_over_gpio\Makefile
21144   SDK.UBNT.v5.3\openwrt\package\mmc_over_gpio\files\mmc_over_gpio.init
21145   SDK.UBNT.v5.3\openwrt\package\mtd\Makefile
21146   SDK.UBNT.v5.3\openwrt\package\mtd\src
21147   SDK.UBNT.v5.3\openwrt\package\mtd\src\crc32.c
21148   SDK.UBNT.v5.3\openwrt\package\mtd\src\crc32.h
21149   SDK.UBNT.v5.3\openwrt\package\mtd\src\fis.c
21150   SDK.UBNT.v5.3\openwrt\package\mtd\src\fis.h
21151   SDK.UBNT.v5.3\openwrt\package\mtd\src\jffs2.c
21152   SDK.UBNT.v5.3\openwrt\package\mtd\src\jffs2.h
21153   SDK.UBNT.v5.3\openwrt\package\mtd\src\Makefile
21154   SDK.UBNT.v5.3\openwrt\package\mtd\src\mtd-api.h
21155   SDK.UBNT.v5.3\openwrt\package\mtd\src\mtd.c
21156   SDK.UBNT.v5.3\openwrt\package\mtd\src\mtd.h
21157   SDK.UBNT.v5.3\openwrt\package\mtd\src\trx.c
21158   SDK.UBNT.v5.3\openwrt\package\ncurses\Makefile
21159   SDK.UBNT.v5.3\openwrt\package\ncurses\patches
21160   SDK.UBNT.v5.3\openwrt\package\ncurses\patches\500-cross.patch
21161   SDK.UBNT.v5.3\openwrt\package\nozomi\files
21162   SDK.UBNT.v5.3\openwrt\package\nozomi\Makefile
21163   SDK.UBNT.v5.3\openwrt\package\nozomi\patches
21164   SDK.UBNT.v5.3\openwrt\package\nozomi\files\Makefile
21165   SDK.UBNT.v5.3\openwrt\package\nozomi\patches\001-devfs.patch
21166   SDK.UBNT.v5.3\openwrt\package\nozomi\patches\002-nozomi_vf_01.patch
21167   SDK.UBNT.v5.3\openwrt\package\nvram\files
21168   SDK.UBNT.v5.3\openwrt\package\nvram\Makefile
21169   SDK.UBNT.v5.3\openwrt\package\nvram\src
21170   SDK.UBNT.v5.3\openwrt\package\nvram\files\nvram.init
21171   SDK.UBNT.v5.3\openwrt\package\nvram\src\include
21172   SDK.UBNT.v5.3\openwrt\package\nvram\src\main.c
21173   SDK.UBNT.v5.3\openwrt\package\nvram\src\Makefile
21174   SDK.UBNT.v5.3\openwrt\package\nvram\src\nvram.c
21175   SDK.UBNT.v5.3\openwrt\package\nvram\src\include\bcmnvram.h
21176   SDK.UBNT.v5.3\openwrt\package\nvram\src\include\bcmutils.h
21177   SDK.UBNT.v5.3\openwrt\package\nvram\src\include\shutils.h
21178   SDK.UBNT.v5.3\openwrt\package\nvram\src\include\typedefs.h
21179   SDK.UBNT.v5.3\openwrt\package\nvram\src\include\wlutils.h
21180   SDK.UBNT.v5.3\openwrt\package\nvram-brcm47xx\files
21181   SDK.UBNT.v5.3\openwrt\package\nvram-brcm47xx\Makefile
21182   SDK.UBNT.v5.3\openwrt\package\nvram-brcm47xx\src
21183   SDK.UBNT.v5.3\openwrt\package\nvram-brcm47xx\files\nvram.init
21184   SDK.UBNT.v5.3\openwrt\package\nvram-brcm47xx\src\cli.c
21185   SDK.UBNT.v5.3\openwrt\package\nvram-brcm47xx\src\crc.c
```

```
21186   SDK.UBNT.v5.3\openwrt\package\nvram-brcm47xx\src\defaults.c
21187   SDK.UBNT.v5.3\openwrt\package\nvram-brcm47xx\src\nvram.c
21188   SDK.UBNT.v5.3\openwrt\package\nvram-brcm47xx\src\nvram.h
21189   SDK.UBNT.v5.3\openwrt\package\nvram-brcm47xx\src\sdinitvals.h
21190   SDK.UBNT.v5.3\openwrt\package\ocf-crypto-headers\Makefile
21191   SDK.UBNT.v5.3\openwrt\package\ocf-crypto-headers\src
21192   SDK.UBNT.v5.3\openwrt\package\ocf-crypto-headers\src\cryptodev.h
21193   SDK.UBNT.v5.3\openwrt\package\openssl\Makefile
21194   SDK.UBNT.v5.3\openwrt\package\openssl\patches
21195   SDK.UBNT.v5.3\openwrt\package\openssl\patches\110-optimize-for-size.patch
21196   SDK.UBNT.v5.3\openwrt\package\openssl\patches\120-makedepend.patch
21197   SDK.UBNT.v5.3\openwrt\package\openssl\patches\130-perl-path.patch
21198   SDK.UBNT.v5.3\openwrt\package\openssl\patches\140-makefile-dirs.patch
21199   SDK.UBNT.v5.3\openwrt\package\openssl\patches\150-no_engines.patch
21200   SDK.UBNT.v5.3\openwrt\package\openssl\patches\160-disable_doc_tests.patch
21201   SDK.UBNT.v5.3\openwrt\package\openssl\patches\170-bash_path.patch
21202   SDK.UBNT.v5.3\openwrt\package\openssl\patches\200-ocf.patch
21203   SDK.UBNT.v5.3\openwrt\package\openssl\patches\205-use_local_cryptodev_h.patch
21204   SDK.UBNT.v5.3\openwrt\package\openssl\patches\300-etrax_support.patch
21205   SDK.UBNT.v5.3\openwrt\package\openssl\patches\400-cve-2008-5077.patch
21206   SDK.UBNT.v5.3\openwrt\package\openssl\patches\401-cve-2009-0590.patch
21207   SDK.UBNT.v5.3\openwrt\package\openssl\patches\402-cve-2009-1377.patch
21208   SDK.UBNT.v5.3\openwrt\package\openssl\patches\403-cve-2009-1378.patch
21209   SDK.UBNT.v5.3\openwrt\package\openssl\patches\404-cve-2009-1379.patch
21210   SDK.UBNT.v5.3\openwrt\package\openssl\patches\405-cve-2009-1387.patch
21211   SDK.UBNT.v5.3\openwrt\package\opkg\files
21212   SDK.UBNT.v5.3\openwrt\package\opkg\Makefile
21213   SDK.UBNT.v5.3\openwrt\package\opkg\patches
21214   SDK.UBNT.v5.3\openwrt\package\opkg\files\opkg.conf
21215   SDK.UBNT.v5.3\openwrt\package\opkg\patches\001-use-wget
21216   SDK.UBNT.v5.3\openwrt\package\opkg\patches\002-remove-gpg-warning
21217   SDK.UBNT.v5.3\openwrt\package\opkg\patches\003-fs_overlay_support.patch
21218   SDK.UBNT.v5.3\openwrt\package\opkg\patches\004-host_cpu.patch
21219   SDK.UBNT.v5.3\openwrt\package\opkg\patches\005-fix_force_space.patch
21220   SDK.UBNT.v5.3\openwrt\package\pcmcia-cs\Makefile
21221   SDK.UBNT.v5.3\openwrt\package\pcmcia-cs\patches
21222   SDK.UBNT.v5.3\openwrt\package\pcmcia-cs\patches\001-config-novatel_merlin_u630.patch
21223   SDK.UBNT.v5.3\openwrt\package\pcmcia-cs\patches\002-serial-cardctl_path.patch
21224   SDK.UBNT.v5.3\openwrt\package\pcmcia-cs\patches\003-cardmgr_c.patch
21225   SDK.UBNT.v5.3\openwrt\package\pcmcia-cs\patches\004-pcmcia_resources.patch
21226   SDK.UBNT.v5.3\openwrt\package\php2\Makefile
21227   SDK.UBNT.v5.3\openwrt\package\php2\patches
21228   SDK.UBNT.v5.3\openwrt\package\php2\patches\010-install.patch
21229   SDK.UBNT.v5.3\openwrt\package\php2\patches\030-makefile.in.patch
21230   SDK.UBNT.v5.3\openwrt\package\php2\patches\100-ifdef-libm.patch
21231   SDK.UBNT.v5.3\openwrt\package\php2\patches\110-static-consts.patch
21232   SDK.UBNT.v5.3\openwrt\package\php2\patches\120-reduce-max-data-space.patch
21233   SDK.UBNT.v5.3\openwrt\package\php2\patches\121-reduce-buffers.patch
21234   SDK.UBNT.v5.3\openwrt\package\php2\patches\140-tmp-upload.patch
21235   SDK.UBNT.v5.3\openwrt\package\php2\patches\200-ifdef-libadabas.patch
21236   SDK.UBNT.v5.3\openwrt\package\php2\patches\201-ifdef-illustra.patch
21237   SDK.UBNT.v5.3\openwrt\package\php2\patches\202-ifdef-msql.patch
21238   SDK.UBNT.v5.3\openwrt\package\php2\patches\203-ifdef-mysql.patch
21239   SDK.UBNT.v5.3\openwrt\package\php2\patches\204-ifdef-oracle.patch
21240   SDK.UBNT.v5.3\openwrt\package\php2\patches\205-ifdef-pg95.patch
21241   SDK.UBNT.v5.3\openwrt\package\php2\patches\206-ifdef-filepro.patch
21242   SDK.UBNT.v5.3\openwrt\package\php2\patches\207-ifdef-solid.patch
21243   SDK.UBNT.v5.3\openwrt\package\php2\patches\208-ifdef-odbc.patch
21244   SDK.UBNT.v5.3\openwrt\package\php2\patches\209-ifdef-sybase.patch
21245   SDK.UBNT.v5.3\openwrt\package\php2\patches\210-ifdef-libgd.patch
21246   SDK.UBNT.v5.3\openwrt\package\php2\patches\400-htmlentities-specialchars.patch
21247   SDK.UBNT.v5.3\openwrt\package\php2\patches\410-add-bgexec.patch
21248   SDK.UBNT.v5.3\openwrt\package\php2\patches\411-exec-null.patch
21249   SDK.UBNT.v5.3\openwrt\package\php2\patches\430-smart-post-upload.patch
21250   SDK.UBNT.v5.3\openwrt\package\php2\patches\432-upbuffer-warn.patch
21251   SDK.UBNT.v5.3\openwrt\package\php2\patches\433-upbuffer-cleanup.patch
21252   SDK.UBNT.v5.3\openwrt\package\php2\patches\440-cache-regexps.patch
21253   SDK.UBNT.v5.3\openwrt\package\php2\patches\450-content-disposition.patch
21254   SDK.UBNT.v5.3\openwrt\package\php2\patches\500-cfg-support.patch
```

```
21255  SDK.UBNT.v5.3\openwrt\package\php2\patches\521-wireless-2.6.patch
21256  SDK.UBNT.v5.3\openwrt\package\php2\patches\521-wireless-2.6.patch
21257  SDK.UBNT.v5.3\openwrt\package\php2\patches\540-iface-support.patch
21258  SDK.UBNT.v5.3\openwrt\package\php2\patches\550-dictionary-support.patch
21259  SDK.UBNT.v5.3\openwrt\package\php2\patches\551-add-slashes.patch
21260  SDK.UBNT.v5.3\openwrt\package\php2\patches\552-http-headers.patch
21261  SDK.UBNT.v5.3\openwrt\package\php2\patches\600-pwauth.patch
21262  SDK.UBNT.v5.3\openwrt\package\ppp\files
21263  SDK.UBNT.v5.3\openwrt\package\ppp\Makefile
21264  SDK.UBNT.v5.3\openwrt\package\ppp\src
21265  SDK.UBNT.v5.3\openwrt\package\ppp\files\etc
21266  SDK.UBNT.v5.3\openwrt\package\ppp\files\ip-down
21267  SDK.UBNT.v5.3\openwrt\package\ppp\files\ip-up
21268  SDK.UBNT.v5.3\openwrt\package\ppp\files\ppp.sh
21269  SDK.UBNT.v5.3\openwrt\package\ppp\files\pppoa.sh
21270  SDK.UBNT.v5.3\openwrt\package\ppp\files\pppoe.sh
21271  SDK.UBNT.v5.3\openwrt\package\ppp\files\etc\ppp
21272  SDK.UBNT.v5.3\openwrt\package\ppp\files\etc\ppp\chap-secrets
21273  SDK.UBNT.v5.3\openwrt\package\ppp\files\etc\ppp\filter
21274  SDK.UBNT.v5.3\openwrt\package\ppp\files\etc\ppp\ip-down
21275  SDK.UBNT.v5.3\openwrt\package\ppp\files\etc\ppp\ip-up
21276  SDK.UBNT.v5.3\openwrt\package\ppp\files\etc\ppp\ipv6-down
21277  SDK.UBNT.v5.3\openwrt\package\ppp\files\etc\ppp\ipv6-up
21278  SDK.UBNT.v5.3\openwrt\package\ppp\files\etc\ppp\options
21279  SDK.UBNT.v5.3\openwrt\package\ppp\files\etc\ppp\radius
21280  SDK.UBNT.v5.3\openwrt\package\ppp\files\etc\ppp\radius.conf
21281  SDK.UBNT.v5.3\openwrt\package\ppp\files\etc\ppp\radius\dictionary
21282  SDK.UBNT.v5.3\openwrt\package\ppp\files\etc\ppp\radius\dictionary.asnet
21283  SDK.UBNT.v5.3\openwrt\package\ppp\files\etc\ppp\radius\dictionary.microsoft
21284  SDK.UBNT.v5.3\openwrt\package\ppp\files\etc\ppp\radius\servers
21285  SDK.UBNT.v5.3\openwrt\package\ppp\src\Changes-2.3
21286  SDK.UBNT.v5.3\openwrt\package\ppp\src\chat
21287  SDK.UBNT.v5.3\openwrt\package\ppp\src\common
21288  SDK.UBNT.v5.3\openwrt\package\ppp\src\configure
21289  SDK.UBNT.v5.3\openwrt\package\ppp\src\contrib
21290  SDK.UBNT.v5.3\openwrt\package\ppp\src\etc.ppp
21291  SDK.UBNT.v5.3\openwrt\package\ppp\src\FAQ
21292  SDK.UBNT.v5.3\openwrt\package\ppp\src\include
21293  SDK.UBNT.v5.3\openwrt\package\ppp\src\linux
21294  SDK.UBNT.v5.3\openwrt\package\ppp\src\modules
21295  SDK.UBNT.v5.3\openwrt\package\ppp\src\PLUGINS
21296  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd
21297  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppdump
21298  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppstats
21299  SDK.UBNT.v5.3\openwrt\package\ppp\src\README
21300  SDK.UBNT.v5.3\openwrt\package\ppp\src\README.cbcp
21301  SDK.UBNT.v5.3\openwrt\package\ppp\src\README.eap-srp
21302  SDK.UBNT.v5.3\openwrt\package\ppp\src\README.linux
21303  SDK.UBNT.v5.3\openwrt\package\ppp\src\README.MPPE
21304  SDK.UBNT.v5.3\openwrt\package\ppp\src\README.MSCHAP80
21305  SDK.UBNT.v5.3\openwrt\package\ppp\src\README.MSCHAP81
21306  SDK.UBNT.v5.3\openwrt\package\ppp\src\README.pppoe
21307  SDK.UBNT.v5.3\openwrt\package\ppp\src\README.pwfd
21308  SDK.UBNT.v5.3\openwrt\package\ppp\src\README.sol2
21309  SDK.UBNT.v5.3\openwrt\package\ppp\src\scripts
21310  SDK.UBNT.v5.3\openwrt\package\ppp\src\SETUP
21311  SDK.UBNT.v5.3\openwrt\package\ppp\src\solaris
21312  SDK.UBNT.v5.3\openwrt\package\ppp\src\chat\chat.8
21313  SDK.UBNT.v5.3\openwrt\package\ppp\src\chat\chat.c
21314  SDK.UBNT.v5.3\openwrt\package\ppp\src\chat\Makefile.linux
21315  SDK.UBNT.v5.3\openwrt\package\ppp\src\chat\Makefile.sol2
21316  SDK.UBNT.v5.3\openwrt\package\ppp\src\common\zlib.c
21317  SDK.UBNT.v5.3\openwrt\package\ppp\src\common\zlib.h
21318  SDK.UBNT.v5.3\openwrt\package\ppp\src\contrib\pppgetpass
21319  SDK.UBNT.v5.3\openwrt\package\ppp\src\contrib\pppgetpass\Makefile.linux
21320  SDK.UBNT.v5.3\openwrt\package\ppp\src\contrib\pppgetpass\pppgetpass.8
21321  SDK.UBNT.v5.3\openwrt\package\ppp\src\contrib\pppgetpass\pppgetpass.gtk.c
21322  SDK.UBNT.v5.3\openwrt\package\ppp\src\contrib\pppgetpass\pppgetpass.sh
21323  SDK.UBNT.v5.3\openwrt\package\ppp\src\contrib\pppgetpass\pppgetpass.vt.c
```

```
21324    SDK.UBNT.v5.3\openwrt\package\ppp\src\etc.ppp\ip-down.local.orig
21325    SDK.UBNT.v5.3\openwrt\package\ppp\src\etc.ppp\options
21326    SDK.UBNT.v5.3\openwrt\package\ppp\src\etc.ppp\pap-secrets
21327    SDK.UBNT.v5.3\openwrt\package\ppp\src\include\linux
21328    SDK.UBNT.v5.3\openwrt\package\ppp\src\include\net
21329    SDK.UBNT.v5.3\openwrt\package\ppp\src\include\pcap-int.h
21330    SDK.UBNT.v5.3\openwrt\package\ppp\src\include\linux\if_ether.h
21331    SDK.UBNT.v5.3\openwrt\package\ppp\src\include\linux\if_ppp.h
21332    SDK.UBNT.v5.3\openwrt\package\ppp\src\include\linux\if_pppox.h
21333    SDK.UBNT.v5.3\openwrt\package\ppp\src\include\linux\if_pppvar.h
21334    SDK.UBNT.v5.3\openwrt\package\ppp\src\include\linux\ppp-comp.h
21335    SDK.UBNT.v5.3\openwrt\package\ppp\src\include\linux\ppp_defs.h
21336    SDK.UBNT.v5.3\openwrt\package\ppp\src\include\net\if_ppp.h
21337    SDK.UBNT.v5.3\openwrt\package\ppp\src\include\net\ppp-comp.h
21338    SDK.UBNT.v5.3\openwrt\package\ppp\src\include\net\pppio.h
21339    SDK.UBNT.v5.3\openwrt\package\ppp\src\include\net\ppp_defs.h
21340    SDK.UBNT.v5.3\openwrt\package\ppp\src\include\net\slcompress.h
21341    SDK.UBNT.v5.3\openwrt\package\ppp\src\include\net\vjcompress.h
21342    SDK.UBNT.v5.3\openwrt\package\ppp\src\linux\Makefile.top
21343    SDK.UBNT.v5.3\openwrt\package\ppp\src\modules\bsd-comp.c
21344    SDK.UBNT.v5.3\openwrt\package\ppp\src\modules\deflate.c
21345    SDK.UBNT.v5.3\openwrt\package\ppp\src\modules\if_ppp.c
21346    SDK.UBNT.v5.3\openwrt\package\ppp\src\modules\ppp.c
21347    SDK.UBNT.v5.3\openwrt\package\ppp\src\modules\ppp_ahdlc.c
21348    SDK.UBNT.v5.3\openwrt\package\ppp\src\modules\ppp_comp.c
21349    SDK.UBNT.v5.3\openwrt\package\ppp\src\modules\ppp_mod.h
21350    SDK.UBNT.v5.3\openwrt\package\ppp\src\modules\vjcompress.c
21351    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\auth.c
21352    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\cbcp.c
21353    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\cbcp.h
21354    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\ccp.c
21355    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\ccp.h
21356    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\chap-md5.c
21357    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\chap-md5.h
21358    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\chap-new.c
21359    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\chap-new.h
21360    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\chap_ms.c
21361    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\chap_ms.h
21362    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\demand.c
21363    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\eap.c
21364    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\eap.h
21365    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\ecp.c
21366    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\ecp.h
21367    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\eui64.c
21368    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\eui64.h
21369    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\fsm.c
21370    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\fsm.h
21371    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\ipcp.c
21372    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\ipcp.h
21373    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\ipv6cp.c
21374    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\ipv6cp.h
21375    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\ipxcp.c
21376    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\ipxcp.h
21377    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\lcp.c
21378    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\lcp.h
21379    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\magic.c
21380    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\magic.h
21381    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\main.c
21382    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\Makefile.linux
21383    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\Makefile.sol2
21384    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\md4.c
21385    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\md4.h
21386    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\md5.c
21387    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\md5.h
21388    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\multilink.c
21389    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\options.c
21390    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\patchlevel.h
21391    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\pathnames.h
21392    SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins
```

```
21393  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\pppcrypt.c
21394  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\pppcrypt.c
21395  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\pppcrypt.h
21396  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\pppd.8
21397  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\pppd.h
21398  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\sha1.c
21399  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\sha1.h
21400  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\spinlock.c
21401  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\spinlock.h
21402  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\srp-entry.8
21403  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\srp-entry.c
21404  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\sys-linux.c
21405  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\sys-solaris.c
21406  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\tdb.c
21407  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\tdb.h
21408  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\tty.c
21409  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\upap.c
21410  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\upap.h
21411  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\utils.c
21412  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\Makefile.linux
21413  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\Makefile.sol2
21414  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\minconn.c
21415  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\passprompt.c
21416  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\passwordfd.c
21417  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\pppoatm
21418  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius
21419  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\rp-pppoe
21420  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\winbind.c
21421  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\pppoatm\ans.c
21422  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\pppoatm\atm.h
21423  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\pppoatm\atmres.c
21424  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\pppoatm\atmsap.h
21425  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\pppoatm\COPYING
21426  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\pppoatm\Makefile.linux
21427  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\pppoatm\misc.c
21428  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\pppoatm\pppoatm.c
21429  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\pppoatm\text2atm.c
21430  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\pppoatm\text2qos.c
21431  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\avpair.c
21432  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\buildreq.c
21433  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\clientid.c
21434  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\config.c
21435  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\COPYRIGHT
21436  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\dict.c
21437  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\etc
21438  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\includes.h
21439  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\ip_util.c
21440  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\lock.c
21441  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\Makefile.linux
21442  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\md5.c
21443  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\options.h
21444  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\pathnames.h
21445  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\pppd-radattr.8
21446  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\pppd-radius.8
21447  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\radattr.c
21448  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\radius.c
21449  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\radiusclient.h
21450  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\radrealms.c
21451  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\sendserver.c
21452  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\util.c
21453  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\etc\dictionary
21454  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\etc\dictionary.ascend
21455  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\etc\dictionary.compat
21456  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\etc\dictionary.merit
21457  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\etc\dictionary.microsoft
21458  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\etc\issue
21459  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\etc\port-id-map
21460  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\etc\radiusclient.conf
21461  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\etc\radiusclient.conf.in
```

```
21462  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\radius\etc\servers
21463  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\rp-pppoe\common.c
21464  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\rp-pppoe\config.h
21465  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\rp-pppoe\config.h
21466  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\rp-pppoe\debug.c
21467  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\rp-pppoe\discovery.c
21468  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\rp-pppoe\if.c
21469  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\rp-pppoe\Makefile.linux
21470  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\rp-pppoe\plugin.c
21471  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\rp-pppoe\pppoe-discovery.c
21472  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppd\plugins\rp-pppoe\pppoe.h
21473  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppdump\bsd-comp.c
21474  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppdump\deflate.c
21475  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppdump\Makefile.linux
21476  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppdump\Makefile.sol2
21477  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppdump\ppp-comp.h
21478  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppdump\pppdump.8
21479  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppdump\pppdump.c
21480  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppdump\zlib.c
21481  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppdump\zlib.h
21482  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppstats\Makefile.linux
21483  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppstats\Makefile.sol2
21484  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppstats\pppstats.8
21485  SDK.UBNT.v5.3\openwrt\package\ppp\src\pppstats\pppstats.c
21486  SDK.UBNT.v5.3\openwrt\package\ppp\src\scripts\autopppd
21487  SDK.UBNT.v5.3\openwrt\package\ppp\src\scripts\callback
21488  SDK.UBNT.v5.3\openwrt\package\ppp\src\scripts\chat-callback
21489  SDK.UBNT.v5.3\openwrt\package\ppp\src\scripts\chatchat
21490  SDK.UBNT.v5.3\openwrt\package\ppp\src\scripts\ip-down
21491  SDK.UBNT.v5.3\openwrt\package\ppp\src\scripts\ip-down.local.add
21492  SDK.UBNT.v5.3\openwrt\package\ppp\src\scripts\ip-up
21493  SDK.UBNT.v5.3\openwrt\package\ppp\src\scripts\ip-up.local.add
21494  SDK.UBNT.v5.3\openwrt\package\ppp\src\scripts\ipv6-down.sample
21495  SDK.UBNT.v5.3\openwrt\package\ppp\src\scripts\ipv6-up.sample
21496  SDK.UBNT.v5.3\openwrt\package\ppp\src\scripts\options-rsh-loc
21497  SDK.UBNT.v5.3\openwrt\package\ppp\src\scripts\options-rsh-rem
21498  SDK.UBNT.v5.3\openwrt\package\ppp\src\scripts\options-ssh-loc
21499  SDK.UBNT.v5.3\openwrt\package\ppp\src\scripts\options-ssh-rem
21500  SDK.UBNT.v5.3\openwrt\package\ppp\src\scripts\plog
21501  SDK.UBNT.v5.3\openwrt\package\ppp\src\scripts\poff
21502  SDK.UBNT.v5.3\openwrt\package\ppp\src\scripts\pon
21503  SDK.UBNT.v5.3\openwrt\package\ppp\src\scripts\pon.1
21504  SDK.UBNT.v5.3\openwrt\package\ppp\src\scripts\ppp-off
21505  SDK.UBNT.v5.3\openwrt\package\ppp\src\scripts\ppp-on
21506  SDK.UBNT.v5.3\openwrt\package\ppp\src\scripts\ppp-on-dialer
21507  SDK.UBNT.v5.3\openwrt\package\ppp\src\scripts\ppp-on-rsh
21508  SDK.UBNT.v5.3\openwrt\package\ppp\src\scripts\ppp-on-ssh
21509  SDK.UBNT.v5.3\openwrt\package\ppp\src\scripts\README
21510  SDK.UBNT.v5.3\openwrt\package\ppp\src\scripts\redialer
21511  SDK.UBNT.v5.3\openwrt\package\ppp\src\scripts\secure-card
21512  SDK.UBNT.v5.3\openwrt\package\ppp\src\scripts\chatchat\chatchat.c
21513  SDK.UBNT.v5.3\openwrt\package\ppp\src\scripts\chatchat\README
21514  SDK.UBNT.v5.3\openwrt\package\ppp\src\solaris\Makedefs
21515  SDK.UBNT.v5.3\openwrt\package\ppp\src\solaris\Makedefs.gcc
21516  SDK.UBNT.v5.3\openwrt\package\ppp\src\solaris\Makedefs.sol2
21517  SDK.UBNT.v5.3\openwrt\package\ppp\src\solaris\Makefile.sol2
21518  SDK.UBNT.v5.3\openwrt\package\ppp\src\solaris\Makefile.sol2-64
21519  SDK.UBNT.v5.3\openwrt\package\ppp\src\solaris\Makefile.sol2-64x
21520  SDK.UBNT.v5.3\openwrt\package\ppp\src\solaris\Makefile.sol2gcc
21521  SDK.UBNT.v5.3\openwrt\package\ppp\src\solaris\Makefile.sol2gcc-64
21522  SDK.UBNT.v5.3\openwrt\package\ppp\src\solaris\Makefile.sol2gcc-64x
21523  SDK.UBNT.v5.3\openwrt\package\ppp\src\solaris\Makefile.top
21524  SDK.UBNT.v5.3\openwrt\package\ppp\src\solaris\ppp.c
21525  SDK.UBNT.v5.3\openwrt\package\ppp\src\solaris\ppp.conf
21526  SDK.UBNT.v5.3\openwrt\package\ppp\src\solaris\ppp_ahdlc.c
21527  SDK.UBNT.v5.3\openwrt\package\ppp\src\solaris\ppp_ahdlc_mod.c
21528  SDK.UBNT.v5.3\openwrt\package\ppp\src\solaris\ppp_comp.c
21529  SDK.UBNT.v5.3\openwrt\package\ppp\src\solaris\ppp_comp_mod.c
21530  SDK.UBNT.v5.3\openwrt\package\ppp\src\solaris\ppp_mod.c
```

```
21531   SDK.UBNT.v5.3\openwrt\package\pptp\files
21532   SDK.UBNT.v5.3\openwrt\package\pptp\files
21533   SDK.UBNT.v5.3\openwrt\package\pptp\Makefile
21534   SDK.UBNT.v5.3\openwrt\package\pptp\files\options.pptp
21535   SDK.UBNT.v5.3\openwrt\package\pptp\files\pptp.sh
21536   SDK.UBNT.v5.3\openwrt\package\qos-scripts\files
21537   SDK.UBNT.v5.3\openwrt\package\qos-scripts\Makefile
21538   SDK.UBNT.v5.3\openwrt\package\qos-scripts\files\etc
21539   SDK.UBNT.v5.3\openwrt\package\qos-scripts\files\usr
21540   SDK.UBNT.v5.3\openwrt\package\qos-scripts\files\etc\config
21541   SDK.UBNT.v5.3\openwrt\package\qos-scripts\files\etc\hotplug.d
21542   SDK.UBNT.v5.3\openwrt\package\qos-scripts\files\etc\init.d
21543   SDK.UBNT.v5.3\openwrt\package\qos-scripts\files\etc\config\qos
21544   SDK.UBNT.v5.3\openwrt\package\qos-scripts\files\etc\hotplug.d\iface
21545   SDK.UBNT.v5.3\openwrt\package\qos-scripts\files\etc\hotplug.d\iface\10-qos
21546   SDK.UBNT.v5.3\openwrt\package\qos-scripts\files\etc\init.d\qos
21547   SDK.UBNT.v5.3\openwrt\package\qos-scripts\files\usr\bin
21548   SDK.UBNT.v5.3\openwrt\package\qos-scripts\files\usr\lib
21549   SDK.UBNT.v5.3\openwrt\package\qos-scripts\files\usr\bin\qos-start
21550   SDK.UBNT.v5.3\openwrt\package\qos-scripts\files\usr\bin\qos-stat
21551   SDK.UBNT.v5.3\openwrt\package\qos-scripts\files\usr\bin\qos-stop
21552   SDK.UBNT.v5.3\openwrt\package\qos-scripts\files\usr\lib\qos
21553   SDK.UBNT.v5.3\openwrt\package\qos-scripts\files\usr\lib\qos\generate.sh
21554   SDK.UBNT.v5.3\openwrt\package\qos-scripts\files\usr\lib\qos\tcrules.awk
21555   SDK.UBNT.v5.3\openwrt\package\robocfg\Makefile
21556   SDK.UBNT.v5.3\openwrt\package\robocfg\src
21557   SDK.UBNT.v5.3\openwrt\package\robocfg\src\etc53xx.h
21558   SDK.UBNT.v5.3\openwrt\package\robocfg\src\Makefile
21559   SDK.UBNT.v5.3\openwrt\package\robocfg\src\robocfg.c
21560   SDK.UBNT.v5.3\openwrt\package\rt2570\Makefile
21561   SDK.UBNT.v5.3\openwrt\package\siit\Makefile
21562   SDK.UBNT.v5.3\openwrt\package\siit\src
21563   SDK.UBNT.v5.3\openwrt\package\siit\src\Makefile
21564   SDK.UBNT.v5.3\openwrt\package\siit\src\siit.c
21565   SDK.UBNT.v5.3\openwrt\package\siit\src\siit.h
21566   SDK.UBNT.v5.3\openwrt\package\spi-ks8995\Makefile
21567   SDK.UBNT.v5.3\openwrt\package\spi-ks8995\src
21568   SDK.UBNT.v5.3\openwrt\package\spi-ks8995\src\Kconfig
21569   SDK.UBNT.v5.3\openwrt\package\spi-ks8995\src\Makefile
21570   SDK.UBNT.v5.3\openwrt\package\spi-ks8995\src\spi_ks8995.c
21571   SDK.UBNT.v5.3\openwrt\package\swconfig\files
21572   SDK.UBNT.v5.3\openwrt\package\swconfig\Makefile
21573   SDK.UBNT.v5.3\openwrt\package\swconfig\src
21574   SDK.UBNT.v5.3\openwrt\package\swconfig\files\switch.sh
21575   SDK.UBNT.v5.3\openwrt\package\swconfig\src\cli.c
21576   SDK.UBNT.v5.3\openwrt\package\swconfig\src\Makefile
21577   SDK.UBNT.v5.3\openwrt\package\swconfig\src\swlib.c
21578   SDK.UBNT.v5.3\openwrt\package\swconfig\src\swlib.h
21579   SDK.UBNT.v5.3\openwrt\package\swconfig\src\uci.c
21580   SDK.UBNT.v5.3\openwrt\package\switch\files
21581   SDK.UBNT.v5.3\openwrt\package\switch\Makefile
21582   SDK.UBNT.v5.3\openwrt\package\switch\src
21583   SDK.UBNT.v5.3\openwrt\package\switch\files\switch.sh
21584   SDK.UBNT.v5.3\openwrt\package\switch\src\etc53xx.h
21585   SDK.UBNT.v5.3\openwrt\package\switch\src\gpio-bcm947xx.h
21586   SDK.UBNT.v5.3\openwrt\package\switch\src\gpio.h
21587   SDK.UBNT.v5.3\openwrt\package\switch\src\Makefile
21588   SDK.UBNT.v5.3\openwrt\package\switch\src\switch-adm.c
21589   SDK.UBNT.v5.3\openwrt\package\switch\src\switch-core.c
21590   SDK.UBNT.v5.3\openwrt\package\switch\src\switch-core.h
21591   SDK.UBNT.v5.3\openwrt\package\switch\src\switch-robo.c
21592   SDK.UBNT.v5.3\openwrt\package\tinysnmp\files
21593   SDK.UBNT.v5.3\openwrt\package\tinysnmp\Makefile
21594   SDK.UBNT.v5.3\openwrt\package\tinysnmp\patches
21595   SDK.UBNT.v5.3\openwrt\package\tinysnmp\files\mibs
21596   SDK.UBNT.v5.3\openwrt\package\tinysnmp\files\modules
21597   SDK.UBNT.v5.3\openwrt\package\tinysnmp\files\mibs\IEEE802dot11-MIB.txt
21598   SDK.UBNT.v5.3\openwrt\package\tinysnmp\files\mibs\Mikrotik.mib.txt
21599   SDK.UBNT.v5.3\openwrt\package\tinysnmp\files\modules\ieee802dot11
```

```
21600  SDK.UBNT.v5.3\openwrt\package\tinysnmp\files\modules\ieee802dot11
21601  SDK.UBNT.v5.3\openwrt\package\tinysnmp\files\modules\ieee802dot11\ieee802dot11.h
21602  SDK.UBNT.v5.3\openwrt\package\tinysnmp\files\modules\ieee802dot11\iwlib.h
21603  SDK.UBNT.v5.3\openwrt\package\tinysnmp\files\modules\ieee802dot11\main.c
21604  SDK.UBNT.v5.3\openwrt\package\tinysnmp\files\modules\ieee802dot11\Makefile
21605  SDK.UBNT.v5.3\openwrt\package\tinysnmp\files\modules\ieee802dot11\README-ieee802dot11
21606  SDK.UBNT.v5.3\openwrt\package\tinysnmp\files\modules\mikrotik\main.c
21607  SDK.UBNT.v5.3\openwrt\package\tinysnmp\files\modules\mikrotik\Makefile
21608  SDK.UBNT.v5.3\openwrt\package\tinysnmp\patches\001-tinysnmp-cross_no_cflags.diff
21609  SDK.UBNT.v5.3\openwrt\package\tinysnmp\patches\002-tinysnmp-flags.diff
21610  SDK.UBNT.v5.3\openwrt\package\tinysnmp\patches\003-tinysnmp-module-interfaces_ignore_pars
       e_errors.diff
21611  SDK.UBNT.v5.3\openwrt\package\tinysnmp\patches\004-tinysnmp-module-resources-no-storage.p
       atch
21612  SDK.UBNT.v5.3\openwrt\package\tinysnmp\patches\010-defs.patch
21613  SDK.UBNT.v5.3\openwrt\package\tinysnmp\patches\020-modules.patch
21614  SDK.UBNT.v5.3\openwrt\package\tinysnmp\patches\030-gzip-man-force.patch
21615  SDK.UBNT.v5.3\openwrt\package\tinysnmp\patches\040-if-cache.patch
21616  SDK.UBNT.v5.3\openwrt\package\tinysnmp\patches\050-tinysnmp-module-interfaces_ifspeed.pat
       ch
21617  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\config.in
21618  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files
21619  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\Makefile
21620  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\bin
21621  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\etc
21622  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\init
21623  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\lib
21624  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin
21625  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr
21626  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\bin\airview
21627  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\bin\htb
21628  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\bin\ma-auth
21629  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\bin\ma-check
21630  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\bin\ma-deauth
21631  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\bin\ma-rm
21632  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\bin\ma-show
21633  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\bin\ma-ticket-add
21634  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\bin\mca-config
21635  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\bin\mca-ctrl
21636  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\bin\mca-fwupdate
21637  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\bin\mca-provision
21638  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\bin\mca-provision-list
21639  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\bin\mca-provision-rm
21640  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\bin\mca-startup
21641  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\bin\mca-ticket
21642  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\bin\mcad
21643  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\bin\pktgen.sh
21644  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\bin\radartoolw
21645  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\bin\spectralbox
21646  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\bin\spectralplayer
21647  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\bin\spectralserver
21648  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\bin\spectraltool
21649  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\bin\support
21650  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\etc\modules.d
21651  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\etc\modules.d\10-ag7240
21652  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\etc\modules.d\50-ubnt-poll
21653  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\etc\modules.d\55-ath-11n
21654  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\etc\modules.d\90-rssi-leds
21655  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\lib\modules
21656  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\lib\modules\2.6.15-5.2
21657  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\lib\modules\2.6.15-5.2\ag7240-eth.ko
21658  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\lib\modules\2.6.15-5.2\ath_dev.ko
21659  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\lib\modules\2.6.15-5.2\ath_dfs.ko
21660  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\lib\modules\2.6.15-5.2\ath_hal.ko
21661  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\lib\modules\2.6.15-5.2\ath_pci.ko
21662  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\lib\modules\2.6.15-5.2\ath_rate_ather
       os.ko
21663  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\lib\modules\2.6.15-5.2\ath_rate_onoe.
       ko
```

```
21664  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\lib\modules\2.6.15-5.2\spdtleds.ko
21665  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\lib\modules\2.6.15-5.2\spdtst.ko
21666  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\lib\modules\2.6.15-5.2\ubnt_poll.ko
21667  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\lib\modules\2.6.15-5.2\ubnt_spectral.
       ko
21668  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\lib\modules\2.6.15-5.2\wlan.ko
21669  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\lib\modules\2.6.15-5.2\wlan_acl.ko
21670  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\lib\modules\2.6.15-5.2\wlan_ccmp.ko
21671  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\lib\modules\2.6.15-5.2\wlan_leds_prin
       t.ko
21672  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\lib\modules\2.6.15-5.2\wlan_me.ko
21673  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\lib\modules\2.6.15-5.2\wlan_scan_ap.k
       o
21674  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\lib\modules\2.6.15-5.2\wlan_scan_sta.
       ko
21675  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\lib\modules\2.6.15-5.2\wlan_tkip.ko
21676  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\lib\modules\2.6.15-5.2\wlan_wep.ko
21677  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\lib\modules\2.6.15-5.2\wlan_xauth.ko
21678  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\80211debug
21679  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\80211stats
21680  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\athbox
21681  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\athchans
21682  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\athdebug
21683  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\athkey
21684  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\athstats
21685  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\athstatsclr
21686  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\bgnd
21687  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\cfgmtd
21688  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\discover
21689  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\factorytest
21690  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\fwupdate
21691  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\fwupdate.real
21692  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\haldebug
21693  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\hotplug-call
21694  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\infctld
21695  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\mca-status
21696  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\radartool
21697  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\regdomain
21698  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\rssi_decode
21699  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\speedicmp
21700  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\speedsrv
21701  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\speedtest
21702  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\status-full.cgi
21703  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\sysled
21704  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\ubntbox
21705  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\ubntconf
21706  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\sbin\wlanconfig
21707  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\bin
21708  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc
21709  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\www
21710  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\bin\ethreg
21711  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\cardlist.txt
21712  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\ethertypes
21713  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\fstab
21714  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\group
21715  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\host.conf
21716  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\hosts
21717  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\hotplug.d
21718  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\hotplug2.rules
21719  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\init.d
21720  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\inittab
21721  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\lighttpd
21722  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\login.defs
21723  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\passwd
21724  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\profile
21725  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\protocols
21726  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\rc.d
21727  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\server.crt
21728  SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\server.key
```

```
21729    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\passwd
21730    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\shells
21731    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\startup.list
21732    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\system-3g.cfg
21733    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\system-e402.cfg
21734    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\system-e4a2.cfg
21735    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\system-e6a2.cfg
21736    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\system-e6b2.cfg
21737    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\system-e6c2.cfg
21738    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\system-soho.cfg
21739    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\system-wsoho.cfg
21740    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\system.cfg
21741    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\udhcpc
21742    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\udhcpc_services
21743    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\hotplug.d\usb
21744    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\hotplug.d\usb\10-usb
21745    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\hotplug.d\usb\30-3g
21746    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\init.d\plugin
21747    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\lighttpd\lighttpd.conf
21748    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\lighttpd\mimetypes.conf
21749    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\lighttpd\modules.conf
21750    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\rc.d\rc
21751    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\rc.d\rc.funcs
21752    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\rc.d\rc.modules
21753    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\rc.d\rc.softrestart
21754    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\rc.d\rc.stop
21755    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\rc.d\rc.sysinit
21756    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\etc\udhcpc\udhcpc
21757    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\www\ipscan.cgi
21758    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\www\signal.cgi
21759    SDK.UBNT.v5.3\openwrt\package\ubnt-base-files\files\usr\www\status.cgi
21760    SDK.UBNT.v5.3\openwrt\package\ubnt-web\Makefile
21761    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src
21762    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\.excluded
21763    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\admin.cgi
21764    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\advanced.cgi
21765    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\airview.cgi
21766    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\airview.jar.pack.gz
21767    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\airview.jnlp
21768    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\ajax.js
21769    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\apply.cgi
21770    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\arp.cgi
21771    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\blank.html
21772    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\bluecurve.css
21773    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\boxsizing.htc
21774    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\brmacs.cgi
21775    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\cfg.cgi
21776    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\config.cgi
21777    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\deployJava.js
21778    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\deployJava.txt
21779    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\dhcpc.cgi
21780    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\dhcpc.js
21781    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\dhcpcinfo.cgi
21782    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\dict.sh
21783    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\discard.cgi
21784    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\discovery.cgi
21785    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\discovery.js
21786    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\favicon.ico
21787    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\firewall.cgi
21788    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\fw.cgi
21789    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\fwflash.cgi
21790    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\help
21791    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\help.css
21792    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\help.js
21793    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images
21794    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\index.cgi
21795    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\index.html
21796    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\index.js
21797    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\info.cgi
```

```
21798   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\jquery-ui.css
21799   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\jquery-ui.css
21800   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\js
21801   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\jsl10n.cgi
21802   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\jsval.js
21803   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\language.cgi
21804   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\leases.cgi
21805   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib
21806   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\link.cgi
21807   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\log.cgi
21808   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\login.cgi
21809   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\login.css
21810   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\logo.cgi
21811   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\logout.cgi
21812   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\Makefile
21813   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\network.cgi
21814   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\network.js
21815   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\pfw.cgi
21816   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\pingtest.cgi
21817   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\pingtest.css
21818   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\pingtest.js
21819   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\pingtest_action.cgi
21820   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\poll.cgi
21821   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\port_forward.cgi
21822   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\pppinfo.cgi
21823   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\progress.js
21824   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\reboot.cgi
21825   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\reset.cgi
21826   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\routes.cgi
21827   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\scan_channels.cgi
21828   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\services.cgi
21829   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\signal.js
21830   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\signal_gui.cgi
21831   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\slider-min.js
21832   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\slider.js
21833   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\slink.js
21834   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\sorttable.js
21835   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\speedtest.css
21836   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\sptest.cgi
21837   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\sptest.js
21838   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\sptest_action.cgi
21839   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\sroutes.cgi
21840   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\sshd-authkeys.cgi
21841   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\sta.cgi
21842   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\stainfo.cgi
21843   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\stainfo.js
21844   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\stakick.cgi
21845   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\stalist.cgi
21846   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\stalist.js
21847   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\status-403.html
21848   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\status-404.html
21849   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\status-500.html
21850   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\style.css
21851   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\support.cgi
21852   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\survey.cgi
21853   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\survey.css
21854   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\survey.json.cgi
21855   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\system.cgi
21856   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\system.js
21857   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\test.cgi
21858   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\testdone.cgi
21859   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\throughput.cgi
21860   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\throughput.js
21861   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\ticket.cgi
21862   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\tool.cgi
21863   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\traceroute.cgi
21864   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\traceroute.css
21865   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\traceroute.js
21866   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\traceroute_action.cgi
```

```
21867    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\upgrade.cgi
21868    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\upgrade.cgi
21869    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\util.js
21870    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\help\en_US
21871    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\help\en_US\chanshift.html
21872    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\help\en_US\clksel.html
21873    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\help\en_US\ptpnoack.html
21874    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\help\en_US\wmode.html
21875    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\3GO.gif
21876    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\3GP.gif
21877    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\3GS.gif
21878    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\3g_lg_usbconnect_turbo.gif
21879    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\3g_novatel_usb760.gif
21880    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\3g_option_usbconnect_velocity.gif
21881    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\3g_sierra_598U.gif
21882    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\3g_sierra_lightning_usb305.gif
21883    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\3g_sierra_mc5727.gif
21884    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\3g_sierra_mc5728.gif
21885    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\3g_sierra_mc8790.gif
21886    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\3g_sierra_mercury_connect.gif
21887    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\3g_sierra_usb888.gif
21888    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\4dv.png
21889    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\4dv_top.png
21890    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\5x3.png
21891    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\AG2-HP.gif
21892    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\AG2.gif
21893    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\AG5-HP.gif
21894    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\AG5.gif
21895    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\airview-splash.png
21896    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\airview.ico
21897    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\airview_32.png
21898    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\ajax-loader.gif
21899    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\b.gif
21900    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\B2N.gif
21901    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\B36.gif
21902    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\B5N.gif
21903    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\bg.gif
21904    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\bg.png
21905    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\bginside.png
21906    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\bgp.gif
21907    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\bgtabs.png
21908    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\border.gif
21909    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\c.gif
21910    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\calendar.gif
21911    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\close.gif
21912    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\cross.gif
21913    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\down.png
21914    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\error.png
21915    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\errorcentr.png
21916    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\g.gif
21917    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\grade.gif
21918    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\grid.gif
21919    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\halfborder.gif
21920    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\handle.horizontal.png
21921    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\info.gif
21922    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\info.png
21923    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\infocentr.png
21924    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\LAP.gif
21925    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\link.png
21926    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\link_top.png
21927    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\LM2.gif
21928    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\LM5.gif
21929    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\loading.gif
21930    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\main.png
21931    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\main_top.png
21932    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\msg.png
21933    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\N2N.gif
21934    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\N36.gif
21935    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\N5N.gif
```

```
21936    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\NB2.gif
21937    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\NB2.gif
21938    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\NB3.gif
21939    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\NB5.gif
21940    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\NB9.gif
21941    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\net.png
21942    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\net_top.png
21943    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\noncross.gif
21944    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\NS3.gif
21945    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\o.gif
21946    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\p.gif
21947    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\p2N.gif
21948    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\P36.gif
21949    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\p5N.gif
21950    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\PAP.gif
21951    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\passwd.png
21952    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\PB3.gif
21953    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\PB5.gif
21954    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\r.gif
21955    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\R2N-GPS.gif
21956    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\R2N.gif
21957    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\R36-GPS.gif
21958    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\R36.gif
21959    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\R3N.gif
21960    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\R5N-GPS.gif
21961    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\R5N.gif
21962    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\R9N.gif
21963    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\refresh.png
21964    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\RM3.gif
21965    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\roundmsg_bl.png
21966    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\roundmsg_br.png
21967    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\roundmsg_tl.png
21968    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\roundmsg_tr.png
21969    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\spectr.gif
21970    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\spectr.png
21971    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\srv.png
21972    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\srv_top.png
21973    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\stroke.gif
21974    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\system.png
21975    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\system_top.png
21976    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\u.jpg
21977    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\ubnt.png
21978    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\ubnt_top.png
21979    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\ui-bg_flat_0_aaaaaa_40x100.png
21980    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\ui-bg_glass_55_fbf9ee_1x400.png
21981    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\ui-bg_glass_65_ffffff_1x400.png
21982    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\ui-bg_glass_75_dadada_1x400.png
21983    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\ui-bg_glass_75_e6e6e6_1x400.png
21984    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\ui-bg_glass_75_ffffff_1x400.png
21985    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\ui-bg_highlight-soft_75_cccccc_1x100.pn
         g
21986    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\ui-bg_inset-soft_95_fefec_1x100.png
21987    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\ui-icons_222222_256x240.png
21988    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\ui-icons_2e83ff_256x240.png
21989    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\ui-icons_454545_256x240.png
21990    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\ui-icons_888888_256x240.png
21991    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\ui-icons_cd0a0a_256x240.png
21992    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\ulogo.gif
21993    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\unknown.jpg
21994    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\up.png
21995    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\warn.gif
21996    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\WM5.gif
21997    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\images\y.gif
21998    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\js\excanvas.pack.js
21999    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\js\jquery.bgiframe.js
22000    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\js\jquery.cookie.js
22001    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\js\jquery.dataTables.js
22002    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\js\jquery.dimensions.js
22003    SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\js\jquery.flot.js
```

```
22004  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\js\jquery.js
22005  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\js\jquery.js
22006  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\js\jquery.l10n.js
22007  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\js\jquery.passwd.js
22008  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\js\jquery.ui.js
22009  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\js\jquery.utils.js
22010  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\js\ui.datepicker.js
22011  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\advanced.tmpl
22012  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\arp_head.tmpl
22013  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\arp_tail.tmpl
22014  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\brmacs_head.tmpl
22015  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\busy.tmpl
22016  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\ccode.inc
22017  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\dhcpc_head.tmpl
22018  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\dhcpc_info.tmpl
22019  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\dhcpc_tail.tmpl
22020  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\error.tmpl
22021  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\err_fw.tmpl
22022  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\err_pfw.tmpl
22023  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\err_scan.tmpl
22024  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\err_syslog.tmpl
22025  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\fwflash.tmpl
22026  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\fwupload.tmpl
22027  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\fw_head.tmpl
22028  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\get3g.inc
22029  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\getbridge.inc
22030  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\getnatmodules.inc
22031  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\getrouter.inc
22032  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\getsoho.inc
22033  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\head.tmpl
22034  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\ipcheck.inc
22035  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\l10n.inc
22036  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\lang
22037  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\link.inc
22038  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\linkap.tmpl
22039  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\linknoradio.tmpl
22040  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\linksta.tmpl
22041  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\link_head.tmpl
22042  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\logo.tmpl
22043  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\log_head.tmpl
22044  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\log_tail.tmpl
22045  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\misc.inc
22046  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\modified.tmpl
22047  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\msgpage.tmpl
22048  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\netbridge.tmpl
22049  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\netmode.tmpl
22050  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\netrouterap.tmpl
22051  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\netroutersta.tmpl
22052  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\network_head.tmpl
22053  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\oem.inc
22054  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\pfw_head.tmpl
22055  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\pfw_tail.tmpl
22056  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\ppp_head.tmpl
22057  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\ppp_info.tmpl
22058  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\ppp_tail.tmpl
22059  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\ptable_head.tmpl
22060  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\question.tmpl
22061  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\reboot.tmpl
22062  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\services.tmpl
22063  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\set3g.inc
22064  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\setbridge.inc
22065  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\setdef.inc
22066  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\setnatmodules.inc
22067  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\setrouter.inc
22068  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\setsoho.inc
22069  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\settings.inc
22070  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\sptest.inc
22071  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\sshd_authkeys_head.tmpl
22072  SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\sshd_authkeys_item.tmpl
```

```
22073   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\survey.tmpl
22074   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\survey.tmpl
22075   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\system.inc
22076   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\system.tmpl
22077   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\throughput.tmpl
22078   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\ubnt.tmpl
22079   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\warn-link.tmpl
22080   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\warn-net.tmpl
22081   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\lang\cz_CZ
22082   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\lang\fr_FR
22083   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\lang\pl_PL
22084   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\lang\pt_PT
22085   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\lang\sp_SP
22086   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\lang\zh_CN
22087   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\lang\cz_CZ\Cesky
22088   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\lang\fr_FR\Franx87ais
22089   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\lang\pl_PL\Polski
22090   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\lang\pt_PT\Portugux88s
22091   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\lang\sp_SP\Espax A4ol
22092   SDK.UBNT.v5.3\openwrt\package\ubnt-web\src\lib\lang\zh_CN\??(??)
22093   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files
22094   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\Makefile
22095   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\patches
22096   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\board
22097   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\common
22098   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\cpu
22099   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\drivers
22100   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\include
22101   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\lib_bootstrap
22102   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\lib_generic
22103   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\net
22104   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\tools
22105   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\board\danube
22106   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\board\danube\config.mk
22107   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\board\danube\danube.c
22108   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings.h
22109   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings_111.h
22110   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings_166.h
22111   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings_e111.h
22112   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings_e166.h
22113   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings_PROMOSDDR400.h
22114   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings_psc_166.h
22115   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings_r111.h
22116   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings_r166.h
22117   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings_Samsung_166.h
22118   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\board\danube\flash.c
22119   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\board\danube\lowlevel_init.S
22120   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\board\danube\Makefile
22121   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\board\danube\pmuenable.S
22122   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\board\danube\README
22123   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\board\danube\u-boot-bootstrap.lds
22124   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\board\danube\u-boot.lds
22125   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\common\flash_danube.c
22126   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\cpu\mips
22127   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\cpu\mips\danube
22128   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\asc_serial.c
22129   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\asc_serial.h
22130   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\au1x00_eth.c
22131   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\au1x00_serial.c
22132   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\au1x00_usb_ohci.c
22133   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\au1x00_usb_ohci.h
22134   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\cache.S
22135   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\config.mk
22136   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\cpu.c
22137   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\ifx_asc.c
22138   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\ifx_cache.S
22139   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\ifx_cgu.c
22140   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\ifx_cgu.h
```

```
22141   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\
22142   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\ifx_cpu.c
22143   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\ifx_start.S
22144   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\incaip_clock.c
22145   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\incaip_wdt.S
22146   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\interrupts.c
22147   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\Makefile
22148   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\start.S
22149   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\start_bootstrap.S
22150   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\drivers\ifx_sw.c
22151   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\include\asm-mips
22152   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\include\boot.h
22153   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\include\configs
22154   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\include\LzmaWrapper.h
22155   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\include\asm-mips\danube.h
22156   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\include\asm-mips\errno.h
22157   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\include\asm-mips\ifx_asc.h
22158   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\include\asm-mips\inca-ip2.h
22159   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\include\asm-mips\pinstrap.h
22160   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\include\asm-mips\romconfig.h
22161   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\include\configs\danube.h
22162   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\include\configs\ifx_cfg.h
22163   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\include\configs\ifx_extra_env.h
22164   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\lib_bootstrap\bootstrap_board_danube.c
22165   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\lib_bootstrap\console.c
22166   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\lib_bootstrap\crc32.c
22167   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\lib_bootstrap\ctype.c
22168   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\lib_bootstrap\devices.c
22169   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\lib_bootstrap\display_options.c
22170   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\lib_bootstrap\lists.c
22171   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\lib_bootstrap\LzmaDecode.c
22172   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\lib_bootstrap\LzmaDecode.h
22173   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\lib_bootstrap\LzmaTypes.h
22174   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\lib_bootstrap\LzmaWrapper.c
22175   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\lib_bootstrap\Makefile
22176   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\lib_bootstrap\string.c
22177   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\lib_bootstrap\time.c
22178   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\lib_bootstrap\vsprintf.c
22179   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\lib_generic\LzmaDecode.c
22180   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\lib_generic\LzmaDecode.h
22181   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\lib_generic\LzmaTypes.h
22182   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\lib_generic\LzmaWrapper.c
22183   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\net\ifx_eth.c
22184   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\net\net_danube.c
22185   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\net\nfs_danube.c
22186   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\net\tftp_danube.c
22187   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\tools\crc32_danube.c
22188   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\files\tools\environment_danube.c
22189   SDK.UBNT.v5.3\openwrt\package\uboot-ifxmips\patches\100-ifx.patch
22190   SDK.UBNT.v5.3\openwrt\package\ubsec_ssb\Makefile
22191   SDK.UBNT.v5.3\openwrt\package\ubsec_ssb\src
22192   SDK.UBNT.v5.3\openwrt\package\ubsec_ssb\src\bsdqueue.h
22193   SDK.UBNT.v5.3\openwrt\package\ubsec_ssb\src\cryptodev.h
22194   SDK.UBNT.v5.3\openwrt\package\ubsec_ssb\src\hmachack.h
22195   SDK.UBNT.v5.3\openwrt\package\ubsec_ssb\src\Makefile
22196   SDK.UBNT.v5.3\openwrt\package\ubsec_ssb\src\md5.c
22197   SDK.UBNT.v5.3\openwrt\package\ubsec_ssb\src\md5.h
22198   SDK.UBNT.v5.3\openwrt\package\ubsec_ssb\src\ocf-compat.h
22199   SDK.UBNT.v5.3\openwrt\package\ubsec_ssb\src\openbsd
22200   SDK.UBNT.v5.3\openwrt\package\ubsec_ssb\src\sha1.c
22201   SDK.UBNT.v5.3\openwrt\package\ubsec_ssb\src\sha1.h
22202   SDK.UBNT.v5.3\openwrt\package\ubsec_ssb\src\ubsecreg.h
22203   SDK.UBNT.v5.3\openwrt\package\ubsec_ssb\src\ubsecvar.h
22204   SDK.UBNT.v5.3\openwrt\package\ubsec_ssb\src\ubsec_ssb.c
22205   SDK.UBNT.v5.3\openwrt\package\ubsec_ssb\src\uio.h
22206   SDK.UBNT.v5.3\openwrt\package\ubsec_ssb\src\openbsd\ubsec.c
22207   SDK.UBNT.v5.3\openwrt\package\ubsec_ssb\src\openbsd\ubsecreg.h
22208   SDK.UBNT.v5.3\openwrt\package\ubsec_ssb\src\openbsd\ubsecvar.h
22209   SDK.UBNT.v5.3\openwrt\package\uci\files
```

```
22210   SDK.UBNT.v5.3\openwrt\package\uci\files
22211   SDK.UBNT.v5.3\openwrt\package\uci\files\lib
22212   SDK.UBNT.v5.3\openwrt\package\uci\files\lib\config
22213   SDK.UBNT.v5.3\openwrt\package\uci\files\lib\config\uci.sh
22214   SDK.UBNT.v5.3\openwrt\package\udev\files
22215   SDK.UBNT.v5.3\openwrt\package\udev\Makefile
22216   SDK.UBNT.v5.3\openwrt\package\udev\patches
22217   SDK.UBNT.v5.3\openwrt\package\udev\udevextras-config.in
22218   SDK.UBNT.v5.3\openwrt\package\udev\files\20-input-grouping.rules
22219   SDK.UBNT.v5.3\openwrt\package\udev\patches\001-no_debug.patch
22220   SDK.UBNT.v5.3\openwrt\package\udev\patches\002-udevtrigger_no_config.patch
22221   SDK.UBNT.v5.3\openwrt\package\udev\patches\003-portability.patch
22222   SDK.UBNT.v5.3\openwrt\package\udev\patches\901-cve-2009-1185.patch
22223   SDK.UBNT.v5.3\openwrt\package\usb-modeswitch\files
22224   SDK.UBNT.v5.3\openwrt\package\usb-modeswitch\Makefile
22225   SDK.UBNT.v5.3\openwrt\package\usb-modeswitch\files\modeswitch.hotplug
22226   SDK.UBNT.v5.3\openwrt\package\usb-modeswitch-data\Makefile
22227   SDK.UBNT.v5.3\openwrt\package\util-linux-ng\Makefile
22228   SDK.UBNT.v5.3\openwrt\package\util-linux-ng\patches
22229   SDK.UBNT.v5.3\openwrt\package\util-linux-ng\patches\001-cris_avr32_label.patch
22230   SDK.UBNT.v5.3\openwrt\package\wl-gpio-custom\Makefile
22231   SDK.UBNT.v5.3\openwrt\package\wl-gpio-custom\src
22232   SDK.UBNT.v5.3\openwrt\package\wl-gpio-custom\src\Kconfig
22233   SDK.UBNT.v5.3\openwrt\package\wl-gpio-custom\src\Makefile
22234   SDK.UBNT.v5.3\openwrt\package\wl-gpio-custom\src\wl-gpio-custom.c
22235   SDK.UBNT.v5.3\openwrt\package\wireless-tools\Makefile
22236   SDK.UBNT.v5.3\openwrt\package\wireless-tools\patches
22237   SDK.UBNT.v5.3\openwrt\package\wireless-tools\patches\001-debian.patch
22238   SDK.UBNT.v5.3\openwrt\package\wireless-tools\patches\010-wireless-max-frequencies.patch
22239   SDK.UBNT.v5.3\openwrt\package\wireless-tools\patches\020-always-respect-e2big.patch
22240   SDK.UBNT.v5.3\openwrt\package\wireless-tools\patches\030-iwevent-in-iwmulticall.patch
22241   SDK.UBNT.v5.3\openwrt\package\wireless-tools\patches\40-iwevent-syslog.patch
22242   SDK.UBNT.v5.3\openwrt\package\wpa_supplicant\config
22243   SDK.UBNT.v5.3\openwrt\package\wpa_supplicant\Config.in
22244   SDK.UBNT.v5.3\openwrt\package\wpa_supplicant\files
22245   SDK.UBNT.v5.3\openwrt\package\wpa_supplicant\Makefile
22246   SDK.UBNT.v5.3\openwrt\package\wpa_supplicant\patches
22247   SDK.UBNT.v5.3\openwrt\package\wpa_supplicant\files\wpa_supplicant.sh
22248   SDK.UBNT.v5.3\openwrt\package\wpa_supplicant\patches\001-wireless-h.patch
22249   SDK.UBNT.v5.3\openwrt\package\wpa_supplicant\patches\020-no_interface_down_control.patch
22250   SDK.UBNT.v5.3\openwrt\package\wpa_supplicant\patches\030-speed_up_udhcpc_address_retrieva
        l.patch
22251   SDK.UBNT.v5.3\openwrt\package\wpa_supplicant\patches\040-no_auto_auth_alg_select.patch
22252   SDK.UBNT.v5.3\openwrt\package\wpa_supplicant\patches\050-wext-no-reset-ssid.patch
22253   SDK.UBNT.v5.3\openwrt\package\wpa_supplicant\patches\070-scan-timeout.patch
22254   SDK.UBNT.v5.3\openwrt\package\wpa_supplicant\patches\100-timestamp_check.patch
22255   SDK.UBNT.v5.3\openwrt\package\wpa_supplicant\patches\110-roaming.patch
22256   SDK.UBNT.v5.3\openwrt\package\wpa_supplicant\patches\120-ssid_scan.patch
22257   SDK.UBNT.v5.3\openwrt\package\wpa_supplicant\patches\130-scanning.patch
22258   SDK.UBNT.v5.3\openwrt\package\wpa_supplicant\patches\140-quality.patch
22259   SDK.UBNT.v5.3\openwrt\package\wpa_supplicant\patches\300-syslog.patch
22260   SDK.UBNT.v5.3\openwrt\package\wpa_supplicant\patches\350-no-CTRL-event-logging.patch
22261   SDK.UBNT.v5.3\openwrt\package\wpa_supplicant\patches\450-reduce-hwresets-onassoc-roaming.
        patch
22262   SDK.UBNT.v5.3\openwrt\package\wpa_supplicant\patches\480-eapol-timing-debug.patch
22263   SDK.UBNT.v5.3\openwrt\package\wprobe\files
22264   SDK.UBNT.v5.3\openwrt\package\wprobe\Makefile
22265   SDK.UBNT.v5.3\openwrt\package\wprobe\src
22266   SDK.UBNT.v5.3\openwrt\package\wprobe\files\wprobe.config
22267   SDK.UBNT.v5.3\openwrt\package\wprobe\files\wprobe.init
22268   SDK.UBNT.v5.3\openwrt\package\wprobe\src\exporter
22269   SDK.UBNT.v5.3\openwrt\package\wprobe\src\filter
22270   SDK.UBNT.v5.3\openwrt\package\wprobe\src\kernel
22271   SDK.UBNT.v5.3\openwrt\package\wprobe\src\Makefile.inc
22272   SDK.UBNT.v5.3\openwrt\package\wprobe\src\user
22273   SDK.UBNT.v5.3\openwrt\package\wprobe\src\exporter\Makefile
22274   SDK.UBNT.v5.3\openwrt\package\wprobe\src\exporter\wprobe-export.c
22275   SDK.UBNT.v5.3\openwrt\package\wprobe\src\exporter\wprobe-export.h
22276   SDK.UBNT.v5.3\openwrt\package\wprobe\src\filter\gen_filter.pl
```

```
22277    SDK.UBNT.v5.3\openwrt\package\wprobe\src\filter\README.txt
22278    SDK.UBNT.v5.3\openwrt\package\wprobe\src\filter\README.txt
22279    SDK.UBNT.v5.3\openwrt\package\wprobe\src\kernel\linux
22280    SDK.UBNT.v5.3\openwrt\package\wprobe\src\kernel\Makefile
22281    SDK.UBNT.v5.3\openwrt\package\wprobe\src\kernel\wprobe-core.c
22282    SDK.UBNT.v5.3\openwrt\package\wprobe\src\kernel\wprobe-dummy.c
22283    SDK.UBNT.v5.3\openwrt\package\wprobe\src\kernel\linux\math64.h
22284    SDK.UBNT.v5.3\openwrt\package\wprobe\src\kernel\linux\wprobe.h
22285    SDK.UBNT.v5.3\openwrt\package\wprobe\src\user\list.h
22286    SDK.UBNT.v5.3\openwrt\package\wprobe\src\user\Makefile
22287    SDK.UBNT.v5.3\openwrt\package\wprobe\src\user\wprobe-lib.c
22288    SDK.UBNT.v5.3\openwrt\package\wprobe\src\user\wprobe-util.c
22289    SDK.UBNT.v5.3\openwrt\package\wprobe\src\user\wprobe.h
22290    SDK.UBNT.v5.3\openwrt\package\wrt55agv2-spidevs\Makefile
22291    SDK.UBNT.v5.3\openwrt\package\wrt55agv2-spidevs\src
22292    SDK.UBNT.v5.3\openwrt\package\wrt55agv2-spidevs\src\Kconfig
22293    SDK.UBNT.v5.3\openwrt\package\wrt55agv2-spidevs\src\Makefile
22294    SDK.UBNT.v5.3\openwrt\package\wrt55agv2-spidevs\src\wrt55agv2_spidevs.c
22295    SDK.UBNT.v5.3\openwrt\package\yamonenv\Makefile
22296    SDK.UBNT.v5.3\openwrt\package\yamonenv\patches
22297    SDK.UBNT.v5.3\openwrt\package\yamonenv\patches\001-yamonenv_mtd_partition.patch
22298    SDK.UBNT.v5.3\openwrt\package\zlib\Makefile
22299    SDK.UBNT.v5.3\openwrt\package\zlib\patches
22300    SDK.UBNT.v5.3\openwrt\package\zlib\patches\100-cross_compile.patch
22301    SDK.UBNT.v5.3\openwrt\scripts\abs2rel.pl
22302    SDK.UBNT.v5.3\openwrt\scripts\adam2flash-502T.pl
22303    SDK.UBNT.v5.3\openwrt\scripts\adam2flash-fritzbox.pl
22304    SDK.UBNT.v5.3\openwrt\scripts\adam2flash.pl
22305    SDK.UBNT.v5.3\openwrt\scripts\arm-magic.sh
22306    SDK.UBNT.v5.3\openwrt\scripts\combined-image.sh
22307    SDK.UBNT.v5.3\openwrt\scripts\config
22308    SDK.UBNT.v5.3\openwrt\scripts\config.guess
22309    SDK.UBNT.v5.3\openwrt\scripts\config.sub
22310    SDK.UBNT.v5.3\openwrt\scripts\download.pl
22311    SDK.UBNT.v5.3\openwrt\scripts\env
22312    SDK.UBNT.v5.3\openwrt\scripts\feeds
22313    SDK.UBNT.v5.3\openwrt\scripts\flash.sh
22314    SDK.UBNT.v5.3\openwrt\scripts\getver.sh
22315    SDK.UBNT.v5.3\openwrt\scripts\ipkg
22316    SDK.UBNT.v5.3\openwrt\scripts\ipkg-make-index.sh
22317    SDK.UBNT.v5.3\openwrt\scripts\kconfig.pl
22318    SDK.UBNT.v5.3\openwrt\scripts\make-ipkg-dir.sh
22319    SDK.UBNT.v5.3\openwrt\scripts\md5sum
22320    SDK.UBNT.v5.3\openwrt\scripts\metadata.pl
22321    SDK.UBNT.v5.3\openwrt\scripts\metadata.pm
22322    SDK.UBNT.v5.3\openwrt\scripts\patch-kernel.sh
22323    SDK.UBNT.v5.3\openwrt\scripts\quiltrc
22324    SDK.UBNT.v5.3\openwrt\scripts\rstrip.sh
22325    SDK.UBNT.v5.3\openwrt\scripts\slugimage.pl
22326    SDK.UBNT.v5.3\openwrt\scripts\timestamp.pl
22327    SDK.UBNT.v5.3\openwrt\scripts\config\.gitignore
22328    SDK.UBNT.v5.3\openwrt\scripts\config\conf.c
22329    SDK.UBNT.v5.3\openwrt\scripts\config\confdata.c
22330    SDK.UBNT.v5.3\openwrt\scripts\config\expr.c
22331    SDK.UBNT.v5.3\openwrt\scripts\config\expr.h
22332    SDK.UBNT.v5.3\openwrt\scripts\config\kconfig_load.c
22333    SDK.UBNT.v5.3\openwrt\scripts\config\lex.backup
22334    SDK.UBNT.v5.3\openwrt\scripts\config\lex.zconf.c
22335    SDK.UBNT.v5.3\openwrt\scripts\config\lex.zconf.c_shipped
22336    SDK.UBNT.v5.3\openwrt\scripts\config\lkc.h
22337    SDK.UBNT.v5.3\openwrt\scripts\config\lkc_proto.h
22338    SDK.UBNT.v5.3\openwrt\scripts\config\lxdialog
22339    SDK.UBNT.v5.3\openwrt\scripts\config\Makefile
22340    SDK.UBNT.v5.3\openwrt\scripts\config\mconf.c
22341    SDK.UBNT.v5.3\openwrt\scripts\config\menu.c
22342    SDK.UBNT.v5.3\openwrt\scripts\config\README
22343    SDK.UBNT.v5.3\openwrt\scripts\config\symbol.c
22344    SDK.UBNT.v5.3\openwrt\scripts\config\util.c
22345    SDK.UBNT.v5.3\openwrt\scripts\config\zconf.gperf
```

```
22346   SDK.UBNT.v5.3\openwrt\scripts\config\zconf.hash.c_shipped
22347   SDK.UBNT.v5.3\openwrt\scripts\config\zconf.l
22348   SDK.UBNT.v5.3\openwrt\scripts\config\zconf.tab.c
22349   SDK.UBNT.v5.3\openwrt\scripts\config\zconf.tab.c_shipped
22350   SDK.UBNT.v5.3\openwrt\scripts\config\zconf.y
22351   SDK.UBNT.v5.3\openwrt\scripts\config\lxdialog\check-lxdialog.sh
22352   SDK.UBNT.v5.3\openwrt\scripts\config\lxdialog\checklist.c
22353   SDK.UBNT.v5.3\openwrt\scripts\config\lxdialog\colors.h
22354   SDK.UBNT.v5.3\openwrt\scripts\config\lxdialog\dialog.h
22355   SDK.UBNT.v5.3\openwrt\scripts\config\lxdialog\inputbox.c
22356   SDK.UBNT.v5.3\openwrt\scripts\config\lxdialog\lxdialog.c
22357   SDK.UBNT.v5.3\openwrt\scripts\config\lxdialog\Makefile
22358   SDK.UBNT.v5.3\openwrt\scripts\config\lxdialog\menubox.c
22359   SDK.UBNT.v5.3\openwrt\scripts\config\lxdialog\msgbox.c
22360   SDK.UBNT.v5.3\openwrt\scripts\config\lxdialog\textbox.c
22361   SDK.UBNT.v5.3\openwrt\scripts\config\lxdialog\util.c
22362   SDK.UBNT.v5.3\openwrt\scripts\config\lxdialog\yesno.c
22363   SDK.UBNT.v5.3\openwrt\target\Config.in
22364   SDK.UBNT.v5.3\openwrt\target\imagebuilder
22365   SDK.UBNT.v5.3\openwrt\target\linux
22366   SDK.UBNT.v5.3\openwrt\target\Makefile
22367   SDK.UBNT.v5.3\openwrt\target\sdk
22368   SDK.UBNT.v5.3\openwrt\target\imagebuilder\Config.in
22369   SDK.UBNT.v5.3\openwrt\target\imagebuilder\files
22370   SDK.UBNT.v5.3\openwrt\target\imagebuilder\Makefile
22371   SDK.UBNT.v5.3\openwrt\target\imagebuilder\files\Makefile
22372   SDK.UBNT.v5.3\openwrt\target\linux\adm5120
22373   SDK.UBNT.v5.3\openwrt\target\linux\ar7
22374   SDK.UBNT.v5.3\openwrt\target\linux\ar71xx
22375   SDK.UBNT.v5.3\openwrt\target\linux\atheros
22376   SDK.UBNT.v5.3\openwrt\target\linux\au1000
22377   SDK.UBNT.v5.3\openwrt\target\linux\avr32
22378   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4
22379   SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx
22380   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4
22381   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6
22382   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips
22383   SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx
22384   SDK.UBNT.v5.3\openwrt\target\linux\magicbox
22385   SDK.UBNT.v5.3\openwrt\target\linux\Makefile
22386   SDK.UBNT.v5.3\openwrt\target\linux\ppc40x
22387   SDK.UBNT.v5.3\openwrt\target\linux\ppc44x
22388   SDK.UBNT.v5.3\openwrt\target\linux\rb532
22389   SDK.UBNT.v5.3\openwrt\target\linux\rdc
22390   SDK.UBNT.v5.3\openwrt\target\linux\uml
22391   SDK.UBNT.v5.3\openwrt\target\linux\x86
22392   SDK.UBNT.v5.3\openwrt\target\linux\adm5120\base-files
22393   SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files
22394   SDK.UBNT.v5.3\openwrt\target\linux\adm5120\image
22395   SDK.UBNT.v5.3\openwrt\target\linux\adm5120\Makefile
22396   SDK.UBNT.v5.3\openwrt\target\linux\adm5120\patches
22397   SDK.UBNT.v5.3\openwrt\target\linux\adm5120\router_be
22398   SDK.UBNT.v5.3\openwrt\target\linux\adm5120\router_le
22399   SDK.UBNT.v5.3\openwrt\target\linux\adm5120\base-files\etc
22400   SDK.UBNT.v5.3\openwrt\target\linux\adm5120\base-files\lib
22401   SDK.UBNT.v5.3\openwrt\target\linux\adm5120\base-files\etc\diag.sh
22402   SDK.UBNT.v5.3\openwrt\target\linux\adm5120\base-files\etc\preinit.arch
22403   SDK.UBNT.v5.3\openwrt\target\linux\adm5120\base-files\lib\adm5120.sh
22404   SDK.UBNT.v5.3\openwrt\target\linux\adm5120\base-files\lib\upgrade
22405   SDK.UBNT.v5.3\openwrt\target\linux\adm5120\base-files\lib\upgrade\platform.sh
22406   SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch
22407   SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\drivers
22408   SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\include
22409   SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips
22410   SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120
22411   SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\pci
22412   SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\cellvision
22413   SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common
```

| | |
|---|---|
| 22415 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\edimax |
| 22416 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\edimax |
| 22417 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\infineon |
| 22418 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\Kconfig |
| 22419 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik |
| 22420 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\motorola |
| 22421 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\prom |
| 22422 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\zyxel |
| 22423 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\cellvision\cas-771.c |
| 22424 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\cellvision\cellvision.c |
| 22425 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\cellvision\cellvision.h |
| 22426 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\cellvision\Makefile |
| 22427 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\cellvision\nfs-101.c |
| 22428 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common\adm5120.c |
| 22429 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common\board.c |
| 22430 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common\clock.c |
| 22431 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common\gpio.c |
| 22432 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common\irq.c |
| 22433 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common\Makefile |
| 22434 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common\memory.c |
| 22435 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common\platform.c |
| 22436 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common\prom.c |
| 22437 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common\setup.c |
| 22438 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\compex\compex.c |
| 22439 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\compex\compex.h |
| 22440 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\compex\Makefile |
| 22441 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\compex\np27g.c |
| 22442 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\compex\np28g.c |
| 22443 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\compex\wp54.c |
| 22444 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\edimax\br-6104k.c |
| 22445 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\edimax\br-6104kp.c |
| 22446 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\edimax\br-61x4wg.c |
| 22447 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\edimax\br-61xx.c |
| 22448 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\edimax\br-61xx.h |
| 22449 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\edimax\Makefile |
| 22450 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\infineon\easy5120-rt.c |
| 22451 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\infineon\easy5120-wvoip.c |
| 22452 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\infineon\easy5120p-ata.c |
| 22453 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\infineon\easy83000.c |
| 22454 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\infineon\infineon.c |
| 22455 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\infineon\infineon.h |
| 22456 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\infineon\Makefile |
| 22457 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik\Makefile |
| 22458 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik\rb-11x.c |
| 22459 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik\rb-133.c |
| 22460 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik\rb-133c.c |
| 22461 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik\rb-150.c |
| 22462 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik\rb-153.c |
| 22463 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik\rb-192.c |
| 22464 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik\rb-1xx.c |
| 22465 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik\rb-1xx.h |
| 22466 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\motorola\Makefile |
| 22467 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\motorola\pmugw.c |
| 22468 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\prom\admboot.c |
| 22469 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\prom\bootbase.c |
| 22470 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\prom\cfe.c |
| 22471 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\prom\generic.c |
| 22472 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\prom\Makefile |
| 22473 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\prom\myloader.c |
| 22474 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\prom\prom_read.h |
| 22475 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\prom\routerboot.c |
| 22476 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\zyxel\Makefile |
| 22477 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\zyxel\p-334wt.c |
| 22478 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\zyxel\p-335.c |
| 22479 | SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\adm5120\zyxel\p-33x.c |

```
22480    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\pci
22481    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\arch\mips\pci\pci-adm5120.c
22482    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\drivers\ata
22483    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\drivers\leds
22484    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\drivers\mtd
22485    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\drivers\net
22486    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\drivers\usb
22487    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\drivers\watchdog
22488    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\drivers\ata\pata_rb153_cf.c
22489    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\drivers\leds\ledtrig-adm5120-switch.c
22490    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\drivers\mtd\maps
22491    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\drivers\mtd\myloader.c
22492    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\drivers\mtd\trxsplit.c
22493    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\drivers\mtd\maps\adm5120-flash.c
22494    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\drivers\net\adm5120sw.c
22495    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\drivers\net\adm5120sw.h
22496    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\drivers\usb\host
22497    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\drivers\usb\host\adm5120-dbg.c
22498    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\drivers\usb\host\adm5120-drv.c
22499    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\drivers\usb\host\adm5120-hcd.c
22500    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\drivers\usb\host\adm5120-hub.c
22501    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\drivers\usb\host\adm5120-mem.c
22502    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\drivers\usb\host\adm5120-pm.c
22503    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\drivers\usb\host\adm5120-q.c
22504    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\drivers\usb\host\adm5120.h
22505    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\drivers\watchdog\adm5120_wdt.c
22506    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\include\asm-mips
22507    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120
22508    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\adm5120_board.h
22509    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\adm5120_defs.h
22510    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\adm5120_info.h
22511    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\adm5120_intc.h
22512    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\adm5120_mpmc.h
22513    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\adm5120_nand.h
22514    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\adm5120_platform.h
22515    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\adm5120_switch.h
22516    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\adm5120_uart.h
22517    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\asm
22518    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\cpu-feature-overrides.h
22519    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\gpio.h
22520    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\irq.h
22521    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\prom
22522    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\war.h
22523    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\asm\sizes.h
22524    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\prom\admboot.h
22525    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\prom\cfe.h
22526    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\prom\generic.h
22527    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\prom\myloader.h
22528    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\prom\routerboot.h
22529    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\prom\zynos.h
22530    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\image\lzma-loader
22531    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\image\Makefile
22532    SDK.UBNT.v5.3\openwrt\target\linux\adm5120\image\router_be.mk
```

```
22533  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\image\lzma-loader
22534  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\image\lzma-loader\Makefile
22535  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\image\lzma-loader\src
22536  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\image\lzma-loader\src\board.c
22537  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\image\lzma-loader\src\config.h
22538  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\image\lzma-loader\src\decompress.c
22539  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\image\lzma-loader\src\head.S
22540  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\image\lzma-loader\src\loader.lds
22541  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\image\lzma-loader\src\lzma-data.lds
22542  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\image\lzma-loader\src\LzmaDecode.c
22543  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\image\lzma-loader\src\LzmaDecode.h
22544  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\image\lzma-loader\src\LzmaTypes.h
22545  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\image\lzma-loader\src\Makefile
22546  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\image\lzma-loader\src\printf.c
22547  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\image\lzma-loader\src\printf.h
22548  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\image\lzma-loader\src\README
22549  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\patches\001-adm5120.patch
22550  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\patches\002-adm5120_flash.patch
22551  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\patches\003-adm5120_switch.patch
22552  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\patches\005-adm5120_usb.patch
22553  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\patches\007-adm5120_pci.patch
22554  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\patches\009-adm5120_leds_switch_trigger.patch
22555  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\patches\100-mtd_myloder_partition_parser.patch
22556  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\patches\101-cfi_fixup_macronix_bootloc.patch
22557  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\patches\102-jedec_pmc_39lvxxx_chips.patch
22558  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\patches\103-mtd_trxsplit.patch
22559  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\patches\120-rb153_cf_driver.patch
22560  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\patches\140-cmdline_hack.patch
22561  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\patches\200-amba_pl010_hacks.patch
22562  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\patches\201-amba_bus_hacks.patch
22563  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\patches\202-pci_disable_common_quirks.patch
22564  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\patches\203-gpio_leds_brightness.patch
22565  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\patches\310-adm5120_wdt.patch
22566  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\router_be\config-default
22567  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\router_be\profiles
22568  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\router_be\target.mk
22569  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\router_be\profiles\010-Generic.mk
22570  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\router_be\profiles\200-ZyXEL.mk
22571  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\router_le\base-files
22572  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\router_le\config-default
22573  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\router_le\profiles
22574  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\router_le\target.mk
22575  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\router_le\base-files\sbin
22576  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\router_le\base-files\sbin\wget2nand
22577  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\router_le\profiles\010-Generic.mk
22578  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\router_le\profiles\Cellvision.mk
22579  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\router_le\profiles\Compex.mk
22580  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\router_le\profiles\Edimax.mk
22581  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\router_le\profiles\Infineon.mk
22582  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\router_le\profiles\Motorola.mk
22583  SDK.UBNT.v5.3\openwrt\target\linux\adm5120\router_le\profiles\RB1xx.mk
22584  SDK.UBNT.v5.3\openwrt\target\linux\ar7\base-files
22585  SDK.UBNT.v5.3\openwrt\target\linux\ar7\base-files.mk
22586  SDK.UBNT.v5.3\openwrt\target\linux\ar7\config-default
22587  SDK.UBNT.v5.3\openwrt\target\linux\ar7\files
22588  SDK.UBNT.v5.3\openwrt\target\linux\ar7\image
22589  SDK.UBNT.v5.3\openwrt\target\linux\ar7\Makefile
22590  SDK.UBNT.v5.3\openwrt\target\linux\ar7\patches
22591  SDK.UBNT.v5.3\openwrt\target\linux\ar7\profiles
22592  SDK.UBNT.v5.3\openwrt\target\linux\ar7\src
22593  SDK.UBNT.v5.3\openwrt\target\linux\ar7\base-files\etc
22594  SDK.UBNT.v5.3\openwrt\target\linux\ar7\base-files\etc\config
22595  SDK.UBNT.v5.3\openwrt\target\linux\ar7\base-files\etc\diag.sh
22596  SDK.UBNT.v5.3\openwrt\target\linux\ar7\base-files\etc\init.d
22597  SDK.UBNT.v5.3\openwrt\target\linux\ar7\base-files\etc\config\network
22598  SDK.UBNT.v5.3\openwrt\target\linux\ar7\base-files\etc\init.d\adam2
22599  SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\arch
22600  SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\drivers
22601  SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\include
```

```
22602   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\arch\mips\ar7
22603   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\arch\mips\ar7
22604   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\arch\mips\ar7\clock.c
22605   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\arch\mips\ar7\gpio.c
22606   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\arch\mips\ar7\irq.c
22607   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\arch\mips\ar7\Makefile
22608   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\arch\mips\ar7\memory.c
22609   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\arch\mips\ar7\platform.c
22610   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\arch\mips\ar7\prom.c
22611   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\arch\mips\ar7\setup.c
22612   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\arch\mips\ar7\time.c
22613   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\drivers\char
22614   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\drivers\mtd
22615   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\drivers\vlynq
22616   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\drivers\char\ar7_gpio.c
22617   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\drivers\char\watchdog
22618   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\drivers\char\watchdog\ar7_wdt.c
22619   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\drivers\mtd\ar7part.c
22620   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\drivers\vlynq\Kconfig
22621   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\drivers\vlynq\Makefile
22622   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\drivers\vlynq\vlynq.c
22623   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\include\asm-mips
22624   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\include\linux
22625   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\include\asm-mips\ar7
22626   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\include\asm-mips\ar7\ar7.h
22627   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\include\asm-mips\ar7\gpio.h
22628   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\include\asm-mips\ar7\irq.h
22629   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\include\asm-mips\ar7\prom.h
22630   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\include\asm-mips\ar7\spaces.h
22631   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\include\asm-mips\ar7\war.h
22632   SDK.UBNT.v5.3\openwrt\target\linux\ar7\files\include\linux\vlynq.h
22633   SDK.UBNT.v5.3\openwrt\target\linux\ar7\image\Makefile
22634   SDK.UBNT.v5.3\openwrt\target\linux\ar7\patches\100-board_support.patch
22635   SDK.UBNT.v5.3\openwrt\target\linux\ar7\patches\110-flash.patch
22636   SDK.UBNT.v5.3\openwrt\target\linux\ar7\patches\120-gpio_chrdev.patch
22637   SDK.UBNT.v5.3\openwrt\target\linux\ar7\patches\130-vlynq.patch
22638   SDK.UBNT.v5.3\openwrt\target\linux\ar7\patches\150-cpmac_not_broken.patch
22639   SDK.UBNT.v5.3\openwrt\target\linux\ar7\patches\200-mtd_fixes.patch
22640   SDK.UBNT.v5.3\openwrt\target\linux\ar7\patches\500-serial_kludge.patch
22641   SDK.UBNT.v5.3\openwrt\target\linux\ar7\patches\900-cpmac_multiqueue.patch
22642   SDK.UBNT.v5.3\openwrt\target\linux\ar7\patches\900-temporary_cpmac_hack.diff
22643   SDK.UBNT.v5.3\openwrt\target\linux\ar7\profiles\100-Annex-A.mk
22644   SDK.UBNT.v5.3\openwrt\target\linux\ar7\profiles\110-Annex-B.mk
22645   SDK.UBNT.v5.3\openwrt\target\linux\ar7\profiles\200-Texas.mk
22646   SDK.UBNT.v5.3\openwrt\target\linux\ar7\profiles\210-None.mk
22647   SDK.UBNT.v5.3\openwrt\target\linux\ar7\src\adam2patcher.c
22648   SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\base-files
22649   SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\config-2.6.15
22650   SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\config-default
22651   SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files
22652   SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\image
22653   SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\Makefile
22654   SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\patches
22655   SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\patches-2.6.15
22656   SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\profiles
22657   SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\base-files\sbin
22658   SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\base-files\sbin\wget2nand
22659   SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\arch
22660   SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\drivers
22661   SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\include
22662   SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\arch\mips
22663   SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx
22664   SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\arch\mips\fw
22665   SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\arch\mips\pci
22666   SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\ar71xx.c
22667   SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\gpio.c
22668   SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\irq.c
22669   SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\Kconfig
22670   SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\mach-generic.c
```

```
22671  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\mach-wp543.c
22672  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\Makefile
22673  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\platform.c
22674  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\prom.c
22675  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\setup.c
22676  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\arch\mips\fw\myloader
22677  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\arch\mips\fw\myloader\Makefile
22678  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\arch\mips\fw\myloader\myloader.c
22679  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\arch\mips\pci\pci-ar71xx.c
22680  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\drivers\mtd
22681  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\drivers\net
22682  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\drivers\spi
22683  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\drivers\usb
22684  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\drivers\watchdog
22685  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\drivers\mtd\nand
22686  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\drivers\mtd\nand\rb4xx_nand.c
22687  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\drivers\net\ag71xx
22688  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\drivers\net\phy
22689  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\drivers\net\ag71xx\ag71xx.h
22690  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\drivers\net\ag71xx\ag71xx_ethtool.c
22691  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\drivers\net\ag71xx\ag71xx_main.c
22692  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\drivers\net\ag71xx\ag71xx_mdio.c
22693  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\drivers\net\ag71xx\ag71xx_phy.c
22694  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\drivers\net\ag71xx\Kconfig
22695  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\drivers\net\ag71xx\Makefile
22696  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\drivers\net\phy\micrel.c
22697  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\drivers\spi\ar71xx_spi.c
22698  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\drivers\usb\host
22699  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\drivers\usb\host\ehci-ar71xx.c
22700  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\drivers\usb\host\ohci-ar71xx.c
22701  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\drivers\watchdog\ar71xx_wdt.c
22702  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\include\asm-mips
22703  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\include\linux
22704  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\include\asm-mips\fw
22705  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\include\asm-mips\mach-ar71xx
22706  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\include\asm-mips\fw\myloader
22707  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\include\asm-mips\fw\myloader\myloader.h
22708  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\include\asm-mips\mach-ar71xx\ar71xx.h
22709  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\include\asm-mips\mach-ar71xx\cpu-feature-
22710  overrides.h
22711  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\include\asm-mips\mach-ar71xx\gpio.h
22712  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\include\asm-mips\mach-ar71xx\irq.h
22713  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\include\asm-mips\mach-ar71xx\mangle-port.
       h
22714  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\include\asm-mips\mach-ar71xx\pci.h
22715  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\include\asm-mips\mach-ar71xx\platform.h
22716  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\include\asm-mips\mach-ar71xx\war.h
22717  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\files\include\linux\myloader.h
22718  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\image\files
22719  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\image\initramfs-base-files.txt
22720  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\image\Makefile
22721  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\image\files\fw-layout.txt
22722  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\patches\001-ar71xx_core.patch
22723  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\patches\002-ar71xx_pci.patch
22724  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\patches\003-ar71xx_usb_host.patch
22725  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\patches\004-ar71xx_spi_controller.patch
22726  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\patches\005-ar71xx_mac_driver.patch
22727  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\patches\006-ar71xx_wdt_driver.patch
22728  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\patches\100-mtd_pm25lv_flash_support.patch
22729  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\patches\101-ksz8041_phy_driver.patch
22730  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\patches\140-redboot_partition_scan.patch
22731  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\patches\200-rb4xx_nand_driver.patch
22732  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\patches\300-mips_fw_myloader.patch
22733  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\patches\900-mips_multi_machine_support.patch
22734  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\patches\901-get_c0_compare_irq_function.patch
22735  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\patches\902-mips_clocksource_init_war.patch
22736  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\patches-2.6.15\000-prom.patch
22737  SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\patches-2.6.15\001-ar71xx-uaccess.patch
```

| | |
|---|---|
| 22738 | SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\patches-2.6.15\002-mips-add-kernel-entry.patch |
| 22739 | SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\patches-2.6.15\003-mips-add-kernel-entry-to-head.patch |
| 22740 | SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\patches-2.6.15\004-ar71xx-early-printk.patch |
| 22741 | SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\patches-2.6.15\005-gpio-function.patch |
| 22742 | SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\patches-2.6.15\006-gpio-driver.patch |
| 22743 | SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\patches-2.6.15\007-disable-gpio-toggle-on-flash-erase.patch |
| 22744 | SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\patches-2.6.15\008-ar7240-flash-no-size.patch |
| 22745 | SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\patches-2.6.15\010-compile-wdt.patch |
| 22746 | SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\patches-2.6.15\500-bootup-printk.patch |
| 22747 | SDK.UBNT.v5.3\openwrt\target\linux\ar71xx\profiles\UBNT-XN.mk |
| 22748 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\base-files |
| 22749 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\config-default |
| 22750 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files |
| 22751 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\image |
| 22752 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\Makefile |
| 22753 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\patches |
| 22754 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\base-files\etc |
| 22755 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\base-files\lib |
| 22756 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\base-files\etc\config |
| 22757 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\base-files\etc\hotplug.d |
| 22758 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\base-files\etc\preinit.arch |
| 22759 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\base-files\etc\uci-defaults |
| 22760 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\base-files\etc\config\system |
| 22761 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\base-files\etc\hotplug.d\button |
| 22762 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\base-files\etc\hotplug.d\button\00-button |
| 22763 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\base-files\etc\uci-defaults\network |
| 22764 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\base-files\lib\upgrade |
| 22765 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\base-files\lib\upgrade\platform.sh |
| 22766 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\arch |
| 22767 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\drivers |
| 22768 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\include |
| 22769 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\arch\mips |
| 22770 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\arch\mips\atheros |
| 22771 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\arch\mips\atheros\ar5312 |
| 22772 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\arch\mips\atheros\ar5315 |
| 22773 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\arch\mips\atheros\board.c |
| 22774 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\arch\mips\atheros\Kconfig |
| 22775 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\arch\mips\atheros\Makefile |
| 22776 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\arch\mips\atheros\prom.c |
| 22777 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\arch\mips\atheros\reset.c |
| 22778 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\arch\mips\atheros\ar5312\board.c |
| 22779 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\arch\mips\atheros\ar5312\irq.c |
| 22780 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\arch\mips\atheros\ar5312\Makefile |
| 22781 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\arch\mips\atheros\ar5315\board.c |
| 22782 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\arch\mips\atheros\ar5315\irq.c |
| 22783 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\arch\mips\atheros\ar5315\Makefile |
| 22784 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\arch\mips\atheros\ar5315\pci.c |
| 22785 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\drivers\mtd |
| 22786 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\drivers\net |
| 22787 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\drivers\watchdog |
| 22788 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\drivers\mtd\devices |
| 22789 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\drivers\mtd\devices\spiflash.c |
| 22790 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\drivers\mtd\devices\spiflash.h |
| 22791 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\drivers\net\ar2313 |
| 22792 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\drivers\net\ar2313\ar2313.c |
| 22793 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\drivers\net\ar2313\ar2313.h |
| 22794 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\drivers\net\ar2313\dma.h |
| 22795 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\drivers\net\ar2313\Makefile |
| 22796 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\drivers\watchdog\ar2315-wdt.c |
| 22797 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\include\asm-mips |
| 22798 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros |
| 22799 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\ar5312 |
| 22800 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\ar5315 |
| 22801 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\ar531x.h |
| 22802 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\ar531x_platform.h |
| 22803 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\cpu-featur |

| | |
|---|---|
| 22804 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\dma-coherence.h |
| 22805 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\gpio.h |
| 22806 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\reset.h |
| 22807 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\war.h |
| 22808 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\ar5312\ar5312.h |
| 22809 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\ar5315\ar5315.h |
| 22810 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\image\Makefile |
| 22811 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\patches\100-board.patch |
| 22812 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\patches\110-spiflash.patch |
| 22813 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\patches\120-watchdog.patch |
| 22814 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\patches\130-ar2313_ethernet.patch |
| 22815 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\patches\135-ar2313_2.6.26.patch |
| 22816 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\patches\140-redboot_partition_scan.patch |
| 22817 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\patches\150-bridge-printk.patch |
| 22818 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\patches\200-ar2313_enable_mvswitch.patch |
| 22819 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\patches\900-cevt_r4k_irq_disable_hazard.patch |
| 22820 | SDK.UBNT.v5.3\openwrt\target\linux\atheros\patches\901-get_c0_compare_irq_function.patch |
| 22821 | SDK.UBNT.v5.3\openwrt\target\linux\au1000\base-files |
| 22822 | SDK.UBNT.v5.3\openwrt\target\linux\au1000\config-default |
| 22823 | SDK.UBNT.v5.3\openwrt\target\linux\au1000\files |
| 22824 | SDK.UBNT.v5.3\openwrt\target\linux\au1000\image |
| 22825 | SDK.UBNT.v5.3\openwrt\target\linux\au1000\Makefile |
| 22826 | SDK.UBNT.v5.3\openwrt\target\linux\au1000\patches |
| 22827 | SDK.UBNT.v5.3\openwrt\target\linux\au1000\profiles |
| 22828 | SDK.UBNT.v5.3\openwrt\target\linux\au1000\base-files\etc |
| 22829 | SDK.UBNT.v5.3\openwrt\target\linux\au1000\base-files\etc\diag.sh |
| 22830 | SDK.UBNT.v5.3\openwrt\target\linux\au1000\files\arch |
| 22831 | SDK.UBNT.v5.3\openwrt\target\linux\au1000\files\arch\mips |
| 22832 | SDK.UBNT.v5.3\openwrt\target\linux\au1000\files\arch\mips\au1000 |
| 22833 | SDK.UBNT.v5.3\openwrt\target\linux\au1000\files\arch\mips\au1000\mtx-1 |
| 22834 | SDK.UBNT.v5.3\openwrt\target\linux\au1000\files\arch\mips\au1000\mtx-1\platform.c |
| 22835 | SDK.UBNT.v5.3\openwrt\target\linux\au1000\image\Makefile |
| 22836 | SDK.UBNT.v5.3\openwrt\target\linux\au1000\patches\001-au1000_gpio_kconfig.patch |
| 22837 | SDK.UBNT.v5.3\openwrt\target\linux\au1000\patches\002-sys_btn_gpio.patch |
| 22838 | SDK.UBNT.v5.3\openwrt\target\linux\au1000\patches\005-au1000_eth_link_beat.patch |
| 22839 | SDK.UBNT.v5.3\openwrt\target\linux\au1000\patches\012-mtx1_cmdline.patch |
| 22840 | SDK.UBNT.v5.3\openwrt\target\linux\au1000\patches\013-openwrt_rootfs.patch |
| 22841 | SDK.UBNT.v5.3\openwrt\target\linux\au1000\patches\014-au1000_eth_ioctl.patch |
| 22842 | SDK.UBNT.v5.3\openwrt\target\linux\au1000\patches\015-pci-resource.patch |
| 22843 | SDK.UBNT.v5.3\openwrt\target\linux\au1000\patches\016-net-irq.patch |
| 22844 | SDK.UBNT.v5.3\openwrt\target\linux\au1000\patches\017-gpio-dir.patch |
| 22845 | SDK.UBNT.v5.3\openwrt\target\linux\au1000\profiles\Atheros.mk |
| 22846 | SDK.UBNT.v5.3\openwrt\target\linux\au1000\profiles\Broadcom.mk |
| 22847 | SDK.UBNT.v5.3\openwrt\target\linux\au1000\profiles\Intel.mk |
| 22848 | SDK.UBNT.v5.3\openwrt\target\linux\au1000\profiles\InternetBox.mk |
| 22849 | SDK.UBNT.v5.3\openwrt\target\linux\au1000\profiles\MeshCube.mk |
| 22850 | SDK.UBNT.v5.3\openwrt\target\linux\avr32\config-default |
| 22851 | SDK.UBNT.v5.3\openwrt\target\linux\avr32\image |
| 22852 | SDK.UBNT.v5.3\openwrt\target\linux\avr32\Makefile |
| 22853 | SDK.UBNT.v5.3\openwrt\target\linux\avr32\patches |
| 22854 | SDK.UBNT.v5.3\openwrt\target\linux\avr32\image\Config.in |
| 22855 | SDK.UBNT.v5.3\openwrt\target\linux\avr32\image\Makefile |
| 22856 | SDK.UBNT.v5.3\openwrt\target\linux\avr32\image\u-boot |
| 22857 | SDK.UBNT.v5.3\openwrt\target\linux\avr32\image\u-boot\Makefile |
| 22858 | SDK.UBNT.v5.3\openwrt\target\linux\avr32\image\u-boot\patches |
| 22859 | SDK.UBNT.v5.3\openwrt\target\linux\avr32\image\u-boot\patches\001-add_lzma_decompression_support.patch |
| 22860 | SDK.UBNT.v5.3\openwrt\target\linux\avr32\image\u-boot\patches\100-ngw100_enable_lzma_support.patch |
| 22861 | SDK.UBNT.v5.3\openwrt\target\linux\avr32\patches\100-git_sync.patch |
| 22862 | SDK.UBNT.v5.3\openwrt\target\linux\avr32\patches\110-openwrt_flashmap.patch |
| 22863 | SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\base-files |
| 22864 | SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\base-files.mk |
| 22865 | SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\config-default |
| 22866 | SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files |

```
22868   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\Makefile
22869   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\modules.mk
22870   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\patches
22871   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\profiles
22872   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\base-files\etc
22873   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\base-files\lib
22874   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\base-files\sbin
22875   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\base-files\etc\diag.sh
22876   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\base-files\etc\init.d
22877   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\base-files\etc\preinit.arch
22878   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\base-files\etc\init.d\netconfig
22879   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\base-files\lib\upgrade
22880   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\base-files\lib\upgrade\platform.sh
22881   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\base-files\sbin\hotplug.failsafe
22882   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch
22883   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\drivers
22884   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips
22885   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx
22886   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\bcmsrom.c
22887   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\cfe_env.c
22888   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\export.c
22889   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\generic
22890   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\gpio.c
22891   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\hndchipc.c
22892   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\hndpmu.c
22893   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include
22894   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\Makefile
22895   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\nvram.c
22896   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\nvram_linux.c
22897   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\pcibios.c
22898   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\prom.c
22899   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\sbmips.c
22900   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\sbpci.c
22901   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\sbutils.c
22902   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\setup.c
22903   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\time.c
22904   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\utils.c
22905   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\utils.h
22906   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\generic\int-handler.
        s
22907   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\generic\irq.c
22908   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\generic\Makefile
22909   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\bcm4710.h
22910   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\bcmdefs.h
22911   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\bcmdevs.h
22912   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\bcmdevs1.h
22913   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\bcmendian.h
22914   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\bcmnvram.h
22915   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\bcmsrom.h
22916   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\hndchipc.h
22917   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\hndcpu.h
22918   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\hndmips.h
22919   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\hndpci.h
22920   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\hndpmu.h
22921   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\linuxver.h
22922   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\linux_gpio.h
22923   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\mipsinc.h
22924   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\osl.h
22925   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\pcicfg.h
22926   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbchipc.h
22927   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbconfig.h
22928   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbextif.h
22929   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbhndmips.h
22930   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbmemc.h
22931   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbpci.h
22932   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbpcie.h
22933   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbpcmcia.h
22934   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbsdram.h
```

```
22935   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbmemc.h
22936   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbsprom.h
22937   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbutils.h
22938   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sflash.h
22939   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\trxhdr.h
22940   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\typedefs.h
22941   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\drivers\mtd
22942   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\drivers\parport
22943   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\drivers\mtd\devices
22944   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\drivers\mtd\maps
22945   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\drivers\mtd\devices\sflash.c
22946   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\drivers\mtd\maps\bcm947xx-flash.c
22947   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\files\drivers\parport\parport_splink.c
22948   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\image\lzma-loader
22949   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\image\Makefile
22950   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\image\lzma-loader\Makefile
22951   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\image\lzma-loader\src
22952   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\image\lzma-loader\src\decompress.c
22953   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\image\lzma-loader\src\decompress.lds.in
22954   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\image\lzma-loader\src\head.S
22955   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\image\lzma-loader\src\loader.lds.in
22956   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\image\lzma-loader\src\LzmaDecode.c
22957   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\image\lzma-loader\src\LzmaDecode.h
22958   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\image\lzma-loader\src\Makefile
22959   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\image\lzma-loader\src\README
22960   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\patches\001-bcm47xx.patch
22961   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\patches\003-bcm47xx_cache_fixes.patch
22962   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\patches\004-flash.patch
22963   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\patches\005-bluetooth_sco_buffer_align.patch
22964   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\patches\006-ide_workaround.patch
22965   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\patches\008-b44_bcm47xx_support.patch
22966   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\patches\009-wrt54g3g_pcmcia.patch
22967   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\patches\010-bcm47xx-cam_absent.patch
22968   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\patches\011-wl_qdisc_war.patch
22969   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\patches\012-aec62xx.patch
22970   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\patches\013-wl_hdd_pdc202xx.patch
22971   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\patches\014-sierra_support.patch
22972   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\patches\015-sierra_kconfig.patch
22973   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\patches\100-wl_config.patch
22974   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\patches\110-b44_alignment.patch
22975   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\profiles\100-Broadcom.mk
22976   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\profiles\110-BroadcomMimo.mk
22977   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\profiles\130-None.mk
22978   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\profiles\USBGeneric.mk
22979   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\profiles\WL500G.mk
22980   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\profiles\WL500GD.mk
22981   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\profiles\WL500GP.mk
22982   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\profiles\WL700GE.mk
22983   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\profiles\WLHDD.mk
22984   SDK.UBNT.v5.3\openwrt\target\linux\brcm-2.4\profiles\WRT54G3G.mk
22985   SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\base-files
22986   SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\base-files.mk
22987   SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\config-default
22988   SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\files
22989   SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\image
22990   SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\Makefile
22991   SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\patches
22992   SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\profiles
22993   SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\base-files\etc
22994   SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\base-files\lib
22995   SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\base-files\sbin
22996   SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\base-files\etc\diag.sh
22997   SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\base-files\etc\init.d
22998   SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\base-files\etc\preinit.arch
22999   SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\base-files\etc\init.d\netconfig
23000   SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\base-files\lib\upgrade
23001   SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\base-files\lib\upgrade\platform.sh
23002   SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\base-files\sbin\hotplug.failsafe
23003   SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\files\arch
```

```
23004    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\files
23005    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\files\include
23006    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\files\arch\mips
23007    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\files\arch\mips\bcm47xx
23008    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\files\arch\mips\bcm947xx
23009    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\files\arch\mips\bcm47xx\cfe_env.c
23010    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\files\arch\mips\bcm47xx\include
23011    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\files\arch\mips\bcm47xx\nvram.c
23012    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\files\arch\mips\bcm47xx\include\nvram.h
23013    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\files\arch\mips\bcm947xx\include
23014    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\files\drivers\mtd
23015    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\files\drivers\mtd\maps
23016    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\files\drivers\mtd\maps\bcm47xx-flash.c
23017    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\files\include\asm-mips
23018    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\files\include\asm-mips\mach-bcm47xx
23019    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\files\include\asm-mips\mach-bcm947xx
23020    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\files\include\asm-mips\mach-bcm47xx\kernel-en
         try-init.h
23021    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\image\lzma-loader
23022    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\image\Makefile
23023    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\image\lzma-loader\Makefile
23024    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\image\lzma-loader\src
23025    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\image\lzma-loader\src\decompress.c
23026    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\image\lzma-loader\src\decompress.lds.in
23027    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\image\lzma-loader\src\head.S
23028    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\image\lzma-loader\src\loader.lds.in
23029    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\image\lzma-loader\src\LzmaDecode.c
23030    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\image\lzma-loader\src\LzmaDecode.h
23031    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\image\lzma-loader\src\Makefile
23032    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\image\lzma-loader\src\README
23033    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\patches\100-board_support.patch
23034    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\patches\110-flash_map.patch
23035    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\patches\130-remove_scache.patch
23036    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\patches\150-cpu_fixes.patch
23037    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\patches\160-kmap_coherent.patch
23038    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\patches\210-b44_phy_fix.patch
23039    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\patches\211-b44_bcm4713_phy.patch
23040    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\patches\212-b44_alignment_fix.patch
23041    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\patches\220-bcm5354.patch
23042    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\patches\250-ohci-ssb-usb2.patch
23043    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\patches\260-ohci-set-dma-mask.patch
23044    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\patches\300-fork_cacheflush.patch
23045    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\patches\310-no_highpage.patch
23046    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\patches\400-arch-bcm47xx.patch
23047    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\patches\500-lzma_initramfs.patch
23048    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\patches\601-mips-remove-pci-collision-check.p
         atch
23049    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\patches\620-ssb-modinit-fix.patch
23050    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\patches\630-ssb-fix-irq-init.patch
23051    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\patches\680-ssb-support-8bit-writes.patch
23052    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\patches\690-mips-allow-pciregister-after-boot
         .patch
23053    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\patches\700-ssb-gigabit-ethernet-driver.patch
23054    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\patches\710-add-gpio-is-valid.patch
23055    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\patches\800-fix_cfe_detection.patch
23056    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\patches\900-disable_early_printk.patch
23057    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\profiles\100-Broadcom-b43.mk
23058    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\profiles\105-Atheros.mk
23059    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\profiles\106-Atheros-ath5k.mk
23060    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\profiles\110-None.mk
23061    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\profiles\WGT634U.mk
23062    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\profiles\WL500GPv1-ATH.mk
23063    SDK.UBNT.v5.3\openwrt\target\linux\brcm47xx\profiles\WRTSL54GS.mk
23064    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\config-default
23065    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\image
23066    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches
23067    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\image\initramfs-base-files.txt
23068    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\image\lzma-loader
23069    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\image\Makefile
```

```
23070  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\image\lzma-loader\src
23071  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\image\lzma-loader\src
23072  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\image\lzma-loader\src\decompress.c
23073  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\image\lzma-loader\src\lzma-copy.lds.in
23074  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\image\lzma-loader\src\lzma.lds.in
23075  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\image\lzma-loader\src\LzmaDecode.c
23076  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\image\lzma-loader\src\LzmaDecode.h
23077  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\image\lzma-loader\src\Makefile
23078  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\image\lzma-loader\src\print.c
23079  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\image\lzma-loader\src\print.h
23080  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\image\lzma-loader\src\printf.c
23081  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\image\lzma-loader\src\printf.h
23082  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\image\lzma-loader\src\start.S
23083  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\image\lzma-loader\src\uart16550.c
23084  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\image\lzma-loader\src\uart16550.h
23085  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\000-linux_mips.patch
23086  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\001-squashfs.patch
23087  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\002-squashfs_lzma.patch
23088  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\003-jffs2_compression.patch
23089  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\004-exec_pagesize.patch
23090  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\005-mtd_flashtypes.patch
23091  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\008-intel_flashchip_fix.patch
23092  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\009-mtd_uaccess.patch
23093  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\010-disable_old_squashfs_compatibi
       lity.patch
23094  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\050-build_flags.patch
23095  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\051-parallel_build.patch
23096  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\051-remove_pcmcia_modinst_compat.p
       atch
23097  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\100-wireless-extension.patch
23098  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\106-mppe_mppc.patch
23099  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\107-cifs.patch
23100  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\108-optional_aout_support.patch
23101  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\109-ipsec_nat_traversal.patch
23102  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\110-netdev_random_core.patch
23103  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\112-bridging_performance.patch
23104  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\113-even_more_gcc4_stuff.patch
23105  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\114-sched_use_tsc.patch
23106  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\115-branch_emul_fix.patch
23107  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\116-bridge_ioctls.patch
23108  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\200-i4l.patch
23109  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\201-hfc_usb_backport.patch
23110  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\202-pl2303_backport.patch
23111  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\203-hfsplus_fix.patch
23112  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\206-gcc_3.4_fixes.patch
23113  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\208-usb2_fix.patch
23114  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\209-build_fixes.patch
23115  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\210-fix-irq-serial.patch
23116  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\212-htb_time_fix.patch
23117  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\213-htb_disable_hysteresis.patch
23118  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\222-sound.patch
23119  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\224-atm_hotplug.patch
23120  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\225-string_lib_useful_exports.patc
       h
23121  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\226-atm_br2684.patch
23122  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\227-jffs2_eofdetect.patch
23123  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\228-more_usb_fixes.patch
23124  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\229-usb_storage_16_byte_cdb.patch
23125  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\230-tun_get_user_backport.patch
23126  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\231-mini_fo.patch
23127  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\601-netfilter_ipp2p_0.8.1rc1.patch
23128  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\602-netfilter_layer7_2.17_with_pkt
       match.patch
23129  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\604-netfilter_maxconn.patch
23130  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\605-netfilter_TTL.patch
23131  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\606-netfilter_NETMAP.patch
23132  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\607-netfilter_connmark.patch
23133  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\608-netfilter_ipset.patch
23134  SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\609-netfilter_string.patch
```

```
23135   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\610-netfilter_time.patch
23136   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\611-netfilter_condition.patch
23137   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\612-netfilter_quota.patch
23138   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\613-netfilter_nat_h323.patch
23139   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\614-netfilter_nat_rtsp.patch
23140   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\615-netfilter_nat_mms.patch
23141   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\616-netfilter_imq.patch
23142   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\618-netfilter_multiport_backport.p
        atch
23143   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\619-netfilter_classify.patch
23144   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\620-netfilter_iprange.patch
23145   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\621-netfilter_random.patch
23146   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\621-tc_esfq.patch
23147   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\622-netfilter_ipset_porthash.patch
23148   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\623-netfilter_ip6t_reject.patch
23149   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\626-netfilter_conntrack_fix.patch
23150   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\700-multiple_default_gateways.patc
        h
23151   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\801-usb_serial_endpoint_size.patch
23152   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\802-usb_serial_3g_cards.patch
23153   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\900-cve-2008-2136.patch
23154   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.4\patches\901-cve-2009-2692.patch
23155   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\base-files
23156   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\config-2.6.23
23157   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\config-2.6.24
23158   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\config-2.6.25
23159   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\config-2.6.26
23160   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23
23161   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24
23162   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25
23163   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26
23164   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\image
23165   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.15
23166   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23
23167   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24
23168   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25
23169   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26
23170   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\base-files\init
23171   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers
23172   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs
23173   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\include
23174   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\char
23175   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\input
23176   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\leds
23177   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\net
23178   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\spi
23179   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb
23180   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\char\gpio_dev.c
23181   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\input\misc
23182   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\input\misc\gpio_butto
        ns.c
23183   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\leds\leds-alix.c
23184   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\leds\ledtrig-default-
        on.c
23185   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\leds\ledtrig-morse.c
23186   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\leds\ledtrig-netdev.c
23187   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\net\phy
23188   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\net\phy\adm6996.c
23189   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\net\phy\adm6996.h
23190   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\net\phy\mvswitch.c
23191   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\net\phy\mvswitch.h
23192   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\spi\spi_gpio.c
23193   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\b43_pci_bridge.c
23194   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\driver_chipcommon
        .c
23195   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\driver_extif.c
23196   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\driver_mipscore.c
23197   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\driver_pcicore.c
23198   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\Kconfig
```

```
23199    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\Makefile
23200    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\Makefile
23201    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\pci.c
23202    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\pcihost_wrapper.c
23203    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\pcmcia.c
23204    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\scan.c
23205    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\ssb_private.h
23206    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2
23207    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\devextras.h
23208    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\Kconfig
23209    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\Makefile
23210    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\moduleconfig.h
23211    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffsinterface.h
23212    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_checkptrw.c
23213    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_checkptrw.h
23214    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_ecc.c
23215    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_ecc.h
23216    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_fs.c
23217    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_guts.c
23218    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_guts.h
23219    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_mtdif.c
23220    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_mtdif.h
23221    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_mtdif1-compat
         .c
23222    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_mtdif1.c
23223    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_mtdif1.h
23224    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_mtdif2.c
23225    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_mtdif2.h
23226    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_nand.c
23227    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_nand.h
23228    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_nandemul2k.h
23229    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_packedtags1.c
23230    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_packedtags1.h
23231    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_packedtags2.c
23232    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_packedtags2.h
23233    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_qsort.c
23234    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_qsort.h
23235    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_tagscompat.c
23236    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_tagscompat.h
23237    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_tagsvalidity.
         c
23238    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_tagsvalidity.
         h
23239    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yportenv.h
23240    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux
23241    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\gpio_buttons.h
23242    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\gpio_dev.h
23243    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\spi
23244    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\ssb
23245    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\spi\spi_gpio.h
23246    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\ssb\ssb.h
23247    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\ssb\ssb_driver_
         chipcommon.h
23248    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\ssb\ssb_driver_
         extif.h
23249    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\ssb\ssb_driver_
         mips.h
23250    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\ssb\ssb_driver_
         pci.h
23251    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\ssb\ssb_regs.h
23252    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers
23253    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs
23254    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\include
23255    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\char
23256    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\input
23257    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\leds
23258    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\net
23259    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\spi
23260    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb
```

```
23261    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\input\misc\gpio_ev.c
23262    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\input\misc
23263    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\input\misc\gpio_butto
         ns.c
23264    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\leds\leds-alix.c
23265    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\leds\ledtrig-default-
         on.c
23266    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\leds\ledtrig-morse.c
23267    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\leds\ledtrig-netdev.c
23268    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\net\phy
23269    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\net\phy\adm6996.c
23270    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\net\phy\adm6996.h
23271    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\net\phy\mvswitch.c
23272    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\net\phy\mvswitch.h
23273    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\spi\spi_gpio.c
23274    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\b43_pci_bridge.c
23275    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\driver_chipcommon
         .c
23276    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\driver_extif.c
23277    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\driver_mipscore.c
23278    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\driver_pcicore.c
23279    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\Kconfig
23280    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\main.c
23281    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\Makefile
23282    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\pci.c
23283    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\pcihost_wrapper.c
23284    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\pcmcia.c
23285    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\scan.c
23286    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\ssb_private.h
23287    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2
23288    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\devextras.h
23289    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\Kconfig
23290    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\Makefile
23291    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\moduleconfig.h
23292    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffsinterface.h
23293    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_checkptrw.c
23294    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_checkptrw.h
23295    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_ecc.c
23296    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_ecc.h
23297    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_fs.c
23298    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_guts.c
23299    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_guts.h
23300    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_mtdif.c
23301    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_mtdif.h
23302    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_mtdif1-compat
         .c
23303    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_mtdif1.c
23304    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_mtdif1.h
23305    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_mtdif2.c
23306    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_mtdif2.h
23307    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_nand.c
23308    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_nand.h
23309    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_nandemul2k.h
23310    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_packedtags1.c
23311    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_packedtags1.h
23312    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_packedtags2.c
23313    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_packedtags2.h
23314    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_qsort.c
23315    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_qsort.h
23316    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_tagscompat.c
23317    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_tagscompat.h
23318    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_tagsvalidity.
         c
23319    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_tagsvalidity.
         h
23320    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yportenv.h
23321    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux
23322    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\gpio_buttons.h
23323    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\gpio_dev.h
```

```
23324   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\ssb
23325   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\ssb
23326   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\spi\spi_gpio.h
23327   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\ssb\ssb.h
23328   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\ssb\ssb_driver_
        chipcommon.h
23329   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\ssb\ssb_driver_
        extif.h
23330   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\ssb\ssb_driver_
        mips.h
23331   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\ssb\ssb_driver_
        pci.h
23332   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\ssb\ssb_regs.h
23333   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\drivers
23334   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs
23335   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\include
23336   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\char
23337   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\input
23338   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\leds
23339   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\net
23340   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\char\gpio_dev.c
23341   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\input\misc
23342   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\input\misc\gpio_butto
        ns.c
23343   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\leds\leds-alix.c
23344   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\leds\ledtrig-default-
        on.c
23345   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\leds\ledtrig-morse.c
23346   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\leds\ledtrig-netdev.c
23347   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\net\phy
23348   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\net\phy\adm6996.c
23349   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\net\phy\adm6996.h
23350   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\net\phy\mvswitch.c
23351   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\net\phy\mvswitch.h
23352   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2
23353   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\devextras.h
23354   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\Kconfig
23355   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\Makefile
23356   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\moduleconfig.h
23357   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffsinterface.h
23358   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_checkptrw.c
23359   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_checkptrw.h
23360   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_ecc.c
23361   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_ecc.h
23362   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_fs.c
23363   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_guts.c
23364   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_guts.h
23365   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_mtdif.c
23366   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_mtdif.h
23367   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_mtdif1-compat
        .c
23368   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_mtdif1.c
23369   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_mtdif1.h
23370   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_mtdif2.c
23371   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_mtdif2.h
23372   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_nand.c
23373   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_nand.h
23374   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_nandemul2k.h
23375   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_packedtags1.c
23376   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_packedtags1.h
23377   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_packedtags2.c
23378   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_packedtags2.h
23379   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_qsort.c
23380   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_qsort.h
23381   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_tagscompat.c
23382   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_tagscompat.h
23383   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_tagsvalidity.
        c
23384   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_tagsvalidity.
```

```
23385   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yportenv.h
23386   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\include\linux
23387   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\include\linux\gpio_buttons.h
23388   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.25\include\linux\gpio_dev.h
23389   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\drivers
23390   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs
23391   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\include
23392   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\char
23393   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\input
23394   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\leds
23395   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\net
23396   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\char\gpio_dev.c
23397   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\input\misc
23398   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\input\misc\gpio_butto
        ns.c
23399   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\leds\leds-alix.c
23400   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\leds\ledtrig-morse.c
23401   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\leds\ledtrig-netdev.c
23402   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\net\phy
23403   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\net\phy\adm6996.c
23404   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\net\phy\adm6996.h
23405   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\net\phy\ip175c.c
23406   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\net\phy\mvswitch.c
23407   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\net\phy\mvswitch.h
23408   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\net\phy\swconfig.c
23409   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2
23410   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\devextras.h
23411   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\Kconfig
23412   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\Makefile
23413   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\moduleconfig.h
23414   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffsinterface.h
23415   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_checkptrw.c
23416   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_checkptrw.h
23417   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_ecc.c
23418   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_ecc.h
23419   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_fs.c
23420   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_guts.c
23421   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_guts.h
23422   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_mtdif.c
23423   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_mtdif.h
23424   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_mtdif1-compat
        .c
23425   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_mtdif1.c
23426   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_mtdif1.h
23427   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_mtdif2.c
23428   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_mtdif2.h
23429   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_nand.c
23430   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_nand.h
23431   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_nandemul2k.h
23432   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_packedtags1.c
23433   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_packedtags1.h
23434   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_packedtags2.c
23435   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_packedtags2.h
23436   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_qsort.c
23437   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_qsort.h
23438   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_tagscompat.c
23439   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_tagscompat.h
23440   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_tagsvalidity.
        c
23441   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_tagsvalidity.
        h
23442   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yportenv.h
23443   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\include\linux
23444   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\include\linux\gpio_buttons.h
23445   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\include\linux\gpio_dev.h
23446   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\files-2.6.26\include\linux\switch.h
23447   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\image\initramfs-base-files.txt
23448   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\image\lzma-loader
```

```
23449    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\image\lzma-loader\Makefile
23450    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\image\lzma-loader\Makefile
23451    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\image\lzma-loader\src
23452    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\image\lzma-loader\src\decompress.c
23453    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\image\lzma-loader\src\lzma-copy.lds.in
23454    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\image\lzma-loader\src\lzma.lds.in
23455    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\image\lzma-loader\src\LzmaDecode.c
23456    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\image\lzma-loader\src\LzmaDecode.h
23457    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\image\lzma-loader\src\Makefile
23458    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\image\lzma-loader\src\print.c
23459    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\image\lzma-loader\src\print.h
23460    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\image\lzma-loader\src\printf.c
23461    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\image\lzma-loader\src\printf.h
23462    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\image\lzma-loader\src\start.S
23463    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\image\lzma-loader\src\uart16550.c
23464    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\image\lzma-loader\src\uart16550.h
23465    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.15\190-ebtables-arpnat.patch
23466    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.15\200-export-phy.patch
23467    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.15\210-bridge-mac-compare.patc
         h
23468    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.15\300-wireless-max-frequencie
         s.patch
23469    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.15\600-phy_extension.patch
23470    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.15\650-bridge-no-fd-for-EAPOL.
         patch
23471    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.15\660-bridge-hard-header-len.
         patch
23472    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.15\665-bridge-set-hw-addr.patc
         h
23473    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.15\670-ppp-mppe-packets-out-of
         -order-fix.patch
23474    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.15\671-ppp-info.patch
23475    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.15\700-netfilters-sip.patch
23476    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.15\705-netfilters-rtsp.patch
23477    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.15\710-sparse-warnings-backpor
         t.patch
23478    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.15\715-netfilters-gre.patch
23479    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.15\750-remove-dbgprint-on-requ
         eue-pkt.patch
23480    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.15\760-skb-cb-size-48.patch
23481    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.15\800-usb-3g-devices.patch
23482    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\001-squashfs.patch
23483    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\002-lzma_decompress.patch
23484    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\003-squashfs_lzma.patch
23485    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\004-extra_optimization.patc
         h
23486    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\006-gcc4_inline_fix.patch
23487    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\007-samsung_flash.patch
23488    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\009-revert_intel_flash_brea
         kage.patch
23489    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\010-disable_old_squashfs_co
         mpatibility.patch
23490    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\011-mips_boot.patch
23491    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\012-mips_cpu_tlb.patch
23492    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\013-mips_gdb_stub.patch
23493    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\060-block2mtd_init.patch
23494    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\065-rootfs_split.patch
23495    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\070-redboot_space.patch
23496    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\080-mtd_plat_nand_chip_fixu
         p.patch
23497    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\100-netfilter_layer7_2.17.p
         atch
23498    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\101-netfilter_layer7_pktmat
         ch.patch
23499    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\110-ipp2p_0.8.1rc1.patch
23500    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\120-openswan-2.4.0.kernel-2
         .6-natt.patch
23501    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\130-netfilter_ipset.patch
23502    SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\140-netfilter_time.patch
```

```
23503   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\160-netfilter_route.patch
23504   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\160-netfilter_route.patch
23505   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\170-netfilter_chaostables_0
        .8.patch
23506   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\171-netfilter_tarpit.patch
23507   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\180-netfilter_depends.patch
23508   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\190-netfilter_rtsp.patch
23509   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\200-sched_esfq.patch
23510   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\201-multiple_default_gatewa
        ys.patch
23511   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\202-mips-freestanding.patch
23512   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\204-jffs2_eofdetect.patch
23513   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\207-powerpc_asm_segment_h.p
        atch
23514   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\208-rtl8110sb_fix.patch
23515   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\209-mini_fo.patch
23516   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\210-mac80211_include_wirele
        ss_dev.patch
23517   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\213-kobject_uevent.patch
23518   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\220-sound_kconfig.patch
23519   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\230-pps_support.patch
23520   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\300-add-mmc-spi-driver.patc
        h
23521   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\301-mmc_sdhci_fixes.patch
23522   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\400-ledtrig_morse.patch
23523   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\401-led_alix.patch
23524   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\402-ledtrig_default_on.patc
        h
23525   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\403-ledtrig_netdev.patch
23526   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\410-gpio_buttons.patch
23527   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\510-yaffs_support.patch
23528   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\600-phy_extension.patch
23529   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\610-phy_detect.patch
23530   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\620-phy_adm6996.patch
23531   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\630-phy_packets.patch
23532   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\640-mvswitch.patch
23533   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\700-unable_to_open_console.
        patch
23534   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\801-usb_serial_endpoint_siz
        e.patch
23535   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\900-headers_type_and_time.p
        atch
23536   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\902-darwin_scripts_include.
        patch
23537   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\903-stddef_include.patch
23538   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\904-ls_time_locale.patch
23539   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\905-i386_build.patch
23540   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\910-arm_binutils_build_id_f
        ix.patch
23541   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\920-ppc_big_endian_io_memor
        y_accessors.patch
23542   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\922-w1_gpio_driver_backport
        .patch
23543   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\991-cve-2009-0028.patch
23544   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\992-cve-2009-0065.patch
23545   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\993-cve-2009-0676.patch
23546   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\994-cve-2009-1439.patch
23547   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\995-cve-2009-1389.patch
23548   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.23\996-cve-2009-2692.patch
23549   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\001-squashfs.patch
23550   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\002-lzma_decompress.patch
23551   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\003-squashfs_lzma.patch
23552   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\004-extra_optimization.patc
        h
23553   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\005-squashfs_fix.patch
23554   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\006-gcc4_inline_fix.patch
23555   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\007-samsung_flash.patch
23556   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\009-revert_intel_flash_brea
        kage.patch
```

| | |
|---|---|
| 23557 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\010-disable_old_squashfs_compatibility.patch |
| 23558 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\011-mips_boot.patch |
| 23559 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\012-mips_cpu_tlb.patch |
| 23560 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\013-mips_gdb_stub.patch |
| 23561 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\060-block2mtd_init.patch |
| 23562 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\065-rootfs_split.patch |
| 23563 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\070-redboot_space.patch |
| 23564 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\080-mtd_plat_nand_chip_fixup.patch |
| 23565 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\100-netfilter_layer7_2.17.patch |
| 23566 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\101-netfilter_layer7_pktmatch.patch |
| 23567 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\110-ipp2p_0.8.1rc1.patch |
| 23568 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\130-netfilter_ipset.patch |
| 23569 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\150-netfilter_imq.patch |
| 23570 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\170-netfilter_chaostables_0.8.patch |
| 23571 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\171-netfilter_tarpit.patch |
| 23572 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\180-netfilter_depends.patch |
| 23573 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\190-netfilter_rtsp.patch |
| 23574 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\200-sched_esfq.patch |
| 23575 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\202-mips-freestanding.patch |
| 23576 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\204-jffs2_eofdetect.patch |
| 23577 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\207-powerpc_asm_segment_h.patch |
| 23578 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\208-rtl8110sb_fix.patch |
| 23579 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\209-mini_fo.patch |
| 23580 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\213-kobject_uevent.patch |
| 23581 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\220-sound_kconfig.patch |
| 23582 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\400-ledtrig_morse.patch |
| 23583 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\401-led_alix.patch |
| 23584 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\402-ledtrig_default_on.patch |
| 23585 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\403-ds1672_detect.patch |
| 23586 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\410-gpio_buttons.patch |
| 23587 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\420-gpiodev.patch |
| 23588 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\510-yaffs_support.patch |
| 23589 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\600-phy_extension.patch |
| 23590 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\601-br2684-routed-support.patch |
| 23591 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\700-powerpc_git.patch |
| 23592 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\801-usb_serial_endpoint_size.patch |
| 23593 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\840-unable_to_open_console.patch |
| 23594 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\850-jffs2_erase_progress_indicator.patch |
| 23595 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\900-headers_type_and_time.patch |
| 23596 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\902-darwin_scripts_include.patch |
| 23597 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\903-hostap_txpower.patch |
| 23598 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\903-stddef_include.patch |
| 23599 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\904-ls_time_locale.patch |
| 23600 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\905-i386_build.patch |
| 23601 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\921-gpio_spi_driver.patch |
| 23602 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\922-w1_gpio_driver_backport.patch |
| 23603 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\930-ppc_big_endian_io_memory_accessors.patch |
| 23604 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\940-arm_mach_types.patch |
| 23605 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\950-mtd_cfi_intel_p33_compatbility.patch |
| 23606 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\991-cve-2009-0028.patch |
| 23607 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\992-cve-2009-0065.patch |
| 23608 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\993-cve-2009-0676.patch |
| 23609 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\994-cve-2009-1439.patch |

```
23610   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\996-cve-2009-2692.patch
23611   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.24\996-cve-2009-2692.patch
23612   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\001-squashfs.patch
23613   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\002-lzma_decompress.patch
23614   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\003-squashfs_lzma.patch
23615   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\004-extra_optimization.patc
        h
23616   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\005-squashfs_fix.patch
23617   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\006-gcc4_inline_fix.patch
23618   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\007-samsung_flash.patch
23619   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\009-revert_intel_flash_brea
        kage.patch
23620   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\010-disable_old_squashfs_co
        mpatibility.patch
23621   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\011-mips_boot.patch
23622   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\060-block2mtd_init.patch
23623   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\065-rootfs_split.patch
23624   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\070-redboot_space.patch
23625   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\080-mtd_plat_nand_chip_fixu
        p.patch
23626   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\100-netfilter_layer7_2.17.p
        atch
23627   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\101-netfilter_layer7_pktmat
        ch.patch
23628   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\110-ipp2p_0.8.1rc1.patch
23629   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\120-netfilter-headers-types
        .patch
23630   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\130-netfilter_ipset.patch
23631   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\150-netfilter_imq.patch
23632   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\170-netfilter_chaostables_0
        .8.patch
23633   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\171-netfilter_tarpit.patch
23634   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\180-netfilter_depends.patch
23635   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\190-netfilter_rtsp.patch
23636   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\200-sched_esfq.patch
23637   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\202-mips-freestanding.patch
23638   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\204-jffs2_eofdetect.patch
23639   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\207-powerpc_asm_segment_h.p
        atch
23640   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\208-rtl8110sb_fix.patch
23641   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\209-mini_fo.patch
23642   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\210-mini_fo_2.6.25_fixes.pa
        tch
23643   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\211-mini_fo_2.6.25_dentry_o
        pen_war.patch
23644   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\213-kobject_uevent.patch
23645   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\220-sound_kconfig.patch
23646   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\400-ledtrig_morse.patch
23647   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\401-led_alix.patch
23648   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\402-ledtrig_default_on.patc
        h
23649   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\403-ds1672_detect.patch
23650   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\410-gpio_buttons.patch
23651   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\420-gpiodev.patch
23652   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\510-yaffs_support.patch
23653   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\512-yaffs_2.6.25_fix.patch
23654   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\600-phy_extension.patch
23655   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\610-phy_detect.patch
23656   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\620-phy_adm6996.patch
23657   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\630-phy_packets.patch
23658   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\640-mvswitch.patch
23659   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\700-powerpc_git.patch
23660   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\801-usb_serial_endpoint_siz
        e.patch
23661   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\840-unable_to_open_console.
        patch
23662   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\850-jffs2_erase_progress_in
        dicator.patch
23663   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\900-headers_type_and_time.p
```

| | |
|---|---|
| 23664 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\902-darwin_scripts_include.patch |
| 23665 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\903-hostap_txpower.patch |
| 23666 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\903-stddef_include.patch |
| 23667 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\904-ls_time_locale.patch |
| 23668 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\905-i386_build.patch |
| 23669 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\906-msdosfs_header.patch |
| 23670 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\910-m25p80_redboot_partitions.patch |
| 23671 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\921-gpio_spi_driver.patch |
| 23672 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\922-gpiommc.patch |
| 23673 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\923-gpiommc-configfs-locking.patch |
| 23674 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\930-ppc_big_endian_io_memory_accessors.patch |
| 23675 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\940-arm_mach_types.patch |
| 23676 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\950-ocf-linux-26-20080704.patch |
| 23677 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\951-ocf-scatterlist-inc.patch |
| 23678 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\960-backport_gpiolib_better_rmmod_infrastructure.patch |
| 23679 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\961-backport_gpio_define_gpio_valid.patch |
| 23680 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\962-backport_gpiolib_dynamic_gpio_number_allocation.patch |
| 23681 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\963-backport_gpio_chip_reserve.patch |
| 23682 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\964-backport_gpiolib_fix_off_by_one_errors.patch |
| 23683 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\981-backport_usb_serial_sierrawireless_ids.patch |
| 23684 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\991-cve-2009-0028.patch |
| 23685 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\992-cve-2009-0065.patch |
| 23686 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\993-cve-2009-0676.patch |
| 23687 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\994-cve-2009-1439.patch |
| 23688 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\995-cve-2009-1389.patch |
| 23689 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.25\996-cve-2009-2692.patch |
| 23690 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\001-squashfs.patch |
| 23691 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\002-lzma_decompress.patch |
| 23692 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\003-squashfs_lzma.patch |
| 23693 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\004-extra_optimization.patch |
| 23694 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\005-squashfs_fix.patch |
| 23695 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\006-gcc4_inline_fix.patch |
| 23696 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\007-samsung_flash.patch |
| 23697 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\009-revert_intel_flash_breakage.patch |
| 23698 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\010-disable_old_squashfs_compatibility.patch |
| 23699 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\011-mips_boot.patch |
| 23700 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\060-block2mtd_init.patch |
| 23701 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\065-rootfs_split.patch |
| 23702 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\070-redboot_space.patch |
| 23703 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\071-redboot_boardconfig.patch |
| 23704 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\080-mtd_plat_nand_chip_fixup.patch |
| 23705 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\100-netfilter_layer7_2.17.patch |
| 23706 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\101-netfilter_layer7_pktmatch.patch |
| 23707 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\110-ipp2p_0.8.1rc1.patch |
| 23708 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\130-netfilter_ipset.patch |
| 23709 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\150-netfilter_imq.patch |
| 23710 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\170-netfilter_chaostables_0.8.patch |
| 23711 | SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\171-netfilter_tarpit.patch |

```
23712   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\190-netfilter_imq_multiple_mangle_tables.patch
23713   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\190-netfilter_rtsp.patch
23714   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\200-sched_esfq.patch
23715   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\202-mips-freestanding.patch
23716   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\204-jffs2_eofdetect.patch
23717   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\207-powerpc_asm_segment_h.patch
23718   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\208-rtl8110sb_fix.patch
23719   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\209-mini_fo.patch
23720   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\210-mini_fo_2.6.25_fixes.patch
23721   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\211-mini_fo_2.6.25_dentry_open_war.patch
23722   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\212-mini_fo_2.6.26_fixes.patch
23723   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\213-kobject_uevent.patch
23724   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\220-sound_kconfig.patch
23725   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\222-partial_eraseblock_write.patch
23726   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\400-ledtrig_morse.patch
23727   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\401-led_alix.patch
23728   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\402-ledtrig_netdev.patch
23729   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\403-ds1672_detect.patch
23730   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\410-gpio_buttons.patch
23731   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\420-gpiodev.patch
23732   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\510-yaffs_support.patch
23733   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\512-yaffs_2.6.25_fix.patch
23734   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\513-yaffs_2.6.26_fix.patch
23735   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\600-phy_extension.patch
23736   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\610-phy_detect.patch
23737   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\620-phy_adm6996.patch
23738   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\630-phy_packets.patch
23739   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\640-mvswitch.patch
23740   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\650-swconfig.patch
23741   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\660-ip175c_support.patch
23742   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\801-usb_serial_endpoint_size.patch
23743   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\840-unable_to_open_console.patch
23744   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\900-headers_type_and_time.patch
23745   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\902-darwin_scripts_include.patch
23746   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\903-hostap_txpower.patch
23747   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\903-stddef_include.patch
23748   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\905-i386_build.patch
23749   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\910-cryptodev_backport.patch
23750   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\915-hso-backport.patch
23751   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\921-gpio_spi_driver.patch
23752   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\922-gpiommc.patch
23753   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\923-gpiommc-configfs-locking.patch
23754   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\924-gpiommc_2.6.26_fix.patch
23755   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\930-ppc_big_endian_io_memory_accessors.patch
23756   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\940-arm_mach_types.patch
23757   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\950-revert_xt_sctp_simplify.patch
23758   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\951-revert_gcc4_4_fixes.patch
23759   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\970-ocf_20080704.patch
23760   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\971-ocf_compile_fix.patch
23761   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\980-backport_gpio_sysfs_support.patch
23762   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\981-backport_usb_serial_sierrawireless_ids.patch
23763   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\991-cve-2009-0028.patch
```

```
23764   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\992-cve-2009-0675.patch
23765   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\993-cve-2009-0676.patch
23766   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\994-cve-2009-1439.patch
23767   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\995-cve-2009-1389.patch
23768   SDK.UBNT.v5.3\openwrt\target\linux\generic-2.6\patches-2.6.26\996-cve-2009-2692.patch
23769   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\base-files
23770   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\config-default
23771   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files
23772   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\image
23773   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\Makefile
23774   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\patches
23775   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\profiles
23776   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\base-files\etc
23777   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\base-files\etc\config
23778   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\base-files\etc\hotplug.d
23779   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\base-files\etc\inittab
23780   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\base-files\etc\hotplug.d\button
23781   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\base-files\etc\hotplug.d\button\00-reset
23782   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\arch
23783   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\drivers
23784   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\include
23785   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\arch\mips
23786   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips
23787   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\arch\mips\pci
23788   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\board.c
23789   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\clock.c
23790   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\dma-core.c
23791   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\gpio.c
23792   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\interrupt.c
23793   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\Kconfig
23794   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\Makefile
23795   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\pmu.c
23796   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\prom.c
23797   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\reset.c
23798   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\setup.c
23799   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\timer.c
23800   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\arch\mips\pci\ops-ifxmips.c
23801   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\arch\mips\pci\pci-ifxmips.c
23802   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\drivers\char
23803   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\drivers\leds
23804   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\drivers\mtd
23805   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\drivers\net
23806   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\drivers\serial
23807   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\drivers\watchdog
23808   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\drivers\char\ifxmips_eeprom.c
23809   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\drivers\char\ifxmips_mei_core.c
23810   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\drivers\char\ifxmips_ssc.c
23811   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\drivers\leds\leds-ifxmips.c
23812   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\drivers\mtd\maps
23813   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\drivers\mtd\maps\ifxmips.c
23814   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\drivers\net\ifxmips_mii0.c
23815   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\drivers\serial\ifxmips_asc.c
23816   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\drivers\watchdog\ifxmips_wdt.c
23817   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\include\asm-mips
23818   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips
23819   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\include\asm-mips\mach-ifxmips
23820   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips.h
23821   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_cgu.h
23822   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_dma.h
23823   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_ebu.h
23824   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_gpio.h
23825   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_gptu.h
23826   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_irq.h
23827   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_led.h
23828   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_mei.h
23829   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_mei_app
        .h
23830   SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_mei_app
        _ioctl.h
```

| | |
|---|---|
| 23831 | SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_mei_bsp.h |
| 23832 | SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_mei_ioctl.h |
| 23833 | SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_mei_linux.h |
| 23834 | SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_pmu.h |
| 23835 | SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_prom.h |
| 23836 | SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifx_peripheral_definitions.h |
| 23837 | SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifx_ssc.h |
| 23838 | SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifx_ssc_defines.h |
| 23839 | SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\include\asm-mips\mach-ifxmips\gpio.h |
| 23840 | SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\include\asm-mips\mach-ifxmips\irq.h |
| 23841 | SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\files\include\asm-mips\mach-ifxmips\war.h |
| 23842 | SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\image\Makefile |
| 23843 | SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\patches\100-board.patch |
| 23844 | SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\patches\110-drivers.patch |
| 23845 | SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\patches\160-cfi-swap.patch |
| 23846 | SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\patches\170-dma_hack.patch |
| 23847 | SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\profiles\100-Atheros.mk |
| 23848 | SDK.UBNT.v5.3\openwrt\target\linux\ifxmips\profiles\200-Ralink.mk |
| 23849 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\base-files |
| 23850 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\config-default |
| 23851 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\generic |
| 23852 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\harddisk |
| 23853 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\image |
| 23854 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\Makefile |
| 23855 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches |
| 23856 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\base-files\etc |
| 23857 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\base-files\etc\preinit.arch |
| 23858 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\generic\profiles |
| 23859 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\generic\target.mk |
| 23860 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\generic\profiles\100-Default.mk |
| 23861 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\generic\profiles\105-Atheros-ath5k.mk |
| 23862 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\generic\profiles\200-NSLU2.mk |
| 23863 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\generic\profiles\300-NAS100d.mk |
| 23864 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\generic\profiles\400-DSMG600RevA.mk |
| 23865 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\harddisk\config-default |
| 23866 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\harddisk\profiles |
| 23867 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\harddisk\target.mk |
| 23868 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\harddisk\profiles\100-FSG3.mk |
| 23869 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\image\apex |
| 23870 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\image\Makefile |
| 23871 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\image\apex\Makefile |
| 23872 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\image\apex\patches |
| 23873 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\image\apex\patches\100-openwrt_nslu2_armeb_config.patch |
| 23874 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\image\apex\patches\120-openwrt_nslu2_16mb_armeb_config.patch |
| 23875 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\image\apex\patches\140-openwrt_fsg3_armeb_config.patch |
| 23876 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\030-ixp4xx_fsg_board_support.patch |
| 23877 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\090-increase_entropy_pools.patch |
| 23878 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\100-wg302v2_gateway7001_mac_plat_info.patch |
| 23879 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\105-wg302v1_support.patch |
| 23880 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\110-pronghorn_series_support.patch |
| 23881 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\111-pronghorn_swap_uarts.patch |
| 23882 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\115-sidewinder_support.patch |
| 23883 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\116-sidewinder_fis_location.patch |
| 23884 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\120-compex_support.patch |
| 23885 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\130-wrt300nv2_support.patch |
| 23886 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\131-wrt300nv2_mac_plat_info.patch |
| 23887 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\150-lanready_ap1000_support.patch |
| 23888 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\151-lanready_ap1000_mac_plat_info.patch |
| 23889 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\162-wg302v1_mem_fixup.patch |
| 23890 | SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\170-ixdpg425_mac_plat_info.patch |

```
23891  SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\
23892  SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\190-cambria_support.patch
23893  SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\191-cambria_optional_uart.patch
23894  SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\192-cambria_gpio_device.patch
23895  SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\201-npe_driver_print_license_location.p
       atch
23896  SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\202-npe_driver_switch_support.patch
23897  SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\203-npe_driver_phy_reset_autoneg.patch
23898  SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\204-npe_driver_ixp43x_support.patch
23899  SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\210-npe_hss.patch
23900  SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\294-eeprom_new_notifier.patch
23901  SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\295-latch_led_driver.patch
23902  SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\296-avila_mac_plat_info.patch
23903  SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\300-avila_fetch_mac.patch
23904  SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\301-avila_led.patch
23905  SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\302-avila_gpio_device.patch
23906  SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\303-avila_gw23x7_phy_quirk.patch
23907  SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\310-gtwx5717_spi_bus.patch
23908  SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\311-gtwx5717_mac_plat_info.patch
23909  SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\312-ixp4xx_pata_optimization.patch
23910  SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\400-dmabounce.patch
23911  SDK.UBNT.v5.3\openwrt\target\linux\ixp4xx\patches\401-avila_pci_dev.patch
23912  SDK.UBNT.v5.3\openwrt\target\linux\magicbox\config-default
23913  SDK.UBNT.v5.3\openwrt\target\linux\magicbox\files
23914  SDK.UBNT.v5.3\openwrt\target\linux\magicbox\image
23915  SDK.UBNT.v5.3\openwrt\target\linux\magicbox\Makefile
23916  SDK.UBNT.v5.3\openwrt\target\linux\magicbox\patches
23917  SDK.UBNT.v5.3\openwrt\target\linux\magicbox\files\arch
23918  SDK.UBNT.v5.3\openwrt\target\linux\magicbox\files\drivers
23919  SDK.UBNT.v5.3\openwrt\target\linux\magicbox\files\arch\ppc
23920  SDK.UBNT.v5.3\openwrt\target\linux\magicbox\files\arch\ppc\platforms
23921  SDK.UBNT.v5.3\openwrt\target\linux\magicbox\files\arch\ppc\platforms\4xx
23922  SDK.UBNT.v5.3\openwrt\target\linux\magicbox\files\arch\ppc\platforms\4xx\magicbox.c
23923  SDK.UBNT.v5.3\openwrt\target\linux\magicbox\files\arch\ppc\platforms\4xx\magicbox.h
23924  SDK.UBNT.v5.3\openwrt\target\linux\magicbox\files\drivers\ide
23925  SDK.UBNT.v5.3\openwrt\target\linux\magicbox\files\drivers\ide\ppc
23926  SDK.UBNT.v5.3\openwrt\target\linux\magicbox\files\drivers\ide\ppc\magicbox_ide.c
23927  SDK.UBNT.v5.3\openwrt\target\linux\magicbox\image\Makefile
23928  SDK.UBNT.v5.3\openwrt\target\linux\magicbox\patches\001-magicbox_support.patch
23929  SDK.UBNT.v5.3\openwrt\target\linux\magicbox\patches\100-cf_slot.patch
23930  SDK.UBNT.v5.3\openwrt\target\linux\ppc40x\config-default
23931  SDK.UBNT.v5.3\openwrt\target\linux\ppc40x\image
23932  SDK.UBNT.v5.3\openwrt\target\linux\ppc40x\Makefile
23933  SDK.UBNT.v5.3\openwrt\target\linux\ppc40x\patches
23934  SDK.UBNT.v5.3\openwrt\target\linux\ppc40x\image\Makefile
23935  SDK.UBNT.v5.3\openwrt\target\linux\ppc40x\patches\001-kilauea_openwrt_flashmap.patch
23936  SDK.UBNT.v5.3\openwrt\target\linux\ppc40x\patches\002-disable_emac_loopback_mode.patch
23937  SDK.UBNT.v5.3\openwrt\target\linux\ppc44x\base-files
23938  SDK.UBNT.v5.3\openwrt\target\linux\ppc44x\config-default
23939  SDK.UBNT.v5.3\openwrt\target\linux\ppc44x\image
23940  SDK.UBNT.v5.3\openwrt\target\linux\ppc44x\Makefile
23941  SDK.UBNT.v5.3\openwrt\target\linux\ppc44x\patches
23942  SDK.UBNT.v5.3\openwrt\target\linux\ppc44x\base-files\etc
23943  SDK.UBNT.v5.3\openwrt\target\linux\ppc44x\base-files\etc\inittab
23944  SDK.UBNT.v5.3\openwrt\target\linux\ppc44x\image\Makefile
23945  SDK.UBNT.v5.3\openwrt\target\linux\ppc44x\patches\001-taishan_openwrt_flashmap.patch
23946  SDK.UBNT.v5.3\openwrt\target\linux\rb532\base-files
23947  SDK.UBNT.v5.3\openwrt\target\linux\rb532\base-files.mk
23948  SDK.UBNT.v5.3\openwrt\target\linux\rb532\config-2.6.23
23949  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files
23950  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23
23951  SDK.UBNT.v5.3\openwrt\target\linux\rb532\image
23952  SDK.UBNT.v5.3\openwrt\target\linux\rb532\Makefile
23953  SDK.UBNT.v5.3\openwrt\target\linux\rb532\patches
23954  SDK.UBNT.v5.3\openwrt\target\linux\rb532\patches-2.6.23
23955  SDK.UBNT.v5.3\openwrt\target\linux\rb532\src
23956  SDK.UBNT.v5.3\openwrt\target\linux\rb532\base-files\etc
23957  SDK.UBNT.v5.3\openwrt\target\linux\rb532\base-files\sbin
23958  SDK.UBNT.v5.3\openwrt\target\linux\rb532\base-files\etc\config
```

```
23959  SDK.UBNT.v5.3\openwrt\target\linux\rb532\base-files\sbin\cf2nand
23960  SDK.UBNT.v5.3\openwrt\target\linux\rb532\base-files\sbin\cf2nand
23961  SDK.UBNT.v5.3\openwrt\target\linux\rb532\base-files\sbin\wget2nand
23962  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files\arch
23963  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files\drivers
23964  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files\include
23965  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files\arch\mips
23966  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files\arch\mips\pci
23967  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files\arch\mips\rb500
23968  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files\drivers\block
23969  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files\drivers\leds
23970  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files\drivers\net
23971  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files\drivers\watchdog
23972  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files\drivers\block\rb500
23973  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files\include\asm-mips
23974  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files\include\asm-mips\rc32434
23975  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\arch
23976  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\drivers
23977  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\include
23978  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\arch\mips
23979  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\arch\mips\pci
23980  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\arch\mips\rb500
23981  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\arch\mips\pci\fixup-rb500.c
23982  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\arch\mips\pci\ops-rc32434.c
23983  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\arch\mips\pci\pci-rc32434.c
23984  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\arch\mips\rb500\devices.c
23985  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\arch\mips\rb500\gpio.c
23986  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\arch\mips\rb500\irq.c
23987  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\arch\mips\rb500\Makefile
23988  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\arch\mips\rb500\prom.c
23989  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\arch\mips\rb500\serial.c
23990  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\arch\mips\rb500\setup.c
23991  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\arch\mips\rb500\time.c
23992  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\drivers\block
23993  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\drivers\char
23994  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\drivers\leds
23995  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\drivers\net
23996  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\drivers\block\rb500
23997  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\drivers\block\rb500\ata.c
23998  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\drivers\block\rb500\ata.h
23999  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\drivers\block\rb500\bdev.c
24000  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\drivers\block\rb500\Makefile
24001  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\drivers\char\watchdog
24002  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\drivers\char\watchdog\rc32434_wdt.c
24003  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\drivers\leds\leds-rb500.c
24004  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\drivers\net\korina.c
24005  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\drivers\net\rc32434_eth.h
24006  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips
24007  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434
24008  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\ddr.h
24009  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\dma.h
24010  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\dma_v.h
24011  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\eth.h
24012  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\eth_v.h
24013  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\gpio.h
24014  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\integ.h
24015  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\irq.h
24016  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\pci.h
24017  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\rb.h
24018  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\rc32434.h
24019  SDK.UBNT.v5.3\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\war.h
24020  SDK.UBNT.v5.3\openwrt\target\linux\rb532\image\gen_image.sh
24021  SDK.UBNT.v5.3\openwrt\target\linux\rb532\image\Makefile
24022  SDK.UBNT.v5.3\openwrt\target\linux\rb532\patches-2.6.23\100-rb5xx_support.patch
24023  SDK.UBNT.v5.3\openwrt\target\linux\rb532\patches-2.6.23\110-korina_ethernet.patch
24024  SDK.UBNT.v5.3\openwrt\target\linux\rb532\patches-2.6.23\120-cf.patch
24025  SDK.UBNT.v5.3\openwrt\target\linux\rb532\patches-2.6.23\140-cmdline_hack.patch
24026  SDK.UBNT.v5.3\openwrt\target\linux\rb532\patches-2.6.23\200-bridge_resource_hack.patch
24027  SDK.UBNT.v5.3\openwrt\target\linux\rb532\patches-2.6.23\220-serial_fix.patch
```

```
24028  SDK.UBNT.v5.3\openwrt\target\linux\rb532\patches-2.6.23\500-rb500_serial_console.patch
24029  SDK.UBNT.v5.3\openwrt\target\linux\rb532\patches-2.6.23\510-rb500_led.patch
24030  SDK.UBNT.v5.3\openwrt\target\linux\rb532\patches-2.6.23\520-rc32434_wdt.patch
24031  SDK.UBNT.v5.3\openwrt\target\linux\rb532\src\patch-cmdline.c
24032  SDK.UBNT.v5.3\openwrt\target\linux\rdc\base-files
24033  SDK.UBNT.v5.3\openwrt\target\linux\rdc\config
24034  SDK.UBNT.v5.3\openwrt\target\linux\rdc\config-default
24035  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files
24036  SDK.UBNT.v5.3\openwrt\target\linux\rdc\image
24037  SDK.UBNT.v5.3\openwrt\target\linux\rdc\Makefile
24038  SDK.UBNT.v5.3\openwrt\target\linux\rdc\patches
24039  SDK.UBNT.v5.3\openwrt\target\linux\rdc\profiles
24040  SDK.UBNT.v5.3\openwrt\target\linux\rdc\base-files\etc
24041  SDK.UBNT.v5.3\openwrt\target\linux\rdc\base-files\etc\config
24042  SDK.UBNT.v5.3\openwrt\target\linux\rdc\base-files\etc\diag.sh
24043  SDK.UBNT.v5.3\openwrt\target\linux\rdc\base-files\etc\inittab
24044  SDK.UBNT.v5.3\openwrt\target\linux\rdc\base-files\etc\config\network
24045  SDK.UBNT.v5.3\openwrt\target\linux\rdc\config\profile-dir450
24046  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\arch
24047  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\drivers
24048  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\include
24049  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\arch\i386
24050  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\arch\x86
24051  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\arch\i386\kernel
24052  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\arch\i386\mach-rdc
24053  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\arch\i386\kernel\cpu
24054  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\arch\i386\kernel\cpu\rdc.c
24055  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\arch\i386\mach-rdc\gpio.c
24056  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\arch\i386\mach-rdc\Makefile
24057  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\arch\i386\mach-rdc\platform.c
24058  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\arch\i386\mach-rdc\setup.c
24059  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\arch\i386\mach-rdc\wdt.c
24060  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\arch\x86\boot
24061  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\arch\x86\kernel
24062  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\arch\x86\mach-rdc
24063  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\arch\x86\boot\compressed
24064  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\arch\x86\boot\compressed\LzmaDecode.c
24065  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\arch\x86\boot\compressed\LzmaDecode.h
24066  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\arch\x86\boot\compressed\lzma_misc.c
24067  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\arch\x86\kernel\cpu
24068  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\arch\x86\kernel\cpu\rdc.c
24069  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\arch\x86\mach-rdc\gpio.c
24070  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\arch\x86\mach-rdc\Makefile
24071  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\arch\x86\mach-rdc\platform.c
24072  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\arch\x86\mach-rdc\setup.c
24073  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\arch\x86\mach-rdc\wdt.c
24074  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\drivers\mtd
24075  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\drivers\net
24076  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\drivers\mtd\maps
24077  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\drivers\mtd\maps\imghdr.h
24078  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\drivers\mtd\maps\rdc3210.c
24079  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\drivers\net\r6040.c
24080  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\include\asm-i386
24081  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\include\asm-x86
24082  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\include\asm-i386\gpio.h
24083  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\include\asm-i386\mach-generic
24084  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\include\asm-i386\mach-rdc
24085  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\include\asm-i386\mach-generic\gpio.h
24086  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\include\asm-i386\mach-rdc\gpio.h
24087  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\include\asm-i386\mach-rdc\rdc321x_defs.h
24088  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\include\asm-x86\gpio.h
24089  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\include\asm-x86\mach-generic
24090  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\include\asm-x86\mach-rdc
24091  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\include\asm-x86\mach-generic\gpio.h
24092  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\include\asm-x86\mach-rdc\gpio.h
24093  SDK.UBNT.v5.3\openwrt\target\linux\rdc\files\include\asm-x86\mach-rdc\rdc321x_defs.h
24094  SDK.UBNT.v5.3\openwrt\target\linux\rdc\image\Makefile
24095  SDK.UBNT.v5.3\openwrt\target\linux\rdc\patches\001-rdc3210_flash_map.patch
24096  SDK.UBNT.v5.3\openwrt\target\linux\rdc\patches\001-x86_generic_gpio.patch
```

```
24097   SDK.UBNT.v5.3\openwrt\target\linux\rdc\patches\002-parport_pc_fix.patch
24098   SDK.UBNT.v5.3\openwrt\target\linux\rdc\patches\003-rootfstype.patch
24099   SDK.UBNT.v5.3\openwrt\target\linux\rdc\patches\004-rdc_fixes.patch
24100   SDK.UBNT.v5.3\openwrt\target\linux\rdc\patches\005-cmdline_setup.patch
24101   SDK.UBNT.v5.3\openwrt\target\linux\rdc\patches\006-pci_ids.patch
24102   SDK.UBNT.v5.3\openwrt\target\linux\rdc\patches\600-x86_lzma.patch
24103   SDK.UBNT.v5.3\openwrt\target\linux\rdc\profiles\AR525W.mk
24104   SDK.UBNT.v5.3\openwrt\target\linux\rdc\profiles\DIR-450.mk
24105   SDK.UBNT.v5.3\openwrt\target\linux\rdc\profiles\WL-153.mk
24106   SDK.UBNT.v5.3\openwrt\target\linux\uml\config
24107   SDK.UBNT.v5.3\openwrt\target\linux\uml\image
24108   SDK.UBNT.v5.3\openwrt\target\linux\uml\Makefile
24109   SDK.UBNT.v5.3\openwrt\target\linux\uml\patches
24110   SDK.UBNT.v5.3\openwrt\target\linux\uml\README
24111   SDK.UBNT.v5.3\openwrt\target\linux\uml\config\i386
24112   SDK.UBNT.v5.3\openwrt\target\linux\uml\config\x86_64
24113   SDK.UBNT.v5.3\openwrt\target\linux\uml\image\Makefile
24114   SDK.UBNT.v5.3\openwrt\target\linux\uml\patches\001-gcc4_unit_at_a_time_i386_fix.patch
24115   SDK.UBNT.v5.3\openwrt\target\linux\uml\patches\002-gcc4_unfortify_source.patch
24116   SDK.UBNT.v5.3\openwrt\target\linux\x86\base-files
24117   SDK.UBNT.v5.3\openwrt\target\linux\x86\config-default
24118   SDK.UBNT.v5.3\openwrt\target\linux\x86\generic
24119   SDK.UBNT.v5.3\openwrt\target\linux\x86\image
24120   SDK.UBNT.v5.3\openwrt\target\linux\x86\Makefile
24121   SDK.UBNT.v5.3\openwrt\target\linux\x86\patches
24122   SDK.UBNT.v5.3\openwrt\target\linux\x86\base-files\etc
24123   SDK.UBNT.v5.3\openwrt\target\linux\x86\base-files\lib
24124   SDK.UBNT.v5.3\openwrt\target\linux\x86\base-files\etc\preinit.arch
24125   SDK.UBNT.v5.3\openwrt\target\linux\x86\base-files\lib\upgrade
24126   SDK.UBNT.v5.3\openwrt\target\linux\x86\base-files\lib\upgrade\platform.sh
24127   SDK.UBNT.v5.3\openwrt\target\linux\x86\generic\profiles
24128   SDK.UBNT.v5.3\openwrt\target\linux\x86\generic\target.mk
24129   SDK.UBNT.v5.3\openwrt\target\linux\x86\generic\profiles\000-Generic.mk
24130   SDK.UBNT.v5.3\openwrt\target\linux\x86\generic\profiles\Alix.mk
24131   SDK.UBNT.v5.3\openwrt\target\linux\x86\generic\profiles\Pcengines.mk
24132   SDK.UBNT.v5.3\openwrt\target\linux\x86\generic\profiles\Soekris.mk
24133   SDK.UBNT.v5.3\openwrt\target\linux\x86\image\Config.in
24134   SDK.UBNT.v5.3\openwrt\target\linux\x86\image\gen_image.sh
24135   SDK.UBNT.v5.3\openwrt\target\linux\x86\image\Makefile
24136   SDK.UBNT.v5.3\openwrt\target\linux\x86\image\menu.lst
24137   SDK.UBNT.v5.3\openwrt\target\sdk\Config.in
24138   SDK.UBNT.v5.3\openwrt\target\sdk\files
24139   SDK.UBNT.v5.3\openwrt\target\sdk\Makefile
24140   SDK.UBNT.v5.3\openwrt\target\sdk\files\Makefile
24141   SDK.UBNT.v5.3\openwrt\target\sdk\files\package
24142   SDK.UBNT.v5.3\openwrt\target\sdk\files\README.SDK
24143   SDK.UBNT.v5.3\openwrt\target\sdk\files\package\depend.mk
24144   SDK.UBNT.v5.3\openwrt\target\sdk\files\package\rules.mk
24145   SDK.UBNT.v5.3\openwrt\toolchain\binutils
24146   SDK.UBNT.v5.3\openwrt\toolchain\Config.in
24147   SDK.UBNT.v5.3\openwrt\toolchain\gcc
24148   SDK.UBNT.v5.3\openwrt\toolchain\gdb
24149   SDK.UBNT.v5.3\openwrt\toolchain\info.mk
24150   SDK.UBNT.v5.3\openwrt\toolchain\kernel-headers
24151   SDK.UBNT.v5.3\openwrt\toolchain\Makefile
24152   SDK.UBNT.v5.3\openwrt\toolchain\uClibc
24153   SDK.UBNT.v5.3\openwrt\toolchain\binutils\Config.in
24154   SDK.UBNT.v5.3\openwrt\toolchain\binutils\Makefile
24155   SDK.UBNT.v5.3\openwrt\toolchain\binutils\patches
24156   SDK.UBNT.v5.3\openwrt\toolchain\binutils\patches\2.16.1
24157   SDK.UBNT.v5.3\openwrt\toolchain\binutils\patches\2.17
24158   SDK.UBNT.v5.3\openwrt\toolchain\binutils\patches\2.18
24159   SDK.UBNT.v5.3\openwrt\toolchain\binutils\patches\2.17\001-fix_avr32_compile
24160   SDK.UBNT.v5.3\openwrt\toolchain\binutils\patches\2.17\100-uclibc-conf.patch
24161   SDK.UBNT.v5.3\openwrt\toolchain\binutils\patches\2.17\110-arm-eabi-conf.patch
24162   SDK.UBNT.v5.3\openwrt\toolchain\binutils\patches\2.17\300-001_ld_makefile_patch.patch
24163   SDK.UBNT.v5.3\openwrt\toolchain\binutils\patches\2.17\300-006_better_file_error.patch
24164   SDK.UBNT.v5.3\openwrt\toolchain\binutils\patches\2.17\300-012_check_ldrunpath_length.patch
```

```
24165    SDK.UBNT.v5.3\openwrt\toolchain\binutils\patches\2.17\400-mips_disable_stk.patch
24166    SDK.UBNT.v5.3\openwrt\toolchain\binutils\patches\2.17\500-avr32.patch
24167    SDK.UBNT.v5.3\openwrt\toolchain\binutils\patches\2.17\501-avr32-fix-pool-alignment.patch
24168    SDK.UBNT.v5.3\openwrt\toolchain\binutils\patches\2.17\601-cris-errormsg.patch
24169    SDK.UBNT.v5.3\openwrt\toolchain\binutils\patches\2.17\610-cris_target.patch
24170    SDK.UBNT.v5.3\openwrt\toolchain\binutils\patches\2.17\702-binutils-skip-comments.patch
24171    SDK.UBNT.v5.3\openwrt\toolchain\binutils\patches\2.18\100-uclibc-conf.patch
24172    SDK.UBNT.v5.3\openwrt\toolchain\binutils\patches\2.18\110-arm-eabi-conf.patch
24173    SDK.UBNT.v5.3\openwrt\toolchain\binutils\patches\2.18\300-001_ld_makefile_patch.patch
24174    SDK.UBNT.v5.3\openwrt\toolchain\binutils\patches\2.18\300-006_better_file_error.patch
24175    SDK.UBNT.v5.3\openwrt\toolchain\binutils\patches\2.18\300-012_check_ldrunpath_length.patch
24176    SDK.UBNT.v5.3\openwrt\toolchain\binutils\patches\2.18\500-avr32.patch
24177    SDK.UBNT.v5.3\openwrt\toolchain\binutils\patches\2.18\601-cris-errormsg.patch
24178    SDK.UBNT.v5.3\openwrt\toolchain\gcc\Config.in
24179    SDK.UBNT.v5.3\openwrt\toolchain\gcc\Config.version
24180    SDK.UBNT.v5.3\openwrt\toolchain\gcc\files
24181    SDK.UBNT.v5.3\openwrt\toolchain\gcc\Makefile
24182    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches
24183    SDK.UBNT.v5.3\openwrt\toolchain\gcc\files\alternate-arch-cc.in
24184    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\3.4.6
24185    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.1.2
24186    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.2.4
24187    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\3.4.6\100-uclibc-conf.patch
24188    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\3.4.6\200-uclibc-locale.patch
24189    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\3.4.6\300-libstdc++-pic.patch
24190    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\3.4.6\601-gcc34-arm-ldm.patch
24191    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\3.4.6\602-sdk-libstdc++-includes.patch
24192    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\3.4.6\700-pr15068-fix.patch
24193    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\3.4.6\800-arm-bigendian.patch
24194    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\3.4.6\810-arm-bigendian-uclibc.patch
24195    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\3.4.6\910-mbsd_multi.patch
24196    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\3.4.6\arm-softfloat.patch.conditional
24197    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.1.2\100-uclibc-conf.patch
24198    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.1.2\110-arm-eabi.patch
24199    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.1.2\200-uclibc-locale.patch
24200    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.1.2\300-libstdc++-pic.patch
24201    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.1.2\301-missing-execinfo_h.patch
24202    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.1.2\302-c99-snprintf.patch
24203    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.1.2\303-c99-complex-ugly-hack.patch
24204    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.1.2\304-index_macro.patch
24205    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.1.2\500-avr32.patch
24206    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.1.2\740-sh-pr24836.patch
24207    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.1.2\800-arm-bigendian.patch
24208    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.1.2\850-unbreak-armv4t.patch
24209    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.1.2\900-c++_fixes.patch
24210    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.1.2\910-mbsd_multi.patch
24211    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.1.2\910-soft-float.patch
24212    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.2.4\100-uclibc-conf.patch
24213    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.2.4\103-uclibc-conf-noupstream.patch
24214    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.2.4\200-uclibc-locale.patch
24215    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.2.4\203-uclibc-locale-no__x.patch
24216    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.2.4\204-uclibc-locale-wchar_fix.patch
24217    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.2.4\205-uclibc-locale-update.patch
24218    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.2.4\300-libstdc++-pic.patch
24219    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.2.4\301-missing-execinfo_h.patch
24220    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.2.4\302-c99-snprintf.patch
24221    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.2.4\303-c99-complex-ugly-hack.patch
24222    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.2.4\304-index_macro.patch
24223    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.2.4\305-libmudflap-susv3-legacy.patch
24224    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.2.4\306-libstdc++-namespace.patch
24225    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.2.4\307-locale_facets.patch
24226    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.2.4\402-libbackend_dep_gcov-iov.h.patch
24227    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.2.4\800-arm-bigendian.patch
24228    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.2.4\900-avr32_support.patch
24229    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.2.4\901-fix_avr32_breakage.patch
24230    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.2.4\904-flatten-switch-stmt-00.patch
24231    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.2.4\910-mbsd_multi.patch
24232    SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.2.4\910-soft-float.patch
```

```
24233  SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.2.4\930-eabi_fixes.patch
24234  SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.2.4\930-eabi_fixes.patch
24235  SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.2.4\951-bug_37014.patch
24236  SDK.UBNT.v5.3\openwrt\toolchain\gcc\patches\4.2.4\952-bug_34762.patch
24237  SDK.UBNT.v5.3\openwrt\toolchain\gdb\Makefile
24238  SDK.UBNT.v5.3\openwrt\toolchain\gdb\patches
24239  SDK.UBNT.v5.3\openwrt\toolchain\gdb\patches\100-uclibc-conf.patch
24240  SDK.UBNT.v5.3\openwrt\toolchain\gdb\patches\200-uclibc-readline-conf.patch
24241  SDK.UBNT.v5.3\openwrt\toolchain\gdb\patches\400-mips-coredump.patch
24242  SDK.UBNT.v5.3\openwrt\toolchain\gdb\patches\500-thread-timeout.patch
24243  SDK.UBNT.v5.3\openwrt\toolchain\gdb\patches\600-debian_10.selected-frame.patch
24244  SDK.UBNT.v5.3\openwrt\toolchain\gdb\patches\620-debian_static-thread-db.patch
24245  SDK.UBNT.v5.3\openwrt\toolchain\gdb\patches\630-debian_24.tracepoint-segv.patch
24246  SDK.UBNT.v5.3\openwrt\toolchain\gdb\patches\640-debian_dwarf2-frame-signal-unwinder.patch
24247  SDK.UBNT.v5.3\openwrt\toolchain\gdb\patches\650-debian_vsyscall-gdb-support.patch
24248  SDK.UBNT.v5.3\openwrt\toolchain\gdb\patches\660-debian_dwarf-cfa-restore.patch
24249  SDK.UBNT.v5.3\openwrt\toolchain\gdb\patches\680-debian_sim-destdir.patch
24250  SDK.UBNT.v5.3\openwrt\toolchain\gdb\patches\690-debian_member-field-symtab.patch
24251  SDK.UBNT.v5.3\openwrt\toolchain\gdb\patches\700-debian_cp-pass-by-reference.patch
24252  SDK.UBNT.v5.3\openwrt\toolchain\gdb\patches\710-debian_thread-db-multiple-libraries.patch
24253  SDK.UBNT.v5.3\openwrt\toolchain\gdb\patches\720-debian_static-threads-test.patch
24254  SDK.UBNT.v5.3\openwrt\toolchain\gdb\patches\730-debian_gdb-fix-tracefork-check.patch
24255  SDK.UBNT.v5.3\openwrt\toolchain\gdb\patches\740-debian_make-cv-type-crash.patch
24256  SDK.UBNT.v5.3\openwrt\toolchain\gdb\patches\750-debian_sparc-singlestep.patch
24257  SDK.UBNT.v5.3\openwrt\toolchain\gdb\patches\760-debian_vsyscall-bfd-close-result.patch
24258  SDK.UBNT.v5.3\openwrt\toolchain\gdb\patches\770-debian_vfork-done-spelling.patch
24259  SDK.UBNT.v5.3\openwrt\toolchain\gdb\patches\780-debian_gdbserver-rdynamic.patch
24260  SDK.UBNT.v5.3\openwrt\toolchain\gdb\patches\790-debian_dwarf2-cfi-warning.patch
24261  SDK.UBNT.v5.3\openwrt\toolchain\gdb\patches\800-debian_linux-use-underscore-exit.patch
24262  SDK.UBNT.v5.3\openwrt\toolchain\gdb\patches\810-debian_bfd-no-kylix-crash.patch
24263  SDK.UBNT.v5.3\openwrt\toolchain\gdb\patches\820-debian_disable-linux-fork-messages.patch
24264  SDK.UBNT.v5.3\openwrt\toolchain\gdb\patches\900-fix-arm-build.patch
24265  SDK.UBNT.v5.3\openwrt\toolchain\kernel-headers\Makefile
24266  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\config
24267  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\Config.in
24268  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\Config.version
24269  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\Makefile
24270  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches
24271  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\config\0.9.28.2
24272  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\config\arm
24273  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\config\arm.storm
24274  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\config\armeb
24275  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\config\avr32
24276  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\config\cris
24277  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\config\i386
24278  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\config\i686
24279  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\config\mips
24280  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\config\mipsel
24281  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\config\powerpc
24282  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\config\x86_64
24283  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\config\0.9.28.2\arm
24284  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\config\0.9.28.2\armeb
24285  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\config\0.9.28.2\avr32
24286  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\config\0.9.28.2\cris
24287  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\config\0.9.28.2\i386
24288  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\config\0.9.28.2\mips
24289  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\config\0.9.28.2\mipsel
24290  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\config\0.9.28.2\powerpc
24291  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\config\0.9.28.2\x86_64
24292  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\0.9.28.2
24293  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\001-fix_mmap.patch
24294  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\002-conditional_sched_affinity.patch
24295  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\004-fix_gethostent_r_failure_retval.patch
24296  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\005-fix_internal_function_definition.patch
24297  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\006-rm_whitespace.patch
24298  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\007-avr32.patch
24299  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\008-avr32_fix_sa_onstack.patch
24300  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\009-fix_getaddrinfo_infinite_loop.patch
24301  SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\100-termios.patch
```

```
24302   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\110-compile_fixes.patch
24303   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\120-adjtimex.patch
24304   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\130-compile_fixes.patch
24305   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\130-sockets_throw.patch
24306   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\140-fix-endless-recursion-in-pthread.patch
24307   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\141-fix-daemon-to-support-pthread.patch
24308   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\150-fix-ldso-text-realloc-segfault.patch
24309   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\170-enable-getifaddrs.patch
24310   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\0.9.28.2\100-revert_broken_stuff.patch
24311   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\0.9.28.2\120-more_standard_math.patch
24312   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\0.9.28.2\150-portability.patch
24313   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\0.9.28.2\160-move_stack_end.patch
24314   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\0.9.28.2\190-uml_x86_64_hack.patch
24315   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\0.9.28.2\200-cris-syscall6.patch
24316   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\0.9.28.2\230-cris-pagesize.patch
24317   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\0.9.28.2\240-cris-crt0.patch
24318   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\0.9.28.2\250-cris-errno.patch
24319   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\0.9.28.2\300-let-optimized-stringops-overr
        ide-default-ones.patch
24320   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\0.9.28.2\301-fix-getrusage-argument-type.p
        atch
24321   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\0.9.28.2\302-fix-__libc_fcntl64-varargs-pr
        ototype.patch
24322   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\0.9.28.2\303-fix-broken-__libc_open-declar
        ation.patch
24323   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\0.9.28.2\400-avr32-arch-2.patch
24324   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\0.9.28.2\401-avr32-linkrelax-option.patch
24325   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\0.9.28.2\402-avr32-string-ops.patch
24326   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\0.9.28.2\403-no-create_module-on-avr32.pat
        ch
24327   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\0.9.28.2\407-ldso-avr32-2.patch
24328   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\0.9.28.2\409-ldso-avr32-startup-hack.patch
24329   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\0.9.28.2\410-ldd-avr32-support.patch
24330   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\0.9.28.2\411-libpthread-avr32.patch
24331   SDK.UBNT.v5.3\openwrt\toolchain\uClibc\patches\0.9.28.2\412-sync-fcntl-h-with-linux-kerne
        l.patch
24332   SDK.UBNT.v5.3\openwrt\tools\autoconf
24333   SDK.UBNT.v5.3\openwrt\tools\automake
24334   SDK.UBNT.v5.3\openwrt\tools\bison
24335   SDK.UBNT.v5.3\openwrt\tools\ccache
24336   SDK.UBNT.v5.3\openwrt\tools\dtc
24337   SDK.UBNT.v5.3\openwrt\tools\firmware-utils
24338   SDK.UBNT.v5.3\openwrt\tools\genext2fs
24339   SDK.UBNT.v5.3\openwrt\tools\include
24340   SDK.UBNT.v5.3\openwrt\tools\ipkg-utils
24341   SDK.UBNT.v5.3\openwrt\tools\lua
24342   SDK.UBNT.v5.3\openwrt\tools\lzma
24343   SDK.UBNT.v5.3\openwrt\tools\Makefile
24344   SDK.UBNT.v5.3\openwrt\tools\mkimage
24345   SDK.UBNT.v5.3\openwrt\tools\mtd-utils
24346   SDK.UBNT.v5.3\openwrt\tools\patch-cmdline
24347   SDK.UBNT.v5.3\openwrt\tools\pkg-config
24348   SDK.UBNT.v5.3\openwrt\tools\quilt
24349   SDK.UBNT.v5.3\openwrt\tools\sed
24350   SDK.UBNT.v5.3\openwrt\tools\squashfs
24351   SDK.UBNT.v5.3\openwrt\tools\sstrip
24352   SDK.UBNT.v5.3\openwrt\tools\ubnt-mkfwimage
24353   SDK.UBNT.v5.3\openwrt\tools\autoconf\Makefile
24354   SDK.UBNT.v5.3\openwrt\tools\autoconf\patches
24355   SDK.UBNT.v5.3\openwrt\tools\autoconf\patches\001-no_emacs_lib.patch
24356   SDK.UBNT.v5.3\openwrt\tools\automake\files
24357   SDK.UBNT.v5.3\openwrt\tools\automake\Makefile
24358   SDK.UBNT.v5.3\openwrt\tools\automake\files\aclocal
24359   SDK.UBNT.v5.3\openwrt\tools\bison\Makefile
24360   SDK.UBNT.v5.3\openwrt\tools\ccache\Makefile
24361   SDK.UBNT.v5.3\openwrt\tools\dtc\Makefile
24362   SDK.UBNT.v5.3\openwrt\tools\firmware-utils\Makefile
24363   SDK.UBNT.v5.3\openwrt\tools\firmware-utils\src
24364   SDK.UBNT.v5.3\openwrt\tools\firmware-utils\src\addpattern.c
```

```
24365    SDK.UBNT.v5.3\openwrt\tools\firmware-utils\src\
24366    SDK.UBNT.v5.3\openwrt\tools\firmware-utils\src\airlink.c
24367    SDK.UBNT.v5.3\openwrt\tools\firmware-utils\src\csysimg.h
24368    SDK.UBNT.v5.3\openwrt\tools\firmware-utils\src\dgfirmware.c
24369    SDK.UBNT.v5.3\openwrt\tools\firmware-utils\src\fw.h
24370    SDK.UBNT.v5.3\openwrt\tools\firmware-utils\src\imagetag.c
24371    SDK.UBNT.v5.3\openwrt\tools\firmware-utils\src\lzma2eva.c
24372    SDK.UBNT.v5.3\openwrt\tools\firmware-utils\src\mkcasfw.c
24373    SDK.UBNT.v5.3\openwrt\tools\firmware-utils\src\mkcsysimg.c
24374    SDK.UBNT.v5.3\openwrt\tools\firmware-utils\src\mkfwimage.c
24375    SDK.UBNT.v5.3\openwrt\tools\firmware-utils\src\mkmylofw.c
24376    SDK.UBNT.v5.3\openwrt\tools\firmware-utils\src\mkzynfw.c
24377    SDK.UBNT.v5.3\openwrt\tools\firmware-utils\src\motorola-bin.c
24378    SDK.UBNT.v5.3\openwrt\tools\firmware-utils\src\myloader.h
24379    SDK.UBNT.v5.3\openwrt\tools\firmware-utils\src\ptgen.c
24380    SDK.UBNT.v5.3\openwrt\tools\firmware-utils\src\srec2bin.c
24381    SDK.UBNT.v5.3\openwrt\tools\firmware-utils\src\trx.c
24382    SDK.UBNT.v5.3\openwrt\tools\firmware-utils\src\trx2usr.c
24383    SDK.UBNT.v5.3\openwrt\tools\firmware-utils\src\zynos.h
24384    SDK.UBNT.v5.3\openwrt\tools\genext2fs\Makefile
24385    SDK.UBNT.v5.3\openwrt\tools\genext2fs\patches
24386    SDK.UBNT.v5.3\openwrt\tools\genext2fs\patches\01-remove_getline.patch
24387    SDK.UBNT.v5.3\openwrt\tools\include\byteswap.h
24388    SDK.UBNT.v5.3\openwrt\tools\include\endian.h
24389    SDK.UBNT.v5.3\openwrt\tools\include\getline.h
24390    SDK.UBNT.v5.3\openwrt\tools\ipkg-utils\Makefile
24391    SDK.UBNT.v5.3\openwrt\tools\ipkg-utils\patches
24392    SDK.UBNT.v5.3\openwrt\tools\ipkg-utils\patches\100-build_clean.patch
24393    SDK.UBNT.v5.3\openwrt\tools\ipkg-utils\patches\110-buildpackage.patch
24394    SDK.UBNT.v5.3\openwrt\tools\ipkg-utils\patches\111-buildpackage_conffiles.patch
24395    SDK.UBNT.v5.3\openwrt\tools\ipkg-utils\patches\120-build_tar.patch
24396    SDK.UBNT.v5.3\openwrt\tools\ipkg-utils\patches\130-tar_wildcards.patch
24397    SDK.UBNT.v5.3\openwrt\tools\ipkg-utils\patches\140-portability.patch
24398    SDK.UBNT.v5.3\openwrt\tools\ipkg-utils\patches\150-uppercase_letters.patch
24399    SDK.UBNT.v5.3\openwrt\tools\ipkg-utils\patches\160-find.patch
24400    SDK.UBNT.v5.3\openwrt\tools\lua\Makefile
24401    SDK.UBNT.v5.3\openwrt\tools\lua\patches
24402    SDK.UBNT.v5.3\openwrt\tools\lua\patches\010-lua-5.1.3-lnum-full-260308.patch
24403    SDK.UBNT.v5.3\openwrt\tools\lua\patches\015-lnum-ppc-compat.patch
24404    SDK.UBNT.v5.3\openwrt\tools\lua\patches\020-shared_liblua.patch
24405    SDK.UBNT.v5.3\openwrt\tools\lua\patches\030-archindependent-bytecode.patch
24406    SDK.UBNT.v5.3\openwrt\tools\lua\patches\100-no_readline.patch
24407    SDK.UBNT.v5.3\openwrt\tools\lua\patches\200-lua-path.patch
24408    SDK.UBNT.v5.3\openwrt\tools\lua\patches\300-opcode_performance.patch
24409    SDK.UBNT.v5.3\openwrt\tools\lzma\Makefile
24410    SDK.UBNT.v5.3\openwrt\tools\lzma\patches
24411    SDK.UBNT.v5.3\openwrt\tools\lzma\patches\100-lzma_zlib.patch
24412    SDK.UBNT.v5.3\openwrt\tools\lzma\patches\110-ranlib.patch
24413    SDK.UBNT.v5.3\openwrt\tools\mkimage\Makefile
24414    SDK.UBNT.v5.3\openwrt\tools\mkimage\src
24415    SDK.UBNT.v5.3\openwrt\tools\mkimage\src\crc32.c
24416    SDK.UBNT.v5.3\openwrt\tools\mkimage\src\image.h
24417    SDK.UBNT.v5.3\openwrt\tools\mkimage\src\mkimage.c
24418    SDK.UBNT.v5.3\openwrt\tools\mtd-utils\Makefile
24419    SDK.UBNT.v5.3\openwrt\tools\mtd-utils\patches
24420    SDK.UBNT.v5.3\openwrt\tools\mtd-utils\patches\100-gcc4_fix.patch
24421    SDK.UBNT.v5.3\openwrt\tools\mtd-utils\patches\110-portability_fix.patch
24422    SDK.UBNT.v5.3\openwrt\tools\patch-cmdline\Makefile
24423    SDK.UBNT.v5.3\openwrt\tools\patch-cmdline\src
24424    SDK.UBNT.v5.3\openwrt\tools\patch-cmdline\src\patch-cmdline.c
24425    SDK.UBNT.v5.3\openwrt\tools\pkg-config\files
24426    SDK.UBNT.v5.3\openwrt\tools\pkg-config\Makefile
24427    SDK.UBNT.v5.3\openwrt\tools\pkg-config\files\pkg-config
24428    SDK.UBNT.v5.3\openwrt\tools\quilt\Makefile
24429    SDK.UBNT.v5.3\openwrt\tools\sed\Makefile
24430    SDK.UBNT.v5.3\openwrt\tools\squashfs\Makefile
24431    SDK.UBNT.v5.3\openwrt\tools\squashfs\patches
24432    SDK.UBNT.v5.3\openwrt\tools\squashfs\patches\100-lzma.patch
24433    SDK.UBNT.v5.3\openwrt\tools\sstrip\include
```

SDK.UBNT.v5.3\openwrt\tools\sstrip\src
SDK.UBNT.v5.3\openwrt\tools\sstrip\include\elf.h
SDK.UBNT.v5.3\openwrt\tools\sstrip\src\sstrip.c
SDK.UBNT.v5.3\openwrt\tools\ubnt-mkfwimage\Makefile
SDK.UBNT.v5.3\openwrt\tools\ubnt-mkfwimage\src
SDK.UBNT.v5.3\openwrt\tools\ubnt-mkfwimage\src\fw.h
SDK.UBNT.v5.3\openwrt\tools\ubnt-mkfwimage\src\fwsplit.c
SDK.UBNT.v5.3\openwrt\tools\ubnt-mkfwimage\src\ubnt-mkfwimage.c

# EXHIBIT G

```
1   GPL.UBNT.v6.1.7\
2   GPL.UBNT.v6.1.7\readme.txt
3   GPL.UBNT.v6.1.7\uboot
4   GPL.UBNT.v6.1.7\openwrt\.config
5   GPL.UBNT.v6.1.7\openwrt\.gitignore
6   GPL.UBNT.v6.1.7\openwrt\.svninfo
7   GPL.UBNT.v6.1.7\openwrt\BSDmakefile
8   GPL.UBNT.v6.1.7\openwrt\Config.in
9   GPL.UBNT.v6.1.7\openwrt\docs
10  GPL.UBNT.v6.1.7\openwrt\feeds.conf.default
11  GPL.UBNT.v6.1.7\openwrt\include
12  GPL.UBNT.v6.1.7\openwrt\LICENSE
13  GPL.UBNT.v6.1.7\openwrt\Makefile
14  GPL.UBNT.v6.1.7\openwrt\package
15  GPL.UBNT.v6.1.7\openwrt\README
16  GPL.UBNT.v6.1.7\openwrt\rules.mk
17  GPL.UBNT.v6.1.7\openwrt\scripts
18  GPL.UBNT.v6.1.7\openwrt\target
19  GPL.UBNT.v6.1.7\openwrt\toolchain
20  GPL.UBNT.v6.1.7\openwrt\tools
21  GPL.UBNT.v6.1.7\openwrt\docs\.gitignore
22  GPL.UBNT.v6.1.7\openwrt\docs\adding.tex
23  GPL.UBNT.v6.1.7\openwrt\docs\bugs.tex
24  GPL.UBNT.v6.1.7\openwrt\docs\build.tex
25  GPL.UBNT.v6.1.7\openwrt\docs\config.tex
26  GPL.UBNT.v6.1.7\openwrt\docs\init-scripts.tex
27  GPL.UBNT.v6.1.7\openwrt\docs\Makefile
28  GPL.UBNT.v6.1.7\openwrt\docs\network-scripts.tex
29  GPL.UBNT.v6.1.7\openwrt\docs\network.tex
30  GPL.UBNT.v6.1.7\openwrt\docs\openwrt.sty
31  GPL.UBNT.v6.1.7\openwrt\docs\openwrt.tex
32  GPL.UBNT.v6.1.7\openwrt\docs\submitting-patches.tex
33  GPL.UBNT.v6.1.7\openwrt\docs\wireless.tex
34  GPL.UBNT.v6.1.7\openwrt\include\autotools.mk
35  GPL.UBNT.v6.1.7\openwrt\include\cmake.mk
36  GPL.UBNT.v6.1.7\openwrt\include\debug.mk
37  GPL.UBNT.v6.1.7\openwrt\include\depends.mk
38  GPL.UBNT.v6.1.7\openwrt\include\download.mk
39  GPL.UBNT.v6.1.7\openwrt\include\host-build.mk
40  GPL.UBNT.v6.1.7\openwrt\include\host.mk
41  GPL.UBNT.v6.1.7\openwrt\include\image.mk
42  GPL.UBNT.v6.1.7\openwrt\include\kernel-build.mk
43  GPL.UBNT.v6.1.7\openwrt\include\kernel-defaults.mk
44  GPL.UBNT.v6.1.7\openwrt\include\kernel-version.mk
45  GPL.UBNT.v6.1.7\openwrt\include\kernel.mk
46  GPL.UBNT.v6.1.7\openwrt\include\netfilter.mk
47  GPL.UBNT.v6.1.7\openwrt\include\netfilter.mk.orig
48  GPL.UBNT.v6.1.7\openwrt\include\package-bin.mk
49  GPL.UBNT.v6.1.7\openwrt\include\package-defaults.mk
50  GPL.UBNT.v6.1.7\openwrt\include\package-dumpinfo.mk
51  GPL.UBNT.v6.1.7\openwrt\include\package-ipkg.mk
52  GPL.UBNT.v6.1.7\openwrt\include\package-version-override.mk
53  GPL.UBNT.v6.1.7\openwrt\include\package.mk
54  GPL.UBNT.v6.1.7\openwrt\include\prereq-build.mk
55  GPL.UBNT.v6.1.7\openwrt\include\prereq.mk
56  GPL.UBNT.v6.1.7\openwrt\include\quilt.mk
57  GPL.UBNT.v6.1.7\openwrt\include\scan.mk
58  GPL.UBNT.v6.1.7\openwrt\include\shell.sh
59  GPL.UBNT.v6.1.7\openwrt\include\site
60  GPL.UBNT.v6.1.7\openwrt\include\subdir.mk
61  GPL.UBNT.v6.1.7\openwrt\include\target.mk
62  GPL.UBNT.v6.1.7\openwrt\include\toplevel.mk
63  GPL.UBNT.v6.1.7\openwrt\include\unpack.mk
64  GPL.UBNT.v6.1.7\openwrt\include\verbose.mk
65  GPL.UBNT.v6.1.7\openwrt\include\site\arm-linux
66  GPL.UBNT.v6.1.7\openwrt\include\site\arm-linux-uclibc
67  GPL.UBNT.v6.1.7\openwrt\include\site\armeb-linux
68  GPL.UBNT.v6.1.7\openwrt\include\site\armeb-linux-uclibc
69  GPL.UBNT.v6.1.7\openwrt\include\site\avr32-linux
```

```
70   GPL.UBNT.v6.1.7\openwrt\include\site
71   GPL.UBNT.v6.1.7\openwrt\include\site\cris-linux
72   GPL.UBNT.v6.1.7\openwrt\include\site\cris-linux-uclibc
73   GPL.UBNT.v6.1.7\openwrt\include\site\i386-linux
74   GPL.UBNT.v6.1.7\openwrt\include\site\i386-linux-uclibc
75   GPL.UBNT.v6.1.7\openwrt\include\site\i686-linux
76   GPL.UBNT.v6.1.7\openwrt\include\site\i686-linux-uclibc
77   GPL.UBNT.v6.1.7\openwrt\include\site\linux-uclibc
78   GPL.UBNT.v6.1.7\openwrt\include\site\mips-linux
79   GPL.UBNT.v6.1.7\openwrt\include\site\mips-linux-uclibc
80   GPL.UBNT.v6.1.7\openwrt\include\site\mipsel-linux
81   GPL.UBNT.v6.1.7\openwrt\include\site\mipsel-linux-uclibc
82   GPL.UBNT.v6.1.7\openwrt\include\site\mipsel-linux2.4-uclibc
83   GPL.UBNT.v6.1.7\openwrt\include\site\powerpc-linux
84   GPL.UBNT.v6.1.7\openwrt\include\site\powerpc-linux-uclibc
85   GPL.UBNT.v6.1.7\openwrt\include\site\x86_64-linux
86   GPL.UBNT.v6.1.7\openwrt\include\site\x86_64-linux-uclibc
87   GPL.UBNT.v6.1.7\openwrt\package\6relayd
88   GPL.UBNT.v6.1.7\openwrt\package\acx
89   GPL.UBNT.v6.1.7\openwrt\package\acx-mac80211
90   GPL.UBNT.v6.1.7\openwrt\package\admswconfig
91   GPL.UBNT.v6.1.7\openwrt\package\ar7-atm
92   GPL.UBNT.v6.1.7\openwrt\package\arptables
93   GPL.UBNT.v6.1.7\openwrt\package\b43
94   GPL.UBNT.v6.1.7\openwrt\package\base-files
95   GPL.UBNT.v6.1.7\openwrt\package\br2684ctl
96   GPL.UBNT.v6.1.7\openwrt\package\bridge-utils
97   GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx
98   GPL.UBNT.v6.1.7\openwrt\package\broadcom-diag
99   GPL.UBNT.v6.1.7\openwrt\package\broadcom-mmc
100  GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl
101  GPL.UBNT.v6.1.7\openwrt\package\busybox
102  GPL.UBNT.v6.1.7\openwrt\package\button-hotplug
103  GPL.UBNT.v6.1.7\openwrt\package\comgt
104  GPL.UBNT.v6.1.7\openwrt\package\dhcp-forwarder
105  GPL.UBNT.v6.1.7\openwrt\package\dnsmasq
106  GPL.UBNT.v6.1.7\openwrt\package\dropbear
107  GPL.UBNT.v6.1.7\openwrt\package\e2fsprogs
108  GPL.UBNT.v6.1.7\openwrt\package\ebtables
109  GPL.UBNT.v6.1.7\openwrt\package\fconfig
110  GPL.UBNT.v6.1.7\openwrt\package\firewall
111  GPL.UBNT.v6.1.7\openwrt\package\fuse
112  GPL.UBNT.v6.1.7\openwrt\package\gdb
113  GPL.UBNT.v6.1.7\openwrt\package\gdbserver
114  GPL.UBNT.v6.1.7\openwrt\package\gpioctl
115  GPL.UBNT.v6.1.7\openwrt\package\gpl-mkfwimage
116  GPL.UBNT.v6.1.7\openwrt\package\grub
117  GPL.UBNT.v6.1.7\openwrt\package\hostap-driver
118  GPL.UBNT.v6.1.7\openwrt\package\hostap-utils
119  GPL.UBNT.v6.1.7\openwrt\package\hostapd
120  GPL.UBNT.v6.1.7\openwrt\package\hotplug2
121  GPL.UBNT.v6.1.7\openwrt\package\i2c-gpio-ath
122  GPL.UBNT.v6.1.7\openwrt\package\i2c-gpio-custom
123  GPL.UBNT.v6.1.7\openwrt\package\i2c-tools
124  GPL.UBNT.v6.1.7\openwrt\package\ifenslave
125  GPL.UBNT.v6.1.7\openwrt\package\igmpproxy
126  GPL.UBNT.v6.1.7\openwrt\package\iproute2
127  GPL.UBNT.v6.1.7\openwrt\package\ipset
128  GPL.UBNT.v6.1.7\openwrt\package\iptables
129  GPL.UBNT.v6.1.7\openwrt\package\iw
130  GPL.UBNT.v6.1.7\openwrt\package\ixp4xx-microcode
131  GPL.UBNT.v6.1.7\openwrt\package\kernel
132  GPL.UBNT.v6.1.7\openwrt\package\kexec-tools
133  GPL.UBNT.v6.1.7\openwrt\package\libipfix
134  GPL.UBNT.v6.1.7\openwrt\package\libnl
135  GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny
136  GPL.UBNT.v6.1.7\openwrt\package\libpcap
137  GPL.UBNT.v6.1.7\openwrt\package\libreadline
138  GPL.UBNT.v6.1.7\openwrt\package\libssh2
```

```
139  GPL.UBNT.v6.1.7\openwrt\package\linux-atm
140  GPL.UBNT.v6.1.7\openwrt\package\lua
141  GPL.UBNT.v6.1.7\openwrt\package\mac-telnet
142  GPL.UBNT.v6.1.7\openwrt\package\mac80211
143  GPL.UBNT.v6.1.7\openwrt\package\madwifi
144  GPL.UBNT.v6.1.7\openwrt\package\Makefile
145  GPL.UBNT.v6.1.7\openwrt\package\mmc_over_gpio
146  GPL.UBNT.v6.1.7\openwrt\package\mtd
147  GPL.UBNT.v6.1.7\openwrt\package\ncurses
148  GPL.UBNT.v6.1.7\openwrt\package\nozomi
149  GPL.UBNT.v6.1.7\openwrt\package\nvram
150  GPL.UBNT.v6.1.7\openwrt\package\nvram-brcm47xx
151  GPL.UBNT.v6.1.7\openwrt\package\ocf-crypto-headers
152  GPL.UBNT.v6.1.7\openwrt\package\openssl
153  GPL.UBNT.v6.1.7\openwrt\package\opkg
154  GPL.UBNT.v6.1.7\openwrt\package\pcmcia-cs
155  GPL.UBNT.v6.1.7\openwrt\package\php2
156  GPL.UBNT.v6.1.7\openwrt\package\ppp
157  GPL.UBNT.v6.1.7\openwrt\package\pptp
158  GPL.UBNT.v6.1.7\openwrt\package\qos-scripts
159  GPL.UBNT.v6.1.7\openwrt\package\radvd
160  GPL.UBNT.v6.1.7\openwrt\package\robocfg
161  GPL.UBNT.v6.1.7\openwrt\package\rt2570
162  GPL.UBNT.v6.1.7\openwrt\package\siit
163  GPL.UBNT.v6.1.7\openwrt\package\spi-ks8995
164  GPL.UBNT.v6.1.7\openwrt\package\swconfig
165  GPL.UBNT.v6.1.7\openwrt\package\switch
166  GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips
167  GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb
168  GPL.UBNT.v6.1.7\openwrt\package\uci
169  GPL.UBNT.v6.1.7\openwrt\package\udev
170  GPL.UBNT.v6.1.7\openwrt\package\usb-modeswitch
171  GPL.UBNT.v6.1.7\openwrt\package\usb-modeswitch-data
172  GPL.UBNT.v6.1.7\openwrt\package\util-linux-ng
173  GPL.UBNT.v6.1.7\openwrt\package\wl-gpio-custom
174  GPL.UBNT.v6.1.7\openwrt\package\wireless-tools
175  GPL.UBNT.v6.1.7\openwrt\package\wpa_supplicant
176  GPL.UBNT.v6.1.7\openwrt\package\wprobe
177  GPL.UBNT.v6.1.7\openwrt\package\wrt55agv2-spidevs
178  GPL.UBNT.v6.1.7\openwrt\package\yamonenv
179  GPL.UBNT.v6.1.7\openwrt\package\zlib
180  GPL.UBNT.v6.1.7\openwrt\package\6relayd\files
181  GPL.UBNT.v6.1.7\openwrt\package\6relayd\Makefile
182  GPL.UBNT.v6.1.7\openwrt\package\6relayd\patches
183  GPL.UBNT.v6.1.7\openwrt\package\6relayd\files\6relayd-update
184  GPL.UBNT.v6.1.7\openwrt\package\6relayd\files\6relayd.config
185  GPL.UBNT.v6.1.7\openwrt\package\6relayd\files\6relayd.hotplug
186  GPL.UBNT.v6.1.7\openwrt\package\6relayd\files\6relayd.init
187  GPL.UBNT.v6.1.7\openwrt\package\6relayd\patches\001-rm-Wno-extended-offsetof.patch
188  GPL.UBNT.v6.1.7\openwrt\package\acx\files
189  GPL.UBNT.v6.1.7\openwrt\package\acx\Makefile
190  GPL.UBNT.v6.1.7\openwrt\package\acx\patches
191  GPL.UBNT.v6.1.7\openwrt\package\acx\files\lib
192  GPL.UBNT.v6.1.7\openwrt\package\acx\files\lib\wifi
193  GPL.UBNT.v6.1.7\openwrt\package\acx\files\lib\wifi\acx.sh
194  GPL.UBNT.v6.1.7\openwrt\package\acx\patches\002-disable-usb.diff
195  GPL.UBNT.v6.1.7\openwrt\package\acx\patches\003-encrypt-broadcast-traffic.diff
196  GPL.UBNT.v6.1.7\openwrt\package\acx-mac80211\patches
197  GPL.UBNT.v6.1.7\openwrt\package\admswconfig\files
198  GPL.UBNT.v6.1.7\openwrt\package\admswconfig\Makefile
199  GPL.UBNT.v6.1.7\openwrt\package\admswconfig\patches
200  GPL.UBNT.v6.1.7\openwrt\package\admswconfig\files\admswconfig
201  GPL.UBNT.v6.1.7\openwrt\package\admswconfig\files\admswswitch.sh
202  GPL.UBNT.v6.1.7\openwrt\package\admswconfig\patches\001-matrix.patch
203  GPL.UBNT.v6.1.7\openwrt\package\ar7-atm\Makefile
204  GPL.UBNT.v6.1.7\openwrt\package\ar7-atm\patches
205  GPL.UBNT.v6.1.7\openwrt\package\ar7-atm\patches\100-compile_fix.patch
206  GPL.UBNT.v6.1.7\openwrt\package\ar7-atm\patches\110-interrupt_fix.patch
```

```
208  GPL.UBNT.v6.1.7\openwrt\package\ar7-atm\patches\130-powercutback.patch
209  GPL.UBNT.v6.1.7\openwrt\package\ar7-atm\patches\130-powercutback.patch
210  GPL.UBNT.v6.1.7\openwrt\package\ar7-atm\patches\140-debug_mode.patch
211  GPL.UBNT.v6.1.7\openwrt\package\ar7-atm\patches\150-tasklet_mode.patch
212  GPL.UBNT.v6.1.7\openwrt\package\ar7-atm\patches\160-module-params.patch
213  GPL.UBNT.v6.1.7\openwrt\package\arptables\Makefile
214  GPL.UBNT.v6.1.7\openwrt\package\arptables\patches
215  GPL.UBNT.v6.1.7\openwrt\package\b43\patches
216  GPL.UBNT.v6.1.7\openwrt\package\b43\src
217  GPL.UBNT.v6.1.7\openwrt\package\base-files\files
218  GPL.UBNT.v6.1.7\openwrt\package\base-files\Makefile
219  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\bin
220  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc
221  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\lib
222  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\rom
223  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\sbin
224  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\usr
225  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\bin\firstboot
226  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\bin\ipcalc.sh
227  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\bin\login
228  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\banner
229  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\config
230  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\diag.sh
231  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\functions.sh
232  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\group
233  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\hosts
234  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\hotplug.d
235  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\hotplug2-common.rules
236  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\hotplug2-init.rules
237  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\init.d
238  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\inittab
239  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\openwrt_version
240  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\passwd
241  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\preinit
242  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\profile
243  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\protocols
244  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\rc.common
245  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\rc.d
246  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\rc.local
247  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\shells
248  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\sysctl.conf
249  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\config\fstab
250  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\config\network
251  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\config\system
252  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\hotplug.d\iface
253  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\hotplug.d\net
254  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\hotplug.d\usb
255  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\hotplug.d\iface\00-netstate
256  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\hotplug.d\iface\10-routes
257  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\hotplug.d\net\10-net
258  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\hotplug.d\usb\10-usb-storage
259  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\init.d\boot
260  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\init.d\done
261  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\init.d\fstab
262  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\init.d\led
263  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\init.d\network
264  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\init.d\rcS
265  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\init.d\sysctl
266  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\init.d\umount
267  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\init.d\usb
268  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\etc\init.d\watchdog
269  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\lib\config
270  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\lib\network
271  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\lib\upgrade
272  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\lib\config\parse_spec.awk
273  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\lib\config\specs
274  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\lib\config\template.awk
275  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\lib\config\validate.sh
276  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\lib\config\validate_config.awk
```

```
277  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\lib\config\specs\network.spec
278  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\lib\config\specs\network.spec
279  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\lib\network\config.sh
280  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\lib\upgrade\common.sh
281  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\rom\note
282  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\sbin\hotplug-call
283  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\sbin\ifdown
284  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\sbin\ifup
285  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\sbin\led.sh
286  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\sbin\mount_root
287  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\sbin\sysupgrade
288  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\sbin\usb-storage
289  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\sbin\wifi
290  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\usr\lib
291  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\usr\share
292  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\usr\lib\common.awk
293  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\usr\share\udhcpc
294  GPL.UBNT.v6.1.7\openwrt\package\base-files\files\usr\share\udhcpc\default.script
295  GPL.UBNT.v6.1.7\openwrt\package\br2684ctl\files
296  GPL.UBNT.v6.1.7\openwrt\package\br2684ctl\Makefile
297  GPL.UBNT.v6.1.7\openwrt\package\br2684ctl\patches
298  GPL.UBNT.v6.1.7\openwrt\package\br2684ctl\files\br2684ctl
299  GPL.UBNT.v6.1.7\openwrt\package\br2684ctl\patches\100-debian.patch
300  GPL.UBNT.v6.1.7\openwrt\package\br2684ctl\patches\101-routed_support.patch
301  GPL.UBNT.v6.1.7\openwrt\package\bridge-utils\Makefile
302  GPL.UBNT.v6.1.7\openwrt\package\bridge-utils\patches
303  GPL.UBNT.v6.1.7\openwrt\package\bridge-utils\patches\001-libbridge_cflags.patch
304  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\Makefile
305  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src
306  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\5701rls.c
307  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\5701rls.h
308  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\autoneg.c
309  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\autoneg.h
310  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\b57um.c
311  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\bcmendian.h
312  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\bcmparams.h
313  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\bcmrobo.c
314  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\bcmrobo.h
315  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\bits.h
316  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\fw_lso05.h
317  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\fw_stkoffld.h
318  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\hndgige.c
319  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\hndgige.h
320  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\lm.h
321  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\Makefile
322  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\mm.h
323  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\proto
324  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\queue.h
325  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\robo_register.c
326  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\sbgige.h
327  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\tcp_seg.c
328  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\tigon3.c
329  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\tigon3.h
330  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\proto\bcmip.h
331  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\proto\bcmtcp.h
332  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\proto\ethernet.h
333  GPL.UBNT.v6.1.7\openwrt\package\broadcom-57xx\src\proto\vlan.h
334  GPL.UBNT.v6.1.7\openwrt\package\broadcom-diag\Makefile
335  GPL.UBNT.v6.1.7\openwrt\package\broadcom-diag\src
336  GPL.UBNT.v6.1.7\openwrt\package\broadcom-diag\src\diag.c
337  GPL.UBNT.v6.1.7\openwrt\package\broadcom-diag\src\diag.h
338  GPL.UBNT.v6.1.7\openwrt\package\broadcom-diag\src\gpio.h
339  GPL.UBNT.v6.1.7\openwrt\package\broadcom-diag\src\Makefile
340  GPL.UBNT.v6.1.7\openwrt\package\broadcom-mmc\Makefile
341  GPL.UBNT.v6.1.7\openwrt\package\broadcom-mmc\src
342  GPL.UBNT.v6.1.7\openwrt\package\broadcom-mmc\src\Makefile
343  GPL.UBNT.v6.1.7\openwrt\package\broadcom-mmc\src\mmc.c
344  GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\files
345  GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\Makefile
```

```
346    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src
347    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src
348    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\files\etc
349    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\files\lib
350    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\files\etc\hotplug.d
351    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\files\etc\hotplug.d\net
352    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\files\etc\hotplug.d\net\20-broadcom_wds
353    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\files\lib\wifi
354    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\files\lib\wifi\broadcom.sh
355    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\patches\100-timer_fix.patch
356    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver
357    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\include
358    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\wlc
359    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\wlcompat
360    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\bcmip.h
361    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\bcmutils.c
362    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\bcmutils.h
363    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\hnddma.c
364    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\hnddma.h
365    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\linux_osl.c
366    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\linux_osl.h
367    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\Makefile
368    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto
369    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\sbhnddma.h
370    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\802.11.h
371    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\802.11e.h
372    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\802.1d.h
373    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\802.3.h
374    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\bcmarp.h
375    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\bcmdhcp.h
376    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\bcmeth.h
377    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\bcmevent.h
378    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\bcmip.h
379    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\bcmtcp.h
380    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\bcmudp.h
381    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\eap.h
382    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\eapol.h
383    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\ethernet.h
384    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\vlan.h
385    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\driver\proto\wpa.h
386    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\include\bcmdefs.h
387    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\include\bcmutils.h
388    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\include\proto
389    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\include\typedefs.h
390    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\include\wlioctl.h
391    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\include\wlutils.h
392    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\include\proto\802.11.h
393    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\include\proto\bcmeth.h
394    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\include\proto\bcmevent.h
395    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\include\proto\ethernet.h
396    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\include\proto\wpa.h
397    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\wlc\ioctl.c
398    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\wlc\Makefile
399    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\wlc\wlc.c
400    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\wlcompat\Makefile
401    GPL.UBNT.v6.1.7\openwrt\package\broadcom-wl\src\wlcompat\wlcompat.c
402    GPL.UBNT.v6.1.7\openwrt\package\busybox\config
403    GPL.UBNT.v6.1.7\openwrt\package\busybox\convert_menuconfig.pl
404    GPL.UBNT.v6.1.7\openwrt\package\busybox\files
405    GPL.UBNT.v6.1.7\openwrt\package\busybox\Makefile
406    GPL.UBNT.v6.1.7\openwrt\package\busybox\patches
407    GPL.UBNT.v6.1.7\openwrt\package\busybox\target-config.in
408    GPL.UBNT.v6.1.7\openwrt\package\busybox\config\archival
409    GPL.UBNT.v6.1.7\openwrt\package\busybox\config\Config.in
410    GPL.UBNT.v6.1.7\openwrt\package\busybox\config\console-tools
411    GPL.UBNT.v6.1.7\openwrt\package\busybox\config\coreutils
412    GPL.UBNT.v6.1.7\openwrt\package\busybox\config\debianutils
413    GPL.UBNT.v6.1.7\openwrt\package\busybox\config\e2fsprogs
414    GPL.UBNT.v6.1.7\openwrt\package\busybox\config\editors
```

```
415   GPL.UBNT.v6.1.7\openwrt\package\busybox\config
416   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\init
417   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\ipsvd
418   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\libbb
419   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\loginutils
420   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\miscutils
421   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\modutils
422   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\networking
423   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\printutils
424   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\procps
425   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\runit
426   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\selinux
427   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\shell
428   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\syslogd
429   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\util-linux
430   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\archival\Config.in
431   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\console-tools\Config.in
432   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\coreutils\Config.in
433   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\debianutils\Config.in
434   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\e2fsprogs\Config.in
435   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\e2fsprogs\old_e2fsprogs
436   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\e2fsprogs\old_e2fsprogs\Config.in
437   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\editors\Config.in
438   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\findutils\Config.in
439   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\init\Config.in
440   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\ipsvd\Config.in
441   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\libbb\Config.in
442   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\loginutils\Config.in
443   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\miscutils\Config.in
444   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\modutils\Config.in
445   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\networking\Config.in
446   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\networking\udhcp
447   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\networking\udhcp\Config.in
448   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\printutils\Config.in
449   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\procps\Config.in
450   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\runit\Config.in
451   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\selinux\Config.in
452   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\shell\Config.in
453   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\syslogd\Config.in
454   GPL.UBNT.v6.1.7\openwrt\package\busybox\config\util-linux\Config.in
455   GPL.UBNT.v6.1.7\openwrt\package\busybox\files\cron
456   GPL.UBNT.v6.1.7\openwrt\package\busybox\files\httpd
457   GPL.UBNT.v6.1.7\openwrt\package\busybox\files\telnet
458   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\000-autoconf.patch
459   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\001-init_avoid_loop_opening_tty.patch
460   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\001-resource_h_include.patch
461   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\002-darwin_compile_fix.patch
462   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\002-passwd_use_md5_hash_by_default_like_i
      t_used_to_be.patch
463   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\003-brctl_show_fix.patch
464   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\004-upstream-percent_decode_in_place.patc
      h
465   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\005-resource_h_include.patch
466   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\006-upstream_CVE-2011-2716_fixes.patch
467   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\007-upstream_mkfs_ext2_fixes.patch
468   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\008-backport-dd-conv-swab.patch
469   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\010-networking-fix-uninitialized-memory-w
      hen-displaying-.patch
470   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\020-networking-libiproute-fix-displaying-
      route-table-for.patch
471   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\100-trylink_bash.patch
472   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\101-gen_build_files_bash.patch
473   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\102-trylink_mktemp_fix.patch
474   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\110-no_static_libgcc.patch
475   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\110-wget_getopt_fix.patch
476   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\120-remove_uclibc_rpc_check.patch
477   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\130-mconf_missing_sigwinch.patch
478   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\140-trylink_bash.patch
479   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\141-gen_build_files_bash.patch
```

```
480   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\200-etc_crontabs.patch
481   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\200-udhcpc_reduce_msgs.patch
482   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\201-udhcpc_changed_ifindex.patch
483   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\203-udhcpc_renew_no_deconfig.patch
484   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\204-udhcpc_src_ip_rebind.patch
485   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\210-add_netmsg_util.patch
486   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\220-add_lock_util.patch
487   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\230-ntpd_delayed_resolve.patch
488   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\240-telnetd_intr.patch
489   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\240-udhcpc_retries.patch
490   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\241-udhcpc-oversized_packets.patch
491   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\242-udhcpc_msgs.patch
492   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\243-udhcpc_changed_ifindex.patch
493   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\244-udhcpc_add_6rd_option.patch
494   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\250-ash_export-n.patch
495   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\250-date-k-flag.patch
496   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\251-ash_fix-redir-substitution.patch
497   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\260-arping_missing_includes.patch
498   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\260-vconfig_proc.patch
499   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\270-libbb_make_unicode_printable.patch
500   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\300-netmsg.patch
501   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\301-ip-link-fix-netlink-msg-size.patch
502   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\310-passwd_access.patch
503   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\340-lock_util.patch
504   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\350-httpd_redir.patch
505   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\410-httpd_cgi_headers.patch
506   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\430-uniq_memleak.patch
507   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\440-httpd_chdir.patch
508   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\450-httpd_accept_header.patch
509   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\460-truncated_ping_results.patch
510   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\470-insmod_search.patch
511   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\480-vi_search.patch
512   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\490-mount_disable_check.patch
513   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\500-ping6_crash.patch
514   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\510-awk_include.patch
515   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\524-udhcpc_renew.patch
516   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\530-unsigned_bitwise_ops.patch
517   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\555-silent-zcip.patch
518   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\610-ntpd_delayed_resolve.patch
519   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\611-upstream_ntpd_version_fix.patch
520   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\700-hexdump_segfault_fix.patch
521   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\780-garp.patch
522   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\785-pwdog.patch
523   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\790-brctl-showmacs.patch
524   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\801-id-fake-getgrouplist.patch
525   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\805-default-applet-settings.patch
526   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\810-lsmod-infinite-loop.patch
527   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\850-brctl-fdb_entry.patch
528   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\851-umount-mnt_detach.patch
529   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\901-kbdmode.patch
530   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\902-crontab_vi.patch
531   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\902-telnetd_intr.patch
532   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\903-lineedit.patch
533   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\904-ssd.patch
534   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\910-insmod-q-flag.patch
535   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\911-date-k-flag.patch
536   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\920-portability.patch
537   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\930-syslog-remote-log.patch
538   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\950-partial-checksum.patch
539   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\986-applet_links_fix.patch
540   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\987-inittab-debug-messages.patch
541   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\988-init_remember_all_spawned_processes.p
      atch
542   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\989-zcip_delay.patch
543   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\995-watchgod-memcheck.patch
544   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\998-arping_missing_includes.patch
545   GPL.UBNT.v6.1.7\openwrt\package\busybox\patches\999-musl-fixes.patch
546   GPL.UBNT.v6.1.7\openwrt\package\button-hotplug\Makefile
547
```

```
548   GPL.UBNT.v6.1.7\openwrt\package\button-hotplug\src
549   GPL.UBNT.v6.1.7\openwrt\package\button-hotplug\src\button-hotplug.c
550   GPL.UBNT.v6.1.7\openwrt\package\button-hotplug\src\Kconfig
551   GPL.UBNT.v6.1.7\openwrt\package\button-hotplug\src\Makefile
552   GPL.UBNT.v6.1.7\openwrt\package\comgt\files
553   GPL.UBNT.v6.1.7\openwrt\package\comgt\Makefile
554   GPL.UBNT.v6.1.7\openwrt\package\comgt\patches
555   GPL.UBNT.v6.1.7\openwrt\package\comgt\files\3g.button
556   GPL.UBNT.v6.1.7\openwrt\package\comgt\files\3g.chat
557   GPL.UBNT.v6.1.7\openwrt\package\comgt\files\3g.connect
558   GPL.UBNT.v6.1.7\openwrt\package\comgt\files\3g.iface
559   GPL.UBNT.v6.1.7\openwrt\package\comgt\files\3g.sh
560   GPL.UBNT.v6.1.7\openwrt\package\comgt\files\checksim.gcom
561   GPL.UBNT.v6.1.7\openwrt\package\comgt\files\evdo.chat
562   GPL.UBNT.v6.1.7\openwrt\package\comgt\files\getcardinfo.gcom
563   GPL.UBNT.v6.1.7\openwrt\package\comgt\files\getstrength.gcom
564   GPL.UBNT.v6.1.7\openwrt\package\comgt\files\setmode.gcom
565   GPL.UBNT.v6.1.7\openwrt\package\comgt\files\setpin.gcom
566   GPL.UBNT.v6.1.7\openwrt\package\comgt\patches\001-Makefile.patch
567   GPL.UBNT.v6.1.7\openwrt\package\dhcp-forwarder\Makefile
568   GPL.UBNT.v6.1.7\openwrt\package\dnsmasq\files
569   GPL.UBNT.v6.1.7\openwrt\package\dnsmasq\Makefile
570   GPL.UBNT.v6.1.7\openwrt\package\dnsmasq\patches
571   GPL.UBNT.v6.1.7\openwrt\package\dnsmasq\files\dhcp.conf
572   GPL.UBNT.v6.1.7\openwrt\package\dnsmasq\files\dnsmasq.init
573   GPL.UBNT.v6.1.7\openwrt\package\dnsmasq\patches\500-ignore-user.patch
574   GPL.UBNT.v6.1.7\openwrt\package\dnsmasq\patches\610-dhcp-hostname-squash.patch
575   GPL.UBNT.v6.1.7\openwrt\package\dnsmasq\patches\615-dhcp-lease-time-2.64vs2.67-regression
      .patch
576   GPL.UBNT.v6.1.7\openwrt\package\dnsmasq\patches\616-dnsmasq-become-unresponsive.patch
577   GPL.UBNT.v6.1.7\openwrt\package\dnsmasq\patches\617-handle-async-notification-address-cha
      nges.patch
578   GPL.UBNT.v6.1.7\openwrt\package\dnsmasq\patches\620-CVE-2017-14491.patch
579   GPL.UBNT.v6.1.7\openwrt\package\dnsmasq\patches\630-CVE-2017-14491.patch
580   GPL.UBNT.v6.1.7\openwrt\package\dnsmasq\patches\640-CVE-2017-13704.patch
581   GPL.UBNT.v6.1.7\openwrt\package\dnsmasq\patches\650-CVE-2017-14491.patch
582   GPL.UBNT.v6.1.7\openwrt\package\dropbear\files
583   GPL.UBNT.v6.1.7\openwrt\package\dropbear\Makefile
584   GPL.UBNT.v6.1.7\openwrt\package\dropbear\patches
585   GPL.UBNT.v6.1.7\openwrt\package\dropbear\files\dropbear.config
586   GPL.UBNT.v6.1.7\openwrt\package\dropbear\files\dropbear.init
587   GPL.UBNT.v6.1.7\openwrt\package\dropbear\patches\100-pubkey_path.patch
588   GPL.UBNT.v6.1.7\openwrt\package\dropbear\patches\110-change_user.patch
589   GPL.UBNT.v6.1.7\openwrt\package\dropbear\patches\130-ssh_ignore_o_and_x_args.patch
590   GPL.UBNT.v6.1.7\openwrt\package\dropbear\patches\150-dbconvert_standalone.patch
591   GPL.UBNT.v6.1.7\openwrt\package\e2fsprogs\Makefile
592   GPL.UBNT.v6.1.7\openwrt\package\e2fsprogs\patches
593   GPL.UBNT.v6.1.7\openwrt\package\e2fsprogs\patches\001-fix_abs_shlibs_symlinks.patch
594   GPL.UBNT.v6.1.7\openwrt\package\ebtables\Makefile
595   GPL.UBNT.v6.1.7\openwrt\package\ebtables\patches
596   GPL.UBNT.v6.1.7\openwrt\package\ebtables\patches\020-zero-mask-fix.patch
597   GPL.UBNT.v6.1.7\openwrt\package\ebtables\patches\200-arpnat.patch
598   GPL.UBNT.v6.1.7\openwrt\package\fconfig\Makefile
599   GPL.UBNT.v6.1.7\openwrt\package\firewall\files
600   GPL.UBNT.v6.1.7\openwrt\package\firewall\Makefile
601   GPL.UBNT.v6.1.7\openwrt\package\firewall\files\20-firewall
602   GPL.UBNT.v6.1.7\openwrt\package\firewall\files\firewall.config
603   GPL.UBNT.v6.1.7\openwrt\package\firewall\files\firewall.init
604   GPL.UBNT.v6.1.7\openwrt\package\firewall\files\firewall.user
605   GPL.UBNT.v6.1.7\openwrt\package\firewall\files\uci_firewall.sh
606   GPL.UBNT.v6.1.7\openwrt\package\fuse\Makefile
607   GPL.UBNT.v6.1.7\openwrt\package\fuse\patches
608   GPL.UBNT.v6.1.7\openwrt\package\fuse\patches\100-cross_compile.patch
609   GPL.UBNT.v6.1.7\openwrt\package\fuse\patches\102-no_depmod.patch
610   GPL.UBNT.v6.1.7\openwrt\package\fuse\patches\112-no_break_on_mknod.patch
611   GPL.UBNT.v6.1.7\openwrt\package\fuse\patches\200-disable_compat.patch
612   GPL.UBNT.v6.1.7\openwrt\package\fuse\patches\300-workaround-uclibc-pthread-breakage.patch
613   GPL.UBNT.v6.1.7\openwrt\package\gdb\Makefile
614   GPL.UBNT.v6.1.7\openwrt\package\gpioctl\Makefile
```

```
615   GPL.UBNT.v6.1.7\openwrt\package\gpioctl\src
616   GPL.UBNT.v6.1.7\openwrt\package\gpioctl\src\main.c
617   GPL.UBNT.v6.1.7\openwrt\package\gpioctl\src\Makefile
618   GPL.UBNT.v6.1.7\openwrt\package\gpl-mkfwimage\Makefile
619   GPL.UBNT.v6.1.7\openwrt\package\gpl-mkfwimage\src
620   GPL.UBNT.v6.1.7\openwrt\package\gpl-mkfwimage\src\fw.h
621   GPL.UBNT.v6.1.7\openwrt\package\gpl-mkfwimage\src\fwsplit.c
622   GPL.UBNT.v6.1.7\openwrt\package\gpl-mkfwimage\src\mkfwimage.c
623   GPL.UBNT.v6.1.7\openwrt\package\grub\Makefile
624   GPL.UBNT.v6.1.7\openwrt\package\grub\patches
625   GPL.UBNT.v6.1.7\openwrt\package\grub\patches\002-strip_note_gnu_build_id.patch
626   GPL.UBNT.v6.1.7\openwrt\package\grub\patches\010-fixes-1.patch
627   GPL.UBNT.v6.1.7\openwrt\package\hostap-driver\files
628   GPL.UBNT.v6.1.7\openwrt\package\hostap-driver\Makefile
629   GPL.UBNT.v6.1.7\openwrt\package\hostap-driver\patches
630   GPL.UBNT.v6.1.7\openwrt\package\hostap-driver\files\lib
631   GPL.UBNT.v6.1.7\openwrt\package\hostap-driver\files\lib\wifi
632   GPL.UBNT.v6.1.7\openwrt\package\hostap-driver\files\lib\wifi\hostap.sh
633   GPL.UBNT.v6.1.7\openwrt\package\hostap-driver\patches\001-fix-txpower.patch
634   GPL.UBNT.v6.1.7\openwrt\package\hostap-utils\Makefile
635   GPL.UBNT.v6.1.7\openwrt\package\hostapd\Config.in
636   GPL.UBNT.v6.1.7\openwrt\package\hostapd\files
637   GPL.UBNT.v6.1.7\openwrt\package\hostapd\Makefile
638   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches
639   GPL.UBNT.v6.1.7\openwrt\package\hostapd\files\hostapd-full.config
640   GPL.UBNT.v6.1.7\openwrt\package\hostapd\files\hostapd-mini.config
641   GPL.UBNT.v6.1.7\openwrt\package\hostapd\files\hostapd.sh
642   GPL.UBNT.v6.1.7\openwrt\package\hostapd\files\multicall.c
643   GPL.UBNT.v6.1.7\openwrt\package\hostapd\files\wpa_supplicant-full.config
644   GPL.UBNT.v6.1.7\openwrt\package\hostapd\files\wpa_supplicant-mini.config
645   GPL.UBNT.v6.1.7\openwrt\package\hostapd\files\wpa_supplicant-p2p.config
646   GPL.UBNT.v6.1.7\openwrt\package\hostapd\files\wpa_supplicant.sh
647   GPL.UBNT.v6.1.7\openwrt\package\hostapd\files\wps-hotplug.sh
648   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\030-speed_up_udhcpc_address_retrieval.pat
      ch
649   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\050-wext-no-reset-ssid.patch
650   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\100-madwifi_key_fixes.patch
651   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\110-bool_fix.patch
652   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\120-daemonize_fix.patch
653   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\200-multicall.patch
654   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\220-ignore-ca-check-if-not-exist.patch
655   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\300-noscan.patch
656   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\310-rescan_immediately.patch
657   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\320-optional_rfkill.patch
658   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\330-nl80211_fix_set_freq.patch
659   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\340-reload_freq_change.patch
660   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\350-nl80211_del_beacon_bss.patch
661   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\360-ctrl_iface_reload.patch
662   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\361-deauth-reason-codes.patch
663   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\370-ap_sta_support.patch
664   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\380-disable_ctrl_iface_mib.patch
665   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\390-mac-addr-format.patch
666   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\390-wpa_ie_cap_workaround.patch
667   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\410-bring_down_interface.patch
668   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\410-mac-auth-empty-passwd.patch
669   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\420-fix_wps_pin_crash.patch
670   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\420-timestamp_check.patch
671   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\430-wps_single_auth_enc_type.patch
672   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\440-dynamic_20_40_mhz.patch
673   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\450-limit_debug_messages.patch
674   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\460-indicate-features.patch
675   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\470-hostapd_cli_ifdef.patch
676   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\471-wpa_cli_ifdef.patch
677   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\480-max_num_sta_probe.patch
678   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\490-scan_wait.patch
679   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\500-wpa_supplicant-add-new-config-params-
      to-be-used-with.patch
680   GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\501-driver_nl80211-use-new-parameters-dur
      ing-ibss-join.patch
```

```
681  GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\502-ap-mode-no-ie-in-probe.patch
682  GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\503-increase-supplicant-timeout.patch
683  GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\705-channel-validation.patch
684  GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\800-add-wextap-drv.patch
685  GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\820-no_interface_down_control.patch
686  GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\840-scan-timeout.patch
687  GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\850-reduce-hwresets-onassoc-roaming.patch
688  GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\860-radius-acct-print.patch
689  GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\870-radius-mac-auth.patch
690  GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\880-remove-ssid-network-disabling.patch
691  GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\890-drop_unencrypted.patch
692  GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\900-blacklist.patch
693  GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\910-x509v3_update.patch
694  GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\915-EAPOL-key-3_4-retry.patch
695  GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\917-prevent-reinstallation-of-an-already-
     in-use-group-ke.patch
696  GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\920-clear-optie-on-wext-deinit.patch
697  GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\930-Fix-PTK-rekeying-to-generate-a-new-AN
     once.patch
698  GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\930-radius-dont-add-second-acct-session-i
     d.patch
699  GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\931-radius-always-increment-session-id.pa
     tch
700  GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\940-hostapd-Avoid-key-reinstallation-in-F
     T-handshake.patch
701  GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\945-Extend-protection-of-GTK-IGTK-reinsta
     llation-of-WNM-.patch
702  GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\946-TDLS-Reject-TPK-TK-reconfiguration.pa
     tch
703  GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\947-WNM-Ignore-Key-Data-in-WNM-Sleep-Mode
     -Response-frame.patch
704  GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\948-WNM-Ignore-WNM-Sleep-Mode-Response-if
     -WNM-Sleep-Mode.patch
705  GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\949-WNM-Ignore-WNM-Sleep-Mode-Response-wi
     thout-pending-r.patch
706  GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\950-FT-Do-not-allow-multiple-Reassociatio
     n-Response-fram.patch
707  GPL.UBNT.v6.1.7\openwrt\package\hostapd\patches\951-TDLS-Ignore-incoming-TDLS-Setup-Respo
     nse-retries.patch
708  GPL.UBNT.v6.1.7\openwrt\package\hotplug2\files
709  GPL.UBNT.v6.1.7\openwrt\package\hotplug2\Makefile
710  GPL.UBNT.v6.1.7\openwrt\package\hotplug2\patches
711  GPL.UBNT.v6.1.7\openwrt\package\hotplug2\files\hotplug2.rules
712  GPL.UBNT.v6.1.7\openwrt\package\hotplug2\patches\100-svn_update.patch
713  GPL.UBNT.v6.1.7\openwrt\package\hotplug2\patches\110-parser_fixes.patch
714  GPL.UBNT.v6.1.7\openwrt\package\hotplug2\patches\120-throttling.patch
715  GPL.UBNT.v6.1.7\openwrt\package\i2c-gpio-ath\Makefile
716  GPL.UBNT.v6.1.7\openwrt\package\i2c-gpio-ath\src
717  GPL.UBNT.v6.1.7\openwrt\package\i2c-gpio-ath\src\i2c-gpio-ath.c
718  GPL.UBNT.v6.1.7\openwrt\package\i2c-gpio-ath\src\Makefile
719  GPL.UBNT.v6.1.7\openwrt\package\i2c-gpio-custom\Makefile
720  GPL.UBNT.v6.1.7\openwrt\package\i2c-gpio-custom\src
721  GPL.UBNT.v6.1.7\openwrt\package\i2c-gpio-custom\src\i2c-gpio-custom.c
722  GPL.UBNT.v6.1.7\openwrt\package\i2c-gpio-custom\src\Kconfig
723  GPL.UBNT.v6.1.7\openwrt\package\i2c-gpio-custom\src\Makefile
724  GPL.UBNT.v6.1.7\openwrt\package\i2c-tools\Makefile
725  GPL.UBNT.v6.1.7\openwrt\package\i2c-tools\patches
726  GPL.UBNT.v6.1.7\openwrt\package\i2c-tools\patches\100-linux_include.patch
727  GPL.UBNT.v6.1.7\openwrt\package\ifenslave\Makefile
728  GPL.UBNT.v6.1.7\openwrt\package\igmpproxy\files
729  GPL.UBNT.v6.1.7\openwrt\package\igmpproxy\Makefile
730  GPL.UBNT.v6.1.7\openwrt\package\igmpproxy\patches
731  GPL.UBNT.v6.1.7\openwrt\package\igmpproxy\files\igmpproxy.conf
732  GPL.UBNT.v6.1.7\openwrt\package\igmpproxy\patches\020-allow_all_altnet.patch
733  GPL.UBNT.v6.1.7\openwrt\package\igmpproxy\patches\030-default_cfg.patch
734  GPL.UBNT.v6.1.7\openwrt\package\igmpproxy\patches\050-ip_addr_multisubnet.patch
735  GPL.UBNT.v6.1.7\openwrt\package\igmpproxy\patches\060-loglevel_LOG_ERR.patch
736  GPL.UBNT.v6.1.7\openwrt\package\igmpproxy\patches\070-timer-leak-multidownlink-complex-fi
     x.patch
```

```
737   GPL.UBNT.v6.1.7\openwrt\package\iproute2\files\iproute2.config-default.patch
738   GPL.UBNT.v6.1.7\openwrt\package\iproute2\Makefile
739   GPL.UBNT.v6.1.7\openwrt\package\iproute2\patches
740   GPL.UBNT.v6.1.7\openwrt\package\iproute2\patches\000-debian_patches_3.patch
741   GPL.UBNT.v6.1.7\openwrt\package\iproute2\patches\001-iproute2-2.6.11_Config.patch
742   GPL.UBNT.v6.1.7\openwrt\package\iproute2\patches\002-iproute2-ipxfrm_no_sctp.patch
743   GPL.UBNT.v6.1.7\openwrt\package\iproute2\patches\003-iproute2-htb_overhead.patch
744   GPL.UBNT.v6.1.7\openwrt\package\iproute2\patches\004-darwin_fixes.patch
745   GPL.UBNT.v6.1.7\openwrt\package\iproute2\patches\005-flex-generated.patch
746   GPL.UBNT.v6.1.7\openwrt\package\iproute2\patches\006-iproute2-tc_esfq.patch
747   GPL.UBNT.v6.1.7\openwrt\package\iproute2\patches\007-version_includes.patch
748   GPL.UBNT.v6.1.7\openwrt\package\ipset\Makefile
749   GPL.UBNT.v6.1.7\openwrt\package\iptables\files
750   GPL.UBNT.v6.1.7\openwrt\package\iptables\Makefile
751   GPL.UBNT.v6.1.7\openwrt\package\iptables\patches
752   GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7
753   GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\aim.pat
754   GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\bittorrent.pat
755   GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\edonkey.pat
756   GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\fasttrack.pat
757   GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\ftp.pat
758   GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\gnutella.pat
759   GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\http.pat
760   GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\ident.pat
761   GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\irc.pat
762   GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\jabber.pat
763   GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\msnmessenger.pat
764   GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\ntp.pat
765   GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\pop3.pat
766   GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\smtp.pat
767   GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\ssl.pat
768   GPL.UBNT.v6.1.7\openwrt\package\iptables\files\l7\vnc.pat
769   GPL.UBNT.v6.1.7\openwrt\package\iptables\patches\001-ipp2p-0.8.1rc1.patch
770   GPL.UBNT.v6.1.7\openwrt\package\iptables\patches\002-layer7_2.17.patch
771   GPL.UBNT.v6.1.7\openwrt\package\iptables\patches\005-imq.patch
772   GPL.UBNT.v6.1.7\openwrt\package\iptables\patches\008-netfilter_include_linux_type_h.patch
773   GPL.UBNT.v6.1.7\openwrt\package\iptables\patches\009-table-alignment.patch
774   GPL.UBNT.v6.1.7\openwrt\package\iptables\patches\010-multiport-linux-2.4-compat.patch
775   GPL.UBNT.v6.1.7\openwrt\package\iptables\patches\011-iprange-linux-2.4-compat.patch
776   GPL.UBNT.v6.1.7\openwrt\package\iptables\patches\020-iptables-disable-modprobe.patch
777   GPL.UBNT.v6.1.7\openwrt\package\ixp4xx-microcode\Makefile
778   GPL.UBNT.v6.1.7\openwrt\package\ixp4xx-microcode\src
779   GPL.UBNT.v6.1.7\openwrt\package\ixp4xx-microcode\src\IxNpeMicrocode.h
780   GPL.UBNT.v6.1.7\openwrt\package\ixp4xx-microcode\src\LICENSE.IPL
781   GPL.UBNT.v6.1.7\openwrt\package\kernel\Makefile
782   GPL.UBNT.v6.1.7\openwrt\package\kernel\modules
783   GPL.UBNT.v6.1.7\openwrt\package\kernel\modules\block.mk
784   GPL.UBNT.v6.1.7\openwrt\package\kernel\modules\crypto.mk
785   GPL.UBNT.v6.1.7\openwrt\package\kernel\modules\fs.mk
786   GPL.UBNT.v6.1.7\openwrt\package\kernel\modules\hwmon.mk
787   GPL.UBNT.v6.1.7\openwrt\package\kernel\modules\i2c.mk
788   GPL.UBNT.v6.1.7\openwrt\package\kernel\modules\netfilter.mk
789   GPL.UBNT.v6.1.7\openwrt\package\kernel\modules\network.mk
790   GPL.UBNT.v6.1.7\openwrt\package\kernel\modules\other.mk
791   GPL.UBNT.v6.1.7\openwrt\package\kernel\modules\sound.mk
792   GPL.UBNT.v6.1.7\openwrt\package\kernel\modules\usb.mk
793   GPL.UBNT.v6.1.7\openwrt\package\kernel\modules\video.mk
794   GPL.UBNT.v6.1.7\openwrt\package\kernel\modules\w1.mk
795   GPL.UBNT.v6.1.7\openwrt\package\kernel\modules\wireless.mk
796   GPL.UBNT.v6.1.7\openwrt\package\kexec-tools\files
797   GPL.UBNT.v6.1.7\openwrt\package\kexec-tools\kexec-config.in
798   GPL.UBNT.v6.1.7\openwrt\package\kexec-tools\Makefile
799   GPL.UBNT.v6.1.7\openwrt\package\kexec-tools\patches
800   GPL.UBNT.v6.1.7\openwrt\package\kexec-tools\files\kexec.sh
801   GPL.UBNT.v6.1.7\openwrt\package\kexec-tools\patches\0001-Use-separate-CPPFLAGS-and-LDFLAGS-for-purgatory.patch
802   GPL.UBNT.v6.1.7\openwrt\package\kexec-tools\patches\0002-Use-separate-LDFLAGS-for-bin-to-hex.patch
803   GPL.UBNT.v6.1.7\openwrt\package\kexec-tools\patches\0003-Give-installed-files-user-writab
```

```
804   GPL.UBNT.v6.1.7\openwrt\package\kexec-tools\patches\0004-mips_regdefs.patch
805   GPL.UBNT.v6.1.7\openwrt\package\libipfix\extra
806   GPL.UBNT.v6.1.7\openwrt\package\libipfix\Makefile
807   GPL.UBNT.v6.1.7\openwrt\package\libipfix\patches
808   GPL.UBNT.v6.1.7\openwrt\package\libipfix\extra\append-wprobe-ie.pl
809   GPL.UBNT.v6.1.7\openwrt\package\libipfix\extra\wprobe-ie.txt
810   GPL.UBNT.v6.1.7\openwrt\package\libipfix\patches\100-openimp_sync.patch
811   GPL.UBNT.v6.1.7\openwrt\package\libipfix\patches\l10-wprobe_ie.patch
812   GPL.UBNT.v6.1.7\openwrt\package\libnl\patches
813   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\files
814   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\Makefile
815   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src
816   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\files\libnl-tiny.pc
817   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\attr.c
818   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\cache.c
819   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\cache_mngt.c
820   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\error.c
821   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\genl.c
822   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\genl_ctrl.c
823   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\genl_family.c
824   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\genl_mngt.c
825   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\handlers.c
826   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include
827   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\Makefile
828   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\msg.c
829   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\nl.c
830   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\object.c
831   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\socket.c
832   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\linux
833   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink
834   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink-generic.h
835   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink-local.h
836   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink-types.h
837   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\linux\genetlink.h
838   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\linux\gen_stats.h
839   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\linux\if.h
840   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\linux\if_addr.h
841   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\linux\netlink.h
842   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\addr.h
843   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\attr.h
844   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\cache-api.h
845   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\cache.h
846   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\data.h
847   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\errno.h
848   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\genl
849   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\handlers.h
850   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\list.h
851   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\msg.h
852   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\netlink-compat.h
853   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\netlink-kernel.h
854   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\netlink.h
855   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\object-api.h
856   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\object.h
857   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\socket.h
858   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\types.h
859   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\utils.h
860   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\version.h
861   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\genl\ctrl.h
862   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\genl\family.h
863   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\genl\genl.h
864   GPL.UBNT.v6.1.7\openwrt\package\libnl-tiny\src\include\netlink\genl\mngt.h
865   GPL.UBNT.v6.1.7\openwrt\package\libpcap\Makefile
866   GPL.UBNT.v6.1.7\openwrt\package\libpcap\patches
867   GPL.UBNT.v6.1.7\openwrt\package\libpcap\patches\100-shared-lib.patch
868   GPL.UBNT.v6.1.7\openwrt\package\libpcap\patches\101-cross-compile-fix.patch
869   GPL.UBNT.v6.1.7\openwrt\package\libpcap\patches\102-alt-ether.patch
870   GPL.UBNT.v6.1.7\openwrt\package\libpcap\patches\103-flex_workaround.patch
871   GPL.UBNT.v6.1.7\openwrt\package\libpcap\patches\104-no_rej_files.patch
```

```
872    GPL.UBNT.v6.1.7\openwrt\package\libreadline\Makefile
873    GPL.UBNT.v6.1.7\openwrt\package\libreadline\patches
874    GPL.UBNT.v6.1.7\openwrt\package\libreadline\patches\100-fix_avr32_compile
875    GPL.UBNT.v6.1.7\openwrt\package\libssh2\Makefile
876    GPL.UBNT.v6.1.7\openwrt\package\libssh2\patches
877    GPL.UBNT.v6.1.7\openwrt\package\libssh2\patches\100-do-not-compile-tests.patch
878    GPL.UBNT.v6.1.7\openwrt\package\libtool\Makefile
879    GPL.UBNT.v6.1.7\openwrt\package\libtool\patches
880    GPL.UBNT.v6.1.7\openwrt\package\libtool\patches\001-force_dlopen_deplibs.patch
881    GPL.UBNT.v6.1.7\openwrt\package\libtool\patches\100-libdir_path.patch
882    GPL.UBNT.v6.1.7\openwrt\package\libtool\patches\110-no_rpath.patch
883    GPL.UBNT.v6.1.7\openwrt\package\libtool\patches\120-libdir_search.patch
884    GPL.UBNT.v6.1.7\openwrt\package\linux-atm\files
885    GPL.UBNT.v6.1.7\openwrt\package\linux-atm\Makefile
886    GPL.UBNT.v6.1.7\openwrt\package\linux-atm\patches
887    GPL.UBNT.v6.1.7\openwrt\package\linux-atm\files\ipoa.sh
888    GPL.UBNT.v6.1.7\openwrt\package\linux-atm\patches\000-debian_16.patch
889    GPL.UBNT.v6.1.7\openwrt\package\linux-atm\patches\100-subdirs.patch
890    GPL.UBNT.v6.1.7\openwrt\package\linux-atm\patches\200-no_libfl.patch
891    GPL.UBNT.v6.1.7\openwrt\package\linux-atm\patches\300-no_autotools.patch
892    GPL.UBNT.v6.1.7\openwrt\package\linux-atm\patches\400-stdint_local_instead_of_host.patch
893    GPL.UBNT.v6.1.7\openwrt\package\linux-atm\patches\500-reenable_arpd.patch
894    GPL.UBNT.v6.1.7\openwrt\package\linux-atm\patches\600-arpd_includes.patch
895    GPL.UBNT.v6.1.7\openwrt\package\linux-atm\patches\700-libtoolize.patch
896    GPL.UBNT.v6.1.7\openwrt\package\lua\Makefile
897    GPL.UBNT.v6.1.7\openwrt\package\lua\patches
898    GPL.UBNT.v6.1.7\openwrt\package\lua\patches\010-lua-5.1.3-lnum-full-260308.patch
899    GPL.UBNT.v6.1.7\openwrt\package\lua\patches\015-lnum-ppc-compat.patch
900    GPL.UBNT.v6.1.7\openwrt\package\lua\patches\020-shared_liblua.patch
901    GPL.UBNT.v6.1.7\openwrt\package\lua\patches\030-archindependent-bytecode.patch
902    GPL.UBNT.v6.1.7\openwrt\package\lua\patches\100-no_readline.patch
903    GPL.UBNT.v6.1.7\openwrt\package\lua\patches\200-lua-path.patch
904    GPL.UBNT.v6.1.7\openwrt\package\lua\patches\300-opcode_performance.patch
905    GPL.UBNT.v6.1.7\openwrt\package\lua\patches\400-luaposix_5.1.4-embedded.patch
906    GPL.UBNT.v6.1.7\openwrt\package\lua\patches\410-bitlib_25-embedded.patch
907    GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\Makefile
908    GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src
909    GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\config.h
910    GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\console.c
911    GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\console.h
912    GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\devices.c
913    GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\devices.h
914    GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\LICENSE
915    GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\macping.c
916    GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\mactelnet.c
917    GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\mactelnet.h
918    GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\mactelnetd.c
919    GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\mactelnetd.users
920    GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\Makefile
921    GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\md5.c
922    GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\md5.h
923    GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\mndp.c
924    GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\protocol.c
925    GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\protocol.h
926    GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\README.markdown
927    GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\udp.c
928    GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\udp.h
929    GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\users.c
930    GPL.UBNT.v6.1.7\openwrt\package\mac-telnet\src\users.h
931    GPL.UBNT.v6.1.7\openwrt\package\mac80211\files
932    GPL.UBNT.v6.1.7\openwrt\package\mac80211\Makefile
933    GPL.UBNT.v6.1.7\openwrt\package\mac80211\patches
934    GPL.UBNT.v6.1.7\openwrt\package\mac80211\files\lib
935    GPL.UBNT.v6.1.7\openwrt\package\mac80211\files\lib\wifi
936    GPL.UBNT.v6.1.7\openwrt\package\mac80211\files\lib\wifi\mac80211.sh
937    GPL.UBNT.v6.1.7\openwrt\package\mac80211\patches\001-disable_drivers.patch
938    GPL.UBNT.v6.1.7\openwrt\package\mac80211\patches\004-allow-ap-vlan-modes.patch
939    GPL.UBNT.v6.1.7\openwrt\package\madwifi\Config.in
940    GPL.UBNT.v6.1.7\openwrt\package\madwifi\files
```

```
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches-upstream
GPL.UBNT.v6.1.7\openwrt\package\madwifi\files\etc
GPL.UBNT.v6.1.7\openwrt\package\madwifi\files\lib
GPL.UBNT.v6.1.7\openwrt\package\madwifi\files\etc\hotplug.d
GPL.UBNT.v6.1.7\openwrt\package\madwifi\files\etc\hotplug.d\net
GPL.UBNT.v6.1.7\openwrt\package\madwifi\files\etc\hotplug.d\net\10-madwifi
GPL.UBNT.v6.1.7\openwrt\package\madwifi\files\lib\wifi
GPL.UBNT.v6.1.7\openwrt\package\madwifi\files\lib\wifi\madwifi.sh
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\102-multicall_binary.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\104-autocreate_none.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\105-ratectl_attach.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\106-get_arch.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\111-minstrel_crash.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\113-no_ibss_pwrsave.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\122-replayfail_workaround.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\123-ccmp_checks.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\124-linux24_compat.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\126-rxerr_frames.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\200-no_debug.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\201-debug_fix.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\202-debug_variables.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\300-napi_polling.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\305-pureg_fix.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\309-micfail_detect.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\310-noise_get.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\311-bssid_alloc.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\312-erpupdate.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\317-bmask.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\323-dfs_optional.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\324-alignment.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\325-channel_spam.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\327-queue.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\330-beaconcal.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\331-memory_alloc.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\332-reset_beacons.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\333-apscan_mode.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\334-input.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\340-maxrate.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\341-minrate.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\342-performance.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\343-txqueue_races.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\344-minstrel_failcnt.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\345-minstrel_sampling.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\346-protmode_trig.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\347-tuning.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\348-ackcts.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\349-reset.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\350-wisoc_softled.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\351-scanlist.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\352-ani_fix.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\353-devid.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\354-ifxmips_eeprom.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\355-eap_auth_disassoc.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\356-hidden_ssid.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\357-bgscan_thresh.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\358-ignore_broken_bssid.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\359-disable_reassoc.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\360-sta_nodes.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\361-bmiss_handling.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\362-rssithr.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\363-fix_turbo.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\364-memory_alloc.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\365-turbo_channelsearch.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\366-bstuck_thresh.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\367-roaming.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\368-sta_ie_preserve.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\369-mlme_assoc.patch
```

```
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\372-queue_vif.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\373-sanity_check.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\374-nbtt_fix.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\375-atim_tsf_update.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\377-disable_vlan_code.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\378-adhoc_crash_fix.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\379-invalid_rate_fix.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\380-noderef_hack.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\381-ibss_modes.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\382-relax_bintval.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\383-ibss_hostap.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\384-hwdetect.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\385-antenna_fix.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\386-acl_crashfix.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\387-maxassoc.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\388-apsta_fix.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\389-autochannel.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\390-frame_type.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\391-vap_auth.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\392-remove_wds_nodetracking.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\393-mbss_vap_auth.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\394-probereq.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\395-ath_ff_unmap.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\396-napi_ff_fix.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\400-new_hal.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\401-changeset_r3602.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\402-changeset_r3603.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\403-changeset_r3605.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\404-linux24_fix.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\405-retransmit_check.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\406-monitor_r3711.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\407-new_athinfo.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\408-changeset_r3337.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\409-wext_compat.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\410-ar231x_2.6.28.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\411-autochannel_multi.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\412-fragmentation_fix.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\413-rxorn.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\414-txpower.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\415-chan_switch.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\416-wprobe.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\417-beacon_txpower.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\419-skb_unmap_crash.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\420-diversity_fix.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\421-channel_handling.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\422-confchange_reset.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\423-phyerr_handling.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\424-timing.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\425-rc_rexmit.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\426-header_len.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\427-ignore_eeprom_ff.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\430-use_netdev_priv.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\431-compile_fixes.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\432-netdev_ops.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\433-backport_remove_irq_none.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\434-name-alloc-fix.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\435-ibss_neighbor_fix.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\436-injection_checks.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\437-sysctl_cleanup.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\438-poweroffset_sysctl.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\439-wlanconfig_stack_usage.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\440-wme_cleanup.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\441-fix_ibss_node_handling.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\442-ibss_rx_filter.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\443-tx_drop_counter.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\444-beacon_update_war.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\445-fix_ps_sta_count.patch
GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\446-single_module.patch
```

```
1079  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\447-led_fix.patch
1080  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\448-beacon_handling_fixes.patch
1081  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\449-fix_txbuf_leak.patch
1082  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\450-calibration.patch
1083  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\451-ibss_race_fix.patch
1084  GPL.UBNT.v6.1.7\openwrt\package\madwifi\patches\452-minstrel_no_timer.patch
1085  GPL.UBNT.v6.1.7\openwrt\package\mmc_over_gpio\files
1086  GPL.UBNT.v6.1.7\openwrt\package\mmc_over_gpio\Makefile
1087  GPL.UBNT.v6.1.7\openwrt\package\mmc_over_gpio\files\mmc_over_gpio.init
1088  GPL.UBNT.v6.1.7\openwrt\package\mtd\Makefile
1089  GPL.UBNT.v6.1.7\openwrt\package\mtd\src
1090  GPL.UBNT.v6.1.7\openwrt\package\mtd\src\crc32.c
1091  GPL.UBNT.v6.1.7\openwrt\package\mtd\src\crc32.h
1092  GPL.UBNT.v6.1.7\openwrt\package\mtd\src\fis.c
1093  GPL.UBNT.v6.1.7\openwrt\package\mtd\src\fis.h
1094  GPL.UBNT.v6.1.7\openwrt\package\mtd\src\jffs2.c
1095  GPL.UBNT.v6.1.7\openwrt\package\mtd\src\jffs2.h
1096  GPL.UBNT.v6.1.7\openwrt\package\mtd\src\Makefile
1097  GPL.UBNT.v6.1.7\openwrt\package\mtd\src\mtd-api.h
1098  GPL.UBNT.v6.1.7\openwrt\package\mtd\src\mtd.c
1099  GPL.UBNT.v6.1.7\openwrt\package\mtd\src\mtd.h
1100  GPL.UBNT.v6.1.7\openwrt\package\mtd\src\trx.c
1101  GPL.UBNT.v6.1.7\openwrt\package\ncurses\Makefile
1102  GPL.UBNT.v6.1.7\openwrt\package\ncurses\patches
1103  GPL.UBNT.v6.1.7\openwrt\package\ncurses\patches\500-cross.patch
1104  GPL.UBNT.v6.1.7\openwrt\package\nozomi\files
1105  GPL.UBNT.v6.1.7\openwrt\package\nozomi\Makefile
1106  GPL.UBNT.v6.1.7\openwrt\package\nozomi\patches
1107  GPL.UBNT.v6.1.7\openwrt\package\nozomi\files\Makefile
1108  GPL.UBNT.v6.1.7\openwrt\package\nozomi\patches\001-devfs.patch
1109  GPL.UBNT.v6.1.7\openwrt\package\nozomi\patches\002-nozomi_vf_01.patch
1110  GPL.UBNT.v6.1.7\openwrt\package\nvram\files
1111  GPL.UBNT.v6.1.7\openwrt\package\nvram\Makefile
1112  GPL.UBNT.v6.1.7\openwrt\package\nvram\src
1113  GPL.UBNT.v6.1.7\openwrt\package\nvram\files\nvram.init
1114  GPL.UBNT.v6.1.7\openwrt\package\nvram\src\include
1115  GPL.UBNT.v6.1.7\openwrt\package\nvram\src\main.c
1116  GPL.UBNT.v6.1.7\openwrt\package\nvram\src\Makefile
1117  GPL.UBNT.v6.1.7\openwrt\package\nvram\src\nvram.c
1118  GPL.UBNT.v6.1.7\openwrt\package\nvram\src\include\bcmnvram.h
1119  GPL.UBNT.v6.1.7\openwrt\package\nvram\src\include\bcmutils.h
1120  GPL.UBNT.v6.1.7\openwrt\package\nvram\src\include\shutils.h
1121  GPL.UBNT.v6.1.7\openwrt\package\nvram\src\include\typedefs.h
1122  GPL.UBNT.v6.1.7\openwrt\package\nvram\src\include\wlutils.h
1123  GPL.UBNT.v6.1.7\openwrt\package\nvram-brcm47xx\files
1124  GPL.UBNT.v6.1.7\openwrt\package\nvram-brcm47xx\Makefile
1125  GPL.UBNT.v6.1.7\openwrt\package\nvram-brcm47xx\src
1126  GPL.UBNT.v6.1.7\openwrt\package\nvram-brcm47xx\files\nvram.init
1127  GPL.UBNT.v6.1.7\openwrt\package\nvram-brcm47xx\src\cli.c
1128  GPL.UBNT.v6.1.7\openwrt\package\nvram-brcm47xx\src\crc.c
1129  GPL.UBNT.v6.1.7\openwrt\package\nvram-brcm47xx\src\Makefile
1130  GPL.UBNT.v6.1.7\openwrt\package\nvram-brcm47xx\src\nvram.c
1131  GPL.UBNT.v6.1.7\openwrt\package\nvram-brcm47xx\src\nvram.h
1132  GPL.UBNT.v6.1.7\openwrt\package\nvram-brcm47xx\src\sdinitvals.h
1133  GPL.UBNT.v6.1.7\openwrt\package\ocf-crypto-headers\Makefile
1134  GPL.UBNT.v6.1.7\openwrt\package\ocf-crypto-headers\src
1135  GPL.UBNT.v6.1.7\openwrt\package\ocf-crypto-headers\src\cryptodev.h
1136  GPL.UBNT.v6.1.7\openwrt\package\openssl\Makefile
1137  GPL.UBNT.v6.1.7\openwrt\package\openssl\patches
1138  GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\110-optimize-for-size.patch
1139  GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\120-makedepend.patch
1140  GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\130-perl-path.patch
1141  GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\140-makefile-dirs.patch
1142  GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\150-no_engines.patch
1143  GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\160-disable_doc_tests.patch
1144  GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\170-bash_path.patch
1145  GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\200-ocf.patch
1146  GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\205-use_local_cryptodev_h.patch
1147  GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\300-etraxfs_support.patch
```

```
1148    GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\400-cve-2009-0590.patch
1149    GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\401-cve-2009-0590.patch
1150    GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\402-cve-2009-1377.patch
1151    GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\403-cve-2009-1378.patch
1152    GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\404-cve-2009-1379.patch
1153    GPL.UBNT.v6.1.7\openwrt\package\openssl\patches\405-cve-2009-1387.patch
1154    GPL.UBNT.v6.1.7\openwrt\package\opkg\files
1155    GPL.UBNT.v6.1.7\openwrt\package\opkg\Makefile
1156    GPL.UBNT.v6.1.7\openwrt\package\opkg\patches
1157    GPL.UBNT.v6.1.7\openwrt\package\opkg\files\opkg.conf
1158    GPL.UBNT.v6.1.7\openwrt\package\opkg\patches\001-use-wget
1159    GPL.UBNT.v6.1.7\openwrt\package\opkg\patches\002-remove-gpg-warning
1160    GPL.UBNT.v6.1.7\openwrt\package\opkg\patches\003-fs_overlay_support.patch
1161    GPL.UBNT.v6.1.7\openwrt\package\opkg\patches\004-host_cpu.patch
1162    GPL.UBNT.v6.1.7\openwrt\package\opkg\patches\005-fix_force_space.patch
1163    GPL.UBNT.v6.1.7\openwrt\package\pcmcia-cs\Makefile
1164    GPL.UBNT.v6.1.7\openwrt\package\pcmcia-cs\patches
1165    GPL.UBNT.v6.1.7\openwrt\package\pcmcia-cs\patches\001-config-novatel_merlin_u630.patch
1166    GPL.UBNT.v6.1.7\openwrt\package\pcmcia-cs\patches\002-serial-cardctl_path.patch
1167    GPL.UBNT.v6.1.7\openwrt\package\pcmcia-cs\patches\003-cardmgr_c.patch
1168    GPL.UBNT.v6.1.7\openwrt\package\pcmcia-cs\patches\004-pcmcia_resources.patch
1169    GPL.UBNT.v6.1.7\openwrt\package\php2\Makefile
1170    GPL.UBNT.v6.1.7\openwrt\package\ppp\files
1171    GPL.UBNT.v6.1.7\openwrt\package\ppp\Makefile
1172    GPL.UBNT.v6.1.7\openwrt\package\ppp\src
1173    GPL.UBNT.v6.1.7\openwrt\package\ppp\files\etc
1174    GPL.UBNT.v6.1.7\openwrt\package\ppp\files\ip-down
1175    GPL.UBNT.v6.1.7\openwrt\package\ppp\files\ip-up
1176    GPL.UBNT.v6.1.7\openwrt\package\ppp\files\ipv6-down
1177    GPL.UBNT.v6.1.7\openwrt\package\ppp\files\ipv6-down.d
1178    GPL.UBNT.v6.1.7\openwrt\package\ppp\files\ipv6-up
1179    GPL.UBNT.v6.1.7\openwrt\package\ppp\files\ipv6-up.d
1180    GPL.UBNT.v6.1.7\openwrt\package\ppp\files\ppp.sh
1181    GPL.UBNT.v6.1.7\openwrt\package\ppp\files\pppoa.sh
1182    GPL.UBNT.v6.1.7\openwrt\package\ppp\files\pppoe.sh
1183    GPL.UBNT.v6.1.7\openwrt\package\ppp\files\ipv6-down.d\01-defaultroute
1184    GPL.UBNT.v6.1.7\openwrt\package\ppp\files\ipv6-up.d\01-defaultroute
1185    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\Changes-2.3
1186    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\chat
1187    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\common
1188    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\configure
1189    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\contrib
1190    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\etc.ppp
1191    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\FAQ
1192    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include
1193    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\linux
1194    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\modules
1195    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\PLUGINS
1196    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd
1197    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppdump
1198    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppstats
1199    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\README
1200    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\README.cbcp
1201    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\README.eap-srp
1202    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\README.linux
1203    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\README.MPPE
1204    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\README.MSCHAP80
1205    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\README.MSCHAP81
1206    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\README.pppoe
1207    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\README.pwfd
1208    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\README.sol2
1209    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts
1210    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\SETUP
1211    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris
1212    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\chat\chat.8
1213    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\chat\chat.c
1214    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\chat\Makefile.linux
1215    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\chat\Makefile.sol2
1216    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\common\zlib.c
```

```
1217   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\contrib\pppgetpass.sh
1218   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\contrib\pppgetpass
1219   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\contrib\pppgetpass\Makefile.linux
1220   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\contrib\pppgetpass\pppgetpass.8
1221   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\contrib\pppgetpass\pppgetpass.gtk.c
1222   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\contrib\pppgetpass\pppgetpass.sh
1223   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\contrib\pppgetpass\pppgetpass.vt.c
1224   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\etc.ppp\chap-secrets
1225   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\etc.ppp\options
1226   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\etc.ppp\pap-secrets
1227   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\linux
1228   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\net
1229   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\pcap-int.h
1230   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\linux\if_ether.h
1231   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\linux\if_ppp.h
1232   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\linux\if_pppox.h
1233   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\linux\if_pppvar.h
1234   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\linux\ppp-comp.h
1235   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\linux\ppp_defs.h
1236   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\net\if_ppp.h
1237   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\net\ppp-comp.h
1238   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\net\pppio.h
1239   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\net\ppp_defs.h
1240   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\net\slcompress.h
1241   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\include\net\vjcompress.h
1242   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\linux\Makefile.top
1243   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\modules\bsd-comp.c
1244   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\modules\deflate.c
1245   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\modules\if_ppp.c
1246   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\modules\ppp.c
1247   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\modules\ppp_ahdlc.c
1248   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\modules\ppp_comp.c
1249   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\modules\ppp_mod.h
1250   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\modules\vjcompress.c
1251   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\auth.c
1252   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\cbcp.c
1253   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\cbcp.h
1254   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\ccp.c
1255   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\ccp.h
1256   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\chap-md5.c
1257   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\chap-md5.h
1258   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\chap-new.c
1259   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\chap-new.h
1260   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\chap_ms.c
1261   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\chap_ms.h
1262   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\demand.c
1263   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\eap.c
1264   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\eap.h
1265   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\ecp.c
1266   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\ecp.h
1267   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\eui64.c
1268   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\eui64.h
1269   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\fsm.c
1270   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\fsm.h
1271   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\ipcp.c
1272   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\ipcp.h
1273   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\ipv6cp.c
1274   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\ipv6cp.h
1275   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\ipxcp.c
1276   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\ipxcp.h
1277   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\lcp.c
1278   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\lcp.h
1279   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\magic.c
1280   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\magic.h
1281   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\main.c
1282   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\Makefile.linux
1283   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\Makefile.sol2
1284   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\md4.c
1285   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\md4.h
```

```
1286    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\md5.h
1287    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\md5.h
1288    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\multilink.c
1289    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\options.c
1290    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\patchlevel.h
1291    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\pathnames.h
1292    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins
1293    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\ppp.pam
1294    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\pppcrypt.c
1295    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\pppcrypt.h
1296    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\pppd.8
1297    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\pppd.h
1298    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\sha1.c
1299    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\sha1.h
1300    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\spinlock.c
1301    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\spinlock.h
1302    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\srp-entry.8
1303    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\srp-entry.c
1304    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\sys-linux.c
1305    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\sys-solaris.c
1306    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\tdb.c
1307    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\tdb.h
1308    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\tty.c
1309    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\upap.c
1310    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\upap.h
1311    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\utils.c
1312    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\Makefile.linux
1313    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\Makefile.sol2
1314    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\minconn.c
1315    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\passprompt.c
1316    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\passwordfd.c
1317    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\pppoatm
1318    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius
1319    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\rp-pppoe
1320    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\winbind.c
1321    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\pppoatm\ans.c
1322    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\pppoatm\atm.h
1323    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\pppoatm\atmres.h
1324    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\pppoatm\atmsap.h
1325    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\pppoatm\COPYING
1326    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\pppoatm\Makefile.linux
1327    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\pppoatm\misc.c
1328    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\pppoatm\pppoatm.c
1329    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\pppoatm\text2atm.c
1330    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\pppoatm\text2qos.c
1331    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\avpair.c
1332    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\buildreq.c
1333    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\clientid.c
1334    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\config.c
1335    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\COPYRIGHT
1336    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\dict.c
1337    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\etc
1338    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\includes.h
1339    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\ip_util.c
1340    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\lock.c
1341    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\Makefile.linux
1342    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\md5.c
1343    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\options.h
1344    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\pathnames.h
1345    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\pppd-radattr.8
1346    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\pppd-radius.8
1347    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\radattr.c
1348    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\radius.c
1349    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\radiusclient.h
1350    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\radrealms.c
1351    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\sendserver.c
1352    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\util.c
1353    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\etc\dictionary
1354    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\etc\dictionary.ascend
```

```
1355   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\etc\dictionary.merit
1356   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\etc\dictionary.merit
1357   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\etc\dictionary.microsoft
1358   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\etc\issue
1359   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\etc\port-id-map
1360   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\etc\radiusclient.conf
1361   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\etc\radiusclient.conf.in
1362   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\etc\realms
1363   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\radius\etc\servers
1364   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\rp-pppoe\common.c
1365   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\rp-pppoe\config.h
1366   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\rp-pppoe\debug.c
1367   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\rp-pppoe\discovery.c
1368   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\rp-pppoe\if.c
1369   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\rp-pppoe\Makefile.linux
1370   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\rp-pppoe\plugin.c
1371   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\rp-pppoe\pppoe-discovery.c
1372   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppd\plugins\rp-pppoe\pppoe.h
1373   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppdump\bsd-comp.c
1374   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppdump\deflate.c
1375   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppdump\Makefile.linux
1376   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppdump\Makefile.sol2
1377   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppdump\ppp-comp.h
1378   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppdump\pppdump.8
1379   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppdump\pppdump.c
1380   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppdump\zlib.c
1381   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppdump\zlib.h
1382   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppstats\Makefile.linux
1383   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppstats\Makefile.sol2
1384   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppstats\pppstats.8
1385   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\pppstats\pppstats.c
1386   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\autopppd
1387   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\callback
1388   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\chat-callback
1389   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\chatchat
1390   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\ip-down
1391   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\ip-down.local.add
1392   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\ip-up
1393   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\ip-up.local.add
1394   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\ipv6-down.sample
1395   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\ipv6-up.sample
1396   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\options-rsh-loc
1397   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\options-rsh-rem
1398   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\options-ssh-loc
1399   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\options-ssh-rem
1400   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\plog
1401   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\poff
1402   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\pon
1403   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\pon.1
1404   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\ppp-off
1405   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\ppp-on
1406   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\ppp-on-dialer
1407   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\ppp-on-rsh
1408   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\ppp-on-ssh
1409   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\README
1410   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\redialer
1411   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\secure-card
1412   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\chatchat\chatchat.c
1413   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\scripts\chatchat\README
1414   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\Makedefs
1415   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\Makedefs.gcc
1416   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\Makedefs.sol2
1417   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\Makefile.sol2
1418   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\Makefile.sol2-64
1419   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\Makefile.sol2-64x
1420   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\Makefile.sol2gcc
1421   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\Makefile.sol2gcc-64
1422   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\Makefile.sol2gcc-64x
1423   GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\Makefile.top
```

```
1424    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris
1425    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\ppp.conf
1426    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\ppp_ahdlc.c
1427    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\ppp_ahdlc_mod.c
1428    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\ppp_comp.c
1429    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\ppp_comp_mod.c
1430    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\ppp_mod.c
1431    GPL.UBNT.v6.1.7\openwrt\package\ppp\src\solaris\ppp_mod.h
1432    GPL.UBNT.v6.1.7\openwrt\package\pptp\files
1433    GPL.UBNT.v6.1.7\openwrt\package\pptp\Makefile
1434    GPL.UBNT.v6.1.7\openwrt\package\pptp\files\options.pptp
1435    GPL.UBNT.v6.1.7\openwrt\package\pptp\files\pptp.sh
1436    GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files
1437    GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\Makefile
1438    GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\etc
1439    GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\usr
1440    GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\etc\config
1441    GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\etc\hotplug.d
1442    GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\etc\init.d
1443    GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\etc\config\qos
1444    GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\etc\hotplug.d\iface
1445    GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\etc\hotplug.d\iface\10-qos
1446    GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\etc\init.d\qos
1447    GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\usr\bin
1448    GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\usr\lib
1449    GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\usr\bin\qos-start
1450    GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\usr\bin\qos-stat
1451    GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\usr\bin\qos-stop
1452    GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\usr\lib\qos
1453    GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\usr\lib\qos\generate.sh
1454    GPL.UBNT.v6.1.7\openwrt\package\qos-scripts\files\usr\lib\qos\tcrules.awk
1455    GPL.UBNT.v6.1.7\openwrt\package\radvd\files
1456    GPL.UBNT.v6.1.7\openwrt\package\radvd\Makefile
1457    GPL.UBNT.v6.1.7\openwrt\package\radvd\patches
1458    GPL.UBNT.v6.1.7\openwrt\package\radvd\files\radvd.config
1459    GPL.UBNT.v6.1.7\openwrt\package\radvd\files\radvd.init
1460    GPL.UBNT.v6.1.7\openwrt\package\radvd\patches\001-fix_avr32_compile
1461    GPL.UBNT.v6.1.7\openwrt\package\radvd\patches\002-no_libfl.patch
1462    GPL.UBNT.v6.1.7\openwrt\package\radvd\patches\003-linux_old_compat.patch
1463    GPL.UBNT.v6.1.7\openwrt\package\radvd\patches\005-no-daemon.patch
1464    GPL.UBNT.v6.1.7\openwrt\package\radvd\patches\010-nofail-conf-permitions.patch
1465    GPL.UBNT.v6.1.7\openwrt\package\radvd\patches\012-nofail-ipv6-forwarding.patch
1466    GPL.UBNT.v6.1.7\openwrt\package\robocfg\Makefile
1467    GPL.UBNT.v6.1.7\openwrt\package\robocfg\src
1468    GPL.UBNT.v6.1.7\openwrt\package\robocfg\src\etc53xx.h
1469    GPL.UBNT.v6.1.7\openwrt\package\robocfg\src\Makefile
1470    GPL.UBNT.v6.1.7\openwrt\package\robocfg\src\robocfg.c
1471    GPL.UBNT.v6.1.7\openwrt\package\rt2570\Makefile
1472    GPL.UBNT.v6.1.7\openwrt\package\siit\Makefile
1473    GPL.UBNT.v6.1.7\openwrt\package\siit\src
1474    GPL.UBNT.v6.1.7\openwrt\package\siit\src\Makefile
1475    GPL.UBNT.v6.1.7\openwrt\package\siit\src\siit.c
1476    GPL.UBNT.v6.1.7\openwrt\package\siit\src\siit.h
1477    GPL.UBNT.v6.1.7\openwrt\package\spi-ks8995\Makefile
1478    GPL.UBNT.v6.1.7\openwrt\package\spi-ks8995\src
1479    GPL.UBNT.v6.1.7\openwrt\package\spi-ks8995\src\Kconfig
1480    GPL.UBNT.v6.1.7\openwrt\package\spi-ks8995\src\Makefile
1481    GPL.UBNT.v6.1.7\openwrt\package\spi-ks8995\src\spi_ks8995.c
1482    GPL.UBNT.v6.1.7\openwrt\package\swconfig\files
1483    GPL.UBNT.v6.1.7\openwrt\package\swconfig\Makefile
1484    GPL.UBNT.v6.1.7\openwrt\package\swconfig\src
1485    GPL.UBNT.v6.1.7\openwrt\package\swconfig\files\switch.sh
1486    GPL.UBNT.v6.1.7\openwrt\package\swconfig\src\cli.c
1487    GPL.UBNT.v6.1.7\openwrt\package\swconfig\src\Makefile
1488    GPL.UBNT.v6.1.7\openwrt\package\swconfig\src\swlib.c
1489    GPL.UBNT.v6.1.7\openwrt\package\swconfig\src\swlib.h
1490    GPL.UBNT.v6.1.7\openwrt\package\swconfig\src\uci.c
1491    GPL.UBNT.v6.1.7\openwrt\package\switch\files
1492    GPL.UBNT.v6.1.7\openwrt\package\switch\Makefile
```

```
1493   GPL.UBNT.v6.1.7\openwrt\package\switch\files
1494   GPL.UBNT.v6.1.7\openwrt\package\switch\files\switch.sh
1495   GPL.UBNT.v6.1.7\openwrt\package\switch\src\etc53xx.h
1496   GPL.UBNT.v6.1.7\openwrt\package\switch\src\gpio-bcm947xx.h
1497   GPL.UBNT.v6.1.7\openwrt\package\switch\src\gpio.h
1498   GPL.UBNT.v6.1.7\openwrt\package\switch\src\Makefile
1499   GPL.UBNT.v6.1.7\openwrt\package\switch\src\switch-adm.c
1500   GPL.UBNT.v6.1.7\openwrt\package\switch\src\switch-core.c
1501   GPL.UBNT.v6.1.7\openwrt\package\switch\src\switch-core.h
1502   GPL.UBNT.v6.1.7\openwrt\package\switch\src\switch-robo.c
1503   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files
1504   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\Makefile
1505   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\patches
1506   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board
1507   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\common
1508   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu
1509   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\drivers
1510   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include
1511   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap
1512   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_generic
1513   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\net
1514   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\tools
1515   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube
1516   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\config.mk
1517   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\danube.c
1518   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings.h
1519   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings_111.h
1520   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings_166.h
1521   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings_e111.h
1522   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings_e166.h
1523   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings_PROMOSDDR40
       0.h
1524   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings_psc_166.h
1525   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings_r111.h
1526   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings_r166.h
1527   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\ddr_settings_Samsung_166
       .h
1528   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\flash.c
1529   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\lowlevel_init.S
1530   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\Makefile
1531   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\pmuenable.S
1532   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\README
1533   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\u-boot-bootstrap.lds
1534   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\board\danube\u-boot.lds
1535   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\common\flash_danube.c
1536   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips
1537   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube
1538   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\asc_serial.c
1539   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\asc_serial.h
1540   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\au1x00_eth.c
1541   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\au1x00_serial.c
1542   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\au1x00_usb_ohci.c
1543   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\au1x00_usb_ohci.h
1544   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\cache.S
1545   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\config.mk
1546   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\cpu.c
1547   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\ifx_asc.c
1548   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\ifx_cache.S
1549   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\ifx_cgu.c
1550   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\ifx_cgu.h
1551   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\ifx_clock.c
1552   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\ifx_cpu.c
1553   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\ifx_start.S
1554   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\incaip_clock.c
1555   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\incaip_wdt.S
1556   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\interrupts.c
1557   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\Makefile
1558   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\start.S
1559   GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\cpu\mips\danube\start_bootstrap.S
```

```
1560    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include\asm-mips
1561    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include\asm-mips
1562    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include\boot.h
1563    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include\configs
1564    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include\LzmaWrapper.h
1565    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include\asm-mips\danube.h
1566    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include\asm-mips\errno.h
1567    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include\asm-mips\ifx_asc.h
1568    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include\asm-mips\inca-ip2.h
1569    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include\asm-mips\pinstrap.h
1570    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include\asm-mips\romconfig.h
1571    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include\configs\danube.h
1572    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include\configs\ifx_cfg.h
1573    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\include\configs\ifx_extra_env.h
1574    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\bootstrap_board_danube.
        c
1575    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\console.c
1576    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\crc32.c
1577    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\ctype.c
1578    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\devices.c
1579    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\display_options.c
1580    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\lists.c
1581    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\LzmaDecode.c
1582    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\LzmaDecode.h
1583    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\LzmaTypes.h
1584    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\LzmaWrapper.c
1585    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\Makefile
1586    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\string.c
1587    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\time.c
1588    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_bootstrap\vsprintf.c
1589    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_generic\LzmaDecode.c
1590    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_generic\LzmaDecode.h
1591    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_generic\LzmaTypes.h
1592    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\lib_generic\LzmaWrapper.c
1593    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\net\ifx_eth.c
1594    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\net\net_danube.c
1595    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\net\nfs_danube.c
1596    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\net\tftp_danube.c
1597    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\tools\crc32_danube.c
1598    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\files\tools\environment_danube.c
1599    GPL.UBNT.v6.1.7\openwrt\package\uboot-ifxmips\patches\100-ifx.patch
1600    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\Makefile
1601    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src
1602    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\bsdqueue.h
1603    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\cryptodev.h
1604    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\hmachack.h
1605    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\Makefile
1606    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\md5.c
1607    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\md5.h
1608    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\ocf-compat.h
1609    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\openbsd
1610    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\sha1.c
1611    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\sha1.h
1612    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\ubsecreg.h
1613    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\ubsecvar.h
1614    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\ubsec_ssb.c
1615    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\uio.h
1616    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\openbsd\ubsec.c
1617    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\openbsd\ubsecreg.h
1618    GPL.UBNT.v6.1.7\openwrt\package\ubsec_ssb\src\openbsd\ubsecvar.h
1619    GPL.UBNT.v6.1.7\openwrt\package\uci\files
1620    GPL.UBNT.v6.1.7\openwrt\package\uci\Makefile
1621    GPL.UBNT.v6.1.7\openwrt\package\uci\files\lib
1622    GPL.UBNT.v6.1.7\openwrt\package\uci\files\lib\config
1623    GPL.UBNT.v6.1.7\openwrt\package\uci\files\lib\config\uci.sh
1624    GPL.UBNT.v6.1.7\openwrt\package\udev\files
1625    GPL.UBNT.v6.1.7\openwrt\package\udev\Makefile
1626    GPL.UBNT.v6.1.7\openwrt\package\udev\patches
1627    GPL.UBNT.v6.1.7\openwrt\package\udev\udevextras-config.in
```

```
1628    GPL.UBNT.v6.1.7\openwrt\package\udev\patches\70-12pt-cmds.patch
1629    GPL.UBNT.v6.1.7\openwrt\package\udev\patches\001-no_debug.patch
1630    GPL.UBNT.v6.1.7\openwrt\package\udev\patches\002-udevtrigger_no_config.patch
1631    GPL.UBNT.v6.1.7\openwrt\package\udev\patches\003-portability.patch
1632    GPL.UBNT.v6.1.7\openwrt\package\udev\patches\901-cve-2009-1185.patch
1633    GPL.UBNT.v6.1.7\openwrt\package\usb-modeswitch\files
1634    GPL.UBNT.v6.1.7\openwrt\package\usb-modeswitch\Makefile
1635    GPL.UBNT.v6.1.7\openwrt\package\usb-modeswitch\files\modeswitch.hotplug
1636    GPL.UBNT.v6.1.7\openwrt\package\usb-modeswitch-data\Makefile
1637    GPL.UBNT.v6.1.7\openwrt\package\util-linux-ng\Makefile
1638    GPL.UBNT.v6.1.7\openwrt\package\util-linux-ng\patches
1639    GPL.UBNT.v6.1.7\openwrt\package\util-linux-ng\patches\001-cris_avr32_label.patch
1640    GPL.UBNT.v6.1.7\openwrt\package\w1-gpio-custom\Makefile
1641    GPL.UBNT.v6.1.7\openwrt\package\w1-gpio-custom\src
1642    GPL.UBNT.v6.1.7\openwrt\package\w1-gpio-custom\src\Kconfig
1643    GPL.UBNT.v6.1.7\openwrt\package\w1-gpio-custom\src\Makefile
1644    GPL.UBNT.v6.1.7\openwrt\package\w1-gpio-custom\src\w1-gpio-custom.c
1645    GPL.UBNT.v6.1.7\openwrt\package\wireless-tools\Makefile
1646    GPL.UBNT.v6.1.7\openwrt\package\wireless-tools\patches
1647    GPL.UBNT.v6.1.7\openwrt\package\wireless-tools\patches\001-debian.patch
1648    GPL.UBNT.v6.1.7\openwrt\package\wireless-tools\patches\010-wireless-max-frequencies.patch
1649    GPL.UBNT.v6.1.7\openwrt\package\wireless-tools\patches\020-always-respect-e2big.patch
1650    GPL.UBNT.v6.1.7\openwrt\package\wireless-tools\patches\030-iwevent-in-iwmulticall.patch
1651    GPL.UBNT.v6.1.7\openwrt\package\wireless-tools\patches\050-oui-check-logic.patch
1652    GPL.UBNT.v6.1.7\openwrt\package\wireless-tools\patches\060-scan-progress.patch
1653    GPL.UBNT.v6.1.7\openwrt\package\wireless-tools\patches\070-unaligned-pointer-fix.patch
1654    GPL.UBNT.v6.1.7\openwrt\package\wireless-tools\patches\40-iwevent-syslog.patch
1655    GPL.UBNT.v6.1.7\openwrt\package\wireless-tools\patches\41-hide-scan-complete.patch
1656    GPL.UBNT.v6.1.7\openwrt\package\wireless-tools\patches\50-giwscan-timeout.patch
1657    GPL.UBNT.v6.1.7\openwrt\package\wpa_supplicant\config
1658    GPL.UBNT.v6.1.7\openwrt\package\wpa_supplicant\Config.in
1659    GPL.UBNT.v6.1.7\openwrt\package\wpa_supplicant\files
1660    GPL.UBNT.v6.1.7\openwrt\package\wpa_supplicant\Makefile
1661    GPL.UBNT.v6.1.7\openwrt\package\wpa_supplicant\patches
1662    GPL.UBNT.v6.1.7\openwrt\package\wpa_supplicant\files\wpa_supplicant.sh
1663    GPL.UBNT.v6.1.7\openwrt\package\wpa_supplicant\patches\100-timestamp_check.patch
1664    GPL.UBNT.v6.1.7\openwrt\package\wpa_supplicant\patches\110-roaming.patch
1665    GPL.UBNT.v6.1.7\openwrt\package\wpa_supplicant\patches\120-ssid_scan.patch
1666    GPL.UBNT.v6.1.7\openwrt\package\wpa_supplicant\patches\130-scanning.patch
1667    GPL.UBNT.v6.1.7\openwrt\package\wpa_supplicant\patches\140-quality.patch
1668    GPL.UBNT.v6.1.7\openwrt\package\wprobe\files
1669    GPL.UBNT.v6.1.7\openwrt\package\wprobe\Makefile
1670    GPL.UBNT.v6.1.7\openwrt\package\wprobe\src
1671    GPL.UBNT.v6.1.7\openwrt\package\wprobe\files\wprobe.config
1672    GPL.UBNT.v6.1.7\openwrt\package\wprobe\files\wprobe.init
1673    GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\exporter
1674    GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\filter
1675    GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\kernel
1676    GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\Makefile.inc
1677    GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\user
1678    GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\exporter\Makefile
1679    GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\exporter\wprobe-export.c
1680    GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\exporter\wprobe-export.h
1681    GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\filter\gen_filter.pl
1682    GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\filter\pfc.c
1683    GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\filter\README.txt
1684    GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\kernel\linux
1685    GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\kernel\Makefile
1686    GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\kernel\wprobe-core.c
1687    GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\kernel\wprobe-dummy.c
1688    GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\kernel\linux\math64.h
1689    GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\kernel\linux\wprobe.h
1690    GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\user\list.h
1691    GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\user\Makefile
1692    GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\user\wprobe-lib.c
1693    GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\user\wprobe-util.c
1694    GPL.UBNT.v6.1.7\openwrt\package\wprobe\src\user\wprobe.h
1695    GPL.UBNT.v6.1.7\openwrt\package\wrt55agv2-spidevs\Makefile
1696    GPL.UBNT.v6.1.7\openwrt\package\wrt55agv2-spidevs\src
```

```
1697   GPL.UBNT.v6.1.7\openwrt\package\wrt55agv2-spidevs\Makefile
1698   GPL.UBNT.v6.1.7\openwrt\package\wrt55agv2-spidevs\src\Makefile
1699   GPL.UBNT.v6.1.7\openwrt\package\wrt55agv2-spidevs\src\wrt55agv2_spidevs.c
1700   GPL.UBNT.v6.1.7\openwrt\package\yamonenv\Makefile
1701   GPL.UBNT.v6.1.7\openwrt\package\yamonenv\patches
1702   GPL.UBNT.v6.1.7\openwrt\package\yamonenv\patches\001-yamonenv_mtd_partition.patch
1703   GPL.UBNT.v6.1.7\openwrt\package\zlib\Makefile
1704   GPL.UBNT.v6.1.7\openwrt\package\zlib\patches
1705   GPL.UBNT.v6.1.7\openwrt\package\zlib\patches\l00-cross-compile.patch
1706   GPL.UBNT.v6.1.7\openwrt\scripts\abs2rel.pl
1707   GPL.UBNT.v6.1.7\openwrt\scripts\adam2flash-502T.pl
1708   GPL.UBNT.v6.1.7\openwrt\scripts\adam2flash-fritzbox.pl
1709   GPL.UBNT.v6.1.7\openwrt\scripts\adam2flash.pl
1710   GPL.UBNT.v6.1.7\openwrt\scripts\arm-magic.sh
1711   GPL.UBNT.v6.1.7\openwrt\scripts\combined-image.sh
1712   GPL.UBNT.v6.1.7\openwrt\scripts\config
1713   GPL.UBNT.v6.1.7\openwrt\scripts\config.guess
1714   GPL.UBNT.v6.1.7\openwrt\scripts\config.sub
1715   GPL.UBNT.v6.1.7\openwrt\scripts\download.pl
1716   GPL.UBNT.v6.1.7\openwrt\scripts\env
1717   GPL.UBNT.v6.1.7\openwrt\scripts\feeds
1718   GPL.UBNT.v6.1.7\openwrt\scripts\flash.sh
1719   GPL.UBNT.v6.1.7\openwrt\scripts\getver.sh
1720   GPL.UBNT.v6.1.7\openwrt\scripts\ipkg
1721   GPL.UBNT.v6.1.7\openwrt\scripts\ipkg-make-index.sh
1722   GPL.UBNT.v6.1.7\openwrt\scripts\kconfig.pl
1723   GPL.UBNT.v6.1.7\openwrt\scripts\localmirrors
1724   GPL.UBNT.v6.1.7\openwrt\scripts\make-ipkg-dir.sh
1725   GPL.UBNT.v6.1.7\openwrt\scripts\md5sum
1726   GPL.UBNT.v6.1.7\openwrt\scripts\metadata.pl
1727   GPL.UBNT.v6.1.7\openwrt\scripts\metadata.pm
1728   GPL.UBNT.v6.1.7\openwrt\scripts\patch-kernel.sh
1729   GPL.UBNT.v6.1.7\openwrt\scripts\quiltrc
1730   GPL.UBNT.v6.1.7\openwrt\scripts\rstrip.sh
1731   GPL.UBNT.v6.1.7\openwrt\scripts\slugimage.pl
1732   GPL.UBNT.v6.1.7\openwrt\scripts\timestamp.pl
1733   GPL.UBNT.v6.1.7\openwrt\scripts\config\.gitignore
1734   GPL.UBNT.v6.1.7\openwrt\scripts\config\conf.c
1735   GPL.UBNT.v6.1.7\openwrt\scripts\config\confdata.c
1736   GPL.UBNT.v6.1.7\openwrt\scripts\config\expr.c
1737   GPL.UBNT.v6.1.7\openwrt\scripts\config\expr.h
1738   GPL.UBNT.v6.1.7\openwrt\scripts\config\kconfig_load.c
1739   GPL.UBNT.v6.1.7\openwrt\scripts\config\lex.backup
1740   GPL.UBNT.v6.1.7\openwrt\scripts\config\lex.zconf.c_shipped
1741   GPL.UBNT.v6.1.7\openwrt\scripts\config\lkc.h
1742   GPL.UBNT.v6.1.7\openwrt\scripts\config\lkc_proto.h
1743   GPL.UBNT.v6.1.7\openwrt\scripts\config\lxdialog
1744   GPL.UBNT.v6.1.7\openwrt\scripts\config\Makefile
1745   GPL.UBNT.v6.1.7\openwrt\scripts\config\mconf.c
1746   GPL.UBNT.v6.1.7\openwrt\scripts\config\menu.c
1747   GPL.UBNT.v6.1.7\openwrt\scripts\config\README
1748   GPL.UBNT.v6.1.7\openwrt\scripts\config\symbol.c
1749   GPL.UBNT.v6.1.7\openwrt\scripts\config\util.c
1750   GPL.UBNT.v6.1.7\openwrt\scripts\config\zconf.gperf
1751   GPL.UBNT.v6.1.7\openwrt\scripts\config\zconf.hash.c_shipped
1752   GPL.UBNT.v6.1.7\openwrt\scripts\config\zconf.l
1753   GPL.UBNT.v6.1.7\openwrt\scripts\config\zconf.tab.c_shipped
1754   GPL.UBNT.v6.1.7\openwrt\scripts\config\zconf.y
1755   GPL.UBNT.v6.1.7\openwrt\scripts\config\lxdialog\check-lxdialog.sh
1756   GPL.UBNT.v6.1.7\openwrt\scripts\config\lxdialog\checklist.c
1757   GPL.UBNT.v6.1.7\openwrt\scripts\config\lxdialog\colors.h
1758   GPL.UBNT.v6.1.7\openwrt\scripts\config\lxdialog\dialog.h
1759   GPL.UBNT.v6.1.7\openwrt\scripts\config\lxdialog\inputbox.c
1760   GPL.UBNT.v6.1.7\openwrt\scripts\config\lxdialog\lxdialog.c
1761   GPL.UBNT.v6.1.7\openwrt\scripts\config\lxdialog\Makefile
1762   GPL.UBNT.v6.1.7\openwrt\scripts\config\lxdialog\menubox.c
1763   GPL.UBNT.v6.1.7\openwrt\scripts\config\lxdialog\msgbox.c
1764   GPL.UBNT.v6.1.7\openwrt\scripts\config\lxdialog\textbox.c
1765   GPL.UBNT.v6.1.7\openwrt\scripts\config\lxdialog\util.c
```

```
1766   GPL.UBNT.v6.1.7\openwrt\target\Config.in
1767   GPL.UBNT.v6.1.7\openwrt\target\Config.in
1768   GPL.UBNT.v6.1.7\openwrt\target\imagebuilder
1769   GPL.UBNT.v6.1.7\openwrt\target\linux
1770   GPL.UBNT.v6.1.7\openwrt\target\Makefile
1771   GPL.UBNT.v6.1.7\openwrt\target\sdk
1772   GPL.UBNT.v6.1.7\openwrt\target\imagebuilder\Config.in
1773   GPL.UBNT.v6.1.7\openwrt\target\imagebuilder\files
1774   GPL.UBNT.v6.1.7\openwrt\target\imagebuilder\Makefile
1775   GPL.UBNT.v6.1.7\openwrt\target\imagebuilder\files\Makefile
1776   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120
1777   GPL.UBNT.v6.1.7\openwrt\target\linux\ar7
1778   GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx
1779   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x
1780   GPL.UBNT.v6.1.7\openwrt\target\linux\atheros
1781   GPL.UBNT.v6.1.7\openwrt\target\linux\au1000
1782   GPL.UBNT.v6.1.7\openwrt\target\linux\avr32
1783   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4
1784   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx
1785   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4
1786   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6
1787   GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips
1788   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx
1789   GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox
1790   GPL.UBNT.v6.1.7\openwrt\target\linux\Makefile
1791   GPL.UBNT.v6.1.7\openwrt\target\linux\ppc40x
1792   GPL.UBNT.v6.1.7\openwrt\target\linux\ppc44x
1793   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532
1794   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc
1795   GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt
1796   GPL.UBNT.v6.1.7\openwrt\target\linux\uml
1797   GPL.UBNT.v6.1.7\openwrt\target\linux\x86
1798   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\base-files
1799   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files
1800   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image
1801   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\Makefile
1802   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches
1803   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_be
1804   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_le
1805   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\base-files\etc
1806   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\base-files\lib
1807   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\base-files\etc\diag.sh
1808   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\base-files\etc\preinit.arch
1809   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\base-files\lib\adm5120.sh
1810   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\base-files\lib\upgrade
1811   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\base-files\lib\upgrade\platform.sh
1812   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch
1813   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers
1814   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include
1815   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips
1816   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120
1817   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\pci
1818   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\cellvision
1819   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common
1820   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\compex
1821   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\edimax
1822   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\infineon
1823   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\Kconfig
1824   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik
1825   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\motorola
1826   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\prom
1827   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\zyxel
1828   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\cellvision\cas-771.c
1829   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\cellvision\cellvisio
       n.c
1830   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\cellvision\cellvisio
       n.h
1831   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\cellvision\Makefile
1832   GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\cellvision\nfs-101.c
```

```
1833  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120.c
1834  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common\board.c
1835  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common\clock.c
1836  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common\gpio.c
1837  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common\irq.c
1838  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common\Makefile
1839  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common\memory.c
1840  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common\platform.c
1841  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common\prom.c
1842  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\common\setup.c
1843  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\compex\compex.c
1844  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\compex\compex.h
1845  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\compex\Makefile
1846  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\compex\np27g.c
1847  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\compex\np28g.c
1848  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\compex\wp54.c
1849  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\edimax\br-6104k.c
1850  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\edimax\br-6104kp.c
1851  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\edimax\br-61x4wg.c
1852  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\edimax\br-61xx.c
1853  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\edimax\br-61xx.h
1854  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\edimax\Makefile
1855  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\infineon\easy5120-rt.c
1856  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\infineon\easy5120-wvoip.c
1857  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\infineon\easy5120p-ata.c
1858  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\infineon\easy83000.c
1859  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\infineon\infineon.c
1860  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\infineon\infineon.h
1861  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\infineon\Makefile
1862  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik\Makefile
1863  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik\rb-11x.c
1864  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik\rb-133.c
1865  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik\rb-133c.c
1866  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik\rb-150.c
1867  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik\rb-153.c
1868  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik\rb-192.c
1869  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik\rb-1xx.c
1870  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\mikrotik\rb-1xx.h
1871  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\motorola\Makefile
1872  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\motorola\pmugw.c
1873  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\prom\admboot.c
1874  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\prom\bootbase.c
1875  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\prom\cfe.c
1876  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\prom\generic.c
1877  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\prom\Makefile
1878  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\prom\myloader.c
1879  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\prom\prom_read.h
1880  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\prom\routerboot.c
1881  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\zyxel\Makefile
1882  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\zyxel\p-334wt.c
1883  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\zyxel\p-335.c
1884  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\zyxel\p-33x.c
1885  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\adm5120\zyxel\p-33x.h
1886  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\arch\mips\pci\pci-adm5120.c
1887  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\ata
1888  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\leds
1889  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\mtd
1890  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\net
1891  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\usb
1892  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\watchdog
1893  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\ata\pata_rb153_cf.c
1894  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\leds\ledtrig-adm5120-switch.c
1895  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\mtd\maps
1896  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\mtd\myloader.c
1897  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\mtd\trxsplit.c
1898  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\mtd\maps\adm5120-flash.c
```

```
1899    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\net\adm5120sw.h
1900    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\usb\host
1901    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\usb\host\adm5120-dbg.c
1902    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\usb\host\adm5120-dbg.c
1903    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\usb\host\adm5120-drv.c
1904    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\usb\host\adm5120-hcd.c
1905    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\usb\host\adm5120-hub.c
1906    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\usb\host\adm5120-mem.c
1907    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\usb\host\adm5120-pm.c
1908    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\usb\host\adm5120-q.c
1909    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\usb\adm5120.h
1910    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\drivers\watchdog\adm5120_wdt.c
1911    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips
1912    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120
1913    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\adm5120_
        board.h
1914    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\adm5120_
        defs.h
1915    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\adm5120_
        info.h
1916    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\adm5120_
        intc.h
1917    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\adm5120_
        mpmc.h
1918    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\adm5120_
        nand.h
1919    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\adm5120_
        platform.h
1920    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\adm5120_
        switch.h
1921    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\adm5120_
        uart.h
1922    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\asm
1923    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\cpu-feat
        ure-overrides.h
1924    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\gpio.h
1925    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\irq.h
1926    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\prom
1927    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\war.h
1928    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\asm\size
        s.h
1929    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\prom\adm
        boot.h
1930    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\prom\cfe
        .h
1931    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\prom\gen
        eric.h
1932    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\prom\myl
        oader.h
1933    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\prom\rou
        terboot.h
1934    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\files\include\asm-mips\mach-adm5120\prom\zyn
        os.h
1935    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader
1936    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\Makefile
1937    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\router_be.mk
1938    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\router_le.mk
1939    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\Makefile
1940    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\src
1941    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\src\board.c
1942    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\src\config.h
1943    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\src\decompress.c
1944    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\src\head.S
1945    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\src\loader.lds
1946    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\src\lzma-data.lds
1947    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\src\LzmaDecode.c
1948    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\src\LzmaDecode.h
1949    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\src\LzmaTypes.h
1950    GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\src\Makefile
```

```
1951  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\src\printf.h
1952  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\src\printf.h
1953  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\image\lzma-loader\src\README
1954  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\001-adm5120.patch
1955  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\002-adm5120_flash.patch
1956  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\003-adm5120_switch.patch
1957  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\005-adm5120_usb.patch
1958  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\007-adm5120_pci.patch
1959  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\009-adm5120_leds_switch_trigger.patc
      h
1960  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\100-mtd_myloder_partition_parser.pat
      ch
1961  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\101-cfi_fixup_macronix_bootloc.patch
1962  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\102-jedec_pmc_39lvxxx_chips.patch
1963  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\103-mtd_trxsplit.patch
1964  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\120-rb153_cf_driver.patch
1965  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\140-cmdline_hack.patch
1966  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\200-amba_pl010_hacks.patch
1967  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\201-amba_bus_hacks.patch
1968  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\202-pci_disable_common_quirks.patch
1969  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\203-gpio_leds_brightness.patch
1970  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\patches\310-adm5120_wdt.patch
1971  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_be\config-default
1972  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_be\profiles
1973  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_be\target.mk
1974  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_be\profiles\010-Generic.mk
1975  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_be\profiles\200-ZyXEL.mk
1976  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_le\base-files
1977  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_le\config-default
1978  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_le\profiles
1979  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_le\target.mk
1980  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_le\base-files\sbin
1981  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_le\base-files\sbin\wget2nand
1982  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_le\profiles\010-Generic.mk
1983  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_le\profiles\Cellvision.mk
1984  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_le\profiles\Compex.mk
1985  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_le\profiles\Edimax.mk
1986  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_le\profiles\Infineon.mk
1987  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_le\profiles\Motorola.mk
1988  GPL.UBNT.v6.1.7\openwrt\target\linux\adm5120\router_le\profiles\RB1xx.mk
1989  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\base-files
1990  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\base-files.mk
1991  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\config-default
1992  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files
1993  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\image
1994  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\Makefile
1995  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\patches
1996  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\profiles
1997  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\src
1998  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\base-files\etc
1999  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\base-files\etc\config
2000  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\base-files\etc\diag.sh
2001  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\base-files\etc\init.d
2002  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\base-files\etc\config\network
2003  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\base-files\etc\init.d\adam2
2004  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\arch
2005  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\drivers
2006  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\include
2007  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\arch\mips
2008  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\arch\mips\ar7
2009  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\arch\mips\ar7\clock.c
2010  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\arch\mips\ar7\gpio.c
2011  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\arch\mips\ar7\irq.c
2012  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\arch\mips\ar7\Makefile
2013  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\arch\mips\ar7\memory.c
2014  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\arch\mips\ar7\platform.c
2015  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\arch\mips\ar7\prom.c
2016  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\arch\mips\ar7\setup.c
2017  GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\arch\mips\ar7\time.c
```

```
2018    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\drivers\leds
2019    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\drivers\mtd
2020    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\drivers\vlynq
2021    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\drivers\char\ar7_gpio.c
2022    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\drivers\char\watchdog
2023    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\drivers\char\watchdog\ar7_wdt.c
2024    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\drivers\mtd\ar7part.c
2025    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\drivers\vlynq\Kconfig
2026    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\drivers\vlynq\Makefile
2027    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\drivers\vlynq\vlynq.c
2028    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\include\asm-mips
2029    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\include\linux
2030    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\include\asm-mips\ar7
2031    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\include\asm-mips\ar7\ar7.h
2032    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\include\asm-mips\ar7\gpio.h
2033    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\include\asm-mips\ar7\irq.h
2034    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\include\asm-mips\ar7\prom.h
2035    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\include\asm-mips\ar7\spaces.h
2036    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\include\asm-mips\ar7\war.h
2037    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\files\include\linux\vlynq.h
2038    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\image\Makefile
2039    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\patches\100-board_support.patch
2040    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\patches\110-flash.patch
2041    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\patches\120-gpio_chrdev.patch
2042    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\patches\130-vlynq.patch
2043    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\patches\150-cpmac_not_broken.patch
2044    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\patches\200-mtd_fixes.patch
2045    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\patches\500-serial_kludge.patch
2046    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\patches\900-cpmac_multiqueue.patch
2047    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\patches\900-temporary_cpmac_hack.diff
2048    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\profiles\100-Annex-A.mk
2049    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\profiles\110-Annex-B.mk
2050    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\profiles\200-Texas.mk
2051    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\profiles\210-None.mk
2052    GPL.UBNT.v6.1.7\openwrt\target\linux\ar7\src\adam2patcher.c
2053    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\base-files
2054    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\config-default
2055    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files
2056    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\image
2057    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\Makefile
2058    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches
2059    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\base-files\sbin
2060    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\base-files\sbin\wget2nand
2061    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch
2062    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers
2063    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include
2064    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips
2065    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx
2066    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\fw
2067    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\pci
2068    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\ar71xx.c
2069    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\gpio.c
2070    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\irq.c
2071    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\Kconfig
2072    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\mach-generic.c
2073    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\mach-rb-4xx.c
2074    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\mach-wp543.c
2075    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\Makefile
2076    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\platform.c
2077    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\prom.c
2078    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\ar71xx\setup.c
2079    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\fw\myloader
2080    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\fw\myloader\Makefile
2081    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\fw\myloader\myloader.c
2082    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\arch\mips\pci\pci-ar71xx.c
2083    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\mtd
2084    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\net
2085    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\spi
2086    GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\usb
```

```
2087  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\mtd\nand
2088  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\mtd\nand
2089  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\mtd\nand\rb4xx_nand.c
2090  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\net\ag71xx
2091  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\net\phy
2092  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\net\ag71xx\ag71xx.h
2093  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\net\ag71xx\ag71xx_ethtool.c
2094  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\net\ag71xx\ag71xx_main.c
2095  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\net\ag71xx\ag71xx_mdio.c
2096  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\net\ag71xx\ag71xx_phy.c
2097  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\net\ag71xx\Kconfig
2098  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\net\ag71xx\Makefile
2099  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\net\phy\micrel.c
2100  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\spi\ar71xx_spi.c
2101  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\usb\host
2102  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\usb\host\ehci-ar71xx.c
2103  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\usb\host\ohci-ar71xx.c
2104  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\drivers\watchdog\ar71xx_wdt.c
2105  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\asm-mips
2106  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\linux
2107  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\asm-mips\fw
2108  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\asm-mips\mach-ar71xx
2109  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\asm-mips\fw\myloader
2110  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\asm-mips\fw\myloader\myloader.h
2111  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\asm-mips\mach-ar71xx\ar71xx.h
2112  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\asm-mips\mach-ar71xx\cpu-featur
      e-overrides.h
2113  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\asm-mips\mach-ar71xx\gpio.h
2114  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\asm-mips\mach-ar71xx\irq.h
2115  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\asm-mips\mach-ar71xx\mangle-por
      t.h
2116  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\asm-mips\mach-ar71xx\pci.h
2117  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\asm-mips\mach-ar71xx\platform.h
2118  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\asm-mips\mach-ar71xx\war.h
2119  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\files\include\linux\myloader.h
2120  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\image\Makefile
2121  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches\001-ar71xx_core.patch
2122  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches\002-ar71xx_pci.patch
2123  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches\003-ar71xx_usb_host.patch
2124  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches\004-ar71xx_spi_controller.patch
2125  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches\005-ar71xx_mac_driver.patch
2126  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches\006-ar71xx_wdt_driver.patch
2127  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches\100-mtd_pm25lv_flash_support.patch
2128  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches\101-ksz8041_phy_driver.patch
2129  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches\140-redboot_partition_scan.patch
2130  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches\200-rb4xx_nand_driver.patch
2131  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches\300-mips_fw_myloader.patch
2132  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches\900-mips_multi_machine_support.patch
2133  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches\901-get_c0_compare_irq_function.patch
2134  GPL.UBNT.v6.1.7\openwrt\target\linux\ar71xx\patches\902-mips_clocksource_init_war.patch
2135  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\config-2.6.32
2136  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files
2137  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\image
2138  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\Makefile
2139  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches
2140  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\profiles
2141  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch
2142  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\drivers
2143  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\include
2144  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\net
2145  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips
2146  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\atheros
2147  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\include
2148  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\pci
2149  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\atheros\934x.c
2150  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\atheros\clksw.c
2151  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\atheros\gpio.c
2152  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\atheros\irq.c
2153  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\atheros\Kconfig
```

```
2154   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\atheros\mach-ubnt-xm.c
2155   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\atheros\misc.c
2156   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\atheros\otp.c
2157   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\atheros\platform.c
2158   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\atheros\prom.c
2159   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\atheros\setup.c
2160   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\atheros\wdt.c
2161   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\include\asm
2162   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\include\asm\mach-atheros
2163   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\include\asm\mach-atheros\934x
       .h
2164   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\include\asm\mach-atheros\athe
       ros.h
2165   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\include\asm\mach-atheros\cpu-
       feature-overrides.h
2166   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\include\asm\mach-atheros\i2si
       o.h
2167   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\include\asm\mach-atheros\kmal
       loc.h
2168   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\include\asm\mach-atheros\mang
       le-port.h
2169   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\include\asm\mach-atheros\war.
       h
2170   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\pci\fixup-ath.c
2171   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\pci\ops-ath.c
2172   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\arch\mips\pci\pci-ath.c
2173   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\drivers\mtd
2174   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\drivers\pci
2175   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\drivers\serial
2176   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\drivers\mtd\devices
2177   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\drivers\mtd\devices\ath_flash.c
2178   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\drivers\mtd\devices\ath_flash.h
2179   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\drivers\pci\ath_pci_tgt.c
2180   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\drivers\serial\ath_hs-uart.c
2181   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\include\linux
2182   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\include\linux\config.h
2183   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\include\linux\mapping_config.h
2184   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\net\ipv4
2185   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\net\ipv6
2186   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\net\sched
2187   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\net\ipv4\mapping.c
2188   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\net\ipv4\proto_trans.c
2189   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\net\ipv4\proto_trans.h
2190   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\net\ipv6\mapping.c
2191   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\net\ipv6\proto_trans.c
2192   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\net\ipv6\proto_trans.h
2193   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\files\net\sched\wrr.c
2194   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\image\files
2195   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\image\initramfs-base-files.txt
2196   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\image\Makefile
2197   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\000-atheros-prom.patch
2198   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\001-ubnt-core.patch
2199   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\002-ubnt-kconfig-defaults.patch
2200   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\009-ath-watchdog-atheros.patch
2201   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\010-ath-mtd-flash-spi-atheros.patch
2202   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\011-ath-nand-atheros.patch
2203   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\015-ath-pci-endpoint-atheros.patch
2204   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\020-ath-usb-host-atheros.patch
2205   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\021-ar934x-pcie-reinit.patch
2206   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\057-priv-skb-mem-atheros.patch
2207   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\058-wlan-4kb-skb-opt-atheros.patch
2208   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\103-have_mlock-atheros.patch
2209   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\120-oprofile-wasp-atheros.patch
2210   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\150-siwessid-compat-fix.patch
2211   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\203-htb-atheros.patch
2212   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\204-pci-irq-pins-atheros.patch
2213   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\206-mips-irq-base-0-atheros.patch
2214   GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\207-br-bypass-netfilter-forward-hook-
       atheros.patch
```

```
2215  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\209-MIPS-add-hardware-flow-table.patch
2216  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\211-no-sysfs-link-for-usb-netdev-atheros.patch
2217  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\221-ipmr-cache-resolve-queue-len-10.patch
2218  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\255-net-sched-wrr-atheros.patch
2219  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\257-nf-xt-match-webstr-atheros.patch
2220  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\260-imq-support-atheros.patch
2221  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\262-ip-nf-target-nattype-atheros.patch
2222  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\267-gpio-driver.patch
2223  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\272-compile-atheros-wdt.patch
2224  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\300-ebtables-arpnat.patch
2225  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\303-bridge-hard-header-len.patch
2226  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\310-ppp-mppe-packets-out-of-order-fix.patch
2227  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\311-ppp-info.patch
2228  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\510-remove-dbgprint-on-requeue-pkt.patch
2229  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\511-mips-c0r9-cycle-counter.patch
2230  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\517-sip-direct-media-only-off.patch
2231  GPL.UBNT.v6.1.7\openwrt\target\linux\ar934x\patches\605-build_skb.patch
2232  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\base-files
2233  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\config-default
2234  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files
2235  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\image
2236  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\Makefile
2237  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\patches
2238  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\base-files\etc
2239  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\base-files\lib
2240  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\base-files\etc\config
2241  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\base-files\etc\hotplug.d
2242  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\base-files\etc\preinit.arch
2243  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\base-files\etc\uci-defaults
2244  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\base-files\etc\config\system
2245  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\base-files\etc\hotplug.d\button
2246  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\base-files\etc\hotplug.d\button\00-button
2247  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\base-files\etc\uci-defaults\network
2248  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\base-files\lib\upgrade
2249  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\base-files\lib\upgrade\platform.sh
2250  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch
2251  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\drivers
2252  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\include
2253  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips
2254  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros
2255  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros\ar5312
2256  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros\ar5315
2257  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros\board.c
2258  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros\Kconfig
2259  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros\Makefile
2260  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros\prom.c
2261  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros\reset.c
2262  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros\ar5312\board.c
2263  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros\ar5312\irq.c
2264  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros\ar5312\Makefile
2265  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros\ar5315\board.c
2266  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros\ar5315\irq.c
2267  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros\ar5315\Makefile
2268  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\arch\mips\atheros\ar5315\pci.c
2269  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\drivers\mtd
2270  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\drivers\net
2271  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\drivers\watchdog
2272  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\drivers\mtd\devices
2273  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\drivers\mtd\devices\spiflash.c
2274  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\drivers\mtd\devices\spiflash.h
2275  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\drivers\net\ar2313
2276  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\drivers\net\ar2313\ar2313.c
2277  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\drivers\net\ar2313\ar2313.h
2278  GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\drivers\net\ar2313\dma.h
```

| | |
|---|---|
| 2279 | GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\drivers\watchdog\ar2315-wtd.c |
| 2280 | GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\include\asm-mips |
| 2281 | GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros |
| 2282 | GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\ar5312 |
| 2283 | GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\ar5315 |
| 2284 | GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\ar531x.h |
| 2285 | GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\ar531x_platform.h |
| 2286 | |
| 2287 | GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\cpu-feature-overrides.h |
| 2288 | GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\dma-coherence.h |
| 2289 | GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\gpio.h |
| 2290 | GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\reset.h |
| 2291 | GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\war.h |
| 2292 | GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\ar5312\ar5312.h |
| 2293 | GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\files\include\asm-mips\mach-atheros\ar5315\ar5315.h |
| 2294 | GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\image\Makefile |
| 2295 | GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\patches\100-board.patch |
| 2296 | GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\patches\110-spiflash.patch |
| 2297 | GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\patches\120-watchdog.patch |
| 2298 | GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\patches\130-ar2313_ethernet.patch |
| 2299 | GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\patches\135-ar2313_2.6.26.patch |
| 2300 | GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\patches\140-redboot_partition_scan.patch |
| 2301 | GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\patches\150-bridge-printk.patch |
| 2302 | GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\patches\200-ar2313_enable_mvsswitch.patch |
| 2303 | GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\patches\900-cevt_r4k_irq_disable_hazard.patch |
| 2304 | GPL.UBNT.v6.1.7\openwrt\target\linux\atheros\patches\901-get_c0_compare_irq_function.patch |
| 2305 | GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\base-files |
| 2306 | GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\config-default |
| 2307 | GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\files |
| 2308 | GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\image |
| 2309 | GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\Makefile |
| 2310 | GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\patches |
| 2311 | GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\profiles |
| 2312 | GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\base-files\etc |
| 2313 | GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\base-files\etc\diag.sh |
| 2314 | GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\files\arch |
| 2315 | GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\files\arch\mips |
| 2316 | GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\files\arch\mips\au1000 |
| 2317 | GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\files\arch\mips\au1000\mtx-1 |
| 2318 | GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\files\arch\mips\au1000\mtx-1\platform.c |
| 2319 | GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\image\Makefile |
| 2320 | GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\patches\001-au1000_gpio_kconfig.patch |
| 2321 | GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\patches\002-sys_btn_gpio.patch |
| 2322 | GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\patches\005-au1000_eth_link_beat.patch |
| 2323 | GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\patches\012-mtx1_cmdline.patch |
| 2324 | GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\patches\013-openwrt_rootfs.patch |
| 2325 | GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\patches\014-au1000_eth_ioctl.patch |
| 2326 | GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\patches\015-pci-resource.patch |
| 2327 | GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\patches\016-net-irq.patch |
| 2328 | GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\patches\017-gpio-dir.patch |
| 2329 | GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\profiles\Atheros.mk |
| 2330 | GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\profiles\Broadcom.mk |
| 2331 | GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\profiles\Intel.mk |
| 2332 | GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\profiles\InternetBox.mk |
| 2333 | GPL.UBNT.v6.1.7\openwrt\target\linux\au1000\profiles\MeshCube.mk |
| 2334 | GPL.UBNT.v6.1.7\openwrt\target\linux\avr32\config-default |
| 2335 | GPL.UBNT.v6.1.7\openwrt\target\linux\avr32\image |
| 2336 | GPL.UBNT.v6.1.7\openwrt\target\linux\avr32\Makefile |
| 2337 | GPL.UBNT.v6.1.7\openwrt\target\linux\avr32\patches |
| 2338 | GPL.UBNT.v6.1.7\openwrt\target\linux\avr32\image\Config.in |
| 2339 | GPL.UBNT.v6.1.7\openwrt\target\linux\avr32\image\Makefile |
| 2340 | GPL.UBNT.v6.1.7\openwrt\target\linux\avr32\image\u-boot |

```
2341   GPL.UBNT.v6.1.7\openwrt\target\linux\avr32\image\u-boot
2342   GPL.UBNT.v6.1.7\openwrt\target\linux\avr32\image\u-boot\patches
2343   GPL.UBNT.v6.1.7\openwrt\target\linux\avr32\image\u-boot\patches\001-add_lzma_decompressio
       n_support.patch
2344   GPL.UBNT.v6.1.7\openwrt\target\linux\avr32\image\u-boot\patches\100-ngw100_enable_lzma_su
       pport.patch
2345   GPL.UBNT.v6.1.7\openwrt\target\linux\avr32\patches\100-git_sync.patch
2346   GPL.UBNT.v6.1.7\openwrt\target\linux\avr32\patches\110-openwrt_flashmap.patch
2347   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\base-files
2348   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\base-files.mk
2349   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\config-default
2350   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files
2351   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\image
2352   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\Makefile
2353   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\modules.mk
2354   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches
2355   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\profiles
2356   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\base-files\etc
2357   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\base-files\lib
2358   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\base-files\sbin
2359   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\base-files\etc\diag.sh
2360   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\base-files\etc\init.d
2361   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\base-files\etc\preinit.arch
2362   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\base-files\etc\init.d\netconfig
2363   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\base-files\lib\upgrade
2364   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\base-files\lib\upgrade\platform.sh
2365   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\base-files\sbin\hotplug.failsafe
2366   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch
2367   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\drivers
2368   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips
2369   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx
2370   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\bcmsrom.c
2371   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\cfe_env.c
2372   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\export.c
2373   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\generic
2374   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\gpio.c
2375   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\hndchipc.c
2376   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\hndpmu.c
2377   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include
2378   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\Makefile
2379   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\nvram.c
2380   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\nvram_linux.c
2381   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\pcibios.c
2382   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\prom.c
2383   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\sbmips.c
2384   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\sbpci.c
2385   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\sbutils.c
2386   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\setup.c
2387   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\time.c
2388   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\utils.c
2389   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\utils.h
2390   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\generic\int-handle
       r.S
2391   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\generic\irq.c
2392   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\generic\Makefile
2393   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\bcm4710.h
2394   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\bcmdefs.h
2395   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\bcmdevs.h
2396   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\bcmdevs1.h
2397   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\bcmendian.
       h
2398   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\bcmnvram.h
2399   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\bcmsrom.h
2400   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\hndchipc.h
2401   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\hndcpu.h
2402   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\hndmips.h
2403   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\hndpci.h
2404   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\hndpmu.h
2405   GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\linuxver.h
```

```
2406  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\linux_gpio
      .h
2407  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\mipsinc.h
2408  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\osl.h
2409  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\pcicfg.h
2410  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbchipc.h
2411  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbconfig.h
2412  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbextif.h
2413  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbhndmips.
      h
2414  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbmemc.h
2415  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbpci.h
2416  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbpcie.h
2417  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbpcmcia.h
2418  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbsdram.h
2419  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbsocram.h
2420  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbsprom.h
2421  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sbutils.h
2422  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\sflash.h
2423  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\trxhdr.h
2424  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\arch\mips\bcm947xx\include\typedefs.h
2425  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\drivers\mtd
2426  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\drivers\parport
2427  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\drivers\mtd\devices
2428  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\drivers\mtd\maps
2429  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\drivers\mtd\devices\sflash.c
2430  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\drivers\mtd\maps\bcm947xx-flash.c
2431  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\files\drivers\parport\parport_splink.c
2432  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\image\lzma-loader
2433  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\image\Makefile
2434  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\image\lzma-loader\Makefile
2435  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\image\lzma-loader\src
2436  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\image\lzma-loader\src\decompress.c
2437  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\image\lzma-loader\src\decompress.lds.in
2438  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\image\lzma-loader\src\head.S
2439  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\image\lzma-loader\src\loader.lds.in
2440  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\image\lzma-loader\src\LzmaDecode.c
2441  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\image\lzma-loader\src\LzmaDecode.h
2442  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\image\lzma-loader\src\Makefile
2443  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\image\lzma-loader\src\README
2444  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\001-bcm47xx.patch
2445  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\003-bcm47xx_cache_fixes.patch
2446  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\004-flash.patch
2447  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\005-bluetooth_sco_buffer_align.patc
      h
2448  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\006-ide_workaround.patch
2449  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\008-b44_bcm47xx_support.patch
2450  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\009-wrt54g3g_pcmcia.patch
2451  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\010-bcm47xx-cam_absent.patch
2452  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\011-wl_qdisc_war.patch
2453  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\012-aec62xx.patch
2454  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\013-wl_hdd_pdc202xx.patch
2455  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\014-sierra_support.patch
2456  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\015-sierra_kconfig.patch
2457  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\100-wl_config.patch
2458  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\patches\110-b44_alignment.patch
2459  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\profiles\100-Broadcom.mk
2460  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\profiles\110-BroadcomMimo.mk
2461  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\profiles\130-None.mk
2462  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\profiles\USBGeneric.mk
2463  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\profiles\WL500G.mk
2464  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\profiles\WL500GD.mk
2465  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\profiles\WL500GP.mk
2466  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\profiles\WL700GE.mk
2467  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\profiles\WLHDD.mk
2468  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm-2.4\profiles\WRT54G3G.mk
2469  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\base-files.mk
2470  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\config-default
2471  GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files
```

```
2472    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx
2473    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches
2474    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\profiles
2475    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\arch
2476    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\drivers
2477    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\include
2478    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\arch\mips
2479    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\arch\mips\bcm47xx
2480    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\arch\mips\bcm947xx
2481    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\arch\mips\bcm47xx\cfe_env.c
2482    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\arch\mips\bcm47xx\include
2483    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\arch\mips\bcm47xx\nvram.c
2484    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\arch\mips\bcm47xx\include\nvram.h
2485    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\arch\mips\bcm947xx\include
2486    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\drivers\mtd
2487    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\drivers\mtd\maps
2488    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\drivers\mtd\maps\bcm47xx-flash.c
2489    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\include\asm-mips
2490    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\include\asm-mips\mach-bcm47xx
2491    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\include\asm-mips\mach-bcm947xx
2492    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\files\include\asm-mips\mach-bcm47xx\kernel-
        entry-init.h
2493    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\100-board_support.patch
2494    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\110-flash_map.patch
2495    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\130-remove_scache.patch
2496    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\150-cpu_fixes.patch
2497    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\160-kmap_coherent.patch
2498    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\210-b44_phy_fix.patch
2499    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\211-b44_bcm4713_phy.patch
2500    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\212-b44_alignment_fix.patch
2501    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\220-bcm5354.patch
2502    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\250-ohci-ssb-usb2.patch
2503    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\260-ohci-set-dma-mask.patch
2504    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\300-fork_cacheflush.patch
2505    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\310-no_highpage.patch
2506    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\400-arch-bcm47xx.patch
2507    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\500-lzma_initramfs.patch
2508    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\601-mips-remove-pci-collision-check
        .patch
2509    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\620-ssb-modinit-fix.patch
2510    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\630-ssb-fix-irq-init.patch
2511    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\680-ssb-support-8bit-writes.patch
2512    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\690-mips-allow-pciregister-after-bo
        ot.patch
2513    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\700-ssb-gigabit-ethernet-driver.pat
        ch
2514    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\710-add-gpio-is-valid.patch
2515    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\800-fix_cfe_detection.patch
2516    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\patches\900-disable_early_printk.patch
2517    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\profiles\100-Broadcom-b43.mk
2518    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\profiles\105-Atheros.mk
2519    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\profiles\106-Atheros-ath5k.mk
2520    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\profiles\110-None.mk
2521    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\profiles\WGT634U.mk
2522    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\profiles\WL500GPv1-ATH.mk
2523    GPL.UBNT.v6.1.7\openwrt\target\linux\brcm47xx\profiles\WRTSL54GS.mk
2524    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\config-default
2525    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches
2526    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\000-linux_mips.patch
2527    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\001-squashfs.patch
2528    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\002-squashfs_lzma.patch
2529    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\003-jffs2_compression.patch
2530    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\004-exec_pagesize.patch
2531    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\005-mtd_flashtypes.patch
2532    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\008-intel_flashchip_fix.patch
2533    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\009-mtd_uaccess.patch
2534    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\010-disable_old_squashfs_compati
        bility.patch
2535    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\050-build_flags.patch
```

```
2536   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\050-build_crash_fix.patch
2537   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\051-remove_pcmcia_modinst_compat
       .patch
2538   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\100-wireless-extension.patch
2539   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\106-mppe_mppc.patch
2540   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\107-cifs.patch
2541   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\108-optional_aout_support.patch
2542   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\109-ipsec_nat_traversal.patch
2543   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\110-netdev_random_core.patch
2544   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\112-bridging_performance.patch
2545   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\113-even_more_gcc4_stuff.patch
2546   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\114-sched_use_tsc.patch
2547   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\115-branch_emul_fix.patch
2548   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\116-bridge_ioctls.patch
2549   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\200-i4l.patch
2550   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\201-hfc_usb_backport.patch
2551   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\202-pl2303_backport.patch
2552   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\203-hfsplus_fix.patch
2553   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\206-gcc_3.4_fixes.patch
2554   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\208-usb2_fix.patch
2555   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\209-build_fixes.patch
2556   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\210-fix-irq-serial.patch
2557   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\212-htb_time_fix.patch
2558   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\213-htb_disable_hysteresis.patch
2559   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\222-sound.patch
2560   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\224-atm_hotplug.patch
2561   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\225-string_lib_useful_exports.pa
       tch
2562   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\226-atm_br2684.patch
2563   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\227-jffs2_eofdetect.patch
2564   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\228-more_usb_fixes.patch
2565   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\229-usb_storage_16_byte_cdb.patc
       h
2566   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\230-tun_get_user_backport.patch
2567   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\231-mini_fo.patch
2568   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\601-netfilter_ipp2p_0.8.1rc1.pat
       ch
2569   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\602-netfilter_layer7_2.17_with_p
       ktmatch.patch
2570   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\604-netfilter_maxconn.patch
2571   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\605-netfilter_TTL.patch
2572   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\606-netfilter_NETMAP.patch
2573   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\607-netfilter_connmark.patch
2574   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\608-netfilter_ipset.patch
2575   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\609-netfilter_string.patch
2576   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\610-netfilter_connbytes.patch
2577   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\611-netfilter_condition.patch
2578   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\612-netfilter_quota.patch
2579   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\613-netfilter_nat_h323.patch
2580   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\614-netfilter_nat_rtsp.patch
2581   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\615-netfilter_nat_mms.patch
2582   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\616-netfilter_imq.patch
2583   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\618-netfilter_multiport_backport
       .patch
2584   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\619-netfilter_classify.patch
2585   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\620-netfilter_iprange.patch
2586   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\621-netfilter_random.patch
2587   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\621-tc_esfq.patch
2588   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\622-netfilter_ipset_porthash.pat
       ch
2589   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\623-netfilter_ip6t_reject.patch
2590   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\626-netfilter_conntrack_fix.patc
       h
2591   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\700-multiple_default_gateways.pa
       tch
2592   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\801-usb_serial_endpoint_size.pat
       ch
2593   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\802-usb_serial_3g_cards.patch
2594   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.4\patches\900-cve-2008-2136.patch
```

2595   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6

2596   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\base-files
2597   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\config-2.6.23
2598   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\config-2.6.24
2599   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\config-2.6.25
2600   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\config-2.6.26
2601   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\config-2.6.32
2602   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23
2603   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24
2604   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25
2605   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26
2606   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32
2607   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image
2608   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15
2609   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23
2610   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24
2611   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25
2612   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26
2613   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32
2614   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\base-files\init
2615   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers
2616   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs
2617   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\include
2618   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\char
2619   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\input
2620   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\leds
2621   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\net
2622   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\spi
2623   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb
2624   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\char\gpio_dev.c
2625   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\input\misc
2626   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\input\misc\gpio_buttons.c
2627   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\leds\leds-alix.c
2628   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\leds\ledtrig-default-on.c
2629   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\leds\ledtrig-morse.c
2630   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\leds\ledtrig-netdev.c
2631   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\net\phy
2632   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\net\phy\adm6996.c
2633   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\net\phy\adm6996.h
2634   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\net\phy\mvswitch.c
2635   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\net\phy\mvswitch.h
2636   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\spi\spi_gpio.c
2637   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\b43_pci_bridge.c
2638   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\driver_chipcommon.c
2639   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\driver_extif.c
2640   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\driver_mipscore.c
2641   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\driver_pcicore.c
2642   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\Kconfig
2643   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\main.c
2644   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\Makefile
2645   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\pci.c
2646   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\pcihost_wrapper.c
2647   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\pcmcia.c
2648   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\scan.c
2649   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\drivers\ssb\ssb_private.h
2650   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2
2651   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\devextras.h
2652   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\Kconfig
2653   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\Makefile
2654   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\moduleconfig.h

| | |
|---|---|
| 2655 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_packedtags2.c_interface.h |
| 2656 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_checkptrw.c |
| 2657 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_checkptrw.h |
| 2658 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_ecc.c |
| 2659 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_ecc.h |
| 2660 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_fs.c |
| 2661 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_guts.c |
| 2662 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_guts.h |
| 2663 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_mtdif.c |
| 2664 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_mtdif.h |
| 2665 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_mtdif1-compat.c |
| 2666 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_mtdif1.c |
| 2667 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_mtdif1.h |
| 2668 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_mtdif2.c |
| 2669 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_mtdif2.h |
| 2670 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_nand.c |
| 2671 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_nand.h |
| 2672 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_nandemul2k.h |
| 2673 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_packedtags1.c |
| 2674 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_packedtags1.h |
| 2675 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_packedtags2.c |
| 2676 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_packedtags2.h |
| 2677 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_qsort.c |
| 2678 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_qsort.h |
| 2679 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_tagscompat.c |
| 2680 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_tagscompat.h |
| 2681 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_tagsvalidity.c |
| 2682 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yaffs_tagsvalidity.h |
| 2683 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\fs\yaffs2\yportenv.h |
| 2684 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux |
| 2685 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\gpio_buttons.h |
| 2686 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\gpio_dev.h |
| 2687 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\spi |
| 2688 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\ssb |
| 2689 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\spi\spi_gpio.h |
| 2690 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\ssb\ssb.h |
| 2691 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\ssb\ssb_driver_chipcommon.h |
| 2692 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\ssb\ssb_driver_extif.h |
| 2693 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\ssb\ssb_driver_mips.h |
| 2694 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\ssb\ssb_driver_pci.h |
| 2695 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.23\include\linux\ssb\ssb_regs.h |
| 2696 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers |
| 2697 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs |
| 2698 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\include |
| 2699 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\char |
| 2700 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\input |
| 2701 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\leds |
| 2702 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\net |
| 2703 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\spi |
| 2704 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb |
| 2705 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\char\gpio_dev.c |
| 2706 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\input\misc |

| | |
|---|---|
| 2707 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\leds\leds-gpio_buttons.c |
| 2708 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\leds\leds-alix.c |
| 2709 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\leds\ledtrig-default-on.c |
| 2710 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\leds\ledtrig-morse.c |
| 2711 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\leds\ledtrig-netdev.c |
| 2712 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\net\phy |
| 2713 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\net\phy\adm6996.c |
| 2714 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\net\phy\adm6996.h |
| 2715 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\net\phy\mvswitch.c |
| 2716 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\net\phy\mvswitch.h |
| 2717 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\spi\spi_gpio.c |
| 2718 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\b43_pci_bridge.c |
| 2719 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\driver_chipcommon.c |
| 2720 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\driver_extif.c |
| 2721 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\driver_mipscore.c |
| 2722 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\driver_pcicore.c |
| 2723 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\Kconfig |
| 2724 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\main.c |
| 2725 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\Makefile |
| 2726 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\pci.c |
| 2727 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\pcihost_wrapper.c |
| 2728 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\pcmcia.c |
| 2729 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\scan.c |
| 2730 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\drivers\ssb\ssb_private.h |
| 2731 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2 |
| 2732 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\devextras.h |
| 2733 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\Kconfig |
| 2734 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\Makefile |
| 2735 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\moduleconfig.h |
| 2736 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffsinterface.h |
| 2737 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_checkptrw.c |
| 2738 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_checkptrw.h |
| 2739 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_ecc.c |
| 2740 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_ecc.h |
| 2741 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_fs.c |
| 2742 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_guts.c |
| 2743 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_guts.h |
| 2744 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_mtdif.c |
| 2745 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_mtdif.h |
| 2746 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_mtdif1-compat.c |
| 2747 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_mtdif1.c |
| 2748 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_mtdif1.h |
| 2749 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_mtdif2.c |
| 2750 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_mtdif2.h |
| 2751 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_nand.c |
| 2752 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_nand.h |
| 2753 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_nandemul2k.h |
| 2754 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_packedtags1.c |
| 2755 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_packedtags1.h |
| 2756 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_packedtags2.c |
| 2757 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_packedtags2.h |
| 2758 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_qsort.c |
| 2759 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_qsort.h |
| 2760 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_tagscompat.c |

2761  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_tagscompat.h
2762  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_tagsvalidity.c
2763  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yaffs_tagsvalidity.h
2764  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\fs\yaffs2\yportenv.h
2765  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux
2766  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\gpio_buttons.h
2767  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\gpio_dev.h
2768  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\spi
2769  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\ssb
2770  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\spi\spi_gpio.h
2771  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\ssb\ssb.h
2772  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\ssb\ssb_driver_chipcommon.h
2773  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\ssb\ssb_driver_extif.h
2774  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\ssb\ssb_driver_mips.h
2775  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\ssb\ssb_driver_pci.h
2776  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.24\include\linux\ssb\ssb_regs.h
2777  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers
2778  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs
2779  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\include
2780  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\char
2781  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\input
2782  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\leds
2783  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\net
2784  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\char\gpio_dev.c
2785  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\input\misc
2786  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\input\misc\gpio_buttons.c
2787  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\leds\leds-alix.c
2788  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\leds\ledtrig-default-on.c
2789  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\leds\ledtrig-morse.c
2790  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\leds\ledtrig-netdev.c
2791  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\net\phy
2792  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\net\phy\adm6996.c
2793  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\net\phy\adm6996.h
2794  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\net\phy\mvswitch.c
2795  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\drivers\net\phy\mvswitch.h
2796  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2
2797  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\devextras.h
2798  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\Kconfig
2799  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\Makefile
2800  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\moduleconfig.h
2801  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffsinterface.h
2802  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_checkptrw.c
2803  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_checkptrw.h
2804  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_ecc.c
2805  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_ecc.h
2806  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_fs.c
2807  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_guts.c
2808  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_guts.h
2809  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_mtdif.c
2810  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_mtdif.h
2811  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_mtdif1-compat.c
2812  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_mtdif1.c
2813  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_mtdif1.h

| | |
|---|---|
| 2814 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_mtdif2.c |
| 2815 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_mtdif2.h |
| 2816 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_nand.c |
| 2817 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_nand.h |
| 2818 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_nandemul2k.h |
| 2819 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_packedtags1.c |
| 2820 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_packedtags1.h |
| 2821 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_packedtags2.c |
| 2822 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_packedtags2.h |
| 2823 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_qsort.c |
| 2824 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_qsort.h |
| 2825 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_tagscompat.c |
| 2826 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_tagscompat.h |
| 2827 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_tagsvalidity.c |
| 2828 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yaffs_tagsvalidity.h |
| 2829 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\fs\yaffs2\yportenv.h |
| 2830 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\include\linux |
| 2831 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\include\linux\gpio_buttons.h |
| 2832 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.25\include\linux\gpio_dev.h |
| 2833 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers |
| 2834 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs |
| 2835 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\include |
| 2836 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\char |
| 2837 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\input |
| 2838 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\leds |
| 2839 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\net |
| 2840 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\char\gpio_dev.c |
| 2841 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\input\misc |
| 2842 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\input\misc\gpio_buttons.c |
| 2843 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\leds\leds-alix.c |
| 2844 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\leds\ledtrig-morse.c |
| 2845 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\leds\ledtrig-netdev.c |
| 2846 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\net\phy |
| 2847 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\net\phy\adm6996.c |
| 2848 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\net\phy\adm6996.h |
| 2849 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\net\phy\ip175c.c |
| 2850 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\net\phy\mvswitch.c |
| 2851 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\net\phy\mvswitch.h |
| 2852 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\drivers\net\phy\swconfig.c |
| 2853 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2 |
| 2854 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\devextras.h |
| 2855 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\Kconfig |
| 2856 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\Makefile |
| 2857 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\moduleconfig.h |
| 2858 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffsinterface.h |
| 2859 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_checkptrw.c |
| 2860 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_checkptrw.h |
| 2861 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_ecc.c |
| 2862 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_ecc.h |
| 2863 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_fs.c |
| 2864 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_guts.c |
| 2865 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_guts.h |
| 2866 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_mtdif.c |
| 2867 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_mtdif.h |
| 2868 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_mtdif1-compat.c |

| 2869 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_mtdif1.c |
| 2870 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_mtdif1.h |
| 2871 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_mtdif2.c |
| 2872 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_mtdif2.h |
| 2873 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_nand.c |
| 2874 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_nand.h |
| 2875 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_nandemul2k.h |
| 2876 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_packedtags1.c |
| 2877 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_packedtags1.h |
| 2878 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_packedtags2.c |
| 2879 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_packedtags2.h |
| 2880 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_qsort.c |
| 2881 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_qsort.h |
| 2882 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_tagscompat.c |
| 2883 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_tagscompat.h |
| 2884 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_tagsvalidity.c |
| 2885 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yaffs_tagsvalidity.h |
| 2886 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\fs\yaffs2\yportenv.h |
| 2887 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\include\linux |
| 2888 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\include\linux\gpio_buttons.h |
| 2889 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\include\linux\gpio_dev.h |
| 2890 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.26\include\linux\switch.h |
| 2891 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\arch |
| 2892 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\Documentation |
| 2893 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers |
| 2894 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs |
| 2895 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\include |
| 2896 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\arch\mips |
| 2897 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\arch\mips\fw |
| 2898 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\arch\mips\fw\myloader |
| 2899 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\arch\mips\fw\myloader\Makefile |
| 2900 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\arch\mips\fw\myloader\myloader.c |
| 2901 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\Documentation\pwm.txt |
| 2902 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\char |
| 2903 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\input |
| 2904 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\leds |
| 2905 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\mtd |
| 2906 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net |
| 2907 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\pwm |
| 2908 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\char\gpio_dev.c |
| 2909 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\input\misc |
| 2910 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\input\misc\gpio_buttons.c |
| 2911 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\leds\ledtrig-morse.c |
| 2912 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\leds\ledtrig-netdev.c |
| 2913 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\leds\ledtrig-usbdev.c |
| 2914 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\mtd\myloader.c |
| 2915 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy |
| 2916 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy\adm6996.c |
| 2917 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy\adm6996.h |
| 2918 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy\ar8216.c |
| 2919 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy\ar8216.h |
| 2920 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy\ip17xx.c |
| 2921 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy\mvswitch.c |

| 2922 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy\mvswitch.h |
| 2923 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy\psb6970.c |
| 2924 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy\rtl8306.c |
| 2925 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy\rtl8366rb.c |
| 2926 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy\rtl8366s.c |
| 2927 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy\rtl8366_smi.c |
| 2928 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy\rtl8366_smi.h |
| 2929 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\net\phy\swconfig.c |
| 2930 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\pwm\atmel-pwm.c |
| 2931 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\pwm\gpio-pwm.c |
| 2932 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\pwm\Kconfig |
| 2933 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\pwm\Makefile |
| 2934 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\drivers\pwm\pwm.c |
| 2935 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2 |
| 2936 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\devextras.h |
| 2937 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\Kconfig |
| 2938 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\Makefile |
| 2939 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\moduleconfig.h |
| 2940 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffsinterface.h |
| 2941 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_checkptrw.c |
| 2942 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_checkptrw.h |
| 2943 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_ecc.c |
| 2944 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_ecc.h |
| 2945 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_fs.c |
| 2946 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_guts.c |
| 2947 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_guts.h |
| 2948 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_mtdif.c |
| 2949 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_mtdif.h |
| 2950 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_mtdif1-compat.c |
| 2951 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_mtdif1.c |
| 2952 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_mtdif1.h |
| 2953 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_mtdif2.c |
| 2954 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_mtdif2.h |
| 2955 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_nand.c |
| 2956 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_nand.h |
| 2957 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_nandemul2k.h |
| 2958 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_packedtags1.c |
| 2959 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_packedtags1.h |
| 2960 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_packedtags2.c |
| 2961 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_packedtags2.h |
| 2962 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_qsort.c |
| 2963 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_qsort.h |
| 2964 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_tagscompat.c |
| 2965 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_tagscompat.h |
| 2966 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_tagsvalidity.c |
| 2967 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yaffs_tagsvalidity.h |
| 2968 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\fs\yaffs2\yportenv.h |
| 2969 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\include\linux |
| 2970 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\include\linux\ath5k_platform.h |
| 2971 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\include\linux\compiler-gcc5.h |
| 2972 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\include\linux\glamo-engine.h |
| 2973 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\include\linux\glamofb.h |
| 2974 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\include\linux\gpio_buttons.h |

| | |
|---|---|
| 2975 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\include\linux\ar8216_platform_dev.h |
| 2976 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\include\linux\myloader.h |
| 2977 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\include\linux\pwm |
| 2978 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\include\linux\rtl8366rb.h |
| 2979 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\include\linux\rtl8366s.h |
| 2980 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\include\linux\switch.h |
| 2981 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\files-2.6.32\include\linux\pwm\pwm.h |
| 2982 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\initramfs-base-files.txt |
| 2983 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader |
| 2984 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\Makefile |
| 2985 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\Makefile |
| 2986 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\src |
| 2987 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\src\decompress.c |
| 2988 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\src\lzma-copy.lds.in |
| 2989 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\src\lzma.lds.in |
| 2990 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\src\LzmaDecode.c |
| 2991 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\src\LzmaDecode.h |
| 2992 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\src\Makefile |
| 2993 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\src\print.c |
| 2994 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\src\print.h |
| 2995 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\src\printf.c |
| 2996 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\src\printf.h |
| 2997 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\src\start.S |
| 2998 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\src\uart16550.c |
| 2999 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\image\lzma-loader\src\uart16550.h |
| 3000 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\000-remove_old_lzma.patch |
| 3001 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\001-squashfs.patch |
| 3002 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\002-lzma_decompress.patch |
| 3003 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\003-squashfs_lzma.patch |
| 3004 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\004-extra_optimization.patch |
| 3005 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\006-gcc4_inline_fix.patch |
| 3006 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\010-disable_old_squashfs_compatibility.patch |
| 3007 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\011-mips_boot.patch |
| 3008 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\012-mips_cpu_tlb.patch |
| 3009 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\013-mips_gdb_stub.patch |
| 3010 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\020-make-3.82.patch |
| 3011 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\100-jiffies-overflow.patch |
| 3012 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\110-ipv6_fix.patch |
| 3013 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\111-netlink_fix.patch |
| 3014 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\112-ipv4_fix.patch |
| 3015 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\113-bridge_no_macs_limit.patch |
| 3016 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\114-bridge_fix.patch |
| 3017 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\115-net_core_fix.patch |
| 3018 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\116-mtd_fix.patch |
| 3019 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\117-usb_fix.patch |
| 3020 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\118-fs_fix.patch |
| 3021 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\119-include_asm_mips_fix.patch |
| 3022 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\120-mm_fix.patch |
| 3023 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\190-ebtables-arpnat.patch |
| 3024 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\200-export-phy.patch |
| 3025 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\300-wireless-max-frequencies.patch |
| 3026 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\600-phy_extension.patch |
| 3027 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\650-bridge-no-fd-for-EAPOL.patch |
| 3028 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\660-bridge-hard-header-len.patch |
| 3029 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\665-bridge-set-hw-addr.patch |
| 3030 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\670-ppp-mppe-packets-out-of-order-fix.patch |
| 3031 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\671-ppp-info.patch |
| 3032 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\700-netfilters-sip.patch |
| 3033 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\705-netfilters-rtsp.patch |

| | |
|---|---|
| 3034 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\714-spi-gpio-bitbangs-backp ort.patch |
| 3035 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\715-netfilters-gre.patch |
| 3036 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\750-remove-dbgprint-on-re queue-pkt.patch |
| 3037 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\760-skb-cb-size-48.patch |
| 3038 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\761-skb-reserved-signed-a rgv.patch |
| 3039 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\762-fix-mqueue-double-dec rease.patch |
| 3040 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\800-usb-3g-devices.patch |
| 3041 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\991-cve-2009-0028.patch |
| 3042 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.15\999-no-auto-sit0.patch |
| 3043 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\001-squashfs.patch |
| 3044 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\002-lzma_decompress.patch |
| 3045 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\003-squashfs_lzma.patch |
| 3046 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\004-extra_optimization.pa tch |
| 3047 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\006-gcc4_inline_fix.patch |
| 3048 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\007-samsung_flash.patch |
| 3049 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\009-revert_intel_flash_br eakage.patch |
| 3050 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\010-disable_old_squashfs_ compatibility.patch |
| 3051 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\011-mips_boot.patch |
| 3052 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\012-mips_cpu_tlb.patch |
| 3053 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\013-mips_gdb_stub.patch |
| 3054 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\060-block2mtd_init.patch |
| 3055 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\065-rootfs_split.patch |
| 3056 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\070-redboot_space.patch |
| 3057 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\080-mtd_plat_nand_chip_fi xup.patch |
| 3058 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\100-netfilter_layer7_2.17 .patch |
| 3059 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\101-netfilter_layer7_pktm atch.patch |
| 3060 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\110-ipp2p_0.8.1rc1.patch |
| 3061 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\120-openswan-2.4.0.kernel -2.6-natt.patch |
| 3062 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\130-netfilter_ipset.patch |
| 3063 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\140-netfilter_time.patch |
| 3064 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\150-netfilter_imq.patch |
| 3065 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\160-netfilter_route.patch |
| 3066 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\170-netfilter_chaostables _0.8.patch |
| 3067 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\171-netfilter_tarpit.patc h |
| 3068 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\180-netfilter_depends.pat ch |
| 3069 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\190-netfilter_rtsp.patch |
| 3070 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\200-sched_esfq.patch |
| 3071 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\201-multiple_default_gate ways.patch |
| 3072 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\202-mips-freestanding.pat ch |
| 3073 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\204-jffs2_eofdetect.patch |
| 3074 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\207-powerpc_asm_segment_h .patch |
| 3075 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\208-rtl8110sb_fix.patch |
| 3076 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\209-mini_fo.patch |
| 3077 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\210-mac80211_include_wire less_dev.patch |
| 3078 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\213-kobject_uevent.patch |
| 3079 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\220-sound_kconfig.patch |
| 3080 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\230-pps_support.patch |
| 3081 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\300-add-mmc-spi-driver.pa tch |
| 3082 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\301-mmc_sdhci_fixes.patch |
| 3083 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\400-ledtrig_morse.patch |

```
3084    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\402-ledtrig_default_on.pa
        tch
3085    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\403-ledtrig_netdev.patch
3086    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\410-gpio_buttons.patch
3087    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\510-yaffs_support.patch
3088    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\600-phy_extension.patch
3089    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\610-phy_detect.patch
3090    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\620-phy_adm6996.patch
3091    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\630-phy_packets.patch
3092    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\640-mvswitch.patch
3093    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\700-unable_to_open_consol
        e.patch
3094    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\801-usb_serial_endpoint_s
        ize.patch
3095    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\900-headers_type_and_time
        .patch
3096    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\902-darwin_scripts_includ
        e.patch
3097    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\903-stddef_include.patch
3098    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\904-ls_time_locale.patch
3099    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\905-i386_build.patch
3100    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\910-arm_binutils_build_id
        _fix.patch
3101    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\920-ppc_big_endian_io_mem
        ory_accessors.patch
3102    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\922-w1_gpio_driver_backpo
        rt.patch
3103    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\991-cve-2009-0028.patch
3104    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\992-cve-2009-0065.patch
3105    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\993-cve-2009-0676.patch
3106    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\994-cve-2009-1439.patch
3107    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\995-cve-2009-1389.patch
3108    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.23\996-cve-2009-2692.patch
3109    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\001-squashfs.patch
3110    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\002-lzma_decompress.patch
3111    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\003-squashfs_lzma.patch
3112    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\004-extra_optimization.pa
        tch
3113    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\005-squashfs_fix.patch
3114    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\006-gcc4_inline_fix.patch
3115    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\007-samsung_flash.patch
3116    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\009-revert_intel_flash_br
        eakage.patch
3117    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\010-disable_old_squashfs_
        compatibility.patch
3118    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\011-mips_boot.patch
3119    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\012-mips_cpu_tlb.patch
3120    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\013-mips_gdb_stub.patch
3121    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\060-block2mtd_init.patch
3122    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\065-rootfs_split.patch
3123    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\070-redboot_space.patch
3124    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\080-mtd_plat_nand_chip_fi
        xup.patch
3125    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\100-netfilter_layer7_2.17
        .patch
3126    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\101-netfilter_layer7_pktm
        atch.patch
3127    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\110-ipp2p_0.8.1rc1.patch
3128    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\130-netfilter_ipset.patch
3129    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\150-netfilter_imq.patch
3130    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\170-netfilter_chaostables
        _0.8.patch
3131    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\171-netfilter_tarpit.patc
        h
3132    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\180-netfilter_depends.pat
        ch
3133    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\190-netfilter_rtsp.patch
3134    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\200-sched_esfq.patch
```

| | |
|---|---|
| 3136 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\202-pass_ending.patch |
| 3137 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\204-jffs2_eofdetect.patch |
| 3138 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\207-powerpc_asm_segment_h.patch |
| 3139 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\208-rtl8110sb_fix.patch |
| 3140 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\209-mini_fo.patch |
| 3141 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\213-kobject_uevent.patch |
| 3142 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\220-sound_kconfig.patch |
| 3143 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\400-ledtrig_morse.patch |
| 3144 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\401-led_alix.patch |
| 3145 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\402-ledtrig_default_on.patch |
| 3146 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\403-ds1672_detect.patch |
| 3147 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\410-gpio_buttons.patch |
| 3148 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\420-gpiodev.patch |
| 3149 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\510-yaffs_support.patch |
| 3150 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\600-phy_extension.patch |
| 3151 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\601-br2684-routed-support.patch |
| 3152 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\700-powerpc_git.patch |
| 3153 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\801-usb_serial_endpoint_size.patch |
| 3154 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\840-unable_to_open_console.patch |
| 3155 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\850-jffs2_erase_progress_indicator.patch |
| 3156 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\900-headers_type_and_time.patch |
| 3157 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\902-darwin_scripts_include.patch |
| 3158 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\903-hostap_txpower.patch |
| 3159 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\903-stddef_include.patch |
| 3160 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\904-ls_time_locale.patch |
| 3161 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\905-i386_build.patch |
| 3162 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\921-gpio_spi_driver.patch |
| 3163 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\922-w1_gpio_driver_backport.patch |
| 3164 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\930-ppc_big_endian_io_memory_accessors.patch |
| 3165 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\940-arm_mach_types.patch |
| 3166 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\950-mtd_cfi_intel_p33_compatbility.patch |
| 3167 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\991-cve-2009-0028.patch |
| 3168 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\992-cve-2009-0065.patch |
| 3169 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\993-cve-2009-0676.patch |
| 3170 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\994-cve-2009-1439.patch |
| 3171 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\995-cve-2009-1389.patch |
| 3172 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.24\996-cve-2009-2692.patch |
| 3173 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\001-squashfs.patch |
| 3174 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\002-lzma_decompress.patch |
| 3175 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\003-squashfs_lzma.patch |
| 3176 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\004-extra_optimization.patch |
| 3177 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\005-squashfs_fix.patch |
| 3178 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\006-gcc4_inline_fix.patch |
| 3179 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\007-samsung_flash.patch |
| 3180 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\009-revert_intel_flash_breakage.patch |
| 3181 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\010-disable_old_squashfs_compatibility.patch |
| 3182 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\011-mips_boot.patch |
| 3183 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\060-block2mtd_init.patch |
| 3184 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\065-rootfs_split.patch |
| 3185 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\070-redboot_space.patch |
| 3186 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\080-mtd_plat_nand_chip_fixup.patch |
| 3187 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\100-netfilter_layer7_2.17.patch |

```
3188   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\109-netfilter_layer7_pktm
       atch.patch
3189   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\110-ipp2p_0.8.1rc1.patch
3190   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\120-netfilter-headers-typ
       es.patch
3191   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\130-netfilter_ipset.patch
3192   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\150-netfilter_imq.patch
3193   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\170-netfilter_chaostables
       _0.8.patch
3194   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\171-netfilter_tarpit.patc
       h
3195   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\180-netfilter_depends.pat
       ch
3196   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\190-netfilter_rtsp.patch
3197   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\200-sched_esfq.patch
3198   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\202-mips-freestanding.pat
       ch
3199   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\204-jffs2_eofdetect.patch
3200   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\207-powerpc_asm_segment_h
       .patch
3201   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\208-rtl8110sb_fix.patch
3202   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\209-mini_fo.patch
3203   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\210-mini_fo_2.6.25_fixes.
       patch
3204   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\211-mini_fo_2.6.25_dentry
       _open_war.patch
3205   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\213-kobject_uevent.patch
3206   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\220-sound_kconfig.patch
3207   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\400-ledtrig_morse.patch
3208   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\401-led_alix.patch
3209   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\402-ledtrig_default_on.pa
       tch
3210   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\403-ds1672_detect.patch
3211   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\410-gpio_buttons.patch
3212   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\420-gpiodev.patch
3213   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\510-yaffs_support.patch
3214   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\512-yaffs_2.6.25_fix.patc
       h
3215   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\600-phy_extension.patch
3216   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\610-phy_detect.patch
3217   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\620-phy_adm6996.patch
3218   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\630-phy_packets.patch
3219   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\640-mvswitch.patch
3220   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\700-powerpc_git.patch
3221   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\801-usb_serial_endpoint_s
       ize.patch
3222   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\840-unable_to_open_consol
       e.patch
3223   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\850-jffs2_erase_progress_
       indicator.patch
3224   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\900-headers_type_and_time
       .patch
3225   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\902-darwin_scripts_includ
       e.patch
3226   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\903-hostap_txpower.patch
3227   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\903-stddef_include.patch
3228   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\904-ls_time_locale.patch
3229   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\905-i386_build.patch
3230   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\906-msdosfs_header.patch
3231   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\910-m25p80_redboot_partit
       ions.patch
3232   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\921-gpio_spi_driver.patch
3233   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\922-gpiommc.patch
3234   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\923-gpiommc-configfs-lock
       ing.patch
3235   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\930-ppc_big_endian_io_mem
       ory_accessors.patch
3236   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\940-arm_mach_types.patch
3237   GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\950-ocf-linux-26-20080704
```

```
3238  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\951-ocf-scatterlist-inc.p
      atch
3239  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\960-backport_gpiolib_bett
      er_rmmod_infrastructure.patch
3240  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\961-backport_gpio_define_
      gpio_valid.patch
3241  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\962-backport_gpiolib_dyna
      mic_gpio_number_allocation.patch
3242  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\963-backport_gpio_chip_re
      serve.patch
3243  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\964-backport_gpiolib_fix_
      off_by_one_errors.patch
3244  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\981-backport_usb_serial_s
      ierrawireless_ids.patch
3245  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\991-cve-2009-0028.patch
3246  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\992-cve-2009-0065.patch
3247  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\993-cve-2009-0676.patch
3248  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\994-cve-2009-1439.patch
3249  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\995-cve-2009-1389.patch
3250  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.25\996-cve-2009-2692.patch
3251  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\001-squashfs.patch
3252  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\002-lzma_decompress.patch
3253  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\003-squashfs_lzma.patch
3254  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\004-extra_optimization.pa
      tch
3255  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\005-squashfs_fix.patch
3256  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\006-gcc4_inline_fix.patch
3257  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\007-samsung_flash.patch
3258  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\009-revert_intel_flash_br
      eakage.patch
3259  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\010-disable_old_squashfs_
      compatibility.patch
3260  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\011-mips_boot.patch
3261  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\060-block2mtd_init.patch
3262  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\065-rootfs_split.patch
3263  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\070-redboot_space.patch
3264  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\071-redboot_boardconfig.p
      atch
3265  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\080-mtd_plat_nand_chip_fi
      xup.patch
3266  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\100-netfilter_layer7_2.17
      .patch
3267  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\101-netfilter_layer7_pktm
      atch.patch
3268  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\110-ipp2p_0.8.1rc1.patch
3269  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\130-netfilter_ipset.patch
3270  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\150-netfilter_imq.patch
3271  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\170-netfilter_chaostables
      _0.8.patch
3272  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\171-netfilter_tarpit.patc
      h
3273  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\180-netfilter_depends.pat
      ch
3274  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\190-netfilter_rtsp.patch
3275  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\200-sched_esfq.patch
3276  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\202-mips-freestanding.pat
      ch
3277  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\204-jffs2_eofdetect.patch
3278  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\207-powerpc_asm_segment_h
      .patch
3279  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\208-rtl8110sb_fix.patch
3280  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\209-mini_fo.patch
3281  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\210-mini_fo_2.6.25_fixes.
      patch
3282  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\211-mini_fo_2.6.25_dentry
      _open_war.patch
3283  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\212-mini_fo_2.6.26_fixes.
      patch
```

```
3284  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\211-no_journal_comm.patch
3285  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\220-sound_kconfig.patch
3286  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\222-partial_eraseblock_write.patch
3287  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\400-ledtrig_morse.patch
3288  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\401-led_alix.patch
3289  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\402-ledtrig_netdev.patch
3290  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\403-ds1672_detect.patch
3291  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\410-gpio_buttons.patch
3292  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\420-gpiodev.patch
3293  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\510-yaffs_support.patch
3294  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\512-yaffs_2.6.25_fix.patch
3295  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\513-yaffs_2.6.26_fix.patch
3296  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\600-phy_extension.patch
3297  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\610-phy_detect.patch
3298  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\620-phy_adm6996.patch
3299  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\630-phy_packets.patch
3300  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\640-mvswitch.patch
3301  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\650-swconfig.patch
3302  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\660-ip175c_support.patch
3303  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\801-usb_serial_endpoint_size.patch
3304  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\840-unable_to_open_console.patch
3305  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\900-headers_type_and_time.patch
3306  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\902-darwin_scripts_include.patch
3307  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\903-hostap_txpower.patch
3308  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\903-stddef_include.patch
3309  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\905-i386_build.patch
3310  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\910-cryptodev_backport.patch
3311  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\915-hso-backport.patch
3312  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\921-gpio_spi_driver.patch
3313  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\922-gpiommc.patch
3314  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\923-gpiommc-configfs-locking.patch
3315  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\924-gpiommc_2.6.26_fix.patch
3316  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\930-ppc_big_endian_io_memory_accessors.patch
3317  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\940-arm_mach_types.patch
3318  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\950-revert_xt_sctp_simplify.patch
3319  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\951-revert_gcc4_4_fixes.patch
3320  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\970-ocf_20080704.patch
3321  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\971-ocf_compile_fix.patch
3322  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\980-backport_gpio_sysfs_support.patch
3323  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\981-backport_usb_serial_sierrawireless_ids.patch
3324  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\991-cve-2009-0028.patch
3325  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\992-cve-2009-0065.patch
3326  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\993-cve-2009-0676.patch
3327  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\994-cve-2009-1439.patch
3328  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\995-cve-2009-1389.patch
3329  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.26\996-cve-2009-2692.patch
3330  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\001-squashfs_move_zlib_decomp.patch
3331  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\002-squashfs_factor_out_remaining_zlib.patch
3332  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\003-squashfs_add_decompressor_framework.patch
3333  GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\004-squashfs_add_decompressor_lzma_lzo.patch
```

| | |
|---|---|
| 3334 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\005-squashfs_extra_parameter.patch |
| 3335 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\006-squashfs_add_lzma.patch |
| 3336 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\007-squashfs_make_lzma_available.patch |
| 3337 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\008-jffs2_make_lzma_available.patch |
| 3338 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\009-jffs-fix-min-max-confusion.patch |
| 3339 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\010-perl-warning-fix.patch |
| 3340 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\011-mips_boot.patch |
| 3341 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\012-extra_optimization.patch |
| 3342 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\013-gcc4_inline_fix.patch |
| 3343 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\014-cfi_fix_amd_extended_table_check.patch |
| 3344 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\016-debug-print-signal-on-init-kill.patch |
| 3345 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\017-backtrace-syslog-friendly-symbols.patch |
| 3346 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\018-dump-stack-on-panic.patch |
| 3347 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\019-no-stack-dump-on-netdev-watchdog.patch |
| 3348 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\020-mips_multi_machine_support.patch |
| 3349 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\021-mips_image_cmdline_hack.patch |
| 3350 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\022-mips_use_generic_thread_info_allocator.patch |
| 3351 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\023-mips-fix-kexec.patch |
| 3352 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\025-mips_disable_fpu.patch |
| 3353 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\027-mips_module_reloc.patch |
| 3354 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\028-module_exports.patch |
| 3355 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\029-arm_module_unresolved_weak_sym.patch |
| 3356 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\030-pci_disable_common_quirks.patch |
| 3357 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\031-ppc_gcc_build_fix.patch |
| 3358 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\034-mips-stack-size-16k.patch |
| 3359 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\035-fix_CVE-2017-14106.patch |
| 3360 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\035-mips-irq-stack.patch |
| 3361 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\040-arm-update-mach-types.patch |
| 3362 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\040-use_ext4_for_ext23.patch |
| 3363 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\041-ext4_do_not_override_ext23.patch |
| 3364 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\042-ext4_add_ext23_module_aliases.patch |
| 3365 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\050-lzo_compressed_kernels.patch |
| 3366 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\051-lzo_compressed_kernel_for_arm.patch |
| 3367 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\052-lzo_compressed_kernel_for_x86.patch |
| 3368 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\053-lzo_compression_for_initramfs.patch |
| 3369 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\055-lzma_arm_kernel.patch |
| 3370 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\057-arm_fix_uncompress_code.patch |
| 3371 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\060-block2mtd_init.patch |

| | |
|---|---|
| 3372 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\065-rootfs_split.patch |
| 3373 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\066-block2mtd_probe.patch |
| 3374 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\070-redboot_space.patch |
| 3375 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\071-redboot_boardconfig.patch |
| 3376 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\080-mtd_plat_nand_chip_fixup.patch |
| 3377 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\081-mtd_myloader_partition_parser.patch |
| 3378 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\082-mtd_info_move_forward_decl.patch |
| 3379 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\083-mtd_fix_nand_correct_data_return_code.patch |
| 3380 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\084-mtd_m25p80_add_pm25lv_flash_support.patch |
| 3381 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\085-mtd_m25p80_add_en25px_support.patch |
| 3382 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\086-mtd_m25p80_add_xxxs33b_support.patch |
| 3383 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\087-mtd-m25p80-add-w25q32-chip-support.patch |
| 3384 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\088-winbond_cmdset.patch |
| 3385 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\089-mtd-samsung-flash.patch |
| 3386 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\090-mtd-m25p80-add-en25f32-chip-support.patch |
| 3387 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\100-netfilter_layer7_2.21.patch |
| 3388 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\101-netfilter_layer7_pktmatch.patch |
| 3389 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\110-netfilter_match_speedup.patch |
| 3390 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\120-netfilter_recent_reap.patch |
| 3391 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\130c-netfilter_expect-show_helper.patch |
| 3392 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\131c-netfilter_sip-fix_ct_parse_req.patch |
| 3393 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\132c-netfilter_sip-off_by_one.patch |
| 3394 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\133c-netfilter_sip-pass_data_offset.patch |
| 3395 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\134c-netfilter_sip-add_T38.patch |
| 3396 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\135c-netfilter_sip-add_TCP_support.patch |
| 3397 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\136c-netfilter_sip-add_TCP_support.patch |
| 3398 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\138c-netfilter_support_mangling_TCP.patch |
| 3399 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\180-netfilter_depends.patch |
| 3400 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\190-netfilter_rtsp.patch |
| 3401 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\195-netfilter_ipp2p.patch |
| 3402 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\200-sched_esfq.patch |
| 3403 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\201-jhash3.patch |
| 3404 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\202-mips_mem_functions_performance.patch |
| 3405 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\203-slab_maxsize.patch |
| 3406 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\204-jffs2_eofdetect.patch |
| 3407 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\205-skb_padding.patch |
| 3408 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\207-powerpc_asm_segment_h.patch |
| 3409 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\208-mips_oprofile_fix.patch |
| 3410 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\209-mini_fo.patch |
| 3411 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\210-mini_fo_2.6.25_fixes.patch |
| 3412 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\211-mini_fo_2.6.25_dentry |

| | |
|---|---|
| 3413 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\212-mini_fo_2.6.26_fixes.patch |
| 3414 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\213-mini_fo_2.6.27_fixes.patch |
| 3415 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\214-mini_fo_2.6.29.patch |
| 3416 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\215-mini_fo_2.6.30.patch |
| 3417 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\216-mini_fo_locking.patch |
| 3418 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\217-mini_fo_dentry_check.patch |
| 3419 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\219-kobject_uevent.patch |
| 3420 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\220-sound_kconfig.patch |
| 3421 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\222-partial_eraseblock_write.patch |
| 3422 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\223-kobject-add-broadcast_uevent.patch |
| 3423 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\240-packet_socket_type.patch |
| 3424 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\250-pppoe_header_pad.patch |
| 3425 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\251-atm_header_changes.patch |
| 3426 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\260-crypto_optional_tests.patch |
| 3427 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\270-bridge_no_eap_forward.patch |
| 3428 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\271-bridge_always_accept_eap.patch |
| 3429 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\275-bridge-allow-forwarding-some-link-local-frames.patch |
| 3430 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\280-sched_act_connmark.patch |
| 3431 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\300-ipv6_accept_ra_when_forwarding.patch |
| 3432 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\301-ipv6_send_rs_when_forwarding.patch |
| 3433 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\302-wireless-max-frequencies.patch |
| 3434 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\310-usb-add-usb_find_device_by_name.patch |
| 3435 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\400-ledtrig_morse.patch |
| 3436 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\402-ledtrig_netdev.patch |
| 3437 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\403-ledtrig-usbdev.patch |
| 3438 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\410-gpio_buttons.patch |
| 3439 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\411-add-KEY_WPS_BUTTON-definition.patch |
| 3440 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\420-gpiodev.patch |
| 3441 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\510-yaffs_support.patch |
| 3442 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\511-yaffs-cvs-2009-04-24.patch |
| 3443 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\600-phy_extension.patch |
| 3444 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\600-unlzma-corrupt-checks.patch |
| 3445 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\601-phy-add-aneg-done-function.patch |
| 3446 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\620-phy_adm6996.patch |
| 3447 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\630-phy_packets.patch |
| 3448 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\650-swconfig.patch |
| 3449 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\660-phy_mvswitch.patch |
| 3450 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\670-phy_ip175c.patch |
| 3451 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\680-phy_ar8216.patch |
| 3452 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\690-phy_rtl8306.patch |
| 3453 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\691-phy_rtl8366.patch |
| 3454 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\700-rtc7301.patch |
| 3455 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\750-glamo-headers.patch |
| 3456 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\800-seq_file-single_open_size.patch |
| 3457 | GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\822-usb_serial_option_add_more_devices.patch |

```
3458    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\900-set_preinit_iface_in_green_consol
        e.patch
3459    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\901-mips-usermode-pagefau
        lt-adefault-print.path
3460    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\901-trace-priv-signal.pat
        h
3461    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\902-darwin_scripts_includ
        e.patch
3462    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\903-hostap_txpower.patch
3463    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\903-stddef_include.patch
3464    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\910-backport-spi-bus-lock
        ing-api.patch
3465    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\911-backport-mmc_spi-use-
        spi-bus-locking-api.patch
3466    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\920-01-hotpluggable-spi-g
        pio.patch
3467    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\920-04-spi-gpio-implement
        -spi-delay.patch
3468    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\921-gpio_spi_driver.patch
3469    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\922-gpiommc.patch
3470    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\923-gpiommc-configfs-lock
        ing.patch
3471    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\925-modify-i2c-gpio-initc
        all-level.patch
3472    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\930-kmsg_dump_backport.pa
        tch
3473    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\931-crashlog.patch
3474    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\940-wireless_mesh_header.
        patch
3475    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\951-revert_gcc4_4_fixes.p
        atch
3476    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\975-hifn795x-byteswap.pat
        ch
3477    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\975-ssb_update.patch
3478    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\977-textsearch_kconfig_ha
        cks.patch
3479    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\978-lib80211_kconfig_hack
        s.patch
3480    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\979-crypto_add_kconfig_pr
        ompts.patch
3481    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\980-vm_exports.patch
3482    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\991-ppc4xx_optimization.p
        atch
3483    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\998-openwrt_lzma_options.
        patch
3484    GPL.UBNT.v6.1.7\openwrt\target\linux\generic-2.6\patches-2.6.32\999-use_preinit_as_init.p
        atch
3485    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\base-files
3486    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\config-default
3487    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files
3488    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\image
3489    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\Makefile
3490    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\patches
3491    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\profiles
3492    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\base-files\etc
3493    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\base-files\etc\config
3494    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\base-files\etc\hotplug.d
3495    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\base-files\etc\inittab
3496    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\base-files\etc\hotplug.d\button
3497    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\base-files\etc\hotplug.d\button\00-reset
3498    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch
3499    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers
3500    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include
3501    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips
3502    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips
3503    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\pci
3504    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\board.c
3505    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\clock.c
3506    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\dma-core.c
```

```
3507    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\interrupt.c
3508    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\Kconfig
3509    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\Makefile
3510    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\pmu.c
3511    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\prom.c
3512    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\reset.c
3513    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\setup.c
3514    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\ifxmips\timer.c
3515    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\pci\ops-ifxmips.c
3516    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\arch\mips\pci\pci-ifxmips.c
3517    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\char
3518    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\leds
3519    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\mtd
3520    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\net
3521    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\serial
3522    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\watchdog
3523    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\char\ifxmips_eeprom.c
3524    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\char\ifxmips_mei_core.c
3525    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\char\ifxmips_ssc.c
3526    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\leds\leds-ifxmips.c
3527    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\mtd\maps
3528    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\mtd\maps\ifxmips.c
3529    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\net\ifxmips_mii0.c
3530    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\serial\ifxmips_asc.c
3531    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\drivers\watchdog\ifxmips_wdt.c
3532    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips
3533    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips
3534    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\mach-ifxmips
3535    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips.h
3536    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_cgu.h
3537    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_dma.h
3538    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_ebu.h
3539    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_gpio.
        h
3540    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_gptu.
        h
3541    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_irq.h
3542    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_led.h
3543    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_mei.h
3544    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_mei_a
        pp.h
3545    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_mei_a
        pp_ioctl.h
3546    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_mei_b
        sp.h
3547    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_mei_i
        octl.h
3548    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_mei_l
        inux.h
3549    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_pmu.h
3550    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifxmips_prom.
        h
3551    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifx_periphera
        l_definitions.h
3552    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifx_ssc.h
3553    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\ifxmips\ifx_ssc_defin
        es.h
3554    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\mach-ifxmips\gpio.h
3555    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\mach-ifxmips\irq.h
3556    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\files\include\asm-mips\mach-ifxmips\war.h
3557    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\image\Makefile
3558    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\patches\100-board.patch
3559    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\patches\110-drivers.patch
3560    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\patches\160-cfi-swap.patch
3561    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\patches\170-dma_hack.patch
3562    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\profiles\100-Atheros.mk
3563    GPL.UBNT.v6.1.7\openwrt\target\linux\ifxmips\profiles\200-Ralink.mk
3564    GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\base-files
```

```
3566   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\generic
3567   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\generic
3568   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\harddisk
3569   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\image
3570   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\Makefile
3571   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches
3572   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\base-files\etc
3573   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\base-files\etc\preinit.arch
3574   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\generic\profiles
3575   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\generic\target.mk
3576   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\generic\profiles\100-Default.mk
3577   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\generic\profiles\105-Atheros-ath5k.mk
3578   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\generic\profiles\200-NSLU2.mk
3579   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\generic\profiles\300-NAS100d.mk
3580   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\generic\profiles\400-DSMG600RevA.mk
3581   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\harddisk\config-default
3582   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\harddisk\profiles
3583   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\harddisk\target.mk
3584   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\harddisk\profiles\100-FSG3.mk
3585   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\image\apex
3586   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\image\Makefile
3587   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\image\apex\Makefile
3588   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\image\apex\patches
3589   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\image\apex\patches\100-openwrt_nslu2_armeb_co
       nfig.patch
3590   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\image\apex\patches\120-openwrt_nslu2_16mb_arm
       eb_config.patch
3591   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\image\apex\patches\140-openwrt_fsg3_armeb_con
       fig.patch
3592   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\030-ixp4xx_fsg_board_support.patch
3593   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\090-increase_entropy_pools.patch
3594   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\100-wg302v2_gateway7001_mac_plat_info
       .patch
3595   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\105-wg302v1_support.patch
3596   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\110-pronghorn_series_support.patch
3597   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\111-pronghorn_swap_uarts.patch
3598   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\115-sidewinder_support.patch
3599   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\116-sidewinder_fis_location.patch
3600   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\120-compex_support.patch
3601   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\130-wrt300nv2_support.patch
3602   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\131-wrt300nv2_mac_plat_info.patch
3603   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\150-lanready_ap1000_support.patch
3604   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\151-lanready_ap1000_mac_plat_info.pat
       ch
3605   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\162-wg302v1_mem_fixup.patch
3606   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\170-ixdpg425_mac_plat_info.patch
3607   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\180-tw5334_support.patch
3608   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\190-cambria_support.patch
3609   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\191-cambria_optional_uart.patch
3610   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\192-cambria_gpio_device.patch
3611   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\201-npe_driver_print_license_location
       .patch
3612   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\202-npe_driver_switch_support.patch
3613   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\203-npe_driver_phy_reset_autoneg.patc
       h
3614   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\204-npe_driver_ixp43x_support.patch
3615   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\210-npe_hss.patch
3616   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\294-eeprom_new_notifier.patch
3617   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\295-latch_led_driver.patch
3618   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\296-avila_mac_plat_info.patch
3619   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\300-avila_fetch_mac.patch
3620   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\301-avila_led.patch
3621   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\302-avila_gpio_device.patch
3622   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\303-avila_gw23x7_phy_quirk.patch
3623   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\310-gtwx5717_spi_bus.patch
3624   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\311-gtwx5717_mac_plat_info.patch
3625   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\312-ixp4xx_pata_optimization.patch
3626   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\400-dmabounce.patch
3627   GPL.UBNT.v6.1.7\openwrt\target\linux\ixp4xx\patches\401-avila_pci_dev.patch
```

```
3628    GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox
3629    GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\files
3630    GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\image
3631    GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\Makefile
3632    GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\patches
3633    GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\files\arch
3634    GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\files\drivers
3635    GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\files\arch\ppc
3636    GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\files\arch\ppc\platforms
3637    GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\files\arch\ppc\platforms\4xx
3638    GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\files\arch\ppc\platforms\4xx\magicbox.c
3639    GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\files\arch\ppc\platforms\4xx\magicbox.h
3640    GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\files\drivers\ide
3641    GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\files\drivers\ide\ppc
3642    GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\files\drivers\ide\ppc\magicbox_ide.c
3643    GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\image\Makefile
3644    GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\patches\001-magicbox_support.patch
3645    GPL.UBNT.v6.1.7\openwrt\target\linux\magicbox\patches\l00-cf_slot.patch
3646    GPL.UBNT.v6.1.7\openwrt\target\linux\ppc40x\config-default
3647    GPL.UBNT.v6.1.7\openwrt\target\linux\ppc40x\image
3648    GPL.UBNT.v6.1.7\openwrt\target\linux\ppc40x\Makefile
3649    GPL.UBNT.v6.1.7\openwrt\target\linux\ppc40x\patches
3650    GPL.UBNT.v6.1.7\openwrt\target\linux\ppc40x\image\Makefile
3651    GPL.UBNT.v6.1.7\openwrt\target\linux\ppc40x\patches\001-kilauea_openwrt_flashmap.patch
3652    GPL.UBNT.v6.1.7\openwrt\target\linux\ppc40x\patches\002-disable_emac_loopback_mode.patch
3653    GPL.UBNT.v6.1.7\openwrt\target\linux\ppc44x\base-files
3654    GPL.UBNT.v6.1.7\openwrt\target\linux\ppc44x\config-default
3655    GPL.UBNT.v6.1.7\openwrt\target\linux\ppc44x\image
3656    GPL.UBNT.v6.1.7\openwrt\target\linux\ppc44x\Makefile
3657    GPL.UBNT.v6.1.7\openwrt\target\linux\ppc44x\patches
3658    GPL.UBNT.v6.1.7\openwrt\target\linux\ppc44x\base-files\etc
3659    GPL.UBNT.v6.1.7\openwrt\target\linux\ppc44x\base-files\etc\inittab
3660    GPL.UBNT.v6.1.7\openwrt\target\linux\ppc44x\image\Makefile
3661    GPL.UBNT.v6.1.7\openwrt\target\linux\ppc44x\patches\001-taishan_openwrt_flashmap.patch
3662    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\base-files
3663    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\base-files.mk
3664    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\config-2.6.23
3665    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files
3666    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23
3667    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\image
3668    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\Makefile
3669    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\patches
3670    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\patches-2.6.23
3671    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\src
3672    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\base-files\etc
3673    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\base-files\sbin
3674    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\base-files\etc\config
3675    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\base-files\etc\diag.sh
3676    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\base-files\sbin\cf2nand
3677    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\base-files\sbin\wget2nand
3678    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files\arch
3679    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files\drivers
3680    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files\include
3681    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files\arch\mips
3682    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files\arch\mips\pci
3683    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files\arch\mips\rb500
3684    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files\drivers\block
3685    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files\drivers\leds
3686    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files\drivers\net
3687    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files\drivers\watchdog
3688    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files\drivers\block\rb500
3689    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files\include\asm-mips
3690    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files\include\asm-mips\rc32434
3691    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch
3692    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers
3693    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include
3694    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch\mips
3695    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch\mips\pci
3696    GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch\mips\rb500
```

```
3697   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch\mips\pci\ops-rc32434.c
3698   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch\mips\pci\ops-rc32434.c
3699   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch\mips\pci\pci-rc32434.c
3700   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch\mips\rb500\devices.c
3701   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch\mips\rb500\gpio.c
3702   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch\mips\rb500\irq.c
3703   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch\mips\rb500\Makefile
3704   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch\mips\rb500\prom.c
3705   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch\mips\rb500\serial.c
3706   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch\mips\rb500\setup.c
3707   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\arch\mips\rb500\time.c
3708   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers\block
3709   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers\char
3710   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers\leds
3711   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers\net
3712   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers\block\rb500
3713   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers\block\rb500\ata.c
3714   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers\block\rb500\ata.h
3715   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers\block\rb500\bdev.c
3716   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers\block\rb500\Makefile
3717   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers\char\watchdog
3718   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers\char\watchdog\rc32434_wdt
       .c
3719   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers\leds\leds-rb500.c
3720   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers\net\korina.c
3721   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\drivers\net\rc32434_eth.h
3722   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips
3723   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434
3724   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\ddr.h
3725   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\dma.h
3726   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\dma_v.h
3727   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\eth.h
3728   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\eth_v.h
3729   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\gpio.h
3730   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\integ.h
3731   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\irq.h
3732   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\pci.h
3733   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\rb.h
3734   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\rc32434.
       h
3735   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\files-2.6.23\include\asm-mips\rc32434\war.h
3736   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\image\gen_image.sh
3737   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\image\Makefile
3738   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\patches-2.6.23\100-rb5xx_support.patch
3739   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\patches-2.6.23\110-korina_ethernet.patch
3740   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\patches-2.6.23\120-cf.patch
3741   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\patches-2.6.23\140-cmdline_hack.patch
3742   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\patches-2.6.23\200-bridge_resource_hack.patch
3743   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\patches-2.6.23\220-serial_fix.patch
3744   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\patches-2.6.23\240-via_rhine_performance.patch
3745   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\patches-2.6.23\510-rb500_led.patch
3746   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\patches-2.6.23\520-rc32434_wdt.patch
3747   GPL.UBNT.v6.1.7\openwrt\target\linux\rb532\src\patch-cmdline.c
3748   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\base-files
3749   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\config
3750   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\config-default
3751   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files
3752   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\image
3753   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\Makefile
3754   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\patches
3755   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\profiles
3756   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\base-files\etc
3757   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\base-files\etc\config
3758   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\base-files\etc\diag.sh
3759   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\base-files\etc\inittab
3760   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\base-files\etc\config\network
3761   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\config\profile-dir450
3762   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch
3763   GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\drivers
```

```
3764  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch
3765  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\i386
3766  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86
3767  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\i386\kernel
3768  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\i386\mach-rdc
3769  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\i386\kernel\cpu
3770  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\i386\kernel\cpu\rdc.c
3771  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\i386\mach-rdc\gpio.c
3772  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\i386\mach-rdc\Makefile
3773  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\i386\mach-rdc\platform.c
3774  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\i386\mach-rdc\setup.c
3775  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\i386\mach-rdc\wdt.c
3776  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86\boot
3777  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86\kernel
3778  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86\mach-rdc
3779  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86\boot\compressed
3780  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86\boot\compressed\LzmaDecode.c
3781  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86\boot\compressed\LzmaDecode.h
3782  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86\boot\compressed\lzma_misc.c
3783  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86\kernel\cpu
3784  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86\kernel\cpu\rdc.c
3785  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86\mach-rdc\gpio.c
3786  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86\mach-rdc\Makefile
3787  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86\mach-rdc\platform.c
3788  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86\mach-rdc\setup.c
3789  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\arch\x86\mach-rdc\wdt.c
3790  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\drivers\mtd
3791  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\drivers\net
3792  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\drivers\mtd\maps
3793  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\drivers\mtd\maps\imghdr.h
3794  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\drivers\mtd\maps\rdc3210.c
3795  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\drivers\net\r6040.c
3796  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\include\asm-i386
3797  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\include\asm-x86
3798  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\include\asm-i386\gpio.h
3799  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\include\asm-i386\mach-generic
3800  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\include\asm-i386\mach-rdc
3801  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\include\asm-i386\mach-generic\gpio.h
3802  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\include\asm-i386\mach-rdc\gpio.h
3803  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\include\asm-i386\mach-rdc\rdc321x_defs.h
3804  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\include\asm-x86\gpio.h
3805  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\include\asm-x86\mach-generic
3806  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\include\asm-x86\mach-rdc
3807  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\include\asm-x86\mach-generic\gpio.h
3808  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\include\asm-x86\mach-rdc\gpio.h
3809  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\files\include\asm-x86\mach-rdc\rdc321x_defs.h
3810  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\image\Makefile
3811  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\patches\001-rdc3210_flash_map.patch
3812  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\patches\001-x86_generic_gpio.patch
3813  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\patches\002-r6040_ethernet.patch
3814  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\patches\003-rootfstype.patch
3815  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\patches\004-rdc_fixes.patch
3816  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\patches\005-cmdline_setup.patch
3817  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\patches\006-pci_ids.patch
3818  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\patches\600-x86_lzma.patch
3819  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\profiles\AR525W.mk
3820  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\profiles\DIR-450.mk
3821  GPL.UBNT.v6.1.7\openwrt\target\linux\rdc\profiles\WL-153.mk
3822  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\config-2.6.32
3823  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files
3824  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\image
3825  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\Makefile
3826  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches
3827  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\profiles
3828  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch
3829  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers
3830  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\include
3831  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\net
3832  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips
```

```
3833    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\include
3834    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\pci
3835    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\ar7240\ar7240.c
3836    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\ar7240\gpio.c
3837    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\ar7240\irq.c
3838    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\ar7240\Makefile
3839    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\ar7240\platform.c
3840    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\ar7240\prom.c
3841    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\ar7240\setup.c
3842    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\ar7240\wdt.c
3843    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\include\asm
3844    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\include\asm\mach-ar7240
3845    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\include\asm\mach-ar7240\ar7240.
        h
3846    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\include\asm\mach-ar7240\cpu-fea
        ture-overrides.h
3847    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\include\asm\mach-ar7240\i2sio.h
3848    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\include\asm\mach-ar7240\kmalloc
        .h
3849    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\include\asm\mach-ar7240\mangle-
        port.h
3850    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\include\asm\mach-ar7240\war.h
3851    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\pci\fixup-ar7240.c
3852    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\pci\ops-ar7240.c
3853    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\arch\mips\pci\pci-ar7240.c
3854    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\mtd
3855    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\usb
3856    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\mtd\devices
3857    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\mtd\nand
3858    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\mtd\devices\ar7240_flash.c
3859    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\mtd\devices\ar7240_flash.h
3860    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\mtd\nand\ar7240_nand_ecc.c
3861    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\usb\gadget
3862    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\usb\host
3863    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\usb\gadget\ar9130_defs.h
3864    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\usb\gadget\ar9130_otg.c
3865    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\usb\gadget\ar9130_otg.h
3866    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\usb\gadget\ar9130_udc.c
3867    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\usb\gadget\ar9130_udc.h
3868    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\usb\host\ehci-ar9130.c
3869    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\drivers\usb\host\ohci-ar7240.c
3870    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\include\linux
3871    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\include\linux\config.h
3872    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\include\linux\mapping_config.h
3873    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\net\ipv4
3874    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\net\ipv6
3875    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\net\sched
3876    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\net\ipv4\mapping.c
3877    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\net\ipv4\proto_trans.c
3878    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\net\ipv4\proto_trans.h
3879    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\net\ipv6\mapping.c
3880    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\net\ipv6\proto_trans.c
3881    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\net\ipv6\proto_trans.h
3882    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\files\net\sched\wrr.c
3883    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\image\files
3884    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\image\initramfs-base-files.txt
3885    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\image\Makefile
3886    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\001-ubnt-core.patch
3887    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\002-ubnt-kconfig-defaults.patch
3888    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\009-ath-watchdog-atheros.patch
3889    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\010-ath-mtd-flash-spi-atheros.patch
3890    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\011-ath-nand-atheros.patch
3891    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\015-ath-pci-endpoint-atheros.patch
3892    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\020-ath-usb-host-atheros.patch
3893    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\021-ar724x-pcie-reinit.patch
3894    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\021-ath-usb-gadget-atheros.patch
3895    GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\055-2x8-and-priv-skb-mem-common-atheros
        .patch
```

```
3897  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches
3898  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\058-wlan-4kb-skb-opt-atheros.patch
3899  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\091-ath-usb-audio-atheros.patch
3900  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\103-have_mlock-atheros.patch
3901  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\150-siwessid-compat-fix.patch
3902  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\203-htb-atheros.patch
3903  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\204-pci-irq-pins-atheros.patch
3904  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\206-mips-irq-base-0-atheros.patch
3905  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\207-br-bypass-netfilter-forward-hook-at
      heros.patch
3906  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\209-uart-bug-nomsr-atheros.patch
3907  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\211-no-sysfs-link-for-usb-netdev-athero
      s.patch
3908  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\221-ipmr-cache-resolve-queue-len-10.pat
      ch
3909  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\255-net-sched-wrr-atheros.patch
3910  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\257-nf-xt-match-webstr-atheros.patch
3911  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\260-imq-support-atheros.patch
3912  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\262-ip-nf-target-nattype-atheros.patch
3913  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\266-gpio-function.patch
3914  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\267-gpio-driver.patch
3915  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\269-disable-gpio-toggle-on-flash-erase.
      patch
3916  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\270-ar7240-flash-no-size.patch
3917  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\300-ebtables-arpnat.patch
3918  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\303-bridge-hard-header-len.patch
3919  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\310-ppp-mppe-packets-out-of-order-fix.p
      atch
3920  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\311-ppp-info.patch
3921  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\500-bootup-printk.patch
3922  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\510-remove-dbgprint-on-requeue-pkt.patc
      h
3923  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\511-mips-c0r9-cycle-counter.patch
3924  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\512-ar724x-spi-reset-first-and-no-preem
      ption.patch
3925  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\517-sip-direct-media-only-off.patch
3926  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\605-build_skb.patch
3927  GPL.UBNT.v6.1.7\openwrt\target\linux\ubnt\patches\700-hw_watch_point.patch
3928  GPL.UBNT.v6.1.7\openwrt\target\linux\uml\config
3929  GPL.UBNT.v6.1.7\openwrt\target\linux\uml\image
3930  GPL.UBNT.v6.1.7\openwrt\target\linux\uml\Makefile
3931  GPL.UBNT.v6.1.7\openwrt\target\linux\uml\patches
3932  GPL.UBNT.v6.1.7\openwrt\target\linux\uml\README
3933  GPL.UBNT.v6.1.7\openwrt\target\linux\uml\config\i386
3934  GPL.UBNT.v6.1.7\openwrt\target\linux\uml\config\x86_64
3935  GPL.UBNT.v6.1.7\openwrt\target\linux\uml\image\Makefile
3936  GPL.UBNT.v6.1.7\openwrt\target\linux\uml\patches\001-gcc4_unit_at_a_time_i386_fix.patch
3937  GPL.UBNT.v6.1.7\openwrt\target\linux\uml\patches\002-gcc4_unfortify_source.patch
3938  GPL.UBNT.v6.1.7\openwrt\target\linux\x86\base-files
3939  GPL.UBNT.v6.1.7\openwrt\target\linux\x86\config-default
3940  GPL.UBNT.v6.1.7\openwrt\target\linux\x86\generic
3941  GPL.UBNT.v6.1.7\openwrt\target\linux\x86\image
3942  GPL.UBNT.v6.1.7\openwrt\target\linux\x86\Makefile
3943  GPL.UBNT.v6.1.7\openwrt\target\linux\x86\patches
3944  GPL.UBNT.v6.1.7\openwrt\target\linux\x86\base-files\etc
3945  GPL.UBNT.v6.1.7\openwrt\target\linux\x86\base-files\lib
3946  GPL.UBNT.v6.1.7\openwrt\target\linux\x86\base-files\etc\preinit.arch
3947  GPL.UBNT.v6.1.7\openwrt\target\linux\x86\base-files\lib\upgrade
3948  GPL.UBNT.v6.1.7\openwrt\target\linux\x86\base-files\lib\upgrade\platform.sh
3949  GPL.UBNT.v6.1.7\openwrt\target\linux\x86\generic\profiles
3950  GPL.UBNT.v6.1.7\openwrt\target\linux\x86\generic\target.mk
3951  GPL.UBNT.v6.1.7\openwrt\target\linux\x86\generic\profiles\000-Generic.mk
3952  GPL.UBNT.v6.1.7\openwrt\target\linux\x86\generic\profiles\Alix.mk
3953  GPL.UBNT.v6.1.7\openwrt\target\linux\x86\generic\profiles\Pcengines.mk
3954  GPL.UBNT.v6.1.7\openwrt\target\linux\x86\generic\profiles\Soekris.mk
3955  GPL.UBNT.v6.1.7\openwrt\target\linux\x86\image\Config.in
3956  GPL.UBNT.v6.1.7\openwrt\target\linux\x86\image\gen_image.sh
3957  GPL.UBNT.v6.1.7\openwrt\target\linux\x86\image\Makefile
3958  GPL.UBNT.v6.1.7\openwrt\target\linux\x86\image\menu.lst
```

```
3959    GPL.UBNT.v6.1.7\openwrt\target\sdk\dl.conf.in
3960    GPL.UBNT.v6.1.7\openwrt\target\sdk\files
3961    GPL.UBNT.v6.1.7\openwrt\target\sdk\Makefile
3962    GPL.UBNT.v6.1.7\openwrt\target\sdk\files\Makefile
3963    GPL.UBNT.v6.1.7\openwrt\target\sdk\files\package
3964    GPL.UBNT.v6.1.7\openwrt\target\sdk\files\README.SDK
3965    GPL.UBNT.v6.1.7\openwrt\target\sdk\files\package\depend.mk
3966    GPL.UBNT.v6.1.7\openwrt\target\sdk\files\package\rules.mk
3967    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils
3968    GPL.UBNT.v6.1.7\openwrt\toolchain\Config.in
3969    GPL.UBNT.v6.1.7\openwrt\toolchain\gcc
3970    GPL.UBNT.v6.1.7\openwrt\toolchain\gdb
3971    GPL.UBNT.v6.1.7\openwrt\toolchain\info.mk
3972    GPL.UBNT.v6.1.7\openwrt\toolchain\kernel-headers
3973    GPL.UBNT.v6.1.7\openwrt\toolchain\Makefile
3974    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc
3975    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\Config.in
3976    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\Makefile
3977    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches
3978    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.16.1
3979    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17
3980    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.18
3981    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.16.1\0002_binutils-texinfo-5.0-gas-d
        oc.patch
3982    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.16.1\0003-binutils-texinfo-5.0.patch
3983    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17\0002_binutils-texinfo-5.0-gas-doc
        .patch
3984    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17\0003-binutils-texinfo-5.0.patch
3985    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17\001-fix_avr32_compile
3986    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17\100-uclibc-conf.patch
3987    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17\110-arm-eabi-conf.patch
3988    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17\300-001_ld_makefile_patch.patch
3989    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17\300-006_better_file_error.patch
3990    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17\300-012_check_ldrunpath_length.pa
        tch
3991    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17\400-mips-ELF_MAXPAGESIZE-4k.patch
3992    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17\500-avr32.patch
3993    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17\501-avr32-fix-pool-alignment.patc
        h
3994    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17\601-cris-errormsg.patch
3995    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17\610-cris_target.patch
3996    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.17\702-binutils-skip-comments.patch
3997    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.18\0002_binutils-texinfo-5.0-gas-doc
        .patch
3998    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.18\0003-binutils-texinfo-5.0.patch
3999    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.18\100-uclibc-conf.patch
4000    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.18\110-arm-eabi-conf.patch
4001    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.18\300-001_ld_makefile_patch.patch
4002    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.18\300-006_better_file_error.patch
4003    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.18\300-012_check_ldrunpath_length.pa
        tch
4004    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.18\500-avr32.patch
4005    GPL.UBNT.v6.1.7\openwrt\toolchain\binutils\patches\2.18\601-cris-errormsg.patch
4006    GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\Config.in
4007    GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\Config.version
4008    GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\files
4009    GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\Makefile
4010    GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches
4011    GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\files\alternate-arch-cc.in
4012    GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\3.4.6
4013    GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2
4014    GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4
4015    GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\3.4.6\100-uclibc-conf.patch
4016    GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\3.4.6\200-uclibc-locale.patch
4017    GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\3.4.6\300-libstdc++-pic.patch
4018    GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\3.4.6\601-gcc34-arm-ldm.patch
4019    GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\3.4.6\602-sdk-libstdc++-includes.patch
4020    GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\3.4.6\700-pr15068-fix.patch
4021    GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\3.4.6\800-arm-bigendian.patch
```

```
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\3.4.6\910-mbsd_multi.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\3.4.6\arm-softfloat.patch.conditional
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\100-uclibc-conf.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\110-arm-eabi.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\200-uclibc-locale.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\300-libstdc++-pic.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\301-missing-execinfo_h.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\302-c99-snprintf.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\303-c99-complex-ugly-hack.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\304-index_macro.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\500-avr32.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\740-sh-pr24836.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\800-arm-bigendian.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\850-unbreak-armv4t.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\900-c++_fixes.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\910-mbsd_multi.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.1.2\910-soft-float.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\100-uclibc-conf.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\103-uclibc-conf-noupstream.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\200-uclibc-locale.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\203-uclibc-locale-no__x.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\204-uclibc-locale-wchar_fix.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\205-uclibc-locale-update.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\300-libstdc++-pic.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\301-missing-execinfo_h.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\302-c99-snprintf.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\303-c99-complex-ugly-hack.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\304-index_macro.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\305-libmudflap-susv3-legacy.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\306-libstdc++-namespace.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\307-locale_facets.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\402-libbackend_dep_gcov-iov.h.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\800-arm-bigendian.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\900-avr32_support.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\901-fix_avr32_breakage.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\904-flatten-switch-stmt-00.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\910-mbsd_multi.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\910-soft-float.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\920-soft-float.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\930-eabi_fixes.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\951-bug_37014.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gcc\patches\4.2.4\952-bug_34762.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\Makefile
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\100-uclibc-conf.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\200-uclibc-readline-conf.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\400-mips-coredump.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\500-thread-timeout.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\600-debian_10.selected-frame.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\620-debian_static-thread-db.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\630-debian_24.tracepoint-segv.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\640-debian_dwarf2-frame-signal-unwinder.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\650-debian_vsyscall-gdb-support.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\660-debian_dwarf-cfa-restore.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\680-debian_sim-destdir.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\690-debian_member-field-symtab.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\700-debian_cp-pass-by-reference.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\710-debian_thread-db-multiple-libraries.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\720-debian_static-threads-test.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\730-debian_gdb-fix-tracefork-check.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\740-debian_make-cv-type-crash.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\750-debian_sparc-singlestep.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\760-debian_vsyscall-bfd-close-result.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\770-debian_vfork-done-spelling.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\780-debian_gdbserver-rdynamic.patch
GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\790-debian_dwarf2-cfi-warning.patch
```

```
4089   GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\800-debian_dwarf2-frame-rh-fix.patch
4090   GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\810-debian_bfd-no-kylix-crash.patch
4091   GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\820-debian_disable-linux-fork-messages.patch
4092   GPL.UBNT.v6.1.7\openwrt\toolchain\gdb\patches\900-fix-arm-build.patch
4093   GPL.UBNT.v6.1.7\openwrt\toolchain\kernel-headers\Makefile
4094   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config
4095   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32
4096   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\Config.in
4097   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\Config.version
4098   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\Makefile
4099   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches
4100   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32
4101   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\0.9.28.2
4102   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\arm
4103   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\arm.storm
4104   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\armeb
4105   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\avr32
4106   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\cris
4107   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\i386
4108   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\i686
4109   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\mips
4110   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\mipsel
4111   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\powerpc
4112   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\x86_64
4113   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\0.9.28.2\arm
4114   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\0.9.28.2\armeb
4115   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\0.9.28.2\avr32
4116   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\0.9.28.2\cris
4117   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\0.9.28.2\i386
4118   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\0.9.28.2\mips
4119   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\0.9.28.2\mipsel
4120   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\0.9.28.2\powerpc
4121   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config\0.9.28.2\x86_64
4122   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\arm
4123   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\armeb
4124   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\avr32
4125   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\common
4126   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\cris
4127   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\debug
4128   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\i386
4129   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\i686
4130   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\m68k
4131   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\mips
4132   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\mips64
4133   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\mips64el
4134   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\mipsel
4135   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\mipsel.brcm-2.4
4136   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\mipsel.cobalt
4137   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\powerpc
4138   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\powerpc.mpc85xx
4139   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\sparc
4140   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\sparc.leon
4141   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\ubicom32
4142   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\config-0.9.32\x86_64
4143   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2
4144   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\001-fix_mmap.patch
4145   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\002-conditional_sched_affinity.patch
4146   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\004-fix_gethostent_r_failure_retval.patch
4147   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\005-fix_internal_function_definition.patch
4148   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\006-rm_whitespace.patch
4149   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\007-avr32.patch
4150   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\008-avr32_fix_sa_onstack.patch
4151   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\009-fix_getaddrinfo_infinite_loop.patch
4152   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\010-config-gcc-5x-compile.patch
4153   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\100-termios.patch
4154   GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\110-compat_macros.patch
```

```
4155    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\130-compile_fixes.patch
4156    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\130-sockets_throw.patch
4157    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\140-fix-endless-recursion-in-pthread.pat
        ch
4158    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\141-fix-daemon-to-support-pthread.patch
4159    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\150-fix-ldso-text-realloc-segfault.patch
4160    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\170-enable-getifaddrs.patch
4161    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\180-epoll_create1.patch
4162    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\181-sock_cloexec.patch
4163    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\182-timerfd.patch
4164    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\183-dn_comp.patch
4165    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\991-CVE-2016-2224-2225.patch
4166    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\100-revert_broken_stuff.patch
4167    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\120-more_standard_math.patch
4168    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\150-portability.patch
4169    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\160-move_stack_end.patch
4170    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\190-uml_x86_64_hack.patch
4171    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\200-cris-syscall6.patch
4172    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\230-cris-pagesize.patch
4173    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\240-cris-crt0.patch
4174    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\250-cris-errno.patch
4175    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\300-let-optimized-stringops-ove
        rride-default-ones.patch
4176    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\301-fix-getrusage-argument-type
        .patch
4177    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\302-fix-__libc_fcntl64-varargs-
        prototype.patch
4178    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\303-fix-broken-__libc_open-decl
        aration.patch
4179    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\400-avr32-arch-2.patch
4180    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\401-avr32-linkrelax-option.patc
        h
4181    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\402-avr32-string-ops.patch
4182    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\403-no-create_module-on-avr32.p
        atch
4183    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\407-ldso-avr32-2.patch
4184    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\409-ldso-avr32-startup-hack.pat
        ch
4185    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\410-ldd-avr32-support.patch
4186    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\411-libpthread-avr32.patch
4187    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches\0.9.28.2\412-sync-fcntl-h-with-linux-ker
        nel.patch
4188    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\100-do_not_select_extra-warnings.
        patch
4189    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\110-compat_macros.patch
4190    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\120-adjtimex.patch
4191    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\130-ldso-fix-__dl_parse_dynamic_i
        nfo-segfault.patch
4192    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\140-avr32_atomic_fix.patch
4193    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\170-math_finite.patch
4194    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\180-pthread_cleanup_fix.patch
4195    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\190-nptl_use_arch_default_stack_l
        imit.patch
4196    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\410-llvm_workaround.patch
4197    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\450-powerpc_copysignl.patch
4198    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\460-powerpc_libm_fixes.patch
4199    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\600-ubicom32-uClibc.patch
4200    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\601-ubicom32_uClibc_fixes.patch
4201    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\900-reorder_use_bx.patch
4202    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\910-thumb_blind_options.patch
4203    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\920-remove_sub-arch_variants.patc
        h
4204    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\930-transform_eabi_oabi_choice.pa
        tch
4205    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\940-include_arm-asm.h.patch
4206    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\950-detect_bx_availibility.patch
4207    GPL.UBNT.v6.1.7\openwrt\toolchain\uClibc\patches-0.9.32\960-remove_eabi_oabi_selection.pa
        tch
4208
```

```
4209   GPL.UBNT.v6.1.7\openwrt\tools\automake
4210   GPL.UBNT.v6.1.7\openwrt\tools\automake
4211   GPL.UBNT.v6.1.7\openwrt\tools\bison
4212   GPL.UBNT.v6.1.7\openwrt\tools\ccache
4213   GPL.UBNT.v6.1.7\openwrt\tools\dtc
4214   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils
4215   GPL.UBNT.v6.1.7\openwrt\tools\genext2fs
4216   GPL.UBNT.v6.1.7\openwrt\tools\include
4217   GPL.UBNT.v6.1.7\openwrt\tools\ipkg-utils
4218   GPL.UBNT.v6.1.7\openwrt\tools\lua
4219   GPL.UBNT.v6.1.7\openwrt\tools\lzma
4220   GPL.UBNT.v6.1.7\openwrt\tools\lzma-new
4221   GPL.UBNT.v6.1.7\openwrt\tools\Makefile
4222   GPL.UBNT.v6.1.7\openwrt\tools\mkimage
4223   GPL.UBNT.v6.1.7\openwrt\tools\mtd-utils
4224   GPL.UBNT.v6.1.7\openwrt\tools\patch-cmdline
4225   GPL.UBNT.v6.1.7\openwrt\tools\pkg-config
4226   GPL.UBNT.v6.1.7\openwrt\tools\quilt
4227   GPL.UBNT.v6.1.7\openwrt\tools\sed
4228   GPL.UBNT.v6.1.7\openwrt\tools\squashfs
4229   GPL.UBNT.v6.1.7\openwrt\tools\squashfs4
4230   GPL.UBNT.v6.1.7\openwrt\tools\sstrip
4231   GPL.UBNT.v6.1.7\openwrt\tools\autoconf\Makefile
4232   GPL.UBNT.v6.1.7\openwrt\tools\autoconf\patches
4233   GPL.UBNT.v6.1.7\openwrt\tools\autoconf\patches\001-no_emacs_lib.patch
4234   GPL.UBNT.v6.1.7\openwrt\tools\automake\files
4235   GPL.UBNT.v6.1.7\openwrt\tools\automake\Makefile
4236   GPL.UBNT.v6.1.7\openwrt\tools\automake\files\aclocal
4237   GPL.UBNT.v6.1.7\openwrt\tools\bison\Makefile
4238   GPL.UBNT.v6.1.7\openwrt\tools\ccache\Makefile
4239   GPL.UBNT.v6.1.7\openwrt\tools\dtc\Makefile
4240   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\Makefile
4241   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src
4242   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\addpattern.c
4243   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\add_header.c
4244   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\airlink.c
4245   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\csysimg.h
4246   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\dgfirmware.c
4247   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\fw.h
4248   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\imagetag.c
4249   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\lzma2eva.c
4250   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\mkcasfw.c
4251   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\mkcsysimg.c
4252   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\mkfwimage.c
4253   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\mkmylofw.c
4254   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\mkzynfw.c
4255   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\motorola-bin.c
4256   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\myloader.h
4257   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\ptgen.c
4258   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\srec2bin.c
4259   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\trx.c
4260   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\trx2usr.c
4261   GPL.UBNT.v6.1.7\openwrt\tools\firmware-utils\src\zynos.h
4262   GPL.UBNT.v6.1.7\openwrt\tools\genext2fs\Makefile
4263   GPL.UBNT.v6.1.7\openwrt\tools\genext2fs\patches
4264   GPL.UBNT.v6.1.7\openwrt\tools\genext2fs\patches\01-remove_getline.patch
4265   GPL.UBNT.v6.1.7\openwrt\tools\include\byteswap.h
4266   GPL.UBNT.v6.1.7\openwrt\tools\include\endian.h
4267   GPL.UBNT.v6.1.7\openwrt\tools\include\getline.h
4268   GPL.UBNT.v6.1.7\openwrt\tools\ipkg-utils\Makefile
4269   GPL.UBNT.v6.1.7\openwrt\tools\ipkg-utils\patches
4270   GPL.UBNT.v6.1.7\openwrt\tools\ipkg-utils\patches\100-build_clean.patch
4271   GPL.UBNT.v6.1.7\openwrt\tools\ipkg-utils\patches\110-buildpackage.patch
4272   GPL.UBNT.v6.1.7\openwrt\tools\ipkg-utils\patches\111-buildpackage_conffiles.patch
4273   GPL.UBNT.v6.1.7\openwrt\tools\ipkg-utils\patches\120-build_tar.patch
4274   GPL.UBNT.v6.1.7\openwrt\tools\ipkg-utils\patches\130-tar_wildcards.patch
4275   GPL.UBNT.v6.1.7\openwrt\tools\ipkg-utils\patches\140-portability.patch
4276   GPL.UBNT.v6.1.7\openwrt\tools\ipkg-utils\patches\150-uppercase_letters.patch
4277   GPL.UBNT.v6.1.7\openwrt\tools\ipkg-utils\patches\160-find.patch
```

```
4278    GPL.UBNT.v6.1.7\openwrt\tools\lua\Makefile
4279    GPL.UBNT.v6.1.7\openwrt\tools\lua\patches
4280    GPL.UBNT.v6.1.7\openwrt\tools\lua\patches\010-lua-5.1.3-lnum-full-260308.patch
4281    GPL.UBNT.v6.1.7\openwrt\tools\lua\patches\015-lnum-ppc-compat.patch
4282    GPL.UBNT.v6.1.7\openwrt\tools\lua\patches\020-shared_liblua.patch
4283    GPL.UBNT.v6.1.7\openwrt\tools\lua\patches\030-archindependent-bytecode.patch
4284    GPL.UBNT.v6.1.7\openwrt\tools\lua\patches\100-no_readline.patch
4285    GPL.UBNT.v6.1.7\openwrt\tools\lua\patches\200-lua-path.patch
4286    GPL.UBNT.v6.1.7\openwrt\tools\lua\patches\300-opcode_performance.patch
4287    GPL.UBNT.v6.1.7\openwrt\tools\lzma\Makefile
4288    GPL.UBNT.v6.1.7\openwrt\tools\lzma\patches
4289    GPL.UBNT.v6.1.7\openwrt\tools\lzma\patches\100-lzma_zlib.patch
4290    GPL.UBNT.v6.1.7\openwrt\tools\lzma\patches\110-ranlib.patch
4291    GPL.UBNT.v6.1.7\openwrt\tools\lzma-new\Makefile
4292    GPL.UBNT.v6.1.7\openwrt\tools\lzma-new\patches
4293    GPL.UBNT.v6.1.7\openwrt\tools\lzma-new\patches\001-large_files.patch
4294    GPL.UBNT.v6.1.7\openwrt\tools\lzma-new\patches\002-lzmp.patch
4295    GPL.UBNT.v6.1.7\openwrt\tools\lzma-new\patches\003-compile_fixes.patch
4296    GPL.UBNT.v6.1.7\openwrt\tools\lzma-new\patches\100-static_library.patch
4297    GPL.UBNT.v6.1.7\openwrt\tools\mkimage\Makefile
4298    GPL.UBNT.v6.1.7\openwrt\tools\mkimage\src
4299    GPL.UBNT.v6.1.7\openwrt\tools\mkimage\src\crc32.c
4300    GPL.UBNT.v6.1.7\openwrt\tools\mkimage\src\image.h
4301    GPL.UBNT.v6.1.7\openwrt\tools\mkimage\src\mkimage.c
4302    GPL.UBNT.v6.1.7\openwrt\tools\mtd-utils\Makefile
4303    GPL.UBNT.v6.1.7\openwrt\tools\mtd-utils\patches
4304    GPL.UBNT.v6.1.7\openwrt\tools\mtd-utils\patches\100-gcc4_fix.patch
4305    GPL.UBNT.v6.1.7\openwrt\tools\mtd-utils\patches\110-portability_fix.patch
4306    GPL.UBNT.v6.1.7\openwrt\tools\patch-cmdline\Makefile
4307    GPL.UBNT.v6.1.7\openwrt\tools\patch-cmdline\src
4308    GPL.UBNT.v6.1.7\openwrt\tools\patch-cmdline\src\patch-cmdline.c
4309    GPL.UBNT.v6.1.7\openwrt\tools\pkg-config\files
4310    GPL.UBNT.v6.1.7\openwrt\tools\pkg-config\Makefile
4311    GPL.UBNT.v6.1.7\openwrt\tools\pkg-config\files\pkg-config
4312    GPL.UBNT.v6.1.7\openwrt\tools\quilt\Makefile
4313    GPL.UBNT.v6.1.7\openwrt\tools\quilt\patches
4314    GPL.UBNT.v6.1.7\openwrt\tools\quilt\patches\001-fix_compile.patch
4315    GPL.UBNT.v6.1.7\openwrt\tools\quilt\patches\100-patch_2.6.1_version.patch
4316    GPL.UBNT.v6.1.7\openwrt\tools\sed\Makefile
4317    GPL.UBNT.v6.1.7\openwrt\tools\squashfs\Makefile
4318    GPL.UBNT.v6.1.7\openwrt\tools\squashfs\patches
4319    GPL.UBNT.v6.1.7\openwrt\tools\squashfs\patches\100-lzma.patch
4320    GPL.UBNT.v6.1.7\openwrt\tools\squashfs4\Makefile
4321    GPL.UBNT.v6.1.7\openwrt\tools\squashfs4\patches
4322    GPL.UBNT.v6.1.7\openwrt\tools\squashfs4\patches\100-portability.patch
4323    GPL.UBNT.v6.1.7\openwrt\tools\squashfs4\patches\110-lzma.patch
4324    GPL.UBNT.v6.1.7\openwrt\tools\squashfs4\patches\120-cygwin_fixes.patch
4325    GPL.UBNT.v6.1.7\openwrt\tools\squashfs4\patches\130-dynamic_lzma_params.patch
4326    GPL.UBNT.v6.1.7\openwrt\tools\squashfs4\patches\140-mode_check.patch
4327    GPL.UBNT.v6.1.7\openwrt\tools\squashfs4\patches\150-freebsd_fixes.patch
4328    GPL.UBNT.v6.1.7\openwrt\tools\sstrip\include
4329    GPL.UBNT.v6.1.7\openwrt\tools\sstrip\Makefile
4330    GPL.UBNT.v6.1.7\openwrt\tools\sstrip\src
4331    GPL.UBNT.v6.1.7\openwrt\tools\sstrip\include\elf.h
4332    GPL.UBNT.v6.1.7\openwrt\tools\sstrip\src\sstrip.c
4333    GPL.UBNT.v6.1.7\uboot\uboot-ti
4334    GPL.UBNT.v6.1.7\uboot\uboot-xm
4335    GPL.UBNT.v6.1.7\uboot\uboot-xw
4336    GPL.UBNT.v6.1.7\uboot\uboot-ti\arm_config.mk
4337    GPL.UBNT.v6.1.7\uboot\uboot-ti\blackfin_config.mk
4338    GPL.UBNT.v6.1.7\uboot\uboot-ti\board
4339    GPL.UBNT.v6.1.7\uboot\uboot-ti\boot
4340    GPL.UBNT.v6.1.7\uboot\uboot-ti\CHANGELOG
4341    GPL.UBNT.v6.1.7\uboot\uboot-ti\common
4342    GPL.UBNT.v6.1.7\uboot\uboot-ti\config.mk
4343    GPL.UBNT.v6.1.7\uboot\uboot-ti\COPYING
4344    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu
4345    GPL.UBNT.v6.1.7\uboot\uboot-ti\CREDITS
4346    GPL.UBNT.v6.1.7\uboot\uboot-ti\disk
```

```
4347    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers
4348    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers
4349    GPL.UBNT.v6.1.7\uboot\uboot-ti\dtt
4350    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples
4351    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs
4352    GPL.UBNT.v6.1.7\uboot\uboot-ti\i386_config.mk
4353    GPL.UBNT.v6.1.7\uboot\uboot-ti\include
4354    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_arm
4355    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_blackfin
4356    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap
4357    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic
4358    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386
4359    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_m68k
4360    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_microblaze
4361    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_mips
4362    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios
4363    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios2
4364    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_ppc
4365    GPL.UBNT.v6.1.7\uboot\uboot-ti\m68k_config.mk
4366    GPL.UBNT.v6.1.7\uboot\uboot-ti\MAINTAINERS
4367    GPL.UBNT.v6.1.7\uboot\uboot-ti\MAKEALL
4368    GPL.UBNT.v6.1.7\uboot\uboot-ti\Makefile
4369    GPL.UBNT.v6.1.7\uboot\uboot-ti\microblaze_config.mk
4370    GPL.UBNT.v6.1.7\uboot\uboot-ti\mips_config.mk
4371    GPL.UBNT.v6.1.7\uboot\uboot-ti\mkconfig
4372    GPL.UBNT.v6.1.7\uboot\uboot-ti\net
4373    GPL.UBNT.v6.1.7\uboot\uboot-ti\nios2_config.mk
4374    GPL.UBNT.v6.1.7\uboot\uboot-ti\nios_config.mk
4375    GPL.UBNT.v6.1.7\uboot\uboot-ti\post
4376    GPL.UBNT.v6.1.7\uboot\uboot-ti\ppc_config.mk
4377    GPL.UBNT.v6.1.7\uboot\uboot-ti\README
4378    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc
4379    GPL.UBNT.v6.1.7\uboot\uboot-ti\tools
4380    GPL.UBNT.v6.1.7\uboot\uboot-ti\U_BOOT_DIFF_README
4381    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\a3000
4382    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\adder
4383    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\adsvix
4384    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\alaska
4385    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera
4386    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc
4387    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amirix
4388    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100
4389    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240
4390    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\armadillo
4391    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\assabet
4392    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\at91rm9200dk
4393    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\atc
4394    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\AtmarkTechno
4395    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\barco
4396    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\bmw
4397    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\c2mon
4398    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\canmb
4399    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds
4400    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cerf250
4401    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cm4008
4402    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cm41xx
4403    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cmc_pu2
4404    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cmi
4405    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cobra5272
4406    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent
4407    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpc45
4408    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpu86
4409    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpu87
4410    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cradle
4411    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cray
4412    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb226
4413    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb272
4414    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb472
4415    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb637
```

```
4416    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cradle
4417    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave
4418    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dbau1x00
4419    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\delta
4420    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dnp1110
4421    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec
4422    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk
4423    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep7312
4424    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep8248
4425    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep8260
4426    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep88x
4427    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eric
4428    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd
4429    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esteem192e
4430    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etin
4431    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etx094
4432    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb4510
4433    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260
4434    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eXalion
4435    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\exbitgen
4436    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ezkit533
4437    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\fads
4438    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\flagadm
4439    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\funkwerk
4440    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\g2000
4441    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gcplus
4442    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gen860t
4443    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\genietv
4444    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gth
4445    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gw8260
4446    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hermes
4447    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hidden_dragon
4448    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hmi1001
4449    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod
4450    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icecube
4451    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icu862
4452    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ids8247
4453    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\impa7
4454    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\incaip
4455    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\inka4x0
4456    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\innokom
4457    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorap
4458    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorcp
4459    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ip860
4460    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\iphase4539
4461    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ispan
4462    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ivm
4463    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ixdp425
4464    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\jse
4465    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kb9202
4466    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup
4467    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lantec
4468    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lart
4469    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\LEOX
4470    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\logodl
4471    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lpd7a40x
4472    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lubbock
4473    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lwmon
4474    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\m5272c3
4475    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\m5282evb
4476    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI
4477    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell
4478    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mbx8xx
4479    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mcc200
4480    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ml2
4481    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\modnet50
4482    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mousse
4483    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mp2usb
4484    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8260ads
```

```
4485    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8349
4486    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8349ads
4487    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8349emds
4488    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8540ads
4489    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8540eval
4490    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8560ads
4491    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl
4492    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\musenki
4493    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mvblue
4494    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mvs1
4495    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1ads
4496    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1fs2
4497    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\nc650
4498    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netphone
4499    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar
4500    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta
4501    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta2
4502    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netvia
4503    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ns9750dev
4504    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\nx823
4505    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\o2dnt
4506    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap1510inn
4507    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap1610inn
4508    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap2420h4
4509    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap5912osk
4510    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap730p2
4511    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\oxc
4512    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pb1x00
4513    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2
4514    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pleb2
4515    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm520
4516    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm826
4517    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm828
4518    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm854
4519    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm856
4520    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pn62
4521    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ppmc8260
4522    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\prodrive
4523    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\psyent
4524    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\purple
4525    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pxa255_idp
4526    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\quantum
4527    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\r360mpi
4528    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rattler
4529    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rbc823
4530    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rmu
4531    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXClassic
4532    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite
4533    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite_dw
4534    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rpxsuper
4535    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RRvision
4536    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rsdproto
4537    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sacsng
4538    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst
4539    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandpoint
4540    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc405
4541    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8240
4542    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8260
4543    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8560
4544    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_cdp
4545    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_spunk
4546    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\scb9328
4547    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\shannon
4548    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens
4549    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sixnet
4550    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sl8245
4551    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\smdk2400
4552    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\smdk2410
4553    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\snmc
```

```
4554    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\spd8xx
4555    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ssv
4556    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stamp
4557    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stxgp3
4558    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stxxtc
4559    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\svm_sc8xx
4560    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sx1
4561    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tb0229
4562    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\total5200
4563    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm5200
4564    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm8260
4565    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm834x
4566    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm85xx
4567    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm8xx
4568    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab
4569    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\uc100
4570    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\utx8245
4571    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\v37
4572    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\versatile
4573    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\voiceblue
4574    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o
4575    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\wepep250
4576    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\westel
4577    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xaeniax
4578    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx
4579    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xm250
4580    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xpedite1k
4581    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xsengine
4582    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\zpc1900
4583    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\zylonite
4584    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\a3000\a3000.c
4585    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\a3000\config.mk
4586    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\a3000\flash.c
4587    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\a3000\Makefile
4588    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\a3000\README
4589    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\a3000\u-boot.lds
4590    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\adder\adder.c
4591    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\adder\config.mk
4592    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\adder\Makefile
4593    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\adder\u-boot.lds
4594    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\adsvix\adsvix.c
4595    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\adsvix\config.mk
4596    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\adsvix\lowlevel_init.S
4597    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\adsvix\Makefile
4598    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\adsvix\pcmcia.c
4599    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\adsvix\pxavoltage.S
4600    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\adsvix\u-boot.lds
4601    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\alaska\alaska.c
4602    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\alaska\config.mk
4603    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\alaska\flash.c
4604    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\alaska\Makefile
4605    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\alaska\u-boot.lds
4606    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\common
4607    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1c20
4608    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1s10
4609    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\common\flash.c
4610    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\common\sevenseg.c
4611    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\common\sevenseg.h
4612    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1c20\config.mk
4613    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1c20\dk1c20.c
4614    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1c20\flash.c
4615    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1c20\Makefile
4616    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1c20\misc.c
4617    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1c20\u-boot.lds
4618    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1c20\vectors.S
4619    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1s10\config.mk
4620    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1s10\dk1s10.c
4621    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1s10\flash.c
```

```
4623   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1s10\misc.c
4624   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1s10\misc.c
4625   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1s10\u-boot.lds
4626   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\altera\dk1s10\vectors.S
4627   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\bamboo
4628   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\bubinga
4629   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\common
4630   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ebony
4631   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\luan
4632   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ocotea
4633   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\walnut
4634   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\yellowstone
4635   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\yosemite
4636   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\bamboo\bamboo.c
4637   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\bamboo\bamboo.h
4638   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\bamboo\config.mk
4639   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\bamboo\flash.c
4640   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\bamboo\init.S
4641   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\bamboo\Makefile
4642   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\bamboo\u-boot.lds
4643   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\bubinga\bubinga.c
4644   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\bubinga\config.mk
4645   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\bubinga\flash.c
4646   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\bubinga\Makefile
4647   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\bubinga\u-boot.lds
4648   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\common\flash.c
4649   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ebony\config.mk
4650   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ebony\ebony.c
4651   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ebony\flash.c
4652   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ebony\init.S
4653   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ebony\Makefile
4654   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ebony\u-boot.lds
4655   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\luan\config.mk
4656   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\luan\epld.h
4657   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\luan\flash.c
4658   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\luan\init.S
4659   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\luan\luan.c
4660   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\luan\Makefile
4661   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\luan\u-boot.lds
4662   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ocotea\config.mk
4663   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ocotea\flash.c
4664   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ocotea\init.S
4665   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ocotea\Makefile
4666   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ocotea\ocotea.c
4667   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ocotea\ocotea.h
4668   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\ocotea\u-boot.lds
4669   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\walnut\config.mk
4670   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\walnut\flash.c
4671   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\walnut\Makefile
4672   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\walnut\u-boot.lds
4673   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\walnut\walnut.c
4674   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\yellowstone\config.mk
4675   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\yellowstone\init.S
4676   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\yellowstone\Makefile
4677   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\yellowstone\u-boot.lds
4678   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\yellowstone\yellowstone.c
4679   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\yosemite\config.mk
4680   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\yosemite\init.S
4681   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\yosemite\Makefile
4682   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\yosemite\u-boot.lds
4683   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amcc\yosemite\yosemite.c
4684   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amirix\ap1000
4685   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amirix\ap1000\ap1000.c
4686   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amirix\ap1000\ap1000.h
4687   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amirix\ap1000\config.mk
4688   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amirix\ap1000\flash.c
4689   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amirix\ap1000\init.S
4690   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amirix\ap1000\Makefile
4691   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amirix\ap1000\pci.c
```

```
4692   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amirix\ap1000\powerspan.h
4693   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amirix\ap1000\powerspan.h
4694   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amirix\ap1000\serial.c
4695   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\amirix\ap1000\u-boot.lds
4696   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap81
4697   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap83
4698   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap94
4699   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap96
4700   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common
4701   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb42
4702   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb44
4703   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb47
4704   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\tb225
4705   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\tb243
4706   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap81\ap81.c
4707   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap81\config.mk
4708   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap81\flash.c
4709   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap81\Makefile
4710   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap81\u-boot.lds
4711   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap83\ap83.c
4712   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap83\config.mk
4713   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap83\flash.c
4714   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap83\Makefile
4715   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap83\u-boot.lds
4716   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap94\ap94.c
4717   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap94\ap94_pci.c
4718   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap94\athrs26_phy.c
4719   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap94\athrs26_phy.h
4720   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap94\config.mk
4721   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap94\lowlevel_init.S
4722   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap94\Makefile
4723   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap94\u-boot.lds
4724   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap96\ap96.c
4725   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap96\config.mk
4726   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap96\Makefile
4727   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\ap96\u-boot.lds
4728   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\ar7100_flash.c
4729   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\ar7100_flash.h
4730   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\ar9100_pflash.c
4731   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\athrf1_phy.c
4732   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\athrs16_phy.c
4733   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\athrs16_phy.h
4734   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\athrs26_phy.c
4735   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\athrs26_phy.h
4736   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\athr_phy.h
4737   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\g5e_Plus1_2_29a_unmanaged_Atheros_v3.c
4738   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\g5_Plus1_2_29a_unmanaged_Atheros_v5.c
4739   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\g5_Plus1_2_29b_unmanaged_Atheros_v5.c
4740   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\g5_Plus1_2_31_unmanaged_Atheros_v3.c
4741   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\g5_Plus1_2_31_unmanaged_Atheros_v4.c
4742   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\generic_i2c.c
4743   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\generic_i2c.h
4744   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\generic_spi.c
4745   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\generic_spi.h
4746   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\ipPhy.c
4747   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\ipPhy.h
4748   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\lowlevel_init.S
4749   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\lowlevel_init_ar9100.S
4750   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\phy.h
4751   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\vsc73xx.c
4752   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\vsc73xx.h
4753   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\vsc8601_phy.c
4754   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\vsc8601_phy.h
4755   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\common\vsc_phy.c
4756   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb42\config.mk
4757   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb42\flash.c
4758   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb42\Makefile
4759   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb42\pb42.c
4760   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb42\u-boot.lds
```

```
4761   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb44\Makefile
4762   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb44\lowlevel_init.S
4763   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb44\Makefile
4764   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb44\pb44.c
4765   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb44\pb44_pci.c
4766   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb44\u-boot-bootstrap.lds
4767   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb44\u-boot.lds
4768   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb47\config.mk
4769   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb47\lowlevel_init.S
4770   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb47\Makefile
4771   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb47\pb47.c
4772   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb47\pb47_pci.c
4773   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\pb47\u-boot.lds
4774   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\tb225\config.mk
4775   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\tb225\flash.c
4776   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\tb225\Makefile
4777   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\tb225\tb225.c
4778   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\tb225\u-boot.lds
4779   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\tb243\config.mk
4780   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\tb243\Makefile
4781   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\tb243\tb243.c
4782   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7100\tb243\u-boot.lds
4783   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101
4784   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101-2.6.31
4785   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101-small
4786   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap111
4787   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap111-2.6.31
4788   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap121
4789   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap123
4790   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91
4791   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2MB
4792   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2x8
4793   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-router
4794   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap93
4795   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap93-hgw
4796   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap98
4797   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99
4798   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-2.6.31
4799   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-hgw
4800   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-ivi
4801   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-small
4802   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-test
4803   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ar7240_emu
4804   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common
4805   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\cus136
4806   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\db12x
4807   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\mi93
4808   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb90
4809   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb92
4810   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb93
4811   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x
4812   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x-2.6.31
4813   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x-2x8
4814   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\tb327
4815   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ubnt-wasp
4816   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\wasp_emu
4817   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\wrt54g
4818   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101\ap101.c
4819   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101\config.mk
4820   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101\flash.c
4821   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101\Makefile
4822   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101\u-boot.lds
4823   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101-2.6.31\ap101-2.6.31.c
4824   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101-2.6.31\config.mk
4825   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101-2.6.31\flash.c
4826   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101-2.6.31\Makefile
4827   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101-2.6.31\u-boot.lds
4828   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101-small\ap101-small.c
4829   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101-small\config.mk
```

```
4830  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101-small\Makefile
4831  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap101-small\u-boot.lds
4832  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap111\ap111.c
4833  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap111\config.mk
4834  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap111\flash.c
4835  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap111\Makefile
4836  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap111\u-boot.lds
4837  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap111-2.6.31\ap111-2.6.31.c
4838  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap111-2.6.31\config.mk
4839  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap111-2.6.31\flash.c
4840  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap111-2.6.31\Makefile
4841  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap111-2.6.31\u-boot.lds
4842  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap121\ap121.c
4843  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap121\config.mk
4844  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap121\flash.c
4845  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap121\hornet_pll_init.S
4846  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap121\Makefile
4847  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap121\u-boot-bootstrap.lds
4848  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap121\u-boot.lds
4849  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap123\ap123.c
4850  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap123\config.mk
4851  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap123\flash.c
4852  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap123\Makefile
4853  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap123\u-boot-bootstrap.lds
4854  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap123\u-boot.lds
4855  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91\ap91.c
4856  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91\ar9285gpio.c
4857  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91\config.mk
4858  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91\flash.c
4859  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91\Makefile
4860  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91\u-boot-bootstrap.lds
4861  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91\u-boot.lds
4862  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2MB\ap91-2MB.c
4863  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2MB\ar9285gpio.c
4864  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2MB\config.mk
4865  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2MB\flash.c
4866  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2MB\Makefile
4867  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2MB\u-boot-bootstrap.lds
4868  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2MB\u-boot.lds
4869  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2x8\ap91-2x8.c
4870  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2x8\config.mk
4871  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2x8\flash.c
4872  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2x8\Makefile
4873  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2x8\u-boot-bootstrap.lds
4874  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-2x8\u-boot.lds
4875  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-router\ap91-router.c
4876  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-router\config.mk
4877  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-router\flash.c
4878  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-router\Makefile
4879  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-router\u-boot-bootstrap.lds
4880  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap91-router\u-boot.lds
4881  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap93\ap93.c
4882  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap93\config.mk
4883  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap93\flash.c
4884  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap93\Makefile
4885  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap93\u-boot.lds
4886  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap93-hgw\ap93-hgw.c
4887  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap93-hgw\config.mk
4888  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap93-hgw\flash.c
4889  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap93-hgw\Makefile
4890  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap93-hgw\u-boot.lds
4891  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap98\ap98.c
4892  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap98\config.mk
4893  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap98\flash.c
4894  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap98\Makefile
4895  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap98\u-boot-bootstrap.lds
4896  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap98\u-boot.lds
4897  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99\ap99.c
```

```
4899  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99\flash.c
4900  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99\flash.c
4901  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99\Makefile
4902  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99\u-boot-bootstrap.lds
4903  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99\u-boot.lds
4904  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-2.6.31\ap99-2.6.31.c
4905  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-2.6.31\config.mk
4906  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-2.6.31\flash.c
4907  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-2.6.31\Makefile
4908  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-2.6.31\u-boot-bootstrap.lds
4909  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-2.6.31\u-boot.lds
4910  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-hgw\ap99-hgw.c
4911  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-hgw\config.mk
4912  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-hgw\flash.c
4913  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-hgw\Makefile
4914  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-hgw\u-boot-bootstrap.lds
4915  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-hgw\u-boot.lds
4916  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-ivi\ap99-ivi.c
4917  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-ivi\config.mk
4918  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-ivi\flash.c
4919  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-ivi\Makefile
4920  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-ivi\u-boot-bootstrap.lds
4921  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-ivi\u-boot.lds
4922  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-small\ap99-small.c
4923  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-small\config.mk
4924  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-small\flash.c
4925  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-small\Makefile
4926  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-small\u-boot.lds
4927  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ap99-test\ap99-test.c
4928  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ar7240_emu\ar7240_emu.c
4929  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ar7240_emu\config.mk
4930  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ar7240_emu\flash.c
4931  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ar7240_emu\Makefile
4932  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ar7240_emu\u-boot.lds
4933  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\ar7240_flash.c
4934  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\ar7240_flash.h
4935  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\ar7240_pci.c
4936  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\ar7240_s26_phy.c
4937  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\ar7240_s26_phy.h
4938  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\athr8035_phy.c
4939  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\athr8035_phy.h
4940  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\athrs16_phy.c
4941  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\athrs16_phy.h
4942  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\athrs17_phy.c
4943  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\athrs17_phy.h
4944  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\athrsf1_phy.c
4945  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\athrsf1_phy.h
4946  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\athrsf2_phy.c
4947  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\athrs_vir_phy.c
4948  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\athr_s27_phy.c
4949  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\athr_s27_phy.h
4950  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\ath_nand.c
4951  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\lowlevel_init.S
4952  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\lowlevel_init_934x-1.1.S
4953  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\lowlevel_init_934x.S
4954  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\common\phy.h
4955  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\cus136\config.mk
4956  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\cus136\cus136.c
4957  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\cus136\flash.c
4958  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\cus136\Makefile
4959  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\cus136\u-boot.lds
4960  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\db12x\config.mk
4961  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\db12x\db12x.c
4962  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\db12x\flash.c
4963  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\db12x\Makefile
4964  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\db12x\u-boot-bootstrap.lds
4965  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\db12x\u-boot.lds
4966  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\mi93\config.mk
4967  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\mi93\flash.c
```

```
4968  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\mi93\mi93.c
4969  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\mi93\mi93.c
4970  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\mi93\u-boot.lds
4971  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb90\config.mk
4972  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb90\flash.c
4973  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb90\Makefile
4974  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb90\pb90.c
4975  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb90\u-boot.lds
4976  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb92\config.mk
4977  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb92\flash.c
4978  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb92\Makefile
4979  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb92\pb92.c
4980  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb92\u-boot-bootstrap.lds
4981  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb92\u-boot.lds
4982  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb93\config.mk
4983  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb93\flash.c
4984  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb93\Makefile
4985  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb93\pb93.c
4986  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb93\u-boot.lds
4987  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x\config.mk
4988  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x\flash.c
4989  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x\Makefile
4990  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x\pb9x.c
4991  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x\u-boot-bootstrap.lds
4992  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x\u-boot.lds
4993  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x-2.6.31\config.mk
4994  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x-2.6.31\flash.c
4995  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x-2.6.31\Makefile
4996  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x-2.6.31\pb9x-2.6.31.c
4997  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x-2.6.31\u-boot-bootstrap.lds
4998  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x-2.6.31\u-boot.lds
4999  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x-2x8\config.mk
5000  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x-2x8\flash.c
5001  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x-2x8\Makefile
5002  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x-2x8\pb9x-2x8.c
5003  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x-2x8\u-boot-bootstrap.lds
5004  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\pb9x-2x8\u-boot.lds
5005  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\tb327\config.mk
5006  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\tb327\flash.c
5007  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\tb327\Makefile
5008  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\tb327\tb327.c
5009  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\tb327\u-boot.lds
5010  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ubnt-wasp\board.c
5011  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ubnt-wasp\board.h
5012  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ubnt-wasp\config.mk
5013  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ubnt-wasp\flash.c
5014  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ubnt-wasp\Makefile
5015  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ubnt-wasp\u-boot-bootstrap.lds
5016  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ubnt-wasp\u-boot.lds
5017  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\ubnt-wasp\ubnt-wasp.c
5018  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\wasp_emu\config.mk
5019  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\wasp_emu\flash.c
5020  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\wasp_emu\Makefile
5021  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\wasp_emu\u-boot.lds
5022  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\wasp_emu\wasp_emu.c
5023  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\wrt54g\config.mk
5024  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\wrt54g\flash.c
5025  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\wrt54g\Makefile
5026  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\wrt54g\u-boot.lds
5027  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ar7240\wrt54g\wrt54g.c
5028  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\armadillo\armadillo.c
5029  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\armadillo\config.mk
5030  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\armadillo\flash.c
5031  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\armadillo\lowlevel_init.S
5032  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\armadillo\Makefile
5033  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\armadillo\u-boot.lds
5034  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\assabet\assabet.c
5035  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\assabet\config.mk
5036  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\assabet\Makefile
```

```
5037   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\assabet\u-boot.lds
5038   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\at91rm9200dk\at45.c
5039   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\at91rm9200dk\at91rm9200dk.c
5040   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\at91rm9200dk\config.mk
5041   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\at91rm9200dk\flash.c
5042   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\at91rm9200dk\Makefile
5043   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\at91rm9200dk\u-boot.lds
5044   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\atc\atc.c
5045   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\atc\config.mk
5046   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\atc\flash.c
5047   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\atc\Makefile
5048   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\atc\u-boot.lds
5049   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\AtmarkTechno\suzaku
5050   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\AtmarkTechno\suzaku\config.mk
5051   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\AtmarkTechno\suzaku\flash.c
5052   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\AtmarkTechno\suzaku\Makefile
5053   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\AtmarkTechno\suzaku\suzaku.c
5054   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\AtmarkTechno\suzaku\u-boot.lds
5055   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\barco\barco.c
5056   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\barco\barco_svc.h
5057   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\barco\config.mk
5058   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\barco\early_init.S
5059   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\barco\flash.c
5060   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\barco\Makefile
5061   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\barco\README
5062   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\barco\speed.h
5063   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\barco\u-boot.lds
5064   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\bmw\bmw.c
5065   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\bmw\bmw.h
5066   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\bmw\config.mk
5067   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\bmw\early_init.S
5068   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\bmw\flash.c
5069   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\bmw\m48t59y.c
5070   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\bmw\m48t59y.h
5071   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\bmw\Makefile
5072   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\bmw\ns16550.c
5073   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\bmw\ns16550.h
5074   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\bmw\README
5075   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\bmw\serial.c
5076   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\bmw\u-boot.lds
5077   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\c2mon\c2mon.c
5078   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\c2mon\config.mk
5079   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\c2mon\flash.c
5080   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\c2mon\Makefile
5081   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\c2mon\u-boot.lds
5082   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\c2mon\u-boot.lds.debug
5083   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\canmb\canmb.c
5084   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\canmb\config.mk
5085   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\canmb\Makefile
5086   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\canmb\mt48lc16m32s2-75.h
5087   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\canmb\u-boot.lds
5088   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\common
5089   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8541cds
5090   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8548cds
5091   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8555cds
5092   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\common\cadmus.c
5093   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\common\cadmus.h
5094   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\common\eeprom.c
5095   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\common\eeprom.h
5096   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8541cds\config.mk
5097   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8541cds\init.S
5098   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8541cds\Makefile
5099   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8541cds\mpc8541cds.c
5100   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8541cds\u-boot.lds
5101   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8548cds\config.mk
5102   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8548cds\init.S
5103   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8548cds\Makefile
5104   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8548cds\mpc8548cds.c
```

```
5106   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8555cds\config.mk
5107   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8555cds\config.mk
5108   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8555cds\init.S
5109   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8555cds\Makefile
5110   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8555cds\mpc8555cds.c
5111   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cds\mpc8555cds\u-boot.lds
5112   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cerf250\cerf250.c
5113   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cerf250\config.mk
5114   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cerf250\flash.c
5115   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cerf250\lowlevel_init.S
5116   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cerf250\Makefile
5117   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cerf250\u-boot.lds
5118   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cm4008\cm4008.c
5119   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cm4008\config.mk
5120   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cm4008\flash.c
5121   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cm4008\Makefile
5122   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cm4008\u-boot.lds
5123   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cm41xx\cm41xx.c
5124   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cm41xx\config.mk
5125   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cm41xx\flash.c
5126   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cm41xx\Makefile
5127   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cm41xx\u-boot.lds
5128   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cmc_pu2\at45.c
5129   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cmc_pu2\cmc_pu2.c
5130   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cmc_pu2\config.mk
5131   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cmc_pu2\flash.c
5132   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cmc_pu2\load_sernum_ethaddr.c
5133   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cmc_pu2\Makefile
5134   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cmc_pu2\u-boot.lds
5135   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cmi\cmi.c
5136   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cmi\config.mk
5137   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cmi\flash.c
5138   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cmi\Makefile
5139   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cmi\u-boot.lds
5140   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cobra5272\bdm
5141   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cobra5272\cobra5272.c
5142   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cobra5272\config.mk
5143   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cobra5272\flash.c
5144   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cobra5272\Makefile
5145   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cobra5272\u-boot.lds
5146   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cobra5272\bdm\cobra5272_uboot.gdb
5147   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cobra5272\bdm\gdbinit.reset
5148   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cobra5272\bdm\load-cobra_uboot
5149   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cobra5272\bdm\reset
5150   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\config.mk
5151   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\dipsw.c
5152   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\dipsw.h
5153   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\flash.c
5154   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\flash.h
5155   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\kbm.c
5156   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\kbm.h
5157   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\lcd.c
5158   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\lcd.h
5159   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\Makefile
5160   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\mb.c
5161   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\mb.h
5162   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\par.c
5163   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\par.h
5164   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\pci.c
5165   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\pci.h
5166   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\README
5167   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\README.cma286
5168   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\rtc.c
5169   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\rtc.h
5170   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\serial.c
5171   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\serial.h
5172   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\u-boot.lds
5173   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cogent\u-boot.lds.debug
5174   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpc45\config.mk
```

```
5175   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpc45\flash.c
5176   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpc45\flash.c
5177   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpc45\Makefile
5178   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpc45\pd67290.c
5179   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpc45\plx9030.c
5180   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpc45\u-boot.lds
5181   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpu86\config.mk
5182   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpu86\cpu86.c
5183   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpu86\cpu86.h
5184   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpu86\flash.c
5185   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpu86\Makefile
5186   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpu86\u-boot.lds
5187   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpu87\config.mk
5188   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpu87\cpu87.c
5189   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpu87\cpu87.h
5190   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpu87\flash.c
5191   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpu87\Makefile
5192   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cpu87\u-boot.lds
5193   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cradle\config.mk
5194   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cradle\cradle.c
5195   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cradle\flash.c
5196   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cradle\lowlevel_init.S
5197   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cradle\Makefile
5198   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cradle\u-boot.lds
5199   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cray\L1
5200   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cray\L1\bootscript.hush
5201   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cray\L1\config.mk
5202   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cray\L1\flash.c
5203   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cray\L1\init.S
5204   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cray\L1\L1.c
5205   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cray\L1\L1.h
5206   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cray\L1\Makefile
5207   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cray\L1\patchme
5208   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cray\L1\u-boot.lds
5209   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cray\L1\u-boot.lds.debug
5210   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cray\L1\x2c.awk
5211   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb226\config.mk
5212   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb226\csb226.c
5213   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb226\flash.c
5214   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb226\lowlevel_init.S
5215   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb226\Makefile
5216   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb226\u-boot.lds
5217   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb272\config.mk
5218   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb272\csb272.c
5219   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb272\init.S
5220   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb272\Makefile
5221   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb272\u-boot.lds
5222   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb472\config.mk
5223   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb472\csb472.c
5224   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb472\init.S
5225   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb472\Makefile
5226   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb472\u-boot.lds
5227   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb637\config.mk
5228   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb637\csb637.c
5229   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb637\Makefile
5230   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\csb637\u-boot.lds
5231   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cu824\config.mk
5232   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cu824\cu824.c
5233   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cu824\flash.c
5234   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cu824\Makefile
5235   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cu824\README
5236   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\cu824\u-boot.lds
5237   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\B2
5238   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\common
5239   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\PPChameleonEVB
5240   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\B2\B2.c
5241   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\B2\config.mk
5242   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\B2\flash.c
5243   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\B2\lowlevel_init.S
```

```
5244    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\B2\u-boot.lds
5245    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\common\flash.c
5246    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\common\fpga.c
5247    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\common\pci.c
5248    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\PPChameleonEVB\config.mk
5249    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\PPChameleonEVB\flash.c
5250    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\PPChameleonEVB\fpgadata.c
5251    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\PPChameleonEVB\Makefile
5252    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\PPChameleonEVB\nand.c
5253    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\PPChameleonEVB\PPChameleonEVB.c
5254    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dave\PPChameleonEVB\u-boot.lds
5255    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dbau1x00\config.mk
5256    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dbau1x00\dbau1x00.c
5257    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dbau1x00\flash.c
5258    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dbau1x00\lowlevel_init.S
5259    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dbau1x00\Makefile
5260    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dbau1x00\README
5261    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dbau1x00\u-boot.lds
5262    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\delta\config.mk
5263    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\delta\delta.c
5264    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\delta\lowlevel_init.S
5265    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\delta\Makefile
5266    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\delta\nand.c
5267    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\delta\u-boot.lds
5268    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dnp1110\config.mk
5269    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dnp1110\dnp1110.c
5270    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dnp1110\flash.c
5271    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dnp1110\lowlevel_init.S
5272    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dnp1110\Makefile
5273    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\dnp1110\u-boot.lds
5274    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\bab7xx
5275    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\elppc
5276    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\mhpc
5277    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\bab7xx\asm_init.S
5278    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\bab7xx\bab7xx.c
5279    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\bab7xx\config.mk
5280    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\bab7xx\dc_srom.c
5281    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\bab7xx\el_srom.c
5282    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\bab7xx\flash.c
5283    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\bab7xx\l2cache.c
5284    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\bab7xx\Makefile
5285    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\bab7xx\misc.c
5286    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\bab7xx\pci.c
5287    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\bab7xx\srom.h
5288    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\bab7xx\u-boot.lds
5289    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\elppc\asm_init.S
5290    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\elppc\config.mk
5291    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\elppc\eepro100_srom.c
5292    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\elppc\elppc.c
5293    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\elppc\flash.c
5294    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\elppc\Makefile
5295    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\elppc\misc.c
5296    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\elppc\mpc107_i2c.c
5297    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\elppc\pci.c
5298    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\elppc\srom.h
5299    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\elppc\u-boot.lds
5300    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\mhpc\config.mk
5301    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\mhpc\flash.c
5302    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\mhpc\Makefile
5303    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\mhpc\mhpc.c
5304    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\mhpc\u-boot.lds
5305    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eltec\mhpc\u-boot.lds.debug
5306    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\common
5307    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\top5200
5308    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\top860
5309    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\common\am79c874.c
5310    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\common\flash.c
5311    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\common\vpd.c
```

```
5313   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\top5200\config.mk
5314   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\top5200\Makefile
5315   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\top5200\top5200.c
5316   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\top5200\u-boot.lds
5317   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\top860\config.mk
5318   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\top860\Makefile
5319   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\top860\top860.c
5320   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\top860\u-boot.lds
5321   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\emk\top860\u-boot.lds.debug
5322   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep7312\config.mk
5323   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep7312\ep7312.c
5324   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep7312\flash.c
5325   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep7312\lowlevel_init.S
5326   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep7312\Makefile
5327   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep7312\u-boot.lds
5328   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep8248\config.mk
5329   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep8248\ep8248.c
5330   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep8248\Makefile
5331   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep8248\u-boot.lds
5332   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep8260\config.mk
5333   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep8260\ep8260.c
5334   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep8260\ep8260.h
5335   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep8260\flash.c
5336   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep8260\Makefile
5337   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep8260\mii_phy.c
5338   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep8260\u-boot.lds
5339   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep88x\config.mk
5340   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep88x\ep88x.c
5341   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep88x\Makefile
5342   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ep88x\u-boot.lds
5343   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eric\config.mk
5344   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eric\eric.c
5345   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eric\eric.h
5346   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eric\flash.c
5347   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eric\init.S
5348   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eric\Makefile
5349   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eric\u-boot.lds
5350   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\adciop
5351   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\apc405
5352   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ar405
5353   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ash405
5354   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\canbt
5355   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cms700
5356   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common
5357   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci2dp
5358   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci405
5359   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci440
5360   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci5200
5361   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750
5362   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpciiser4
5363   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dasa_sim
5364   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dp405
5365   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\du405
5366   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hh405
5367   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hub405
5368   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ocrtc
5369   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pci405
5370   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pf5200
5371   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\plu405
5372   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pmc405
5373   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\tasreg
5374   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\voh405
5375   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\vom405
5376   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\wuh405
5377   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\adciop\adciop.c
5378   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\adciop\adciop.h
5379   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\adciop\config.mk
5380   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\adciop\flash.c
5381   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\adciop\Makefile
```

```
5382  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\apc405\apc405.c
5383  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\apc405\config.mk
5384  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\apc405\fpgadata.c
5385  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\apc405\logo_640_480_24bpp.c
5386  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\apc405\Makefile
5387  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\apc405\strataflash.c
5388  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\apc405\u-boot.lds
5389  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ar405\ar405.c
5390  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ar405\ar405.h
5391  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ar405\config.mk
5392  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ar405\flash.c
5393  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ar405\fpgadata.c
5394  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ar405\fpgadata_xl30.c
5395  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ar405\Makefile
5396  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ar405\u-boot.lds
5397  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ash405\ash405.c
5398  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ash405\config.mk
5399  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ash405\flash.c
5400  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ash405\fpgadata.c
5401  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ash405\Makefile
5402  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ash405\u-boot.lds
5403  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\canbt\canbt.c
5404  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\canbt\canbt.h
5405  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\canbt\config.mk
5406  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\canbt\flash.c
5407  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\canbt\fpgadata.c
5408  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\canbt\Makefile
5409  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\canbt\u-boot.lds
5410  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cms700\cms700.c
5411  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cms700\config.mk
5412  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cms700\flash.c
5413  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cms700\fpgadata.c
5414  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cms700\Makefile
5415  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cms700\u-boot.lds
5416  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\auto_update.c
5417  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\auto_update.h
5418  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\cmd_loadpci.c
5419  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\flash.c
5420  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\fpga.c
5421  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\lcd.c
5422  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\lcd.h
5423  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\misc.c
5424  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\pci.c
5425  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\s1d13704_320_240_4bpp.h
5426  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\s1d13705_320_240_8bpp.h
5427  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\s1d13806_1024_768_8bpp.h
5428  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\s1d13806_320_240_4bpp.h
5429  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\s1d13806_640_480_16bpp.h
5430  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\s1d13806_640_480_8bpp.h
5431  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\xilinx_jtag
5432  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\xilinx_jtag\lenval.c
5433  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\xilinx_jtag\lenval.h
5434  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\xilinx_jtag\micro.c
5435  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\xilinx_jtag\micro.h
5436  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\xilinx_jtag\ports.c
5437  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\common\xilinx_jtag\ports.h
5438  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci2dp\config.mk
5439  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci2dp\cpci2dp.c
5440  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci2dp\flash.c
5441  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci2dp\Makefile
5442  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci2dp\u-boot.lds
5443  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci405\config.mk
5444  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci405\cpci405.c
5445  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci405\flash.c
5446  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci405\fpgadata_cpci405.c
5447  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci405\fpgadata_cpci4052.c
5448  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci405\fpgadata_cpci405ab.c
5449  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci405\Makefile
```

```
5451    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci440\config.mk
5452    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci440\config.mk
5453    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci440\cpci440.c
5454    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci440\init.S
5455    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci440\Makefile
5456    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci440\strataflash.c
5457    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci440\u-boot.lds
5458    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci5200\config.mk
5459    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci5200\cpci5200.c
5460    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci5200\Makefile
5461    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci5200\mt46v16m16-75.h
5462    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci5200\strataflash.c
5463    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci5200\u-boot.lds
5464    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\64360.h
5465    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\config.mk
5466    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\cpci750.c
5467    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\eth.h
5468    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\i2c.c
5469    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\i2c.h
5470    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\ide.c
5471    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\local.h
5472    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\Makefile
5473    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\misc.S
5474    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\mpsc.c
5475    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\mpsc.h
5476    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\mv_eth.c
5477    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\mv_eth.h
5478    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\mv_regs.h
5479    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\pci.c
5480    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\sdram_init.c
5481    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\serial.c
5482    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\serial.h
5483    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpci750\u-boot.lds
5484    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpciiser4\config.mk
5485    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpciiser4\cpciiser4.c
5486    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpciiser4\cpciiser4.h
5487    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpciiser4\flash.c
5488    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpciiser4\fpgadata.c
5489    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpciiser4\Makefile
5490    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\cpciiser4\u-boot.lds
5491    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dasa_sim\cmd_dasa_sim.c
5492    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dasa_sim\config.mk
5493    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dasa_sim\dasa_sim.c
5494    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dasa_sim\dasa_sim.h
5495    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dasa_sim\eeprom.c
5496    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dasa_sim\flash.c
5497    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dasa_sim\fpgadata.c
5498    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dasa_sim\Makefile
5499    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dasa_sim\u-boot.lds
5500    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dp405\config.mk
5501    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dp405\dp405.c
5502    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dp405\flash.c
5503    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dp405\fpgadata.c
5504    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dp405\Makefile
5505    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\dp405\u-boot.lds
5506    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\du405\config.mk
5507    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\du405\du405.c
5508    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\du405\du405.h
5509    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\du405\flash.c
5510    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\du405\fpgadata.c
5511    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\du405\Makefile
5512    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\du405\u-boot.lds
5513    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hh405\config.mk
5514    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hh405\flash.c
5515    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hh405\fpgadata.c
5516    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hh405\hh405.c
5517    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hh405\logo_1024_768_8bpp.c
5518    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hh405\logo_320_240_4bpp.c
5519    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hh405\logo_320_240_8bpp.c
```

```
5520    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hh405\Makefile
5521    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hh405\Makefile
5522    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hh405\u-boot.lds
5523    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hub405\config.mk
5524    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hub405\flash.c
5525    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hub405\hub405.c
5526    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hub405\Makefile
5527    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\hub405\u-boot.lds
5528    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ocrtc\cmd_ocrtc.c
5529    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ocrtc\config.mk
5530    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ocrtc\flash.c
5531    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ocrtc\Makefile
5532    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ocrtc\ocrtc.c
5533    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ocrtc\ocrtc.h
5534    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\ocrtc\u-boot.lds
5535    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pci405\cmd_pci405.c
5536    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pci405\config.mk
5537    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pci405\flash.c
5538    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pci405\fpgadata.c
5539    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pci405\Makefile
5540    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pci405\pci405.c
5541    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pci405\pci405.h
5542    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pci405\u-boot.lds
5543    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pci405\writeibm.S
5544    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pf5200\config.mk
5545    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pf5200\flash.c
5546    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pf5200\Makefile
5547    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pf5200\mt46v16m16-75.h
5548    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pf5200\pf5200.c
5549    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pf5200\u-boot.lds
5550    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\plu405\config.mk
5551    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\plu405\flash.c
5552    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\plu405\fpgadata.c
5553    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\plu405\Makefile
5554    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\plu405\plu405.c
5555    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\plu405\u-boot.lds
5556    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pmc405\config.mk
5557    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pmc405\fpgadata.c
5558    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pmc405\Makefile
5559    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pmc405\pmc405.c
5560    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\pmc405\u-boot.lds
5561    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\tasreg\config.mk
5562    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\tasreg\flash.c
5563    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\tasreg\fpgadata.c
5564    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\tasreg\Makefile
5565    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\tasreg\tasreg.c
5566    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\tasreg\u-boot.lds
5567    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\voh405\config.mk
5568    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\voh405\flash.c
5569    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\voh405\fpgadata.c
5570    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\voh405\logo_320_240_4bpp.c
5571    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\voh405\logo_640_480_24bpp.c
5572    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\voh405\Makefile
5573    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\voh405\u-boot.lds
5574    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\voh405\voh405.c
5575    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\vom405\config.mk
5576    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\vom405\flash.c
5577    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\vom405\fpgadata.c
5578    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\vom405\Makefile
5579    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\vom405\u-boot.lds
5580    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\vom405\vom405.c
5581    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\wuh405\config.mk
5582    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\wuh405\flash.c
5583    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\wuh405\fpgadata.c
5584    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\wuh405\Makefile
5585    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\wuh405\u-boot.lds
5586    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esd\wuh405\wuh405.c
5587    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esteem192e\config.mk
5588    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esteem192e\esteem192e.c
```

```
5589  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esteem192e\Makefile
5590  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esteem192e\Makefile
5591  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\esteem192e\u-boot.lds
5592  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etin\debris
5593  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etin\debris\config.mk
5594  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etin\debris\debris.c
5595  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etin\debris\flash.c
5596  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etin\debris\Makefile
5597  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etin\debris\phantom.c
5598  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etin\debris\speed.h
5599  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etin\debris\u-boot.lds
5600  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etx094\config.mk
5601  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etx094\etx094.c
5602  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etx094\flash.c
5603  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etx094\Makefile
5604  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etx094\u-boot.lds
5605  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\etx094\u-boot.lds.debug
5606  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb4510\config.mk
5607  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb4510\evb4510.c
5608  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb4510\flash.c
5609  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb4510\lowlevel_init.S
5610  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb4510\Makefile
5611  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb4510\u-boot.lds
5612  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\64260.h
5613  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\bootseq.txt
5614  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\config.mk
5615  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\ecctest.c
5616  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\eth.c
5617  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\eth.h
5618  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\eth_addrtbl.c
5619  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\eth_addrtbl.h
5620  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\evb64260.c
5621  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\flash.c
5622  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\i2c.c
5623  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\i2c.h
5624  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\intel_flash.c
5625  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\intel_flash.h
5626  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\local.h
5627  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\Makefile
5628  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\memory.c
5629  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\misc.S
5630  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\mpsc.c
5631  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\mpsc.h
5632  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\pci.c
5633  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\sdram_init.c
5634  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\serial.c
5635  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\serial.h
5636  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\u-boot.lds
5637  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\zuma_pbb.c
5638  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\zuma_pbb.h
5639  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\zuma_pbb_mbox.c
5640  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\evb64260\zuma_pbb_mbox.h
5641  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eXalion\config.mk
5642  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eXalion\eXalion.c
5643  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eXalion\eXalion.h
5644  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eXalion\Makefile
5645  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eXalion\piix_pci.h
5646  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\eXalion\u-boot.lds
5647  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\exbitgen\config.mk
5648  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\exbitgen\exbitgen.c
5649  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\exbitgen\exbitgen.h
5650  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\exbitgen\flash.c
5651  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\exbitgen\init.S
5652  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\exbitgen\Makefile
5653  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\exbitgen\u-boot.lds
5654  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ezkit533\config.mk
5655  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ezkit533\ezkit533.c
5656  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ezkit533\flash-defines.h
5657  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ezkit533\flash.c
```

```
5658    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ezkit533\psd4256.h
5659    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ezkit533\psd4256.h
5660    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ezkit533\u-boot.lds
5661    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\fads\config.mk
5662    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\fads\fads.c
5663    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\fads\fads.h
5664    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\fads\flash.c
5665    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\fads\lamp.c
5666    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\fads\Makefile
5667    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\fads\u-boot.lds
5668    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\fads\u-boot.lds.debug
5669    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\flagadm\config.mk
5670    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\flagadm\flagadm.c
5671    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\flagadm\flash.c
5672    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\flagadm\Makefile
5673    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\flagadm\u-boot.lds
5674    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\flagadm\u-boot.lds.debug
5675    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\funkwerk\vovpn-gw
5676    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\funkwerk\vovpn-gw\config.mk
5677    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\funkwerk\vovpn-gw\flash.c
5678    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\funkwerk\vovpn-gw\m88e6060.c
5679    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\funkwerk\vovpn-gw\m88e6060.h
5680    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\funkwerk\vovpn-gw\Makefile
5681    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\funkwerk\vovpn-gw\u-boot.lds
5682    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\funkwerk\vovpn-gw\vovpn-gw.c
5683    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\g2000\config.mk
5684    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\g2000\g2000.c
5685    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\g2000\Makefile
5686    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\g2000\strataflash.c
5687    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\g2000\u-boot.lds
5688    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gcplus\config.mk
5689    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gcplus\flash.c
5690    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gcplus\gcplus.c
5691    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gcplus\lowlevel_init.S
5692    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gcplus\Makefile
5693    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gcplus\u-boot.lds
5694    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gen860t\beeper.c
5695    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gen860t\beeper.h
5696    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gen860t\config.mk
5697    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gen860t\flash.c
5698    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gen860t\fpga.c
5699    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gen860t\fpga.h
5700    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gen860t\gen860t.c
5701    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gen860t\ioport.c
5702    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gen860t\ioport.h
5703    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gen860t\Makefile
5704    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gen860t\README
5705    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gen860t\u-boot-flashenv.lds
5706    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gen860t\u-boot.lds
5707    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\genietv\config.mk
5708    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\genietv\flash.c
5709    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\genietv\genietv.c
5710    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\genietv\genietv.h
5711    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\genietv\Makefile
5712    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\genietv\u-boot.lds
5713    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\genietv\u-boot.lds.debug
5714    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gth\config.mk
5715    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gth\ee_access.c
5716    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gth\ee_access.h
5717    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gth\ee_dev.h
5718    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gth\flash.c
5719    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gth\gth.c
5720    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gth\Makefile
5721    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gth\README
5722    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gth\u-boot.lds
5723    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gw8260\config.mk
5724    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gw8260\flash.c
5725    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gw8260\gw8260.c
5726    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\gw8260\Makefile
```

```
5727    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hermes\config.mk
5728    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hermes\config.mk
5729    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hermes\flash.c
5730    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hermes\hermes.c
5731    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hermes\Makefile
5732    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hermes\u-boot.lds
5733    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hermes\u-boot.lds.debug
5734    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hidden_dragon\config.mk
5735    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hidden_dragon\early_init.S
5736    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hidden_dragon\flash.c
5737    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hidden_dragon\hidden_dragon.c
5738    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hidden_dragon\Makefile
5739    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hidden_dragon\README
5740    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hidden_dragon\speed.h
5741    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hidden_dragon\u-boot.lds
5742    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hmi1001\config.mk
5743    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hmi1001\hmi1001.c
5744    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hmi1001\Makefile
5745    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hmi1001\u-boot.lds
5746    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod\bsp.c
5747    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod\config.mk
5748    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod\eeprom.c
5749    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod\env.c
5750    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod\fetch.c
5751    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod\flash.c
5752    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod\flash.h
5753    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod\global_env
5754    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod\hymod.c
5755    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod\hymod.h
5756    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod\input.c
5757    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod\Makefile
5758    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod\u-boot.lds
5759    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\hymod\u-boot.lds.debug
5760    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icecube\config.mk
5761    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icecube\flash.c
5762    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icecube\icecube.c
5763    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icecube\Makefile
5764    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icecube\mt46v16m16-75.h
5765    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icecube\mt46v32m16.h
5766    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icecube\mt48lc16m16a2-75.h
5767    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icecube\u-boot.lds
5768    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icu862\config.mk
5769    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icu862\flash.c
5770    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icu862\icu862.c
5771    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icu862\Makefile
5772    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icu862\u-boot.lds
5773    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\icu862\u-boot.lds.debug
5774    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ids8247\config.mk
5775    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ids8247\flash.c
5776    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ids8247\ids8247.c
5777    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ids8247\Makefile
5778    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ids8247\u-boot.lds
5779    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\impa7\config.mk
5780    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\impa7\flash.c
5781    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\impa7\impa7.c
5782    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\impa7\lowlevel_init.S
5783    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\impa7\Makefile
5784    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\impa7\u-boot.lds
5785    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\incaip\config.mk
5786    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\incaip\flash.c
5787    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\incaip\incaip.c
5788    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\incaip\lowlevel_init.S
5789    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\incaip\Makefile
5790    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\incaip\u-boot.lds
5791    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\inka4x0\config.mk
5792    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\inka4x0\flash.c
5793    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\inka4x0\inka4x0.c
5794    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\inka4x0\Makefile
5795    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\inka4x0\mt46v16m16-75.h
```

```
5796    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\inka4x0\u-boot.lds
5797    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\inka4x0\u-boot.lds
5798    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\innokom\config.mk
5799    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\innokom\flash.c
5800    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\innokom\innokom.c
5801    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\innokom\lowlevel_init.S
5802    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\innokom\Makefile
5803    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\innokom\u-boot.lds
5804    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorap\config.mk
5805    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorap\flash.c
5806    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorap\integratorap.c
5807    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorap\lowlevel_init.S
5808    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorap\Makefile
5809    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorap\memsetup.S
5810    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorap\split_by_variant.sh
5811    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorap\u-boot.lds.template
5812    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorcp\config.mk
5813    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorcp\flash.c
5814    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorcp\integratorcp.c
5815    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorcp\lowlevel_init.S
5816    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorcp\Makefile
5817    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorcp\memsetup.S
5818    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorcp\split_by_variant.sh
5819    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\integratorcp\u-boot.lds.template
5820    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ip860\config.mk
5821    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ip860\flash.c
5822    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ip860\ip860.c
5823    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ip860\Makefile
5824    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ip860\u-boot.lds
5825    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ip860\u-boot.lds.debug
5826    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\iphase4539\config.mk
5827    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\iphase4539\flash.c
5828    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\iphase4539\iphase4539.c
5829    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\iphase4539\Makefile
5830    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\iphase4539\u-boot.lds
5831    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ispan\config.mk
5832    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ispan\ispan.c
5833    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ispan\Makefile
5834    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ispan\u-boot.lds
5835    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ivm\config.mk
5836    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ivm\flash.c
5837    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ivm\ivm.c
5838    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ivm\Makefile
5839    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ivm\u-boot.lds
5840    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ivm\u-boot.lds.debug
5841    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ixdp425\config.mk
5842    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ixdp425\flash.c
5843    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ixdp425\ixdp425.c
5844    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ixdp425\Makefile
5845    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ixdp425\u-boot.lds
5846    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\jse\config.mk
5847    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\jse\flash.c
5848    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\jse\host_bridge.c
5849    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\jse\init.S
5850    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\jse\jse.c
5851    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\jse\jse_priv.h
5852    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\jse\Makefile
5853    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\jse\README.txt
5854    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\jse\sdram.c
5855    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\jse\u-boot.lds
5856    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kb9202\config.mk
5857    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kb9202\kb9202.c
5858    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kb9202\Makefile
5859    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kb9202\u-boot.lds
5860    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\common
5861    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\kup4k
5862    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\kup4x
5863    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\Makefile
5864    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\common\flash.c
```

```
5865  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\common\kup.h
5866  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\common\kup.h
5867  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\common\load_sernum_ethaddr.c
5868  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\kup4k\config.mk
5869  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\kup4k\kup4k.c
5870  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\kup4k\Makefile
5871  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\kup4k\s1d13706.h
5872  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\kup4k\u-boot.lds
5873  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\kup4k\u-boot.lds.debug
5874  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\kup4x\config.mk
5875  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\kup4x\kup4x.c
5876  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\kup4x\Makefile
5877  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\kup4x\u-boot.lds
5878  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\kup\kup4x\u-boot.lds.debug
5879  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lantec\config.mk
5880  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lantec\flash.c
5881  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lantec\lantec.c
5882  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lantec\Makefile
5883  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lantec\u-boot.lds
5884  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lantec\u-boot.lds.debug
5885  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lart\config.mk
5886  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lart\flash.c
5887  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lart\flashasm.S
5888  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lart\lart.c
5889  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lart\lowlevel_init.S
5890  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lart\Makefile
5891  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lart\u-boot.lds
5892  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\LEOX\elpt860
5893  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\LEOX\elpt860\config.mk
5894  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\LEOX\elpt860\elpt860.c
5895  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\LEOX\elpt860\flash.c
5896  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\LEOX\elpt860\Makefile
5897  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\LEOX\elpt860\README.LEOX
5898  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\LEOX\elpt860\u-boot.lds
5899  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\LEOX\elpt860\u-boot.lds.debug
5900  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\logodl\config.mk
5901  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\logodl\flash.c
5902  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\logodl\logodl.c
5903  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\logodl\lowlevel_init.S
5904  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\logodl\Makefile
5905  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\logodl\u-boot.lds
5906  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lpd7a40x\config.mk
5907  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lpd7a40x\flash.c
5908  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lpd7a40x\lowlevel_init.S
5909  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lpd7a40x\lpd7a40x.c
5910  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lpd7a40x\Makefile
5911  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lpd7a40x\u-boot.lds
5912  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lubbock\config.mk
5913  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lubbock\flash.c
5914  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lubbock\lowlevel_init.S
5915  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lubbock\lubbock.c
5916  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lubbock\Makefile
5917  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lubbock\u-boot.lds
5918  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lwmon\config.mk
5919  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lwmon\flash.c
5920  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lwmon\lwmon.c
5921  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lwmon\Makefile
5922  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lwmon\README.keybd
5923  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lwmon\u-boot.lds
5924  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\lwmon\u-boot.lds.debug
5925  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\m5272c3\config.mk
5926  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\m5272c3\flash.c
5927  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\m5272c3\m5272c3.c
5928  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\m5272c3\Makefile
5929  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\m5272c3\u-boot.lds
5930  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\m5282evb\config.mk
5931  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\m5282evb\flash.c
5932  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\m5282evb\m5282evb.c
5933  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\m5282evb\Makefile
```

```
5934  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE
5935  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator
5936  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\menu
5937  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\AmigaOneG3SE.c
5938  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\articiaS.c
5939  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\articiaS.h
5940  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\articiaS_pci.c
5941  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\board_asm_init.S
5942  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\cmd_boota.c
5943  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\config.mk
5944  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\enet.c
5945  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\flash.c
5946  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\flash_new.c
5947  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\i8259.c
5948  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\i8259.h
5949  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\interrupts.c
5950  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\macros.h
5951  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\Makefile
5952  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\memio.h
5953  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\memio.S
5954  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\memory_dump
5955  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\nvram.c
5956  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\ps2kbd.c
5957  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\ps2kbd.h
5958  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\serial.c
5959  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\short_types.h
5960  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\smbus.c
5961  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\smbus.h
5962  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\start.txt
5963  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\todo.txt
5964  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\u-boot.lds
5965  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\usb_uhci.c
5966  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\usb_uhci.h
5967  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\via686.c
5968  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\via686.h
5969  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\AmigaOneG3SE\video.c
5970  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\bios.c
5971  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\glue.c
5972  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\glue.h
5973  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech
5974  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\x86interface.c
5975  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin
5976  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux
5977  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include
5978  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib
5979  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs
5980  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src
5981  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc31-d16.bat
5982  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc45-c32.bat
5983  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc45-d16.bat
5984  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc45-d32.bat
5985  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc45-snp.bat
5986  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc45-tnt.bat
5987  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc45-vxd.bat
5988  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc45-w16.bat
5989  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc45-w32.bat
5990  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc50-c32.bat
5991  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc50-d16.bat
5992  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc50-d32.bat
5993  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc50-smx.bat
5994  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc50-snp.bat
5995  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc50-tnt.bat
5996  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc50-vxd.bat
5997  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc50-w16.bat
5998  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc50-w32.bat
5999  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bc50-x11.bat
6000  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bcb5-c32.bat
6001  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bcb5-d16.bat
6002  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bcb5-d16.bat
```

```
6003    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bcb5-smx.bat
6004    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bcb5-snp.bat
6005    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bcb5-tnt.bat
6006    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bcb5-vxd.bat
6007    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bcb5-w16.bat
6008    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bcb5-w32.bat
6009    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\bcb5-x11.bat
6010    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\build
6011    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\build.bat
6012    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\build_db.bat
6013    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\build_it.bat
6014    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\cddrv.bat
6015    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\cdit
6016    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\cdit.bat
6017    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\djgpp.env
6018    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\djgpp_db.env
6019    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\findint3.bat
6020    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\gcc-beos.sh
6021    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\gcc-freebsd.sh
6022    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\gcc-linux.sh
6023    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\gcc2-c32.bat
6024    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\gcc2-dos.bat
6025    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\gcc2-linux.bat
6026    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\gcc2-w32.bat
6027    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\makelib.bat
6028    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\meltobjs.sh
6029    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\ntddk.bat
6030    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\qnx4.sh
6031    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\qnxnto.sh
6032    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\set-vars-beos.sh
6033    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\set-vars-freebsd.sh
6034    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\set-vars-linux.sh
6035    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\set-vars-qnx.sh
6036    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\set-vars.bat
6037    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc40-c32.bat
6038    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc40-d16.bat
6039    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc40-drv9x.bat
6040    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc40-drvnt.bat
6041    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc40-snp.bat
6042    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc40-tnt.bat
6043    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc40-w16.bat
6044    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc40-w32.bat
6045    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc40-x11.bat
6046    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc50-c32.bat
6047    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc50-d16.bat
6048    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc50-drv9x.bat
6049    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc50-drvnt.bat
6050    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc50-rtt.bat
6051    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc50-snp.bat
6052    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc50-tnt.bat
6053    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc50-w16.bat
6054    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc50-w32.bat
6055    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc50-x11.bat
6056    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc60-c32.bat
6057    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc60-d16.bat
6058    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc60-drv9x.bat
6059    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc60-drvnt.bat
6060    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc60-drvw2k.bat
6061    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc60-snp.bat
6062    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc60-tnt.bat
6063    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc60-w16.bat
6064    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc60-w32.bat
6065    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\vc60-x11.bat
6066    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\w2kddk.bat
6067    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10-c32.bat
6068    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10-d16.bat
6069    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10-d32.bat
6070    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10-o16.bat
```

```
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10-p32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10-qnx.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10-snp.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10-tnt.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10-w16.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10-w32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10-x11.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10ac32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10ad16.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10ad32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10ao16.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10ao32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10ap32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10asnp.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10atnt.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10aw16.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc10aw32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc11-c32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc11-d16.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc11-d32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc11-o16.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc11-o32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc11-p32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc11-qnx.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc11-snp.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc11-tnt.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc11-w16.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc11-w32.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\wc11-x11.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin\win32sdk.bat
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux\glibc
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux\libc
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux\glibc\dmake
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux\glibc\k_cp
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux\glibc\k_echo
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux\glibc\k_rm
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux\glibc\makedep
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux\glibc\nasm
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux\glibc\ndisasm
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux\glibc\trans
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux\libc\dmake
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux\libc\nasm
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux\libc\ndisasm
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\bin-linux\libc\trans
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\biosemu.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\event.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\mtrr.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\pcilib.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\pmapi.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\pmimp.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\pmint.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\pm_help.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\pm_wctl.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\scitech.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\scitech.mac
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\x86emu
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\x86emu.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\x86emu\fpu_regs.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\x86emu\regs.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\include\x86emu\types.h
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib\debug
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib\release
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib\debug\linux
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\glibc
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\libc
GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\glibc\
readme.txt
```

```
6140   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\libc\r
       eadme.txt
6141   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib\release\linux
6142   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib\release\linux\gcc
6143   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\glib
       c
6144   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\libc
6145   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\glib
       c\readme.txt
6146   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\libc
       \readme.txt
6147   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\bc16.mk
6148   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\bc3.mk
6149   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\bc32.mk
6150   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\bcos2.mk
6151   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\cl16.mk
6152   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\cl386.mk
6153   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\common.mk
6154   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\emx.mk
6155   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\gcc_beos.mk
6156   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\gcc_dos.mk
6157   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\gcc_freebsd.mk
6158   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\gcc_linux.mk
6159   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\gcc_win32.mk
6160   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\hc32.mk
6161   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\makedefs.prj
6162   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\qnx4.mk
6163   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\qnxnto.mk
6164   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules
6165   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\sc16.mk
6166   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\sc32.mk
6167   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\startup.mk
6168   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\va32.mk
6169   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\va365.mk
6170   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\vc16.mk
6171   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\vc32.mk
6172   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\wc16.mk
6173   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\wc32.mk
6174   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\bc16.mk
6175   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\bc3.mk
6176   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\bc32.mk
6177   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\bcos2.mk
6178   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\cl16.mk
6179   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\cl386.mk
6180   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\dj32.mk
6181   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\emx.mk
6182   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\gcc_beos.mk
6183   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\gcc_freebsd
       .mk
6184   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\gcc_linux.m
       k
6185   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\gcc_win32.m
       k
6186   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\hc32.mk
6187   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\qnx4.mk
6188   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\qnxnto.mk
6189   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\sc16.mk
6190   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\sc32.mk
6191   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\va32.mk
6192   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\va365.mk
6193   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\vc16.mk
6194   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\vc32.mk
6195   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\wc16.mk
6196   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\makedefs\rules\wc32.mk
6197   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\biosemu
6198   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common
6199   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm
6200   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios
6201   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu
```

| | |
|---|---|
| 6202 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\biosemu\audio.c |
| 6203 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\biosemu\bios.c |
| 6204 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\biosemu\biosemu.c |
| 6205 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\biosemu\biosemui.h |
| 6206 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\biosemu\makefile |
| 6207 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\biosemu\makefile.cross |
| 6208 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\biosemu\warmboot.c |
| 6209 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\aabeos.c |
| 6210 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\aados.c |
| 6211 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\aalib.c |
| 6212 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\aalinux.c |
| 6213 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\aaos2.c |
| 6214 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\aaqnx.c |
| 6215 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\aartt.c |
| 6216 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\aasmx.c |
| 6217 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\aavxd.c |
| 6218 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\aawin32.c |
| 6219 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\agplib.c |
| 6220 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\center.c |
| 6221 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\cmdline.c |
| 6222 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\gabeos.c |
| 6223 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\gados.c |
| 6224 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\galib.c |
| 6225 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\galinux.c |
| 6226 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\gantdrv.c |
| 6227 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\gaos2.c |
| 6228 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\gaqnx.c |
| 6229 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\gartt.c |
| 6230 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\gasmx.c |
| 6231 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\gavxd.c |
| 6232 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\gawin32.c |
| 6233 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\gtfcalc.c |
| 6234 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\libcimp.c |
| 6235 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\makefile |
| 6236 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\peloader.c |
| 6237 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\vesavbe.c |
| 6238 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\_aa_imp.asm |
| 6239 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\_gatimer.asm |
| 6240 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\_ga_imp.asm |
| 6241 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\common\_pm_imp.asm |
| 6242 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\beos |
| 6243 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\codepage |
| 6244 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common |
| 6245 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common.c |
| 6246 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\cpuinfo.c |
| 6247 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\debug.c |
| 6248 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\dos |
| 6249 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\event.c |
| 6250 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\linux |
| 6251 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\makefile |
| 6252 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\ntdrv |
| 6253 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\os2 |
| 6254 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\os2pm |
| 6255 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\oshdr.h |
| 6256 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\photon |
| 6257 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\pm.vpw |
| 6258 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\pmcommon.vpj |
| 6259 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\pmdos.vpj |
| 6260 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\pmlinux.vpj |
| 6261 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\pmntdrv.vpj |
| 6262 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\pmqnx.vpj |
| 6263 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\pmvxd.vpj |
| 6264 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\pmwin32.vpj |
| 6265 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\qnx |
| 6266 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\rttarget |
| 6267 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\smx |
| 6268 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\stub |
| 6269 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests |
| 6270 | GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\vdd |

```
6271    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\win32
6272    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\x11
6273    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\ztimer.c
6274    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\z_samples.vpj
6275    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\beos\cpuinfo.c
6276    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\beos\event.c
6277    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\beos\oshdr.h
6278    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\beos\pm.c
6279    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\beos\vflat.c
6280    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\beos\ztimer.c
6281    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\codepage\us_eng.c
6282    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common\agp.c
6283    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common\keyboard.c
6284    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common\malloc.c
6285    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common\mtrr.c
6286    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common\pcilib.c
6287    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common\unixio.c
6288    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common\vgastate.c
6289    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common\_cpuinfo.asm
6290    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common\_dma.asm
6291    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common\_int64.asm
6292    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common\_joy.asm
6293    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common\_mtrr.asm
6294    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\common\_pcihelp.asm
6295    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\dos\cpuinfo.c
6296    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\dos\event.c
6297    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\dos\oshdr.h
6298    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\dos\pm.c
6299    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\dos\pmdos.c
6300    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\dos\vflat.c
6301    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\dos\ztimer.c
6302    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\dos\_event.asm
6303    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\dos\_lztimer.asm
6304    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\dos\_pm.asm
6305    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\dos\_pmdos.asm
6306    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\dos\_vflat.asm
6307    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\linux\cpuinfo.c
6308    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\linux\event.c
6309    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\linux\event.svga
6310    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\linux\oshdr.h
6311    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\linux\pm.c
6312    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\linux\vflat.c
6313    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\linux\ztimer.c
6314    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\ntdrv\cpuinfo.c
6315    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\ntdrv\int86.c
6316    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\ntdrv\irq.c
6317    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\ntdrv\mem.c
6318    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\ntdrv\oshdr.h
6319    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\ntdrv\pm.c
6320    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\ntdrv\stdio.c
6321    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\ntdrv\stdlib.c
6322    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\ntdrv\vflat.c
6323    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\ntdrv\ztimer.c
6324    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\ntdrv\_irq.asm
6325    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\ntdrv\_pm.asm
6326    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\os2\cpuinfo.c
6327    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\os2\dossctl.obj
6328    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\os2\event.c
6329    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\os2\mon.h
6330    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\os2\oshdr.h
6331    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\os2\pm.c
6332    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\os2\vflat.c
6333    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\os2\ztimer.c
6334    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\os2\_pmos2.asm
6335    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\os2pm\event.c
6336    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\os2pm\oshdr.h
6337    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\photon\event.c
6338    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\photon\oshdr.h
```

```
6340    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\qnx\cpuinfo.c
6341    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\qnx\event.c
6342    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\qnx\mtrrqnx.c
6343    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\qnx\oshdr.h
6344    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\qnx\pm.c
6345    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\qnx\vflat.c
6346    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\qnx\ztimer.c
6347    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\qnx\_mtrrqnx.asm
6348    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\rttarget\cpuinfo.c
6349    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\rttarget\event.c
6350    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\rttarget\oshdr.h
6351    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\rttarget\pm.c
6352    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\rttarget\vflat.c
6353    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\rttarget\ztimer.c
6354    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\smx\cpuinfo.c
6355    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\smx\event.c
6356    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\smx\oshdr.h
6357    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\smx\pm.c
6358    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\pmsmx.c
6359    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\smx\vflat.c
6360    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\smx\ztimer.c
6361    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\smx\_event.asm
6362    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\smx\_lztimer.asm
6363    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\smx\_pm.asm
6364    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\smx\_pmsmx.asm
6365    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\smx\_vflat.asm
6366    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\stub\cpuinfo.c
6367    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\stub\event.c
6368    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\stub\oshdr.h
6369    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\stub\pm.c
6370    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\stub\vflat.c
6371    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\stub\ztimer.c
6372    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\altbrk.c
6373    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\altcrit.c
6374    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\biosptr.c
6375    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\block.c
6376    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\brk.c
6377    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\callreal.c
6378    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\checks.c
6379    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\cpu.c
6380    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\critical.c
6381    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\getch.c
6382    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\isvesa.c
6383    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\key.c
6384    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\key15.c
6385    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\memtest.c
6386    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\mouse.c
6387    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\restore.c
6388    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\rtc.c
6389    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\save.c
6390    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\showpci.c
6391    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\tick.c
6392    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\timerc.c
6393    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\timercpp.cpp
6394    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\uswc.c
6395    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\vftest.c
6396    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\tests\video.c
6397    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\vdd\cpuinfo.c
6398    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\vdd\fileio.c
6399    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\vdd\oshdr.h
6400    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\vdd\pm.c
6401    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\vdd\vflat.c
6402    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\vdd\ztimer.c
6403    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\vxd\cpuinfo.c
6404    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\vxd\fileio.c
6405    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\vxd\oshdr.h
6406    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\vxd\pm.c
6407    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\vxd\vflat.c
6408    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\vxd\ztimer.c
```

```
6409  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\win32\cpuinfo.c
6410  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\win32\cpuinfo.c
6411  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\win32\ddraw.c
6412  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\win32\event.c
6413  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\win32\ntservc.c
6414  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\win32\oshdr.h
6415  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\win32\pm.c
6416  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\win32\vflat.c
6417  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\win32\ztimer.c
6418  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\win32\_pmwin32.asm
6419  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\x11\event.c
6420  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\pm\x11\oshdr.h
6421  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\AsmMacros.h
6422  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\awk.scr
6423  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\cbios.c
6424  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\command.c
6425  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\console.c
6426  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\debug.h
6427  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\happy_cards
6428  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\hexdump
6429  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\int.c
6430  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\io.c
6431  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\lex.l
6432  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\main.c
6433  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\makefile.linux
6434  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\mem.c
6435  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\parser.y
6436  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\pci.c
6437  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\pci.h
6438  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\README
6439  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\v86.c
6440  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\v86bios.c
6441  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\v86bios.h
6442  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\working_cards
6443  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\v86bios\x86emu.c
6444  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\debug.c
6445  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\decode.c
6446  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\fpu.c
6447  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\LICENSE
6448  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\makefile
6449  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\makefile.cross
6450  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\makefile.linux
6451  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\makefile.uboot
6452  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\ops.c
6453  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\ops2.c
6454  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\prim_ops.c
6455  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\sys.c
6456  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\validate.c
6457  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\x86emu
6458  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\debug.h
6459  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\decode.h
6460  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\fpu.h
6461  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\ops.h
6462  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\prim_asm
      .h
6463  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\prim_ops
      .h
6464  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\x86emui.
      h
6465  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\menu\cmd_menu.c
6466  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\menu\menu.c
6467  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\MAI\menu\menu.h
6468  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common
6469  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64360
6470  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64460
6471  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\include
6472  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common\bootseq.txt
6473  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common\ecctest.c
6474  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common\flash.c
```

```
6475    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common\i2c.h
6476    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common\i2c.h
6477    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common\intel_flash.c
6478    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common\intel_flash.h
6479    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common\memory.c
6480    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common\misc.S
6481    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common\ns16550.c
6482    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common\ns16550.h
6483    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common\ppc_error_no.h
6484    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common\serial.c
6485    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\common\serial.h
6486    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64360\64360.h
6487    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64360\config.mk
6488    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64360\db64360.c
6489    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64360\eth.h
6490    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64360\Makefile
6491    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64360\mpsc.c
6492    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64360\mpsc.h
6493    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64360\mv_eth.c
6494    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64360\mv_eth.h
6495    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64360\mv_regs.h
6496    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64360\pci.c
6497    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64360\sdram_init.c
6498    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64360\u-boot.lds
6499    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64460\64460.h
6500    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64460\config.mk
6501    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64460\db64460.c
6502    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64460\eth.h
6503    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64460\Makefile
6504    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64460\mpsc.c
6505    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64460\mpsc.h
6506    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64460\mv_eth.c
6507    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64460\mv_eth.h
6508    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64460\mv_regs.h
6509    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64460\pci.c
6510    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64460\sdram_init.c
6511    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\db64460\u-boot.lds
6512    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\include\core.h
6513    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\include\memory.h
6514    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\include\mv_gen_reg.h
6515    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\Marvell\include\pci.h
6516    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mbx8xx\config.mk
6517    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mbx8xx\csr.h
6518    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mbx8xx\dimm.h
6519    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mbx8xx\flash.c
6520    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mbx8xx\Makefile
6521    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mbx8xx\mbx8xx.c
6522    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mbx8xx\u-boot.lds
6523    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mbx8xx\u-boot.lds.debug
6524    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mbx8xx\vpd.c
6525    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mbx8xx\vpd.h
6526    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mcc200\config.mk
6527    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mcc200\Makefile
6528    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mcc200\mcc200.c
6529    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mcc200\mt46v16m16-75.h
6530    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mcc200\mt48lc16m16a2-75.h
6531    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mcc200\mt48lc8m32b2-6-7.h
6532    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mcc200\u-boot.lds
6533    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ml2\config.mk
6534    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ml2\flash.c
6535    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ml2\init.S
6536    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ml2\Makefile
6537    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ml2\ml2.c
6538    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ml2\serial.c
6539    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ml2\u-boot.lds
6540    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ml2\u-boot.lds.debug
6541    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\modnet50\config.mk
6542    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\modnet50\flash.c
6543    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\modnet50\lowlevel_init.S
```

```
6544    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\modnet50\modnet50.c
6545    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\modnet50\u-boot.lds
6546    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mousse\config.mk
6547    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mousse\flash.c
6548    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mousse\flash.h
6549    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mousse\m48t59y.c
6550    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mousse\m48t59y.h
6551    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mousse\Makefile
6552    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mousse\mousse.c
6553    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mousse\mousse.h
6554    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mousse\pci.c
6555    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mousse\README
6556    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mousse\u-boot.lds
6557    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mousse\u-boot.lds.ram
6558    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mousse\u-boot.lds.rom
6559    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mp2usb\config.mk
6560    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mp2usb\flash.c
6561    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mp2usb\Makefile
6562    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mp2usb\mp2usb.c
6563    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mp2usb\u-boot.lds
6564    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8260ads\config.mk
6565    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8260ads\flash.c
6566    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8260ads\Makefile
6567    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8260ads\mpc8260ads.c
6568    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8260ads\u-boot.lds
6569    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8266ads\config.mk
6570    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8266ads\flash.c
6571    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8266ads\Makefile
6572    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8266ads\mpc8266ads.c
6573    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8266ads\u-boot.lds
6574    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8349ads\config.mk
6575    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8349ads\Makefile
6576    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8349ads\mpc8349ads.c
6577    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8349ads\pci.c
6578    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8349ads\u-boot.lds
6579    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8349emds\config.mk
6580    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8349emds\Makefile
6581    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8349emds\mpc8349emds.c
6582    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8349emds\u-boot.lds
6583    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8540ads\config.mk
6584    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8540ads\init.S
6585    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8540ads\Makefile
6586    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8540ads\mpc8540ads.c
6587    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8540ads\u-boot.lds
6588    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8540eval\config.mk
6589    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8540eval\flash.c
6590    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8540eval\init.S
6591    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8540eval\Makefile
6592    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8540eval\mpc8540eval.c
6593    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8540eval\u-boot.lds
6594    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8560ads\config.mk
6595    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8560ads\init.S
6596    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8560ads\Makefile
6597    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8560ads\mpc8560ads.c
6598    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpc8560ads\u-boot.lds
6599    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\common
6600    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\mip405
6601    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pati
6602    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pip405
6603    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\vcma9
6604    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\common\common_util.c
6605    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\common\common_util.h
6606    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\common\flash.c
6607    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\common\isa.c
6608    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\common\isa.h
6609    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\common\kbd.c
6610    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\common\kbd.h
6611    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\common\memtst.c
```

```
6613    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\common\flash.c
6614    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\common\pci_parts.h
6615    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\common\piix4_pci.h
6616    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\common\usb_uhci.c
6617    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\common\usb_uhci.h
6618    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\mip405\cmd_mip405.c
6619    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\mip405\config.mk
6620    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\mip405\init.S
6621    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\mip405\Makefile
6622    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\mip405\mip405.c
6623    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\mip405\mip405.h
6624    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\mip405\u-boot.lds
6625    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pati\cmd_pati.c
6626    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pati\config.mk
6627    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pati\Makefile
6628    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pati\pati.c
6629    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pati\pati.h
6630    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pati\pci_eeprom.h
6631    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pati\plx9056.h
6632    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pati\u-boot.lds
6633    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pip405\cmd_pip405.c
6634    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pip405\config.mk
6635    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pip405\init.S
6636    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pip405\Makefile
6637    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pip405\pip405.c
6638    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pip405\pip405.h
6639    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pip405\u-boot.lds
6640    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\pip405\u-boot.lds.debug
6641    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\vcma9\cmd_vcma9.c
6642    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\vcma9\config.mk
6643    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\vcma9\flash.c
6644    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\vcma9\lowlevel_init.S
6645    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\vcma9\Makefile
6646    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\vcma9\u-boot.lds
6647    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\vcma9\vcma9.c
6648    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mpl\vcma9\vcma9.h
6649    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\musenki\config.mk
6650    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\musenki\flash.c
6651    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\musenki\Makefile
6652    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\musenki\musenki.c
6653    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\musenki\README
6654    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\musenki\u-boot.lds
6655    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mvblue\config.mk
6656    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mvblue\flash.c
6657    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mvblue\Makefile
6658    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mvblue\mvblue.c
6659    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mvblue\u-boot.lds
6660    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mvs1\config.mk
6661    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mvs1\flash.c
6662    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mvs1\Makefile
6663    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mvs1\mvs1.c
6664    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mvs1\README
6665    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mvs1\u-boot.lds
6666    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mvs1\u-boot.lds.debug
6667    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1ads\config.mk
6668    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1ads\lowlevel_init.S
6669    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1ads\Makefile
6670    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1ads\mx1ads.c
6671    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1ads\syncflash.c
6672    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1ads\u-boot.lds
6673    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1fs2\config.mk
6674    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1fs2\flash.c
6675    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1fs2\intel.h
6676    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1fs2\lowlevel_init.S
6677    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1fs2\Makefile
6678    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1fs2\mx1fs2.c
6679    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\mx1fs2\u-boot.lds
6680    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\nc650\config.mk
6681    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\nc650\flash.c
```

```
6682    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\nc650\nc650.c
6683    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\nc650\nc650.c
6684    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\nc650\u-boot.lds
6685    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\nc650\u-boot.lds.debug
6686    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netphone\config.mk
6687    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netphone\flash.c
6688    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netphone\Makefile
6689    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netphone\netphone.c
6690    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netphone\phone_console.c
6691    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netphone\u-boot.lds
6692    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netphone\u-boot.lds.debug
6693    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar\config.mk
6694    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar\crcek.h
6695    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar\crcek.S
6696    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar\crcit
6697    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar\crcit.c
6698    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar\eeprom.c
6699    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar\eeprom.lds
6700    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar\eeprom_start.S
6701    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar\flash.c
6702    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar\Makefile
6703    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar\nand.c
6704    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar\netstar.c
6705    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar\setup.S
6706    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netstar\u-boot.lds
6707    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta\codec.c
6708    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta\config.mk
6709    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta\dsp.c
6710    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta\flash.c
6711    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta\Makefile
6712    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta\netta.c
6713    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta\u-boot.lds
6714    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta\u-boot.lds.debug
6715    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta2\config.mk
6716    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta2\flash.c
6717    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta2\Makefile
6718    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta2\netta2.c
6719    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta2\u-boot.lds
6720    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netta2\u-boot.lds.debug
6721    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netvia\config.mk
6722    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netvia\flash.c
6723    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netvia\Makefile
6724    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netvia\netvia.c
6725    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netvia\u-boot.lds
6726    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\netvia\u-boot.lds.debug
6727    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ns9750dev\config.mk
6728    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ns9750dev\flash.c
6729    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ns9750dev\led.c
6730    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ns9750dev\lowlevel_init.S
6731    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ns9750dev\Makefile
6732    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ns9750dev\ns9750dev.c
6733    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ns9750dev\u-boot.lds
6734    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\nx823\config.mk
6735    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\nx823\flash.c
6736    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\nx823\Makefile
6737    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\nx823\nx823.c
6738    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\nx823\u-boot.lds
6739    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\nx823\u-boot.lds.debug
6740    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\o2dnt\config.mk
6741    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\o2dnt\flash.c
6742    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\o2dnt\Makefile
6743    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\o2dnt\o2dnt.c
6744    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\o2dnt\u-boot.lds
6745    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap1510inn\config.mk
6746    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap1510inn\lowlevel_init.S
6747    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap1510inn\Makefile
6748    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap1510inn\omap1510innovator.c
6749    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap1510inn\u-boot.lds
6750    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap1610inn\config.mk
```

```
6751    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap1610inn\config.mk
6752    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap1610inn\lowlevel_init.S
6753    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap1610inn\Makefile
6754    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap1610inn\omap1610innovator.c
6755    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap1610inn\u-boot.lds
6756    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap2420h4\config.mk
6757    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap2420h4\flash.c
6758    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap2420h4\lowlevel_init.S
6759    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap2420h4\Makefile
6760    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap2420h4\mem.c
6761    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap2420h4\omap2420h4.c
6762    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap2420h4\sys_info.c
6763    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap2420h4\u-boot.lds
6764    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap5912osk\config.mk
6765    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap5912osk\lowlevel_init.S
6766    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap5912osk\Makefile
6767    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap5912osk\omap5912osk.c
6768    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap5912osk\u-boot.lds
6769    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap730p2\config.mk
6770    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap730p2\flash.c
6771    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap730p2\lowlevel_init.S
6772    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap730p2\Makefile
6773    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap730p2\omap730p2.c
6774    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\omap730p2\u-boot.lds
6775    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\oxc\config.mk
6776    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\oxc\flash.c
6777    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\oxc\Makefile
6778    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\oxc\oxc.c
6779    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\oxc\u-boot.lds
6780    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pb1x00\config.mk
6781    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pb1x00\flash.c
6782    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pb1x00\Makefile
6783    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pb1x00\memsetup.S
6784    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pb1x00\pb1x00.c
6785    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pb1x00\README
6786    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pb1x00\u-boot.lds
6787    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\config.mk
6788    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\cpc710.h
6789    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\cpc710_init_ram.c
6790    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\cpc710_pci.c
6791    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\cpc710_pci.h
6792    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\flash.c
6793    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\fpga_serial.c
6794    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\fpga_serial.h
6795    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\hardware.h
6796    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\i2c.c
6797    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\i2c.h
6798    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\Makefile
6799    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\ns16550.h
6800    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\pcippc2.c
6801    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\pcippc2.h
6802    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\pcippc2_fpga.c
6803    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\pcippc2_fpga.h
6804    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\sconsole.c
6805    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\sconsole.h
6806    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pcippc2\u-boot.lds
6807    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pleb2\config.mk
6808    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pleb2\flash.c
6809    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pleb2\lowlevel_init.S
6810    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pleb2\Makefile
6811    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pleb2\pleb2.c
6812    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pleb2\u-boot.lds
6813    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm520\config.mk
6814    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm520\flash.c
6815    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm520\Makefile
6816    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm520\mt46v16m16-75.h
6817    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm520\mt48lc16m16a2-75.h
6818    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm520\pm520.c
6819    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm520\u-boot.lds
```

```
6820    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm826\flash.c
6821    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm826\flash.c
6822    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm826\Makefile
6823    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm826\pm826.c
6824    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm826\u-boot.lds
6825    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm828\config.mk
6826    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm828\flash.c
6827    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm828\Makefile
6828    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm828\pm828.c
6829    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm828\u-boot.lds
6830    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm854\config.mk
6831    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm854\init.S
6832    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm854\Makefile
6833    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm854\pm854.c
6834    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm854\u-boot.lds
6835    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm856\config.mk
6836    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm856\init.S
6837    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm856\Makefile
6838    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm856\pm856.c
6839    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pm856\u-boot.lds
6840    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pn62\cmd_pn62.c
6841    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pn62\config.mk
6842    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pn62\Makefile
6843    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pn62\misc.c
6844    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pn62\pn62.c
6845    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pn62\pn62.h
6846    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pn62\u-boot.lds
6847    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ppmc8260\config.mk
6848    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ppmc8260\Makefile
6849    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ppmc8260\ppmc8260.c
6850    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ppmc8260\strataflash.c
6851    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ppmc8260\u-boot.lds
6852    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\prodrive\p3p440
6853    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\prodrive\p3p440\config.mk
6854    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\prodrive\p3p440\init.S
6855    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\prodrive\p3p440\Makefile
6856    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\prodrive\p3p440\p3p440.c
6857    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\prodrive\p3p440\p3p440.h
6858    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\prodrive\p3p440\u-boot.lds
6859    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\psyent\common
6860    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\psyent\pci5441
6861    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\psyent\pk1c20
6862    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\psyent\common\AMDLV065D.c
6863    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\psyent\pci5441\config.mk
6864    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\psyent\pci5441\Makefile
6865    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\psyent\pci5441\pci5441.c
6866    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\psyent\pci5441\u-boot.lds
6867    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\psyent\pk1c20\config.mk
6868    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\psyent\pk1c20\led.c
6869    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\psyent\pk1c20\Makefile
6870    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\psyent\pk1c20\pk1c20.c
6871    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\psyent\pk1c20\u-boot.lds
6872    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\purple\config.mk
6873    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\purple\flash.c
6874    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\purple\lowlevel_init.S
6875    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\purple\Makefile
6876    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\purple\purple.c
6877    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\purple\sconsole.c
6878    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\purple\sconsole.h
6879    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\purple\u-boot.lds
6880    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pxa255_idp\config.mk
6881    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pxa255_idp\idp_notes.txt
6882    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pxa255_idp\Makefile
6883    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pxa255_idp\memsetup.S
6884    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pxa255_idp\pxa_idp.c
6885    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pxa255_idp\pxa_reg_calcs.out
6886    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pxa255_idp\pxa_reg_calcs.py
6887    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pxa255_idp\README
6888    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\pxa255_idp\u-boot.lds
```

```
6889    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\quantum\fpga.c
6890    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\quantum\fpga.h
6891    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\quantum\Makefile
6892    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\quantum\quantum.c
6893    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\quantum\u-boot.lds
6894    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\quantum\u-boot.lds.debug
6895    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\r360mpi\config.mk
6896    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\r360mpi\flash.c
6897    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\r360mpi\Makefile
6898    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\r360mpi\r360mpi.c
6899    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\r360mpi\u-boot.lds
6900    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rattler\config.mk
6901    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rattler\Makefile
6902    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rattler\rattler.c
6903    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rattler\u-boot.lds
6904    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rbc823\config.mk
6905    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rbc823\flash.c
6906    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rbc823\kbd.c
6907    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rbc823\Makefile
6908    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rbc823\rbc823.c
6909    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rbc823\u-boot.lds
6910    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rmu\config.mk
6911    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rmu\flash.c
6912    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rmu\Makefile
6913    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rmu\rmu.c
6914    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rmu\u-boot.lds
6915    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rmu\u-boot.lds.debug
6916    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXClassic\config.mk
6917    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXClassic\eccx.c
6918    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXClassic\flash.c
6919    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXClassic\Makefile
6920    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXClassic\RPXClassic.c
6921    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXClassic\u-boot.lds
6922    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXClassic\u-boot.lds.debug
6923    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite\config.mk
6924    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite\flash.c
6925    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite\Makefile
6926    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite\RPXlite.c
6927    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite\u-boot.lds
6928    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite\u-boot.lds.debug
6929    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite_dw\config.mk
6930    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite_dw\flash.c
6931    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite_dw\Makefile
6932    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite_dw\README
6933    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite_dw\RPXlite_dw.c
6934    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite_dw\u-boot.lds
6935    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RPXlite_dw\u-boot.lds.debug
6936    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rpxsuper\config.mk
6937    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rpxsuper\flash.c
6938    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rpxsuper\Makefile
6939    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rpxsuper\mii_phy.c
6940    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rpxsuper\readme
6941    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rpxsuper\rpxsuper.c
6942    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rpxsuper\rpxsuper.h
6943    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rpxsuper\u-boot.lds
6944    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RRvision\config.mk
6945    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RRvision\flash.c
6946    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RRvision\Makefile
6947    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RRvision\RRvision.c
6948    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RRvision\u-boot.lds
6949    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\RRvision\video_ad7179.h
6950    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rsdproto\config.mk
6951    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rsdproto\flash.c
6952    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rsdproto\flash_asm.S
6953    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rsdproto\Makefile
6954    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rsdproto\rsdproto.c
6955    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\rsdproto\u-boot.lds
6956    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sacsng\clkinit.c
```

```
6958  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sacsng\config.mk
6959  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sacsng\config.mk
6960  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sacsng\flash.c
6961  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sacsng\ioconfig.h
6962  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sacsng\Makefile
6963  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sacsng\sacsng.c
6964  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sacsng\u-boot.lds
6965  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\common
6966  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\karef
6967  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\metrobox
6968  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\common\flash.c
6969  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\common\ppc440gx_i2c.c
6970  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\common\ppc440gx_i2c.h
6971  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\common\sb_common.c
6972  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\common\sb_common.h
6973  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\karef\config.mk
6974  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\karef\hal_ka_of_auto.h
6975  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\karef\hal_ka_sc_auto.h
6976  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\karef\init.S
6977  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\karef\karef.c
6978  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\karef\karef.h
6979  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\karef\karef_version.h
6980  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\karef\Makefile
6981  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\karef\u-boot.lds
6982  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\karef\u-boot.lds.debug
6983  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\metrobox\config.mk
6984  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\metrobox\hal_xc_auto.h
6985  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\metrobox\init.S
6986  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\metrobox\Makefile
6987  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\metrobox\metrobox.c
6988  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\metrobox\metrobox.h
6989  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\metrobox\metrobox_version.h
6990  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\metrobox\u-boot.lds
6991  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandburst\metrobox\u-boot.lds.debug
6992  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandpoint\config.mk
6993  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandpoint\dinkdl
6994  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandpoint\early_init.S
6995  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandpoint\flash.c
6996  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandpoint\Makefile
6997  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandpoint\README
6998  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandpoint\sandpoint.c
6999  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandpoint\speed.h
7000  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sandpoint\u-boot.lds
7001  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc405\config.mk
7002  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc405\Makefile
7003  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc405\sbc405.c
7004  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc405\strataflash.c
7005  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc405\u-boot.lds
7006  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8240\config.mk
7007  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8240\flash.c
7008  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8240\Makefile
7009  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8240\README
7010  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8240\sbc8240.c
7011  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8240\u-boot.lds
7012  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8260\config.mk
7013  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8260\flash.c
7014  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8260\Makefile
7015  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8260\sbc8260.c
7016  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8260\u-boot.lds
7017  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8560\config.mk
7018  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8560\init.S
7019  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8560\Makefile
7020  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8560\sbc8560.c
7021  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sbc8560\u-boot.lds
7022  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_cdp\config.mk
7023  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_cdp\flash.c
7024  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_cdp\flash_old.c
7025  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_cdp\Makefile
7026  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_cdp\sc520_cdp.c
```

```
7027   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_cdp\sc520_cdp.c
7028   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_cdp\sc520_cdp_asm16.S
7029   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_cdp\u-boot.lds
7030   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_spunk\config.mk
7031   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_spunk\flash.c
7032   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_spunk\Makefile
7033   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_spunk\sc520_spunk.c
7034   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_spunk\sc520_spunk_asm.S
7035   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_spunk\sc520_spunk_asm16.S
7036   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sc520_spunk\u-boot.lds
7037   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\scb9328\config.mk
7038   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\scb9328\flash.c
7039   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\scb9328\intel.h
7040   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\scb9328\lowlevel_init.S
7041   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\scb9328\Makefile
7042   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\scb9328\scb9328.c
7043   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\scb9328\u-boot.lds
7044   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\shannon\config.mk
7045   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\shannon\flash.c
7046   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\shannon\inferno.header
7047   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\shannon\lowlevel_init.S
7048   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\shannon\Makefile
7049   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\shannon\shannon.c
7050   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\shannon\u-boot.lds
7051   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\CCM
7052   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\common
7053   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\IAD210
7054   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\pcu_e
7055   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\SCM
7056   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\CCM\ccm.c
7057   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\CCM\config.mk
7058   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\CCM\flash.c
7059   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\CCM\fpga_ccm.c
7060   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\CCM\Makefile
7061   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\CCM\u-boot.lds
7062   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\CCM\u-boot.lds.debug
7063   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\common\fpga.c
7064   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\common\fpga.h
7065   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\common\README
7066   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\IAD210\atm.c
7067   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\IAD210\atm.h
7068   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\IAD210\config.mk
7069   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\IAD210\flash.c
7070   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\IAD210\IAD210.c
7071   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\IAD210\Makefile
7072   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\IAD210\u-boot.lds
7073   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\pcu_e\config.mk
7074   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\pcu_e\flash.c
7075   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\pcu_e\Makefile
7076   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\pcu_e\pcu_e.c
7077   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\pcu_e\u-boot.lds
7078   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\pcu_e\u-boot.lds.debug
7079   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\SCM\config.mk
7080   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\SCM\flash.c
7081   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\SCM\fpga_scm.c
7082   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\SCM\Makefile
7083   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\SCM\scm.c
7084   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\SCM\scm.h
7085   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\siemens\SCM\u-boot.lds
7086   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sixnet\config.mk
7087   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sixnet\flash.c
7088   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sixnet\fpgadata.c
7089   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sixnet\Makefile
7090   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sixnet\sixnet.c
7091   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sixnet\sixnet.h
7092   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sixnet\u-boot.lds
7093   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sl8245\config.mk
7094   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sl8245\flash.c
7095   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sl8245\Makefile
```

```
7096    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sl8245\u-boot.lds
7097    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sl8245\u-boot.lds
7098    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\smdk2400\config.mk
7099    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\smdk2400\flash.c
7100    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\smdk2400\lowlevel_init.S
7101    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\smdk2400\Makefile
7102    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\smdk2400\smdk2400.c
7103    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\smdk2400\u-boot.lds
7104    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\smdk2410\config.mk
7105    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\smdk2410\flash.c
7106    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\smdk2410\lowlevel_init.S
7107    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\smdk2410\Makefile
7108    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\smdk2410\smdk2410.c
7109    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\smdk2410\u-boot.lds
7110    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\snmc\qs850
7111    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\snmc\qs860t
7112    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\snmc\qs850\config.mk
7113    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\snmc\qs850\flash.c
7114    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\snmc\qs850\Makefile
7115    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\snmc\qs850\qs850.c
7116    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\snmc\qs850\u-boot.lds
7117    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\snmc\qs860t\config.mk
7118    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\snmc\qs860t\flash.c
7119    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\snmc\qs860t\Makefile
7120    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\snmc\qs860t\qs860t.c
7121    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\snmc\qs860t\u-boot.lds
7122    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sorcery\config.mk
7123    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sorcery\Makefile
7124    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sorcery\sorcery.c
7125    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sorcery\u-boot.lds
7126    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\spd8xx\config.mk
7127    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\spd8xx\flash.c
7128    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\spd8xx\Makefile
7129    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\spd8xx\spd8xx.c
7130    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\spd8xx\u-boot.lds
7131    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\spd8xx\u-boot.lds.debug
7132    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ssv\adnpesc1
7133    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ssv\common
7134    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ssv\adnpesc1\adnpesc1.c
7135    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ssv\adnpesc1\config.mk
7136    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ssv\adnpesc1\flash.c
7137    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ssv\adnpesc1\Makefile
7138    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ssv\adnpesc1\misc.c
7139    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ssv\adnpesc1\u-boot.lds
7140    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ssv\adnpesc1\vectors.S
7141    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ssv\common\cmd_sled.c
7142    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ssv\common\flash.c
7143    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ssv\common\post.c
7144    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\ssv\common\wd_pio.c
7145    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stamp\config.mk
7146    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stamp\Makefile
7147    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stamp\stamp.c
7148    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stamp\stamp.h
7149    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stamp\u-boot.lds
7150    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stxgp3\config.mk
7151    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stxgp3\flash.c
7152    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stxgp3\init.S
7153    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stxgp3\Makefile
7154    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stxgp3\stxgp3.c
7155    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stxgp3\u-boot.lds
7156    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stxxtc\config.mk
7157    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stxxtc\Makefile
7158    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stxxtc\oftree.dts
7159    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stxxtc\stxxtc.c
7160    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stxxtc\u-boot.lds
7161    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\stxxtc\u-boot.lds.debug
7162    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\svm_sc8xx\config.mk
7163    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\svm_sc8xx\flash.c
7164    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\svm_sc8xx\Makefile
```

```
7165    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\svm_sc8xx\u-boot.lds
7166    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\svm_sc8xx\u-boot.lds.debug
7167    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sxl\config.mk
7168    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sxl\lowlevel_init.S
7169    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sxl\Makefile
7170    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sxl\sxl.c
7171    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\sxl\u-boot.lds
7172    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tb0229\config.mk
7173    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tb0229\flash.c
7174    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tb0229\lowlevel_init.S
7175    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tb0229\Makefile
7176    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tb0229\tb0229.c
7177    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tb0229\u-boot.lds
7178    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tb0229\vr4131-pci.c
7179    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\total5200\config.mk
7180    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\total5200\Makefile
7181    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\total5200\mt48lc16m16a2-75.h
7182    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\total5200\mt48lc32m16a2-75.h
7183    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\total5200\sdram.c
7184    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\total5200\sdram.h
7185    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\total5200\total5200.c
7186    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\total5200\u-boot.lds
7187    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm5200\cmd_stk52xx.c
7188    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm5200\config.mk
7189    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm5200\flash.c
7190    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm5200\Makefile
7191    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm5200\mt48lc16m16a2-75.h
7192    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm5200\tqm5200.c
7193    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm5200\u-boot.lds
7194    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm8260\config.mk
7195    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm8260\flash.c
7196    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm8260\Makefile
7197    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm8260\tqm8260.c
7198    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm8260\u-boot.lds
7199    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm834x\config.mk
7200    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm834x\Makefile
7201    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm834x\pci.c
7202    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm834x\tqm834x.c
7203    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm834x\u-boot.lds
7204    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm85xx\config.mk
7205    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm85xx\init.S
7206    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm85xx\Makefile
7207    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm85xx\sdram.c
7208    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm85xx\tqm85xx.c
7209    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm85xx\u-boot.lds
7210    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm8xx\config.mk
7211    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm8xx\flash.c
7212    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm8xx\load_sernum_ethaddr.c
7213    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm8xx\Makefile
7214    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm8xx\tqm8xx.c
7215    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm8xx\u-boot.lds
7216    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\tqm8xx\u-boot.lds.debug
7217    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\auto_update.c
7218    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\cmd_trab.c
7219    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\config.mk
7220    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\flash.c
7221    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\lowlevel_init.S
7222    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\Makefile
7223    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\memory.c
7224    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\Pt1000_temp_data.h
7225    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\README.kbd
7226    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\rs485.c
7227    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\rs485.h
7228    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\trab.c
7229    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\trab_fkt.c
7230    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\tsc2000.c
7231    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\tsc2000.h
7232    GPL.UBNT.v6.1.7\uboot\uboot-ti\board\trab\u-boot.lds
7233
```

```
7234  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\uc100\config.mk
7235  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\uc100\config.mk
7236  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\uc100\Makefile
7237  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\uc100\u-boot.lds
7238  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\uc100\u-boot.lds.debug
7239  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\uc100\uc100.c
7240  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\utx8245\config.mk
7241  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\utx8245\flash.c
7242  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\utx8245\Makefile
7243  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\utx8245\u-boot.lds
7244  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\utx8245\utx8245.c
7245  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\v37\config.mk
7246  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\v37\flash.c
7247  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\v37\Makefile
7248  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\v37\u-boot.lds
7249  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\v37\v37.c
7250  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\versatile\config.mk
7251  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\versatile\flash.c
7252  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\versatile\lowlevel_init.S
7253  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\versatile\Makefile
7254  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\versatile\split_by_variant.sh
7255  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\versatile\u-boot.lds
7256  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\versatile\versatile.c
7257  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\voiceblue\config.mk
7258  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\voiceblue\eeprom.c
7259  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\voiceblue\eeprom.lds
7260  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\voiceblue\eeprom_start.S
7261  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\voiceblue\Makefile
7262  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\voiceblue\setup.S
7263  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\voiceblue\u-boot.lds
7264  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\voiceblue\voiceblue.c
7265  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\cmd_vpd.c
7266  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\config.mk
7267  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\errors.h
7268  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\flash.c
7269  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\fpga.c
7270  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\fsboot.c
7271  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\init.S
7272  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\Makefile
7273  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\post1.S
7274  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\post2.c
7275  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\u-boot.lds
7276  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\u-boot.lds.debug
7277  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\vpd.c
7278  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\vpd.h
7279  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\w7o.c
7280  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\w7o.h
7281  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\w7o\watchdog.c
7282  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\wepep250\config.mk
7283  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\wepep250\flash.c
7284  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\wepep250\intel.h
7285  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\wepep250\lowlevel_init.S
7286  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\wepep250\Makefile
7287  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\wepep250\u-boot.lds
7288  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\wepep250\wepep250.c
7289  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\westel\amx860
7290  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\westel\amx860\amx860.c
7291  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\westel\amx860\config.mk
7292  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\westel\amx860\flash.c
7293  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\westel\amx860\Makefile
7294  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\westel\amx860\u-boot.lds
7295  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\westel\amx860\u-boot.lds.debug
7296  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xaeniax\config.mk
7297  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xaeniax\flash.c
7298  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xaeniax\lowlevel_init.S
7299  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xaeniax\Makefile
7300  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xaeniax\u-boot.lds
7301  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xaeniax\xaeniax.c
7302  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common
```

```
7303   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_enet
7304   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_iic
7305   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xbasic_types.c
7306   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xbasic_types.h
7307   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xbuf_descriptor.h
7308   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xdma_channel.c
7309   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xdma_channel.h
7310   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xdma_channel_i.h
7311   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xdma_channel_sg.c
7312   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xio.h
7313   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xipif_v1_23_b.c
7314   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xipif_v1_23_b.h
7315   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xpacket_fifo_v1_00_b.c
7316   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xpacket_fifo_v1_00_b.h
7317   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xstatus.h
7318   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xversion.c
7319   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\common\xversion.h
7320   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\ml300\config.mk
7321   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\ml300\init.S
7322   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\ml300\Makefile
7323   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\ml300\ml300.c
7324   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\ml300\serial.c
7325   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\ml300\sw_services
7326   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\ml300\u-boot.lds
7327   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\ml300\u-boot.lds.debug
7328   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\ml300\xparameters.h
7329   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\ml300\sw_services\uboot_v1_00_a
7330   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\ml300\sw_services\uboot_v1_00_a\data
7331   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\ml300\sw_services\uboot_v1_00_a\data\Ltypes
7332   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\ml300\sw_services\uboot_v1_00_a\data\uboot_v2
       _1_0.mld
7333   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\ml300\sw_services\uboot_v1_00_a\data\uboot_v2
       _1_0.tcl
7334   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_enet\emac_adapter.c
7335   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_enet\xemac.c
7336   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_enet\xemac.h
7337   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_enet\xemac_g.c
7338   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_enet\xemac_i.h
7339   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_enet\xemac_intr.c
7340   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_enet\xemac_intr_dma.c
7341   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_enet\xemac_l.h
7342   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_enet\xemac_options.c
7343   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_enet\xemac_polled.c
7344   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_iic\iic_adapter.c
7345   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_iic\xiic_l.c
7346   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xilinx\xilinx_iic\xiic_l.h
7347   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xm250\config.mk
7348   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xm250\flash.c
7349   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xm250\lowlevel_init.S
7350   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xm250\Makefile
7351   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xm250\u-boot.lds
7352   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xm250\xm250.c
7353   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xpedite1k\config.mk
7354   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xpedite1k\flash.c
7355   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xpedite1k\init.S
7356   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xpedite1k\Makefile
7357   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xpedite1k\u-boot.lds
7358   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xpedite1k\u-boot.lds.debug
7359   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xpedite1k\xpedite1k.c
7360   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xsengine\config.mk
7361   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xsengine\flash.c
7362   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xsengine\lowlevel_init.S
7363   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xsengine\Makefile
7364   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xsengine\u-boot.lds
7365   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\xsengine\xsengine.c
7366   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\zpc1900\config.mk
7367   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\zpc1900\Makefile
7368   GPL.UBNT.v6.1.7\uboot\uboot-ti\board\zpc1900\u-boot.lds
```

```
7370  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\zylonite\config.mk
7371  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\zylonite\config.mk
7372  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\zylonite\flash.c
7373  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\zylonite\lowlevel_init.S
7374  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\zylonite\Makefile
7375  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\zylonite\u-boot.lds
7376  GPL.UBNT.v6.1.7\uboot\uboot-ti\board\zylonite\zylonite.c
7377  GPL.UBNT.v6.1.7\uboot\uboot-ti\boot\u-boot
7378  GPL.UBNT.v6.1.7\uboot\uboot-ti\boot\u-boot\board
7379  GPL.UBNT.v6.1.7\uboot\uboot-ti\boot\u-boot\board\ar7240
7380  GPL.UBNT.v6.1.7\uboot\uboot-ti\boot\u-boot\board\ar7240\common
7381  GPL.UBNT.v6.1.7\uboot\uboot-ti\boot\u-boot\board\ar7240\common\athrs_vir_phy.c
7382  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\ACEX1K.c
7383  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\altera.c
7384  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\bedbug.c
7385  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\circbuf.c
7386  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_ace.c
7387  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_autoscript.c
7388  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_bdinfo.c
7389  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_bdr.c
7390  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_bedbug.c
7391  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_bmp.c
7392  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_boot.c
7393  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_bootm.c
7394  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_cache.c
7395  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_console.c
7396  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_date.c
7397  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_dcr.c
7398  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_ddr.c
7399  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_diag.c
7400  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_display.c
7401  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_doc.c
7402  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_dtt.c
7403  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_eeprom.c
7404  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_elf.c
7405  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_ethreg.c
7406  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_ext2.c
7407  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_fat.c
7408  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_fdc.c
7409  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_fdos.c
7410  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_flash.c
7411  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_fpga.c
7412  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_i2c.c
7413  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_ide.c
7414  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_immap.c
7415  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_itest.c
7416  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_jffs2.c
7417  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_load.c
7418  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_log.c
7419  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_mem.c
7420  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_mii.c
7421  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_misc.c
7422  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_mmc.c
7423  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_nand.c
7424  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_net.c
7425  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_nvedit.c
7426  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_pci.c
7427  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_pcmcia.c
7428  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_pll.c
7429  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_portio.c
7430  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_reginfo.c
7431  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_reiser.c
7432  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_scsi.c
7433  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_spi.c
7434  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_universe.c
7435  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_usb.c
7436  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_vfd.c
7437  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_ximg.c
7438  GPL.UBNT.v6.1.7\uboot\uboot-ti\common\command.c
```

```
7439    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\cmd_vfd.c
7440    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\crc16.c
7441    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\devices.c
7442    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\dlmalloc.c
7443    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\dlmalloc.src
7444    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\docecc.c
7445    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\environment.c
7446    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\env_common.c
7447    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\env_dataflash.c
7448    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\env_eeprom.c
7449    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\env_flash.c
7450    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\env_nand.c
7451    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\env_nowhere.c
7452    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\env_nvram.c
7453    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\exports.c
7454    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\flash.c
7455    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\fpga.c
7456    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\ft_build.c
7457    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\hush.c
7458    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\kgdb.c
7459    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\lcd.c
7460    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\lists.c
7461    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\lynxkdi.c
7462    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\main.c
7463    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\Makefile
7464    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\memsize.c
7465    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\miiphybb.c
7466    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\miiphyutil.c
7467    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\serial.c
7468    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\soft_i2c.c
7469    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\soft_spi.c
7470    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\spartan2.c
7471    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\spartan3.c
7472    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\s_record.c
7473    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\ubnt_api_calls.c
7474    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\usb.c
7475    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\usb_kbd.c
7476    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\usb_storage.c
7477    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\virtex2.c
7478    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\xilinx.c
7479    GPL.UBNT.v6.1.7\uboot\uboot-ti\common\xyzModem.c
7480    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\74xx_7xx
7481    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm1136
7482    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm720t
7483    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t
7484    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm925t
7485    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm926ejs
7486    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm946es
7487    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm_intcm
7488    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533
7489    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\i386
7490    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ixp
7491    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\lh7a40x
7492    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mcf52x2
7493    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\microblaze
7494    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips
7495    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xx
7496    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx
7497    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220
7498    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x
7499    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260
7500    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc83xx
7501    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx
7502    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx
7503    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios
7504    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios2
7505    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx
7506    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\pxa
7507    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\s3c44b0
```

```
7508    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\74xx_7xx\cache.S
7509    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\74xx_7xx\cache.S
7510    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\74xx_7xx\config.mk
7511    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\74xx_7xx\cpu.c
7512    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\74xx_7xx\cpu_init.c
7513    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\74xx_7xx\interrupts.c
7514    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\74xx_7xx\io.S
7515    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\74xx_7xx\kgdb.S
7516    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\74xx_7xx\Makefile
7517    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\74xx_7xx\speed.c
7518    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\74xx_7xx\start.S
7519    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\74xx_7xx\traps.c
7520    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm1136\config.mk
7521    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm1136\cpu.c
7522    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm1136\interrupts.c
7523    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm1136\Makefile
7524    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm1136\start.S
7525    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm720t\config.mk
7526    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm720t\cpu.c
7527    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm720t\interrupts.c
7528    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm720t\Makefile
7529    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm720t\serial.c
7530    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm720t\serial_netarm.c
7531    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm720t\start.S
7532    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\at91rm9200
7533    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\config.mk
7534    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\cpu.c
7535    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\imx
7536    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\interrupts.c
7537    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\ks8695
7538    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\Makefile
7539    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\s3c24x0
7540    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\start.S
7541    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\at91rm9200\bcm5221.c
7542    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\at91rm9200\dm9161.c
7543    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\at91rm9200\ether.c
7544    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\at91rm9200\i2c.c
7545    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\at91rm9200\interrupts.c
7546    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\at91rm9200\lowlevel_init.S
7547    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\at91rm9200\lxt972.c
7548    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\at91rm9200\Makefile
7549    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\at91rm9200\serial.c
7550    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\at91rm9200\usb_ohci.c
7551    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\at91rm9200\usb_ohci.h
7552    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\imx\generic.c
7553    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\imx\interrupts.c
7554    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\imx\Makefile
7555    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\imx\serial.c
7556    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\imx\speed.c
7557    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\ks8695\interrupts.c
7558    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\ks8695\lowlevel_init.S
7559    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\ks8695\Makefile
7560    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\ks8695\serial.c
7561    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\s3c24x0\i2c.c
7562    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\s3c24x0\interrupts.c
7563    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\s3c24x0\Makefile
7564    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\s3c24x0\serial.c
7565    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\s3c24x0\speed.c
7566    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\s3c24x0\usb_ohci.c
7567    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm920t\s3c24x0\usb_ohci.h
7568    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm925t\config.mk
7569    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm925t\cpu.c
7570    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm925t\interrupts.c
7571    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm925t\Makefile
7572    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm925t\omap925.c
7573    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm925t\start.S
7574    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm926ejs\config.mk
7575    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm926ejs\cpu.c
7576    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm926ejs\interrupts.c
```

```
7577    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm926ejs\omap
7578    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm926ejs\omap
7579    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm926ejs\start.S
7580    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm926ejs\versatile
7581    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm926ejs\omap\Makefile
7582    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm926ejs\omap\reset.S
7583    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm926ejs\omap\timer.c
7584    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm926ejs\versatile\Makefile
7585    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm926ejs\versatile\reset.S
7586    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm926ejs\versatile\timer.c
7587    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm946es\config.mk
7588    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm946es\cpu.c
7589    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm946es\interrupts.c
7590    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm946es\Makefile
7591    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm946es\start.S
7592    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm_intcm\config.mk
7593    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm_intcm\cpu.c
7594    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm_intcm\interrupts.c
7595    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm_intcm\Makefile
7596    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\arm_intcm\start.S
7597    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\bf533_serial.h
7598    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\cache.S
7599    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\config.mk
7600    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\cplbhdlr.S
7601    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\cplbmgr.S
7602    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\cpu.c
7603    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\cpu.h
7604    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\flush.S
7605    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\interrupt.S
7606    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\interrupts.c
7607    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\ints.c
7608    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\Makefile
7609    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\serial.c
7610    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\start.S
7611    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\start1.S
7612    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\bf533\traps.c
7613    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\i386\config.mk
7614    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\i386\cpu.c
7615    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\i386\interrupts.c
7616    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\i386\Makefile
7617    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\i386\reset.S
7618    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\i386\sc520.c
7619    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\i386\sc520_asm.S
7620    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\i386\serial.c
7621    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\i386\start.S
7622    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\i386\start16.S
7623    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\i386\timer.c
7624    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ixp\config.mk
7625    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ixp\cpu.c
7626    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ixp\interrupts.c
7627    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ixp\Makefile
7628    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ixp\pci.c
7629    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ixp\serial.c
7630    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ixp\start.S
7631    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ixp\timer.c
7632    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\lh7a40x\config.mk
7633    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\lh7a40x\cpu.c
7634    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\lh7a40x\interrupts.c
7635    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\lh7a40x\Makefile
7636    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\lh7a40x\serial.c
7637    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\lh7a40x\speed.c
7638    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\lh7a40x\start.S
7639    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mcf52x2\config.mk
7640    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mcf52x2\cpu.c
7641    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mcf52x2\cpu_init.c
7642    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mcf52x2\fec.c
7643    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mcf52x2\interrupts.c
7644    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mcf52x2\Makefile
7645    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mcf52x2\serial.c
```

```
7646   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\microblaze\.svn\all-wcprops
7647   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mcf52x2\start.S
7648   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\microblaze\cpu.c
7649   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\microblaze\interrupts.c
7650   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\microblaze\Makefile
7651   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\microblaze\start.S
7652   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7100
7653   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7240
7654   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\asc_serial.c
7655   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\asc_serial.h
7656   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\au1x00_eth.c
7657   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\au1x00_serial.c
7658   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\au1x00_usb_ohci.c
7659   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\au1x00_usb_ohci.h
7660   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\cache.S
7661   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\config.mk
7662   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\cpu.c
7663   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\incaip_clock.c
7664   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\incaip_wdt.S
7665   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\interrupts.c
7666   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\Makefile
7667   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\Makefile.orig
7668   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\start.S
7669   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\start_bootstrap.S
7670   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7100\ag7100.c
7671   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7100\ag7100.h
7672   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7100\ag7100_phy.h
7673   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7100\ar7100_serial.c
7674   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7100\Makefile
7675   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7100\meminit.c
7676   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7240\ag7240.c
7677   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7240\ag7240.h
7678   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7240\ag7240_phy.h
7679   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7240\ag934x.c
7680   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7240\ag934x.h
7681   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7240\ag934x_phy.h
7682   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7240\ar7240_serial.c
7683   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7240\hornet.h
7684   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7240\hornet_ag7240.c
7685   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7240\hornet_ddr_init.S
7686   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7240\hornet_serial.c
7687   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7240\Makefile
7688   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mips\ar7240\meminit.c
7689   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xx\config.mk
7690   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xx\cpu.c
7691   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xx\cpu_init.c
7692   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xx\interrupts.c
7693   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xx\Makefile
7694   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xx\serial.c
7695   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xx\speed.c
7696   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xx\spi.c
7697   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xx\start.S
7698   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xx\traps.c
7699   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\config.mk
7700   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\cpu.c
7701   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\cpu_init.c
7702   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\fec.c
7703   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\fec.h
7704   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\firmware_sc_task.impl.S
7705   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\firmware_sc_task_bestcomm.impl.S
7706   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\i2c.c
7707   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\ide.c
7708   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\interrupts.c
7709   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\io.S
7710   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\loadtask.c
7711   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\Makefile
7712   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\pci_mpc5200.c
7713   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\sdma.h
7714   GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\serial.c
```

```
7715    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\start.S
7716    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\start.S
7717    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\traps.c
7718    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\usb_ohci.c
7719    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc5xxx\usb_ohci.h
7720    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\config.mk
7721    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\cpu.c
7722    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\cpu_init.c
7723    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\dma.h
7724    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\dramSetup.c
7725    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\dramSetup.h
7726    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\fec.c
7727    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\fec.h
7728    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\fec_dma_tasks.S
7729    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\i2c.c
7730    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\i2cCore.c
7731    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\i2cCore.h
7732    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\interrupts.c
7733    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\io.S
7734    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\loadtask.c
7735    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\Makefile
7736    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\pci.c
7737    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\speed.c
7738    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\start.S
7739    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\traps.c
7740    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8220\uart.c
7741    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\config.mk
7742    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\cpu.c
7743    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\cpu_init.c
7744    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers
7745    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\interrupts.c
7746    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\Makefile
7747    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\pci.c
7748    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\speed.c
7749    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\start.S
7750    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\traps.c
7751    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\dma
7752    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\dma_export.h
7753    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\epic
7754    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\epic.h
7755    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\errors.h
7756    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\i2c
7757    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\i2c_export.h
7758    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\i2o
7759    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\i2o.h
7760    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\dma\dma.h
7761    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\dma\dma1.c
7762    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\dma\dma2.S
7763    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\dma\dma_export.h
7764    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\dma\Makefile
7765    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\dma\Makefile_pc
7766    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\dma\README
7767    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\epic\epic.h
7768    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\epic\epic1.c
7769    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\epic\epic2.S
7770    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\epic\epicutil.S
7771    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\epic\README
7772    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\i2c\i2c.c
7773    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\i2o\i2o.h
7774    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\i2o\i2o1.c
7775    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\i2o\i2o2.S
7776    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\i2o\Makefile
7777    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc824x\drivers\i2o\Makefile_pc
7778    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\bedbug_603e.c
7779    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\commproc.c
7780    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\config.mk
7781    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\cpu.c
7782    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\cpu_init.c
7783    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\ether_fcc.c
```

```
7784  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\fpga.c
7785  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\i2c.c
7786  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\interrupts.c
7787  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\kgdb.S
7788  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\Makefile
7789  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\pci.c
7790  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\serial_scc.c
7791  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\serial_smc.c
7792  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\speed.c
7793  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\speed.h
7794  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\spi.c
7795  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\start.S
7796  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8260\traps.c
7797  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc83xx\config.mk
7798  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc83xx\cpu.c
7799  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc83xx\cpu_init.c
7800  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc83xx\i2c.c
7801  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc83xx\interrupts.c
7802  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc83xx\Makefile
7803  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc83xx\resetvec.S
7804  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc83xx\spd_sdram.c
7805  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc83xx\speed.c
7806  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc83xx\start.S
7807  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc83xx\traps.c
7808  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\commproc.c
7809  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\config.mk
7810  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\cpu.c
7811  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\cpu_init.c
7812  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\ether_fcc.c
7813  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\i2c.c
7814  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\interrupts.c
7815  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\Makefile
7816  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\pci.c
7817  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\resetvec.S
7818  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\serial_scc.c
7819  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\spd_sdram.c
7820  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\speed.c
7821  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\start.S
7822  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc85xx\traps.c
7823  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\bedbug_860.c
7824  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\commproc.c
7825  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\config.mk
7826  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\cpu.c
7827  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\cpu_init.c
7828  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\fec.c
7829  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\fec.h
7830  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\i2c.c
7831  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\interrupts.c
7832  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\kgdb.S
7833  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\lcd.c
7834  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\Makefile
7835  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\plprcr_write.S
7836  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\scc.c
7837  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\serial.c
7838  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\speed.c
7839  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\spi.c
7840  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\start.S
7841  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\traps.c
7842  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\upatch.c
7843  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\video.c
7844  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\mpc8xx\wlkbd.c
7845  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios\asmi.c
7846  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios\config.mk
7847  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios\cpu.c
7848  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios\interrupts.c
7849  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios\Makefile
7850  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios\serial.c
7851  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios\spi.c
7852  GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios\start.S
```

```
7853    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios2\bedbug.c
7854    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios2\config.mk
7855    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios2\cpu.c
7856    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios2\epcs.c
7857    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios2\exceptions.S
7858    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios2\interrupts.c
7859    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios2\Makefile
7860    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios2\serial.c
7861    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios2\start.S
7862    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios2\sysid.c
7863    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\nios2\traps.c
7864    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\405gp_pci.c
7865    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\4xx_enet.c
7866    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\bedbug_405.c
7867    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\commproc.c
7868    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\config.mk
7869    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\cpu.c
7870    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\cpu_init.c
7871    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\dcr.S
7872    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\i2c.c
7873    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\interrupts.c
7874    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\kgdb.S
7875    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\Makefile
7876    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\miiphy.c
7877    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\resetvec.S
7878    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\sdram.c
7879    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\sdram.h
7880    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\serial.c
7881    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\spd_sdram.c
7882    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\speed.c
7883    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\start.S
7884    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\traps.c
7885    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\usbdev.c
7886    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\usbdev.h
7887    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\usb_ohci.c
7888    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\usb_ohci.h
7889    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\ppc4xx\vecnum.h
7890    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\pxa\config.mk
7891    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\pxa\cpu.c
7892    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\pxa\i2c.c
7893    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\pxa\interrupts.c
7894    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\pxa\Makefile
7895    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\pxa\mmc.c
7896    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\pxa\pxafb.c
7897    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\pxa\serial.c
7898    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\pxa\start.S
7899    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\s3c44b0\config.mk
7900    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\s3c44b0\cpu.c
7901    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\s3c44b0\interrupts.c
7902    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\s3c44b0\Makefile
7903    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\s3c44b0\serial.c
7904    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\s3c44b0\start.S
7905    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\sa1100\config.mk
7906    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\sa1100\cpu.c
7907    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\sa1100\interrupts.c
7908    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\sa1100\Makefile
7909    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\sa1100\serial.c
7910    GPL.UBNT.v6.1.7\uboot\uboot-ti\cpu\sa1100\start.S
7911    GPL.UBNT.v6.1.7\uboot\uboot-ti\disk\Makefile
7912    GPL.UBNT.v6.1.7\uboot\uboot-ti\disk\part.c
7913    GPL.UBNT.v6.1.7\uboot\uboot-ti\disk\part_amiga.c
7914    GPL.UBNT.v6.1.7\uboot\uboot-ti\disk\part_amiga.h
7915    GPL.UBNT.v6.1.7\uboot\uboot-ti\disk\part_dos.c
7916    GPL.UBNT.v6.1.7\uboot\uboot-ti\disk\part_dos.h
7917    GPL.UBNT.v6.1.7\uboot\uboot-ti\disk\part_iso.c
7918    GPL.UBNT.v6.1.7\uboot\uboot-ti\disk\part_iso.h
7919    GPL.UBNT.v6.1.7\uboot\uboot-ti\disk\part_mac.c
7920    GPL.UBNT.v6.1.7\uboot\uboot-ti\disk\part_mac.h
7921    GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\I2C_Edge_Conditions
```

```
7922   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README-integrator
7923   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README-integrator
7924   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.adnpesc1
7925   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.adnpesc1_base32
7926   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.alaska8220
7927   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.AMCC-eval-boards-cleanup
7928   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.amigaone
7929   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.ARM-memory-map
7930   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.ARM-SoC
7931   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.autoboot
7932   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.bedbug
7933   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.cmi
7934   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.COBRA5272
7935   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.commands
7936   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.commands.itest
7937   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.console
7938   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.db64360
7939   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.db64460
7940   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.dk1c20
7941   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.dk1c20_std32
7942   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.dk1s10
7943   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.dk1s10_mldk20
7944   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.dk1s10_std32
7945   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.dk1s40_std32
7946   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.dk20k200_std32
7947   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.ebony
7948   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.EVB-64260-750CX
7949   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.evb64260
7950   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.fads
7951   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.IceCube
7952   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.idma2intr
7953   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.INCA-IP
7954   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.IPHASE4539
7955   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.JFFS2
7956   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.JFFS2_NAND
7957   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.lynxkdi
7958   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.m68k
7959   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.MBX
7960   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.ml300
7961   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.Modem
7962   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.modnet50
7963   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.mpc5xx
7964   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.mpc74xx
7965   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.mpc8349emds.ddrecc
7966   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.mpc83xxads
7967   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.mpc85xxads
7968   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.mpc85xxcds
7969   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.MPC866
7970   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.nand
7971   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.ne2000
7972   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.NetConsole
7973   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.nios
7974   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.nios_CFG_NIOS_CPU
7975   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.nios_DK
7976   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.ns9750dev
7977   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.ocotea
7978   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.ocotea-PIBS-to-U-Boot
7979   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.OFT
7980   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.omap730p2
7981   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.OXC
7982   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.PIP405
7983   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.PlanetCore
7984   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.POST
7985   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.ppc440
7986   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.Purple
7987   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.PXA_CF
7988   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.RPXClassic
7989   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.RPXlite
7990   GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.Sandpoint8240
```

```
7991    GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.sb1000
7992    GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.sched
7993    GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.serial_multi
7994    GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.silent
7995    GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.SNTP
7996    GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.standalone
7997    GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.stxxtc
7998    GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.TQM8260
7999    GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.usb
8000    GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.video
8001    GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.VLAN
8002    GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\README.xpedite1k
8003    GPL.UBNT.v6.1.7\uboot\uboot-ti\doc\TODO-i386
8004    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\3c589.c
8005    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\3c589.h
8006    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\5701rls.c
8007    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\5701rls.h
8008    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\8390.h
8009    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ali512x.c
8010    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\bcm570x.c
8011    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\bcm570x_autoneg.c
8012    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\bcm570x_autoneg.h
8013    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\bcm570x_bits.h
8014    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\bcm570x_debug.h
8015    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\bcm570x_lm.h
8016    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\bcm570x_mm.h
8017    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\bcm570x_queue.h
8018    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\cfb_console.c
8019    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\cfi_flash.c
8020    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\cs8900.c
8021    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\cs8900.h
8022    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ct69000.c
8023    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\dataflash.c
8024    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\dc2114x.c
8025    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\dm9000x.c
8026    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\dm9000x.h
8027    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ds1722.c
8028    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\e1000.c
8029    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\e1000.h
8030    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\eepro100.c
8031    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\i8042.c
8032    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\i82365.c
8033    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\inca-ip_sw.c
8034    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\keyboard.c
8035    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ks8695eth.c
8036    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\lan91c96.c
8037    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\lan91c96.h
8038    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\Makefile
8039    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\mw_eeprom.c
8040    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\nand
8041    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\nand_legacy
8042    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\natsemi.c
8043    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ne2000.c
8044    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ne2000.h
8045    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\netarm_eth.c
8046    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\netarm_eth.h
8047    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\netconsole.c
8048    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\nicext.h
8049    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ns16550.c
8050    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ns7520_eth.c
8051    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ns8382x.c
8052    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ns87308.c
8053    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ns9750_eth.c
8054    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ns9750_serial.c
8055    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\omap1510_i2c.c
8056    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\omap24xx_i2c.c
8057    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\pci.c
8058    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\pci_auto.c
8059    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\pci_indirect.c
```

```
8060    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\pc_keyb.c
8061    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\pc_keyb.c
8062    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\plb2800_eth.c
8063    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ps2mult.c
8064    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ps2ser.c
8065    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\rtl8019.c
8066    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\rtl8019.h
8067    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\rtl8139.c
8068    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\rtl8169.c
8069    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\s3c4510b_eth.c
8070    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\s3c4510b_eth.h
8071    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\s3c4510b_uart.c
8072    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\s3c4510b_uart.h
8073    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sed13806.c
8074    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sed156x.c
8075    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\serial.c
8076    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\serial_max3100.c
8077    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\serial_pl010.c
8078    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\serial_pl011.c
8079    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\serial_pl011.h
8080    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\serial_xuartlite.c
8081    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin
8082    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sl811.h
8083    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sl811_usb.c
8084    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sm501.c
8085    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\smc91111.c
8086    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\smc91111.h
8087    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\smiLynxEM.c
8088    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\status_led.c
8089    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sym53c8xx.c
8090    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\tigon3.c
8091    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\tigon3.h
8092    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\ti_pci1410a.c
8093    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\tsec.c
8094    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\tsec.h
8095    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\usbdcore.c
8096    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\usbdcore_ep0.c
8097    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\usbdcore_omap1510.c
8098    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\usbtty.c
8099    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\usbtty.h
8100    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\videomodes.c
8101    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\videomodes.h
8102    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\w83c553f.c
8103    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\nand\diskonchip.c
8104    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\nand\Makefile
8105    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\nand\nand.c
8106    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\nand\nand_base.c
8107    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\nand\nand_bbt.c
8108    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\nand\nand_ecc.c
8109    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\nand\nand_ids.c
8110    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\nand_legacy\Makefile
8111    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\nand_legacy\nand_legacy.c
8112    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h
8113    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\Makefile
8114    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\skaddr.c
8115    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\skcsum.c
8116    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\skge.c
8117    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\skgehwt.c
8118    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\skgeinit.c
8119    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\skgemib.c
8120    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\skgepnmi.c
8121    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\skgesirq.c
8122    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\ski2c.c
8123    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\sklm80.c
8124    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\skproc.c
8125    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\skqueue.c
8126    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\skrlmt.c
8127    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\sktimer.c
8128    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\skvpd.c
```

```
8129    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\u-boot_compat.h
8130    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\u-boot_compat.h
8131    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\uboot_drv.c
8132    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\uboot_skb.c
8133    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\lm80.h
8134    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skaddr.h
8135    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skcsum.h
8136    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skdebug.h
8137    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skdrv1st.h
8138    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skdrv2nd.h
8139    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skerror.h
8140    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skgedrv.h
8141    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skgehw.h
8142    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skgehwt.h
8143    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skgei2c.h
8144    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skgeinit.h
8145    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skgepnm2.h
8146    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skgepnmi.h
8147    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skgesirq.h
8148    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\ski2c.h
8149    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skqueue.h
8150    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skrlmt.h
8151    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\sktimer.h
8152    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\sktypes.h
8153    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skversion.h
8154    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\skvpd.h
8155    GPL.UBNT.v6.1.7\uboot\uboot-ti\drivers\sk98lin\h\xmac_ii.h
8156    GPL.UBNT.v6.1.7\uboot\uboot-ti\dtt\adm1021.c
8157    GPL.UBNT.v6.1.7\uboot\uboot-ti\dtt\ds1621.c
8158    GPL.UBNT.v6.1.7\uboot\uboot-ti\dtt\lm75.c
8159    GPL.UBNT.v6.1.7\uboot\uboot-ti\dtt\Makefile
8160    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\82559_eeprom.c
8161    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\eepro100_eeprom.c
8162    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\hello_world.c
8163    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\hello_world.s
8164    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\Makefile
8165    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\mem_to_mem_idma2intr.c
8166    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\mips.lds
8167    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\nios.lds
8168    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\nios2.lds
8169    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\ppc_longjmp.S
8170    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\ppc_setjmp.S
8171    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\README.smc91111_eeprom
8172    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\sched.c
8173    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\smc91111_eeprom.c
8174    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\stubs.c
8175    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\test_burst.c
8176    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\test_burst.h
8177    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\test_burst_lib.S
8178    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\timer.c
8179    GPL.UBNT.v6.1.7\uboot\uboot-ti\examples\x86-testapp.c
8180    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\cramfs
8181    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\ext2
8182    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\fat
8183    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\fdos
8184    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\jffs2
8185    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\Makefile
8186    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\reiserfs
8187    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\cramfs\cramfs.c
8188    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\cramfs\Makefile
8189    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\cramfs\uncompress.c
8190    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\ext2\dev.c
8191    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\ext2\ext2fs.c
8192    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\ext2\Makefile
8193    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\fat\fat.c
8194    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\fat\file.c
8195    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\fat\Makefile
8196    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\fdos\dev.c
8197    GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\fdos\dos.h
```

```
8198   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\fdos\fdos.c
8199   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\fdos\fdos.c
8200   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\fdos\fdos.h
8201   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\fdos\fs.c
8202   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\fdos\Makefile
8203   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\fdos\subdir.c
8204   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\fdos\vfat.c
8205   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\jffs2\compr_lzari.c
8206   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\jffs2\compr_lzo.c
8207   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\jffs2\compr_rtime.c
8208   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\jffs2\compr_rubin.c
8209   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\jffs2\compr_zlib.c
8210   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\jffs2\jffs2_1pass.c
8211   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\jffs2\jffs2_nand_1pass.c
8212   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\jffs2\jffs2_nand_private.h
8213   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\jffs2\jffs2_private.h
8214   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\jffs2\Makefile
8215   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\jffs2\mini_inflate.c
8216   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\reiserfs\dev.c
8217   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\reiserfs\Makefile
8218   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\reiserfs\mode_string.c
8219   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\reiserfs\reiserfs.c
8220   GPL.UBNT.v6.1.7\uboot\uboot-ti\fs\reiserfs\reiserfs_private.h
8221   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\405gp_i2c.h
8222   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\405gp_pci.h
8223   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\405_dimm.h
8224   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\405_mal.h
8225   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\440_i2c.h
8226   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\74xx_7xx.h
8227   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ACEX1K.h
8228   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\altera.h
8229   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ar7100_soc.h
8230   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ar7240_soc.h
8231   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ar934x_soc.h
8232   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\arm920t.h
8233   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\arm925t.h
8234   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\arm926ejs.h
8235   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\arm946es.h
8236   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\armcoremodule.h
8237   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm
8238   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin
8239   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386
8240   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k
8241   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze
8242   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips
8243   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios
8244   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2
8245   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc
8246   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\at91rm9200_i2c.h
8247   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\at91rm9200_net.h
8248   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ata.h
8249   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\athversion.h
8250   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\bcm5221.h
8251   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\bedbug
8252   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\bmp_layout.h
8253   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\bzlib.h
8254   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\circbuf.h
8255   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\clps7111.h
8256   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\cmd_confdefs.h
8257   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\command.h
8258   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\common.h
8259   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\commproc.h
8260   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs
8261   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\console.h
8262   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\cramfs
8263   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\crc.h
8264   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\da9030.h
8265   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\dataflash.h
8266   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\devices.h
```

```
8267    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\cramfs.h
8268    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\dtt.h
8269    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\e500.h
8270    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\elf.h
8271    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\environment.h
8272    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\exports.h
8273    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ext2fs.h
8274    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\fat.h
8275    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\fdc.h
8276    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\flash.h
8277    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\fpga.h
8278    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ft_build.h
8279    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\galileo
8280    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\hornet_soc.h
8281    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\hush.h
8282    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\i2c.h
8283    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\i8042.h
8284    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ide.h
8285    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\image.h
8286    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ioports.h
8287    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\jffs2
8288    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\keyboard.h
8289    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\kgdb.h
8290    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\lcd.h
8291    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\lcdvideo.h
8292    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\lh7a400.h
8293    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\lh7a404.h
8294    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\lh7a40x.h
8295    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux
8296    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux_logo.h
8297    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\lists.h
8298    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\logbuff.h
8299    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\lpd7a400_cpld.h
8300    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\lxt971a.h
8301    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\lynxkdi.h
8302    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\LzmaWrapper.h
8303    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\malloc.h
8304    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\miiphy.h
8305    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\mii_phy.h
8306    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\mk48t59.h
8307    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\mmc.h
8308    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\mpc106.h
8309    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\mpc5xx.h
8310    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\mpc5xxx.h
8311    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\mpc8220.h
8312    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\mpc824x.h
8313    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\mpc8260.h
8314    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\mpc8260_irq.h
8315    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\mpc83xx.h
8316    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\mpc85xx.h
8317    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\mpc8xx.h
8318    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\mpc8xx_irq.h
8319    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\nand.h
8320    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\net.h
8321    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\nios-io.h
8322    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\nios.h
8323    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\nios2-epcs.h
8324    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\nios2-io.h
8325    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\nios2.h
8326    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ns16550.h
8327    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ns7520_eth.h
8328    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ns87308.h
8329    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ns9750_bbus.h
8330    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ns9750_eth.h
8331    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ns9750_mem.h
8332    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ns9750_ser.h
8333    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ns9750_sys.h
8334    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\part.h
8335    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\pci.h
```

```
8336    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\pcmcia
8337    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\pcmcia.h
8338    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\pc_keyb.h
8339    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\post.h
8340    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ppc405.h
8341    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ppc440.h
8342    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ppc4xx.h
8343    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ppc4xx_enet.h
8344    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ppc_asm.tmpl
8345    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ppc_defs.h
8346    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ps2mult.h
8347    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\reiserfs.h
8348    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\rtc.h
8349    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\s3c2400.h
8350    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\s3c2410.h
8351    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\s3c24x0.h
8352    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\SA-1100.h
8353    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\sa1100.h
8354    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\scsi.h
8355    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\sed13806.h
8356    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\sed156x.h
8357    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\serial.h
8358    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\sm501.h
8359    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\smiLynxEM.h
8360    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\spartan2.h
8361    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\spartan3.h
8362    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\spd.h
8363    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\spd_sdram.h
8364    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\spi.h
8365    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\status_led.h
8366    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\sym53c8xx.h
8367    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\systemace.h
8368    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\s_record.h
8369    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\ubnt_api_calls.h
8370    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\universe.h
8371    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\usb.h
8372    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\usbdcore.h
8373    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\usbdcore_ep0.h
8374    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\usbdcore_omap1510.h
8375    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\usbdescriptors.h
8376    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\usb_defs.h
8377    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\version.h
8378    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\vfd_logo.h
8379    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\video.h
8380    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\video_ad7176.h
8381    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\video_ad7177.h
8382    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\video_ad7179.h
8383    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\video_easylogo.h
8384    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\video_fb.h
8385    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\video_font.h
8386    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\video_logo.h
8387    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\virtex2.h
8388    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\w83c553f.h
8389    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\watchdog.h
8390    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\xilinx.h
8391    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\xyzModem.h
8392    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\zlib.h
8393    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\_exports.h
8394    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm1136
8395    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm720t
8396    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm925t
8397    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm926ejs
8398    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-at91rm9200
8399    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-imx
8400    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-ixp
8401    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-ks8695
8402    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-pxa
8403    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-s3c24x0
8404
```

```
8405   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-sa1100
8406   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\atomic.h
8407   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\bitops.h
8408   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\byteorder.h
8409   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\errno.h
8410   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\global_data.h
8411   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\hardware.h
8412   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\io.h
8413   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\mach-types.h
8414   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\memory.h
8415   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\posix_types.h
8416   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\proc-armv
8417   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\processor.h
8418   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\ptrace.h
8419   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\setup.h
8420   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\sizes.h
8421   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\string.h
8422   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\types.h
8423   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\u-boot-arm.h
8424   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\u-boot.h
8425   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm1136\bits.h
8426   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm1136\clocks.h
8427   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm1136\i2c.h
8428   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm1136\mem.h
8429   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm1136\mux.h
8430   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm1136\omap2420.h
8431   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm1136\sizes.h
8432   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm1136\sys_info.h
8433   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm1136\sys_proto.h
8434   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm720t\hardware.h
8435   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm720t\netarm_dma_module.h
8436   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm720t\netarm_eni_module.h
8437   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm720t\netarm_eth_module.h
8438   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm720t\netarm_gen_module.h
8439   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm720t\netarm_mem_module.h
8440   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm720t\netarm_registers.h
8441   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm720t\netarm_ser_module.h
8442   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm720t\s3c4510b.h
8443   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm925t\sizes.h
8444   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-arm926ejs\sizes.h
8445   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-at91rm9200\AT91RM9200.h
8446   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-at91rm9200\hardware.h
8447   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-imx\imx-regs.h
8448   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-ixp\ixp425.h
8449   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-ixp\ixp425pci.h
8450   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-ks8695\platform.h
8451   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-pxa\bitfield.h
8452   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-pxa\hardware.h
8453   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-pxa\mmc.h
8454   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-pxa\pxa-regs.h
8455   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-s3c24x0\memory.h
8456   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-s3c44b0\hardware.h
8457   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\arch-sa1100\bitfield.h
8458   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\proc-armv\domain.h
8459   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\proc-armv\processor.h
8460   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\proc-armv\ptrace.h
8461   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-arm\proc-armv\system.h
8462   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\bitops.h
8463   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\blackfin.h
8464   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\blackfin_defs.h
8465   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\byteorder.h
8466   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cplb.h
8467   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cplbtab.h
8468   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cpu
8469   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\current.h
8470   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\delay.h
8471   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\entry.h
8472   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\errno.h
```

| | |
|---|---|
| 8474 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\dpmc.h |
| 8475 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\hw_irq.h |
| 8476 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\io-kernel.h |
| 8477 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\io.h |
| 8478 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\irq.h |
| 8479 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\linkage.h |
| 8480 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\machdep.h |
| 8481 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\mem_init.h |
| 8482 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\page.h |
| 8483 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\page_offset.h |
| 8484 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\posix_types.h |
| 8485 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\processor.h |
| 8486 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\ptrace.h |
| 8487 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\segment.h |
| 8488 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\setup.h |
| 8489 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\shared_resources.h |
| 8490 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\string.h |
| 8491 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\system.h |
| 8492 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\traps.h |
| 8493 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\types.h |
| 8494 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\u-boot.h |
| 8495 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\uaccess.h |
| 8496 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\virtconvert.h |
| 8497 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cpu\bf533_irq.h |
| 8498 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cpu\bf533_rtc.h |
| 8499 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cpu\bf533_serial.h |
| 8500 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cpu\cdefBF531.h |
| 8501 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cpu\cdefBF532.h |
| 8502 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cpu\cdefBF533.h |
| 8503 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cpu\cdefBF53x.h |
| 8504 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cpu\cdef_LPBlackfin.h |
| 8505 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cpu\defBF531.h |
| 8506 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cpu\defBF532.h |
| 8507 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cpu\defBF533.h |
| 8508 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cpu\defBF533_extn.h |
| 8509 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-blackfin\cpu\def_LPBlackfin.h |
| 8510 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\bitops.h |
| 8511 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\byteorder.h |
| 8512 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\global_data.h |
| 8513 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\i8254.h |
| 8514 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\i8259.h |
| 8515 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\ibmpc.h |
| 8516 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\ic |
| 8517 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\io.h |
| 8518 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\pci.h |
| 8519 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\posix_types.h |
| 8520 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\processor.h |
| 8521 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\ptrace.h |
| 8522 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\realmode.h |
| 8523 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\string.h |
| 8524 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\types.h |
| 8525 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\u-boot-i386.h |
| 8526 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\u-boot.h |
| 8527 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\zimage.h |
| 8528 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\ic\ali512x.h |
| 8529 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-i386\ic\sc520.h |
| 8530 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\bitops.h |
| 8531 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\byteorder.h |
| 8532 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\fec.h |
| 8533 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\global_data.h |
| 8534 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\immap_5249.h |
| 8535 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\immap_5272.h |
| 8536 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\immap_5282.h |
| 8537 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\io.h |
| 8538 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\m5249.h |
| 8539 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\m5272.h |
| 8540 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\m5282.h |
| 8541 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\mcftimer.h |
| 8542 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\mcfuart.h |

| | |
|---|---|
| 8543 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\ptrace.h |
| 8544 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\processor.h |
| 8545 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\ptrace.h |
| 8546 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\string.h |
| 8547 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\types.h |
| 8548 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-m68k\u-boot.h |
| 8549 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\arch-microblaze |
| 8550 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\bitops.h |
| 8551 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\byteorder.h |
| 8552 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\global_data.h |
| 8553 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\io.h |
| 8554 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\platform.h |
| 8555 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\posix_types.h |
| 8556 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\processor.h |
| 8557 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\ptrace.h |
| 8558 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\serial_xuartlite.h |
| 8559 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\string.h |
| 8560 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\suzaku.h |
| 8561 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\system.h |
| 8562 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\types.h |
| 8563 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\u-boot.h |
| 8564 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\arch-microblaze\xbasic_types.h |
| 8565 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\arch-microblaze\xio.h |
| 8566 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-microblaze\arch-microblaze\xuartlite_l.h |
| 8567 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\addrspace.h |
| 8568 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\au1x00.h |
| 8569 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\bitops.h |
| 8570 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\byteorder.h |
| 8571 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\cachectl.h |
| 8572 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\cacheops.h |
| 8573 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\global_data.h |
| 8574 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\inca-ip.h |
| 8575 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\io.h |
| 8576 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\isadep.h |
| 8577 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\mipsregs.h |
| 8578 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\posix_types.h |
| 8579 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\processor.h |
| 8580 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\ptrace.h |
| 8581 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\reg.h |
| 8582 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\regdef.h |
| 8583 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\sgidefs.h |
| 8584 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\string.h |
| 8585 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\system.h |
| 8586 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\types.h |
| 8587 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-mips\u-boot.h |
| 8588 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios\bitops.h |
| 8589 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios\byteorder.h |
| 8590 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios\cache.h |
| 8591 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios\global_data.h |
| 8592 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios\io.h |
| 8593 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios\posix_types.h |
| 8594 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios\processor.h |
| 8595 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios\psr.h |
| 8596 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios\ptrace.h |
| 8597 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios\status_led.h |
| 8598 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios\string.h |
| 8599 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios\system.h |
| 8600 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios\types.h |
| 8601 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios\u-boot.h |
| 8602 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\bitops.h |
| 8603 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\byteorder.h |
| 8604 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\cache.h |
| 8605 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\global_data.h |
| 8606 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\io.h |
| 8607 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\opcodes.h |
| 8608 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\posix_types.h |
| 8609 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\processor.h |
| 8610 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\psr.h |
| 8611 | GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\ptrace.h |

```
8612  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\string.h
8613  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\string.h
8614  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\system.h
8615  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\types.h
8616  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-nios2\u-boot.h
8617  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\5xx_immap.h
8618  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\8xx_immap.h
8619  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\atomic.h
8620  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\bitops.h
8621  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\byteorder.h
8622  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\cache.h
8623  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\cpm_8260.h
8624  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\cpm_85xx.h
8625  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\e300.h
8626  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\errno.h
8627  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\global_data.h
8628  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\i2c.h
8629  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\immap_8220.h
8630  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\immap_8260.h
8631  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\immap_83xx.h
8632  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\immap_85xx.h
8633  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\io.h
8634  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\iopin_8260.h
8635  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\iopin_85xx.h
8636  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\iopin_8xx.h
8637  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\m8260_pci.h
8638  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\mc146818rtc.h
8639  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\mmu.h
8640  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\mpc8349_pci.h
8641  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\pci_io.h
8642  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\pnp.h
8643  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\posix_types.h
8644  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\processor.h
8645  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\ptrace.h
8646  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\residual.h
8647  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\sigcontext.h
8648  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\signal.h
8649  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\status_led.h
8650  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\string.h
8651  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\types.h
8652  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\asm-ppc\u-boot.h
8653  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\bedbug\bedbug.h
8654  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\bedbug\ppc.h
8655  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\bedbug\regs.h
8656  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\bedbug\tables.h
8657  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\bedbug\type.h
8658  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\A3000.h
8659  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ADCIOP.h
8660  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\Adder.h
8661  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ADNPESC1.h
8662  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ADNPESC1_base_32.h
8663  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ADS860.h
8664  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\adsvix.h
8665  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\aev.h
8666  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\Alaska8220.h
8667  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\AmigaOneG3SE.h
8668  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\AMX860.h
8669  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\AP1000.h
8670  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap101-2.6.31.h
8671  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap101-small.h
8672  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap101.h
8673  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap111-2.6.31.h
8674  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap111.h
8675  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap121.h
8676  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap123.h
8677  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap81.h
8678  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap83.h
8679  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap91-2MB.h
8680  GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap91-2x8.h
```

```
8681   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap91-2.6.31.h
8682   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap91.h
8683   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap93-hgw.h
8684   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap93.h
8685   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap94.h
8686   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap94min.h
8687   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap96.h
8688   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap98.h
8689   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap99-2.6.31.h
8690   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap99-hgw.h
8691   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap99-ivi.h
8692   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap99-small.h
8693   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ap99.h
8694   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\APC405.h
8695   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\AR405.h
8696   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ar7100.h
8697   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ar7240.h
8698   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ar7240_emu.h
8699   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\armadillo.h
8700   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ASH405.h
8701   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\assabet.h
8702   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\at91rm9200dk.h
8703   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\atc.h
8704   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\B2.h
8705   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\BAB7xx.h
8706   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\bamboo.h
8707   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\barco.h
8708   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\BMW.h
8709   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\bubinga.h
8710   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\c2mon.h
8711   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CANBT.h
8712   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\canmb.h
8713   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CATcenter.h
8714   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CCM.h
8715   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\cerf250.h
8716   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\cm4008.h
8717   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\cm41xx.h
8718   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\cmc_pu2.h
8719   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\cmi_mpc5xx.h
8720   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CMS700.h
8721   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\cobra5272.h
8722   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\cogent_common.h
8723   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\cogent_mpc8260.h
8724   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\cogent_mpc8xx.h
8725   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CPC45.h
8726   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CPCI2DP.h
8727   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CPCI405.h
8728   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CPCI4052.h
8729   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CPCI405AB.h
8730   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CPCI405DT.h
8731   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CPCI440.h
8732   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\cpci5200.h
8733   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CPCI750.h
8734   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CPCIISER4.h
8735   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CPU86.h
8736   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CPU87.h
8737   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\cradle.h
8738   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CRAYL1.h
8739   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\csb226.h
8740   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\csb272.h
8741   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\csb472.h
8742   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\csb637.h
8743   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\CU824.h
8744   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\cus136.h
8745   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\cus97.h
8746   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\DASA_SIM.h
8747   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\db12x.h
8748   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\DB64360.h
8749   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\DB64460.h
```

```
8750    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\debris.h
8751    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\debris.h
8752    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\delta.h
8753    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\DK1C20.h
8754    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\DK1C20_safe_32.h
8755    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\DK1C20_standard_32.h
8756    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\DK1S10.h
8757    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\DK1S10_mtx_ldk_20.h
8758    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\DK1S10_safe_32.h
8759    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\DK1S10_standard_32.h
8760    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\dnp1110.h
8761    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\DP405.h
8762    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\DU405.h
8763    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ebony.h
8764    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ELPPC.h
8765    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ELPT860.h
8766    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ep7312.h
8767    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ep8248.h
8768    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ep8260.h
8769    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\EP88x.h
8770    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ERIC.h
8771    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ESTEEM192E.h
8772    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ETX094.h
8773    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\evb4510.h
8774    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\EVB64260.h
8775    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\eXalion.h
8776    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\EXBITGEN.h
8777    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ezkit533.h
8778    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\FADS823.h
8779    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\FADS850SAR.h
8780    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\FADS860T.h
8781    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\FLAGADM.h
8782    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\FPS850L.h
8783    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\FPS860L.h
8784    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\G2000.h
8785    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\gcplus.h
8786    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\GEN860T.h
8787    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\GENIETV.h
8788    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\GTH.h
8789    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\gw8260.h
8790    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\h2_p2_dbg_board.h
8791    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\hermes.h
8792    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\HH405.h
8793    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\HIDDEN_DRAGON.h
8794    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\HMI10.h
8795    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\hmi1001.h
8796    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\hornet_emu.h
8797    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\HUB405.h
8798    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\hymod.h
8799    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\IAD210.h
8800    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\IceCube.h
8801    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ICU862.h
8802    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\IDS8247.h
8803    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\impa7.h
8804    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\incaip.h
8805    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\inka4x0.h
8806    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\innokom.h
8807    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\integratorap.h
8808    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\integratorcp.h
8809    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\IP860.h
8810    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\IPHASE4539.h
8811    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ISPAN.h
8812    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\IVML24.h
8813    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\IVMS8.h
8814    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ixdp425.h
8815    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\JSE.h
8816    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\KAREF.h
8817    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\kb9202.h
8818    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\KUP4K.h
```

```
8819    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\LANTEC.h
8820    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\LANTEC.h
8821    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\lart.h
8822    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\logodl.h
8823    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\lpd7a400-10.h
8824    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\lpd7a400.h
8825    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\lpd7a404-10.h
8826    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\lpd7a404.h
8827    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\luan.h
8828    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\lubbock.h
8829    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\lwmon.h
8830    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\M5272C3.h
8831    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\M5282EVB.h
8832    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MBX.h
8833    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MBX860T.h
8834    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\mcc200.h
8835    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\METROBOX.h
8836    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MHPC.h
8837    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\mi93.h
8838    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MIP405.h
8839    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ML2.h
8840    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ml300.h
8841    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\modnet50.h
8842    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MOUSSE.h
8843    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\mp2usb.h
8844    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MPC8260ADS.h
8845    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MPC8266ADS.h
8846    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MPC8349ADS.h
8847    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MPC8349EMDS.h
8848    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MPC8540ADS.h
8849    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MPC8540EVAL.h
8850    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MPC8541CDS.h
8851    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MPC8548CDS.h
8852    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MPC8555CDS.h
8853    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MPC8560ADS.h
8854    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MPC86xADS.h
8855    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MPC885ADS.h
8856    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MUSENKI.h
8857    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MVBLUE.h
8858    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\MVS1.h
8859    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\mx1ads.h
8860    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\mx1fs2.h
8861    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\NC650.h
8862    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\NETPHONE.h
8863    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\netstar.h
8864    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\NETTA.h
8865    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\NETTA2.h
8866    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\NETVIA.h
8867    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ns9750dev.h
8868    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\NSCU.h
8869    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\NX823.h
8870    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\o2dnt.h
8871    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ocotea.h
8872    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\OCRTC.h
8873    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\omap1510.h
8874    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\omap1510inn.h
8875    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\omap1610h2.h
8876    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\omap1610inn.h
8877    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\omap2420h4.h
8878    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\omap5912osk.h
8879    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\omap730.h
8880    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\omap730p2.h
8881    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ORSG.h
8882    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\OXC.h
8883    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\P3G4.h
8884    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\p3p440.h
8885    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PATI.h
8886    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pb1x00.h
8887    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pb42.h
```

```
8888    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pb44.h
8889    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pb45.h
8890    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pb47.h
8891    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pb90.h
8892    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pb92.h
8893    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pb93.h
8894    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pb9x-2.6.31.h
8895    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pb9x-2x8.h
8896    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pb9x.h
8897    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PCI405.h
8898    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PCI5441.h
8899    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PCIPPC2.h
8900    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PCIPPC6.h
8901    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pcu_e.h
8902    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pf5200.h
8903    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PIP405.h
8904    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PK1C20.h
8905    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pleb2.h
8906    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PLU405.h
8907    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PM520.h
8908    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PM826.h
8909    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PM828.h
8910    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PM854.h
8911    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PM856.h
8912    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PMC405.h
8913    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PN62.h
8914    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\PPChameleonEVB.h
8915    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ppmc8260.h
8916    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\purple.h
8917    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\pxa255_idp.h
8918    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\QS823.h
8919    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\QS850.h
8920    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\QS860T.h
8921    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\quantum.h
8922    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\R360MPI.h
8923    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\Rattler.h
8924    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\RBC823.h
8925    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\rmu.h
8926    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\RPXClassic.h
8927    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\RPXlite.h
8928    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\RPXlite_DW.h
8929    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\RPXsuper.h
8930    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\RRvision.h
8931    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\rsdproto.h
8932    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\sacsng.h
8933    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\Sandpoint8240.h
8934    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\Sandpoint8245.h
8935    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\sbc405.h
8936    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\sbc8240.h
8937    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\sbc8260.h
8938    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\SBC8540.h
8939    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\sbc8560.h
8940    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\sc520_cdp.h
8941    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\sc520_spunk.h
8942    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\sc520_spunk_rel.h
8943    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\scb9328.h
8944    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\SCM.h
8945    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\shannon.h
8946    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\SL8245.h
8947    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\SM850.h
8948    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\smdk2400.h
8949    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\smdk2410.h
8950    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\smmaco4.h
8951    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\sorcery.h
8952    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\SPD823TS.h
8953    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\spieval.h
8954    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\stamp.h
8955    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\stxgp3.h
8956    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\stxxtc.h
```

```
8957   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\svm_sc8xx.h
8958   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\svm_sc8xx.h
8959   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\SX1.h
8960   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\SXNI855T.h
8961   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TASREG.h
8962   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\tb0229.h
8963   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\tb225.h
8964   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\tb243.h
8965   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\tb327.h
8966   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TOP5200.h
8967   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TOP860.h
8968   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\Total5200.h
8969   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM5200.h
8970   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM823L.h
8971   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM823M.h
8972   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM8260.h
8973   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM834x.h
8974   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM850L.h
8975   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM850M.h
8976   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM855L.h
8977   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM855M.h
8978   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM85xx.h
8979   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM860L.h
8980   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM860M.h
8981   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM862L.h
8982   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM862M.h
8983   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\TQM866M.h
8984   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\trab.h
8985   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ubnt-wasp.h
8986   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\uc100.h
8987   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\utx8245.h
8988   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\v37.h
8989   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\VCMA9.h
8990   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\versatile.h
8991   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\VOH405.h
8992   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\voiceblue.h
8993   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\VOM405.h
8994   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\VoVPN-GW.h
8995   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\W7OLMC.h
8996   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\W7OLMG.h
8997   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\walnut.h
8998   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\wasp_emu.h
8999   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\wepep250.h
9000   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\wrt54g.h
9001   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\WUH405.h
9002   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\xaeniax.h
9003   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\xm250.h
9004   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\XPEDITE1K.h
9005   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\xsengine.h
9006   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\yellowstone.h
9007   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\yosemite.h
9008   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\Yukon8220.h
9009   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ZPC1900.h
9010   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\ZUMA.h
9011   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\configs\zylonite.h
9012   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\cramfs\cramfs_fs.h
9013   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\cramfs\cramfs_fs_sb.h
9014   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\galileo\core.h
9015   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\galileo\gt64260R.h
9016   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\galileo\memory.h
9017   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\galileo\pci.h
9018   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\jffs2\compr_rubin.h
9019   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\jffs2\jffs2.h
9020   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\jffs2\jffs2_1pass.h
9021   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\jffs2\load_kernel.h
9022   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\jffs2\mini_inflate.h
9023   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\bitops.h
9024   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\byteorder
9025   GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\config.h
```

```
9026    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\kernel.h
9027    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\list.h
9028    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\mc146818rtc.h
9029    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\mtd
9030    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\posix_types.h
9031    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\stat.h
9032    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\stddef.h
9033    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\string.h
9034    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\time.h
9035    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\types.h
9036    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\byteorder\big_endian.h
9037    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\byteorder\generic.h
9038    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\byteorder\little_endian.h
9039    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\byteorder\swab.h
9040    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\mtd\compat.h
9041    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\mtd\doc2000.h
9042    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\mtd\mtd-abi.h
9043    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\mtd\mtd.h
9044    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\mtd\nand.h
9045    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\mtd\nand_ecc.h
9046    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\mtd\nand_ids.h
9047    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\mtd\nand_legacy.h
9048    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\linux\mtd\nftl.h
9049    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\pcmcia\cirrus.h
9050    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\pcmcia\i82365.h
9051    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\pcmcia\ss.h
9052    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\pcmcia\ti113x.h
9053    GPL.UBNT.v6.1.7\uboot\uboot-ti\include\pcmcia\yenta.h
9054    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_arm\armlinux.c
9055    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_arm\board.c
9056    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_arm\cache.c
9057    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_arm\div0.c
9058    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_arm\Makefile
9059    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_arm\_udivsi3.S
9060    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_arm\_umodsi3.S
9061    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_blackfin\bf533_linux.c
9062    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_blackfin\bf533_string.c
9063    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_blackfin\blackfin_board.h
9064    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_blackfin\board.c
9065    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_blackfin\cache.c
9066    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_blackfin\Makefile
9067    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_blackfin\muldi3.c
9068    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\bootstrap_board.c
9069    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\console.c
9070    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\crc32.c
9071    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\ctype.c
9072    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\devices.c
9073    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\display_options.c
9074    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\lists.c
9075    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\LzmaDecode.c
9076    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\LzmaDecode.h
9077    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\LzmaTypes.h
9078    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\LzmaWrapper.c
9079    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\Makefile
9080    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\string.c
9081    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\time.c
9082    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_bootstrap\vsprintf.c
9083    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\bzlib.c
9084    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\bzlib_crctable.c
9085    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\bzlib_decompress.c
9086    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\bzlib_huffman.c
9087    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\bzlib_private.h
9088    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\bzlib_randtable.c
9089    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\crc32.c
9090    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\ctype.c
9091    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\display_options.c
9092    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\ldiv.c
9093    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\LzmaDecode.c
9094    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\LzmaDecode.h
```

```
9095    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\LzmaWrapper.c
9096    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\LzmaWrapper.c
9097    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\Makefile
9098    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\string.c
9099    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\vsprintf.c
9100    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_generic\zlib.c
9101    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386\bios.h
9102    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386\bios.S
9103    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386\bios_pci.S
9104    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386\bios_setup.c
9105    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386\board.c
9106    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386\i386_linux.c
9107    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386\Makefile
9108    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386\pci.c
9109    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386\pci_type1.c
9110    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386\realmode.c
9111    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386\realmode_switch.S
9112    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386\video.c
9113    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386\video_bios.c
9114    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_i386\zimage.c
9115    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_m68k\board.c
9116    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_m68k\cache.c
9117    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_m68k\m68k_linux.c
9118    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_m68k\Makefile
9119    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_m68k\time.c
9120    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_m68k\traps.c
9121    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_microblaze\board.c
9122    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_microblaze\cache.c
9123    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_microblaze\Makefile
9124    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_microblaze\microblaze_linux.c
9125    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_microblaze\time.c
9126    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_mips\board.c
9127    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_mips\Makefile
9128    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_mips\mips_linux.c
9129    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_mips\time.c
9130    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios\board.c
9131    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios\cache.c
9132    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios\divmod.c
9133    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios\Makefile
9134    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios\math.h
9135    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios\mult.c
9136    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios\nios_linux.c
9137    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios\time.c
9138    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios2\board.c
9139    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios2\cache.S
9140    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios2\divmod.c
9141    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios2\Makefile
9142    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios2\math.h
9143    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios2\mult.c
9144    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios2\nios_linux.c
9145    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_nios2\time.c
9146    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_ppc\bat_rw.c
9147    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_ppc\board.c
9148    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_ppc\cache.c
9149    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_ppc\extable.c
9150    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_ppc\interrupts.c
9151    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_ppc\kgdb.c
9152    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_ppc\Makefile
9153    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_ppc\ppcstring.S
9154    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_ppc\ticks.S
9155    GPL.UBNT.v6.1.7\uboot\uboot-ti\lib_ppc\time.c
9156    GPL.UBNT.v6.1.7\uboot\uboot-ti\net\bootp.c
9157    GPL.UBNT.v6.1.7\uboot\uboot-ti\net\bootp.h
9158    GPL.UBNT.v6.1.7\uboot\uboot-ti\net\eth.c
9159    GPL.UBNT.v6.1.7\uboot\uboot-ti\net\Makefile
9160    GPL.UBNT.v6.1.7\uboot\uboot-ti\net\net.c
9161    GPL.UBNT.v6.1.7\uboot\uboot-ti\net\nfs.c
9162    GPL.UBNT.v6.1.7\uboot\uboot-ti\net\nfs.h
9163    GPL.UBNT.v6.1.7\uboot\uboot-ti\net\rarp.c
```

```
9164    GPL.UBNT.v6.1.7\uboot\uboot-ti\net\sntp.c
9165    GPL.UBNT.v6.1.7\uboot\uboot-ti\net\sntp.h
9166    GPL.UBNT.v6.1.7\uboot\uboot-ti\net\tftp.c
9167    GPL.UBNT.v6.1.7\uboot\uboot-ti\net\tftp.h
9168    GPL.UBNT.v6.1.7\uboot\uboot-ti\net\tftp_server.c
9169    GPL.UBNT.v6.1.7\uboot\uboot-ti\net\tftp_server.h
9170    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cache.c
9171    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cache_8xx.S
9172    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\codec.c
9173    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu
9174    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu.c
9175    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\dsp.c
9176    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\ether.c
9177    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\i2c.c
9178    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\Makefile
9179    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\memory.c
9180    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\post.c
9181    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\rtc.c
9182    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\rules.mk
9183    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\spr.c
9184    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\sysmon.c
9185    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\tests.c
9186    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\uart.c
9187    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\usb.c
9188    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\watchdog.c
9189    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\andi.c
9190    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\asm.S
9191    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\b.c
9192    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\cmp.c
9193    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\cmpi.c
9194    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\complex.c
9195    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\cpu_asm.h
9196    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\cr.c
9197    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\load.c
9198    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\Makefile
9199    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\multi.c
9200    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\rlwimi.c
9201    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\rlwinm.c
9202    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\rlwnm.c
9203    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\srawi.c
9204    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\store.c
9205    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\string.c
9206    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\three.c
9207    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\threei.c
9208    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\threex.c
9209    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\two.c
9210    GPL.UBNT.v6.1.7\uboot\uboot-ti\post\cpu\twox.c
9211    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\bf533_rtc.c
9212    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\date.c
9213    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\ds12887.c
9214    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\ds1302.c
9215    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\ds1306.c
9216    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\ds1307.c
9217    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\ds1337.c
9218    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\ds1374.c
9219    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\ds1556.c
9220    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\ds164x.c
9221    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\ds174x.c
9222    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\m41t11.c
9223    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\m48t35ax.c
9224    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\Makefile
9225    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\max6900.c
9226    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\mc146818.c
9227    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\mk48t59.c
9228    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\mpc5xxx.c
9229    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\mpc8xx.c
9230    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\pcf8563.c
9231    GPL.UBNT.v6.1.7\uboot\uboot-ti\rtc\rs5c372.c
```

```
9233   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools
9234   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb
9235   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bmp_logo.c
9236   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\easylogo
9237   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\env
9238   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\envcrc.c
9239   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\gdb
9240   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\gen_eth_addr.c
9241   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\img2brec.sh
9242   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\img2srec.c
9243   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\inca-swap-bytes.c
9244   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\keygen.c
9245   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\logos
9246   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\Makefile
9247   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\Makefile.win32
9248   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\mkimage.c
9249   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\mpc86x_clk.c
9250   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\ncb.c
9251   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\scripts
9252   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\setlocalversion
9253   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\updater
9254   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\badsubmit.php
9255   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\bddb.css
9256   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\brlog.php
9257   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\browse.php
9258   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\config.php
9259   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\create_tables.sql
9260   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\defs.php
9261   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\dodelete.php
9262   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\dodellog.php
9263   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\doedit.php
9264   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\doedlog.php
9265   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\donew.php
9266   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\donewlog.php
9267   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\edit.php
9268   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\edlog.php
9269   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\execute.php
9270   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\index.php
9271   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\new.php
9272   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\newlog.php
9273   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\bddb\README
9274   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\easylogo\easylogo.c
9275   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\easylogo\linux_logo.tga
9276   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\easylogo\Makefile
9277   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\easylogo\runme.sh
9278   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\env\fw_env.c
9279   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\env\fw_env.config
9280   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\env\fw_env.h
9281   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\env\fw_env_main.c
9282   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\env\Makefile
9283   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\env\README
9284   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\gdb\error.c
9285   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\gdb\error.h
9286   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\gdb\gdbcont.c
9287   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\gdb\gdbsend.c
9288   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\gdb\Makefile
9289   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\gdb\remote.c
9290   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\gdb\remote.h
9291   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\gdb\serial.c
9292   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\gdb\serial.h
9293   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\logos\denx.bmp
9294   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\scripts\dot.kermrc
9295   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\scripts\flash_param
9296   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\scripts\README
9297   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\scripts\send_cmd
9298   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\scripts\send_image
9299   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\updater\cmd_flash.c
9300   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\updater\ctype.c
9301   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\updater\dummy.c
```

```
9302   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\updater\flash_hw.c
9303   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\updater\junk
9304   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\updater\Makefile
9305   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\updater\ppcstring.S
9306   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\updater\string.c
9307   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\updater\update.c
9308   GPL.UBNT.v6.1.7\uboot\uboot-ti\tools\updater\utils.c
9309   GPL.UBNT.v6.1.7\uboot\uboot-xm\arm_config.mk
9310   GPL.UBNT.v6.1.7\uboot\uboot-xm\blackfin_config.mk
9311   GPL.UBNT.v6.1.7\uboot\uboot-xm\board
9312   GPL.UBNT.v6.1.7\uboot\uboot-xm\CHANGELOG
9313   GPL.UBNT.v6.1.7\uboot\uboot-xm\common
9314   GPL.UBNT.v6.1.7\uboot\uboot-xm\config.mk
9315   GPL.UBNT.v6.1.7\uboot\uboot-xm\COPYING
9316   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu
9317   GPL.UBNT.v6.1.7\uboot\uboot-xm\CREDITS
9318   GPL.UBNT.v6.1.7\uboot\uboot-xm\disk
9319   GPL.UBNT.v6.1.7\uboot\uboot-xm\doc
9320   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers
9321   GPL.UBNT.v6.1.7\uboot\uboot-xm\dtt
9322   GPL.UBNT.v6.1.7\uboot\uboot-xm\examples
9323   GPL.UBNT.v6.1.7\uboot\uboot-xm\fs
9324   GPL.UBNT.v6.1.7\uboot\uboot-xm\i386_config.mk
9325   GPL.UBNT.v6.1.7\uboot\uboot-xm\include
9326   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_arm
9327   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_blackfin
9328   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic
9329   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386
9330   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_m68k
9331   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_microblaze
9332   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_mips
9333   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios
9334   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios2
9335   GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_ppc
9336   GPL.UBNT.v6.1.7\uboot\uboot-xm\m68k_config.mk
9337   GPL.UBNT.v6.1.7\uboot\uboot-xm\MAINTAINERS
9338   GPL.UBNT.v6.1.7\uboot\uboot-xm\MAKEALL
9339   GPL.UBNT.v6.1.7\uboot\uboot-xm\Makefile
9340   GPL.UBNT.v6.1.7\uboot\uboot-xm\microblaze_config.mk
9341   GPL.UBNT.v6.1.7\uboot\uboot-xm\mips_config.mk
9342   GPL.UBNT.v6.1.7\uboot\uboot-xm\mkconfig
9343   GPL.UBNT.v6.1.7\uboot\uboot-xm\net
9344   GPL.UBNT.v6.1.7\uboot\uboot-xm\nios2_config.mk
9345   GPL.UBNT.v6.1.7\uboot\uboot-xm\nios_config.mk
9346   GPL.UBNT.v6.1.7\uboot\uboot-xm\post
9347   GPL.UBNT.v6.1.7\uboot\uboot-xm\ppc_config.mk
9348   GPL.UBNT.v6.1.7\uboot\uboot-xm\propagate.sh
9349   GPL.UBNT.v6.1.7\uboot\uboot-xm\README
9350   GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc
9351   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools
9352   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\a3000
9353   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\adder
9354   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\adsvix
9355   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\alaska
9356   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera
9357   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc
9358   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amirix
9359   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100
9360   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240
9361   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\armadillo
9362   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\assabet
9363   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\at91rm9200dk
9364   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\atc
9365   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\AtmarkTechno
9366   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\barco
9367   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\bmw
9368   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\c2mon
9369   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\canmb
```

```
9371   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cerf250
9372   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cerf250
9373   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cm4008
9374   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cm41xx
9375   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cmc_pu2
9376   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cmi
9377   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cobra5272
9378   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent
9379   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpc45
9380   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpu86
9381   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpu87
9382   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cradle
9383   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cray
9384   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb226
9385   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb272
9386   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb472
9387   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb637
9388   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cu824
9389   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave
9390   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dbau1x00
9391   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\delta
9392   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dnp1110
9393   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec
9394   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk
9395   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep7312
9396   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep8248
9397   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep8260
9398   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep88x
9399   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eric
9400   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd
9401   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esteem192e
9402   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etin
9403   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etx094
9404   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb4510
9405   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260
9406   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eXalion
9407   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\exbitgen
9408   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ezkit533
9409   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\fads
9410   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\flagadm
9411   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\funkwerk
9412   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\g2000
9413   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gcplus
9414   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gen860t
9415   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\genietv
9416   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gth
9417   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gw8260
9418   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hermes
9419   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hidden_dragon
9420   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hmi1001
9421   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod
9422   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icecube
9423   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icu862
9424   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ids8247
9425   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\impa7
9426   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\incaip
9427   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\inka4x0
9428   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\innokom
9429   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorap
9430   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorcp
9431   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ip860
9432   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\iphase4539
9433   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ispan
9434   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ivm
9435   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ixdp425
9436   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\jse
9437   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kb9202
9438   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup
9439   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lantec
```

```
9440    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\LED
9441    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\LEOX
9442    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\logodl
9443    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lpd7a40x
9444    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lubbock
9445    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lwmon
9446    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\m5272c3
9447    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\m5282evb
9448    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI
9449    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell
9450    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mbx8xx
9451    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mcc200
9452    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ml2
9453    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\modnet50
9454    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mousse
9455    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mp2usb
9456    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8260ads
9457    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8266ads
9458    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8349ads
9459    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8349emds
9460    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8540ads
9461    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8540eval
9462    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8560ads
9463    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl
9464    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\musenki
9465    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mvblue
9466    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mvs1
9467    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1ads
9468    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1fs2
9469    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\nc650
9470    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netphone
9471    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar
9472    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta
9473    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta2
9474    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netvia
9475    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ns9750dev
9476    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\nx823
9477    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\o2dnt
9478    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap1510inn
9479    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap1610inn
9480    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap2420h4
9481    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap5912osk
9482    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap730p2
9483    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\oxc
9484    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pb1x00
9485    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2
9486    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pleb2
9487    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm520
9488    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm826
9489    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm828
9490    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm854
9491    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm856
9492    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pn62
9493    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ppmc8260
9494    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\prodrive
9495    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\psyent
9496    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\purple
9497    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pxa255_idp
9498    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\quantum
9499    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\r360mpi
9500    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rattler
9501    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rbc823
9502    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rmu
9503    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXClassic
9504    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite
9505    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite_dw
9506    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rpxsuper
9507    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RRvision
9508    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rsdproto
```

```
9509    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst
9510    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst
9511    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandpoint
9512    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc405
9513    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8240
9514    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8260
9515    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8560
9516    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_cdp
9517    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_spunk
9518    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\scb9328
9519    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\shannon
9520    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens
9521    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sixnet
9522    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sl8245
9523    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\smdk2400
9524    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\smdk2410
9525    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\snmc
9526    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sorcery
9527    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\spd8xx
9528    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ssv
9529    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stamp
9530    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stxgp3
9531    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stxxtc
9532    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\svm_sc8xx
9533    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sx1
9534    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tb0229
9535    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\total5200
9536    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm5200
9537    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm8260
9538    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm834x
9539    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm85xx
9540    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm8xx
9541    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab
9542    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\uc100
9543    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\utx8245
9544    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\v37
9545    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\versatile
9546    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\voiceblue
9547    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o
9548    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\wepep250
9549    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\westel
9550    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xaeniax
9551    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx
9552    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xm250
9553    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xpedite1k
9554    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xsengine
9555    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\zpc1900
9556    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\zylonite
9557    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\a3000\a3000.c
9558    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\a3000\config.mk
9559    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\a3000\flash.c
9560    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\a3000\Makefile
9561    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\a3000\README
9562    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\a3000\u-boot.lds
9563    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\adder\adder.c
9564    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\adder\config.mk
9565    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\adder\Makefile
9566    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\adder\u-boot.lds
9567    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\adsvix\adsvix.c
9568    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\adsvix\config.mk
9569    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\adsvix\lowlevel_init.S
9570    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\adsvix\Makefile
9571    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\adsvix\pcmcia.c
9572    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\adsvix\pxavoltage.S
9573    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\adsvix\u-boot.lds
9574    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\alaska\alaska.c
9575    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\alaska\config.mk
9576    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\alaska\flash.c
9577    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\alaska\Makefile
```

```
9578    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\common
9579    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\common
9580    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1c20
9581    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1s10
9582    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\common\flash.c
9583    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\common\sevenseg.c
9584    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\common\sevenseg.h
9585    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1c20\config.mk
9586    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1c20\dk1c20.c
9587    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1c20\flash.c
9588    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1c20\Makefile
9589    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1c20\misc.c
9590    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1c20\u-boot.lds
9591    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1c20\vectors.S
9592    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1s10\config.mk
9593    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1s10\dk1s10.c
9594    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1s10\flash.c
9595    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1s10\Makefile
9596    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1s10\misc.c
9597    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1s10\u-boot.lds
9598    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\altera\dk1s10\vectors.S
9599    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\bamboo
9600    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\bubinga
9601    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\common
9602    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ebony
9603    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\luan
9604    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ocotea
9605    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\walnut
9606    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\yellowstone
9607    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\yosemite
9608    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\bamboo\bamboo.c
9609    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\bamboo\bamboo.h
9610    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\bamboo\config.mk
9611    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\bamboo\flash.c
9612    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\bamboo\init.S
9613    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\bamboo\Makefile
9614    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\bamboo\u-boot.lds
9615    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\bubinga\bubinga.c
9616    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\bubinga\config.mk
9617    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\bubinga\flash.c
9618    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\bubinga\Makefile
9619    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\bubinga\u-boot.lds
9620    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\common\flash.c
9621    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ebony\config.mk
9622    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ebony\ebony.c
9623    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ebony\flash.c
9624    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ebony\init.S
9625    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ebony\Makefile
9626    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ebony\u-boot.lds
9627    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\luan\config.mk
9628    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\luan\epld.h
9629    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\luan\flash.c
9630    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\luan\init.S
9631    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\luan\luan.c
9632    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\luan\Makefile
9633    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\luan\u-boot.lds
9634    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ocotea\config.mk
9635    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ocotea\flash.c
9636    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ocotea\init.S
9637    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ocotea\Makefile
9638    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ocotea\ocotea.c
9639    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ocotea\ocotea.h
9640    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\ocotea\u-boot.lds
9641    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\walnut\config.mk
9642    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\walnut\flash.c
9643    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\walnut\Makefile
9644    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\walnut\u-boot.lds
9645    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\walnut\walnut.c
9646    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\yellowstone\config.mk
```

```
9647    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\yellowstone\Makefile
9648    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\yellowstone\Makefile
9649    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\yellowstone\u-boot.lds
9650    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\yellowstone\yellowstone.c
9651    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\yosemite\config.mk
9652    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\yosemite\init.S
9653    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\yosemite\Makefile
9654    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\yosemite\u-boot.lds
9655    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amcc\yosemite\yosemite.c
9656    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amirix\ap1000
9657    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amirix\ap1000\ap1000.c
9658    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amirix\ap1000\ap1000.h
9659    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amirix\ap1000\config.mk
9660    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amirix\ap1000\flash.c
9661    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amirix\ap1000\init.S
9662    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amirix\ap1000\Makefile
9663    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amirix\ap1000\pci.c
9664    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amirix\ap1000\powerspan.c
9665    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amirix\ap1000\powerspan.h
9666    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amirix\ap1000\serial.c
9667    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\amirix\ap1000\u-boot.lds
9668    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap81
9669    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap83
9670    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap94
9671    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap96
9672    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common
9673    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\pb42
9674    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\pb45
9675    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\tb225
9676    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\tb243
9677    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap81\ap81.c
9678    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap81\config.mk
9679    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap81\flash.c
9680    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap81\Makefile
9681    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap81\u-boot.lds
9682    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap83\ap83.c
9683    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap83\config.mk
9684    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap83\flash.c
9685    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap83\Makefile
9686    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap83\u-boot.lds
9687    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap94\ap94.c
9688    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap94\ap94_pci.c
9689    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap94\athrs26_phy.c
9690    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap94\athrs26_phy.h
9691    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap94\config.mk
9692    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap94\lowlevel_init.S
9693    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap94\Makefile
9694    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap94\u-boot.lds
9695    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap96\ap96.c
9696    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap96\config.mk
9697    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap96\Makefile
9698    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\ap96\u-boot.lds
9699    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\ar7100_flash.c
9700    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\ar7100_flash.h
9701    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\ar9100_pflash.c
9702    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\athrs16_phy.c
9703    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\athrs16_phy.h
9704    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\athrs26_phy.c
9705    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\athrs26_phy.h
9706    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\g5e_Plus1_2_29a_unmanaged_Atheros_v3.c
9707    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\g5_Plus1_2_29a_unmanaged_Atheros_v5.c
9708    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\g5_Plus1_2_29b_unmanaged_Atheros_v5.c
9709    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\g5_Plus1_2_31_unmanaged_Atheros_v3.c
9710    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\g5_Plus1_2_31_unmanaged_Atheros_v4.c
9711    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\generic_i2c.c
9712    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\generic_i2c.h
9713    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\generic_spi.c
9714    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\generic_spi.h
9715    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\ipPhy.c
```

```
9716    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\lowlevel_init.S
9717    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\lowlevel_init_ar9100.S
9718    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\phy.h
9719    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\vsc73xx.c
9720    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\vsc73xx.h
9721    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\vsc8601_phy.c
9722    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\vsc8601_phy.h
9723    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\vsc_phy.c
9724    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\common\vsc_phy.c
9725    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\pb42\config.mk
9726    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\pb42\flash.c
9727    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\pb42\Makefile
9728    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\pb42\pb42.c
9729    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\pb42\u-boot.lds
9730    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\pb45\config.mk
9731    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\pb45\Makefile
9732    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\pb45\pb45.c
9733    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\pb45\pb45_pci.c
9734    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\pb45\u-boot.lds
9735    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\tb225\config.mk
9736    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\tb225\flash.c
9737    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\tb225\Makefile
9738    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\tb225\tb225.c
9739    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\tb225\u-boot.lds
9740    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\tb243\config.mk
9741    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\tb243\Makefile
9742    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\tb243\tb243.c
9743    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7100\tb243\u-boot.lds
9744    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap91
9745    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap93
9746    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap99
9747    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ar7240_emu
9748    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\common
9749    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\tb317
9750    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\tb327
9751    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ubnt-xm
9752    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\wrt54g
9753    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap91\ap91.c
9754    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap91\config.mk
9755    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap91\flash.c
9756    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap91\Makefile
9757    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap91\u-boot.lds
9758    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap93\ap93.c
9759    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap93\config.mk
9760    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap93\flash.c
9761    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap93\Makefile
9762    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap93\u-boot.lds
9763    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap99\ap99.c
9764    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap99\config.mk
9765    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap99\flash.c
9766    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap99\Makefile
9767    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ap99\u-boot.lds
9768    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ar7240_emu\ar7240_emu.c
9769    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ar7240_emu\config.mk
9770    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ar7240_emu\flash.c
9771    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ar7240_emu\Makefile
9772    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ar7240_emu\u-boot.lds
9773    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\common\ar7240_flash.c
9774    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\common\ar7240_flash.h
9775    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\common\ar7240_pci.c
9776    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\common\ar7240_s26_phy.c
9777    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\common\ar7240_s26_phy.h
9778    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\common\athr8021_phy.c
9779    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\common\athr8021_phy.h
9780    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\common\athr8035_phy.c
9781    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\common\athr8035_phy.h
9782    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\common\athrs16_phy.c
9783    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\common\athrs16_phy.h
9784    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\common\lowlevel_init.S
```

```
9785    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\tb317\config.mk
9786    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\tb317\flash.c
9787    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\tb317\Makefile
9788    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\tb317\tb317.c
9789    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\tb317\u-boot.lds
9790    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\tb327\config.mk
9791    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\tb327\flash.c
9792    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\tb327\Makefile
9793    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\tb327\tb327.c
9794    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\tb327\u-boot.lds
9795    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ubnt-xm\config.mk
9796    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ubnt-xm\flash.c
9797    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ubnt-xm\Makefile
9798    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ubnt-xm\u-boot.lds
9799    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\ubnt-xm\ubnt-xm.c
9800    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\wrt54g\config.mk
9801    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\wrt54g\flash.c
9802    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\wrt54g\Makefile
9803    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\wrt54g\u-boot.lds
9804    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ar7240\wrt54g\wrt54g.c
9805    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\armadillo\armadillo.c
9806    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\armadillo\config.mk
9807    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\armadillo\flash.c
9808    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\armadillo\lowlevel_init.S
9809    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\armadillo\Makefile
9810    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\armadillo\u-boot.lds
9811    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\assabet\assabet.c
9812    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\assabet\config.mk
9813    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\assabet\Makefile
9814    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\assabet\setup.S
9815    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\assabet\u-boot.lds
9816    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\at91rm9200dk\at45.c
9817    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\at91rm9200dk\at91rm9200dk.c
9818    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\at91rm9200dk\config.mk
9819    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\at91rm9200dk\flash.c
9820    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\at91rm9200dk\Makefile
9821    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\at91rm9200dk\u-boot.lds
9822    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\atc\atc.c
9823    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\atc\config.mk
9824    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\atc\flash.c
9825    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\atc\Makefile
9826    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\atc\u-boot.lds
9827    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\AtmarkTechno\suzaku
9828    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\AtmarkTechno\suzaku\config.mk
9829    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\AtmarkTechno\suzaku\flash.c
9830    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\AtmarkTechno\suzaku\Makefile
9831    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\AtmarkTechno\suzaku\suzaku.c
9832    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\AtmarkTechno\suzaku\u-boot.lds
9833    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\barco\barco.c
9834    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\barco\barco_svc.h
9835    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\barco\config.mk
9836    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\barco\early_init.S
9837    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\barco\flash.c
9838    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\barco\Makefile
9839    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\barco\README
9840    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\barco\speed.h
9841    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\barco\u-boot.lds
9842    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\bmw\bmw.c
9843    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\bmw\bmw.h
9844    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\bmw\config.mk
9845    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\bmw\early_init.S
9846    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\bmw\flash.c
9847    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\bmw\m48t59y.c
9848    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\bmw\m48t59y.h
9849    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\bmw\Makefile
9850    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\bmw\ns16550.c
9851    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\bmw\ns16550.h
9852    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\bmw\README
```

```
9854   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\bmw\config.mk
9855   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\bmw\u-boot.lds
9856   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\c2mon\c2mon.c
9857   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\c2mon\config.mk
9858   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\c2mon\flash.c
9859   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\c2mon\Makefile
9860   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\c2mon\u-boot.lds
9861   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\c2mon\u-boot.lds.debug
9862   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\canmb\canmb.c
9863   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\canmb\config.mk
9864   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\canmb\Makefile
9865   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\canmb\mt48lc16m32s2-75.h
9866   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\canmb\u-boot.lds
9867   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\common
9868   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8541cds
9869   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8548cds
9870   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8555cds
9871   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\common\cadmus.c
9872   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\common\cadmus.h
9873   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\common\eeprom.c
9874   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\common\eeprom.h
9875   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8541cds\config.mk
9876   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8541cds\init.S
9877   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8541cds\Makefile
9878   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8541cds\mpc8541cds.c
9879   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8541cds\u-boot.lds
9880   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8548cds\config.mk
9881   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8548cds\init.S
9882   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8548cds\Makefile
9883   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8548cds\mpc8548cds.c
9884   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8548cds\u-boot.lds
9885   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8555cds\config.mk
9886   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8555cds\init.S
9887   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8555cds\Makefile
9888   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8555cds\mpc8555cds.c
9889   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cds\mpc8555cds\u-boot.lds
9890   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cerf250\cerf250.c
9891   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cerf250\config.mk
9892   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cerf250\flash.c
9893   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cerf250\lowlevel_init.S
9894   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cerf250\Makefile
9895   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cerf250\u-boot.lds
9896   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cm4008\cm4008.c
9897   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cm4008\config.mk
9898   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cm4008\flash.c
9899   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cm4008\Makefile
9900   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cm4008\u-boot.lds
9901   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cm41xx\cm41xx.c
9902   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cm41xx\config.mk
9903   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cm41xx\flash.c
9904   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cm41xx\Makefile
9905   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cm41xx\u-boot.lds
9906   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cmc_pu2\at45.c
9907   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cmc_pu2\cmc_pu2.c
9908   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cmc_pu2\config.mk
9909   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cmc_pu2\flash.c
9910   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cmc_pu2\load_sernum_ethaddr.c
9911   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cmc_pu2\Makefile
9912   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cmc_pu2\u-boot.lds
9913   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cmi\cmi.c
9914   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cmi\config.mk
9915   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cmi\flash.c
9916   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cmi\Makefile
9917   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cmi\u-boot.lds
9918   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cobra5272\bdm
9919   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cobra5272\cobra5272.c
9920   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cobra5272\config.mk
9921   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cobra5272\flash.c
9922   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cobra5272\Makefile
```

```
9923  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cobra5272\bdm\cobra5272_uboot.gdb
9924  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cobra5272\bdm\cobra5272_uboot.gdb
9925  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cobra5272\bdm\gdbinit.reset
9926  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cobra5272\bdm\load-cobra_uboot
9927  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cobra5272\bdm\reset
9928  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\config.mk
9929  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\dipsw.c
9930  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\dipsw.h
9931  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\flash.c
9932  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\flash.h
9933  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\kbm.c
9934  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\kbm.h
9935  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\lcd.c
9936  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\lcd.h
9937  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\Makefile
9938  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\mb.c
9939  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\mb.h
9940  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\par.c
9941  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\par.h
9942  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\pci.c
9943  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\pci.h
9944  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\README
9945  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\README.cma286
9946  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\rtc.c
9947  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\rtc.h
9948  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\serial.c
9949  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\serial.h
9950  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\u-boot.lds
9951  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cogent\u-boot.lds.debug
9952  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpc45\config.mk
9953  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpc45\cpc45.c
9954  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpc45\flash.c
9955  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpc45\Makefile
9956  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpc45\pd67290.c
9957  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpc45\plx9030.c
9958  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpc45\u-boot.lds
9959  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpu86\config.mk
9960  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpu86\cpu86.c
9961  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpu86\cpu86.h
9962  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpu86\flash.c
9963  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpu86\Makefile
9964  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpu86\u-boot.lds
9965  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpu87\config.mk
9966  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpu87\cpu87.c
9967  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpu87\cpu87.h
9968  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpu87\flash.c
9969  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpu87\Makefile
9970  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cpu87\u-boot.lds
9971  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cradle\config.mk
9972  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cradle\cradle.c
9973  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cradle\flash.c
9974  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cradle\lowlevel_init.S
9975  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cradle\Makefile
9976  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cradle\u-boot.lds
9977  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cray\L1
9978  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cray\L1\bootscript.hush
9979  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cray\L1\config.mk
9980  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cray\L1\flash.c
9981  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cray\L1\init.S
9982  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cray\L1\L1.c
9983  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cray\L1\L1.h
9984  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cray\L1\Makefile
9985  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cray\L1\patchme
9986  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cray\L1\u-boot.lds
9987  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cray\L1\u-boot.lds.debug
9988  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cray\L1\x2c.awk
9989  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb226\config.mk
9990  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb226\csb226.c
9991  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb226\flash.c
```

```
9992   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb226\config.mk
9993   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb226\Makefile
9994   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb226\u-boot.lds
9995   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb272\config.mk
9996   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb272\csb272.c
9997   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb272\init.S
9998   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb272\Makefile
9999   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb272\u-boot.lds
10000  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb472\config.mk
10001  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb472\csb472.c
10002  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb472\init.S
10003  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb472\Makefile
10004  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb472\u-boot.lds
10005  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb637\config.mk
10006  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb637\csb637.c
10007  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb637\Makefile
10008  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\csb637\u-boot.lds
10009  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cu824\config.mk
10010  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cu824\cu824.c
10011  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cu824\flash.c
10012  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cu824\Makefile
10013  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cu824\README
10014  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\cu824\u-boot.lds
10015  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\B2
10016  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\common
10017  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\PPChameleonEVB
10018  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\B2\B2.c
10019  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\B2\config.mk
10020  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\B2\flash.c
10021  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\B2\lowlevel_init.S
10022  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\B2\Makefile
10023  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\B2\u-boot.lds
10024  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\common\flash.c
10025  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\common\fpga.c
10026  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\common\pci.c
10027  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\PPChameleonEVB\config.mk
10028  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\PPChameleonEVB\flash.c
10029  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\PPChameleonEVB\fpgadata.c
10030  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\PPChameleonEVB\Makefile
10031  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\PPChameleonEVB\nand.c
10032  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\PPChameleonEVB\PPChameleonEVB.c
10033  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dave\PPChameleonEVB\u-boot.lds
10034  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dbau1x00\config.mk
10035  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dbau1x00\dbau1x00.c
10036  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dbau1x00\flash.c
10037  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dbau1x00\lowlevel_init.S
10038  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dbau1x00\Makefile
10039  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dbau1x00\README
10040  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dbau1x00\u-boot.lds
10041  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\delta\config.mk
10042  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\delta\delta.c
10043  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\delta\lowlevel_init.S
10044  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\delta\Makefile
10045  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\delta\nand.c
10046  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\delta\u-boot.lds
10047  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dnp1110\config.mk
10048  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dnp1110\dnp1110.c
10049  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dnp1110\flash.c
10050  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dnp1110\lowlevel_init.S
10051  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dnp1110\Makefile
10052  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\dnp1110\u-boot.lds
10053  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\bab7xx
10054  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\elppc
10055  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\mhpc
10056  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\bab7xx\asm_init.S
10057  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\bab7xx\bab7xx.c
10058  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\bab7xx\config.mk
10059  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\bab7xx\dc_srom.c
10060  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\bab7xx\el_srom.c
```

```
10061  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\bab7xx\l2cache.c
10062  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\bab7xx\l2cache.c
10063  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\bab7xx\Makefile
10064  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\bab7xx\misc.c
10065  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\bab7xx\pci.c
10066  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\bab7xx\srom.h
10067  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\bab7xx\u-boot.lds
10068  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\elppc\asm_init.S
10069  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\elppc\config.mk
10070  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\elppc\eepro100_srom.c
10071  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\elppc\elppc.c
10072  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\elppc\flash.c
10073  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\elppc\Makefile
10074  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\elppc\misc.c
10075  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\elppc\mpc107_i2c.c
10076  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\elppc\pci.c
10077  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\elppc\srom.h
10078  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\elppc\u-boot.lds
10079  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\mhpc\config.mk
10080  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\mhpc\flash.c
10081  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\mhpc\Makefile
10082  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\mhpc\mhpc.c
10083  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\mhpc\u-boot.lds
10084  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eltec\mhpc\u-boot.lds.debug
10085  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\common
10086  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\top5200
10087  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\top860
10088  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\common\am79c874.c
10089  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\common\flash.c
10090  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\common\vpd.c
10091  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\top5200\config.mk
10092  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\top5200\Makefile
10093  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\top5200\top5200.c
10094  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\top5200\u-boot.lds
10095  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\top860\config.mk
10096  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\top860\Makefile
10097  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\top860\top860.c
10098  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\top860\u-boot.lds
10099  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\emk\top860\u-boot.lds.debug
10100  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep7312\config.mk
10101  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep7312\ep7312.c
10102  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep7312\flash.c
10103  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep7312\lowlevel_init.S
10104  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep7312\Makefile
10105  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep7312\u-boot.lds
10106  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep8248\config.mk
10107  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep8248\ep8248.c
10108  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep8248\Makefile
10109  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep8248\u-boot.lds
10110  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep8260\config.mk
10111  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep8260\ep8260.c
10112  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep8260\ep8260.h
10113  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep8260\flash.c
10114  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep8260\Makefile
10115  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep8260\mii_phy.c
10116  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep8260\u-boot.lds
10117  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep88x\config.mk
10118  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep88x\ep88x.c
10119  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep88x\Makefile
10120  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ep88x\u-boot.lds
10121  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eric\config.mk
10122  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eric\eric.c
10123  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eric\eric.h
10124  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eric\flash.c
10125  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eric\init.S
10126  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eric\Makefile
10127  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eric\u-boot.lds
10128  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\adciop
10129  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\apc405
```

```
10130  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ash405
10131  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\canbt
10132  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cms700
10133  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common
10134  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci2dp
10135  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci405
10136  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci440
10137  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci5200
10138  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750
10139  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpciiser4
10140  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dasa_sim
10141  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dp405
10142  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\du405
10143  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hh405
10144  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hub405
10145  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ocrtc
10146  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pci405
10147  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pf5200
10148  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\plu405
10149  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pmc405
10150  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\tasreg
10151  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\voh405
10152  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\vom405
10153  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\wuh405
10154  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\adciop\adciop.c
10155  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\adciop\adciop.h
10156  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\adciop\config.mk
10157  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\adciop\flash.c
10158  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\adciop\Makefile
10159  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\adciop\u-boot.lds
10160  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\apc405\apc405.c
10161  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\apc405\config.mk
10162  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\apc405\fpgadata.c
10163  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\apc405\logo_640_480_24bpp.c
10164  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\apc405\Makefile
10165  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\apc405\strataflash.c
10166  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\apc405\u-boot.lds
10167  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ar405\ar405.c
10168  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ar405\ar405.h
10169  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ar405\config.mk
10170  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ar405\flash.c
10171  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ar405\fpgadata.c
10172  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ar405\fpgadata_xl30.c
10173  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ar405\Makefile
10174  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ar405\u-boot.lds
10175  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ash405\ash405.c
10176  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ash405\config.mk
10177  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ash405\flash.c
10178  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ash405\fpgadata.c
10179  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ash405\Makefile
10180  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ash405\u-boot.lds
10181  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\canbt\canbt.c
10182  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\canbt\canbt.h
10183  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\canbt\config.mk
10184  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\canbt\flash.c
10185  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\canbt\fpgadata.c
10186  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\canbt\Makefile
10187  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\canbt\u-boot.lds
10188  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cms700\cms700.c
10189  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cms700\config.mk
10190  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cms700\flash.c
10191  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cms700\fpgadata.c
10192  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cms700\Makefile
10193  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cms700\u-boot.lds
10194  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\auto_update.c
10195  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\auto_update.h
10196  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\cmd_loadpci.c
10197  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\flash.c
```

```
10199   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\kbd.c
10200   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\lcd.c
10201   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\lcd.h
10202   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\misc.c
10203   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\pci.c
10204   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\sld13704_320_240_4bpp.h
10205   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\sld13705_320_240_8bpp.h
10206   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\sld13806_1024_768_8bpp.h
10207   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\sld13806_320_240_4bpp.h
10208   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\sld13806_640_480_16bpp.h
10209   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\sld13806_640_480_8bpp.h
10210   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\xilinx_jtag
10211   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\xilinx_jtag\lenval.c
10212   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\xilinx_jtag\lenval.h
10213   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\xilinx_jtag\micro.c
10214   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\xilinx_jtag\micro.h
10215   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\xilinx_jtag\ports.c
10216   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\common\xilinx_jtag\ports.h
10217   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci2dp\config.mk
10218   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci2dp\cpci2dp.c
10219   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci2dp\flash.c
10220   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci2dp\Makefile
10221   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci2dp\u-boot.lds
10222   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci405\config.mk
10223   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci405\cpci405.c
10224   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci405\flash.c
10225   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci405\fpgadata_cpci405.c
10226   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci405\fpgadata_cpci4052.c
10227   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci405\fpgadata_cpci405ab.c
10228   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci405\Makefile
10229   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci405\u-boot.lds
10230   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci440\config.mk
10231   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci440\cpci440.c
10232   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci440\init.S
10233   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci440\Makefile
10234   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci440\strataflash.c
10235   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci440\u-boot.lds
10236   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci5200\config.mk
10237   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci5200\cpci5200.c
10238   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci5200\Makefile
10239   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci5200\mt46v16m16-75.h
10240   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci5200\strataflash.c
10241   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci5200\u-boot.lds
10242   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\64360.h
10243   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\config.mk
10244   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\cpci750.c
10245   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\eth.h
10246   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\i2c.c
10247   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\i2c.h
10248   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\ide.c
10249   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\local.h
10250   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\Makefile
10251   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\misc.S
10252   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\mpsc.c
10253   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\mpsc.h
10254   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\mv_eth.c
10255   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\mv_eth.h
10256   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\mv_regs.h
10257   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\pci.c
10258   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\sdram_init.c
10259   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\serial.c
10260   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\serial.h
10261   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpci750\u-boot.lds
10262   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpciiser4\config.mk
10263   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpciiser4\cpciiser4.c
10264   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpciiser4\cpciiser4.h
10265   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpciiser4\flash.c
10266   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpciiser4\fpgadata.c
10267   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\cpciiser4\Makefile
```

```
10268    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dasa_sim\cmd_dasa_sim.c
10269    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dasa_sim\config.mk
10270    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dasa_sim\dasa_sim.c
10271    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dasa_sim\dasa_sim.h
10272    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dasa_sim\eeprom.c
10273    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dasa_sim\flash.c
10274    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dasa_sim\fpgadata.c
10275    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dasa_sim\Makefile
10276    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dasa_sim\u-boot.lds
10277    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dp405\config.mk
10278    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dp405\dp405.c
10279    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dp405\flash.c
10280    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dp405\fpgadata.c
10281    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dp405\Makefile
10282    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\dp405\u-boot.lds
10283    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\du405\config.mk
10284    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\du405\du405.c
10285    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\du405\du405.h
10286    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\du405\flash.c
10287    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\du405\fpgadata.c
10288    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\du405\Makefile
10289    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\du405\u-boot.lds
10290    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hh405\config.mk
10291    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hh405\flash.c
10292    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hh405\fpgadata.c
10293    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hh405\hh405.c
10294    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hh405\logo_1024_768_8bpp.c
10295    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hh405\logo_320_240_4bpp.c
10296    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hh405\logo_320_240_8bpp.c
10297    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hh405\logo_640_480_24bpp.c
10298    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hh405\Makefile
10299    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hh405\u-boot.lds
10300    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hub405\config.mk
10301    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hub405\flash.c
10302    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hub405\hub405.c
10303    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hub405\Makefile
10304    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\hub405\u-boot.lds
10305    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ocrtc\cmd_ocrtc.c
10306    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ocrtc\config.mk
10307    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ocrtc\flash.c
10308    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ocrtc\Makefile
10309    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ocrtc\ocrtc.c
10310    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ocrtc\ocrtc.h
10311    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\ocrtc\u-boot.lds
10312    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pci405\cmd_pci405.c
10313    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pci405\config.mk
10314    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pci405\flash.c
10315    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pci405\fpgadata.c
10316    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pci405\Makefile
10317    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pci405\pci405.c
10318    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pci405\pci405.h
10319    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pci405\u-boot.lds
10320    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pci405\writeibm.S
10321    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pf5200\config.mk
10322    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pf5200\flash.c
10323    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pf5200\Makefile
10324    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pf5200\mt46v16m16-75.h
10325    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pf5200\pf5200.c
10326    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pf5200\u-boot.lds
10327    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\plu405\config.mk
10328    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\plu405\flash.c
10329    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\plu405\fpgadata.c
10330    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\plu405\Makefile
10331    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\plu405\plu405.c
10332    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\plu405\u-boot.lds
10333    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pmc405\config.mk
10334    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pmc405\fpgadata.c
10335    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pmc405\Makefile
```

```
10337   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\pmc405\u-boot.lds
10338   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\tasreg\config.mk
10339   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\tasreg\flash.c
10340   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\tasreg\fpgadata.c
10341   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\tasreg\Makefile
10342   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\tasreg\tasreg.c
10343   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\tasreg\u-boot.lds
10344   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\voh405\config.mk
10345   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\voh405\flash.c
10346   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\voh405\fpgadata.c
10347   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\voh405\logo_320_240_4bpp.c
10348   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\voh405\logo_640_480_24bpp.c
10349   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\voh405\Makefile
10350   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\voh405\u-boot.lds
10351   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\voh405\voh405.c
10352   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\vom405\config.mk
10353   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\vom405\flash.c
10354   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\vom405\fpgadata.c
10355   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\vom405\Makefile
10356   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\vom405\u-boot.lds
10357   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\vom405\vom405.c
10358   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\wuh405\config.mk
10359   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\wuh405\flash.c
10360   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\wuh405\fpgadata.c
10361   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\wuh405\Makefile
10362   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\wuh405\u-boot.lds
10363   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esd\wuh405\wuh405.c
10364   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esteem192e\config.mk
10365   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esteem192e\esteem192e.c
10366   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esteem192e\flash.c
10367   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esteem192e\Makefile
10368   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\esteem192e\u-boot.lds
10369   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etin\debris
10370   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etin\debris\config.mk
10371   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etin\debris\debris.c
10372   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etin\debris\flash.c
10373   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etin\debris\Makefile
10374   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etin\debris\phantom.c
10375   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etin\debris\speed.h
10376   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etin\debris\u-boot.lds
10377   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etx094\config.mk
10378   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etx094\etx094.c
10379   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etx094\flash.c
10380   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etx094\Makefile
10381   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etx094\u-boot.lds
10382   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\etx094\u-boot.lds.debug
10383   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb4510\config.mk
10384   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb4510\evb4510.c
10385   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb4510\flash.c
10386   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb4510\lowlevel_init.S
10387   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb4510\Makefile
10388   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb4510\u-boot.lds
10389   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\64260.h
10390   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\bootseq.txt
10391   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\config.mk
10392   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\ecctest.c
10393   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\eth.c
10394   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\eth.h
10395   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\eth_addrtbl.c
10396   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\eth_addrtbl.h
10397   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\evb64260.c
10398   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\flash.c
10399   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\i2c.c
10400   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\i2c.h
10401   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\intel_flash.c
10402   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\intel_flash.h
10403   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\local.h
10404   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\Makefile
```

```
10406   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\memory.c
10407   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\misc.S
10408   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\mpsc.c
10409   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\mpsc.h
10410   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\pci.c
10411   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\sdram_init.c
10412   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\serial.c
10413   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\serial.h
10414   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\u-boot.lds
10415   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\zuma_pbb.c
10416   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\zuma_pbb.h
10417   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\zuma_pbb_mbox.c
10418   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\evb64260\zuma_pbb_mbox.h
10419   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eXalion\config.mk
10420   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eXalion\eXalion.c
10421   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eXalion\eXalion.h
10422   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eXalion\Makefile
10423   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eXalion\piix_pci.h
10424   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\eXalion\u-boot.lds
10425   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\exbitgen\config.mk
10426   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\exbitgen\exbitgen.c
10427   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\exbitgen\exbitgen.h
10428   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\exbitgen\flash.c
10429   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\exbitgen\init.S
10430   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\exbitgen\Makefile
10431   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\exbitgen\u-boot.lds
10432   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ezkit533\config.mk
10433   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ezkit533\ezkit533.c
10434   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ezkit533\flash-defines.h
10435   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ezkit533\flash.c
10436   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ezkit533\Makefile
10437   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ezkit533\psd4256.h
10438   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ezkit533\u-boot.lds
10439   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\fads\config.mk
10440   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\fads\fads.c
10441   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\fads\fads.h
10442   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\fads\flash.c
10443   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\fads\lamp.c
10444   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\fads\Makefile
10445   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\fads\u-boot.lds
10446   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\fads\u-boot.lds.debug
10447   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\flagadm\config.mk
10448   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\flagadm\flagadm.c
10449   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\flagadm\flash.c
10450   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\flagadm\Makefile
10451   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\flagadm\u-boot.lds
10452   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\flagadm\u-boot.lds.debug
10453   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\funkwerk\vovpn-gw\
10454   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\funkwerk\vovpn-gw\config.mk
10455   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\funkwerk\vovpn-gw\flash.c
10456   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\funkwerk\vovpn-gw\m88e6060.c
10457   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\funkwerk\vovpn-gw\m88e6060.h
10458   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\funkwerk\vovpn-gw\Makefile
10459   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\funkwerk\vovpn-gw\u-boot.lds
10460   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\funkwerk\vovpn-gw\vovpn-gw.c
10461   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\g2000\config.mk
10462   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\g2000\g2000.c
10463   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\g2000\Makefile
10464   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\g2000\strataflash.c
10465   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\g2000\u-boot.lds
10466   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gcplus\config.mk
10467   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gcplus\flash.c
10468   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gcplus\gcplus.c
10469   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gcplus\lowlevel_init.S
10470   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gcplus\Makefile
10471   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gcplus\u-boot.lds
10472   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gen860t\beeper.c
10473   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gen860t\beeper.h
10474   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gen860t\config.mk
```

```
10475    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gen860t\fpga.c
10476    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gen860t\fpga.c
10477    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gen860t\fpga.h
10478    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gen860t\gen860t.c
10479    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gen860t\ioport.c
10480    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gen860t\ioport.h
10481    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gen860t\Makefile
10482    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gen860t\README
10483    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gen860t\u-boot-flashenv.lds
10484    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gen860t\u-boot.lds
10485    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\genietv\config.mk
10486    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\genietv\flash.c
10487    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\genietv\genietv.c
10488    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\genietv\genietv.h
10489    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\genietv\Makefile
10490    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\genietv\u-boot.lds
10491    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\genietv\u-boot.lds.debug
10492    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gth\config.mk
10493    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gth\ee_access.c
10494    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gth\ee_access.h
10495    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gth\ee_dev.h
10496    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gth\flash.c
10497    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gth\gth.c
10498    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gth\Makefile
10499    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gth\README
10500    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gth\u-boot.lds
10501    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gw8260\config.mk
10502    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gw8260\flash.c
10503    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gw8260\gw8260.c
10504    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gw8260\Makefile
10505    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\gw8260\u-boot.lds
10506    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hermes\config.mk
10507    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hermes\flash.c
10508    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hermes\hermes.c
10509    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hermes\Makefile
10510    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hermes\u-boot.lds
10511    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hermes\u-boot.lds.debug
10512    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hidden_dragon\config.mk
10513    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hidden_dragon\early_init.S
10514    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hidden_dragon\flash.c
10515    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hidden_dragon\hidden_dragon.c
10516    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hidden_dragon\Makefile
10517    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hidden_dragon\README
10518    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hidden_dragon\speed.h
10519    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hidden_dragon\u-boot.lds
10520    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hmi1001\config.mk
10521    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hmi1001\hmi1001.c
10522    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hmi1001\Makefile
10523    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hmi1001\u-boot.lds
10524    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod\bsp.c
10525    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod\config.mk
10526    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod\eeprom.c
10527    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod\env.c
10528    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod\fetch.c
10529    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod\flash.c
10530    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod\flash.h
10531    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod\global_env
10532    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod\hymod.c
10533    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod\hymod.h
10534    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod\input.c
10535    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod\Makefile
10536    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod\u-boot.lds
10537    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\hymod\u-boot.lds.debug
10538    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icecube\config.mk
10539    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icecube\flash.c
10540    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icecube\icecube.c
10541    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icecube\Makefile
10542    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icecube\mt46v16m16-75.h
10543    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icecube\mt46v32m16.h
```

```
10544   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icecube\u-boot.lds
10545   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icecube\u-boot.lds
10546   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icu862\config.mk
10547   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icu862\flash.c
10548   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icu862\icu862.c
10549   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icu862\Makefile
10550   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icu862\u-boot.lds
10551   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\icu862\u-boot.lds.debug
10552   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ids8247\config.mk
10553   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ids8247\flash.c
10554   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ids8247\ids8247.c
10555   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ids8247\Makefile
10556   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ids8247\u-boot.lds
10557   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\impa7\config.mk
10558   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\impa7\flash.c
10559   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\impa7\impa7.c
10560   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\impa7\lowlevel_init.S
10561   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\impa7\Makefile
10562   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\impa7\u-boot.lds
10563   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\incaip\config.mk
10564   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\incaip\flash.c
10565   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\incaip\incaip.c
10566   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\incaip\lowlevel_init.S
10567   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\incaip\Makefile
10568   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\incaip\u-boot.lds
10569   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\inka4x0\config.mk
10570   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\inka4x0\flash.c
10571   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\inka4x0\inka4x0.c
10572   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\inka4x0\Makefile
10573   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\inka4x0\mt46v16m16-75.h
10574   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\inka4x0\mt48lc16m16a2-75.h
10575   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\inka4x0\u-boot.lds
10576   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\innokom\config.mk
10577   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\innokom\flash.c
10578   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\innokom\innokom.c
10579   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\innokom\lowlevel_init.S
10580   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\innokom\Makefile
10581   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\innokom\u-boot.lds
10582   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorap\config.mk
10583   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorap\flash.c
10584   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorap\integratorap.c
10585   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorap\lowlevel_init.S
10586   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorap\Makefile
10587   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorap\memsetup.S
10588   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorap\split_by_variant.sh
10589   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorap\u-boot.lds.template
10590   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorcp\config.mk
10591   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorcp\flash.c
10592   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorcp\integratorcp.c
10593   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorcp\lowlevel_init.S
10594   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorcp\Makefile
10595   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorcp\memsetup.S
10596   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorcp\split_by_variant.sh
10597   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\integratorcp\u-boot.lds.template
10598   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ip860\config.mk
10599   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ip860\flash.c
10600   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ip860\ip860.c
10601   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ip860\Makefile
10602   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ip860\u-boot.lds
10603   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ip860\u-boot.lds.debug
10604   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\iphase4539\config.mk
10605   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\iphase4539\flash.c
10606   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\iphase4539\iphase4539.c
10607   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\iphase4539\Makefile
10608   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\iphase4539\u-boot.lds
10609   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ispan\config.mk
10610   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ispan\ispan.c
10611   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ispan\Makefile
10612   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ispan\u-boot.lds
```

```
10613    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ivm\flash.c
10614    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ivm\flash.c
10615    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ivm\ivm.c
10616    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ivm\Makefile
10617    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ivm\u-boot.lds
10618    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ivm\u-boot.lds.debug
10619    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ixdp425\config.mk
10620    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ixdp425\flash.c
10621    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ixdp425\ixdp425.c
10622    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ixdp425\Makefile
10623    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ixdp425\u-boot.lds
10624    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\jse\config.mk
10625    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\jse\flash.c
10626    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\jse\host_bridge.c
10627    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\jse\init.S
10628    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\jse\jse.c
10629    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\jse\jse_priv.h
10630    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\jse\Makefile
10631    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\jse\README.txt
10632    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\jse\sdram.c
10633    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\jse\u-boot.lds
10634    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kb9202\config.mk
10635    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kb9202\kb9202.c
10636    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kb9202\Makefile
10637    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kb9202\u-boot.lds
10638    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\common
10639    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\kup4k
10640    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\kup4x
10641    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\Makefile
10642    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\common\flash.c
10643    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\common\kup.c
10644    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\common\kup.h
10645    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\common\load_sernum_ethaddr.c
10646    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\kup4k\config.mk
10647    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\kup4k\kup4k.c
10648    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\kup4k\Makefile
10649    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\kup4k\s1d13706.h
10650    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\kup4k\u-boot.lds
10651    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\kup4k\u-boot.lds.debug
10652    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\kup4x\config.mk
10653    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\kup4x\kup4x.c
10654    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\kup4x\Makefile
10655    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\kup4x\u-boot.lds
10656    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\kup\kup4x\u-boot.lds.debug
10657    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lantec\config.mk
10658    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lantec\flash.c
10659    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lantec\lantec.c
10660    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lantec\Makefile
10661    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lantec\u-boot.lds
10662    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lantec\u-boot.lds.debug
10663    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lart\config.mk
10664    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lart\flash.c
10665    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lart\flashasm.S
10666    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lart\lart.c
10667    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lart\lowlevel_init.S
10668    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lart\Makefile
10669    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lart\u-boot.lds
10670    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\LEOX\elpt860
10671    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\LEOX\elpt860\config.mk
10672    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\LEOX\elpt860\elpt860.c
10673    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\LEOX\elpt860\flash.c
10674    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\LEOX\elpt860\Makefile
10675    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\LEOX\elpt860\README.LEOX
10676    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\LEOX\elpt860\u-boot.lds
10677    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\LEOX\elpt860\u-boot.lds.debug
10678    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\logodl\config.mk
10679    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\logodl\flash.c
10680    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\logodl\logodl.c
10681    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\logodl\lowlevel_init.S
```

```
10682    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\logodl\u-boot.lds
10683    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\logodl\u-boot.lds
10684    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lpd7a40x\config.mk
10685    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lpd7a40x\flash.c
10686    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lpd7a40x\lowlevel_init.S
10687    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lpd7a40x\lpd7a40x.c
10688    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lpd7a40x\Makefile
10689    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lpd7a40x\u-boot.lds
10690    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lubbock\config.mk
10691    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lubbock\flash.c
10692    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lubbock\lowlevel_init.S
10693    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lubbock\lubbock.c
10694    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lubbock\Makefile
10695    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lubbock\u-boot.lds
10696    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lwmon\config.mk
10697    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lwmon\flash.c
10698    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lwmon\lwmon.c
10699    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lwmon\Makefile
10700    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lwmon\README.keybd
10701    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lwmon\u-boot.lds
10702    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\lwmon\u-boot.lds.debug
10703    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\m5272c3\config.mk
10704    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\m5272c3\flash.c
10705    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\m5272c3\m5272c3.c
10706    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\m5272c3\Makefile
10707    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\m5272c3\u-boot.lds
10708    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\m5282evb\config.mk
10709    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\m5282evb\flash.c
10710    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\m5282evb\m5282evb.c
10711    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\m5282evb\Makefile
10712    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\m5282evb\u-boot.lds
10713    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE
10714    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator
10715    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\menu
10716    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\AmigaOneG3SE.c
10717    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\articiaS.c
10718    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\articiaS.h
10719    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\articiaS_pci.c
10720    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\board_asm_init.S
10721    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\cmd_boota.c
10722    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\config.mk
10723    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\enet.c
10724    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\flash.c
10725    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\flash_new.c
10726    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\i8259.c
10727    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\i8259.h
10728    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\interrupts.c
10729    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\macros.h
10730    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\Makefile
10731    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\memio.h
10732    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\memio.S
10733    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\memory_dump
10734    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\nvram.c
10735    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\ps2kbd.c
10736    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\ps2kbd.h
10737    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\serial.c
10738    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\short_types.h
10739    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\smbus.c
10740    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\smbus.h
10741    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\start.txt
10742    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\todo.txt
10743    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\u-boot.lds
10744    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\usb_uhci.c
10745    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\usb_uhci.h
10746    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\via686.c
10747    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\via686.h
10748    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\AmigaOneG3SE\video.c
10749    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\bios.c
10750    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\glue.c
```

```
10751   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech
10752   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech
10753   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\x86interface.c
10754   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin
10755   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux
10756   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include
10757   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib
10758   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs
10759   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src
10760   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc31-d16.bat
10761   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc45-c32.bat
10762   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc45-d16.bat
10763   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc45-d32.bat
10764   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc45-snp.bat
10765   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc45-tnt.bat
10766   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc45-vxd.bat
10767   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc45-w16.bat
10768   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc45-w32.bat
10769   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc50-c32.bat
10770   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc50-d16.bat
10771   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc50-d32.bat
10772   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc50-smx.bat
10773   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc50-snp.bat
10774   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc50-tnt.bat
10775   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc50-vxd.bat
10776   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc50-w16.bat
10777   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc50-w32.bat
10778   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bc50-x11.bat
10779   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bcb5-c32.bat
10780   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bcb5-d16.bat
10781   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bcb5-d32.bat
10782   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bcb5-smx.bat
10783   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bcb5-snp.bat
10784   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bcb5-tnt.bat
10785   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bcb5-vxd.bat
10786   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bcb5-w16.bat
10787   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bcb5-w32.bat
10788   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\bcb5-x11.bat
10789   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\build
10790   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\build.bat
10791   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\build_db.bat
10792   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\build_it.bat
10793   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\cddrv.bat
10794   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\cdit
10795   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\cdit.bat
10796   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\djgpp.env
10797   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\djgpp_db.env
10798   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\findint3.bat
10799   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\gcc-beos.sh
10800   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\gcc-freebsd.sh
10801   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\gcc-linux.sh
10802   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\gcc2-c32.bat
10803   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\gcc2-dos.bat
10804   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\gcc2-linux.bat
10805   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\gcc2-w32.bat
10806   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\makelib.bat
10807   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\meltobjs.sh
10808   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\ntddk.bat
10809   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\qnx4.sh
10810   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\qnxnto.sh
10811   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\set-vars-beos.sh
10812   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\set-vars-freebsd.sh
10813   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\set-vars-linux.sh
10814   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\set-vars-qnx.sh
10815   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\set-vars.bat
10816   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc40-c32.bat
10817   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc40-d16.bat
10818   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc40-drv9x.bat
10819   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc40-drvnt.bat
```

```
10820    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc40-snp.bat
10821    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc40-tnt.bat
10822    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc40-w16.bat
10823    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc40-w32.bat
10824    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc40-x11.bat
10825    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc50-c32.bat
10826    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc50-d16.bat
10827    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc50-drv9x.bat
10828    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc50-drvnt.bat
10829    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc50-rtt.bat
10830    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc50-snp.bat
10831    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc50-tnt.bat
10832    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc50-w16.bat
10833    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc50-w32.bat
10834    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc50-x11.bat
10835    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc60-c32.bat
10836    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc60-d16.bat
10837    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc60-drv9x.bat
10838    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc60-drvnt.bat
10839    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc60-drvw2k.bat
10840    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc60-snp.bat
10841    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc60-tnt.bat
10842    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc60-w16.bat
10843    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc60-w32.bat
10844    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\vc60-x11.bat
10845    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\w2kddk.bat
10846    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10-c32.bat
10847    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10-d16.bat
10848    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10-d32.bat
10849    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10-o16.bat
10850    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10-o32.bat
10851    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10-p32.bat
10852    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10-qnx.bat
10853    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10-snp.bat
10854    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10-tnt.bat
10855    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10-w16.bat
10856    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10-w32.bat
10857    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10-x11.bat
10858    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10ac32.bat
10859    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10ad16.bat
10860    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10ad32.bat
10861    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10ao16.bat
10862    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10ao32.bat
10863    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10ap32.bat
10864    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10asnp.bat
10865    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10atnt.bat
10866    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10aw16.bat
10867    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc10aw32.bat
10868    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc11-c32.bat
10869    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc11-d16.bat
10870    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc11-d32.bat
10871    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc11-o16.bat
10872    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc11-o32.bat
10873    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc11-p32.bat
10874    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc11-qnx.bat
10875    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc11-snp.bat
10876    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc11-tnt.bat
10877    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc11-w16.bat
10878    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc11-w32.bat
10879    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\wc11-x11.bat
10880    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin\win32sdk.bat
10881    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux\glibc
10882    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux\libc
10883    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux\glibc\dmake
10884    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux\glibc\k_cp
10885    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux\glibc\k_echo
10886    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux\glibc\k_rm
10887    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux\glibc\makedep
10888    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux\glibc\nasm
```

```
10889   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux\libc\ndisasm
10890   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux\glibc\trans
10891   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux\libc\dmake
10892   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux\libc\nasm
10893   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux\libc\ndisasm
10894   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\bin-linux\libc\trans
10895   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\biosemu.h
10896   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\event.h
10897   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\mtrr.h
10898   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\pcilib.h
10899   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\pmapi.h
10900   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\pmimp.h
10901   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\pmint.h
10902   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\pm_help.h
10903   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\pm_wctl.h
10904   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\scitech.h
10905   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\scitech.mac
10906   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\x86emu
10907   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\x86emu.h
10908   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\x86emu\fpu_regs.h
10909   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\x86emu\regs.h
10910   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\include\x86emu\types.h
10911   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\debug
10912   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\release
10913   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\debug\linux
10914   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc
10915   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\glibc
10916   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\glibc.
        so
10917   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\libc
10918   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\libc.s
        o
10919   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\glibc\
        readme.txt
10920   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\glibc.
        so\readme.txt
10921   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\libc\r
        eadme.txt
10922   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\libc.s
        o\readme.txt
10923   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\release\linux
10924   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\release\linux\gcc
10925   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\glib
        c
10926   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\glib
        c.so
10927   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\libc
10928   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\libc
        .so
10929   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\glib
        c\readme.txt
10930   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\glib
        c.so\readme.txt
10931   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\libc
        \readme.txt
10932   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\libc
        .so\readme.txt
10933   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\bc16.mk
10934   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\bc3.mk
10935   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\bc32.mk
10936   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\bcos2.mk
10937   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\cl16.mk
10938   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\cl386.mk
10939   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\common.mk
10940   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\emx.mk
10941   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\gcc_beos.mk
10942   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\gcc_dos.mk
10943   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\gcc_freebsd.mk
10944   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\gcc_linux.mk
```

```
10945  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\gcc_beos2.mk
10946  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\hc32.mk
10947  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\makedefs.prj
10948  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\qnx4.mk
10949  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\qnxnto.mk
10950  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules
10951  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\sc16.mk
10952  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\sc32.mk
10953  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\startup.mk
10954  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\va32.mk
10955  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\va365.mk
10956  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\vc16.mk
10957  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\vc32.mk
10958  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\wc16.mk
10959  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\wc32.mk
10960  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\bc16.mk
10961  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\bc3.mk
10962  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\bc32.mk
10963  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\bcos2.mk
10964  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\cl16.mk
10965  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\cl386.mk
10966  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\dj32.mk
10967  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\emx.mk
10968  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\gcc_beos.mk
10969  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\gcc_freebsd
       .mk
10970  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\gcc_linux.m
       k
10971  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\gcc_win32.m
       k
10972  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\hc32.mk
10973  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\qnx4.mk
10974  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\qnxnto.mk
10975  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\sc16.mk
10976  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\sc32.mk
10977  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\va32.mk
10978  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\va365.mk
10979  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\vc16.mk
10980  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\vc32.mk
10981  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\wc16.mk
10982  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\makedefs\rules\wc32.mk
10983  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\biosemu
10984  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common
10985  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm
10986  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios
10987  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu
10988  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\biosemu\besys.c
10989  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\biosemu\bios.c
10990  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\biosemu\biosemu.c
10991  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\biosemu\biosemui.h
10992  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\biosemu\makefile
10993  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\biosemu\makefile.cross
10994  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\biosemu\warmboot.c
10995  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\aabeos.c
10996  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\aados.c
10997  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\aalib.c
10998  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\aalinux.c
10999  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\aaos2.c
11000  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\aaqnx.c
11001  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\aartt.c
11002  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\aasmx.c
11003  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\aavxd.c
11004  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\aawin32.c
11005  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\agplib.c
11006  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\center.c
11007  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\cmdline.c
11008  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\gabeos.c
11009  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\gados.c
11010  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\galib.c
```

```
11011  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\gadrvflat.c
11012  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\gantdrv.c
11013  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\gaos2.c
11014  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\gaqnx.c
11015  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\gartt.c
11016  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\gasmx.c
11017  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\gavxd.c
11018  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\gawin32.c
11019  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\gtfcalc.c
11020  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\libcimp.c
11021  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\makefile
11022  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\peloader.c
11023  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\vesavbe.c
11024  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\_aa_imp.asm
11025  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\_gatimer.asm
11026  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\_ga_imp.asm
11027  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\common\_pm_imp.asm
11028  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\beos
11029  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\codepage
11030  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\common
11031  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\common.c
11032  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\cpuinfo.c
11033  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\debug.c
11034  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\dos
11035  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\event.c
11036  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\linux
11037  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\makefile
11038  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\ntdrv
11039  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\os2
11040  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\os2pm
11041  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\oshdr.h
11042  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\photon
11043  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\pm.vpw
11044  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\pmcommon.vpj
11045  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\pmdos.vpj
11046  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\pmlinux.vpj
11047  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\pmntdrv.vpj
11048  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\pmqnx.vpj
11049  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\pmvxd.vpj
11050  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\pmwin32.vpj
11051  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\qnx
11052  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\rttarget
11053  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\smx
11054  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\stub
11055  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests
11056  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vdd
11057  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vxd
11058  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\win32
11059  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\x11
11060  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\ztimer.c
11061  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\z_samples.vpj
11062  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\beos\cpuinfo.c
11063  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\beos\event.c
11064  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\beos\oshdr.h
11065  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\beos\pm.c
11066  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\beos\vflat.c
11067  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\beos\ztimer.c
11068  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\codepage\us_eng.c
11069  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\common\agp.c
11070  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\common\keyboard.c
11071  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\common\malloc.c
11072  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\common\mtrr.c
11073  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\common\pcilib.c
11074  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\common\unixio.c
11075  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\common\vgastate.c
11076  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\common\_cpuinfo.asm
11077  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\common\_dma.asm
11078  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\common\_int64.asm
11079  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\common\_joy.asm
```

```
11080   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\codepage\isorr.asm
11081   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\common\_pcihelp.asm
11082   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\dos\cpuinfo.c
11083   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\dos\event.c
11084   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\dos\oshdr.h
11085   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\dos\pm.c
11086   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\dos\pmdos.c
11087   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\dos\vflat.c
11088   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\dos\ztimer.c
11089   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\dos\_event.asm
11090   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\dos\_lztimer.asm
11091   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\dos\_pm.asm
11092   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\dos\_pmdos.asm
11093   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\dos\_vflat.asm
11094   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\linux\cpuinfo.c
11095   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\linux\event.c
11096   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\linux\event.svga
11097   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\linux\oshdr.h
11098   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\linux\pm.c
11099   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\linux\vflat.c
11100   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\linux\ztimer.c
11101   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\ntdrv\cpuinfo.c
11102   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\ntdrv\int86.c
11103   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\ntdrv\irq.c
11104   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\ntdrv\mem.c
11105   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\ntdrv\oshdr.h
11106   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\ntdrv\pm.c
11107   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\ntdrv\stdio.c
11108   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\ntdrv\stdlib.c
11109   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\ntdrv\vflat.c
11110   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\ntdrv\ztimer.c
11111   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\ntdrv\_irq.asm
11112   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\ntdrv\_pm.asm
11113   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\os2\cpuinfo.c
11114   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\os2\dossctl.obj
11115   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\os2\event.c
11116   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\os2\mon.h
11117   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\os2\oshdr.h
11118   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\os2\pm.c
11119   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\os2\vflat.c
11120   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\os2\ztimer.c
11121   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\os2\_pmos2.asm
11122   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\os2pm\event.c
11123   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\os2pm\oshdr.h
11124   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\photon\event.c
11125   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\photon\oshdr.h
11126   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\qnx\cpuinfo.c
11127   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\qnx\event.c
11128   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\qnx\mtrrqnx.c
11129   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\qnx\oshdr.h
11130   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\qnx\pm.c
11131   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\qnx\vflat.c
11132   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\qnx\ztimer.c
11133   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\qnx\_mtrrqnx.asm
11134   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\rttarget\cpuinfo.c
11135   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\rttarget\event.c
11136   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\rttarget\oshdr.h
11137   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\rttarget\pm.c
11138   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\rttarget\vflat.c
11139   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\rttarget\ztimer.c
11140   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\smx\cpuinfo.c
11141   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\smx\event.c
11142   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\smx\oshdr.h
11143   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\smx\pm.c
11144   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\smx\pmsmx.c
11145   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\smx\vflat.c
11146   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\smx\ztimer.c
11147   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\smx\_event.asm
11148   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\smx\_lztimer.asm
```

```
11149  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\smx\_pmsmx.asm
11150  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\smx\_pmsmx.asm
11151  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\smx\_vflat.asm
11152  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\stub\cpuinfo.c
11153  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\stub\event.c
11154  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\stub\oshdr.h
11155  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\stub\pm.c
11156  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\stub\vflat.c
11157  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\stub\ztimer.c
11158  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\altbrk.c
11159  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\altcrit.c
11160  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\biosptr.c
11161  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\block.c
11162  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\brk.c
11163  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\callreal.c
11164  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\checks.c
11165  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\cpu.c
11166  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\critical.c
11167  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\getch.c
11168  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\isvesa.c
11169  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\key.c
11170  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\key15.c
11171  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\memtest.c
11172  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\mouse.c
11173  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\restore.c
11174  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\rtc.c
11175  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\save.c
11176  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\showpci.c
11177  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\tick.c
11178  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\timerc.c
11179  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\timercpp.cpp
11180  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\uswc.c
11181  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\vftest.c
11182  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\tests\video.c
11183  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vdd\cpuinfo.c
11184  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vdd\fileio.c
11185  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vdd\oshdr.h
11186  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vdd\pm.c
11187  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vdd\vflat.c
11188  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vdd\ztimer.c
11189  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vxd\cpuinfo.c
11190  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vxd\fileio.c
11191  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vxd\oshdr.h
11192  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vxd\pm.c
11193  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vxd\vflat.c
11194  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vxd\ztimer.c
11195  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\vxd\_pm.asm
11196  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\win32\cpuinfo.c
11197  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\win32\ddraw.c
11198  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\win32\event.c
11199  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\win32\ntservc.c
11200  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\win32\oshdr.h
11201  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\win32\pm.c
11202  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\win32\vflat.c
11203  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\win32\ztimer.c
11204  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\win32\_pmwin32.asm
11205  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\x11\event.c
11206  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\pm\x11\oshdr.h
11207  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\AsmMacros.h
11208  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\awk.scr
11209  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\cbios.c
11210  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\command.c
11211  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\console.c
11212  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\debug.h
11213  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\happy_cards
11214  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\hexdump
11215  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\int.c
11216  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\io.c
11217  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\lex.l
```

| | |
|---|---|
| 11218 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\makefile.am |
| 11219 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\makefile.linux |
| 11220 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\mem.c |
| 11221 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\parser.y |
| 11222 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\pci.c |
| 11223 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\pci.h |
| 11224 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\README |
| 11225 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\v86.c |
| 11226 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\v86bios.c |
| 11227 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\v86bios.h |
| 11228 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\working_cards |
| 11229 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\v86bios\x86emu.c |
| 11230 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\debug.c |
| 11231 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\decode.c |
| 11232 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\fpu.c |
| 11233 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\LICENSE |
| 11234 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\makefile |
| 11235 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\makefile.cross |
| 11236 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\makefile.linux |
| 11237 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\makefile.uboot |
| 11238 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\ops.c |
| 11239 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\ops2.c |
| 11240 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\prim_ops.c |
| 11241 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\sys.c |
| 11242 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\validate.c |
| 11243 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\x86emu |
| 11244 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\debug.h |
| 11245 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\decode.h |
| 11246 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\fpu.h |
| 11247 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\ops.h |
| 11248 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\prim_asm.h |
| 11249 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\prim_ops.h |
| 11250 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\x86emui.h |
| 11251 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\menu\cmd_menu.c |
| 11252 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\menu\menu.c |
| 11253 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\MAI\menu\menu.h |
| 11254 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common |
| 11255 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64360 |
| 11256 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64460 |
| 11257 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\include |
| 11258 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common\bootseq.txt |
| 11259 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common\ecctest.c |
| 11260 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common\flash.c |
| 11261 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common\i2c.c |
| 11262 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common\i2c.h |
| 11263 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common\intel_flash.c |
| 11264 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common\intel_flash.h |
| 11265 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common\memory.c |
| 11266 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common\misc.S |
| 11267 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common\ns16550.c |
| 11268 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common\ns16550.h |
| 11269 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common\ppc_error_no.h |
| 11270 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common\serial.c |
| 11271 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\common\serial.h |
| 11272 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64360\64360.h |
| 11273 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64360\config.mk |
| 11274 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64360\db64360.c |
| 11275 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64360\eth.h |
| 11276 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64360\Makefile |
| 11277 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64360\mpsc.c |
| 11278 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64360\mpsc.h |
| 11279 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64360\mv_eth.c |
| 11280 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64360\mv_eth.h |
| 11281 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64360\mv_regs.h |
| 11282 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64360\pci.c |
| 11283 | GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64360\sdram_init.c |

```
11284  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64460\64460.h
11285  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64460\64460.h
11286  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64460\config.mk
11287  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64460\db64460.c
11288  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64460\eth.h
11289  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64460\Makefile
11290  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64460\mpsc.c
11291  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64460\mpsc.h
11292  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64460\mv_eth.c
11293  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64460\mv_eth.h
11294  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64460\mv_regs.h
11295  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64460\pci.c
11296  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64460\sdram_init.c
11297  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\db64460\u-boot.lds
11298  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\include\core.h
11299  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\include\memory.h
11300  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\include\mv_gen_reg.h
11301  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\Marvell\include\pci.h
11302  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mbx8xx\config.mk
11303  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mbx8xx\csr.h
11304  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mbx8xx\dimm.h
11305  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mbx8xx\flash.c
11306  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mbx8xx\Makefile
11307  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mbx8xx\mbx8xx.c
11308  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mbx8xx\u-boot.lds
11309  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mbx8xx\u-boot.lds.debug
11310  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mbx8xx\vpd.c
11311  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mbx8xx\vpd.h
11312  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mcc200\config.mk
11313  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mcc200\Makefile
11314  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mcc200\mcc200.c
11315  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mcc200\mt46v16m16-75.h
11316  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mcc200\mt48lc16m16a2-75.h
11317  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mcc200\mt48lc8m32b2-6-7.h
11318  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mcc200\u-boot.lds
11319  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ml2\config.mk
11320  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ml2\flash.c
11321  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ml2\init.S
11322  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ml2\Makefile
11323  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ml2\ml2.c
11324  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ml2\serial.c
11325  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ml2\u-boot.lds
11326  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ml2\u-boot.lds.debug
11327  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\modnet50\config.mk
11328  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\modnet50\flash.c
11329  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\modnet50\lowlevel_init.S
11330  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\modnet50\Makefile
11331  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\modnet50\modnet50.c
11332  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\modnet50\u-boot.lds
11333  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mousse\config.mk
11334  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mousse\flash.c
11335  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mousse\flash.h
11336  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mousse\m48t59y.c
11337  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mousse\m48t59y.h
11338  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mousse\Makefile
11339  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mousse\mousse.c
11340  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mousse\mousse.h
11341  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mousse\pci.c
11342  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mousse\README
11343  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mousse\u-boot.lds
11344  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mousse\u-boot.lds.ram
11345  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mousse\u-boot.lds.rom
11346  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mp2usb\config.mk
11347  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mp2usb\flash.c
11348  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mp2usb\Makefile
11349  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mp2usb\mp2usb.c
11350  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mp2usb\u-boot.lds
11351  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8260ads\config.mk
11352  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8260ads\flash.c
```

```
11353    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8260ads\mpc8260ads.c
11354    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8260ads\u-boot.lds
11355    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8266ads\config.mk
11356    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8266ads\flash.c
11357    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8266ads\Makefile
11358    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8266ads\mpc8266ads.c
11359    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8266ads\u-boot.lds
11360    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8349ads\config.mk
11361    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8349ads\Makefile
11362    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8349ads\mpc8349ads.c
11363    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8349ads\pci.c
11364    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8349ads\u-boot.lds
11365    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8349emds\config.mk
11366    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8349emds\Makefile
11367    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8349emds\mpc8349emds.c
11368    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8349emds\u-boot.lds
11369    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8540ads\config.mk
11370    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8540ads\init.S
11371    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8540ads\Makefile
11372    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8540ads\mpc8540ads.c
11373    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8540ads\u-boot.lds
11374    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8540eval\config.mk
11375    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8540eval\flash.c
11376    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8540eval\init.S
11377    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8540eval\Makefile
11378    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8540eval\mpc8540eval.c
11379    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8540eval\u-boot.lds
11380    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8560ads\config.mk
11381    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8560ads\init.S
11382    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8560ads\Makefile
11383    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8560ads\mpc8560ads.c
11384    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpc8560ads\u-boot.lds
11385    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\common
11386    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\mip405
11387    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pati
11388    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pip405
11389    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\vcma9
11390    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\common\common_util.c
11391    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\common\common_util.h
11392    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\common\flash.c
11393    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\common\isa.c
11394    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\common\isa.h
11395    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\common\kbd.c
11396    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\common\kbd.h
11397    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\common\memtst.c
11398    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\common\pci.c
11399    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\common\pci_parts.h
11400    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\common\piix4_pci.h
11401    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\common\usb_uhci.c
11402    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\common\usb_uhci.h
11403    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\mip405\cmd_mip405.c
11404    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\mip405\config.mk
11405    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\mip405\init.S
11406    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\mip405\Makefile
11407    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\mip405\mip405.c
11408    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\mip405\mip405.h
11409    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\mip405\u-boot.lds
11410    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pati\cmd_pati.c
11411    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pati\config.mk
11412    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pati\Makefile
11413    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pati\pati.c
11414    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pati\pati.h
11415    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pati\pci_eeprom.h
11416    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pati\plx9056.h
11417    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pati\u-boot.lds
11418    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pip405\cmd_pip405.c
11419    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pip405\config.mk
11420    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pip405\init.S
```

```
11422    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pip405\pip405.c
11423    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pip405\pip405.h
11424    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pip405\u-boot.lds
11425    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\pip405\u-boot.lds.debug
11426    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\vcma9\cmd_vcma9.c
11427    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\vcma9\config.mk
11428    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\vcma9\flash.c
11429    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\vcma9\lowlevel_init.S
11430    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\vcma9\Makefile
11431    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\vcma9\u-boot.lds
11432    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\vcma9\vcma9.c
11433    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mpl\vcma9\vcma9.h
11434    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\musenki\config.mk
11435    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\musenki\flash.c
11436    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\musenki\Makefile
11437    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\musenki\musenki.c
11438    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\musenki\README
11439    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\musenki\u-boot.lds
11440    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mvblue\config.mk
11441    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mvblue\flash.c
11442    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mvblue\Makefile
11443    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mvblue\mvblue.c
11444    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mvblue\u-boot.lds
11445    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mvs1\config.mk
11446    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mvs1\flash.c
11447    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mvs1\Makefile
11448    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mvs1\mvs1.c
11449    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mvs1\README
11450    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mvs1\u-boot.lds
11451    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mvs1\u-boot.lds.debug
11452    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1ads\config.mk
11453    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1ads\lowlevel_init.S
11454    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1ads\Makefile
11455    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1ads\mx1ads.c
11456    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1ads\syncflash.c
11457    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1ads\u-boot.lds
11458    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1fs2\config.mk
11459    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1fs2\flash.c
11460    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1fs2\intel.h
11461    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1fs2\lowlevel_init.S
11462    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1fs2\Makefile
11463    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1fs2\mx1fs2.c
11464    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\mx1fs2\u-boot.lds
11465    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\nc650\config.mk
11466    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\nc650\flash.c
11467    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\nc650\Makefile
11468    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\nc650\nc650.c
11469    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\nc650\u-boot.lds
11470    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\nc650\u-boot.lds.debug
11471    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netphone\config.mk
11472    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netphone\flash.c
11473    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netphone\Makefile
11474    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netphone\netphone.c
11475    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netphone\phone_console.c
11476    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netphone\u-boot.lds
11477    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netphone\u-boot.lds.debug
11478    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar\config.mk
11479    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar\crcek.h
11480    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar\crcek.S
11481    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar\crcit
11482    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar\crcit.c
11483    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar\eeprom.c
11484    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar\eeprom.lds
11485    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar\eeprom_start.S
11486    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar\flash.c
11487    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar\Makefile
11488    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar\nand.c
11489    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar\netstar.c
```

```
11491    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar\u-boot.lds
11492    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netstar\u-boot.lds
11493    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta\codec.c
11494    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta\config.mk
11495    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta\dsp.c
11496    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta\flash.c
11497    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta\Makefile
11498    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta\netta.c
11499    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta\u-boot.lds
11500    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta\u-boot.lds.debug
11501    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta2\config.mk
11502    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta2\flash.c
11503    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta2\Makefile
11504    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta2\netta2.c
11505    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta2\u-boot.lds
11506    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netta2\u-boot.lds.debug
11507    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netvia\config.mk
11508    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netvia\flash.c
11509    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netvia\Makefile
11510    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netvia\netvia.c
11511    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netvia\u-boot.lds
11512    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\netvia\u-boot.lds.debug
11513    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ns9750dev\config.mk
11514    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ns9750dev\flash.c
11515    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ns9750dev\led.c
11516    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ns9750dev\lowlevel_init.S
11517    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ns9750dev\Makefile
11518    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ns9750dev\ns9750dev.c
11519    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ns9750dev\u-boot.lds
11520    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\nx823\config.mk
11521    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\nx823\flash.c
11522    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\nx823\Makefile
11523    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\nx823\nx823.c
11524    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\nx823\u-boot.lds
11525    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\nx823\u-boot.lds.debug
11526    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\o2dnt\config.mk
11527    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\o2dnt\flash.c
11528    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\o2dnt\Makefile
11529    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\o2dnt\o2dnt.c
11530    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\o2dnt\u-boot.lds
11531    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap1510inn\config.mk
11532    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap1510inn\lowlevel_init.S
11533    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap1510inn\Makefile
11534    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap1510inn\omap1510innovator.c
11535    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap1510inn\u-boot.lds
11536    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap1610inn\config.mk
11537    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap1610inn\flash.c
11538    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap1610inn\lowlevel_init.S
11539    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap1610inn\Makefile
11540    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap1610inn\omap1610innovator.c
11541    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap1610inn\u-boot.lds
11542    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap2420h4\config.mk
11543    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap2420h4\flash.c
11544    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap2420h4\lowlevel_init.S
11545    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap2420h4\Makefile
11546    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap2420h4\mem.c
11547    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap2420h4\omap2420h4.c
11548    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap2420h4\sys_info.c
11549    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap2420h4\u-boot.lds
11550    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap5912osk\config.mk
11551    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap5912osk\lowlevel_init.S
11552    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap5912osk\Makefile
11553    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap5912osk\omap5912osk.c
11554    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap5912osk\u-boot.lds
11555    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap730p2\config.mk
11556    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap730p2\flash.c
11557    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap730p2\lowlevel_init.S
11558    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap730p2\Makefile
11559    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\omap730p2\omap730p2.c
```

```
11560  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\oxc\config.mk
11561  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\oxc\config.mk
11562  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\oxc\flash.c
11563  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\oxc\Makefile
11564  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\oxc\oxc.c
11565  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\oxc\u-boot.lds
11566  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pb1x00\config.mk
11567  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pb1x00\flash.c
11568  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pb1x00\Makefile
11569  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pb1x00\memsetup.S
11570  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pb1x00\pb1x00.c
11571  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pb1x00\README
11572  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pb1x00\u-boot.lds
11573  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\config.mk
11574  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\cpc710.h
11575  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\cpc710_init_ram.c
11576  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\cpc710_pci.c
11577  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\cpc710_pci.h
11578  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\flash.c
11579  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\fpga_serial.c
11580  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\fpga_serial.h
11581  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\hardware.h
11582  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\i2c.c
11583  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\i2c.h
11584  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\Makefile
11585  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\ns16550.h
11586  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\pcippc2.c
11587  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\pcippc2.h
11588  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\pcippc2_fpga.c
11589  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\pcippc2_fpga.h
11590  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\sconsole.c
11591  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\sconsole.h
11592  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pcippc2\u-boot.lds
11593  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pleb2\config.mk
11594  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pleb2\flash.c
11595  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pleb2\lowlevel_init.S
11596  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pleb2\Makefile
11597  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pleb2\pleb2.c
11598  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pleb2\u-boot.lds
11599  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm520\config.mk
11600  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm520\flash.c
11601  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm520\Makefile
11602  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm520\mt46v16m16-75.h
11603  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm520\mt48lc16m16a2-75.h
11604  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm520\pm520.c
11605  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm520\u-boot.lds
11606  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm826\config.mk
11607  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm826\flash.c
11608  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm826\Makefile
11609  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm826\pm826.c
11610  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm826\u-boot.lds
11611  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm828\config.mk
11612  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm828\flash.c
11613  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm828\Makefile
11614  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm828\pm828.c
11615  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm828\u-boot.lds
11616  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm854\config.mk
11617  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm854\init.S
11618  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm854\Makefile
11619  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm854\pm854.c
11620  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm854\u-boot.lds
11621  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm856\config.mk
11622  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm856\init.S
11623  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm856\Makefile
11624  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm856\pm856.c
11625  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pm856\u-boot.lds
11626  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pn62\cmd_pn62.c
11627  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pn62\config.mk
11628  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pn62\Makefile
```

```
11629   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pn62\pn62.c
11630   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pn62\pn62.c
11631   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pn62\pn62.h
11632   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pn62\u-boot.lds
11633   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ppmc8260\config.mk
11634   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ppmc8260\Makefile
11635   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ppmc8260\ppmc8260.c
11636   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ppmc8260\strataflash.c
11637   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ppmc8260\u-boot.lds
11638   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\prodrive\p3p440
11639   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\prodrive\p3p440\config.mk
11640   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\prodrive\p3p440\init.S
11641   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\prodrive\p3p440\Makefile
11642   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\prodrive\p3p440\p3p440.c
11643   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\prodrive\p3p440\p3p440.h
11644   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\prodrive\p3p440\u-boot.lds
11645   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\psyent\common
11646   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\psyent\pci5441
11647   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\psyent\pk1c20
11648   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\psyent\common\AMDLV065D.c
11649   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\psyent\pci5441\config.mk
11650   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\psyent\pci5441\Makefile
11651   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\psyent\pci5441\pci5441.c
11652   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\psyent\pci5441\u-boot.lds
11653   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\psyent\pk1c20\config.mk
11654   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\psyent\pk1c20\led.c
11655   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\psyent\pk1c20\Makefile
11656   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\psyent\pk1c20\pk1c20.c
11657   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\psyent\pk1c20\u-boot.lds
11658   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\purple\config.mk
11659   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\purple\flash.c
11660   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\purple\lowlevel_init.S
11661   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\purple\Makefile
11662   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\purple\purple.c
11663   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\purple\sconsole.c
11664   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\purple\sconsole.h
11665   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\purple\u-boot.lds
11666   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pxa255_idp\config.mk
11667   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pxa255_idp\idp_notes.txt
11668   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pxa255_idp\Makefile
11669   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pxa255_idp\memsetup.S
11670   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pxa255_idp\pxa_idp.c
11671   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pxa255_idp\pxa_reg_calcs.out
11672   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pxa255_idp\pxa_reg_calcs.py
11673   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pxa255_idp\README
11674   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\pxa255_idp\u-boot.lds
11675   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\quantum\config.mk
11676   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\quantum\fpga.c
11677   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\quantum\fpga.h
11678   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\quantum\Makefile
11679   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\quantum\quantum.c
11680   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\quantum\u-boot.lds
11681   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\quantum\u-boot.lds.debug
11682   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\r360mpi\config.mk
11683   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\r360mpi\flash.c
11684   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\r360mpi\Makefile
11685   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\r360mpi\r360mpi.c
11686   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\r360mpi\u-boot.lds
11687   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rattler\config.mk
11688   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rattler\Makefile
11689   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rattler\rattler.c
11690   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rattler\u-boot.lds
11691   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rbc823\config.mk
11692   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rbc823\flash.c
11693   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rbc823\kbd.c
11694   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rbc823\Makefile
11695   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rbc823\rbc823.c
11696   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rbc823\u-boot.lds
11697   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rmu\config.mk
```

```
11698   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rmu\Makefile
11699   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rmu\Makefile
11700   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rmu\rmu.c
11701   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rmu\u-boot.lds
11702   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rmu\u-boot.lds.debug
11703   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXClassic\config.mk
11704   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXClassic\eccx.c
11705   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXClassic\flash.c
11706   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXClassic\Makefile
11707   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXClassic\RPXClassic.c
11708   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXClassic\u-boot.lds
11709   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXClassic\u-boot.lds.debug
11710   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite\config.mk
11711   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite\flash.c
11712   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite\Makefile
11713   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite\RPXlite.c
11714   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite\u-boot.lds
11715   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite\u-boot.lds.debug
11716   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite_dw\config.mk
11717   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite_dw\flash.c
11718   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite_dw\Makefile
11719   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite_dw\README
11720   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite_dw\RPXlite_dw.c
11721   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite_dw\u-boot.lds
11722   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RPXlite_dw\u-boot.lds.debug
11723   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rpxsuper\config.mk
11724   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rpxsuper\flash.c
11725   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rpxsuper\Makefile
11726   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rpxsuper\mii_phy.c
11727   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rpxsuper\readme
11728   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rpxsuper\rpxsuper.c
11729   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rpxsuper\rpxsuper.h
11730   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rpxsuper\u-boot.lds
11731   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RRvision\config.mk
11732   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RRvision\flash.c
11733   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RRvision\Makefile
11734   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RRvision\RRvision.c
11735   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RRvision\u-boot.lds
11736   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\RRvision\video_ad7179.h
11737   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rsdproto\config.mk
11738   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rsdproto\flash.c
11739   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rsdproto\flash_asm.S
11740   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rsdproto\Makefile
11741   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rsdproto\rsdproto.c
11742   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\rsdproto\u-boot.lds
11743   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sacsng\clkinit.c
11744   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sacsng\clkinit.h
11745   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sacsng\config.mk
11746   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sacsng\flash.c
11747   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sacsng\ioconfig.h
11748   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sacsng\Makefile
11749   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sacsng\sacsng.c
11750   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sacsng\u-boot.lds
11751   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\common
11752   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\karef
11753   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\metrobox
11754   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\common\flash.c
11755   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\common\ppc440gx_i2c.c
11756   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\common\ppc440gx_i2c.h
11757   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\common\sb_common.c
11758   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\common\sb_common.h
11759   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\karef\config.mk
11760   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\karef\hal_ka_of_auto.h
11761   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\karef\hal_ka_sc_auto.h
11762   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\karef\init.S
11763   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\karef\karef.c
11764   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\karef\karef.h
11765   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\karef\karef_version.h
11766   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\karef\Makefile
```

```
11767   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\karef\config.mk
11768   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\karef\u-boot.lds.debug
11769   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\metrobox\config.mk
11770   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\metrobox\hal_xc_auto.h
11771   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\metrobox\init.S
11772   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\metrobox\Makefile
11773   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\metrobox\metrobox.c
11774   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\metrobox\metrobox.h
11775   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\metrobox\metrobox_version.h
11776   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\metrobox\u-boot.lds
11777   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandburst\metrobox\u-boot.lds.debug
11778   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandpoint\config.mk
11779   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandpoint\dinkdl
11780   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandpoint\early_init.S
11781   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandpoint\flash.c
11782   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandpoint\Makefile
11783   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandpoint\README
11784   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandpoint\sandpoint.c
11785   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandpoint\speed.h
11786   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sandpoint\u-boot.lds
11787   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc405\config.mk
11788   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc405\Makefile
11789   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc405\sbc405.c
11790   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc405\strataflash.c
11791   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc405\u-boot.lds
11792   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8240\config.mk
11793   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8240\flash.c
11794   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8240\Makefile
11795   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8240\README
11796   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8240\sbc8240.c
11797   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8240\u-boot.lds
11798   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8260\config.mk
11799   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8260\flash.c
11800   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8260\Makefile
11801   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8260\sbc8260.c
11802   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8260\u-boot.lds
11803   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8560\config.mk
11804   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8560\init.S
11805   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8560\Makefile
11806   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8560\sbc8560.c
11807   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sbc8560\u-boot.lds
11808   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_cdp\config.mk
11809   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_cdp\flash.c
11810   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_cdp\flash_old.c
11811   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_cdp\Makefile
11812   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_cdp\sc520_cdp.c
11813   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_cdp\sc520_cdp_asm.S
11814   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_cdp\sc520_cdp_asm16.S
11815   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_cdp\u-boot.lds
11816   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_spunk\config.mk
11817   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_spunk\flash.c
11818   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_spunk\Makefile
11819   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_spunk\sc520_spunk.c
11820   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_spunk\sc520_spunk_asm.S
11821   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_spunk\sc520_spunk_asm16.S
11822   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sc520_spunk\u-boot.lds
11823   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\scb9328\config.mk
11824   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\scb9328\flash.c
11825   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\scb9328\intel.h
11826   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\scb9328\lowlevel_init.S
11827   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\scb9328\Makefile
11828   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\scb9328\scb9328.c
11829   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\scb9328\u-boot.lds
11830   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\shannon\config.mk
11831   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\shannon\flash.c
11832   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\shannon\inferno.header
11833   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\shannon\lowlevel_init.S
11834   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\shannon\Makefile
11835   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\shannon\shannon.c
```

```
11836   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\common\pinconfig.h ctlr.con
11837   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\CCM
11838   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\common
11839   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\IAD210
11840   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\pcu_e
11841   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\SCM
11842   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\CCM\ccm.c
11843   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\CCM\config.mk
11844   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\CCM\flash.c
11845   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\CCM\fpga_ccm.c
11846   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\CCM\Makefile
11847   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\CCM\u-boot.lds
11848   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\CCM\u-boot.lds.debug
11849   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\common\fpga.c
11850   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\common\fpga.h
11851   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\common\README
11852   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\IAD210\atm.c
11853   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\IAD210\atm.h
11854   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\IAD210\config.mk
11855   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\IAD210\flash.c
11856   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\IAD210\IAD210.c
11857   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\IAD210\Makefile
11858   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\IAD210\u-boot.lds
11859   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\pcu_e\config.mk
11860   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\pcu_e\flash.c
11861   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\pcu_e\Makefile
11862   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\pcu_e\pcu_e.c
11863   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\pcu_e\u-boot.lds
11864   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\pcu_e\u-boot.lds.debug
11865   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\SCM\config.mk
11866   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\SCM\flash.c
11867   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\SCM\fpga_scm.c
11868   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\SCM\Makefile
11869   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\SCM\scm.c
11870   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\SCM\scm.h
11871   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\siemens\SCM\u-boot.lds
11872   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sixnet\config.mk
11873   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sixnet\flash.c
11874   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sixnet\fpgadata.c
11875   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sixnet\Makefile
11876   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sixnet\sixnet.c
11877   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sixnet\sixnet.h
11878   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sixnet\u-boot.lds
11879   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sl8245\config.mk
11880   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sl8245\flash.c
11881   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sl8245\Makefile
11882   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sl8245\sl8245.c
11883   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sl8245\u-boot.lds
11884   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\smdk2400\config.mk
11885   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\smdk2400\flash.c
11886   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\smdk2400\lowlevel_init.S
11887   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\smdk2400\Makefile
11888   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\smdk2400\smdk2400.c
11889   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\smdk2400\u-boot.lds
11890   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\smdk2410\config.mk
11891   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\smdk2410\flash.c
11892   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\smdk2410\lowlevel_init.S
11893   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\smdk2410\Makefile
11894   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\smdk2410\smdk2410.c
11895   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\smdk2410\u-boot.lds
11896   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\snmc\qs850
11897   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\snmc\qs860t
11898   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\snmc\qs850\config.mk
11899   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\snmc\qs850\flash.c
11900   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\snmc\qs850\Makefile
11901   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\snmc\qs850\qs850.c
11902   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\snmc\qs850\u-boot.lds
11903   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\snmc\qs860t\config.mk
11904   GPL.UBNT.v6.1.7\uboot\uboot-xm\board\snmc\qs860t\flash.c
```

```
11905  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\snmc\qs860t\qs850t.h
11906  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\snmc\qs860t\qs860t.c
11907  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\snmc\qs860t\u-boot.lds
11908  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sorcery\config.mk
11909  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sorcery\Makefile
11910  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sorcery\sorcery.c
11911  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sorcery\u-boot.lds
11912  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\spd8xx\config.mk
11913  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\spd8xx\flash.c
11914  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\spd8xx\Makefile
11915  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\spd8xx\spd8xx.c
11916  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\spd8xx\u-boot.lds
11917  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\spd8xx\u-boot.lds.debug
11918  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ssv\adnpesc1
11919  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ssv\common
11920  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ssv\adnpesc1\adnpesc1.c
11921  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ssv\adnpesc1\config.mk
11922  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ssv\adnpesc1\flash.c
11923  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ssv\adnpesc1\Makefile
11924  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ssv\adnpesc1\misc.c
11925  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ssv\adnpesc1\u-boot.lds
11926  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ssv\adnpesc1\vectors.S
11927  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ssv\common\cmd_sled.c
11928  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ssv\common\flash.c
11929  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ssv\common\post.c
11930  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\ssv\common\wd_pio.c
11931  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stamp\config.mk
11932  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stamp\Makefile
11933  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stamp\stamp.c
11934  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stamp\stamp.h
11935  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stamp\u-boot.lds
11936  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stxgp3\config.mk
11937  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stxgp3\flash.c
11938  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stxgp3\init.S
11939  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stxgp3\Makefile
11940  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stxgp3\stxgp3.c
11941  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stxgp3\u-boot.lds
11942  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stxxtc\config.mk
11943  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stxxtc\Makefile
11944  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stxxtc\oftree.dts
11945  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stxxtc\stxxtc.c
11946  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stxxtc\u-boot.lds
11947  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\stxxtc\u-boot.lds.debug
11948  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\svm_sc8xx\config.mk
11949  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\svm_sc8xx\flash.c
11950  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\svm_sc8xx\Makefile
11951  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\svm_sc8xx\svm_sc8xx.c
11952  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\svm_sc8xx\u-boot.lds
11953  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\svm_sc8xx\u-boot.lds.debug
11954  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sxl\config.mk
11955  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sxl\lowlevel_init.S
11956  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sxl\Makefile
11957  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sxl\sxl.c
11958  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\sxl\u-boot.lds
11959  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tb0229\config.mk
11960  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tb0229\flash.c
11961  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tb0229\lowlevel_init.S
11962  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tb0229\Makefile
11963  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tb0229\tb0229.c
11964  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tb0229\u-boot.lds
11965  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tb0229\vr4131-pci.c
11966  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\total5200\config.mk
11967  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\total5200\Makefile
11968  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\total5200\mt48lc16m16a2-75.h
11969  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\total5200\mt48lc32m16a2-75.h
11970  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\total5200\sdram.c
11971  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\total5200\sdram.h
11972  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\total5200\total5200.c
11973  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\total5200\u-boot.lds
```

```
11974    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm5200\config.mk
11975    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm5200\config.mk
11976    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm5200\flash.c
11977    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm5200\Makefile
11978    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm5200\mt48lc16m16a2-75.h
11979    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm5200\tqm5200.c
11980    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm5200\u-boot.lds
11981    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm8260\config.mk
11982    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm8260\flash.c
11983    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm8260\Makefile
11984    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm8260\tqm8260.c
11985    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm8260\u-boot.lds
11986    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm834x\config.mk
11987    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm834x\Makefile
11988    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm834x\pci.c
11989    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm834x\tqm834x.c
11990    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm834x\u-boot.lds
11991    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm85xx\config.mk
11992    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm85xx\init.S
11993    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm85xx\Makefile
11994    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm85xx\sdram.c
11995    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm85xx\tqm85xx.c
11996    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm85xx\u-boot.lds
11997    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm8xx\config.mk
11998    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm8xx\flash.c
11999    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm8xx\load_sernum_ethaddr.c
12000    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm8xx\Makefile
12001    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm8xx\tqm8xx.c
12002    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm8xx\u-boot.lds
12003    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\tqm8xx\u-boot.lds.debug
12004    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\auto_update.c
12005    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\cmd_trab.c
12006    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\config.mk
12007    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\flash.c
12008    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\lowlevel_init.S
12009    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\Makefile
12010    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\memory.c
12011    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\Pt1000_temp_data.h
12012    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\README.kbd
12013    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\rs485.c
12014    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\rs485.h
12015    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\trab.c
12016    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\trab_fkt.c
12017    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\tsc2000.c
12018    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\tsc2000.h
12019    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\u-boot.lds
12020    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\trab\vfd.c
12021    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\uc100\config.mk
12022    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\uc100\Makefile
12023    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\uc100\u-boot.lds
12024    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\uc100\u-boot.lds.debug
12025    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\uc100\uc100.c
12026    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\utx8245\config.mk
12027    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\utx8245\flash.c
12028    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\utx8245\Makefile
12029    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\utx8245\u-boot.lds
12030    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\utx8245\utx8245.c
12031    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\v37\config.mk
12032    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\v37\flash.c
12033    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\v37\Makefile
12034    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\v37\u-boot.lds
12035    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\v37\v37.c
12036    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\versatile\config.mk
12037    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\versatile\flash.c
12038    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\versatile\lowlevel_init.S
12039    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\versatile\Makefile
12040    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\versatile\split_by_variant.sh
12041    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\versatile\u-boot.lds
12042    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\versatile\versatile.c
```

```
12043  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\voiceblue\eeprom.c
12044  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\voiceblue\eeprom.c
12045  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\voiceblue\eeprom.lds
12046  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\voiceblue\eeprom_start.S
12047  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\voiceblue\Makefile
12048  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\voiceblue\setup.S
12049  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\voiceblue\u-boot.lds
12050  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\voiceblue\voiceblue.c
12051  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\cmd_vpd.c
12052  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\config.mk
12053  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\errors.h
12054  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\flash.c
12055  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\fpga.c
12056  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\fsboot.c
12057  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\init.S
12058  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\Makefile
12059  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\post1.S
12060  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\post2.c
12061  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\u-boot.lds
12062  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\u-boot.lds.debug
12063  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\vpd.c
12064  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\vpd.h
12065  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\w7o.c
12066  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\w7o.h
12067  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\w7o\watchdog.c
12068  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\wepep250\config.mk
12069  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\wepep250\flash.c
12070  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\wepep250\intel.h
12071  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\wepep250\lowlevel_init.S
12072  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\wepep250\Makefile
12073  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\wepep250\u-boot.lds
12074  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\wepep250\wepep250.c
12075  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\westel\amx860
12076  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\westel\amx860\amx860.c
12077  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\westel\amx860\config.mk
12078  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\westel\amx860\flash.c
12079  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\westel\amx860\Makefile
12080  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\westel\amx860\u-boot.lds
12081  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\westel\amx860\u-boot.lds.debug
12082  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xaeniax\config.mk
12083  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xaeniax\flash.c
12084  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xaeniax\lowlevel_init.S
12085  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xaeniax\Makefile
12086  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xaeniax\u-boot.lds
12087  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xaeniax\xaeniax.c
12088  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common
12089  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\ml300
12090  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_enet
12091  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_iic
12092  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xbasic_types.c
12093  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xbasic_types.h
12094  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xbuf_descriptor.h
12095  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xdma_channel.c
12096  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xdma_channel.h
12097  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xdma_channel_i.h
12098  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xdma_channel_sg.c
12099  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xio.h
12100  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xipif_v1_23_b.c
12101  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xipif_v1_23_b.h
12102  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xpacket_fifo_v1_00_b.c
12103  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xpacket_fifo_v1_00_b.h
12104  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xstatus.h
12105  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xversion.c
12106  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\common\xversion.h
12107  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\ml300\config.mk
12108  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\ml300\init.S
12109  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\ml300\Makefile
12110  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\ml300\ml300.c
12111  GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\ml300\serial.c
```

```
12112    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\ml300\u-boot.lds
12113    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\ml300\u-boot.lds.debug
12114    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\ml300\xparameters.h
12115    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\ml300\sw_services\uboot_v1_00_a
12116    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\ml300\sw_services\uboot_v1_00_a\data
12117    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\ml300\sw_services\uboot_v1_00_a\data\Ltypes
12118    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\ml300\sw_services\uboot_v1_00_a\data\uboot_v2
12119    _1_0.mld
         GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\ml300\sw_services\uboot_v1_00_a\data\uboot_v2
12120    _1_0.tcl
12121    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_enet\emac_adapter.c
12122    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_enet\xemac.c
12123    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_enet\xemac.h
12124    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_enet\xemac_g.c
12125    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_enet\xemac_i.h
12126    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_enet\xemac_intr.c
12127    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_enet\xemac_intr_dma.c
12128    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_enet\xemac_l.h
12129    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_enet\xemac_options.c
12130    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_enet\xemac_polled.c
12131    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_iic\iic_adapter.c
12132    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_iic\xiic_l.c
12133    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xilinx\xilinx_iic\xiic_l.h
12134    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xm250\config.mk
12135    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xm250\flash.c
12136    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xm250\lowlevel_init.S
12137    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xm250\Makefile
12138    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xm250\u-boot.lds
12139    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xm250\xm250.c
12140    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xpedite1k\config.mk
12141    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xpedite1k\flash.c
12142    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xpedite1k\init.S
12143    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xpedite1k\Makefile
12144    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xpedite1k\u-boot.lds
12145    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xpedite1k\u-boot.lds.debug
12146    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xpedite1k\xpedite1k.c
12147    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xsengine\config.mk
12148    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xsengine\flash.c
12149    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xsengine\lowlevel_init.S
12150    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xsengine\Makefile
12151    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xsengine\u-boot.lds
12152    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\xsengine\xsengine.c
12153    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\zpc1900\config.mk
12154    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\zpc1900\Makefile
12155    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\zpc1900\u-boot.lds
12156    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\zpc1900\zpc1900.c
12157    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\zylonite\config.mk
12158    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\zylonite\flash.c
12159    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\zylonite\lowlevel_init.S
12160    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\zylonite\Makefile
12161    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\zylonite\u-boot.lds
12162    GPL.UBNT.v6.1.7\uboot\uboot-xm\board\zylonite\zylonite.c
12163    GPL.UBNT.v6.1.7\uboot\uboot-xm\common\ACEX1K.c
12164    GPL.UBNT.v6.1.7\uboot\uboot-xm\common\altera.c
12165    GPL.UBNT.v6.1.7\uboot\uboot-xm\common\bedbug.c
12166    GPL.UBNT.v6.1.7\uboot\uboot-xm\common\circbuf.c
12167    GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_ace.c
12168    GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_autoscript.c
12169    GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_bdinfo.c
12170    GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_bedbug.c
12171    GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_bmp.c
12172    GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_boot.c
12173    GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_bootm.c
12174    GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_cache.c
12175    GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_console.c
12176    GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_date.c
12177    GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_dcr.c
12178    GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_ddr.c
```

```
12179  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_dcr.c
12180  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_display.c
12181  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_doc.c
12182  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_dtt.c
12183  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_eeprom.c
12184  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_elf.c
12185  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_ethreg.c
12186  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_ext2.c
12187  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_fat.c
12188  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_fdc.c
12189  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_fdos.c
12190  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_flash.c
12191  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_fls.c
12192  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_fpga.c
12193  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_i2c.c
12194  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_ide.c
12195  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_immap.c
12196  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_itest.c
12197  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_jffs2.c
12198  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_load.c
12199  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_log.c
12200  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_mem.c
12201  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_mii.c
12202  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_misc.c
12203  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_mmc.c
12204  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_nand.c
12205  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_net.c
12206  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_nvedit.c
12207  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_pci.c
12208  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_pcmcia.c
12209  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_pll.c
12210  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_portio.c
12211  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_reginfo.c
12212  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_reiser.c
12213  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_scsi.c
12214  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_spi.c
12215  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_universe.c
12216  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_usb.c
12217  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_vfd.c
12218  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\cmd_ximg.c
12219  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\command.c
12220  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\console.c
12221  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\crc16.c
12222  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\devices.c
12223  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\dlmalloc.c
12224  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\dlmalloc.src
12225  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\docecc.c
12226  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\environment.c
12227  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\env_common.c
12228  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\env_dataflash.c
12229  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\env_eeprom.c
12230  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\env_flash.c
12231  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\env_nand.c
12232  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\env_nowhere.c
12233  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\env_nvram.c
12234  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\exports.c
12235  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\flash.c
12236  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\fpga.c
12237  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\ft_build.c
12238  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\hush.c
12239  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\kgdb.c
12240  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\lcd.c
12241  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\lists.c
12242  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\lynxkdi.c
12243  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\main.c
12244  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\Makefile
12245  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\memsize.c
12246  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\miiphybb.c
12247  GPL.UBNT.v6.1.7\uboot\uboot-xm\common\miiphyutil.c
```

```
12248   GPL.UBNT.v6.1.7\uboot\uboot-xm\common\soft_i2c.c
12249   GPL.UBNT.v6.1.7\uboot\uboot-xm\common\soft_i2c.c
12250   GPL.UBNT.v6.1.7\uboot\uboot-xm\common\soft_spi.c
12251   GPL.UBNT.v6.1.7\uboot\uboot-xm\common\spartan2.c
12252   GPL.UBNT.v6.1.7\uboot\uboot-xm\common\spartan3.c
12253   GPL.UBNT.v6.1.7\uboot\uboot-xm\common\s_record.c
12254   GPL.UBNT.v6.1.7\uboot\uboot-xm\common\ubnt_api_calls.c
12255   GPL.UBNT.v6.1.7\uboot\uboot-xm\common\usb.c
12256   GPL.UBNT.v6.1.7\uboot\uboot-xm\common\usb_kbd.c
12257   GPL.UBNT.v6.1.7\uboot\uboot-xm\common\usb_storage.c
12258   GPL.UBNT.v6.1.7\uboot\uboot-xm\common\virtex2.c
12259   GPL.UBNT.v6.1.7\uboot\uboot-xm\common\xilinx.c
12260   GPL.UBNT.v6.1.7\uboot\uboot-xm\common\xyzModem.c
12261   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\74xx_7xx
12262   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm1136
12263   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm720t
12264   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t
12265   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm925t
12266   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm926ejs
12267   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm946es
12268   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm_intcm
12269   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533
12270   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\i386
12271   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ixp
12272   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\lh7a40x
12273   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mcf52x2
12274   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\microblaze
12275   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips
12276   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xx
12277   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx
12278   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220
12279   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x
12280   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260
12281   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc83xx
12282   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx
12283   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx
12284   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios
12285   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios2
12286   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx
12287   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\pxa
12288   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\s3c44b0
12289   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\sa1100
12290   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\74xx_7xx\cache.S
12291   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\74xx_7xx\config.mk
12292   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\74xx_7xx\cpu.c
12293   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\74xx_7xx\cpu_init.c
12294   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\74xx_7xx\interrupts.c
12295   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\74xx_7xx\io.S
12296   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\74xx_7xx\kgdb.S
12297   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\74xx_7xx\Makefile
12298   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\74xx_7xx\speed.c
12299   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\74xx_7xx\start.S
12300   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\74xx_7xx\traps.c
12301   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm1136\config.mk
12302   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm1136\cpu.c
12303   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm1136\interrupts.c
12304   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm1136\Makefile
12305   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm1136\start.S
12306   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm720t\config.mk
12307   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm720t\cpu.c
12308   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm720t\interrupts.c
12309   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm720t\Makefile
12310   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm720t\serial.c
12311   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm720t\serial_netarm.c
12312   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm720t\start.S
12313   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\at91rm9200
12314   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\config.mk
12315   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\cpu.c
12316   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\imx
```

```
12317    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\ks8695
12318    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\ks8695
12319    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\Makefile
12320    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\s3c24x0
12321    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\start.S
12322    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\at91rm9200\bcm5221.c
12323    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\at91rm9200\dm161.c
12324    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\at91rm9200\ether.c
12325    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\at91rm9200\i2c.c
12326    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\at91rm9200\interrupts.c
12327    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\at91rm9200\lowlevel_init.S
12328    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\at91rm9200\lxt972.c
12329    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\at91rm9200\Makefile
12330    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\at91rm9200\serial.c
12331    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\at91rm9200\usb_ohci.c
12332    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\at91rm9200\usb_ohci.h
12333    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\imx\generic.c
12334    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\imx\interrupts.c
12335    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\imx\Makefile
12336    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\imx\serial.c
12337    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\imx\speed.c
12338    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\ks8695\interrupts.c
12339    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\ks8695\lowlevel_init.S
12340    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\ks8695\Makefile
12341    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\ks8695\serial.c
12342    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\s3c24x0\i2c.c
12343    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\s3c24x0\interrupts.c
12344    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\s3c24x0\Makefile
12345    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\s3c24x0\serial.c
12346    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\s3c24x0\speed.c
12347    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\s3c24x0\usb_ohci.c
12348    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm920t\s3c24x0\usb_ohci.h
12349    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm925t\config.mk
12350    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm925t\cpu.c
12351    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm925t\interrupts.c
12352    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm925t\Makefile
12353    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm925t\omap925.c
12354    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm925t\start.S
12355    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm926ejs\config.mk
12356    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm926ejs\cpu.c
12357    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm926ejs\interrupts.c
12358    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm926ejs\Makefile
12359    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm926ejs\omap
12360    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm926ejs\start.S
12361    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm926ejs\versatile
12362    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm926ejs\omap\Makefile
12363    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm926ejs\omap\reset.S
12364    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm926ejs\omap\timer.c
12365    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm926ejs\versatile\Makefile
12366    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm926ejs\versatile\reset.S
12367    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm926ejs\versatile\timer.c
12368    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm946es\config.mk
12369    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm946es\cpu.c
12370    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm946es\interrupts.c
12371    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm946es\Makefile
12372    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm946es\start.S
12373    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm_intcm\config.mk
12374    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm_intcm\cpu.c
12375    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm_intcm\interrupts.c
12376    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm_intcm\Makefile
12377    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\arm_intcm\start.S
12378    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\bf533_serial.h
12379    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\cache.S
12380    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\config.mk
12381    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\cplbhdlr.S
12382    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\cplbmgr.S
12383    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\cpu.c
12384    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\cpu.h
12385    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\flush.S
```

```
12386  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\interrupts.c
12387  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\ints.c
12388  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\Makefile
12389  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\serial.c
12390  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\start.S
12391  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\start1.S
12392  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\bf533\traps.c
12393  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\i386\config.mk
12394  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\i386\cpu.c
12395  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\i386\interrupts.c
12396  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\i386\Makefile
12397  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\i386\reset.S
12398  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\i386\sc520.c
12399  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\i386\sc520_asm.S
12400  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\i386\serial.c
12401  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\i386\start.S
12402  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\i386\start16.S
12403  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\i386\timer.c
12404  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ixp\config.mk
12405  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ixp\cpu.c
12406  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ixp\interrupts.c
12407  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ixp\Makefile
12408  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ixp\pci.c
12409  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ixp\serial.c
12410  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ixp\start.S
12411  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ixp\timer.c
12412  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\lh7a40x\config.mk
12413  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\lh7a40x\cpu.c
12414  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\lh7a40x\interrupts.c
12415  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\lh7a40x\Makefile
12416  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\lh7a40x\serial.c
12417  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\lh7a40x\speed.c
12418  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\lh7a40x\start.S
12419  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mcf52x2\config.mk
12420  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mcf52x2\cpu.c
12421  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mcf52x2\cpu_init.c
12422  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mcf52x2\fec.c
12423  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mcf52x2\interrupts.c
12424  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mcf52x2\Makefile
12425  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mcf52x2\serial.c
12426  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mcf52x2\speed.c
12427  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mcf52x2\start.S
12428  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\microblaze\cpu.c
12429  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\microblaze\interrupts.c
12430  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\microblaze\Makefile
12431  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\microblaze\start.S
12432  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\ar7100
12433  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\ar7240
12434  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\asc_serial.c
12435  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\asc_serial.h
12436  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\au1x00_eth.c
12437  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\au1x00_serial.c
12438  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\au1x00_usb_ohci.c
12439  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\au1x00_usb_ohci.h
12440  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\cache.S
12441  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\config.mk
12442  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\cpu.c
12443  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\incaip_clock.c
12444  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\incaip_wdt.S
12445  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\interrupts.c
12446  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\Makefile
12447  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\Makefile.orig
12448  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\start.S
12449  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\ar7100\ag7100.c
12450  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\ar7100\ag7100.h
12451  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\ar7100\ag7100_phy.h
12452  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\ar7100\ar7100_serial.c
12453  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\ar7100\Makefile
```

```
12455   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\ar7240\ag7240.c
12456   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\ar7240\ag7240.h
12457   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\ar7240\ag7240_phy.h
12458   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\ar7240\ag934x.h
12459   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\ar7240\ar7240_serial.c
12460   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\ar7240\Makefile
12461   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mips\ar7240\meminit.c
12462   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xx\config.mk
12463   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xx\cpu.c
12464   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xx\cpu_init.c
12465   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xx\interrupts.c
12466   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xx\Makefile
12467   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xx\serial.c
12468   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xx\speed.c
12469   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xx\spi.c
12470   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xx\start.S
12471   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xx\traps.c
12472   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\config.mk
12473   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\cpu.c
12474   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\cpu_init.c
12475   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\fec.c
12476   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\fec.h
12477   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\firmware_sc_task.impl.S
12478   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\firmware_sc_task_bestcomm.impl.S
12479   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\i2c.c
12480   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\ide.c
12481   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\interrupts.c
12482   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\io.S
12483   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\loadtask.c
12484   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\Makefile
12485   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\pci_mpc5200.c
12486   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\sdma.h
12487   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\serial.c
12488   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\speed.c
12489   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\start.S
12490   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\traps.c
12491   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\usb_ohci.c
12492   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc5xxx\usb_ohci.h
12493   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\config.mk
12494   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\cpu.c
12495   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\cpu_init.c
12496   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\dma.h
12497   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\dramSetup.c
12498   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\dramSetup.h
12499   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\fec.c
12500   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\fec.h
12501   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\fec_dma_tasks.S
12502   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\i2c.c
12503   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\i2cCore.c
12504   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\i2cCore.h
12505   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\interrupts.c
12506   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\io.S
12507   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\loadtask.c
12508   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\Makefile
12509   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\pci.c
12510   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\speed.c
12511   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\start.S
12512   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\traps.c
12513   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8220\uart.c
12514   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\config.mk
12515   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\cpu.c
12516   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\cpu_init.c
12517   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers
12518   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\interrupts.c
12519   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\Makefile
12520   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\pci.c
12521   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\speed.c
12522   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\start.S
12523
```

```
12524  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\dma
12525  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\dma
12526  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\dma_export.h
12527  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\epic
12528  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\epic.h
12529  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\errors.h
12530  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\i2c
12531  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\i2c_export.h
12532  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\i2o
12533  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\i2o.h
12534  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\dma\dma.h
12535  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\dma\dma1.c
12536  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\dma\dma2.S
12537  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\dma\dma_export.h
12538  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\dma\Makefile
12539  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\dma\Makefile_pc
12540  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\dma\README
12541  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\epic\epic.h
12542  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\epic\epic1.c
12543  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\epic\epic2.S
12544  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\epic\epicutil.S
12545  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\epic\README
12546  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\i2c\i2c.c
12547  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\i2o\i2o.h
12548  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\i2o\i2o1.c
12549  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\i2o\i2o2.S
12550  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\i2o\Makefile
12551  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc824x\drivers\i2o\Makefile_pc
12552  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\bedbug_603e.c
12553  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\commproc.c
12554  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\config.mk
12555  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\cpu.c
12556  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\cpu_init.c
12557  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\ether_fcc.c
12558  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\ether_scc.c
12559  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\i2c.c
12560  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\interrupts.c
12561  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\kgdb.S
12562  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\Makefile
12563  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\pci.c
12564  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\serial_scc.c
12565  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\serial_smc.c
12566  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\speed.c
12567  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\speed.h
12568  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\spi.c
12569  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\start.S
12570  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8260\traps.c
12571  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc83xx\config.mk
12572  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc83xx\cpu.c
12573  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc83xx\cpu_init.c
12574  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc83xx\i2c.c
12575  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc83xx\interrupts.c
12576  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc83xx\Makefile
12577  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc83xx\resetvec.S
12578  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc83xx\spd_sdram.c
12579  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc83xx\speed.c
12580  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc83xx\start.S
12581  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc83xx\traps.c
12582  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\commproc.c
12583  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\config.mk
12584  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\cpu.c
12585  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\cpu_init.c
12586  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\ether_fcc.c
12587  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\i2c.c
12588  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\interrupts.c
12589  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\Makefile
12590  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\pci.c
12591  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\resetvec.S
12592  GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\serial_scc.c
```

```
12593   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\speed.c
12594   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\speed.c
12595   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\start.S
12596   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc85xx\traps.c
12597   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\bedbug_860.c
12598   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\commproc.c
12599   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\config.mk
12600   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\cpu.c
12601   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\cpu_init.c
12602   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\fec.c
12603   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\fec.h
12604   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\i2c.c
12605   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\interrupts.c
12606   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\kgdb.S
12607   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\lcd.c
12608   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\Makefile
12609   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\plprcr_write.S
12610   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\scc.c
12611   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\serial.c
12612   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\speed.c
12613   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\spi.c
12614   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\start.S
12615   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\traps.c
12616   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\upatch.c
12617   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\video.c
12618   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\mpc8xx\wlkbd.c
12619   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios\asmi.c
12620   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios\config.mk
12621   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios\cpu.c
12622   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios\interrupts.c
12623   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios\Makefile
12624   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios\serial.c
12625   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios\spi.c
12626   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios\start.S
12627   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios\traps.S
12628   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios2\config.mk
12629   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios2\cpu.c
12630   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios2\epcs.c
12631   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios2\exceptions.S
12632   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios2\interrupts.c
12633   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios2\Makefile
12634   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios2\serial.c
12635   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios2\start.S
12636   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios2\sysid.c
12637   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\nios2\traps.c
12638   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\405gp_pci.c
12639   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\4xx_enet.c
12640   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\bedbug_405.c
12641   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\commproc.c
12642   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\config.mk
12643   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\cpu.c
12644   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\cpu_init.c
12645   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\dcr.S
12646   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\i2c.c
12647   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\interrupts.c
12648   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\kgdb.S
12649   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\Makefile
12650   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\miiphy.c
12651   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\resetvec.S
12652   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\sdram.c
12653   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\sdram.h
12654   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\serial.c
12655   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\spd_sdram.c
12656   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\speed.c
12657   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\start.S
12658   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\traps.c
12659   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\usbdev.c
12660   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\usbdev.h
12661   GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\usb_ohci.c
```

```
12662    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\ppc4xx\vecnum.h
12663    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\pxa\config.mk
12664    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\pxa\cpu.c
12665    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\pxa\i2c.c
12666    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\pxa\interrupts.c
12667    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\pxa\Makefile
12668    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\pxa\mmc.c
12669    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\pxa\pxafb.c
12670    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\pxa\serial.c
12671    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\pxa\start.S
12672    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\s3c44b0\config.mk
12673    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\s3c44b0\cpu.c
12674    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\s3c44b0\interrupts.c
12675    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\s3c44b0\Makefile
12676    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\s3c44b0\serial.c
12677    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\s3c44b0\start.S
12678    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\sa1100\config.mk
12679    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\sa1100\cpu.c
12680    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\sa1100\interrupts.c
12681    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\sa1100\Makefile
12682    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\sa1100\serial.c
12683    GPL.UBNT.v6.1.7\uboot\uboot-xm\cpu\sa1100\start.S
12684    GPL.UBNT.v6.1.7\uboot\uboot-xm\disk\Makefile
12685    GPL.UBNT.v6.1.7\uboot\uboot-xm\disk\part.c
12686    GPL.UBNT.v6.1.7\uboot\uboot-xm\disk\part_amiga.c
12687    GPL.UBNT.v6.1.7\uboot\uboot-xm\disk\part_amiga.h
12688    GPL.UBNT.v6.1.7\uboot\uboot-xm\disk\part_dos.c
12689    GPL.UBNT.v6.1.7\uboot\uboot-xm\disk\part_dos.h
12690    GPL.UBNT.v6.1.7\uboot\uboot-xm\disk\part_iso.c
12691    GPL.UBNT.v6.1.7\uboot\uboot-xm\disk\part_iso.h
12692    GPL.UBNT.v6.1.7\uboot\uboot-xm\disk\part_mac.c
12693    GPL.UBNT.v6.1.7\uboot\uboot-xm\disk\part_mac.h
12694    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\I2C_Edge_Conditions
12695    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README-i386
12696    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README-integrator
12697    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.adnpesc1
12698    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.adnpesc1_base32
12699    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.alaska8220
12700    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.AMCC-eval-boards-cleanup
12701    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.amigaone
12702    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.ARM-memory-map
12703    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.ARM-SoC
12704    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.autoboot
12705    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.bedbug
12706    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.cmi
12707    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.COBRA5272
12708    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.commands
12709    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.commands.itest
12710    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.console
12711    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.db64360
12712    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.db64460
12713    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.dk1c20
12714    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.dk1c20_std32
12715    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.dk1s10
12716    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.dk1s10_mldk20
12717    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.dk1s10_std32
12718    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.dk1s40_std32
12719    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.dk20k200_std32
12720    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.ebony
12721    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.EVB-64260-750CX
12722    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.evb64260
12723    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.fads
12724    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.IceCube
12725    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.idma2intr
12726    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.INCA-IP
12727    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.IPHASE4539
12728    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.JFFS2
12729    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.JFFS2_NAND
```

```
12731    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.m68k
12732    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.m68k
12733    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.MBX
12734    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.ml300
12735    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.Modem
12736    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.modnet50
12737    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.mpc5xx
12738    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.mpc74xx
12739    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.mpc8349emds.ddrecc
12740    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.mpc83xxads
12741    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.mpc85xxads
12742    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.mpc85xxcds
12743    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.MPC866
12744    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.nand
12745    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.ne2000
12746    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.NetConsole
12747    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.nios
12748    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.nios_CFG_NIOS_CPU
12749    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.nios_DK
12750    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.ns9750dev
12751    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.ocotea
12752    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.ocotea-PIBS-to-U-Boot
12753    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.OFT
12754    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.omap730p2
12755    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.OXC
12756    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.PIP405
12757    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.PlanetCore
12758    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.POST
12759    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.ppc440
12760    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.Purple
12761    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.PXA_CF
12762    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.RPXClassic
12763    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.RPXlite
12764    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.Sandpoint8240
12765    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.sbc8560
12766    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.sched
12767    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.serial_multi
12768    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.silent
12769    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.SNTP
12770    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.standalone
12771    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.stxxtc
12772    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.TQM8260
12773    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.usb
12774    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.video
12775    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.VLAN
12776    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\README.xpedite1k
12777    GPL.UBNT.v6.1.7\uboot\uboot-xm\doc\TODO-i386
12778    GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\3c589.c
12779    GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\3c589.h
12780    GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\5701rls.c
12781    GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\5701rls.h
12782    GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\8390.h
12783    GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ali512x.c
12784    GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\bcm570x.c
12785    GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\bcm570x_autoneg.c
12786    GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\bcm570x_autoneg.h
12787    GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\bcm570x_bits.h
12788    GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\bcm570x_debug.h
12789    GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\bcm570x_lm.h
12790    GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\bcm570x_mm.h
12791    GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\bcm570x_queue.h
12792    GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\cfb_console.c
12793    GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\cfi_flash.c
12794    GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\cs8900.c
12795    GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\cs8900.h
12796    GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ct69000.c
12797    GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\dataflash.c
12798    GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\dc2114x.c
12799    GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\dm9000x.c
```

```
12800   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\cs8900.h
12801   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ds1722.c
12802   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\e1000.c
12803   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\e1000.h
12804   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\eepro100.c
12805   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\i8042.c
12806   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\i82365.c
12807   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\inca-ip_sw.c
12808   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\keyboard.c
12809   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ks8695eth.c
12810   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\lan91c96.c
12811   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\lan91c96.h
12812   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\Makefile
12813   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\mw_eeprom.c
12814   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\nand
12815   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\nand_legacy
12816   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\natsemi.c
12817   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ne2000.c
12818   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ne2000.h
12819   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\netarm_eth.c
12820   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\netarm_eth.h
12821   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\netconsole.c
12822   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\nicext.h
12823   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ns16550.c
12824   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ns7520_eth.c
12825   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ns8382x.c
12826   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ns87308.c
12827   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ns9750_eth.c
12828   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ns9750_serial.c
12829   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\omap1510_i2c.c
12830   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\omap24xx_i2c.c
12831   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\pci.c
12832   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\pci_auto.c
12833   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\pci_indirect.c
12834   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\pcnet.c
12835   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\pc_keyb.c
12836   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\plb2800_eth.c
12837   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ps2mult.c
12838   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ps2ser.c
12839   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\rtl8019.c
12840   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\rtl8019.h
12841   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\rtl8139.c
12842   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\rtl8169.c
12843   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\s3c4510b_eth.c
12844   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\s3c4510b_eth.h
12845   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\s3c4510b_uart.c
12846   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\s3c4510b_uart.h
12847   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sed13806.c
12848   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sed156x.c
12849   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\serial.c
12850   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\serial_max3100.c
12851   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\serial_pl010.c
12852   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\serial_pl011.c
12853   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\serial_pl011.h
12854   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\serial_xuartlite.c
12855   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin
12856   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sl811.h
12857   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sl811_usb.c
12858   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sm501.c
12859   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\smc91111.c
12860   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\smc91111.h
12861   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\smiLynxEM.c
12862   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\status_led.c
12863   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sym53c8xx.c
12864   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\tigon3.c
12865   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\tigon3.h
12866   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\ti_pci1410a.c
12867   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\tsec.c
12868   GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\tsec.h
```

```
12869  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\usbdcore.c
12870  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\usbdcore_ep0.c
12871  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\usbdcore_omap1510.c
12872  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\usbtty.c
12873  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\usbtty.h
12874  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\videomodes.c
12875  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\videomodes.h
12876  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\w83c553f.c
12877  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\nand\diskonchip.c
12878  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\nand\Makefile
12879  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\nand\nand.c
12880  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\nand\nand_base.c
12881  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\nand\nand_bbt.c
12882  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\nand\nand_ecc.c
12883  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\nand\nand_ids.c
12884  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\nand_legacy\Makefile
12885  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\nand_legacy\nand_legacy.c
12886  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h
12887  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\Makefile
12888  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\skaddr.c
12889  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\skcsum.c
12890  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\skge.c
12891  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\skgehwt.c
12892  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\skgeinit.c
12893  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\skgemib.c
12894  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\skgepnmi.c
12895  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\skgesirq.c
12896  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\ski2c.c
12897  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\sklm80.c
12898  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\skproc.c
12899  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\skqueue.c
12900  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\skrlmt.c
12901  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\sktimer.c
12902  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\skvpd.c
12903  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\skxmac2.c
12904  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\u-boot_compat.h
12905  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\uboot_drv.c
12906  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\uboot_skb.c
12907  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\lm80.h
12908  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skaddr.h
12909  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skcsum.h
12910  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skdebug.h
12911  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skdrv1st.h
12912  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skdrv2nd.h
12913  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skerror.h
12914  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skgedrv.h
12915  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skgehw.h
12916  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skgehwt.h
12917  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skgei2c.h
12918  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skgeinit.h
12919  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skgepnm2.h
12920  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skgepnmi.h
12921  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skgesirq.h
12922  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\ski2c.h
12923  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skqueue.h
12924  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skrlmt.h
12925  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\sktimer.h
12926  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\sktypes.h
12927  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skversion.h
12928  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\skvpd.h
12929  GPL.UBNT.v6.1.7\uboot\uboot-xm\drivers\sk98lin\h\xmac_ii.h
12930  GPL.UBNT.v6.1.7\uboot\uboot-xm\dtt\adm1021.c
12931  GPL.UBNT.v6.1.7\uboot\uboot-xm\dtt\ds1621.c
12932  GPL.UBNT.v6.1.7\uboot\uboot-xm\dtt\lm75.c
12933  GPL.UBNT.v6.1.7\uboot\uboot-xm\dtt\Makefile
12934  GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\82559_eeprom.c
12935  GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\eepro100_eeprom.c
12936  GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\hello_world.c
12937  GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\hello_world.s
```

```
12938    GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\mem_to_mem_idma2intr.c
12939    GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\mips.lds
12940    GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\nios.lds
12941    GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\nios2.lds
12942    GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\ppc_longjmp.S
12943    GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\ppc_setjmp.S
12944    GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\README.smc91111_eeprom
12945    GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\sched.c
12946    GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\smc91111_eeprom.c
12947    GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\stubs.c
12948    GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\test_burst.c
12949    GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\test_burst.h
12950    GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\test_burst_lib.S
12951    GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\timer.c
12952    GPL.UBNT.v6.1.7\uboot\uboot-xm\examples\x86-testapp.c
12953    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\cramfs
12954    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\ext2
12955    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\fat
12956    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\fdos
12957    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\jffs2
12958    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\Makefile
12959    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\reiserfs
12960    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\cramfs\cramfs.c
12961    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\cramfs\Makefile
12962    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\cramfs\uncompress.c
12963    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\ext2\dev.c
12964    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\ext2\ext2fs.c
12965    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\ext2\Makefile
12966    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\fat\fat.c
12967    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\fat\file.c
12968    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\fat\Makefile
12969    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\fdos\dev.c
12970    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\fdos\dos.h
12971    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\fdos\fat.c
12972    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\fdos\fdos.c
12973    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\fdos\fdos.h
12974    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\fdos\fs.c
12975    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\fdos\Makefile
12976    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\fdos\subdir.c
12977    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\fdos\vfat.c
12978    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\jffs2\compr_lzari.c
12979    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\jffs2\compr_lzo.c
12980    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\jffs2\compr_rtime.c
12981    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\jffs2\compr_rubin.c
12982    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\jffs2\compr_zlib.c
12983    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\jffs2\jffs2_1pass.c
12984    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\jffs2\jffs2_nand_1pass.c
12985    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\jffs2\jffs2_nand_private.h
12986    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\jffs2\jffs2_private.h
12987    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\jffs2\Makefile
12988    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\jffs2\mini_inflate.c
12989    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\reiserfs\dev.c
12990    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\reiserfs\Makefile
12991    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\reiserfs\mode_string.c
12992    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\reiserfs\reiserfs.c
12993    GPL.UBNT.v6.1.7\uboot\uboot-xm\fs\reiserfs\reiserfs_private.h
12994    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\405gp_i2c.h
12995    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\405gp_pci.h
12996    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\405_dimm.h
12997    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\405_mal.h
12998    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\440_i2c.h
12999    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\74xx_7xx.h
13000    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ACEX1K.h
13001    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\altera.h
13002    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ar7100_soc.h
13003    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ar7240_soc.h
13004    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ar934x_soc.h
13005    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\arm920t.h
13006
```

```
13007    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\arm920t.h
13008    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\arm926ejs.h
13009    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\arm946es.h
13010    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\armcoremodule.h
13011    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm
13012    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin
13013    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386
13014    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k
13015    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze
13016    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips
13017    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios
13018    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2
13019    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc
13020    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\at91rm9200_i2c.h
13021    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\at91rm9200_net.h
13022    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ata.h
13023    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\athversion.h
13024    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\bcm5221.h
13025    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\bedbug
13026    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\bmp_layout.h
13027    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\bmp_logo.h
13028    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\bzlib.h
13029    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\circbuf.h
13030    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\clps7111.h
13031    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\cmd_confdefs.h
13032    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\command.h
13033    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\common.h
13034    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\commproc.h
13035    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs
13036    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\console.h
13037    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\cramfs
13038    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\crc.h
13039    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\da9030.h
13040    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\dataflash.h
13041    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\devices.h
13042    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\dm9161.h
13043    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\dtt.h
13044    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\e500.h
13045    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\elf.h
13046    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\environment.h
13047    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\exports.h
13048    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ext2fs.h
13049    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\fat.h
13050    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\fdc.h
13051    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\flash.h
13052    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\fpga.h
13053    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ft_build.h
13054    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\galileo
13055    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\hush.h
13056    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\i2c.h
13057    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\i8042.h
13058    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ide.h
13059    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\image.h
13060    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ioports.h
13061    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\jffs2
13062    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\keyboard.h
13063    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\kgdb.h
13064    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\lcd.h
13065    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\lcdvideo.h
13066    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\lh7a400.h
13067    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\lh7a404.h
13068    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\lh7a40x.h
13069    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux
13070    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux_logo.h
13071    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\lists.h
13072    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\logbuff.h
13073    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\lpd7a400_cpld.h
13074    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\lxt971a.h
13075    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\lynxkdi.h
```

```
13076    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ltq_eth_xway.h
13077    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\malloc.h
13078    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\miiphy.h
13079    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\mii_phy.h
13080    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\mk48t59.h
13081    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\mmc.h
13082    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\mpc106.h
13083    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\mpc5xx.h
13084    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\mpc5xxx.h
13085    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\mpc8220.h
13086    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\mpc824x.h
13087    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\mpc8260.h
13088    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\mpc8260_irq.h
13089    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\mpc83xx.h
13090    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\mpc85xx.h
13091    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\mpc8xx.h
13092    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\mpc8xx_irq.h
13093    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\nand.h
13094    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\net.h
13095    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\nios-io.h
13096    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\nios.h
13097    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\nios2-epcs.h
13098    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\nios2-io.h
13099    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\nios2.h
13100    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ns16550.h
13101    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ns7520_eth.h
13102    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ns87308.h
13103    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ns9750_bbus.h
13104    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ns9750_eth.h
13105    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ns9750_mem.h
13106    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ns9750_ser.h
13107    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ns9750_sys.h
13108    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\part.h
13109    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\pci.h
13110    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\pci_ids.h
13111    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\pcmcia
13112    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\pcmcia.h
13113    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\pc_keyb.h
13114    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\post.h
13115    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ppc405.h
13116    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ppc440.h
13117    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ppc4xx.h
13118    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ppc4xx_enet.h
13119    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ppc_asm.tmpl
13120    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ppc_defs.h
13121    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ps2mult.h
13122    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\reiserfs.h
13123    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\rtc.h
13124    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\s3c2400.h
13125    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\s3c2410.h
13126    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\s3c24x0.h
13127    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\SA-1100.h
13128    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\sa1100.h
13129    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\scsi.h
13130    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\sed13806.h
13131    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\sed156x.h
13132    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\serial.h
13133    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\sm501.h
13134    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\smiLynxEM.h
13135    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\spartan2.h
13136    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\spartan3.h
13137    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\spd.h
13138    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\spd_sdram.h
13139    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\spi.h
13140    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\status_led.h
13141    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\sym53c8xx.h
13142    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\systemace.h
13143    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\s_record.h
13144    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\ubnt_api_calls.h
```

```
13145    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\usb.h
13146    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\usbdcore.h
13147    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\usbdcore_ep0.h
13148    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\usbdcore_omap1510.h
13149    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\usbdescriptors.h
13150    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\usb_defs.h
13151    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\version.h
13152    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\vfd_logo.h
13153    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\video.h
13154    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\video_ad7176.h
13155    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\video_ad7177.h
13156    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\video_ad7179.h
13157    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\video_easylogo.h
13158    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\video_fb.h
13159    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\video_font.h
13160    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\video_logo.h
13161    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\virtex2.h
13162    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\w83c553f.h
13163    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\watchdog.h
13164    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\xilinx.h
13165    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\xyzModem.h
13166    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\zlib.h
13167    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\_exports.h
13168    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm1136
13169    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm720t
13170    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm925t
13171    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm926ejs
13172    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-at91rm9200
13173    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-imx
13174    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-ixp
13175    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-ks8695
13176    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-pxa
13177    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-s3c24x0
13178    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-s3c44b0
13179    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-sa1100
13180    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\atomic.h
13181    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\bitops.h
13182    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\byteorder.h
13183    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\errno.h
13184    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\global_data.h
13185    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\hardware.h
13186    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\io.h
13187    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\mach-types.h
13188    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\memory.h
13189    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\posix_types.h
13190    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\proc-armv
13191    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\processor.h
13192    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\ptrace.h
13193    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\setup.h
13194    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\sizes.h
13195    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\string.h
13196    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\types.h
13197    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\u-boot-arm.h
13198    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\u-boot.h
13199    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm1136\bits.h
13200    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm1136\clocks.h
13201    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm1136\i2c.h
13202    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm1136\mem.h
13203    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm1136\mux.h
13204    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm1136\omap2420.h
13205    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm1136\sizes.h
13206    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm1136\sys_info.h
13207    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm1136\sys_proto.h
13208    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm720t\hardware.h
13209    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm720t\netarm_dma_module.h
13210    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm720t\netarm_eni_module.h
13211    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm720t\netarm_eth_module.h
13212    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm720t\netarm_gen_module.h
```

```
13214  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm720t\netarm_registers.h
13215  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm720t\netarm_registers.h
13216  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm720t\netarm_ser_module.h
13217  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm720t\s3c4510b.h
13218  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm925t\sizes.h
13219  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-arm926ejs\sizes.h
13220  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-at91rm9200\AT91RM9200.h
13221  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-at91rm9200\hardware.h
13222  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-imx\imx-regs.h
13223  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-ixp\ixp425.h
13224  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-ixp\ixp425pci.h
13225  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-ks8695\platform.h
13226  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-pxa\bitfield.h
13227  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-pxa\hardware.h
13228  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-pxa\mmc.h
13229  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-pxa\pxa-regs.h
13230  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-s3c24x0\memory.h
13231  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-s3c44b0\hardware.h
13232  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\arch-sa1100\bitfield.h
13233  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\proc-armv\domain.h
13234  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\proc-armv\processor.h
13235  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\proc-armv\ptrace.h
13236  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-arm\proc-armv\system.h
13237  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\bitops.h
13238  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\blackfin.h
13239  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\blackfin_defs.h
13240  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\byteorder.h
13241  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cplb.h
13242  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cplbtab.h
13243  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cpu
13244  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\current.h
13245  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\delay.h
13246  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\entry.h
13247  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\errno.h
13248  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\global_data.h
13249  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\hw_irq.h
13250  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\io-kernel.h
13251  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\io.h
13252  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\irq.h
13253  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\linkage.h
13254  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\machdep.h
13255  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\mem_init.h
13256  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\page.h
13257  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\page_offset.h
13258  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\posix_types.h
13259  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\processor.h
13260  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\ptrace.h
13261  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\segment.h
13262  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\setup.h
13263  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\shared_resources.h
13264  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\string.h
13265  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\system.h
13266  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\traps.h
13267  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\types.h
13268  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\u-boot.h
13269  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\uaccess.h
13270  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\virtconvert.h
13271  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cpu\bf533_irq.h
13272  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cpu\bf533_rtc.h
13273  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cpu\bf533_serial.h
13274  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cpu\cdefBF531.h
13275  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cpu\cdefBF532.h
13276  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cpu\cdefBF533.h
13277  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cpu\cdefBF53x.h
13278  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cpu\cdef_LPBlackfin.h
13279  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cpu\defBF531.h
13280  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cpu\defBF532.h
13281  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cpu\defBF533.h
13282  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-blackfin\cpu\defBF533_extn.h
```

```
13283    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\bitops.h
13284    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\bitops.h
13285    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\byteorder.h
13286    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\global_data.h
13287    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\i8254.h
13288    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\i8259.h
13289    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\ibmpc.h
13290    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\ic
13291    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\io.h
13292    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\pci.h
13293    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\posix_types.h
13294    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\processor.h
13295    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\ptrace.h
13296    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\realmode.h
13297    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\string.h
13298    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\types.h
13299    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\u-boot-i386.h
13300    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\u-boot.h
13301    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\zimage.h
13302    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\ic\ali512x.h
13303    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-i386\ic\sc520.h
13304    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\bitops.h
13305    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\byteorder.h
13306    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\fec.h
13307    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\global_data.h
13308    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\immap_5249.h
13309    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\immap_5272.h
13310    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\immap_5282.h
13311    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\io.h
13312    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\m5249.h
13313    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\m5272.h
13314    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\m5282.h
13315    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\mcftimer.h
13316    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\mcfuart.h
13317    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\posix_types.h
13318    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\processor.h
13319    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\ptrace.h
13320    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\string.h
13321    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\types.h
13322    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-m68k\u-boot.h
13323    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\arch-microblaze
13324    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\bitops.h
13325    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\byteorder.h
13326    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\global_data.h
13327    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\io.h
13328    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\platform.h
13329    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\posix_types.h
13330    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\processor.h
13331    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\ptrace.h
13332    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\serial_xuartlite.h
13333    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\string.h
13334    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\suzaku.h
13335    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\system.h
13336    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\types.h
13337    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\u-boot.h
13338    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\arch-microblaze\xbasic_types.h
13339    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\arch-microblaze\xio.h
13340    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-microblaze\arch-microblaze\xuartlite_l.h
13341    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\addrspace.h
13342    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\au1x00.h
13343    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\bitops.h
13344    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\byteorder.h
13345    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\cachectl.h
13346    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\cacheops.h
13347    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\global_data.h
13348    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\inca-ip.h
13349    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\io.h
13350    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\isadep.h
13351    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\mipsregs.h
```

```
13352    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\processor.h
13353    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\ptrace.h
13354    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\reg.h
13355    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\regdef.h
13356    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\sgidefs.h
13357    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\string.h
13358    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\system.h
13359    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\types.h
13360    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-mips\u-boot.h
13361    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios\bitops.h
13362    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios\byteorder.h
13363    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios\cache.h
13364    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios\global_data.h
13365    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios\io.h
13366    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios\posix_types.h
13367    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios\processor.h
13368    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios\psr.h
13369    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios\ptrace.h
13370    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios\status_led.h
13371    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios\string.h
13372    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios\system.h
13373    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios\types.h
13374    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios\u-boot.h
13375    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\bitops.h
13376    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\byteorder.h
13377    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\cache.h
13378    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\global_data.h
13379    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\io.h
13380    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\opcodes.h
13381    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\posix_types.h
13382    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\processor.h
13383    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\psr.h
13384    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\ptrace.h
13385    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\status_led.h
13386    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\string.h
13387    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\system.h
13388    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\types.h
13389    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-nios2\u-boot.h
13390    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\5xx_immap.h
13391    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\8xx_immap.h
13392    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\atomic.h
13393    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\bitops.h
13394    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\byteorder.h
13395    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\cache.h
13396    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\cpm_8260.h
13397    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\cpm_85xx.h
13398    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\e300.h
13399    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\errno.h
13400    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\global_data.h
13401    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\i2c.h
13402    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\immap_8220.h
13403    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\immap_8260.h
13404    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\immap_83xx.h
13405    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\immap_85xx.h
13406    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\io.h
13407    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\iopin_8260.h
13408    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\iopin_85xx.h
13409    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\iopin_8xx.h
13410    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\m8260_pci.h
13411    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\mc146818rtc.h
13412    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\mmu.h
13413    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\mpc8349_pci.h
13414    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\pci_io.h
13415    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\pnp.h
13416    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\posix_types.h
13417    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\processor.h
13418    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\ptrace.h
13419    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\residual.h
```

```
13421  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\serial.h
13422  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\signal.h
13423  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\status_led.h
13424  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\string.h
13425  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\types.h
13426  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\asm-ppc\u-boot.h
13427  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\bedbug\bedbug.h
13428  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\bedbug\ppc.h
13429  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\bedbug\regs.h
13430  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\bedbug\tables.h
13431  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\bedbug\type.h
13432  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\A3000.h
13433  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ADCIOP.h
13434  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\Adder.h
13435  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ADNPESC1.h
13436  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ADNPESC1_base_32.h
13437  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ADS860.h
13438  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\adsvix.h
13439  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\aev.h
13440  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\Alaska8220.h
13441  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\AmigaOneG3SE.h
13442  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\AMX860.h
13443  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\AP1000.h
13444  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ap81.h
13445  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ap83.h
13446  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ap91.h
13447  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ap93.h
13448  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ap94.h
13449  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ap94min.h
13450  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ap96.h
13451  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ap99.h
13452  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\APC405.h
13453  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\AR405.h
13454  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ar7100.h
13455  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ar7240.h
13456  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ar7240_emu.h
13457  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\armadillo.h
13458  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ASH405.h
13459  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\assabet.h
13460  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\at91rm9200dk.h
13461  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\atc.h
13462  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\B2.h
13463  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\BAB7xx.h
13464  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\bamboo.h
13465  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\barco.h
13466  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\BMW.h
13467  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\bubinga.h
13468  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\c2mon.h
13469  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CANBT.h
13470  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\canmb.h
13471  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CATcenter.h
13472  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CCM.h
13473  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\cerf250.h
13474  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\cm4008.h
13475  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\cm41xx.h
13476  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\cmc_pu2.h
13477  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\cmi_mpc5xx.h
13478  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CMS700.h
13479  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\cobra5272.h
13480  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\cogent_common.h
13481  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\cogent_mpc8260.h
13482  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\cogent_mpc8xx.h
13483  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CPC45.h
13484  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CPCI2DP.h
13485  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CPCI405.h
13486  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CPCI4052.h
13487  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CPCI405AB.h
13488  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CPCI405DT.h
13489  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CPCI440.h
```

```
13490    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CPC3.h
13491    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CPCI750.h
13492    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CPCIISER4.h
13493    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CPU86.h
13494    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CPU87.h
13495    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\cradle.h
13496    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CRAYL1.h
13497    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\csb226.h
13498    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\csb272.h
13499    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\csb472.h
13500    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\csb637.h
13501    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\CU824.h
13502    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\cus97.h
13503    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\DASA_SIM.h
13504    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\DB64360.h
13505    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\DB64460.h
13506    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\dbau1x00.h
13507    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\debris.h
13508    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\delta.h
13509    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\DK1C20.h
13510    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\DK1C20_safe_32.h
13511    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\DK1C20_standard_32.h
13512    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\DK1S10.h
13513    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\DK1S10_mtx_ldk_20.h
13514    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\DK1S10_safe_32.h
13515    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\DK1S10_standard_32.h
13516    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\dnp1110.h
13517    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\DP405.h
13518    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\DU405.h
13519    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ebony.h
13520    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ELPPC.h
13521    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ELPT860.h
13522    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ep7312.h
13523    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ep8248.h
13524    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ep8260.h
13525    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\EP88x.h
13526    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ERIC.h
13527    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ESTEEM192E.h
13528    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ETX094.h
13529    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\evb4510.h
13530    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\EVB64260.h
13531    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\eXalion.h
13532    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\EXBITGEN.h
13533    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ezkit533.h
13534    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\FADS823.h
13535    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\FADS850SAR.h
13536    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\FADS860T.h
13537    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\FLAGADM.h
13538    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\FPS850L.h
13539    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\FPS860L.h
13540    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\G2000.h
13541    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\gcplus.h
13542    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\GEN860T.h
13543    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\GENIETV.h
13544    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\GTH.h
13545    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\gw8260.h
13546    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\h2_p2_dbg_board.h
13547    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\hermes.h
13548    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\HH405.h
13549    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\HIDDEN_DRAGON.h
13550    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\HMI10.h
13551    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\hmi1001.h
13552    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\HUB405.h
13553    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\hymod.h
13554    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\IAD210.h
13555    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\IceCube.h
13556    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ICU862.h
13557    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\IDS8247.h
13558    GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\impa7.h
```

```
13559   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\inka4x0.h
13560   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\inka4x0.h
13561   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\innokom.h
13562   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\integratorap.h
13563   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\integratorcp.h
13564   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\IP860.h
13565   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\IPHASE4539.h
13566   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ISPAN.h
13567   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\IVML24.h
13568   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\IVMS8.h
13569   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ixdp425.h
13570   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\JSE.h
13571   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\KAREF.h
13572   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\kb9202.h
13573   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\KUP4K.h
13574   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\KUP4X.h
13575   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\LANTEC.h
13576   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\lart.h
13577   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\logodl.h
13578   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\lpd7a400-10.h
13579   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\lpd7a400.h
13580   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\lpd7a404-10.h
13581   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\lpd7a404.h
13582   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\luan.h
13583   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\lubbock.h
13584   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\lwmon.h
13585   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\M5272C3.h
13586   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\M5282EVB.h
13587   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MBX.h
13588   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MBX860T.h
13589   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\mcc200.h
13590   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\METROBOX.h
13591   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MHPC.h
13592   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MIP405.h
13593   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ML2.h
13594   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ml300.h
13595   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\modnet50.h
13596   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MOUSSE.h
13597   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\mp2usb.h
13598   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MPC8260ADS.h
13599   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MPC8266ADS.h
13600   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MPC8349ADS.h
13601   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MPC8349EMDS.h
13602   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MPC8540ADS.h
13603   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MPC8540EVAL.h
13604   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MPC8541CDS.h
13605   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MPC8548CDS.h
13606   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MPC8555CDS.h
13607   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MPC8560ADS.h
13608   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MPC86xADS.h
13609   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MPC885ADS.h
13610   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MUSENKI.h
13611   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MVBLUE.h
13612   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\MVS1.h
13613   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\mx1ads.h
13614   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\mx1fs2.h
13615   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\NC650.h
13616   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\NETPHONE.h
13617   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\netstar.h
13618   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\NETTA.h
13619   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\NETTA2.h
13620   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\NETVIA.h
13621   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ns9750dev.h
13622   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\NSCU.h
13623   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\NX823.h
13624   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\o2dnt.h
13625   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ocotea.h
13626   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\OCRTC.h
13627   GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\omap1510.h
```

```
13628  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\omap1610h2.h
13629  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\omap1610h2.h
13630  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\omap1610inn.h
13631  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\omap2420h4.h
13632  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\omap5912osk.h
13633  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\omap730.h
13634  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\omap730p2.h
13635  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ORSG.h
13636  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\OXC.h
13637  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\P3G4.h
13638  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\p3p440.h
13639  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PATI.h
13640  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\pb1x00.h
13641  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\pb42.h
13642  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\pb45.h
13643  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PCI405.h
13644  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PCI5441.h
13645  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PCIPPC2.h
13646  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PCIPPC6.h
13647  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\pcu_e.h
13648  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\pf5200.h
13649  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PIP405.h
13650  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PK1C20.h
13651  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\pleb2.h
13652  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PLU405.h
13653  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PM520.h
13654  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PM826.h
13655  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PM828.h
13656  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PM854.h
13657  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PM856.h
13658  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PMC405.h
13659  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PN62.h
13660  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\PPChameleonEVB.h
13661  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ppmc8260.h
13662  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\purple.h
13663  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\pxa255_idp.h
13664  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\QS823.h
13665  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\QS850.h
13666  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\QS860T.h
13667  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\quantum.h
13668  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\R360MPI.h
13669  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\Rattler.h
13670  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\RBC823.h
13671  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\rmu.h
13672  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\RPXClassic.h
13673  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\RPXlite.h
13674  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\RPXlite_DW.h
13675  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\RPXsuper.h
13676  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\RRvision.h
13677  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\rsdproto.h
13678  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\sacsng.h
13679  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\Sandpoint8240.h
13680  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\Sandpoint8245.h
13681  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\sbc405.h
13682  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\sbc8240.h
13683  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\sbc8260.h
13684  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\SBC8540.h
13685  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\sbc8560.h
13686  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\sc520_cdp.h
13687  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\sc520_spunk.h
13688  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\sc520_spunk_rel.h
13689  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\scb9328.h
13690  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\SCM.h
13691  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\shannon.h
13692  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\SL8245.h
13693  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\SM850.h
13694  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\smdk2400.h
13695  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\smdk2410.h
13696  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\smmaco4.h
```

```
13697  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\SPD823TS.h
13698  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\SPD823TS.h
13699  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\spieval.h
13700  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\stamp.h
13701  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\stxgp3.h
13702  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\stxxtc.h
13703  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\suzaku.h
13704  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\svm_sc8xx.h
13705  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\SX1.h
13706  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\SXNI855T.h
13707  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TASREG.h
13708  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\tb0229.h
13709  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\tb225.h
13710  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\tb243.h
13711  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\tb317.h
13712  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\tb327.h
13713  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TOP5200.h
13714  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TOP860.h
13715  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\Total5200.h
13716  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM5200.h
13717  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM823L.h
13718  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM823M.h
13719  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM8260.h
13720  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM834x.h
13721  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM850L.h
13722  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM850M.h
13723  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM855L.h
13724  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM855M.h
13725  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM85xx.h
13726  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM860L.h
13727  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM860M.h
13728  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM862L.h
13729  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM862M.h
13730  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\TQM866M.h
13731  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\trab.h
13732  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ubnt-xm.h
13733  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\uc100.h
13734  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\utx8245.h
13735  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\v37.h
13736  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\VCMA9.h
13737  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\versatile.h
13738  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\VOH405.h
13739  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\voiceblue.h
13740  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\VOM405.h
13741  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\VoVPN-GW.h
13742  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\W7OLMC.h
13743  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\W7OLMG.h
13744  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\walnut.h
13745  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\wepep250.h
13746  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\wrt54g.h
13747  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\WUH405.h
13748  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\xaeniax.h
13749  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\xm250.h
13750  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\XPEDITE1K.h
13751  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\xsengine.h
13752  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\yellowstone.h
13753  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\yosemite.h
13754  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\Yukon8220.h
13755  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ZPC1900.h
13756  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\ZUMA.h
13757  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\configs\zylonite.h
13758  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\cramfs\cramfs_fs.h
13759  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\cramfs\cramfs_fs_sb.h
13760  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\galileo\core.h
13761  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\galileo\gt64260R.h
13762  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\galileo\memory.h
13763  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\galileo\pci.h
13764  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\jffs2\compr_rubin.h
13765  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\jffs2\jffs2.h
```

```
13766  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\jffs2\jffs2_unknown_node.h
13767  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\jffs2\load_kernel.h
13768  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\jffs2\mini_inflate.h
13769  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\bitops.h
13770  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\byteorder
13771  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\config.h
13772  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\ctype.h
13773  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\list.h
13774  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\mc146818rtc.h
13775  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\mtd
13776  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\posix_types.h
13777  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\stat.h
13778  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\stddef.h
13779  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\string.h
13780  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\time.h
13781  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\types.h
13782  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\byteorder\big_endian.h
13783  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\byteorder\generic.h
13784  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\byteorder\little_endian.h
13785  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\byteorder\swab.h
13786  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\mtd\compat.h
13787  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\mtd\doc2000.h
13788  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\mtd\mtd-abi.h
13789  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\mtd\mtd.h
13790  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\mtd\nand.h
13791  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\mtd\nand_ecc.h
13792  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\mtd\nand_ids.h
13793  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\mtd\nand_legacy.h
13794  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\linux\mtd\nftl.h
13795  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\pcmcia\cirrus.h
13796  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\pcmcia\i82365.h
13797  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\pcmcia\ss.h
13798  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\pcmcia\ti113x.h
13799  GPL.UBNT.v6.1.7\uboot\uboot-xm\include\pcmcia\yenta.h
13800  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_arm\armlinux.c
13801  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_arm\board.c
13802  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_arm\cache.c
13803  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_arm\div0.c
13804  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_arm\Makefile
13805  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_arm\_udivsi3.S
13806  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_arm\_umodsi3.S
13807  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_blackfin\bf533_linux.c
13808  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_blackfin\bf533_string.c
13809  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_blackfin\blackfin_board.h
13810  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_blackfin\board.c
13811  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_blackfin\cache.c
13812  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_blackfin\Makefile
13813  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_blackfin\muldi3.c
13814  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\bzlib.c
13815  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\bzlib_crctable.c
13816  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\bzlib_decompress.c
13817  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\bzlib_huffman.c
13818  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\bzlib_private.h
13819  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\bzlib_randtable.c
13820  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\crc32.c
13821  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\ctype.c
13822  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\display_options.c
13823  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\ldiv.c
13824  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\LzmaDecode.c
13825  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\LzmaDecode.h
13826  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\LzmaTypes.h
13827  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\LzmaWrapper.c
13828  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\Makefile
13829  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\string.c
13830  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\vsprintf.c
13831  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_generic\zlib.c
13832  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386\bios.h
13833  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386\bios.S
13834  GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386\bios_pci.S
```

```
13835    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386\board.c
13836    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386\board.c
13837    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386\i386_linux.c
13838    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386\Makefile
13839    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386\pci.c
13840    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386\pci_type1.c
13841    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386\realmode.c
13842    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386\realmode_switch.S
13843    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386\video.c
13844    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386\video_bios.c
13845    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_i386\zimage.c
13846    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_m68k\board.c
13847    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_m68k\cache.c
13848    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_m68k\m68k_linux.c
13849    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_m68k\Makefile
13850    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_m68k\time.c
13851    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_m68k\traps.c
13852    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_microblaze\board.c
13853    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_microblaze\cache.c
13854    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_microblaze\Makefile
13855    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_microblaze\microblaze_linux.c
13856    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_microblaze\time.c
13857    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_mips\board.c
13858    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_mips\Makefile
13859    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_mips\mips_linux.c
13860    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_mips\time.c
13861    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios\board.c
13862    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios\cache.c
13863    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios\divmod.c
13864    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios\Makefile
13865    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios\math.h
13866    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios\mult.c
13867    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios\nios_linux.c
13868    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios\time.c
13869    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios2\board.c
13870    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios2\cache.S
13871    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios2\divmod.c
13872    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios2\Makefile
13873    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios2\math.h
13874    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios2\mult.c
13875    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios2\nios_linux.c
13876    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_nios2\time.c
13877    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_ppc\bat_rw.c
13878    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_ppc\board.c
13879    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_ppc\cache.c
13880    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_ppc\extable.c
13881    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_ppc\interrupts.c
13882    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_ppc\kgdb.c
13883    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_ppc\Makefile
13884    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_ppc\ppcstring.S
13885    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_ppc\ticks.S
13886    GPL.UBNT.v6.1.7\uboot\uboot-xm\lib_ppc\time.c
13887    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\bootp.c
13888    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\bootp.h
13889    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\eth.c
13890    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\Makefile
13891    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\net.c
13892    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\nfs.c
13893    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\nfs.h
13894    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\rarp.c
13895    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\rarp.h
13896    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\sntp.c
13897    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\sntp.h
13898    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\tftp.c
13899    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\tftp.h
13900    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\tftp_server.c
13901    GPL.UBNT.v6.1.7\uboot\uboot-xm\net\tftp_server.h
13902    GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cache.c
13903    GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cache_8xx.S
```

```
13904  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu
13905  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu.c
13906  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\dsp.c
13907  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\ether.c
13908  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\i2c.c
13909  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\Makefile
13910  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\memory.c
13911  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\post.c
13912  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\rtc.c
13913  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\rules.mk
13914  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\spr.c
13915  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\sysmon.c
13916  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\tests.c
13917  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\uart.c
13918  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\usb.c
13919  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\watchdog.c
13920  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\andi.c
13921  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\asm.S
13922  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\b.c
13923  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\cmp.c
13924  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\cmpi.c
13925  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\complex.c
13926  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\cpu_asm.h
13927  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\cr.c
13928  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\load.c
13929  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\Makefile
13930  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\multi.c
13931  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\rlwimi.c
13932  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\rlwinm.c
13933  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\rlwnm.c
13934  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\srawi.c
13935  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\store.c
13936  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\string.c
13937  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\three.c
13938  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\threei.c
13939  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\threex.c
13940  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\two.c
13941  GPL.UBNT.v6.1.7\uboot\uboot-xm\post\cpu\twox.c
13942  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\bf533_rtc.c
13943  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\date.c
13944  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\ds12887.c
13945  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\ds1302.c
13946  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\ds1306.c
13947  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\ds1307.c
13948  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\ds1337.c
13949  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\ds1374.c
13950  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\ds1556.c
13951  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\ds164x.c
13952  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\ds174x.c
13953  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\m41t11.c
13954  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\m48t35ax.c
13955  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\Makefile
13956  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\max6900.c
13957  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\mc146818.c
13958  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\mk48t59.c
13959  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\mpc5xxx.c
13960  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\mpc8xx.c
13961  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\pcf8563.c
13962  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\rs5c372.c
13963  GPL.UBNT.v6.1.7\uboot\uboot-xm\rtc\s3c24x0_rtc.c
13964  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb
13965  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bmp_logo.c
13966  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\crc32.c
13967  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\easylogo
13968  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\env
13969  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\envcrc.c
13970  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\environment.c
13971  GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\gdb
```

```
13973   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\img2brec.sh
13974   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\img2brec.sh
13975   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\img2srec.c
13976   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\inca-swap-bytes.c
13977   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\keygen.c
13978   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\logos
13979   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\Makefile
13980   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\Makefile.win32
13981   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\mkimage.c
13982   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\mpc86x_clk.c
13983   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\ncb.c
13984   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\scripts
13985   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\setlocalversion
13986   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\updater
13987   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\badsubmit.php
13988   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\bddb.css
13989   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\brlog.php
13990   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\browse.php
13991   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\config.php
13992   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\create_tables.sql
13993   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\defs.php
13994   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\dodelete.php
13995   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\dodellog.php
13996   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\doedit.php
13997   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\doedlog.php
13998   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\donew.php
13999   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\donewlog.php
14000   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\edit.php
14001   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\edlog.php
14002   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\execute.php
14003   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\index.php
14004   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\new.php
14005   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\newlog.php
14006   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\bddb\README
14007   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\easylogo\easylogo.c
14008   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\easylogo\linux_logo.tga
14009   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\easylogo\Makefile
14010   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\easylogo\runme.sh
14011   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\env\fw_env.c
14012   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\env\fw_env.config
14013   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\env\fw_env.h
14014   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\env\fw_env_main.c
14015   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\env\Makefile
14016   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\env\README
14017   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\gdb\error.c
14018   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\gdb\error.h
14019   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\gdb\gdbcont.c
14020   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\gdb\gdbsend.c
14021   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\gdb\Makefile
14022   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\gdb\remote.c
14023   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\gdb\remote.h
14024   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\gdb\serial.c
14025   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\gdb\serial.h
14026   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\logos\denx.bmp
14027   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\scripts\dot.kermrc
14028   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\scripts\flash_param
14029   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\scripts\README
14030   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\scripts\send_cmd
14031   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\scripts\send_image
14032   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\updater\cmd_flash.c
14033   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\updater\ctype.c
14034   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\updater\dummy.c
14035   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\updater\flash.c
14036   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\updater\flash_hw.c
14037   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\updater\junk
14038   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\updater\Makefile
14039   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\updater\ppcstring.S
14040   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\updater\string.c
14041   GPL.UBNT.v6.1.7\uboot\uboot-xm\tools\updater\update.c
```

```
14042  GPL.UBNT.v6.1.7\uboot\uboot-xw\.gitignore
14043  GPL.UBNT.v6.1.7\uboot\uboot-xw\.project
14044  GPL.UBNT.v6.1.7\uboot\uboot-xw\arm_config.mk
14045  GPL.UBNT.v6.1.7\uboot\uboot-xw\blackfin_config.mk
14046  GPL.UBNT.v6.1.7\uboot\uboot-xw\board
14047  GPL.UBNT.v6.1.7\uboot\uboot-xw\boot
14048  GPL.UBNT.v6.1.7\uboot\uboot-xw\build_requires
14049  GPL.UBNT.v6.1.7\uboot\uboot-xw\CHANGELOG
14050  GPL.UBNT.v6.1.7\uboot\uboot-xw\common
14051  GPL.UBNT.v6.1.7\uboot\uboot-xw\config.mk
14052  GPL.UBNT.v6.1.7\uboot\uboot-xw\COPYING
14053  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu
14054  GPL.UBNT.v6.1.7\uboot\uboot-xw\CREDITS
14055  GPL.UBNT.v6.1.7\uboot\uboot-xw\disk
14056  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc
14057  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers
14058  GPL.UBNT.v6.1.7\uboot\uboot-xw\dtt
14059  GPL.UBNT.v6.1.7\uboot\uboot-xw\examples
14060  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs
14061  GPL.UBNT.v6.1.7\uboot\uboot-xw\i386_config.mk
14062  GPL.UBNT.v6.1.7\uboot\uboot-xw\include
14063  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_arm
14064  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_blackfin
14065  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap
14066  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic
14067  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386
14068  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_m68k
14069  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_microblaze
14070  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_mips
14071  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios
14072  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios2
14073  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_ppc
14074  GPL.UBNT.v6.1.7\uboot\uboot-xw\m68k_config.mk
14075  GPL.UBNT.v6.1.7\uboot\uboot-xw\MAINTAINERS
14076  GPL.UBNT.v6.1.7\uboot\uboot-xw\MAKEALL
14077  GPL.UBNT.v6.1.7\uboot\uboot-xw\Makefile
14078  GPL.UBNT.v6.1.7\uboot\uboot-xw\microblaze_config.mk
14079  GPL.UBNT.v6.1.7\uboot\uboot-xw\mips_config.mk
14080  GPL.UBNT.v6.1.7\uboot\uboot-xw\mkconfig
14081  GPL.UBNT.v6.1.7\uboot\uboot-xw\net
14082  GPL.UBNT.v6.1.7\uboot\uboot-xw\nios2_config.mk
14083  GPL.UBNT.v6.1.7\uboot\uboot-xw\nios_config.mk
14084  GPL.UBNT.v6.1.7\uboot\uboot-xw\post
14085  GPL.UBNT.v6.1.7\uboot\uboot-xw\ppc_config.mk
14086  GPL.UBNT.v6.1.7\uboot\uboot-xw\README
14087  GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc
14088  GPL.UBNT.v6.1.7\uboot\uboot-xw\tools
14089  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\a3000
14090  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\adder
14091  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\adsvix
14092  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\alaska
14093  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera
14094  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc
14095  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amirix
14096  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100
14097  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240
14098  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\armadillo
14099  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\assabet
14100  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\at91rm9200dk
14101  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\atc
14102  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\AtmarkTechno
14103  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\barco
14104  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\bmw
14105  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\c2mon
14106  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\canmb
14107  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds
14108  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cerf250
14109  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cm4008
14110
```

```
14111    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmc_pu2
14112    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmc_pu2
14113    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmi
14114    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cobra5272
14115    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent
14116    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpc45
14117    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpu86
14118    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpu87
14119    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cradle
14120    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cray
14121    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb226
14122    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb272
14123    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb472
14124    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb637
14125    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cu824
14126    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave
14127    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dbau1x00
14128    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\delta
14129    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dnp1110
14130    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec
14131    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk
14132    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep7312
14133    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep8248
14134    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep8260
14135    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep88x
14136    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eric
14137    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd
14138    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esteem192e
14139    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etin
14140    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etx094
14141    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb4510
14142    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260
14143    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eXalion
14144    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\exbitgen
14145    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ezkit533
14146    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\fads
14147    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\flagadm
14148    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\funkwerk
14149    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\g2000
14150    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gcplus
14151    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gen860t
14152    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\genietv
14153    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gth
14154    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gw8260
14155    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hermes
14156    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hidden_dragon
14157    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hmi1001
14158    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod
14159    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icecube
14160    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icu862
14161    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ids8247
14162    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\impa7
14163    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\incaip
14164    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\inka4x0
14165    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\innokom
14166    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorap
14167    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorcp
14168    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ip860
14169    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\iphase4539
14170    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ispan
14171    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ivm
14172    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ixdp425
14173    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\jse
14174    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kb9202
14175    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup
14176    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lantec
14177    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lart
14178    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\LEOX
14179    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\logodl
```

```
14180   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lubbock
14181   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lwmon
14182   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\m5272c3
14183   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\m5282evb
14184   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI
14185   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell
14186   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mbx8xx
14187   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mcc200
14188   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ml2
14189   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\modnet50
14190   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mousse
14191   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mp2usb
14192   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8260ads
14193   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8266ads
14194   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8349ads
14195   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8349emds
14196   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8540ads
14197   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8540eval
14198   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8560ads
14199   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl
14200   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\musenki
14201   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mvblue
14202   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mvs1
14203   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1ads
14204   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1fs2
14205   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\nc650
14206   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netphone
14207   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar
14208   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta
14209   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta2
14210   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netvia
14211   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ns9750dev
14212   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\nx823
14213   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\o2dnt
14214   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap1510inn
14215   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap1610inn
14216   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap2420h4
14217   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap5912osk
14218   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap730p2
14219   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\oxc
14220   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pb1x00
14221   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2
14222   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pleb2
14223   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm520
14224   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm826
14225   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm828
14226   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm854
14227   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm856
14228   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pn62
14229   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ppmc8260
14230   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\prodrive
14231   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\psyent
14232   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\purple
14233   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pxa255_idp
14234   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\quantum
14235   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\r360mpi
14236   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rattler
14237   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rbc823
14238   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rmu
14239   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXClassic
14240   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite
14241   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite_dw
14242   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rpxsuper
14243   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RRvision
14244   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rsdproto
14245   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sacsng
14246   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst
14247   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandpoint
```

```
14249  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc2410
14250  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8240
14251  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8260
14252  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8560
14253  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_cdp
14254  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_spunk
14255  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\scb9328
14256  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\shannon
14257  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens
14258  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sixnet
14259  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sl8245
14260  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\smdk2400
14261  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\smdk2410
14262  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\snmc
14263  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sorcery
14264  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\spd8xx
14265  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ssv
14266  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stamp
14267  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stxgp3
14268  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stxxtc
14269  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\svm_sc8xx
14270  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sx1
14271  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tb0229
14272  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\total5200
14273  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm5200
14274  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm8260
14275  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm834x
14276  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm85xx
14277  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm8xx
14278  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab
14279  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\uc100
14280  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\utx8245
14281  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\v37
14282  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\versatile
14283  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\voiceblue
14284  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o
14285  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\wepep250
14286  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\westel
14287  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xaeniax
14288  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx
14289  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xm250
14290  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xpedite1k
14291  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xsengine
14292  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\zpc1900
14293  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\zylonite
14294  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\a3000\a3000.c
14295  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\a3000\config.mk
14296  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\a3000\flash.c
14297  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\a3000\Makefile
14298  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\a3000\README
14299  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\a3000\u-boot.lds
14300  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\adder\adder.c
14301  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\adder\config.mk
14302  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\adder\Makefile
14303  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\adder\u-boot.lds
14304  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\adsvix\adsvix.c
14305  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\adsvix\config.mk
14306  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\adsvix\lowlevel_init.S
14307  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\adsvix\Makefile
14308  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\adsvix\pcmcia.c
14309  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\adsvix\pxavoltage.S
14310  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\adsvix\u-boot.lds
14311  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\alaska\alaska.c
14312  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\alaska\config.mk
14313  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\alaska\flash.c
14314  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\alaska\Makefile
14315  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\alaska\u-boot.lds
14316  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\common
14317  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1c20
```

```
14318  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\common\flash.c
14319  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\common\flash.c
14320  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\common\sevenseg.c
14321  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\common\sevenseg.h
14322  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1c20\config.mk
14323  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1c20\dk1c20.c
14324  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1c20\flash.c
14325  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1c20\Makefile
14326  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1c20\misc.c
14327  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1c20\u-boot.lds
14328  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1c20\vectors.S
14329  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1s10\config.mk
14330  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1s10\dk1s10.c
14331  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1s10\flash.c
14332  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1s10\Makefile
14333  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1s10\misc.c
14334  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1s10\u-boot.lds
14335  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\altera\dk1s10\vectors.S
14336  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\bamboo
14337  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\bubinga
14338  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\common
14339  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ebony
14340  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\luan
14341  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ocotea
14342  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\walnut
14343  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\yellowstone
14344  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\yosemite
14345  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\bamboo\bamboo.c
14346  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\bamboo\bamboo.h
14347  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\bamboo\config.mk
14348  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\bamboo\flash.c
14349  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\bamboo\init.S
14350  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\bamboo\Makefile
14351  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\bamboo\u-boot.lds
14352  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\bubinga\bubinga.c
14353  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\bubinga\config.mk
14354  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\bubinga\flash.c
14355  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\bubinga\Makefile
14356  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\bubinga\u-boot.lds
14357  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\common\flash.c
14358  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ebony\config.mk
14359  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ebony\ebony.c
14360  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ebony\flash.c
14361  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ebony\init.S
14362  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ebony\Makefile
14363  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ebony\u-boot.lds
14364  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\luan\config.mk
14365  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\luan\epld.h
14366  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\luan\flash.c
14367  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\luan\init.S
14368  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\luan\luan.c
14369  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\luan\Makefile
14370  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\luan\u-boot.lds
14371  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ocotea\config.mk
14372  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ocotea\flash.c
14373  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ocotea\init.S
14374  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ocotea\Makefile
14375  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ocotea\ocotea.c
14376  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ocotea\ocotea.h
14377  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\ocotea\u-boot.lds
14378  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\walnut\config.mk
14379  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\walnut\flash.c
14380  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\walnut\Makefile
14381  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\walnut\u-boot.lds
14382  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\walnut\walnut.c
14383  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\yellowstone\config.mk
14384  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\yellowstone\init.S
14385  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\yellowstone\Makefile
14386  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\yellowstone\u-boot.lds
```

```
14387  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\yosemite\config.mk
14388  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\yosemite\init.S
14389  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\yosemite\Makefile
14390  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\yosemite\u-boot.lds
14391  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amcc\yosemite\yosemite.c
14392  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amirix\ap1000
14393  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amirix\ap1000\ap1000.c
14394  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amirix\ap1000\ap1000.h
14395  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amirix\ap1000\config.mk
14396  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amirix\ap1000\flash.c
14397  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amirix\ap1000\init.S
14398  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amirix\ap1000\Makefile
14399  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amirix\ap1000\pci.c
14400  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amirix\ap1000\powerspan.c
14401  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amirix\ap1000\powerspan.h
14402  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amirix\ap1000\serial.c
14403  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\amirix\ap1000\u-boot.lds
14404  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap81
14405  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap83
14406  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap94
14407  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap96
14408  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common
14409  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb42
14410  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb44
14411  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb47
14412  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\tb225
14413  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\tb243
14414  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap81\ap81.c
14415  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap81\config.mk
14416  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap81\flash.c
14417  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap81\Makefile
14418  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap81\u-boot.lds
14419  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap83\ap83.c
14420  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap83\config.mk
14421  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap83\flash.c
14422  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap83\Makefile
14423  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap83\u-boot.lds
14424  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap94\ap94.c
14425  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap94\ap94_pci.c
14426  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap94\athrs26_phy.c
14427  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap94\athrs26_phy.h
14428  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap94\config.mk
14429  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap94\lowlevel_init.S
14430  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap94\Makefile
14431  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap94\u-boot.lds
14432  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap96\ap96.c
14433  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap96\config.mk
14434  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap96\Makefile
14435  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\ap96\u-boot.lds
14436  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\ar7100_flash.c
14437  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\ar7100_flash.h
14438  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\ar9100_pflash.c
14439  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\athrf1_phy.c
14440  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\athrs16_phy.c
14441  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\athrs16_phy.h
14442  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\athrs26_phy.c
14443  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\athrs26_phy.h
14444  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\athr_phy.h
14445  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\g5e_Plus1_2_29a_unmanaged_Atheros_v3.c
14446  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\g5_Plus1_2_29a_unmanaged_Atheros_v5.c
14447  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\g5_Plus1_2_29b_unmanaged_Atheros_v5.c
14448  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\g5_Plus1_2_31_unmanaged_Atheros_v3.c
14449  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\g5_Plus1_2_31_unmanaged_Atheros_v4.c
14450  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\generic_i2c.c
14451  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\generic_i2c.h
14452  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\generic_spi.c
14453  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\generic_spi.h
14454  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\ipPhy.c
```

```
14456    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\lowlevel_init.S
14457    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\lowlevel_init.S
14458    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\lowlevel_init_ar9100.S
14459    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\phy.h
14460    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\vsc73xx.c
14461    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\vsc73xx.h
14462    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\vsc8601_phy.c
14463    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\vsc8601_phy.h
14464    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\common\vsc_phy.c
14465    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb42\config.mk
14466    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb42\flash.c
14467    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb42\Makefile
14468    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb42\pb42.c
14469    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb42\u-boot.lds
14470    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb44\config.mk
14471    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb44\lowlevel_init.S
14472    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb44\Makefile
14473    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb44\pb44.c
14474    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb44\pb44_pci.c
14475    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb44\u-boot-bootstrap.lds
14476    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb44\u-boot.lds
14477    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb47\config.mk
14478    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb47\lowlevel_init.S
14479    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb47\Makefile
14480    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb47\pb47.c
14481    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb47\pb47_pci.c
14482    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\pb47\u-boot.lds
14483    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\tb225\config.mk
14484    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\tb225\flash.c
14485    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\tb225\Makefile
14486    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\tb225\tb225.c
14487    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\tb225\u-boot.lds
14488    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\tb243\config.mk
14489    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\tb243\Makefile
14490    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\tb243\tb243.c
14491    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7100\tb243\u-boot.lds
14492    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101
14493    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101-2.6.31
14494    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101-small
14495    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap111
14496    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap111-2.6.31
14497    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap121
14498    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap123
14499    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91
14500    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2MB
14501    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2x8
14502    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-router
14503    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap93
14504    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap93-hgw
14505    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap98
14506    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99
14507    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-2.6.31
14508    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-hgw
14509    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-ivi
14510    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-small
14511    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-test
14512    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ar7240_emu
14513    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common
14514    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\cus136
14515    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\db12x
14516    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\mi93
14517    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\nanobridge-ar9342-ar8035
14518    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb90
14519    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb92
14520    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb93
14521    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x
14522    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x-2.6.31
14523    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x-2x8
14524    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\tb327
```

```
14525   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\wrt54g
14526   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101\ap101.c
14527   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101\config.mk
14528   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101\flash.c
14529   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101\Makefile
14530   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101\u-boot.lds
14531   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101-2.6.31\ap101-2.6.31.c
14532   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101-2.6.31\config.mk
14533   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101-2.6.31\flash.c
14534   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101-2.6.31\Makefile
14535   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101-2.6.31\u-boot.lds
14536   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101-small\ap101-small.c
14537   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101-small\config.mk
14538   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101-small\flash.c
14539   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101-small\Makefile
14540   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap101-small\u-boot.lds
14541   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap111\ap111.c
14542   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap111\config.mk
14543   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap111\flash.c
14544   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap111\Makefile
14545   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap111\u-boot.lds
14546   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap111-2.6.31\ap111-2.6.31.c
14547   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap111-2.6.31\config.mk
14548   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap111-2.6.31\flash.c
14549   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap111-2.6.31\Makefile
14550   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap111-2.6.31\u-boot.lds
14551   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap121\ap121.c
14552   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap121\config.mk
14553   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap121\flash.c
14554   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap121\hornet_pll_init.S
14555   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap121\Makefile
14556   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap121\u-boot-bootstrap.lds
14557   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap121\u-boot.lds
14558   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap123\ap123.c
14559   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap123\config.mk
14560   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap123\flash.c
14561   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap123\Makefile
14562   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap123\u-boot-bootstrap.lds
14563   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap123\u-boot.lds
14564   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91\ap91.c
14565   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91\ar9285gpio.c
14566   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91\config.mk
14567   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91\flash.c
14568   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91\Makefile
14569   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91\u-boot-bootstrap.lds
14570   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91\u-boot.lds
14571   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2MB\ap91-2MB.c
14572   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2MB\ar9285gpio.c
14573   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2MB\config.mk
14574   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2MB\flash.c
14575   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2MB\Makefile
14576   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2MB\u-boot-bootstrap.lds
14577   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2MB\u-boot.lds
14578   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2x8\ap91-2x8.c
14579   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2x8\config.mk
14580   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2x8\flash.c
14581   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2x8\Makefile
14582   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2x8\u-boot-bootstrap.lds
14583   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-2x8\u-boot.lds
14584   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-router\ap91-router.c
14585   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-router\config.mk
14586   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-router\flash.c
14587   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-router\Makefile
14588   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-router\u-boot-bootstrap.lds
14589   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap91-router\u-boot.lds
14590   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap93\ap93.c
14591   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap93\config.mk
14592   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap93\flash.c
```

```
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap93\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap93-hgw\ap93-hgw.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap93-hgw\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap93-hgw\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap93-hgw\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap93-hgw\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap98\ap98.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap98\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap98\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap98\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap98\u-boot-bootstrap.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap98\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99\ap99.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99\u-boot-bootstrap.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-2.6.31\ap99-2.6.31.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-2.6.31\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-2.6.31\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-2.6.31\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-2.6.31\u-boot-bootstrap.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-2.6.31\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-hgw\ap99-hgw.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-hgw\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-hgw\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-hgw\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-hgw\u-boot-bootstrap.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-hgw\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-ivi\ap99-ivi.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-ivi\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-ivi\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-ivi\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-ivi\u-boot-bootstrap.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-ivi\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-small\ap99-small.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-small\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-small\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-small\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-small\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ap99-test\ap99-test.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ar7240_emu\ar7240_emu.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ar7240_emu\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ar7240_emu\flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ar7240_emu\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\ar7240_emu\u-boot.lds
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\ar7240_flash.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\ar7240_flash.h
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\ar7240_pci.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\ar7240_s26_phy.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\ar7240_s26_phy.h
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athr8032_phy.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athr8032_phy.h
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athr8035_phy.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athr8035_phy.h
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athr8236_phy.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athr8236_phy.h
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athrs16_phy.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athrs16_phy.h
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athrs17_phy.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athrs17_phy.h
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athrsf1_phy.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athrsf1_phy.h
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athrsf2_phy.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athrs_vir_phy.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athr_s27_phy.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\athr_s27_phy.h
```

```
14663   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\lowlevel_init.S
14664   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\lowlevel_init.S
14665   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\lowlevel_init_934x-1.1.S
14666   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\lowlevel_init_934x.S
14667   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\phy.h
14668   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\ubnt-board.c
14669   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\common\ubnt-board.h
14670   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\cus136\config.mk
14671   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\cus136\cus136.c
14672   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\cus136\flash.c
14673   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\cus136\Makefile
14674   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\cus136\u-boot.lds
14675   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\db12x\config.mk
14676   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\db12x\db12x.c
14677   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\db12x\flash.c
14678   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\db12x\Makefile
14679   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\db12x\u-boot-bootstrap.lds
14680   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\db12x\u-boot.lds
14681   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\mi93\config.mk
14682   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\mi93\flash.c
14683   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\mi93\Makefile
14684   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\mi93\mi93.c
14685   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\mi93\u-boot.lds
14686   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\nanobridge-ar9342-ar8035\config.mk
14687   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\nanobridge-ar9342-ar8035\flash.c
14688   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\nanobridge-ar9342-ar8035\Makefile
14689   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\nanobridge-ar9342-ar8035\nanobridge-ar9342-ar
        8035.c
14690   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\nanobridge-ar9342-ar8035\u-boot-bootstrap.lds
14691   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\nanobridge-ar9342-ar8035\u-boot.lds
14692   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb90\config.mk
14693   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb90\flash.c
14694   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb90\Makefile
14695   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb90\pb90.c
14696   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb90\u-boot.lds
14697   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb92\config.mk
14698   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb92\flash.c
14699   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb92\Makefile
14700   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb92\pb92.c
14701   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb92\u-boot-bootstrap.lds
14702   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb92\u-boot.lds
14703   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb93\config.mk
14704   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb93\flash.c
14705   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb93\Makefile
14706   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb93\pb93.c
14707   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb93\u-boot.lds
14708   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x\config.mk
14709   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x\flash.c
14710   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x\Makefile
14711   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x\pb9x.c
14712   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x\u-boot-bootstrap.lds
14713   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x\u-boot.lds
14714   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x-2.6.31\config.mk
14715   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x-2.6.31\flash.c
14716   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x-2.6.31\Makefile
14717   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x-2.6.31\pb9x-2.6.31.c
14718   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x-2.6.31\u-boot-bootstrap.lds
14719   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x-2.6.31\u-boot.lds
14720   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x-2x8\config.mk
14721   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x-2x8\flash.c
14722   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x-2x8\Makefile
14723   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x-2x8\pb9x-2x8.c
14724   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x-2x8\u-boot-bootstrap.lds
14725   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\pb9x-2x8\u-boot.lds
14726   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\tb327\config.mk
14727   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\tb327\flash.c
14728   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\tb327\Makefile
14729   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\tb327\tb327.c
14730   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\tb327\u-boot.lds
```

```
14731  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\wasp_emu\flash.c
14732  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\wasp_emu\Makefile
14733  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\wasp_emu\u-boot.lds
14734  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\wasp_emu\wasp_emu.c
14735  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\wrt54g\config.mk
14736  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\wrt54g\flash.c
14737  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\wrt54g\Makefile
14738  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\wrt54g\u-boot.lds
14739  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ar7240\wrt54g\wrt54g.c
14740  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\armadillo\armadillo.c
14741  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\armadillo\config.mk
14742  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\armadillo\flash.c
14743  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\armadillo\lowlevel_init.S
14744  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\armadillo\Makefile
14745  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\armadillo\u-boot.lds
14746  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\assabet\assabet.c
14747  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\assabet\config.mk
14748  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\assabet\Makefile
14749  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\assabet\setup.S
14750  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\assabet\u-boot.lds
14751  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\at91rm9200dk\at45.c
14752  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\at91rm9200dk\at91rm9200dk.c
14753  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\at91rm9200dk\config.mk
14754  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\at91rm9200dk\flash.c
14755  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\at91rm9200dk\Makefile
14756  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\at91rm9200dk\u-boot.lds
14757  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\atc\atc.c
14758  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\atc\config.mk
14759  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\atc\flash.c
14760  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\atc\Makefile
14761  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\atc\u-boot.lds
14762  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\AtmarkTechno\suzaku
14763  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\AtmarkTechno\suzaku\config.mk
14764  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\AtmarkTechno\suzaku\flash.c
14765  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\AtmarkTechno\suzaku\Makefile
14766  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\AtmarkTechno\suzaku\suzaku.c
14767  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\AtmarkTechno\suzaku\u-boot.lds
14768  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\barco\barco.c
14769  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\barco\barco_svc.h
14770  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\barco\config.mk
14771  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\barco\early_init.S
14772  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\barco\flash.c
14773  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\barco\Makefile
14774  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\barco\README
14775  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\barco\speed.h
14776  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\barco\u-boot.lds
14777  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\bmw\bmw.c
14778  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\bmw\bmw.h
14779  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\bmw\config.mk
14780  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\bmw\early_init.S
14781  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\bmw\flash.c
14782  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\bmw\m48t59y.c
14783  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\bmw\m48t59y.h
14784  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\bmw\Makefile
14785  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\bmw\ns16550.c
14786  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\bmw\ns16550.h
14787  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\bmw\README
14788  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\bmw\serial.c
14789  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\bmw\u-boot.lds
14790  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\c2mon\c2mon.c
14791  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\c2mon\config.mk
14792  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\c2mon\flash.c
14793  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\c2mon\Makefile
14794  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\c2mon\u-boot.lds
14795  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\c2mon\u-boot.lds.debug
14796  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\canmb\canmb.c
14797  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\canmb\config.mk
14798  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\canmb\Makefile
```

```
14800    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\canmb\u-boot.lds
14801    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\canmb\u-boot.lds
14802    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\common
14803    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8541cds
14804    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8548cds
14805    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8555cds
14806    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\common\cadmus.c
14807    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\common\cadmus.h
14808    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\common\eeprom.c
14809    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\common\eeprom.h
14810    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8541cds\config.mk
14811    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8541cds\init.S
14812    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8541cds\Makefile
14813    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8541cds\mpc8541cds.c
14814    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8541cds\u-boot.lds
14815    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8548cds\config.mk
14816    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8548cds\init.S
14817    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8548cds\Makefile
14818    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8548cds\mpc8548cds.c
14819    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8548cds\u-boot.lds
14820    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8555cds\config.mk
14821    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8555cds\init.S
14822    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8555cds\Makefile
14823    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8555cds\mpc8555cds.c
14824    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cds\mpc8555cds\u-boot.lds
14825    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cerf250\cerf250.c
14826    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cerf250\config.mk
14827    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cerf250\flash.c
14828    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cerf250\lowlevel_init.S
14829    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cerf250\Makefile
14830    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cerf250\u-boot.lds
14831    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cm4008\cm4008.c
14832    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cm4008\config.mk
14833    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cm4008\flash.c
14834    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cm4008\Makefile
14835    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cm4008\u-boot.lds
14836    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cm41xx\cm41xx.c
14837    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cm41xx\config.mk
14838    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cm41xx\flash.c
14839    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cm41xx\Makefile
14840    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cm41xx\u-boot.lds
14841    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmc_pu2\at45.c
14842    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmc_pu2\cmc_pu2.c
14843    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmc_pu2\config.mk
14844    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmc_pu2\flash.c
14845    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmc_pu2\load_sernum_ethaddr.c
14846    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmc_pu2\Makefile
14847    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmc_pu2\u-boot.lds
14848    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmi\cmi.c
14849    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmi\config.mk
14850    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmi\flash.c
14851    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmi\Makefile
14852    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cmi\u-boot.lds
14853    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cobra5272\bdm
14854    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cobra5272\cobra5272.c
14855    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cobra5272\config.mk
14856    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cobra5272\flash.c
14857    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cobra5272\Makefile
14858    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cobra5272\u-boot.lds
14859    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cobra5272\bdm\cobra5272_uboot.gdb
14860    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cobra5272\bdm\gdbinit.reset
14861    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cobra5272\bdm\load-cobra_uboot
14862    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cobra5272\bdm\reset
14863    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\config.mk
14864    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\dipsw.c
14865    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\dipsw.h
14866    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\flash.c
14867    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\flash.h
14868    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\kbm.c
```

```
14869    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\lcd.c
14870    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\lcd.c
14871    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\lcd.h
14872    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\Makefile
14873    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\mb.c
14874    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\mb.h
14875    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\par.c
14876    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\par.h
14877    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\pci.c
14878    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\pci.h
14879    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\README
14880    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\README.cma286
14881    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\rtc.c
14882    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\rtc.h
14883    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\serial.c
14884    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\serial.h
14885    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\u-boot.lds
14886    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cogent\u-boot.lds.debug
14887    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpc45\config.mk
14888    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpc45\cpc45.c
14889    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpc45\flash.c
14890    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpc45\Makefile
14891    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpc45\pd67290.c
14892    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpc45\plx9030.c
14893    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpc45\u-boot.lds
14894    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpu86\config.mk
14895    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpu86\cpu86.c
14896    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpu86\cpu86.h
14897    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpu86\flash.c
14898    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpu86\Makefile
14899    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpu86\u-boot.lds
14900    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpu87\config.mk
14901    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpu87\cpu87.c
14902    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpu87\cpu87.h
14903    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpu87\flash.c
14904    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpu87\Makefile
14905    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cpu87\u-boot.lds
14906    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cradle\config.mk
14907    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cradle\cradle.c
14908    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cradle\flash.c
14909    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cradle\lowlevel_init.S
14910    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cradle\Makefile
14911    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cradle\u-boot.lds
14912    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cray\L1
14913    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cray\L1\bootscript.hush
14914    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cray\L1\config.mk
14915    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cray\L1\flash.c
14916    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cray\L1\init.S
14917    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cray\L1\L1.c
14918    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cray\L1\L1.h
14919    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cray\L1\Makefile
14920    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cray\L1\patchme
14921    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cray\L1\u-boot.lds
14922    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cray\L1\u-boot.lds.debug
14923    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cray\L1\x2c.awk
14924    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb226\config.mk
14925    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb226\csb226.c
14926    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb226\flash.c
14927    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb226\lowlevel_init.S
14928    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb226\Makefile
14929    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb226\u-boot.lds
14930    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb272\config.mk
14931    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb272\csb272.c
14932    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb272\init.S
14933    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb272\Makefile
14934    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb272\u-boot.lds
14935    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb472\config.mk
14936    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb472\csb472.c
14937    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb472\init.S
```

```
14938  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb472\u-boot.lds
14939  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb637\config.mk
14940  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb637\csb637.c
14941  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb637\Makefile
14942  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\csb637\u-boot.lds
14943  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cu824\config.mk
14944  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cu824\cu824.c
14945  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cu824\flash.c
14946  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cu824\Makefile
14947  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cu824\README
14948  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\cu824\u-boot.lds
14949  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\B2
14950  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\common
14951  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\PPChameleonEVB
14952  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\B2\B2.c
14953  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\B2\config.mk
14954  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\B2\flash.c
14955  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\B2\lowlevel_init.S
14956  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\B2\Makefile
14957  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\B2\u-boot.lds
14958  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\common\flash.c
14959  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\common\fpga.c
14960  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\common\pci.c
14961  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\PPChameleonEVB\config.mk
14962  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\PPChameleonEVB\flash.c
14963  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\PPChameleonEVB\fpgadata.c
14964  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\PPChameleonEVB\Makefile
14965  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\PPChameleonEVB\nand.c
14966  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\PPChameleonEVB\PPChameleonEVB.c
14967  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dave\PPChameleonEVB\u-boot.lds
14968  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dbau1x00\config.mk
14969  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dbau1x00\dbau1x00.c
14970  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dbau1x00\flash.c
14971  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dbau1x00\lowlevel_init.S
14972  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dbau1x00\Makefile
14973  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dbau1x00\README
14974  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dbau1x00\u-boot.lds
14975  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\delta\config.mk
14976  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\delta\delta.c
14977  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\delta\lowlevel_init.S
14978  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\delta\Makefile
14979  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\delta\nand.c
14980  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\delta\u-boot.lds
14981  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dnp1110\config.mk
14982  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dnp1110\dnp1110.c
14983  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dnp1110\flash.c
14984  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dnp1110\lowlevel_init.S
14985  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dnp1110\Makefile
14986  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\dnp1110\u-boot.lds
14987  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\bab7xx
14988  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\elppc
14989  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\mhpc
14990  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\bab7xx\asm_init.S
14991  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\bab7xx\bab7xx.c
14992  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\bab7xx\config.mk
14993  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\bab7xx\dc_srom.c
14994  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\bab7xx\el_srom.c
14995  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\bab7xx\flash.c
14996  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\bab7xx\l2cache.c
14997  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\bab7xx\Makefile
14998  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\bab7xx\misc.c
14999  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\bab7xx\pci.c
15000  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\bab7xx\srom.h
15001  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\bab7xx\u-boot.lds
15002  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\elppc\asm_init.S
15003  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\elppc\config.mk
15004  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\elppc\eepro100_srom.c
15005  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\elppc\elppc.c
```

```
15007  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\elppc\Makefile
15008  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\elppc\Makefile
15009  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\elppc\misc.c
15010  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\elppc\mpc107_i2c.c
15011  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\elppc\pci.c
15012  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\elppc\srom.h
15013  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\elppc\u-boot.lds
15014  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\mhpc\config.mk
15015  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\mhpc\flash.c
15016  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\mhpc\Makefile
15017  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\mhpc\mhpc.c
15018  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\mhpc\u-boot.lds
15019  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eltec\mhpc\u-boot.lds.debug
15020  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\common
15021  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\top5200
15022  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\top860
15023  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\common\am79c874.c
15024  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\common\flash.c
15025  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\common\vpd.c
15026  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\top5200\config.mk
15027  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\top5200\Makefile
15028  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\top5200\top5200.c
15029  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\top5200\u-boot.lds
15030  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\top860\config.mk
15031  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\top860\Makefile
15032  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\top860\top860.c
15033  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\top860\u-boot.lds
15034  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\emk\top860\u-boot.lds.debug
15035  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep7312\config.mk
15036  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep7312\ep7312.c
15037  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep7312\flash.c
15038  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep7312\lowlevel_init.S
15039  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep7312\Makefile
15040  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep7312\u-boot.lds
15041  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep8248\config.mk
15042  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep8248\ep8248.c
15043  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep8248\Makefile
15044  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep8248\u-boot.lds
15045  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep8260\config.mk
15046  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep8260\ep8260.c
15047  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep8260\ep8260.h
15048  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep8260\flash.c
15049  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep8260\Makefile
15050  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep8260\mii_phy.c
15051  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep8260\u-boot.lds
15052  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep88x\config.mk
15053  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep88x\ep88x.c
15054  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep88x\Makefile
15055  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ep88x\u-boot.lds
15056  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eric\config.mk
15057  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eric\eric.c
15058  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eric\eric.h
15059  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eric\flash.c
15060  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eric\init.S
15061  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eric\Makefile
15062  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eric\u-boot.lds
15063  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\adciop
15064  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\apc405
15065  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ar405
15066  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ash405
15067  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\canbt
15068  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cms700
15069  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common
15070  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci2dp
15071  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci405
15072  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci440
15073  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci5200
15074  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750
15075  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpciiser4
```

```
15076    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci405
15077    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dp405
15078    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\du405
15079    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hh405
15080    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hub405
15081    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ocrtc
15082    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pci405
15083    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pf5200
15084    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\plu405
15085    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pmc405
15086    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\tasreg
15087    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\voh405
15088    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\vom405
15089    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\wuh405
15090    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\adciop\adciop.c
15091    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\adciop\adciop.h
15092    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\adciop\config.mk
15093    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\adciop\flash.c
15094    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\adciop\Makefile
15095    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\adciop\u-boot.lds
15096    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\apc405\apc405.c
15097    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\apc405\config.mk
15098    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\apc405\fpgadata.c
15099    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\apc405\logo_640_480_24bpp.c
15100    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\apc405\Makefile
15101    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\apc405\strataflash.c
15102    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\apc405\u-boot.lds
15103    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ar405\ar405.c
15104    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ar405\ar405.h
15105    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ar405\config.mk
15106    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ar405\flash.c
15107    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ar405\fpgadata.c
15108    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ar405\fpgadata_xl30.c
15109    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ar405\Makefile
15110    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ar405\u-boot.lds
15111    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ash405\ash405.c
15112    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ash405\config.mk
15113    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ash405\flash.c
15114    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ash405\fpgadata.c
15115    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ash405\Makefile
15116    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ash405\u-boot.lds
15117    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\canbt\canbt.c
15118    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\canbt\canbt.h
15119    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\canbt\config.mk
15120    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\canbt\flash.c
15121    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\canbt\fpgadata.c
15122    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\canbt\Makefile
15123    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\canbt\u-boot.lds
15124    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cms700\cms700.c
15125    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cms700\config.mk
15126    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cms700\flash.c
15127    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cms700\fpgadata.c
15128    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cms700\Makefile
15129    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cms700\u-boot.lds
15130    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\auto_update.c
15131    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\auto_update.h
15132    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\cmd_loadpci.c
15133    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\flash.c
15134    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\fpga.c
15135    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\lcd.c
15136    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\lcd.h
15137    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\misc.c
15138    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\pci.c
15139    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\s1d13704_320_240_4bpp.h
15140    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\s1d13705_320_240_8bpp.h
15141    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\s1d13806_1024_768_8bpp.h
15142    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\s1d13806_320_240_4bpp.h
15143    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\s1d13806_640_480_16bpp.h
15144    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\s1d13806_640_480_8bpp.h
```

```
15145    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\xilinx_jtag\lenval.c
15146    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\xilinx_jtag\lenval.h
15147    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\xilinx_jtag\micro.c
15148    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\xilinx_jtag\micro.h
15149    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\xilinx_jtag\ports.c
15150    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\common\xilinx_jtag\ports.h
15151    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci2dp\config.mk
15152    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci2dp\cpci2dp.c
15153    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci2dp\flash.c
15154    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci2dp\Makefile
15155    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci2dp\u-boot.lds
15156    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci405\config.mk
15157    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci405\cpci405.c
15158    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci405\flash.c
15159    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci405\fpgadata_cpci405.c
15160    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci405\fpgadata_cpci4052.c
15161    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci405\fpgadata_cpci405ab.c
15162    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci405\Makefile
15163    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci405\u-boot.lds
15164    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci440\config.mk
15165    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci440\cpci440.c
15166    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci440\init.S
15167    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci440\Makefile
15168    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci440\strataflash.c
15169    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci440\u-boot.lds
15170    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci5200\config.mk
15171    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci5200\cpci5200.c
15172    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci5200\Makefile
15173    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci5200\mt46v16m16-75.h
15174    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci5200\strataflash.c
15175    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci5200\u-boot.lds
15176    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\64360.h
15177    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\config.mk
15178    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\cpci750.c
15179    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\eth.h
15180    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\i2c.c
15181    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\i2c.h
15182    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\ide.c
15183    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\local.h
15184    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\Makefile
15185    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\misc.S
15186    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\mpsc.c
15187    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\mpsc.h
15188    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\mv_eth.c
15189    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\mv_eth.h
15190    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\mv_regs.h
15191    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\pci.c
15192    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\sdram_init.c
15193    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\serial.c
15194    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\serial.h
15195    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpci750\u-boot.lds
15196    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpciiser4\config.mk
15197    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpciiser4\cpciiser4.c
15198    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpciiser4\cpciiser4.h
15199    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpciiser4\flash.c
15200    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpciiser4\fpgadata.c
15201    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpciiser4\Makefile
15202    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\cpciiser4\u-boot.lds
15203    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dasa_sim\cmd_dasa_sim.c
15204    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dasa_sim\config.mk
15205    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dasa_sim\dasa_sim.c
15206    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dasa_sim\dasa_sim.h
15207    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dasa_sim\eeprom.c
15208    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dasa_sim\flash.c
15209    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dasa_sim\fpgadata.c
15210    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dasa_sim\Makefile
15211    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dasa_sim\u-boot.lds
15212    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dp405\config.mk
```

```
15214   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dp405\config.mk
15215   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dp405\flash.c
15216   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dp405\fpgadata.c
15217   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dp405\Makefile
15218   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\dp405\u-boot.lds
15219   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\du405\config.mk
15220   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\du405\du405.c
15221   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\du405\du405.h
15222   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\du405\flash.c
15223   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\du405\fpgadata.c
15224   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\du405\Makefile
15225   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\du405\u-boot.lds
15226   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hh405\config.mk
15227   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hh405\flash.c
15228   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hh405\fpgadata.c
15229   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hh405\hh405.c
15230   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hh405\logo_1024_768_8bpp.c
15231   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hh405\logo_320_240_4bpp.c
15232   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hh405\logo_320_240_8bpp.c
15233   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hh405\logo_640_480_24bpp.c
15234   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hh405\Makefile
15235   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hh405\u-boot.lds
15236   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hub405\config.mk
15237   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hub405\flash.c
15238   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hub405\hub405.c
15239   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hub405\Makefile
15240   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\hub405\u-boot.lds
15241   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ocrtc\cmd_ocrtc.c
15242   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ocrtc\config.mk
15243   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ocrtc\flash.c
15244   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ocrtc\Makefile
15245   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ocrtc\ocrtc.c
15246   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ocrtc\ocrtc.h
15247   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\ocrtc\u-boot.lds
15248   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pci405\cmd_pci405.c
15249   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pci405\config.mk
15250   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pci405\flash.c
15251   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pci405\fpgadata.c
15252   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pci405\Makefile
15253   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pci405\pci405.c
15254   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pci405\pci405.h
15255   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pci405\u-boot.lds
15256   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pci405\writeibm.S
15257   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pf5200\config.mk
15258   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pf5200\flash.c
15259   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pf5200\Makefile
15260   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pf5200\mt46v16m16-75.h
15261   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pf5200\pf5200.c
15262   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pf5200\u-boot.lds
15263   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\plu405\config.mk
15264   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\plu405\flash.c
15265   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\plu405\fpgadata.c
15266   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\plu405\Makefile
15267   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\plu405\plu405.c
15268   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\plu405\u-boot.lds
15269   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pmc405\config.mk
15270   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pmc405\fpgadata.c
15271   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pmc405\Makefile
15272   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pmc405\pmc405.c
15273   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\pmc405\u-boot.lds
15274   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\tasreg\config.mk
15275   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\tasreg\flash.c
15276   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\tasreg\fpgadata.c
15277   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\tasreg\Makefile
15278   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\tasreg\tasreg.c
15279   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\tasreg\u-boot.lds
15280   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\voh405\config.mk
15281   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\voh405\flash.c
15282   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\voh405\fpgadata.c
```

```
15283  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\voh405\logo_640_480_24bpp.c
15284  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\voh405\Makefile
15285  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\voh405\u-boot.lds
15286  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\voh405\voh405.c
15287  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\vom405\config.mk
15288  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\vom405\flash.c
15289  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\vom405\fpgadata.c
15290  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\vom405\Makefile
15291  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\vom405\u-boot.lds
15292  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\vom405\vom405.c
15293  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\wuh405\config.mk
15294  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\wuh405\flash.c
15295  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\wuh405\fpgadata.c
15296  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\wuh405\Makefile
15297  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\wuh405\u-boot.lds
15298  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esd\wuh405\wuh405.c
15299  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esteem192e\config.mk
15300  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esteem192e\esteem192e.c
15301  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esteem192e\flash.c
15302  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esteem192e\Makefile
15303  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\esteem192e\u-boot.lds
15304  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etin\debris
15305  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etin\debris\config.mk
15306  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etin\debris\debris.c
15307  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etin\debris\flash.c
15308  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etin\debris\Makefile
15309  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etin\debris\phantom.c
15310  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etin\debris\speed.h
15311  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etin\debris\u-boot.lds
15312  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etx094\config.mk
15313  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etx094\etx094.c
15314  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etx094\flash.c
15315  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etx094\Makefile
15316  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etx094\u-boot.lds
15317  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\etx094\u-boot.lds.debug
15318  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb4510\config.mk
15319  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb4510\evb4510.c
15320  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb4510\flash.c
15321  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb4510\lowlevel_init.S
15322  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb4510\Makefile
15323  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb4510\u-boot.lds
15324  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\64260.h
15325  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\bootseq.txt
15326  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\config.mk
15327  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\ecctest.c
15328  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\eth.c
15329  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\eth.h
15330  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\eth_addrtbl.c
15331  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\eth_addrtbl.h
15332  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\evb64260.c
15333  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\flash.c
15334  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\i2c.c
15335  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\i2c.h
15336  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\intel_flash.c
15337  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\intel_flash.h
15338  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\local.h
15339  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\Makefile
15340  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\memory.c
15341  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\misc.S
15342  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\mpsc.c
15343  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\mpsc.h
15344  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\pci.c
15345  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\sdram_init.c
15346  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\serial.c
15347  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\serial.h
15348  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\u-boot.lds
15349  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\zuma_pbb.c
15350  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\zuma_pbb.h
15351
```

```
15352   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\evb64260\zuma_pbb_mbox.h
15353   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eXalion\config.mk
15354   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eXalion\eXalion.c
15355   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eXalion\eXalion.h
15356   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eXalion\Makefile
15357   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eXalion\piix_pci.h
15358   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\eXalion\u-boot.lds
15359   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\exbitgen\config.mk
15360   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\exbitgen\exbitgen.c
15361   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\exbitgen\exbitgen.h
15362   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\exbitgen\flash.c
15363   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\exbitgen\init.S
15364   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\exbitgen\Makefile
15365   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\exbitgen\u-boot.lds
15366   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ezkit533\config.mk
15367   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ezkit533\ezkit533.c
15368   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ezkit533\flash-defines.h
15369   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ezkit533\flash.c
15370   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ezkit533\Makefile
15371   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ezkit533\psd4256.h
15372   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ezkit533\u-boot.lds
15373   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\fads\config.mk
15374   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\fads\fads.c
15375   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\fads\fads.h
15376   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\fads\flash.c
15377   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\fads\lamp.c
15378   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\fads\Makefile
15379   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\fads\u-boot.lds
15380   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\fads\u-boot.lds.debug
15381   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\flagadm\config.mk
15382   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\flagadm\flagadm.c
15383   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\flagadm\flash.c
15384   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\flagadm\Makefile
15385   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\flagadm\u-boot.lds
15386   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\flagadm\u-boot.lds.debug
15387   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\funkwerk\vovpn-gw
15388   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\funkwerk\vovpn-gw\config.mk
15389   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\funkwerk\vovpn-gw\flash.c
15390   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\funkwerk\vovpn-gw\m88e6060.c
15391   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\funkwerk\vovpn-gw\m88e6060.h
15392   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\funkwerk\vovpn-gw\Makefile
15393   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\funkwerk\vovpn-gw\u-boot.lds
15394   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\funkwerk\vovpn-gw\vovpn-gw.c
15395   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\g2000\config.mk
15396   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\g2000\g2000.c
15397   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\g2000\Makefile
15398   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\g2000\strataflash.c
15399   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\g2000\u-boot.lds
15400   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gcplus\config.mk
15401   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gcplus\flash.c
15402   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gcplus\gcplus.c
15403   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gcplus\lowlevel_init.S
15404   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gcplus\Makefile
15405   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gcplus\u-boot.lds
15406   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gen860t\beeper.c
15407   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gen860t\beeper.h
15408   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gen860t\config.mk
15409   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gen860t\flash.c
15410   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gen860t\fpga.c
15411   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gen860t\fpga.h
15412   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gen860t\gen860t.c
15413   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gen860t\ioport.c
15414   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gen860t\ioport.h
15415   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gen860t\Makefile
15416   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gen860t\README
15417   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gen860t\u-boot-flashenv.lds
15418   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gen860t\u-boot.lds
15419   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\genietv\config.mk
15420   
```

```
15421  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\genietv\genietv.c
15422  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\genietv\genietv.c
15423  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\genietv\genietv.h
15424  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\genietv\Makefile
15425  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\genietv\u-boot.lds
15426  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\genietv\u-boot.lds.debug
15427  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gth\config.mk
15428  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gth\ee_access.c
15429  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gth\ee_access.h
15430  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gth\ee_dev.h
15431  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gth\flash.c
15432  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gth\gth.c
15433  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gth\Makefile
15434  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gth\README
15435  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gth\u-boot.lds
15436  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gw8260\config.mk
15437  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gw8260\flash.c
15438  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gw8260\gw8260.c
15439  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gw8260\Makefile
15440  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\gw8260\u-boot.lds
15441  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hermes\config.mk
15442  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hermes\flash.c
15443  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hermes\hermes.c
15444  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hermes\Makefile
15445  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hermes\u-boot.lds
15446  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hermes\u-boot.lds.debug
15447  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hidden_dragon\config.mk
15448  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hidden_dragon\early_init.S
15449  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hidden_dragon\flash.c
15450  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hidden_dragon\hidden_dragon.c
15451  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hidden_dragon\Makefile
15452  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hidden_dragon\README
15453  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hidden_dragon\speed.h
15454  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hidden_dragon\u-boot.lds
15455  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hmi1001\config.mk
15456  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hmi1001\hmi1001.c
15457  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hmi1001\Makefile
15458  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hmi1001\u-boot.lds
15459  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod\bsp.c
15460  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod\config.mk
15461  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod\eeprom.c
15462  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod\env.c
15463  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod\fetch.c
15464  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod\flash.c
15465  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod\flash.h
15466  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod\global_env
15467  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod\hymod.c
15468  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod\hymod.h
15469  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod\input.c
15470  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod\Makefile
15471  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod\u-boot.lds
15472  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\hymod\u-boot.lds.debug
15473  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icecube\config.mk
15474  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icecube\flash.c
15475  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icecube\icecube.c
15476  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icecube\Makefile
15477  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icecube\mt46v16m16-75.h
15478  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icecube\mt46v32m16.h
15479  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icecube\mt48lc16m16a2-75.h
15480  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icecube\u-boot.lds
15481  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icu862\config.mk
15482  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icu862\flash.c
15483  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icu862\icu862.c
15484  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icu862\Makefile
15485  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icu862\u-boot.lds
15486  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\icu862\u-boot.lds.debug
15487  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ids8247\config.mk
15488  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ids8247\flash.c
15489  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ids8247\ids8247.c
```

```
15490    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ids8247\u-boot.lds
15491    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\impa7\config.mk
15492    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\impa7\flash.c
15493    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\impa7\impa7.c
15494    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\impa7\lowlevel_init.S
15495    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\impa7\Makefile
15496    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\impa7\u-boot.lds
15497    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\incaip\config.mk
15498    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\incaip\flash.c
15499    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\incaip\incaip.c
15500    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\incaip\lowlevel_init.S
15501    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\incaip\Makefile
15502    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\incaip\u-boot.lds
15503    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\inka4x0\config.mk
15504    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\inka4x0\flash.c
15505    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\inka4x0\inka4x0.c
15506    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\inka4x0\Makefile
15507    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\inka4x0\mt46v16m16-75.h
15508    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\inka4x0\mt48lc16m16a2-75.h
15509    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\inka4x0\u-boot.lds
15510    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\innokom\config.mk
15511    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\innokom\flash.c
15512    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\innokom\innokom.c
15513    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\innokom\lowlevel_init.S
15514    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\innokom\Makefile
15515    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\innokom\u-boot.lds
15516    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorap\config.mk
15517    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorap\flash.c
15518    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorap\integratorap.c
15519    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorap\lowlevel_init.S
15520    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorap\Makefile
15521    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorap\memsetup.S
15522    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorap\split_by_variant.sh
15523    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorap\u-boot.lds.template
15524    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorcp\config.mk
15525    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorcp\flash.c
15526    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorcp\integratorcp.c
15527    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorcp\lowlevel_init.S
15528    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorcp\Makefile
15529    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorcp\memsetup.S
15530    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorcp\split_by_variant.sh
15531    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\integratorcp\u-boot.lds.template
15532    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ip860\config.mk
15533    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ip860\flash.c
15534    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ip860\ip860.c
15535    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ip860\Makefile
15536    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ip860\u-boot.lds
15537    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ip860\u-boot.lds.debug
15538    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\iphase4539\config.mk
15539    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\iphase4539\flash.c
15540    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\iphase4539\iphase4539.c
15541    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\iphase4539\Makefile
15542    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\iphase4539\u-boot.lds
15543    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ispan\config.mk
15544    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ispan\ispan.c
15545    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ispan\Makefile
15546    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ispan\u-boot.lds
15547    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ivm\config.mk
15548    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ivm\flash.c
15549    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ivm\ivm.c
15550    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ivm\Makefile
15551    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ivm\u-boot.lds
15552    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ivm\u-boot.lds.debug
15553    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ixdp425\config.mk
15554    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ixdp425\flash.c
15555    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ixdp425\ixdp425.c
15556    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ixdp425\Makefile
15557    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ixdp425\u-boot.lds
15558    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ixdp425\u-boot.lds
```

```
15559    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\jse\flash.c
15560    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\jse\host_bridge.c
15561    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\jse\init.S
15562    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\jse\jse.c
15563    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\jse\jse_priv.h
15564    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\jse\Makefile
15565    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\jse\README.txt
15566    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\jse\sdram.c
15567    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\jse\u-boot.lds
15568    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kb9202\config.mk
15569    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kb9202\kb9202.c
15570    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kb9202\Makefile
15571    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kb9202\u-boot.lds
15572    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\common
15573    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\kup4k
15574    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\kup4x
15575    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\Makefile
15576    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\common\flash.c
15577    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\common\kup.c
15578    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\common\kup.h
15579    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\common\load_sernum_ethaddr.c
15580    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\kup4k\config.mk
15581    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\kup4k\kup4k.c
15582    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\kup4k\Makefile
15583    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\kup4k\sld13706.h
15584    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\kup4k\u-boot.lds
15585    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\kup4k\u-boot.lds.debug
15586    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\kup4x\config.mk
15587    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\kup4x\kup4x.c
15588    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\kup4x\Makefile
15589    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\kup4x\u-boot.lds
15590    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\kup\kup4x\u-boot.lds.debug
15591    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lantec\config.mk
15592    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lantec\flash.c
15593    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lantec\lantec.c
15594    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lantec\Makefile
15595    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lantec\u-boot.lds
15596    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lantec\u-boot.lds.debug
15597    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lart\config.mk
15598    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lart\flash.c
15599    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lart\flashasm.S
15600    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lart\lart.c
15601    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lart\lowlevel_init.S
15602    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lart\Makefile
15603    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lart\u-boot.lds
15604    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\LEOX\elpt860
15605    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\LEOX\elpt860\config.mk
15606    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\LEOX\elpt860\elpt860.c
15607    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\LEOX\elpt860\flash.c
15608    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\LEOX\elpt860\Makefile
15609    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\LEOX\elpt860\README.LEOX
15610    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\LEOX\elpt860\u-boot.lds
15611    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\LEOX\elpt860\u-boot.lds.debug
15612    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\logodl\config.mk
15613    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\logodl\flash.c
15614    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\logodl\logodl.c
15615    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\logodl\lowlevel_init.S
15616    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\logodl\Makefile
15617    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\logodl\u-boot.lds
15618    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lpd7a40x\config.mk
15619    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lpd7a40x\flash.c
15620    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lpd7a40x\lowlevel_init.S
15621    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lpd7a40x\lpd7a40x.c
15622    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lpd7a40x\Makefile
15623    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lpd7a40x\u-boot.lds
15624    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lubbock\config.mk
15625    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lubbock\flash.c
15626    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lubbock\lowlevel_init.S
```

```
15628    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lubbock\Makefile
15629    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lubbock\Makefile
15630    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lubbock\u-boot.lds
15631    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lwmon\config.mk
15632    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lwmon\flash.c
15633    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lwmon\lwmon.c
15634    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lwmon\Makefile
15635    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lwmon\README.keybd
15636    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lwmon\u-boot.lds
15637    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\lwmon\u-boot.lds.debug
15638    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\m5272c3\config.mk
15639    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\m5272c3\flash.c
15640    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\m5272c3\m5272c3.c
15641    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\m5272c3\Makefile
15642    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\m5272c3\u-boot.lds
15643    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\m5282evb\config.mk
15644    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\m5282evb\flash.c
15645    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\m5282evb\m5282evb.c
15646    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\m5282evb\Makefile
15647    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\m5282evb\u-boot.lds
15648    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE
15649    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator
15650    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\menu
15651    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\AmigaOneG3SE.c
15652    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\articiaS.c
15653    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\articiaS.h
15654    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\articiaS_pci.c
15655    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\board_asm_init.S
15656    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\cmd_boota.c
15657    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\config.mk
15658    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\enet.c
15659    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\flash.c
15660    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\flash_new.c
15661    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\i8259.c
15662    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\i8259.h
15663    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\interrupts.c
15664    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\macros.h
15665    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\Makefile
15666    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\memio.h
15667    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\memio.S
15668    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\memory_dump
15669    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\nvram.c
15670    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\ps2kbd.c
15671    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\ps2kbd.h
15672    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\serial.c
15673    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\short_types.h
15674    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\smbus.c
15675    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\smbus.h
15676    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\start.txt
15677    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\todo.txt
15678    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\u-boot.lds
15679    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\usb_uhci.c
15680    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\usb_uhci.h
15681    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\via686.c
15682    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\via686.h
15683    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\AmigaOneG3SE\video.c
15684    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\bios.c
15685    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\glue.c
15686    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\glue.h
15687    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech
15688    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\x86interface.c
15689    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin
15690    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux
15691    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include
15692    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib
15693    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs
15694    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src
15695    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc31-d16.bat
15696    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc45-c32.bat
```

```
15697  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc45-d32.bat
15698  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc45-d32.bat
15699  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc45-snp.bat
15700  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc45-tnt.bat
15701  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc45-vxd.bat
15702  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc45-w16.bat
15703  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc45-w32.bat
15704  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc50-c32.bat
15705  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc50-d16.bat
15706  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc50-d32.bat
15707  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc50-smx.bat
15708  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc50-snp.bat
15709  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc50-tnt.bat
15710  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc50-vxd.bat
15711  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc50-w16.bat
15712  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc50-w32.bat
15713  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bc50-x11.bat
15714  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bcb5-c32.bat
15715  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bcb5-d16.bat
15716  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bcb5-d32.bat
15717  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bcb5-smx.bat
15718  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bcb5-snp.bat
15719  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bcb5-tnt.bat
15720  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bcb5-vxd.bat
15721  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bcb5-w16.bat
15722  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bcb5-w32.bat
15723  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\bcb5-x11.bat
15724  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\build
15725  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\build.bat
15726  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\build_db.bat
15727  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\build_it.bat
15728  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\cddrv.bat
15729  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\cdit
15730  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\cdit.bat
15731  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\djgpp.env
15732  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\djgpp_db.env
15733  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\findint3.bat
15734  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\gcc-beos.sh
15735  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\gcc-freebsd.sh
15736  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\gcc-linux.sh
15737  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\gcc2-c32.bat
15738  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\gcc2-dos.bat
15739  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\gcc2-linux.bat
15740  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\gcc2-w32.bat
15741  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\makelib.bat
15742  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\meltobjs.sh
15743  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\ntddk.bat
15744  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\qnx4.sh
15745  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\qnxnto.sh
15746  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\set-vars-beos.sh
15747  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\set-vars-freebsd.sh
15748  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\set-vars-linux.sh
15749  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\set-vars-qnx.sh
15750  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\set-vars.bat
15751  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc40-c32.bat
15752  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc40-d16.bat
15753  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc40-drv9x.bat
15754  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc40-drvnt.bat
15755  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc40-snp.bat
15756  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc40-tnt.bat
15757  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc40-w16.bat
15758  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc40-w32.bat
15759  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc40-x11.bat
15760  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc50-c32.bat
15761  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc50-d16.bat
15762  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc50-drv9x.bat
15763  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc50-drvnt.bat
15764  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc50-rtt.bat
15765  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc50-snp.bat
```

```
15766    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc50-w16.bat
15767    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc50-w32.bat
15768    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc50-x11.bat
15769    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc60-c32.bat
15770    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc60-d16.bat
15771    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc60-drv9x.bat
15772    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc60-drvnt.bat
15773    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc60-drvw2k.bat
15774    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc60-snp.bat
15775    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc60-tnt.bat
15776    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc60-w16.bat
15777    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc60-w32.bat
15778    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\vc60-x11.bat
15779    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\w2kddk.bat
15780    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10-c32.bat
15781    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10-d16.bat
15782    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10-d32.bat
15783    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10-o16.bat
15784    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10-o32.bat
15785    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10-p32.bat
15786    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10-qnx.bat
15787    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10-snp.bat
15788    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10-tnt.bat
15789    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10-w16.bat
15790    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10-w32.bat
15791    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10-x11.bat
15792    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10ac32.bat
15793    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10ad16.bat
15794    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10ad32.bat
15795    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10ao16.bat
15796    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10ao32.bat
15797    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10ap32.bat
15798    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10asnp.bat
15799    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10atnt.bat
15800    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10aw16.bat
15801    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc10aw32.bat
15802    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc11-c32.bat
15803    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc11-d16.bat
15804    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc11-d32.bat
15805    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc11-o16.bat
15806    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc11-o32.bat
15807    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc11-p32.bat
15808    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc11-qnx.bat
15809    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc11-snp.bat
15810    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc11-tnt.bat
15811    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc11-w16.bat
15812    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc11-w32.bat
15813    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\wc11-x11.bat
15814    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin\win32sdk.bat
15815    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux\glibc
15816    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux\libc
15817    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux\glibc\dmake
15818    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux\glibc\k_cp
15819    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux\glibc\k_echo
15820    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux\glibc\k_rm
15821    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux\glibc\makedep
15822    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux\glibc\nasm
15823    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux\glibc\ndisasm
15824    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux\glibc\trans
15825    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux\libc\dmake
15826    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux\libc\nasm
15827    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux\libc\ndisasm
15828    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\bin-linux\libc\trans
15829    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\biosemu.h
15830    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\event.h
15831    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\mtrr.h
15832    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\pcilib.h
15833    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\pmapi.h
```

```
15835   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\pmint.h
15836   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\pm_help.h
15837   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\pm_wctl.h
15838   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\scitech.h
15839   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\scitech.mac
15840   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\x86emu
15841   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\x86emu.h
15842   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\x86emu\fpu_regs.h
15843   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\x86emu\regs.h
15844   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\include\x86emu\types.h
15845   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib\debug
15846   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib\release
15847   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib\debug\linux
15848   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc
15849   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\glibc
15850   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\libc
15851   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\glibc\
15852   readme.txt
15853   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib\debug\linux\gcc\libc\r
        eadme.txt
15854   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib\release\linux
15855   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib\release\linux\gcc
15856   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\glib
        c
15857   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\libc
15858   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\glib
        c\readme.txt
15859   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\lib\release\linux\gcc\libc
        \readme.txt
15860   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\bc16.mk
15861   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\bc3.mk
15862   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\bc32.mk
15863   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\bcos2.mk
15864   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\cl16.mk
15865   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\cl386.mk
15866   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\common.mk
15867   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\emx.mk
15868   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\gcc_beos.mk
15869   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\gcc_dos.mk
15870   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\gcc_freebsd.mk
15871   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\gcc_linux.mk
15872   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\gcc_win32.mk
15873   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\hc32.mk
15874   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\makedefs.prj
15875   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\qnx4.mk
15876   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\qnxnto.mk
15877   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules
15878   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\sc16.mk
15879   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\sc32.mk
15880   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\startup.mk
15881   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\va32.mk
15882   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\va365.mk
15883   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\vc16.mk
15884   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\vc32.mk
15885   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\wc16.mk
15886   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\wc32.mk
15887   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\bc16.mk
15888   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\bc3.mk
15889   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\bc32.mk
15890   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\bcos2.mk
15891   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\cl16.mk
15892   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\cl386.mk
15893   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\dj32.mk
15894   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\emx.mk
15895   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\gcc_beos.mk
15896   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\gcc_freebsd
        .mk
15897   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\gcc_linux.m
```

| | |
|---|---|
| 15898 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\gcc_win32.mk |
| 15899 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\hc32.mk |
| 15900 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\qnx4.mk |
| 15901 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\qnxnto.mk |
| 15902 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\sc16.mk |
| 15903 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\sc32.mk |
| 15904 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\va32.mk |
| 15905 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\va365.mk |
| 15906 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\vc16.mk |
| 15907 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\vc32.mk |
| 15908 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\wc16.mk |
| 15909 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\makedefs\rules\wc32.mk |
| 15910 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\biosemu |
| 15911 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common |
| 15912 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm |
| 15913 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios |
| 15914 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu |
| 15915 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\biosemu\besys.c |
| 15916 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\biosemu\bios.c |
| 15917 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\biosemu\biosemu.c |
| 15918 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\biosemu\biosemui.h |
| 15919 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\biosemu\makefile |
| 15920 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\biosemu\makefile.cross |
| 15921 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\biosemu\warmboot.c |
| 15922 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\aabeos.c |
| 15923 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\aados.c |
| 15924 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\aalib.c |
| 15925 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\aalinux.c |
| 15926 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\aaos2.c |
| 15927 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\aaqnx.c |
| 15928 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\aartt.c |
| 15929 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\aasmx.c |
| 15930 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\aavxd.c |
| 15931 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\aawin32.c |
| 15932 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\agplib.c |
| 15933 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\center.c |
| 15934 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\cmdline.c |
| 15935 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\gabeos.c |
| 15936 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\gados.c |
| 15937 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\galib.c |
| 15938 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\galinux.c |
| 15939 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\gantdrv.c |
| 15940 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\gaos2.c |
| 15941 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\gaqnx.c |
| 15942 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\gartt.c |
| 15943 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\gasmx.c |
| 15944 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\gavxd.c |
| 15945 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\gawin32.c |
| 15946 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\gtfcalc.c |
| 15947 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\libcimp.c |
| 15948 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\makefile |
| 15949 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\peloader.c |
| 15950 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\vesavbe.c |
| 15951 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\_aa_imp.asm |
| 15952 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\_gatimer.asm |
| 15953 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\_ga_imp.asm |
| 15954 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\common\_pm_imp.asm |
| 15955 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\beos |
| 15956 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\codepage |
| 15957 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common |
| 15958 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common.c |
| 15959 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\cpuinfo.c |
| 15960 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\debug.c |
| 15961 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\dos |
| 15962 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\event.c |
| 15963 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\linux |
| 15964 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\makefile |

```
15965    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\os2
15966    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\os2pm
15967    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\oshdr.h
15968    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\photon
15969    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\pm.vpw
15970    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\pmcommon.vpj
15971    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\pmdos.vpj
15972    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\pmlinux.vpj
15973    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\pmntdrv.vpj
15974    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\pmqnx.vpj
15975    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\pmvxd.vpj
15976    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\pmwin32.vpj
15977    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\qnx
15978    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\rttarget
15979    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\smx
15980    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\stub
15981    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests
15982    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vdd
15983    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vxd
15984    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\win32
15985    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\x11
15986    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\ztimer.c
15987    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\z_samples.vpj
15988    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\beos\cpuinfo.c
15989    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\beos\event.c
15990    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\beos\oshdr.h
15991    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\beos\pm.c
15992    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\beos\vflat.c
15993    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\beos\ztimer.c
15994    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\codepage\us_eng.c
15995    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common\agp.c
15996    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common\keyboard.c
15997    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common\malloc.c
15998    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common\mtrr.c
15999    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common\pcilib.c
16000    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common\unixio.c
16001    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common\vgastate.c
16002    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common\_cpuinfo.asm
16003    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common\_dma.asm
16004    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common\_int64.asm
16005    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common\_joy.asm
16006    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common\_mtrr.asm
16007    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\common\_pcihelp.asm
16008    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\dos\cpuinfo.c
16009    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\dos\event.c
16010    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\dos\oshdr.h
16011    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\dos\pm.c
16012    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\dos\pmdos.c
16013    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\dos\vflat.c
16014    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\dos\ztimer.c
16015    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\dos\_event.asm
16016    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\dos\_lztimer.asm
16017    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\dos\_pm.asm
16018    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\dos\_pmdos.asm
16019    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\dos\_vflat.asm
16020    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\linux\cpuinfo.c
16021    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\linux\event.c
16022    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\linux\event.svga
16023    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\linux\oshdr.h
16024    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\linux\pm.c
16025    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\linux\vflat.c
16026    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\linux\ztimer.c
16027    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\ntdrv\cpuinfo.c
16028    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\ntdrv\int86.c
16029    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\ntdrv\irq.c
16030    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\ntdrv\mem.c
16031    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\ntdrv\oshdr.h
16032    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\ntdrv\pm.c
16033    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\ntdrv\pm.c
```

```
16034    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\ntdrv\pm.c
16035    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\ntdrv\stdlib.c
16036    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\ntdrv\vflat.c
16037    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\ntdrv\ztimer.c
16038    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\ntdrv\_irq.asm
16039    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\ntdrv\_pm.asm
16040    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\os2\cpuinfo.c
16041    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\os2\dossctl.obj
16042    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\os2\event.c
16043    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\os2\mon.h
16044    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\os2\oshdr.h
16045    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\os2\pm.c
16046    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\os2\vflat.c
16047    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\os2\ztimer.c
16048    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\os2\_pmos2.asm
16049    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\os2pm\event.c
16050    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\os2pm\oshdr.h
16051    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\photon\event.c
16052    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\photon\oshdr.h
16053    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\qnx\cpuinfo.c
16054    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\qnx\event.c
16055    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\qnx\mtrrqnx.c
16056    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\qnx\oshdr.h
16057    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\qnx\pm.c
16058    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\qnx\vflat.c
16059    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\qnx\ztimer.c
16060    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\qnx\_mtrrqnx.asm
16061    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\rttarget\cpuinfo.c
16062    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\rttarget\event.c
16063    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\rttarget\oshdr.h
16064    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\rttarget\pm.c
16065    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\rttarget\vflat.c
16066    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\rttarget\ztimer.c
16067    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\smx\cpuinfo.c
16068    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\smx\event.c
16069    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\smx\oshdr.h
16070    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\smx\pm.c
16071    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\smx\pmsmx.c
16072    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\smx\vflat.c
16073    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\smx\ztimer.c
16074    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\smx\_event.asm
16075    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\smx\_lztimer.asm
16076    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\smx\_pm.asm
16077    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\smx\_pmsmx.asm
16078    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\smx\_vflat.asm
16079    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\stub\cpuinfo.c
16080    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\stub\event.c
16081    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\stub\oshdr.h
16082    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\stub\pm.c
16083    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\stub\vflat.c
16084    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\stub\ztimer.c
16085    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\altbrk.c
16086    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\altcrit.c
16087    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\biosptr.c
16088    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\block.c
16089    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\brk.c
16090    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\callreal.c
16091    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\checks.c
16092    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\cpu.c
16093    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\critical.c
16094    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\getch.c
16095    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\isvesa.c
16096    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\key.c
16097    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\key15.c
16098    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\memtest.c
16099    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\mouse.c
16100    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\restore.c
16101    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\rtc.c
16102    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\save.c
```

```
16103   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\pci.c
16104   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\tick.c
16105   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\timerc.c
16106   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\timercpp.cpp
16107   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\uswc.c
16108   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\vftest.c
16109   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\tests\video.c
16110   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vdd\cpuinfo.c
16111   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vdd\fileio.c
16112   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vdd\oshdr.h
16113   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vdd\pm.c
16114   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vdd\vflat.c
16115   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vdd\ztimer.c
16116   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vxd\cpuinfo.c
16117   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vxd\fileio.c
16118   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vxd\oshdr.h
16119   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vxd\pm.c
16120   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vxd\vflat.c
16121   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vxd\ztimer.c
16122   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\vxd\_pm.asm
16123   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\win32\cpuinfo.c
16124   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\win32\ddraw.c
16125   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\win32\event.c
16126   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\win32\ntservc.c
16127   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\win32\oshdr.h
16128   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\win32\pm.c
16129   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\win32\vflat.c
16130   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\win32\ztimer.c
16131   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\win32\_pmwin32.asm
16132   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\x11\event.c
16133   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\pm\x11\oshdr.h
16134   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\AsmMacros.h
16135   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\awk.scr
16136   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\cbios.c
16137   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\command.c
16138   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\console.c
16139   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\debug.h
16140   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\happy_cards
16141   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\hexdump
16142   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\int.c
16143   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\io.c
16144   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\lex.l
16145   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\main.c
16146   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\makefile.linux
16147   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\mem.c
16148   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\parser.y
16149   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\pci.c
16150   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\pci.h
16151   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\README
16152   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\v86.c
16153   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\v86bios.c
16154   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\v86bios.h
16155   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\working_cards
16156   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\v86bios\x86emu.c
16157   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\debug.c
16158   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\decode.c
16159   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\fpu.c
16160   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\LICENSE
16161   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\makefile
16162   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\makefile.cross
16163   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\makefile.linux
16164   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\makefile.uboot
16165   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\ops.c
16166   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\ops2.c
16167   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\prim_ops.c
16168   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\sys.c
16169   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\validate.c
16170   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\x86emu
16171   GPL.UBNT.v6.1.7\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\debug.h
```

| 16172 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\decode.h |
| 16173 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\fpu.h |
| 16174 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\ops.h |
| 16175 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\prim_asm.h |
| 16176 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\prim_ops.h |
| 16177 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\bios_emulator\scitech\src\x86emu\x86emu\x86emui.h |
| 16178 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\menu\cmd_menu.c |
| 16179 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\menu\menu.c |
| 16180 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\MAI\menu\menu.h |
| 16181 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common |
| 16182 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64360 |
| 16183 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64460 |
| 16184 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\include |
| 16185 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common\bootseq.txt |
| 16186 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common\ecctest.c |
| 16187 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common\flash.c |
| 16188 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common\i2c.c |
| 16189 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common\i2c.h |
| 16190 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common\intel_flash.c |
| 16191 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common\intel_flash.h |
| 16192 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common\memory.c |
| 16193 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common\misc.S |
| 16194 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common\ns16550.c |
| 16195 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common\ns16550.h |
| 16196 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common\ppc_error_no.h |
| 16197 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common\serial.c |
| 16198 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\common\serial.h |
| 16199 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64360\64360.h |
| 16200 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64360\config.mk |
| 16201 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64360\db64360.c |
| 16202 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64360\eth.h |
| 16203 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64360\Makefile |
| 16204 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64360\mpsc.c |
| 16205 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64360\mpsc.h |
| 16206 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64360\mv_eth.c |
| 16207 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64360\mv_eth.h |
| 16208 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64360\mv_regs.h |
| 16209 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64360\pci.c |
| 16210 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64360\sdram_init.c |
| 16211 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64360\u-boot.lds |
| 16212 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64460\64460.h |
| 16213 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64460\config.mk |
| 16214 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64460\db64460.c |
| 16215 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64460\eth.h |
| 16216 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64460\Makefile |
| 16217 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64460\mpsc.c |
| 16218 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64460\mpsc.h |
| 16219 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64460\mv_eth.c |
| 16220 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64460\mv_eth.h |
| 16221 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64460\mv_regs.h |
| 16222 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64460\pci.c |
| 16223 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64460\sdram_init.c |
| 16224 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\db64460\u-boot.lds |
| 16225 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\include\core.h |
| 16226 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\include\memory.h |
| 16227 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\include\mv_gen_reg.h |
| 16228 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\Marvell\include\pci.h |
| 16229 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mbx8xx\config.mk |
| 16230 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mbx8xx\csr.h |
| 16231 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mbx8xx\dimm.h |
| 16232 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mbx8xx\flash.c |
| 16233 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mbx8xx\Makefile |
| 16234 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mbx8xx\mbx8xx.c |
| 16235 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mbx8xx\u-boot.lds |
| 16236 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mbx8xx\u-boot.lds.debug |
| 16237 | GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mbx8xx\vpd.c |

```
16238   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mcc200\config.mk
16239   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mcc200\config.mk
16240   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mcc200\Makefile
16241   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mcc200\mcc200.c
16242   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mcc200\mt46v16m16-75.h
16243   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mcc200\mt48lc16m16a2-75.h
16244   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mcc200\mt48lc8m32b2-6-7.h
16245   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mcc200\u-boot.lds
16246   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ml2\config.mk
16247   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ml2\flash.c
16248   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ml2\init.S
16249   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ml2\Makefile
16250   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ml2\ml2.c
16251   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ml2\serial.c
16252   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ml2\u-boot.lds
16253   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ml2\u-boot.lds.debug
16254   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\modnet50\config.mk
16255   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\modnet50\flash.c
16256   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\modnet50\lowlevel_init.S
16257   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\modnet50\Makefile
16258   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\modnet50\modnet50.c
16259   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\modnet50\u-boot.lds
16260   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mousse\config.mk
16261   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mousse\flash.c
16262   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mousse\flash.h
16263   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mousse\m48t59y.c
16264   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mousse\m48t59y.h
16265   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mousse\Makefile
16266   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mousse\mousse.c
16267   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mousse\mousse.h
16268   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mousse\pci.c
16269   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mousse\README
16270   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mousse\u-boot.lds
16271   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mousse\u-boot.lds.ram
16272   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mousse\u-boot.lds.rom
16273   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mp2usb\config.mk
16274   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mp2usb\flash.c
16275   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mp2usb\Makefile
16276   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mp2usb\mp2usb.c
16277   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mp2usb\u-boot.lds
16278   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8260ads\config.mk
16279   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8260ads\flash.c
16280   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8260ads\Makefile
16281   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8260ads\mpc8260ads.c
16282   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8260ads\u-boot.lds
16283   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8266ads\config.mk
16284   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8266ads\flash.c
16285   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8266ads\Makefile
16286   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8266ads\mpc8266ads.c
16287   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8266ads\u-boot.lds
16288   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8349ads\config.mk
16289   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8349ads\Makefile
16290   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8349ads\mpc8349ads.c
16291   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8349ads\pci.c
16292   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8349ads\u-boot.lds
16293   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8349emds\config.mk
16294   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8349emds\Makefile
16295   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8349emds\mpc8349emds.c
16296   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8349emds\u-boot.lds
16297   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8540ads\config.mk
16298   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8540ads\init.S
16299   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8540ads\Makefile
16300   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8540ads\mpc8540ads.c
16301   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8540ads\u-boot.lds
16302   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8540eval\config.mk
16303   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8540eval\flash.c
16304   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8540eval\init.S
16305   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8540eval\Makefile
16306   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8540eval\mpc8540eval.c
```

```
16307   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8560ads\config.mk
16308   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8560ads\config.mk
16309   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8560ads\init.S
16310   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8560ads\Makefile
16311   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8560ads\mpc8560ads.c
16312   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpc8560ads\u-boot.lds
16313   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\common
16314   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\mip405
16315   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pati
16316   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pip405
16317   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\vcma9
16318   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\common\common_util.c
16319   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\common\common_util.h
16320   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\common\flash.c
16321   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\common\isa.c
16322   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\common\isa.h
16323   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\common\kbd.c
16324   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\common\kbd.h
16325   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\common\memtst.c
16326   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\common\pci.c
16327   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\common\pci_parts.h
16328   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\common\piix4_pci.h
16329   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\common\usb_uhci.c
16330   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\common\usb_uhci.h
16331   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\mip405\cmd_mip405.c
16332   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\mip405\config.mk
16333   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\mip405\init.S
16334   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\mip405\Makefile
16335   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\mip405\mip405.c
16336   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\mip405\mip405.h
16337   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\mip405\u-boot.lds
16338   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pati\cmd_pati.c
16339   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pati\config.mk
16340   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pati\Makefile
16341   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pati\pati.c
16342   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pati\pati.h
16343   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pati\pci_eeprom.h
16344   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pati\plx9056.h
16345   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pati\u-boot.lds
16346   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pip405\cmd_pip405.c
16347   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pip405\config.mk
16348   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pip405\init.S
16349   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pip405\Makefile
16350   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pip405\pip405.c
16351   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pip405\pip405.h
16352   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pip405\u-boot.lds
16353   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\pip405\u-boot.lds.debug
16354   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\vcma9\cmd_vcma9.c
16355   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\vcma9\config.mk
16356   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\vcma9\flash.c
16357   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\vcma9\lowlevel_init.S
16358   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\vcma9\Makefile
16359   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\vcma9\u-boot.lds
16360   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\vcma9\vcma9.c
16361   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mpl\vcma9\vcma9.h
16362   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\musenki\config.mk
16363   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\musenki\flash.c
16364   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\musenki\Makefile
16365   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\musenki\musenki.c
16366   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\musenki\README
16367   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\musenki\u-boot.lds
16368   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mvblue\config.mk
16369   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mvblue\flash.c
16370   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mvblue\Makefile
16371   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mvblue\mvblue.c
16372   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mvblue\u-boot.lds
16373   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mvs1\config.mk
16374   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mvs1\flash.c
16375   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mvs1\Makefile
```

```
16376    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mvs1\README
16377    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mvs1\u-boot.lds
16378    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mvs1\u-boot.lds.debug
16379    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mvs1\u-boot.lds.debug
16380    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1ads\config.mk
16381    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1ads\lowlevel_init.S
16382    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1ads\Makefile
16383    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1ads\mx1ads.c
16384    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1ads\syncflash.c
16385    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1ads\u-boot.lds
16386    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1fs2\config.mk
16387    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1fs2\flash.c
16388    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1fs2\intel.h
16389    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1fs2\lowlevel_init.S
16390    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1fs2\Makefile
16391    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1fs2\mx1fs2.c
16392    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\mx1fs2\u-boot.lds
16393    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\nc650\config.mk
16394    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\nc650\flash.c
16395    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\nc650\Makefile
16396    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\nc650\nc650.c
16397    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\nc650\u-boot.lds
16398    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\nc650\u-boot.lds.debug
16399    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netphone\config.mk
16400    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netphone\flash.c
16401    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netphone\Makefile
16402    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netphone\netphone.c
16403    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netphone\phone_console.c
16404    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netphone\u-boot.lds
16405    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netphone\u-boot.lds.debug
16406    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar\config.mk
16407    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar\crcek.h
16408    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar\crcek.S
16409    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar\crcit
16410    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar\crcit.c
16411    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar\eeprom.c
16412    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar\eeprom.lds
16413    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar\eeprom_start.S
16414    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar\flash.c
16415    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar\Makefile
16416    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar\nand.c
16417    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar\netstar.c
16418    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar\setup.S
16419    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netstar\u-boot.lds
16420    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta\codec.c
16421    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta\config.mk
16422    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta\dsp.c
16423    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta\flash.c
16424    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta\Makefile
16425    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta\netta.c
16426    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta\u-boot.lds
16427    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta\u-boot.lds.debug
16428    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta2\config.mk
16429    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta2\flash.c
16430    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta2\Makefile
16431    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta2\netta2.c
16432    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta2\u-boot.lds
16433    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netta2\u-boot.lds.debug
16434    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netvia\config.mk
16435    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netvia\flash.c
16436    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netvia\Makefile
16437    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netvia\netvia.c
16438    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netvia\u-boot.lds
16439    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\netvia\u-boot.lds.debug
16440    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ns9750dev\config.mk
16441    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ns9750dev\flash.c
16442    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ns9750dev\led.c
16443    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ns9750dev\lowlevel_init.S
16444    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ns9750dev\Makefile
```

```
16445    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ns9750dev\u-boot.lds
16446    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\nx823\config.mk
16447    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\nx823\flash.c
16448    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\nx823\Makefile
16449    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\nx823\nx823.c
16450    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\nx823\u-boot.lds
16451    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\nx823\u-boot.lds.debug
16452    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\o2dnt\config.mk
16453    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\o2dnt\flash.c
16454    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\o2dnt\Makefile
16455    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\o2dnt\o2dnt.c
16456    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\o2dnt\u-boot.lds
16457    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap1510inn\config.mk
16458    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap1510inn\lowlevel_init.S
16459    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap1510inn\Makefile
16460    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap1510inn\omap1510innovator.c
16461    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap1510inn\u-boot.lds
16462    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap1610inn\config.mk
16463    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap1610inn\flash.c
16464    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap1610inn\lowlevel_init.S
16465    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap1610inn\Makefile
16466    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap1610inn\omap1610innovator.c
16467    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap1610inn\u-boot.lds
16468    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap2420h4\config.mk
16469    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap2420h4\flash.c
16470    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap2420h4\lowlevel_init.S
16471    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap2420h4\Makefile
16472    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap2420h4\mem.c
16473    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap2420h4\omap2420h4.c
16474    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap2420h4\sys_info.c
16475    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap2420h4\u-boot.lds
16476    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap5912osk\config.mk
16477    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap5912osk\lowlevel_init.S
16478    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap5912osk\Makefile
16479    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap5912osk\omap5912osk.c
16480    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap5912osk\u-boot.lds
16481    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap730p2\config.mk
16482    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap730p2\flash.c
16483    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap730p2\lowlevel_init.S
16484    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap730p2\Makefile
16485    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap730p2\omap730p2.c
16486    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\omap730p2\u-boot.lds
16487    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\oxc\config.mk
16488    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\oxc\flash.c
16489    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\oxc\Makefile
16490    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\oxc\oxc.c
16491    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\oxc\u-boot.lds
16492    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pb1x00\config.mk
16493    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pb1x00\flash.c
16494    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pb1x00\Makefile
16495    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pb1x00\memsetup.S
16496    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pb1x00\pb1x00.c
16497    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pb1x00\README
16498    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pb1x00\u-boot.lds
16499    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\config.mk
16500    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\cpc710.h
16501    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\cpc710_init_ram.c
16502    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\cpc710_pci.c
16503    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\cpc710_pci.h
16504    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\flash.c
16505    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\fpga_serial.c
16506    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\fpga_serial.h
16507    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\hardware.h
16508    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\i2c.c
16509    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\i2c.h
16510    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\Makefile
16511    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\ns16550.h
16512    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\pcippc2.c
```

```
16514  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\pcippc2_fpga.c
16515  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\pcippc2_fpga.h
16516  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\sconsole.c
16517  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\sconsole.h
16518  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pcippc2\u-boot.lds
16519  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pleb2\config.mk
16520  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pleb2\flash.c
16521  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pleb2\lowlevel_init.S
16522  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pleb2\Makefile
16523  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pleb2\pleb2.c
16524  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pleb2\u-boot.lds
16525  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm520\config.mk
16526  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm520\flash.c
16527  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm520\Makefile
16528  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm520\mt46v16ml6-75.h
16529  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm520\mt48lc16ml6a2-75.h
16530  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm520\pm520.c
16531  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm520\u-boot.lds
16532  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm826\config.mk
16533  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm826\flash.c
16534  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm826\Makefile
16535  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm826\pm826.c
16536  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm826\u-boot.lds
16537  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm828\config.mk
16538  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm828\flash.c
16539  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm828\Makefile
16540  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm828\pm828.c
16541  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm828\u-boot.lds
16542  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm854\config.mk
16543  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm854\init.S
16544  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm854\Makefile
16545  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm854\pm854.c
16546  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm854\u-boot.lds
16547  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm856\config.mk
16548  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm856\init.S
16549  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm856\Makefile
16550  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm856\pm856.c
16551  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pm856\u-boot.lds
16552  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pn62\cmd_pn62.c
16553  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pn62\config.mk
16554  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pn62\Makefile
16555  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pn62\misc.c
16556  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pn62\pn62.c
16557  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pn62\pn62.h
16558  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pn62\u-boot.lds
16559  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ppmc8260\config.mk
16560  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ppmc8260\Makefile
16561  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ppmc8260\ppmc8260.c
16562  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ppmc8260\strataflash.c
16563  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ppmc8260\u-boot.lds
16564  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\prodrive\p3p440
16565  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\prodrive\p3p440\config.mk
16566  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\prodrive\p3p440\init.S
16567  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\prodrive\p3p440\Makefile
16568  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\prodrive\p3p440\p3p440.c
16569  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\prodrive\p3p440\p3p440.h
16570  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\prodrive\p3p440\u-boot.lds
16571  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\psyent\common
16572  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\psyent\pci5441
16573  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\psyent\pk1c20
16574  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\psyent\common\AMDLV065D.c
16575  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\psyent\pci5441\config.mk
16576  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\psyent\pci5441\Makefile
16577  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\psyent\pci5441\pci5441.c
16578  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\psyent\pci5441\u-boot.lds
16579  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\psyent\pk1c20\config.mk
16580  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\psyent\pk1c20\led.c
16581  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\psyent\pk1c20\Makefile
```

```
16583   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\psyent\pk1c20\u-boot.lds
16584   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\psyent\pk1c20\u-boot.lds
16585   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\purple\config.mk
16586   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\purple\flash.c
16587   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\purple\lowlevel_init.S
16588   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\purple\Makefile
16589   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\purple\purple.c
16590   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\purple\sconsole.c
16591   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\purple\sconsole.h
16592   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\purple\u-boot.lds
16593   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pxa255_idp\config.mk
16594   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pxa255_idp\idp_notes.txt
16595   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pxa255_idp\Makefile
16596   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pxa255_idp\memsetup.S
16597   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pxa255_idp\pxa_idp.c
16598   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pxa255_idp\pxa_reg_calcs.out
16599   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pxa255_idp\pxa_reg_calcs.py
16600   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pxa255_idp\README
16601   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\pxa255_idp\u-boot.lds
16602   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\quantum\config.mk
16603   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\quantum\fpga.c
16604   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\quantum\fpga.h
16605   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\quantum\Makefile
16606   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\quantum\quantum.c
16607   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\quantum\u-boot.lds
16608   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\quantum\u-boot.lds.debug
16609   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\r360mpi\config.mk
16610   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\r360mpi\flash.c
16611   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\r360mpi\Makefile
16612   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\r360mpi\r360mpi.c
16613   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\r360mpi\u-boot.lds
16614   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rattler\config.mk
16615   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rattler\Makefile
16616   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rattler\rattler.c
16617   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rattler\u-boot.lds
16618   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rbc823\config.mk
16619   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rbc823\flash.c
16620   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rbc823\kbd.c
16621   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rbc823\Makefile
16622   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rbc823\rbc823.c
16623   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rbc823\u-boot.lds
16624   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rmu\config.mk
16625   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rmu\flash.c
16626   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rmu\Makefile
16627   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rmu\rmu.c
16628   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rmu\u-boot.lds
16629   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rmu\u-boot.lds.debug
16630   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXClassic\config.mk
16631   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXClassic\eccx.c
16632   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXClassic\flash.c
16633   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXClassic\Makefile
16634   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXClassic\RPXClassic.c
16635   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXClassic\u-boot.lds
16636   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXClassic\u-boot.lds.debug
16637   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite\config.mk
16638   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite\flash.c
16639   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite\Makefile
16640   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite\RPXlite.c
16641   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite\u-boot.lds
16642   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite\u-boot.lds.debug
16643   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite_dw\config.mk
16644   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite_dw\flash.c
16645   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite_dw\Makefile
16646   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite_dw\README
16647   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite_dw\RPXlite_dw.c
16648   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite_dw\u-boot.lds
16649   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RPXlite_dw\u-boot.lds.debug
16650   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rpxsuper\config.mk
16651   GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rpxsuper\flash.c
```

```
16652    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rpxsuper\mii_phy.c
16653    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rpxsuper\readme
16654    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rpxsuper\rpxsuper.c
16655    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rpxsuper\rpxsuper.h
16656    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rpxsuper\u-boot.lds
16657    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RRvision\config.mk
16658    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RRvision\flash.c
16659    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RRvision\Makefile
16660    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RRvision\RRvision.c
16661    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RRvision\u-boot.lds
16662    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\RRvision\video_ad7179.h
16663    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rsdproto\config.mk
16664    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rsdproto\flash.c
16665    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rsdproto\flash_asm.S
16666    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rsdproto\Makefile
16667    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rsdproto\rsdproto.c
16668    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\rsdproto\u-boot.lds
16669    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sacsng\clkinit.c
16670    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sacsng\clkinit.h
16671    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sacsng\config.mk
16672    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sacsng\flash.c
16673    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sacsng\ioconfig.h
16674    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sacsng\Makefile
16675    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sacsng\sacsng.c
16676    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sacsng\u-boot.lds
16677    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\common
16678    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\karef
16679    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\metrobox
16680    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\common\flash.c
16681    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\common\ppc440gx_i2c.c
16682    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\common\ppc440gx_i2c.h
16683    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\common\sb_common.c
16684    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\common\sb_common.h
16685    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\karef\config.mk
16686    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\karef\hal_ka_of_auto.h
16687    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\karef\hal_ka_sc_auto.h
16688    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\karef\init.S
16689    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\karef\karef.c
16690    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\karef\karef.h
16691    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\karef\karef_version.h
16692    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\karef\Makefile
16693    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\karef\u-boot.lds
16694    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\karef\u-boot.lds.debug
16695    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\metrobox\config.mk
16696    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\metrobox\hal_xc_auto.h
16697    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\metrobox\init.S
16698    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\metrobox\Makefile
16699    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\metrobox\metrobox.c
16700    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\metrobox\metrobox.h
16701    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\metrobox\metrobox_version.h
16702    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\metrobox\u-boot.lds
16703    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandburst\metrobox\u-boot.lds.debug
16704    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandpoint\config.mk
16705    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandpoint\dinkdl
16706    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandpoint\early_init.S
16707    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandpoint\flash.c
16708    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandpoint\Makefile
16709    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandpoint\README
16710    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandpoint\sandpoint.c
16711    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandpoint\speed.h
16712    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sandpoint\u-boot.lds
16713    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc405\config.mk
16714    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc405\Makefile
16715    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc405\sbc405.c
16716    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc405\strataflash.c
16717    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc405\u-boot.lds
16718    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8240\config.mk
16719    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8240\flash.c
```

```
16721    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8240\README
16722    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8240\README
16723    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8240\sbc8240.c
16724    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8240\u-boot.lds
16725    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8260\config.mk
16726    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8260\flash.c
16727    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8260\Makefile
16728    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8260\sbc8260.c
16729    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8260\u-boot.lds
16730    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8560\config.mk
16731    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8560\init.S
16732    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8560\Makefile
16733    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8560\sbc8560.c
16734    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sbc8560\u-boot.lds
16735    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_cdp\config.mk
16736    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_cdp\flash.c
16737    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_cdp\flash_old.c
16738    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_cdp\Makefile
16739    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_cdp\sc520_cdp.c
16740    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_cdp\sc520_cdp_asm.S
16741    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_cdp\sc520_cdp_asm16.S
16742    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_cdp\u-boot.lds
16743    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_spunk\config.mk
16744    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_spunk\flash.c
16745    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_spunk\Makefile
16746    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_spunk\sc520_spunk.c
16747    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_spunk\sc520_spunk_asm.S
16748    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_spunk\sc520_spunk_asm16.S
16749    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sc520_spunk\u-boot.lds
16750    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\scb9328\config.mk
16751    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\scb9328\flash.c
16752    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\scb9328\intel.h
16753    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\scb9328\lowlevel_init.S
16754    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\scb9328\Makefile
16755    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\scb9328\scb9328.c
16756    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\scb9328\u-boot.lds
16757    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\shannon\config.mk
16758    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\shannon\flash.c
16759    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\shannon\inferno.header
16760    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\shannon\lowlevel_init.S
16761    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\shannon\Makefile
16762    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\shannon\shannon.c
16763    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\shannon\u-boot.lds
16764    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\CCM
16765    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\common
16766    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\IAD210
16767    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\pcu_e
16768    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\SCM
16769    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\CCM\ccm.c
16770    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\CCM\config.mk
16771    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\CCM\flash.c
16772    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\CCM\fpga_ccm.c
16773    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\CCM\Makefile
16774    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\CCM\u-boot.lds
16775    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\CCM\u-boot.lds.debug
16776    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\common\fpga.c
16777    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\common\fpga.h
16778    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\common\README
16779    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\IAD210\atm.c
16780    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\IAD210\atm.h
16781    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\IAD210\config.mk
16782    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\IAD210\flash.c
16783    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\IAD210\IAD210.c
16784    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\IAD210\Makefile
16785    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\IAD210\u-boot.lds
16786    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\pcu_e\config.mk
16787    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\pcu_e\flash.c
16788    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\pcu_e\Makefile
16789    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\pcu_e\pcu_e.c
```

```
16790  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\pcu_e\u-boot.lds.debug
16791  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\pcu_e\u-boot.lds.debug
16792  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\SCM\config.mk
16793  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\SCM\flash.c
16794  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\SCM\fpga_scm.c
16795  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\SCM\Makefile
16796  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\SCM\scm.c
16797  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\SCM\scm.h
16798  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\siemens\SCM\u-boot.lds
16799  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sixnet\config.mk
16800  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sixnet\flash.c
16801  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sixnet\fpgadata.c
16802  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sixnet\Makefile
16803  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sixnet\sixnet.c
16804  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sixnet\sixnet.h
16805  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sixnet\u-boot.lds
16806  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sl8245\config.mk
16807  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sl8245\flash.c
16808  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sl8245\Makefile
16809  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sl8245\sl8245.c
16810  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sl8245\u-boot.lds
16811  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\smdk2400\config.mk
16812  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\smdk2400\flash.c
16813  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\smdk2400\lowlevel_init.S
16814  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\smdk2400\Makefile
16815  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\smdk2400\smdk2400.c
16816  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\smdk2400\u-boot.lds
16817  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\smdk2410\config.mk
16818  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\smdk2410\flash.c
16819  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\smdk2410\lowlevel_init.S
16820  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\smdk2410\Makefile
16821  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\smdk2410\smdk2410.c
16822  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\smdk2410\u-boot.lds
16823  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\snmc\qs850
16824  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\snmc\qs860t
16825  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\snmc\qs850\config.mk
16826  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\snmc\qs850\flash.c
16827  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\snmc\qs850\Makefile
16828  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\snmc\qs850\qs850.c
16829  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\snmc\qs850\u-boot.lds
16830  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\snmc\qs860t\config.mk
16831  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\snmc\qs860t\flash.c
16832  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\snmc\qs860t\Makefile
16833  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\snmc\qs860t\qs860t.c
16834  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\snmc\qs860t\u-boot.lds
16835  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sorcery\config.mk
16836  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sorcery\Makefile
16837  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sorcery\sorcery.c
16838  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sorcery\u-boot.lds
16839  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\spd8xx\config.mk
16840  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\spd8xx\flash.c
16841  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\spd8xx\Makefile
16842  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\spd8xx\spd8xx.c
16843  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\spd8xx\u-boot.lds
16844  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\spd8xx\u-boot.lds.debug
16845  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ssv\adnpesc1
16846  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ssv\common
16847  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ssv\adnpesc1\adnpesc1.c
16848  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ssv\adnpesc1\config.mk
16849  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ssv\adnpesc1\flash.c
16850  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ssv\adnpesc1\Makefile
16851  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ssv\adnpesc1\misc.c
16852  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ssv\adnpesc1\u-boot.lds
16853  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ssv\adnpesc1\vectors.S
16854  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ssv\common\cmd_sled.c
16855  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ssv\common\flash.c
16856  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ssv\common\post.c
16857  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\ssv\common\wd_pio.c
16858  GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stamp\config.mk
```

```
16859    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stamp\stamp.c
16860    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stamp\stamp.c
16861    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stamp\stamp.h
16862    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stamp\u-boot.lds
16863    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stxgp3\config.mk
16864    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stxgp3\flash.c
16865    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stxgp3\init.S
16866    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stxgp3\Makefile
16867    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stxgp3\stxgp3.c
16868    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stxgp3\u-boot.lds
16869    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stxxtc\config.mk
16870    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stxxtc\Makefile
16871    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stxxtc\oftree.dts
16872    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stxxtc\stxxtc.c
16873    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stxxtc\u-boot.lds
16874    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\stxxtc\u-boot.lds.debug
16875    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\svm_sc8xx\config.mk
16876    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\svm_sc8xx\flash.c
16877    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\svm_sc8xx\Makefile
16878    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\svm_sc8xx\svm_sc8xx.c
16879    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\svm_sc8xx\u-boot.lds
16880    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\svm_sc8xx\u-boot.lds.debug
16881    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sx1\config.mk
16882    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sx1\lowlevel_init.S
16883    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sx1\Makefile
16884    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sx1\sx1.c
16885    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\sx1\u-boot.lds
16886    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tb0229\config.mk
16887    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tb0229\flash.c
16888    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tb0229\lowlevel_init.S
16889    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tb0229\Makefile
16890    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tb0229\tb0229.c
16891    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tb0229\u-boot.lds
16892    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tb0229\vr4131-pci.c
16893    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\total5200\config.mk
16894    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\total5200\Makefile
16895    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\total5200\mt48lc16m16a2-75.h
16896    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\total5200\mt48lc32m16a2-75.h
16897    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\total5200\sdram.c
16898    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\total5200\sdram.h
16899    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\total5200\total5200.c
16900    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\total5200\u-boot.lds
16901    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm5200\cmd_stk52xx.c
16902    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm5200\config.mk
16903    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm5200\flash.c
16904    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm5200\Makefile
16905    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm5200\mt48lc16m16a2-75.h
16906    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm5200\tqm5200.c
16907    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm5200\u-boot.lds
16908    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm8260\config.mk
16909    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm8260\flash.c
16910    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm8260\Makefile
16911    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm8260\tqm8260.c
16912    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm8260\u-boot.lds
16913    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm834x\config.mk
16914    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm834x\Makefile
16915    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm834x\pci.c
16916    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm834x\tqm834x.c
16917    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm834x\u-boot.lds
16918    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm85xx\config.mk
16919    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm85xx\init.S
16920    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm85xx\Makefile
16921    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm85xx\sdram.c
16922    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm85xx\tqm85xx.c
16923    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm85xx\u-boot.lds
16924    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm8xx\config.mk
16925    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm8xx\flash.c
16926    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm8xx\load_sernum_ethaddr.c
16927    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm8xx\Makefile
```

```
16928    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm8xx\u-boot.lds
16929    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\tqm8xx\u-boot.lds.debug
16930    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\auto_update.c
16931    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\cmd_trab.c
16932    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\config.mk
16933    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\flash.c
16934    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\lowlevel_init.S
16935    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\Makefile
16936    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\memory.c
16937    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\Pt1000_temp_data.h
16938    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\README.kbd
16939    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\rs485.c
16940    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\rs485.h
16941    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\trab.c
16942    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\trab_fkt.c
16943    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\tsc2000.c
16944    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\tsc2000.h
16945    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\u-boot.lds
16946    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\trab\vfd.c
16947    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\uc100\config.mk
16948    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\uc100\Makefile
16949    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\uc100\u-boot.lds
16950    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\uc100\u-boot.lds.debug
16951    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\uc100\uc100.c
16952    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\utx8245\config.mk
16953    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\utx8245\flash.c
16954    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\utx8245\Makefile
16955    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\utx8245\u-boot.lds
16956    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\utx8245\utx8245.c
16957    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\v37\config.mk
16958    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\v37\flash.c
16959    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\v37\Makefile
16960    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\v37\u-boot.lds
16961    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\v37\v37.c
16962    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\versatile\config.mk
16963    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\versatile\flash.c
16964    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\versatile\lowlevel_init.S
16965    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\versatile\Makefile
16966    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\versatile\split_by_variant.sh
16967    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\versatile\u-boot.lds
16968    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\versatile\versatile.c
16969    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\voiceblue\config.mk
16970    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\voiceblue\eeprom.c
16971    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\voiceblue\eeprom.lds
16972    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\voiceblue\eeprom_start.S
16973    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\voiceblue\Makefile
16974    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\voiceblue\setup.S
16975    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\voiceblue\u-boot.lds
16976    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\voiceblue\voiceblue.c
16977    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\cmd_vpd.c
16978    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\config.mk
16979    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\errors.h
16980    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\flash.c
16981    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\fpga.c
16982    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\fsboot.c
16983    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\init.S
16984    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\Makefile
16985    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\post1.S
16986    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\post2.c
16987    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\u-boot.lds
16988    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\u-boot.lds.debug
16989    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\vpd.c
16990    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\vpd.h
16991    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\w7o.c
16992    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\w7o.h
16993    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\w7o\watchdog.c
16994    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\wepep250\config.mk
16995    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\wepep250\flash.c
```

```
16997    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\wepep250\Makefile
16998    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\wepep250\lowlevel_init.S
16999    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\wepep250\Makefile
17000    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\wepep250\u-boot.lds
17001    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\wepep250\wepep250.c
17002    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\westel\amx860
17003    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\westel\amx860\amx860.c
17004    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\westel\amx860\config.mk
17005    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\westel\amx860\flash.c
17006    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\westel\amx860\Makefile
17007    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\westel\amx860\u-boot.lds
17008    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\westel\amx860\u-boot.lds.debug
17009    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xaeniax\config.mk
17010    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xaeniax\flash.c
17011    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xaeniax\lowlevel_init.S
17012    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xaeniax\Makefile
17013    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xaeniax\u-boot.lds
17014    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xaeniax\xaeniax.c
17015    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common
17016    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300
17017    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_enet
17018    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_iic
17019    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xbasic_types.c
17020    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xbasic_types.h
17021    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xbuf_descriptor.h
17022    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xdma_channel.c
17023    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xdma_channel.h
17024    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xdma_channel_i.h
17025    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xdma_channel_sg.c
17026    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xio.h
17027    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xipif_v1_23_b.c
17028    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xipif_v1_23_b.h
17029    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xpacket_fifo_v1_00_b.c
17030    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xpacket_fifo_v1_00_b.h
17031    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xstatus.h
17032    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xversion.c
17033    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\common\xversion.h
17034    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300\config.mk
17035    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300\init.S
17036    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300\Makefile
17037    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300\ml300.c
17038    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300\serial.c
17039    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300\sw_services
17040    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300\u-boot.lds
17041    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300\u-boot.lds.debug
17042    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300\xparameters.h
17043    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300\sw_services\uboot_v1_00_a
17044    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300\sw_services\uboot_v1_00_a\data
17045    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300\sw_services\uboot_v1_00_a\data\Ltypes
17046    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300\sw_services\uboot_v1_00_a\data\uboot_v2
         _1_0.mld
17047    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\ml300\sw_services\uboot_v1_00_a\data\uboot_v2
         _1_0.tcl
17048    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_enet\emac_adapter.c
17049    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_enet\xemac.c
17050    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_enet\xemac.h
17051    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_enet\xemac_g.c
17052    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_enet\xemac_i.h
17053    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_enet\xemac_intr.c
17054    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_enet\xemac_intr_dma.c
17055    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_enet\xemac_l.h
17056    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_enet\xemac_options.c
17057    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_enet\xemac_polled.c
17058    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_iic\iic_adapter.c
17059    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_iic\xiic_l.c
17060    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xilinx\xilinx_iic\xiic_l.h
17061    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xm250\config.mk
17062    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xm250\flash.c
17063    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xm250\lowlevel_init.S
```

```
17064    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xm250\u-boot.lds
17065    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xm250\u-boot.lds
17066    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xm250\xm250.c
17067    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xpedite1k\config.mk
17068    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xpedite1k\flash.c
17069    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xpedite1k\init.S
17070    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xpedite1k\Makefile
17071    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xpedite1k\u-boot.lds
17072    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xpedite1k\u-boot.lds.debug
17073    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xpedite1k\xpedite1k.c
17074    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xsengine\config.mk
17075    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xsengine\flash.c
17076    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xsengine\lowlevel_init.S
17077    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xsengine\Makefile
17078    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xsengine\u-boot.lds
17079    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\xsengine\xsengine.c
17080    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\zpc1900\config.mk
17081    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\zpc1900\Makefile
17082    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\zpc1900\u-boot.lds
17083    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\zpc1900\zpc1900.c
17084    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\zylonite\config.mk
17085    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\zylonite\flash.c
17086    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\zylonite\lowlevel_init.S
17087    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\zylonite\Makefile
17088    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\zylonite\u-boot.lds
17089    GPL.UBNT.v6.1.7\uboot\uboot-xw\board\zylonite\zylonite.c
17090    GPL.UBNT.v6.1.7\uboot\uboot-xw\boot\u-boot
17091    GPL.UBNT.v6.1.7\uboot\uboot-xw\boot\u-boot\board
17092    GPL.UBNT.v6.1.7\uboot\uboot-xw\boot\u-boot\board\ar7240
17093    GPL.UBNT.v6.1.7\uboot\uboot-xw\boot\u-boot\board\ar7240\common
17094    GPL.UBNT.v6.1.7\uboot\uboot-xw\boot\u-boot\board\ar7240\common\athrs_vir_phy.c
17095    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\ACEX1K.c
17096    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\altera.c
17097    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\bedbug.c
17098    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\circbuf.c
17099    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_ace.c
17100    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_autoscript.c
17101    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_bdinfo.c
17102    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_bdr.c
17103    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_bedbug.c
17104    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_bmp.c
17105    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_boot.c
17106    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_bootm.c
17107    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_cache.c
17108    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_console.c
17109    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_date.c
17110    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_dcr.c
17111    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_ddr.c
17112    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_diag.c
17113    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_display.c
17114    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_doc.c
17115    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_dtt.c
17116    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_eeprom.c
17117    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_elf.c
17118    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_ethreg.c
17119    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_ext2.c
17120    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_fat.c
17121    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_fdc.c
17122    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_fdos.c
17123    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_flash.c
17124    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_fpga.c
17125    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_i2c.c
17126    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_ide.c
17127    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_immap.c
17128    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_itest.c
17129    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_jffs2.c
17130    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_load.c
17131    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_log.c
17132    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_mem.c
```

```
17134    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_misc.c
17135    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_mmc.c
17136    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_nand.c
17137    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_net.c
17138    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_nvedit.c
17139    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_pci.c
17140    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_pcmcia.c
17141    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_pll.c
17142    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_portio.c
17143    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_reginfo.c
17144    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_reiser.c
17145    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_scsi.c
17146    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_spi.c
17147    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_universe.c
17148    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_usb.c
17149    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_vfd.c
17150    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\cmd_ximg.c
17151    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\command.c
17152    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\console.c
17153    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\crc16.c
17154    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\devices.c
17155    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\dlmalloc.c
17156    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\dlmalloc.src
17157    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\docecc.c
17158    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\environment.c
17159    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\env_common.c
17160    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\env_dataflash.c
17161    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\env_eeprom.c
17162    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\env_flash.c
17163    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\env_nand.c
17164    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\env_nowhere.c
17165    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\env_nvram.c
17166    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\exports.c
17167    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\flash.c
17168    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\fpga.c
17169    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\ft_build.c
17170    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\hush.c
17171    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\kgdb.c
17172    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\lcd.c
17173    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\lists.c
17174    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\lynxkdi.c
17175    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\main.c
17176    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\Makefile
17177    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\memsize.c
17178    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\miiphybb.c
17179    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\miiphyutil.c
17180    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\serial.c
17181    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\soft_i2c.c
17182    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\soft_spi.c
17183    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\spartan2.c
17184    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\spartan3.c
17185    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\s_record.c
17186    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\ubnt_api_calls.c
17187    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\usb.c
17188    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\usb_kbd.c
17189    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\usb_storage.c
17190    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\virtex2.c
17191    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\xilinx.c
17192    GPL.UBNT.v6.1.7\uboot\uboot-xw\common\xyzModem.c
17193    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\74xx_7xx
17194    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm1136
17195    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm720t
17196    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t
17197    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm925t
17198    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm926ejs
17199    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm946es
17200    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm_intcm
17201    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533
```

```
17202    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ixp
17203    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ixp
17204    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\lh7a40x
17205    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mcf52x2
17206    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\microblaze
17207    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips
17208    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xx
17209    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx
17210    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220
17211    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x
17212    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260
17213    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc83xx
17214    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx
17215    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx
17216    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios
17217    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios2
17218    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx
17219    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\pxa
17220    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\s3c44b0
17221    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\sa1100
17222    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\74xx_7xx\cache.S
17223    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\74xx_7xx\config.mk
17224    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\74xx_7xx\cpu.c
17225    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\74xx_7xx\cpu_init.c
17226    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\74xx_7xx\interrupts.c
17227    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\74xx_7xx\io.S
17228    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\74xx_7xx\kgdb.S
17229    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\74xx_7xx\Makefile
17230    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\74xx_7xx\speed.c
17231    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\74xx_7xx\start.S
17232    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\74xx_7xx\traps.c
17233    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm1136\config.mk
17234    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm1136\cpu.c
17235    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm1136\interrupts.c
17236    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm1136\Makefile
17237    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm1136\start.S
17238    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm720t\config.mk
17239    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm720t\cpu.c
17240    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm720t\interrupts.c
17241    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm720t\Makefile
17242    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm720t\serial.c
17243    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm720t\serial_netarm.c
17244    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm720t\start.S
17245    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\at91rm9200
17246    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\config.mk
17247    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\cpu.c
17248    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\imx
17249    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\interrupts.c
17250    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\ks8695
17251    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\Makefile
17252    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\s3c24x0
17253    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\start.S
17254    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\at91rm9200\bcm5221.c
17255    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\at91rm9200\dm9161.c
17256    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\at91rm9200\ether.c
17257    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\at91rm9200\i2c.c
17258    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\at91rm9200\interrupts.c
17259    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\at91rm9200\lowlevel_init.S
17260    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\at91rm9200\lxt972.c
17261    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\at91rm9200\Makefile
17262    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\at91rm9200\serial.c
17263    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\at91rm9200\usb_ohci.c
17264    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\at91rm9200\usb_ohci.h
17265    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\imx\generic.c
17266    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\imx\interrupts.c
17267    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\imx\Makefile
17268    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\imx\serial.c
17269    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\imx\speed.c
17270    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\ks8695\interrupts.c
```

```
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\ks8695\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\ks8695\serial.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\s3c24x0\i2c.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\s3c24x0\interrupts.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\s3c24x0\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\s3c24x0\serial.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\s3c24x0\speed.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\s3c24x0\usb_ohci.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm920t\s3c24x0\usb_ohci.h
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm925t\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm925t\cpu.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm925t\interrupts.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm925t\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm925t\omap925.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm925t\start.S
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm926ejs\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm926ejs\cpu.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm926ejs\interrupts.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm926ejs\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm926ejs\omap
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm926ejs\start.S
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm926ejs\versatile
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm926ejs\omap\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm926ejs\omap\reset.S
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm926ejs\omap\timer.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm926ejs\versatile\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm926ejs\versatile\reset.S
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm926ejs\versatile\timer.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm946es\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm946es\cpu.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm946es\interrupts.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm946es\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm946es\start.S
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm_intcm\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm_intcm\cpu.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm_intcm\interrupts.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm_intcm\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\arm_intcm\start.S
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\bf533_serial.h
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\cache.S
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\cplbhdlr.S
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\cplbmgr.S
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\cpu.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\cpu.h
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\flush.S
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\interrupt.S
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\interrupts.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\ints.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\serial.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\start.S
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\start1.S
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\bf533\traps.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\i386\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\i386\cpu.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\i386\interrupts.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\i386\Makefile
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\i386\reset.S
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\i386\sc520.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\i386\sc520_asm.S
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\i386\serial.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\i386\start.S
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\i386\start16.S
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\i386\timer.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ixp\config.mk
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ixp\cpu.c
GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ixp\interrupts.c
```

```
17340   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ixp\pci.c
17341   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ixp\pci.c
17342   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ixp\serial.c
17343   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ixp\start.S
17344   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ixp\timer.c
17345   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\lh7a40x\config.mk
17346   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\lh7a40x\cpu.c
17347   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\lh7a40x\interrupts.c
17348   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\lh7a40x\Makefile
17349   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\lh7a40x\serial.c
17350   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\lh7a40x\speed.c
17351   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\lh7a40x\start.S
17352   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mcf52x2\config.mk
17353   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mcf52x2\cpu.c
17354   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mcf52x2\cpu_init.c
17355   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mcf52x2\fec.c
17356   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mcf52x2\interrupts.c
17357   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mcf52x2\Makefile
17358   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mcf52x2\serial.c
17359   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mcf52x2\speed.c
17360   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mcf52x2\start.S
17361   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\microblaze\cpu.c
17362   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\microblaze\interrupts.c
17363   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\microblaze\Makefile
17364   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\microblaze\start.S
17365   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7100
17366   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7240
17367   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\asc_serial.c
17368   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\asc_serial.h
17369   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\au1x00_eth.c
17370   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\au1x00_serial.c
17371   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\au1x00_usb_ohci.c
17372   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\au1x00_usb_ohci.h
17373   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\cache.S
17374   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\config.mk
17375   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\cpu.c
17376   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\incaip_clock.c
17377   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\incaip_wdt.S
17378   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\interrupts.c
17379   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\Makefile
17380   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\Makefile.orig
17381   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\start.S
17382   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\start_bootstrap.S
17383   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7100\ag7100.c
17384   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7100\ag7100.h
17385   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7100\ag7100_phy.h
17386   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7100\ar7100_serial.c
17387   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7100\Makefile
17388   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7100\meminit.c
17389   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7240\ag7240.c
17390   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7240\ag7240.h
17391   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7240\ag7240_phy.h
17392   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7240\ag934x.c
17393   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7240\ag934x.h
17394   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7240\ag934x_phy.h
17395   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7240\ar7240_serial.c
17396   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7240\hornet.h
17397   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7240\hornet_ag7240.c
17398   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7240\hornet_ddr_init.S
17399   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7240\hornet_serial.c
17400   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7240\Makefile
17401   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mips\ar7240\meminit.c
17402   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xx\config.mk
17403   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xx\cpu.c
17404   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xx\cpu_init.c
17405   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xx\interrupts.c
17406   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xx\Makefile
17407   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xx\serial.c
17408   GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xx\speed.c
```

```
17409    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xx\start.S
17410    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xx\traps.c
17411    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\config.mk
17412    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\cpu.c
17413    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\cpu_init.c
17414    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\fec.c
17415    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\fec.h
17416    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\fec.h
17417    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\firmware_sc_task.impl.S
17418    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\firmware_sc_task_bestcomm.impl.S
17419    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\i2c.c
17420    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\ide.c
17421    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\interrupts.c
17422    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\io.S
17423    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\loadtask.c
17424    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\Makefile
17425    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\pci_mpc5200.c
17426    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\sdma.h
17427    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\serial.c
17428    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\speed.c
17429    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\start.S
17430    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\traps.c
17431    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\usb_ohci.c
17432    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc5xxx\usb_ohci.h
17433    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\config.mk
17434    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\cpu.c
17435    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\cpu_init.c
17436    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\dma.h
17437    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\dramSetup.c
17438    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\dramSetup.h
17439    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\fec.c
17440    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\fec.h
17441    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\fec_dma_tasks.S
17442    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\i2c.c
17443    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\i2cCore.c
17444    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\i2cCore.h
17445    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\interrupts.c
17446    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\io.S
17447    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\loadtask.c
17448    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\Makefile
17449    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\pci.c
17450    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\speed.c
17451    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\start.S
17452    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\traps.c
17453    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8220\uart.c
17454    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\config.mk
17455    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\cpu.c
17456    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\cpu_init.c
17457    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers
17458    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\interrupts.c
17459    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\Makefile
17460    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\pci.c
17461    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\speed.c
17462    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\start.S
17463    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\traps.c
17464    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\dma
17465    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\dma_export.h
17466    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\epic
17467    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\epic.h
17468    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\errors.h
17469    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\i2c
17470    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\i2c_export.h
17471    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\i2o
17472    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\i2o.h
17473    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\dma\dma.h
17474    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\dma\dma1.c
17475    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\dma\dma2.S
17476    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\dma\dma_export.h
17477    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\dma\Makefile
```

```
17478    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\dma\README
17479    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\epic\epic.h
17480    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\epic\epic1.c
17481    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\epic\epic2.S
17482    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\epic\epicutil.S
17483    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\epic\README
17484    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\i2c\i2c.c
17485    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\i2o\i2o.h
17486    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\i2o\i2o1.c
17487    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\i2o\i2o2.S
17488    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\i2o\Makefile
17489    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc824x\drivers\i2o\Makefile_pc
17490    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\bedbug_603e.c
17491    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\commproc.c
17492    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\config.mk
17493    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\cpu.c
17494    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\cpu_init.c
17495    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\ether_fcc.c
17496    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\ether_scc.c
17497    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\i2c.c
17498    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\interrupts.c
17499    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\kgdb.S
17500    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\Makefile
17501    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\pci.c
17502    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\serial_scc.c
17503    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\serial_smc.c
17504    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\speed.c
17505    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\speed.h
17506    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\spi.c
17507    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\start.S
17508    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8260\traps.c
17509    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc83xx\config.mk
17510    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc83xx\cpu.c
17511    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc83xx\cpu_init.c
17512    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc83xx\i2c.c
17513    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc83xx\interrupts.c
17514    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc83xx\Makefile
17515    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc83xx\resetvec.S
17516    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc83xx\spd_sdram.c
17517    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc83xx\speed.c
17518    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc83xx\start.S
17519    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc83xx\traps.c
17520    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\commproc.c
17521    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\config.mk
17522    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\cpu.c
17523    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\cpu_init.c
17524    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\ether_fcc.c
17525    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\i2c.c
17526    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\interrupts.c
17527    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\Makefile
17528    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\pci.c
17529    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\resetvec.S
17530    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\serial_scc.c
17531    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\spd_sdram.c
17532    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\speed.c
17533    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\start.S
17534    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc85xx\traps.c
17535    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\bedbug_860.c
17536    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\commproc.c
17537    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\config.mk
17538    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\cpu.c
17539    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\cpu_init.c
17540    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\fec.c
17541    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\fec.h
17542    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\i2c.c
17543    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\interrupts.c
17544    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\kgdb.S
17545    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\lcd.c
17546
```

```
17547    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\plprcr_write.S
17548    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\scc.c
17549    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\serial.c
17550    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\speed.c
17551    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\spi.c
17552    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\start.S
17553    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\traps.c
17554    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\upatch.c
17555    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\video.c
17556    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\mpc8xx\wlkbd.c
17557    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios\asmi.c
17558    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios\config.mk
17559    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios\cpu.c
17560    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios\interrupts.c
17561    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios\Makefile
17562    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios\serial.c
17563    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios\spi.c
17564    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios\start.S
17565    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios\traps.S
17566    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios2\config.mk
17567    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios2\cpu.c
17568    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios2\epcs.c
17569    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios2\exceptions.S
17570    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios2\interrupts.c
17571    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios2\Makefile
17572    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios2\serial.c
17573    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios2\start.S
17574    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios2\sysid.c
17575    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\nios2\traps.c
17576    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\405gp_pci.c
17577    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\4xx_enet.c
17578    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\bedbug_405.c
17579    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\commproc.c
17580    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\config.mk
17581    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\cpu.c
17582    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\cpu_init.c
17583    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\dcr.S
17584    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\i2c.c
17585    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\interrupts.c
17586    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\kgdb.S
17587    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\Makefile
17588    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\miiphy.c
17589    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\resetvec.S
17590    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\sdram.c
17591    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\sdram.h
17592    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\serial.c
17593    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\spd_sdram.c
17594    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\speed.c
17595    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\start.S
17596    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\traps.c
17597    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\usbdev.c
17598    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\usbdev.h
17599    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\usb_ohci.c
17600    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\usb_ohci.h
17601    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\ppc4xx\vecnum.h
17602    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\pxa\config.mk
17603    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\pxa\cpu.c
17604    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\pxa\i2c.c
17605    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\pxa\interrupts.c
17606    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\pxa\Makefile
17607    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\pxa\mmc.c
17608    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\pxa\pxafb.c
17609    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\pxa\serial.c
17610    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\pxa\start.S
17611    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\s3c44b0\config.mk
17612    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\s3c44b0\cpu.c
17613    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\s3c44b0\interrupts.c
17614    GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\s3c44b0\Makefile
```

```
17616  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\s3c44b0\start.S
17617  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\s3c44b0\start.S
17618  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\sal100\config.mk
17619  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\sal100\cpu.c
17620  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\sal100\interrupts.c
17621  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\sal100\Makefile
17622  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\sal100\serial.c
17623  GPL.UBNT.v6.1.7\uboot\uboot-xw\cpu\sal100\start.S
17624  GPL.UBNT.v6.1.7\uboot\uboot-xw\disk\Makefile
17625  GPL.UBNT.v6.1.7\uboot\uboot-xw\disk\part.c
17626  GPL.UBNT.v6.1.7\uboot\uboot-xw\disk\part_amiga.c
17627  GPL.UBNT.v6.1.7\uboot\uboot-xw\disk\part_amiga.h
17628  GPL.UBNT.v6.1.7\uboot\uboot-xw\disk\part_dos.c
17629  GPL.UBNT.v6.1.7\uboot\uboot-xw\disk\part_dos.h
17630  GPL.UBNT.v6.1.7\uboot\uboot-xw\disk\part_iso.c
17631  GPL.UBNT.v6.1.7\uboot\uboot-xw\disk\part_iso.h
17632  GPL.UBNT.v6.1.7\uboot\uboot-xw\disk\part_mac.c
17633  GPL.UBNT.v6.1.7\uboot\uboot-xw\disk\part_mac.h
17634  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\I2C_Edge_Conditions
17635  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README-i386
17636  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README-integrator
17637  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.adnpesc1
17638  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.adnpesc1_base32
17639  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.alaska8220
17640  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.AMCC-eval-boards-cleanup
17641  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.amigaone
17642  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.ARM-memory-map
17643  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.ARM-SoC
17644  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.autoboot
17645  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.bedbug
17646  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.cmi
17647  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.COBRA5272
17648  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.commands
17649  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.commands.itest
17650  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.console
17651  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.db64360
17652  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.db64460
17653  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.dk1c20
17654  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.dk1c20_std32
17655  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.dk1s10
17656  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.dk1s10_mldk20
17657  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.dk1s10_std32
17658  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.dk1s40_std32
17659  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.dk20k200_std32
17660  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.ebony
17661  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.EVB-64260-750CX
17662  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.evb64260
17663  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.fads
17664  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.IceCube
17665  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.idma2intr
17666  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.INCA-IP
17667  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.IPHASE4539
17668  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.JFFS2
17669  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.JFFS2_NAND
17670  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.lynxkdi
17671  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.m68k
17672  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.MBX
17673  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.ml300
17674  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.Modem
17675  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.modnet50
17676  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.mpc5xx
17677  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.mpc74xx
17678  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.mpc8349emds.ddrecc
17679  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.mpc83xxads
17680  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.mpc85xxads
17681  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.mpc85xxcds
17682  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.MPC866
17683  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.nand
17684  GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.ne2000
```

```
17685   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.nios
17686   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.nios
17687   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.nios_CFG_NIOS_CPU
17688   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.nios_DK
17689   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.ns9750dev
17690   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.ocotea
17691   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.ocotea-PIBS-to-U-Boot
17692   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.OFT
17693   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.omap730p2
17694   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.OXC
17695   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.PIP405
17696   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.PlanetCore
17697   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.POST
17698   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.ppc440
17699   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.Purple
17700   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.PXA_CF
17701   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.RPXClassic
17702   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.RPXlite
17703   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.Sandpoint8240
17704   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.sbc8560
17705   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.sched
17706   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.serial_multi
17707   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.silent
17708   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.SNTP
17709   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.standalone
17710   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.stxxtc
17711   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.TQM8260
17712   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.usb
17713   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.video
17714   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.VLAN
17715   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\README.xpedite1k
17716   GPL.UBNT.v6.1.7\uboot\uboot-xw\doc\TODO-i386
17717   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\3c589.c
17718   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\3c589.h
17719   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\5701rls.c
17720   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\5701rls.h
17721   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\8390.h
17722   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ali512x.c
17723   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\bcm570x.c
17724   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\bcm570x_autoneg.c
17725   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\bcm570x_autoneg.h
17726   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\bcm570x_bits.h
17727   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\bcm570x_debug.h
17728   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\bcm570x_lm.h
17729   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\bcm570x_mm.h
17730   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\bcm570x_queue.h
17731   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\cfb_console.c
17732   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\cfi_flash.c
17733   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\cs8900.c
17734   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\cs8900.h
17735   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ct69000.c
17736   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\dataflash.c
17737   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\dc2114x.c
17738   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\dm9000x.c
17739   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\dm9000x.h
17740   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ds1722.c
17741   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\e1000.c
17742   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\e1000.h
17743   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\eepro100.c
17744   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\i8042.c
17745   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\i82365.c
17746   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\inca-ip_sw.c
17747   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\keyboard.c
17748   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ks8695eth.c
17749   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\lan91c96.c
17750   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\lan91c96.h
17751   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\Makefile
17752   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\mw_eeprom.c
17753   GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\nand
```

```
17754  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\mpc5xxx_fec.c
17755  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\natsemi.c
17756  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ne2000.c
17757  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ne2000.h
17758  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\netarm_eth.c
17759  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\netarm_eth.h
17760  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\netconsole.c
17761  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\nicext.h
17762  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ns16550.c
17763  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ns7520_eth.c
17764  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ns8382x.c
17765  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ns87308.c
17766  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ns9750_eth.c
17767  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ns9750_serial.c
17768  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\omap1510_i2c.c
17769  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\omap24xx_i2c.c
17770  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\pci.c
17771  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\pci_auto.c
17772  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\pci_indirect.c
17773  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\pcnet.c
17774  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\pc_keyb.c
17775  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\plb2800_eth.c
17776  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ps2mult.c
17777  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ps2ser.c
17778  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\rtl8019.c
17779  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\rtl8019.h
17780  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\rtl8139.c
17781  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\rtl8169.c
17782  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\s3c4510b_eth.c
17783  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\s3c4510b_eth.h
17784  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\s3c4510b_uart.c
17785  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\s3c4510b_uart.h
17786  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sed13806.c
17787  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sed156x.c
17788  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\serial.c
17789  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\serial_max3100.c
17790  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\serial_pl010.c
17791  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\serial_pl011.c
17792  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\serial_pl011.h
17793  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\serial_xuartlite.c
17794  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin
17795  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sl811.h
17796  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sl811_usb.c
17797  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sm501.c
17798  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\smc91111.c
17799  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\smc91111.h
17800  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\smiLynxEM.c
17801  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\status_led.c
17802  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sym53c8xx.c
17803  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\tigon3.c
17804  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\tigon3.h
17805  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\ti_pci1410a.c
17806  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\tsec.c
17807  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\tsec.h
17808  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\usbdcore.c
17809  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\usbdcore_ep0.c
17810  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\usbdcore_omap1510.c
17811  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\usbtty.c
17812  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\usbtty.h
17813  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\videomodes.c
17814  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\videomodes.h
17815  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\w83c553f.c
17816  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\nand\diskonchip.c
17817  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\nand\Makefile
17818  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\nand\nand.c
17819  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\nand\nand_base.c
17820  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\nand\nand_bbt.c
17821  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\nand\nand_ecc.c
17822  GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\nand\nand_ids.c
```

```
17823    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\nand_legacy\nand_legacy.c
17824    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\nand_legacy\nand_legacy.c
17825    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h
17826    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\Makefile
17827    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\skaddr.c
17828    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\skcsum.c
17829    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\skge.c
17830    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\skgehwt.c
17831    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\skgeinit.c
17832    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\skgemib.c
17833    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\skgepnmi.c
17834    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\skgesirq.c
17835    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\ski2c.c
17836    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\sklm80.c
17837    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\skproc.c
17838    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\skqueue.c
17839    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\skrlmt.c
17840    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\sktimer.c
17841    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\skvpd.c
17842    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\skxmac2.c
17843    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\u-boot_compat.h
17844    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\uboot_drv.c
17845    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\uboot_skb.c
17846    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\lm80.h
17847    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skaddr.h
17848    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skcsum.h
17849    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skdebug.h
17850    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skdrv1st.h
17851    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skdrv2nd.h
17852    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skerror.h
17853    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skgedrv.h
17854    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skgehw.h
17855    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skgehwt.h
17856    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skgei2c.h
17857    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skgeinit.h
17858    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skgepnm2.h
17859    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skgepnmi.h
17860    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skgesirq.h
17861    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\ski2c.h
17862    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skqueue.h
17863    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skrlmt.h
17864    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\sktimer.h
17865    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\sktypes.h
17866    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skversion.h
17867    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\skvpd.h
17868    GPL.UBNT.v6.1.7\uboot\uboot-xw\drivers\sk98lin\h\xmac_ii.h
17869    GPL.UBNT.v6.1.7\uboot\uboot-xw\dtt\adm1021.c
17870    GPL.UBNT.v6.1.7\uboot\uboot-xw\dtt\ds1621.c
17871    GPL.UBNT.v6.1.7\uboot\uboot-xw\dtt\lm75.c
17872    GPL.UBNT.v6.1.7\uboot\uboot-xw\dtt\Makefile
17873    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\82559_eeprom.c
17874    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\eepro100_eeprom.c
17875    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\hello_world.c
17876    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\hello_world.s
17877    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\Makefile
17878    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\mem_to_mem_idma2intr.c
17879    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\mips.lds
17880    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\nios.lds
17881    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\nios2.lds
17882    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\ppc_longjmp.S
17883    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\ppc_setjmp.S
17884    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\README.smc91111_eeprom
17885    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\sched.c
17886    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\smc91111_eeprom.c
17887    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\stubs.c
17888    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\test_burst.c
17889    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\test_burst.h
17890    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\test_burst_lib.S
17891    GPL.UBNT.v6.1.7\uboot\uboot-xw\examples\timer.c
```

```
17892  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\cramfs
17893  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\cramfs
17894  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\ext2
17895  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\fat
17896  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\fdos
17897  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\jffs2
17898  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\Makefile
17899  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\reiserfs
17900  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\cramfs\cramfs.c
17901  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\cramfs\Makefile
17902  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\cramfs\uncompress.c
17903  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\ext2\dev.c
17904  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\ext2\ext2fs.c
17905  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\ext2\Makefile
17906  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\fat\fat.c
17907  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\fat\file.c
17908  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\fat\Makefile
17909  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\fdos\dev.c
17910  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\fdos\dos.h
17911  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\fdos\fat.c
17912  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\fdos\fdos.c
17913  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\fdos\fdos.h
17914  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\fdos\fs.c
17915  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\fdos\Makefile
17916  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\fdos\subdir.c
17917  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\fdos\vfat.c
17918  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\jffs2\compr_lzari.c
17919  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\jffs2\compr_lzo.c
17920  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\jffs2\compr_rtime.c
17921  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\jffs2\compr_rubin.c
17922  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\jffs2\compr_zlib.c
17923  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\jffs2\jffs2_1pass.c
17924  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\jffs2\jffs2_nand_1pass.c
17925  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\jffs2\jffs2_nand_private.h
17926  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\jffs2\jffs2_private.h
17927  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\jffs2\Makefile
17928  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\jffs2\mini_inflate.c
17929  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\reiserfs\dev.c
17930  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\reiserfs\Makefile
17931  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\reiserfs\mode_string.c
17932  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\reiserfs\reiserfs.c
17933  GPL.UBNT.v6.1.7\uboot\uboot-xw\fs\reiserfs\reiserfs_private.h
17934  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\405gp_i2c.h
17935  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\405gp_pci.h
17936  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\405_dimm.h
17937  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\405_mal.h
17938  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\440_i2c.h
17939  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\74xx_7xx.h
17940  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ACEX1K.h
17941  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\altera.h
17942  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ar7100_soc.h
17943  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ar7240_soc.h
17944  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ar934x_soc.h
17945  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\arm920t.h
17946  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\arm925t.h
17947  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\arm926ejs.h
17948  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\arm946es.h
17949  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\armcoremodule.h
17950  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm
17951  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin
17952  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386
17953  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k
17954  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze
17955  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips
17956  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios
17957  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2
17958  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc
17959  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\at91rm9200_i2c.h
17960  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\at91rm9200_net.h
```

```
17961   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ar7240.h
17962   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\athversion.h
17963   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\bcm5221.h
17964   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\bedbug
17965   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\bmp_layout.h
17966   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\bmp_logo.h
17967   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\bzlib.h
17968   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\circbuf.h
17969   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\clps7111.h
17970   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\cmd_confdefs.h
17971   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\command.h
17972   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\common.h
17973   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\commproc.h
17974   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs
17975   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\console.h
17976   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\cramfs
17977   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\crc.h
17978   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\da9030.h
17979   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\dataflash.h
17980   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\devices.h
17981   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\dm9161.h
17982   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\dtt.h
17983   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\e500.h
17984   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\elf.h
17985   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\environment.h
17986   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\exports.h
17987   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ext2fs.h
17988   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\fat.h
17989   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\fdc.h
17990   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\flash.h
17991   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\fpga.h
17992   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ft_build.h
17993   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\galileo
17994   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\hornet_soc.h
17995   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\hush.h
17996   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\i2c.h
17997   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\i8042.h
17998   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ide.h
17999   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\image.h
18000   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ioports.h
18001   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\jffs2
18002   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\keyboard.h
18003   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\kgdb.h
18004   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\lcd.h
18005   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\lcdvideo.h
18006   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\lh7a400.h
18007   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\lh7a404.h
18008   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\lh7a40x.h
18009   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux
18010   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux_logo.h
18011   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\lists.h
18012   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\logbuff.h
18013   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\lpd7a400_cpld.h
18014   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\lxt971a.h
18015   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\lynxkdi.h
18016   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\LzmaWrapper.h
18017   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\malloc.h
18018   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\miiphy.h
18019   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\mii_phy.h
18020   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\mk48t59.h
18021   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\mmc.h
18022   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\mpc106.h
18023   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\mpc5xx.h
18024   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\mpc5xxx.h
18025   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\mpc8220.h
18026   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\mpc824x.h
18027   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\mpc8260.h
18028   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\mpc8260_irq.h
18029   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\mpc83xx.h
```

```
18030    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\mpc8xx.h
18031    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\mpc8xx.h
18032    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\mpc8xx_irq.h
18033    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\nand.h
18034    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\net.h
18035    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\nios-io.h
18036    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\nios.h
18037    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\nios2-epcs.h
18038    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\nios2-io.h
18039    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\nios2.h
18040    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ns16550.h
18041    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ns7520_eth.h
18042    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ns87308.h
18043    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ns9750_bbus.h
18044    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ns9750_eth.h
18045    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ns9750_mem.h
18046    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ns9750_ser.h
18047    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ns9750_sys.h
18048    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\part.h
18049    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\pci.h
18050    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\pci_ids.h
18051    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\pcmcia
18052    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\pcmcia.h
18053    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\pc_keyb.h
18054    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\post.h
18055    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ppc405.h
18056    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ppc440.h
18057    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ppc4xx.h
18058    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ppc4xx_enet.h
18059    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ppc_asm.tmpl
18060    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ppc_defs.h
18061    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ps2mult.h
18062    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\reiserfs.h
18063    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\rtc.h
18064    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\s3c2400.h
18065    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\s3c2410.h
18066    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\s3c24x0.h
18067    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\SA-1100.h
18068    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\sa1100.h
18069    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\scsi.h
18070    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\sed13806.h
18071    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\sed156x.h
18072    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\serial.h
18073    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\sm501.h
18074    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\smiLynxEM.h
18075    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\spartan2.h
18076    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\spartan3.h
18077    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\spd.h
18078    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\spd_sdram.h
18079    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\spi.h
18080    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\status_led.h
18081    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\sym53c8xx.h
18082    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\systemace.h
18083    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\s_record.h
18084    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\ubnt_api_calls.h
18085    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\universe.h
18086    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\usb.h
18087    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\usbdcore.h
18088    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\usbdcore_ep0.h
18089    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\usbdcore_omap1510.h
18090    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\usbdescriptors.h
18091    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\usb_defs.h
18092    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\version.h
18093    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\vfd_logo.h
18094    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\video.h
18095    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\video_ad7176.h
18096    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\video_ad7177.h
18097    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\video_ad7179.h
18098    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\video_easylogo.h
```

```
18099    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\video_font.h
18100    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\video_logo.h
18101    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\virtex2.h
18102    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\w83c553f.h
18103    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\watchdog.h
18104    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\xilinx.h
18105    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\xyzModem.h
18106    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\zlib.h
18107    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\_exports.h
18108    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm1136
18109    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm720t
18110    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm925t
18111    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm926ejs
18112    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-at91rm9200
18113    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-imx
18114    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-ixp
18115    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-ks8695
18116    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-pxa
18117    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-s3c24x0
18118    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-s3c44b0
18119    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-sa1100
18120    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\atomic.h
18121    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\bitops.h
18122    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\byteorder.h
18123    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\errno.h
18124    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\global_data.h
18125    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\hardware.h
18126    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\io.h
18127    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\mach-types.h
18128    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\memory.h
18129    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\posix_types.h
18130    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\proc-armv
18131    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\processor.h
18132    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\ptrace.h
18133    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\setup.h
18134    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\sizes.h
18135    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\string.h
18136    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\types.h
18137    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\u-boot-arm.h
18138    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\u-boot.h
18139    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm1136\bits.h
18140    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm1136\clocks.h
18141    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm1136\i2c.h
18142    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm1136\mem.h
18143    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm1136\mux.h
18144    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm1136\omap2420.h
18145    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm1136\sizes.h
18146    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm1136\sys_info.h
18147    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm1136\sys_proto.h
18148    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm720t\hardware.h
18149    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm720t\netarm_dma_module.h
18150    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm720t\netarm_eni_module.h
18151    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm720t\netarm_eth_module.h
18152    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm720t\netarm_gen_module.h
18153    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm720t\netarm_mem_module.h
18154    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm720t\netarm_registers.h
18155    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm720t\netarm_ser_module.h
18156    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm720t\s3c4510b.h
18157    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm925t\sizes.h
18158    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-arm926ejs\sizes.h
18159    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-at91rm9200\AT91RM9200.h
18160    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-at91rm9200\hardware.h
18161    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-imx\imx-regs.h
18162    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-ixp\ixp425.h
18163    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-ixp\ixp425pci.h
18164    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-ks8695\platform.h
18165    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-pxa\bitfield.h
18166    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-pxa\hardware.h
```

```
18168    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-pxa\pxa_fb.h
18169    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-pxa\pxa-regs.h
18170    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-s3c24x0\memory.h
18171    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-s3c44b0\hardware.h
18172    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\arch-sa1100\bitfield.h
18173    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\proc-armv\domain.h
18174    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\proc-armv\processor.h
18175    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\proc-armv\ptrace.h
18176    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-arm\proc-armv\system.h
18177    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\bitops.h
18178    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\blackfin.h
18179    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\blackfin_defs.h
18180    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\byteorder.h
18181    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cplb.h
18182    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cplbtab.h
18183    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cpu
18184    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\current.h
18185    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\delay.h
18186    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\entry.h
18187    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\errno.h
18188    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\global_data.h
18189    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\hw_irq.h
18190    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\io-kernel.h
18191    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\io.h
18192    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\irq.h
18193    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\linkage.h
18194    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\machdep.h
18195    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\mem_init.h
18196    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\page.h
18197    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\page_offset.h
18198    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\posix_types.h
18199    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\processor.h
18200    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\ptrace.h
18201    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\segment.h
18202    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\setup.h
18203    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\shared_resources.h
18204    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\string.h
18205    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\system.h
18206    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\traps.h
18207    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\types.h
18208    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\u-boot.h
18209    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\uaccess.h
18210    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\virtconvert.h
18211    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cpu\bf533_irq.h
18212    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cpu\bf533_rtc.h
18213    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cpu\bf533_serial.h
18214    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cpu\cdefBF531.h
18215    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cpu\cdefBF532.h
18216    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cpu\cdefBF533.h
18217    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cpu\cdefBF53x.h
18218    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cpu\cdef_LPBlackfin.h
18219    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cpu\defBF531.h
18220    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cpu\defBF532.h
18221    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cpu\defBF533.h
18222    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cpu\defBF533_extn.h
18223    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-blackfin\cpu\def_LPBlackfin.h
18224    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\bitops.h
18225    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\byteorder.h
18226    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\global_data.h
18227    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\i8254.h
18228    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\i8259.h
18229    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\ibmpc.h
18230    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\ic
18231    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\io.h
18232    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\pci.h
18233    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\posix_types.h
18234    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\processor.h
18235    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\ptrace.h
18236    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\realmode.h
```

```
18237    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\types.h
18238    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\types.h
18239    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\u-boot-i386.h
18240    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\u-boot.h
18241    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\zimage.h
18242    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\ic\ali512x.h
18243    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-i386\ic\sc520.h
18244    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\bitops.h
18245    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\byteorder.h
18246    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\fec.h
18247    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\global_data.h
18248    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\immap_5249.h
18249    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\immap_5272.h
18250    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\immap_5282.h
18251    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\io.h
18252    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\m5249.h
18253    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\m5272.h
18254    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\m5282.h
18255    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\mcftimer.h
18256    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\mcfuart.h
18257    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\posix_types.h
18258    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\processor.h
18259    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\ptrace.h
18260    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\string.h
18261    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\types.h
18262    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-m68k\u-boot.h
18263    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\arch-microblaze
18264    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\bitops.h
18265    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\byteorder.h
18266    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\global_data.h
18267    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\io.h
18268    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\platform.h
18269    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\posix_types.h
18270    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\processor.h
18271    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\ptrace.h
18272    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\serial_xuartlite.h
18273    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\string.h
18274    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\suzaku.h
18275    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\system.h
18276    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\types.h
18277    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\u-boot.h
18278    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\arch-microblaze\xbasic_types.h
18279    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\arch-microblaze\xio.h
18280    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-microblaze\arch-microblaze\xuartlite_l.h
18281    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\addrspace.h
18282    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\au1x00.h
18283    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\bitops.h
18284    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\byteorder.h
18285    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\cachectl.h
18286    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\cacheops.h
18287    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\global_data.h
18288    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\inca-ip.h
18289    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\io.h
18290    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\isadep.h
18291    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\mipsregs.h
18292    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\posix_types.h
18293    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\processor.h
18294    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\ptrace.h
18295    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\reg.h
18296    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\regdef.h
18297    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\sgidefs.h
18298    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\string.h
18299    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\system.h
18300    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\types.h
18301    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-mips\u-boot.h
18302    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios\bitops.h
18303    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios\byteorder.h
18304    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios\cache.h
18305    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios\global_data.h
```

```
18306    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios\posix_types.h
18307    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios\posix_types.h
18308    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios\processor.h
18309    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios\psr.h
18310    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios\ptrace.h
18311    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios\status_led.h
18312    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios\string.h
18313    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios\system.h
18314    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios\types.h
18315    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios\u-boot.h
18316    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\bitops.h
18317    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\byteorder.h
18318    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\cache.h
18319    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\global_data.h
18320    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\io.h
18321    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\opcodes.h
18322    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\posix_types.h
18323    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\processor.h
18324    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\psr.h
18325    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\ptrace.h
18326    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\status_led.h
18327    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\string.h
18328    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\system.h
18329    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\types.h
18330    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-nios2\u-boot.h
18331    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\5xx_immap.h
18332    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\8xx_immap.h
18333    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\atomic.h
18334    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\bitops.h
18335    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\byteorder.h
18336    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\cache.h
18337    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\cpm_8260.h
18338    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\cpm_85xx.h
18339    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\e300.h
18340    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\errno.h
18341    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\global_data.h
18342    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\i2c.h
18343    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\immap_8220.h
18344    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\immap_8260.h
18345    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\immap_83xx.h
18346    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\immap_85xx.h
18347    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\io.h
18348    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\iopin_8260.h
18349    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\iopin_85xx.h
18350    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\iopin_8xx.h
18351    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\m8260_pci.h
18352    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\mc146818rtc.h
18353    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\mmu.h
18354    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\mpc8349_pci.h
18355    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\pci_io.h
18356    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\pnp.h
18357    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\posix_types.h
18358    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\processor.h
18359    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\ptrace.h
18360    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\residual.h
18361    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\sigcontext.h
18362    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\signal.h
18363    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\status_led.h
18364    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\string.h
18365    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\types.h
18366    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\asm-ppc\u-boot.h
18367    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\bedbug\bedbug.h
18368    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\bedbug\ppc.h
18369    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\bedbug\regs.h
18370    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\bedbug\tables.h
18371    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\bedbug\type.h
18372    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\A3000.h
18373    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ADCIOP.h
18374    GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\Adder.h
```

```
18375  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ADNPESC1_base_32.h
18376  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ADS860.h
18377  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\adsvix.h
18378  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\aev.h
18379  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\Alaska8220.h
18380  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\AmigaOneG3SE.h
18381  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\AMX860.h
18382  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\AP1000.h
18383  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap101-2.6.31.h
18384  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap101-small.h
18385  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap101.h
18386  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap111-2.6.31.h
18387  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap111.h
18388  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap121.h
18389  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap123.h
18390  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap81.h
18391  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap83.h
18392  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap91-2MB.h
18393  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap91-2x8.h
18394  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap91-router.h
18395  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap91.h
18396  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap93-hgw.h
18397  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap93.h
18398  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap94.h
18399  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap94min.h
18400  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap96.h
18401  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap98.h
18402  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap99-2.6.31.h
18403  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap99-hgw.h
18404  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap99-ivi.h
18405  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap99-small.h
18406  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ap99.h
18407  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\APC405.h
18408  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\AR405.h
18409  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ar7100.h
18410  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ar7240.h
18411  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ar7240_emu.h
18412  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\armadillo.h
18413  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ASH405.h
18414  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\assabet.h
18415  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\at91rm9200dk.h
18416  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\atc.h
18417  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\B2.h
18418  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\BAB7xx.h
18419  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\bamboo.h
18420  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\barco.h
18421  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\BMW.h
18422  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\bubinga.h
18423  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\c2mon.h
18424  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CANBT.h
18425  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\canmb.h
18426  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CATcenter.h
18427  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CCM.h
18428  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\cerf250.h
18429  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\cm4008.h
18430  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\cm41xx.h
18431  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\cmc_pu2.h
18432  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\cmi_mpc5xx.h
18433  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CMS700.h
18434  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\cobra5272.h
18435  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\cogent_common.h
18436  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\cogent_mpc8260.h
18437  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\cogent_mpc8xx.h
18438  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CPC45.h
18439  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CPCI2DP.h
18440  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CPCI405.h
18441  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CPCI4052.h
18442  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CPCI405AB.h
```

```
18444  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CPC1440.h
18445  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CPCI440.h
18446  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\cpci5200.h
18447  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CPCI750.h
18448  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CPCIISER4.h
18449  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CPU86.h
18450  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CPU87.h
18451  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\cradle.h
18452  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CRAYL1.h
18453  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\csb226.h
18454  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\csb272.h
18455  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\csb472.h
18456  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\csb637.h
18457  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\CU824.h
18458  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\cus136.h
18459  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\cus97.h
18460  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\DASA_SIM.h
18461  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\db12x.h
18462  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\DB64360.h
18463  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\DB64460.h
18464  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\dbau1x00.h
18465  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\debris.h
18466  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\delta.h
18467  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\DK1C20.h
18468  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\DK1C20_safe_32.h
18469  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\DK1C20_standard_32.h
18470  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\DK1S10.h
18471  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\DK1S10_mtx_ldk_20.h
18472  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\DK1S10_safe_32.h
18473  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\DK1S10_standard_32.h
18474  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\dnp1110.h
18475  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\DP405.h
18476  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\DU405.h
18477  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ebony.h
18478  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ELPPC.h
18479  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ELPT860.h
18480  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ep7312.h
18481  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ep8248.h
18482  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ep8260.h
18483  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\EP88x.h
18484  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ERIC.h
18485  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ESTEEM192E.h
18486  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ETX094.h
18487  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\evb4510.h
18488  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\EVB64260.h
18489  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\eXalion.h
18490  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\EXBITGEN.h
18491  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ezkit533.h
18492  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\FADS823.h
18493  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\FADS850SAR.h
18494  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\FADS860T.h
18495  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\FLAGADM.h
18496  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\FPS850L.h
18497  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\FPS860L.h
18498  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\G2000.h
18499  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\gcplus.h
18500  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\GEN860T.h
18501  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\GENIETV.h
18502  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\GTH.h
18503  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\gw8260.h
18504  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\h2_p2_dbg_board.h
18505  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\hermes.h
18506  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\HH405.h
18507  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\HIDDEN_DRAGON.h
18508  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\HMI10.h
18509  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\hmi1001.h
18510  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\hornet_emu.h
18511  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\HUB405.h
18512  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\hymod.h
```

```
18513   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\IceCube.h
18514   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\IceCube.h
18515   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ICU862.h
18516   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\IDS8247.h
18517   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\impa7.h
18518   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\incaip.h
18519   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\inka4x0.h
18520   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\innokom.h
18521   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\integratorap.h
18522   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\integratorcp.h
18523   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\IP860.h
18524   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\IPHASE4539.h
18525   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ISPAN.h
18526   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\IVML24.h
18527   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\IVMS8.h
18528   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ixdp425.h
18529   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\JSE.h
18530   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\KAREF.h
18531   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\kb9202.h
18532   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\KUP4K.h
18533   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\KUP4X.h
18534   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\LANTEC.h
18535   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\lart.h
18536   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\logodl.h
18537   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\lpd7a400-10.h
18538   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\lpd7a400.h
18539   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\lpd7a404-10.h
18540   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\lpd7a404.h
18541   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\luan.h
18542   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\lubbock.h
18543   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\lwmon.h
18544   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\M5272C3.h
18545   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\M5282EVB.h
18546   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MBX.h
18547   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MBX860T.h
18548   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\mcc200.h
18549   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\METROBOX.h
18550   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MHPC.h
18551   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\mi93.h
18552   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MIP405.h
18553   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ML2.h
18554   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ml300.h
18555   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\modnet50.h
18556   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MOUSSE.h
18557   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\mp2usb.h
18558   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MPC8260ADS.h
18559   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MPC8266ADS.h
18560   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MPC8349ADS.h
18561   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MPC8349EMDS.h
18562   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MPC8540ADS.h
18563   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MPC8540EVAL.h
18564   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MPC8541CDS.h
18565   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MPC8548CDS.h
18566   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MPC8555CDS.h
18567   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MPC8560ADS.h
18568   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MPC86xADS.h
18569   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MPC885ADS.h
18570   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MUSENKI.h
18571   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MVBLUE.h
18572   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\MVS1.h
18573   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\mxlads.h
18574   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\mx1fs2.h
18575   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\nanobridge-ar9342-ar8035.h
18576   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\NC650.h
18577   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\NETPHONE.h
18578   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\netstar.h
18579   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\NETTA.h
18580   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\NETTA2.h
18581   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\NETVIA.h
```

```
18582   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\NSCU.h
18583   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\NSCU.h
18584   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\NX823.h
18585   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\o2dnt.h
18586   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ocotea.h
18587   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\OCRTC.h
18588   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\omap1510.h
18589   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\omap1510inn.h
18590   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\omap1610h2.h
18591   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\omap1610inn.h
18592   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\omap2420h4.h
18593   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\omap5912osk.h
18594   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\omap730.h
18595   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\omap730p2.h
18596   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ORSG.h
18597   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\OXC.h
18598   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\P3G4.h
18599   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\p3p440.h
18600   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PATI.h
18601   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pb1x00.h
18602   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pb42.h
18603   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pb44.h
18604   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pb45.h
18605   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pb47.h
18606   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pb90.h
18607   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pb92.h
18608   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pb93.h
18609   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pb9x-2.6.31.h
18610   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pb9x-2x8.h
18611   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pb9x.h
18612   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PCI405.h
18613   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PCI5441.h
18614   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PCIPPC2.h
18615   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PCIPPC6.h
18616   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pcu_e.h
18617   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pf5200.h
18618   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PIP405.h
18619   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PK1C20.h
18620   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pleb2.h
18621   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PLU405.h
18622   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PM520.h
18623   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PM826.h
18624   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PM828.h
18625   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PM854.h
18626   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PM856.h
18627   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PMC405.h
18628   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PN62.h
18629   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\PPChameleonEVB.h
18630   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ppmc8260.h
18631   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\purple.h
18632   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\pxa255_idp.h
18633   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\QS823.h
18634   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\QS850.h
18635   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\QS860T.h
18636   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\quantum.h
18637   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\R360MPI.h
18638   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\Rattler.h
18639   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\RBC823.h
18640   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\rmu.h
18641   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\RPXClassic.h
18642   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\RPXlite.h
18643   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\RPXlite_DW.h
18644   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\RPXsuper.h
18645   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\RRvision.h
18646   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\rsdproto.h
18647   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\sacsng.h
18648   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\Sandpoint8240.h
18649   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\Sandpoint8245.h
18650   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\sbc405.h
```

```
18651   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\sbc8260.h
18652   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\sbc8260.h
18653   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\SBC8540.h
18654   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\sbc8560.h
18655   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\sc520_cdp.h
18656   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\sc520_spunk.h
18657   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\sc520_spunk_rel.h
18658   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\scb9328.h
18659   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\SCM.h
18660   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\shannon.h
18661   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\SL8245.h
18662   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\SM850.h
18663   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\smdk2400.h
18664   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\smdk2410.h
18665   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\smmaco4.h
18666   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\sorcery.h
18667   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\SPD823TS.h
18668   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\spieval.h
18669   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\stamp.h
18670   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\stxgp3.h
18671   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\stxxtc.h
18672   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\suzaku.h
18673   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\svm_sc8xx.h
18674   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\SX1.h
18675   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\SXNI855T.h
18676   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TASREG.h
18677   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\tb0229.h
18678   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\tb225.h
18679   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\tb243.h
18680   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\tb327.h
18681   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TOP5200.h
18682   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TOP860.h
18683   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\Total5200.h
18684   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM5200.h
18685   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM823L.h
18686   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM823M.h
18687   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM8260.h
18688   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM834x.h
18689   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM850L.h
18690   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM850M.h
18691   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM855L.h
18692   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM855M.h
18693   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM85xx.h
18694   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM860L.h
18695   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM860M.h
18696   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM862L.h
18697   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM862M.h
18698   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\TQM866M.h
18699   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\trab.h
18700   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ubnt-R5X3.h
18701   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\uc100.h
18702   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\utx8245.h
18703   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\v37.h
18704   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\VCMA9.h
18705   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\versatile.h
18706   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\VOH405.h
18707   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\voiceblue.h
18708   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\VOM405.h
18709   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\VoVPN-GW.h
18710   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\W7OLMC.h
18711   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\W7OLMG.h
18712   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\walnut.h
18713   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\wasp_emu.h
18714   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\wepep250.h
18715   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\wrt54g.h
18716   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\WUH405.h
18717   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\xaeniax.h
18718   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\xm250.h
18719   GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\XPEDITE1K.h
```

```
18720  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\yellowstone.h
18721  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\yosemite.h
18722  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\Yukon8220.h
18723  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ZPC1900.h
18724  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\ZUMA.h
18725  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\configs\zylonite.h
18726  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\cramfs\cramfs_fs.h
18727  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\cramfs\cramfs_fs_sb.h
18728  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\galileo\core.h
18729  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\galileo\gt64260R.h
18730  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\galileo\memory.h
18731  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\galileo\pci.h
18732  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\jffs2\compr_rubin.h
18733  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\jffs2\jffs2.h
18734  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\jffs2\jffs2_1pass.h
18735  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\jffs2\load_kernel.h
18736  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\jffs2\mini_inflate.h
18737  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\bitops.h
18738  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\byteorder
18739  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\config.h
18740  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\ctype.h
18741  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\list.h
18742  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\mc146818rtc.h
18743  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\mtd
18744  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\posix_types.h
18745  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\stat.h
18746  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\stddef.h
18747  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\string.h
18748  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\time.h
18749  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\types.h
18750  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\byteorder\big_endian.h
18751  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\byteorder\generic.h
18752  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\byteorder\little_endian.h
18753  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\byteorder\swab.h
18754  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\mtd\compat.h
18755  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\mtd\doc2000.h
18756  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\mtd\mtd-abi.h
18757  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\mtd\mtd.h
18758  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\mtd\nand.h
18759  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\mtd\nand_ecc.h
18760  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\mtd\nand_ids.h
18761  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\mtd\nand_legacy.h
18762  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\linux\mtd\nftl.h
18763  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\pcmcia\cirrus.h
18764  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\pcmcia\i82365.h
18765  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\pcmcia\ss.h
18766  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\pcmcia\ti113x.h
18767  GPL.UBNT.v6.1.7\uboot\uboot-xw\include\pcmcia\yenta.h
18768  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_arm\armlinux.c
18769  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_arm\board.c
18770  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_arm\cache.c
18771  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_arm\div0.c
18772  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_arm\Makefile
18773  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_arm\_udivsi3.S
18774  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_arm\_umodsi3.S
18775  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_blackfin\bf533_linux.c
18776  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_blackfin\bf533_string.c
18777  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_blackfin\blackfin_board.h
18778  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_blackfin\board.c
18779  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_blackfin\cache.c
18780  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_blackfin\Makefile
18781  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_blackfin\muldi3.c
18782  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap\bootstrap_board.c
18783  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap\console.c
18784  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap\crc32.c
18785  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap\ctype.c
18786  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap\devices.c
18787  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap\display_options.c
```

```
18789  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap\LzmaDecode.c
18790  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap\LzmaDecode.h
18791  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap\LzmaTypes.h
18792  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap\LzmaWrapper.c
18793  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap\Makefile
18794  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap\string.c
18795  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap\time.c
18796  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_bootstrap\vsprintf.c
18797  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\bzlib.c
18798  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\bzlib_crctable.c
18799  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\bzlib_decompress.c
18800  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\bzlib_huffman.c
18801  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\bzlib_private.h
18802  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\bzlib_randtable.c
18803  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\crc32.c
18804  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\ctype.c
18805  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\display_options.c
18806  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\ldiv.c
18807  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\LzmaDecode.c
18808  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\LzmaDecode.h
18809  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\LzmaTypes.h
18810  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\LzmaWrapper.c
18811  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\Makefile
18812  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\string.c
18813  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\vsprintf.c
18814  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_generic\zlib.c
18815  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386\bios.h
18816  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386\bios.S
18817  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386\bios_pci.S
18818  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386\bios_setup.c
18819  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386\board.c
18820  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386\i386_linux.c
18821  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386\Makefile
18822  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386\pci.c
18823  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386\pci_type1.c
18824  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386\realmode.c
18825  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386\realmode_switch.S
18826  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386\video.c
18827  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386\video_bios.c
18828  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_i386\zimage.c
18829  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_m68k\board.c
18830  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_m68k\cache.c
18831  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_m68k\m68k_linux.c
18832  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_m68k\Makefile
18833  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_m68k\time.c
18834  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_m68k\traps.c
18835  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_microblaze\board.c
18836  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_microblaze\cache.c
18837  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_microblaze\Makefile
18838  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_microblaze\microblaze_linux.c
18839  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_microblaze\time.c
18840  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_mips\board.c
18841  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_mips\Makefile
18842  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_mips\mips_linux.c
18843  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_mips\time.c
18844  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios\board.c
18845  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios\cache.c
18846  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios\divmod.c
18847  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios\Makefile
18848  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios\math.h
18849  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios\mult.c
18850  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios\nios_linux.c
18851  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios\time.c
18852  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios2\board.c
18853  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios2\cache.S
18854  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios2\divmod.c
18855  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios2\Makefile
18856  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios2\math.h
18857  GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios2\math.h
```

```
18858    GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios2\nios_linux.c
18859    GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios2\nios_linux.c
18860    GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_nios2\time.c
18861    GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_ppc\bat_rw.c
18862    GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_ppc\board.c
18863    GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_ppc\cache.c
18864    GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_ppc\extable.c
18865    GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_ppc\interrupts.c
18866    GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_ppc\kgdb.c
18867    GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_ppc\Makefile
18868    GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_ppc\ppcstring.S
18869    GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_ppc\ticks.S
18870    GPL.UBNT.v6.1.7\uboot\uboot-xw\lib_ppc\time.c
18871    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\bootp.c
18872    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\bootp.h
18873    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\eth.c
18874    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\Makefile
18875    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\net.c
18876    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\nfs.c
18877    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\nfs.h
18878    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\rarp.c
18879    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\rarp.h
18880    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\sntp.c
18881    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\sntp.h
18882    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\tftp.c
18883    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\tftp.h
18884    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\tftp_server.c
18885    GPL.UBNT.v6.1.7\uboot\uboot-xw\net\tftp_server.h
18886    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cache.c
18887    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cache_8xx.S
18888    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\codec.c
18889    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu
18890    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu.c
18891    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\dsp.c
18892    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\ether.c
18893    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\i2c.c
18894    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\Makefile
18895    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\memory.c
18896    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\post.c
18897    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\rtc.c
18898    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\rules.mk
18899    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\spr.c
18900    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\sysmon.c
18901    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\tests.c
18902    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\uart.c
18903    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\usb.c
18904    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\watchdog.c
18905    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\andi.c
18906    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\asm.S
18907    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\b.c
18908    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\cmp.c
18909    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\cmpi.c
18910    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\complex.c
18911    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\cpu_asm.h
18912    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\cr.c
18913    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\load.c
18914    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\Makefile
18915    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\multi.c
18916    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\rlwimi.c
18917    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\rlwinm.c
18918    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\rlwnm.c
18919    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\srawi.c
18920    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\store.c
18921    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\string.c
18922    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\three.c
18923    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\threei.c
18924    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\threex.c
18925    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\two.c
18926    GPL.UBNT.v6.1.7\uboot\uboot-xw\post\cpu\twox.c
```

```
18927   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\bq4802.c
18928   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\date.c
18929   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\ds12887.c
18930   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\ds1302.c
18931   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\ds1306.c
18932   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\ds1307.c
18933   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\ds1337.c
18934   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\ds1374.c
18935   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\ds1556.c
18936   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\ds164x.c
18937   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\ds174x.c
18938   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\m41t11.c
18939   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\m48t35ax.c
18940   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\Makefile
18941   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\max6900.c
18942   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\mc146818.c
18943   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\mk48t59.c
18944   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\mpc5xxx.c
18945   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\mpc8xx.c
18946   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\pcf8563.c
18947   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\rs5c372.c
18948   GPL.UBNT.v6.1.7\uboot\uboot-xw\rtc\s3c24x0_rtc.c
18949   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb
18950   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bmp_logo.c
18951   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\easylogo
18952   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\env
18953   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\envcrc.c
18954   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\gdb
18955   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\gen_eth_addr.c
18956   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\img2brec.sh
18957   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\img2srec.c
18958   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\inca-swap-bytes.c
18959   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\keygen.c
18960   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\logos
18961   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\Makefile
18962   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\Makefile.win32
18963   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\mkimage.c
18964   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\mpc86x_clk.c
18965   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\ncb.c
18966   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\scripts
18967   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\setlocalversion
18968   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\updater
18969   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\badsubmit.php
18970   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\bddb.css
18971   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\brlog.php
18972   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\browse.php
18973   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\config.php
18974   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\create_tables.sql
18975   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\defs.php
18976   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\dodelete.php
18977   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\dodellog.php
18978   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\doedit.php
18979   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\doedlog.php
18980   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\donew.php
18981   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\donewlog.php
18982   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\edit.php
18983   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\edlog.php
18984   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\execute.php
18985   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\index.php
18986   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\new.php
18987   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\newlog.php
18988   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\bddb\README
18989   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\easylogo\easylogo.c
18990   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\easylogo\linux_logo.tga
18991   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\easylogo\Makefile
18992   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\easylogo\runme.sh
18993   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\env\fw_env.c
18994   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\env\fw_env.config
18995   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\env\fw_env.h
```

```
18996   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\env\Makefile
18997   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\env\Makefile
18998   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\env\README
18999   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\gdb\error.c
19000   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\gdb\error.h
19001   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\gdb\gdbcont.c
19002   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\gdb\gdbsend.c
19003   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\gdb\Makefile
19004   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\gdb\remote.c
19005   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\gdb\remote.h
19006   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\gdb\serial.c
19007   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\gdb\serial.h
19008   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\logos\denx.bmp
19009   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\scripts\dot.kermrc
19010   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\scripts\flash_param
19011   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\scripts\README
19012   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\scripts\send_cmd
19013   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\scripts\send_image
19014   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\updater\cmd_flash.c
19015   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\updater\ctype.c
19016   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\updater\dummy.c
19017   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\updater\flash.c
19018   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\updater\flash_hw.c
19019   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\updater\junk
19020   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\updater\Makefile
19021   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\updater\ppcstring.S
19022   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\updater\string.c
19023   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\updater\update.c
19024   GPL.UBNT.v6.1.7\uboot\uboot-xw\tools\updater\utils.c
19025
```

# EXHIBIT H



**Jeffrey Fischer**
**1804 Garnet Ave.  Suite 625**
**San Diego, CA 92109**
**(Formerly Boston, MA)**
**617-823-2560 (M.)**
Jeff.Fischer@ieee.org

## Profile

Hands-on consulting in wireless product architecture, design, system analysis, simulation, system integration, hardware and firmware development, intellectual property, integration with engineering teams

Expert witness for patent infringement, invalidity, technical damages, alternative technologies, prior art, evidence of use, code review Software, hardware, Verilog, RTL, VHDL, claim charts, IPR declarations, technical contract disputes and licensing.

Technology areas include wireless data, voice and video, WLAN, WWAN, WiMax, Cellular, Wi-Fi including 802.11a/b/g, 802.11n, 802.11ac, 3G, 4G, LTE, interference management,  MIMO, OFDM, SC-FDMA, Space-time processing, Single Carrier, SC-FDE, spatial multiplexing,beamforming, multi-user MIMO, ARQ, transmit precoding, antennas,  modulations (QAM, FSK, PSK, PPM, PCM, etc.), and other narrowband  and spread spectrum technologies (FH, DSSS, CDMA, UWB), FEC, interleaving, wireless sensor networks, RFID (passive, BAP, Active, UHF, HF, and NFC), RTLS and asset tracking.

Technical expertise spans analog, digital, and RF circuit and filter design, antenna design, complex modulation and demodulation, signal processing, microcontrollers, multiprocessing, firmware, digital interfaces, C, Verilog, RTL, HDL, air protocol and MAC design, wireless networking, security and authentication, asset tracking, real time location, multipath processing, signal processing, homologation, regulatory agency and standards issues.

Expert witness experience includes more than 35 cases split across plaintiff and defendant, IPRs, contract disputes, and licensing.

### Key Career Work & Achievements

- ☐ Co-Patented foundation technology in 802.11b (used in over 800 Million WiFi chipsets sold/year)
- ☐ Co-chair of RFID EPC Gen2 Working Group; participated in harmonizing ISO 18000-6C standard with EPC Gen2; multiple industry and end user groups
- ☐ Developed industry leading multi-protocol WLAN, cellular backhaul and bridging products
- ☐ Products and systems designed and commercialized throughout vertical industries ranging from retail and manufacturing to healthcare to government and defense
- ☐ Six years at MIT Lincoln Lab developing high bandwidth signal processing for advanced packet radio networks, including RF, analog, digital, and microcontroller support circuits

## Summary
**Broad experience in electronic communications with major innovations and contributions to the wireless LAN, backhaul and RFID industries**

- Consulted for over 15 companies in a variety of technologies

- Five years driving signal processing architecture and systems engineering for Fastback Networks

- Technical Advisor, Department of Electrical Engineering, Montana Tech of University of Montana

- Five years as Chief RF Architect at industry-leading Reva Systems developing scalable RFID systems

- IP development and analysis, over five years as an expert witness in more than 35 cases of patent and contract litigation

- Three years at Proxim, developing circuits and chips for industry leading multi-protocol WLAN and bridging products

- Fifteen years at MICRILOR during the inception of the Wireless LAN industry, developing multiple products and co-patenting technology that is the basis for the current 802.11b standard

- Six years at MIT Lincoln Lab developing high bandwidth signal processing for advanced packet radio networks

**Range of work**:

Worked on all forms of analog, digital, and RF hardware designs for communications systems and general circuits from baseband to 7 GHz operation and millimeter wave design issues.Designed antennas, developed innovative physical layer and MAC layer designs, worked on five ASICs, built microcontroller and microprocessor based systems, wrote firmware, modeled in MATLAB, did ASIC system engineering, designed RF channel probes for analyzing multipath, MIMO signal processing, millimeter wave systems, designed protocols, ran standards groups, worked with regulatory agencies, set up long range terrestrial radio installations, developed entire systems flow and worked closely with customers to solve process and implementation problems, generate sales, understand markets, help them through pilot programs to get to sales, and overcome technical hurdles to get to a sellable position.

Worked with the FCC, ETSI, IC, Anatel and MIC in developing rules for RFID, WLAN, Radar compatibility, and fixed radio operation.

Participated in 802.11 working groups, co-Chaired the RFID Gen2 working group, participated in several other groups including Data Protection, ISO 18000-6, Item Level tagging technology group, and was designated Referee in the EPC Global Item Level Tagging technology bakeoff among 200 companies.

# Experience

## Feb. 2009 - Present        Independent Consultant, Boston, MA

**Consulting:**

- Patent litigation on 35 cases including 6 IPR
- HF data transfer, non-standard wireless links for audio, production environment for Wi-Fi based commercial products
- Matlab simulation of wireless sensor system
- Lead a systems team in developing the signal processing and control architecture an advanced backhaul radio.
- Lead a homologation group developing hitless DFS operation in unlicensed bands
- Printed-electronics tag design and applications
- Near-Field Communications tags and readers
- Optimizing an RFID installation for a DoD installation
- Authentication for RFID systems. Design of a highly-secure battery assisted passive RFID tag system
- Architecture of a 433 MHz active RFID link

- High performance design for an RF pulse generator for a DARPA contractor
- Development of a miniaturized long range communications link for networked video transmission in a small unmanned air vehicle system (SUAS)
- 802.11n consumer product, 3x3 MIMO including spatial multiplexing, diversity, and beam-forming; antenna design investigations and performance measurements in real environments
- Extensive circuit, software, and algorithm development on a long range MIMO product
- Cell phone front end RF-circuit
- Analysis of in-home technology approaches for wireless sensor systems for a major corporation

**Patent Litigation:**

Expert reports on infringement, invalidity rebuttal, claim declaration, IPR (declarations for petitioner, patent owner responses, and motion to amend), prior art research and analysis, claim charts, code review (C and RTL)

Worked for both plaintiff and defendant sides

Tore down hundreds of products and made field measurements on products for evidence of use

Code review of C and Verilog for many products and code bases

Wrote numerous analysis comparing alternative technologies

Worked closely with attorneys to develop technology understanding and formulate theories

**Dec. 2003 - Feb. 2009        Reva Systems, Chelmsford, MA**

**Chief RF Architect**

- As the second employee of Reva Systems, the leading RFID infrastructure company, I served as the Chief RF Architect for 5 years.
- Contributed to early stage technical value analysis of product positioning and helped develop company IP portfolio.
- Worked with customers to field pilots in manufacturing, distribution, retail sites, and asset management. Completed numerous successful deployments.
- Analyzed, implemented, and documented, RF and process techniques for aggregation and verification of goods using RFID, leading to customer successes.
- Built up an RF lab for evaluating partner RFID reader and tag products and performed numerous empirical studies on tag and reader performance to determine how to optimize operation specific to each reader brand.
- Designed methods to reduce interference among multiple readers, analyze location information, precisely control reader operation, and mine the data generated from fields of tags obtained by fixed readers, handhelds, and forklift readers.
- Created analysis and algorithms in MATLAB for planning RFID coverage, coordinating and combining data from multiple readers, locating tags, and isolating ambient tags from tags of interest; managed software team members in translating these into implementations in various embedded languages.

- **Standards and Regulatory Work**
  - Co-Chaired and contributed to the Gen2 Working Group for four years as well as several ad hoc groups and requirements committees in an effort to help the RFID industry take hold. Participated in parallel ISO work.
  - Worked with ETSI to create new RFID regulations in Europe and worked closely with the FCC to craft the 900 MHz RFID measurements required in the US that would allow mass deployment of RFID tags**.**

**Oct. 2002 - Nov 2003        Independent Consultant / Chief Architect
Boston, MA**

- Drove RF and system architecture roadmap, product requirements, IP and business cases for two groups trying to form venture funded startups.  Analyzed emerging capabilities in the industry, innovated leapfrog advances in these areas, and filed provisional patent applications.  Presentations to venture capitalists and diligence teams.

Analyzed customer business models and worked on partner arrangements. Began investigation of RFID technology.

- Worked on varied problems in physical and MAC layers for customer's radio systems

- Architectural design and assistance in design of company products; and performance analysis of product concept in MATLAB.

- Technical diligence teams for technology or company acquisition including analysis of patent portfolios, MATLAB analysis of technical claims, regulatory agency diligence, and customer capability diligence.

## Jan. 2000 – Oct. 2002   Proxim Corporation (Boston Design Center)     Wakefield, MA

*In January, 2000, MICRILOR, an internally funded company that Mr. Fischer was part owner of, was purchased by Proxim, inc., based in Sunnyvale, CA, and the MICRILOR team became the Boston Design Center for Proxim.*

### Systems Architect for Advanced Development Group Reporting to CTO

- Responsible for system design, RF chip analysis in MATLAB, and overall design issues involved in development of a 4 million gate, multi-protocol, baseband/MAC chip to do 802.11a/b/g/h/e/i and 802.16a, as well as proprietary modes.

- Responsible for the mixed signal section of the multi-protocol chip, and created novel schemes for reliable low-power detection of multiple incoming signals, a unique AGC method required for supporting the ultra-wide dynamic range, and uncovered significant performance issues with existing 802.11a detection methods.

- Worked with IP core vendors to define mixed-signal requirements, and with a major mixed-signal chip company to help define the converter requirements for future WLAN business.

- Made or influenced buy vs. build decisions.

- .

### Technical Project Lead for the Stratum MP

☐ Designed the MAC protocol, digital board and firmware operation of the StratumMP, the highest throughput radio in the point-to-multipoint unlicensed class.

☐ Integrated SNMP, an http server, and an HTML interface for internet control of the Stratum MP radios.

☐ Interfaced with customers to understand their performance requirements as determined by actual applications (WISP, VOIP, etc.) and developed fine tuning adjustments to the MAC protocol to optimize performance.

☐ Established network testing to simulate customer situations. Pushed product through the field trials and production phase.

☐ Patent infringement support of cases based on the 802.11b technology patented while at MICRILOR resulting in over $50MM of remuneration.

## Oct. 1986 – Jan. 2000                    MICRILOR                    Wakefield, MA

*MICRILOR was a small internally funded company formed by former MIT Lincoln Laboratory employees to work on RADAR, communications, and instrumentation problems. In 1994 MICRILOR teamed with a major Japanese company to develop the first 10 Mbps spread spectrum radio which was based on technology patented at MICRILOR, and which formed the basis for the 802.11b standard used in WiFi.*

### Senior Engineer and Technical Project Lead for Numerous Projects

☐ Drove the development of the first 10 Mbps wireless LAN product to pass FCC approval for unlicensed transmission. The $6 Million product development was funded by a multi-billion dollar Japanese company that moved an engineering team to MICRILOR.

☐ Fundamental system definition, design of the signal processing and control logic, design and debug of the embedded firmware.

- Management of the firmware and hardware engineering team, and daily management and coordination of much of the program including budgeting, expenditures, development tool and equipment purchases.

- Designed and brought to production four chips using back-end support companies. Did much of the circuit design, Verilog synthesis, timing simulation, test vector generation, and qualification for these developments.

- Served as customer interface in the effort to bring the product to the OEM market.

- Co-patentee with Dr. John Cafarella on four patents relating to the 10 Mbps technology, which formed a basis for the now current 802.11b IEEE standard. These patents teach the combination of orthogonal signaling with direct-sequence spread-spectrum to achieve high data rates while maintaining the processing gain needed to combat multipath and interference in a practical deployment. They became very lucrative for Proxim and the techniques are still being used in the wireless industry.

- Worked with the technical branch of the FCC to help them converge on fundamental definitions and specifications needed for the emerging spread spectrum equipment.

- Member of working groups for IEEE 802.11a and 802.11b standards committee. Interfaced with many companies and promoted the MICRILOR modulation techniques. All 802.11b wireless LAN equipment made today is based upon this modulation technology.

- Developed a low-cost, high throughput multipoint network-radio bridge. This product achieved 9 Mbps throughput from a 10 Mbps payload rate radio network; a PHY and MAC efficiency that set a new benchmark in the unlicensed bands.

- Architecture, digital circuit design, FPGA design, ASIC circuit design, Verilog design, analog and RF circuit design, antenna and transducer design and impedance matching, protocol design and multi-processor firmware design and coding. Designed many phase-locked loop, AGC, and unique normalization and tracking loops. Designed numerous baseband, RF, and microwave filters. Designed channel probing tests to measure propagation and multipath characteristics. Noise figure and other RF measurements. Processing gain and performance measurements.

- Taken products from concept and tradeoff analysis, through design, prototyping, in-house testing, field trials, regulatory testing (national and international), production, packaging, and customer follow-up.

- Worked on a variety of military communications systems and signal-processing subsystems including an underwater spread-spectrum acoustic data link, a chirp-transform-based transceiver, RFID reader/tag system, and a superconducting-component satellite communications processor.

- Product architecture and circuit design for a variety of commercial product developments including a cordless telephone, early wireless LANs for AppleTalk, zero-net, and token ring. Simulated various performance capabilities and spread spectrum coding schemes in multipath, interference, and noise.

- Managed large circuit and product efforts including incoming test of components, qualifying components purchased outside, environmental and EMI testing and debugging. Managed product and circuit board design for numerous developments.

- Invented new modulation circuits including a digital generation of MPSK and a dense bits/Hz on-off-keying technique.

- Drove the development of a commercial 19.2 Kbps, high processing gain direct-sequence spread-spectrum, dual-processor software-based modem, with high multipath immunity.

- Conceived of, explored market, and designed, built and tested a line of low-cost FSK radio modules that were used for control, sensing, and telemetry. Created advertising, interfaced with customers, and provided applications support for this product line.

- Made low-cost commercial and industrial grade unlicensed RF devices, including message generators, encoders and repeaters using various modulation methods and RF parameters.

- Created unique in-house test fixtures and equipment when outside sources were not available.


## June 1980 – Oct. 1986   Massachusetts Institute of Technology, Lincoln Laboratory                              Bedford, MA

### Staff Member, Analog Device Technology Group

- Development of signal processing algorithms, architectures and circuits for the application of advanced analog signalprocessing devices.

- Development of the most advanced SAW convolver based direct sequence spread spectrum (DSSS) packetradio data link reported at that date. This was part of the DARPA and CECOM Advanced Packet Radio programs.

- o The radio supported up to 60 dB of signal-processing gain at 100 MHz signal bandwidth. It used spread spectrum for low probability of intercept, anti-jam communications. The receiver used a RAKE processor for multipath diversity and range measurement.
- o Analyzed and simulated signal processing performance.
- o Designed the analog and digital signal processing circuits and the real-time control logic.

- Trained and supervised a team of technicians in the construction and testing of ultrawideband and highly sensitive circuits.
- Designed and built numerous unique circuits for wideband communications, microprocessorbased highspeed control, and instrumentation.
- Reported on the team's work in technical journals and conferences, including an invited paper for the Proceedings of the IEEE.

## Specific Notable Government-Funded Work

☐ MIT Lincoln Laboratory 1980-1986
- o Worked on various DARPA, ARMY and AIR FORCE programs.
- o Major program: 1980 – 1986 development of the Advanced Packet Radio for DARPA and the US Army CECOM under the Communication Network Technology program (clearance level: Secret)

☐ MICRILOR 1986 – 1998
- o Various Defense Contracts
- o Transform-based communications processor (Rome AFB)
- o High Rate Wireless Networking (CECOM) exploratory work
- o High Rate Wireless Networking (CECOM) Follow-on work to build a radio test-bed
- o Underwater Acoustic Spread Spectrum Communication System (Navy)

☐ Draper Laboratory 2010
- o Micro Digital Data Link for SUAS

## Cooperative Work Study Experience

Summer 1979    Ampex Corporation    Redwood City, CA

Spring 1978    Hewlett Packard Co.    Rockaway, N.J.

Fall 1977    Hewlett Packard Co.    Rockaway, N.J.

## Education

BSEE Cornell University 1979

MEEE Cornell University 1980

## Patents

5,412,620, 5,809,060, 6,067,313, 6,075,812, 6,473,449, 7,692,532, 7,667,575, 7,667,572, 7,567,179, 7,817,014, 8,982,772

## Publications and Conferences

Jeffrey Fischer, "NFC in Cell Phones: The New Paradigm for an Interactive World", IEEE Communications Magazine, pp. 22-28, June 2009

Jeffrey Fischer, "An In-Depth User's Guide to Selecting and Deploying Gen2 Tags, Readers, and Infrastructure", 2005 white paper available from many sources on the Internet

J. H. Fischer, K. R. Bennett, S. A. Reible, J. H. Cafarella, and I. Yao, "A High Data Rate, Underwater Acoustic Data-Communications Transceiver," Proc. of Mastering the Oceans Through Technology, (Oceans 92), Newport, Rhode Island, pp. 571-576, October 1992.

J. H. Fischer, J. H. Cafarella, C. A. Bouman, G. T. Flynn, V. Dolat, and R. Boisvert, "Wideband Packet Radio for Multipath Environments," IEEE Trans. Commun., vol. COM-36, pp. 564-576, May 1988.

J. H. Fischer, J. H. Cafarella, D. R. Arsenault, G. T. Flynn, and C. A. Bouman, "Wideband Packet Radio Technology," Proc. IEEE, vol. 75, pp. 100-115, January 1987.

J. H. Fischer, J. H. Cafarella, and G. T. Flynn, "SAW Convolvers and Signal Processing in a Packet Radio," Conf. Record IEEE MTT-S 1986, New York:  IEEE, June 1986.

J. H. Fischer, J. H. Cafarella, G. T. Flynn, C. A. Bouman, D. R. Arsenault, J. D. Kurtz and R. R. Boisvert, "A Wideband Packet Radio Based on Hybrid Analog/Digital Signal Processing and Layered Architecture," MILCOM '85 Proc., Vol. S, The Electronic Battle:  A New Era in Military Communications,  New York:  IEEE, October 1985.

J. H. Fischer, "Autocalibrating Circuitry for Processing SAW Convolver Outputs," in *1985 Ultrasonics Symp. Proc.* (New York, NY, IEEE), Oct. 1985.

J. H. Fischer, "SAW Devices for Spread Spectrum Communications," International Union of Radio Scientists, (Vancouver, B.C.), 1985.

## Honors
1996 Mr. Fischer was elected Senior Member of the IEEE for technical contributions to the field of communications