# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UBIQUITI NETWORKS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CAMBIUM NETWORKS, INC.; <br> CAMBIUM NETWORKS, LTD.; <br> BLIP NETWORKS, LLC; <br> WINNCOM TECHNOLOGIES, INC.; <br> SAKID AHMED; and DMITRY <br> MOISEEV. <br><br> *Defendants*. | Civil Action No.: 1:18-cv-05369 <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on July 18, 2019 at 9:00 a.m., the undersigned shall appear before the Honorable Gary Feinerman in Courtroom 2125 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present **Plaintiff Ubiquiti Networks, Inc.'s Motion to Lift Stay of Discovery,** a copy of which is herewith served upon you.

Dated: July 15, 2019

                                       Respectfully submitted,

                                       FOX SWIBEL LEVIN & CARROLL LLP

                                       */s/ Jason J. Keener*
                                       David Koropp (ARDC #6201442)
                                       dkoropp@foxswibel.com
                                       Jason Keener (ARDC #6280337)
                                       jkeener@foxswibel.com
                                       Erik J. Ives (ARDC #6289811)
                                       eives@foxswibel.com
                                       Fox Swibel Levin & Carroll LLP
                                       200 W. Madison St., Suite 3000
                                       Chicago, IL 60606

                                       ***Attorneys for Plaintiff Ubiquiti Networks, Inc.***

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on July 15, 2019, he caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which is also served upon counsel for all parties of record.

                                                 */s/ Jason J. Keener*
                                                 Jason J. Keener