# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Ubiquiti Networks, Inc.

                                    Plaintiff,

v.                                                                        Case No.: 1:18−cv−05369

                                                                          Honorable Gary Feinerman

Cambium Networks, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 16, 2019:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 9/4/2019 at 9:15 a.m. Motion hearing held. Defendants' motion to dismiss [70] is entered and continued. Plaintiff shall respond by 8/13/2019; Defendant shall reply by 8/27/2019. Plaintiff's motion to lift stay of discovery [72] is entered and continued. Defendant shall respond to that motion by 7/31/2019. The 7/18/2019 motion hearing [73] is stricken.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.