**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| UBIQUITI INC. (f/k/a UBIQUITI NETWORKS, INC.),<br>      *Plaintiff*,<br><br>    v.<br><br>CAMBIUM NETWORKS, INC.;<br>CAMBIUM NETWORKS, LTD.;<br>BLIP NETWORKS, LLC;<br>WINNCOM TECHNOLOGIES, INC.;<br>SAKID AHMED; and<br>DMITRY MOISEEV<br>      *Defendants*. | Civil Action No.: 1:18-cv-05369<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF UBIQUITI INC.'S (f/k/a UBIQUITI NETWORKS, INC.)
NOTICE OF CORPORATE NAME CHANGE**

  Plaintiff Ubiquiti Inc. (f/k/a Ubiquiti Networks, Inc.) respectfully submits the enclosed Notice of Corporate Name Change, and states as follows in support thereof:

  1. Plaintiff hereby notifies the Court and the parties to this action that effective August 19, 2019, the corporate entity known as "Ubiquiti Networks, Inc." has changed its name to "Ubiquiti Inc." A true and correct copy of the Certificate of Amendment for this corporate name change from the Secretary of State of the State of Delaware is attached hereto, and the updated case caption for this action is enclosed herein.

  2. Subject to this corporate name change, Plaintiff further confirms that no amendments or supplemental filings are necessary to be made in this action, including with respect to Plaintiff's corporate disclosure statement filed pursuant to Local Rule 3.2 and Federal Rule of Civil Procedure 7.1 (ECF Dkt. No. 4).

WHEREFORE, Plaintiff requests that the Court and the parties to this action take notice of this corporate name change, and that the Court grant any further relief necessary for this corporate name change to be effective for purposes of this action.

Dated:  August 19, 2019	Respectfully submitted by:

*/s/ Erik J. Ives*
David Koropp (ARDC #6201442)
dkoropp@foxswibel.com
Jason J. Keener (ARDC #6280337)
jkeener@foxswibel.com
Erik J. Ives (ARDC #6289811)
eives@foxswibel.com
Fox Swibel Levin & Carroll LLP
200 W. Madison St., Suite 3000
Chicago, IL 60606

***Attorneys for Plaintiff Ubiquiti Inc.***
***(f/k/a Ubiquiti Networks, Inc.)***

2



# Delaware

Page 1

The First State

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "UBIQUITI NETWORKS, INC.", CHANGING ITS NAME FROM "UBIQUITI NETWORKS, INC." TO "UBIQUITI INC.", FILED IN THIS OFFICE ON THE SIXTEENTH DAY OF AUGUST, A.D. 2019, AT 1:32 O`CLOCK P.M.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF AMENDMENT IS THE NINETEENTH DAY OF AUGUST, A.D. 2019 AT 4:01 O'CLOCK P.M.*

*A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.*



Jeffrey W. Bullock, Secretary of State

4834536  8100  
SR# 20196560353

Authentication: 203423395  
Date: 08-16-19

You may verify this certificate online at corp.delaware.gov/authver.shtml

CERTIFICATE OF AMENDMENT
OF
THIRD AMENDED AND RESTATED CERTIFICATE OF INCORPORATION
OF
UBIQUITI NETWORKS, INC.

(Pursuant to Section 242 of the General Corporation Law of the State of Delaware)

Ubiquiti Networks, Inc., a corporation duly organized and existing under the General Corporation Law of the State of Delaware (the "Corporation"), does hereby certify that:

1. The Third Amended and Restated Certificate of Incorporation of the Corporation is hereby amended solely to reflect a change in the name of the Corporation by deleting Article I thereof and inserting the following in lieu thereof:

"ARTICLE I

The name of the corporation is Ubiquiti Inc."

2. The Board of Directors of the Corporation has adopted a resolution approving and declaring advisable the amendment described herein in accordance with the provisions of Section 242(b)(1) of the General Corporation Law of the State of Delaware.

3. The amendment described herein has been duly adopted in accordance with Section 242 of the General Corporation Law of the State of Delaware and shall be effective at 4:01 p.m. Eastern Time on August 19, 2019.

IN WITNESS WHEREOF, the Corporation has caused this Certificate to be executed by its duly authorized officer on this sixteenth day of August, 2019.

UBIQUITI NETWORKS, INC.

By: /s/ Hartley Nisenbaum
Name: Hartley Nisenbaum
Title: Secretary

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:32 PM 08/16/2019
FILED 01:32 PM 08/16/2019
SR 20196560353 - File Number 4834536

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certify that I caused a copy of the foregoing document to be served by electronic mail on all counsel of record on this 19th day of August, 2019.

                                            */s/ Erik J. Ives*
                                            Erik J. Ives