IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UBIQUITI INC. (f/k/a UBIQUITI NETWORKS, INC.), <br>      *Plaintiff*, <br><br> v. <br><br> CAMBIUM NETWORKS, INC.; <br> CAMBIUM NETWORKS, LTD.; <br> BLIP NETWORKS, LLC; <br> WINNCOM TECHNOLOGIES, INC.; <br> SAKID AHMED; and <br> DMITRY MOISEEV <br>      *Defendants*. | Civil Action No.: 1:18-cv-05369 <br><br> **JURY TRIAL DEMANDED** |

### UNOPPOSED MOTION OF ATTORNEY JASON J. KEENER TO WITHDRAW AS COUNSEL FOR PLAINTIFF UBIQUITI INC.

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, the undersigned respectfully requests that this Court permit the undersigned attorney, Jason J. Keener, to withdraw as counsel for Plaintiff Ubiquiti Inc. in this action. In support of this Motion, the undersigned states as follows:

1. On April 10, 2019, Jason J. Keener of Fox Swibel Levin & Carroll LLP filed his appearance in this action on behalf of Plaintiff Ubiquiti Inc., f/k/a Ubiquiti Networks, Inc. ("Plaintiff").

2. Mr. Keener has recently departed from and is no longer employed by the law firm of Fox Swibel Levin & Carroll LLP, and therefore requests that the Court grant his motion to withdraw as counsel for Plaintiff in this action.

3. Plaintiff shall continue to be represented in this action by counsel from the law firm of Fox Swibel Levin & Carroll LLP, including counsel of record David E. Koropp (appearance filed April 10, 2019, designated as lead counsel and member of trial bar) and Erik J. Ives (appearance filed April 10, 2019).

4. Granting this motion will not prejudice any party or cause undue delay.

5. Counsel of record for Plaintiff and Defendants have indicated that no party objects to this motion to withdraw.

WHEREFORE, the undersigned, Jason J. Keener, respectfully requests that the Court grant the foregoing motion to withdraw as counsel for Plaintiff in this action.

Dated: September 20, 2019

Respectfully submitted,

JASON J. KEENER

*/s/ Jason J. Keener*
Jason Keener (ARDC #6280337)

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on September 20, 2019, he caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which is also served upon counsel for all parties of record.

*/s/ Jason J. Keener*
Jason J. Keener