IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UBIQUITI NETWORKS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CAMBIUM NETWORKS, INC.; <br> CAMBIUM NETWORKS, LTD.; <br> BLIP NETWORKS, LLC; <br> WINNCOM TECHNOLOGIES, INC.; <br> SAKID AHMED; and DMITRY MOISEEV. <br><br> *Defendants*. | Civil Action No.: 1:18-cv-05369 <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF PRESENTMENT

**PLEASE TAKE NOTICE** that on Wednesday, September 25, 2019 at 9:00 a.m., the undersigned shall appear before the Honorable Gary Feinerman in Courtroom 2125 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present **Unopposed Motion of Attorney Jason J. Keener to Withdraw as Counsel for Plaintiff Ubiquiti Inc.,** a copy of which is herewith served upon you.

Dated: September 20, 2019

Respectfully submitted,

*/s/ Jason J. Keener*
Jason Keener (ARDC #6280337)

***Attorney for Plaintiff Ubiquiti Networks, Inc.***

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that on September 20, 2019, he caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which is also served upon counsel for all parties of record.

                                                */s/ Jason J. Keener*
                                                Jason J. Keener