## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Ubiquiti Networks, Inc.

          Plaintiff,

v.                  Case No.: 1:18−cv−05369
                 Honorable Gary Feinerman

Cambium Networks, Inc., et al.

          Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, December 9, 2019:

  MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 2/20/2020 at 9:00 a.m. Supplemental MIDP disclosures to be served by 1/10/2020. Proposed Protective Order and ESI Order (with parties' proposals if no agreement reached on material issues) shall be filed by 1/17/2020. Production of ESI identified in Supplemental MIDP disclosures shall be completed by 2/18/2020. Initial written discovery requests shall be served no later than 3/3/2020. Motions for leave to amend or add new parties shall be filed by 5/19/2020. Fact discovery shall close 8/18/2020. Rule 26(a)(2) disclosures for the party with the burden of proof shall be served by 9/15/2020. Rebuttal Rule 26(a)(2) disclosures shall be served by 10/13/2020. Expert depositions shall be completed by 11/10/2020. The dispositive motion deadline is 12/22/2020. This case is referred to the Magistrate Judge for a settlement conference.Mailed notice.(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.