## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Ubiquiti Networks, Inc.

                                Plaintiff,

v.                                          Case No.: 1:18−cv−05369

                                          Honorable Gary Feinerman

Cambium Networks, Inc., et al.

                                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

        Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey Cummings for the purpose of holding proceedings related to: settlement conference.Mailed notice.(jlj, )

Dated: December 10, 2019

                                                    /s/ Gary Feinerman

                                              United States District Judge