## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Ubiquiti Networks, Inc.
                                Plaintiff,

v.                                                                 Case No.: 1:18−cv−05369
                                                                 Honorable Gary Feinerman

Cambium Networks, Inc., et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 11, 2019:

      MINUTE entry before the Honorable Jeffrey Cummings:This case has been referred to Magistrate Judge Cummings to conduct a settlement conference. Status hearing set for 1/16/20 at 10:00 a.m. in courtroom 1350. Counsel shall consult with their respective clients before the status hearing to determine available dates for a settlement conference that may be set with the next four to six months. Because of the volume of settlement conferences conducted by Judge Cummings, once a settlement conference has been agreed upon, no continuance will be granted absent a motion demonstrating exigent circumstances. Mailed notice. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.