# Exhibit 1



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached photocopies are a true representation of the work entitled **AIROS 5.3** deposited in the Copyright Office with claim of copyright registered under **TXu 1-795-147**.

**THIS IS TO CERTIFY FURTHER,** that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on November 2, 2018.

Karyn A. Temple
Acting United States Register of Copyrights and Director

By:   Jarletta Walls
Supervisory Copyright Specialist
Records Research and Certification Section
Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

```c
                            (part_crc_t*)(fwp->data + fwp->data_size);

                crc = htonl(crc32(0L, (unsigned char*)p,
                                    fwp->data_size + sizeof(part_t)));
                if (crc != fwp->signature->crc) {
                        WARN("Invalid '%s' CRC (claims: %u, but is %u)\n
", fwp->header->name, fwp->signature->crc, crc);
                }
        }

        p = (part_t*)((unsigned char*)p + sizeof(part_t) +
                        ntohl(p->length) + sizeof(part_crc_t));
        /* check bounds */
        if (((unsigned char*)p - base) >= size) {
                return -3;
        }
        ++i;
    }
    fw->part_count = i;

    sig = (signature_t*)p;
    if (strncmp(sig->magic, MAGIC_END, MAGIC_LENGTH) != 0) {
            ERROR("Bad firmware signature\n");
            return -4;
    }

    crc = htonl(crc32(0L, base, (unsigned char*)sig - base));
    if (crc != sig->crc) {
            WARN("Invalid signature CRC (claims: %u, but is %u)\n",
                sig->crc, crc);
    }

    return 0;
}

static int
fw_split(const fw_t* fw, const char* prefix) {
        int i;
        const fw_part_t* fwp;
        FILE* f;
        char filename[PATH_MAX];

        snprintf(filename, sizeof(filename), "%s.txt", prefix);

        INFO("Creating descriptor file:\n\t%s\n", filename);
        /* write descriptor file */
        f = fopen(filename, "w");
        if (f == NULL) {
                ERROR("Couldn't open file '%s' for writing!\n", filename);
                return -1;
        }

        for (i = 0; i < fw->part_count; ++i) {
                fwp = &fw->parts[i];

                fprintf(f, "%c%c%c%c\t%s\t\t0x%02X\t0x%08X\t0x%08X\t0x%08X\t0x%0
8X\t%s.%s\n",
                        STRMAGIC(fwp->header->magic), fwp->header->name, ntohl(f
wp->header->part_no),
                        ntohl(fwp->header->baseaddr),
```

```c
                        ntohl(fwp->header->part_len),
                        ntohl(fwp->header->memaddr),
                        ntohl(fwp->header->entryaddr),
                        prefix, fwp->header->name);
        }
        fclose(f);

        INFO("Creating partition data files: \n");

        for (i = 0; i < fw->part_count; ++i) {
                fwp = &fw->parts[i];

                snprintf(filename, sizeof(filename), "%s.%s",
                        prefix, fwp->header->name);
                f = fopen(filename, "w");
                if (f == NULL) {
                        ERROR("Failed opening file '%s' for writing: %s\n",
                                filename, strerror(errno));
                        continue;
                }

                INFO("\t%s\n", filename);

                if (fwrite(fwp->data, fwp->data_size, 1, f) != 1) {
                        ERROR("Failed writing to file '%s': %s\n",
                                filename, strerror(errno));
                        fclose(f);
                        continue;
                }
                fclose(f);
        }

        return 0;
}

static void
usage(const char* progname) {
        INFO("Usage: %s [options] <firmware file> [<fw file2> ... <fw fileN>]\n"

                "\t-o <output file prefix>\t"
                        " - output file prefix, default: firmware version\n"
                "\t-d\t\t\t - turn debug output on\n"
                "\t-h\t\t\t - this help\n", progname);
}


static int
do_fwsplit(const char* filename) {
        int rc;
        int fd;
        struct stat st;
        fw_t fw;
        unsigned char* addr;

        INFO("Firmware file: '%s'\n", filename);

        rc = stat(filename, &st);
        if (rc) {
                ERROR("Couldn't stat() file '%s': %s\n",'
```

```
                        usage(argv[0]);
                        return -1;
                }

        if (optind >= argc) {
                usage(argv[0]);
                return -1;
        }

        if (strlen(prefix) != 0 && (optind + 1) < argc) {
                WARN("Prefix overridden - will process only the first firmware f
ile\n");
                do_fwsplit(argv[optind]);
        } else {
                for (i = optind; i < argc; ++i) {
                        do_fwsplit(argv[i]);
                }
        }

        return 0;
}
----- END fwsplit.c -----
----- BEGIN ubnt-mkfwimage.c -----
#include <sys/types.h>
#include <sys/stat.h>
#include <fcntl.h>
#include <unistd.h>
#include <string.h>
#include <errno.h>
#include <zlib.h>
#include <sys/mman.h>
#include <netinet/in.h>
#include <stdio.h>
#include <stdlib.h>
#include <limits.h>

#include "fw.h"

typedef struct part_data {
        char    magic[MAGIC_LENGTH + 1];
        char    partition_name[64];
        int     partition_index;
        size_t  partition_baseaddr;
        size_t  partition_memaddr;
        size_t  partition_entryaddr;
        size_t  partition_length;

        char    filename[PATH_MAX];
        struct stat stats;
} part_data_t;

#define MAX_SECTIONS    8
#define DEFAULT_OUTPUT_FILE     "firmware-image.bin"
#define DEFAULT_VERSION         "UNKNOWN"

#define OPTIONS "hv:o:i:"


//#define DEBUG(...) fprintf(stderr, "DEBUG: "__VA_ARGS__)
```

```c
                    filename, strerror(errno));
            return -2;
    }

    if (st.st_size < sizeof(header_t) + sizeof(signature_t)) {
            ERROR("File '%s' is too short\n", filename);
            return -3;
    }

    fd = open(filename, O_RDONLY);
    if (fd < 0) {
            ERROR("Couldn't open file '%s': %s\n",
                    filename, strerror(errno));
            return -4;
    }

    addr=(unsigned char*)mmap(0, st.st_size, PROT_READ, MAP_SHARED, fd, 0);
    if (addr == MAP_FAILED) {
            ERROR("Failed mmaping memory for file '%s'\n", filename);
            close(fd);
            return -5;
    }

    // parse & validate fw
    rc = fw_parse(addr, st.st_size, &fw);
    if (rc) {
            ERROR("Invalid firmware file '%s'!\n", filename);
            munmap(addr, st.st_size);
            close(fd);
            return -6;
    }

    if (strlen(prefix) == 0) {
            strncpy(prefix, fw.version, sizeof(prefix));
    }
    fw_split(&fw, prefix);

    munmap(addr, st.st_size);
    close(fd);

    return 0;
}

int
main(int argc, char* argv[]) {
    int o, i;

    memset(prefix, 0, sizeof(prefix));

    while ((o = getopt(argc, argv, "hdo:")) != -1) {
            switch (o) {
            case 'd':
                    debug-+;
                    break;
            case 'o':
                    if (optarg) {
                            strncpy(prefix, optarg, sizeof(prefix));
                    }
                    break;
            case 'h':
```

```c
#define DEBUG(...)
#define INFO(...)  fprintf(stdout, __VA_ARGS__)
#define ERROR(...) fprintf(stderr, "ERROR: " __VA_ARGS__)
#define WARN(...)  fprintf(stderr, "WARN: " __VA_ARGS__)

typedef struct image_info {
        char version[128];
        char outoutfile[PATH_MAX];
        size_t  part_count;
        part_data_t parts[MAX_SECTIONS];
} image_info_t;

static void write_header(void* mem, const char* version)
{
        header_t* header = mem;
        memset(header, 0, sizeof(header_t));

        memcpy(header->magic, MAGIC_UBNT_HEADER, MAGIC_LENGTH);
        strncpy(header->version, version, sizeof(header->version));
        header->crc = htonl(crc32(0L, (unsigned char *)header,
                            sizeof(header_t) - 2 * sizeof(u_int32_t)));
        header->pad = 0L;
}


static void write_signature(void* mem, size_t sig_offset)
{
        /* write signature */
        signature_t* sign = (signature_t*)(mem + sig_offset);
        memset(sign, 0, sizeof(signature_t));

        memcpy(sign->magic, MAGIC_END, MAGIC_LENGTH);
        sign->crc = htonl(crc32(0L,(unsigned char *)mem, sig_offset));
        sign->pad = 0L;
}

static int write_part(void* mem, part_data_t* d)
{
        char* addr;
        int fd;
        part_t* p = mem;
        part_crc_t* crc = mem + sizeof(part_t) + d->stats.st_size;

        fd = open(d->filename, O_RDONLY);
        if (fd < 0)
        {
                ERROR("Failed opening file '%s'\n", d->filename);
                return -1;
        }

        if ((addr=(char*)mmap(0, d->stats.st_size, PROT_READ, MAP_SHARED, fd, 0)
) == MAP_FAILED)
        {
                ERROR("Failed mmaping memory for file '%s'\n", d->filename);
                close(fd);
                return -2;
        }

        memcpy(mem + sizeof(part_t), addr, d->stats.st_size);
        munmap(addr, d->stats.st_size);
```

```c
        memcpy(p->magic, d->magic, MAGIC_LENGTH);
        memset(p->name, 0, sizeof(p->name));
        strncpy(p->name, d->partition_name, sizeof(p->name));
        p->length = htonl(d->stats.st_size);
        p->part_len = htonl(d->partition_length);
        p->part_no = htonl(d->partition_index);
        p->baseaddr = htonl(d->partition_baseaddr);
        p->entryaddr = htonl(d->partition_entryaddr);
        p->memaddr = htonl(d->partition_memaddr);


        crc->crc = htonl(crc32(0L, mem, d->stats.st_size + sizeof(part_t)));
        crc->pad = 0L;

        return 0;
}

static void usage(const char* progname)
{
        INFO("Usage: %s [options]\n"
            "\t-v <version string>\t - firmware version information, default: %
s\n"
            "\t-o <output file>\t - firmware output file, default: %s\n"
            "\t-i <input file>\t\t - firmware layout file, default: none\n"
            "\t-h\t\t\t - this help\n",
            progname, DEFAULT_VERSION, DEFAULT_OUTPUT_FILE);
}

static void print_image_info(const image_info_t* im)
{
        int i = 0;
        INFO("Firmware version: '%s'\n"
            "Output file: '%s'\n"
            "Part count: %zu\n",
            im->version, im->outputfile,
            im->part_count);

        for (i = 0; i < im->part_count; ++i)
        {
                const part_data_t* d = &im->parts[i];
                INFO(" [%4s]'%s': %8ld bytes (free: %8ld)\n",
                    d->magic,
                    d->partition_name,
                    d->stats.st_size,
                    d->partition_length - d->stats.st_size);
        }
}


/**
 * Image layout file format:
 *
 * <partition name>\t<partition index>\t<partition size>\t<data file name>
 *
 */
static int parse_image_layout(const char* layoutfile, image_info_t* im)
{
        int fd = 0;
```

```
        char line[1028];
        FILE* f;

        im->part_count = 0;

        fd = open(layoutfile, O_RDONLY);
        if (fd < 0) {
                ERROR("Could not open file '%s'\n", layoutfile);
                return -1;
        }

        f = fdopen(fd, "r");
        if (f == NULL) {
                close(fd);
                return -2;
        }

        while (!feof(f))
        {
                char name[16];
                char magic[MAGIC_LENGTH + 1];
                size_t index;
                size_t baseaddr;
                size_t size;
                size_t memaddr;
                size_t entryaddr;
                char file[PATH_MAX];
                size_t c;
                part_data_t* d;

                if (fgets(line, sizeof(line), f) == NULL)
                        break;

                if ((c = sscanf(line, "%4[^\t]\t%16[^\t]\t%zX\t%zX\t%zX\t%zX\t%z
X\t%128[^\t\n]", magic, name, &index, &baseaddr, &size, & memaddr, &entryaddr, f
ile)) != 8)

                        continue;

                DEBUG("%s\t%s\t\t0x%02zX\t0x%08zX\t0x%08zX\t0x%08zX\t0x%08zX\t%s
\n", magic, name, index, baseaddr, size, memaddr, entryaddr, file);

                c = im->part_count;
                if (c == MAX_SECTIONS)
                        break;

                d = &im->parts[c];
                strncpy(d->magic, magic, sizeof(d->magic));
                strncpy(d->partition_name, name, sizeof(d->partition_name));
                d->partition_index = index;
                d->partition_baseaddr = baseaddr;
                d->partition_length = size;
                d->partition_entryaddr = entryaddr;
                d->partition_memaddr = memaddr;
                strncpy(d->filename, file, sizeof(d->filename));

                im->part_count++;
        }

        fclose(f);
```

```c
        return 0;
}

/**
 * Checks the availability and validity of all image components.
 * Fills in stats member of the part_data structure.
 */
static int validate_image_layout(image_info_t* im)
{
        int i;

        if (im->part_count == 0 || im->part_count > MAX_SECTIONS)
        {
                ERROR("Invalid part count '%zu'\n", im->part_count);
                return -1;
        }

        for (i = 0; i < im->part_count; ++i)
        {
                part_data_t* d = &im->parts[i];
                int len = strlen(d->partition_name);
                if ((len == 0 || len > 16) && !strncmp(d->magic, MAGIC_PART, MAG
IC_LENGTH))
                {
                        ERROR("Invalid partition name '%s' of the part %d\n",
                                        d->partition_name, i);
                        return -1;
                }
                if (stat(d->filename, &d->stats) < 0)
                {
                        ERROR("Couldn't stat file '%s' from part '%s'\n",
                                        d->filename, d->partition_name);
                        return -2;
                }
                if (d->stats.st_size == 0)
                {
                        ERROR("File '%s' from part '%s' is empty!\n",
                                        d->filename, d->partition_name);
                        return -3;
                }
                if ((d->stats.st_size > d->partition_length) && !strncmp(d->magi
c, MAGIC_PART, MAGIC_LENGTH)) {
                        ERROR("File '%s' too big (%d) - max size: 0x%08zX (excee
ds %lu bytes)\n",
                                        d->filename, i, d->partition_length, d->
stats.st_size - d->partition_length);
                        return -4;
                }
        }

        return 0;
}

static int build_image(image_info_t* im)
{
        char* mem;
        char* ptr;
        size_t mem_size;
        FILE* f;
        int i;
```

```c
        // build in-memory buffer
        mem_size = sizeof(header_t) + sizeof(signature_t);
        for (i = 0; i < im->part_count; ++i)
        {
                part_data_t* d = &im->parts[i];
                mem_size += sizeof(part_t) + d->stats.st_size + sizeof(part_crc_
t);
        }

        mem = (char*)calloc(mem_size, 1);
        if (mem == NULL)
        {
                ERROR("Cannot allocate memory chunk of size '%zu'\n", mem_size);

                return -1;
        }

        // write header
        write_header(mem, im->version);
        ptr = mem + sizeof(header_t);
        // write all parts
        for (i = 0; i < im->part_count; ++i)
        {
                part_data_t* d = &im->parts[i];
                int rc;
                if ((rc = write_part(ptr, d)) != 0)
                {
                        ERROR("ERROR: failed writing part %u '%s'\n", i, d->part
ition_name);
                }
                ptr += sizeof(part_t) + d->stats.st_size + sizeof(part_crc_t);
        }
        // write signature
        write_signature(mem, mem_size - sizeof(signature_t));

        // write in-memory buffer into file
        if ((f = fopen(im->outputfile, "w")) == NULL)
        {
                ERROR("Can not create output file: '%s'\n", im->outputfile);
                return -10;
        }

        if (fwrite(mem, mem_size, 1, f) != 1)
        {
                ERROR("Could not write %zu bytes into file: '%s'\n",
                                mem_size, im->outputfile);
                return -11;
        }

        free(mem);
        fclose(f);
        return 0;
}


int main(int argc, char* argv[])
{
        char inputfile[PATH_MAX];
        int o, rc;
```

```c
        image_info_t im;

        memset(&im, 0, sizeof(im));
        memset(inputfile, 0, sizeof(inputfile));

        strcpy(im.outputfile, DEFAULT_OUTPUT_FILE);
        strcpy(im.version, DEFAULT_VERSION);

        while ((o = getopt(argc, argv, OPTIONS)) != -1)
        {
                switch (o) {
                case 'v':
                        if (optarg)
                                strncpy(im.version, optarg, sizeof(im.version));

                        break;
                case 'o':
                        if (optarg)
                                strncpy(im.outputfile, optarg, sizeof(im.outputf
ile));
                        break;
                case 'i':
                        if (optarg)
                                strncpy(inputfile, optarg, sizeof(inputfile));
                        break;
                case 'h':
                        usage(argv[0]);
                        return -1;
                }
        }

        if (strlen(inputfile) == 0)
        {
                ERROR("Input file is not specified, cannot continue\n");
                usage(argv[0]);
                return -2;
        }

        if ((rc = parse_image_layout(inputfile, &im)) != 0)
        {
                ERROR("Failed parsing firmware layout file '%s' - error code: %d
\n",
                        inputfile, rc);
                return -3;
        }

        if ((rc = validate_image_layout(&im)) != 0)
        {
                ERROR("Failed validating firmware layout - error code: %d\n", rc
);
                return -4;
        }

        print_image_info(&im);

        if ((rc = build_image(&im)) != 0)
        {
                ERROR("Failed building image file '%s' - error code: %d\n", im.o
utputfile, rc);
                return -5;
```

```
        }

        return 0;
}
----- END ubnt-mkfwimage.c -----
```

```java
----- BEGIN AboutDialog.java -----
/*
 * Copyright (c) 2008-2012 UBiQUiTi Networks, Inc.
 *
 * All Rights Reserved.  Unpublished rights reserved under the copyright laws
 * of the United States.  The software contained on this media is proprietary
 * to and embodies the confidential technology of UBiQUiTi Networks, Inc.  The
 * possession or receipt of this information does not convey any right to
 * disclose its contents, reproduce it, use it, or license its use, for
 * manufacture or sale.  The foregoing restriction applies to the information or
 *
 * anything described therein.  Any use, disclosure, or reproduction without
 * UBiQUiTi's prior written permission is strictly prohibited.
 *
 */
package com.ubnt.app;

import java.awt.Color;
import java.awt.Cursor;
import java.awt.Dimension;
import java.awt.Font;
import java.awt.Graphics;
import java.awt.Image;
import java.awt.event.MouseAdapter;
import java.awt.event.MouseEvent;
import java.net.URL;

import javax.swing.GroupLayout;
import javax.swing.ImageIcon;
import javax.swing.JButton;
import javax.swing.JDialog;
import javax.swing.JFrame;
import javax.swing.JLabel;
import javax.swing.JPanel;
import javax.swing.SwingConstants;
import javax.swing.SwingUtilities;
import javax.swing.WindowConstants;

import com.ubnt.util.StringUtils;
import com.ubnt.util.ui.UiUtils;

/**
 * The class displays the about dialog box with version information, etc.
 *
 * @author Ramin
 */
public class AboutDialog extends JDialog
{
        /** The Constant serialVersionUID. */
        private static final long serialVersionUID = 1L;

        /** The logo image loc. */
        public static String logoImageLoc = "/images/about.png";

        // Variables declaration
        /** The buttons panel. */
        private JPanel buttonsPanel;

        /** The content panel. */
```

```java
        private JPanel contentPanel;

        /** The edition label. */
        private JLabel editionLabel;

        /** The background panel. */
        private JPanel backgroundPanel;

        /** The ok button. */
        private JButton okButton;

        /** The url label. */
        private JLabel urlLabel;

        /** The version label. */
        private JLabel versionLabel;

        /** The build info label. */
        private JLabel buildInfoLabel;

        /** The app url. */
        private String appUrl;

        /** The company logo. */
        private Image companyLogo;

        /**
         * Creates new form AboutDialog.
         *
         * @param parent the parent
         * @param modal the modal
         */
        public AboutDialog (java.awt.Frame parent, boolean modal)
        {
                super (parent, modal);
                URL url = AboutDialog.class.getResource (logoImageLoc);
                ImageIcon temp = new ImageIcon (url);
                if(temp != null) {
                    companyLogo = temp.getImage ();
                }
                initComponents ();
        }

        /**
         * The Class ImagePanel.
         */
        public class ImagePanel extends JPanel {

                /** The Constant serialVersionUID. */
                private static final long serialVersionUID = 1L;

                /** The img. */
                private Image img;

                /**
                 * Instantiates a new image panel.
                 *
                 * @param img the img
                 */
                ImagePanel (Image img) {
```

```java
            this.img = img;
            setOpaque(false);
        }

        /* (non-Javadoc)
         * @see javax.swing.JComponent#paintComponent(java.awt.Graphics)

         */
        public void paintComponent (Graphics g) {
            g.drawImage(img, 0, 0, this);
            super.paintComponent(g);
        }

        /* (non-Javadoc)
         * @see javax.swing.JComponent#getPreferredSize()
         */
        public Dimension getPreferredSize () {
            return new Dimension (img.getWidth (this), img.getHeight (th
is));
        }
    }

    /**
     * This method is called from within the constructor to initialize the f
orm.
     * WARNING: Do NOT modify this code. The content of this method is alway
s
     * regenerated by the Form Editor.
     */
    private void initComponents ()
    {
            backgroundPanel = new ImagePanel (companyLogo);
            contentPanel = new JPanel ();
            versionLabel = new JLabel ();
            editionLabel = new JLabel ();
            urlLabel = new JLabel ();
            urlLabel.setCursor (Cursor.getPredefinedCursor (Cursor.HAND_CURS
OR));
            buttonsPanel = new JPanel ();
            okButton = new JButton ();
            buildInfoLabel = new JLabel ();
            appUrl = System.getProperty ("app.url");
            if(appUrl == null) {
                appUrl = "http://www.ubnt.com";
            }
            setDefaultCloseOperation (WindowConstants.DISPOSE_ON_CLOSE);
            String appName = System.getProperty ("app.name");
            if(appName == null) {
                appName = "AirView";
            }
            setTitle ("About " + appName); // NOI18N
            setAlwaysOnTop (true);
            setIconImage (null);

            Font plainFont = new Font ("Verdana", java.awt.Font.PLAIN, 10);
            Font boldFont = new Font ("Verdana", java.awt.Font.BOLD, 10);

            backgroundPanel.setName("backgroundPanel");
            backgroundPanel.setLayout (new java.awt.BorderLayout ());
            getContentPane ().setLayout (new java.awt.BorderLayout ());
```

```
                getContentPane ().add(backgroundPanel, java.awt.BorderLayout.PAG
E_START);

                contentPanel.setName ("contentPanel"); // NOI18N
                contentPanel.setOpaque(false);
                versionLabel.setFont (boldFont); // NOI18N
                versionLabel.setHorizontalAlignment (SwingConstants.LEFT);
                versionLabel.setText ("Version: " + System.getProperty ("app.ver
sion") +
                        (!StringUtils.isEmpty (System.getProperty ("app.minorVer
sion")) ? "." + System.getProperty ("app.minorVersion") : "") +
                        (!StringUtils.isEmpty (System.getProperty ("app.release"
)) ? " " + System.getProperty ("app.release") : ""));
                versionLabel.setName ("versionLabel"); // NOI18N
                versionLabel.setOpaque(false);
                versionLabel.setForeground(Color.WHITE);

                editionLabel.setFont (boldFont); // NOI18N
                editionLabel.setHorizontalAlignment (SwingConstants.LEFT);
                if(AirViewer.isViewer()) {
                    editionLabel.setText ("Embedded Edition");
                } else {
                    editionLabel.setText ("AirView Manager");
                }
                editionLabel.setName ("editionLabel"); // NOI18N
                editionLabel.setOpaque(false);
                editionLabel.setForeground(Color.WHITE);

                urlLabel.setFont (plainFont); // NOI18N
                urlLabel.setHorizontalAlignment (SwingConstants.LEFT);
                urlLabel.setText ("<html><a color=white href='" + appUrl + "'>"
+ appUrl + "</a></html>");
                urlLabel.setName ("urlLabel"); // NOI18N
                urlLabel.setOpaque(false);
                urlLabel.setForeground(Color.WHITE);
                urlLabel.addMouseListener (new MouseAdapter () {
                    public void mouseClicked (final MouseEvent evt)
                    {
                            SwingUtilities.invokeLater (new Runnable () {pub
lic void run () {
                                    urlLabelMouseClicked (evt);
                            }});
                    }
                });
                buttonsPanel.setName ("buttonsPanel"); // NOI18N
                buttonsPanel.setLayout (new java.awt.FlowLayout (java.awt.FlowLa
yout.CENTER));
                buttonsPanel.setOpaque(false);

                okButton.setText ("Close");
                okButton.setName ("okButton"); // NOI18N
                okButton.addActionListener (new java.awt.event.ActionListener ()
 {
                        public void actionPerformed (java.awt.event.ActionEvent
evt)
                        {
                                okButtonActionPerformed (evt);
                        }
                });
                buttonsPanel.add (okButton);
```

```
                buildInfoLabel.setFont (plainFont); // NOI18N
                buildInfoLabel.setText("Build Info: " + Application.BUILD_INFO);

                buildInfoLabel.setName("buildInfoLabel"); // NOI18N
                buildInfoLabel.setOpaque(false);
                buildInfoLabel.setForeground(Color.WHITE);

                GroupLayout contentPanelLayout = new GroupLayout (contentPanel);

                contentPanel.setLayout (contentPanelLayout);
                contentPanelLayout.setHorizontalGroup (contentPanelLayout.create
ParallelGroup (
                        GroupLayout.Alignment.LEADING).addGroup (
                            contentPanelLayout.createSequentialGroup ().addGap (85,
85, 85).addGroup (
                                    contentPanelLayout.createParallelGroup (GroupLay
out.Alignment.CENTER)
                                        .addComponent (versionLabel, GroupLayout
.DEFAULT_SIZE, 182, Short.MAX_VALUE)
                                        .addComponent (editionLabel, GroupLayout
.DEFAULT_SIZE, 182, Short.MAX_VALUE)
                                        .addComponent (buildInfoLabel, GroupLayo
ut.DEFAULT_SIZE, 182, Short.MAX_VALUE)
                                        .addComponent (urlLabel, GroupLayout.DEF
AULT_SIZE, 182, Short.MAX_VALUE)
                                )).addComponent (buttonsPanel, GroupLayo
ut.DEFAULT_SIZE, 182, Short.MAX_VALUE));
                contentPanelLayout.setVerticalGroup (contentPanelLayout.createPa
rallelGroup (
                        GroupLayout.Alignment.LEADING).addGroup (
                            contentPanelLayout.createSequentialGroup ()
                                        .addGap (150, 150, 150)
                                        .addComponent (versionLabel)
                                        .addGap (2, 2, 2)
                                        .addComponent (editionLabel)
                                        .addGap (2, 2, 2)
                                        .addComponent (buildInfoLabel)
                                        .addGap (25, 25, 25)
                                        .addComponent (urlLabel)
                                        .addGap (13, 13, Short.MAX_VALUE)
                                        .addComponent (buttonsPanel)
                                        .addGap (6, 6, 6)
                                ));

                backgroundPanel.add (contentPanel, java.awt.BorderLayout.CENTER)
;

                setSize(companyLogo.getWidth (this)+2, companyLogo.getHeight (th
is) - 2);
                setResizable(false);
                pack ();

                UiUtils.centerComponent (this);
        }// </editor-fold>//GEN-END:initComponents

        /**
         * Ok button action performed.
         *
         * @param evt the evt
```

```java
 */
private void okButtonActionPerformed (java.awt.event.ActionEvent evt)
{// GEN-FIRST:event_okButtonActionPerformed
        this.setVisible (false);
        this.dispose ();
}// GEN-LAST:event_okButtonActionPerformed

/**
 * Url label mouse clicked.
 *
 * @param evt the evt
 */
private void urlLabelMouseClicked (java.awt.event.MouseEvent evt)
{// GEN-FIRST:event_urlLabelMouseClicked
}// GEN-LAST:event_urlLabelMouseClicked

/**
 * The main method.
 *
 * @param args the command line arguments
 */
public static void main (String args[])
{
        java.awt.EventQueue.invokeLater (new Runnable () {
            public void run ()
            {
                    AboutDialog dialog = new AboutDialog (new JFrame
(), true);

                    dialog.addWindowListener (new

                    java.awt.event.WindowAdapter () {
                            public void windowClosing (java.awt.even
t.WindowEvent e)
                            {
                                    System.exit (0);
                            }
                    });
                    dialog.setVisible (true);
            }
        });
}

}
----- END AboutDialog.java -----
----- BEGIN AirViewer.java -----
/*
 * Copyright (c) 2008-2012 UBiQUiTi Networks, Inc.
 *
 * All Rights Reserved.  Unpublished rights reserved under the copyright laws
 * of the United States.  The software contained on this media is proprietary
 * to and embodies the confidential technology of UBiQUiTi Networks, Inc.  The
 * possession or receipt of this information does not convey any right to
 * disclose its contents, reproduce it, use it, or license its use, for
 * manufacture or sale.  The foregoing restriction applies to the information or
 *
 * anything described therein.  Any use, disclosure, or reproduction without
 * UBiQUiTi's prior written permission is strictly prohibited.
 *
 */
package com.ubnt.app;
```

```
/*
import com.centerkey.utils.BareBonesBrowserLaunch;
*/
import com.ubnt.chart.data.xy.UbntXIntervalSeries;
import com.ubnt.chart.renderer.xy.UbntXYAreaRenderer;
import java.text.DecimalFormat;
/*
import com.ubnt.device.ChannelDefinition;
import com.ubnt.device.Product;
*/
import com.ubnt.device.RssiFrameImpl;
import com.ubnt.device.BasicSpan;
import com.ubnt.device.Channel;
import com.ubnt.device.ChainMask;
import com.ubnt.device.RFScanDevice;
import com.ubnt.device.RFScanDeviceInfo;
import com.ubnt.device.RFScanDeviceLocator;
import com.ubnt.device.RFScanRange;
import com.ubnt.device.RssiFrame;
import com.ubnt.device.RssiFrameConsumer;
import com.ubnt.device.remote.*;
import com.ubnt.device.remote.discovery.ConnectDialog;
import com.ubnt.device.remote.discovery.LangStrings;
import com.ubnt.device.remote.discovery.net.LiteStationQueryServer;
import com.ubnt.device.remote.discovery.net.QueryServer;
import com.ubnt.device.remote.discovery.net.Scanner;

import com.ubnt.util.FileUtils;

/*
import com.ubnt.util.HelpLauncher;
*/
import com.ubnt.util.HzMath;
import com.ubnt.util.SpringFramework;
import com.ubnt.util.ui.BorderlessStatusWindow;
import com.ubnt.util.ui.GraphicsPanel;
import com.ubnt.util.ui.PaintDelegate;
import com.ubnt.util.ui.UiUtils;

/*
import org.apache.commons.lang.ArrayUtils;
import org.apache.commons.lang.StringUtils;
import org.apache.commons.math.stat.StatUtils;
*/
import org.apache.log4j.Logger;

import org.jfree.chart.ChartMouseEvent;
import org.jfree.chart.ChartMouseListener;
import org.jfree.chart.ChartPanel;
import org.jfree.chart.ChartRenderingInfo;
import org.jfree.chart.JFreeChart;
import org.jfree.chart.annotations.XYAnnotation;
import org.jfree.chart.annotations.XYShapeAnnotation;
import org.jfree.chart.annotations.XYTextAnnotation;
import org.jfree.chart.axis.AxisLocation;
import org.jfree.chart.axis.NumberAxis;
import org.jfree.chart.axis.ValueAxis;
import org.jfree.chart.block.BlockBorder;
```

```
import org.jfree.chart.block.BlockContainer;
import org.jfree.chart.block.BlockFrame;
import org.jfree.chart.block.BorderArrangement;
import org.jfree.chart.block.EmptyBlock;
import org.jfree.chart.block.FlowArrangement;
import org.jfree.chart.block.LabelBlock;
import org.jfree.chart.entity.ChartEntity;
import org.jfree.chart.labels.ItemLabelAnchor;
import org.jfree.chart.labels.ItemLabelPosition;
import org.jfree.chart.labels.StandardXYItemLabelGenerator;
import org.jfree.chart.labels.XYToolTipGenerator;
import org.jfree.chart.plot.CombinedDomainXYPlot;
import org.jfree.chart.plot.DatasetRenderingOrder;
import org.jfree.chart.plot.IntervalMarker;
import org.jfree.chart.plot.PlotOrientation;
import org.jfree.chart.plot.SeriesRenderingOrder;
import org.jfree.chart.plot.ValueMarker;
import org.jfree.chart.plot.XYPlot;
import org.jfree.chart.renderer.LookupPaintScale;
import org.jfree.chart.renderer.xy.StandardXYItemRenderer;
import org.jfree.chart.renderer.xy.XYAreaRenderer;
import org.jfree.chart.renderer.xy.XYBarRenderer;
import org.jfree.chart.renderer.xy.XYItemRenderer;
import org.jfree.chart.renderer.xy.XYShapeRenderer;
import org.jfree.chart.title.CompositeTitle;
import org.jfree.chart.title.LegendTitle;
import org.jfree.chart.title.PaintScaleLegend;
import org.jfree.chart.title.TextTitle;

import org.jfree.data.xy.DefaultXYZDataset;
import org.jfree.data.xy.XIntervalSeriesCollection;
import org.jfree.data.xy.XYDataset;
import org.jfree.data.xy.XYSeries;
import org.jfree.data.xy.XYSeriesCollection;
import org.jfree.data.xy.YWithXInterval;

import org.jfree.ui.HorizontalAlignment;
import org.jfree.ui.Layer;
import org.jfree.ui.RectangleEdge;
import org.jfree.ui.RectangleInsets;
import org.jfree.ui.TextAnchor;
import org.jfree.ui.VerticalAlignment;

import org.springframework.context.ApplicationEvent;
import org.springframework.context.ApplicationListener;

import java.awt.BasicStroke;
import java.awt.BorderLayout;
import java.awt.Color;
import java.awt.Component;
import java.awt.Container;
import java.awt.Dimension;
import java.awt.Font;
import java.awt.Frame;
import java.awt.Graphics2D;
import java.awt.GridLayout;
import java.awt.Image;
import java.awt.ItemSelectable;
import java.awt.Paint;
import java.awt.Point;
```

```
import java.awt.Shape;
import java.awt.event.ActionEvent;
import java.awt.event.ActionListener;
import java.awt.event.ComponentAdapter;
import java.awt.event.ComponentEvent;
import java.awt.event.InputEvent;
import java.awt.event.ItemEvent;
import java.awt.event.WindowAdapter;
import java.awt.event.WindowEvent;
import java.awt.event.WindowListener;
import java.awt.geom.Ellipse2D;
import java.awt.geom.Point2D;
import java.awt.geom.Rectangle2D;

import java.io.File;
import java.io.FileInputStream;
import java.io.FileNotFoundException;
import java.io.FileOutputStream;
import java.io.IOException;
import java.io.InputStream;
import java.io.OutputStream;

import java.math.BigDecimal;

import java.net.URISyntaxException;
import java.net.URL;

import java.util.ArrayList;
import java.util.Collections;
import java.util.Date;
import java.util.HashMap;
import java.util.Iterator;
import java.util.LinkedList;
import java.util.List;
import java.util.Map;
import java.util.Properties;
import java.util.Set;
import java.util.SortedMap;
import java.util.Timer;
import java.util.TimerTask;
import java.util.TreeMap;
import javax.swing.JFileChooser;
import javax.swing.filechooser.*;
import javax.swing.JButton;
import javax.swing.JCheckBox;
import javax.swing.JCheckBoxMenuItem;
import javax.swing.JComboBox;
import javax.swing.JDialog;
import javax.swing.JFrame;
import javax.swing.JLabel;
import javax.swing.JMenu;
import javax.swing.JMenuBar;
import javax.swing.JMenuItem;
import javax.swing.MenuElement;
import javax.swing.JPopupMenu;
import javax.swing.JOptionPane;
import javax.swing.JPanel;
import javax.swing.JSeparator;
import javax.swing.JToggleButton;
import javax.swing.JToolBar;
```

```java
import javax.swing.KeyStroke;
import javax.swing.SwingConstants;
import javax.swing.SwingUtilities;
import javax.swing.UIManager;
import javax.swing.border.Border;
import javax.swing.border.EtchedBorder;

import java.util.logging.LogManager;


/**
 * The Class AirViewer.
 */
public class AirViewer extends JFrame implements RssiFrameConsumer, ApplicationL
istener {

    /** The LOGGER. */
    private static Logger LOGGER;

    /** The chart title font. */
    public static Font chartTitleFont = new Font("Dialog", Font.BOLD, 11);

    /** The Constant PREFS_COMMENTS. */
    private static final String PREFS_COMMENTS = "\n" +
        " AirView saved preferences. Please be very careful with any manual\n" +

        " edits as wrong/unexpected values can cause application instability.\n\
n" +
        " NOTE:  If you want to disable/comment-out a particular value, simply\n
" +
        " add a .BAK at the end of its attribute name and the application will\n
" +
        " effectively ignore it.  Putting a hash (#) in front of the attribute n
ame\n" +
        " will not work as the application will delete that entry upon next save
.\n\n";

    /** The Constant serialVersionUID. */
    private static final long serialVersionUID = 1L;

    /** The viewer. */
    private static AirViewer viewer;

    /** The j content pane. */
    private JPanel jContentPane = null;

    /** The graphs panel. */
    private JPanel graphsPanel = null;

    /** The channel usage panel. */
    private ChartPanel channelUsagePanel = null;

    /** The chart panel2. */
    private ChartPanel chartPanel2 = null;

    /** The realtime chart panel. */
    private ChartPanel realtimeChartPanel = null;

    /** The config menu item. */
    private JMenuItem configMenuItem;
```

# Exhibit 2

```c
 1   /* Case: 1:18-cv-05369 Document #: 95-1 Filed: 12/26/19 Page 25 of 36 PageID #:2893
 2    * Copyright (C) 2007 Ubiquiti Networks, Inc.
 3    *
 4    * This program is free software; you can redistribute it and/or
 5    * modify it under the terms of the GNU General Public License as
 6    * published by the Free Software Foundation; either version 2 of the
 7    * License, or (at your option) any later version.
 8    *
 9    * This program is distributed in the hope that it will be useful, but
10    * WITHOUT ANY WARRANTY; without even the implied warranty of
11    * MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the GNU
12    * General Public License for more details.
13    *
14    * You should have received a copy of the GNU General Public License
15    * along with this program; if not, write to the Free Software
16    * Foundation, Inc., 675 Mass Ave, Cambridge, MA 02139, USA.
17    */
18
19   #include <sys/types.h>
20   #include <sys/stat.h>
21   #include <fcntl.h>
22   #include <unistd.h>
23   #include <string.h>
24   #include <errno.h>
25   #include <zlib.h>
26   #include <sys/mman.h>
27   #include <netinet/in.h>
28   #include <stdio.h>
29   #include <stdlib.h>
30   #include <limits.h>
31
32   #include "fw.h"
33
34   typedef struct part_data {
35       char     partition_name[64];
36       int      partition_index;
37       u_int32_t   partition_baseaddr;
38       u_int32_t   partition_memaddr;
39       u_int32_t   partition_entryaddr;
40       u_int32_t   partition_length;
41
42       char     filename[PATH_MAX];
43       struct stat stats;
44   } part_data_t;
45
46   #define MAX_SECTIONS       8
47   #define DEFAULT_OUTPUT_FILE    "firmware-image.bin"
48   #define DEFAULT_VERSION       "UNKNOWN"
49
50   #define OPTIONS "hv:o:i:"
51
52   static int debug = 0;
53
54   typedef struct image_info {
55       char version[256];
56       char outputfile[PATH_MAX];
57       u_int32_t   part_count;
58       part_data_t parts[MAX_SECTIONS];
59   } image_info_t;
60
61   static void write_header(void* mem, const char* version)
62   {
63       header_t* header = mem;
64       memset(header, 0, sizeof(header_t));
65
66       memcpy(header->magic, MAGIC_HEADER, MAGIC_LENGTH);
67       strncpy(header->version, version, sizeof(header->version));
68       header->crc = htonl(crc32(0L, (unsigned char *)header,
69                   sizeof(header_t) - 2 * sizeof(u_int32_t)));
```

```
70
71   }
72
73
74   static void write_signature(void* mem, u_int32_t sig_offset)
75   {
76       /* write signature */
77       signature_t* sign = (signature_t*)(mem + sig_offset);
78       memset(sign, 0, sizeof(signature_t));
79
80       memcpy(sign->magic, MAGIC_END, MAGIC_LENGTH);
81       sign->crc = htonl(crc32(0L,(unsigned char *)mem, sig_offset));
82       sign->pad = 0L;
83   }
84
85   static int write_part(void* mem, part_data_t* d)
86   {
87       char* addr;
88       int fd;
89       part_t* p = mem;
90       part_crc_t* crc = mem + sizeof(part_t) + d->stats.st_size;
91
92       fd = open(d->filename, O_RDONLY);
93       if (fd < 0)
94       {
95           ERROR("Failed opening file '%s'\n", d->filename);
96           return -1;
97       }
98
99       if ((addr=(char*)mmap(0, d->stats.st_size, PROT_READ, MAP_SHARED, fd, 0)) ==
MAP_FAILED)
100      {
101          ERROR("Failed mmaping memory for file '%s'\n", d->filename);
102          close(fd);
103          return -2;
104      }
105
106      memcpy(mem + sizeof(part_t), addr, d->stats.st_size);
107      munmap(addr, d->stats.st_size);
108
109      memset(p->name, 0, sizeof(p->name));
110      strncpy(p->magic, MAGIC_PART, MAGIC_LENGTH);
111      strncpy(p->name, d->partition_name, sizeof(p->name));
112      p->index = htonl(d->partition_index);
113      p->data_size = htonl(d->stats.st_size);
114      p->part_size = htonl(d->partition_length);
115      p->baseaddr = htonl(d->partition_baseaddr);
116      p->memaddr = htonl(d->partition_memaddr);
117      p->entryaddr = htonl(d->partition_entryaddr);
118
119      crc->crc = htonl(crc32(0L, mem, d->stats.st_size + sizeof(part_t)));
120      crc->pad = 0L;
121
122      return 0;
123  }
124
125  static void usage(const char* progname)
126  {
127      INFO("Version %s\n"
128           "Usage: %s [options]\n"
129           "\t-v <version string>\t - firmware version information, default: %s\n"
130           "\t-o <output file>\t - firmware output file, default: %s\n"
131           "\t-i <input file>\t\t - firmware layout file, default: none\n"
132           "\t-h\t\t\t - this help\n", VERSION,
133           progname, DEFAULT_VERSION, DEFAULT_OUTPUT_FILE);
134  }
135
136  static void print_image_info(const image_info_t* im)
137  {
```

```
138
139        INFO("Firmware version: '%s'\n"
140             "Output file: '%s'\n"
141             "Part count: %u\n",
142             im->version, im->outputfile,
143             im->part_count);
144
145        for (i = 0; i < im->part_count; ++i)
146        {
147            const part_data_t* d = &im->parts[i];
148            INFO(" %10s: %8ld bytes (free: %8ld)\n",
149                 d->partition_name,
150                 d->stats.st_size,
151                 d->partition_length - d->stats.st_size);
152        }
153    }
154
155
156
157    /**
158     * Image layout file format:
159     *
160     * <partition name>\t<partition index>\t<partition size>\t<data file name>
161     *
162     */
163    static int parse_image_layout(const char* layoutfile, image_info_t* im)
164    {
165        int fd = 0;
166        char line[1028];
167        FILE* f;
168
169        im->part_count = 0;
170
171        fd = open(layoutfile, O_RDONLY);
172        if (fd < 0) {
173            ERROR("Could not open file '%s'\n", layoutfile);
174            return -1;
175        }
176
177        f = fdopen(fd, "r");
178        if (f == NULL) {
179            close(fd);
180            return -2;
181        }
182
183        while (!feof(f))
184        {
185            char name[32];
186            u_int32_t index;
187            u_int32_t baseaddr;
188            u_int32_t size;
189            u_int32_t memaddr;
190            u_int32_t entryaddr;
191            char file[PATH_MAX];
192            u_int32_t c;
193            part_data_t* d;
194
195            if (fgets(line, sizeof(line), f) == NULL)
196                break;
197
198            // TODO: very inconvenient format, use smarter parsing someday
199            if ((c = sscanf(line, "%32[^\t]\t%X\t%X\t%X\t%X\t%X\t%X\t%128[^\t\n]", name,
                   &index, &baseaddr, &size, &memaddr, &entryaddr, file)) != 7)
200                continue;
201
202            DEBUG("%s\t\t0x%02X\t0x%08X\t0x%08X\t0x%08X\t0x%08X\t%s\n", name, index,
                   baseaddr, size, memaddr, entryaddr, file);
203
204            c = im->part_count;
```

```c
205                break;
206
207
208        d = &im->parts[c];
209        strncpy(d->partition_name, name, sizeof(d->partition_name));
210        d->partition_index = index;
211        d->partition_baseaddr = baseaddr;
212        d->partition_length = size;
213        d->partition_memaddr = memaddr;
214        d->partition_entryaddr = entryaddr;
215        strncpy(d->filename, file, sizeof(d->filename));
216
217        im->part_count++;
218    }
219
220    fclose(f);
221
222    return 0;
223 }
224
225 /**
226  * Checks the availability and validity of all image components.
227  * Fills in stats member of the part_data structure.
228  */
229 static int validate_image_layout(image_info_t* im)
230 {
231    int i;
232
233    if (im->part_count == 0 || im->part_count > MAX_SECTIONS)
234    {
235        ERROR("Invalid part count '%d'\n", im->part_count);
236        return -1;
237    }
238
239    for (i = 0; i < im->part_count; ++i)
240    {
241        part_data_t* d = &im->parts[i];
242        int len = strlen(d->partition_name);
243        if (len == 0 || len > 16)
244        {
245            ERROR("Invalid partition name '%s' of the part %d\n",
246                    d->partition_name, i);
247            return -1;
248        }
249        if (stat(d->filename, &d->stats) < 0)
250        {
251            ERROR("Couldn't stat file '%s' from part '%s'\n",
252                    d->filename, d->partition_name);
253            return -2;
254        }
255        if (d->stats.st_size == 0)
256        {
257            ERROR("File '%s' from part '%s' is empty!\n",
258                    d->filename, d->partition_name);
259            return -3;
260        }
261        if (d->stats.st_size > d->partition_length) {
262            ERROR("File '%s' too big (%d) - max size: 0x%08X (exceeds %lu bytes)\n",
263                    d->filename, i, d->partition_length,
264                    d->stats.st_size - d->partition_length);
265            return -4;
266        }
267    }
268
269    return 0;
270 }
271
272 static int build_image(image_info_t* im)
273 {
```

```
274    char* ptr;
275    u_int32_t mem_size;
276    FILE* f;
277    int i;
278
279    // build in-memory buffer
280    mem_size = sizeof(header_t) + sizeof(signature_t);
281    for (i = 0; i < im->part_count; ++i)
282    {
283        part_data_t* d = &im->parts[i];
284        mem_size += sizeof(part_t) + d->stats.st_size + sizeof(part_crc_t);
285    }
286
287    mem = (char*)calloc(mem_size, 1);
288    if (mem == NULL)
289    {
290        ERROR("Cannot allocate memory chunk of size '%u'\n", mem_size);
291        return -1;
292    }
293
294    // write header
295    write_header(mem, im->version);
296    ptr = mem + sizeof(header_t);
297    // write all parts
298    for (i = 0; i < im->part_count; ++i)
299    {
300        part_data_t* d = &im->parts[i];
301        int rc;
302        if ((rc = write_part(ptr, d)) != 0)
303        {
304            ERROR("ERROR: failed writing part %u '%s'\n", i, d->partition_name);
305        }
306        ptr += sizeof(part_t) + d->stats.st_size + sizeof(part_crc_t);
307    }
308    // write signature
309    write_signature(mem, mem_size - sizeof(signature_t));
310
311    // write in-memory buffer into file
312    if ((f = fopen(im->outputfile, "w")) == NULL)
313    {
314        ERROR("Can not create output file: '%s'\n", im->outputfile);
315        return -10;
316    }
317
318    if (fwrite(mem, mem_size, 1, f) != 1)
319    {
320        ERROR("Could not write %d bytes into file: '%s'\n",
321              mem_size, im->outputfile);
322        return -11;
323    }
324
325    free(mem);
326    fclose(f);
327    return 0;
328 }
329
330
331 int main(int argc, char* argv[])
332 {
333    char inputfile[PATH_MAX];
334    int o, rc;
335    image_info_t im;
336
337    memset(&im, 0, sizeof(im));
338    memset(inputfile, 0, sizeof(inputfile));
339
340    strcpy(im.outputfile, DEFAULT_OUTPUT_FILE);
341    strcpy(im.version, DEFAULT_VERSION);
```

```
343    while ((o = getopt(argc, argv, OPTIONS)) != -1)
344    {
345        switch (o) {
346        case 'v':
347            if (optarg)
348                strncpy(im.version, optarg, sizeof(im.version));
349            break;
350        case 'o':
351            if (optarg)
352                strncpy(im.outputfile, optarg, sizeof(im.outputfile));
353            break;
354        case 'i':
355            if (optarg)
356                strncpy(inputfile, optarg, sizeof(inputfile));
357            break;
358        case 'h':
359            usage(argv[0]);
360            return -1;
361        }
362    }
363
364    if (strlen(inputfile) == 0)
365    {
366        ERROR("Input file is not specified, cannot continue\n");
367        usage(argv[0]);
368        return -2;
369    }
370
371    if ((rc = parse_image_layout(inputfile, &im)) != 0)
372    {
373        ERROR("Failed parsing firmware layout file '%s' - error code: %d\n",
374            inputfile, rc);
375        return -3;
376    }
377
378    if ((rc = validate_image_layout(&im)) != 0)
379    {
380        ERROR("Failed validating firmware layout - error code: %d\n", rc);
381        return -4;
382    }
383
384    print_image_info(&im);
385
386    if ((rc = build_image(&im)) != 0)
387    {
388        ERROR("Failed building image file '%s' - error code: %d\n", im.outputfile, rc);
389        return -5;
390    }
391
392    return 0;
393 }
```

# Exhibit 3

```c
/* Case: 1:18-cv-05369 Document #: 95-1 Filed: 12/26/19 Page 32 of 36 PageID #:2893
 * Copyright (C) 2007 Ubiquiti Networks, Inc.
 *
 * This program is free software; you can redistribute it and/or
 * modify it under the terms of the GNU General Public License as
 * published by the Free Software Foundation; either version 2 of the
 * License, or (at your option) any later version.
 *
 * This program is distributed in the hope that it will be useful, but
 * WITHOUT ANY WARRANTY; without even the implied warranty of
 * MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the GNU
 * General Public License for more details.
 *
 * You should have received a copy of the GNU General Public License
 * along with this program; if not, write to the Free Software
 * Foundation, Inc., 675 Mass Ave, Cambridge, MA 02139, USA.
 */

#define _GNU_SOURCE
#include <string.h>
#include <stdio.h>
#include <netinet/in.h>
#include <sys/types.h>
#include <fcntl.h>
#include <errno.h>
#include <sys/stat.h>
#include <sys/mman.h>
#include <zlib.h>
#include <limits.h>
#include <unistd.h>


#include "fw.h"

static int debug = 0;
static char prefix[PATH_MAX];

#define MAX_PARTS 8

typedef struct fw_part {
    part_t* header;
    unsigned char* data;
    u_int32_t data_size;
    part_crc_t* signature;
} fw_part_t;

typedef struct fw {
    u_int32_t size;
    char version[256];
    fw_part_t parts[MAX_PARTS];
    int part_count;
} fw_t;

static int
fw_check_header(const header_t* h) {
        u_int32_t crc;
        int len = sizeof(header_t) - 2 * sizeof(u_int32_t);

        crc = crc32(0L, (unsigned char*)h, len);
        DEBUG("Calculated CRC: 0x%08X, expected: 0x%08X\n", htonl(crc), h->crc);
        if (htonl(crc) != h->crc)
                return -1;

        return 0;
}

static int
fw_parse(const unsigned char* base, unsigned long size, fw_t* fw) {
        const header_t* h = (const header_t*)base;
```

```
70
71      signature_t* sig;
72      u_int32_t crc;
73      int i = 0;
74
75      if (fw == NULL)
76          return -1;
77
78      if (fw_check_header(h)) {
79          return -2;
80      }
81      memset(fw, 0, sizeof(fw_t));
82      fw->size = size;
83      memcpy(fw->version, h->version, sizeof(fw->version));
84      INFO("Firmware version: '%s'\n", fw->version);
85
86      p = (part_t*)(base + sizeof(header_t));
87      i = 0;
88      while (strncmp(p->magic, MAGIC_END, MAGIC_LENGTH) != 0) {
89          DEBUG("Partition (%c%c%c%c): %s [%u]\n",
90                  p->magic[0], p->magic[1], p->magic[2], p->magic[3],
91                  p->name, ntohl(p->index));
92          DEBUG("  Partition size: 0x%X\n", ntohl(p->part_size));
93          DEBUG("  Data size: %u\n", ntohl(p->data_size));
94
95          if ((strncmp(p->magic, MAGIC_PART, MAGIC_LENGTH) == 0) && (i < MAX_PARTS)) {
96              fw_part_t* fwp = &fw->parts[i];
97
98              fwp->header = p;
99              fwp->data = (unsigned char*)p + sizeof(part_t);
100             fwp->data_size = ntohl(p->data_size);
101             fwp->signature =
102                 (part_crc_t*)(fwp->data + fwp->data_size);
103
104             crc = htonl(crc32(0L, (unsigned char*)p,
105                     fwp->data_size + sizeof(part_t)));
106             if (crc != fwp->signature->crc) {
107                 WARN("Invalid '%s' CRC (claims: %u, but is %u)\n",
108                     fwp->header->name, fwp->signature->crc, crc);
109             }
110         }
111
112         p = (part_t*)((unsigned char*)p + sizeof(part_t) +
113                 ntohl(p->data_size) + sizeof(part_crc_t));
114
115         /* check bounds */
116         if (((unsigned char*)p - base) >= size) {
117             return -3;
118         }
119         ++i;
120     }
121     fw->part_count = i;
122
123     sig = (signature_t*)p;
124     if (strncmp(sig->magic, MAGIC_END, MAGIC_LENGTH) != 0) {
125         ERROR("Bad firmware signature\n");
126         return -4;
127     }
128
129     crc = htonl(crc32(0L, base, (unsigned char*)sig - base));
130     if (crc != sig->crc) {
131         WARN("Invalid signature CRC (claims: %u, but is %u)\n",
132             sig->crc, crc);
133     }
134
135     return 0;
136 }
137
138 static int
```

```c
139    fw_split(const fw_t* fw, const char* prefix) {
140        int i;
141        const fw_part_t* fwp;
142        FILE* f;
143        char filename[PATH_MAX];
144
145        snprintf(filename, sizeof(filename), "%s.txt", prefix);
146
147        INFO("Creating descriptor file:\n\t%s\n", filename);
148        /* write descriptor file */
149        f = fopen(filename, "w");
150        if (f == NULL) {
151            ERROR("Couldn't open file '%s' for writing!\n", filename);
152            return -1;
153        }
154
155        for (i = 0; i < fw->part_count; ++i) {
156            fwp = &fw->parts[i];
157
158            fprintf(f, "%s\t\t0x%02X\t0x%08X\t0x%08X\t0x%08X\t%s.%s\n",
159                fwp->header->name,
160                ntohl(fwp->header->index),
161                ntohl(fwp->header->baseaddr),
162                ntohl(fwp->header->part_size),
163                ntohl(fwp->header->memaddr),
164                ntohl(fwp->header->entryaddr),
165                prefix, fwp->header->name);
166
167        }
168        fclose(f);
169
170        INFO("Creating partition data files: \n");
171
172        for (i = 0; i < fw->part_count; ++i) {
173            fwp = &fw->parts[i];
174
175            snprintf(filename, sizeof(filename), "%s.%s",
176                prefix, fwp->header->name);
177            f = fopen(filename, "w");
178            if (f == NULL) {
179                ERROR("Failed opening file '%s' for writing: %s\n",
180                    filename, strerror(errno));
181                continue;
182            }
183
184            INFO("\t%s\n", filename);
185
186            if (fwrite(fwp->data, fwp->data_size, 1, f) != 1) {
187                ERROR("Failed writing to file '%s': %s\n",
188                    filename, strerror(errno));
189                fclose(f);
190                continue;
191            }
192            fclose(f);
193        }
194
195        return 0;
196    }
197
198    static void
199    usage(const char* progname) {
200        INFO("Version %s\n"
201            "Usage: %s [options] <firmware file> [<fw file2> ... <fw fileN>]\n"
202            "\t-o <output file prefix>\t"
203            " - output file prefix, default: firmware version\n"
204            "\t-d\t\t\t - turn debug output on\n"
205            "\t-h\t\t\t - this help\n", VERSION, progname);
206    }
207
```

```c
208  static int
209  do_fwsplit(const char* filename) {
210      int rc;
211      int fd;
212      struct stat st;
213      fw_t fw;
214      unsigned char* addr;
215
216      INFO("Firmware file: '%s'\n", filename);
217
218      rc = stat(filename, &st);
219      if (rc) {
220          ERROR("Couldn't stat() file '%s': %s\n",
221                  filename, strerror(errno));
222          return -2;
223      }
224
225      if (st.st_size < sizeof(header_t) + sizeof(signature_t)) {
226          ERROR("File '%s' is too short\n", filename);
227          return -3;
228      }
229
230      fd = open(filename, O_RDONLY);
231      if (fd < 0) {
232          ERROR("Couldn't open file '%s': %s\n",
233                  filename, strerror(errno));
234          return -4;
235      }
236
237      addr=(unsigned char*)mmap(0, st.st_size, PROT_READ, MAP_SHARED, fd, 0);
238      if (addr == MAP_FAILED) {
239          ERROR("Failed mmaping memory for file '%s'\n", filename);
240          close(fd);
241          return -5;
242      }
243
244      // parse & validate fw
245      rc = fw_parse(addr, st.st_size, &fw);
246      if (rc) {
247          ERROR("Invalid firmware file '%s'!\n", filename);
248          munmap(addr, st.st_size);
249          close(fd);
250          return -6;
251      }
252
253      if (strlen(prefix) == 0) {
254          strncpy(prefix, fw.version, sizeof(prefix));
255      }
256      fw_split(&fw, prefix);
257
258      munmap(addr, st.st_size);
259      close(fd);
260
261      return 0;
262  }
263
264  int
265  main(int argc, char* argv[]) {
266      int o, i;
267
268      memset(prefix, 0, sizeof(prefix));
269
270      while ((o = getopt(argc, argv, "hdo:")) != -1) {
271          switch (o) {
272          case 'd':
273              debug++;
274              break;
275          case 'o':
```

```
277                     strncpy(prefix, optarg, sizeof(prefix));
278                 }
279                 break;
280         case 'h':
281             usage(argv[0]);
282             return -1;
283         }
284     }
285
286     if (optind >= argc) {
287         usage(argv[0]);
288         return -1;
289     }
290
291     if (strlen(prefix) != 0 && (optind + 1) < argc) {
292         WARN("Prefix overridden - will process only the first firmware file\n");
293         do_fwsplit(argv[optind]);
294     } else {
295         for (i = optind; i < argc; ++i) {
296             do_fwsplit(argv[i]);
297         }
298     }
299
300     return 0;
301 }
302
303
```