IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UBIQUITI NETWORKS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CAMBIUM NETWORKS, INC.; <br> CAMBIUM NETWORKS, LTD.; <br> BLIP NETWORKS, LLC; <br> WINNCOM TECHNOLOGIES, INC.; <br> SAKID AHMED; and DMITRY MOISEEV, <br><br> *Defendants*. | Civil Action No.: 1:18-cv-05369 <br><br> **JURY TRIAL DEMANDED** |

### JOINT MOTION TO EXTEND TIME TO PRODUCE ESI IDENTIFIED IN SUPPLEMENTAL MIDP DISCLOSURES AND TO CONTINUE HEARING

The parties jointly and respectfully request the Court to grant the enclosed Motion to Extend the Deadline to Produce ESI Pursuant to the MIDP Standing Order and the December 9, 2019 Minute Entry (Dkt. 92) from February 18, 2020 to March 3, 2020 and to continue the Status hearing from February 20, 2020 to March 12, 2020 (or another time suitable for the Court).

On December 9, 2019, the Court set a status hearing in this case for February 20, 2020, and ordered production of ESI identified in the parties' Supplemental MIDP disclosures to be completed by February 18, 2020 (Dkt. No. 92). The parties have conferred and jointly seek (1) a two-week extension of the deadline to complete production of ESI identified in their Supplemental MIDP disclosures until March 3, 2020; and (2) a three-week extension of the

1

status hearing until March 12, 2020 (or another time suitable for the Court). The parties therefore jointly request the Court to extend the deadline to produce ESI identified in their Supplemental MIDP disclosures to March 3, 2020, and that the status hearing currently scheduled for February 20, 2020 be stricken and continued to March 12, 2020 (or another time suitable for the Court).

Dated:  February 14, 2020                                             Respectfully submitted,

| FOX SWIBEL LEVIN & CARROLL, LLP | MICHAEL BEST & FRIEDRICH, LLP |
|---|---|
| */s/ Steven L. Vanderporten* | */s/ G. Hopkins Guy, III* |
| David E. Koropp (ARDC # 6201442)<br>dkoropp@foxswibel.com<br>Erik J. Ives (ARDC # 6289811)<br>eives@foxswibel.com<br>Steven L. Vanderporten (ARDC # 6314184)<br>svanderporten@foxswibel.com<br>200 W. Madison, Suite 3000<br>Chicago, IL  60606<br><br>*Counsel for Plaintiff Ubiquiti Networks, Inc.*<br><br>Dated:  February 14, 2020 | Arthur J. Gollwitzer (IL Bar No. 06225038)<br>James P. Fieweger (IL Bar No. 6206915)<br>MICHAEL BEST & FRIEDRICH, LLP<br>444 West Lake Street, Suite 3200<br>Chicago, Illinois 60606<br>312.222.0800<br>ajgollwitzer@michaelbest.com<br>jpfieweger@michaelbest.com<br><br>BAKER BOTTS L.L.P.<br><br>Hopkins Guy<br>Jon V. Swenson<br>Karina Smith<br>1001 Page Mill Road<br>Bldg. 1, Suite 200<br>Palo Alto, CA 94304<br>650.739.7500 (Telephone)<br>hop.guy@bakerbotts.com<br>jon.swenson@bakerbotts.com<br>karina.smith@bakerbotts.com<br><br>Andrew D. Wilson<br>1299 Pennsylvania Ave. NW<br>Washington, DC 20004<br>(202) 639-1312 (Telephone)<br>andrew.wilson@bakerbotts.com |

3

|  | *Counsel for Defendants Cambium Networks, Inc., Cambium Networks, Ltd., Blip Networks, Inc., Winncom Technologies, Inc., Sakid Ahmed, and Dmitry Moiseev*<br><br>Dated: February 14, 2020 |
|---|---|

## CERTIFICATE OF SERVICE

      I hereby certify that on February 14, 2020, I electronically filed the foregoing **JOINT MOTION TO EXTEND TIME TO PRODUCE ESI IDENTIFIED IN SUPPLEMENTAL MIDP DISCLOSURES AND TO CONTINUE HEARING** with the Clerk of the Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users

                              */s/ G. Hopkins Guy, III*
                               G. Hopkins Guy, III