IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UBIQUITI NETWORKS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CAMBIUM NETWORKS, INC.; <br> CAMBIUM NETWORKS, LTD.; <br> BLIP NETWORKS, LLC; <br> WINNCOM TECHNOLOGIES, INC.; <br> SAKID AHMED; and DMITRY MOISEEV, <br><br> *Defendants*. | Civil Action No.: 1:18-cv-05369 <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, February 20, 2020 at 9:00 a.m., or as soon thereafter as counsel may be heard, the parties shall appear before the Honorable Gary Feinerman or any judge sitting in his stead in Room 2125 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago Illinois, and shall then and there present Defendants' Joint Motion to Extend the Deadline to Produce ESI Pursuant to the MIDP Standing Order and the December 9, 2019 Minute Entry (Dkt. 92) from February 18, 2020 to March 3, 2020 and to continue the Status hearing from February 20, 2020 to March 12, 2020.

Dated: February 14, 2020

Respectfully submitted,

BAKER BOTTS, LLP

*/s/ G. Hopkins Guy, III*
  One of their attorneys

G. Hopkins Guy III (CA Bar No. 124811)
hop.guy@bakerbotts.com
Jon V. Swenson (CA Bar No. 233054)

1

jon.swenson@bakerbotts.com
Karina Smith (CA Bar No. 286680)
karina.smith@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road Building One, Suite 200
Palo Alto, CA 94304-1007
650.739.7500 (Phone)
650.739.7699 (Facsimile)

Andrew D. Wilson (DC Bar No. 1030144)
1299 Pennsylvania Ave. NW
Washington, DC 20004-2400
202.639.1312 (Phone)
202.508.9336 (Fax)
andrew.wilson@bakerbotts.com

Arthur J. Gollwitzer (06225038)
agollwitzer@michaelbest.com
James P. Fieweger (6206915)
jpfieweger@michaelbest.com
MICHAEL BEST & FRIEDRICH, LLP
444 West Lake Street, Suite 3200
Chicago, Illinois 60606
312.222.0800 (Phone)

*Attorneys for Defendants Cambium Networks, Inc. et. al.*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 14, 2020, I electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users

                                        /s/ *G. Hopkins Guy, III*