**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

Ubiquiti Networks, Inc.
                              Plaintiff,

v.                                              Case No.: 1:18−cv−05369
                                                Honorable Gary Feinerman

Cambium Networks, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 13, 2020:

        MINUTE entry before the Honorable Gary Feinerman:Given the COVID−19 situation, counsel and pro se parties are strongly encouraged to appear telephonically at hearings scheduled for the week of 3/16/2020. The Toll Free call−in number is 877−336−1828, and the Access Code is 4082461. Please, please be sure to keep your phone on mute until your case is called. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.