**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2
Eastern Division**

Ubiquiti Networks, Inc.
                                       Plaintiff,

v.                                                                Case No.: 1:18−cv−05369
                                                               Honorable Gary Feinerman

Cambium Networks, Inc., et al.
                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 13, 2020:

      MINUTE entry before the Honorable Gary Feinerman:Defendants' opposed motion to continue status hearing [110] is denied. As noted [112], counsel may appear telephonically at the 3/17/2020 status hearing, thus eliminating the need to travel. Counsel shall be prepared to address how they will ensure that they have all the information and discovery needed for a productive settlement conference [106]. Motion hearing set for 3/17/2020 [111] is stricken. Mailed notice.(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.