# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Ubiquiti Networks, Inc.

                              Plaintiff,

v.                                                         Case No.: 1:18−cv−05369

                                                                      Honorable Gary Feinerman

Cambium Networks, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 27, 2020:

       MINUTE entry before the Honorable Gary Feinerman:Motion to seal exhibit [120] is granted. Defendants may file under seal the designated document, so long as they publicly file a redacted version of that document. The court construes Defendants'; motion to stay discovery [119] as a motion to compel Plaintiff to produce the 18 Files and as a motion for a protective order allowing Defendants to withhold written discovery responses until Plaintiff produces the 18 Files. Plaintiff shall respond to the motion by 5/4/2020; Defendants shall reply by 5/8/2020. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.