# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Ubiquiti Networks, Inc.

                              Plaintiff,

v.                                                                  Case No.: 1:18−cv−05369

                                                                                  Honorable Gary Feinerman

Cambium Networks, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 5, 2020:

       MINUTE entry before the Honorable Jeffrey Cummings: Plaintiff shall submit a demand letter in conformance with the Court's Standing Order on Settlement Conferences as soon as practicable but in no event later than 6/1/2020. Defendants shall submit a compliant written offer letter no later than 6/15/2020. The Court will set a telephonic status hearing in due course to discuss rescheduling the settlement conference. To the extent possible, the parties are encouraged to engage in settlement negotiations amongst themselves, by telephone or video conference only. In addition, the parties shall promptly notify the Court if they reach a settlement agreement. This order does not exempt the parties from filing the status report otherwise required under the Northern District of Illinois' Third Amended General Order 20−0012. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.