**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

Ubiquiti Networks, Inc.
                                         Plaintiff,

v.                                                                    Case No.: 1:18−cv−05369
                                                                             Honorable Gary Feinerman

Cambium Networks, Inc., et al.
                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 27, 2020:

      MINUTE entry before the Honorable Gary Feinerman:Plaintiff's motion to seal [136] is granted. Plaintiff may file under seal Exhibits A and B of their motion to compel, so long as they publicly file a redacted version of those documents. Plaintiff's motion to compel [132] is entered and continued. Defendants shall respond to Plaintiff's 5/20/2020 and 5/23/2020 emails (Dkt. 132−3 at 2−4) by 5:00 pm Central Time on 5/28/2020. Defendants shall respond to Plaintiff's motion to compel [132] by 6/4/2020; Plaintiff shall reply by 6/8/2020. Motion hearings set for 7/15/2020 [135] and [137] are stricken.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.