**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| UBIQUITI INC., f/k/a Ubiquiti Networks, Inc.,<br><br>*Plaintiff*,<br><br>v.<br><br>CAMBIUM NETWORKS, INC.;<br>CAMBIUM NETWORKS, LTD.;<br>BLIP NETWORKS, LLC;<br>WINNCOM TECHNOLOGIES, INC.;<br>SAKID AHMED; and<br>DMITRY MOISEEV<br><br>*Defendants*. | Civil Action No.: 1:18-cv-05369<br><br>JURY TRIAL DEMANDED<br><br>Hon. J. Gary S. Feinerman<br><br>Hon. Mag. J. Jeffrey Cummings |

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** that on July 16, 2020 at 10:00 a.m., the undersigned shall appear before the Honorable Mag. J. Jeffrey Cummings in Courtroom 1350 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present **Plaintiff Ubiquiti Inc.'s Motion to Extend Deadlines for Filing Pre-Settlement Conference Letters,** a copy of which is herewith served upon you.

Dated: May 28, 2020                       Respectfully submitted by:

                                                    FOX SWIBEL LEVIN & CARROLL LLP

                                                    */s/ Erik J. Ives*
                                                    David Koropp (ARDC #6201442)
                                                    dkoropp@foxswibel.com
                                                    Erik J. Ives (ARDC #6289811)
                                                    eives@foxswibel.com
                                                    Steven J. Reynolds (ARDC #6293634)
                                                    sreynolds@foxswibel.com
                                                    Steven L. Vanderporten (ARDC # 6314184)
                                                    svanderporten@foxswibel.com

Fox Swibel Levin & Carroll LLP
200 W. Madison St., Suite 3000
Chicago, IL 60606

***Attorneys for Plaintiff Ubiquiti Inc., f/k/a Ubiquiti Networks, Inc.***

2

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on May 28, 2020, he caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which is also served upon counsel for all parties of record.

                                                                                     */s/     Erik J. Ives*
                                                                                            Erik J. Ives