UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UBIQUITI NETWORKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 18 C 5369 |
| | ) | |
| vs. | ) | Judge Gary Feinerman |
| | ) | |
| CAMBIUM NETWORKS, INC., CAMBIUM NETWORKS, LTD., BLIP NETWORKS, LLC, WINNCOM TECHNOLOGIES, INC., SAKID AHMED, and DMITRY MOISEEV, | ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER

    Defendants' motion to compel and for a protective order [119] is granted in part and denied in part. By 6/4/2020, the parties shall file a status report with a proposed protocol (or, if they cannot agree, competing proposals) for Plaintiff's production and Defendants' review of the 18 Files. The proposal(s) should take account of evolving social distancing orders and guidelines. Defendants may not delay serving their written discovery responses until after Plaintiff produces the 18 Files. See Fed. R. Civ. P. 26(d)(3)(B). That said, Defendants may object to Plaintiff's written discovery requests on appropriate grounds allowed by Civil Rule 26(b)(1) or other applicable Rules. The deadline for Defendants to serve written discovery responses now due on 6/3/2020 is extended to 6/10/2020.

May 28, 2020

                                                                                     United States District Judge