**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

Ubiquiti Networks, Inc.
                                  Plaintiff,

v.                                                         Case No.: 1:18−cv−05369
                                                                 Honorable Gary Feinerman

Cambium Networks, Inc., et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 29, 2020:

      MINUTE entry before the Honorable Gary Feinerman:The parties shall call the Toll−Free Number: (877) 336−1828, Access Code: 4082461 for the 6/10/2020 hearing. Please, please be sure to keep your phone on mute when you are not speaking.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.