## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Ubiquiti Networks, Inc.
                                        Plaintiff,

v.                                                           Case No.: 1:18−cv−05369
                                                             Honorable Gary Feinerman

Cambium Networks, Inc., et al.
                                         Defendant.


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, June 3, 2020:

      MINUTE entry before the Honorable Jeffrey Cummings: The Court has reviewed plaintiff's motion to extend deadlines for submitting pre−settlement conference letters [139] and the parties' correspondence attached thereto [139−1]. Plaintiff&#0;39;s motion [139] is granted to allow the parties to properly prepare settlement submissions that will prove beneficial in future settlement negotiations. Plaintiff shall submit a pre−settlement conference demand letter in conformance with the Court's Standing Order on Settlement Conferences within fourteen days after Judge Feinerman rules on plaintiff's pending motion to compel [139]. Defendants shall submit a pre−settlement conference offer letter within fourteen days after receipt of plaintiff's pre−settlement conference demand letter. The Court will set a telephonic status hearing to discuss scheduling the settlement conference at a later date. The 7/16/20 motion hearing before this Court is stricken; no appearance is necessary on that date. Mailed notice (cc, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.