# EXHIBIT 4

| | |
|---|---|
| **From:** | Smith, Karina |
| **Sent:** | Wednesday, June 3, 2020 3:00 PM |
| **To:** | Ives, Erik J.; Vanderporten, Steven L.; Koropp, David E.; sreynolds@foxswibel.com |
| **Cc:** | Swenson, Jon; Guy, Hop; Wilson, Andrew; jpfieweger@michaelbest.com; agollwitzer@michaelbest.com |
| **Subject:** | Ubiquiti v. Cambium et al. - Claw back and de-designation |

Hi Erik,

I write to reiterate Cambium's request to claw back Exhibit A3 (CMBM-00166669), as I understand you requested on yesterday's meet and confer.

I also write to notify you that Cambium agrees to de-designate the following documents as not confidential:
- CMBM-00131291
- CMBM-00131292
- CMBM-00131293
- CMBM-00035656
- CMBM-00125623
- CMBM-00159176
- CMBM-00159351
- CMBM-00025253
- CMBM-00034638
- CMBM-00035343
- CMBM-00038864
- CMBM-00052319
- CMBM-00041518
- CMBM-00105048
- CMBM-00125728
- CMBM-00159617
- CMBM-00159935
- CMBM-00160327
- CMBM-00173406
- CMBM-00012679

Best,
Karina

**Karina Smith | Baker Botts L.L.P.**
1001 Page Mill Road, Building One | Palo Alto, CA 94304
650.739.7534 **office** | 650.739.7634 **fax**