IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UBIQUITI NETWORKS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CAMBIUM NETWORKS, INC.; CAMBIUM NETWORKS, LTD.; BLIP NETWORKS, LLC; WINNCOM TECHNOLOGIES, INC.; SAKID AHMED; and DMITRY MOISEEV, <br><br> *Defendants*. | Civil Action No.: 1:18-cv-05369 <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule 26.2 and the Agreed Confidentiality Order entered in this case (Dkt. #102), Defendants Cambium Networks, Inc. ("Cambium") and Cambium Networks, Ltd. ("Cambium UK"), Blip Networks, LLC, Winncom Technologies, Inc., Sakid Ahmed, and Dmitry Moiseev (collectively the "Defendants"), respectfully request the Court to grant Defendants' Motion for Leave to File Under Seal (the "Motion") Exhibits 2 and 5 to Defendants' Opposition to Plaintiff's Motion to Compel De-Designation of Defendants' Attorneys' Eyes Only Production and For Sanctions.[1] In support of the Motion, Defendants state as follows:

1. WHEREAS, Plaintiff has filed a Motion to Compel De-Designation of Defendants' Attorneys' Eyes Only Production and for Sanctions (the "Motion to Compel").

---

[1] Pursuant to the Fourth Amended General Order In Re: Coronavirus COVID-19 Public Emergency (Dkt. No. 131), Defendants have noticed this motion for presentment at the earliest available date of July 15, 2020 – which date may be further subject to any individual orders entered by this Court with respect to the scheduling of such presentment hearings.

1

2. WHEREAS, Defendants have filed an Opposition to Plaintiff's Motion to Compel and, in support thereof, filed the Declaration of Jon Swenson, which attaches certain documents containing Defendants' highly confidential and sensitive business information as Exhibits 2 and 5.

3. WHEREAS, Defendants seek to file the above-referenced documents under seal as "CONFIDENTIAL RESTRICTED – ATTORNEYS' EYES ONLY" under the terms of the Agreed Confidentiality Order entered in this case.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court grant leave to file the above documents under seal.

| Dated: June 4, 2020 | Respectfully submitted,<br><br>BAKER BOTTS L.L.P.<br><br>   */s/ G. Hopkins Guy, III*   <br>    One of their attorneys<br><br>G. Hopkins Guy III (CA Bar No. 124811)<br>hop.guy@bakerbotts.com<br>Jon V. Swenson (CA Bar No. 233054)<br>jon.swenson@bakerbotts.com<br>Karina Smith (CA Bar No. 286680)<br>karina.smith@bakerbotts.com<br>BAKER BOTTS L.L.P.<br>1001 Page Mill Road Building One, Suite 200<br>Palo Alto, CA 94304-1007<br>650.739.7500 (Phone)<br>650.739.7699 (Facsimile)<br><br>Andrew D. Wilson (DC Bar No. 1030144)<br>700 K Street, N.W.<br>Washington, DC 20001-5692<br>202.639.1312 (Phone)<br>202.508.9336 (Fax) |
|---|---|


|  | andrew.wilson@bakerbotts.com <br><br> Arthur J. Gollwitzer (06225038) <br> agollwitzer@michaelbest.com <br> James P. Fieweger (6206915) <br> jpfieweger@michaelbest.com <br> MICHAEL BEST & FRIEDRICH, LLP <br> 444 West Lake Street, Suite 3200 <br> Chicago, Illinois 60606 <br> 312.222.0800 (Phone) <br><br> *Attorneys for Defendants Cambium Networks, Inc. et al.* |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2020, I electronically filed the foregoing **DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEA**L with the Clerk of the Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users.

*/s/ G. Hopkins Guy, III*