IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UBIQUITI NETWORKS, INC.,<br><br>               *Plaintiff*,<br><br>v.<br><br>CAMBIUM NETWORKS, INC.;<br>CAMBIUM NETWORKS, LTD.;<br>BLIP NETWORKS, LLC;<br>WINNCOM TECHNOLOGIES, INC.;<br>SAKID AHMED; and DMITRY MOISEEV,<br><br>               *Defendants*. | Civil Action No.: 1:18-cv-05369<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS' NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, July 15, 2020 at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendants Cambium Networks, Inc. ("Cambium") and Cambium Networks, Ltd. ("Cambium UK"), Blip Networks, LLC, Winncom Technologies, Inc., Sakid Ahmed, and Dmitry Moiseev (collectively the "Defendants") shall appear before the Honorable Gary Feinerman or any judge sitting in his stead in Room 2125 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago Illinois, and shall present the **Motion to File Under Seal Exhibits 2 and 5 in Support of its Opposition to Plaintiff's Motion to Compel De-Designation of Defendants' Attorneys' Eyes Only Production and For Sanctions**.

1

| | |
|---|---|
| Dated: June 4, 2020 | Respectfully submitted,<br><br>BAKER BOTTS L.L.P.<br><br> */s/ G. Hopkins Guy, III* <br>    One of their attorneys<br><br>G. Hopkins Guy III (CA Bar No. 124811)<br>hop.guy@bakerbotts.com<br>Jon V. Swenson (CA Bar No. 233054)<br>jon.swenson@bakerbotts.com<br>Karina Smith (CA Bar No. 286680)<br>karina.smith@bakerbotts.com<br>BAKER BOTTS L.L.P.<br>1001 Page Mill Road Building One, Suite 200<br>Palo Alto, CA 94304-1007<br>650.739.7500 (Phone)<br>650.739.7699 (Facsimile)<br><br>Andrew D. Wilson (DC Bar No. 1030144)<br>700 K Street, N.W.<br>Washington, DC 20001-5692<br>202.639.1312 (Phone)<br>202.508.9336 (Fax)<br>andrew.wilson@bakerbotts.com<br><br>Arthur J. Gollwitzer (06225038)<br>agollwitzer@michaelbest.com<br>James P. Fieweger (6206915)<br>jpfieweger@michaelbest.com<br>MICHAEL BEST & FRIEDRICH, LLP<br>444 West Lake Street, Suite 3200<br>Chicago, Illinois 60606<br>312.222.0800 (Phone)<br><br>*Attorneys for Defendants Cambium Networks, Inc. et al.* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2020, I electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users.

/s/ *G. Hopkins Guy, III*