# EXHIBIT A
*REDACTED VERSION*

A1. CMBM-00070089

| | |
|---|---|
| **From:** | Dan McCarthy |
| **To:** | Sakid Ahmed |
| **Sent:** | 3/17/2017 6:54:37 AM |
| **Subject:** | Fwd: Elevate banner |
| **Attachments:** | CAM_335x88_elevate_forReferenceOnly.pdf |

As promised………

Begin forwarded message:

**From:** Dan McCarthy <dmc001@cambiumnetworks.com>
**Subject: Elevate banner**
**Date:** 17 March 2017 11:19:04 GMT
**To:** Simon Staddon <simon.staddon@cambiumnetworks.com>

Something like this for the pop-up

And this for the fleeces………



What colour do you think the fleeces should be? Dark blue??

Cheers,

Dan

CONFIDENTIAL RESTRICTED - ATTORNEYS' EYES ONLY    CMBM-00070089

A2. CMBM-00012411

**From:** Sakid Ahmed
**To:** Mark Goosen
**CC:** Guillermo Moreno
**Sent:** 2/20/2018 4:41:09 PM
**Subject:** ▇▇▇ Elevate jackets

Mark,
I would like to send some Elevate jackets over to ▇▇▇ Can you get me some sizes and quantity along with a ship to address?

Thanks
Sakid

CONFIDENTIAL RESTRICTED - ATTORNEYS' EYES ONLY

CMBM-00012411

A3. CMBM-00166669

# REQUESTED TO BE CLAWED BACK

A4. CMBM-00024835

| | |
|---|---|
| **From:** | Dmitry Moiseev </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D3E716563E314C14B20FF77CE97DEE26-DMITRY MOIS> |
| **Sent:** | 2/21/2018 8:49:23 AM |
| **To:** | Lisa Frezza <lisa.frezza@cambiumnetworks.com> |
| **Subject:** | Accepted: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ - let's talk about it! |
| **Show Time As:** | Free |
| | |
| **Recurrence:** | (none) |
| **Required Attendees:** | Lisa Frezza |

CONFIDENTIAL RESTRICTED - ATTORNEYS' EYES ONLY          CMBM-00024835

A5. CMBM-00028777

Lagos, Nigeria

Sakid Ahmed
Itinerary # 25643544276

## Trip Summary



BOOKED
OLHRB6
Itinerary # 25643544276

Confirmation OLHRB6

AIRFRANCE / AIR FRANCE

| FLIGHT | TERMINAL | SEAT | CLASS |
|---|---|---|---|
| AF 137 | 5 INTERNATIONAL | - | ECONOMY/COACH CLASS(B) (B) |

AIRBUS INDUSTRIE A330-200

Arriving in terminal  AEROGARE 2 TERMINAL E

Confirmation OLHRB6

AIRFRANCE / AIR FRANCE

| FLIGHT | TERMINAL | SEAT | CLASS |
|---|---|---|---|
| AF 104 | AEROGARE 2 TERMINAL E | - | ECONOMY/COACH CLASS(B) (B) |

772 - BOEING 777/200

Arriving in terminal  INTERNATIONAL TERMINAL



EGENCIA

Customer Service
Email:
Phone: +1 (877) 234-6573 or +1 (702) 939-2532

Page 1

CONFIDENTIAL RESTRICTED - ATTORNEYS' EYES ONLY          CMBM-00028777

Lagos, Nigeria

Sakid Ahmed
Itinerary # 25643544276



| | FLIGHT | TERMINAL | SEAT | CLASS |
|---|---|---|---|---|
| AIR FRANCE | AF 149 | INTERNATIONAL TERMINAL | 10B | PREMIUM ECONOMY CLASS(S) (S) |

BOOKED
OLHRB6
Itinerary # 25643544276

Confirmation OLHRB6

772 - BOEING 777/200

Arriving in terminal  AEROGARE 2 TERMINAL E

Confirmation OLHRB6

| | FLIGHT | TERMINAL | SEAT | CLASS |
|---|---|---|---|---|
| AIR FRANCE | AF 136 | AEROGARE 2 TERMINAL E | 21B | PREMIUM ECONOMY CLASS(S) (S) |

AIRBUS INDUSTRIE A330-200

Arriving in terminal  5 INTERNATIONAL

### Cost Summary

Base

Taxes and Airline fees

Air booking fee



Customer Service
Email:
Phone: +1 (877) 234-6573 or +1 (702) 939-2532

Page 2

CONFIDENTIAL RESTRICTED - ATTORNEYS' EYES ONLY                                      CMBM-00028778