**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| UBIQUITI INC., f/k/a Ubiquiti Networks, Inc.,<br><br>*Plaintiff*,<br><br>v.<br><br>CAMBIUM NETWORKS, INC.; CAMBIUM NETWORKS, LTD.; BLIP NETWORKS, LLC; WINNCOM TECHNOLOGIES, INC.; SAKID AHMED; and DMITRY MOISEEV<br><br>*Defendants*. | Civil Action No.: 1:18-cv-05369<br><br>JURY TRIAL DEMANDED<br><br>Hon. J. Gary S. Feinerman |

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** that on July 15, 2020 at 9:00 a.m., the undersigned shall appear before the Honorable Gary Feinerman in Courtroom 2125 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present **Plaintiff Ubiquiti Inc.'s Motion for Leave to File Under Seal,** a copy of which is herewith served upon you.

Dated: June 8, 2020

Respectfully submitted by:

FOX SWIBEL LEVIN & CARROLL LLP

*/s/ Erik J. Ives*
David Koropp (ARDC #6201442)
dkoropp@foxswibel.com
Erik J. Ives (ARDC #6289811)
eives@foxswibel.com
Steven J. Reynolds (ARDC #6293634)
sreynolds@foxswibel.com
Steven L. Vanderporten (ARDC # 6314184)
svanderporten@foxswibel.com
Fox Swibel Levin & Carroll LLP
200 W. Madison St., Suite 3000
Chicago, IL 60606

*Attorneys for Plaintiff Ubiquiti Inc., f/k/a Ubiquiti Networks, Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on June 8, 2020, he caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which is also served upon counsel for all parties of record.

                                                      */s/     Erik J. Ives*
                                                             Erik J. Ives