IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UBIQUITI NETWORKS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CAMBIUM NETWORKS, INC.; <br> CAMBIUM NETWORKS, LTD.; <br> BLIP NETWORKS, LLC; <br> WINNCOM TECHNOLOGIES, INC.; <br> SAKID AHMED; and <br> DMITRY MOISEEV <br><br> *Defendants*. | Civil Action No.: 1:18-cv-05369 <br><br> **JURY TRIAL DEMANDED** |

## JOINT WRITTEN STATUS REPORT

Plaintiff Ubiquiti Inc. (f/k/a Ubiquiti Networks, Inc.) ("Ubiquiti"), by and through its undersigned counsel, and Defendants Cambium Networks, Inc., Cambium Networks, Ltd., Blip Networks, LLC, Winncom Technologies, Inc., Sakid Ahmed and Dmitry Moiseev ("Defendants") (collectively Defendants and Ubiquiti are referred to as the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Written Status Report including a proposed case schedule moving forward following the COVID-19 General Order extensions.

Now that the COVID-19 General Order extensions have expired, the Parties propose extending the dates in this case by the approximately the combined amount of time provided by the first, second, and third amended COVID-19 General Orders (77 days) plus additional time to work around holidays and to reflect delays in certain discovery caused by the General Orders.

1

| **Deadline** | **Previous Date** | **Proposed Date** |
|---|---|---|
| Motion for leave to add parties | May 19, 2020 | August 4, 2020 |
| Fact discovery close | August 18, 2020 | December 1, 2020 |
| Burden of proof expert disclosures | September 15, 2020 | January 15, 2021 |
| Rebuttal expert disclosures | October 13, 2020 | February 12, 2021 |
| Expert depositions | November 10, 2020 | February 26, 2021 |
| Dispositive motions | December 22, 2020 | March 26, 2021 |

Dated:  June 10, 2020                                    Respectfully submitted,

| FOX, SWIBEL, LEVIN & CARROLL, LLP | BAKER BOTTS L.L.P. |
|---|---|
| */s/ Steven J. Reynolds* | */s/ G. Hopkins Guy, III* |

FOX, SWIBEL, LEVIN & CARROLL, LLP

*/s/ Steven J. Reynolds*
David Koropp (ARDC #6201442)
dkoropp@foxswibel.com
Erik J. Ives (ARDC #6289811)
eives@foxswibel.com
Steven J. Reynolds (ARDC #6293634)
sreynolds@foxswibel.com
Steven L. Vanderporten (ARDC # 6314184)
svanderporten@foxswibel.com
Fox Swibel Levin & Carroll LLP
200 W. Madison St., Suite 3000
Chicago, IL 60606

*Attorneys for Plaintiff Ubiquiti Inc., f/k/a Ubiquiti Networks, Inc.*

BAKER BOTTS L.L.P.

*/s/ G. Hopkins Guy, III*
G. Hopkins Guy, III (CA Bar No. 124811)
Jon V. Swenson (CA Bar No. 233054)
Karina Smith (CA Bar No. 286680)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
650.739.7500 (Telephone)
650.739.7699 (Facsimile)
hop.guy@bakerbotts.com
jon.swenson@bakerbotts.com
karina.smith@bakerbotts.com

*Local Counsel:*

James P. Fieweger (Bar ID No. 6206915)
Michael Best & Friedrich, LLP
444 W. Lake Street. Suite 3200
Chicago, IL  60606
312.222.0800 (Telephone)
jpfieweger@michaelbest.com

Arthur Gollwitzer, III (Bar ID No. 6225038)
Michael Best & Friedrich, LLP
2801 Via Fortuna, Suite 300
Austin, Texas 78746
512.640.3160 (Telephone)
agollwitzer@michaelbest.com

*Attorneys for Defendants Cambium Networks, Inc. et. al*