**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Ubiquiti Networks, Inc.
                         Plaintiff,

v.                                                        Case No.: 1:18−cv−05369
                                                              Honorable Gary Feinerman

Cambium Networks, Inc., et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 11, 2020:

       MINUTE entry before the Honorable Gary Feinerman:By agreement [165], the schedule is amended as follows. Motions for leave to add new parties shall be filed by 8/4/2020. Fact discovery shall close 12/1/2020. Rule 26(a)(2) disclosures for the party with the burden of proof on an issue shall be served by 1/15/2021. Rebuttal Rule 26(a)(2) disclosures shall be served by 2/12/2021. Experts shall be deposed by 2/26/2021. Dispositive motions shall be filed by 3/26/2021. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.