**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Ubiquiti Networks, Inc.
                              Plaintiff,

v.                                            Case No.: 1:18−cv−05369
                                              Honorable Gary Feinerman

Cambium Networks, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 10, 2020:

    MINUTE entry before the Honorable Gary Feinerman:Status and motion hearing held and continued to 6/22/2020 at 9:30 a.m. The parties shall confer by 6/17/2020 regarding the de−designation issue and shall a submit status report as stated on the record by 6/18/2020. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.