## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Ubiquiti Networks, Inc.
                                   Plaintiff,

v.                                                       Case No.: 1:18−cv−05369
                                                            Honorable Gary Feinerman

Cambium Networks, Inc., et al.
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 22, 2020:

      MINUTE entry before the Honorable Gary Feinerman:Telephonic status and motion hearing held. Plaintiff confirmed that, as of 6/19/2020, it has the information necessary to prepare and send a settlement demand letter. Defendants confirmed that they need only disclosure of the 18 Files to prepare and send a response to Plaintiff's forthcoming demand letter. By 7/3/2020, the parties shall file a status report regarding logistics for the disclosure of the 18 Files. The parties shall serve their respective privilege logs within 21 days of the forthcoming settlement conference if the case does not settle. Telephonic status hearing set for 7/9/2020 at 9:30 a.m. The call−in number for the 7/9/2020 hearing is 877−336−1828 and the access code is 4082461. Counsel of record will receive an email prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.