# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Ubiquiti Networks, Inc.

                          Plaintiff,

v.                                                 Case No.: 1:18−cv−05369

                                                                     Honorable Gary Feinerman

Cambium Networks, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 24, 2020:

      MINUTE entry before the Honorable Jeffrey Cummings: This Court has reviewed the District Court's recent orders regarding the disclosure of certain documents to allow the parties to adequately prepare for a successful settlement conference. Plaintiff shall submit a pre−settlement conference demand letter in conformance with the Court's Standing Order on Settlement Conferences to the Court's settlement correspondence e−mail in−box (Settlement_Correspondence_Cummings@ilnd.usco urts.gov) by 7/6/20. Defendants shall submit a pre−settlement conference offer letter by 7/20/20. By 7/1/20, the parties shall jointly contact the Court's settlement correspondence e−mail in−box to provide the Court with dates in August and September when they are mutually available to proceed with a remote video settlement conference. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.