## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Ubiquiti Networks, Inc.
                              Plaintiff,

v.                                            Case No.: 1:18−cv−05369
                                              Honorable Gary Feinerman

Cambium Networks, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 13, 2020:

    MINUTE entry before the Honorable Jeffrey Cummings: The Court schedules a video settlement conference for 9/3/20 at 1:00 p.m. In advance of the settlement conference, counsel for the parties will receive the instructions for participation in the remote settlement conference and for participation in a brief pre−settlement conference practice session with the Court's staff. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.