# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Ubiquiti Networks, Inc.
                                           Plaintiff,

v.                                                                          Case No.: 1:18−cv−05369
                                                                         Honorable Gary Feinerman

Cambium Networks, Inc., et al.
                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 23, 2020:

      MINUTE entry before the Honorable Gary Feinerman: It appears from the status report [179] that the parties continue to discuss disclosure of their respective files. The parties are strongly encouraged to be as cooperative as possible with each other. This is not a game; it is an effort to share information so that the parties can have a productive settlement conference on 9/3/2020. If this effort falls through and the court conducts its own forensic examination into which side (if any) acted cooperatively and which side(s) acted unreasonably, it will be an unfortunate day for the side(s) found to have acted unreasonably.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.