# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Ubiquiti Networks, Inc.
                                          Plaintiff,

v.                                                           Case No.: 1:18−cv−05369
                                                                           Honorable Gary Feinerman

Cambium Networks, Inc., et al.
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 17, 2020:

      MINUTE entry before the Honorable Gary Feinerman:By 8/17/2020, the parties shall file a joint status report providing an update on the matters addressed in the 7/22/2020 status report [179].Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.