UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Ubiquiti Networks, Inc.
                                        Plaintiff,

v.                                                                                  Case No.: 1:18−cv−05369
                                                                                  Honorable Gary Feinerman

Cambium Networks, Inc., et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 31, 2020:

      MINUTE entry before the Honorable Jeffrey Cummings: The Court has reviewed the parties' pre−settlement conference submissions. The parties have widely divergent views regarding the settlement value of plaintiff's claims and the Court is concerned that proceeding with the scheduled 9/3/20 settlement conference will not be productive. Telephonic status hearing is scheduled for 9/2/20 at 10:00 a.m. to discuss whether the settlement conference should proceed as scheduled or should be postponed until a later point in this litigation (such as after expert discovery is completed or after the dispositive motions have been resolved). The call−in number for the hearing is (888) 684−8852 and the access code is 3997645. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.