**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Ubiquiti Networks, Inc.

                                        Plaintiff,

v.                                                                           Case No.: 1:18−cv−05369
                                                                           Honorable Gary Feinerman

Cambium Networks, Inc., et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 2, 2020:

      MINUTE entry before the Honorable Jeffrey Cummings: Telephonic status conference regarding settlement held. Plaintiff shall submit by 2:00 p.m. today a response to defendants' settlement offer letter that takes revises plaintiff's settlement demand in light of the discussion of the financial and injunctive components of a potential settlement agreement that occurred during the status conference. Defendants shall thereafter this afternoon submit a response to plaintiff's revised settlement demand that contains a financial offer and specifically responds to each element of plaintiff's proposed injunctive relief. The parties shall submit a copy of their settlement letters to the Court's settlement correspondence mailbox (Settlement_Correspondence_Cummings@ilnd.usco urts.gov) at the time that their letters are served on the opposing side. The settlement conference set for 1:00 p.m. on 9/3/20 will proceed as scheduled. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.