# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Ubiquiti Networks, Inc.

                                        Plaintiff,

v.                                                                      Case No.: 1:18−cv−05369

                                                                                       Honorable Gary Feinerman

Cambium Networks, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 4, 2020:

      MINUTE entry before the Honorable Jeffrey Cummings: Remote video settlement conference held on 9/3/20. Defendants are ordered to respond in writing to plaintiff's offer to settle the case on the terms stated in the term sheet that plaintiff submitted to defendants at the conclusion of the settlement conference by 5:00 p.m. CST on 9/4/20. Defendants shall send their correspondence to plaintiff's counsel and to the Court by e−mail to the Court's settlement correspondence e−mail address (Settlement_Correspondence_Cummings@ilnd.usco urts.gov). The Court will set a further status hearing regarding settlement if need be. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.