UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Ubiquiti Networks, Inc.
                                           Plaintiff,

v.                                                  Case No.: 1:18−cv−05369
                                                   Honorable Gary Feinerman

Cambium Networks, Inc., et al.
                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 24, 2020:

      MINUTE entry before the Honorable Jeffrey Cummings: The continued remote settlement conference set for 10/2/20 is re−set to being at 1:00 p.m. (time change only). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.