# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Ubiquiti Networks, Inc.
                                Plaintiff,

v.                                                           Case No.: 1:18−cv−05369
                                                               Honorable Gary Feinerman

Cambium Networks, Inc., et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 5, 2020:

    MINUTE entry before the Honorable Jeffrey Cummings: Second video settlement conference held on 10/2/20. The parties are ordered to submit their updated term sheet with their remaining issue(s) in dispute highlighted to the Court's settlement correspondence e−mail address (Settlement_Correspondence_Cummings@ilnd.uscourts.gov) on or before 10/7/20. The Court will schedule phone conferences with the parties to assist them with resolving any remaining disputes. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.