# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Ubiquiti Networks, Inc.

                                    Plaintiff,

v.                                                                           Case No.: 1:18−cv−05369

                                                                                    Honorable Gary Feinerman

Cambium Networks, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 21, 2020:

      MINUTE entry before the Honorable Jeffrey Cummings: Ex parte settlement conversations held with the parties and their respective counsel on 10/20/20 and with defendant and defense counsel on 10/21/20. Defendant will submit to plaintiff a written proposal for the resolution of the remaining outstanding issues for plaintiff's consideration. The parties are instructed to advise the Court on 10/23/20 whether they would like to schedule an additional settlement conference session. The parties may send an email or letter to the Court's settlement correspondence mailbox (Settlement_Correspondence_Cummings@ilnd.usco urts.gov). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.