# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Ubiquiti Networks, Inc.

                      Plaintiff,

v.                                         Case No.: 1:18−cv−05369
                                               Honorable Gary Feinerman

Cambium Networks, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 4, 2020:

      MINUTE entry before the Honorable Jeffrey Cummings: The parties have reached a settlement agreement. All matters relating to the referral of this case having been resolved, the referral is closed and the case is returned to the assigned Judge. Magistrate Judge Cummings no longer assigned to the case. Mailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.