# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Ubiquiti Networks, Inc.

                                            Plaintiff,

v.                                                                                      Case No.: 1:18−cv−05369

                                                                                                  Honorable Gary Feinerman

Cambium Networks, Inc., et al.

                                         Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, January 5, 2021:

        MINUTE entry before the Honorable Gary Feinerman:Enter agreed order of dismissal. The status hearing set for 1/7/2021 [197] is stricken. Civil case closed.Mailed notice.(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.