IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UBIQUITI INC., f/k/a Ubiquiti Networks, Inc.,<br><br>       *Plaintiff*,<br><br>  v.<br><br>CAMBIUM NETWORKS, INC.; CAMBIUM NETWORKS, LTD.; BLIP NETWORKS, LLC; WINNCOM TECHNOLOGIES, INC.; SAKID AHMED; and DMITRY MOISEEV<br><br>       *Defendants*. | Civil Action No.: 1:18-cv-05369<br><br>JURY TRIAL DEMANDED<br><br>Hon. J. Gary S. Feinerman |

## AGREED ORDER DISMISSING LITIGATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed to by and between the parties in the above-captioned case, and their respective counsel of records, that this matter has been settled pursuant to a Confidential Settlement Agreement executed by said parties as of December 1, 2020.

**ACCORDINGLY**, **IT IS HEREBY ORDERED THAT** *Ubiquiti Inc., f/k/a Ubiquiti Networks, Inc. v. Cambium Networks, Inc., et al.*, Case No. 1:18-cv-05369 (N.D. Ill.) is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees, and that this Civil Case is terminated pursuant to Rule 41(a).

**IT IS SO ORDERED**, this 5th day of January 2021

_____
The Honorable Judge Gary S. Feinerman
UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS